# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., JOHN DOE, and JANE DOE,<br><br>          Plaintiffs,<br><br>   v.<br><br>TRUE THE VOTE, CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>          Defendants. | Case No. _____<br><br>**MOTION TO PROCEED ANONYMOUSLY** |

Plaintiffs Fair Fight Inc., John Doe, and Jane Doe, by and through the undersigned attorneys, file this Motion to Proceed Anonymously. Plaintiffs John and Jane Doe ("Does") seek to proceed anonymously given the real threats of voter intimidation as detailed in the Complaint (ECF No. 1). Further, the Does fear retaliation from Defendants and their supporters for having filed the lawsuit. For the reasons stated in the accompanying Memorandum of Law, Plaintiffs request leave of this Court to proceed anonymously.

Dated this, the 23rd day of December, 2020.

                                            Respectfully Submitted,

| | |
|---|---|
| Marc E. Elias* | */s/ Allegra J. Lawrence* |
| Uzoma Nkwonta* | Allegra J. Lawrence (GA Bar No. 439797) |
| Christina A. Ford* | |
| **PERKINS COIE LLP** | Leslie J. Bryan (GA Bar No. 091175) |
| 700 Thirteenth St., N.W., Suite 800 | Maia Cogen (GA Bar No. 832438) |
| Washington, D.C. 20005-3960 | **LAWRENCE & BUNDY LLC** |
| Telephone: (202) 654-6200 | 1180 West Peachtree Street, Suite 1650 |
| Facsimile: (202) 654-9959 | Atlanta, GA 30309 |
| melias@perkinscoie.com | Telephone: (404) 400-3350 |
| unkwonta@perkinscoie.com | Fax: (404) 609-2504 |
| christinaford@perkinscoie.com | allegra.lawrence-hardy@lawrencebundy.com |
| | leslie.bryan@lawrencebundy.com |
| Thomas J. Tobin* | maia.cogen@lawrencebundy.com |
| **PERKINS COIE LLP** | |
| 1201 Third Avenue, Suite 4900 | Dara Lindenbaum (GA Bar No. 980780) |
| Seattle, WA 98101-3099 | **SANDLER REIFF LAMB ROSENSTEIN & BIRKENSTOCK, P.C.** |
| Phone: (206) 359-8000 | |
| Fax: (206) 359-9000 | |
| ttobin@perkinscoie.com | 1090 Vermont Avenue, NW, Suite 750 |
| | Washington, DC 20005 |
| Molly E. Mitchell* | Telephone: (202) 479-1111 |
| **PERKINS COIE LLP** | Fax: 202-479-1115 |
| 1111 West Jefferson Street, Suite 500 | lindenbaum@sandlerreiff.com |
| Boise, ID 83702-5391 | |
| Phone: (208) 343-3434 | |
| Fax: (208) 343-3232 | |
| mmitchell@perkinscoie.com | |

*Counsel for Plaintiffs*
**Pro hac vice motion* forthcoming

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2020, I caused the foregoing MOTION TO PROCEED ANONYMOUSLY and the accompanying BRIEF IN SUPPORT and PROPOSED ORDER to be served on Defendants Catherine Englebrecht and True the Vote by placing a copy in Federal Express addressed as follows:

> True the Vote
> c/o Catherine E. Englebrecht
> 7232 Wynnwood Lane
> Houston, TX 77008-6041

> Catherine E. Englebrecht
> 7232 Wynnwood Lane
> Houston, TX 77008-6041

I further certify that, on December 24, 2020, I served the remaining Defendants via hand-delivery addressed as follows:

| | |
|---|---|
| Derek Sommerville<br>5130 Saddlebred Lane<br>Cumming, GA 30028 | James Cooper<br>694 Loth Wages Road<br>Dacula, GA 30019 |
| Mark Davis<br>325 Westfork Way<br>Suwanee, GA 30024 | Mark Williams<br>3312 Canary Trail<br>Duluth, GA 30096 |
| Ron Johnson<br>1754 Tugalo Drive<br>Jefferson, GA 30549 | |

*/s/ Allegra J. Lawrence*
Allegra J. Lawrence