IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| **FAIR FIGHT, INC., JOHN DOE, and JANE DOE,**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**TRUE THE VOTE, CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,**<br><br>    **Defendants.** | **CIVIL ACTION FILE NO.**<br><br> **2:20-CV-0302-SCJ** |

## ORDER

This matter appears before the Court on its own motion,[1] after review of Plaintiffs' Complaint for Declaratory and Injunctive Relief. Doc. No. [1].[2] Said Complaint includes language that Plaintiffs seek "immediate intervention" and

---

[1] This matter was re-assigned to the undersigned on December 29, 2020. The record does not currently show that service of process has been accomplished upon Defendants.

[2] All citations are to the electronic docket unless otherwise noted, and all page numbers are those imprinted by the Court's docketing software.

requests for temporary and permanent injunctive relief. Doc. No. [1], pp. 1, 5, 28. However, pursuant to Local Rule 7.5(A), Plaintiffs must file a formal motion to seek emergency injunctive relief. See LR 7.5(A), NDGa ("Whenever an attorney seeks an immediate order of the court, the attorney must submit a motion to the district judge to whom the case has been assigned . . . .").

In the event that such a motion is immediately filed by Plaintiffs, the following briefing and hearing schedule shall govern:

> Plaintiffs shall immediately serve their motion for preliminary injunction and complaint upon Defendants.
>
> Defendants shall file a written response brief to the motion for preliminary injunction by **5:00 P.M., WEDNESDAY, DECEMBER 30, 2020.**
>
> The Court will hold a virtual/Zoom hearing on **THURSDAY, DECEMBER 31, 2020 at 10:00 A.M.** The Zoom log in information will issue by separate docket entry.
>
> Plaintiffs shall immediately serve a copy of this Order and Zoom log in information upon Defendants.

**IT IS SO ORDERED** this 29th day of December, 2020.

s/Steve C. Jones
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**

2