IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., JOHN DOE, and JANE DOE,<br><br>    Plaintiffs,<br><br>v.<br><br>TRUE THE VOTE, CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br><br> 2:20-CV-0302-SCJ |

## ORDER

The Court will hold a virtual/Zoom hearing on Plaintiffs' Motion to Proceed Anonymously (Doc. No. [2]) on **THURSDAY, DECEMBER 31, 2020 at 10:00 A.M.** Plaintiffs shall immediately serve a copy of their motion, this Order, and Zoom log in information upon Defendants.

**IT IS SO ORDERED** this 29th day of December, 2020.

                                                   s/Steve C. Jones
                                                   **HONORABLE STEVE C. JONES**
                                                   **UNITED STATES DISTRICT JUDGE**