# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., JOHN DOE, and JANE DOE, <br><br>            Plaintiffs, <br><br>v. <br><br>TRUE THE VOTE, CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10, <br><br>            Defendants. | Case No. 2:20-cv-00302-SCJ <br><br>**PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION** |

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiffs Fair Fight Inc., John Doe, and Jane Doe, by and through the undersigned attorneys, file this Motion to for a Temporary Restraining Order and/or Preliminary Injunction to prohibit Defendants from continuing to file baseless challenges against lawful Georgia voters in advance of the January 5, 2021 runoff election. In particular, Plaintiffs seek an order restraining Defendants, their respective agents, officers, employees, and successors, and all persons acting in concert with each or any of them from:

- Submitting, or causing the submission of, further challenges to any voter's eligibility in the State of Georgia;

- Participating in any poll-watching, poll-monitoring, or election-observing activities; recruiting and training individuals for these activities; or advertising these activities; and

- Photographing or video recording voters or election workers during the course of voting or working at the polls.

Pursuant to Rule 65(d), Plaintiffs have filed with this Motion a proposed order directed at the persons to be bound thereby, stating the reasons why the order should issue, stating the order's terms specifically, and describing the acts restrained and required.

Pursuant to Rule 7.1A of the Local Rules of the Northern District of Georgia, Plaintiffs have also filed with their motion a brief citing the legal authorities supporting the motion and the facts relied upon.

Dated this 29th day of December, 2020.

                                                     Respectfully Submitted,

| | |
|---|---|
| Marc E. Elias* | */s/ Allegra J. Lawrence* |
| Uzoma Nkwonta* | Allegra J. Lawrence (GA Bar No. 439797) |
| Christina A. Ford* | Leslie J. Bryan (GA Bar No. 091175) |
| Aria C. Branch* | Maia Cogen (GA Bar No. 832438) |
| **PERKINS COIE LLP** | **LAWRENCE & BUNDY LLC** |
| 700 Thirteenth St., N.W., Suite 800 | 1180 West Peachtree Street, Suite 1650 |
| Washington, D.C. 20005-3960 | Atlanta, GA 30309 |
| Telephone: (202) 654-6200 | Telephone: (404) 400-3350 |
| Facsimile: (202) 654-9959 | Fax: (404) 609-2504 |
| melias@perkinscoie.com | allegra.lawrence-hardy@lawrencebundy.com |
| unkwonta@perkinscoie.com | leslie.bryan@lawrencebundy.com |
| christinaford@perkinscoie.com | maia.cogen@lawrencebundy.com |
| abranch@perkinscoie.com | |
| | Dara Lindenbaum (GA Bar No. 980780) |
| Thomas J. Tobin* | **SANDLER REIFF LAMB ROSENSTEIN & BIRKENSTOCK, P.C.** |
| **PERKINS COIE LLP** | 1090 Vermont Avenue, NW, Suite 750 |
| 1201 Third Avenue, Suite 4900 | Washington, DC 20005 |
| Seattle, WA 98101-3099 | Telephone: (202) 479-1111 |
| Phone: (206) 359-8000 | Fax: 202-479-1115 |
| Fax: (206) 359-9000 | lindenbaum@sandlerreiff.com |
| ttobin@perkinscoie.com | |
| | |
| Molly E. Mitchell* | |
| **PERKINS COIE LLP** | |
| 1111 West Jefferson Street, Suite 500 | |
| Boise, ID 83702-5391 | |
| Phone: (208) 343-3434 | |
| Fax: (208) 343-3232 | |
| mmitchell@perkinscoie.com | |

*Counsel for Plaintiffs*
**Pro hac vice motion* forthcoming

3

## CERTIFICATE OF SERVICE

I hereby certify that, on December 29, 2020, I served the foregoing **Plaintiffs' Motion for a TRO and/or Preliminary Injunction and Memorandum in Support and Proposed Order** (along with the Court's Orders entered December 28 and 29, 2020) as follows:

**Service on True the Vote and Catherine Englebrecht**
    **By FedEx to:**
True the Vote and Catherine Englebrecht
7232 Wynnwood Lane
Houston, TX 77008-6041

And by **Email to:**
Catherine@truethevote.org and
gaelectorchallenge@truethevote.org.

And by **FedEx and Email to:**
Jim Bopp
The Bopp Law Firm PC
The National Building
1 South Sixth Street
Terra Haute, Indiana 47807
jboppjr@aol.com

Ray Smith III
Smith & Liss LLC
Five Concourse Parkway
Suite 2600
Atlanta, Georgia 30328
rsmith@smithliss.com

And by **Hand-delivery to:**
Ray Smith III
Smith & Liss LLC
Five Concourse Parkway
Suite 2600
Atlanta, Georgia 30328

and to

Ray Smith III
850 Edgewater Trail
Atlanta, Georgia 30328

## Service on Derek Somerville
By **FedEx, Hand-delivery, and Email to:**
Derek Somerville
5130 Saddlebred Lane
Cumming, Georgia 30028
Derek.somerville@spcbna.com

## Service on James Cooper
By **FedEx and Hand-delivery to:**
James Cooper
694 Loth Wages Road
Dacula, Georgia 30019

## Service on Mark Williams
By **FedEx and Hand-delivery to:**
Mark Williams
3312 Canary Trail
Duluth, Georgia 30096

## Service on Mark Davis
By **FedEx and Hand-delivery to:**
Mark Davis
325 Wesfork Way
Suwanee, Georgia 30024

**Service on Ron Johnson**
  By **FedEx and Hand-delivery to:**
  Ron Johnson
  1754 Tugalo Drive
  Jefferson, Georgia 30549

This, the 29th day of December, 2020.

            */s/ Allegra J. Lawrence*
            Allegra J. Lawrence