# Exhibit 10

The New York Times　https://nyti.ms/3p7oNDe

# An Atlanta election worker is in hiding after a claim that he tossed a ballot. His boss says the claim is false.

By Sean Keenan

Nov. 6, 2020

ATLANTA, Ga. — A man working at a vote-counting site in Atlanta earlier this week has gone into hiding after being wrongly accused of discarding a ballot, according to Richard Barron, elections director for Georgia's largest county, Fulton.

Mr. Barron made the announcement at a Friday evening press conference during which Fulton officials announced they had finished counting all the county's more than 500,000 votes, including those cast in person — early or on Election Day — and mail-in ballots. Just a few-thousand provisional, military and overseas ballots are yet to be counted.

A short video posted on social media showed a man processing ballots, and crumpling and throwing away a piece of paper. A person narrating the video claims that he threw out a ballot. In fact, he was simply tossing out a list of instructions that had been placed in a ballot envelope, Mr. Barron said. After the video went viral, and the election worker's personal information was posted online, threats were made on his life and he was forced into hiding, Mr. Barron added.

"He's afraid to drive his car because the information about his car and his license plate is out there," Mr. Barron said.

> What is going on here? #Election2020 #ATL pic.twitter.com/NJi3xmInPT
> — Essential Fleccas 🇺🇸 (@fleccas) November 5, 2020

Mr. Barron said an investigation by the State Election Board into the incident showed no ballots had been discarded. He praised the election worker for being "very good at his job," which was to slice open ballot envelopes with a cutting machine. "He was one of the workers who trained others with the cutting machines."

Fulton County expects to finish processing the remaining ballots at some point tonight, he said.