# Exhibit 11

# The Washington Post

*Democracy Dies in Darkness*

# 'Someone's going to get killed': GOP election official in Georgia blames President Trump for fostering violent threats

By **Amy Gardner** and **Keith Newell**

Dec. 1, 2020 at 7:31 p.m. CST

A top Republican election official in Georgia lashed out at President Trump during a news conference Tuesday in Atlanta, blaming him for a flood of threats that have besieged his office and calling on the president and other Republicans to condemn the behavior.

Gabriel Sterling, a voting systems manager for Secretary of State Brad Raffensperger, was visibly angry and shaken as he approached a lectern in the Georgia Capitol.

"Mr. President, you have not condemned these actions or this language," he said. "Senators, you have not condemned this language or these actions. . . . Stop inspiring people to commit potential acts of violence."

He added: "That shouldn't be too much to ask for people who ask us to give them responsibility."

Sterling's public chastisement represents one of the strongest rebukes yet of Trump's baseless attacks on the election's integrity by a member of his own party.

The episode revealed a fissure that has been widening within the Republican Party for weeks as Trump has claimed falsely, again and again, that President-elect Joe Biden won through election fraud.

Although more and more local and state Republicans have acknowledged Biden's victory — and said they have seen no evidence of widespread fraud — most national GOP officials, including Georgia's two U.S. senators seeking reelection in twin runoffs on Jan. 5, have refused to do so.

In addition to calling out Trump by name, Sterling also demanded that the two senators, David Perdue and Kelly Loeffler, denounce the threats that flowed into his office after Trump began attacking Raffensperger for failing to repeat his false accusations of fraud.

"When the president called Brad Raffensperger, who is a fine, upstanding, lifelong Republican, an 'enemy of the people,' that helped open the floodgates to this kind of crap," Sterling said. "It takes people who are already spun up. . . . There are some nut balls out there."

A Perdue spokeswoman, Casey Black, said in a statement that her boss "condemns violence of any kind, against

A gift they'll enjoy all year long. Give one year for $29.   See gift subscriptions

A Loeffler spokesman tweeted that it is "ridiculous" to suggest that the senator wouldn't condemn physical threats but said the senator "won't apologize" for calling out "inaction and lack of accountability."

Trump campaign spokesman Tim Murtaugh said the campaign condemns threats or violence "if that has happened" — but remains "focused on ensuring that all legal votes are counted and all illegal votes are not."

Neither senator has offered any evidence of fraud or mismanagement by Raffensperger, nor a rationale for their call for his resignation, which came after Trump began attacking him and Gov. Brian Kemp, also a Republican, for their failure to support the president's claims of fraud. Trump is scheduled to travel to Georgia on Saturday to campaign on behalf of Loeffler and Perdue.

Late Tuesday night, Trump tweeted in response to Sterling's call for him to condemn threats: "Rigged Election. Show signatures and envelopes. Expose the massive voter fraud in Georgia. What is Secretary of State and @BrianKempGA afraid of. They know what we'll find!!!"

For his part, Senate Majority Leader Mitch McConnell (R-Ky.) refused Tuesday to take any questions about the presidential election or Trump's claims, talking only about legislation that Congress is trying to pass this month. "The future will take care of itself," McConnell told reporters, when pressed about Trump's statements.

When asked for comment on Sterling's news conference, McConnell's office declined to comment, referring to his earlier remarks.

Sterling, 50, is a Georgia native, a graduate of the University of Georgia and a Republican who has worked as a political consultant and served on the Sandy Springs City Council, north of Atlanta.

Raffensperger, his boss, was among the first Republicans to speak out against Trump's false claims of voter fraud, defending the integrity of Georgia's elections and calling out Sen. Lindsey O. Graham (R-S.C.) for suggesting that he find a way to invalidate tens of thousands of legally cast absentee ballots.

That stance has drawn a fusillade of online attacks and personal threats against the secretary of state and others in his office.

But Sterling said Tuesday that for him, the last straw came when a 20-year-old technician for the state's voting machine contractor, Dominion Voting Systems, was targeted by far-right social media users who falsely claimed they'd caught him on camera manipulating election data. Some people called for the worker's imprisonment, torture or execution. One tweet accused him of treason and included an animated image of a hanging noose.

When Sterling stepped to the lectern inside the Georgia Capitol on Tuesday afternoon, he was noticeably upset.

"It has all. Gone. Too. Far," Sterling said, adding: "It has to stop."

"This kid took a job," he added, his voice growing louder. "He just took a job. And it's just wrong. I can't begin to explain the level of anger I have right now over this. Every American, every Georgian, Republican or Democrat alike,

A gift they'll enjoy all year long. Give one year for $29.   See gift subscriptions   ✕

DiGenova later said he was joking.

"Someone's going to get hurt," Sterling said. "Someone's going to get shot. Someone's going to get killed."

Sterling said he was off script and at one point quipped, "I've probably stepped out of line, but I'm kind of pissed."

But Raffensperger gave Sterling the green light to speak his mind, Jordan Fuchs, a deputy secretary of state, said in an interview. "We pointed him in a direction and said, 'Just do your thing.'"

Fuchs said Raffensperger's wife, Tricia, has received "sexualized death threats." Members of far-right groups have been found trespassing at the Raffenspergers' home. Someone broke into the home of one of their adult children and turned all the lights on, "sending a clear signal that they can get access to their house," Fuchs said. And members of Fuchs's staff have had to filter through "thousands" of emails saying, "You should be shot" and "You should be hanged," she said.

All of it has left her and her colleagues bewildered by and infuriated with their own party.

"They need to defend what they're doing," Fuchs said. "They need to defend the coalition that they have aligned with."

Sterling also had another message for Trump that Republicans in Washington have been unwilling to deliver: The election is over.

"Mr. President, as the secretary said yesterday, people aren't giving you the best advice on what's actually going on on the ground," he said. "It's time to look forward. If you want to run for reelection in four years, fine, do it. But everything we're seeing right now — there's not a path."

Sterling declined to name the Dominion contractor who had been threatened. The individual's name was surfaced by Ron Watkins, whose father, Jim, owns the far-right Internet message board 8kun, which has been linked to white supremacism, neo-Nazism and QAnon.

Shortly after midnight Tuesday, Watkins posted what he called "a smoking-gun video" that he claimed showed the Dominion worker manipulating Georgia voting data.

In fact, the undated video — which was recorded at a distance and includes a man and woman offering ongoing commentary on the "nerd boy" as he works inside an election office — shows a man simply using a computer and thumb drive.

*Drew Harwell, Michelle Ye Hee Lee, Paul Kane and Donna Cassata contributed to this report.*

Updated December 18, 2020

## Election 2020: Biden defeats Trump

Top Republicans offer conflicting messages about Trump's loss while campaigning in Georgia

A gift they'll enjoy all year long. Give one year for $29.   See gift subscriptions   ✕