# Exhibit 12



*December 18, 2020*

## UPDATE: all challenges brought before the Board of Elections, as of 4pm December 18, 2020 have been denied.

Cobb County's Board of Elections will meet virtually, Friday December 18, 2020 at 3pm, to determine if *probable cause* exists for received challenges, regarding Cobb County voter lists.

**Shepherd Challenge A:**   "pursuant to O.C.G.A. § 21-2-230(a) challenges qualifications of certain individuals on Cobb County's voter list to vote in the run-off election on January 5, 2021"

- Challenge Grounds [https://s3.us-west-2.amazonaws.com/cobbcounty.org.if-us-west-2/prod/2020-12/Shepherd%20Challenge_grounds.pdf]
- NCOA spreadsheet [https://s3.us-west-2.amazonaws.com/cobbcounty.org.if-us-west-2/prod/2020-12/Shepherd%20Challenge_NCOA.xlsx]

**Reardon Challenge B**: "pursuant to Georgia Code, Title 21-Elections, Chapter 2-Elections and Primaries generally, Article 6-Registrations of Voters, § 21-2-230 - challenge of person on list of electors by other electors."

- Challenge Grounds [https://s3.us-west-2.amazonaws.com/cobbcounty.org.if-us-west-2/prod/2020-12/Reardon%20Challenge_Grounds.pdf]
- Challenge COA [https://s3.us-west-2.amazonaws.com/cobbcounty.org.if-us-west-2/prod/2020-12/Reardon%20Challenge_COA.pdf]

**Reardon Challenge C:** "a challenge to the attached electors' eligibility to vote in the January 5, 2021 Election, pursuant to Georgia Code § 21-2-230."

- 2nd Challenge Grounds [https://s3.us-west-2.amazonaws.com/cobbcounty.org.if-us-west-2/prod/2020-12/Reardon%20Challenge2_Grounds.pdf]
- 2nd Challenge COA [https://s3.us-west-2.amazonaws.com/cobbcounty.org.if-us-west-2/prod/2020-12/COBB_county.xlsx]

**Press Contact Info**

Director of Cobb County Elections and Registration- Janine Eveler
(770) 528-2581