# Exhibit 13

**True the Vote**
December 14 at 2:49 PM

The fraud has been institutionalized. This is a travesty – both for voters and for those trying to ensure election integrity.

How could it be that tens of thousands of votes have already been cast and yet we don't know who's registered?

Maybe Stacy Abrams has access none of the rest of us do?

We are executing the most aggressive election integrity operation in American history.

In GA, the past will not be prologue. #GAValidatetheVote #EyesonGA