# Exhibit 15

ELECTION 2020 | Dec 8, 2020, 07:10am EST | 25,328 views

# How Sidney Powell's 'Kraken'—Pushed By QAnon—Went From Cable News To Trump Mainstream



**Jack Brewster** Forbes Staff

Business

*I'm a news reporter for Forbes.*

**TOPLINE** Ever since Trump-aligned attorney Sidney Powell went on Fox Business and promised to "release the kraken"—a reference to her plot to expose baseless accusations of voter fraud and overturn the election results in favor of President Trump—the phrase has exploded in popularity as a rallying cry among QAnon supporters and members of Trump's orbit, and become a butt of jokes among others as her nationwide legal effort fails at almost every turn.



Powell's legal efforts to overturn the results of the US election are quickly falling apart   CQ-ROLL CALL, INC VIA GETTY IMAGES

**KEY FACTS**

- Powell, a former federal prosecutor who rose to prominence as former Trump National Security Adviser Michael Flynn's attorney, first uttered the phrase—which is a catchphrase from the 1981 movie "Clash of the Titans"—on Fox Business in mid-November during an interview with Lou Dobbs, claiming Trump's legal team had a mountain of evidence to overturn the election results in several key states.

- Since then, the Trump campaign has cut ties with Powell as she floated increasingly unhinged conspiracy theories and the "Kraken" conspiracy theories have been almost entirely debunked, but the phrase has lived on as the attorney continues her longshot bid to change the results of the election.

- After Powell first used the phrase on November 13, the word "kraken" racked up hundreds of thousands of interactions on Facebook, according to the social media analytics tool CrowdTangle.

- QAnon conspiracy theorists—who have a known ally in Powell—have embraced the catch phrase as a "masterstroke of the plan to overturn the election results," according to Mike Rothschild, who recently published a book about conspiracy theories and tracks QAnon online.

- Right wing personalities, including David J Harris Jr. and Austen Fletcher, and other members of Trump's legal team have adopted the phrase as well, giving it a huge boost online.

- At the same time, the "kraken" has become a target of mockery among Democrats and even some conservatives: "It appears the only Kraken

being released will be the @SeattleKraken next year," Gov. Jay Inslee (D-Wash.) tweeted Monday after Powell lost another court case.

**CRUCIAL QUOTE**

Reached for comment Monday, Powell dismissed those who criticize the "kraken" as a collection of conspiracy theories. "That's what they always say," Powell said. "I'm obviously over the target. The fraud is blatant."

**KEY BACKGROUND**

Powell has filed lawsuits in battleground states across the country, including Michigan, Georgia, Arizona and Wisconsin, with little success. On Monday, a federal judge threw out her lawsuit in Georgia. Powell filed an emergency appeal Monday night.

**CHIEF CRITIC**

"The claims in the Kraken lawsuit prove to be as mythological as the creature for which they're named," Georgia Secretary of State Brad Raffensperger said Monday. "Georgians can now move forward knowing that their votes, and only their legal votes, were counted accurately, fairly, and reliably."

**WHAT TO WATCH FOR**

QAnon followers believe that Powell's "kraken" legal case will eventually end in the Supreme Court, where the justices will overturn the results of the election, a hope that is not steeped in reality. "They think everything is leading up to Trump's hand-picked justices seeing the wisdom in all these dismissed suits and using some non-existent mechanism to award the election to Trump," Rothschild said.

**FURTHER READING**

The Kraken: What is it and why has Trump's ex-lawyer released it? (BBC)

Sidney Powell's Georgia Lawsuit Gets Thrown Out In Court (Forbes)

For Trump advocate Sidney Powell, a playbook steeped in conspiracy theories (Washington Post)

'The People Have Spoken': Sidney Powell's Michigan Lawsuit Gets Shut Down In Court (Forbes)

## Get Expert Analysis As Breaking News Happens

Sign up for Topline email alerts for breaking news of the day.

Enter e-mail address                          Sign up

You may opt out any time. Terms and Conditions and Privacy Policy

Follow me on Twitter or LinkedIn. Check out my website. Send me a secure tip.



**Jack Brewster**

Follow

I cover national politics for Forbes. Previously, I've written for TIME, Newsweek, the New York Daily News and VICE News. I also launched my own startup, Newsreel, a...

Read More

Reprints & Permissions

ADVERTISEMENT