# Exhibit 16



Explore

Settings

**Tweet**

**Lin Wood**
@LLinWood

Good morning.

Our country is headed to civil war. A war created by 3rd party bad actors for their benefit - not for We The People.

Communist China is leading the nefarious efforts to take away our freedom.

@realDonaldTrump should declare martial law.

We the People Convention
We the People Convention Calls on Trump to Invoke Limited Martial Law to have military conduct a national re-vote...
wethepeopleconvention.org

8:00 AM · Dec 1, 2020 · Twitter for iPhone

**19.1K** Retweets **4.1K** Quote Tweets **43.5K** Likes

**Chasity Huston** @chuston578 · Dec 1
Replying to @LLinWood and @realDonaldTrump
We are with you @LLinWood and @realDonaldTrump
29 58 565

**The Vocal Resistance** @TrumpIsALiar16 · Dec 1
No we are absolutely not!
2 253

Show replies

**Now With Retsin!** @UpstateNYYFan · Dec 1
Replying to @LLinWood and @realDonaldTrump
Nothing can stop what is coming. Nothing.
74 11 298

Show replies

**Hua Fang （方华）** @eCodon · Dec 1

Search Twitter

**New to Twitter?**
Sign up now to get your own pers
Sign up

**Relevant people**

**Lin Wood**
@LLinWood
Attorney at L. Lin W
Truth. BE FEARLESS.
Freedom @FightBac
#WorldOfTheBlocke
PARLER handle: linw

**Donald J. Trump**
@realDonaldTrump
45th President of th
America

**What's happening**

COVID-19 · 5 hours ago
**House Republicans reject e to increase stimulus relief c to $2,000 despite Trump's request**
Trending with #StimulusChecks2( #StimulusPackage

Trending in United States
**HES REAL**
Fans of Minecraft YouTuber D after he shares a photo of (m rocking fingerless gloves, lea believe he's a real person and drawn illustration
Trending with THE GLOVES, FING

Trending in United States
**Hawaii**
Trending with #NewMexicoBowl,

COVID-19 · LIVE
**COVID-19: News and updat Washington**

Politics · LIVE
**The UK and the EU agree o post-Brexit trade deal**
Trending with Brexit

Don't miss what's happening
People on Twitter are the first to know.
Log in S

12/24/2020 Lin Wood on Twitter: "Good morning. Our country is headed to civil war. A war created by 3rd party bad actors for their benefit - not for …

Case 2:20-cv-00302-SCJ Document 11-17 Filed 12/29/20 Page 3 of 4

# Explore

Settings

Search Twitter

**vanessa fazio** @vrfazi · Dec 1
Replying to @LLinWood and @realDonaldTrump
YES!

💬 2   🔁 3   ❤️ 147

**Marshall Lull** @krokuskris · Dec 1
Replying to @LLinWood and @realDonaldTrump
They leave us no option.

💬 17   🔁 6   ❤️ 110

**toemoss** @toemoss2 · Dec 1
Replying to @LLinWood and @realDonaldTrump
Indeed! This corruption can not be allowed, it will only get worse as time goes on!
This is REVOLTING!

💬 7   🔁 9   ❤️ 300

Show replies

**DavidMozer** @DavidMozer · Dec 1
Replying to @LLinWood and @realDonaldTrump
I have to AGREE with this ... 100% CORRECT

💬 5   🔁 4   ❤️ 114

**Bobby Calautti** @calautti4potus · Dec 1
Replying to @LLinWood and @realDonaldTrump
So, then would it not be in OUR best interest not to engage in a civil war if that is what China wants?  Think!

💬 39   🔁 1   ❤️ 60

Show replies

**HDexIFB** @HDexIFB · Dec 1
Replying to @LLinWood and @realDonaldTrump
Yes! Count me in!       #WeveGotACountryToSave

💬 7   🔁 5   ❤️ 81

Show replies

**T.H. Rodrick** @T_H_Rodrick · Dec 1
Replying to @LLinWood and @realDonaldTrump
War is inevitable, history repeats itself.

💬 4   🔁   ❤️ 106

**Phil** @Phil55293718 · Dec 1
Replying to @LLinWood and @realDonaldTrump
Yes and start making military arrests and restore constitution and constitutional money

💬 5   🔁 7   ❤️ 136

**zach zeng** @zach_zeng · Dec 1
Replying to @LLinWood and @realDonaldTrump
Your judgment is completely correct！

💬 3   🔁 4   ❤️ 144

**Adam M.** @mycroft16 · Dec 1
On what grounds?

💬 1   🔁   ❤️ 11

Show replies

**Eric M Doerr** @EricMDoerr · Dec 1
Replying to @LLinWood and @realDonaldTrump
@realDonaldTrump please draft and invoke: THE PROCLAMATION FOR THE

**Don't miss what's happening**
People on Twitter are the first to know.

Log in

12/24/2020 Lin Wood on Twitter: "Good morning. Our country is headed to civil war. A war created by 3rd party bad actors for their benefit - not for …

Case 2:20-cv-00302-SCJ Document 11-17 Filed 12/29/20 Page 4 of 4

Show replies

**Chad Mueller** @Monarch_Pop · Dec 1
Replying to @LLinWood and @realDonaldTrump
Sounds like a great idea to me

⬅ 2     ⟲ 4     ♡ 33

**SpEkforTruth** @spEkfortruth · Dec 1
Replying to @LLinWood and @realDonaldTrump
As much as I agree with this, wouldn't something like that take quite a bit of time to prepare for? And what would we use to make sure the results are more accurate this time? I feel like the entire country needs a process that is vetted and how do we do that quickly

⬅ 41    ⟲ 1     ♡ 37

**Just Dee** @AnndeeB · Dec 1
The way it used to be done, in person and without the internet.

⬅ 9     ⟲      ♡ 33

Show replies

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**TJR** @TamRitter · Dec 1
Exactly what I have been saying for years. Our enemies are having fun with this.

⬅ 3     ⟲ 2     ♡ 67

This Tweet is from an account that no longer exists. Learn more

**Tony B Good** @tonygood2 · Dec 1
Replying to @LLinWood @Panther092203 and @realDonaldTrump
Civil War was never wanted during Lincoln Presidency but was necessary to preserve the Union. Now it's not wanted but may be necessary! God help us if it gets to that point! I hope they do not assassinate our President.

⬅ 170   ⟲ 18    ♡ 278

Show replies

**Nikki Rosier** @NikkiRosier3 · Dec 1
Replying to @LLinWood and @realDonaldTrump
We are The Sleeping Giant and once we have woken up to the corruption in this country.. we will fight to get the power back to US... THE PEOPLE.

⬅ 77    ⟲ 43    ♡ 338

**a b e** @ThinSolidFilms · Dec 1
The people voted. Biden won.

⬅ 14    ⟲      ♡ 155

Show replies

Don't miss what's happening
People on Twitter are the first to know.

Log in