# Exhibit 17

12/24/2020 Grieder: True the Vote lawsuit illustrates silliness of GOP efforts to redo election in court - houstonchronicle.com

Case 2:20-cv-00302-SCJ Document 11-18 Filed 12/29/20 Page 2 of 6

Ski

Subscribe    Sign In

LOCAL // ERICA GRIEDER

# Grieder: True the Vote lawsuit illustrates silliness of GOP efforts to redo election in court

**Erica Grieder**
Dec. 9, 2020 | Updated: Dec. 10, 2020 6:28 p.m.



A "Stop the Steal" rally was held outside of the Supreme Court on Wednesday.

Photo: ANNA MONEYMAKER, STR / NYT

It would be hard to find a Texan willing to donate a cool $2.5 million to the Houston-based nonprofit True the Vote, in support of its efforts to relitigate the results of this year's presidential elections.

12/24/2020 Grieder: True the Vote lawsuit illustrates silliness of GOP efforts to redo election could - HoustonChronicle.com

Case 2:20-cv-00302-SCJ Document 116-18 Filed 12/29/20 Page 3 of 6

One of us should have warned North Carolina businessman Fred Eshelman before he did just that.

Democrats will probably have little sympathy for the disgruntled donor, who last month filed suit against True the Vote in the hope of getting his money back. Some may even feel a bit of schadenfreude, hearing that a supporter of President Donald Trump is taking an organization so aligned with the president's worldview to court.

Eshelman's story is, however, an instructive one, in that it illuminates how disappointed Trump supporters are vulnerable to being taken advantage of as they process the news that Joe Biden won this year's presidential election.

## More from Erica Grieder



ERICA GRIEDER

BY ERICA GRIEDER

**Lawsuit illustrates silliness of GOP efforts to redo election**



HOUSTON

BY ERICA GRIEDER

**Grieder: Texas lawmakers should take chance to overhaul law...**



ERICA G

BY ERICA

Doesn things Harris

Eshelman could not be reached for comment. But the lawsuit gives his side of the story clearly enough.

"Immediately after the November 3rd general election, (Eshelman) decided to support efforts to investigate allegations of illegal and fraudulent conduct in connection with the 2020 general election," the suit states.

He quickly learned of True the Vote, which "holds itself out on its website as 'the country's largest voters' rights organization,'" and had a conversation with the group's founder, Catherine Engelbrecht.

Engelbrecht told him about True the Vote's planned "Validate the Vote 2020" effort — which was necessitated, according to the lawsuit, by what she described as "significant evidence that there were numerous instances of illegal ballots being cast and counted in the 2020 general election."

The plan, Eshelman says, was to elicit whistleblower testimony, drum up support from Republican lawmakers, and file suit in federal court in the closest battleground states in a bid to subpoena election data that could be analyzed "to identify patterns of election subversion."

Eshelman approved, and on Nov. 5 wired $2 million to True the Vote to support the effort. He sent another $500,000, on Nov. 13. But things soured quickly.

In the lawsuit, Eshelman says that his efforts to find out what progress True the Vote was making were met with "vague responses, platitudes, and empty promises of follow-up that never occurred." On Nov. 17, he sent an email to Engelbrecht asking for the bulk of his money back. He intended, he explained in a follow-up email, to use it "for other activities toward the common goal."

True the Vote didn't respond, Eshelman contends. Hence the lawsuit.

Engelbrecht, in a statement, said that Eshelman's claims are "not accurate." In her telling, Eshelman's donation was used for its intended purpose — to establish a whistleblower program and to file lawsuits in four states, among other things. Although the lawsuits were ultimately dismissed, she continued, the rest of the work continues.

"When the consultants called us on November 5, it seemed like an answer to prayer," Engelbrecht added. "Now, it seems like a nightmare."

According to Terri Lynn Helge, a professor of law and associate dean at Texas A&M School of Law, disgruntled donors often face an uphill battle in court.

Case 2:20-cv-00302-SCJ Document 11-18 Filed 12/29/20 Page 5 of 6

"It really depends on the gift agreement itself," Helge told me, explaining that a charity can't simply return money on request after it's gifted, even if its leaders are willing to do that.

It's possible, too, that Eshelman got his hopes up too high, after his conversations with Engelbrecht about the "Validate the Vote" effort.

True the Vote, founded in 2009, is somewhat notorious for making overly sweeping claims about voter fraud, which is rare, in reality, though not nonexistent. In 2016 one of the group's board members, Gregg Phillips, asserted that his team had identified some 3 million votes cast by non-citizens—a figure that completely defies belief, but one which was nonetheless repeatedly cited by Trump, who was elected in 2016 after losing the popular vote.

While Eshelman might not be a sympathetic figure, it's easy to understand how he ended up in the current predicament.

Millions of Americans, polls suggest, are not convinced that Joe Biden is president-elect. Many of them have, in recent weeks, donated to the various organizations pledging to investigate supposed irregularities in the November election and do something about them. Trump himself, via his Trump Make America Great Again Committee, has raised more than $170 million since Election Day, according to a report by the Washington Post.

This is all in large part because Trump has cast himself as the victim of an implausible conspiracy in which Democrats convinced a slew of Republican officials in states such as Georgia and Arizona to help rig the presidential election on Biden's behalf.

Republican elected officials, who know better, are generally reluctant to go so far as to say that the election was stolen, as Trump maintains. But they've given credence to the president's claims to victory by insisting that his ongoing court fights are serious and potentially consequential, which could obviously reinforce that impression.

As the week began, Trump and his allies had already lost several dozen challenges filed in half a dozen states. U.S. Sen. Ted Cruz on Monday said he agreed to argue another case challenging results of the November election before the U.S.Supreme Court, if the court agreed to take it up, after he was approached by the petitioners. (The Supreme Court on Tuesday declined to do so.)

12/24/2020 Grieder: True the Vote lawsuit illustrates sliminess of GOP efforts to redo election could - Houston Chronicle.com

Case 2:20-cv-00302-SCJ Document 14-18 Filed 12/29/20 Page 6 of 6

Texas Attorney Gen. Ken Paxton, apparently not to be outdone, on Tuesday filed suit in the Supreme Court seeking to overturn the results of the election in Pennsylvania, Wisconsin, Michigan and Georgia.

As long as these antics continue, Eshelman isn't the only American who's going to end up feeling burned after supporting what he believed to be a worthy cause.

Correction: This column has been corrected to reflect that U.S. Sen. Ted Cruz was asked to argue a case challenging the results of the November election, rather than volunteering himself to do so.

*erica.grieder@chron.com*

## Sign up for the Morning Report newsletter

Get a weekday briefing of Houston's top stories delivered to your inbox.

Enter your email                                         SIGN UP

By subscribing, you agree to our Terms of use and acknowledge that your information will be used as described in our Privacy Policy.

TOP

### ABOUT

Our Company                         Interest Based Ads

Newspaper Delivery Safety Procedures    Terms of Use

Privacy Notice                      Advertising

Your California Privacy Rights      Careers

### CONTACT

Subscribe                           Customer Service

e-Edition                           Frequently Asked Questions

Archives                            Newsroom Contacts

HEARST *newspapers*