# Exhibit 20

Case 2:20-cv-00302-SCJ Document 11-21 Filed 12/29/20 Page 2 of 2

Explore

Settings

**Tweet**

**Crusade for Freedom**
@Crusade4Freedom

OK America. I'm done. We are going to start publishing the list of ineligible GA for all to review. These leftist lawyers have lied, now it's time for some truth.

1:54 PM · Dec 22, 2020 · Twitter for iPhone

**1** Retweet **3** Likes

Search Twitter

**New to Twitter?**

Sign up now to get your own pers

Sign up

**Relevant people**

**Crusade for Freedc**
@Crusade4Freedon

**What's happening**

COVID-19 · 5 hours ago
**House Republicans reject e to increase stimulus relief c to $2,000 despite Trump's request**
Trending with #StimulusChecks2( #StimulusPackage

Entertainment · Trending
**Iron Man 3**
3,217 Tweets

Politics · Trending
**IT IS A FACT**
73.5K Tweets

COVID-19 · LIVE
**COVID-19: News and updat Washington**

In memoriam · Yesterday
**Broadway legend Rebecca dies at 59**

Show more

Terms of Service Privacy Policy
Ads info More © 2020 Twitt

**Don't miss what's happening**
People on Twitter are the first to know.

Log in S

