# Exhibit 23

As the nation's largest nonpartisan, voters' rights and election integrity organization, True the Vote exists to inspire and equip volunteers for involvement at every stage of America's electoral process. We provide training, technology, and support to fellow citizens so that they can ensure election integrity in their own communities.