# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., JOHN DOE, and JANE DOE, <br><br> Plaintiffs, <br><br> v. <br><br> TRUE THE VOTE, CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10, <br><br> Defendants. | Case No. 2:20-cv-00302-SCJ |

## DECLARATION OF LAUREN GROH-WARGO

Pursuant to 20 U.S.C. § 1746, I, Lauren Groh-Wargo, declare as follows:

1. My name is Lauren Groh-Wargo. I am over eighteen years of age, have personal knowledge of the facts stated in this Declaration, and can competently testify to the matters contained herein.

2. I am a Senior Advisor to Fair Fight, Inc. ("Fair Fight"), one of the Plaintiffs in the above-captioned litigation. I am authorized to provide this Declaration for Fair Fight.

3. Fair Fight is a political action committee with a non-contribution account, commonly known as a Hybrid PAC, registered with the Federal Election

Commission, the Georgia Government Transparency and Campaign Finance Commission, and various state campaign finance regulators.

4.  In addition to its other work, one of Fair Fight's missions is to secure the voting rights of Georgians, a mission that includes voter engagement and voter turn-out, particularly among young people and people of color.

5.  Fair Fight's voter engagement activities include efforts to support and elect pro-voting rights progressive leaders. To encourage voter participation, Fair Fight handles programmatic activities including the preparation and sponsorship of digital advertising, mailings, phone banks and calls, and text messaging. Fair Fight raises money and provides funding for voter engagement activities.

6.  For the 2020 general election runoff, to be conducted January 5, 2021, Fair Fight was engaged in voter participation work including educating voters about the voting process, engaging in get out the vote activities, monitoring long lines at polling locations, and helping voters navigate the absentee ballot process.

7.  On the first day of early voting, December 14, 2020, Fair Fight learned from a True the Vote press release that True the Vote and the Georgia Republican Party were partnering to engage in what they termed as "the most comprehensive ballot security initiative in Georgia history." *See* https://truethevote.org/true-the-vote-partners-with-georgia-gop-to-ensure-transparent-secure-ballot-effort-for-senate-runoff-elections/.

8. On December 16, Fair Fight learned, from Ralph A. Russell, Chair of the Muscogee County Republican Party, of the challenge that True the Vote mounted against 4033 Muscogee County voters. Then, on December 17, Fair Fight learned of challenges filed in other counties, including Cobb, Troup, Clarke, and Henry Counties. Fair Fight also obtained the challenge cover letters from Cobb and Athens-Clarke Counties and learned the county Republican chairs had filed the challenges in both counties.

9. On December 18, Fair Fight learned from a True the Vote press release that True the Vote, and groups and individuals working in concert with True the Vote, intended to mount challenges to the eligibility of hundreds of thousands of Georgians to cast their votes in the runoff election. *See* https://truethevote.org/true-the-vote-partners-with-georgians-in-every-county-to-preemptively-challenge-364541-potentially-ineligible-voters/.

10. Upon learning about True the Vote's challenges, Fair Fight was immediately concerned because True the Vote's' challenges were consistent with the tactics of voter intimidation that had for too long persisted in Georgia. As a result of True the Vote's plans, Fair Fight was forced to focus on combatting True the Vote's efforts to limit ballot access and oppose the organization's efforts at voter intimidation. This change in Fair Fight's activities impeded Fair Fight's voter engagement efforts.

11. Specifically, to counteract True the Vote's efforts to limit access to the ballot, Fair Fight took staff away from its voter mobilization activities described above and dedicated that staff instead to monitoring the Georgia's 159 counties to determine which counties received challenges True the Vote was supporting. That monitoring included attending the Board of Elections hearings on True the Vote's challenges. Fair Fight also expended significant financial and staff resources to collect and analyze the challenge lists.

12. In addition to committing Fair Fight's paid staff to track and respond to the efforts of True the Vote, Fair Fight redirected the time of Fair Fight volunteers. Fair Fight had organized a large group of volunteers to gather information about general voting logistics, including confirming with counties their early voting locations, dates, and hours. Fair Fight volunteers also advocated for extending early voting opportunities. Because of the efforts of True the Vote and those working with True the Vote to restrict the right of hundreds of thousands of Georgians to cast votes, Fair Fight was forced to redirect the above-described efforts of its volunteers to, instead, reaching out to voters on True the Vote's lists of challenged voters and attending Boards of Elections meetings, some in-person, across the state. That re-direction of effort required extensive Fair Fight staff involvement to reach out to and coordinate volunteers and took staff away from their voter engagement activities.

13. Fair Fight's efforts to respond to and combat True the Vote's challenges also required Fair Fight to expend money. That money was diverted from Fair Fight's voter engagement activities.

14. Unless and until this litigation is successful, Fair Fight will continue to expend staff resources, volunteer time, and money combatting the efforts of True the Vote and its cooperators to restrict access to the polls. These expenditures would not be required if this Court grants the relief requested by Fair Fight in its complaint.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed the 29th day of December, 2020.

DocuSigned by:
*Lauren Groh-Wargo*
BDCD32C3CF704CF...
Lauren Groh-Wargo