# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., JOHN DOE, and JANE DOE,<br><br>        Plaintiffs,<br><br>   v.<br><br>TRUE THE VOTE, CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>        Defendants. | Case No. 2:20-cv-00302-SCJ<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION** |

    THIS MATTER comes before the Court on Plaintiffs' Motion for a Temporary Restraining Order or Preliminary Injunctive Relief (the "Motion"). Upon considering the amended motion and supporting authorities, the response from the Defendants, and the evidence and pleadings of record, the Court finds that Plaintiffs are likely to succeed on the merits of their claims, that they will be irreparably harmed if this motion is not granted, that the balance of equities tip in Plaintiffs' favor, and that the requested equitable relief is in the public interest. It is hereby:

**ORDERED** that the Motion is **GRANTED**, and Defendants, their respective agents, officers, employees, and successors, and all persons acting in concert with each or any of them, are hereby **ENJOINED** from the following activities:

- Submitting, or causing the submission of, further challenges to any voter's eligibility in the State of Georgia;

- Participating in any poll-watching, poll-monitoring, or election-observing activities; recruiting and training individuals for these activities; or advertising these activities; and

- Photographing or video recording voters or election workers during the course of voting or working at the polls.

**IT IS SO ORDERED.**

Dated this _____ day of December, 2020.


_____
The Honorable Steve C. Jones
United States District Judge