# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| **FAIR FIGHT, INC.**, *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **CIVIL ACTION FILE NO.** |
| **v.** ) | |
| ) | **2:20-CV-0302-SCJ** |
| **TRUE THE VOTE**, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

## NOTICE OF SPECIAL ENTRY OF APPEARANCE

**COMES NOW,** Ray S. Smith, III, and the law firm of Smith & Liss, LLC, and makes his special appearance as counsel on behalf of **Defendants**, without waiving proper service or any jurisdictional defenses, for the limited purposes of receiving notice in this case. Please forward all Court notices, pleadings, and correspondence regarding said matter to the undersigned.

Respectfully submitted this 29th day of December, 2020.

**SMITH & LISS, LLC**

*/s/ Ray S. Smith, III*
RAY S. SMITH, III
Georgia Bar No. 662555
rsmith@smithliss.com
*Counsel for Defendants*

Five Concourse Parkway
Suite 2600
Atlanta, Georgia 30328
Telephone 404-760-6006

{00586027. }

Facsimile 404-760-0225

{00586027. }

## **CERTIFICATE OF COMPLIANCE**

The undersigned counsel certifies that the foregoing has been prepared in Times New Roman (14 point) font, as required by the Court in Local Rule 5.1(B).

Respectfully submitted this 29th day of December, 2020.

**SMITH & LISS, LLC**

/s/ *Ray S. Smith, III*
Ray S. Smith, III
Georgia Bar No. 662555
*Counsel for Defendants*

Five Concourse Parkway
Suite 2600
Atlanta, Georgia 30328
(404) 760-6000
rsmith@smithliss.com

{00586027. }

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused the foregoing and all exhibits and attachments thereto in the above-captioned matter to be filed with and electronically served by the United States District Court for the Northern District of Georgia, Gainesville Division, via the Court's CM-ECF system, to the following:

>Allegra J. Lawrence
>Leslie J. Bryan
>Maia J. Cogen
>Lawrence & Bundy, LLC
>Suite 1650
>1180 West Peachtree St., NW
>Atlanta, GA 30309
>
>Dara Lindenbaum
>Sandler Reiff Lamb Rosenstein & Birkenstock, P.C.
>Suite 750
>1090 Vermont Ave., NW
>Washington, DC 20005

This 29th day of December, 2020.

>*/s/ Ray S. Smith, III*
>RAY S. SMITH, III
>Georgia Bar No. 662555
>rsmith@smithliss.com
>*Counsel for Defendants*

**SMITH & LISS LLC**
Five Concourse Parkway
Suite 2600
Atlanta, Georgia 30328
Telephone 404-760-6006
Facsimile 404-760-0225

{00586027. }