IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| **FAIR FIGHT, INC.,** *et al.*,   )<br>  )<br>    **Plaintiffs,**   )<br>  )<br>**v.**   )<br>  )<br>**TRUE THE VOTE,** *et al.*,   )<br>  )<br>    **Defendants.**   )<br>_____  ) | **CIVIL ACTION FILE NO.**<br><br>**2:20-CV-0302-SCJ** |

### DEFENDANTS' NOTICE OF FILING OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION

**COME NOW** Defendants True the Vote, Catherin Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, and James Cooper (collectively "Defendants"), by and through their undersigned counsels of record, and without waiving proper service or jurisdictional defenses, give notice to the Court of supplemental authority in support of Defendants' Response in Opposition to Plaintiffs' Motion for a Temporary Restraining Order and/or Preliminary Injunction (the "TRO Response").

In Plaintiffs' Motion for a Temporary Restraining Order and/or Preliminary Injunction (the "TRO Motion"), Plaintiffs cite to and partially rely upon a temporary restraining order issued in *Majority Forward v. Ben Hill County Board of Elections*,

No. 1:20-cv-266-LAG, ECF No. 12 at *7 (M.D. Ga. Dec. 28, 2020); *see* ECF 11-1, p. 6-7.  However, yesterday evening, the Court in that case issued an order **dissolving the temporary restraining order** and specifically ruling, after a hearing, that "as to the Ben Hill County Defendants, **Plaintiffs have failed to demonstrate a likelihood of success on the merits of their claims**."  *See Majority Forward*, 1:20-cv-266-LAG, ECF No. 27 at *1 (M.D. Ga. Dec. 30, 2020) (emphasis added).  A true and correct copy of the referenced *Ben Hill* December 30, 2020 Order is attached hereto and incorporated herein for this Court's reference.

Accordingly, and for the reasons set further set forth in Defendants' TRO Response, Defendants respectfully request that this Court deny Plaintiffs' TRO Motion and deny any and all relief requested therein.

Respectfully submitted this 31st day of December, 2020.

                              **SMITH & LISS, LLC**

                              */s/ Ray S. Smith, III*
                              RAY S. SMITH, III
                              Georgia Bar No. 662555
                              rsmith@smithliss.com
                              *Counsel for Defendants*

Five Concourse Parkway
Suite 2600
Atlanta, Georgia 30328
Telephone 404-760-6006
Facsimile 404-760-0225

## **CERTIFICATE OF COMPLIANCE**

The undersigned counsel certifies that the foregoing has been prepared in Times New Roman (14 point) font, as required by the Court in Local Rule 5.1 (B).

Respectfully submitted this 31st day of December, 2020.

                                             **SMITH & LISS, LLC**

                                             /s/ *Ray S. Smith, III*
                                             Ray S. Smith, III
                                             Georgia Bar No. 662555
                                             *Counsel for Defendants*

Five Concourse Parkway
Suite 2600
Atlanta, Georgia 30328
(404) 760-6000
rsmith@smithliss.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused the foregoing and all exhibits and attachments thereto in the above-captioned matter to be filed with and electronically served by the United States District Court for the Northern District of Georgia, Gainesville Division, via the Court's CM-ECF system, to the following:

Allegra J. Lawrence
Leslie J. Bryan
Maia J. Cogen
Lawrence & Bundy, LLC
Suite 1650
1180 West Peachtree St., NW
Atlanta, GA 30309

Dara Lindenbaum
Sandler Reiff Lamb Rosenstein & Birkenstock, P.C.
Suite 750
1090 Vermont Ave., NW
Washington, DC 20005

This 31st day of December, 2020.

                */s/ Ray S. Smith, III*
                RAY S. SMITH, III
                Georgia Bar No. 662555
                rsmith@smithliss.com
                *Counsel for Defendants*

**SMITH & LISS LLC**
Five Concourse Parkway
Suite 2600
Atlanta, Georgia 30328
Telephone 404-760-6006
Facsimile 404-760-0225

{00587309. }