# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

## 2:20-cv-00302-SCJ
## Fair Fight, Inc. et al v. True the Vote et al
## Honorable Steve C. Jones

Minute Sheet for proceedings held on 12/31/2020.

TIME COURT COMMENCED: 10:15 A.M.
TIME COURT CONCLUDED: 1:15 P.M.      COURT REPORTER: Jana Colter
TIME IN COURT: 3:00                  DEPUTY CLERK: Pamela Wright
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Leslie Bryan representing Fair Fight, Inc. |
| | Leslie Bryan representing Jane Doe |
| | Leslie Bryan representing John Doe |
| | Maia Cogen representing Fair Fight, Inc. |
| | Maia Cogen representing Jane Doe |
| | Maia Cogen representing John Doe |
| | Allegra Lawrence representing Fair Fight, Inc. |
| | Allegra Lawrence representing Jane Doe |
| | Allegra Lawrence representing John Doe |
| | Dara Lindenbaum representing Fair Fight, Inc. |
| | Dara Lindenbaum representing Jane Doe |
| | Dara Lindenbaum representing John Doe |
| | Ray Smith representing True the Vote |
| | Ray Smith representing Catherine Engelbrecht |
| | Ray Smith representing Derek Somerville |
| | Ray Smith representing James Cooper |
| | Ray Smith representing Mark Davis |
| | Ray Smith representing Mark Williams |
| | Ray Smith representing Ron Johnson |
| OTHER(S) PRESENT: | PHV applications pending: Uzoman Nkwonle, Aria Branch, Thomas Tobin, James Bopp, Meleina Siebert, Courtney Milbank, Jeffrey Gallant, Rob Citak |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |

| | |
|---|---|
| MOTIONS RULED ON: | [2]Motion for Miscellaneous Relief TAKEN UNDER ADVISEMENT (Motion to Proceed Anonymously)<br>[11]Motion for TRO TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | Motion hearing held via Zoom. Oral argument heard. Motions taken under advisement by the Court, with order to follow. |
| HEARING STATUS: | Hearing Concluded |