UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT INC., JOHN DOE, and JANE DOE,<br><br>  Plaintiffs,<br><br>v.<br><br>TRUE THE VOTE, CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>  Defendants. | Case No. 2:20-CV-0302-SCJ |

## DECLARATION OF ▉

Pursuant to 20 U.S.C. § 1746, I, ▉, declare as follows:

1. My name is ▉. I am over the age of 18, have personal knowledge of the facts stated in this declaration, and can competently testify to their truth.

2. I am a permanent resident of ▉ Georgia and a registered voter in ▉, Georgia. I have lived in Georgia for the past ▉, where I own a home, have a family, and maintain a permanent job. In all respects, Georgia is my home.

3. A few months ago, I was offered a temporary assignment in ▉.

I thought this position would be good for my career, so I accepted it. The position ends in ▇ and when it does, I will return home to Georgia.

4. Because I did not want to miss any mail while I was away from home, I decided to forward my mail to my new state. By doing this, I did not intend in any way to give up my residency in Georgia. I still own a home in Georgia, pay taxes in Georgia, and intend to return to Georgia when my temporary assignment has finished.

5. Earlier this week, I was extremely upset when I learned that my eligibility to vote had been challenged by True the Vote. I learned that I was a challenged voter when I read a story in the local paper about True the Vote's challenges and saw my name and address had been published online.

6. Participating in elections is extremely important to me. I found the challenge upsetting precisely because it felt like someone was trying to deprive my right to vote, and in a public way.

7. While I have been away from Georgia for ▇, I saw the consequences of claims of voter fraud in that election. I watched as our election workers, in particular, were harassed, threatened, and doxxed.

8. True the Vote's challenge to my eligibility will not prevent me from voting in the runoff election, but now I fear that I could—or my family could—easily become the next target of this harassment and from Defendants and their supporters

because I voted, especially because Defendants published a list with my address on it.

9. Additionally, I work in a very public setting, and it would be easy for those who wanted to target me to find out where I worked and harass me there as well.

10. I should not have to worry about being targeted or facing retribution for exercising my right to vote.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 24, 2020

By: 

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT INC., JOHN DOE, and JANE DOE,<br><br>        Plaintiffs,<br><br>v.<br><br>TRUE THE VOTE, CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>        Defendants. | Case No. _____ |

### DECLARATION OF ▓▓▓▓▓▓▓

Pursuant to 20 U.S.C. § 1746, I, ▓▓▓▓▓▓▓, declare as follows:

1. My name is ▓▓▓▓▓▓▓. I am over the age of 18, have personal knowledge of the facts stated in this declaration, and can competently testify to their truth.

2. I am a permanent resident of ▓▓▓▓, Georgia and a registered voter in ▓▓▓▓▓▓, Georgia. I have lived in Georgia for the past ▓▓▓▓▓▓, where I own a home, have a family, and maintain a permanent job. In all respects, Georgia is my home.

3. Earlier this year, my spouse was offered a short-term career opportunity

in ▮▮▮▮▮, which my spouse accepted. For that reason, I have been traveling back and forth between Georgia and ▮▮▮▮▮ to see my spouse.

4. Because I did not want to miss any mail while I was away from home, I decided to forward my mail to my spouse's temporary location. By doing this, I did not intend in any way to give up my residency in Georgia. I still own a home in Georgia, pay taxes in Georgia, and work in Georgia.

5. Earlier this week, I was extremely upset when I learned that my eligibility to vote had been challenged by True the Vote. I learned that I was a challenged voter when I read a story in the local paper about True the Vote's challenges and saw my name and address had been published online.

6. Participating in elections is extremely important to me. I found the challenge upsetting precisely because it felt like someone was trying to deprive my right to vote, and in a public way.

7. While I have been away from Georgia for ▮▮▮▮▮, I saw the consequences of claims of voter fraud in that election. I watched as our election workers, in particular, were harassed, threatened, and doxxed.

8. True the Vote's challenge to my eligibility will not prevent me from voting in the runoff election, but now I fear that I could—or my family could—easily become the next target of this harassment and from Defendants and their supporters when I do vote, especially because Defendants published a list with my address on

- 2 -

it.

9. Additionally, I work in a very public setting, and it would be easy for those who wanted to target me to find out where I worked and harass me there as well.

10. I should not have to worry about being targeted or facing retribution for exercising my right to vote.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 24, 2020

By: