# Exhibit A
# Emails to Section 230 Challenger



**EVANS, CRISTINA U**

From: no-reply@weebly.com
Sent: Tuesday, December 29, 2020 2:01 PM
To: EVANS, CRISTINA U
Subject: New Form Entry: Contact Form

You've just received a new submission to your Contact Form.
Mark as Spam

**Submitted Information:**

Name
Steven Kearns

Email
stevenkearns7@gmail.com

Phone Number
2398487395

Choose Name of Council Member
2nd Ward - Eastern District

Comment
Tommy Roberts you are a disgrace to the city Council! Seeking to suppress the voices of Georgian voters You were advised by your county attorney not to do so and brought a frivolous lawsuit anyway. You are there to represent the people, all of the people, hear all of their voices. It's absolutely shameful that you would try to disregard voices that don't agree with yours. Now kindly go fuck yourself!!!



EVANS, CRISTINA U

From: no-reply@weebly.com
Sent: Tuesday, December 29, 2020 1:04 PM
To: EVANS, CRISTINA U
Subject: New Form Entry: Contact Form

You've just received a new submission to your Contact Form.

Mark as Spam

**Submitted Information:**

**Name**
Phil Atio

**Email**
suck@mydick.com

**Phone Number**
888-555-1212

**Choose Name of Council Member**
Tommy Roberts, East & West At Large

**Comment**
You fucking lowlife racist worthless piece of shit. You fucking purge ONE legitimate vote, asshole, and we will fucking string you up my your little 6 year old's short hairs. Comprende, dickhead? You're a fucking pathetic uneducated inbred dildo. Worthless white garbage. YOU and your racist lowlife fucking buddies are an embarrassment to the country and the human race. GO fuck yourself, asshole. We are watching you