## Verification

I, ___Ron Johnson___, declare as follows:

1. I am a resident of Georgia.

2. If called upon to testify, I would testify competently as to the matters set forth in the foregoing *Defendants' Verified Counterclaims Against Plaintiffs*.

3. I verify under penalty of perjury under the laws of the United States of America that the factual statements in this *Defendants' Verified Counterclaims Against Plaintiffs* concerning me and my past and intended activities are true and correct to the best of my knowledge and understanding. 28 U.S.C. § 1746.

Executed on January __7__, 2021.

_____