## Verification

I, Catherine Engelbrecht, declare as follows:

**1.** I am the Founder and President of True the Vote, Inc., a non-profit corporation incorporated under the laws of Texas.

**2.** I have personal knowledge of True the Vote, Inc., their activities, and their intentions, including those set out in the foregoing *Defendants' Verified Counterclaims Against Plaintiffs*, and if called on to testify I would competently testify as to the matters stated therein.

**3.** I verify under penalty of perjury under the laws of the United States of America that the factual statements in this *Defendants' Verified Counterclaims Against Plaintiffs* concerning True the Vote, Inc. and their past and intended activities are true and correct to the best of my knowledge and understanding. 28 U.S.C. § 1746.

Executed on January 7th, 2021.

_____