**(1)** A complete list of the parties and the corporate disclosure statement required by FRCP 7.1.

**(2)** A complete list of other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case.

**(3)** A complete list of each person serving as a lawyer in this proceeding. Where the particular circumstances of the case may warrant such action, counsel may petition the Court for permission to file the certificates *in camera* or under seal.

**(B)** **Duties of Counsel**. Each attorney shall have a continuing duty to notify the Court of any additions to or deletions from the certificate.

**(C)** **Form of Certificate**. The form of the certificate, which shall be signed and dated, shall be as follows:

[style and number of case]
Certificate of Interested Persons and Corporate Disclosure Statement

**(1)** The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

_____
_____

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

_____
_____

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Submitted this_____day of_____, 20____.

                                                       _____
                                                       Counsel for

**LR 3.4        PATENT, TRADEMARK, AND COPYRIGHT CASES**

The plaintiff in an action arising from a registered patent, trademark, or copyright must, at the commencement of the action, complete and file AO Form 120 or 121, as applicable. The Clerk of Court then will submit the form to the U.S. Patent and Trademark Office or the U.S. Copyright Office, as appropriate. When any party makes a subsequent filing that adds additional registered patents, trademarks, or copyrights into the litigation, that party must complete and file an updated AO Form 120 or 121, as applicable, which the Clerk of Court then will submit to the appropriate office.

**<u>LR 5:</u>        <u>SERVICE AND FILING OF PLEADINGS AND OTHER PAPERS</u>**

**LR 5.1        ELECTRONIC AND PAPER DOCUMENTS; FORMAT; LEGIBILITY**

**(A)    Electronic.**

**(1)** Documents in civil and criminal cases will be filed, signed, and verified by electronic means to the extent and in the manner authorized by the Court's Standing Order, In Re: Electronic Case Filing and Procedures, as contained in Appendix H of these Local Rules. Documents filed electronically shall substantially conform to the requirements of these Local Rules.

**(2)** Consistent with Fed. R. Civ. P. 5(d)(3)(D), a paper filed electronically is a written paper for purposes of these Local Rules and the Federal Rules of Civil Procedure.

**(3)** Filing in the Court's electronic case files ("ECF") system constitutes service of the filed documents on registered users. Parties who are not registered users