United States District Court
Northern District of Georgia
Gainesville Division

| | |
|---|---|
| **Fair Fight, Inc., John Doe,** and **Jane Doe**, <br><br> *Plaintiffs*, <br><br> v. <br><br> **True the Vote, Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper,** and **John Does 1-10**, <br><br> *Defendants*. | Civ. No. 2:20-cv-00302-SCJ <br><br> Hon: Steve C. Jones |

**Certificate of Interested Persons and Corporate Disclosure Statement**

(1)   The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation, and any publicly held corporation that owns 10% or more of the stock of a party:

    Defendant True the Vote, Inc., a Texas nonprofit corporation
    Defendant Catherine Engelbrecht, an individual
    Defendant Derek Somerville, an individual
    Defendant Mark Davis, an individual
    Defendant Ron Johnson, an individual
    Defendant James Cooper, an individual

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Ray Smith, III, GA #662555
*Local Counsel for Defendants*

James Bopp, Jr.,* IN # 2838-84
Jeffrey P. Gallant,* VA # 46876
Courtney Turner Milbank,* IN# 32178-29
Melena Siebert,* IN # 35061-15
Rob Citak,* KY # 98023
*Lead Counsel for Defendants*
**Pro hac vice* granted

Submitted this 21st day of January, 2021.

/s/ Ray Smith, III
Ray Smith, III, GA #662555
SMITH & LISS, LLC
Five Concourse Parkway
Suite 2600
Atlanta, GA 30328
Telephone: (404) 760-6000
Facsimile: (404) 760-0225
*Local Counsel for Defendants*

James Bopp, Jr.,* IN # 2838-84
 jboppjr@aol.com
Jeffrey P. Gallant,* VA # 46876
 jgallant@bopplaw.com
Courtney Turner Milbank,* IN#
    32178-29
 cmilbank@bopplaw.com
Melena Siebert,* IN # 35061-15
 msiebert@bopplaw.com
Rob Citak,* KY # 98023
 rcitak@bopplaw.com
THE BOPP LAW FIRM, PC
1 South 6th Street
Terre Haute, Indiana 47807
Telephone: (812) 232-2434
Facsimile: (812) 235-3685
*Lead Counsel for Defendants*
**Pro hac vice* granted

## Certificate of Service

I hereby certify that the foregoing document was served electronically on January 21, 2021, upon all counsel of record via the United States District Court for the Northern District of Georgia, electronic filing system.

| | |
|---|---|
| **SMITH & LISS LLC** | */s/ Ray S. Smith, III* |
| Five Concourse Parkway | Ray S. Smith, III |
| Suite 2600 | Georgia Bar No. 662555 |
| Atlanta, Georgia 30328 | *Local Counsel for Defendants* |
| (404) 760-6000 | |
| rsmith@smithliss.com | |