# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., JOHN DOE, and JANE DOE,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>TRUE THE VOTE, CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>　　　　Defendants. | Civ. Act. No. 2:20-cv-00302-SCJ |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1) The undersigned counsel of record for Plaintiffs to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

　　Plaintiff/Counter-Defendant Fair Fight, Inc., a nonprofit PAC

　　Plaintiff/Counter-Defendant John Doe, an individual

　　Plaintiff/Counter-Defendant Jane Doe, an individual

　　Counter-Defendant Fair Fight Action, Inc., a nonprofit corporation

Plaintiffs and Counter-Defendants are non-profits and individuals and have no parent corporation nor are they publicly held corporations. No publicly held corporation owns 10% or more of stock of any Plaintiff or Counter-Defendant.

Defendant/Counter-Claimant True the Vote, Inc., a Texas nonprofit corporation

Defendant/Counter-Claimant Catherine Engelbrecht, an individual

Defendant/Counter-Claimant Derek Somerville, an individual

Defendant/Counter-Claimant Mark Davis, an individual

Defendant/Counter-Claimant Ron Johnson, an individual

Defendant/Counter-Claimant James Cooper, an individual

Defendants John Does 1-10, unknown individuals

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

For Plaintiffs/Counter-Defendants:

    Marc E. Elias (admitted *pro hac vice*) (lead counsel)
    Uzoma Nkwonta (admitted *pro hac vice*) (lead counsel)
    Aria Christine Branch (admitted *pro hac vice*)
    Christina Ashley Ford (admitted *pro hac vice*)
    **Perkins Coie LLP**
    Suite 800
    700 Thirteenth St., N.W.
    Washington, DC 20005-2011
    Telephone: 202-654-6200
    Fax: 202-654-9959
    melias@perkinscoie.com
    unkwonta@perkinscoie.com
    abranch@perkinscoie.com
    christinaFord@perkinscoie.com

    Thomas Tobin (admitted *pro hac vice*)
    **Perkins Coie LLP**
    1201 Third Avenue
    Suite 4900
    Seattle, WA 98101-3099
    Telephone: 206-359-8000
    Fax: 206-359-9000
    ttobin@perkinscoie.com

    Molly Elizabeth Mitchell (admitted *pro hac vice*)
    **Perkins Coie LLP**
    Suite 500
    1111 West Jefferson Street
    Boise, ID 83702
    Telephone: 208-343-3434
    Fax: 208-343-3232
    mmitchell@perkinscoie.com

    Dara Lindenbaum (GA Bar No. 980780)
    **Sandler Reiff Lamb Rosenstein & Birkenstock, P.C.**
    Suite 750

1090 Vermont Avenue, NW
Washington, DC 20005
Telephone: 202-479-1111
Fax: 202-479-1115
lindenbaum@sandlerreiff.com

Allegra Lawrence (GA Bar No. 439797) (local counsel)
Leslie J. Bryan (GA Bar No. 091175) (local counsel)
Maia Cogen (GA Bar No. 832438) (local counsel)
**LAWRENCE & BUNDY LLC**
1180 West Peachtree Street
Suite 1650
Atlanta, GA 30309
Telephone: 404-400-3350
Fax: 404-609-2504
allegra.lawrence-hardy@lawrencebundy.com
leslie.bryan@lawrencebundy.com
maia.cogen@lawrencebundy.com

For Defendants/Counter-Claimants:

James Bopp, Jr. (admitted *pro hac vice*) (lead counsel)
Jeffrey P. Gallant (admitted *pro hac vice*)
Courtney Turner Milbank (admitted *pro hac vice*)
Melena Siebert (admitted *pro hac vice*)
**The Bopp Law Firm, PC**
1 South Sixth Street
Terre Haute, IN 47807
Telephone: 812-232-2434
Fax: 812-235-3685
jboppjr@aol.com
jgallant@bopplaw.com
cmilbank@bopplaw.com
msiebert@bopplaw.com

Ray Stallings Smith, III (GA Bar No. 662555) (local counsel)
**Smith & Liss, LLC**
Suite 2600

Five Concourse Parkway
Atlanta, GA 30328
Telephone: 404-760-6006
Fax: 404-760-0225
rsmith@smithliss.com

Respectfully submitted this 22nd day of January, 2021.

(signatures on following page)

       */s/ Allegra Lawrence*
Marc E. Elias (admitted *pro hac vice*)
Uzoma Nkwonta (admitted *pro hac vice*)
Aria Christine Branch (admitted *pro hac vice*)
Christina Ashley Ford (admitted *pro hac vice*)
**Perkins Coie LLP**
Suite 800
700 Thirteenth St., N.W.
Washington, DC 20005-2011
Telephone: 202-654-6200
Fax: 202-654-9106
melias@perkinscoie.com
unkwonta@perkinscoie.com
abranch@perkinscoie.com
christinaford@perkinscoie.com

Thomas Tobin (admitted *pro hac vice*)
**Perkins Coie LLP**
1201 Third Avenue
Suite 4900
Seattle, WA 98101-3099
Telephone: 206-359-8000
Fax: 206-359-9000
ttobin@perkinscoie.com

Molly Elizabeth Mitchell (admitted *pro hac vice*)
**Perkins Coie LLP**
Suite 500
1111 West Jefferson Street
Boise, ID 83702
Telephone: 208-343-3434
Fax: 208-343-3232
mmitchell@perkinscoie.com

Dara Lindenbaum (GA Bar No. 980780)
**Sandler Reiff Lamb Rosenstein & Birkenstock, P.C.**
Suite 750
1090 Vermont Avenue, NW
Washington, DC 20005
Telephone: 202-479-1111

Fax: 202-479-1115
lindenbaum@sandlerreiff.com

Allegra Lawrence (GA Bar No. 439797)
Leslie J. Bryan (GA Bar No. 091175)
Maia Cogen (GA Bar No. 832438)
**LAWRENCE & BUNDY LLC**
1180 West Peachtree Street
Suite 1650
Atlanta, GA 30309
Telephone: 404-400-3350
Fax: 404-609-2504
allegra.lawrence-hardy@lawrencebundy.com
leslie.bryan@lawrencebundy.com
maia.cogen@lawrencebundy.com

*Counsel for Plaintiffs/Counter-Defendants*

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., JOHN DOE, and JANE DOE, <br><br> Plaintiffs, <br><br> v. <br><br> TRUE THE VOTE, CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10, <br><br> Defendants. | Civ. Act. No. 2:20-cv-00302-SCJ |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of January, 2021, I caused to be electronically filed the foregoing PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon the following Counsel of Record:

James Bopp, Jr.
Jeffrey P. Gallant
Courtney Turner Milbank
Melena Siebert

8

**The Bopp Law Firm, PC**
1 South Sixth Street
Terre Haute, IN 47807
Telephone: 812-232-2434
Fax: 812-235-3685
jboppjr@aol.com
jgallant@bopplaw.com
cmilbank@bopplaw.com
msiebert@bopplaw.com

Ray Stallings Smith, III
**Smith & Liss, LLC**
Suite 2600
Five Concourse Parkway
Atlanta, GA 30328
Telephone: 404-760-6006
Fax: 404-760-0225
rsmith@smithliss.com


                                    */s/ Allegra Lawrence*
                                      Allegra Lawrence