# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., JOHN DOE, and JANE DOE,<br><br>    Plaintiffs,<br><br>  v.<br><br>TRUE THE VOTE, CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>    Defendants,<br><br>FAIR FIGHT ACTION, INC.,<br><br>    Counter-Defendant. | Case No. 2:20-CV-00302-SCJ |

## PLAINTIFF FAIR FIGHT INC., JOHN DOE, JANE DONE, AND COUNTER-DEFENDANT FAIR FIGHT ACTION, INC.'S MOTION TO DISMISS DEFENDANTS' COUNTERCLAIMS

Plaintiffs Fair Fight, Inc., John Doe, Jane Doe, and Counter-Defendant Fair Fight Action, Inc., file this Motion to Dismiss Defendants' Counterclaims against Plaintiffs and Counter-Defendant Fair Fight Action, Inc. pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).

The basis for the motion is more fully set forth in the accompanying Brief in Support of Motion to Dismiss.

Dated this 29th day of January 2021.

Respectfully Submitted,

/s/ Uzoma N. Nkwonta

| | |
|---|---|
| Allegra J. Lawrence (GA Bar No. 439797) <br> Leslie J. Bryan (GA Bar No. 091175) <br> Maia Cogen (GA Bar No. 832438) <br> **LAWRENCE & BUNDY LLC** <br> 1180 West Peachtree Street, Suite 1650 <br> Atlanta, GA 30309 <br> Telephone: (404) 400-3350 <br> Fax: (404) 609-2504 <br> allegra.lawrence-hardy@lawrencebundy.com <br> leslie.bryan@lawrencebundy.com <br> maia.cogen@lawrencebundy.com <br><br> Dara Lindenbaum (GA Bar No. 980780) <br> **SANDLER REIFF LAMB ROSENSTEIN & BIRKENSTOCK, P.C.** <br> 1090 Vermont Avenue, NW, Suite 750 <br> Washington, DC 20005 <br> Telephone: (202) 479-1111 <br> Fax: 202-479-1115 <br> lindenbaum@sandlerreiff.com | Marc E. Elias* <br> Uzoma N. Nkwonta* <br> Aria C. Branch* <br> Christina A. Ford* <br> Joel J. Ramirez** <br> **PERKINS COIE LLP** <br> 700 Thirteenth St., N.W., Suite 800 <br> Washington, D.C. 20005-3960 <br> Telephone: (202) 654-6200 <br> Facsimile: (202) 654-9959 <br> melias@perkinscoie.com <br> unkwonta@perkinscoie.com <br> abranch@perkinscoie.com <br> christinaford@perkinscoie.com <br> jramirez@perkinscoie.com <br><br> Thomas J. Tobin* <br> **PERKINS COIE LLP** <br> 1201 Third Avenue, Suite 4900 <br> Seattle, WA 98101-3099 <br> Phone: (206) 359-8000 <br> Fax: (206) 359-9000 <br> ttobin@perkinscoie.com <br><br> Molly E. Mitchell* <br> **PERKINS COIE LLP** <br> 1111 West Jefferson Street, Suite 500 |

- 3 -

Boise, ID  83702-5391
Phone: (208) 343-3434
Fax: (208) 343-3232
mmitchell@perkinscoie.com

*Counsel for Plaintiffs*
\*Admitted *pro hac vice*
\*\**Pro hac vice motion* forthcoming

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2021, I electronically filed this Motion to Dismiss through this Court's CM/ECF system.

Dated: January 29, 2021

/s/ Uzoma N. Nkwonta
Uzoma N. Nkwonta