United States District Court
Northern District of Georgia
Gainesville Division

| | |
|---|---|
| **Fair Fight, Inc., John Doe,** and **Jane Doe**, *Plaintiffs*, v. **True the Vote, Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper,** and **John Does 1-10**, *Defendants*. | Civ. No. 2:20-cv-00302-SCJ  Hon: Steve C. Jones  Notice of Withdrawal of Counsel Robert Citak |

**Notice of Withdrawal of Counsel Robert Citak**

Robert Citak, admitted *pro hac vice* on behalf of Defendants, hereby notifies this Court of his withdrawal as counsel in the above captioned case. Robert Citak is no longer associated with the Bopp Law Firm, PC and accordingly is no longer working on this case. Ray S. Smith, III, as local counsel, and members of The Bopp Law Firm, PC, admitted *pro hac vice* as lead counsel for Defendants, will continue to represent Defendants in the above captioned case, so Mr. Citak's withdrawal will not cause delay or harm to any party in this matter.

1

## Certificate of Service

I hereby certify that the foregoing document was served electronically on February 8, 2021, upon all counsel of record via the United States District Court for the Northern District of Georgia, electronic filing system.

| | |
|---|---|
| **SMITH & LISS LLC**<br>Five Concourse Parkway<br>Suite 2600<br>Atlanta, Georgia 30328<br>(404) 760-6000<br>rsmith@smithliss.com | _/s/ Ray S. Smith, III_<br>Ray S. Smith, III<br>Georgia Bar No. 662555<br>_Local Counsel for Defendants_ |