## Attachment A to Defendants' Initial Disclosures
## Witness List

Catherine Engelbrecht
c/o THE BOPP LAW FIRM, PC
1 South 6th Street
Terre Haute, Indiana 47807
Telephone: (812) 232-2434

Derek Somerville
c/o THE BOPP LAW FIRM, PC
1 South 6th Street
Terre Haute, Indiana 47807
Telephone: (812) 232-2434

Mark Davis
c/o THE BOPP LAW FIRM, PC
1 South 6th Street
Terre Haute, Indiana 47807
Telephone: (812) 232-2434

Mark Williams
c/o THE BOPP LAW FIRM, PC
1 South 6th Street
Terre Haute, Indiana 47807
Telephone: (812) 232-2434

Ron Johnson
c/o THE BOPP LAW FIRM, PC
1 South 6th Street
Terre Haute, Indiana 47807
Telephone: (812) 232-2434

James Cooper
c/o THE BOPP LAW FIRM, PC
1 South 6th Street
Terre Haute, Indiana 47807
Telephone: (812) 232-2434

Stacey Abrams
c/o Fair Fight Action, Inc.

Salena Jegede
Managing Director,
Fair Fight Action, Inc.

**Attachment B to Defendants' Initial Disclosures**
**FRE Rule 702, 703, 705**

Mr. Gregg Phillips

**Subject matter:** Data analysis procedures

**Summary of facts and opinions to which the witness is expected to testify**:

     Mr. Phillips will testify as to the process used to compare various counties' voter registration lists to the NCOA and other data, and that the comparison produced accurate results.

## Attachment C to Defendants' Initial Disclosures
## Categorical Descriptions

True the Vote, Inc. and other individual defendants have in their possession, custody, or control the following categories of documents, data compilations, and ESI that may be used to support its claims:

1. Evidence of threats made against Defendants for submitting the voter challenges at issue. This evidence consists of documents, such as emails, social media posts, and video/audio recordings.
2. Evidence of the comparison of various counties' voter registration rolls to NCOA data.