# United States District Court
# Northern District of Georgia
# Gainesville Division

| | |
|---|---|
| **Fair Fight, Inc., John Doe,** and **Jane Doe**, <br><br> *Plaintiffs* and *Counter-Defendants*, <br><br> v. <br><br> **True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper,** and **John Does 1-10**, <br><br> *Defendants* and *Counter-Plaintiffs*, <br><br> **Fair Fight Action, Inc.**, <br> *Counter-Defendants*. | Civ. No. 2:20-cv-00302-SCJ <br><br> Hon: Steve C. Jones |

**Defendants' Motion for 30-Day Extension for Response in Opposition to Plaintiffs Fair Fight, Inc., John Doe, Jane Doe, and Counter-Defendant Fair Fight Action, Inc.'s Motion to Dismiss Defendants' Counterclaims**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants respectfully move this Court for a 30-day extension for a response in opposition to *Plaintiffs Fair Fight, Inc., John Doe, Jane Doe, and Counter-Defendant Fair Fight Action, Inc.'s Motion to Dismiss Defendants' Counterclaims*. ECF No. 48. One of

**Defs.' Mot. for Extension**        1

Defendants' counsel is no longer associated with The Bopp Law Firm, PC. *See Notice of Withdrawal of Counsel Robert Citak*, ECF No. 52. Another Defendants' counsel is on maternity leave until mid-April, 2021. In addition, Defendants' counsel has scheduling conflicts with ongoing litigation in other jurisdictions that will make complying with the initial deadline for the response difficult. Absent the requested extension of time, Defendants' counsel will have insufficient time to give the needed attention to the response. Defendants' response is currently due on February 12, 2021; granting Defendants' Motion for a 30-day Extension will make the response due on or before March 15, 2021.

Defendants' counsel conferred with Plaintiffs to discuss this request; Plaintiffs' counsel agreed to a two-week extension.

**WHEREFORE**, Defendants pray this Court grant *Defendants' Motion for 30-Day Extension for Response in Opposition to Plaintiffs Fair Fight, Inc., John Doe, Jane Doe, and Counter-Defendant Fair Fight Action, Inc.'s Motion to Dismiss Defendants' Counterclaims*.

Dated: February 9, 2021

/s/ Ray Smith, III
Ray Smith, III, GA # 662555
rsmith@smithliss.com

SMITH & LISS, LLC
Five Concourse Parkway
Suite 2600
Atlanta, GA 30328
Telephone: (404) 760-6000
Facsimile: (404) 760-0225
*Local Counsel for Defendants*

Respectfully Submitted,

James Bopp, Jr.,* IN # 2838-84
 jboppjr@aol.com
Jeffrey P. Gallant,* VA # 46876
 jgallant@bopplaw.com
Courtney Turner Milbank,* IN# 32178-29
 cmilbank@bopplaw.com
Melena Siebert,* IN # 35061-15
 msiebert@bopplaw.com
THE BOPP LAW FIRM, PC
1 South 6th Street
Terre Haute, Indiana 47807
Telephone: (812) 232-2434
Facsimile: (812) 235-3685
*Lead Counsel for Defendants*
**Admitted Pro hac vice*

## Certificate of Compliance

The undersigned counsel certifies that the foregoing has been prepared in Times New Roman (14 point) font, as required by the Court in Local Rule 5.1(B).

Respectfully submitted on February 9, 2021

                                    **SMITH & LISS, LLC**
                                    <u>*/s/ Ray S. Smith, III*</u>
                                    Ray S. Smith, III
                                    Georgia Bar No. 662555
                                    *Local Counsel for Defendants*

## Certificate of Service

I hereby certify that the foregoing document was served electronically on February 9, 2021, upon all counsel of record via the United States District Court for the Northern District of Georgia, electronic filing system.

*/s/ Ray S. Smith, III*
Ray S. Smith, III
Georgia Bar No. 662555
*Local Counsel for Defendants*
