# United States District Court
## Northern District of Georgia
### Gainesville Division

| | |
|---|---|
| **Fair Fight, Inc., John Doe,** and **Jane Doe**,  *Plaintiffs* and *Counter-Defendants*,  v.  **True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper,** and **John Does 1-10**,  *Defendants* and *Counter-Plaintiffs*,  **Fair Fight Action, Inc.**,  *Counter-Defendants*. | Civ. No. 2:20-cv-00302-SCJ  Hon: Steve C. Jones |

## Order

Having considered *Defendants' Motion for 30-Day Extension for Response in Opposition to Plaintiffs Fair Fight, Inc., John Doe, Jane Doe, and Counter-Defendant Fair Fight Action, Inc.'s Motion to Dismiss Defendants' Counterclaims*, this court finds that the Motion should be **GRANTED**. Pursuant to this order, Defendants' Response in Opposition to Plaintiffs Fair Fight, Inc., John

1

Doe, Jane Doe, and Counter-Defendant Fair Fight Action, Inc.'s Motion to Dismiss Defendants' Counterclaims is due on or before March 15, 2021.

_____
Hon. Steve C. Jones
United States District Judge