United States District Court
Northern District of Georgia
Gainesville Division

| | |
|---|---|
| **Fair Fight, Inc., John Doe,** and **Jane Doe**, *Plaintiffs* and *Counter-Defendants*, v. **True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper,** and **John Does 1-10**, *Defendants* and *Counter-Plaintiffs*, **Fair Fight Action, Inc.**, *Counter-Defendants*. | Civ. No. 2:20-cv-00302-SCJ<br><br>Hon: Steve C. Jones |

## Order

Having considered *Defendants' Motion for 30-Day Extension for Response in Opposition to Plaintiffs Fair Fight, Inc., John Doe, Jane Doe, and Counter-Defendant Fair Fight Action, Inc.'s Motion to Dismiss Defendants' Counterclaims*, this court finds that the Motion should be **GRANTED IN PART**. The Court will only permit a **21-day extension**.

Pursuant to this order, Defendants' Response in Opposition to Plaintiffs Fair Fight, Inc., John

Doe, Jane Doe, and Counter-Defendant Fair Fight Action, Inc.'s Motion to Dismiss Defendants' Counterclaims is due on or before **March 5, 2021**.

 s/Steve C. Jones
Hon. Steve C. Jones
United States District Judge