# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., JOHN DOE, and JANE DOE,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>TRUE THE VOTE, CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>      *Defendants*,<br><br>FAIR FIGHT ACTION, INC.,<br><br>      *Counter-Defendant*. | Case No. 2:20-CV-00302-SCJ |

## PLAINTIFFS' CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS

In accordance with L.R. 26.3.A, Plaintiffs hereby certify that they served the following discovery materials via electronic mail on counsel for the Defendants on February 8, 2021:

1. Plaintiffs' First Set of Interrogatories to Defendant True the Vote, Inc.

2. Plaintiffs' First Set of Interrogatories to Defendant Derek Somerville

3. Plaintiffs' First Set of Interrogatories to Defendant James Cooper

4. Plaintiffs' First Set of Interrogatories to Defendant Ron Johnson

- 2 -

5. Plaintiffs' First Set of Interrogatories to Defendant Mark Williams

6. Plaintiffs' First Set of Interrogatories to Defendant Mark Davis

7. Plaintiffs' First Requests for Production to Defendant True the Vote, Inc.

8. Plaintiffs' First Requests for Production to Defendant Derek Somerville

9. Plaintiffs' First Requests for Production to Defendant James Cooper

10. Plaintiffs' First Requests for Production to Defendant Ron Johnson

11. Plaintiffs' First Requests for Production to Defendant Mark Williams

12. Plaintiffs' First Requests for Production to Defendant Mark Davis

[SIGNATURE ON THE NEXT PAGE]

Dated this 10th day of February, 2021.

Respectfully Submitted,

/s/ Uzoma N. Nkwonta

| | |
|---|---|
| Allegra J. Lawrence (GA Bar No. 439797)<br>Leslie J. Bryan (GA Bar No. 091175)<br>Maia Cogen (GA Bar No. 832438)<br>**LAWRENCE & BUNDY LLC**<br>1180 West Peachtree Street, Suite 1650<br>Atlanta, GA 30309<br>Telephone: (404) 400-3350<br>Fax: (404) 609-2504<br>allegra.lawrence-hardy@lawrencebundy.com<br>leslie.bryan@lawrencebundy.com<br>maia.cogen@lawrencebundy.com | Marc E. Elias*<br>Uzoma N. Nkwonta*<br>Aria C. Branch*<br>Christina A. Ford*<br>Joel J. Ramirez*<br>**PERKINS COIE LLP**<br>700 Thirteenth St., N.W., Suite 800<br>Washington, D.C. 20005-3960<br>Telephone: (202) 654-6200<br>Facsimile: (202) 654-9959<br>melias@perkinscoie.com<br>unkwonta@perkinscoie.com<br>abranch@perkinscoie.com<br>christinaford@perkinscoie.com<br>jramirez@perkinscoie.com |
| Dara Lindenbaum (GA Bar No. 980780)<br>**SANDLER REIFF LAMB ROSENSTEIN & BIRKENSTOCK, P.C.**<br>1090 Vermont Avenue, NW, Suite 750<br>Washington, DC 20005<br>Telephone: (202) 479-1111<br>Fax: 202-479-1115<br>lindenbaum@sandlerreiff.com | Thomas J. Tobin*<br>**PERKINS COIE LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Phone: (206) 359-8000<br>Fax: (206) 359-9000<br>ttobin@perkinscoie.com |
| | Molly E. Mitchell*<br>**PERKINS COIE LLP**<br>1111 West Jefferson Street, Suite 500<br>Boise, ID 83702-5391<br>Phone: (208) 343-3434<br>Fax: (208) 343-3232<br>mmitchell@perkinscoie.com |
| | *Counsel for Plaintiffs*<br>*Admitted *pro hac vice* |

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2021, I electronically filed Certificate of Discovery Materials through this Court's CM/ECF system.

| | |
|---|---|
| Dated: February 10, 2021 | */s/ Uzoma N. Nkwonta* <br> Uzoma N. Nkwonta |