## United States District Court
## Northern District of Georgia
## Gainesville Division

| | |
|---|---|
| **Fair Fight, Inc., John Doe,** and **Jane Doe**, *Plaintiffs* and *Counter-Defendants*, v. **True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper,** and **John Does 1-10**, *Defendants* and *Counter-Plaintiffs*, **Fair Fight Action, Inc.,** *Counter-Defendant.* | Civ. No. 2:20-cv-00302-SCJ  Hon: Steve C. Jones |

**Defendants' Certificate of Service of Discovery Materials**

In accordance with L.R. 26.3.A, Defendants hereby certify that they served the following discovery materials via electronic mail on counsel for Plaintiffs and Counter-Defendant on February 19, 2021:

1. Defendants' First Set of Interrogatories and Requests for Production of Documents to Plaintiff Fair Fight, Inc.

**Defs.' Cert. of Service Discovery Materials**                1

2.      Defendants' First Set of Interrogatories and Requests for Production of Documents to Counter-Defendant Fair Fight Action, Inc.

| | |
|---|---|
| Dated: February 19, 2021 | Respectfully Submitted, |
| /s/ Ray Smith, III<br>Ray Smith, III, GA # 662555<br>rsmith@smithliss.com | James Bopp, Jr.,* IN # 2838-84<br> jboppjr@aol.com<br>Jeffrey P. Gallant,* VA # 46876<br> jgallant@bopplaw.com |
| SMITH & LISS, LLC<br>Five Concourse Parkway<br>Suite 2600<br>Atlanta, GA 30328<br>Telephone: (404) 760-6000<br>Facsimile: (404) 760-0225<br>*Local Counsel for Defendants* | Courtney Turner Milbank,* IN# 32178-29<br> cmilbank@bopplaw.com<br>Melena Siebert,* IN # 35061-15<br> msiebert@bopplaw.com<br>THE BOPP LAW FIRM, PC<br>1 South 6th Street<br>Terre Haute, Indiana 47807<br>Telephone: (812) 232-2434<br>Facsimile: (812) 235-3685<br>*Lead Counsel for Defendants*<br>**Admitted Pro hac vice* |

**Defs.' Cert. of Service**
**Discovery Materials**                       2

## Certificate of Compliance

The undersigned counsel certifies that the foregoing has been prepared in Times New Roman (14 point) font, as required by the Court in Local Rule 5.1(B).

Respectfully submitted on February 19, 2021

                              **SMITH & LISS, LLC**
                              <u>*/s/ Ray S. Smith, III*</u>
                              Ray S. Smith, III
                              Georgia Bar No. 662555
                              *Local Counsel for Defendants*

## Certificate of Service

I hereby certify that the foregoing document was served electronically on February 19, 2021, upon all counsel of record via the United States District Court for the Northern District of Georgia, electronic filing system.

>
> */s/ Ray S. Smith, III*
> Ray S. Smith, III
> Georgia Bar No. 662555
> *Local Counsel for Defendants*