United States District Court
Northern District of Georgia
Gainesville Division

| | |
|---|---|
| **Fair Fight, Inc., John Doe,** and **Jane Doe**, *Plaintiffs* and *Counter-Defendants*, v. **True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper,** and **John Does 1-10**, *Defendants* and *Counter-Plaintiffs*, **Fair Fight Action, Inc.**, *Counter-Defendants*. | Civ. No. 2:20-cv-00302-SCJ<br><br>Hon: Steve C. Jones |

**Notice of Subpoena**

Pursuant to Federal Rule of Civil Procedure 45(a)(4), Defendants True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, and James Cooper hereby give notice that the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action attached hereto and incorporated herein as Exhibit 1 was served and

**Not. of Subpoena** 1

accepted by counsel on behalf of the following:

>   Ms. Stacey Abrams
>   c/o Ms. Allegra J. Lawerence-Hardy
>   Lawrence & Bunday LLC
>   1180 West Peachtree Street, Ste. 1650
>   Atlanta, GA 30309
>   Served via email and per counsel agreement to:
>   allegra.lawrence-hardy@lawrencebundy.com

**Not. of Subpoena**                                2

| | |
|---|---|
| Dated: February 23, 2021 | Respectfully Submitted, |
| /s/ Ray Smith, III | James Bopp, Jr.,* IN # 2838-84 |
| Ray Smith, III, GA # 662555 |  jboppjr@aol.com |
| rsmith@smithliss.com | Jeffrey P. Gallant,* VA # 46876 |
| |  jgallant@bopplaw.com |
| SMITH & LISS, LLC | Courtney Turner Milbank,* IN# |
| Five Concourse Parkway | 32178-29 |
| Suite 2600 |  cmilbank@bopplaw.com |
| Atlanta, GA 30328 | Melena Siebert,* IN # 35061-15 |
| Telephone: (404) 760-6000 |  msiebert@bopplaw.com |
| Facsimile: (404) 760-0225 | THE BOPP LAW FIRM, PC |
| *Local Counsel for Defendants* | 1 South 6th Street |
| | Terre Haute, Indiana 47807 |
| | Telephone: (812) 232-2434 |
| | Facsimile: (812) 235-3685 |
| | *Lead Counsel for Defendants* |
| | **Admitted Pro hac vice* |

## Certificate of Compliance

The undersigned counsel certifies that the foregoing has been prepared in Times New Roman (14 point) font, as required by the Court in Local Rule 5.1(B).

Respectfully submitted on February 22, 2021

                              **SMITH & LISS, LLC**
                              */s/ Ray S. Smith, III*
                              Ray S. Smith, III
                              Georgia Bar No. 662555
                              *Local Counsel for Defendants*

## Certificate of Service

I hereby certify that the foregoing document was served electronically on February 22, 2021, upon all counsel of record via the United States District Court for the Northern District of Georgia, electronic filing system.

*/s/ Ray S. Smith, III*
Ray S. Smith, III
Georgia Bar No. 662555
*Local Counsel for Defendants*
