United States District Court
Northern District of Georgia
Gainesville Division

| | |
|---|---|
| **Fair Fight, Inc., John Doe,** and **Jane Doe**, <br><br> *Plaintiffs* and *Counter-Defendants*, <br><br> v. <br><br> **True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper,** and **John Does 1-10**, <br><br> *Defendants* and *Counter-Plaintiffs*, <br><br> **Fair Fight Action, Inc.,** <br> *Counter-Defendants.* | Civ. No. 2:20-cv-00302-SCJ <br><br> Hon: Steve C. Jones |

**Notice of Subpoena**

Pursuant to Federal Rule of Civil Procedure 45(a)(4), Defendants True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, and James Cooper hereby give notice that the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action attached hereto and incorporated herein as Exhibit 1 was served and

**Not. of Subpoena**                         1

accepted by counsel on behalf of the following:

    Ms. Salena Jegede
    c/o Ms. Allegra J. Lawerence-Hardy
    Lawrence & Bunday LLC
    1180 West Peachtree Street, Ste. 1650
    Atlanta, GA 30309
    Served via email and per counsel agreement to:
    allegra.lawrence-hardy@lawrencebundy.com

Dated: February 23, 2021

/s/ Ray Smith, III
Ray Smith, III, GA # 662555
rsmith@smithliss.com

SMITH & LISS, LLC
Five Concourse Parkway
Suite 2600
Atlanta, GA 30328
Telephone: (404) 760-6000
Facsimile: (404) 760-0225
*Local Counsel for Defendants*

Respectfully Submitted,

James Bopp, Jr.,* IN # 2838-84
 jboppjr@aol.com
Jeffrey P. Gallant,* VA # 46876
 jgallant@bopplaw.com
Courtney Turner Milbank,* IN# 32178-29
 cmilbank@bopplaw.com
Melena Siebert,* IN # 35061-15
 msiebert@bopplaw.com
THE BOPP LAW FIRM, PC
1 South 6th Street
Terre Haute, Indiana 47807
Telephone: (812) 232-2434
Facsimile: (812) 235-3685
*Lead Counsel for Defendants*
**Admitted Pro hac vice*

**Not. of Subpoena**　　　　　　　　3

## Certificate of Compliance

The undersigned counsel certifies that the foregoing has been prepared in Times New Roman (14 point) font, as required by the Court in Local Rule 5.1(B).

Respectfully submitted on February 22, 2021

                                  **SMITH & LISS, LLC**
                                  */s/ Ray S. Smith, III*
                                  Ray S. Smith, III
                                  Georgia Bar No. 662555
                                  *Local Counsel for Defendants*

## Certificate of Service

I hereby certify that the foregoing document was served electronically on February 22, 2021, upon all counsel of record via the United States District Court for the Northern District of Georgia, electronic filing system.

*/s/ Ray S. Smith, III*
Ray S. Smith, III
Georgia Bar No. 662555
*Local Counsel for Defendants*
