# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., JOHN DOE, and JANE DOE,<br><br>  *Plaintiffs*,<br><br> v.<br><br>TRUE THE VOTE, CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>  *Defendants*,<br><br>FAIR FIGHT ACTION, INC.,<br><br>  *Counter-Defendant*. | Case No. 2:20-CV-00302-SCJ |

## PLAINTIFFS' CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS

In accordance with L.R. 26.3.A, Plaintiffs hereby certify that they served a subpoena duces tecum via personal service on the following individuals on following dates:

1. Caroline Jeffords, served February 24, 2021

2. Larry Lamar Reynolds, served February 25, 2021

3. David Clark, served February 25, 2021

4. Jason Shepherd, served February 26, 2021

- 2 -

5. Cindy Morley, served March 1, 2021

[SIGNATURE ON THE NEXT PAGE]

Dated this 2nd day of March, 2021.

Respectfully Submitted,

/s/ Uzoma N. Nkwonta

| | |
|---|---|
| Allegra J. Lawrence (GA Bar No. 439797)<br>Leslie J. Bryan (GA Bar No. 091175)<br>Maia Cogen (GA Bar No. 832438)<br>**LAWRENCE & BUNDY LLC**<br>1180 West Peachtree Street, Suite 1650<br>Atlanta, GA 30309<br>Telephone: (404) 400-3350<br>Fax: (404) 609-2504<br>allegra.lawrence-hardy@lawrencebundy.com<br>leslie.bryan@lawrencebundy.com<br>maia.cogen@lawrencebundy.com<br><br>Dara Lindenbaum (GA Bar No. 980780)<br>**SANDLER REIFF LAMB ROSENSTEIN & BIRKENSTOCK, P.C.**<br>1090 Vermont Avenue, NW, Suite 750<br>Washington, DC 20005<br>Telephone: (202) 479-1111<br>Fax: 202-479-1115<br>lindenbaum@sandlerreiff.com | Marc E. Elias*<br>Uzoma N. Nkwonta*<br>Aria C. Branch*<br>Christina A. Ford*<br>Joel J. Ramirez*<br>Jacob Shelly**<br>**PERKINS COIE LLP**<br>700 Thirteenth St., N.W., Suite 800<br>Washington, D.C. 20005-3960<br>Telephone: (202) 654-6200<br>Facsimile: (202) 654-9959<br>melias@perkinscoie.com<br>unkwonta@perkinscoie.com<br>abranch@perkinscoie.com<br>christinaford@perkinscoie.com<br>jramirez@perkinscoie.com<br><br>Thomas J. Tobin*<br>**PERKINS COIE LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Phone: (206) 359-8000<br>Fax: (206) 359-9000<br>ttobin@perkinscoie.com<br><br>Molly E. Mitchell*<br>**PERKINS COIE LLP**<br>1111 West Jefferson Street, Suite 500<br>Boise, ID 83702-5391<br>Phone: (208) 343-3434<br>Fax: (208) 343-3232<br>mmitchell@perkinscoie.com<br><br>*Counsel for Plaintiffs*<br>*Admitted *pro hac vice*<br>**Pro hac vice* forthcoming |

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2021, I electronically filed this Certificate of Discovery Materials through this Court's CM/ECF system.

| | |
|---|---|
| Dated: March 2, 2021 | */s/ Uzoma N. Nkwonta* <br> Uzoma N. Nkwonta |