# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., JOHN DOE, and JANE DOE,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>TRUE THE VOTE, CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>    *Defendants*,<br><br>FAIR FIGHT ACTION, INC.,<br><br>    *Counter-Defendant*. | Case No. 2:20-CV-00302-SCJ |

## PLAINTIFFS' CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS

In accordance with L.R. 26.3.A, Plaintiffs hereby certify that they served a subpoena duces tecum via personal service on B.J. Van Gundy on March 2, 2021.

[SIGNATURE ON THE NEXT PAGE]

Dated this 4th day of March, 2021.

                                               Respectfully Submitted,

*/s/ Uzoma N. Nkwonta*

| | |
|---|---|
| Allegra J. Lawrence (GA Bar No. 439797) | Marc E. Elias* |
| Leslie J. Bryan (GA Bar No. 091175) | Uzoma N. Nkwonta* |
| Maia Cogen (GA Bar No. 832438) | Aria C. Branch* |
| **LAWRENCE & BUNDY LLC** | Christina A. Ford* |
| 1180 West Peachtree Street, Suite 1650 | Joel J. Ramirez* |
| Atlanta, GA 30309 | Jacob Shelly** |
| Telephone: (404) 400-3350 | **PERKINS COIE LLP** |
| Fax: (404) 609-2504 | 700 Thirteenth St., N.W., Suite 800 |
| allegra.lawrence-hardy@lawrencebundy.com | Washington, D.C. 20005-3960 |
| leslie.bryan@lawrencebundy.com | Telephone: (202) 654-6200 |
| maia.cogen@lawrencebundy.com | Facsimile: (202) 654-9959 |
| | melias@perkinscoie.com |
| | unkwonta@perkinscoie.com |
| | abranch@perkinscoie.com |
| Dara Lindenbaum (GA Bar No. 980780) | christinaford@perkinscoie.com |
| **SANDLER REIFF LAMB ROSENSTEIN & BIRKENSTOCK, P.C.** | jramirez@perkinscoie.com |
| | jshelly@perkinscoie.com |
| 1090 Vermont Avenue, NW, Suite 750 | |
| Washington, DC 20005 | *Counsel for Plaintiffs* |
| Telephone: (202) 479-1111 | *Admitted *pro hac vice* |
| Fax: 202-479-1115 | ***Pro hac vice* forthcoming |
| lindenbaum@sandlerreiff.com | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2021, I electronically filed this Certificate of Discovery Materials through this Court's CM/ECF system.

Dated: March 4, 2021

*/s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta