# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., JOHN DOE, and JANE DOE,<br><br>        *Plaintiffs*,<br><br>  v.<br><br>TRUE THE VOTE, CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>        *Defendants*,<br><br>FAIR FIGHT ACTION, INC.,<br><br>        *Counter-Defendant*. | **Case No. 2:20-CV-00302-SCJ** |

## PLAINTIFFS' CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS

In accordance with L.R. 26.3.A, Plaintiffs hereby certify that they served a subpoena duces tecum via personal service on Seanie Zappendorf on March 8, 2021.

[SIGNATURE ON THE NEXT PAGE]

Dated this 9th day of March, 2021.

                                               Respectfully Submitted,

                                               */s/ Uzoma N. Nkwonta*

Allegra J. Lawrence (GA Bar No. 439797)  
Leslie J. Bryan (GA Bar No. 091175)  
Maia Cogen (GA Bar No. 832438)  
**LAWRENCE & BUNDY LLC**  
1180 West Peachtree Street, Suite 1650  
Atlanta, GA 30309  
Telephone: (404) 400-3350  
Fax: (404) 609-2504  
allegra.lawrence-hardy@lawrencebundy.com  
leslie.bryan@lawrencebundy.com  
maia.cogen@lawrencebundy.com  

Dara Lindenbaum (GA Bar No. 980780)  
**SANDLER REIFF LAMB ROSENSTEIN & BIRKENSTOCK, P.C.**  
1090 Vermont Avenue, NW, Suite 750  
Washington, DC 20005  
Telephone: (202) 479-1111  
Fax: 202-479-1115  
lindenbaum@sandlerreiff.com  

Marc E. Elias*  
Uzoma N. Nkwonta*  
Aria C. Branch*  
Christina A. Ford*  
Joel J. Ramirez*  
Jacob Shelly**  
**PERKINS COIE LLP**  
700 Thirteenth St., N.W., Suite 800  
Washington, D.C. 20005-3960  
Telephone: (202) 654-6200  
Facsimile: (202) 654-9959  
melias@perkinscoie.com  
unkwonta@perkinscoie.com  
abranch@perkinscoie.com  
christinaford@perkinscoie.com  
jramirez@perkinscoie.com  
jshelly@perkinscoie.com  

*Counsel for Plaintiffs*  
*Admitted *pro hac vice*  
**Pro hac vice* forthcoming

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2021, I electronically filed this Certificate of Discovery Materials through this Court's CM/ECF system.

| | |
|---|---|
| Dated: March 9, 2021 | */s/ Uzoma N. Nkwonta* <br> Uzoma N. Nkwonta |