# Exhibit 5

**Eveler, Janine**

| | |
|---|---|
| **From:** | Absentee |
| **Sent:** | Friday, December 18, 2020 2:29 PM |
| **To:** | Eveler, Janine |
| **Subject:** | FW: Section 21-2-230 Elector Challenge |
| **Attachments:** | COBB_county.csv; COBB_county.xlsx |

Sincerely,

The Absentee Team
770/528-2684

www.cobbelections.org

---

**From:** GA Elector Challenge [gaelectorchallenge@truethevote.org]
**Sent:** Friday, December 18, 2020 2:14 PM
**To:** info@cobbelections.org
**Subject:** Section 21-2-230 Elector Challenge

December 18, 2020

Cobb County

736 Whitlock Ave., Ste.400

Marietta, GA 30064

VIA EMAIL

RE: Elector Challenge

Please accept this letter as a challenge to the attached electors' eligibility to vote in the January 5, 2021 Election, pursuant to Georgia Code § 21-2-230.

Available data from the United States Postal Service National Change of Address (NCOA) and other commercially available sources demonstrates probable cause to believe these individuals no longer reside where they are registered to vote. In fact, these electors appear to have permanently established other residence, as reflected in their change of address, to residential addresses outside of the Georgia county in which they are currently registered to vote.

Georgia Code § 21-2-217 requires that if a person removes to another state, or to another county or municipality within the state of Georgia, with the intention of remaining there an indefinite time and making another state, county, or municipality such person's place of residence, such person shall be considered to have lost their residence in Georgia, or in the former county or municipality, notwithstanding that such person may intend to return at some indefinite future period.

Elector voter registration numbers, registered addresses, and address changes have been provided by attachment as CSV and XML spreadsheets. If you would prefer to receive these files in another format, please let me know.

Additionally, hard copies of individual challenges are being delivered to your office under separate cover.

1

Respectfully,

Pamela F Reardon

Voter ID: 03615023

Cobb County

4050 Coyte Dr

Marietta, GA 30062

**CAUTION:** This email originated outside Cobb County Government. Please exercise caution when opening links/attachments in this email .

2