UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TRUE THE VOTE, *et al.*, <br><br> Defendants, <br><br> FAIR FIGHT ACTION, INC., <br><br> Counter-Defendant. | **Case No. 2:20-CV-00302-SCJ** |

## [PROPOSED] ORDER GRANTING CONSENT MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

This matter is before the Court on Plaintiffs' Consent Motion for Leave to File First Amended Complaint. For good cause shown, it is hereby ordered that:

1. Plaintiffs' Consent Motion for Leave to File First Amended Complaint is **GRANTED.**

2. The proposed First Amended Complaint shall be deemed filed and served as of March 10, 2021.

**IT IS SO ORDERED.**

_____
Hon. Steve C. Jones
United States District Judge