United States District Court
Northern District of Georgia
Gainesville Division

| | |
|---|---|
| **Fair Fight, Inc., John Doe,** and **Jane Doe**, <br><br> *Plaintiffs* and *Counter-Defendants*, <br><br> v. <br><br> **True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper,** and **John Does 1-10**, <br><br> *Defendants* and *Counter-Plaintiffs*, <br><br> **Fair Fight Action, Inc.,** <br> *Counter-Defendant.* | Civ. No. 2:20-cv-00302-SCJ <br><br> Hon: Steve C. Jones |

**Non-Party Caroline Jeffords's Certificate of Service of Discovery Materials**

In accordance with L.R. 26.3.A, Defendants' counsel hereby certify that they also represent non-party Caroline Jeffords and served the following discovery materials via electronic mail on counsel for Plaintiffs and Counter-Defendant on March 11, 2021:

**Defs.' Cert. of Service**
**Discovery Materials**                    1

1.   Non-Party Caroline Jeffords's Objections to Subpoena To Produce Documents.

| | |
|---|---|
| Dated: March 11, 2021 | Respectfully Submitted, |
| /s/ Ray Smith, III<br>Ray Smith, III, GA # 662555<br>rsmith@smithliss.com | James Bopp, Jr.,* IN # 2838-84<br> jboppjr@aol.com<br>Jeffrey P. Gallant,* VA # 46876<br> jgallant@bopplaw.com |
| SMITH & LISS, LLC<br>Five Concourse Parkway<br>Suite 2600<br>Atlanta, GA 30328<br>Telephone: (404) 760-6000<br>Facsimile: (404) 760-0225<br>*Local Counsel for Defendants* | Courtney Turner Milbank,* IN# 32178-29<br> cmilbank@bopplaw.com<br>Melena Siebert,* IN # 35061-15<br> msiebert@bopplaw.com<br>THE BOPP LAW FIRM, PC<br>1 South 6th Street<br>Terre Haute, Indiana 47807<br>Telephone: (812) 232-2434<br>Facsimile: (812) 235-3685<br>*Lead Counsel for Defendants*<br>*Admitted Pro hac vice |

## Certificate of Compliance

The undersigned counsel certifies that the foregoing has been prepared in Times New Roman (14 point) font, as required by the Court in Local Rule 5.1(B).

Respectfully submitted on March 11, 2021

**SMITH & LISS, LLC**
*/s/ Ray S. Smith, III*
Ray S. Smith, III
Georgia Bar No. 662555
*Local Counsel for Defendants*

## Certificate of Service

I hereby certify that the foregoing document was served electronically on March 11, 2021, upon all counsel of record via the United States District Court for the Northern District of Georgia, electronic filing system.

                                         */s/ Ray S. Smith, III*
                                         Ray S. Smith, III
                                         Georgia Bar No. 662555
                                         *Local Counsel for Defendants*