United States District Court
Northern District of Georgia
Gainesville Division

| | |
|---|---|
| **Fair Fight, Inc., John Doe,** and **Jane Doe**, <br><br> *Plaintiffs* and *Counter-Defendants*, <br> v. <br><br> **True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper,** and **John Does 1-10**, <br><br> *Defendants* and *Counter-Plaintiffs*, <br><br> **Fair Fight Action, Inc.,** <br> *Counter-Defendant.* | Civ. No. 2:20-cv-00302-SCJ <br><br> Hon: Steve C. Jones |

**Non-Parties' Certificate of Service of Discovery Materials**

In accordance with L.R. 26.3.A, Defendants' counsel hereby certify that they also represent non-parties B.J. Van Gundy, Cindy Morley, David Clark, Jason Shepherd, Larry Reynolds, and Seanie Zappendorf[1] and served the following

---

[1] Ms. Zappendorf's last name was incorrectly entered as "Zappenforf" on her subpoena.

Defs.' Cert. of Service
Discovery Materials                  1

discovery materials via electronic mail on counsel for Plaintiffs and Counter-Defendant on March 12, 2021:

1. Non-Party B.J. Van Gundy's Objections to Subpoena To Produce Documents.
2. Non-Party Cindy Morley's Objections to Subpoena To Produce Documents.
3. Non-Party David Clark's Objections to Subpoena To Produce Documents.
4. Non-Party Jason Shepherd's Objections to Subpoena To Produce Documents.
5. Non-Party Larry Reynolds's Objections to Subpoena To Produce Documents.
6. Non-Party Seanie Zappendorf's Objections to Subpoena To Produce Documents.

Dated: March 15 , 2021

/s/ Ray Smith, III
Ray Smith, III, GA # 662555
rsmith@smithliss.com

SMITH & LISS, LLC
Five Concourse Parkway
Suite 2600
Atlanta, GA 30328
Telephone: (404) 760-6000
Facsimile: (404) 760-0225
*Local Counsel for Defendants*

Respectfully Submitted,

James Bopp, Jr.,* IN # 2838-84
  jboppjr@aol.com
Jeffrey P. Gallant,* VA # 46876
  jgallant@bopplaw.com
Courtney Turner Milbank,* IN# 32178-29
  cmilbank@bopplaw.com
Melena Siebert,* IN # 35061-15
  msiebert@bopplaw.com
THE BOPP LAW FIRM, PC
1 South 6th Street
Terre Haute, Indiana 47807
Telephone: (812) 232-2434
Facsimile: (812) 235-3685
*Lead Counsel for Defendants*
**Admitted Pro hac vice*

## Certificate of Compliance

The undersigned counsel certifies that the foregoing has been prepared in Times New Roman (14 point) font, as required by the Court in Local Rule 5.1(B).

Respectfully submitted on March 12, 2021

        **SMITH & LISS, LLC**
        <u>*/s/ Ray S. Smith, III*</u>
        Ray S. Smith, III
        Georgia Bar No. 662555
        *Local Counsel for Defendants*

## Certificate of Service

I hereby certify that the foregoing document was served electronically on March 12, 2021, upon all counsel of record via the United States District Court for the Northern District of Georgia, electronic filing system.

*/s/ Ray S. Smith, III*
Ray S. Smith, III
Georgia Bar No. 662555
*Local Counsel for Defendants*
