United States District Court
Northern District of Georgia
Gainesville Division

| | |
|---|---|
| **Fair Fight, Inc., John Doe,** and **Jane Doe**, <br><br> *Plaintiffs* and *Counter-Defendants*, <br><br> v. <br><br> **True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper,** and **John Does 1-10**, <br><br> *Defendants* and *Counter-Plaintiffs*, <br><br> **Fair Fight Action, Inc.**, <br> *Counter-Defendant*. | Civ. No. 2:20-cv-00302-SCJ <br><br> Hon: Steve C. Jones |

**Defendants' Certificate of Service of Discovery Materials**

In accordance with L.R. 26.3.A, Defendants' counsel hereby certify that Defendants True the Vote, Inc., Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, and James Cooper served the following discovery materials via Plaintiffs' electronic storage platform on counsel for Plaintiffs and Counter-Defendant on March 15, 2021:

**Defs.' Cert. of Service
Discovery Materials**                    1

1. Defendant True the Vote, Inc.'s Responses to Plaintiffs' First Interrogatories.
2. Defendant True the Vote, Inc.'s Responses to Plaintiffs' First Requests for Production.
3. Defendant Derek Somerville's Responses to Plaintiffs' First Interrogatories.
4. Defendant Derek Somerville's Responses to Plaintiffs' First Requests for Production.
5. Defendant Mark Davis's Responses to Plaintiffs' First Interrogatories.
6. Defendant Mark Davis's Responses to Plaintiffs' First Requests for Production.
7. Defendant Mark Williams's Responses to Plaintiffs' First Interrogatories.
8. Defendant Mark Williams's Responses to Plaintiffs' First Requests for Production.
9. Defendant Ron Johnson's Responses to Plaintiffs' First Interrogatories.
10. Defendant Ron Johnson's Responses to Plaintiffs' First Requests for Production.

Dated: March 16, 2021

/s/ Ray Smith, III
Ray Smith, III, GA # 662555
rsmith@smithliss.com

SMITH & LISS, LLC
Five Concourse Parkway
Suite 2600
Atlanta, GA 30328
Telephone: (404) 760-6000
Facsimile: (404) 760-0225
*Local Counsel for Defendants*

Respectfully Submitted,

James Bopp, Jr.,* IN # 2838-84
 jboppjr@aol.com
Jeffrey P. Gallant,* VA # 46876
 jgallant@bopplaw.com
Courtney Turner Milbank,* IN# 32178-29
 cmilbank@bopplaw.com
Melena Siebert,* IN # 35061-15
 msiebert@bopplaw.com
THE BOPP LAW FIRM, PC
1 South 6th Street
Terre Haute, Indiana 47807
Telephone: (812) 232-2434
Facsimile: (812) 235-3685
*Lead Counsel for Defendants*
**Admitted Pro hac vice*

**Defs.' Cert. of Service Discovery Materials**　　　3

## Certificate of Compliance

The undersigned counsel certifies that the foregoing has been prepared in Times New Roman (14 point) font, as required by the Court in Local Rule 5.1(B).

Respectfully submitted on March 16, 2021

                                                  **SMITH & LISS, LLC**
                                                  */s/ Ray S. Smith, III*
                                                  Ray S. Smith, III
                                                  Georgia Bar No. 662555
                                                  *Local Counsel for Defendants*

# Certificate of Service

I hereby certify that the foregoing document was served electronically on March 16, 2021, upon all counsel of record via the United States District Court for the Northern District of Georgia, electronic filing system.

*/s/ Ray S. Smith, III*
Ray S. Smith, III
Georgia Bar No. 662555
*Local Counsel for Defendants*
