# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>TRUE THE VOTE, *et al.*,<br><br>　　　　Defendants,<br><br>FAIR FIGHT ACTION, INC.,<br><br>　　　　Counter-Defendant. | **Case No. 2:20-CV-00302-SCJ** |

## ORDER GRANTING CONSENT MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

This matter is before the Court on Plaintiffs' Consent Motion for Leave to File First Amended Complaint. For good cause shown, it is hereby ordered that:

1. Plaintiffs' Consent Motion for Leave to File First Amended Complaint is **GRANTED.**

2. Counsel for Plaintiffs shall file the Amended Complaint within five (5) calendar days of the entry of this Order.

**IT IS SO ORDERED.**　This 22nd day of March, 2021.

　　　　　　　　　　　　　　　　　　　s/Steve C. Jones
　　　　　　　　　　　　　　　　　　　Hon. Steve C. Jones
　　　　　　　　　　　　　　　　　　　United States District Judge