# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>*Plaintiffs*,<br><br>v.<br><br>TRUE THE VOTE, CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>*Defendants*,<br><br>FAIR FIGHT ACTION, INC.,<br><br>*Counter-Defendant*. | Case No. 2:20-CV-00302-SCJ |

## CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS

In accordance with L.R. 26.3.A, Plaintiff and Counter-Defendant Fair Fight, Inc. and Counter-Defendant Fair Fight Action, Inc. hereby certify that they served the following discovery materials on March 26, 2021.

1. Fair Fight, Inc.'s Responses and Objections to Defendants' First Set of Interrogatories

2. Fair Fight, Inc.'s Responses and Objections to Defendants' First Requests for Production

3. Fair Fight Action, Inc.'s Responses and Objections to Defendants' First Set of Interrogatories

4. Fair Fight Action, Inc.'s Responses and Objections to Defendants' First Requests for Production

Dated this 29th day of March, 2021.

                                            Respectfully Submitted,

                                            */s/ Uzoma N. Nkwonta*

Allegra J. Lawrence (GA Bar No. 439797)
Leslie J. Bryan (GA Bar No. 091175)
Maia Cogen (GA Bar No. 832438)
**LAWRENCE & BUNDY LLC**
1180 West Peachtree Street, Suite 1650
Atlanta, GA 30309
Telephone: (404) 400-3350
Fax: (404) 609-2504
allegra.lawrence-hardy@lawrencebundy.com
leslie.bryan@lawrencebundy.com
maia.cogen@lawrencebundy.com

Dara Lindenbaum (GA Bar No. 980780)
**SANDLER REIFF LAMB ROSENSTEIN & BIRKENSTOCK, P.C.**
1090 Vermont Avenue, NW, Suite 750
Washington, DC 20005
Telephone: (202) 479-1111
Fax: 202-479-1115
lindenbaum@sandlerreiff.com

Marc E. Elias*
Uzoma N. Nkwonta*
Aria C. Branch*
Christina A. Ford*
Joel J. Ramirez*
Jacob Shelly**
**PERKINS COIE LLP**
700 Thirteenth St., N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-9959
melias@perkinscoie.com
unkwonta@perkinscoie.com
abranch@perkinscoie.com
christinaford@perkinscoie.com
jramirez@perkinscoie.com
jshelly@perkinscoie.com

*Counsel for Plaintiffs*
*Admitted *pro hac vice*
**Pro hac vice* forthcoming

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2021, I electronically filed this Certificate of Discovery Materials through this Court's CM/ECF system.

| | |
|---|---|
| Dated: March 29, 2021 | */s/ Uzoma N. Nkwonta* <br> Uzoma N. Nkwonta |