United States District Court
Northern District of Georgia
Gainesville Division

| | |
|---|---|
| **Fair Fight, Inc., John Doe,** and **Jane Doe**, *Plaintiffs* and *Counter-Defendants*, v. **True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper,** and **John Does 1-10**, *Defendants* and *Counter-Plaintiffs*, **Fair Fight Action, Inc.**, *Counter-Defendant.* | Civ. No. 2:20-cv-00302-SCJ  Hon: Steve C. Jones |

**Defendants' Certificate of Service of Discovery Materials**

In accordance with L.R. 26.3.A, Defendants' counsel hereby certify that Defendants Mark Williams and True the Vote, Inc. served the following discovery materials via email on counsel for Plaintiffs and Counter-Defendant on March 30, 2021:

1.  Defendant Mark Williams's Supplemental Responses to Plaintiffs' First

Requests for Production.

| | |
|---|---|
| Dated: March 30, 2021 | Respectfully Submitted, |
| /s/ Ray Smith, III | James Bopp, Jr.,* IN # 2838-84 |
| Ray Smith, III, GA # 662555 | jboppjr@aol.com |
| rsmith@smithliss.com | Jeffrey P. Gallant,* VA # 46876 |
| | jgallant@bopplaw.com |
| SMITH & LISS, LLC | Courtney Turner Milbank,* IN# |
| Five Concourse Parkway | 32178-29 |
| Suite 2600 | cmilbank@bopplaw.com |
| Atlanta, GA 30328 | Melena Siebert,* IN # 35061-15 |
| Telephone: (404) 760-6000 | msiebert@bopplaw.com |
| Facsimile: (404) 760-0225 | THE BOPP LAW FIRM, PC |
| *Local Counsel for Defendants* | 1 South 6th Street |
| | Terre Haute, Indiana 47807 |
| | Telephone: (812) 232-2434 |
| | Facsimile: (812) 235-3685 |
| | *Lead Counsel for Defendants* |
| | *Admitted Pro hac vice |

**Defs.' Cert. of Service**
**Discovery Materials**                     2

## Certificate of Compliance

The undersigned counsel certifies that the foregoing has been prepared in Times New Roman (14 point) font, as required by the Court in Local Rule 5.1(B).

Respectfully submitted on March 30, 2021

                                           **SMITH & LISS, LLC**
                                           <u>*/s/ Ray S. Smith, III*</u>
                                           Ray S. Smith, III
                                           Georgia Bar No. 662555
                                           *Local Counsel for Defendants*

# Certificate of Service

I hereby certify that the foregoing document was served electronically on March 30, 2021, upon all counsel of record via the United States District Court for the Northern District of Georgia, electronic filing system.

> */s/ Ray S. Smith, III*
> Ray S. Smith, III
> Georgia Bar No. 662555
> *Local Counsel for Defendants*