United States District Court
Northern District of Georgia
Gainesville Division

| | |
|---|---|
| **Fair Fight, Inc., Scott Berson, Jocelyn Heredia,** and **Jane Doe**, <br><br> *Plaintiffs* and *Counter-Defendants*, <br><br> v. <br><br> **True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper,** and **John Does 1-10**, <br><br> *Defendants* and *Counter-Plaintiffs*, <br><br> **Fair Fight Action, Inc.,** <br> *Counter-Defendant.* | Civ. No. 2:20-cv-00302-SCJ <br><br> Hon: Steve C. Jones |

**Suggestion of Mootness**

Counter-Plaintiffs respectfully suggest to this Court that Counter-Defendants' Motion to Dismiss Defendants' Counterclaims, ECF No. 48, is now moot.

**Counter-Pls' Suggestion of Mootness**                                     1

On March 22, 2021, Plaintiffs filed their First Amended Complaint for Declaratory and Injunctive Relief. ECF No. 73. Once an amended complaint is filed, "the original pleading no longer performs any function in the case and any subsequent motion made by an opposing party should be directed at the amended pleading." [Reams v. GK Rest., LLC](), No. 3:13-CV-1446-J-39JBT, 2015 WL 13735449, at *2 (M.D. Fla. July 21, 2015) (citing 6 Charles Alan Wright et al., Federal Practice & Procedure § 1476 (3d ed. 2010)). An amended complaint supersedes the initial complaint and "becomes the operative pleading in the case." [Lowery v. Alabama Power Co.](), 483 F.3d 1184 (11th Cir. 2007). Likewise, the Counterclaims stated in [original answer] "are no longer operative. That determination renders moot Plaintiff's [previous motion to dismiss], which is directed at Counterclaims that are no longer operative." *Reams*, 2015 WL 13735449, at *2.

A counterclaim is part of a responsive pleading. *See* Fed. R. Civ. P. 13(a) ("A pleading must state as a counterclaim any claim that... [is compulsory.]"). Counter-Plaintiffs' counterclaim here is compulsory and as such, was required to be included in [Defendants'] answer to Plaintiffs' Amended Complaint. Counter-

**Counter-Pls' Suggestion
of Mootness**                           2

Plaintiffs did not seeking to *amend* a counterclaim, but merely asserted their counterclaim against Plaintiffs' amended complaint, which is now the operative pleading in this case. As such, Plaintiffs' previous motion to dismiss is rendered moot by their amended complaint and the responsive pleadings thereto.

Defendants' counsel has advised Plaintiffs of their position that the previously-filed motion to dismiss is moot. Plaintiffs' counsel disagrees.

| | |
|---|---|
| Dated: April 2, 2021 | Respectfully Submitted, |
| /s/ Ray Smith, III<br>Ray Smith, III, GA # 662555<br>rsmith@smithliss.com<br><br>SMITH & LISS, LLC<br>Five Concourse Parkway<br>Suite 2600<br>Atlanta, GA 30328<br>Telephone: (404) 760-6000<br>Facsimile: (404) 760-0225<br>*Local Counsel for Defendants* | James Bopp, Jr.,* IN # 2838-84<br> jboppjr@aol.com<br>Jeffrey P. Gallant,* VA # 46876<br> jgallant@bopplaw.com<br>Courtney Turner Milbank,* IN# 32178-29<br> cmilbank@bopplaw.com<br>Melena Siebert,* IN # 35061-15<br> msiebert@bopplaw.com<br>THE BOPP LAW FIRM, PC<br>1 South 6th Street<br>Terre Haute, Indiana 47807<br>Telephone: (812) 232-2434<br>Facsimile: (812) 235-3685<br>*Lead Counsel for Defendants*<br>*Admitted Pro hac vice |

**Counter-Pls' Suggestion
of Mootness**         3

## Certificate of Compliance

The undersigned counsel certifies that the foregoing has been prepared in Times New Roman (14 point) font, as required by the Court in Local Rule 5.1(B).

Respectfully submitted on April 2, 2021

        **SMITH & LISS, LLC**
        */s/ Ray S. Smith, III*
        Ray S. Smith, III
        Georgia Bar No. 662555
        *Local Counsel for Defendants*

## Certificate of Service

I hereby certify that the foregoing document was served electronically on April 2, 2021, upon all counsel of record via the United States District Court for the Northern District of Georgia, electronic filing system.

*/s/ Ray S. Smith, III*
Ray S. Smith, III
Georgia Bar No. 662555
*Local Counsel for Defendants*
