UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>        Plaintiffs,<br><br>   v.<br><br>TRUE THE VOTE, CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>        Defendants,<br><br>FAIR FIGHT ACTION, INC.,<br><br>        Counter-Defendant. | Case No. 2:20-CV-00302-SCJ |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXTEND DEADLINE FOR EXPERT WITNESS DISCLOSURES

Plaintiffs Fair Fight, Inc., Scott Berson, Jocelyn Heredia, and Jane Doe hereby move for leave to extend the deadline for disclosure of expert reports—a request to which Defendants have agreed. While this Court has not yet entered a scheduling order in this case, Plaintiffs submit this motion out of an abundance of caution to comply with Federal Rule of Civil Procedure 16(b)(4). In support of this motion, Plaintiffs state as follows:

On February 8, Plaintiffs submitted a Joint Preliminary Report and Discovery Plan to this Court, which included a proposed scheduling order. *See* ECF No. 54. That scheduling order proposed that Plaintiffs' expert disclosures would be due April 8. *See id.* at 12. This Court has not yet entered any scheduling order in this case.

The same day the parties submitted the Joint Discovery Plan, and the first day parties could serve discovery, *see* L.R. 16.2, 26.2, Plaintiffs served discovery requests upon Defendants. *See* ECF No. 58. Those discovery requests sought information about Defendants' methodology in creating the list of 364,000 Georgians whom they challenged in the January Senate Runoffs. In response to those requests, Defendants informed Plaintiffs that they do not possess concrete information about the methodology used to create the challenge lists, and that such information is in the possession of OpSec Group, LLC, the data firm that True the Vote, Inc. contracted with to create the challenge lists.

Since learning this information, Plaintiffs have served a third-party subpoena on OpSec Group, LLC. *See* ECF No. 76. That subpoena seeks information about the methodology used to create the challenge lists, which is highly relevant to any expert analysis Plaintiffs may present addressing the accuracy or scope of the challenges and their effect on voters.

- 3 -

Given these limitations, Plaintiffs approached Defendants about moving Plaintiffs' expert disclosure deadline to 30 days after OpSec Group, LLC produces information describing the methodology used to create the challenge lists. Defendants have consented to such an extension.

Because there is good cause for the agreed extension, Plaintiffs ask this Court to extend the Plaintiffs' deadline for expert disclosures to 30 days after OpSec Group, LLC produces this information to Plaintiffs. Defendants would then have 30 days to respond to Plaintiffs' expert disclosures and Plaintiffs would have 14 days to submit a rebuttal report, as already contemplated in the proposed scheduling order.

Dated this 5th day of April, 2021.

Respectfully Submitted,

*/s/ Uzoma N. Nkwonta*

| | |
|---|---|
| Allegra J. Lawrence (GA Bar No. 439797)<br>Leslie J. Bryan (GA Bar No. 091175)<br>Maia Cogen (GA Bar No. 832438)<br>**LAWRENCE & BUNDY LLC**<br>1180 West Peachtree Street, Suite 1650<br>Atlanta, GA 30309<br>Telephone: (404) 400-3350<br>Fax: (404) 609-2504<br>allegra.lawrence-hardy@lawrencebundy.com<br>leslie.bryan@lawrencebundy.com<br>maia.cogen@lawrencebundy.com<br><br>Dara Lindenbaum (GA Bar No. 980780)<br>**SANDLER REIFF LAMB ROSENSTEIN & BIRKENSTOCK, P.C.**<br>1090 Vermont Avenue, NW, Suite 750<br>Washington, DC 20005<br>Telephone: (202) 479-1111<br>Fax: 202-479-1115<br>lindenbaum@sandlerreiff.com | Marc E. Elias*<br>Uzoma N. Nkwonta*<br>Aria C. Branch*<br>Christina A. Ford*<br>Joel J. Ramirez*<br>Jacob Shelly*<br>**PERKINS COIE LLP**<br>700 Thirteenth St., N.W., Suite 800<br>Washington, D.C. 20005-3960<br>Telephone: (202) 654-6200<br>Facsimile: (202) 654-9959<br>melias@perkinscoie.com<br>unkwonta@perkinscoie.com<br>abranch@perkinscoie.com<br>christinaford@perkinscoie.com<br>jramirez@perkinscoie.com<br><br>*Counsel for Plaintiffs*<br>*Admitted *pro hac vice* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2021, I electronically filed this Motion to Dismiss through this Court's CM/ECF system.

Dated: April 5, 2021

/s/ Uzoma N. Nkwonta
Uzoma N. Nkwonta