IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| **FAIR FIGHT, INC., JOHN DOE, and JANE DOE,**<br><br>     **Plaintiffs,**<br><br>v.<br><br>**TRUE THE VOTE, CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,**<br><br>     **Defendants.** | **CIVIL ACTION FILE NO.**<br><br> **2:20-CV-0302-SCJ** |

### ORDER

This matter appears before the Court on Plaintiffs' *unopposed* Motion for Leave to Extend Deadline for Expert Witness Disclosures (Doc. No. [85]). For good cause shown, the Court hereby **GRANTS** the motion (Doc. No. [85]) and extends Plaintiffs' deadline for expert disclosures to 30 days after OpSec Group, LLC produces the requested information to Plaintiffs. Defendants shall thereafter have 30 days to respond to Plaintiffs' expert disclosures and Plaintiffs shall have

14 days to submit a rebuttal report, as already contemplated in the parties' proposed scheduling order.[1]

**IT IS SO ORDERED** this 6th day of April, 2021.

<u>s/Steve C. Jones</u>
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**

---

[1] A full scheduling order will be entered at a later date.