United States District Court
Northern District of Georgia
Gainesville Division

| | |
|---|---|
| **Fair Fight, Inc., Scott Berson, Jocelyn Heredia,** and **Jane Doe**, <br><br> *Plaintiffs* and *Counter-Defendants*, <br><br> v. <br><br> **True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper,** and **John Does 1-10**, <br><br> *Defendants* and *Counter-Plaintiffs*, <br><br> **Fair Fight Action, Inc.**, <br> *Counter-Defendant.* | Civ. No. 2:20-cv-00302-SCJ <br><br> Hon: Steve C. Jones |

**[Proposed] Order Granting Motion for Leave to File Counterclaim**

This matter is before the Court on Defendants True the Vote, Inc.'s, Mark Williams's, Ron Johnson's, and James Cooper's Motion for Leave to File Counterclaim. For good cause shown, it is hereby ordered that Defendants' Motion for Leave to File Counterclaim as part of their Answer to Plaintiffs' First Amended Complaint is **GRANTED**.

1

**IT IS SO ORDERED.**

_____
Hon. Steve C. Jones
United States District Judge