# Exhibit A

| | |
|---|---|
| **From:** | Nkwonta, Uzoma (WDC) |
| **To:** | Melena Siebert; Allegra Lawrence-Hardy; Branch, Aria C. (WDC); Dara Lindenbaum; Ford, Christina (WDC); Leslie Bryan; Maia Cogen; Mitchell, Molly (BOI); Ramirez, Joel (WDC); Tobin, Thomas (SEA) |
| **Cc:** | James Bopp Jr; Jeffrey Gallant; Joseph Maughon; Ray S. Smith, III; Emilie O. Denmark |
| **Subject:** | RE: Amended Counterclaim: Fair Fight, Inc., et al. v. True the Vote, Inc., et al., No. 2:20-cv-00302-SCJ |
| **Date:** | Tuesday, March 30, 2021 11:23:46 AM |

Melena,

Thanks for reaching out to us on this. In light of our pending motion to dismiss, which has been fully briefed and is awaiting the Court's ruling, we cannot agree to an amendment that supplements the counterclaims or adds a new Counter-plaintiff or Counter-defendant at this time. We're happy to discuss as well.

Best,

**Uzoma Nkwonta | Perkins Coie LLP**
PARTNER
700 Thirteenth Street, N.W. Suite 600
Washington, DC 20005-3960
D. +1.202.654.3347
E. UNkwonta@perkinscoie.com

---

**From:** Melena Siebert <MSiebert@bopplaw.com>
**Sent:** Monday, March 29, 2021 3:13 PM
**To:** Allegra Lawrence-Hardy <Allegra.Lawrence-Hardy@lawrencebundy.com>; Branch, Aria C. (WDC) <ABranch@perkinscoie.com>; Dara Lindenbaum <lindenbaum@sandlerreiff.com>; Ford, Christina (WDC) <ChristinaFord@perkinscoie.com>; Leslie Bryan <Leslie.Bryan@lawrencebundy.com>; Maia Cogen <maia.cogen@lawrencebundy.com>; Mitchell, Molly (BOI) <MMitchell@perkinscoie.com>; Nkwonta, Uzoma (WDC) <UNkwonta@perkinscoie.com>; Ramirez, Joel (WDC) <JoelRamirez@perkinscoie.com>; Tobin, Thomas (SEA) <TTobin@perkinscoie.com>
**Cc:** James Bopp Jr <jboppjr@aol.com>; Jeffrey Gallant <JGallant@bopplaw.com>; Joseph Maughon <JMaughon@bopplaw.com>; Ray S. Smith, III <rsmith@smithliss.com>; Emilie O. Denmark <edenmark@smithliss.com>
**Subject:** Amended Counterclaim: Fair Fight, Inc., et al. v. True the Vote, Inc., et al., No. 2:20-cv-00302-SCJ

Counsel,

Pursuant to FRCP 15, Counter-Plaintiffs seek your consent to amend our counterclaim(s) in the above-referenced case. Counter-Plaintiffs are amending the counterclaim in three ways: (1) removing the first four counterclaims previously pled (they become part of amended answer's defenses); (2) adding James Cooper as a Counter-Plaintiff; and (3) adding Stacey Abrams as a Defendant.

Please let us know whether you consent by noon on Tuesday, March 30, 2021. After we receive your response, we will file the appropriate motion for leave to amend with the Court.

Regards,
----------------------------------

**Melena S. Siebert**
*Associate Attorney*
THE BOPP LAW FIRM, PC | www.bopplaw.com
The National Building | 1 South 6th Street | Terre Haute, Indiana  47807
voice: (812) 232-2434, ext. 30 | fax: (812) 235-3685
cell: (513) 237-6707 | msiebert@bopplaw.com

*NOTICE AND DISCLAIMERS:*

*The preceding message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you believe that this message has been sent to you in error, please (1) do not read it, (2) reply to the sender that you have received the message in error, and (3) erase or destroy the message. To the extent this e-mail message contains legal advice, it is solely for the benefit of the client(s) of The Bopp Law Firm, P.C. represented by the Firm in the particular matter that is the subject of this message and may not be relied upon by any other party.*

*Internal Revenue Service regulations require that certain types of written advice include a disclaimer: To the extent the preceding message contains written advice relating to a Federal tax issue, the written advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purposes of avoiding Federal tax penalties, and was not written to support the promotion or marketing of the transaction or matters discussed herein.*