United States District Court
Northern District of Georgia
Gainesville Division

| | |
|---|---|
| **Fair Fight, Inc., John Doe,** and **Jane Doe**, *Plaintiffs* and *Counter-Defendants*, v. **True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper,** and **John Does 1-10**, *Defendants* and *Counter-Plaintiffs*, **Fair Fight Action, Inc.,** *Counter-Defendant.* | Civ. No. 2:20-cv-00302-SCJ<br><br>Hon: Steve C. Jones |

**Defendants' Certificate of Service of Discovery Materials**

In accordance with L.R. 26.3.A, Defendants' counsel hereby certify that Defendants Mark Williams, James Cooper, and True the Vote, Inc. served the following discovery materials via email on counsel for Plaintiffs and Counter-Defendant on April 14, 2021:

1.    Defendant Mark Williams's Second Supplemental Responses to Plaintiffs'

       First Requests for Production.

2.     Defendant James Cooper's Second Supplemental Responses to Plaintiff's First Requests for Production.

3.     Defendant True the Vote's Third Supplemental Responses to Plaintiff's First Requests for Production.

| Dated: April 15, 2021 | Respectfully Submitted, |
|---|---|
| /s/ Ray Smith, III<br>Ray Smith, III, GA # 662555<br>rsmith@smithliss.com<br><br>SMITH & LISS, LLC<br>Five Concourse Parkway<br>Suite 2600<br>Atlanta, GA 30328<br>Telephone: (404) 760-6000<br>Facsimile: (404) 760-0225<br>*Local Counsel for Defendants* | James Bopp, Jr.,* IN # 2838-84<br> jboppjr@aol.com<br>Jeffrey P. Gallant,* VA # 46876<br> jgallant@bopplaw.com<br>Courtney Turner Milbank,* IN# 32178-29<br> cmilbank@bopplaw.com<br>Melena Siebert,* IN # 35061-15<br> msiebert@bopplaw.com<br>THE BOPP LAW FIRM, PC<br>1 South 6th Street<br>Terre Haute, Indiana 47807<br>Telephone: (812) 232-2434<br>Facsimile: (812) 235-3685<br>*Lead Counsel for Defendants*<br>**Admitted Pro hac vice* |

**Defs.' Cert. of Service**
**Discovery Materials**                  2

## Certificate of Compliance

The undersigned counsel certifies that the foregoing has been prepared in Times New Roman (14 point) font, as required by the Court in Local Rule 5.1(B).

Respectfully submitted on April 15, 2021

**SMITH & LISS, LLC**
<u>/s/ *Ray S. Smith, III*</u>
Ray S. Smith, III
Georgia Bar No. 662555
*Local Counsel for Defendants*

## Certificate of Service

I hereby certify that the foregoing document was served electronically on April 15, 2021, upon all counsel of record via the United States District Court for the Northern District of Georgia, electronic filing system.

*/s/ Ray S. Smith, III*
Ray S. Smith, III
Georgia Bar No. 662555
*Local Counsel for Defendants*
