UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>    Plaintiffs,<br><br>    v.<br><br>TRUE THE VOTE, CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>    Defendants,<br><br>FAIR FIGHT ACTION, INC.,<br><br>    Counter-Defendant. | Case No. 2:20-CV-00302-SCJ |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

The parties in this action hereby submit this Joint Motion for Entry of Stipulated Protective Order pursuant to Federal Rule of Civil Procedure 26(c). In support, the parties state as follows:

1. The parties seek a protective order from this Court specifying that certain information produced by either party will remain confidential. Following this

Court's April 9 conference, the parties have conferred and agreed upon a proposed stipulated protective order, attached as Exhibit A.

2. In particular, the parties seek to protect as confidential (1) individuals' personal contact information and (2) non-public information about Fair Fight Inc., Fair Fight Action, Inc., and True the Vote, Inc.'s operations that could impede their operations if publicly disclosed. The parties further to seek to designate certain information for "Attorney's Eyes Only," including individuals' social security numbers, driver's license numbers, birth dates, government-issued unique identifiers, and information that would compromise the secrecy of a voter's ballot if disclosed. *See* Ex. A, Stipulated Protective Order at 2-5.

3. The parties also seek to designate individuals' personal contact information and private identifiers as confidential to protect these individuals from harassment and oppression should such information be made public. *See, e.g., Farnsworth v. Procter & Gamble Co.*, 758 F.2d 1545, 1547-48 (11th Cir. 1985).

4. The parties finally seek to designate as confidential certain organizational documents that would reveal non-public information that could impede the organizations' operations. Certain information about each organizations' strategic partners and identities of third-party vendors, for example, could subject such organizations and vendors to retaliation for their work with either party.

5. The protective order the parties propose is even more narrow in scope than the order this Court entered in *Fair Fight Action v. Raffensperger*, No. 1:18-cv-05391-SCJ, ECF No. 81 (Stipulated Protective Order). That protective order has proved workable; the parties have no reason to believe this order would be any different.

6. The parties have jointly agreed to the attached Stipulated Protective Order, and request that the Court enter it in this case.

[SIGNATURE BLOCK ON NEXT PAGE]

Dated this 16th day of April, 2021.                    Respectfully Submitted,

/s/ *Uzoma N. Nkwonta*

| | |
|---|---|
| Allegra J. Lawrence (GA Bar No. 439797) | Marc E. Elias* |
| Leslie J. Bryan (GA Bar No. 091175) | Uzoma N. Nkwonta* |
| Maia Cogen (GA Bar No. 832438) | Aria C. Branch* |

Allegra J. Lawrence (GA Bar No. 439797)
Leslie J. Bryan (GA Bar No. 091175)
Maia Cogen (GA Bar No. 832438)
**LAWRENCE & BUNDY LLC**
1180 West Peachtree Street, Suite 1650
Atlanta, GA 30309
Telephone: (404) 400-3350
Fax: (404) 609-2504
allegra.lawrence-hardy@lawrencebundy.com
leslie.bryan@lawrencebundy.com
maia.cogen@lawrencebundy.com

Dara Lindenbaum (GA Bar No. 980780)
**SANDLER REIFF LAMB ROSENSTEIN & BIRKENSTOCK, P.C.**
1090 Vermont Avenue, NW, Suite 750
Washington, DC 20005
Telephone: (202) 479-1111
Fax: 202-479-1115
lindenbaum@sandlerreiff.com

Marc E. Elias*
Uzoma N. Nkwonta*
Aria C. Branch*
Christina A. Ford*
Joel J. Ramirez*
Jacob Shelly**
**PERKINS COIE LLP**
700 Thirteenth St., N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-9959
melias@perkinscoie.com
unkwonta@perkinscoie.com
abranch@perkinscoie.com
christinaford@perkinscoie.com
jramirez@perkinscoie.com
jshelly@perkinscoie.com

Torryn Taylor Rodgers*
**PERKINS COIE LLP**
505 Howard St., Suite 1000
San Francisco, CA 94105-3204
Telephone: (415) 344-7000
Facsimile: (415) 344-7050
trodgers@perkinscoie.com

*Counsel for Plaintiffs*
*Admitted *pro hac vice*
**Pro hac vice* forthcoming

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2021, I electronically filed this Joint Motion for a Stipulated Protective Order through this Court's CM/ECF system.

Dated: April 16, 2021

/s/ *Uzoma N. Nkwonta*
Uzoma N. Nkwonta