# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

## 2:20-cv-00302-SCJ
## Fair Fight, Inc. et al v. Engelbrecht et al
## Honorable Steve C. Jones

Minute Sheet for proceedings held on 04/09/2021.

TIME COURT COMMENCED: 11:30 A.M.
TIME COURT CONCLUDED: 11:55 A.M.      COURT REPORTER: David Ritchie
TIME IN COURT: 00:25                  DEPUTY CLERK: Pamela Wright
OFFICE LOCATION: Gainesville

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Uzoma Nkwonta representing Plaintiffs<br>Leslie Bryan representing Plaintiffs<br>Christina Ford representing Plaintiffs<br>Dara Lindenbaum representing Plaintiffs<br>Ray Smith representing Defendants<br>Melena Siebert representing Defendants |
| PROCEEDING CATEGORY: | Discovery Hearing(Oral Argument Hearing); |
| MINUTE TEXT: | Hearing held via Zoom upon request of parties regarding a discovery dispute. |
| HEARING STATUS: | Hearing Concluded |