**United States District Court**
**Northern District of Georgia**
**Gainesville Division**

| | |
|---|---|
| **Fair Fight, Inc., Scott Berson, Jocelyn Heredia,** and **Jane Doe**, <br><br> *Plaintiffs* and *Counter-Defendants*, <br><br> *v.* <br><br> **True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper,** and **John Does 1-10**, <br><br> *Defendants* and *Counter-Plaintiffs*, <br><br> **Fair Fight Action, Inc.,** <br> *Counter-Defendant.* | **Civ. No. 2:20-cv-00302-SCJ** |

**Defendants' Reply In Support of Their Motion for Leave to File Counterclaim**

Defendants True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Williams, Ron Johnson, and James Cooper moved this Court for an order pursuant to Federal Rule of Civil Procedure 15 for leave to file a Counterclaim as part of their Answer to Plaintiffs' First Amended Complaint. See ECF No. 89. In

**Defs.' Reply ISO**
**Mot. for Leave Counterclaim**          1

their motion for leave, Defendants propose to: (1) remove the first four counterclaims previously pled in ECF No. 40, instead asserting them as part of the amended answer's defenses; (2) add James Cooper as a Counter-Plaintiff to correct an error in their first answer/counterclaim; and (3) add Stacey Abrams as a Defendant.

In the interest of justice and considering all parties' arguments, Defendants maintain the motion for leave should be granted, but agree that this Court should *not* render moot Fair Fight's motion to dismiss and should consider it ripe for review and applicable toward all parties not previously included in Defendants' original counterclaims (namely, John Cooper as an additional Counter-Plaintiff and Ms. Stacey Abrams as an additional Defendant). Pursuant to this Court's ruling during the status conference of April 9, 2021, Defendants also understand that any discovery related to Ms. Abrams as a defendant to this counterclaim is stayed until the Court resolves the pending motion to dismiss.

"The court should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2). In general, Rule 15(a) should be liberally construed. *See Espey v. Wainwright*, 734 F.2d 748, 750 (11th Cir. 1984). Unless a party seeks

**Defs.' Reply ISO**
**Mot. for Leave Counterclaim**          2

amendment for the purpose of undue delay, bad faith, or has a dilatory motive, the court's discretion should not prevent amendment. *See id.* (internal citations omitted).

Here, with Defendants' good faith agreement that the pending motion to dismiss should not be rendered moot and should be considered and applied as to all parties in the amended counterclaim, these proceedings will not be subject to undue delay if this motion is granted.

As to Plaintiffs' argument that such an amendment is futile—Defendants respond that it is only futile if this Court grants Plaintiffs' motion to dismiss. If this court grants Plaintiffs' motion to dismiss, the amended counterclaim and additional Defendant to that counterclaim will be necessarily dismissed. If this Court denies Plaintiffs' motion to dismiss, then Defendants' amendment is not futile and the amendments are properly within the scope of the litigation. Pursuant to the joint discovery plan, ECF No. 54, discovery is ongoing until June 8, 2021. If this Court denies Plaintiff's motion to dismiss expeditiously, the discovery plan allows for enough time to respond to discovery requests for any additional parties.

Defendants have considered in good faith Plaintiffs' arguments concerning

**Defs.' Reply ISO**
**Mot. for Leave Counterclaim**          3

the motion to dismiss, as well as this Court's need for judicial economy. In short, granting Defendants' motion for leave will allow for the "justice" contemplated under the federal rules.

Dated: April 23, 2021

/s/ Ray Smith, III
Ray Smith, III, GA # 662555
rsmith@smithliss.com

SMITH & LISS, LLC
Five Concourse Parkway
Suite 2600
Atlanta, GA 30328
Telephone: (404) 760-6000
Facsimile: (404) 760-0225
*Local Counsel for Defendants*

Respectfully Submitted,

James Bopp, Jr.,* IN # 2838-84
 jboppjr@aol.com
Jeffrey P. Gallant,* VA # 46876
 jgallant@bopplaw.com
Courtney Turner Milbank,* IN#
32178-29
 cmilbank@bopplaw.com
Melena Siebert,* IN # 35061-15
 msiebert@bopplaw.com
THE BOPP LAW FIRM, PC
1 South 6th Street
Terre Haute, Indiana 47807
Telephone: (812) 232-2434
Facsimile: (812) 235-3685
*Lead Counsel for Defendants*
*Admitted Pro hac vice*

**Defs.' Reply ISO**
**Mot. for Leave Counterclaim**     4

# Certificate of Compliance

The undersigned counsel certifies that the foregoing has been prepared in

Times New Roman (14 point) font, as required by the Court in Local Rule 5.1(B).

Respectfully submitted on April 23, 2021

**SMITH & LISS, LLC**
*/s/ Ray S. Smith, III*
Ray S. Smith, III
Georgia Bar No. 662555
*Local Counsel for Defendants*

## Certificate of Service

I hereby certify that the foregoing document was served electronically on April 23, 2021, upon all counsel of record via the United States District Court for the Northern District of Georgia, electronic filing system.

<u>*/s/ Ray S. Smith, III*</u>
Ray S. Smith, III
Georgia Bar No. 662555
*Local Counsel for Defendants*