# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>*Plaintiffs*,<br><br>v.<br><br>TRUE THE VOTE, CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>*Defendants*,<br><br>FAIR FIGHT ACTION, INC.,<br><br>*Counter-Defendant*. | Case No. 2:20-CV-00302-SCJ |

## CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS

In accordance with L.R. 26.3.A, Plaintiffs Fair Fight, Inc., Scott Berson, Jocelyn Heredia, and Jane Doe hereby certify that they served the following discovery materials on May 7, 2021.

1. First Request for Admission to Defendant True the Vote, Inc.
2. Second Request for Interrogatories to Defendant True the Vote, Inc.
3. Second Request for Interrogatories to Defendant James Cooper
4. Second Request for Interrogatories to Defendant Ron Johnson
5. Second Request for Interrogatories to Defendant Mark Williams
6. Second Request for Interrogatories to Defendant Derek Somerville

7. Second Request for Interrogatories to Defendant Mark Davis

8. Second Request for Production to Defendant True the Vote, Inc.

9. Second Request for Production to Defendant James Cooper

10. Second Request for Production to Defendant Ron Johnson

11. Second Request for Production to Defendant Mark Williams

12. Second Request for Production to Defendant Derek Somerville

13. Second Request for Production to Defendant Mark Williams

Dated this 10th day of May, 2021.

Respectfully Submitted,

/s/ Uzoma N. Nkwonta

| | |
|---|---|
| Allegra J. Lawrence | Marc E. Elias* |
| Georgia Bar No. 439797 | Uzoma N. Nkwonta* |
| Leslie J. Bryan | Aria C. Branch* |
| Georgia Bar No. 091175 | Christina A. Ford* |
| Maia Cogen | Joel J. Ramirez* |
| Georgia Bar No. 832438 | Jacob Shelly* |
| **LAWRENCE & BUNDY LLC** | **PERKINS COIE LLP** |
| 1180 West Peachtree Street, Suite 1650 | 700 Thirteenth St., N.W., Suite 800 |
| Atlanta, GA 30309 | Washington, D.C. 20005-3960 |
| Telephone: (404) 400-3350 | Telephone: (202) 654-6200 |
| Fax: (404) 609-2504 | Facsimile: (202) 654-9959 |
| allegra.lawrence-hardy@lawrencebundy.com | melias@perkinscoie.com |
| leslie.bryan@lawrencebundy.com | unkwonta@perkinscoie.com |
| maia.cogen@lawrencebundy.com | abranch@perkinscoie.com |
| | christinaford@perkinscoie.com |
| | jramirez@perkinscoie.com |
| | jshelly@perkinscoie.com |
| Dara Lindenbaum | |
| Georgia Bar No. 980780 | Torryn Taylor* |
| | **PERKINS COIE LLP** |

**SANDLER REIFF LAMB ROSENSTEIN & BIRKENSTOCK, P.C.**
1090 Vermont Avenue, NW, Suite 750
Washington, DC 20005
Telephone: (202) 479-1111
Fax: 202-479-1115
lindenbaum@sandlerreiff.com

505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050
trodgers@perkinscoie.com

*Counsel for Plaintiffs*
*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2021, I electronically filed this Certificate of Discovery Materials through this Court's CM/ECF system.

| | |
|---|---|
| Dated: May 10, 2021 | */s/ Uzoma N. Nkwonta*<br>Uzoma N. Nkwonta |