# United States District Court
# Northern District of Georgia
# Gainesville Division

| | |
|---|---|
| **Fair Fight, Inc., John Doe,** and **Jane Doe**, <br><br> *Plaintiffs* and *Counter-Defendants*, <br> v. <br><br> **True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper,** and **John Does 1-10**, <br><br> *Defendants* and *Counter-Plaintiffs*, <br><br> **Fair Fight Action, Inc.**, <br> *Counter-Defendant.* | Civ. No. 2:20-cv-00302-SCJ <br><br> Hon: Steve C. Jones |

## Defendants' Certificate of Service of Discovery Materials

In accordance with L.R. 26.3.A, Defendants' counsel hereby certify that Defendant True the Vote, Inc. and non-party OpSec Group, LLC served the following discovery materials via email on counsel for Plaintiffs and Counter-Defendant on May 11, 2021:

1. Defendant True the Vote's Fourth Supplemental Responses to Plaintiff's

**Defs.' Cert. of Service
Discovery Materials**                    1

First Requests for Production.

2. OpSec Group, LLC's Amended Response to Plaintiffs' Subpoena.

| | |
|---|---|
| Dated: May 13, 2021 | Respectfully Submitted, |
| /s/ Ray Smith, III<br>Ray Smith, III, GA # 662555<br>rsmith@smithliss.com<br><br>SMITH & LISS, LLC<br>Five Concourse Parkway<br>Suite 2600<br>Atlanta, GA 30328<br>Telephone: (404) 760-6000<br>Facsimile: (404) 760-0225<br>*Local Counsel for Defendants* | James Bopp, Jr.,* IN # 2838-84<br> jboppjr@aol.com<br>Jeffrey P. Gallant,* VA # 46876<br> jgallant@bopplaw.com<br>Courtney Turner Milbank,* IN# 32178-29<br> cmilbank@bopplaw.com<br>Melena Siebert,* IN # 35061-15<br> msiebert@bopplaw.com<br>THE BOPP LAW FIRM, PC<br>1 South 6th Street<br>Terre Haute, Indiana 47807<br>Telephone: (812) 232-2434<br>Facsimile: (812) 235-3685<br>*Lead Counsel for Defendants*<br>**Admitted Pro hac vice* |

## Certificate of Compliance

The undersigned counsel certifies that the foregoing has been prepared in Times New Roman (14 point) font, as required by the Court in Local Rule 5.1(B).

Respectfully submitted on May 13, 2021.

                                        **SMITH & LISS, LLC**
                                        */s/ Ray S. Smith, III*
                                        Ray S. Smith, III
                                        Georgia Bar No. 662555
                                        *Local Counsel for Defendants*

## Certificate of Service

I hereby certify that the foregoing document was served electronically on May 13, 2021, upon all counsel of record via the United States District Court for the Northern District of Georgia, electronic filing system.

*/s/ Ray S. Smith, III*
Ray S. Smith, III
Georgia Bar No. 662555
*Local Counsel for Defendants*
