AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | | |
|---|---|---|
| Fair Fight, Inc., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:20-cv-00302-SCJ |
| True the Vote, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Defendants, all Counter-Plaintiffs, and all non-parties who have been served subpoenas from Pls. to date.

Date:   06/03/2021

/s/ Courtney Kramer
*Attorney's signature*

Courtney Kramer, GA Bar No. - 483608
*Printed name and bar number*

821 Atlanta St.
Roswell, GA 30075
*Address*

ckramer@bopplaw.com
*E-mail address*

(770) 715-2646
*Telephone number*

(812) 235-3685
*FAX number*