UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| Fair Fight, Inc., John Doe, and Jane Doe,<br><br>    Plaintiffs/Counter-Defendants,<br><br>v.<br><br>True the Vote, Inc., CatherineEngelbrecht, Derek Somerville, MarkDavis, Mark Williams, Ron Johnson,James Cooper, and John Does 1-10,<br><br>    Defendants/Counter-Plaintiffs. | CIVIL ACTION FILE<br><br>NO. 2:20-CV-0302-SCJ |

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan [Doc. 54], the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as stated in the above referenced form, except as herein modified:

<u>The Court adopts the Plaintiffs'/Counter-Defendants' position: discovery will not proceed against Counter-Defendants until the Court decides Counter-Defendants' Motion to Dismiss Defendants' counterclaims [Doc. 58]. Discovery will proceed for four (4) months in accordance with the Local Rules on Plaintiffs' claim as set forth in the Amended Complaint [Doc. 73] and conclude on **September 1, 2021**. Any motions for summary judgment or the proposed consolidated pretrial order must be filed on or before **October 1, 2021.** If a motion for summary judgment is filed, the proposed consolidated pretrial order must be filed within 30 days after this Court's ruling thereon. If neither motion(s) for summary judgment nor the proposed pretrial order are timely filed, the Clerk is directed to submit this matter for the Court for consideration.</u>

**IT IS SO ORDERED**, this 3ʳᵈ day of June, 2021.

                                              s/Steve C. Jones
                                              STEVE C. JONES
                                              UNITED STATES DISTRICT JUDGE