**United States District Court**
**Northern District of Georgia**
**Gainesville Division**

| | |
|---|---|
| **Fair Fight, Inc., John Doe,** and **Jane Doe**,<br><br>*Plaintiffs* and<br>*Counter-Defendants*,<br><br>   *v.*<br><br>**True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper,** and **John Does 1-10**,<br><br>*Defendants*<br>and *Counter-Plaintiffs*,<br><br>**Fair Fight Action, Inc.**,<br>*Counter-Defendant.* | Civ. No. 2:20-cv-00302-SCJ<br><br>Hon: Steve C. Jones |

**Defendants' Certificate of Service of Discovery Materials**

In accordance with L.R. 26.3.A, Defendants' counsel hereby certify that

Defendants served the following discovery materials via email on counsel on June

7, 2021:

1.  Defendant Derek Somerville's Responses to Plaintiffs' Second Set of Interrogatories and Requests for Production;

2.  Defendant Mark Davis's Responses to Plaintiffs' Second Set of

**Defs.' Cert. of Service**
**Discovery Materials**      1

Interrogatories and Requests for Production;

3.      Defendant Mark Williams's Responses to Plaintiffs' Second Set of Interrogatories and Requests for Production;

4.      Defendant James Cooper's Responses to Plaintiffs' Second Set of Interrogatories and Requests for Production;

5.      Defendant Ron Johnson's Responses to Plaintiffs' Second Set of Interrogatories and Requests for Production; and

6.      Defendant True the Vote, Inc.'s Responses to Plaintiffs' Second Set of Interrogatories and Requests for Production

Dated: June 8, 2021
/s/ Courtney Kramer
Courtney Kramer, GA No. 483608
ckramer@bopplaw.com

Courtney Kramer, Of Counsel
THE BOPP LAW FIRM, PC
821 Atlanta St.
Roswell, GA 30075
Telephone: (770) 715-2646
Facsimile: (812) 235-3685
*Local Counsel for Defendants*

Respectfully Submitted,

James Bopp, Jr.,* IN # 2838-84
 jboppjr@aol.com
Jeffrey P. Gallant,* VA # 46876
 jgallant@bopplaw.com
Courtney Turner Milbank,* IN# 32178-29
 cmilbank@bopplaw.com
Melena Siebert,* IN # 35061-15
 msiebert@bopplaw.com
THE BOPP LAW FIRM, PC
1 South 6th Street
Terre Haute, Indiana 47807
Telephone: (812) 232-2434
Facsimile: (812) 235-3685
*Lead Counsel for Defendants*
*Admitted Pro hac vice*

**Defs.' Cert. of Service**
**Discovery Materials**                    2

# Certificate of Compliance

The undersigned counsel certifies that the foregoing has been prepared in

Times New Roman (14 point) font, as required by the Court in Local Rule 5.1(B).

Respectfully submitted on June 8, 2021.


/s/ Courtney Kramer
Courtney Kramer, GA No. 483608
ckramer@bopplaw.com
*Local Counsel for Defendants*

**Defs.' Cert. of Service**
**Discovery Materials**                3

# Certificate of Service

I hereby certify that the foregoing document was served electronically on June 8, 2021, upon all counsel of record via the United States District Court for the Northern District of Georgia, electronic filing system.

/s/ Courtney Kramer
Courtney Kramer, GA No. 483608
ckramer@bopplaw.com
*Local Counsel for Defendants*