**United States District Court**
**Northern District of Georgia**
**Gainesville Division**

| | |
|---|---|
| **Fair Fight, Inc., John Doe,** and **Jane Doe**, | |
| *Plaintiffs* and *Counter-Defendants*, | |
| *v.* | |
| **True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper,** and **John Does 1-10**, | Civ. No. 2:20-cv-00302-SCJ<br><br>Hon: Steve C. Jones |
| *Defendants* and *Counter-Plaintiffs*, | |
| **Fair Fight Action, Inc.,** *Counter-Defendant.* | |

**Defendants' Certificate of Service of Discovery Materials**

In accordance with L.R. 26.3.A, Defendants' counsel hereby certify that

Defendant True the Vote, Inc. and non-party OpSec Group LLC served the

following discovery materials via email on counsel on June 18, 2021:

1.  Defendant True the Vote, Inc.'s Amended Responses to Plaintiffs' Second Requests for Production; and

2.  Non-Party OpSec Group LLC's Second Amended Objections and

**Defs.' Cert. of Service**
**Discovery Materials**          1

Responses to Subpoena to Produce Documents.


Dated: June 18, 2021

/s/ Courtney Kramer

Courtney Kramer, GA No. 483608

ckramer@bopplaw.com


Courtney Kramer, Of Counsel

THE BOPP LAW FIRM, PC

821 Atlanta St.

Roswell, GA 30075

Telephone: (770) 715-2646

Facsimile: (812) 235-3685

*Local Counsel for Defendants*

Respectfully Submitted,

James Bopp, Jr.,* IN # 2838-84

 jboppjr@aol.com

Jeffrey P. Gallant,* VA # 46876

 jgallant@bopplaw.com

Courtney Turner Milbank,* IN# 32178-29

 cmilbank@bopplaw.com

Melena Siebert,* IN # 35061-15

 msiebert@bopplaw.com

THE BOPP LAW FIRM, PC

1 South 6th Street

Terre Haute, Indiana 47807

Telephone: (812) 232-2434

Facsimile: (812) 235-3685

*Lead Counsel for Defendants*

*\*Admitted Pro hac vice*


**Defs.' Cert. of Service**
**Discovery Materials**                    2

# Certificate of Compliance

The undersigned counsel certifies that the foregoing has been prepared in

Times New Roman (14 point) font, as required by the Court in Local Rule 5.1(B).

Respectfully submitted on June 18, 2021.


/s/ Courtney Kramer
Courtney Kramer, GA No. 483608
ckramer@bopplaw.com
*Local Counsel for Defendants*

# Certificate of Service

I hereby certify that the foregoing document was served electronically on June 18, 2021, upon all counsel of record via the United States District Court for the Northern District of Georgia, electronic filing system.

/s/ Courtney Kramer
Courtney Kramer, GA No. 483608
ckramer@bopplaw.com
*Local Counsel for Defendants*