# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>*Plaintiffs*,<br><br>v.<br><br>TRUE THE VOTE, CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>*Defendants*,<br><br>FAIR FIGHT ACTION, INC.,<br><br>*Counter-Defendant*. | Case No. 2:20-CV-00302-SCJ |

## CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS

In accordance with L.R. 26.3.A, Plaintiffs Fair Fight, Inc., Scott Berson, Jocelyn Heredia, and Jane Doe hereby certify that they served the following discovery materials via email on counsel on June 24, 2021:

1. Plaintiff Scott Berson's responses to Defendants' first set of interrogatories.

2. Plaintiff Scott Berson's responses to Defendants' first requests for production.

3. Plaintiff Jocelyn Heredia's responses to Defendants' first set of interrogatories.

4. Plaintiff Jocelyn Heredia's responses to Defendants' first requests for production.

- 2 -

Dated this 25th day of June, 2021.

Respectfully Submitted,

/s/ Uzoma N. Nkwonta

| | |
|---|---|
| Allegra J. Lawrence<br>Georgia Bar No. 439797<br>Leslie J. Bryan<br>Georgia Bar No. 091175<br>Maia Cogen<br>Georgia Bar No. 832438<br>**LAWRENCE & BUNDY LLC**<br>1180 West Peachtree Street, Suite 1650<br>Atlanta, GA 30309<br>Telephone: (404) 400-3350<br>Fax: (404) 609-2504<br>allegra.lawrence-hardy@lawrencebundy.com<br>leslie.bryan@lawrencebundy.com<br>maia.cogen@lawrencebundy.com<br><br>Dara Lindenbaum<br>Georgia Bar No. 980780<br>**SANDLER REIFF LAMB ROSENSTEIN & BIRKENSTOCK, P.C.**<br>1090 Vermont Avenue, NW, Suite 750<br>Washington, DC 20005<br>Telephone: (202) 479-1111<br>Fax: 202-479-1115<br>lindenbaum@sandlerreiff.com | Marc E. Elias*<br>Uzoma N. Nkwonta*<br>Aria C. Branch*<br>Christina A. Ford*<br>Joel J. Ramirez*<br>Jacob Shelly*<br>**PERKINS COIE LLP**<br>700 Thirteenth St., N.W., Suite 800<br>Washington, D.C. 20005-3960<br>Telephone: (202) 654-6200<br>Facsimile: (202) 654-9959<br>melias@perkinscoie.com<br>unkwonta@perkinscoie.com<br>abranch@perkinscoie.com<br>christinaford@perkinscoie.com<br>jramirez@perkinscoie.com<br>jshelly@perkinscoie.com<br><br>Torryn Taylor*<br>**PERKINS COIE LLP**<br>505 Howard Street, Suite 1000<br>San Francisco, CA 94105-3204<br>Telephone: 415.344.7000<br>Facsimile: 415.344.7050<br>trodgers@perkinscoie.com<br><br>*Counsel for Plaintiffs*<br>*Admitted *pro hac vice* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2021, I electronically filed this Certificate of Service of Discovery Materials through this Court's CM/ECF system.

| | |
|---|---|
| Dated: June 25, 2021 | */s/ Uzoma N. Nkwonta*<br>Uzoma N. Nkwonta |