**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| FAIR FIGHT, INC. ET AL, | ) | |
| | ) | |
| Plaintiff, | ) | . |
| | ) | |
| v. | ) | Case No. 2:20-CV-00302-SCJ |
| | ) | |
| TRUE THE VOTE, INC., CATHERINE | ) | |
| ENGELBRECHT, DEREK SOMERVILLE, | ) | |
| MARK DAVIS, JAMES COOPER, | ) | |
| AND JOHN DOES 1-10 | ) | |
| | ) | |
| Defendants and Counter Plaintiffs, | ) | |
| | ) | |
| FAIR FIGHT ACTION, INC., | ) | |
| Counter Defendant. | ) | |

## CERTIFICATE OF CONSENT TO WITHDRAW AS COUNSEL FOR THE DEFENDANTS

COME NOW Ray Smith III and the law firm of Smith & Liss, LLC and,

pursuant to Rule 83.1E of the Civil Local Rules of Practice for the United States

District Court for the Northern District of Georgia, file this Certificate of Consent

to withdraw as counsel for Defendants True the Vote, Inc., Catherine Engelbrecht,

Derek Somerville, Mark Davis, James Cooper, and John Does 1-10, ("True the

Vote, Inc. et al") in this action. Furthermore, True the Vote, Inc. et al has selected

{00598386. }

Courtney Kramer as local counsel and The Bopp Law Firm to serve as lead

counsel for True the Vote, Inc et al.  Ms. Kramer already filed a notice of

appearance, June 3, 2021.

As evidenced by its signature below, the client, True the Vote, Inc. et al

consents to the requested withdrawal and substitution of counsel.

Respectfully submitted this _25th_ day of June, 2021.

_/s/ Ray S. Smith, III_____
RAY S. SMITH, III
Georgia Bar No. 662555
*Withdrawing Counsel*

**SMITH & LISS, LLC**
Five Concourse Pkwy, Ste 2600
Atlanta, Georgia 30328
Telephone: (404) 760-6006
Facsimile: (404) 760-0225
rsmith@smithliss.com

_/s/ Courtney Kramer_____
COURTNEY KRAMER
Georgia Bar No. 483608
*New Local Counsel*

**THE BOPP LAW FIRM**
821 Atlanta St.
Roswell Ga 30075
Telephone: (770) 715-2646
ckramer@bopplaw.com

I hereby consent to the withdrawal and substitution of local counsel as described above.

_/s/ Catherine Engelbrecht_____

CATHERINE ENGELBRECHT
President
True the Vote
_Client_

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| FAIR FIGHT, INC. ET AL, | ) | |
| | ) | |
| Plaintiff, | ) | . |
| | ) | |
| v. | ) | Case No. 2:20-CV-00302-SCJ |
| | ) | |
| TRUE THE VOTE, INC., CATHERINE | ) | |
| ENGELBRECHT, DEREK SOMERVILLE, | ) | |
| MARK DAVIS, JAMES COOPER, | ) | |
| AND JOHN DOES 1-10 | ) | |
| | ) | |
| Defendants and Counter Plaintiffs, | ) | |
| | ) | |
| FAIR FIGHT ACTION, INC., | ) | |
| Counter Defendant. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and

foregoing Certificate of Consent to Withdraw as Counsel for Defendants by

depositing a true and correct copy of same with ECF, which automatically sends

email notification of such filings to all attorneys of record:

Allegra J. Lawrence
Leslie J. Bryan
Maia J. Cogen
Lawrence & Bundy, LLC
Suite 1650
1180 West Peachtree St., NW

Atlanta, GA 30309

Dara Lindenbaum
Sandler Reiff Lamb Rosenstein & Birkenstock, P.C.
Suite 750
1090 Vermont Ave., NW
Washington, DC 20005

Marc E. Elias
Uzoma N. Nkwonta
Aria C. Branch
Christina A. Ford
Joel J. Ramirez
Jacob Shelly
Perkins Coie LLP
Suite 800
700 Thirteenth St., N.W.
Washington, D. C. 20005

Torryn Taylor
Suite 1000
505 Howard Street
San Francisco, CA 94105

This __25th__ day of June, 2021.

__/s/ Ray S. Smith, III_____
RAY S. SMITH, III
Georgia Bar No. 662555

**SMITH & LISS LLC**
Five Concourse Parkway
Suite 2600
Atlanta, Georgia 30328
Telephone 404-760-6006
Facsimile 404-760-0225
rsmith@smithliss.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| FAIR FIGHT, INC. ET AL, | ) |
| | ) |
| Plaintiff, | )            . |
| | ) |
| v. | ) Case No. 2:20-CV-00302-SCJ |
| | ) |
| TRUE THE VOTE, INC., CATHERINE | ) |
| ENGELBRECHT, DEREK SOMERVILLE, | ) |
| MARK DAVIS, JAMES COOPER, | ) |
| AND JOHN DOES 1-10 | ) |
| | ) |
| Defendants and Counter Plaintiffs, | ) |
| | ) |
| FAIR FIGHT ACTION, INC., | ) |
| Counter Defendant. | ) |

## LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Rule 5.1(c) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, specifically Times New Roman 14 pt.

_/s/ Ray S. Smith, III_____
RAY S. SMITH, III
Georgia Bar No. 662555

**SMITH & LISS LLC**
Five Concourse Parkway
Suite 2600
Atlanta, Georgia 30328
Telephone 404-760-6006
Facsimile 404-760-0225
rsmith@smithliss.com