# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE, <br><br> *Plaintiffs*, <br><br> v. <br><br> TRUE THE VOTE, CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10, <br><br> *Defendants*, <br><br> FAIR FIGHT ACTION, INC., <br><br> *Counter-Defendant*. | **Case No. 2:20-CV-00302-SCJ** |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiffs and Defendants (the "Parties") jointly move this Court to modify the current discovery deadline previously established in this Court's scheduling order dated June 3, 2021 (ECF No. 105). Specifically, the Parties seek a 30-day extension of the discovery deadline in light of the pending motion to dismiss Defendants' counterclaims, the resolution of which may limit the scope of discovery and avoid the need for witnesses to appear for a deposition twice.

Rule 16(b)(4) allows for the modification of a court's scheduling order "for good cause and with the judge's consent." Here, good cause exists for extending the discovery deadline by 30 days. As this Court knows, discovery relating to the Defendants' Counterclaims is stayed pending this Court's consideration of Plaintiffs' Motion to Dismiss the Counterclaims, *see* ECF No. 105 (staying discovery against counterclaims). Under the current schedule, however, the Parties must conduct all discovery, including depositions, by September 1, 2021, just five weeks from now.

In discussing the proper topics and timelines for those depositions, the Parties jointly agree that questioning related to Defendants' counterclaims would not be a proper deposition topic while the Motion to Dismiss the Counterclaims is pending. In the interest of efficiency, and to ensure that all witnesses need appear only once for a deposition, the Parties jointly agree that extending the discovery deadline by 30 days to October 1, 2021 would allow this Court additional time to resolve the pending Motion to Dismiss and consequently clarify the proper topics for depositions moving forward.

Should this Court grant the Parties' motion to extend the discovery deadline by 30 days to October 1, 2021, the Parties request that this Court correspondingly adjust the deadlines for any motions for summary judgment or the proposed consolidated pretrial order to November 1, 2021.

The Parties respectfully request the Court grant this motion.

Dated this 29th day of July, 2021.

Respectfully Submitted,

*/s/ Courtney Kramer*

Courtney Kramer, GA No. 483608
ckramer@bopplaw.com
Courtney Kramer, Of Counsel
**THE BOPP LAW FIRM, PC**
821 Atlanta St.
Roswell, GA 30075
Telephone: (770) 715-2646
Facsimile: (812) 235-3685
*Local Counsel for Defendants*

James Bopp, Jr.,* IN # 2838-84
jboppjr@aol.com
Jeffrey P. Gallant,* VA # 46876
jgallant@bopplaw.com
Courtney Turner Milbank,* IN# 32178-29
cmilbank@bopplaw.com
Melena Siebert,* IN # 35061-15
msiebert@bopplaw.com
**THE BOPP LAW FIRM, PC**
1 South 6th Street
Terre Haute, Indiana 47807
Telephone: (812) 232-2434
Facsimile: (812) 235-3685

*Lead Counsel for Defendants*
*Admitted *pro hac vice*

*/s/ Uzoma N. Nkwonta*

Marc E. Elias*
Uzoma N. Nkwonta*
Aria C. Branch*
Christina A. Ford*
Joel J. Ramirez*
Jacob Shelly*
**PERKINS COIE LLP**
700 Thirteenth St., N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-9959
melias@perkinscoie.com
unkwonta@perkinscoie.com
abranch@perkinscoie.com
christinaford@perkinscoie.com
jramirez@perkinscoie.com
jshelly@perkinscoie.com

Torryn Taylor*
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050
trodgers@perkinscoie.com

*Counsel for Plaintiffs*
*Admitted *pro hac vice*

- 4 -

        Allegra J. Lawrence
        Georgia Bar No. 439797
        Leslie J. Bryan
        Georgia Bar No. 091175
        Maia Cogen
        Georgia Bar No. 832438
        **LAWRENCE & BUNDY LLC**
        1180 West Peachtree Street, Suite 1650
        Atlanta, GA 30309
        Telephone: (404) 400-3350
        Fax: (404) 609-2504
        allegra.lawrence-hardy@lawrencebundy.com
        leslie.bryan@lawrencebundy.com
        maia.cogen@lawrencebundy.com

        Dara Lindenbaum
        Georgia Bar No. 980780
        **SANDLER REIFF LAMB ROSENSTEIN & BIRKENSTOCK, P.C.**
        1090 Vermont Avenue, NW, Suite 750
        Washington, DC 20005
        Telephone: (202) 479-1111
        Fax: 202-479-1115
        lindenbaum@sandlerreiff.com

        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2021, I electronically filed this Certificate of Discovery Materials through this Court's CM/ECF system.

Dated: July 29, 2021                    */s/ Uzoma N. Nkwonta*
                                         Uzoma N. Nkwonta