## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>            Plaintiffs,<br><br>    v.<br><br>TRUE THE VOTE, CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>            Defendants. | **Case No. 2:20-cv-00302-SCJ** |

## <u>PLAINTIFFS' CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS</u>

In accordance with L.R. 26.3.A, Plaintiffs hereby certify that they served the following discovery materials via email on counsel on August 27, 2021:

1. Plaintiffs' Second Requests for Admissions to Defendant True the Vote, Inc.

2. Plaintiffs' First Requests for Admissions to Defendant Catherine Engelbrecht.

[SIGNATURE ON THE NEXT PAGE]

Dated this 30th day of August, 2021.

Respectfully Submitted,

*/s/ Uzoma N. Nkwonta*

| | |
|---|---|
| Allegra J. Lawrence | Marc E. Elias* |
| Georgia Bar No. 439797 | Uzoma N. Nkwonta* |
| Leslie J. Bryan | Aria C. Branch* |
| Georgia Bar No. 091175 | Christina A. Ford* |
| Maia Cogen | Joel J. Ramirez* |
| Georgia Bar No. 832438 | Jacob Shelly* |
| **LAWRENCE & BUNDY LLC** | **PERKINS COIE LLP** |

Allegra J. Lawrence
Georgia Bar No. 439797
Leslie J. Bryan
Georgia Bar No. 091175
Maia Cogen
Georgia Bar No. 832438
**LAWRENCE & BUNDY LLC**
1180 West Peachtree Street, Suite 1650
Atlanta, GA 30309
Telephone: (404) 400-3350
Fax: (404) 609-2504
allegra.lawrence-hardy@lawrencebundy.com
leslie.bryan@lawrencebundy.com
maia.cogen@lawrencebundy.com

Dara Lindenbaum
Georgia Bar No. 980780
**SANDLER REIFF LAMB ROSENSTEIN & BIRKENSTOCK, P.C.**
1090 Vermont Avenue, NW, Suite 750
Washington, DC 20005
Telephone: (202) 479-1111
Fax: 202-479-1115
lindenbaum@sandlerreiff.com

Marc E. Elias*
Uzoma N. Nkwonta*
Aria C. Branch*
Christina A. Ford*
Joel J. Ramirez*
Jacob Shelly*
**PERKINS COIE LLP**
700 Thirteenth St., N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-9959
melias@perkinscoie.com
unkwonta@perkinscoie.com
abranch@perkinscoie.com
christinaford@perkinscoie.com
jramirez@perkinscoie.com
jshelly@perkinscoie.com

Torryn Taylor*
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050
trodgers@perkinscoie.com

*Counsel for Plaintiffs*
*Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2021, I electronically filed this Certificate of Discovery Materials through this Court's CM/ECF system.

Dated: August 30, 2021                    /s/ *Uzoma N. Nkwonta*
                                          Uzoma N. Nkwonta