UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>TRUE THE VOTE, INC, *et al.*,<br><br>  Defendants. | Civil Action No. 2:20-cv-00302-SCJ |

## NOTICE OF SUBSTITUTION OF COUNSEL

Notice is hereby given that attorneys Marc E. Elias, Uzoma Nkwonta, Aria C. Branch, Christina A. Ford, Joel J. Ramirez, and Jacob D. Shelly, formerly of Perkins Coie, LLP, now participate in this action on behalf of Elias Law Group, LLP. Mr. Elias, Mr. Nkwonta, Ms. Branch, Ms. Ford, Mr. Ramirez, and Mr. Shelly, admitted *pro hac vice* pursuant to LR 83.1(B)(2)-(3), remain as counsel of record for Plaintiffs and request that all pleadings, orders, notices, and other papers of record be sent to:

Marc E. Elias
Uzoma Nkwonta
Aria C. Branch
Christina A. Ford
Joel J. Ramirez
Jacob D. Shelly
ELIAS LAW GROUP LLP
10 G St. NE, Suite 600
Washington, D.C. 2002
(202) 968-4490
melias@elias.law
unkwonta@elias.law
abranch@elias.law
cford@elias.law
jramirez@elias.law
jshelly@elias.law

Attorneys Allegra J. Lawrence, Leslie J. Bryan, and Maia Cogen of Lawrence & Bundy, LLC will continue to serve as local counsel pursuant to LR 83.1(B)(4). These and all other attorneys for Plaintiffs should continue to receive notices at the addresses of record with the Court.

Respectfully submitted this 3rd day of September 2021.

Allegra J. Lawrence
Georgia Bar No. 439797
Leslie J. Bryan
Georgia Bar No. 091175
Maia Cogen
Georgia Bar No. 832438
**LAWRENCE & BUNDY LLC**
1180 West Peachtree Street, Suite 1650
Atlanta, GA 30309
Telephone: (404) 400-3350
Fax: (404) 609-2504
allegra.lawrencehardy@lawrencebundy.com
leslie.bryan@lawrencebundy.com
maia.cogen@lawrencebundy.com


Dara Lindenbaum
Georgia Bar No. 980780
**SANDLER REIFF LAMB ROSENSTEIN & BIRKENSTOCK, P.C.**
1090 Vermont Avenue, NW, Suite 750
Washington, DC 20005
Telephone: (202) 479-1111
Fax: 202-479-1115
lindenbaum@sandlerreiff.com

*/s/ Uzoma Nkwonta*
Marc E. Elias*
Uzoma Nkwonta*
Aria C. Branch*
Christina A. Ford*
Joel J. Ramirez*
Jacob D. Shelly*
**ELIAS LAW GROUP LLP**
10 G St. NE, Suite 600
Washington, D.C. 2002
(202) 968-4490
melias@elias.law
unkwonta@elias.law
abranch@elias.law
cford@elias.law
jramirez@elias.law
jshelly@elias.law

Torryn Taylor*
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050
trodgers@perkinscoie.com

*Admitted *pro hac vice*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** was electronically filed with the Clerk of Court using the CM/ECF system, which automatically will send email notification and access to an electronic copy of such filing to all counsel of record.

This 3rd day of September, 2021.

*/s/ Uzoma Nkwonta*
Uzoma Nkwonta
Counsel for Plaintiffs