United States District Court
Northern District of Georgia
Gainesville Division

| | |
|---|---|
| **Fair Fight, Inc., Scott Berson, Jocelyn Heredia,** and **Jane Doe**, <br><br> *Plaintiffs,* <br><br> v. <br><br> **True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper,** and **John Does 1-10**, <br> *Defendants* | Civ. No. 2:20-cv-00302-SCJ <br><br> Hon: Steve C. Jones |

**Unopposed Motion for Extension of Time to Complete Discovery**

Pursuant to Federal Rule of Civil Procedure 29 and Local Rule 26.2(B), Defendant True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, and James Cooper move for a 30-day extension of time to complete discovery, with a corresponding extension to any motions for summary judgment or the proposed consolidated pretrial order. Discovery is currently set to be completed on October 1, 2021. If this unopposed motion is granted, Discovery will be due on October 31, 2021. Defendants' counsel consulted with counsel for Plaintiffs, and Plaintiffs consent to the