United States District Court
Northern District of Georgia
Gainesville Division

| | |
|---|---|
| **Fair Fight, Inc., Scott Berson, Jocelyn Heredia,** and **Jane Doe**,<br><br>*Plaintiffs,*<br><br>v.<br><br>**True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper,** and **John Does 1-10**,<br>*Defendants* | Civ. No. 2:20-cv-00302-SCJ<br><br>Hon: Steve C. Jones |

**Unopposed Motion for Extension of Time to Complete Discovery**

Pursuant to Federal Rule of Civil Procedure 29 and Local Rule 26.2(B), Defendant True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, and James Cooper move for a 30-day extension of time to complete discovery, with a corresponding extension to any motions for summary judgment or the proposed consolidated pretrial order. Discovery is currently set to be completed on October 1, 2021. If this unopposed motion is granted, Discovery will be due on October 31, 2021. Defendants' counsel consulted with counsel for Plaintiffs, and Plaintiffs consent to the

extension. Defendants request this 30-day extension for the following reasons:

- The Court granted Plaintiffs' Motion to Dismiss on August 17, 2021.

- After this Motion to Dismiss was granted, Plaintiffs' and Defendants' Counsel began to schedule depositions for all witnesses.

- Due to Counsels' schedules and other litigation, all requested depositions for witnesses were unable to be scheduled by the current discovery deadline of October 1, 2021.

- On September 13, 2021, Defendant's Counsel communicated via email the need for an extension to complete discovery with Plaintiffs' Counsel.

- On September 14, 2021, Plaintiffs' Counsel responded that they agree to a motion for an extension.

- Though not all scheduling is complete, Plaintiffs' and Defendants' Counsel have scheduled a majority of the depositions requested.

- The depositions of Defendants Catherine Engelbrecht and True the Vote, as well as non-parties Gregg Phillips and OpSec Group, and Plaintiff Jocelyn Heredia have not been scheduled, but Plaintiffs' and Defendants' counsel (who also represents Gregg Phillips and OpSec Group in this mater) are in the process of confirming availability.

- Counsel is currently working to confirm deposition dates, and anticipate all depositions will be concluded by October 31, 2021.

These were all circumstances which did not exist at the time the Joint Preliminary Report and Discovery Plan were filed. This motion for extension is for the purposes of completing depositions only. Should this Court grant Defendants' motion to extend the discovery deadline 30 days to October 31, 2021, the Defendants request that this Court correspondingly adjust the deadlines for any motions for summary judgment or the proposed consolidated pretrial order to December 1, 2021.

**WHEREFORE**, Defendants pray this Court grant the requested 30-day extension of time to complete discovery to October 31, 2021, and correspondingly adjust the deadlines for any motions for summary judgment or the proposed consolidated pretrial order to December 1, 2021.

Dated: September 17, 2021

/s/ Courtney Kramer
Courtney Kramer, GA No. 483608
ckramer@bopplaw.com

Courtney Kramer, Of Counsel
THE BOPP LAW FIRM, PC
821 Atlanta St.
Roswell, GA 30075
Telephone: (770) 715-2646
Facsimile: (812) 235-3685
*Local Counsel for Defendants*

Respectfully Submitted,

James Bopp, Jr.,* IN # 2838-84
 jboppjr@aol.com
Jeffrey P. Gallant,* VA # 46876
 jgallant@bopplaw.com
Courtney Turner Milbank,* IN# 32178-29
 cmilbank@bopplaw.com
Melena Siebert,* IN # 35061-15
 msiebert@bopplaw.com
THE BOPP LAW FIRM, PC
1 South 6th Street
Terre Haute, Indiana 47807
Telephone: (812) 232-2434
Facsimile: (812) 235-3685
*Lead Counsel for Defendants*
**Admitted Pro hac vice*

## Certificate of Compliance

The undersigned counsel certifies that the foregoing has been prepared in Times New Roman (14 point) font, as required by the Court in Local Rule 5.1(B).

Respectfully submitted September 17, 2021.

> THE BOPP LAW FIRM, PC
> /s/ Courtney Kramer
> Courtney Kramer, GA No. 483608
> ckramer@bopplaw.com
> *Local Counsel for Defendants*