United States District Court
Northern District of Georgia
Gainesville Division

| | |
|---|---|
| **Fair Fight, Inc., Scott Berson, Jocelyn Heredia,** and **Jane Doe**,<br><br>*Plaintiffs,*<br><br>v.<br><br>**True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper,** and **John Does 1-10**,<br>*Defendants* | Civ. No. 2:20-cv-00302-SCJ<br><br>Hon: Steve C. Jones |

## Order

Having considered *Defendants' Unopposed Motion for Extension of Time to Complete Discovery*, this court finds the Motion should be **GRANTED**. Pursuant to this order, Defendants' and Plaintiffs' time to complete discovery is due on or before October 31, 2021, with any motions for summary judgment or the proposed consolidated pretrial order to be filed by December 1, 2021.

_____
Hon. Steve C. Jones
United States District Judge