## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br>　　*Plaintiffs,*<br><br>v.<br><br>TRUE THE VOTE, CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br>　　*Defendants*. | Civ. Act. No. 2:20-CV-00302-SCJ |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW Michelle L. McClafferty, of the law firm Lawrence & Bundy LLC, 1180 West Peachtree Street, NW, Suite 1650, Atlanta, GA 30309, and hereby enters her appearance as additional counsel of record for Plaintiffs Fair Fight, Inc., *et al.* and requests that she be added to the docket as counsel for Plaintiffs. All pleadings and other notices should be sent to her at the address below.

[SIGNATURE ON NEXT PAGE]

This, the 20th day of September, 2021.

*/s/ Michelle L. McClafferty*
Michelle L. McClafferty
Georgia Bar No. 161970
michelle.mcclafferty@lawrencebundy.com
LAWRENCE & BUNDY LLC
1180 West Peachtree Street, NW
Suite 1650
Atlanta, Georgia 30309
Telephone: (404) 400-3350
Fax: (404) 609-2504

*Counsel for Fair Fight, Inc., Scott Berson, Jocelyn Heredia, and Jane Doe*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing Notice of Appearance of Counsel has been prepared in Times New Roman 14, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Michelle L. McClafferty*
Michelle L. McClafferty

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br>    *Plaintiffs,*<br><br>v.<br><br>TRUE THE VOTE, CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br>    *Defendants.* | Civ. Act. No. 2:20-CV-00302-SCJ |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day electronically filed the within and foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to counsel of record for all parties to this matter via electronic notification or otherwise.

This, the 20th day of September, 2021.

*/s/ Michelle L. McClafferty*
Michelle L. McClafferty
Georgia Bar No. 161970
