# EXHIBIT A

| | |
|---|---|
| **From:** | Courtney Kramer |
| **To:** | Uzoma Nkwonta |
| **Cc:** | Christina Ford; Joel Ramirez; Jacob Shelly; trodgers@perkinscoie.com; Allegra Lawrence-Hardy; lindenbaum@sandlerreiff.com; Leslie Bryan; Michelle McClafferty; Maia Cogen; Melena Siebert; jboppjr@aol.com; Courtney Milbank |
| **Subject:** | RE: Fair Fight, Inc., et al. v. True the Vote, Inc., et al - Deposition Dates |
| **Date:** | Friday, September 10, 2021 11:34:08 AM |

Counsel,

We are working on getting schedules together and dates for the requested depositions. However, there is one very important request I wanted to bring to your attention. Mr. Ron Johnson is has informed us that he is only available on September 29th and only available for an in-person deposition due to technology limitations. We would greatly appreciate being able to have his deposition in person on the 29th if possible. I understand this is up to your discretion as to the location and format of the deposition, but this is the only option we have been given for Mr. Johnson and would like to get this confirmed with you as soon as we can. Please let me know if we can work this out.

As for Mark Williams, he is available Sept 20 all day, Sept 21 in the morning until noon, and again on September 23. He is available for a deposition via your selected video conferencing system. Please let me know as soon as possible which day works.

Thank you!

Sincerely,
Courtney

____
Courtney Kramer
Of Counsel
The Bopp Law Firm, PC | www.bopplaw.com
The National Building | 1 South 6th Street | Terre Haute, IN 47807
voice: (812) 232-2434 ext. 22 | fax: (812) 235-3685 | cell: (470) 669-0403| ckramer@bopplaw.com

**From:** Melena Siebert <MSiebert@bopplaw.com>
**Sent:** Wednesday, September 8, 2021 5:39 PM
**To:** Uzoma Nkwonta <unkwonta@elias.law>; Courtney Kramer <ckramer@bopplaw.com>; jboppjr@aol.com; Courtney Milbank <cmilbank@bopplaw.com>
**Cc:** Christina Ford <cford@elias.law>; Joel Ramirez <jramirez@elias.law>; Jacob Shelly <jshelly@elias.law>; trodgers@perkinscoie.com; allegra.lawrence-hardy@lawrencebundy.com; lindenbaum@sandlerreiff.com; leslie.bryan@lawrencebundy.com; Michelle McClafferty <michelle.mcclafferty@lawrencebundy.com>; maia.cogen@lawrencebundy.com
**Subject:** RE: Fair Fight, Inc., et al. v. True the Vote, Inc., et al - Deposition Dates

Thanks Uzoma. Also fyi, Courtney Kramer, who is of counsel with our firm and serves as our local counsel in this case, will be handling the arrangements for these depositions. She is copied here and will be following up with you soon.

Regards,

Melena

---

**From:** Uzoma Nkwonta [mailto:unkwonta@elias.law]
**Sent:** Wednesday, September 8, 2021 5:36 PM
**To:** Melena Siebert; Courtney Kramer; jboppjr@aol.com; Courtney Milbank
**Cc:** Christina Ford; Joel Ramirez; Jacob Shelly; trodgers@perkinscoie.com; allegra.lawrence-hardy@lawrencebundy.com; lindenbaum@sandlerreiff.com; leslie.bryan@lawrencebundy.com; Michelle McClafferty; maia.cogen@lawrencebundy.com
**Subject:** RE: Fair Fight, Inc., et al. v. True the Vote, Inc., et al - Deposition Dates

Melena –

Just a quick correction on the dates below: Fair Fight, Inc.'s representative will be available for a deposition on September 27, 28 or 30, but *not* the 29th. Let us know which of those dates work for you.

Best,
Uzoma

**Uzoma Nkwonta**
Elias Law Group
202-968-4517

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

**From:** Uzoma Nkwonta
**Sent:** Wednesday, September 8, 2021 4:08 PM
**To:** Melena Siebert <MSiebert@bopplaw.com>; Courtney Kramer <ckramer@bopplaw.com>; jboppjr@aol.com; Courtney Milbank <cmilbank@bopplaw.com>
**Cc:** Christina Ford <cford@elias.law>; Joel Ramirez <jramirez@elias.law>; Jacob Shelly <jshelly@elias.law>; trodgers@perkinscoie.com; allegra.lawrence-hardy@lawrencebundy.com; lindenbaum@sandlerreiff.com; leslie.bryan@lawrencebundy.com; Michelle McClafferty <michelle.mcclafferty@lawrencebundy.com>; maia.cogen@lawrencebundy.com
**Subject:** RE: Fair Fight, Inc., et al. v. True the Vote, Inc., et al - Deposition Dates

We plan to conduct all depositions via Zoom or a comparable web platform. I anticipate the depositions for the other witnesses you listed won't go the full day, but that's just a rough estimate. And, of course, we reserve our right to use the full amount of time permitted under the federal rules if necessary.

