# EXHIBIT C

**From:** Courtney Kramer <ckramer@bopplaw.com>
**Date:** Monday, September 20, 2021 at 5:08 PM
**To:** Uzoma Nkwonta <unkwonta@elias.law>
**Cc:** Christina Ford <cford@elias.law>, Joel Ramirez <jramirez@elias.law>, Jacob Shelly <jshelly@elias.law>, "trodgers@perkinscoie.com" <trodgers@perkinscoie.com>, Allegra Lawrence-Hardy <Allegra.Lawrence-Hardy@lawrencebundy.com>, "lindenbaum@sandlerreiff.com" <lindenbaum@sandlerreiff.com>, Leslie Bryan <Leslie.Bryan@lawrencebundy.com>, Michelle McClafferty <michelle.mcclafferty@lawrencebundy.com>, Maia Cogen <Maia.Cogen@lawrencebundy.com>, Melena Siebert <MSiebert@bopplaw.com>, "jboppjr@aol.com" <jboppjr@aol.com>, Courtney Milbank <cmilbank@bopplaw.com>
**Subject:** RE: Fair Fight, Inc., et al. v. True the Vote, Inc., et al - Deposition Dates

Uzoma,

Catherine Engelbrecht is also available on the 29th of October.
For Derek Somerville, he is available on October 6th as opposed to the previous email stating the tentative date of October 5th.

For Ron Johnson, we do not agree to the alternative you proposed as that is still a remote deposition. Mr. Johnson does not consent to a remote deposition.

Sincerely,
Courtney Kramer

**From:** Uzoma Nkwonta <unkwonta@elias.law>
**Sent:** Monday, September 20, 2021 1:19 PM
**To:** Courtney Kramer <ckramer@bopplaw.com>
**Cc:** Christina Ford <cford@elias.law>; Joel Ramirez <jramirez@elias.law>; Jacob Shelly <jshelly@elias.law>; trodgers@perkinscoie.com; allegra.lawrence-hardy@lawrencebundy.com; lindenbaum@sandlerreiff.com; leslie.bryan@lawrencebundy.com; Michelle McClafferty <michelle.mcclafferty@lawrencebundy.com>; maia.cogen@lawrencebundy.com; Melena Siebert <MSiebert@bopplaw.com>; jboppjr@aol.com; Courtney Milbank <cmilbank@bopplaw.com>
**Subject:** RE: Fair Fight, Inc., et al. v. True the Vote, Inc., et al - Deposition Dates

Thanks, Courtney. For Ron Johnson's deposition, we can arrange for him to appear in-person at a designated location with a videoconferencing (or Zoom) set-up that will allow us to depose him remotely. That should resolve his concerns about technology limitations. Let us know if you are amenable to this arrangement and we'll proceed with securing a location.

Also, the date you've proposed for Catherine Engelbrecht/TTV may not work for our schedules. Can you provide any alternate dates in October?

Best,
Uzoma

**Uzoma Nkwonta**

Elias Law Group
202-968-4517

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Courtney Kramer <ckramer@bopplaw.com>
**Sent:** Monday, September 20, 2021 12:01 PM
**To:** Uzoma Nkwonta <unkwonta@elias.law>
**Cc:** Christina Ford <cford@elias.law>; Joel Ramirez <jramirez@elias.law>; Jacob Shelly <jshelly@elias.law>; trodgers@perkinscoie.com; allegra.lawrence-hardy@lawrencebundy.com; lindenbaum@sandlerreiff.com; leslie.bryan@lawrencebundy.com; Michelle McClafferty <michelle.mcclafferty@lawrencebundy.com>; maia.cogen@lawrencebundy.com; Melena Siebert <MSiebert@bopplaw.com>; jboppjr@aol.com; Courtney Milbank <cmilbank@bopplaw.com>
**Subject:** RE: Fair Fight, Inc., et al. v. True the Vote, Inc., et al - Deposition Dates

Uzoma,

For Ron Johnson's deposition for September 29th, will you please let us know by COB tomorrow how you plan to conduct his deposition as we do not stipulate a remote examination under Federal Rule 30(b)(4) stating that "the parties may stipulate--or the court may on motion order--that a deposition be taken by telephone or other remote means".

