# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br>*Plaintiffs,*<br><br>v.<br><br>TRUE THE VOTE, CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br>*Defendants.* | Civ. Act. No. 2:20-CV-00302-SCJ |

## [PROPOSED] ORDER

This matter is before the Court on Plaintiffs' Emergency Motion For Order that the Deposition of Defendant Ron Johnson Be Taken By Remote Means and Memorandum in Support. The Court, being duly advised, now GRANTS said Motion. The Court orders that Defendant Ron Johnson submit to deposition by remote means on the date and time agreed upon by the parties and their counsel before the close of discovery.

SO ORDERED, this ___ day of _____, 2021.

_____
HON. STEVE C. JONES
UNITED STATES DISTRICT JUDGE