# United States District Court
# Northern District of Georgia
# Gainesville Division

| | |
|---|---|
| **Fair Fight, Inc., John Doe,** and **Jane Doe**, *Plaintiffs*, v. **True the Vote, Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper,** and **John Does 1-10**, *Defendants*. | Civ. No. 2:20-cv-00302-SCJ<br><br>Hon: Steve C. Jones |

# Response to Plaintiffs' Emergency Motion for Order that Deposition of Defendant Ron Johnson Be Taken By Remote Means

Upon further consideration of Plaintiffs' Emergency Motion for Plaintiffs' Emergency Motion for Order that Deposition of Defendant Ron Johnson Be Taken By Remote Means and Memorandum in Support, Defendant Ron Johnson withdraws his objection to the remote deposition.

**Resp. To Plaintiffs'
Emergency Motion**                         1

Dated: September 23, 2021

/s/ Courtney Kramer
Courtney Kramer, GA No. 483608
ckramer@bopplaw.com

Courtney Kramer, Of Counsel
THE BOPP LAW FIRM, PC
821 Atlanta St.
Roswell, GA 30075
Telephone: (770) 715-2646
Facsimile: (812) 235-3685
*Local Counsel for Defendants*

Respectfully Submitted,

James Bopp, Jr.,* IN # 2838-84
  jboppjr@aol.com
Jeffrey P. Gallant,* VA # 46876
  jgallant@bopplaw.com
Courtney Turner Milbank,* IN# 32178-29
 cmilbank@bopplaw.com
Melena Siebert,* IN # 35061-15
  msiebert@bopplaw.com
THE BOPP LAW FIRM, PC
1 South 6th Street
Terre Haute, Indiana 47807
Telephone: (812) 232-2434
Facsimile: (812) 235-3685
*Lead Counsel for Defendants*
**Admitted Pro hac vice*

**Resp. To Plaintiffs'
Emergency Motion**                           2

## Certificate of Compliance

The undersigned counsel certifies that the foregoing has been prepared in Times New Roman (14 point) font, as required by the Court in Local Rule 5.1(B).

Respectfully submitted September 23, 2021.

> THE BOPP LAW FIRM, PC
> /s/ Courtney Kramer
> Courtney Kramer, GA No. 483608
> ckramer@bopplaw.com
> *Local Counsel for Defendants*