# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>Plaintiffs,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>Defendants. | **Civil Action No.**<br>**2:20-cv-00302-SCJ** |

## [PROPOSED] ORDER

Before the Court is the Certificate of Consent to Withdraw of Molly E. Mitchell as Counsel of Record, filed October 7, 2021. The Clerk is DIRECTED to remove Molly E. Mitchell as counsel of record for Plaintiffs Fair Fight, Inc., Scott Berson, Jocelyn Heredia, and Jane Doe, and remove her name from all service lists in this case.

SO ORDERED this _____ day of _____, 2021.

_____
Honorable Steve C. Jones
United States District Judge