**IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF GEORGIA GAINESVILLE DIVISION**

FAIR FIGHT, INC., SCOTT BERSON,
JOCELYN HEREDIA, and JANE DOE,

          Plaintiffs,

v.

TRUE THE VOTE, INC., CATHERINE
ENGELBRECHT, DEREK SOMERVILLE,
MARK DAVIS, MARK WILLIAMS, RON
JOHNSON, JAMES COOPER, and JOHN
DOES 1-10,

          Defendants.

**Civil Action No.
2:20-cv-00302-SCJ**

## <u>CERTIFICATE OF CONSENT TO WITHDRAW OF
THOMAS J. TOBIN AS COUNSEL OF RECORD</u>

COMES NOW Thomas J. Tobin, pursuant to Rule 83.1(E) of the
Civil Local Rules of Practice for the United States District Court for the
Northern District of Georgia, and files this Certificate of Consent to
Withdraw as counsel for Plaintiffs Fair Fight, Inc., Scott Berson, Jocelyn
Heredia, and Jane Doe in this action.

As evidenced by their e-signatures below, Fair Fight, Inc., Scott
Berson, Jocelyn Heredia, and Jane Doe in this action consent to the

requested withdrawal of counsel and have been advised of the items set forth in LR 83.1(E)(2)(b). Each Plaintiff confirmed this consent in writing to the undersigned after reviewing a draft of this Certificate of Consent. Marc E. Elias, Uzoma Nkwonta, Christina Ford, Joel Ramirez, and Jacob Shelly of Elias Law Group, LLP; Allegra Lawrence, Leslie Bryan, and Maia Cogen of Lawrence & Bundy, LLC; Dara Lindenbaum of Sandler Reiff Lamb Rosenstein & Birkenstock, P.C.; and Torryn Taylor of Perkins Coie, LLP will remain counsel for Plaintiffs.

Respectfully submitted, this 7th day of October, 2021.

[Signature block continues on following pages.]

Allegra J. Lawrence
Georgia Bar No. 439797
Leslie J. Bryan
Georgia Bar No. 091175
Maia Cogen
Georgia Bar No. 832438
**LAWRENCE & BUNDY LLC**
1180 West Peachtree Street, Suite 1650
Atlanta, GA 30309
Telephone: (404) 400-3350
Fax: (404) 609-2504
allegra.lawrencehardy@lawrencebundy.com
leslie.bryan@lawrencebundy.com
maia.cogen@lawrencebundy.com

Dara Lindenbaum
Georgia Bar No. 980780
**SANDLER REIFF LAMB ROSENSTEIN &
BIRKENSTOCK, P.C.**
1090 Vermont Avenue, NW, Suite 750
Washington, DC 20005
Telephone: (202) 479-1111
Fax: 202-479-1115
lindenbaum@sandlerreiff.com

*/s/ Thomas J. Tobin*
Thomas J. Tobin*
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
ttobin@perkinscoie.com
*Withdrawing Attorney*

*/s/ Uzoma Nkwonta*
Marc E. Elias*
Uzoma Nkwonta*
Aria C. Branch*
Christina A. Ford*
Joel J. Ramirez*
Jacob D. Shelly*
**ELIAS LAW GROUP LLP**
10 G St. NE, Suite 600
Washington, D.C. 2002
Telephone: (202) 968-4490
melias@elias.law
unkwonta@elias.law
abranch@elias.law
cford@elias.law
jramirez@elias.law
jshelly@elias.law

Torryn Taylor*
**PERKINS COIE LLP**
505 Howard Street, Suite
1000 San Francisco, CA
94105-3204
Telephone: (415) 344-7000
trodgers@perkinscoie.com

*Counsel for Plaintiffs*
*Admitted pro hac vice*

Glen Paul Freedman
_____

Glen Paul Freedman
Fair Fight, Inc.

Scott Berson
_____
Scott Berson

Jocelyn Heredia
_____
Jocelyn Heredia

█████████████
_____
Jane Doe

*Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a copy of the within and foregoing ***Certificate of Consent to Withdraw of Thomas J. Tobin*** with the Clerk of Court using the CM/ECF system, which will automatically send-e-mail notification to all counsel of record.

This 7th day of October, 2021.

<u>*/s/ Thomas J. Tobin*</u>
Thomas J. Tobin
*Withdrawing Attorney*


<u>*/s/ Uzoma Nkwonta*</u>
Uzoma Nkwonta
*Counsel for Plaintiffs*

5