United States District Court
Northern District of Georgia
Gainesville Division

| | |
|---|---|
| **Fair Fight, Inc., Scott Berson, Jocelyn Heredia,** and **Jane Doe**,<br><br>*Plaintiffs,*<br><br>v.<br><br>**True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper,** and **John Does 1-10**,<br><br>*Defendants.* | Civ. No. 2:20-cv-00302-SCJ<br><br>Hon: Steve C. Jones |

## Defendant True the Vote, Inc.'s Motion for Permission to Withdraw and Amend its Response to Plaintiffs' First Set of Requests for Admissions, 30-Day Extension of Discovery Deadlines for Limited Purposes, and Corresponding Extension to Deadline for Summary Judgment Motions

Pursuant to Federal Rule of Civil Procedure 36(b), Defendant True the Vote, Inc. ("**TTV**"), by and through the undersigned attorneys, respectfully moves this Court for permission to withdraw and amend its responses to Plaintiffs' First

**Def. TTV Mot.
for Am. Resp. to RFAs**                        1

Set of Requests for Admissions, which were deemed admitted on June 7, 2021, as well as granting a 30-day extension to the discovery deadline for the limited purposes described below and a corresponding extension until January 10, 2022, for summary judgment motions.

Granting this motion will promote the presentation of the merits of this case, as the amended responses are consistent with other response and production made by TTV and are directly relevant to TTV's defenses in this matter. Further, granting TTV's motion will not unduly prejudice Plaintiffs as discovery is still ongoing and a trial date has not been set.

TTV asked Plaintiffs' counsel, via email, whether they would oppose this motion. Plaintiffs' counsel responded, via email:

> In light of the factual and legal issues raised by True the Vote's proposed withdrawal of admissions, Plaintiffs request a 30-day extension of the discovery deadline for the *limited purpose* of allowing Plaintiffs to issue supplemental discovery requests, conduct the depositions of True the Vote, Inc., Amy Holsworth, Catherine Engelbrecht, Gregg Phillips, and OpSec Group, and re-open prior depositions of individual defendants if necessary; all other discovery shall be subject to the previously-ordered deadlines. Plaintiffs also request a corresponding extension until January 10, 2022, for summary judgment motions. Provided the Court grants Plaintiffs' request, Plaintiffs do not oppose True the Vote's motion to withdraw their admissions.

Pursuant to Rule 7.1A of the Local Rules of the Northern District of Georgia, TTV has filed with their motion a brief citing the legal authorities supporting the motion, counsel Melena S. Siebert's supporting declaration, Exhibit A and TTV's proposed amended responses to Plaintiffs' First Set of Requests for Admissions, Exhibit B.

**WHEREFORE**, Defendant True the Vote, Inc. prays this Court grant its Motion for Permission to Amend its Responses to Plaintiffs' First Set of Requests for Admissions. In addition, Defendant True the Vote, Inc. prays this Court grant a 30-day extension to the discovery deadline for the limited purposes described above and grant a corresponding extension until January 10, 2022, for summary judgment motions.

Dated: October 12, 2021

/s/ Courtney Kramer
Courtney Kramer, GA No. 483608
ckramer@bopplaw.com

Courtney Kramer, Of Counsel
THE BOPP LAW FIRM, PC
821 Atlanta St.
Roswell, GA 30075
Telephone: (770) 715-2646
Facsimile: (812) 235-3685
*Local Counsel for Defendants*

Respectfully Submitted,

James Bopp, Jr.,* IN # 2838-84
 jboppjr@aol.com
Jeffrey P. Gallant,* VA # 46876
 jgallant@bopplaw.com
Courtney Turner Milbank,* IN# 32178-29
 cmilbank@bopplaw.com
Melena Siebert,* IN # 35061-15
 msiebert@bopplaw.com
THE BOPP LAW FIRM, PC
1 South 6th Street
Terre Haute, Indiana 47807
Telephone: (812) 232-2434
Facsimile: (812) 235-3685
*Lead Counsel for Defendants*
**Admitted Pro hac vice*

## Certificate of Compliance

The undersigned counsel certifies that the foregoing has been prepared in Times New Roman (14 point) font, as required by the Court in Local Rule 5.1(B).

Respectfully submitted on October 12, 2021

/s/ Courtney Kramer
Courtney Kramer
Georgia Bar No. 483608
*Local Counsel for Defendants*

## Certificate of Service

I hereby certify that the foregoing document was served electronically on October 12, 2021, upon all counsel of record via the United States District Court for the Northern District of Georgia, electronic filing system.

/s/ Courtney Kramer
Courtney Kramer
Georgia Bar No. 483608
*Local Counsel for Defendants*
