**United States District Court**
**Northern District of Georgia**
**Gainesville Division**

| | |
|---|---|
| **Fair Fight, Inc., Scott Berson, Jocelyn Heredia,** and **Jane Doe**, | |
| *Plaintiffs,* | |
| *v.* | |
| **True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper,** and **John Does 1-10**, | **Civ. No. 2:20-cv-00302-SCJ** **Hon: Steve C. Jones** |
| *Defendants.* | |

# [Proposed] Order

This matter is before the Court on, Defendant True the Vote, Inc.'s Motion for Permission to Withdraw and Amend its Response to Plaintiffs' First Set of Requests for Admissions, 30-Day Extension of Discovery Deadlines for Limited Purposes, and Corresponding Extension to Deadline for Summary Judgment Motions. The Court, being duly advised, now GRANTS said Motion. The Court orders that:

1

1.    Defendant True the Vote, Inc. is permitted to withdraw and amend its
      responses to Plaintiffs' First Requests for Admissions;

2.    The discovery deadline is extended to November 30, 2021 for the
      **limited purpose** of allowing Plaintiffs to issue supplemental
      discovery requests, conduct the depositions of True the Vote, Inc.,
      Amy Holsworth, Catherine Engelbrecht, Gregg Phillips, and OpSec
      Group, and re-open prior depositions of individual defendants if
      necessary; all other discovery shall be subject to the previously-
      ordered deadlines; and

3.    The deadline for summary judgment motions is extended until
      January 10, 2022.

SO ORDERED, this _____ day of _____, 2021.


                              _____
                              HON. STEVE C. JONES
                              UNITED STATES DISTRICT JUDGE