United States District Court
Northern District of Georgia
Gainesville Division

| | |
|---|---|
| **Fair Fight, Inc., Scott Berson, Jocelyn Heredia,** and **Jane Doe**,<br><br>*Plaintiffs,*<br><br>v.<br><br>**True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper,** and **John Does 1-10**,<br><br>*Defendants.* | Civ. No. 2:20-cv-00302-SCJ<br><br>Hon: Steve C. Jones |

# Order

This matter is before the Court on, Defendant True the Vote, Inc.'s Motion for Permission to Withdraw and Amend its Response to Plaintiffs' First Set of Requests for Admissions, 30-Day Extension of Discovery Deadlines for Limited Purposes, and Corresponding Extension to Deadline for Summary Judgment Motions. The Court, being duly advised, now GRANTS said Motion. The Court orders that:

1

1. Defendant True the Vote, Inc. is permitted to withdraw and amend its responses to Plaintiffs' First Requests for Admissions;

2. The discovery deadline is extended to November 30, 2021 for the *limited purpose* of allowing Plaintiffs to issue supplemental discovery requests, conduct the depositions of True the Vote, Inc., Amy Holsworth, Catherine Engelbrecht, Gregg Phillips, and OpSec Group, and re-open prior depositions of individual defendants if necessary; all other discovery shall be subject to the previously-ordered deadlines; and

3. The deadline for summary judgment motions is extended until January 10, 2022.

SO ORDERED, this  14th day of    October       , 2021.

                                       s/Steve C. Jones
                                       HON. STEVE C. JONES
                                       UNITED STATES DISTRICT JUDGE