United States District Court
Northern District of Georgia
Gainesville Division

| | |
|---|---|
| **Fair Fight, Inc., John Doe,** and **Jane Doe**, *Plaintiffs* v. **True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper,** and **John Does 1-10**, *Defendants* | Civ. No. 2:20-cv-00302-SCJ  Hon: Steve C. Jones |

**Defendants' Certificate of Service of Discovery Materials**

In accordance with L.R. 26.3.A, Defendants' counsel hereby certify that Defendant True the Vote, Inc. and Catherine Engelbrecht served the following discovery materials via email on counsel on October 28, 2021:

1. Defendant Derek Somerville's Amended Responses and Objections to Plaintiffs' First Interrogatories;

2. Defendant Derek Somerville's Amended Responses and Objections to Plaintiffs' Second Interrogatories;

3. Defendant Derek Somerville's Amended Responses and Objections to Plaintiffs' First Requests for Production;

**Defs.' Cert. of Service**
**Discovery Materials**

4. Defendant Derek Somerville's Amended Responses and Objections to Plaintiffs' Second Requests for Production;

5. Defendant Mark Davis' Amended Responses and Objections to Plaintiffs' First Interrogatories;

6. Defendant Mark Davis' Amended Responses and Objections to Plaintiffs' Second Interrogatories;

7. Defendant Mark Davis' Amended Responses and Objections to Plaintiffs' First Requests for Production; and

8. Defendant Mark Davis' Amended Responses and Objections to Plaintiffs' Second Requests for Production.

| | |
|---|---|
| Dated: October 29, 2021<br>/s/ Courtney Kramer<br><br>Courtney Kramer, GA No. 483608<br>ckramer@bopplaw.com<br><br>Courtney Kramer, Of Counsel<br>THE BOPP LAW FIRM, PC<br>821 Atlanta St.<br>Roswell, GA 30075<br>Telephone: (770) 715-2646<br>Facsimile: (812) 235-3685<br>*Local Counsel for Defendants* | Respectfully Submitted,<br><br>James Bopp, Jr.,* IN # 2838-84<br> jboppjr@aol.com<br>Jeffrey P. Gallant,* VA # 46876<br> jgallant@bopplaw.com<br>Courtney Turner Milbank,* IN# 32178-29<br> cmilbank@bopplaw.com<br>Melena Siebert,* IN # 35061-15<br> msiebert@bopplaw.com<br>THE BOPP LAW FIRM, PC<br>1 South 6th Street<br>Terre Haute, Indiana 47807<br>Telephone: (812) 232-2434<br>Facsimile: (812) 235-3685<br>*Lead Counsel for Defendants*<br>**Admitted Pro hac vice* |

**Defs.' Cert. of Service**
**Discovery Materials**

## Certificate of Compliance

The undersigned counsel certifies that the foregoing has been prepared in Times New Roman (14 point) font, as required by the Court in Local Rule 5.1(B).

Respectfully submitted on October 29, 2021.

/s/ Courtney Kramer
Courtney Kramer, GA No. 483608
ckramer@bopplaw.com
*Local Counsel for Defendants*

## Certificate of Service

I hereby certify that the foregoing document was served electronically on October 29, 2021 upon all counsel of record via the United States District Court for the Northern District of Georgia, electronic filing system.

/s/ Courtney Kramer
Courtney Kramer, GA No. 483608
ckramer@bopplaw.com
*Local Counsel for Defendants*
