United States District Court
Northern District of Georgia
Gainesville Division

| | |
|---|---|
| **Fair Fight, Inc., John Doe,** and **Jane Doe**,  *Plaintiffs*  v.  **True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper,** and **John Does 1-10**,  *Defendants* | Civ. No. 2:20-cv-00302-SCJ  Hon: Steve C. Jones |

**Defendants' Certificate of Service of Discovery Materials**

In accordance with L.R. 26.3.A, Defendants' counsel hereby certify that Defendant True the Vote, Inc. served the following discovery materials via email on counsel on October 29, 2021:

1. Defendant True the Vote, Inc., Responses to Plaintiffs' Third Interrogatories; and

2. Defendant True the Vote, Inc., Responses to Plaintiffs' Third Request for Production.

Defs.' Cert. of Service
Discovery Materials

| | |
|---|---|
| Dated: November 2, 2021<br>/s/ Courtney Kramer | Respectfully Submitted, |
| Courtney Kramer, GA No. 483608<br>ckramer@bopplaw.com | James Bopp, Jr.,* IN # 2838-84<br> jboppjr@aol.com<br>Jeffrey P. Gallant,* VA # 46876<br> jgallant@bopplaw.com |
| Courtney Kramer, Of Counsel<br>THE BOPP LAW FIRM, PC<br>821 Atlanta St.<br>Roswell, GA 30075<br>Telephone: (770) 715-2646<br>Facsimile: (812) 235-3685<br>*Local Counsel for Defendants* | Courtney Turner Milbank,* IN#<br>  32178-29<br> cmilbank@bopplaw.com<br>Melena Siebert,* IN # 35061-15<br> msiebert@bopplaw.com<br>THE BOPP LAW FIRM, PC<br>1 South 6th Street<br>Terre Haute, Indiana 47807<br>Telephone: (812) 232-2434<br>Facsimile: (812) 235-3685<br>*Lead Counsel for Defendants*<br>**Admitted Pro hac vice* |

**Defs.' Cert. of Service**
**Discovery Materials**

## Certificate of Compliance

The undersigned counsel certifies that the foregoing has been prepared in Times New Roman (14 point) font, as required by the Court in Local Rule 5.1(B).

Respectfully submitted on November 2, 2021.

/s/ Courtney Kramer
Courtney Kramer, GA No. 483608
ckramer@bopplaw.com
*Local Counsel for Defendants*

**Defs.' Cert. of Service**
**Discovery Materials**

## Certificate of Service

I hereby certify that the foregoing document was served electronically on November 2, 2021, upon all counsel of record via the United States District Court for the Northern District of Georgia, electronic filing system.

/s/ Courtney Kramer
Courtney Kramer, GA No. 483608
ckramer@bopplaw.com
*Local Counsel for Defendants*
