United States District Court
Northern District of Georgia
Gainesville Division

| | |
|---|---|
| **Fair Fight, Inc., Scott Berson, Jocelyn Heredia,** and **Jane Doe**, <br><br> *Plaintiffs* <br><br> v. <br><br> **True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper,** and **John Does 1-10**, <br><br> *Defendants* | Civ. No. 2:20-cv-00302-SCJ <br><br> Hon: Steve C. Jones |

**Defendants' Certificate of Service of Discovery Materials**

In accordance with L.R. 26.3.A, Defendants' counsel hereby certify that Defendants True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, and James Cooper (collectively, "Defendants") . served the following discovery materials via email on counsel on November 1, 2021:

1. Defendants' First Interrogatories to Plaintiff Jane Doe.

2. Defendants' First Request for Production to Plaintiff Jane Doe.

**Defs.' Cert. of Service**
**Discovery Materials**

| | |
|---|---|
| Dated: November 8, 2021<br>/s/ Courtney Kramer<br><br>Courtney Kramer, GA No. 483608<br>ckramer@bopplaw.com<br><br>Courtney Kramer, Of Counsel<br>THE BOPP LAW FIRM, PC<br>821 Atlanta St.<br>Roswell, GA 30075<br>Telephone: (770) 715-2646<br>Facsimile: (812) 235-3685<br>*Local Counsel for Defendants* | Respectfully Submitted,<br><br>James Bopp, Jr.,* IN # 2838-84<br> jboppjr@aol.com<br>Jeffrey P. Gallant,* VA # 46876<br> jgallant@bopplaw.com<br>Courtney Turner Milbank,* IN# 32178-29<br> cmilbank@bopplaw.com<br>Melena Siebert,* IN # 35061-15<br> msiebert@bopplaw.com<br>THE BOPP LAW FIRM, PC<br>1 South 6th Street<br>Terre Haute, Indiana 47807<br>Telephone: (812) 232-2434<br>Facsimile: (812) 235-3685<br>*Lead Counsel for Defendants*<br>**Admitted Pro hac vice* |

**Defs.' Cert. of Service**
**Discovery Materials**

## Certificate of Compliance

The undersigned counsel certifies that the foregoing has been prepared in Times New Roman (14 point) font, as required by the Court in Local Rule 5.1(B).

Respectfully submitted on November 8, 2021.

                                              /s/ Courtney Kramer
                                              Courtney Kramer, GA No. 483608
                                              ckramer@bopplaw.com
                                              *Local Counsel for Defendants*