UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TRUE THE VOTE, INC, *et al.*, <br><br> Defendants. | Civil Action No. 2:20-cv-00302-SCJ |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS FAIR FIGHT, INC., ET AL.

COME NOW Torryn Taylor and John Devaney of the law firm Perkins Coie LLP file this motion to withdraw as counsel for Plaintiffs Fair Fight, Inc., Scott Berson, Jocelyn Heredia, and Jane Doe ("Plaintiffs") in this action.

Attorneys Allegra J. Lawrence, Leslie J. Bryan, and Maia Cogen of Lawrence & Bundy, LLC will continue to serve as local counsel pursuant to LR 83.1(B)(4). These and all other attorneys for Plaintiffs should continue to receive notices at the addresses of record with the Court.

Respectfully submitted this 12th day of November 2021.

/s/ *John Devaney*
John Devaney
**PERKINS COIE LLP**
700 Thirteenth St. NW, Suite 800
Washington, DC 20005-3960
Telephone: 202.654.6200
jdevaney@perkinscoie.com

/s/ *Torryn Taylor*
Torryn Taylor
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
trodgers@perkinscoie.com

Allegra J. Lawrence
Georgia Bar No. 439797
Leslie J. Bryan
Georgia Bar No. 091175
Maia Cogen
Georgia Bar No. 832438
**LAWRENCE & BUNDY LLC**
1180 West Peachtree Street, Suite 1650
Atlanta, GA 30309
Telephone: (404) 400-3350
Fax: (404) 609-2504
allegra.lawrencehardy@lawrencebundy.com
leslie.bryan@lawrencebundy.com
maia.cogen@lawrencebundy.com

Dara Lindenbaum
Georgia Bar No. 980780
**SANDLER REIFF LAMB ROSENSTEIN & BIRKENSTOCK, P.C.**
1090 Vermont Avenue, NW, Suite 750
Washington, DC 20005
Telephone: (202) 479-1111

Marc E. Elias*
Uzoma Nkwonta*
Aria C. Branch*
Christina A. Ford*
Joel J. Ramirez*
Jacob D. Shelly*
**ELIAS LAW GROUP LLP**
10 G St. NE, Suite 600
Washington, D.C. 2002
Telephone: (202) 968-4490
melias@elias.law
unkwonta@elias.law
abranch@elias.law
cford@elias.law
jramirez@elias.law
jshelly@elias.law

*Admitted *pro hac vice*
**Pro hac vice* pending

*Counsel for Plaintiffs*

Fax: 202-479-1115
lindenbaum@sandlerreiff.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS FAIR FIGHT, INC., ET AL.** was electronically filed with the Clerk of Court using the CM/ECF system, which automatically will send email notification and access to an electronic copy of such filing to all counsel of record.

This 12th day of November, 2021.

*/s/ Torryn Taylor*
Torryn Taylor
Counsel for Plaintiffs