# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

## 2:20-cv-00302-SCJ
## Fair Fight, Inc. et al v. Engelbrecht et al
## Honorable Steve C. Jones

Minute Sheet for proceedings held on 11/17/2021.

TIME COURT COMMENCED: 10:30 A.M.
TIME COURT CONCLUDED: 11:00 A.M.          COURT REPORTER: Geraldine Glover
TIME IN COURT: 00:30                      DEPUTY CLERK: Pamela Wright
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Leslie Bryan representing Fair Fight, Inc.<br>Courtney Kramer representing True the Vote<br>Uzoma Nkwonta representing Fair Fight, Inc.<br>Jacob Shelly representing Fair Fight, Inc.<br>Melena Siebert representing True the Vote, Inc. |
| PROCEEDING CATEGORY: | Discovery Hearing(Oral Argument Hearing); |
| MINUTE TEXT: | Discovery dispute conference held via Zoom. Oral argument heard; order to follow. |
| HEARING STATUS: | Hearing Concluded |