UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>   *Plaintiffs*,<br><br> v.<br><br>TRUE THE VOTE, CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>   *Defendants*. | Case No. 2:20-CV-00302-SCJ |

**PLAINTIFFS' UNOPPOSED MOTION
TO MODIFY SCHEDULING ORDER**

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiffs move this Court to modify the current scheduling order (ECF No. 127) for the limited purpose of allowing Plaintiffs to depose Catherine Engelbrecht, Gregg Phillips, Amy Holsworth, True the Vote, and OpSec Group, LLC upon resolution of ongoing disputes over the appropriate scope of discovery, and to re-open the depositions of Defendants Mark Davis and Derek Somerville upon receipt of the supplemental discovery responses ordered by this Court. *See* November 19 Order, ECF No. 133. In light of the parties' ongoing discovery disputes and the Court's recent ruling requiring Defendants Davis and Somerville to serve full discovery responses, good

cause exists to modify the current scheduling order for ***these limited purposes***. Defendants do not oppose this motion.

As brief background, discovery in this case was originally scheduled to close on September 1. *See* June 3, 2021 Scheduling Order, ECF No. 105 at 1. On July 29, the parties requested a 30-day extension of the deadline to make time for any discovery related to Defendants' counterclaims, should those counterclaims have survived Plaintiffs' motion to dismiss. *See* Joint Motion to Amend Scheduling Order, ECF No. 110 at 2. That Joint Motion was granted on August 16, and discovery was extended until October 1.

On September 17, Defendants filed an unopposed motion to extend the discovery deadline until October 31 for the purposes of completing depositions that had not yet been conducted due to counsels' scheduling conflicts. *See* Unopposed Motion for Extension of Time to Complete Discovery, ECF No. 116 at 3. The Court granted the requested extension on September 20. ECF No. 118.

On October 12, Defendants moved for permission to withdraw and amend their responses to Plaintiffs' First Set of Requests for Admissions, which were deemed admitted on June 7, 2021. ECF No. 126. In light of this development, the parties agreed to also request "a 30-day extension of the discovery deadline for the ***limited purpose*** of allowing Plaintiffs to issue supplemental discovery requests, conduct [their remaining depositions], and re-open prior depositions of individual

defendants if necessary." *Id.* at 2 (emphasis in original). The Court granted these requests on October 14 and ordered a limited extension of discovery until November 30, ECF No. 127, and Plaintiffs subsequently issued supplemental requests. Following the depositions of Defendants Davis and Somerville, Plaintiffs identified additional discovery deficiencies—including categories of documents that Defendants failed to produce or disclose in their prior responses—and Plaintiffs presented these issues during the Court's November 17 discovery conference. ECF No. 132. On November 19, the Court ordered Defendants Davis and Somerville to provide full responses to Plaintiffs' discovery requests. ECF No. 133.

In addition, the Parties are currently in the process of resolving another dispute over the scope of the Rule 30(b)(6) depositions of True the Vote, Inc., and OpSec Group LLC, and the individual depositions of Catherine Engelbrecht, Gregg Phillips, and Amy Holsworth.[1] The parties have already met and conferred once on these issues, and they have scheduled a second meeting to continue their efforts at mutual resolution. If the parties remain unable to reach agreement, they will promptly seek the Court's intervention.

Accordingly, Plaintiffs seek the Court's leave to conduct the depositions of True the Vote, Inc., OpSec Group LLC, Catherine Engelbrecht, Gregg Phillips, and

---

[1] The Parties anticipate that Ms. Engelbrecht and Mr. Phillips will also be the Rule 30(b)(6) representative for True the Vote and OpSec Group, respectively.

Amy Holsworth after November 30; to re-open the depositions of Defendants Mark Davis and Derek Somerville, if necessary, upon receipt of their supplemental production and discovery responses; and to modify the scheduling order for ***these limited purposes***.

As to the scheduling order, Plaintiffs request that the Court extend the deadline to conduct the above-referenced depositions until 30 days after the parties' current disputes over the scope of these depositions are resolved—either by the parties' continued conferral or, if necessary, by an order from this Court—or 30 days after receipt of Defendants Davis's and Somerville's discovery responses, whichever comes later, but in either event no later than January 31, 2022. Plaintiffs further request that Defendants Davis and Somerville be ordered to produce full responses—including responsive documents—to the discovery requests identified in the Court's November 19, 2021 Order no later than December 10, 2021. And, as with the previous extensions, Plaintiffs request a parallel extension of the deadline for summary judgment motions until 30 days after the above-referenced depositions are completed.

Dated this 22nd day of November, 2021.

                        Respectfully Submitted,

                        */s/ Uzoma N. Nkwonta*

| | |
|---|---|
| Allegra J. Lawrence | Marc E. Elias* |
| Georgia Bar No. 439797 | Uzoma N. Nkwonta* |
| Leslie J. Bryan | Christina A. Ford* |
| Georgia Bar No. 091175 | Joel J. Ramirez* |
| Maia Cogen | Jacob Shelly* |
| Georgia Bar No. 832438 | **ELIAS LAW GROUP LLP** |
| **LAWRENCE & BUNDY LLC** | 10 G Street NE, Suite 600 |
| 1180 West Peachtree Street, Suite 1650 | Washington, D.C. 20002 |
| Atlanta, GA 30309 | Telephone: (202) 968-4490 |
| Telephone: (404) 400-3350 | melias@elias.law |
| Fax: (404) 609-2504 | unkwonta@elias.law |
| allegra.lawrence-hardy@lawrencebundy.com | cford@elias.law |
| leslie.bryan@lawrencebundy.com | jramirez@elias.law |
| maia.cogen@lawrencebundy.com | jshelly@elias.law |
| | |
| | *Counsel for Plaintiffs* |
| | *Admitted *pro hac vice* |

Dara Lindenbaum
Georgia Bar No. 980780
**SANDLER REIFF LAMB ROSENSTEIN & BIRKENSTOCK, P.C.**
1090 Vermont Avenue, NW, Suite 750
Washington, DC 20005
Telephone: (202) 479-1111
Fax: 202-479-1115
lindenbaum@sandlerreiff.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2021, I electronically filed this Certificate of Discovery Materials through this Court's CM/ECF system.

| | |
|---|---|
| Dated: November 22, 2021 | */s/ Uzoma N. Nkwonta* <br> Uzoma N. Nkwonta |