# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>Plaintiffs,<br><br>v.<br><br>TRUE THE VOTE, CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1–10,<br><br>Defendants. | Case No. 2:20-CV-00302-SCJ<br><br>_____ ORDER _____ |

Having considered Plaintiffs' Unopposed Motion to Modify the Scheduling Order, this Court finds the Motion should be **GRANTED**. The Scheduling Order shall be modified as follows:

(1) Plaintiffs may conduct the depositions of True the Vote, Inc., OpSec Group LLC, Catherine Engelbrecht, Gregg Phillips, and Amy Holsworth—and reopen the depositions of Defendants Davis and Somerville, if necessary—by the later of: (a) 30 days after the parties resolve their disputes over the scope of these depositions—either through mutual agreement or a Court order, if necessary, or (b) 30 days after

    Defendants Davis and Somerville provide full responses to Plaintiffs' discovery requests pursuant to the Court's November 19, 2021 Order (ECF 133), provided that, in either event, these depositions shall be completed by January 31, 2022;

(2) No later than December 10, 2021, Defendants Davis and Somerville shall produce full responses—including responsive documents—to the discovery requests identified in the Court's November 19, 2021 Order;

(3) The parties shall meet and confer regarding their dispute over the appropriate scope of the above-referenced depositions and notify the Court no later than December 3, 2021 if the parties are unable to reach a resolution;

(4) Any motions for summary judgment will be due 30 days after the above-referenced depositions are completed.

All other discovery shall be closed, pursuant to the Court's October 14, 2021 Order (ECF 127).

ORDERED, this  23rd  day of November 2021.

                                            /s/  Steve C. Jones
                                            Hon. Steve Jones
                                            United States District Judge
                                            Northern District of Georgia