United States District Court
Northern District of Georgia
Gainesville Division

| | |
|---|---|
| **Fair Fight, Inc., Scott Berson, Jocelyn Heredia,** and **Jane Doe**, <br><br> *Plaintiffs,* <br><br> v. <br><br> **True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper,** and **John Does 1-10**, <br> *Defendants* | Civ. No. 2:20-cv-00302-SCJ <br><br> Hon: Steve C. Jones |

## Unopposed Motion for Extension of Time to Provide Court-Ordered Discovery

Pursuant to Federal Rule of Civil Procedure 29 and Local Rule 26.2(B), Defendants Derek Somerville and Mark Davis move for a 4-day extension of time to complete discovery. Pursuant to this Court's Order on November 23, 2021, Defendants Davis and Somerville were to provide, by December 10, 2021, full responses to the discovery requests identified in the Court's November 19, 2021 Order. ECF 136. If this unopposed motion is granted, this discovery will be due on December 14, 2021. Defendants' counsel consulted with counsel for Plaintiffs,

and Plaintiffs consent to the extension. Defendants request this 4-day extension for the following reasons:

- Defendants have provided their counsel with the discovery materials for review;

- Melena S. Siebert, the lead associate attorney for Defendants, who is responsible for the review of Defendants' discovery, has been sick and out of the office for most of this week to date;

- Defendants' other counsel have had other litigation matters to attend to that interfered with their review of this discovery;

- James Bopp, Jr., lead counsel for Defendants has been traveling for a hearing in Oklahoma;

- Despite exercising due diligence, Defendants' counsel will not be able to complete the discovery review and production by the December 10, 2021, deadline;

- On December 7, 2021, Plaintiffs' Counsel responded that they agree to a motion for an extension.

This motion for extension is for the purposes of completing the discovery production for Defendants Davis and Somerville only. None of the other deadlines

set out in the Court's Order of November 23, 2021, will be impacted by this extension.

**WHEREFORE**, Defendants Davis and Somerville pray this Court grant the requested 4-day extension of time to complete the Court-ordered discovery to December 14, 2021.

Dated: December 8, 2021

/s/ Courtney Kramer
Courtney Kramer, GA No. 483608
ckramer@bopplaw.com

Courtney Kramer, Of Counsel
THE BOPP LAW FIRM, PC
821 Atlanta St.
Roswell, GA 30075
Telephone: (770) 715-2646
Facsimile: (812) 235-3685
*Local Counsel for Defendants*

Respectfully Submitted,

James Bopp, Jr.,* IN # 2838-84
 jboppjr@aol.com
Jeffrey P. Gallant,* VA # 46876
 jgallant@bopplaw.com
Courtney Turner Milbank,* IN# 32178-29
 cmilbank@bopplaw.com
Melena Siebert,* IN # 35061-15
 msiebert@bopplaw.com
THE BOPP LAW FIRM, PC
1 South 6th Street
Terre Haute, Indiana 47807
Telephone: (812) 232-2434
Facsimile: (812) 235-3685
*Lead Counsel for Defendants*
**Admitted Pro hac vice*

## Certificate of Compliance

The undersigned counsel certifies that the foregoing has been prepared in Times New Roman (14 point) font, as required by the Court in Local Rule 5.1(B).

Respectfully submitted December 8, 2021.

THE BOPP LAW FIRM, PC
/s/ Courtney Kramer
Courtney Kramer, GA No. 483608
ckramer@bopplaw.com
*Local Counsel for Defendants*
