United States District Court
Northern District of Georgia
Gainesville Division

| | |
|---|---|
| **Fair Fight, Inc., Scott Berson, Jocelyn Heredia,** and **Jane Doe**,<br><br>*Plaintiffs,*<br><br>v.<br><br>**True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper,** and **John Does 1-10**,<br>*Defendants* | Civ. No. 2:20-cv-00302-SCJ<br><br>Hon: Steve C. Jones |

# Order

Having considered *Defendants' Unopposed Motion for Extension of Time to Provide Court-Ordered Discovery*, this court finds the Motion should be **GRANTED**. Pursuant to this order, Defendants' and Plaintiffs' time to complete discovery is due on or before December 14, 2021.

_____
Hon. Steve C. Jones
United States District Judge

1