# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

## 2:20-cv-00302-SCJ
## Fair Fight, Inc. et al v. Engelbrecht et al
## Honorable Steve C. Jones

Minute Sheet for proceedings held on 12/17/2021.

TIME COURT COMMENCED: 11:30 A.M.
TIME COURT CONCLUDED: 12:30 P.M.  COURT REPORTER: Geraldine Glover
TIME IN COURT: 1:00  DEPUTY CLERK: Pamela Wright
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Leslie Bryan representing Fair Fight, Inc.
Christina Ford representing Fair Fight, Inc.
Allegra Lawrence representing Fair Fight Action, Inc.
Uzoma Nkwonta representing Fair Fight Action, Inc.
Joel Ramirez representing Fair Fight, Inc.
Jacob Shelly representing Fair Fight, Inc.
Melena Siebert representing True the Vote, Inc. |
| PROCEEDING CATEGORY: | Discovery Hearing(Oral Argument Hearing); |
| MINUTE TEXT: | Discovery dispute conference held via Zoom upon request of Plaintiffs. The Court heard oral argument from counsel. Order to follow. |
| HEARING STATUS: | Hearing Concluded |