United States District Court
Northern District of Georgia
Gainesville Division

| | |
|---|---|
| **Fair Fight, Inc., John Doe,** and **Jane Doe**,<br><br>*Plaintiffs*<br><br>v.<br><br>**True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper,** and **John Does 1-10**,<br><br>*Defendants* | Civ. No. 2:20-cv-00302-SCJ<br><br>Hon: Steve C. Jones |

**Defendants' Certificate of Service of Discovery Materials**

In accordance with L.R. 26.3.A, Defendants' counsel hereby certify that Defendants Mark Davis and Derek Somerville served the following discovery materials via email and via counsel's discovery platform on December 19, 2021:

1. Defendant Mark Davis' Responses and Objections to Plaintiffs' Interrogatories Pursuant to Court Order;

2. Defendant Derek Somerville's Responses and Objections to Plaintiffs' Interrogatories Pursuant to Court Order;

3. Defendant Mark Davis' Responses and Objections to Plaintiffs' Requests for Production Pursuant to Court Order; and

4. Defendant Derek Somerville's Responses and Objections to Plaintiffs' Requests for Production Pursuant to Court Order.

| | |
|---|---|
| Dated: December 21, 2021<br>/s/ Courtney Kramer | Respectfully Submitted, |
| | James Bopp, Jr.,* IN # 2838-84 |
| Courtney Kramer, GA No. 483608 | jboppjr@aol.com |
| ckramer@bopplaw.com | Jeffrey P. Gallant,* VA # 46876 |
| | jgallant@bopplaw.com |
| Courtney Kramer, Of Counsel | Courtney Turner Milbank,* IN# |
| THE BOPP LAW FIRM, PC | 32178-29 |
| 821 Atlanta St. | cmilbank@bopplaw.com |
| Roswell, GA 30075 | Melena Siebert,* IN # 35061-15 |
| Telephone: (770) 715-2646 | msiebert@bopplaw.com |
| Facsimile: (812) 235-3685 | THE BOPP LAW FIRM, PC |
| *Local Counsel for Defendants* | 1 South 6th Street |
| | Terre Haute, Indiana 47807 |
| | Telephone: (812) 232-2434 |
| | Facsimile: (812) 235-3685 |
| | *Lead Counsel for Defendants* |
| | *Admitted Pro hac vice |

**Defs.' Cert. of Service**
**Discovery Materials**

## Certificate of Compliance

The undersigned counsel certifies that the foregoing has been prepared in Times New Roman (14 point) font, as required by the Court in Local Rule 5.1(B).

Respectfully submitted on December 21, 2021.

/s/ Courtney Kramer
Courtney Kramer, GA No. 483608
ckramer@bopplaw.com
*Local Counsel for Defendants*

## Certificate of Service

I hereby certify that the foregoing document was served electronically on December 21, 2021, upon all counsel of record via the United States District Court for the Northern District of Georgia, electronic filing system.

/s/ Courtney Kramer
Courtney Kramer, GA No. 483608
ckramer@bopplaw.com
*Local Counsel for Defendants*

**Defs.' Cert. of Service**
**Discovery Materials**