United States District Court
Northern District of Georgia
Gainesville Division

| | |
|---|---|
| **Fair Fight, Inc., Scott Berson, Jocelyn Heredia,** and **Jane Doe**, <br><br> *Plaintiffs,* <br><br> v. <br><br> **True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper,** and **John Does 1-10,** <br><br> *Defendants.* | Civ. No. 2:20-cv-00302-SCJ <br><br> Hon: Steve C. Jones |

### Defendants' Unopposed Motion to Modify Scheduling Order

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Defendants move thsi Court to modify the current scheduling order (ECF No. 136) for the limited purpose of extending the deadline for any motions for summary judgment until April 1, 2022. In support of this motion, Defendants state the following:

- Pursuant to this Court's Order of November 23, 2021, all depositions in the above-captioned case have been completed as of January 26, 2021. As such,

      all discovery in this case has concluded, pursuant to the modified scheduling order. Pursuant to the Court's modified scheduling order, any motions for summary judgment are due on February 25, 2022.

- Defendants' lead counsel, James Bopp, Jr., and lead associate counsel for this case, Melena S. Siebert, are currently litigating an expedited case in the United States District Court of the Eastern District of North Carolina (Case No. 5:22-cv-00050-M). As such, Defendants' counsel has a briefing calendar in that case that will prevent them from devoting the necessary time to complete a Motion for Summary Judgment in this case in accordance with the February 25, 2022, deadline.

- Defendants' counsel is also concurrently litigating matters in the state court system for Oklahoma and Wisconsin, with briefing deadlines that interfere with the modified scheduling order here.

- In addition, Defendants' counsel has not received the transcript from OpSec Group LLC's deposition. Counsel should receive this deposition on February 8, 2022.

      Defendants' counsel conferred via email with Plaintiffs' counsel, and they

**Defs.' Mot. for Modified Sched. Ord.**  2

do not oppose this Motion.

**WHEREFORE**, Defendants respectfully move this Court to modify the scheduling order for the limited purpose of extending the deadline for any motions for summary judgment until April 1, 2022.

| | |
|---|---|
| Dated: February 3, 2022 | Respectfully Submitted, |
| /s/ Courtney Kramer<br>Courtney Kramer, GA No. 483608<br>ckramer@bopplaw.com | James Bopp, Jr.,* IN # 2838-84<br> jboppjr@aol.com<br>Jeffrey P. Gallant,* VA # 46876<br> jgallant@bopplaw.com |
| Courtney Kramer, Of Counsel<br>THE BOPP LAW FIRM, PC<br>821 Atlanta St.<br>Roswell, GA 30075<br>Telephone: (770) 715-2646<br>Facsimile: (812) 235-3685<br>*Local Counsel for Defendants* | Courtney Turner Milbank,* IN# 32178-29<br> cmilbank@bopplaw.com<br>Melena Siebert,* IN # 35061-15<br> msiebert@bopplaw.com<br>THE BOPP LAW FIRM, PC<br>1 South 6th Street<br>Terre Haute, Indiana 47807<br>Telephone: (812) 232-2434<br>Facsimile: (812) 235-3685<br>*Lead Counsel for Defendants*<br>*\*Admitted Pro hac vice* |