**United States District Court**
**Northern District of Georgia**
**Gainesville Division**

| | |
|---|---|
| **Fair Fight, Inc., Scott Berson, Jocelyn Heredia,** and **Jane Doe**,<br><br>*Plaintiffs,*<br><br>*v.*<br><br>**True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper,** and **John Does 1-10**,<br><br>*Defendants.* | **Civ. No. 2:20-cv-00302-SCJ**<br><br>**Hon: Steve C. Jones** |

**Defendants' Unopposed Motion to Modify Scheduling Order**

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Defendants move this Court to modify the current scheduling order (ECF No. 148) for the limited purpose of extending the deadline for any motions for summary judgment until May 16, 2022. In support of this motion, Defendants state the following:

- Pursuant to this Court's Order of November 23, 2021, all depositions in the above-captioned case have been completed as of January 26, 2021. As such,

all discovery in this case has concluded, pursuant to the modified scheduling order. Pursuant to the Court's modified scheduling order, any motions for summary judgment are due on April 1, 2022.

- Defendants' lead associate counsel for this case is Melena S. Siebert. As lead associate counsel, Ms. Siebert has the primary briefing responsibility and is the associate at BLF with the most familiarity with this litigation.
- Ms. Siebert's 89 year-old mother has been diagnosed with uterine cancer and is currently in the hospital. Ms. Siebert is the only child geographically close to her mother and will have primary responsibility for transporting her mother to upcoming appointments, navigating her mother's care, and communicating with her mother's care team over the upcoming weeks. Due to her mother's diagnosis, Ms. Siebert will have less availability over the next few weeks, and she could not meet the previous summary judgment deadline of April 1, 2022, despite due diligence.
- Since Ms. Siebert has the most familiarity with this litigation, the Defendants' interests will best be served by extending the deadline for the motions for summary judgment.

Defendants' counsel conferred via email with Plaintiffs' counsel, and they do not oppose this Motion. Ms. Siebert would like to notice this Court that Plaintiffs' counsel extended not only professional courtesy, but also expressed personal concern and well wishes to Ms. Siebert and her mother. Ms. Siebert appreciates both the professional and personal courtesy Plaintiffs' counsel exhibited.

**WHEREFORE**, Defendants respectfully move this Court to modify the scheduling order for the limited purpose of extending the deadline for any motions for summary judgment until May 16, 2022.

Dated: March 16, 2022

/s/ Courtney Kramer
Courtney Kramer, GA No. 483608
ckramer@bopplaw.com

Courtney Kramer, Of Counsel
THE BOPP LAW FIRM, PC
821 Atlanta St.
Roswell, GA 30075
Telephone: (770) 715-2646
Facsimile: (812) 235-3685
*Local Counsel for Defendants*

Respectfully Submitted,

James Bopp, Jr.,* IN # 2838-84
jboppjr@aol.com
Jeffrey P. Gallant,* VA # 46876
jgallant@bopplaw.com
Courtney Turner Milbank,* IN# 32178-29
cmilbank@bopplaw.com
Melena Siebert,* IN # 35061-15
msiebert@bopplaw.com
THE BOPP LAW FIRM, PC
1 South 6th Street
Terre Haute, Indiana 47807
Telephone: (812) 232-2434
Facsimile: (812) 235-3685
*Lead Counsel for Defendants*
**Admitted Pro hac vice*