United States District Court
Northern District of Georgia
Gainesville Division

| | |
|---|---|
| **Fair Fight, Inc., Scott Berson, Jocelyn Heredia,** and **Jane Doe**, <br><br> *Plaintiffs,* <br><br> v. <br><br> **True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper,** and **John Does 1-10**, <br><br> *Defendants.* | Civ. No. 2:20-cv-00302-SCJ <br><br> Hon: Steve C. Jones |

## Order

Having considered Defendants' Unopposed Motion to Modify Scheduling Order, this Court finds the Motion should be **GRANTED**. Pursuant to this order, Defendants' and Plaintiffs' shall file any motions for summary judgment on or before May 16, 2022.    It is so ORDERED this 16th day of March, 2022.

                                                   s/Steve C. Jones
                                                 Hon. Steve C. Jones
                                                 United States District Judge