AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | | |
|---|---|---|
| Fair Fight, Inc., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:20-cv-00302-SCJ |
| True the Vote, Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

True the Vote, Inc., et al. - All named Defendants

Date:    05/05/2022

*Attorney's signature*

Georgia Bar No. 315175
*Printed name and bar number*

P.O. Box 3
Rrome GA 30162-0003
*Address*

dfg@guldenschuhlaw.com
*E-mail address*

(706) 295-0333
*Telephone number*

(706) 295-5550
*FAX number*