# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>Plaintiffs,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No.<br>2:20-cv-00302-SCJ |

## JOINT MOTION FOR LEAVE TO FILE EXCESS PAGES

Plaintiffs and Defendants ("the Parties") submit this joint motion for leave to file a brief in support of each Party's motion for summary judgment that exceeds the Court's page limits under Local Rule 7.1(D). Discovery in this case has involved 11 depositions (including re-opened depositions of two defendants), document productions and discovery responses from multiple parties, including third parties, and two expert reports, one of which involves extensive data analysis. The scope and complexity of the issues in this case necessitate an overlength brief for the Parties to convey, as succinctly as possible, the evidence and arguments supporting their

respective motions for summary judgment. As courts in this district have previously granted leave to file excess pages in summary judgment briefs, *see, e.g.*, *Fair Fight Action v. Raffensperger*, No. 1:18-cv-05391-SCJ (N.D. Ga.), June 23, 2020 Docket Order (granting request for 50 page brief in support of motion for summary judgment), the Parties respectfully request that the Court allow each party 35 pages for their forthcoming briefs in support of their motions for summary judgment.

Respectfully submitted, this 10th day of May, 2022.

/s/ *Courtney Kramer*  
Courtney Kramer  
GA No. 483608  
ckramer@bopplaw.com  
Courtney Kramer, Of Counsel  
**THE BOPP LAW FIRM, PC**  
821 Atlanta St.  
Roswell, GA 30075  
Telephone: (770) 715-2646  
Facsimile: (812) 235-3685  
*Local Counsel* for Defendants  

James Bopp, Jr.,*  
IN # 2838-84  
jboppjr@aol.com  
Jeffrey P. Gallant,*  
VA # 46876  
jgallant@bopplaw.com  
Courtney Turner Milbank,*  
IN# 32178-29  
cmilbank@bopplaw.com  
Melena Siebert,*  
IN # 35061-15  
msiebert@bopplaw.com  
**THE BOPP LAW FIRM, PC**  
1 South 6th Street  
Terre Haute, Indiana 47807  
Telephone: (812) 232-2434  
Facsimile: (812) 235-3685  

*Lead Counsel* for Defendants  
*Admitted *pro hac vice*

/s/ *Uzoma N. Nkwonta*  
Marc E. Elias*  
Uzoma N. Nkwonta*  
Christina A. Ford*  
Joel J. Ramirez*  
Jacob Shelly*  
Tina Meng*  
Marcos Mocine-McQueen*  
**ELIAS LAW GROUP LLP**  
10 G Street NE, Suite 600  
Washington, D.C. 20002  
Telephone: (202) 968-4490  
melias@elias.law  
unkwonta@elias.law  
cford@elias.law  
jramirez@elias.law  
jshelly@elias.law  
tmeng@elias.law  
mmcqueen@elias.law  

*Counsel for Plaintiffs*  
*Admitted *pro hac vice*

Allegra J. Lawrence  
Georgia Bar No. 439797  
Leslie J. Bryan  
Georgia Bar No. 091175  
Maia Cogen  
Georgia Bar No. 832438  
**LAWRENCE & BUNDY LLC**  
1180 West Peachtree St., Suite 1650  
Atlanta, GA 30309  
Telephone: (404) 400-3350

Fax: (404) 609-2504
allegra.lawrence-
hardy@lawrencebundy.com
leslie.bryan@lawrencebundy.com
maia.cogen@lawrencebundy.com

Dara Lindenbaum
Georgia Bar No. 980780
**SANDLER REIFF LAMB ROSENSTEIN & BIRKENSTOCK, P.C.**
1090 Vermont Avenue, NW, Suite 750
Washington, DC 20005
Telephone: (202) 479-1111
Fax: 202-479-1115
lindenbaum@sandlerreiff.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing *Joint Motion for Leave to File Excess Pages* with the Clerk of Court using the CM/ECF system, which will automatically send-e-mail notification to all counsel of record.

This 10th day of May, 2022.

<div style="text-align: right;">

*/s/ Uzoma Nkwonta*
Uzoma Nkwonta
*Counsel for Plaintiffs*

</div>