United States District Court
Northern District of Georgia
Gainesville Division

| | |
|---|---|
| **Fair Fight, Inc., Scott Berson, Jocelyn Heredia,** and **Jane Doe**,<br><br>*Plaintiffs,*<br><br>v.<br><br>**True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper,** and **John Does 1-10**,<br><br>*Defendants.* | Civ. No. 2:20-cv-00302-SCJ<br><br>Hon: Steve C. Jones |

**Certificate of Consent to Withdraw**

Courtney Kramer, local counsel representing True the Vote, Inc. ("**TTV**"), Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, and James Cooper (collectively, "**Named Defendants**") in this action, respectfully files this Certificate of Consent to Withdraw, pursuant to Local Rule 83.1(E)(3). In support of this Certificate, Ms. Kramer has advised all Named Defendants that:

1.   This Court retains jurisdiction over this matter;

2.   They are required, through their lead and substitute counsel, to keep the Court informed of a location where notices, pleadings, or other papers may be served;

3.   They are required, through lead and substitute counsel, to prepare for trial, if necessary;

4.   Failure or refusal to satisfy court-related obligations could result in adverse consequences;

5.   The dates of any scheduled proceedings, if any, and that these dates will not be affected by her withdrawal;

6.   Notices may be served on them at their last known address; and

7.   TTV, as a corporate Defendant, may only be represented by an attorney, who must sign all pleadings and papers submitted to the Court; a corporate officer may not represent TTV unless that officer is admitted to the bar of this Court as a regular member or has been admitted *pro hac vice* in this case; and that failure to comply with this rule could result in a default judgment against TTV.

In addition, Ms. Kramer asserts the following in support of this Certificate of

Consent to Withdraw.

8. All Named Defendants no longer engage Ms. Kramer as counsel and have consented to this withdrawal;

9. Mr. James Bopp, Jr. of The Bopp Law Firm, PC remains as lead counsel for all Named Defendants on this matter, and Jeffrey P. Gallant, Courtney Turner Milbank, and Melena Siebert, also of The Bopp Law Firm, PC, remain as counsel to all named Defendants;

10. Mr. David F. Guldenschuh, of the Law Offices of David F. Guldenschuh, P.C., is now substituted as local counsel in this matter, having assumed all responsibilities incumbent upon Named Defendants' local counsel in this matter;

11. Named Defendants have signed this Certificate of Consent to Withdraw, showing their consent to the withdrawal. LR 83.2(E)(3); and

12. Ms. Kramer's withdrawal will not affect the progress of this case nor delay the same as Named Defendants continue to be represented by the attorneys of The Bopp Law Firm, PC, referenced in ¶ 9 and David. F. Guldenschuh, as substituted local counsel.

The following Named Defendants certify, via the following electronic signatures,

that as of May 5, 2022, they have been informed of all the foregoing and consent to Ms. Kramer's withdrawal and to Mr. Guldenschuh's substitution as local counsel in this matter:

/s/ Catherine Engelbrecht
President, True the Vote, Inc.

/s/ Mark Williams
Mark Williams

/s/ Catherine Engelbrecht
Catherine Engelbrecht, an individual

/s/ Ron Johnson
Ron Johnson

/s/ Derek Somerville
Derek Somerville

/s/ James Cooper
James Cooper

/s/ Mark Davis
Mark Davis

Dated: May 10, 2022

/s/ Courtney Kramer
Courtney Kramer, GA No. 483608
ckramer@bopplaw.com
Courtney Kramer, Of Counsel
THE BOPP LAW FIRM, PC
821 Atlanta St.
Roswell, GA 30075
Telephone: (770) 715-2646
Facsimile: (812) 235-3685
*Local Counsel for Named Defendants*

/s/ David F. Guldenschuh
David F. Guldenschuh
GA Bar No. 315175
David F. Guldenschuh P.C.
P.O. Box 3
Rome, Georgia 30162-0333
Telephone: 706-295-0333
Email: dfg@guldenschuhlaw.com
*Substituted Local Counsel for Named Defendants*

Respectfully Submitted,

James Bopp, Jr.,* IN # 2838-84
  jboppjr@aol.com
Jeffrey P. Gallant,* VA # 46876
  jgallant@bopplaw.com
Courtney Turner Milbank,* IN# 32178-29
  cmilbank@bopplaw.com
Melena Siebert,* IN # 35061-15
  msiebert@bopplaw.com
THE BOPP LAW FIRM, PC
1 South 6th Street
Terre Haute, Indiana 47807
Telephone: (812) 232-2434
Facsimile: (812) 235-3685
*Lead Counsel for Named Defendants*
**Admitted Pro hac vice*

**Cert. of Consent to Withdraw**   5