# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>    Plaintiffs,<br><br>    v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>    Defendants. | Civil Action No. 2:20-cv-00302-SCJ<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE EXCESS PAGES** |

THIS MATTER comes before the Court on a Joint Motion for Leave to File Excess Pages. Having considered the Motion, it is hereby ORDERED that the Motion is GRANTED. Plaintiffs may file a brief not to exceed 35 pages in support of their forthcoming motion for summary judgment, and Defendants may file a brief not to exceed 35 pages in support of their forthcoming motion for summary judgment.

**IT IS SO ORDERED.**

Dated this ___12th___ day of May, 2022.

_s/Steve C. Jones_____
The Honorable Steve C. Jones
United States District Judge