**United States District Court**
**Northern District of Georgia**
**Gainesville Division**

| | |
|---|---|
| **Fair Fight, Inc., Scott Berson, Jocelyn Heredia,** and **Jane Doe**, *Plaintiffs,* v. **True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper,** and **John Does 1-10**, *Defendants.* | Civ. No. 2:20-cv-00302-SCJ Hon: Steve C. Jones |

**Defendants' Statement of Facts Exhibit Index**

TTV's Responses to Plaintiffs' Second Interrogatories (June 7, 2021) ("**TTV Resp. to 2d Interrog.**") . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Ex. A

TTV 1455-57 (Letter from Marc Elias to Kristi L. Royston (Dec. 18, 2020)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Ex. B

TTV's Amended Responses to Plaintiffs' First Requests for Production (Mar. 24, 2021) ("**TTV Am. Resp. First RFP**") . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Ex. C

Transcript Excerpts of Deposition of Catherine Engelbrecht, TTV 30(b)(6) (Jan. 26, 2022) ("**TTV Tr.**") . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Ex. D

TTV's Responses to Plaintiffs' First Interrogatories (Mar. 15, 2021) ("**TTV Resp. to First Interrogs.**") . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Ex. E

Transcript Excerpts of Deposition of Gregg Phillips (Jan. 25, 2022) ("**OpSec Tr.**") . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Ex. F

TrueAppend Doc., OpSec Tr. Exhibit 10 . . . . . . . . . . . . . . . . . . . . . . . . . . Ex. G

TTV's Amended Responses to Plaintiffs' Second Requests for Production (Jun. 18, 2021) ("**TTV Am. Resp. 2d RFP**") . . . . . . . . . . . . . . . . . . . . . . . . . Ex. H

Transcript Excerpts of First Deposition of Derek Somerville (Oct. 6, 2021) ("**First Somerville Tr.**") . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Ex. I

Defendant Derek Somerville's Responses and Objections to Plaintiffs' Interrogatories Pursuant to Court Order (Dec. 17, 2021) ("**Somerville Interrog. Resp. Ct. Order**") . . . . . . . . . . . . . . . . . . . . . . . . . Ex. J

Transcript Excerpts of Second Deposition of Derek Somerville (Feb. 2, 2022) (**"Second Somerville Tr."**) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Ex. K

Defendant Derek Somerville's Amended Responses and Objections to Plaintiffs' Second Interrogatories (Oct. 28, 2021) ("**Somerville Am. Resp. 2d Interrog.**") . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Ex. L

Transcript Excerpts of First Deposition of Mark Davis (Oct. 4, 2021) ("**First Davis Tr.**") . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Ex. M

Transcript Excerpts of Deposition of Mark Davis (Jan. 19, 2022) ("**Second Davis Tr.**") . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Ex. N

Defendant Mark Davis' Responses and Objections to Plaintiffs' Interrogatories Pursuant to Court Order (Dec. 14, 2021) ("**Davis Interrog. Resp. Ct. Order**") . . . . . . . . . . . . . . . . . . . . . . . . . . . . Ex. O

Transcript Excerpts of Deposition of Mark Williams (Sept. 23, 2021) ("**Williams Tr.**") . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Ex. P

Defendant Mark Williams's Responses to Plaintiffs' First Interrogatories (March 15, 2021) (" **Williams Resp. to First Interrogs.**"). . . . . . . . . . . . . . . . . . . . . . Ex. Q

Defendant Ron Johnson's Responses to Plaintiffs' First Interrogatories (March 15, 2021) (" **Johnson Resp. to First Interrogs.**") . . . . . . . . . . . . . . . . . . . . . . . . . Ex. R

Defendant James Cooper's Responses to Plaintiffs' First Interrogatories (March 15, 2021) (" **Cooper Resp. to First Interrogs.**") . . . . . . . . . . . . . . . . . . . . . . . Ex. S

Plaintiff Scott Berson's Responses to Defendants' First Set of Interrogatories (Jun. 23, 2021) ("**Berson Resp. to Interrogs.**") . . . . . . . . . . . . . . . . . . . . . . . Ex. T

Transcript Excerpts of Deposition of Jocelyn Heredia (Oct. 15, 2021) ("**Heredia Tr.**") . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Ex. U

Banks County ORR . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Ex. V

Banks County Board Minutes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Ex. W

Transcript of Deposition of Jocelyn Heredia (Oct. 15, 2021) ("**Heredia Tr. Full**") . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Ex. Y

| | |
|---|---|
| Dated: May 16, 2022 | Respectfully Submitted, |
| /s/ David F. Guldenschuh | /s/ James Bopp, Jr. |
| David F. Guldenschuh | James Bopp, Jr.,* IN # 2838-84 |
| GA Bar No. 315175 |  jboppjr@aol.com |
| David F. Guldenschuh P.C. | Jeffrey P. Gallant,* VA # 46876 |
| P.O. Box 3 |  jgallant@bopplaw.com |
| Rome, Georgia 30162-0333 | Courtney Turner Milbank,* IN# |
| Telephone: 706-295-0333 | 32178-29 |
| Email: dfg@guldenschuhlaw.com |  cmilbank@bopplaw.com |
| *Local Counsel for Defendants* | Melena Siebert,* IN # 35061-15 |
| |  msiebert@bopplaw.com |
| | THE BOPP LAW FIRM, PC |
| | 1 South 6th Street |
| | Terre Haute, Indiana 47807 |
| | Telephone: (812) 232-2434 |
| | Facsimile: (812) 235-3685 |
| | *Lead Counsel for Defendants* |
| | *Admitted Pro hac vice |