

**Phillips Exhibit 10 (1-25-22)**

WWW.DIGITALEVIDENCEGROUP.COM

# Files (/Files) > moved_out_of_state_or_county.csv

## Details

> Your file has been processed, view the report below or click on "Export" to create an export file ...

**Created By**

avinash@cover.me

**Status**

Completed

**Name**

moved_out_of_state_or_county.csv

**Record Count**

406,213

**Create Date**

12/16/2020 7:19:58 PM

## TrueAppend Report (/Files/Report/0538f7a4-4990-438b-8697-f93df975f341) ⌄

| Maximum Potential Credits Required | 314,468 |
| --- | --- |

### Hygiene Details

| | |
| --- | --- |
| Records Processed | 396,897 (97.71%) |
| Vacant Flag | 11,461 (2.89%) |

<span style="color:red">OPSEC 0009</span>

Ex. G to Defs.' Statement of Facts 19-12-2020, 18:27

| | |
|---|---|
| DPV Updated/Address Corrected Records | 351,943 (88.67%) |
| DPV Deliverable Records | 378,194 (95.29%) |
| DPV Non-Deliverable Records | 18,700 (4.71%) |
| LACS Updated (Rural Address converted to Street Address) | 4,110 (1.04%) |
| Residential Delivery Indicator | 396,865 (99.99%) |
| Addresses matched to the USPS Database | 396,895 (100.00%) |
| Invalid Addresses | 729 (0.18%) |

## Address Types

| | |
|---|---|
| General Delivery Address | 27 (0.01%) |
| High Rise Address | 74,400 (18.75%) |
| PO Box Address | 20,219 (5.09%) |
| Rural Route Address | 46 (0.01%) |
| Single Family Address | 300,594 (75.74%) |
| Unknown | 211 (0.05%) |

## Match Details

| | |
|---|---|
| Duplicate Input Names and Addresses | 35,043 (8.83%) |
| Valid Input Names and Addresses | 361,852 (91.17%) |

OPSEC 0010

Ex. G to Defs.' Statement of Facts 19-12-2020, 18:27

## Attributes



**Age (13,257 Credits)**

Indicates the age of an individual. (Note: Birth Year and Birth Month are also available via export and are directly related to Age. You should only purchase either Birth Year and Birth Month (2 attributes) or Age (1 attribute).)

1.64% Missing Values

OPSEC 0011

Ex. G to Defs.' Statement of Facts 19-12-2020, 18:27



**Business Owner (213 Credits)**

Indicates that an individual self-identified as a business owner.

33.75% Missing Values

OPSEC 0012

Ex. G to Defs.' Statement of Facts 19-12-2020, 18:27



**Census Zip Median Household Income (Free)**

Indicates the median household income for zip.

0.00% Missing Values

OPSEC 0013

Ex. G to Defs.' Statement of Facts 19-12-2020, 18:27



**Forbes Zip (Free)**

Zip code used to identify match to Forbes data.

0.00% Missing Values

OPSEC 0014

Ex. G to Defs.' Statement of Facts 19-12-2020, 18:27



OPSEC 0015

Ex. G to Defs.' Statement of Facts 19-12-2020, 18:27



**Heritage (68,071 Credits)**

Indicates an individual's background.

0.03% Missing Values

OPSEC 0016

Ex. G to Defs.' Statement of Facts 19-12-2020, 18:27

### Home Owner (38,099 Credits)

Indicates if the home is owner occupied or if the resident is a renter.



0.00% Missing Values

OPSEC 0017

Ex. G to Defs.' Statement of Facts 19-12-2020, 18:27

### Income Decile (19,236 Credits)

Indicates the household income within a range.



1.33% Missing Values

OPSEC 0018

Ex. G to Defs.' Statement of Facts 19-12-2020, 18:27



**Major Giving Decile (1,212 Credits)**

A model that predicts the likelihood of donors giving a Major gift. The higher the decile, the more likely an individual is a qualified Major Giving prospect.

3.47% Missing Values

OPSEC 0019

Ex. G to Defs.' Statement of Facts 19-12-2020, 18:27



**Market Value Range (36,111 Credits)**

Indicates the market value of the home within a range.

4.89% Missing Values

OPSEC 0020

Ex. G to Defs.' Statement of Facts 19-12-2020, 18:27



**Married (Free)**

Indicates if anyone in the household is married.

19.74% Missing Values

OPSEC 0021

Ex. G to Defs.' Statement of Facts 19-12-2020, 18:27

### Midlevel Giving Decile (1,024 Credits)

A model that predicts the likelihood of donors giving a Midlevel gift. The higher the decile, the more likely an individual is a qualified Midlevel Giving prospect.



3.93% Missing Values

OPSEC 0022

Ex. G to Defs.' Statement of Facts 19-12-2020, 18:27

### Net Worth Decile (19,713 Credits)

Indicates the household net worth within a range.



0.15% Missing Values

OPSEC 0023

Ex. G to Defs.' Statement of Facts 19-12-2020, 18:27

### Occupation (2,026 Credits)

Indicates an individual's occupation.



29.29% Missing Values

OPSEC 0024

Ex. G to Defs.' Statement of Facts 19-12-2020, 18:27

**Planned Giving Decile (1,133 Credits)**

A model that predicts the likelihood of donors giving a Planned gift. The higher the score, the more likely an individual is a qualified Planned Giving prospect.



3.66% Missing Values

OPSEC 0025

Ex. G to Defs.' Statement of Facts 19-12-2020, 18:27



**Political Party (7,717 Credits)**

Indicates an individual's political party.

15.28% Missing Values

OPSEC 0026

Ex. G to Defs.' Statement of Facts 19-12-2020, 18:27



**Presence Of Children (12,749 Credits)**

Indicates a household's known presence of children (0-17).

17.30% Missing Values

OPSEC 0027

Ex. G to Defs.' Statement of Facts 19-12-2020, 18:27



## Map (/Files/Map/0538f7a4-4990-438b-8697-f93df975f341)    

OPSEC 0028

Ex. G to Defs.' Statement of Facts 19-12-2020, 18:27

Input Fields                                                                    ⌃

Preview                                                                         ⌃

History                                                                         ⌃

OPSEC 0029

Ex. G to Defs.' Statement of Facts 19-12-2020, 18:27