UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>*Plaintiffs*,<br><br>v.<br><br>TRUE THE VOTE, CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>*Defendants*,<br><br>FAIR FIGHT ACTION, INC.,<br><br>*Counter-Defendant*. | Case No. 2:20-CV-00302-SCJ |

**PLAINTIFF SCOTT BERSON'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiff Scott Berson, by and through his attorneys, submits the following written objections and responses ("Responses") to Defendants' First Set of Interrogatories, which were electronically served on May 25, 2021.

This Response reflects Mr. Berson's current knowledge and information. Mr. Berson reserves the right to alter, supplement, amend, or otherwise modify these objections and responses based on later recollections. Nothing in these Responses

can be taken as an admission that Mr. Berson agrees with Defendants' use or interpretation of terms. These Responses are based on Mr. Berson's understanding of each individual interrogatory. To the extent Defendants assert an interpretation of any interrogatory that is inconsistent with Mr. Berson's understanding, Mr. Berson reserves the right to supplement his Responses.

## INTERROGATORIES

**INTERROGATORY #1:** The Complaint states, "In 2019, [You] temporarily relocated to Alabama for a two-year residential master's program at Auburn University," and that "in December 2020 . . . [You] returned to live in Georgia" Compl. ¶ 15. Did You register to vote in Alabama at any point during the time you lived there?

**RESPONSE:** No, I did not register to vote in Alabama during the time that I lived there.

**INTERROGATORY #2:** The Complaint states that "in December 2020 . . . [You] returned to live in Georgia . . . ." *Id.* To what county in Georgia does this refer?

**RESPONSE:** I returned to Muscogee County.

**INTERROGATORY #3:** Were You aware, before You had any Communication with anyone about the potential for the present lawsuit, of anyone aside from Yourself whose right to vote in the Run-off Election had been challenged by any Defendant? If so, please state how you became so aware, on what date you became so aware, and the names of the other individuals whose right to vote had been challenged.

**SPECIFIC OBJECTION AND RESPONSE:** Mr. Berson objects to the this interrogatory because it is not relevant to any claim or defense. But Mr. Berson does not withhold any information on the basis of this objection.

Mr. Berson responds: Yes, I was aware that other voters' right to vote had been challenged before I became aware of this lawsuit. I read a news article in the Columbus Ledger-Enquirer that was published on December 16, 2020, which reported Muscogee County Republican Chair Alton Russell had filed challenges to thousands of voters. The article describes individuals who had been challenged but does not list their names. A work colleague also told me he knew of other people who had been challenged, including someone in the military. I do not know the names of these other challenged individuals.

**INTERROGATORY #4:** On what date did You move from Alabama back to Georgia in 2020?

**RESPONSE:** I am unable to verify the exact date I moved back to Georgia, but I believe it to have been approximately December 10, 2020.

**INTERROGATORY #5:** When You moved back to Georgia in December 2020, did You change Your mailing address back to the residence you moved back to? If so, please state the date on which You submitted the change of address form.

**SPECIFIC OBJECTION AND RESPONSE:** Mr. Berson objects to the this interrogatory because it is not relevant to any claim or defense. But Mr. Berson does not withhold any information on the basis of this objection.

Mr. Berson responds: No, I did not change my mailing address back to the residence I returned to.

**INTERROGATORY #6:** How did You first learn that Your right to vote in the Run-off Election had been challenged?

**RESPONSE:** I read in the Columbus Ledger-Enquirer that challenges had been filed against people with out-of-state mailing addresses and I figured I was probably on the list. I subsequently received a phone call from a community organizer asking if I was aware of the challenges and informing me that I had been challenged. I do not recall the exact date of the phone call, which occurred at some

point during the week of December 16-22, or the identity of the person who called me.

**INTERROGATORY #7:** Please Describe any and all Documents or Communications that led You to believe that "it would be impossible for [You] to vote and to have [Your] vote counted because [You] would not have the time and availability to re-prove [Your] residency," Compl. ¶ 15.

**RESPONSE:** I do not have any documents or communications responsive to this request. My biggest concern was that I would not have time to collect documents proving my Georgia residency. There were only a few weeks between when I was challenged and the election, and the whole process occurred over the holidays when I was graduating, moving, and trying to find a new job. Because I had been temporarily away from Georgia for school, I did not have easy access to the usual documents to show residency, such as a utility bill or rent statement. I was not sure if I would be able to figure out which documents I could use to prove my residency and whether I would be able to submit them in time for my ballot to count.

**INTERROGATORY #8:** Please Describe any and all Documents or Communications that led You to believe that You would face future "burdens associated with being forced to re-prove [Your] residency," *id.*

**RESPONSE:** I do not have any documents or communications responsive to this request. I recognized that these challenges target and burden young people like me because we make so many short-term moves while maintaining a single permanent residence. Having to find suitable identification and proof of residency over and over again to vote every time I use a temporary mailing address to receive packages and correspondence would be extremely frustrating and burdensome.

**INTERROGATORY #9:** Do You have any current plans to temporarily relocate in the future, such that a change of address form would need to be filed?

**RESPONSE:** On approximately May 26, 2021, I decided to move to North Carolina later this summer. North Carolina will be my new permanent residence, and I will change my address accordingly.

**INTERROGATORY #10:** Did You vote, or attempt to vote, in the Run-off Election?

**RESPONSE:** Yes, I voted.

**INTERROGATORY #11:** If you voted, or attempted to vote, in the Run-off Election, were you asked to prove your residency?

**RESPONSE:** Yes.

**INTERROGATORY #12:** If you were asked to prove your residency before voting in the Run-off Election, who asked you to do so and what documentation did you provide in order to do so?

**RESPONSE:** When I attempted to vote in-person, I was stopped by a poll worker and taken aside. Elections Director Nancy Boren told me I had been challenged, required me to fill out a provisional ballot, and told me I would have to prove my residency at a later time. I was not told when I would have to prove my residency, what documents I could use to prove my residency, or where to submit my proof of residency. A few days later I called the Muscogee County Board of Elections and asked a staff member where I should send proof of residency. I was provided Nancy Boren's email address, and on January 7, 2021 I sent her a copy of my automobile insurance bill. That same day Ms. Boren responded this was sufficient.

**INTERROGATORY #13:** If you voted, or attempted to vote, in the Run-off Election, were you permitted to cast a regular or provisional ballot in that election?

**RESPONSE:** I was required to cast a provisional ballot.

**INTERROGATORY #14:** Were you contacted by any of the Defendants directly? If so, please state the name of the Person who contacted you, when this contact occurred, and what Communication occurred.

**RESPONSE:** I am not aware of any contact with Defendants.

I declare under penalty of perjury that the foregoing Responses are true and correct to the best of my knowledge and belief.

By: 

Name: Scott Berson

Date: June 23, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2021, a copy of the foregoing was served via email to the following attorneys of record:

Melena Sue Sibert
The Bopp Law Firm, PC
1 South Sixth St.
Terre Haute, IN 47807
MSiebert@bopplaw.com

Ray Smith, III
SMITH & LISS, LLC
Five Concourse Parkway
Suite 2600
Atlanta, GA 30328
rsmith@smithliss.com

Dated: June 24, 2021

/s/ Uzoma N. Nkwonta
Uzoma N. Nkwonta

- 8 -