September 22, 2021

Andra Phagan
Elections Supervisor
Banks County Board of Elections
aphagan@co.banks.ga.us

Dear Ms. Phagan,

Under O.C.G.A. §50-18-70, I am requesting information regarding two pieces of information related to voter challenges submitted at the end of 2020 and information related to the process for provisional ballots in Banks County, GA.. Please provide this information in the form of electronic copies of each of the following documents, files, or images, as soon as they become available. You need not wait until the entire request is satisfied before providing documents that are ready for production. Respectfully, I request any and all documents related to the following:

1) Any and all copies of documents and correspondence that describe the process in Banks County of how a voter casts a provisional ballot and why a voter has to cast a provisional ballot as opposed to voting in person via electronic ballot on a machine. This includes any documents that detail why a voter who comes to vote in person, must then vote by provisional ballot.
2) Any and all copies of documents and correspondence related to citizen voter challenges from November 2020-January 2021;
3) Any and all copies of documents and correspondence between the Banks Board of Elections Members regarding citizen challenges that were submitted between November 2020-January 2021;
4) Any and all correspondence regarding the organization True the Vote, Catherine Engelbrecht, and/or Banks County Voter Jocelyn Heredia between the time from of June 2020-March 2021.

If your agency does not maintain these public records, please let me know who does and include the proper custodian's name and address. As provided in the open records law, O.C.G.A. § 50-18-71(b)(1)(A), I will expect your response within three (3) business days. Should a proper response take longer, please notify me immediately. Please provide all information electronically/digitally (PDF Preferred) via email. I agree to pay any reasonable copying and postage fees of not more than $50 with a receipt provided indicating the charges for each document should they exceed such cost. If the cost would be greater than this amount, please notify me. If you choose to deny this request, please provide a written explanation for the denial including a reference to the specific statutory exemption(s) upon which you rely. Please provide

all segregable portions of otherwise exempt material. Materials requiring delivery via USPS or another carrier service should be directed to:

True the Vote Research Department,
P.O. Box 3109, Houston, Texas 77253-3109
Emails may be addressed to research@truethevote.org

Sincerely,
Catherine Engelbrecht
Founder & President
True the Vote

Def TTV 001837

Ex. V to Defs.' Statement of Facts