BANKS COUNTY BOARD OF ELECTIONS AND REGISTRATION

BOARD MINUTES

FEBRUARY 4, 2021

The Banks County Board of Elections and Registration was called to order on Thursday, February 18, 2021. Board members present: Lynn Lewallen, Lynda Garrison, Gail Sheppard, Carol Ayers and Election Supervisor Andra Phagan.

Board minutes for October 1, 2020, December 3, 2020 and January 8, 2021 was presented to the Board. Motion to approve Carol Ayers and seconded by Lynda Garrison. Vote 4-0.

Vital Report –Four names presented to Board. Motion to approve Carol Ayers. Seconded Lynda Garrison. Vote 4-0.

Felon Report – Nobody requested a hearing.

Challenge List – Nobody requested a probable cause hearing. Dismissed the Challenged List. Motion to approve Gail Sheppard and seconded Lynda Garrison. Vote 4-0.

Vacancy of Board Member Linda Lewallen - Three names were recommended by the Board – Ann Moon, Wanda Eubanks and Sharon Pruitt. The list will be submitted to the Banks County Board of Commissioners for approval. The names will now go before the Chief Superior Court Judge of Banks County.

November 2021 Elections–Town of Homer, E Splost and Splost for November 2, 2021. Early voting begins October 12, 2021 through October 29, 2021.

Time Force –Each employee will need to approve their work hours on the computer bi-weekly in order to be paid.

Motion to adjourn Gail Sheppard. Seconded by Carol Ayers. Vote 4-0.

Meeting adjourned at 10:45 a.m.


Lynda Garrison, Clerk

Banks County Board of Elections & Registration

Def TTV 001838

Ex. W to Defs.' Statement of Facts