# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TRUE THE VOTE, INC., et al.,<br><br>Defendants, | **Case No. 2:20-CV-00302-SCJ** |

## Index of Exhibits

| | |
|---|---|
| Exhibit 1 | Validate the Vote 2020 |
| Exhibit 2 | James Cooper Deposition Transcript |
| Exhibit 3 | Mark Williams Deposition Transcript |
| Exhibit 4 | Joseph Martin Deposition Transcript |
| Exhibit 5 | Ron Johnson Deposition Transcript |
| Exhibit 6 | Mark Davis First Deposition Transcript |
| Exhibit 7 | Derek Somerville First Deposition Transcript |
| Exhibit 8 | Jocelyn Heredia Deposition Transcript |
| Exhibit 9 | Mark Davis Reopened Deposition Transcript |
| Exhibit 10 | Derek Somerville Reopened Deposition Transcript |
| Exhibit 11 | OpSec Group, LLC / Gregg Phillips Deposition Transcript |
| Exhibit 12 | True the Vote / Catherine Engelbrecht Deposition Transcript |
| Exhibit 13 | Dr. Ken Mayer Expert Report |
| Exhibit 14 | Dr. Vernon Burton Expert Report |
| Exhibit 15 | Fair Fight Declaration |
| Exhibit 16 | Jane Doe Declaration |
| Exhibit 17 | Stephanie Pfeiffer Stinetorf Declaration |
| Exhibit 18 | Gamaliel Warren Turner, Sr. Declaration |
| Exhibit 19 | True the Vote Response to Interrogatories |
| Exhibit 20 | True the Vote Amended Responses to Plaintiffs' First Request for Admission |
| Exhibit 21 | Dec. 14, 2020 True the Vote Press Release |
| Exhibit 22 | Dec. 18, 2020 True the Vote Press Release |

| Exhibit 23 | Crusade for Freedom Tweets |
| --- | --- |
| Exhibit 24 | Seals at the Polls Podcast Transcript |
| Exhibit 25 | Nov. 30, 2020 Davis Facebook Post |
| Exhibit 26 | Dec. 4, 2020 Davis and Somerville Facebook Post |
| Exhibit 27 | Dec. 5, 2020 Davis and Somerville Facebook Post |
| Exhibit 28 | Email from M. Williams to A. Holsworth |
| Exhibit 29 | G. Phillips CNN Interview Transcript |
| Exhibit 30 | Banks County Challenge List |
| Exhibit 31 | True the Vote County Challenger List |
| Exhibit 32 | Davis and Somerville County Challenger List |
| Exhibit 33 | Elijah Cummings 2012 Letter |
| Exhibit 34 | Dec. 12, 2020 M. Williams Email |
| Exhibit 35 | Dec. 15, 2020 Dodge County Challenger Email |
| Exhibit 36 | Dec. 18, 2020 Jones County Challenger Email |
| Exhibit 37 | Dec. 15, 2020 Barrow County Challenger Email |
| Exhibit 38 | Dec. 19, 2020 Calhoun County Challenger Email |
| Exhibit 39 | *Eshelman v. TTV* – Nov. 16, 2020 Email from N. Howard |
| Exhibit 40 | *Eshelman v. TTV* – Nov. 16, 2020 Email from C. Engelbrecht |
| Exhibit 41 | *Eshelman v. TTV* – Nov. 23, 2020 Email from F. Eshelman |
| Exhibit 42 | *Eshelman v. TTV* – Mar. 19, 2021 Verified App. for Temp. Inj. |
| Exhibit 43 | Engelbrecht Podcast Transcript |
| Exhibit 44 | G. Phillips Deposition Notice |