Case 2:20-cv-00302-SCJ   Document 156-7   Filed 05/16/22   Page 1 of 17

9/29/2021            Fair Fight, Inc. et al. v. True the Vote, et al.            Ron Johnson

Page 32

1    who they might contact.

2         Q.    Okay.  Just to make sure
3    I understand this.  Does that mean that --
4    say -- let me use an example so we're
5    understanding each other.

6              Say there was someone named
7    Bob.  And you thought Bob might potentially
8    be a challenger.  Does that mean you called
9    up Bob to ask, "Will you be a challenger?"
10   Or did you just give True the Vote Bob's
11   name?

12        A.    I just gave True the Vote Bob's
13   name.

14        Q.    Okay.  Thank you.  That's
15   helpful.

16             When were you approached about
17   helping with this project?

18        A.    Actually, I don't recall when.
19   It was sometime after meeting Gregg.

20        Q.    Okay.  And it was -- was it
21   after the 2020 general election?

22        A.    No.  It was before.

Case 2:20-cv-00302-SCJ   Document 156-7   Filed 05/16/22   Page 2 of 17

9/29/2021                Fair Fight, Inc. et al. v. True the Vote, et al.                Ron Johnson

Page 33

1      Q.      It was before.  Okay.
2              Does that mean at the time you
3   started talking about this, you already had
4   the idea in mind to challenge people in the
5   2021 runoff election?
6      A.      Yes, I already had the idea to
7   challenge some of them in Jackson County
8   because of the woman that was registered at
9   my house and didn't live there.
10     Q.      Okay.  So what was your
11  understanding of the goal of the challenges
12  for the runoff election?
13     A.      As a matter of fact, my opening
14  statement to the Jackson County Election
15  Board is, "I'm not here to drop anybody off
16  the voter rolls.  What I'm here for is to
17  make sure the people vote in the county they
18  legally live in."
19     Q.      Okay.  So what were you hoping
20  that the challenge would accomplish then?
21     A.      That we would get the people
22  legally registered in their own counties; and

Case 2:20-cv-00302-SCJ   Document 156-7   Filed 05/16/22   Page 3 of 17

9/29/2021            Fair Fight, Inc. et al. v. True the Vote, et al.            Ron Johnson

Page 34

```
 1   the ones that live out of state, not to be
 2   registered in Georgia.
 3        Q.    Okay.  All right.
 4              How many names did you forward
 5   to True the Vote?
 6        A.    How many names did I?
 7        Q.    Yes.
 8        A.    Probably 15.
 9        Q.    Okay.  And when you were coming
10   up with names, were you looking for any
11   particular kind of person?
12        A.    No.  I was looking for an
13   American.
14        Q.    What do you mean by that?
15        A.    That anybody that lived in
16   America that was legally able to vote.  It
17   didn't matter who they were.
18        Q.    Okay.  And were you given any
19   sort of instructions as to who you should
20   look for?
21        A.    No.
22        Q.    Okay.  Do you remember who
```

Case 2:20-cv-00302-SCJ   Document 156-7   Filed 05/16/22   Page 4 of 17

9/29/2021            Fair Fight, Inc. et al. v. True the Vote, et al.            Ron Johnson

Page 35

1   explicitly asked you to send names over from
2   True the Vote?
3          A.     No, I can't recall that name.
4          Q.     Okay.  Were you asked to send
5   names for any specific counties?
6          A.     No, I was not.
7          Q.     Okay.  And how did you reach
8   out to these -- actually, I'm sorry.
9                 So you said you personally did
10  not reach out to any of these potential
11  challengers?
12         A.     No, I did not.
13         Q.     Okay.  So all you did was
14  forward a name to someone at True the Vote
15  and provided contact information for that
16  person?
17         A.     Yes.
18         Q.     Okay.  So at that point, was it
19  then True the Vote's responsibility to go
20  contact that person to see if they would be
21  willing to be a challenger?
22         A.     Yes.

