Case 2:20-cv-00302-SCJ   Document 156-10   Filed 05/16/22   Page 1 of 6

10/6/2021           Fair Fight, Inc. et al. v. True the Vote, et al.           Derek Somerville
                         Confidential - Pursuant to Protective Order

Page 123

1               But I would hope their motivation was
2       to create a buffer so that we don't see
3       brinkmanship within the electoral process
4       inadvertently permitted by federal statute.
5               So I think the process that requires a
6       significant amount of due diligence, significant
7       amount of interaction with the voter, and
8       provides for some blackout periods within
9       certain proximities of elections is a very, very
10      good thing.
11          Q.   Okay.
12               And just to put a fine point on that,
13      so I am sure that I understand you, is the point
14      of that need for interaction with the voter a
15      fact that just appearing on the NCOA list does
16      not mean that someone is ineligible to vote?
17               And that investigation is needed?
18          A.   Yeah -- that's a very -- very specific
19      fine point that you have put on there, but it's
20      one of many points.  There is a number of
21      variables that could influence why an individual
22      may or may not be an eligible voter.

Case 2:20-cv-00302-SCJ  Document 156-10  Filed 05/16/22  Page 2 of 6

10/6/2021              Fair Fight, Inc. et al. v. True the Vote, et al.           Derek Somerville
                              Confidential - Pursuant to Protective Order

Page 124

1             So my assumption is that that's a
2      process to ensure that we are not wholly relying
3      on any one piece of information.
4             You know, my understanding and my
5      belief that the NCOA is -- it is an indicator
6      that there may be an anomaly, but then that
7      needs to be substantiated through subsequent
8      diligence.
9             That's my understanding of how it
10     works in the state -- that at no point would any
11     of these challenges prevent an eligible voter
12     from voting.  That's not the intent.
13            The intent is to identify if there is
14     a data anomaly, then put in motion a process
15     that ultimately, when fully adjudicated,
16     identifies whether or not an individual -- with
17     their participation, hopefully -- whether or not
18     they are eligible or not.
19            I firmly believe -- and I -- I don't
20     mean to go long here -- that there are
21     individuals that are unaware that they are still
22     registered at their own county.  So this is a

Case 2:20-cv-00302-SCJ   Document 156-10   Filed 05/16/22   Page 3 of 6

10/6/2021            Fair Fight, Inc. et al. v. True the Vote, et al.            Derek Somerville
                     Confidential - Pursuant to Protective Order

Page 125

1    good process to notify people that there is a
2    process in place to ensure that you can vote and
3    vote eligibly.
4         Q.    Okay.
5              MS. FORD:  Can we please pull up
6    Exhibit I and mark it as Exhibit I?
7              (Exhibit I, Single-page document
8    bearing heading: Jim Flenniken (no Bates No.),
9    marked for identification)
10             (Pause)
11             MS. FORD:  Could we make the comment
12   by Mr. Somerville a little bit bigger so we all
13   can read, please?
14   BY MS. FORD:
15        Q.    This is a comment from your Facebook
16   page in which you appear to write:  There are
17   literally thousands of individuals that
18   legitimately used NCOA to forward their mail out
19   of the county/state but remain legal residents.
20             Did you write this?
21        A.    Yes, I did.
22        Q.    I assume you believed that to be true

Case 2:20-cv-00302-SCJ   Document 156-10   Filed 05/16/22   Page 4 of 6

10/6/2021            Fair Fight, Inc. et al. v. True the Vote, et al.           Derek Somerville
                           Confidential - Pursuant to Protective Order

Page 126

1    at the time you wrote it?

2         A.    I believe that to be true at the time,

3    and I believe that to be true now.

4         Q.    Here you write back to Mr.

5    Flenniken -- I believe his name is -- that there

6    is a process in place to make sures his wife

7    wasn't taken off the rolls improperly, as he had

8    noted in his comment to you.

9               You say:  At some point if your wife

10   filed an NCOA, the state will send her a note

11   and ask her to verify if she is still a

12   resident.  She would, of course, indicate she is

13   and the matter would end there.

14              But since that process hasn't been run

15   by the state since early 2019, and given the

16   unprecedented reliance on -- this cycle on

17   mail-in ballots, our challenges sought to force

18   that verification.

19              And I assume you wrote this as well?

20        A.    I did.

21        Q.    Were you speaking about the challenges

22   that you helped organize in December when you

Case 2:20-cv-00302-SCJ   Document 156-10   Filed 05/16/22   Page 5 of 6

10/6/2021         Fair Fight, Inc. et al. v. True the Vote, et al.         Derek Somerville
Confidential - Pursuant to Protective Order

Page 127

1   said, "Our challenges sought to force that
2   verification"?
3       A.   Well, I think I was speaking more
4   broadly on the data integrity effort.  I think
5   the word "challenge" just became common
6   vernacular.
7            As it turned out, not that many were
8   ultimately submitted.
9            But I think this captures well the
10  point, which was that there is a process to
11  protect voters, but that process needs to be
12  undertaken in order to identify those votes that
13  are not eligible and would otherwise
14  disenfranchise the very voters that we're trying
15  to protect.
16      Q.   Here you seem to be recognizing that
17  the NVRA traditional NCOA process was not going
18  to occur in the few months or weeks before the
19  runoff election.
20           Is that correct?
21      A.   I don't -- I don't know if that's what
22  I was acknowledging.

Case 2:20-cv-00302-SCJ   Document 156-10   Filed 05/16/22   Page 6 of 6

10/6/2021         Fair Fight, Inc. et al. v. True the Vote, et al.         Derek Somerville
                        Confidential - Pursuant to Protective Order

Page 128

1        I think -- I think what I was trying
2    to indicate here is that there is a process and
3    we should follow it; and that our data file,
4    based on our estimation from looking at it, had
5    not been maintained in a very long time; and
6    that that was creating a significant number of
7    anomalies.
8              But those people that were eligible
9    voters are well-protected under the current laws
10   and current processes; and I didn't see a high
11   probability that anybody that -- that appeared
12   on an NCOA file but did not, in fact, legally
13   change a resident would be prevented from
14   voting.  I still confidently believe that.
15             And I think --
16      Q.    Okay.
17      A.    -- and to go further -- I know you
18   didn't -- well, that's okay.
19      Q.    I'm sorry.  I don't mean to cut you
20   off.
21      A.    Well, I guess my point is I think the
22   thrust of this response was to also make a