**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA GAINESVILLE DIVISION**

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>  Plaintiffs,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>  Defendants. | Civil Action No. 2:20-cv-00302-SCJ |

**DECLARATION OF ESOSA OSA**

I, Esosa Osa, make this declaration in support of Plaintiffs' Motion for Summary Judgment.

1. I am over the age of 18 and I make this declaration based upon my personal knowledge and experience.

2. I am the Deputy Executive Director of Fair Fight, Inc. ("Fair Fight"), one of the Plaintiffs in the above-captioned litigation. I am authorized to provide this Declaration for Fair Fight.

3. Fair Fight is a political action committee with a non-contribution account, commonly known as a Hybrid PAC, registered with the Federal Election

the Georgia Government Transparency and Campaign Finance Commission, and various state campaign finance regulators.

4. In addition to its other work, one of Fair Fight's missions is to secure the voting rights of Georgians, a mission that includes voter engagement and voter turn-out, particularly among young people and people of color.

5. Fair Fight's voter engagement activities include efforts to support and elect pro-voting rights progressive leaders. To encourage voter participation, Fair Fight handles programmatic activities including the preparation and sponsorship of digital advertising, mailings, phone banks and calls, and text messaging. Fair Fight raises money and provides funding for voter engagement initiatives, including voter mobilization and get out the vote activities.

6. In anticipation of the January 2021 Runoff Election for U.S. Senate, Fair Fight conducted voter participation work including educating voters about the voting process, engaging in get out the vote activities, monitoring long lines at polling locations, and helping voters navigate the absentee ballot process.

7. On the first day of early voting, December 14, 2020, Fair Fight learned from a True the Vote press release that True the Vote and the Georgia Republican Party were partnering to engage in what they termed as "the most comprehensive ballot security initiative in Georgia history."

8. On December 18, Fair Fight learned from a True the Vote press release that True the Vote, and groups and individuals working in concert with True the Vote, intended to mount challenges to the eligibility of hundreds of thousands of Georgians to cast their votes in the runoff election.

9. Upon learning about True the Vote and its cooperators' challenges, Fair Fight was immediately concerned because these challenges were consistent with the tactics of voter intimidation that had for too long persisted in Georgia.

10. As a result of True the Vote's plans, Fair Fight was forced to shift its focus to combatting True the Vote and its cooperators' efforts to intimidate voter and limit ballot access. This change in Fair Fight's activities impeded Fair Fight's planned voter engagement efforts.

11. Specifically, to counteract True the Vote's efforts to intimidate voters, and the efforts of those working in concert with True the Vote, Fair Fight reallocated staff from its voter engagement and mobilization activities described above to instead overseeing an effort to track and monitor the activities of Georgia's 159 county election boards to determine which counties received challenges that True the Vote was supporting. Because many counties did not livestream these challenge hearings, Fair Fight often had to physically send volunteers to these board meetings. At these hearings, Fair Fight volunteers would attempt to learn which voters were being challenged, advocate against the challenge, and report back to Fair Fight the

results of the challenge, so that Fair Fight could contact the challenged voters to assist them. Fair Fight did so through a phonebank, in which Fair Fight attempted to inform challenged voters of their rights.

12. During this time, Fair Fight also expended additional financial resources in promoting the Voter Protection Hotline so that voters could obtain assistance if they were challenged. Fair Fight would not have expended as many financial resources to this effort but for Defendants' actions, and otherwise could have allocated these funds to its get out the vote program.

13. Fair Fight also expended significant financial and staff resources to collect and analyze the challenge lists, some of which they obtained only from attending these Board of Elections challenge hearings.

14. In addition to committing Fair Fight's paid staff to track and respond to True the Vote's actions, Fair Fight redirected the time of Fair Fight volunteers to this effort. At that time, Fair Fight had organized a large group of volunteers to gather information about general voting logistics, including confirming with counties their early voting locations, dates, and hours for the runoff elections. At this time, Fair Fight volunteers were also advocating for extending early voting opportunities. Because of True the Vote's attempt to restrict the right of hundreds of thousands of Georgians to vote in the runoff election, Fair Fight was forced to redirect its volunteers to, instead, contacting voters on True the Vote's challenge lists and

attending Boards of Elections meetings, some in-person, across the state. That re-direction of effort required extensive Fair Fight staff involvement coordinate volunteers and took staff away from their voter engagement activities.

15. Because True the Vote and other Defendants in this action have indicated they will continue to file similar challenges in the future, after the Runoff Election, Fair Fight turned its challenge tracking effort into an operational program called Democracy Watch, in order to respond to unlawful voter challenges if and when they are filed, advocate on the voters' behalf, and educate voters about their rights if they are challenged.

16. Democracy Watch is now operational in 31 Georgia counties. By August 2022, it will be operational in 50 counties.

17. Democracy Watch is monitored and overseen by Fair Fight's Research and Voter Protection Staff, and it requires a substantial number of Fair Fight volunteers to operate. To run Democracy Watch, Fair Fight has had to hire two additional staff members and has fully allocated five staff members to oversee the program. These staff hires command a significant portion of Fair Fight's resources.

18. If Fair Fight's Research Staff did not have to oversee the Democracy Watch program, Fair Fight would allocate their time to educating voters about election administration changes, researching better methods to turn out voters, and counteracting election disinformation efforts.

19.     Similarly, if Fair Fight's volunteers were not asked to participate in Democracy Watch, Fair Fight would be able to redirect their time to more traditional voter engagement activities, such voter mobilization and voter education. To date, Fair Fight has limited its voter education efforts to the State of Georgia due to limited volunteer capacity. Absent the drain on its resources caused by Defendants' challenges, Fair Fight would expand its voter education efforts to other states.

20.     Fair Fight has also been forced to direct additional funds to promote and educate the public about the Voter Protection Hotline, which voters can call if they find themselves the subject of a voter challenge. This promotion has cost Fair Fight hundreds of thousands of dollars. If Fair Fight did not have to expend these funds on directing voters to resources, should they be challenged, they would have allocated them towards their get out the vote program.

21.     Unless and until this litigation is successful, Fair Fight will continue to divert significant staff resources, volunteer time, and money to combatting True the Vote and its cooperators' efforts to intimidate voters and restrict access to the polls.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   5/15/2022

*Esosa Osa*
_____
Esosa Osa