# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>Plaintiffs,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No. 2:20-cv-00302-SCJ |

## NOTICE OF FILING REDACTED JANE DOE DECLARATION

Pursuant to this Court's January 1, 2021 Order permitting Plaintiff Jane Doe to proceed anonymously, *see* ECF No. 29, Plaintiffs' counsel has redacted the personal identifying information within Jane Doe's Declaration in Support of Plaintiffs' Motion for Summary Judgment. Consistent with this Court's prior order, Plaintiffs will separately submit the original declaration to the Court for *in camera* review.

1

Respectfully submitted, this 16th day of May, 2022.

| | |
|---|---|
| Allegra J. Lawrence<br>Georgia Bar No. 439797<br>Leslie J. Bryan<br>Georgia Bar No. 091175<br>Maia Cogen<br>Georgia Bar No. 832438<br>**LAWRENCE & BUNDY LLC**<br>1180 West Peachtree Street, Suite 1650<br>Atlanta, GA 30309<br>Telephone: (404) 400-3350<br>Fax: (404) 609-2504<br>allegra.lawrence-hardy@lawrencebundy.com<br>leslie.bryan@lawrencebundy.com<br>maia.cogen@lawrencebundy.com<br><br>Dara Lindenbaum<br>Georgia Bar No. 980780<br>**SANDLER REIFF LAMB ROSENSTEIN & BIRKENSTOCK, P.C.**<br>1090 Vermont Avenue, NW, Suite 750<br>Washington, DC 20005<br>Telephone: (202) 479-1111<br>Fax: 202-479-1115<br>lindenbaum@sandlerreiff.com | */s/ Uzoma N. Nkwonta*<br>Marc E. Elias\*<br>Uzoma N. Nkwonta\*<br>Christina A. Ford\*<br>Tina Meng\*<br>Marcos Mocine-McQueen\*<br>Joel J. Ramirez\*<br>Jacob Shelly\*<br>**ELIAS LAW GROUP LLP**<br>10 G Street NE, Suite 600<br>Washington, D.C. 20002<br>Telephone: (202) 968-4490<br>melias@elias.law<br>unkwonta@elias.law<br>cford@elias.law<br>tmeng@elias.law<br>mmcqueen@elias.law<br>jramirez@elias.law<br>jshelly@elias.law<br><br>*Counsel for Plaintiffs*<br>\*Admitted *pro hac vice* |

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>TRUE THE VOTE, INC., et al.,<br><br>      Defendants, | **Case No. 2:20-CV-00302-SCJ** |

### DECLARATION OF ███████

I, ███████, make this declaration in support of Plaintiffs' Motion for Summary Judgment

1. I am over the age of 18, have personal knowledge of the facts stated in this declaration, and can competently testify to their truth.

2. I am a permanent resident of Athens, Georgia and a registered voter in Clarke County, Georgia. I have lived in Georgia for the past twelve years, where I own a home, have a family, and maintain a permanent job. In all respects, Georgia is my home.

3. In 2020, my spouse was offered a short-term career opportunity in ███████, which my spouse accepted. For that reason, in 2020 I traveled back and forth between Georgia and ███████ to see my spouse.

4. Because I did not want to miss any mail while I was away from home, I

decided to forward my mail to my spouse's temporary location. By doing this, I did not intend in any way to give up my residency in Georgia. I still owned a home in Georgia, paid taxes in Georgia, and worked in Georgia.

5. During the 2021 Runoff Election, I was extremely upset when I learned that my eligibility to vote had been challenged by True the Vote, through a man named Gordon Rhoden. I learned that I was a challenged voter when I read a story in the local paper about True the Vote's challenges and saw my name and address had been published online.

6. Participating in elections is extremely important to me. I found the challenge upsetting precisely because it felt like someone was trying to deprive my right to vote, and in a public way.

7. While I was away from Georgia for the general election, I saw the consequences of claims of voter fraud in that election. I watched as our election workers, in particular, were harassed, threatened, and doxxed.

8. Because my county, Clarke County, rejected the challenge to my eligibility shortly after the challenges were filed, the challenge did not prevent me from voting in the Runoff Election. While I had planned to vote absentee in that election, the challenge made me nervous about whether my ballot would actually be counted. For that reason, I made the effort to vote in person in the Runoff Election so that I could physically see and know that my ballot was accepted.

9. Even though I was able to vote in the Runoff Election, the experience of being challenged was stressful. I feared that I could—or my family could—become the next target of harassment from True the Vote and their supporters for having voted, especially because my name and address had been published online and I had been publicly identified as a challenged voter.

10. After the Runoff Election, I continued to travel between Georgia and ▇▇▇▇ for my husband's work. Since ▇▇▇▇, however, we have fully settled back in Georgia, where we continue to own a home, pay taxes, and work.

11. Even today, however, you can find my name online as a challenged voter in Clarke County as result of these challenge on our city's local news website at https://flagpole.com/news/in-the-loop/2020/12/19/republicans-challenge-thousands-of-athens-voters-residency/ (last accessed May 13, 2022).[1] I fear that I will be challenged again in future elections and that my eligibility to vote will be questioned.

12. I should not have to worry about being targeted or facing retribution for exercising my right to vote.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 5/15/2022 _____

---

[1] Attached to this declaration is an exhibit including the website where the list of challenged voters can still be found, along with an excerpt of the linked challenged file showing my name.

- 4 -

By: ███████████

███████████

# Exhibit 1

# Republican Challenges Thousands of Athens Voters' Residency



by Blake Aued                                                                                         December 19, 2020

With two U.S. Senate runoffs fast approaching, the chairman of the Athens Republican Party is seeking to have nearly 3,000 voters removed from the Athens voter rolls on the grounds that they may have moved away.

Gordon Rhoden sent the Athens-Clarke County Board of Elections a list of voters he believes may no longer live in Athens. Rhoden said in a letter to election officials dated Dec. 16 that those names came up when Clarke County voter registration data was compared to the National Change of Address Registry.

The Board of Elections has scheduled a called meeting for Monday at 4:30 p.m. to discuss the challenge.

Similar challenges have been filed all over the state. A Texas-based conservative group called True the Vote is behind the challenges, WJXT in Jacksonville reported, and has said it's working with Georgia residents in all 159 counties to challenge the residency of 364,000 voters. Georgia law allows any registered voter to challenge any other voter's eligibility within the same county.

> The Georgia Democratic Party's executive director, Scott Hogan, called the voter challenges "blatant efforts to suppress the vote." An attorney for the American Civil Liberties Union said they violate federal law.

In Cobb County, the GOP chairman challenged the residency of 16,024 voters on the same grounds. It took less than 20 minutes on Friday for the Cobb County Board of Elections to decide the challenges there didn't even warrant a hearing, according to 11 Alive.

Attorneys for Cobb County said a change of mailing address isn't probable cause for disqualifying voters. There are legitimate reasons why someone might have mail forwarded while still retaining legal Georgia residency—for example, temporarily working out of state or caring for a loved one during the pandemic, one attorney said. State law also provides exceptions for military service or attending college out of state.

Rhoden appears to have cut-and-pasted the Cobb County letter. In one instance, his letter refers to Cobb rather than Clarke County. It also references 16,024 voters, which is the number challenged in Cobb County. The file accompanying Rhoden's letter contains 2,948 names.

Want to know if you're on the list? View a Google Doc with all of the names here.

**Like what you just read? Support Flagpole by making a donation today. Every dollar you give helps fund our ongoing mission to provide Athens with quality, independent journalism.**

[redacted]

