UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>TRUE THE VOTE, INC., et al.,<br><br>    Defendants, | **Case No. 2:20-CV-00302-SCJ** |

### DECLARATION OF STEPHANIE PFEIFFER STINETORF

Pursuant to 28 U.S.C. § 1746, I, Stephanie Pfeiffer Stinetorf, declare as follows:

1. I am over the age of 18 and I make this declaration based upon my personal knowledge and experience.

2. I moved to Columbus, Georgia, in May 2018. I purchased a house and registered to vote at that time in Muscogee County.

3. My husband and I are civilian employees at the United States Department of Defense. We received military orders to move to Germany in August 2020, and are still both serving overseas.

4. I submitted a postal service change of address in August 2020 to ensure I continued to receive mail while I was away from Georgia.

5. I received my absentee ballot for the January 2021 runoff elections on or about November 19, 2020. I promptly marked and returned the ballot.

6. After returning my ballot, I checked the My Voter Page on the Georgia Secretary of State website almost every day to track when my ballot would be received and counted.

7. On December 20, 2020, the My Voter Page reflected the status of my ballot as "Challenged."

8. I was very confused and concerned by the challenge. I was not provided any information about why I had been challenged or what I would need to do to make sure my ballot was counted.

9. I was also stressed out about whether I would be able to fix the problem at all. I work in an office where I cannot easily make private, personal phone calls, and the six-hour time difference meant that a hearing to resolve my eligibility that might be scheduled during regular business hours in Georgia could be in the middle of the night in Germany. And there was no way I could have returned to Georgia on short notice to resolve this issue in person.

10. After I learned that my ballot had been challenged, I immediately emailed the county registrar to find out what was going on. I also made several calls to the county registrar. For several days I heard no response, and my anxiety grew.

11. Finally, on December 23, 2020, I received a phone call from the county registrar informing me that my ballot had been accepted and the "Challenged" status on the My Voter Page had been changed. I later learned that a court order prevented Muscogee County from discarding my ballot.

12. Even though the challenge to my ballot eventually was resolved, the process of trying to figure out why I had been challenged and how I would have to prove my eligibility to vote in Georgia was difficult and confusing. Had litigation not succeeded in requiring my ballot to be counted, I am not sure how I could have resolved the problem.

13. If additional challenges are made in future elections that are again based on mail-forwarding requests, I worry about the effect that will have on me and my husband, whose experience in the runoff election was similar to mine. I remain concerned about the time and energy it will take to make sure our right to vote is vindicated while we are serving overseas.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this \_\_12\_\_ day of May, 2022

*Stephanie P Stinetorf*
_____
Stephanie Pfeiffer Stinetorf