Case 2:20-cv-00302-SCJ Document 156-24 Filed 05/16/22 Page 1 of 7

  

News, December 14, 2020

# TRUE THE VOTE PARTNERS WITH GEORGIA GOP TO ENSURE TRANSPARENT, SECURE BALLOT EFFORT FOR SENATE RUNOFF ELECTIONS

SPREAD THE WORD

**True the Vote Partners With Georgia GOP to Ensure Transparent, Secure Ballot Effort for Senate Runoff Elections**
*True the Vote Reached Out to Both Parties to Offer Assistance With Critical Election Training and Resources*



5/16/22, 3:19 PM
True the Vote Partners With Georgia GOP to Ensure Transparent, Secure Ballot Effort for Senate Runoff Elections - TrueTheVote
Case 2:20-cv-00302-SCJ Document 156-24 Filed 05/16/22 Page 3 of 7

**ATLANTA, Georgia –** True the Vote today announced its partnership with the Georgia Republican Party to assist with the Senate runoff election process, including publicly available signature verification training, a statewide voter hotline, monitoring absentee ballot drop boxes, and other election integrity initiatives. Early in-person voting began today, December 14, for the January 5 runoff, and mail-in voting has already started.

"Georgia is Ground Zero in the fight to begin restoring integrity to America's election process. That's why True the Vote is working around the clock to engage volunteers from all across the state to participate in this important effort with the goal of preventing a repetition of the uncertainties that arose from the November general election," **said True the Vote Founder and President Catherine Engelbrecht.** "We have focused our 'Eyes On Georgia' in these critical final days before the runoff, and we are thrilled to partner with the Georgia Republican Party, Chairman Shafer, and his team to ensure the law is upheld and law-abiding voters have their voices heard. True the Vote is already on the ground and proud to be serving Georgia voters with a laser focus on the effort to ensure a free, fair, and secure election for all Georgia voters irrespective of political party."

"We are grateful for the help of the True the Vote team in the fight for election integrity," **said Georgia Republican Party Chairman David Shafer.** "We are calling on all Georgians who care about the future of our country and the integrity of our elections to sign up as election day volunteers. The resources of True the Vote will help us organize and implement the most comprehensive ballot security initiative in Georgia history."

An offer to extend the same support to the Georgia Democratic Party by partnering in the interest of non-partisan election integrity has not received a reply to date. The letter, addressed to the party and to party chair Senator Nikema Williams, is available here [PDF].

# # #

True the Vote (TTV) is an IRS-designated 501(c)3 voters' rights organization, founded to inspire and equip volunteers for involvement at every stage of our electoral process. TTV empowers organizations and individuals across the nation to actively protect the rights of legitimate voters, regardless of their political party affiliation. For more information, please visit www.truethevote.org.



 **True the Vote**

5/16/22, 3:19 PM True the Vote Partners With Georgia GOP to Ensure Transparent, Secure Ballot Effort for Senate Runoff Elections - TrueTheVote

Case 2:20-cv-00302-SCJ Document 156-24 Filed 05/16/22 Page 4 of 7

# Related Posts

In the news

## ABC's George Stephanopoulos And Senator Rand Paul Spar Over Election Integrity

January 30, 2021

On the January 24th episode of ABC's This Week, host George Stephanopoulos spoke with guest Sen. Rand Paul about the results of the 2020 presidential

Read More

In the news

## Another Whipsaw Week

August 15, 2021

It was another whipsaw week, so let's get to it. Starting with what we're doing at True the Vote: If you're a regular reader of our updates, you know we've

Read More

In the news

## Arizona Live Stream Camera 4

July 16, 2020

Read More

5/16/22, 3:19 PM — True the Vote Partners with Georgia GOP to Ensure Transparent, Secure Ballot Effort for Senate Runoff Elections - TrueTheVote

Case 2:20-cv-00302-SCJ Document 156-24 Filed 05/16/22 Page 6 of 7

## Sign up to stay informed

NAME*  EMAIL*  STATE  
Alabama

SIGN UP

DONATE

About  
News  
My State  
IV3 Project  
Training

Tip Line  
Contact  
Privacy Policy  
Terms and Conditions

## Connect With Us



PO Box 3109 #19128

Houston, TX 77253-3109

5/16/22, 3:19 PM True the Vote Partners With Georgia GOP to Ensure Transparent, Secure Ballot Effort for Senate Runoff Elections - TrueTheVote

Case 2:20-cv-00302-SCJ Document 156-24 Filed 05/16/22 Page 7 of 7

713-401-6017

Copyright © 2022 True the Vote. All Rights Reserved.