Page 1

Seals in the Polls

Audio Transcription

**Engelbrecht
Exhibit 65
(1-26-22)**
WWW.DIGITALEVIDENCEGROUP.COM

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

1        (Recording begins)

2        CATHERINE ENGELBRECHT:  Researching,

3   reporting, and mobilizing.  We have an app that's

4   called "Ground" that is useful for organizing, and so

5   we're focusing efforts there.  Recruiting and training

6   election integrity teams and individuals.

7        Of interest here, we have a new initiative

8   called "Continue to Serve," which is about recruiting

9   veterans and first responders to work inside the polls.

10  You want to talk about people who understand and

11  respect law and order and chain of command, you get

12  some Seals in those polls.  And they're going to say,

13  "No, no, this is what it says and this is what -- this

14  is how we're going to play this show."

15       And that's what we need.  We need people who

16  were unafraid to call it like they see it all the way

17  down the line.  And that line is long because it's not

18  just election day, it's early election, it's mail-in

19  ballot, it's central count.  There are so many places

20  that citizens can be involved.

21       (Recording ends)

22

Page 3

1               CERTIFICATION

2

3          I, Ilene Watson, do hereby certify that

4   the foregoing is a correct transcript from the

5   electronic sound recording provided for transcription

6   and prepared to the best of my professional skills and

7   ability.

8

9

10

11

12

13   _____   August 13, 2021

14   Ilene Watson

15   AAERT Cert. No. 447

16   Certified Court Transcriptionist

17

18

19

20

21

22