

**Mark Davis**
November 30, 2020

This is the former FBI agent who has been pouring over the voter data I sent him. His posts about the individual voters in the file are fascinating.

BTW - we have dubbed all this "Operation Boswell" in honor of the old man in Banks County who is literally voter registration number 2, which is the lowest in the file.



**Derek Somerville** is with **Mark Davis** and **13 others**.
November 29, 2020

For those following, I've been grinding through official voter records since my last post.

There's a mountain of data to process, tens of thousands of individuals to investigate, and it's one step at a time. But let me share another one of the many questionable voters. We'll call this fella 'Dave'.

Dave used to live in Fulton County, Georgia, but effective March 1, 2020 Dave requested that the US Postal Service begin forwarding his mail to Brooklyn, New York. It makes sense that Dave would forward his mail to New York, since he moved into a new apartment there that same month after starting a new job as a Territory Manager for a New York metropolitan area company (thank you, internet).

On August 31, six months after requesting moving to Brooklyn, New York, Dave requested a Georgia absentee ballot. He asked the state of Georgia to mail his ballot to, you guessed it, Brooklyn, New York. And, you guessed it, on September 18th, we did.

Dave returned his Georgia absentee ballot, via the US Mail, on October 17th, 2020. And with that, Dave from Brooklyn voted in our election.

👍😮 13                              2 Comments  7 Shares

        Like                              Share

**Randy Culp**
Give 'em Hell!
Like · 1y

**Doug Deal**
Can we start turning people in for election fraud? I have a list of a few people who should be made sorry they voted in two states.
Like · 1y                               👍 5

👍 5
Daryl Fleming
Mark Davis
Sherrie Cribbs Jeffers
Mark Kenneth Swanson
Mike Seigle



Davis Exhibit 9
(1-19-22)
WWW.DIGITALEVIDENCEGROUP.COM



