

**Mark Davis**
December 4, 2020

Folks, this is what Operation Boswell is all about! 👍

**Derek Somerville** is with **Mark Davis**.
December 4, 2020

Providing false information on a voter registration application is a FELONY.

This is UPS Store #2215, located at 2870 Peachtree RD NW in Atlanta. 160 Georgians REGISTERED TO VOTE with this UPS store listed as their residential address. Mark and I have discovered over 1,300 other Georgians who did the same thing at other similar stores.

The rules are clear: "A house number and street name must be provided. Business addresses, P.O. boxes, and rural routes are not accepted as residence addresses for voter registration purposes." (p1, Georgia Secretary of State, Voter Registration Rules & Procedures, v1 2012)

Making matters worse, some of these mailbox-residents had their ABSENTEE BALLOTS MAILED OUT OF STATE to places like Texas, Massachusetts, New Jersey, Ohio, and New Mexico. Think about that for a sec.

And here's a neat trick: several listed their mailbox as 'APT#' or 'UNIT#', like 'Jane' who registered to vote with UPS Store #2557 and indicated she lives in 'APT 202'. Of course, "APT 202" is an 8x8 inch box.  BTW - Jane had her absentee ballot mailed to a residential address in another county.

We need to identify the abusers, start throwing people in jail, and close the loopholes.  Trust me: this is not rocket-science.

32    36 Comments  16 Shares

Like          Share

**Davis Exhibit 10 (1-19-22)**
WWW.DIGITALEVIDENCEGROUP.COM



**Mark Davis**
Peter Korman Marci Baer McCarthy Kathleen Kennedy Mark Rountree John Cassard Dan Gasaway David Shafer Uhland Drane Roberts Brandon Beach Benita Cotton-Orr Blake Halberg Jake Evans Noel Fritsch Sherena Arrington William Ligon Riley Lowry Bill Simon Doug Deal Martin Dekom June Chocallo Julie Bee Gordon Barnes III Hank Sullivan Hank Burnham John Rhodes Alston Trotter Catherine Bernard Catherine Guynn Busse BJ Van Gundy Josh McKoon Larry Savage Ken Fiscarelli Brett W. Ladd Corinth Cori Bandy Davenport Kent Byers Betsy Ross Patti Peach Chris Carr

Like · 1y · Edited                                                    8

**Peter Korman**
**Mark Davis**
Thank you, Mark. I got another referral to Derek this afternoon. I will find him and send a friend request.

Like · 1y                                                              3

**Mark Davis**
👍

Like · 1y

**Peter Korman**
and excellent work, Derek and Mark!

Like · 1y                                                              1

**Julie Bee**
I was just now reading this post when your tag popped up! This makes me so angry

Like · 1y                                                              1

**Brett W. Ladd**
If the local board of elections doesn't care, the ballots go out. This is de facto complicity with intentional fraud. I pray that we can find 15,000 such absentee situations with unlawful ballots being sent out, and get a do-over. And, FWIW, the UPS Stores recommend 'Unit #" so it doesn't appear to be a box nor an apartment....

Like · 1y · Edited                                                     3

**Ken Fiscarelli**
**Brett W. Ladd** you sound like this is not your first rodeo

Like · 1y                                                              1

**Mark Davis**
For those wondering where the name "Operation Boswell" came from, it is named in honor of an old man up in Banks county who holds the lowest voter registration number in the entire state.

He is literally #2.

This is about making sure Mr. Boswell's vote not only counts, but is also not cancelled out by FRAUD.

Like · 1y · Edited                                                     12

**Doug Deal**
I used to us a mail store as an address when I was in college, but never as a residence for voting.

It is ridiculous that this isn't checked. Online retailers know what's a real residential address and what's a fake one or commercial.

Like · 1y    1

**Mark Davis**
**Doug Deal** yes, it's right there in the CASS software.
Like · 1y    1

**Doug Deal**
How do you prove you are alive in the first place? Especially in places that don't require id?

Couldn't I just make up a list of names and pretend they are people?

