



20+

Derek Somerville is with Mark Davis.
December 5, 2020 ·

Apologies for the slow 'drip' of findings, but this is a massive undertaking and we want to share fact-based examples of real incidents where our voting process has been compromised. No theories, just facts.

Meet another 'Dave'.

Dave has been registered to vote in Georgia since October of 2008. Dave voted in our November 2020 General election via absentee ballot. He also voted in our 2018 general election via absentee ballot. Dave likes to vote in Georgia and is registered to do so.

But like the tens of thousands we've already shared about, we noticed that two months before the election Dave told the US Post Office to begin forwarding his mail to a North Carolina address. So we turned our attention to the North Carolina State Board of Elections.

Per the NCSBOE, Dave is also registered to vote in North Carolina and has been since 10/5/2012. Dave also voted in North Carolina in the 2020 Presidential elections, and 9 more general and primary elections going back to 2012.

Recap: Dave has been registered to vote in two states since October 2008. Dave voted in in BOTH states for BOTH the 2020 and 2018 general elections, both by mail-in ballot.

Make no mistake, Dave knows what he's doing.

This is why we dig.

VOTER DETAILS

| | |
|---|---|
| County: | WAKE |
| Status: | ACTIVE |
| Voter Reg Num: | 000100300186 |
| NCID: | EH960309 |
| Party: | DEM |
| Race: | WHITE |
| Ethnicity: | UNDESIGNATED |
| Gender: | MALE |
| Registration Date: | 10/05/2012 |
| NCDMV Customer: | No |

VOTER HISTORY (10)

YOUR ABSENTEE BALLOT (1)

GEORGIA VOTER DETAIL

| | | |
|---|---|---|
| Voter: | N[redacted] B[redacted] | |
| GA Voter Reg#: | 793[redacted] | |
| Address on File: | [redacted], GA 30[redacted] | |
| COUNTY: | [redacted] | |
| LAST VOTED: | 20201103 | |
| Absentee Requested | 10/9/2020 | |
| Absentee Issued | 10/9/2020 | |
| VOTED: | 10/22/2020 | ABSENTEE BY MAIL |
| Ballot ID: 00087 | 00087 | |
| Post #: 772 | 772 | |

NORTH CAROLINA VOTER DETAIL

| | | |
|---|---|---|
| NAME: | N[redacted] B[redacted] | |
| ADDRESS: | [redacted] NC 2[redacted] | |
| County: | WAKE | |
| Status: | ACTIVE | |
| Voter Reg Num: | 00010030[redacted] | |
| NCID: | EH960[redacted] | |
| VOTED | 11/03/2020 GENERAL | ABSENTEE ONESTOP |
| VOTED | 03/03/2020 PRIMARY | IN-PERSON |
| VOTED | 11/05/2019 MUNICIPAL | IN-PERSON |
| VOTED | 11/06/2018 GENERAL | ABSENTEE ONESTOP |
| VOTED | 11/07/2017 MUNICIPAL | IN-PERSON |

296 218 Comments 308 Shares

Like Comment Share

Linda Menk
Derek - a citizen just sent photos of 2 men ballot harvesting at a gas station here in Newnan - paying cash - need to get his info, statement and photos in good hands. I've spoken to my county GOP chair. Will this info help you?

Like · Reply · 1y 9

Hide 18 Replies

Derek Somerville
Linda Menk Yes! I'll PM my email. Phone's been ringing off the hook today, so difficult to speak, but email is reliable.

Like · Reply · 1y 2

Linda Menk
Derek Somerville OK

Like · Reply · 1y 2

Philip J Singleton
Linda Menk please send to me as well

Like · Reply · 1y 2

Davis Exhibit 11 (1-19-22)
WWW.DIGITALEVIDENCEGROUP.COM

       

**Linda Menk**
**Philip J Singleton** yes Sir - and he's willing to give testimony- I just spoke with him

Like · Reply · 1y  5

**Dwight F Roberts Jr.**
**Linda Menk** so what is ballot harvesting? Grabbing peoples ballot requests? I just don't know what it is. Thank you.

Like · Reply · 1y  1

**Linda Menk**
**Dwight F Roberts** basically a person solicits someone to sign their name to a blank ballot (typically they will offer cash - and in some cases alcohol and / or drugs - or something of value......basically they are buying, i.e. "harvesting" an unmarked ballot. That unmarked ballot is then filled out and either mailed in OR placed in a ballot drop box. The person who signed it has no idea who the vote was cast for and they don't care

Like · Reply · 1y  3

**Dwight F Roberts Jr.**
**Linda Menk** so they would sign the envelope and ballot. Where would they get these ballots? From someone's mail?

Like · Reply · 1y  2

**Margaret Williamson**
**Linda Menk** good job Linda!

Like · Reply · 1y  3

**Linda Menk**
**Dwight F Roberts** the legal ballots I believe have a watermark buried and the illegal ballots are either multiple duplicates of the same legal ballot showing the same hidden watermark - that's why we're wanting a forensic audit and signature verifications - just because someone signs a blank ballot does not mean they are legally registered to vote or even reside in GA or the USA

Like · Reply · 1y  2

**Dwight F Roberts Jr.**
**Linda Menk** okay thank you. So they are copying these ballots. Goes in line with the testimony I heard yesterday from Suzie Volyes. Appreciate your help.

Like · Reply · 1y  1

**Linda Menk**
**Dwight F Roberts** yes - the watermark I mentioned is unique to every legal ballot and cannot be detected by human eyes. I hope this helps - BTW I've known Suzi for about 12 years and her integrity is above reproach - she and Margaret Williamson are 2 of my Lady heroes

Like · Reply · 1y  4

**Margaret Williamson**
**Linda Menk** I can also attest for **Suzi Voyles** - you can take her testimony to the bank!

Like · Reply · 1y  3

**Margaret Williamson**
We also know of an instance of an individual who voted in California in person and then came to GA and voted is person here. He bragged about it to relatives. We can get you that name too if you like.

