**Archived:** Monday, March 29, 2021 12:58:42 PM
**From:** Mark Williams
**Sent:** Friday, December 18, 2020 11:46:11 AM
**To:** Art Department
**Subject:** Fwd: GA Challenge Email Documentation of SIgnatures -FYI
**Sensity:** Normal
**Attachments:**

████████████████████████████

---

---------- Forwarded message ---------
From: **Mark Williams** <mark@printingtradeco.com>
Date: Fri, Dec 18, 2020 at 11:39 AM
Subject: Re: GA Challenge Email Documentation of SIgnatures -FYI
To: Amy Holsworth <amy@truethevote.org>


Got it

On Fri, Dec 18, 2020 at 11:36 AM Amy Holsworth <amy@truethevote.org> wrote:

> 📄 **Fwd: Permission to use signature.eml**
> 📄 **Fwd: True the Vote.em**l

@


---------- Forwarded message ---------
From: Amy Holsworth <amy@truethevote.org>
To: ████████████████████████
Cc:
Bcc:
Date: Fri, 18 Dec 2020 10:09:28 -0600
Subject: Re: True The Vote- Urgent! We Need Your Help
Thank you!  You should have gotten an email with a form to fill out from us at about 8.40 ish this morning.  Go ahead and click the link.   That will be an easier way to get this set up!

Thank you so much.

Warmest Regards,

Amy



https://mail.google.com/mail/u/0?ui=2&ik=dfe892fcff&attid=0.1&permmsgid=msg-f.1686429721075862491&th=176766e56f634bdb&view=att&disp=safe

 Virus-free. www.avast.com

On Thu, Dec 17, 2020 at 9:32 PM True The Vote <amy@truethevote.org> wrote:

**Engelbrecht
Exhibit 36
(1-26-22)**
WWW.DIGITALEVIDENCEGROUP.COM

True The Vote has identified over 500,000 people on the Georgia voter list that shouldn't be there.  These folks are registered to vote but do not meet the requirements of a legal voter in the county in which they are registered.

Georgia law allows any registered voter in a county to challenge any other voter in their county.  True the Vote is funding a campaign to challenge all 500,000 in the state of Georgia.  They are covering all the costs involved.  They are printing the challenge letters,and drop shipping them to each election office in the state.

Why am I telling you all this?  We need one person in each county to agree to be the signer of the letters for your county.

How does it work?  You take a photo of, or scan your signature.  Email it to me with your name as on your voter registration, your home address, and your voter registration number.  In the email you must say we have your permission to use your digital signature to challenge voters in your county.  It's as simple as that. You don't have to do anything else.

To get your voter registration number and to see exactly how your name appears on the voter rolls, go to: https://www.mvp.sos.ga.gov/MVP/mvp.do
To get your registration number you must log in by giving your information and then select the "Print/Email Voter Registration" button at the bottom of the page. Once you do that and then select "Print" you can read your Registration Number. It's in a box near the top of the page. It takes longer to read this than it does to do it.

When the challenge letter is received at your election office they are required by GA law to not let a ballot be cast or counted until the individual that has been challenged comes in and proves they are not dead, or they still live in the same location.  True the Vote has assured me that the list they are challenging is 99.9% likely to be incorrectly registered.

Would you please be the signer for your county? It's a small requirement for you, but your actions could help ensure the election is secure!.

Time is a factor!  The absentee ballots will start being opened on the 21st.  We must get these challenges in before those ballots are opened!

Thank you,

Amy Holswoe

---

 Virus-free. www.avast.com

---------- Forwarded message ----------
From: mvp_noreply@sos.ga.gov
To: Amy@truethevote.org
Cc:
Bcc:
Date: Fri, 18 Dec 2020 04:52:33 +0000
Subject: Precinct Card
Dear ██████████,

As Georgia's Secretary of State, I would like to commend you on taking an active role in the election process.

Attached to this email is the precinct card you requested from the Georgia Secretary of State My Voter Page. If you have any questions regarding your precinct card or any of the information contained on your precinct card, please contact your county registrar.

Your county registrar can be contacted at:

Dekalb County Chief Registrar
Mailing Address: 4380 MEMORIAL DRIVE SUITE 300
                 DECATUR, GA 30032 - 1239
Telephone: (404) 298-4020
Fax: (404) 298-4038
Email: VOTERREG@DEKALBCOUNTYGA.GOV
Website: www.dekalbvotes.com

Def Williams 0375

Sincerely,

Signature

Secretary of State Brad Raffensperger

Do not reply to this email. This email box is not monitored.

---------- Forwarded message ----------
From: Amy Holsworth <amy@truethevote.org>
To: James Cooper <jamescooper.gop@gmail.com>
Cc:
Bcc:
Date: Thu, 17 Dec 2020 22:43:24 -0600
Subject: Re: True The Vote- Urgent
Thank you!!

Amy

Sent from my iPhone

> On Dec 17, 2020, at 10:37 PM, James Cooper <jamescooper.gop@gmail.com> wrote:

> \u-257 ?
> If he follows the link in the email to the SOS website and then follows the instructions in the email that says to click on the print your
> registration card it will pull up his card.  Only the card will show the ID number.

Def Williams 0376

James C. Cooper
*3rd Vice Chair 10th District Republican Party*
*GAGOP State Committee*
*(770) 652-8238*

On Thu, Dec 17, 2020 at 11:10 PM Amy Holsworth <amy@truethevote.org> wrote:
This guy couldn't find his voter registration number.

