

> HOME | > RESIDENTS | > BUSINESSES | > VISITORS | > HELP A to Z | > DEPARTMENTS

CONTACT US   ABOUT US   MEDIA ROOM                Font Size: S M L

**DROP BOX**
Drop Box for Mail Ballots
**Free** - No Postage Necessary
226 Candler Street, Homer



Andra Phagan

### Provisional
### Board of Elections Meeting
### Friday, Jan. 8, 2021 at 4:00 p.m.

---

### 56 Provisioanl Ballots
<u>Click Here to View Provisional List</u>
### 18 UOCAVA (Outstanding Military Ballots)

---

<u>Clcik Here to View Challenge Electors List for January 5, 2021 Runoff Election</u>

---

Email:
Registrars@co.banks.ga.us



New Voting Equipment
Online Voter Registration
Absentee Ballot Application

### January 5, 2021

Runoff Elections
Unofficial & Incomlete

US Senate
David A. Perdue (I) Rep - 6,582
Jon Ossoff (Dem) - 829

US Senate
Kelly Loeffler (I) Rep - 6,555
Raphael Warnock (Dem) - 853

Public Service Commissioner District 4
Lauren Bubba McDonald, Jr. (I) Rep - 6,554
Daniel Blackman (Dem) - 795

<u>Unofficial & Incomplete Results Report</u>

---



Download Georgia's New Election Registration App
for the iphone
and the android.

Pursuant to O.C.G.A. 21-2-386 notice is hereby given that the tabulation of the absentee ballots returned of votes cast in the January 5, 2021, Runoff General Election, Special Election will take place in the Office of the Election Supervisor, located at 226 Candler Street, Homer, Georgia, on Tuesday, December 29, 2020 beginning at 9:00 a.m.
Ballots will be scanned but no tabulation will occur before 7:00 p.m. on Tuesday, January 5, 2021.

---

ETHICS
Elected Official/Candidate Login

New Candidate Registration

### Board of Elections and Voter Registration

**Mission:**
The Board of Elections' primary responsibility is to ensure election compliance within its jurisdiction. Their responsibilities include the registration of voters, certification of candidates for the ballot, maintenance and set-up of voting machines, appointment and training of election workers, poll workers and certifying of all election results.

Georgia Secretary of State Raffensperger Visits the
Banks County Elections Office



,

**Services:**

*** 2020 Election Events:**

| Election | Election Date | Voter Registration Deadline | Mail Voting Period | In-Person Voting Period | Saturday In-Person Voting |
|---|---|---|---|---|---|
| Presidential Preference Primary | March 24, 2020 | Feb.24, 2020 | Feb. 4 thru March 20 | March 2 thru March 20 | March 14 |
| General Primary/ Nonpartisan | May 19, 2020 | April 20, 2020 | March 31 thru May 15 | April 27 thru May 15 | May 9 |
| General Primary/Nonpartisan Runoff | July 21, 2020 | April 20, 2020 | | | |
| General Election | November 3, 2020 | Oct. 5, 2020 | Sept. 15 thru Oct. 30 | Oct. 12 thru Oct. 30 | Oct. 24 |

**Board of Elections**

Andra Phagan, ElectionSupervisor

Board Members:
Eleanor Lewallen, Chairperson
Lynda Garrison
Linda Lewallen
Not Pictured,
Gail Sheppard
Carol Ayers

The Board meets the first Thursday of every month at 9:00 a.m.



- **Mandated Voter Registration Sites Include: (Click to Expand)**

Mandated Voter Registration Sites Include:

- Georgia Department of Motor Vehicle Safety Driver's Services
- Department of Human Resources' Public Assistance Offices (WICS, DFACS, Rehab)
- Public Libraries
- Recruitment Offices
- County courthouses and city halls
- Elections and Voter Registration Office
- Colleges and high schools for students and personnel

- **Qualifications To Vote: (Click to Expand)**
- **Change of Residence: (Click to Expand)**
- **Precinct Cards: (Click to Expand)**
- **Where do I vote ? (Click to Expand)**
- **When can I vote on election day ? (Click to Expand)**
- **Do I have to show identification when voting ? (Click to Expand)**
- **How do I vote ? (Click to Expand)**
- **How do I vote an absentee ballot ? (Click to Expand)**
- **How do I apply for an absentee ballot ? (Click to Expand)**



Select Language

**EMPLOYEE INFORMATION**

**LEGAL NOTICE**

**PRIVACY NOTICE**

| Home | Contact Us | Links | E-Verify |   |
|---|---|---|---|---|
| Residents | About Us | SPLOST Dollars at Work | #: 104567 | |
| Businesses | Media Room | Subscribe for Alerts | Date of Authorization |   |
| Visitors | Calendar of Events | Ask the Chairman | March 4, 2008 | |
| Help A to Z | | | | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Registration # | Last Name | First Name | Middle Name | Challenge By | Vote | Comments |
| 2 | 3577991 | ADAMS | MICHELLE | | Rep Jerry Boling | | |
| 3 | 12468483 | AIOSSA | RENE | | Rep Jerry Boling | | |
| 4 | 8895390 | AKER | JASON | MARK | Dan Gasaway | | |
| 5 | 6568597 | ALEXANDER | HAZEL | | Rep Jerry Boling | | |
| 6 | 11679699 | ALLEN | RHONDA | JEAN | Dan Gasaway | | |
| 7 | 12234492 | ALLEN | DUSTY | LEE | Dan Gasaway | | |
| 8 | 12827431 | ALLEN | MARY | | Rep Jerry Boling | | |
| 9 | 11679699 | ALLEN | RHONDA | | Rep Jerry Boling | | XFR Jackson Co |
| 10 | 12234492 | ALLEN | DUSTY | | Rep Jerry Boling | | |
| 11 | 11812125 | ALLRED | KYLE | | Rep Jerry Boling | | |
| 12 | 12109845 | AMSALU | DANIEL | | Rep Jerry Boling | | |
| 13 | 10745581 | ANDREWS | CHRISTINA | | Rep Jerry Boling | | |
| 14 | 1955979 | ARIAS | IRIS | | Rep Jerry Boling | | |
| 15 | 6657960 | ARMOUR | ASHLEY | PAIGE | Dan Gasaway | | |
| 16 | 6657960 | ARMOUR | ASHLEY | | Rep Jerry Boling | | |
| 17 | 10310388 | BAGWELL | JOHN | | Rep Jerry Boling | | |
| 18 | 10333596 | BAILEY | KIMBERLY | | Rep Jerry Boling | | XFR Habersham Co |
| 19 | 10851373 | BAKER | TAYLOR | SETH | Dan Gasaway | | XFR Habersham Co |
| 20 | 6054125 | BAKER | AMANDA | | Rep Jerry Boling | | XFR Habersham Co |
| 21 | 6443652 | BAKER | JOSH | | Rep Jerry Boling | | |
| 22 | 8394879 | BALDWIN | JOSTINA | | Rep Jerry Boling | | |
| 23 | 12325877 | BALES | FRED | | Rep Jerry Boling | | |
| 24 | 10704033 | BALLENGER | RICKY | | Rep Jerry Boling | | |
| 25 | 6108480 | BALLEW | BRANDY | | Rep Jerry Boling | | |
| 26 | 10634206 | BANTLY | AURORA | | Rep Jerry Boling | | |
| 27 | 10634234 | BANTLY | CHRISTOPHER | | Rep Jerry Boling | | |
| 28 | 8134690 | BARKLEY | MANDI | | Rep Jerry Boling | | |
| 29 | 11321500 | BARNES | KAITLYN | | Rep Jerry Boling | | |
| 30 | 2869048 | BARRY | JAMES | | Rep Jerry Boling | | |
| 31 | 3503033 | BARRY | LINDA | | Rep Jerry Boling | | |
| 32 | 5182788 | BAUGH | CASSIE | | Rep Jerry Boling | | |
| 33 | 6696546 | BAYLESS | DENA | KELLI | Dan Gasaway | | XFR Jackson Co |
| 34 | Registration # | Last Name | First Name | Middle Name | Challenge By | Vote | Comments |
| 35 | 11809128 | BEAN | JENNIFER | | Rep Jerry Boling | | |
| 36 | 11808721 | BEESO | NANCY | | Rep Jerry Boling | | |
| 37 | 8025442 | BENNETT | JEREMY | | Rep Jerry Boling | | |
| 38 | 11913249 | BENNETT | TAMMY | | Rep Jerry Boling | | |
| 39 | 10953723 | BENSON | SAVANNAH | | Rep Jerry Boling | | |
| 40 | 7310279 | BENSON | DAMON | | Rep Jerry Boling | | |
| 41 | 7310281 | BENSON | STACEY | | Rep Jerry Boling | | |
| 42 | 7085727 | BERK | ERICA | | Rep Jerry Boling | | |
| 43 | 6352850 | BEST | TOMMIE | | Rep Jerry Boling | 16-Dec | VIO |
| 44 | 11460559 | BEZAK | GREGORY | | Rep Jerry Boling | | |
| 45 | 11472730 | BEZAK | ELIZABETH | | Rep Jerry Boling | | |
| 46 | 1751794 | BILAKI | MICHAEL | | Rep Jerry Boling | | |
| 47 | 2792226 | BILAKI | CATHY | | Rep Jerry Boling | | |
| 48 | 12504131 | BINGHAM | ALEX | | Rep Jerry Boling | | |