On our end, Fair Fight, Inc.'s representative can be available for a deposition on any one of the following dates: September 27, 28, 29, or 30. Please let us know when you would like to conduct the deposition so we can confirm the date.

Best,
Uzoma

**Uzoma Nkwonta**
Elias Law Group
202-968-4517

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Melena Siebert <MSiebert@bopplaw.com>
**Sent:** Wednesday, September 8, 2021 12:59 PM
**To:** Uzoma Nkwonta <unkwonta@elias.law>; Courtney Kramer <ckramer@bopplaw.com>; jboppjr@aol.com; Courtney Milbank <cmilbank@bopplaw.com>
**Cc:** Christina Ford <cford@elias.law>; Joel Ramirez <jramirez@elias.law>; Jacob Shelly <jshelly@elias.law>; trodgers@perkinscoie.com; allegra.lawrence-hardy@lawrencebundy.com; lindenbaum@sandlerreiff.com; leslie.bryan@lawrencebundy.com; Michelle McClafferty <michelle.mcclafferty@lawrencebundy.com>; maia.cogen@lawrencebundy.com
**Subject:** RE: Fair Fight, Inc., et al. v. True the Vote, Inc., et al - Deposition Dates

Uzoma,

Just to clarify, are you going to conduct all of the depositions via Zoom or just Catherine's and Gregg's? The other deponents you listed are in various places in Georgia, so we wanted to verify the platform and/or physical locatin for them as well (Ron Johnson, James Cooper, Mark Williams, Joe Martin). Also – do you anticipate that those depositions will also last the full day like Catherine's and Gregg's?

Regards,

Melena

**From:** Uzoma Nkwonta [mailto:unkwonta@elias.law]
**Sent:** Tuesday, September 7, 2021 7:03 PM
**To:** Courtney Kramer; Melena Siebert; jboppjr@aol.com; Courtney Milbank
**Cc:** Christina Ford; Joel Ramirez; Jacob Shelly; trodgers@perkinscoie.com; allegra.lawrence-hardy@lawrencebundy.com; lindenbaum@sandlerreiff.com; leslie.bryan@lawrencebundy.com; Michelle McClafferty; maia.cogen@lawrencebundy.com
**Subject:** RE: Fair Fight, Inc., et al. v. True the Vote, Inc., et al - Deposition Dates

We plan to conduct the depositions by video conference (either Zoom or a comparable platform) and expect both depositions to last the full day.

Best,
Uzoma

**Uzoma Nkwonta**
Elias Law Group

202-968-4517

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

**From:** Courtney Kramer <ckramer@bopplaw.com>
**Sent:** Tuesday, September 7, 2021 5:58 PM
**To:** Uzoma Nkwonta <unkwonta@elias.law>; Melena Siebert <MSiebert@bopplaw.com>; jboppjr@aol.com; Courtney Milbank <cmilbank@bopplaw.com>
**Cc:** Christina Ford <cford@elias.law>; Joel Ramirez <jramirez@elias.law>; Jacob Shelly <jshelly@elias.law>; trodgers@perkinscoie.com; allegra.lawrence-hardy@lawrencebundy.com; lindenbaum@sandlerreiff.com; leslie.bryan@lawrencebundy.com; Michelle McClafferty <michelle.mcclafferty@lawrencebundy.com>; maia.cogen@lawrencebundy.com
**Subject:** RE: Fair Fight, Inc., et al. v. True the Vote, Inc., et al - Deposition Dates

Counsel,

Can you please let us know if you would like to have the depositions of Catherine Engelbrecht and Gregg Phillips in person or via online/Zoom? Catherine and Gregg are both not residents of Georgia and we will need to plan accordingly if they need to be in Georgia for this.
Further, can you please let us know how much time you anticipate for each deposition? Once we know this, we can then give you some dates of availability. Thank you!