Otherwise, here is a current update on our deposition dates:

September 22: James Cooper
September 23: Mark Williams
September 28: Joe Martin
September 29: Ron Johnson
October 4: Mark Davis
October 5: Derek Somerville (tentatively)
October 28th: Catherine Engelbrecht & TTV 30(b)(6)


Sincerely,
Courtney

_____
Courtney Kramer
Of Counsel
The Bopp Law Firm, PC | www.bopplaw.com
The National Building | 1 South 6th Street | Terre Haute, IN 47807
voice: (812) 232-2434| fax: (812) 235-3685 | cell: (470) 669-0403| ckramer@bopplaw.com

**From:** Uzoma Nkwonta <unkwonta@elias.law>
**Sent:** Friday, September 17, 2021 2:27 PM
**To:** Courtney Kramer <ckramer@bopplaw.com>
**Cc:** Christina Ford <cford@elias.law>; Joel Ramirez <jramirez@elias.law>; Jacob Shelly <jshelly@elias.law>; trodgers@perkinscoie.com; allegra.lawrence-hardy@lawrencebundy.com; lindenbaum@sandlerreiff.com; leslie.bryan@lawrencebundy.com; Michelle McClafferty <michelle.mcclafferty@lawrencebundy.com>; maia.cogen@lawrencebundy.com; Melena Siebert <MSiebert@bopplaw.com>; jboppjr@aol.com; Courtney Milbank <cmilbank@bopplaw.com>
**Subject:** RE: Fair Fight, Inc., et al. v. True the Vote, Inc., et al - Deposition Dates

Thanks, Courtney. We'd like the motion to also specify that the extension is for the purposes of completing depositions only and include a corresponding extension of the Oct. 31 deadline for summary judgment motions. Let us know if you are amenable to that.

I'll also note that Judge Jones cautioned the parties to include a proposed order for future extension requests.

Best,
Uzoma

**Uzoma Nkwonta**
Elias Law Group
202-968-4517

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Courtney Kramer <ckramer@bopplaw.com>
**Sent:** Friday, September 17, 2021 12:40 PM
**To:** Uzoma Nkwonta <unkwonta@elias.law>
**Cc:** Christina Ford <cford@elias.law>; Joel Ramirez <jramirez@elias.law>; Jacob Shelly <jshelly@elias.law>; trodgers@perkinscoie.com; allegra.lawrence-hardy@lawrencebundy.com; lindenbaum@sandlerreiff.com; leslie.bryan@lawrencebundy.com; Michelle McClafferty <michelle.mcclafferty@lawrencebundy.com>; maia.cogen@lawrencebundy.com; Melena Siebert <MSiebert@bopplaw.com>; jboppjr@aol.com; Courtney Milbank <cmilbank@bopplaw.com>
**Subject:** RE: Fair Fight, Inc., et al. v. True the Vote, Inc., et al - Deposition Dates

Uzoma,

Please disregard the file name on the previous email. It is updated and attached here.

Thank you,
Courtney Kramer

**From:** Courtney Kramer
**Sent:** Friday, September 17, 2021 12:15 PM
**To:** 'Uzoma Nkwonta' <unkwonta@elias.law>

**Cc:** Christina Ford <cford@elias.law>; Joel Ramirez <jramirez@elias.law>; Jacob Shelly <jshelly@elias.law>; trodgers@perkinscoie.com; allegra.lawrence-hardy@lawrencebundy.com; lindenbaum@sandlerreiff.com; leslie.bryan@lawrencebundy.com; Michelle McClafferty <michelle.mcclafferty@lawrencebundy.com>; maia.cogen@lawrencebundy.com; Melena Siebert <MSiebert@bopplaw.com>; jboppjr@aol.com; Courtney Milbank <cmilbank@bopplaw.com>
**Subject:** RE: Fair Fight, Inc., et al. v. True the Vote, Inc., et al - Deposition Dates

Uzoma,

Here is a draft of the motion. Unless we hear otherwise, I plan to file this by 2:30pm today. Please let me know if you have any questions or concerns.

Sincerely,
Courtney

____
Courtney Kramer
Of Counsel
The Bopp Law Firm, PC | www.bopplaw.com
The National Building | 1 South 6th Street | Terre Haute, IN 47807
voice: (812) 232-2434| fax: (812) 235-3685 | cell: (470) 669-0403| ckramer@bopplaw.com


**From:** Uzoma Nkwonta <unkwonta@elias.law>
**Sent:** Tuesday, September 14, 2021 1:57 PM
**To:** Courtney Kramer <ckramer@bopplaw.com>
**Cc:** Christina Ford <cford@elias.law>; Joel Ramirez <jramirez@elias.law>; Jacob Shelly <jshelly@elias.law>; trodgers@perkinscoie.com; allegra.lawrence-hardy@lawrencebundy.com; lindenbaum@sandlerreiff.com; leslie.bryan@lawrencebundy.com; Michelle McClafferty <michelle.mcclafferty@lawrencebundy.com>; maia.cogen@lawrencebundy.com; Melena Siebert <MSiebert@bopplaw.com>; jboppjr@aol.com; Courtney Milbank <cmilbank@bopplaw.com>
**Subject:** RE: Fair Fight, Inc., et al. v. True the Vote, Inc., et al - Deposition Dates

Courtney,

We can agree to a motion for an extension. Will you send us a draft before you file? Please also send us the proposed October dates when you have them.