Case 2:20-cv-00302-SCJ   Document 156-7   Filed 05/16/22   Page 5 of 17

9/29/2021           Fair Fight, Inc. et al. v. True the Vote, et al.           Ron Johnson

Page 36

1      Q.     Okay.  And, to your knowledge,
2   did True the Vote do that?
3      A.     I'm not -- I don't recall that
4   because I wasn't involved with that part of
5   the process.
6      Q.     Okay.  When you sent True the
7   Vote information of the names, how did you
8   forward that information?
9      A.     I believe I texted it to them.
10     Q.     Okay.
11     A.     To the person I was dealing
12  with.
13     Q.     And who was that person?
14     A.     I've already told you numerous
15  times:  I don't recall that person's name.
16     Q.     After you had done that, did
17  any of the people who you forwarded their
18  information contact you to ask about the
19  challenge program?
20     A.     No, they did not.
21     Q.     Okay.  So just to make sure I'm
22  clear and I understand:  You forwarded these

9/29/2021           Fair Fight, Inc. et al. v. True the Vote, et al.           Ron Johnson

www.DigitalEvidenceGroup.com  Digital Evidence Group C'rt 2021           202-232-0646

Case 2:20-cv-00302-SCJ   Document 156-7   Filed 05/16/22   Page 6 of 17

9/29/2021          Fair Fight, Inc. et al. v. True the Vote, et al.          Ron Johnson

Page 37

1   names to True the Vote, but you never had any
2   conversations with any of these -- any of
3   these individuals about participating in the
4   challenge program?
5        A.   That's correct.
6        Q.   Okay.
7             MS. FORD:  Dan, can we pull up
8        Exhibit B.
9             (Ford Exhibit B, E-mail string,
10       top e-mail to James Cooper from Amy
11       Holsworth, 12/17/20, Bates Def
12       Williams 0745 to -749, was marked for
13       identification, as of this date.)
14            MS. FORD:  Can we scroll down
15       to page 2.  Scroll down just slightly
16       further to where -- right here is
17       great.  Actually, can you scroll up
18       just a little bit more?  Perfect.
19  BY MS. FORD:
20       Q.   Mr. Johnson, I believe, before,
21  you said -- and I might have misheard you --
22  you recruited, you think -- sorry, not

Case 2:20-cv-00302-SCJ   Document 156-7   Filed 05/16/22   Page 7 of 17

9/29/2021         Fair Fight, Inc. et al. v. True the Vote, et al.         Ron Johnson

Page 39

1    said that if it wasn't true?

2         A.    I might have had a list coming

3    to her that had that many on there, names,

4    just names and phone numbers --

5         Q.    Okay.

6         A.    -- of challengers.  I think...

7               MS. FORD:  Dan, can we actually

8         keep this up here for just a second.

9    BY MS. FORD:

10        Q.    Mr. Johnson, can you explain

11   what you meant by "What I need is the last of

12   the counties that we are actually going to

13   have challenges"?

14        A.    (Document[s] reviewed.)

15              I wanted to get a list of the

16   counties that they already had challenges

17   from, not the challenge -- not the list of

18   the people, the list of the people that I had

19   given their names.

20        Q.    So, Mr. Johnson, when I read

21   this, this sounds to me like you were asking

22   True the Vote for what counties they plan to

Case 2:20-cv-00302-SCJ   Document 156-7   Filed 05/16/22   Page 8 of 17

9/29/2021           Fair Fight, Inc. et al. v. True the Vote, et al.           Ron Johnson

Page 40

1    do a challenge in.

2              Is that not your understanding?

3         A.    (Document[s] reviewed.)

4              What I wanted to get with them

5    at the time was the list of the counties that

6    they thought they already had that they were

7    going to challenge in because I wanted to

8    make sure the people I was giving them were

9    getting contacted.

10        Q.    Okay.  Okay.  So does that mean

11   you understood that there was some kind of

12   list of counties that True the Vote wanted to

13   put a challenge in?

14        A.    No, no.  I knew True the Vote

15   was doing 159 of them.  At the time, I was

16   the chairman of all the counties under 80,000

17   in population.  And I wanted to know if the

18   chairmans of those counties were actually

19   doing anything.

20        Q.    Can you explain what you mean

21   by that?