Like · 1y · Edited    1

**Doug Deal**
I am glad you were there doing a closer look. I only did enough to prove the problem existed but since I stopped keeping up my voter database, it was tedious and relied on too many manual steps.

Thanks for your efforts.

Like · 1y    1

**Martin Dekom**
This sounds…"systemic."
Like · 1y    3

**Mark Davis**
👍
Like · 1y    1

**Mark Davis**
We will be hearing a LOT more about "Systemic Irregularities" -tomorrow.
Like · 1y    2

**Martin Dekom**
**Mark Davis** I hate to say this, but this is the exact kind of analysis the SoS should have been doing all along.
Like · 1y    1

**Kent Byers**
I think a search warrant is in order here and all other UPS Stores statewide….unfortunately a logistical nightmare, but necessary.
Like · 1y    1

**Mark Davis**
**Kent Byers** great idea! 👍
Like · 1y    1

**Kent Byers**
**Mark Davis** …then, would it be a SoS investigator job? Or a Sheriff job?



**Catherine Guynn Busse**
**Kent Byers** shouldn't UPS or USPS be able to provide a list?
Like · 1y

**Kent Byers**
**Catherine Guynn Busse** …it's a UPS Store in question in the article
Like · 1y

**Roberta Cromlish**
Let's see if any one has the balls to prosecute to the max or if they will just get a hand slap!
Like · 1y                                                          👍 1

**Kathleen Kennedy**
Go get, Boys!!!!!
Like · 1y                           ❤️ 1

**Eric Cumbee**
2016 in bulloch our election super said she had people register with lewis hall's address (an admin building at gsu) she called them up and read them georgia election law and asked them if they would like for her to continue processing their applications. They all declined
Like · 1y                                                          👍 2

**Larry Savage**
The video recording of Thursday's hearing can be seen here: http://www.senate.ga.gov/spo/en-US/VideoBroadcasts.aspx

SENATE.GA.GOV
VideoBroadcasts

Like · 1y

**Jeff E. Quidam**
Do we have ANYONE in Georgia's Republican leadership that has even an ounce of courage? Anyone? Seriously, anyone??
Like · 1y · Edited                                                  👍 1

**Doug Deal**
**Jeff E. Quidam** that's a rhetorical question?
Like · 1y                                                   👍 1

**Ken Pullin** · Follow
Thanks for your work on this!
Like · 1y

**John Cassard**
Unbelievable, but not really. Thanks for tagging me **Mark Davis**. Definitely sharing this with instructions to do the same. Let's call it Operation Wildfire.
Like · 1y                                                          👍 1

**Mark Davis**
**John Cassard** Operation Boswell, in honor of the old man who holds voter registration #2. We're fighting for him, and his rights. We won't let his vote be cancelled by fraud.
Like · 1y · Edited                                                 👍 1

1/5/22, 6:18 PM                                   (20+) Facebook

Case 2:20-cv-00302-SCJ   Document 156-29   Filed 05/16/22   Page 5 of 5



**Mark Davis**
I have literally been praying for the man for 30 years. Don't even know him.
Like · 1y · Edited                                          👍 1

**John Cassard**
Mark Davis , how old is he now?😬
Like · 1y

**Mark Davis**
I have to look. I want to say he was born in the 1930's?
Like · 1y

**June Chocallo**
This is horrible! Unbelievable that MSM isn't covering this as they should.
Like · 1y

**Matthew Gambill**
Agreed! This will be addressed
Like · 1y

**William Reems**
I've contested a voter who knowingly and willfully voted illegally. The punishment? Removed them from the voting rolls of the county and sent them a change of registration form to their new county.
Like · 1y                                                    👍 1

https://www.facebook.com/SwampHunter/posts/10222259695354674                                   5/5