Like · Reply · 1y  3

**Dwight F Roberts Jr.**
**Margaret Williamson** you may want Derek to look into this.

Like · Reply · 1y  2

**Linda Menk**
**Margaret Williamson** please do - OM me. I'll share with Derek and Philip J Singleton, House Rep, and Brant






**Derek Somerville**
Margaret Williamson Inquiring minds want to know!

Like · Reply · 1y                                                    👍 2

**Margaret Williamson**
Linda Menk sent to Derek.

Like · Reply · 1y                                                    👍 1

**Linda Menk**
Margaret Williamson yes good

Like · Reply · 1y

Write a reply...

**Dennis Saint Aubin**
😳😳😳😳

Like · Reply · 1y

**Derek Somerville**
Dennis - You better not be voting in our elections from Boston!!
🙂

Like · Reply · 1y                                                    👍 2

**Dennis Saint Aubin**
Derek Somerville heck no sir, trust me it's hard enough voting in
MA as a Republican! There's only like 20 of us here

Like · Reply · 1y                                                    😆 5

View 1 more reply

**Deborah Abbey Mege**
My husband died in July, 2018. I have received three pieces of mail in
his name in the last week asking him to get absentee ballots. I am not
home right now, but I will let you know who sent each when I check
them tonight.

Like · Reply · 1y

**Derek Somerville**
Deborah - Terribly sorry about the loss of your husband. Also
sorry there are organizations in our state who have no respect
for us citizens. I've spoken with investigators about other similar
incidents and it appears groups are improperly using aged voter
lists to blanket communicate with our citizens. I believe this
practice is not legally permitted and know there are good people
at the SOS's office pursuing these organizations. If you'd like to
share the images or details confidentially via private messenger,
I'll be happy to pass them along to proper officials.

Like · Reply · 1y                                                    👍 1

**Deborah Abbey Mege**
Derek Somerville Sounds like a plan. I will message you tonight
or tomorrow. Thank you

Like · Reply · 1y                                                    👍 1

**Derek Somerville**
PS - this is just one guy. One abuser. But we find them everywhere we
look, and because of that we're going to keep looking. I believe there
are some extremely committed investigators with the SOS's office who
are as committed as they come, but the shear volume of these abuses
coupled with weak laws and weaker enforcement often ties their
hands. Citizens can help them though. Perhaps we should start outing
these abusers by name???

Like · Reply · 1y                                                    👍 14

Hide 12 Replies

**Angie Spooner**
Derek Somerville my question is, what happens to Dave? Will he
be prosecuted? Because this is so disheartening to honest
citizens!

Like · Reply · 1y                                                    ❤️👍 5



 

**Kristel Poynton Kretchmer**
Derek Somerville YES ! Out the abusers by name

Like · Reply · 1y

**Brandon Bramlett**
Derek Somerville I think creating accountability ( releasing names ) would be a great start and perhaps could be useful for Jan 5 ?!

Like · Reply · 1y

**Mark Davis**
Brandon Bramlett I am contemplating the idea of filing a challenge to these voters. If nothing else, once they've been flagged in the system, it should result in increased scrutiny, and also bolster any legal challenge to the election filed after the runoff.

Like · Reply · 1y · Edited

**Derek Somerville**
Brandon Bramlett As Mark states, I would anticipate formal challenges being filed in all counties for those voters who appear ineligible. If that happens as planned, all documentation will be public.

Like · Reply · 1y

**Brandon Bramlett**
Mark - I think that would be a great idea and should cover y'all legally!

Like · Reply · 1y

**Brandon Bramlett**
Derek Somerville - Outstanding!! Y'all please continue gentleman!

Like · Reply · 1y

**Beth Tipton**
Derek Somerville if no one would prosecute Hillary, why would the left fear prosecution for lessor crimes. Some way, some how cheating needs to be made painful for those that engage.

Wonder how Ruby's daughter will feel if her mother is convicted of a crime that she brought Ruby into? Never mind, I know already know the answer.

Like · Reply · 1y

**Beth Tipton**
Angie Spooner Atlanta Dem prosecutors will look the other way. Similar to the way law enforcement was ordered to look the other way by liberal politicians when their comrades were destroying businesses & assaulting innocent citizens.

Like · Reply · 1y

**Angie Spooner**
Beth Tipton well it's not ok! And we need to stand up and demand justice!!!

Like · Reply · 1y

**Beth Tipton**
Angie Spooner amen!

Like · Reply · 1y

**Derek Somerville**
Beth Tipton I was literally saying the same thing about Hillary the other day. We have a real problem with enforcement these days, which is eroding the law and the good order it promotes.

Like · Reply · 1y

Write a reply...

**Tim Miles**
Wow can I share this brother ?

       

 **Joe Romanowski**
And why is the Secretary of State not investigating? We should start outing these people.

Like · Reply · 1y    1

 **Derek Somerville**
**Joe Romanowski** I think their investigators are eyeballs deep in cases, and have no reason to believe they're not doing everything they can. What concerns me most is the leadership. Or lack thereof.

Like · Reply · 1y    2

 **Tracy Shoemake**
Look at prime time Patriots/USB hand off

Like · Reply · 1y

 **Tracy Shoemake**
Same blond in braids, Shay Freeman Moss and mother Ruby Freeman stealing USB at State farm Arena.

Like · Reply · 1y    1

 **Bill-Carolyn Hall**
Tracy Shoemaker, why aren't these 2 women arrested and never being allowed to work with the voting system, period.

Like · Reply · 1y    1

 **Tracy Shoemake**
I wish I knew why, got an idea that everybody in Fulton county are socialist

Like · Reply · 1y

 **Lee Scoggins**
**Derek Somerville**, thank you for the effort on this. It goes without saying you are a genuine patriot...and we need more of those these days.

Like · Reply · 1y    5

 **Derek Somerville**
**Lee** - thanks brother. I appreciate the kind words.

Like · Reply · 1y    1

 **Patrick Owens**
**Lee Scoggins** I wholeheartedly agree!

Like · Reply · 1y

 **Stacy Hall**
By name? Nah, I'd rather play FB Live "Guess Who with Derek and Mark" during perp walks.

Like · Reply · 1y    3

 **Denise Burns**
**Stacy Hall** Pay Per View! This is a rally fundraiser I can get behind!

Like · Reply · 1y

 **Doug Deal**
There is no evidence Dave is fraudulently voting in two states. Oh wait...

Dave's one vote isn't widespread.