---------- Forwarded message ---------
From: **Amy Holsworth** <amy@truethevote.org>
Date: Thu, Dec 17, 2020 at 10:02 PM
Subject: Re: True The Vote- Urgent
To: ████████████████████████>

Thank you!

Sent from my iPhone

> On Dec 17, 2020, at 9:58 PM, ██████████████████████████ wrote:

\u-257 ?

Here you go..

On Thursday, December 17, 2020, 10:12:28 PM EST, Amy Holsworth <amy@truethevote.org> wrote:

True The Vote has identified over 500,000 people on the Georgia voter list that shouldn't be there.  These folks are registered to vote but do not meet the requirements of a legal voter in the county in which they are registered.

Georgia law allows any registered voter in a county to challenge any other voter in their county.  True The Vote is funding a campaign to challenge all 500,000 in the state of Georgia.  They are covering all the costs involved.  They are printing the challenge letters,and drop shipping them to each election office in the state.

Why am I telling you all this?  We need one person in each county to agree to be the signer of the letters for your county.

How does it work?  You take a photo of, or scan your signature.  Email it to me with your name as on your voter registration, your home address, and your voter registration number.  In the email you must say we have your permission to use your digital signature to challenge voters in your county.  It's as simple as that. You don't have to do anything else.

To get your voter registration number and to see exactly how your name appears on the voter rolls, go to: https://www.mvp.sos.ga.gov/MVP/mvp.do
To get your registration number you must log in by giving your information and then select the "Print/Email Voter Registration" button at the bottom of the page. Once you do that and then select "Print" you can read your Registration Number. It's in a box near the top of the page. It takes longer to read this than it does to do it.

When the challenge letter is received at your election office they are required by GA law to not let a ballot be cast or counted until the individual that has been challenged comes in and proves they are not dead, or they still live in the same location.  True the Vote has assured me that the list they are challenging is 99.9% likely to be incorrectly registered.

Would you please be the signer for your county? It's a small requirement for you, but your actions could help ensure the election is secure!.

Time is a factor!  The absentee ballots will start being opened on the 21st.  We must get these challenges in before those ballots are opened!

Thank you,

Amy Holsworth

<signature example copy.jpg>

Def Williams 0377

---------- Forwarded message ----------
From: Amy Holsworth <amy@truethevote.org>
To: ████████████████
Cc:
Bcc:
Date: Thu, 17 Dec 2020 20:54:48 -0600
Subject: Re: True The Vote- Urgent! We Need Your Help
Thank you so much!

Warmest Regards,

Amy Holsworth

████████████████████████████████

████████, you have my permission to use my digital signature to challenge the voter list on Wheeler County Georgia.

████████████████
████████████
████████████

Let me know if you need anything else and thank you!

Sent from my iPhone

Def Williams 0378

On Dec 17, 2020, at 9:23 PM, True The Vote <amy@truethevote.org> wrote:

\u-257 ?

True The Vote has identified over 500,000 people on the Georgia voter list that shouldn't be there.  These folks are registered to vote but do not meet the requirements of a legal voter in the county in which they are registered.

Georgia law allows any registered voter in a county to challenge any other voter in their county.  True the Vote is funding a campaign to challenge all 500,000 in the state of Georgia.  They are covering all the costs involved.  They are printing the challenge letters,and drop shipping them to each election office in the state.

Why am I telling you all this?  We need one person in each county to agree to be the signer of the letters for your county.

How does it work?  You take a photo of, or scan your signature.  Email it to me with your name as on your voter registration, your home address, and your voter registration number.  In the email you must say we have your permission to use your digital signature to challenge voters in your county.  It's as simple as that. You don't have to do anything else.

To get your voter registration number and to see exactly how your name appears on the voter rolls, go to: https://www.mvp.sos.ga.gov/MVP/mvp.do
To get your registration number you must log in by giving your information and then select the "Print/Email Voter Registration" button at the bottom of the page. Once you do that and then select "Print" you can read your Registration Number. It's in a box near the top of the page. It takes longer to read this than it does to do it.

When the challenge letter is received at your election office they are required by GA law to not let a ballot be cast or counted until the individual that has been challenged comes in and proves they are not dead, or they still live in the same location.  True the Vote has assured me that the list they are challenging is 99.9% likely to be incorrectly registered.

Would you please be the signer for your county? It's a small requirement for you, but your actions could help ensure the election is secure!.

Time is a factor!  The absentee ballots will start being opened on the 21st.  We must get these challenges in before those ballots are opened!

Thank you,

Amy Holswoe


---------- Forwarded message ----------
From: Amy Holsworth <amy@truethevote.org>
To: ███████████████████
Cc:
Bcc:
Date: Thu, 17 Dec 2020 20:42:22 -0600
Subject: Re: True The Vote- Urgent! We Need Your Help
Thank you!!

Sent from my iPhone


On Dec 17, 2020, at 8:40 PM, Betsy Young <tcgopchair@gmail.com> wrote:


\u-257 ?
I registered through Ron Johnson
I have given permission to use my name, signature electronically , and I included my voter ID registration card.
████████████████

Def Williams 0379

On Thu, Dec 17, 2020 at 9:23 PM True The Vote <amy@truethevote.org> wrote:

True The Vote has identified over 500,000 people on the Georgia voter list that shouldn't be there.  These folks are registered to vote but do not meet the requirements of a legal voter in the county in which they are registered.