|    | A | B | C | D | E | F | G |
|----|---|---|---|---|---|---|---|
| 49 | 1192753 | BLACK | BARBARA | | Rep Jerry Boling | 14-Dec | VIO |
| 50 | 8397827 | BLUHM | NECOLE | | Rep Jerry Boling | | |
| 51 | 10728899 | BOLING | MACY | SUMMER | Dan Gasaway | | |
| 52 | 10728899 | BOLING | MACY | | Rep Jerry Boling | | |
| 53 | 11022643 | BRAY | JOYCE | | Rep Jerry Boling | | |
| 54 | 8218772 | BRIDGES | SHAWN | | Rep Jerry Boling | | |
| 55 | 12095640 | BRIGHT | BABIE | | Rep Jerry Boling | | |
| 56 | 10534320 | BROCK | AMBER | | Rep Jerry Boling | | |
| 57 | 12210818 | BROOKSHER | CAITLYN | | Rep Jerry Boling | | |
| 58 | 5234874 | BROWN | DAWN | | Rep Jerry Boling | | |
| 59 | 12197930 | BROWN | KIERRA | | Rep Jerry Boling | | |
| 60 | 11175485 | BROWNING | QUENTIN | | Rep Jerry Boling | | |
| 61 | 5606526 | BROWNING | BRANDY | | Rep Jerry Boling | | |
| 62 | 2056 | BRYANT | JOAN | | Rep Jerry Boling | | |
| 63 | 6813619 | BRYANT | JOAN | | Rep Jerry Boling | | |
| 64 | 7404343 | BRYANT | JAMES | | Rep Jerry Boling | | |
| 65 | 8612693 | BUHOT | ALEXANDER | JOSEPH | Dan Gasaway | | |
| 66 | 6202140 | BULLARD | EDWARD | EUGENE | Dan Gasaway | | |
| 67 | Registration # | Last Name | First Name | Middle Name | Challenge By | Vote | Comments |
| 68 | 6202140 | BULLARD | EDWARD | | Rep Jerry Boling | | |
| 69 | 3723 | BURDGE | ANTHONY | | Rep Jerry Boling | | |
| 70 | 10420258 | BURKE | ROBERT | | Rep Jerry Boling | | |
| 71 | 12098745 | BURKETT | TARA | | Rep Jerry Boling | | |
| 72 | 6922105 | BURKHART | STEPHANIE | | Rep Jerry Boling | | |
| 73 | 1194735 | BURNS | PATRICIA | | Rep Jerry Boling | | |
| 74 | 4795 | BUSBY | GLORIA JEAN | BICKFORD | Dan Gasaway | | |
| 75 | 4796 | BUSBY | JOHN | WAYNE | Dan Gasaway | | |
| 76 | 4795 | BUSBY | GLORIA JEAN | | Rep Jerry Boling | | |
| 77 | 4796 | BUSBY | JOHN | | Rep Jerry Boling | | |
| 78 | 6139221 | BUSH | ZACHARIAH | | Rep Jerry Boling | | |
| 79 | 6104617 | BUTCHER | WANDA | | Rep Jerry Boling | | |
| 80 | 5154882 | BYERS | DORINDA | | Rep Jerry Boling | | |
| 81 | 6673083 | CAMPBELL | JON | | Rep Jerry Boling | | |
| 82 | 7457592 | CANNON | GARYN | | Rep Jerry Boling | | |
| 83 | 12053733 | CANTRELL | STEPHEN | | Rep Jerry Boling | | |
| 84 | 2750014 | CAREY | GREGORY | LYNN | Dan Gasaway | | |
| 85 | 2750014 | CAREY | GREGORY | | Rep Jerry Boling | | |
| 86 | 6985856 | CARRUTH | LORANZO | | Rep Jerry Boling | | |
| 87 | 7494712 | CASPER | ANGELITTA | | Rep Jerry Boling | | |
| 88 | 11332647 | CASSANO | ANN MARIE | | Rep Jerry Boling | | |
| 89 | 6985934 | CASSANO | WILLIAM | | Rep Jerry Boling | | |
| 90 | 6985938 | CASSANO | ANN | | Rep Jerry Boling | | |
| 91 | 11916734 | CERRA | KELLEY | | Rep Jerry Boling | | |
| 92 | 956471 | CHAFIN | PATSY | | Rep Jerry Boling | | |
| 93 | 956472 | CHAFIN | CARLOS | | Rep Jerry Boling | | |
| 94 | 12245462 | CHAPMAN | RONALD | | Rep Jerry Boling | | |
| 95 | 8285448 | CHAPMAN | DENA | | Rep Jerry Boling | | |
| 96 | 12094643 | CHAPPELL | PATRICK | | Rep Jerry Boling | | |