Sincerely,
Courtney

_____
**Courtney Kramer**
*Of Counsel*
The Bopp Law Firm, PC | www.bopplaw.com
The National Building | 1 South 6th Street | Terre Haute, IN 47807
voice: (812) 232-2434 ext. 22 | fax: (812) 235-3685 | cell: (470) 669-0403|
ckramer@bopplaw.com

---

**From:** Uzoma Nkwonta <unkwonta@elias.law>
**Sent:** Friday, September 3, 2021 12:54 PM
**To:** Melena Siebert <MSiebert@bopplaw.com>; jboppjr@aol.com; Courtney Kramer <ckramer@bopplaw.com>; Courtney Milbank <cmilbank@bopplaw.com>
**Cc:** Christina Ford <cford@elias.law>; Joel Ramirez <jramirez@elias.law>; Jacob Shelly <jshelly@elias.law>; trodgers@perkinscoie.com; allegra.lawrence-hardy@lawrencebundy.com; lindenbaum@sandlerreiff.com; leslie.bryan@lawrencebundy.com; Michelle McClafferty <michelle.mcclafferty@lawrencebundy.com>; maia.cogen@lawrencebundy.com
**Subject:** RE: Fair Fight, Inc., et al. v. True the Vote, Inc., et al - Deposition Dates

Sure, we'll follow up with any new SFT information for Elias Law Group. In the meantime, you can continue to send responses and other materials to the sharefile link we circulated earlier—that should still work.

**Uzoma Nkwonta**
Elias Law Group
202-968-4517

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

**From:** Melena Siebert <MSiebert@bopplaw.com>
**Sent:** Friday, September 3, 2021 12:48 PM
**To:** Uzoma Nkwonta <unkwonta@elias.law>; jboppjr@aol.com; Courtney Kramer <ckramer@bopplaw.com>; Courtney Milbank <cmilbank@bopplaw.com>
**Cc:** Christina Ford <cford@elias.law>; Joel Ramirez <jramirez@elias.law>; Jacob Shelly <jshelly@elias.law>; trodgers@perkinscoie.com; allegra.lawrence-hardy@lawrencebundy.com; lindenbaum@sandlerreiff.com; leslie.bryan@lawrencebundy.com; Michelle McClafferty <michelle.mcclafferty@lawrencebundy.com>; maia.cogen@lawrencebundy.com
**Subject:** RE: Fair Fight, Inc., et al. v. True the Vote, Inc., et al - Deposition Dates

Thanks Uzoma – we will be in touch soon. Can you please provide your SFT information as we need to provide responses to the recent requests for admissions purported on True the Vote and Catherine Engelbrecht?

Regards,

Melena

---

**From:** Uzoma Nkwonta [mailto:unkwonta@elias.law]
**Sent:** Friday, September 3, 2021 12:42 PM
**To:** Melena Siebert; jboppjr@aol.com; Courtney Kramer; Courtney Milbank
**Cc:** Christina Ford; Joel Ramirez; Jacob Shelly; trodgers@perkinscoie.com; allegra.lawrence-hardy@lawrencebundy.com; lindenbaum@sandlerreiff.com; leslie.bryan@lawrencebundy.com; Michelle McClafferty; maia.cogen@lawrencebundy.com
**Subject:** Fair Fight, Inc., et al. v. True the Vote, Inc., et al - Deposition Dates

Counsel,

We would like to move forward with depositions in short order to ensure they're completed before the end of the month. To that end, please provide deposition dates for the following witnesses:

True the Vote (30(b)(6))
Catherine Engelbrecht
Opsec
Gregg Phillips
Ron Johnson
James Cooper
Mark Williams
Joe Martin

Also, as you may have seen from our notice of substitution, several of the attorneys representing plaintiffs have moved to Elias Law Group. I've attached our Notice and included the list of Elias Law Group attorneys and their new email addresses below. Please use the updated contact information for all future communications.

Marc E. Elias: melias@elias.law
Uzoma Nkwonta: unkwonta@elias.law
Aria C. Branch: abranch@elias.law
Christina A. Ford: cford@elias.law
Joel J. Ramirez: jramirez@elias.law
Jacob D. Shelly: jshelly@elias.law

Best,
Uzoma

**Uzoma Nkwonta**
Elias Law Group
10 G St NE Ste 600
Washington DC 20002
202-968-4517

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.