As for James Cooper's deposition, Wednesday the 22nd works for us. We plan to conduct the deposition by video conference and will send a notice shortly.

For the Engelbrecht and Phillips depositions, I think we'll be able to complete both their personal and 30(b)(6) depositions in a day. But again, this is our best estimate and we reserve the right to continue the personal or 30(b)(6) deposition on a second day if needed.

Finally, can you also provide deposition dates for Defendants Somerville and Davis as well?

Best,
Uzoma

**Uzoma Nkwonta**
Elias Law Group
202-968-4517

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Courtney Kramer <ckramer@bopplaw.com>
**Sent:** Monday, September 13, 2021 10:56 AM
**To:** Uzoma Nkwonta <unkwonta@elias.law>
**Cc:** Christina Ford <cford@elias.law>; Joel Ramirez <jramirez@elias.law>; Jacob Shelly <jshelly@elias.law>; trodgers@perkinscoie.com; allegra.lawrence-hardy@lawrencebundy.com; lindenbaum@sandlerreiff.com; leslie.bryan@lawrencebundy.com; Michelle McClafferty <michelle.mcclafferty@lawrencebundy.com>; maia.cogen@lawrencebundy.com; Melena Siebert <MSiebert@bopplaw.com>; jboppjr@aol.com; Courtney Milbank <cmilbank@bopplaw.com>
**Subject:** RE: Fair Fight, Inc., et al. v. True the Vote, Inc., et al - Deposition Dates

Counsel,

We are looking at our schedules and because of other litigation deadlines and travel schedules, we cannot schedule Gregg Philips and Catherine Engelbrecht until after October 1. Will you waive any objections to those occurring after the October 1st deadline and if not, will you agree on a motion for extension?

As for the 30(b)(6) depositions, since Gregg and Catherine will likely be the witness for their respective companies, do you foresee needing two separate days of depositions on top of their personal ones?

James Cooper is available Monday 9/20 and Wednesday 9/22. Please let us know which day works best for you. I am coordinating today with Joe Martin as well, so I will send an update about his scheduling shortly.

We will also send an email later today about which day we would like for Fair Fight's deposition to be scheduled for.

Thank you!

Sincerely,
Courtney

_____
Courtney Kramer
Of Counsel
The Bopp Law Firm, PC | www.bopplaw.com
The National Building | 1 South 6th Street | Terre Haute, IN 47807
voice: (812) 232-2434| fax: (812) 235-3685 | cell: (470) 669-0403| ckramer@bopplaw.com

**From:** Uzoma Nkwonta <unkwonta@elias.law>
**Sent:** Friday, September 10, 2021 4:43 PM
**To:** Courtney Kramer <ckramer@bopplaw.com>
**Cc:** Christina Ford <cford@elias.law>; Joel Ramirez <jramirez@elias.law>; Jacob Shelly <jshelly@elias.law>; trodgers@perkinscoie.com; allegra.lawrence-hardy@lawrencebundy.com; lindenbaum@sandlerreiff.com; leslie.bryan@lawrencebundy.com; Michelle McClafferty <michelle.mcclafferty@lawrencebundy.com>; maia.cogen@lawrencebundy.com; Melena Siebert <MSiebert@bopplaw.com>; jboppjr@aol.com; Courtney Milbank <cmilbank@bopplaw.com>
**Subject:** RE: Fair Fight, Inc., et al. v. True the Vote, Inc., et al - Deposition Dates

Courtney,

Thanks for the update. We cannot agree to take Mr. Johnson's deposition in person, but we're looking into other options and will get back to you shortly. I'm hopeful that we can work this out.

As for Mr. Williams's deposition, the 23rd works for us. We'll send a deposition notice early next week.

Finally, we would like to finalize the date for Fair Fight, Inc.'s representative—assuming you still intend to proceed with the deposition. Can you let us know which of the dates we offered (September 27, 28, or 30) work for you?