22        A.    By what?

Case 2:20-cv-00302-SCJ   Document 156-7   Filed 05/16/22   Page 9 of 17

9/29/2021         Fair Fight, Inc. et al. v. True the Vote, et al.         Ron Johnson

Page 41

1       Q.      "If the chairmans were doing
2    anything."
3       A.      If the chairmans of those
4    counties were actually going to do the
5    challenges.
6       Q.      Okay.  And when you say
7    "chairmans," you mean chairmen of the GOP?
8       A.      Chairmen of the county GOPs.
9       Q.      Okay.  Does that mean that if
10   the county GOP was not planning to do their
11   own challenge, that True the Vote would step
12   in and do the challenge in that county?
13      A.      Absolutely not.  They're not
14   allowed to by law.  It has to be somebody in
15   that county, a registered voter in that
16   county.
17      Q.      Sorry.
18              What I meant by True the Vote
19   is:  Would True the Vote take it upon itself
20   to prioritize finding a challenger for that
21   county if the county GOP was not going to do
22   it?

Case 2:20-cv-00302-SCJ Document 156-7 Filed 05/16/22 Page 10 of 17

9/29/2021 Fair Fight, Inc. et al. v. True the Vote, et al. Ron Johnson

Page 42

1          MS. KRAMER:  Objection.
2     Speculation.
3     A.    Yeah, I have no idea what their
4  organization does.
5  BY MS. FORD:
6     Q.    Okay.  All right.  So when you
7  were working on recruiting names -- sorry,
8  finding names to forward, was it your
9  understanding that True the Vote planned to
10 submit a challenge in all 159 counties in
11 Georgia?
12    A.    I have no idea what they were
13 going to do.  I assumed that they were
14 probably going to do the big counties, but
15 they might want to do the small counties.
16          And I wasn't recruiting
17 anybody.  I was giving them a name that was
18 the county chairman of those counties.  I was
19 the chairman of the counties that were
20 under -- that are under 80,000 in population
21 for the Georgia GOP.  I was that chairman.
22 And what I was doing was I forwarded those

Case 2:20-cv-00302-SCJ Document 156-7 Filed 05/16/22 Page 11 of 17

9/29/2021  Fair Fight, Inc. et al. v. True the Vote, et al.  Ron Johnson

Page 43

1   names and how to contact them to True the
2   Vote.
3        Q.    Understood.
4              So --
5        A.    I didn't recruit anybody.
6        Q.    Every name that you forwarded,
7   then, was that person that county's GOP
8   chairman --
9        A.    Yes.
10       Q.    -- or -woman?
11             Yes. Okay.
12             Is it your understanding today
13  that True the Vote did not challenge --
14  submit a challenge in all 159 counties?
15       A.    I have no idea what they
16  submitted. I knew they submitted one to
17  Jackson County. And I know they submitted a
18  couple in other counties because I know those
19  GOP chairmen.
20       Q.    Okay. Going back to what you
21  said a minute ago, you assumed that True the
22  Vote would submit them or would prioritize

Case 2:20-cv-00302-SCJ Document 156-7 Filed 05/16/22 Page 12 of 17

9/29/2021　　　　　Fair Fight, Inc. et al. v. True the Vote, et al.　　　　　Ron Johnson

Page 44

1   the big counties.
2              Why did you assume that?
3        A.    Because that's where we have
4   the most problem with voting fraud.
5        Q.    Can you explain what you mean
6   by that?
7        A.    Yeah.  We have ballots that
8   show up three days later to the election
9   office.
10       Q.    What do you mean by "three days
11  later"?
12       A.    Like, I mean, three days later,
13  after the polls close.
14       Q.    And are you telling me that you
15  think that those votes are counted
16  improperly?
17       A.    Actually, that's what I
18  believe.  It doesn't take three days to go
19  from a precinct to the election office
20  anywhere in this state.
21       Q.    And do you think that's less of
22  a problem in the small counties?

Case 2:20-cv-00302-SCJ   Document 156-7   Filed 05/16/22   Page 13 of 17

9/29/2021         Fair Fight, Inc. et al. v. True the Vote, et al.         Ron Johnson

Page 89

1    A.    Oh, ten years or more.

2    Q.    And you do that for all kinds

3  of texts that you receive?