Like · Reply · 1y    3

 **Andy Coleman**
Keep it coming.  1

Like · Reply · 1y

 **Derek Somerville**
**Andy Coleman** Just one example, but an example of how this happens. Found several today looking manually; need to do this in an automated fashion.

Like · Reply · 1y    3



       

**Andy Coleman**
**Derek Somerville**, seriously, i might be able to help and/or have some folks.

Like · Reply · 1y

 **Patrick Bell**
So what can be done? It seems the volume means the fraudulent voters get away with this year after year. Does anyone in a position to prosecute even care?

Like · Reply · 1y                                                4

 **Jill Olson**
**Patrick Bell** Database of voters cross-checked each year or election cycle with USPS chang of address. The search would take 2 seconds. Our system is LAZY or broken and needs new leadership.

Like · Reply · 1y                                            5

 Write a reply...                                    

 **Ginger Renae Ashworth**
May I share?

Like · Reply · 1y

 **Sandy McCloud**
Dave needs to go to jail.

Like · Reply · 1y                                                5

 **Nicole Arrington**
These are two screen shots with the same first initial and last initial —— means nothing.

We have to out these ppl

Like · Reply · 1y                                                1

 **Kris Crichton**
1

Like · Reply · 1y

 **Chuck Martin**
Just curious why hide "Dave's" identity? Voting records are public including addresses. Additionally, has this been turned over for criminal prosecution? Thanks

Like · Reply · 1y                                                4

 **Ken Pullin** · **Follow**
**Chuck Martin** - I agree with you. Why not share his real name? Let NC and Ga both change him.

Like · Reply · 1y                                                3

 **Chuck Martin**
**Ken Pullin** truth is with a copy of the voter database there is probably enough information to identify the voter, first initial, last initial, portion of voter is, and county

Like · Reply · 1y                                                1

 **Ken Pullin** · **Follow**
**Chuck Martin** - what's disturbing is private citizens are finding this information. Our SoS has to ensure the voter database is kept up to date and accurate.

Like · Reply · 1y                                                3

 **Mark Davis**
**Chuck** we will be turning over the data to SOS and DOJ investigators once I've repeated the processing on the certified copy of the list of electors for the general.

I think it's best right now to avoid naming real names of individual voters so neither **Derek** or I has to spend a small fortune on lawsuits.

Like · Reply · 1y · Edited                                        9







Like · Reply · 1y

**Brandon Bramlett**
**Mark Davis** while I think releasing names is a great idea the more I thought about it I was like idk .. that could turn legal for y'all! Unfortunately I don't have much confidence in the SOS or the DOJ at this point!

Like · Reply · 1y · Edited    👍 1

**Alex Brennan**
**Mark Davis** just so I can respond effectively to push back when I share this and get flack. The names are an exact match here as well as the addresses for the absentee ballots in NC, right?

Like · Reply · 1y · Edited

**Chuck Martin**
**Mark Davis** got it

Like · Reply · 1y

Write a reply... 

**Marketa Leemore**
🙄 No one said fraud isn't absolutely going on!! There's fraud in EVERYTHING. The issue is it isn't WIDESPREAD & in the HUNDREDS OF THOUSANDS and definitely not enough to change anything!! Please put your energy into something else!! It's like ppl can't comprehend or something. Y'all weren't crying when GA was red!! The SOS didn't need police protection outside his home then! Wth???

Like · Reply · 1y · Edited    👍😆 5

 Hide 30 Replies

**Cindy Burnham Schian**
Marketa, y'all have cried for the last 4 years so give it a rest. You sure didn't put your energy anywhere else!!!

Like · Reply · 1y · Edited    👍😆 2

**Caro Ri**
**Cindy Burnham Schian** And now y'all are crying 😂 

Like · Reply · 1y    😆😆 3

**Cindy Burnham Schian**
**Caro Ri**, get a grip. No one is crying. We just don't approve of a fraudulent election. So how many times did you vote? You liberals are just so funny.

Like · Reply · 1y

**Marketa Leemore**
**Cindy Burnham Schian** Crying & throwing a whole 1.5 year old tantrum, using peoples money during a pandemic for court cases and recounts, and a slew of other over the top actions is TOTALLLLLLYYYYY different 😂😂😂😂 I would be SO ASHAMED to be a republican right now because you guys look CRAZY lmaoo

Like · Reply · 1y    👍😆 2

**Mark Davis**
**Marketa Leemore** the issue is the spread. Right now I think there are about 12,000 votes separating Trump and Biden. Under Georgia law, if we find more than 12,000 illegal votes, a judge can toss our Presidential election.

Looks to me like there are probably many times that.

https://www.youtube.com/watch?v=IpAqdYGzeEY...

> ⬛
> **YOUTUBE.COM**
> Georgia Witness Hearing: Mark Davis,
> President of Data Productions

Like · Reply · 1y    👍 4

Angie Spooner
**Marketa Leemore** are you kidding? Fraud needs to be in the HUNDREDS of Thousands to be important and change anything??? Have you done any research at all??? Because if you did, you would see that the margin in Georgia is approximately 14,000 votes. So they can absolutely make a difference. No one is crying. It's called doing things legally. It's kind of important.

Like · Reply · 1y                                                    👍 2

Marketa Leemore
**Angie Spooner** That's absolutely NOT what I said. I didnt say it wasn't important, didn't say ANY of that! I said its not ENOUGH to OVERTURN his outcome. Trump doesn't give a SHIT about voter fraud being an issue, he's just worried about it NOW because he believes his worked against him this time. Otherwise he would absolutely NOT CARE. Voter fraud didn't JUST start happening this year. Where was the concern before???