Georgia law allows any registered voter in a county to challenge any other voter in their county.  True the Vote is funding a campaign to challenge all 500,000 in the state of Georgia.  They are covering all the costs involved.  They are printing the challenge letters,and drop shipping them to each election office in the state.

Why am I telling you all this?  We need one person in each county to agree to be the signer of the letters for your county.

How does it work?  You take a photo of, or scan your signature.  Email it to me with your name as on your voter registration, your home address, and your voter registration number.  In the email you must say we have your permission to use your digital signature to challenge voters in your county.  It's as simple as that. You don't have to do anything else.

To get your voter registration number and to see exactly how your name appears on the voter rolls, go to: https://www.mvp.sos.ga.gov/MVP/mvp.do

To get your registration number you must log in by giving your information and then select the "Print/Email Voter Registration" button at the bottom of the page. Once you do that and then select "Print" you can read your Registration Number. It's in a box near the top of the page. It takes longer to read this than it does to do it.

When the challenge letter is received at your election office they are required by GA law to not let a ballot be cast or counted until the individual that has been challenged comes in and proves they are not dead, or they still live in the same location.  True the Vote has assured me that the list they are challenging is 99.9% likely to be incorrectly registered.

Would you please be the signer for your county? It's a small requirement for you, but your actions could help ensure the election is secure!.

Time is a factor!  The absentee ballots will start being opened on the 21st.  We must get these challenges in before those ballots are opened!

Thank you,

Amy Holswoe

---

---------- Forwarded message ----------
From: James Cooper <jamescooper.gop@gmail.com>
To: Amy Holsworth <amy@truethevote.org>
Cc:
Bcc:
Date: Thu, 17 Dec 2020 21:31:17 -0500
Subject: Re: Crawford County
I don't even know who that is.  Sorry.

James C. Cooper
*3rd Vice Chair 10th District Republican Party*
*GAGOP State Committee*
*(770) 652-8238*

On Thu, Dec 17, 2020 at 7:09 PM Amy Holsworth <amy@truethevote.org> wrote:

Do you have ███████ address?

Amy

---

---------- Forwarded message ----------
From: James Cooper <jamescooper.gop@gmail.com>
To: Amy Holsworth <amy@truethevote.org>
Cc:

Def Williams 0380

Bcc:
Date: Thu, 17 Dec 2020 21:30:38 -0500
Subject: Re: Early County
I wouldn't think so.  This sheet is for internal party use.

James C. Cooper
*3rd Vice Chair 10th District Republican Party*
*GAGOP State Committee*
*(770) 652-8238*

On Thu, Dec 17, 2020 at 7:13 PM Amy Holsworth <amy@truethevote.org> wrote:

> James,
>
> Is ██████ registered at a PO Box?
>
> Amy

---------- Forwarded message ----------
From: ███████████████>
To: Amy Holsworth <amy@truethevote.org>
Cc:
Bcc:
Date: Thu, 17 Dec 2020 21:20:02 -0500
████████████████
██████████████828
Registration # ???

Sent from my iPhone

> On Dec 17, 2020, at 8:57 PM, Amy Holsworth <amy@truethevote.org> wrote:
>
> \u-257 ?
> Good Evening,
>
> Thank you for agreeing to help with the challenge to the voter rolls in your county.
>
> Please respond with your authorization for True the Vote to file this challenge and to use your signature.  Can you also please verify your address and voter registration number?
>
> Warmest Regards,
>
> Amy

---------- Forwarded message ----------
From: Y ██████████████>
To: amy@truethevote.org
Cc:
Bcc:
Date: Fri, 18 Dec 2020 02:14:11 +0000 (UTC)
Subject: Re: White County
Good evening Amy,

My voter id is ████████ in Georgia. The address is ████████ Cleveland GA 30528. I do authorize True the Vote to file a challenge to the voter rolls in

Def Williams 0381

my county (White). Please allow this email as proof of my consent and signature solely for the purpose of filing the challenge.



Sent from Yahoo Mail on Android

On Thu, Dec 17, 2020 at 9:01 PM, Amy Holsworth <amy@truethevote.org> wrote:

> Good Evening,
>
> Thank you for agreeing to help with the challenge to the voter rolls in your county.
>
> Please respond with your authorization for True the Vote to file this challenge and to use your signature.  Can you also please verify your address and voter registration number?
>
> Warmest Regards,
>
> Amy

---------- Forwarded message ----------
From: James Cooper <jamescooper.gop@gmail.com>
To: Mark Williams <mark@printingtradeco.com>, Ron Johnson <chairman@windstream.net>, Catherine Engelbrecht <catherine@truethevote.org>, Gregg Phillips <gregg@opsec.group>, Amy Holsworth <amy@truethevote.org>, John David Phillips <johndavid@opsec.group>, Art Department <art@printingtradeco.com>
Cc:
Bcc:
Date: Thu, 17 Dec 2020 20:40:07 -0500
Subject: Fwd: True the Vote

James C. Cooper
3rd Vice Chair 10th District Republican Party
GAGOP State Committee
(770) 652-8238

---------- Forwarded message ----------
From: ████████████████████████
Date: Thu, Dec 17, 2020 at 7:52 PM
Subject: Re: True the Vote
To: James Cooper <jamescooper.gop@gmail.com>

Sorry I got wrapped up in things today and forgot to send until I got settled in back at home.