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 97 | 10333598 | CHATHAM | ZACHARY | SCOTT | Dan Gasaway | | |
| 98 | 4685256 | CHATHAM | DENNIS | | Rep Jerry Boling | | |
| 99 | 10333598 | CHATHAM | ZACHARY | | Rep Jerry Boling | | |
| 100 | Registration # | Last Name | First Name | Middle Name | Challenge By | Vote | Comments |
| 101 | 5183677 | CHEUVRONT | CHRISTINE | | Rep Jerry Boling | | |
| 102 | 10709336 | CLEVELAND | LOWELL | | Rep Jerry Boling | | |
| 103 | 4172572 | CLOUSE | STEPHANIE | | Rep Jerry Boling | | |
| 104 | 11460285 | CLOUSE | AUSTIN | | Rep Jerry Boling | | |
| 105 | 11136946 | COLEMAN | KAYLA | | Rep Jerry Boling | | |
| 106 | 11143813 | COLEMAN | BLAISE | | Rep Jerry Boling | | |
| 107 | 11235373 | COLEMAN | ANSLEY | | Rep Jerry Boling | | |
| 108 | 3882690 | COLEMAN | TAMMIE | | Rep Jerry Boling | | |
| 109 | 8010777 | COLLINS | SAMANTHA | | Rep Jerry Boling | | |
| 110 | 11651663 | COLLINS | GUY | | Rep Jerry Boling | | |
| 111 | 11331841 | COLLINS | CHRISTINA | | Rep Jerry Boling | | |
| 112 | 11354852 | COOK | SHEILA | | Rep Jerry Boling | | |
| 113 | 6827002 | COOK | TIMOTHY | | Rep Jerry Boling | | |
| 114 | 11812828 | COTTOM | TATE | | Rep Jerry Boling | | |
| 115 | 2314418 | COULTER | IRA | | Rep Jerry Boling | | |
| 116 | 2314420 | COULTER | ROBERTA | | Rep Jerry Boling | | |
| 117 | 7524132 | CRAGG | SHARON | | Rep Jerry Boling | | XFR Elbert Co |
| 118 | 3614402 | CRAIG | AMANDA | | Rep Jerry Boling | | |
| 119 | 11608239 | CRANE | LEODEGARIO | | Rep Jerry Boling | | |
| 120 | 3977268 | CRAVEN | WALTER | | Rep Jerry Boling | | |
| 121 | 12101680 | CRAVEN | LILLIAN | | Rep Jerry Boling | | |
| 122 | 12512842 | CROMER | JACOB | | Rep Jerry Boling | | |
| 123 | 12512843 | CROMER | LACEY | | Rep Jerry Boling | | |
| 124 | 10340812 | CROWDER | MELINY | | Rep Jerry Boling | | |
| 125 | 7780841 | CRUMLEY | CHARLES | | Rep Jerry Boling | | |
| 126 | 11922582 | CRUMLEY | AUBREE | | Rep Jerry Boling | | |
| 127 | 8350602 | CRUNKLETON | JUSTEN | | Rep Jerry Boling | | |
| 128 | 11283464 | CUNNINGHAM | NANCY | | Rep Jerry Boling | | |
| 129 | 11331628 | DAHL | DANIEL | | Rep Jerry Boling | | |
| 130 | 6766433 | DAHL | JOHN | | Rep Jerry Boling | | |
| 131 | 11459548 | DAVIS | BRITTANY | | Rep Jerry Boling | | |
| 132 | 11201041 | DAVIS | JUANITA | | Rep Jerry Boling | | |
| 133 | Registration # | Last Name | First Name | Middle Name | Challenge By | Vote | Comments |
| 134 | 7345650 | DAY | BRANDIE | | Rep Jerry Boling | | |
| 135 | 11683877 | DEAL | CHRISTOPHER | | Rep Jerry Boling | | |
| 136 | 10711183 | DELANEY | LEXXUS | | Rep Jerry Boling | | |
| 137 | 12655923 | D'EMANUELE | MICHELLE | | Rep Jerry Boling | | |
| 138 | 5068083 | DENTON | PRISCILLA | | Rep Jerry Boling | | |
| 139 | 11548897 | DEWOODY | KATHLEEN | | Rep Jerry Boling | | |
| 140 | 11612023 | DOBBS | ALEXIS | MORGAN | Dan Gasaway | | |
| 141 | 11612023 | DOBBS | ALEXIS | | Rep Jerry Boling | | |
| 142 | 5532320 | DOBY | SHEILA | | Rep Jerry Boling | | |
| 143 | 11916844 | DOBY | TRISTAN | | Rep Jerry Boling | | |
| 144 | 11346933 | DODD | SHERRY | | Rep Jerry Boling | | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 145 | 10712594 | DODD | WALTER | | Rep Jerry Boling | | |
| 146 | 3749361 | DONALDSON | KATHERINE | | Rep Jerry Boling | | |
| 147 | 8089798 | DORSEY | HORACE | DOUGLAS | Dan Gasaway | | |
| 148 | 5723014 | DORWEILER | MAUREEN | | Rep Jerry Boling | | |
| 149 | 7702484 | DOWDY | CLAIRE | | Rep Jerry Boling | | |
| 150 | 4990628 | DRAKE | ASHLEY | | Rep Jerry Boling | | |
| 151 | 5187872 | DRAKE | DUSTIN | | Rep Jerry Boling | | |
| 152 | 12100692 | DUNCAN | JEREMY | | Rep Jerry Boling | | XFR Franklin Co |
| 153 | 5284488 | DUNCAN | TIFFANIE | | Rep Jerry Boling | | XFR Franklin Co |
| 154 | 4145319 | EARLS | RIKKI | | Rep Jerry Boling | | |
| 155 | 10522925 | EDWARDS | JOCELYN | | Rep Jerry Boling | | |
| 156 | 3520634 | EHRENBERG | TANYA | | Rep Jerry Boling | | |
| 157 | 6141684 | ELDRED | STEVE | | Rep Jerry Boling | | |
| 158 | 7777844 | ELDRED | SYNITHIA | | Rep Jerry Boling | | |
| 159 | 12255346 | ELIASON | KELSEY | | Rep Jerry Boling | | |
| 160 | 11631259 | ELLERBEE | ALEXIS | | Rep Jerry Boling | | |
| 161 | 10853566 | ELROD | BENJAMIN | | Rep Jerry Boling | | |
| 162 | 2868289 | ENGLAND | CAROLYN | | Rep Jerry Boling | | |
| 163 | 2878577 | ENGLAND | FREDDIE | | Rep Jerry Boling | | |
| 164 | 8908096 | FADOOL | DEREK | MICHAEL | Dan Gasaway | | |
| 165 | 4158833 | FARAG | HEATHER | MARIE | Dan Gasaway | | |
| 166 | Registration # | Last Name | First Name | Middle Name | Challenge By | Vote | Comments |
| 167 | 4158833 | FARAG | HEATHER | | Rep Jerry Boling | | |