Best,
Uzoma

**Uzoma Nkwonta**
Elias Law Group
202-968-4517

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Courtney Kramer <ckramer@bopplaw.com>
**Sent:** Friday, September 10, 2021 11:34 AM
**To:** Uzoma Nkwonta <unkwonta@elias.law>
**Cc:** Christina Ford <cford@elias.law>; Joel Ramirez <jramirez@elias.law>; Jacob Shelly <jshelly@elias.law>; trodgers@perkinscoie.com; allegra.lawrence-hardy@lawrencebundy.com; lindenbaum@sandlerreiff.com; leslie.bryan@lawrencebundy.com; Michelle McClafferty <michelle.mcclafferty@lawrencebundy.com>; maia.cogen@lawrencebundy.com; Melena Siebert <MSiebert@bopplaw.com>; jboppjr@aol.com; Courtney Milbank <cmilbank@bopplaw.com>
**Subject:** RE: Fair Fight, Inc., et al. v. True the Vote, Inc., et al - Deposition Dates

Counsel,

We are working on getting schedules together and dates for the requested depositions. However, there is one very important request I wanted to bring to your attention. Mr. Ron Johnson is has informed us that he is only available on September 29th and only available for an in-person deposition due to technology limitations. We would greatly appreciate being able to have his deposition in person on the

29th if possible. I understand this is up to your discretion as to the location and format of the deposition, but this is the only option we have been given for Mr. Johnson and would like to get this confirmed with you as soon as we can. Please let me know if we can work this out.

As for Mark Williams, he is available Sept 20 all day, Sept 21 in the morning until noon, and again on September 23. He is available for a deposition via your selected video conferencing system. Please let me know as soon as possible which day works.

Thank you!

Sincerely,
Courtney

____
Courtney Kramer
Of Counsel
The Bopp Law Firm, PC | www.bopplaw.com
The National Building | 1 South 6th Street | Terre Haute, IN 47807
voice: (812) 232-2434 ext. 22 | fax: (812) 235-3685 | cell: (470) 669-0403| ckramer@bopplaw.com

**From:** Melena Siebert <MSiebert@bopplaw.com>
**Sent:** Wednesday, September 8, 2021 5:39 PM
**To:** Uzoma Nkwonta <unkwonta@elias.law>; Courtney Kramer <ckramer@bopplaw.com>; jboppjr@aol.com; Courtney Milbank <cmilbank@bopplaw.com>
**Cc:** Christina Ford <cford@elias.law>; Joel Ramirez <jramirez@elias.law>; Jacob Shelly <jshelly@elias.law>; trodgers@perkinscoie.com; allegra.lawrence-hardy@lawrencebundy.com; lindenbaum@sandlerreiff.com; leslie.bryan@lawrencebundy.com; Michelle McClafferty <michelle.mcclafferty@lawrencebundy.com>; maia.cogen@lawrencebundy.com
**Subject:** RE: Fair Fight, Inc., et al. v. True the Vote, Inc., et al - Deposition Dates

Thanks Uzoma. Also fyi, Courtney Kramer, who is of counsel with our firm and serves as our local counsel in this case, will be handling the arrangements for these depositions. She is copied here and will be following up with you soon.

Regards,

Melena

**From:** Uzoma Nkwonta [mailto:unkwonta@elias.law]
**Sent:** Wednesday, September 8, 2021 5:36 PM
**To:** Melena Siebert; Courtney Kramer; jboppjr@aol.com; Courtney Milbank
**Cc:** Christina Ford; Joel Ramirez; Jacob Shelly; trodgers@perkinscoie.com; allegra.lawrence-hardy@lawrencebundy.com; lindenbaum@sandlerreiff.com; leslie.bryan@lawrencebundy.com; Michelle McClafferty; maia.cogen@lawrencebundy.com
**Subject:** RE: Fair Fight, Inc., et al. v. True the Vote, Inc., et al - Deposition Dates

Melena –

Just a quick correction on the dates below: Fair Fight, Inc.'s representative will be available for a deposition on September 27, 28 or 30, but *not* the 29th. Let us know which of those dates work for you.