4    A.    Yes.  It doesn't matter who.

5    Q.    Okay.  So does that mean by the

6  time you received this lawsuit, which

7  I believe would have been right before

8  Christmas, you had already deleted all

9  communications about --

10   A.    Yes.

11   Q.    -- these challenge efforts or

12 forwarding names?

13   A.    Yes.

14   Q.    Okay.  Did anyone instruct you

15 to delete any communications you had about

16 this?

17   A.    No, they did not.

18   Q.    Did anyone instruct you to

19 preserve any communications related to this?

20   A.    No, they did not.

21   Q.    Okay.  All right.

22         I just have a few more

Case 2:20-cv-00302-SCJ   Document 156-7   Filed 05/16/22   Page 14 of 17

9/29/2021   Fair Fight, Inc. et al. v. True the Vote, et al.   Ron Johnson

Page 90

1   questions.  Mr. Johnson, do you believe that
2   voter fraud occurred during the 2020 general
3   election?
4        A.    Yes, I believe there was.  I
5   don't believe anything happened with the
6   machines.  I believe it was in the absentee
7   ballot area and harvesting of ballots.
8             I believe that people in other
9   states got ballots.  Our ballots did not have
10  a watermark on them.  Anybody could have
11  printed them up in any print shop in the
12  world.  So I believe that that's what's
13  happening.
14            And I'm working on a bill with
15  some other people and state legislators and
16  state senate with the chain of custody.  So
17  we're going to try to stop that problem from
18  happening.
19            I'm not a conspiracy thinker
20  about the machines or any of that, but I do
21  think something happened with those ballots,
22  so...

Case 2:20-cv-00302-SCJ   Document 156-7   Filed 05/16/22   Page 15 of 17

9/29/2021            Fair Fight, Inc. et al. v. True the Vote, et al.            Ron Johnson

Page 91

1       Q.      And was that part of the
2    motivation of submitting the challenges that
3    you did submit, that you thought there
4    was ballot harvesting?
5       A.      No.  I submitted them
6    beforehand.
7       Q.      Right.  Were you worried
8    about -- were you worried about the potential
9    for ballot harvesting?
10      A.      Absolutely.
11      Q.      Okay.  Just one moment.
12              (Pause.)
13              All right.  And I think maybe
14   my last question is:  For the challenges that
15   you did submit to Jackson County before the
16   general election, do you remember how that
17   was submitted?  Was it sent by mail?  Was it
18   e-mailed?
19      A.      I believe it was -- I really
20   don't know.  I don't know how it was done.
21   I think it was done by e-mail.
22      Q.      Okay.  But someone else sent it

Case 2:20-cv-00302-SCJ   Document 156-7   Filed 05/16/22   Page 16 of 17

9/29/2021        Fair Fight, Inc. et al. v. True the Vote, et al.        Ron Johnson

Page 92

1   for you?
2        A.   Yes.
3        Q.   Okay.  And someone affiliated
4   with True the Vote sent it for you?
5        A.   Yes.
6        Q.   Okay.  But you just can't
7   remember who precisely?
8        A.   No.
9        Q.   Okay.
10            Mr. Johnson, are you continuing
11  to delete your text messages and e-mails
12  every other day?
13       A.   Yes.
14       Q.   All right.  So you've continued
15  that practice?
16       A.   Yes.  I will continue to do
17  that practice.
18       Q.   Okay.  And, Mr. Johnson, during
19  the break, did you discuss any of your
20  answers with your counsel?
21       A.   No, I did not.  She actually
22  had to go to the ladies' room.

Case 2:20-cv-00302-SCJ Document 156-7 Filed 05/16/22 Page 17 of 17

9/29/2021     Fair Fight, Inc. et al. v. True the Vote, et al.     Ron Johnson

Page 93

1     Q.    Okay.

2          MS. FORD: All right, Mr. Johnson. Those are all the questions that I have for you today.

5          THE DEPONENT: Okay. Thank you.

7          MS. KRAMER: I don't have any questions, Counsel.

9          THE VIDEOGRAPHER: All right. So if there's no further statements for the record, we're going to go off.

12          The time is 11:27 a.m., September 29th, 2021. We're going off the record, completing today's video-recorded session.

16          (Time noted: 11:27 a.m. EDT)