Like · Reply · 1y                                                    👍 2

Cindy Burnham Schian
**Marketa Leemore** , you really do need to get your facts straight!!! You're so wrong you're laughable and look foolish. Now, I'm done, I don't have time to deal with someone that doesn't know facts. When you learn and get actual facts let me know.
Till then have a nice evening. Bye bye

Like · Reply · 1y                                                    👍 2

Marketa Leemore
**Mark Davis** So, u believe that there's OVER 12,000 invalid fraudulent votes in GA that will ONLY work in the red party favor. You have to be slow. You can't be serious 😂

Like · Reply · 1y

Marketa Leemore
**Cindy Burnham Schian** I won't be letting u know anything. You are not anywhere NEAR important enough for that. The nerve!

Like · Reply · 1y                                                    😆 1

Cindy Burnham Schian
**Marketa Leemore** , by the way, did you forget about the millions the democrats have spent on all their crap, found out to be fake, for 4 years. You should be ashamed supporting all that.

Like · Reply · 1y · Edited                                          ❤️ 1

Angie Spooner
**Marketa Leemore** I'm pretty sure it's clear who's slow. Have you not seen all the evidence in Georgia? Are you hiding under a rock? Because the folks at State Farm just got caught on tape scanning in approximately 18,000-20,000 votes for Biden ILLEGALLY!! Enough to fraudulently get Biden the win. Let me show you.
https://twitter.com/jennybethm/status/1335304530980982784...
you are welcome.


TWITTER.COM
Jenny Beth Martin on Twitter

Like · Reply · 1y                                                    👍❤️😮 3

Marketa Leemore
**Cindy Burnham Schian** Looks like the red party is having LOTS of difficulty getting facts😂😂😂😂😂 Bye 👋

Like · Reply · 1y                                                    👍😂 2

Marketa Leemore
**Angie Spooner** No I haven't. The courts haven't either apparently.



     

**Angie Spooner** Hey...I could be wrong tho. We'll see how the cases go. Best of luck to you red ppl 😄

Like · Reply · 1y


**Cindy Burnham Schian**
**Marketa**, you're just jealous you don't know facts. Oh well. Good luck in your make believe world.

Like · Reply · 1y


**Angie Spooner**
**Marketa Leemore** you could be wrong? Didn't do any research and spewed one sided rhetoric....you could be. You are a big part of what is wrong today.

Like · Reply · 1y                                                     1


**Cindy Burnham Schian**
**Marketa Leemore** , dream on!

Like · Reply · 1y


**Angie Spooner**
**Marketa Leemore** hope you enjoyed the video! We all got to watch them cheating!!

Like · Reply · 1y                                                     1


**Cindy Burnham Schian**
Nura Moshtael you too, apparently. Bye bye

Like · Reply · 1y


**Marketa Leemore**
Angie Spooner I wouldn't be surprised if ppl were hired to act stuff out. Don't take an election so personal and let it upset you. You'll be alright.

Like · Reply · 1y · Edited


**Mark Davis**
"So, u believe that there's OVER 12,000 invalid fraudulent votes in GA that will ONLY work in the red party favor. You have to be slow. You can't be serious 😂"

Marketa Leemore you clearly don't understand the law. It does not matter who an illegal voter cast his or her vote for. If there are more illegal or irregular votes than the spread, a judge can and SHOULD toss the election. I can explain this for you, but I can't understand it for you.

Like · Reply · 1y · Edited                                           4


**Marketa Leemore**
Is hilarious how you are all so upset and in an uproar about this, but told us pipe down and hush up when ppl of my color get killed. Pissed huh?? Calm down!! Anyway, I'm going to get back to real life aside from FB and your lil YouTube skits 😂

Like · Reply · 1y


**Marketa Leemore**
Mark Davis If u read with comprehension, you'd see I said THE SAME THING!!! 1 thing about law is it has to be PROVEN and thats not thru YouTube & Twitter. I agree with u!! The PROOF is just not in your favor to show what's needed to do all of this in several states to change the outcome. Its NOT THERE!! Jesus

Like · Reply · 1y

**Mark Davis**
Marketa Leemore I have made no argument about any state other than Georgia. When when I refer to a judge tossing the election, I am talking about the election here in GEORGIA. What happens in other states happens in other states. As far as proof goes, that will be for the legal system to evaluate.

Like · Reply · 1y                                                     3

       

**Angie Spooner**
Marketa Leemore ha ha ha! Try again! Ruby Freeman posted freely on her Facebook and Instagram bragging about what she did! She'll be doing time for that. Don't say I didn't warn you.

Like · Reply · 1y

 **Jenny Clark**
Mark Davis Don't waste your time on the willfully ignorant. Just keep up the good work you and Derek are doing. Many of us are supporting you.

Like · Reply · 1y                                                      👍 2

 **Beth Tipton**
Marketa Leemore I guess you missed the 140k+ illegal counted votes from dead people, felons, underaged, unregistered voters, etc. Trump/Biden difference is less that 12k. Do the math & you'll see it potentially changes GA.

Like · Reply · 1y                                                      👍 3

 **Marketa Leemore**
Smh. You're trying to prove all this to the wrong person  When its time to prove it, the proof falls short at court. Then, u start threatening the SOS & governor's lives, then arguing on FB. Ok😂

Like · Reply · 1y · Edited

 **Mark Davis**
And if it doesn't fall short? ¯\\_(ツ)_/¯ 

Like · Reply · 1y                                                       2

 Write a reply...                                        ⬛ ⬛ ⬛ ⬛

 **Alex Brennan**
Share unredacted or no ones going to believe you.

Like · Reply · 1y                                                      👍 2

 **Alex Brennan**
Alex Brennan well maybe not "no one". Plenty of folks will believe anything that appears to support their "side"

Like · Reply · 1y                                                      👍 5

 **Mark Davis**
We will share the data with SOS and DOJ investigators. Not everyone showing up in the data committed a crime, and may not have even realized they were. That said, the folks who voted in two states had to have known better than that.

Like · Reply · 1y · Edited                                             7

 **Derek Somerville**
Alex Brennan Hey Alex - I thought I responded already, but don't see it. The information is actually publicly available, so the redacting isn't because the information is sensitive or inaccurate; it's because I don't trust the conduct of people online, and even 'Dave' deserves due-process. We'll hand this and all the others over to the SOS and let them initiate their process. That said, his is as iron-clad an example I've seen.