On Thu, Dec 17, 2020 at 9:50 AM James Cooper <jamescooper.gop@gmail.com> wrote:

> Thank you for your support!  I still need an image of your signature.
>
> Thanks
>
> On Thu, Dec 17, 2020, 8:21 AM Greg Clifton <deeprootsinga@gmail.com> wrote:
>
>> Good morning James,
>>
>> First, let me say thank you to both you and True The Vote for working to insure fair and honest elections. With all the contention and distrust of the system after the November Presidential Election, I view your efforts as essential to reassure the public that future elections are conducted according to the law. Accordingly,

Def Williams 0382

I, ███████████████████, hereby give permission for True The Vote to use my name on challenge letters regarding voters who no longer reside in Fayette County, GA but whose names are still on the active voter list.

My Voter Registration number is: ████████

My home address is:
████████████
████████████

Best regards,
█████████

On Wed, Dec 16, 2020 at 9:48 PM James Cooper <jamescooper.gop@gmail.com> wrote:

I am working on a project with True the Vote. We have identified over 500,000 people on the Georgia voter list that shouldn't be there. These folks are registered to vote but do not meet the requirements of a legal voter in the county in which they are registered.

Georgia law allows any registered voter in a county to challenge any other voter in their county. True the Vote is funding a campaign to challenge all 500,000 in the state of Georgia. They are covering all the costs involved. They are printing the challenge letters, and drop shipping them to each election office in the state. If this very type action had been taken back in October it is very likely Trump would have won Georgia! We can't look back now we must look forward and save the senate!

Why am I telling you all this? As I said at the start, I'm working with True the Vote on this very important issue. We need one person in each county to agree to be the signer of the letters for your county.

How does it work? You take a photo of, or scan your signature. Email it to me with your name as on your voter registration, your home address, and your voter registration number. In the email you must say we have your permission to use your digital signature to challenge voters in your county. It's as simple as that. You don't have to do anything else.

To get your voter registration number and to see exactly how your name appears on the voter rolls, go to: https://www.mvp.sos.ga.gov/MVP/mvp.do
To get your registration number you must log in by giving your information and then select the "Print/Email Voter Registration" button at the bottom of the page. Once you do that and then select "Print" you can read your Registration Number. It's in a box near the top of the page. It takes longer to read this than it does to do it.

When the challenge letter is received at your election office they are required by GA law to not let a ballot be cast or counted until the individual that has been challenged comes in and proves they are not dead, or they still live in the same location. True the Vote has assured me that the list they are challenging is 99.9% likely to be incorrectly registered.

I'm the signer for my county here in Walton. Would you please be the signer for your county? It's a small requirement for you, but your actions could save our US Senate elections.

Time is a factor! The absentee ballots will start being opened on the 21st. We must get these challenges in before those ballots are opened!

Thank you,

James C. Cooper
*3rd Vice Chair 10th District Republican Party*
*GAGOP State Committee*
*(770) 652-8238*

---------- Forwarded message ----------
From: Amy Holsworth <amy@truethevote.org>
To: James Cooper <jamescooper.gop@gmail.com>
Cc:
Bcc:
Date: Thu, 17 Dec 2020 17:35:34 -0600
Subject: Re: Johnson County
Thank you!

On Thu, Dec 17, 2020 at 5:29 PM James Cooper <jamescooper.gop@gmail.com> wrote:

Def Williams 0383

He is the Jefferson County Chairman that agreed to do this. ████████ s for Johnson County.

James C. Cooper
*3rd Vice Chair 10th District Republican Party*
*GAGOP State Committee*
*(770) 652-8238*

On Thu, Dec 17, 2020 at 6:27 PM Amy Holsworth <amy@truethevote.org> wrote:

James, is this gentleman from Jefferson or Johnson County?

Amy

On Wed, Dec 16, 2020 at 4:42 PM James Cooper <jamescooper.gop@gmail.com> wrote:

I agree to allow True the Vote to use my name in challenging voters in Jefferson county.

████████

████████████

---------- Forwarded message ----------
From: James Cooper <jamescooper.gop@gmail.com>
To: Mark Williams <mark@printingtradeco.com>, Ron Johnson <chairman@windstream.net>, Catherine Engelbrecht <catherine@truethevote.org>, Gregg Phillips <gregg@opsec.group>, Amy Holsworth <amy@truethevote.org>, John David Phillips <johndavid@opsec.group>, Art Department <art@printingtradeco.com>
Cc:
Bcc:
Date: Thu, 17 Dec 2020 18:19:24 -0500
Subject: Fwd: Absentee voters in Taliaferro County who do not live here.-- True to Vote

---------- Forwarded message ----------
From: ████████████████████
Date: Thu, Dec 17, 2020, 3:38 PM
Subject: Absentee voters in Taliaferro County who do not live here.-- True to Vote
To: James Cooper <jamescooper.gop@gmail.com>

James Cooper;
True to Vote has my permission to challenge in my name any voter registered in Taliaferro County who currently does not reside in Taliaferro County.