| 168 | 6926122 | FARAG | ASHRAF | | Rep Jerry Boling | | |
| 169 | 8502728 | FERGUSON | BENJAMIN | HAGEN | Dan Gasaway | | |
| 170 | 11175265 | FIATOA | CASEY | | Rep Jerry Boling | | |
| 171 | 11651670 | FISHER | STARLA | ALEXUS | Dan Gasaway | | |
| 172 | 11651670 | FISHER | STARLA | | Rep Jerry Boling | | |
| 173 | 7139628 | FLINT | JACOB | | Rep Jerry Boling | | |
| 174 | 10851625 | FORD | CALEB | | Rep Jerry Boling | | |
| 175 | 4107181 | FORD | DEBORAH | | Rep Jerry Boling | | |
| 176 | 12512845 | FOUGERAY | ROBERT | | Rep Jerry Boling | | |
| 177 | 5913432 | FOWLER | ERNEST | | Rep Jerry Boling | | |
| 178 | 10463549 | FOX | AMY | | Rep Jerry Boling | | |
| 179 | 8044540 | FRANKLIN | WILLIAM | | Rep Jerry Boling | | |
| 180 | 190230 | FRANKLIN | LINDA | | Rep Jerry Boling | | |
| 181 | 11548838 | FRANTZ | TONYA | | Rep Jerry Boling | | |
| 182 | 4727 | FREEMAN | KATHY | | Rep Jerry Boling | | |
| 183 | 3384645 | GABLE | ANGELA | | Rep Jerry Boling | | |
| 184 | 11560796 | GAINES | BRANDON | | Rep Jerry Boling | | |
| 185 | 8284966 | GAITHER | PORSHA | | Rep Jerry Boling | | XFR Clarke Co |
| 186 | 10854424 | GARMON | JAMIE | | Rep Jerry Boling | | |
| 187 | 6477330 | GARRETT | TIFFANY | | Rep Jerry Boling | | |
| 188 | 2728278 | GLOYD | ROSEMARY | | Rep Jerry Boling | | |
| 189 | 2309079 | GOOCH | JOYCE | | Rep Jerry Boling | | |
| 190 | 8160194 | GOZA | ALANA | PAIGE | Dan Gasaway | | XFR Elbert Co |
| 191 | 11334425 | GRANT | LISA | | Rep Jerry Boling | | |
| 192 | 4045469 | GRAVITT | MARTHA | | Rep Jerry Boling | | XFR Hall Co |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 193 | 7039128 | GREEN | MELISSA | | Rep Jerry Boling | | |
| 194 | 10950677 | GREENE | JUSTIN | | Rep Jerry Boling | | |
| 195 | 8098556 | GREER | ROBERT | | Rep Jerry Boling | | |
| 196 | 1042930 | GREER | JUDY | | Rep Jerry Boling | | |
| 197 | 367845 | GRICE | JENNA | DAWN | Dan Gasaway | | XFR Hall Co |
| 198 | 3896610 | GRIFFIN | SHEILA | | Rep Jerry Boling | | |
| 199 | Registration # | Last Name | First Name | Middle Name | Challenge By | Vote | Comments |
| 200 | 4436 | GRIFFIN | ROBERT | | Rep Jerry Boling | | |
| 201 | 7771617 | GRIFFIN | CHRISTOPHER | | Rep Jerry Boling | | |
| 202 | 5479309 | GRINDLE | NUCOMA | | Rep Jerry Boling | | |
| 203 | 12518722 | GUTHRIE | JOSHUA | | Rep Jerry Boling | | |
| 204 | 10849246 | GUYNN | JACQUIE | | Rep Jerry Boling | | |
| 205 | 12555980 | HAHN | LEVON | | Rep Jerry Boling | | |
| 206 | 5658104 | HALL | LEWIS | | Rep Jerry Boling | | |
| 207 | 12127640 | HAMES | KELLEY | | Rep Jerry Boling | | |
| 208 | 3178315 | HAMILTON | KAREN | | Rep Jerry Boling | | |
| 209 | 10770562 | HAMMARLUND | PAIGE | | Rep Jerry Boling | | |
| 210 | 10770564 | HAMMARLUND | ANDREW | | Rep Jerry Boling | | |
| 211 | 6908602 | HANCOCK | JEREMY | | Rep Jerry Boling | | |
| 212 | 1861382 | HAND | KATHLEEN | | Rep Jerry Boling | | |
| 213 | 3989962 | HANLEY | BOBBY | JASON | Dan Gasaway | | XFR Franklin Co |
| 214 | 5415942 | HANLEY | ABBIE | GAIL | Dan Gasaway | | |
| 215 | 5415942 | HANLEY | ABBIE | | Rep Jerry Boling | | |
| 216 | 4711709 | HANSEN | BEVERLY | | Rep Jerry Boling | | |
| 217 | 11351535 | HARKINS | ELIZABETH | | Rep Jerry Boling | | |
| 218 | 2178 | HARRIS | BETTY | | Rep Jerry Boling | | |
| 219 | 8027249 | HATTON | STEPHEN | | Rep Jerry Boling | | |
| 220 | 11278354 | HAUN | KATELYN | | Rep Jerry Boling | | |
| 221 | 10443441 | HECHT | TAYLOR | | Rep Jerry Boling | | |
| 222 | 11805230 | HECK | TERRY | | Rep Jerry Boling | | |
| 223 | 12871815 | HENDERSON | KAREN | | Rep Jerry Boling | | |
| 224 | 10631875 | HEREDIA | JOCELYN | CAROLINA | Dan Gasaway | | |
| 225 | 10631875 | HEREDIA | JOCELYN | | Rep Jerry Boling | | |
| 226 | 3617345 | HESTER | MELISSA | | Rep Jerry Boling | | |
| 227 | 10853569 | HEWELL | MAKAYLA | JAQUETTA | Dan Gasaway | | |
| 228 | 10853569 | HEWELL | MAKAYLA | | Rep Jerry Boling | | |
| 229 | 10309639 | HIGGINBOTHAM | ROBERT | | Rep Jerry Boling | | |
| 230 | 10274161 | HIGGINSON | STEPHEN | | Rep Jerry Boling | | |
| 231 | 10406531 | HIGGINSON | CHRISTINE | | Rep Jerry Boling | | |
| 232 | Registration # | Last Name | First Name | Middle Name | Challenge By | Vote | Comments |
| 233 | 7079332 | HILL | JASON | ALLEN | Dan Gasaway | | |
| 234 | 8441316 | HILL | BRANSON | DOUGLAS | Dan Gasaway | | |
| 235 | 7079332 | HILL | JASON | | Rep Jerry Boling | | |
| 236 | 12102571 | HILTS | MALACHI | | Rep Jerry Boling | | |
| 237 | 11179256 | HINESLEY | DONNA | | Rep Jerry Boling | | |
| 238 | 11472743 | HISSAM | DYLAN | | Rep Jerry Boling | | |
| 239 | 4071455 | HOGUE | JACQUALIN | | Rep Jerry Boling | | |