Best,
Uzoma

**Uzoma Nkwonta**
Elias Law Group
202-968-4517

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Uzoma Nkwonta
**Sent:** Wednesday, September 8, 2021 4:08 PM
**To:** Melena Siebert <MSiebert@bopplaw.com>; Courtney Kramer <ckramer@bopplaw.com>; jboppjr@aol.com; Courtney Milbank <cmilbank@bopplaw.com>
**Cc:** Christina Ford <cford@elias.law>; Joel Ramirez <jramirez@elias.law>; Jacob Shelly <jshelly@elias.law>; trodgers@perkinscoie.com; allegra.lawrence-hardy@lawrencebundy.com; lindenbaum@sandlerreiff.com; leslie.bryan@lawrencebundy.com; Michelle McClafferty <michelle.mcclafferty@lawrencebundy.com>; maia.cogen@lawrencebundy.com
**Subject:** RE: Fair Fight, Inc., et al. v. True the Vote, Inc., et al - Deposition Dates

We plan to conduct all depositions via Zoom or a comparable web platform. I anticipate the depositions for the other witnesses you listed won't go the full day, but that's just a rough estimate. And, of course, we reserve our right to use the full amount of time permitted under the federal rules if necessary.

On our end, Fair Fight, Inc.'s representative can be available for a deposition on any one of the following dates: September 27, 28, 29, or 30. Please let us know when you would like to conduct the deposition so we can confirm the date.

Best,
Uzoma

**Uzoma Nkwonta**
Elias Law Group
202-968-4517

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Melena Siebert <MSiebert@bopplaw.com>
**Sent:** Wednesday, September 8, 2021 12:59 PM
**To:** Uzoma Nkwonta <unkwonta@elias.law>; Courtney Kramer <ckramer@bopplaw.com>; jboppjr@aol.com; Courtney Milbank <cmilbank@bopplaw.com>
**Cc:** Christina Ford <cford@elias.law>; Joel Ramirez <jramirez@elias.law>; Jacob Shelly <jshelly@elias.law>; trodgers@perkinscoie.com; allegra.lawrence-hardy@lawrencebundy.com; lindenbaum@sandlerreiff.com; leslie.bryan@lawrencebundy.com; Michelle McClafferty <michelle.mcclafferty@lawrencebundy.com>; maia.cogen@lawrencebundy.com
**Subject:** RE: Fair Fight, Inc., et al. v. True the Vote, Inc., et al - Deposition Dates

Uzoma,

Just to clarify, are you going to conduct all of the depositions via Zoom or just Catherine's and Gregg's? The other deponents you listed are in various places in Georgia, so we wanted to verify the platform and/or physical locatin for them as well (Ron Johnson, James Cooper, Mark Williams, Joe Martin). Also – do you anticipate that those depositions will also last the full day like Catherine's and Gregg's?

Regards,

Melena

**From:** Uzoma Nkwonta [mailto:unkwonta@elias.law]
**Sent:** Tuesday, September 7, 2021 7:03 PM
**To:** Courtney Kramer; Melena Siebert; jboppjr@aol.com; Courtney Milbank
**Cc:** Christina Ford; Joel Ramirez; Jacob Shelly; trodgers@perkinscoie.com; allegra.lawrence-hardy@lawrencebundy.com; lindenbaum@sandlerreiff.com; leslie.bryan@lawrencebundy.com; Michelle McClafferty; maia.cogen@lawrencebundy.com
**Subject:** RE: Fair Fight, Inc., et al. v. True the Vote, Inc., et al - Deposition Dates

We plan to conduct the depositions by video conference (either Zoom or a comparable platform) and expect both depositions to last the full day.

Best,
Uzoma

**Uzoma Nkwonta**
Elias Law Group
202-968-4517

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Courtney Kramer <ckramer@bopplaw.com>
**Sent:** Tuesday, September 7, 2021 5:58 PM
**To:** Uzoma Nkwonta <unkwonta@elias.law>; Melena Siebert <MSiebert@bopplaw.com>; jboppjr@aol.com; Courtney Milbank <cmilbank@bopplaw.com>
**Cc:** Christina Ford <cford@elias.law>; Joel Ramirez <jramirez@elias.law>; Jacob Shelly <jshelly@elias.law>; trodgers@perkinscoie.com; allegra.lawrence-hardy@lawrencebundy.com; lindenbaum@sandlerreiff.com; leslie.bryan@lawrencebundy.com; Michelle McClafferty <michelle.mcclafferty@lawrencebundy.com>; maia.cogen@lawrencebundy.com
**Subject:** RE: Fair Fight, Inc., et al. v. True the Vote, Inc., et al - Deposition Dates

Counsel,

Can you please let us know if you would like to have the depositions of Catherine Engelbrecht and Gregg Phillips in person or via online/Zoom? Catherine and Gregg are both not residents of Georgia and we will need to plan accordingly if they need to be in Georgia for this.
Further, can you please let us know how much time you anticipate for each deposition? Once we know this, we can then give you some dates of availability. Thank you!