Like · Reply · 1y                                                       2

 **Alex Brennan**
Derek Somerville i don't worry about redacted anymore. I may go try and find it myself. I guess the question I still am looking for an answer to is what is the iron clad "proof". I would assume it is that the names match exactly AND some other piece of info (again, assume address). Can you confirm what that 2nd piece of "matching info" is?

Like · Reply · 1y                                                      👍 1

 **Alex Brennan**
And PS - thanks for taking the time to answer a schmuck like me that you don't know



 

**Derek Somerville**
Alex Brennan Ha! You haven't met me, Sir. Thanks for taking the time to discuss and challenge a schmuck like me! You had a response to someone in another string that made me laugh out-loud, so you're good in my book!

Like · Reply · 1y    ❤ 1

**Johnny Johnson**
Alex Brennan that's called DOXING and is illegal unless you're a leftist

Like · Reply · 1y

**Alex Brennan**
Johnny Johnson WRONG. Its not Doxing to publish PUBLIC info.

Like · Reply · 1y

**Alex Brennan**
And if it were illegal, it would bo for leftist and rightist

Like · Reply · 1y

Write a reply...    ■ ■ ■ ■

**Ken Pullin** · Follow
Derek / Mark - are you guys testifying at the House hearing next week? I hope they are interested in hearing about your research.

Like · Reply · 1y    👍 3

**Mark Davis**
Ken Pullin I don't know yet. The Senate Oversight Committee has my affidavit, and the Trump attorneys have that as well. Not sure there is a need for me to do a repeat performance when so many people who wanted to testify weren't able to for lack of time.

Like · Reply · 1y

Write a reply...    ■ ■ ■ ■

**Adam Rodes**
What do/can we do???

Like · Reply · 1y    👍 1

■ Hide 13 Replies

**Mark Davis**
We will share the data with SOS and DOJ investigators. Not everyone showing up in the data committed a crime, and those who did may not have even realized they were. That said, the folks who voted in two states had to have known better than that.

Like · Reply · 1y · Edited    👍 2

**Clara DeLay**
Adam Rodes Consider getting a life, maybe? LOL!

Like · Reply · 1y

**Alex Brennan**
Clara DeLay thats rich given your posts in other forums, where you equally obsess over Trump, Perdue and Ossoff

Like · Reply · 1y    😂 1

**Dwight F Roberts Jr.**
Clara DeLay I'm pretty sure that is a reasonable question any good citizen should ask. What do/can do? Call our reps, help in the research? Sit back with an umbrella drink and watch it unfold? 🤷‍♂️

Like · Reply · 1y    👍 1

        

**Mark Davis**
Joseph Michael Yates we will do that when we turn the data over to SOS and DOJ investigators. As I've tried to explain repeatedly, not everyone on the list committed a crime, and not all the people who did even know they have. I am not in favor of making public accusations against particular named individuals. I am content to let law enforcement do that.

Like · Reply · 1y                                          👍 3

 **Clara DeLay**
Dwight F Roberts All of the above...

Like · Reply · 1y

 **Derek Somerville**
Joseph Michael Yates In addition to Mark's good point, I'm not comfortable with the conduct of many people on line. We have due-process in this country, and even 'Dave' is entitled to it. I can assure you, he voted twice in two states and did so knowingly. But, we'll let the SOS initiate their own process.

Like · Reply · 1y                                          👍 2

 **Clara DeLay**
Alex Brennan Funny how you call discussing factual information "obsessing," when you aren't whining about the fact that it is even being discussed. Now THAT is 'rich!' LOL!

Like · Reply · 1y

 **Alex Brennan**
Clara DeLay ill do you the favor of moderating my own post over in your pet forum. Please continue to do the same with Rodger's repeated BS posts, seemingly hourly

Like · Reply · 1y                                          😆 1

 **Clara DeLay**
Alex Brennan Just so you know, a "favor" is requested by the one needing/seeking favor. I have not found it necessary to do either....

Do you, Alex. Just be honest about what you are doing.

Like · Reply · 1y

 **Alex Brennan**
Clara DeLay no, you just whined about whining. So hopefully I saved someone else from flagging/reporting it. You're welcome.

Like · Reply · 1y                                          😆 1

 **Alex Brennan**
Clara DeLay and when you say "be honest about what you are doing," what exactly am I guilty "of doing"? Asking the moderators to live up to the stated purpose of the forum? Jerry posted a direct post acknowledging the members of that forum wanted it more local. Sorry you have to keep up with the crap some folks bring that doesn't fit that. Maybe you should drop the moderator title? Doesn't seem to be the right fit for you?

Like · Reply · 1y                                          😆 2

 **Clara DeLay**
Alex Brennan Yeah, having to restrain myself is killing me...

Like · Reply · 1y                                          😆 1

 Write a reply...                          

**Kathy Thompson Seigle**
Thanks for your hard work, guys, but is this going to impact the runoffs? I'm worried that we've got more of the same coming in a month.

Like · Reply · 1y                                          👍 3

 **Mark Davis**
Kathy Thompson Seigle it absolutely will if something isn't done.

                                                          👍 2

 

**Derek Somerville**
Kathy Thompson Seigle Big motivator for us, Kathy.

Like · Reply · 1y

**Kathy Thompson Seigle**
Mark Davis, how do we challenge the registrations? And all the people registering to vote, are they being vetted?

Like · Reply · 1y

**Kathy Thompson Seigle**
Derek Somerville, I thank God for you guys, I do. People say there's no evidence of fraud and I can point to what y'all have found.

Like · Reply · 1y

**Mark Davis**
Kathy Thompson Seigle we can file a challenge with the State Board of Elections. We will probably do that at about the same time we turn over our data to the SOS investigators.

Like · Reply · 1y

**Kathy Thompson Seigle**
Mark Davis, bless you!

Like · Reply · 1y

Write a reply...

**Clara DeLay**
How to Walk and Chew Gum 101:

IF this is true, clearly Dave is wrong and needs to be prosecuted.