The Superintendent of Elections in Taliaferro County is:

Superintendent of Elections

Judge Clarris Stevens

Taliaferro County Courthouse

PO BOX 182

Crawfordville, GA 30631

My voter Reg ID Id is ████████

Registration Date: 06/18/2008

VOTER REGISTRATION OFFICE PO BOX 9

CRAWFORDVILLE GA 30631 PHONE: 706-456-3563

**TALIAFERRO COUNTY PRECINCT CARD**

REG. DATE      ISSUE DATE.      **REG. No.**

06/18/2008      12/17/2020.      ██████

Signature:

---------- Forwarded message ----------
From: James Cooper <jamescooper.gop@gmail.com>
To: Mark Williams <mark@printingtradeco.com>, Ron Johnson <chairman@windstream.net>, Catherine Engelbrecht <catherine@truethevote.org>, Gregg Phillips <gregg@opsec.group>, Amy Holsworth <amy@truethevote.org>, John David Phillips <johndavid@opsec.group>, Art Department <art@printingtradeco.com>
Cc:
Bcc:
Date: Thu, 17 Dec 2020 11:22:01 -0500
Subject: Fwd: Use my signature for True the Vote Butts Co Ga
Butts County

James C. Cooper
*3rd Vice Chair 10th District Republican Party*
*GAGOP State Committee*
*(770) 652-8238*

---------- Forwarded message ----------
From: ████████████████████ >
Date: Thu, Dec 17, 2020 at 11:13 AM
Subject: Use my signature for True the Vote Butts Co Ga
To: jamescooper.gop@gmail.com <jamescooper.gop@gmail.com>

My phone number is ████████████
Call me if you have questions, thx for your work

███████████

Get Outlook for iOS

---------- Forwarded message ----------
From: James Cooper <jamescooper.gop@gmail.com>
To: Mark Williams <mark@printingtradeco.com>, Ron Johnson <chairman@windstream.net>, Catherine Engelbrecht <catherine@truethevote.org>, Gregg Phillips <gregg@opsec.group>, Amy Holsworth <amy@truethevote.org>, John David Phillips <johndavid@opsec.group>, Art Department <art@printingtradeco.com>
Cc:
Bcc:
Date: Wed, 16 Dec 2020 23:02:12 -0500
Subject: Fwd: True the Vote (Clayton County)

James C. Cooper
*3rd Vice Chair 10th District Republican Party*
*GAGOP State Committee*

Def Williams 0385

*(770) 652-8238*

---------- Forwarded message ---------
From: ████████████████████████ >
Date: Wed, Dec 16, 2020 at 9:46 PM
Subject: RE: True the Vote (Clayton County)
To: jamescooper.gop@gmail.com <jamescooper.gop@gmail.com>
Cc: Clayton County GOP <chairmanccgop@gmail.com>

James,

Attached is the scan of my signature.  Below is the info you requested:



You have my permission to use my digital signature to challenge voters in Clayton County.

Thank you for your efforts to ensure our democracy is not corrupted by voter fraud, be it intentional or unintentional.



---------- Forwarded message ---------
From: James Cooper <jamescooper.gop@gmail.com>
To: Mark Williams <mark@printingtradeco.com>, Ron Johnson <chairman@windstream.net>, Catherine Engelbrecht <catherine@truethevote.org>, Gregg Phillips <gregg@opsec.group>, Amy Holsworth <amy@truethevote.org>, John David Phillips <johndavid@opsec.group>, Art Department <art@printingtradeco.com>
Cc:
Bcc:
Date: Wed, 16 Dec 2020 23:25:09 -0500
Subject: Fwd: Voter challenge in Oconee County
Oconee county

James C. Cooper
*3rd Vice Chair 10th District Republican Party*
*GAGOP State Committee*
*(770) 652-8238*

---------- Forwarded message ---------
From: ████████████████████████ >
Date: Wed, Dec 16, 2020 at 11:24 PM
Subject: Voter challenge in Oconee County
To: <jamescooper.gop@gmail.com>



True the Vote has my permission to use my digital signature to challenge voters in Oconee County, Georgia.

Def Williams 0386

---------- Forwarded message ----------
From: James Cooper <jamescooper.gop@gmail.com>
To: Mark Williams <mark@printingtradeco.com>, Ron Johnson <chairman@windstream.net>, Catherine Engelbrecht <catherine@truethevote.org>, Gregg Phillips <gregg@opsec.group>, Amy Holsworth <amy@truethevote.org>, John David Phillips <johndavid@opsec.group>, Art Department <art@printingtradeco.com>
Cc:
Bcc:
Date: Wed, 16 Dec 2020 21:05:41 -0500
Subject: Fwd: True the Vote
Douglas County

James C. Cooper
*3rd Vice Chair 10th District Republican Party*
*GAGOP State Committee*
*(770) 652-8238*

---------- Forwarded message ----------
From: █████████████████████████ >
Date: Wed, Dec 16, 2020 at 8:04 PM
Subject: Re: True the Vote
To: James Cooper <jamescooper.gop@gmail.com>

Hello James,

It was a pleasure to speak with you. I would like to be a part of the "True The Vote" effort.

Attached you will find a .pdf of my voter card and a photo of my signature. Through "True The Vote", you have your permission to use my digital signature to challenge voters in Douglas County, Georgia.



On Wednesday, December 16, 2020, 07:03:01 PM EST, James Cooper <jamescooper.gop@gmail.com> wrote:

I am working on a project with True the Vote.  We have identified over 500,000 people on the Georgia voter list that shouldn't be there.  These folks are registered to vote but do not meet the requirements of a legal voter in the county in which they are registered.

Georgia law allows any registered voter in a county to challenge any other voter in their county.  True the Vote is funding a campaign to challenge all 500,000 in the state of Georgia.  They are covering all the costs involved.  They are printing the challenge letters,and drop shipping them to each election office in the state.  If this very type action had been taken back in October it is very likely Trump would have won Georgia!  We can't look back now we must look forward and save the senate!

Why am I telling you all this?  As I said at the start, I'm working with True the Vote on this very important issue.  We need one person in each county to agree to be the signer of the letters for your county.