| 240 | 3468071 | HOLCOMB | STEPHANIE | | Rep Jerry Boling | | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 241 | 11174601 | HOLCOMB | JORDAN | | Rep Jerry Boling | | |
| 242 | 3852567 | HOLCOMB | CHRISTOPHER | | Rep Jerry Boling | | |
| 243 | 4190 | HOLCOMB | CARRIE | | Rep Jerry Boling | | |
| 244 | 11549742 | HOOPER | CHARLIE | | Rep Jerry Boling | | |
| 245 | 11330711 | HOOSE | JESSY | | Rep Jerry Boling | | |
| 246 | 11144106 | HORMUTH | JONATHAN | | Rep Jerry Boling | | |
| 247 | 7087356 | HORNE | JONATHON | | Rep Jerry Boling | | |
| 248 | 11158651 | HOWELL | GARY | | Rep Jerry Boling | | |
| 249 | 12506929 | HUDGINS | JESSY | | Rep Jerry Boling | | |
| 250 | 12316783 | HUFFORD | CARINA | | Rep Jerry Boling | | XFR Oconee Co |
| 251 | 11808418 | HULSEY | PATRICK | | Rep Jerry Boling | | |
| 252 | 4842895 | HUNTSINGER | CHARLES | | Rep Jerry Boling | | XFR Madison Co |
| 253 | 12367142 | ILSLEY | TAMMY | | Rep Jerry Boling | | |
| 254 | 10655732 | IRVIN | KATHIE | | Rep Jerry Boling | | |
| 255 | 11016361 | JACKSON | DESTINIE | | Rep Jerry Boling | | |
| 256 | 11175098 | JARRARD | STONEY | | Rep Jerry Boling | | |
| 257 | 5168245 | JARRETT | REBECCA | | Rep Jerry Boling | | |
| 258 | 7921215 | JENNINGS | CHARLEDRA | | Rep Jerry Boling | | |
| 259 | 2769550 | JOHNSON | TERESA | HELEN | Dan Gasaway | | |
| 260 | 10596217 | JOHNSON | AARON | TRENT | Dan Gasaway | | |
| 261 | 11953131 | JOHNSON | EDDIE | | Dan Gasaway | | |
| 262 | 10596217 | JOHNSON | AARON | | Rep Jerry Boling | | XFR Habersham Co |
| 263 | 11953131 | JOHNSON | EDDIE | | Rep Jerry Boling | | |
| 264 | 2769550 | JOHNSON | TERESA | | Rep Jerry Boling | | |
| 265 | Registration # | Last Name | First Name | Middle Name | Challenge By | Vote | Comments |
| 266 | 12254941 | JONES | BRIAN | WILLIAM | Dan Gasaway | | |
| 267 | 12254941 | JONES | BRIAN | | Rep Jerry Boling | | |
| 268 | 4353547 | JONES | JERRY | | Rep Jerry Boling | | |
| 269 | 6591437 | JONES | JAVONTI | | Rep Jerry Boling | | |
| 270 | 6424392 | JONES | RUSSELL | | Rep Jerry Boling | | |
| 271 | 3533404 | JONES | WILLIAM | | Rep Jerry Boling | | |
| 272 | 5707849 | JONES | ANGELA | | Rep Jerry Boling | | |
| 273 | 7479918 | JONES | SARAH | | Rep Jerry Boling | | XFR Madison Co |
| 274 | 10773502 | JONES | BRITTANI | | Rep Jerry Boling | | |
| 275 | 11839996 | JORDAN | ZACHARY | | Rep Jerry Boling | | |
| 276 | 4011275 | JOYCE | RONNIE | | Rep Jerry Boling | | |
| 277 | 11604985 | KABERNAGEL | CHERIE | | Rep Jerry Boling | | |
| 278 | 5862334 | KABERNAGEL | MICHAEL | | Rep Jerry Boling | | |
| 279 | 12085264 | KEITH | BRADLY | | Rep Jerry Boling | | |
| 280 | 6383220 | KELLEY | CRISTAL | | Rep Jerry Boling | | |
| 281 | 10309654 | KENNEDY | MARIAH | | Rep Jerry Boling | | |
| 282 | 3838658 | KENYON | JANET | | Rep Jerry Boling | | |
| 283 | 11828161 | KIMBALL | HANNAH | | Rep Jerry Boling | | |
| 284 | 6274888 | KING | PEYTON | | Rep Jerry Boling | | |
| 285 | 12100433 | KING | NICOLE | | Rep Jerry Boling | | |
| 286 | 11008863 | KNIGHT | CORAL | | Rep Jerry Boling | | |
| 287 | 11812843 | KRUTROK | KIMBERLY | | Rep Jerry Boling | | |
| 288 | 3736611 | KYLE | PAMELA | | Rep Jerry Boling | | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 289 | 11002232 | LANGSTON | SIDNEY | KARYL | Dan Gasaway | | |
| 290 | 11002232 | LANGSTON | SIDNEY | | Rep Jerry Boling | | |
| 291 | 12096720 | LASTER | TAMMY | | Rep Jerry Boling | | |
| 292 | 12325796 | LAUGHTER | JONATHAN | | Rep Jerry Boling | | |
| 293 | 10853581 | LAWSON | ANNE | | Rep Jerry Boling | | |
| 294 | 12197233 | LAYMON | EDNA | | Rep Jerry Boling | | |
| 295 | 4763970 | LAYMON | STANLEY | | Rep Jerry Boling | | |
| 296 | 12194961 | LAYTON | DOROTHY | | Rep Jerry Boling | | |
| 297 | Registration # | Last Name | First Name | Middle Name | Challenge By | Vote | Comments |
| 298 | 12194963 | LAYTON | ROBERT | | Rep Jerry Boling | | |
| 299 | 4597903 | LE | CHERYL | | Rep Jerry Boling | | XFR Stephens Co |
| 300 | 5877132 | LEQUIER | PETER | | Rep Jerry Boling | | |
| 301 | 3335421 | LESTER | LLOYD | | Rep Jerry Boling | | |
| 302 | 8030571 | LILLIE | ASHLEY | | Rep Jerry Boling | | |
| 303 | 11161331 | LINDSEY | CHARLES | | Rep Jerry Boling | | |
| 304 | 4050810 | LITTLE | TIMOTHY | | Rep Jerry Boling | | |
| 305 | 10334113 | LIVINGSTON | JOHNATHAN | | Rep Jerry Boling | | |
| 306 | 11143490 | LO | MONICA | | Rep Jerry Boling | | |
| 307 | 11333048 | LO | BRUCE | | Rep Jerry Boling | | |
| 308 | 3351432 | LODEN | SHIRLEY | | Rep Jerry Boling | | |
| 309 | 2752788 | LOFTICE | MARVIS | | Rep Jerry Boling | | |
| 310 | 2754972 | LOFTICE | JERRY | | Rep Jerry Boling | | |
| 311 | 11381811 | LOGGINS | PAMELA | | Rep Jerry Boling | | |
| 312 | 11856009 | LORD | SUMMER | | Rep Jerry Boling | | |