Sincerely,
Courtney

---

**Courtney Kramer**
*Of Counsel*
The Bopp Law Firm, PC | www.bopplaw.com
The National Building | 1 South 6th Street | Terre Haute, IN 47807
voice: (812) 232-2434 ext. 22 | fax: (812) 235-3685 | cell: (470) 669-0403|
ckramer@bopplaw.com


**From:** Uzoma Nkwonta <unkwonta@elias.law>
**Sent:** Friday, September 3, 2021 12:54 PM
**To:** Melena Siebert <MSiebert@bopplaw.com>; jboppjr@aol.com; Courtney Kramer <ckramer@bopplaw.com>; Courtney Milbank <cmilbank@bopplaw.com>
**Cc:** Christina Ford <cford@elias.law>; Joel Ramirez <jramirez@elias.law>; Jacob Shelly <jshelly@elias.law>; trodgers@perkinscoie.com; allegra.lawrence-hardy@lawrencebundy.com; lindenbaum@sandlerreiff.com; leslie.bryan@lawrencebundy.com; Michelle McClafferty <michelle.mcclafferty@lawrencebundy.com>; maia.cogen@lawrencebundy.com
**Subject:** RE: Fair Fight, Inc., et al. v. True the Vote, Inc., et al - Deposition Dates

Sure, we'll follow up with any new SFT information for Elias Law Group. In the meantime, you can continue to send responses and other materials to the sharefile link we circulated earlier—that should still work.

**Uzoma Nkwonta**
Elias Law Group
202-968-4517

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Melena Siebert <MSiebert@bopplaw.com>
**Sent:** Friday, September 3, 2021 12:48 PM
**To:** Uzoma Nkwonta <unkwonta@elias.law>; jboppjr@aol.com; Courtney Kramer <ckramer@bopplaw.com>; Courtney Milbank <cmilbank@bopplaw.com>
**Cc:** Christina Ford <cford@elias.law>; Joel Ramirez <jramirez@elias.law>; Jacob Shelly <jshelly@elias.law>; trodgers@perkinscoie.com; allegra.lawrence-hardy@lawrencebundy.com; lindenbaum@sandlerreiff.com; leslie.bryan@lawrencebundy.com; Michelle McClafferty <michelle.mcclafferty@lawrencebundy.com>; maia.cogen@lawrencebundy.com
**Subject:** RE: Fair Fight, Inc., et al. v. True the Vote, Inc., et al - Deposition Dates

Thanks Uzoma – we will be in touch soon. Can you please provide your SFT information as we need to provide responses to the recent requests for admissions purported on True the Vote and Catherine Engelbrecht?

Regards,

Melena

**From:** Uzoma Nkwonta [mailto:unkwonta@elias.law]
**Sent:** Friday, September 3, 2021 12:42 PM
**To:** Melena Siebert; jboppjr@aol.com; Courtney Kramer; Courtney Milbank
**Cc:** Christina Ford; Joel Ramirez; Jacob Shelly; trodgers@perkinscoie.com; allegra.lawrence-hardy@lawrencebundy.com; lindenbaum@sandlerreiff.com; leslie.bryan@lawrencebundy.com; Michelle McClafferty; maia.cogen@lawrencebundy.com
**Subject:** Fair Fight, Inc., et al. v. True the Vote, Inc., et al - Deposition Dates

Counsel,

We would like to move forward with depositions in short order to ensure they're completed before the end of the month. To that end, please provide deposition dates for the following witnesses:

True the Vote (30(b)(6))
Catherine Engelbrecht
Opsec
Gregg Phillips
Ron Johnson
James Cooper
Mark Williams
Joe Martin

Also, as you may have seen from our notice of substitution, several of the attorneys representing plaintiffs have moved to Elias Law Group. I've attached our Notice and included the list of Elias Law Group attorneys and their new email addresses below. Please use the updated contact information for all future communications.

Marc E. Elias: melias@elias.law
Uzoma Nkwonta: unkwonta@elias.law
Aria C. Branch: abranch@elias.law
Christina A. Ford: cford@elias.law
Joel J. Ramirez: jramirez@elias.law
Jacob D. Shelly: jshelly@elias.law

Best,
Uzoma

**Uzoma Nkwonta**
Elias Law Group
10 G St NE Ste 600
Washington DC 20002
202-968-4517

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.