ALSO, IF this is true, it affirms what the ACLU found, and that is that brine kkkemp ILLEGALLY PURGED Black voters from the voting rolls. IF his purge was on the up and up, Dave's registration would have been purged, AND, there would be more than white people moaning on about their dead moms and dads receiving and voting.

If you all weren't trying so hard to make a point that has no rational basis, you would know that this "smoking gun" is pointing at brink kkkemp and his abject failure to cover his own webfooted tracks.

Some "wizard" he turned out to be! LOL!!!

Try again...

Like · Reply · 1y

 Hide 22 Replies

**Derek Somerville**
Clara DeLay This is true, but to be completely frank - these are individuals who are being discovered through random samples. This is only evidence that 'Dave' is double voting, and that the processes are vulnerable. That's not good for any of us.

Like · Reply · 1y

**Clara DeLay**
Derek Somerville No it is not "good for any of us." However, "to be completely frank," the voter suppression that kkkemp engaged in was just not good for the Black votes that he suppressed, but no one seems to care about that.

Like · Reply · 1y

   

      

Mark Davis

**Clara DeLay** it sounds like you don't understand what a Secretary of State can and cannot do under our laws and under the requirements of the 1993 NVRA.

The National Voter Registration Act of 1993 prevents ALL states from purging people who have moved unless they obtain written verification of the change of address, or the person hasn't voted in years, which causes MILLIONS of people to stay on the voter roles of the states they moved out of, often for YEARS.

Then when a Democrat state finally purges those names, the Democrat Party applauds their "Quality List Management", but when a Republican does the exact same thing, Democrats scream, "Republican Voter Suppression!"

"What does the NVRA notice process require to remove a person from the voting rolls based on a change of residence?

In the absence of a written confirmation from a registrant of a change of address outside the jurisdiction, Section 8(d) of the NVRA sets forth a process for removing a person based on change of residence. This process requires sending a forwardable notice, in the form of a postage-prepaid and pre-addressed return card, on which the person may state his or her current address. The notice must include the language required by Section 8(d)(2) of the NVRA. For example, the notice must advise (1) that if the registrant did not change his or her residence, or changed residence but remained in the registrar's jurisdiction, the registrant should complete and return the card not later than the voter registration deadline for the next election; (2) that if the card is not returned, affirmation or confirmation of the registrant's address may be required before the registrant is permitted to vote in a federal election during the period beginning on the date of the notice and ending on the day after the date of the second general election for Federal office that occurs after the date of the notice; and (3) that if the registrant does not vote in an election during that period the registrant's name will be removed from the list of eligible voters.

The jurisdiction may designate the registrant as inactive if the registrant fails to return the card by the voter registration deadline for the next election after the notice is sent.

The jurisdiction may remove the registrant from the voter rolls after sending the notice in two circumstances. First, if the registrant confirms in writing, such as by completing and returning the notice card, that the registrant has changed residence to a place outside the jurisdiction then the registrant can be removed from the list immediately. Second, if the registrant fails to respond to the notice and fails to vote or to appear to vote in an election beginning on the date the notice is sent and ending on the day after the date of the second federal general election after the notice is sent, then the registrant can be removed from the list after that second federal general election."

https://www.justice.gov/.../national-voter-registration...



JUSTICE.GOV
The National Voter Registration Act Of 1993 (NVRA)

 4

Like · Reply · 1y





**Derek Somerville**
Clara DeLay I care about that, trust me. I know all anyone wants to do anymore is argue, but our motives are only to contribute to fixing the systems and processes that negatively impact us all. Some more than others perhaps, but us all. I took an oath to defend our country as a Marine, and I took an oath to defend our civil liberties as a federal agent. I'm committed to those oaths, not a political party. I would love to better understand your points and your concerns, truly. FB is a horrible place to communicate, but I'd welcome a civil discussion any time.

Like · Reply · 1y                                       5

 **Alex Brennan**
Derek Somerville please answer this question. Is the link here that the forwarding address "Dave" provided to receive the absentee ballots the same as the address if record for NC? If so, that would be something akin to a smoking gun. If not, it sounds like it could be coincidence. Thanks

Like · Reply · 1y

 **Leo Buehler**
Clara DeLay the 'purged' voter roles were registered voters who had not voted in over x years; thus presumed to have moved or been deceased. Voting in recent elections kept them on the roles. I think you are conflating facts, ma'am.

Like · Reply · 1y                                       1

 **Clara DeLay**
Leo Buehler No, Im pretty sure I said that the ACLU found that over 200,000 voters had been ILLEGALLY PURGED. I'm not conflating anything, just reciting it.

Like · Reply · 1y

 **Leo Buehler**
Clara DeLay The ACLU said 'illegally'. The courts said otherwise.

Like · Reply · 1y

 **Derek Somerville**
Leo Buehler Correct. These are voters who were moved to 'inactive' status and a confirmation card sent to after either (1) they filed a national change of address saying they've moved to a new address, (2) they had election mail returned as undeliverable, or (3) they hadn't had contact with an election official for the three prior years. Then the state waited 3 years and only purged those with no contact with an election official. Then, they sent a final notice that they will be removed from the rolls. Many years, many opportunities to indicate you're still a resident. That said, if you were removed, you could walk right in and vote on a provisional - then prove you're still alive and still a resident. If they don't purge those roles, they fill up with tens of thousands of deceased people, people who moved out of state, etc.

Like · Reply · 1y                                       2

 **Clara DeLay**
Derek Somerville I welcome the same. This is not an issue I spend a lot of time on, but I do keep up with the news, and last I heard, the ACLU determined that over 200,00 of the more than 700,000 votes purged under kkkemp were ILLEGALLY PURGED, during his time as SOS, and while he was in a campaign for Governor, AFTER being recorded saying that "Black voters were being registered at record numbers and that republicans could not win under those circumstances."

My point is that, if we are "being frank," lets be frank about ALL of it, not just the parts that agree with one particular narrative.

Im willing to discuss that ANYTIME, with ANYBODY!

Like · Reply · 1y · Edited                              1



       

**Clara DeLay**
**Mark Davis** It makes more sense to ensure that the SOS's office was in compliance with that than reciting it to me. I wasn't the one purging voters that were not likely to vote for me because I wasnt campaigning for anything. The same energy you exhibit telling ME what the standards are is the same energy you need to use to ensure that those in position are following them to the letter.