How does it work?  You take a photo of, or scan your signature.  Email it to me with your name as on your voter registration, your home address, and your voter registration number.  In the email you must say we have your permission to use your digital signature to challenge voters in your county.  It's as simple as that. You don't have to do anything else.

To get your voter registration number and to see exactly how your name appears on the voter rolls, go to: https://www.mvp.sos.ga.gov/MVP/mvp.do
To get your registration number you must log in by giving your information and then select the "Print/Email Voter Registration" button at the bottom of the page. Once you do that and then select "Print" you can read your Registration Number. It's in a box near the top of the page. It takes longer to read this than it does to do it.

When the challenge letter is received at your election office they are required by GA law to not let a ballot be cast or counted until the individual that has been challenged comes in and proves they are not dead, or they still live in the same location.  True the Vote has assured me that the list they are challenging is 99.9% likely to be incorrectly registered.

I'm the signer for my county here in Walton.  Would you please be the signer for your county? It's a small requirement for you, but your actions could save our US Senate elections.

Time is a factor!  The absentee ballots will start being opened on the 21st.  We must get these challenges in before those ballots are opened!

Def Williams 0387

Thank you,

James C. Cooper
*3rd Vice Chair 10th District Republican Party*
*GAGOP State Committee*
*(770) 652-8238*

---------- Forwarded message ----------
From: James Cooper <jamescooper.gop@gmail.com>
To: Mark Williams <mark@printingtradeco.com>, Ron Johnson <chairman@windstream.net>, Catherine Engelbrecht <catherine@truethevote.org>, Gregg Phillips <gregg@opsec.group>, Amy Holsworth <amy@truethevote.org>, Art Department <art@printingtradeco.com>, John David Phillips <johndavid@opsec.group>
Cc:
Bcc:
Date: Wed, 16 Dec 2020 15:12:19 -0500
Subject: Fwd: ▓▓▓▓▓▓▓
Walton County

James C. Cooper
*3rd Vice Chair 10th District Republican Party*
*GAGOP State Committee*
*(770) 652-8238*

---------- Forwarded message ----------
From: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓>
Date: Wed, Dec 16, 2020 at 1:47 PM
Subject: ▓▓▓▓▓▓▓
To: <jamescooper.gop@gmail.com>

▓▓▓▓▓▓▓▓▓▓▓▓▓▓

I ▓▓▓▓▓▓▓▓ do give permission for my signature to be used for only the purpose of challenging votes in Walton County Georgia.

Sent from my iPhone

---------- Forwarded message ----------
From: James Cooper <jamescooper.gop@gmail.com>
To: Mark Williams <mark@printingtradeco.com>, Ron Johnson <chairman@windstream.net>, Catherine Engelbrecht <catherine@truethevote.org>, Gregg Phillips <gregg@opsec.group>, Amy Holsworth <amy@truethevote.org>, Art Department <art@printingtradeco.com>, John David Phillips <johndavid@opsec.group>
Cc:
Bcc:
Date: Wed, 16 Dec 2020 11:27:27 -0500
Subject: Fwd: ▓▓▓▓▓▓▓▓▓▓▓▓
Cherokee County

James C. Cooper
*3rd Vice Chair 10th District Republican Party*
*GAGOP State Committee*
*(770) 652-8238*

---------- Forwarded message ----------

From: ███████████████████████████ >
Date: Wed, Dec 16, 2020 at 11:19 AM
Subject: ████████████████████
To: James Cooper <jamescooper.gop@gmail.com>


VOTER REGISTRATION OFFICE REG. DATE ISSUE DATE 12/16/2020 REG. No. ████ MARIETTA HWY Suite 100 08/29/2014 00106507 CHEROKEE COUNTY
PRECINCT CARD VOTING DISTRICTS: 011 CONG 056 SENAT 046 HOUSE BLRD JUDIC 002 COMMI 003 SCHOL ██████████████   ████████████████
WOODSTOCK GA 30188 -

Voter info for ████████ - also attaching my signature to use - for Cherokee




---------- Forwarded message ----------
From: James Cooper <jamescooper.gop@gmail.com>
To: Mark Williams <mark@printingtradeco.com>, Ron Johnson <chairman@windstream.net>, Catherine Engelbrecht <catherine@truethevote.org>, Gregg
Phillips <gregg@opsec.group>, Amy Holsworth <amy@truethevote.org>, Art Department <art@printingtradeco.com>, John David Phillips
<johndavid@opsec.group>
Cc:
Bcc:
Date: Wed, 16 Dec 2020 15:13:16 -0500
Subject: Fwd: True the Vote
Cobb County

James C. Cooper
*3rd Vice Chair 10th District Republican Party*
*GAGOP State Committee*
*(770) 652-8238*


---------- Forwarded message ----------
From: ███████████████████████████
Date: Wed, Dec 16, 2020 at 11:31 AM
Subject: Re: True the Vote
To: James Cooper <jamescooper.gop@gmail.com>


True the Vote has my permission to use my signature to challenge the illegal votes in Cobb County.

████████████

On Wed, Dec 16, 2020, 11:20 AM James Cooper <jamescooper.gop@gmail.com> wrote:
I am working on a project with True the Vote. We have identified over 500,000 people on the Georgia voter list that shouldn't be there. These folks are
registered to vote but do not meet the requirements of a legal voter in the county in which they are registered.

Georgia law allows any registered voter in a county to challenge any other voter in their county. True the Vote is funding a campaign to challenge all 500,000 in
the state of Georgia. They are covering all the costs involved. They are printing the challenge letters, and drop shipping them to each election office in the
state. If this very type action had been taken back in October it is very likely Trump would have won Georgia! We can't look back now we must look
forward and save the senate!