| 313 | 4355461 | LORD | BRYAN | | Rep Jerry Boling | | |
| 314 | 6123218 | LORD | KRISTY | | Rep Jerry Boling | | |
| 315 | 8044564 | LORD | ASHLEY | | Rep Jerry Boling | | XFR Madison Co |
| 316 | 11314459 | LOWE | FELICIA | | Rep Jerry Boling | | |
| 317 | 3781057 | LOYD | GARY | | Rep Jerry Boling | | |
| 318 | 4760613 | MACGUANN | TIMOTHY | | Rep Jerry Boling | | |
| 319 | 11808803 | MACLACHLAN | JAMES | | Rep Jerry Boling | | |
| 320 | 11808992 | MACLACHLAN | CHERYLL | | Rep Jerry Boling | | |
| 321 | 12094728 | MACLACHLAN | JACOB | | Rep Jerry Boling | | |
| 322 | 8356168 | MARKNERS | MATTHEW | THOMAS | Dan Gasaway | | |
| 323 | 8356168 | MARKNERS | MATTHEW | | Rep Jerry Boling | | |
| 324 | 5837700 | MARTIN | DAVID | | Rep Jerry Boling | | |
| 325 | 862029 | MARTIN | BRADFORD | | Rep Jerry Boling | | |
| 326 | 6305204 | MATSON | NEIL | | Rep Jerry Boling | | |
| 327 | 7327543 | MATTHEWS | ANGEL | | Rep Jerry Boling | | XFR Walton Co |
| 328 | 4026318 | MAYFIELD | MARY | | Rep Jerry Boling | | |
| 329 | 8184970 | MCCALL | MICAH | | Rep Jerry Boling | | XFR Cobb Co |
| 330 | 12025600 | MCCLURE | HARLI | | Rep Jerry Boling | | |
| 331 | Registration # | Last Name | First Name | Middle Name | Challenge By | Vote | Comments |
| 332 | 3840663 | MCDANIEL | JUANITA | | Rep Jerry Boling | | |
| 333 | 5720818 | MCGOWEN | CHARITY | | Rep Jerry Boling | | |
| 334 | 10712119 | MCINTYRE | JASON | | Rep Jerry Boling | | |
| 335 | 11549749 | MCKINNEY | ROSE | | Rep Jerry Boling | | |
| 336 | 11136952 | MCLANE | NICHOLAS | | Rep Jerry Boling | | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 337 | 7457647 | MCLANE | ZACHARY | | Rep Jerry Boling | | |
| 338 | 11290816 | MCMILLAN | KRISTIN | | Rep Jerry Boling | | |
| 339 | 5580276 | MELTON | KERI | | Rep Jerry Boling | | |
| 340 | 6360878 | MERCER | RONALD | | Rep Jerry Boling | | |
| 341 | 11473721 | MERCK | HANNAH | MARIE | Dan Gasaway | | XFR Barrow Co |
| 342 | 11473721 | MERCK | HANNAH | | Rep Jerry Boling | | XFR Barrow Co |
| 343 | 12193040 | MINISH | BARBARA | | Rep Jerry Boling | | |
| 344 | 3800434 | MINISH | BARBARA | | Rep Jerry Boling | | |
| 345 | 395286 | MIZE | BRENDA | GAE | Dan Gasaway | | XFR Hall Co |
| 346 | 395286 | MIZE | BRENDA | | Rep Jerry Boling | | XFR Hall Co |
| 347 | 5805566 | MOLLER | SANDRA | | Rep Jerry Boling | | |
| 348 | 6250536 | MOLLER | TANYA | | Rep Jerry Boling | | |
| 349 | 11136132 | MONEY | KAYLA | | Rep Jerry Boling | | |
| 350 | 3621499 | MONTGOMERY | SAMUEL | | Rep Jerry Boling | | |
| 351 | 6961638 | MONTREUIL | JACQUELINE | | Rep Jerry Boling | | |
| 352 | 4685723 | MORGAN | PEGGY | Y | Dan Gasaway | | |
| 353 | 4685723 | MORGAN | PEGGY | | Rep Jerry Boling | | |
| 354 | 4230367 | MORGAN | RONNIE | | Rep Jerry Boling | | |
| 355 | 6877584 | MORIAN | HEATHER | | Rep Jerry Boling | | |
| 356 | 5574589 | MORROW | JUSTIN | | Rep Jerry Boling | | XFR Oglethrope Co |
| 357 | 11276379 | MOTE | TIFFANY | | Rep Jerry Boling | | |
| 358 | 12655897 | MOTE | JOSEPH | | Rep Jerry Boling | | |
| 359 | 10798332 | MULLINS | CHRISTOPHER | BLAINE | Dan Gasaway | | |
| 360 | 10798332 | MULLINS | CHRISTOPHER | | Rep Jerry Boling | | |
| 361 | 6143345 | NEUMYER | KENNETH | | Rep Jerry Boling | | |
| 362 | 854997 | NEVEILS | CARL | | Rep Jerry Boling | | |
| 363 | 5502760 | NGUYEN | THAI | | Rep Jerry Boling | | |
| 364 | Registration # | Last Name | First Name | Middle Name | Challenge By | Vote | Comments |
| 365 | 11914073 | NGUYEN | VINSON | | Rep Jerry Boling | | |
| 366 | 12466260 | NICHOLS | MELODY | | Rep Jerry Boling | | XFR Stephens Co |
| 367 | 7320144 | NICHOLSON | ROGER | | Rep Jerry Boling | | |
| 368 | 5366251 | NORRIS | LONNIE | | Rep Jerry Boling | | |
| 369 | 552 | OAKES | ELIZABETH | | Rep Jerry Boling | | |
| 370 | 11331910 | OGLETREE | SOPHIE | | Rep Jerry Boling | | |
| 371 | 2252226 | OGLETREE | BRYAN | | Rep Jerry Boling | | |
| 372 | 4066045 | OGLETREE | LISA | | Rep Jerry Boling | | |
| 373 | 377690 | OGLETREE | ANGELIA | | Rep Jerry Boling | | |
| 374 | 11307378 | OLSON | SABRINA | | Rep Jerry Boling | | |
| 375 | 5264848 | ORR | LARRY | | Rep Jerry Boling | | |
| 376 | 4149758 | ORTIZ | JULIA | | Rep Jerry Boling | | |
| 377 | 10534300 | OSBORN | TERRI | | Rep Jerry Boling | | |
| 378 | 12096609 | PADGETT | CEDRIC | | Rep Jerry Boling | | |
| 379 | 4161200 | PAINTER | KIMBERLY | | Rep Jerry Boling | | |
| 380 | 5439888 | PANTOJA | TONYA | | Rep Jerry Boling | | |
| 381 | 4279 | PARKER | RHONDA | SHERRIE | Dan Gasaway | | |
| 382 | 4761939 | PARKER | HASSIE | LEANN | Dan Gasaway | | |
| 383 | 4761939 | PARKER | HASSIE | | Rep Jerry Boling | | |
| 384 | 6419706 | PARKER | ANITA | | Rep Jerry Boling | | |