For some reason, the ACLU found that did not happen under kkkemp's watch.

Like · Reply · 1y

 **Mark Davis**
Clara DeLay I really don't care what the ACLU thinks., and that is not the subject of this post.

Kemp did a legal purge that was not motivated by race. It was motivated by the LAW. Our state laws on the subject were passed by a Democrat controlled legislature, signed into law by a Democrat Governor, and rolled out under TWO Democrat Secretaries of State.

Kemp created online voter registration where anyone of ANY color can register to vote 24 hours a day, 7 days a week, 365 days a year.

In recent years we've had the highest minority participation in our states HISTORY.

You'll have to go peddle your Kkkemp rhetoric to someone else. I have zero interest in it. It's a lie.

Like · Reply · 1y · Edited    3

 **Clara DeLay**
Leo Buehler Please point me in the direction of that ruling, as Im not aware, particularly in light of a recent suit that I was just made aware of. Thanks in advance.

Like · Reply · 1y · Edited

 **Clara DeLay**
**Mark Davis** I feel the same about you peddling your delusional lies. Bless your heart.

Like · Reply · 1y

 **Mark Davis**
Delusional lies? You obviously have NO clue what you're even talking about. Do YOU have a copy of the voter database? Did YOU run NCOA on it? Do YOU know where these people moved?

I have done all those things. ¯\\_(ツ)_/¯

Like · Reply · 1y     2

 **Mark Davis**
https://www.ajc.com/.../supreme.../TJZqgnWEAWOBvUMdB9eDOP/


AJC.COM
Supreme Court allows voter purges in states like Georgia

Like · Reply · 1y     2

 **Derek Somerville**
It's Saturday night, friends. Go have a glass of wine and relax! 🙂

Like · Reply · 1y     2

 **Clara DeLay**
Im not the one in cover my ass mode here. Of course you are the one who needs to be defensive!! Im just reciting the REAL facts.

Like · Reply · 1y    😂 1

 **Clara DeLay**



 

**Leo Buehler**
**Mark Davis** Well, she got you. She capitalized 'REAL'. Can't argue with type screaming logic. That's social media trolling 101.

Like · Reply · 1y                                                    😂 2

**Derek Somerville**
**Clara DeLay** Thanks Clara. I tend not to believe the news, or for that matter - most things that I can't prove myself. But I do know what my motives are, and I know there are tons of concerned people out there from all political parties, countless different backgrounds and experience, and most just want what's best for us all. There are of course some bad actors out there, but they're in ever corner of society. I only hope we can get better at discussing things civilly and not immediately assuming a person feels one way or the other until we've taken the opportunity to hear them out. Everyone has something to offer to the discussion, but the contentious back and forth gets tiring fast. On that note, have a great weekend.

Like · Reply · 1y                                                    👍 2

**Clara DeLay**
**Derek Somerville** I hear you! I have a whole life outside of politics and now that I am retired, except as it relates to my pro bono work, I am out of the research business. However, I will not sit idly by while someone pisses on my head and tries to convince me it is rain.

That said, I respect your position and what you say your motives and intent are. I look forward to the civil discussions you propose. Not that YOU have done it, but I will NOT be bullied or sllenced because people are uncomfortable with anything I have to say.

You have a great week-end as well. Blink, and it is gone!!! LOL!

Like · Reply · 1y                                                    👍 1

 Write a reply...

**Jeff E. Quidam**
Governor Kemp is incriminating himself by NOT calling our state legislature into session. Raffensperger is already a convict, but doesn't know it yet.

Like · Reply · 1y                                                    👍😍 7

**Clara DeLay**
Oh, and I'm not big on whining, so somebody tell me if this is where I start whining about "how is this reforming dekalb?"

Like · Reply · 1y

**Alex Brennan**
**Clara DeLay** this isn't Reform DeKalb. You clicked to the original post

Like · Reply · 1y                                                    👍 1

 Write a reply...

**Greg Giglio**
Nice work!!! Let's hope Raffensperger was serious when he threatened fraudulent voters.

Like · Reply · 1y                                                    👍❤️ 5

**Derek Somerville**
**Greg Giglio** Just an example of what's out there.

Like · Reply · 1y

 Write a reply...

**Leo Buehler**
Sounds like Dave is a felon and needs to making big rocks into little rocks for a while, along with never being allowed to vote in federal





**Elizabeth Carden Good**
Can someone make sure our legislators see this?

Like · Reply · 1y    👍❤ 4

> **Mark Davis**
> **Elizabeth Carden Good** They've been read in.
>
> https://youtu.be/lpAqdYGzeEY
>
> ◼
> YOUTUBE.COM
> Georgia Witness Hearing: Mark Davis,
> President of Data Productions
>
> Like · Reply · 1y    👍❤ 4

> **Elizabeth Carden Good**
> **Mark Davis** THANK YOU!!!❤️
>
> Like · Reply · 1y    👍 3

> Write a reply...    ▪ ▪ ▪ ▪

**Kent Byers**
And my understanding is that under current laws the SoS is powerless
to do anything beyond letting his GA voter registration 'age out' due
to inactivity....except that this 'Dave' is active and actively committing
felonies in two states 😥😥

Like · Reply · 1y    👍 7

**Darlene Dodd Whitaker**
Is this one of the guys from NC that has already been arrested? I know
two Republicans were caught and charged with voter fraud in NC.

Like · Reply · 1y    👍 5

**Carmen McClellan**
I am a military wife and we moved this past year to another state from
Georgia.How do I find out if someone used my name to vote in
Georgia or did an absentee ballot?