Why am I telling you all this? As I said at the start, I'm working with True the Vote on this very important issue. We need one person in each county to agree
to be the signer of the letters for your county.

How does it work? You take a photo of, or scan your signature. Email it to me with your name as on your voter registration, your home address, and your
voter registration number. In the email you must say we have your permission to use your digital signature to challenge voters in your county. It's as simple as
that. You don't have to do anything else.

To get your voter registration number and to see exactly how your name appears on the voter rolls, go to: https://www.mvp.sos.ga.gov/MVP/mvp.do

Def Williams 0389

To get your registration number you must log in by giving your information and then select the "Print/Email Voter Registration" button at the bottom of the page. Once you do that and then select "Print" you can read your Registration Number. It's in a box near the top of the page. It takes longer to read this than it does to do it.

When the challenge letter is received at your election office they are required by GA law to not let a ballot be cast or counted until the individual that has been challenged comes in and proves they are not dead, or they still live in the same location.  True the Vote has assured me that the list they are challenging is 99.9% likely to be incorrectly registered.

I'm the signer for my county here in Walton.  Would you please be the signer for your county? It's a small requirement for you, but your actions could save our US Senate elections.

Time is a factor!  The absentee ballots will start being opened on the 21st.  We must get these challenges in before those ballots are opened!

Thank you,

James C. Cooper
*3rd Vice Chair 10th District Republican Party*
*GAGOP State Committee*
*(770) 652-8238*

---------- Forwarded message ----------
From: James Cooper <jamescooper.gop@gmail.com>
To: Mark Williams <mark@printingtradeco.com>, Ron Johnson <chairman@windstream.net>, Catherine Engelbrecht <catherine@truethevote.org>, Gregg Phillips <gregg@opsec.group>, Amy Holsworth <amy@truethevote.org>, Art Department <art@printingtradeco.com>, John David Phillips <johndavid@opsec.group>
Cc:
Bcc:
Date: Wed, 16 Dec 2020 11:12:56 -0500
Subject: Fwd: Gordon Rhoden (True the Vote) Clarke County
Clark County

James C. Cooper
*3rd Vice Chair 10th District Republican Party*
*GAGOP State Committee*
*(770) 652-8238*

---------- Forwarded message ----------
From: **James Cooper** <james.onestrategic@gmail.com>
Date: Wed, Dec 16, 2020 at 11:01 AM
Subject: Fwd: ███████████████████ Clarke County
To: <jamescooper.gop@gmail.com>

---------- Forwarded message ----------
From: <chairman@athensgop.com>
Date: Wed, Dec 16, 2020, 9:03 AM
Subject: ████████████████ Clarke County
To: <james.onestrategic@gmail.com>
Cc: ████████████████████████ >

████████ gives True the Vote permission to use his name and digital signature in challenging voters in Clarke County Georgia. Digital signature is attached.

---------- Forwarded message ----------
From: James Cooper <jamescooper.gop@gmail.com>
To: Mark Williams <mark@printingtradeco.com>, Amy Holsworth <amy@truethevote.org>, Art Department <art@printingtradeco.com>, Catherine Engelbrecht <catherine@truethevote.org>, Gregg Phillips <gregg@opsec.group>, John David Phillips <johndavid@opsec.group>, Ron Johnson <chairman@windstream.net>
Cc:
Bcc:
Date: Wed, 16 Dec 2020 11:18:24 -0500
Subject: Fwd: Me help you save the Senate
Johnson County

James C. Cooper
*3rd Vice Chair 10th District Republican Party*
*GAGOP State Committee*
*(770) 652-8238*

---------- Forwarded message ---------
From: ███████████████████ >
Date: Wed, Dec 16, 2020 at 2:16 AM
Subject: Re: Me help you save the Senate
To: James Cooper <jamescooper.gop@gmail.com>

Johnson County - True The Vote



    You have my permission to use my digital signature to challenge voters in Johnson County,

On Tue, Dec 15, 2020 at 11:53 AM James Cooper <jamescooper.gop@gmail.com> wrote:

I am working on a project with True the Vote. We have identified over 500,000 people on the Georgia voter list that shouldn't be there. These folks are registered to vote but do not meet the requirements of a legal voter in the county in which they are registered.

Georgia law allows any registered voter in a county to challenge any other voter in their county. True the Vote is funding a campaign to challenge all 500,000 in the state of Georgia. They are covering all the costs involved. They are printing the challenge letters, and drop shipping them to each election office in the state. If this very type action had been taken back in October it is very likely Trump would have won Georgia! We can't look back now we must look forward and save the senate!

Why am I telling you all this? As I said at the start, I'm working with True the Vote on this very important issue. We need one person in each county to agree to be the signer of the letters for your county.

How does it work? You take a photo of, or scan your signature. Email it to me with your name as on your voter registration, your home address, and your voter registration number. In the email you must say we have your permission to use your digital signature to challenge voters in your county. It's as simple as that. You don't have to do anything else.

To get your voter registration number and to see exactly how your name appears on the voter rolls, go to: https://www.mvp.sos.ga.gov/MVP/mvp.do
To get your registration number you must log in by giving your information and then select the "Print/Email Voter Registration" button at the bottom of the page. Once you do that and then select "Print" you can read your Registration Number. It's in a box near the top of the page. It takes longer to read this than it does to do it.