|     | A | B | C | D | E | F | G |
|-----|---|---|---|---|---|---|---|
| 385 | 7293093 | PARKER | CODY | | Rep Jerry Boling | | |
| 386 | 4279 | PARKER | RHONDA | | Rep Jerry Boling | | |
| 387 | 1587413 | PARKER | ANITA | | Rep Jerry Boling | | XFR Oconne Co |
| 388 | 1587415 | PARKER | STEVEN | | Rep Jerry Boling | | |
| 389 | 7050264 | PARKHILL | ERIC | | Rep Jerry Boling | | |
| 390 | 3633756 | PASS | CAROL | | Rep Jerry Boling | | |
| 391 | 12188730 | PATTERSON | MARQUSI | | Rep Jerry Boling | | |
| 392 | 11454774 | PATTON | ASHLEE | | Rep Jerry Boling | | |
| 393 | 12417209 | PAYNE | AUSTIN | | Rep Jerry Boling | | |
| 394 | 5580056 | PEASE | ANDREW | | Rep Jerry Boling | | |
| 395 | 7191238 | PEREZ | ROBERT | J | Dan Gasaway | | |
| 396 | 7191238 | PEREZ | ROBERT | | Rep Jerry Boling | | |
| 397 | Registration # | Last Name | First Name | Middle Name | Challenge By | Vote | Comments |
| 398 | 3801580 | PETROPOULOS | ETHEL | | Rep Jerry Boling | | |
| 399 | 6382780 | PETTY | NANCY | | Rep Jerry Boling | | |
| 400 | 6382788 | PETTY | WILLIAM | | Rep Jerry Boling | | |
| 401 | 10404963 | PING | JEFFREY | | Rep Jerry Boling | | |
| 402 | 7798583 | PING | KATHARIN | | Rep Jerry Boling | | |
| 403 | 12386712 | PINNELL | AMANDA | | Rep Jerry Boling | | |
| 404 | 10482303 | POLSKI | KEITH | | Rep Jerry Boling | | |
| 405 | 10497197 | POLSKI | HOLLY | | Rep Jerry Boling | | |
| 406 | 1239552 | POOLE | DARRIN | | Rep Jerry Boling | | |
| 407 | 6754795 | PORTER | ROBERT | | Rep Jerry Boling | | |
| 408 | 6849759 | POSTON | BRANDON | | Rep Jerry Boling | | |
| 409 | 1190012 | POWER | WILLIAM | | Rep Jerry Boling | | |
| 410 | 3720630 | PRESLEY | TARA | | Rep Jerry Boling | | |
| 411 | 5106133 | PRITCHARD | SARAH | | Rep Jerry Boling | | |
| 412 | 11881664 | PUGH | CHAD | | Rep Jerry Boling | | |
| 413 | 6285143 | RAM | THOMAS | ALLEN | Dan Gasaway | | |
| 414 | 6285143 | RAM | THOMAS | | Rep Jerry Boling | | |
| 415 | 10711405 | REED | MORGAN | | Rep Jerry Boling | | |
| 416 | 11227459 | REYES | CHRISTINA | | Rep Jerry Boling | | |
| 417 | 11136934 | REYNOLDS | ELANOR | | Rep Jerry Boling | | |
| 418 | 11006544 | REYNOLDS | LISA | | Rep Jerry Boling | | |
| 419 | 11548797 | REYNOLDS | MICHAEL | | Rep Jerry Boling | | |
| 420 | 6187461 | RIVERA | STEPHANI | JANIS | Dan Gasaway | | |
| 421 | 6187461 | RIVERA | STEPHANI | | Rep Jerry Boling | | |
| 422 | 11855939 | ROADEN | JAMIE | | Rep Jerry Boling | | |
| 423 | 11615772 | ROADEN | PENNY | | Rep Jerry Boling | | |
| 424 | 4759576 | ROBERTS | LEONARD | | Rep Jerry Boling | | |
| 425 | 5970206 | ROBINSON | KRISTA | | Rep Jerry Boling | | |
| 426 | 10730568 | RODRIGUEZ | NICOLASA | MARIE | Dan Gasaway | | |
| 427 | 10730568 | RODRIGUEZ | NICOLASA | | Rep Jerry Boling | | |
| 428 | 6088487 | ROJAS | SANDRA | | Rep Jerry Boling | | |
| 429 | 7018685 | ROLLINS | NICHOLAS | | Rep Jerry Boling | | |
| 430 | Registration # | Last Name | First Name | Middle Name | Challenge By | Vote | Comments |
| 431 | 7967388 | ROLLINS | AMANDA | | Rep Jerry Boling | | |
| 432 | 1027900 | ROSS | BARBARA | | Rep Jerry Boling | | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 433 | 2091263 | RUFF | ANGELA | | Rep Jerry Boling | | |
| 434 | 12682681 | RUSSELL | DEBORAH | | Rep Jerry Boling | | |
| 435 | 10518675 | RYU | DAVID | | Rep Jerry Boling | | |
| 436 | 10518677 | RYU | SOOK | | Rep Jerry Boling | | |
| 437 | 11679802 | SAIN | LEAH | | Rep Jerry Boling | | |
| 438 | 6437280 | SAPP | JASON | | Rep Jerry Boling | | |
| 439 | 11143875 | SAVAGE | MICHAEL | | Rep Jerry Boling | | |
| 440 | 7950605 | SCHIRLING | WHITNEY | | Rep Jerry Boling | | |
| 441 | 12234651 | SCOGGINS | CADE | | Rep Jerry Boling | | |
| 442 | 11336737 | SCOGINS | WILLIAM | | Rep Jerry Boling | | |
| 443 | 6582860 | SCRIBA | TERRY | | Rep Jerry Boling | | |
| 444 | 7626349 | SEARS | KATIE | | Rep Jerry Boling | | |
| 445 | 5316479 | SEELEY | JENNY | | Rep Jerry Boling | | |
| 446 | 11161230 | SELLERS | SHOSHANA | | Rep Jerry Boling | | |
| 447 | 445131 | SETSER | KENNETH | | Rep Jerry Boling | | |
| 448 | 10908875 | SEWELL | DAVID | DWAYNE | Dan Gasaway | | |
| 449 | 10908875 | SEWELL | DAVID | | Rep Jerry Boling | | |
| 450 | 291756 | SEWELL | STEPHEN | | Rep Jerry Boling | | |
| 451 | 11829139 | SHAHAT | RAAFAT | | Rep Jerry Boling | | |
| 452 | 11681011 | SHOOK | JAMES | | Rep Jerry Boling | | |
| 453 | 1333 | SIMMONS | MARTHA | | Rep Jerry Boling | | |
| 454 | 10582503 | SIMMONS | CHAD | | Rep Jerry Boling | | |
| 455 | 794 | SIMS | FANNIE | | Rep Jerry Boling | | |
| 456 | 5188156 | SISK | BRYAN | | Rep Jerry Boling | | |
| 457 | 11564442 | SKINNER | KEVIN | | Rep Jerry Boling | | |
| 458 | 11332019 | SLOAN | KRISTEN | | Rep Jerry Boling | | |
| 459 | 8125042 | SMALLWOOD | STEPHEN | | Rep Jerry Boling | | |
| 460 | 3952852 | SMITH | DAMON | BRYAN | Dan Gasaway | | |
| 461 | 10364818 | SMITH | BRITTANY | | Rep Jerry Boling | | |
| 462 | 11331782 | SMITH | AMBER | | Rep Jerry Boling | | |
| 463 | Registration # | Last Name | First Name | Middle Name | Challenge By | Vote | Comments |
| 464 | 12815355 | SMITH | RYAN | | Rep Jerry Boling | | |
| 465 | 3952852 | SMITH | DAMON | | Rep Jerry Boling | | |
| 466 | 12129219 | SMITH | ASHLEY | | Rep Jerry Boling | | |
| 467 | 11143955 | SMITH | JOHNATHON | | Rep Jerry Boling | | |
| 468 | 3595396 | SMITH | JOHNNY | | Rep Jerry Boling | | |
| 469 | 366490 | SMITH | ANDREA | | Rep Jerry Boling | | |
| 470 | 11808629 | SMITH | JONATHAN | | Rep Jerry Boling | | |
| 471 | 916015 | SMITH | BEVERLY | | Rep Jerry Boling | | |
| 472 | 916040 | SMITH | KENNETH | | Rep Jerry Boling | | |
| 473 | 6487225 | SNOW | WESLEY | | Rep Jerry Boling | | |
| 474 | 5109991 | SOSEBEE | JONATHAN | | Rep Jerry Boling | | XFR Stephens Co |
| 475 | 5810762 | SOSEBEE | CANDICE | | Rep Jerry Boling | | XFR Stephens Co |