Like · Reply · 1y    👍 2

> **Mark Davis**
> **Carmen McClelland** If you want to PM me your old address I can
> check it for you.
>
> Like · Reply · 1y    👍 1

> **Derek Somerville**
> This is an easy site for verifying as well:
>
> https://www.mvp.sos.ga.gov/MVP/mvp.do
>
> ◼
> MVP.SOS.GA.GOV
> Georgia My Voter Page
>
> Like · Reply · 1y    👍 2

> **Carmen McClellan**
> **Derek Somerville** thank you so much I will go check!
>
> Like · Reply · 1y    👍 2

> **Carmen McClellan**
> **Mark Davis** I will do that thank you
>
> Like · Reply · 1y    👍 1

> **Brittany Gardner**
> **Carmen McClelland** now I'm curious if you find something lol
>
> Like · Reply · 1y    😂 2

> **Carmen McClellan**
> **Brittany Gardner** we did not find anything thank goodness. 👍
>
> Like · Reply · 1y    👍 3

> Write a reply...    ▪ ▪ ▪ ▪







**Rick McQueen**
Out them all! How can we help?

Like · Reply · 1y    3

**Derek Somerville**
Rick McQueen It's a question we're getting a lot lately, and frankly aren't that prepared to answer. But we're keeping track of who's offering, and hope to expand the effort. There's a lot of keyboards out there...it would be great to be able to put more to work maintaining the integrity of our elections!

Like · Reply · 1y    3

**Rick McQueen**
Derek Somerville let me know!

Like · Reply · 1y    1

**Brenda Stirlen**
If you know someone that died before election can you check their vote?

Like · Reply · 1y    1

**Rick McQueen**
Brenda Stirlen if you know their birthday, go to myvoter page

Like · Reply · 1y    2

**Rick McQueen**
https://www.mvp.sos.ga.gov/MVP/mvp.do

MVP.SOS.GA.GOV
Georgia My Voter Page

Like · Reply · 1y    1

**Sharon Romero**
Let me know. 30 years experience with the law. Love to look at backgrounds and dig as deep as possible.

Like · Reply · 1y    1

Write a reply...

**Pim Tinnin**
Are you listening Winston?

Like · Reply · 1y    2

**Angie Wensmann Boecker**
Lock him up, lock him up

Like · Reply · 1y    4

**Sam Urai**
Dave is a criminal ... Don't be like Dave 😂

Like · Reply · 1y    5

**Clay Dalton**
Dave in the pokey yet?

Like · Reply · 1y    1

**Clay Dalton**
So why has Governor Brian Kemp said there isnt any vote fraud?

Like · Reply · 1y    3

**Mark Davis**
If he said there is no salt in the ocean, would that be true?

¯\_(ツ)_/¯

Like · Reply · 1y    4

**Kathleen Kennedy**
Mark, might be time to change your profile pic. 😔

Like · Reply · 1y

Write a reply...



**John Cassdan**
Go get them, Brother! One at a time if that's what it takes. More importantly, there have to be actual consequences for this shit. I remember you saying before that none of the perpetrators are ever REALLY punished. Maybe if they know they'll get popped, they'll stop. Crime, punishment, and deterrence.

Like · Reply · 1y                                    5

**Diane Rife**
We need 1 flip...Come On PA
MI. AZ GA. WI. NV DEMAND A SPECIAL SESSION NOW!! RALLY FOR THE TALLY

Like · Reply · 1y

**Liz Carter**
Dave needs to be charged in both States!

Like · Reply · 1y                                    6

**Becky Jackanicz**
May I share this?

Like · Reply · 1y

**Glenn B Starnes**
😠

Like · Reply · 1y

**Anna Hubbell**
Oh looky there, Dave's a demonrat too. Figures

Like · Reply · 1y                                    2

**Lana Fowler**
Well that is proof right there

Like · Reply · 1y

**Ron Johnson**
So DAVE Should be prosecuted in BOTH STATES for VOTER FRAUD but he won't be and he's probably going to vote in the run off ANYONE WANT TO BET oh and get away with that vote also

Like · Reply · 1y · Edited

**Bob Snyder**
Hang that prick!!!

Like · Reply · 1y

**Rick Smith**
I think just doing right has become a thing of the past, just sickening

Like · Reply · 1y

**Jimmy Boyer**
With zero consequences
THAT IS THE PROBLEM

Like · Reply · 1y

**Clint Bass**
Dave should be Prosecuted to the full intend of the Law for voter Fraud

Like · Reply · 1y                                    2

**Jan Shepard**
Do your job Raffensperger!

Like · Reply · 1y                                    4

**Hank Ash**
Should be arrested immediately!

Like · Reply · 1y

**Jimmie Ann Lamb**
Dishonest Democrats!

Like · Reply · 1y

**Bobby Breedlove**






Sue Pryor Simpson
**Bobby Breedlove**
N for name, B for date of birth???
Like · Reply · 1y

Bobby Breedlove
It says voter at the top?
Like · Reply · 1y

Beatrix Herbst Trixie Purtill
Oh my word.... Dave is an example name. 😂
Like · Reply · 1y

Bobby Breedlove
**Beatrix Herbst Trixie Purtill** of course. This actually would be a
direct violation of any rules associated with the election if real.
Funny how no one pointed that out.
Like · Reply · 1y

Write a reply...

Brant Jones
**Matt Foley** 🤣1
Like · Reply · 1y

Sue Pryor Simpson
Hope "Dave" will soon have a new residence:
State Prison.
Like · Reply · 1y            👍3

Ronda Martin
Keep digging. We need all TRUTH to come out!!!!!
Like · Reply · 1y            👍3

Ronda Martin
TRUMP. Truth Really Unites More Patriots. TRUMP.
Like · Reply · 1y            👍3

Beatrix Herbst Trixie Purtill
So are they getting arrested for voter fraud yet with 10 years jail time?
That will stop this 🚫⛏️
Like · Reply · 1y            👍1

Beatrix Herbst Trixie Purtill
Ps, hope this goes into Gulliani's pile of evidence. Also send all info to
attorney Lyn Wood.
Like · Reply · 1y            👍2

Brenda Martin
Brian Kemp said there is no voter fraud because he doesn't want to be
re elected
Like · Reply · 1y

Write a comment...



 

(20) Facebook

20+



All    👍 4    ❤️ 1

Whitney Williams                    ⬛ Add Friend

Liz Parsons

Rick McQueen                        ⬛ Add Friend

Joshua Allan Hukill

Mark Davis                          ⬛ Add Friend