When the challenge letter is received at your election office they are required by GA law to not let a ballot be cast or counted until the individual that has been

Def Williams 0391

challenged comes in and proves they are not dead, or they still live in the same location. True the Vote has assured me that the list they are challenging is 99.9% likely to be incorrectly registered.

I'm the signer for my county here in Walton. Would you please be the signer for your county? It's a small requirement for you, but your actions could save our US Senate elections.

Time is a factor! The absentee ballots will start being opened on the 21st. We must get these challenges in before those ballots are opened!

Thank you,

---------- Forwarded message ----------
From: James Cooper <jamescooper.gop@gmail.com>
To: Mark Williams <mark@printingtradeco.com>, "Chairman@windstream.net" <Chairman@windstream.net>, Amy Holsworth <amy@truethevote.org>, Art Department <art@printingtradeco.com>, Catherine Engelbrecht <catherine@truethevote.org>, Gregg Phillips <gregg@opsec.group>, John David Phillips <johndavid@opsec.group>
Cc:
Bcc:
Date: Tue, 15 Dec 2020 22:18:21 -0500
Subject: Fwd: True the Vote

James C. Cooper
*3rd Vice Chair 10th District Republican Party*
*GAGOP State Committee*
*(770) 652-8238*

---------- Forwarded message ---------
From: ████████████████████████████
Date: Tue, Dec 15, 2020 at 10:14 PM
Subject: Re: True the Vote
To: James Cooper <jamescooper.gop@gmail.com>

James,

I just realized a typo in my address:

████████████████████
████████████████████████████

**From:** ████████████████████████████
**Sent:** Tuesday, December 15, 2020 10:10 PM
**To:** James Cooper <jamescooper.gop@gmail.com>
**Subject:** Re: True the Vote

Def Williams 0392

Image



I authorize True the Vote to use my signature for challenges in Fulton County, GA.

Thanks,

---

**From:** James Cooper <jamescooper.gop@gmail.com>
**Sent:** Tuesday, December 15, 2020 9:55:55 PM
**To:** carolinejeffords@hotmail.com <carolinejeffords@hotmail.com>
**Subject:** True the Vote

I am working on a project with True the Vote. We have identified over 500,000 people on the Georgia voter list that shouldn't be there. These folks are registered to vote but do not meet the requirements of a legal voter in the county in which they are registered.

Georgia law allows any registered voter in a county to challenge any other voter in their county. True the Vote is funding a campaign to challenge all 500,000 in the state of Georgia. They are covering all the costs involved. They are printing the challenge letters,and drop shipping them to each election office in the state. If this very type action had been taken back in October it is very likely Trump would have won Georgia! We can't look back now we must look forward and save the senate!

Why am I telling you all this? As I said at the start, I'm working with True the Vote on this very important issue. We need one person in each county to agree to

Def Williams 0393

be the signer of the letters for your county.

How does it work?  You take a photo of, or scan your signature.  Email it to me with your name as on your voter registration, your home address, and your voter registration number.  In the email you must say we have your permission to use your digital signature to challenge voters in your county.  It's as simple as that. You don't have to do anything else.

To get your voter registration number and to see exactly how your name appears on the voter rolls, go to: https://www.mvp.sos.ga.gov/MVP/mvp.do
To get your registration number you must log in by giving your information and then select the "Print/Email Voter Registration" button at the bottom of the page. Once you do that and then select "Print" you can read your Registration Number. It's in a box near the top of the page. It takes longer to read this than it does to do it.

When the challenge letter is received at your election office they are required by GA law to not let a ballot be cast or counted until the individual that has been challenged comes in and proves they are not dead, or they still live in the same location.  True the Vote has assured me that the list they are challenging is 99.9% likely to be incorrectly registered.

I'm the signer for my county here in Walton.  Would you please be the signer for your county? It's a small requirement for you, but your actions could save our US Senate elections.

Time is a factor!  The absentee ballots will start being opened on the 21st.  We must get these challenges in before those ballots are opened!

Thank you,

James C. Cooper
*3rd Vice Chair 10th District Republican Party*
*GAGOP State Committee*
*(770) 652-8238*


---------- Forwarded message ----------
From: Amy Holsworth <amy@truethevote.org>
To: James Cooper <jamescooper.gop@gmail.com>
Cc:
Bcc:
Date: Tue, 15 Dec 2020 19:48:18 -0600
Subject: Re: Signature, etc...
got it!

Amy

On Tue, Dec 15, 2020 at 6:52 PM James Cooper <jamescooper.gop@gmail.com> wrote:
  Oglethorpe

  James C. Cooper
  *3rd Vice Chair 10th District Republican Party*
  *GAGOP State Committee*
  *(770) 652-8238*


  ---------- Forwarded message ----------
  From: ███████████████████████
  Date: Tue, Dec 15, 2020 at 7:41 PM
  Subject: Signature, etc...
  To: James Cooper <jamescooper.gop@gmail.com>


---------- Forwarded message ----------
From: Amy Holsworth <amy@truethevote.org>
To: James Cooper <jamescooper.gop@gmail.com>

Cc:
Bcc:
Date: Tue, 15 Dec 2020 19:32:20 -0600
Subject: Re: My Permission
Thank you!

Amy

On Tue, Dec 15, 2020 at 7:23 PM Amy Holsworth <amy@truethevote.org> wrote:
> Thank you.
>
> Amy
>
> On Tue, Dec 15, 2020 at 3:07 PM James Cooper <jamescooper.gop@gmail.com> wrote:
>> Dodge County

Def Williams 0395