| 476 | 863229 | SPAIN | KIRBY | | Rep Jerry Boling | | |
| 477 | 11175065 | SQUIRES | JESSICA | | Rep Jerry Boling | | |
| 478 | 10571940 | SQUIRES | MEGAN | | Rep Jerry Boling | | |
| 479 | 10216573 | STECK | GARY | | Rep Jerry Boling | | XFR Forsyth Co |
| 480 | 11176023 | STEWART | JASON | | Rep Jerry Boling | | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 481 | 11824855 | STRONG | JAMES | | Rep Jerry Boling | | |
| 482 | 2115177 | SUMMERLIN | CHARLOTTE | | Rep Jerry Boling | | |
| 483 | 10766850 | SUTTON | JUSTIN | | Rep Jerry Boling | | |
| 484 | 1033 | TAMBLYN | PETER | | Rep Jerry Boling | | |
| 485 | 4773180 | TAYLOR | KENDAL | | Rep Jerry Boling | | |
| 486 | 5676218 | TAYLOR | LESLIE | | Rep Jerry Boling | | |
| 487 | 11104449 | TENCH | WILLIAM | | Rep Jerry Boling | | |
| 488 | 4960943 | TENCH | JEREMY | | Rep Jerry Boling | | |
| 489 | 6649253 | TENCH | PAMELA | | Rep Jerry Boling | | |
| 490 | 11001592 | THOMAS | LEVI | SCOTT | Dan Gasaway | | |
| 491 | 1191357 | THOMAS | BLONNIE | | Rep Jerry Boling | | |
| 492 | 1466 | THOMAS | BRENDA | | Rep Jerry Boling | | |
| 493 | 11001592 | THOMAS | LEVI | | Rep Jerry Boling | | |
| 494 | 11250571 | THOMAS | JOSHUA | | Rep Jerry Boling | | |
| 495 | 5532540 | THOMAS | HEATHER | | Rep Jerry Boling | | |
| 496 | Registration # | Last Name | First Name | Middle Name | Challenge By | Vote | Comments |
| 497 | 8695459 | THOMPSON | TANNER | MATTHEW | Dan Gasaway | | |
| 498 | 11549274 | THOMPSON | BRITTANY | | Rep Jerry Boling | | |
| 499 | 12643758 | TIPTON | CAMERON | | Rep Jerry Boling | | |
| 500 | 12643760 | TIPTON | JEANNE | | Rep Jerry Boling | | |
| 501 | 8349389 | TOLBERT | DAVID | | Rep Jerry Boling | | |
| 502 | 11358344 | TOMS | DAVID | | Rep Jerry Boling | | |
| 503 | 11841816 | TOTH | ERNEST | | Rep Jerry Boling | | |
| 504 | 12095627 | TOTH | KIM | | Rep Jerry Boling | | |
| 505 | 4521037 | TOTH | MICHAEL | | Rep Jerry Boling | | |
| 506 | 6537908 | TROTTER | MATTHEW | | Rep Jerry Boling | | |
| 507 | 4589697 | TURNER | ALISHA | | Rep Jerry Boling | | |
| 508 | 11334436 | TURNER | COREY | | Rep Jerry Boling | | |
| 509 | 11008291 | TURNER | WILLIAM | | Rep Jerry Boling | | |
| 510 | 11330815 | TURPEN | BRIAN | | Rep Jerry Boling | | |
| 511 | 11143964 | TWEEDELL | COLTON | | Rep Jerry Boling | | |
| 512 | 11136942 | VANDIVER | MICHAEL | | Rep Jerry Boling | | |
| 513 | 4030 | VAUGHN | DANNY | VERNER | Dan Gasaway | | XFR Franklin Co |
| 514 | 12084173 | VAUGHN | DYLAN | | Rep Jerry Boling | | |
| 515 | 10501642 | WAGNER | JULIA | | Rep Jerry Boling | | |
| 516 | 10501643 | WAGNER | PETER | | Rep Jerry Boling | | |
| 517 | 10745801 | WAGNER | LISA | | Rep Jerry Boling | | |
| 518 | 4843845 | WALDEN | MICHAEL | | Rep Jerry Boling | | |
| 519 | 12109864 | WALKER | BRAXTON | | Rep Jerry Boling | | |
| 520 | 10213975 | WALKER | DONNA | | Rep Jerry Boling | | XFR Lumpkin Co |
| 521 | 6877255 | WALTERS | MISTY | | Rep Jerry Boling | | |
| 522 | 4921952 | WARD | LISA | | Rep Jerry Boling | | |
| 523 | 6573311 | WARREN | CHRISTOPHER | | Rep Jerry Boling | | XFR Hall Co |
| 524 | 12371676 | WATKINS | ASHLEY | | Rep Jerry Boling | | |
| 525 | 8112886 | WATKINS | SARAH | | Rep Jerry Boling | | |
| 526 | 12296051 | WATTS | ASHLEY | | Rep Jerry Boling | | |
| 527 | 837870 | WEBB | CHARLES | | Rep Jerry Boling | | |
| 528 | 6738926 | WEEKS | SCOTT | | Rep Jerry Boling | | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 529 | Registration # | Last Name | First Name | Middle Name | Challenge By | Vote | Comments |
| 530 | 11008213 | WELCH | GREGORY | | Rep Jerry Boling | | |
| 531 | 11459255 | WELDON | LISA | | Rep Jerry Boling | | |
| 532 | 12868281 | WEST | PAUL | | Rep Jerry Boling | | |
| 533 | 10712716 | WEST | BRUCE | | Rep Jerry Boling | | |
| 534 | 10712827 | WEST | DEBRA | | Rep Jerry Boling | | |
| 535 | 433 | WESTBROOKS | JESSIE | | Rep Jerry Boling | | |
| 536 | 5389857 | WESTMORELAND | ROBERT | | Rep Jerry Boling | | |
| 537 | 7429487 | WHEELER | AMANDA | | Rep Jerry Boling | | |
| 538 | 12095239 | WHITE | SHARRI | | Rep Jerry Boling | | |
| 539 | 12098092 | WHITE | ROBERT | | Rep Jerry Boling | | |
| 540 | 12655947 | WHITEHEAD | JUSTIN | | Rep Jerry Boling | | |
| 541 | 7289552 | WHITEHEAD | KELLY | | Rep Jerry Boling | | |
| 542 | 12468685 | WHITELOCKE JOSEPHS | TANISHA | EDRIS | Dan Gasaway | | |
| 543 | 8134697 | WHITEY | MEGAN | | Rep Jerry Boling | | |
| 544 | 4429134 | WHITFIELD | MARK | | Rep Jerry Boling | | |
| 545 | 3275877 | WILEY | EDITH | | Rep Jerry Boling | | |
| 546 | 10333466 | WILEY | TIMOTHY | | Rep Jerry Boling | | |
| 547 | 7302083 | WILKES | JESSICA | | Rep Jerry Boling | | |
| 548 | 3744560 | WILLIAMS | MISTY | LEIGH | Dan Gasaway | | |
| 549 | 12095541 | WILLIAMS | DAVID | | Rep Jerry Boling | | |
| 550 | 3744560 | WILLIAMS | MISTY | | Rep Jerry Boling | | |
| 551 | 8397792 | WILLIAMS | SARAH | | Rep Jerry Boling | | |
| 552 | 888 | WILLIAMS | BRENDA | | Rep Jerry Boling | | |
| 553 | 10578602 | WILLIAMS | CHELSEA | | Rep Jerry Boling | | |
| 554 | 8253113 | WILMOT | AMANDA | | Rep Jerry Boling | | |
| 555 | 11158887 | WILSON | AMY | | Rep Jerry Boling | | |
| 556 | 11589788 | WOJCIK | DUSTIN | | Rep Jerry Boling | | |
| 557 | 5488525 | WOMBLE | KASEY | | Rep Jerry Boling | | |
| 558 | 6785166 | WOOD | BRANDON | | Rep Jerry Boling | | |
| 559 | 10838599 | WOODARD | KIMBERLY | | Rep Jerry Boling | | |
| 560 | 11788262 | WOODRING | ABIGAIL | | Rep Jerry Boling | | |
| 561 | 2729 | WRIGHT | GAY | | Rep Jerry Boling | | |
| 562 | Registration # | Last Name | First Name | Middle Name | Challenge By | Vote | Comments |
| 563 | 12098836 | WYATT | KALEY | | Rep Jerry Boling | | |
| 564 | 5804746 | YOST | JULIE | | Rep Jerry Boling | | |
| 565 | 4850665 | ZDENAHLIK | HOLLY | | Rep Jerry Boling | | |