| COUNTY | First Name | Last Name | Cell | Home | EMAIL | Cong Dist | ADDRESS | City | State | Zip Code | VOTER ID# | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Appling County | Kandiss | Taylor | 912-288.-5334 | | jandisstaylor@gmail.com | | 83 South Oak Street | Baxley | GA | 31513 | 4581483 | done-ah |
| Atkinson County | Perette | ;ou | 912-592-2801 | 912-389-6294 | pmmorris0405@gmail.com | 8 | PO Box 153 | Willacoochee | GA | 31650 | | |
| Bacon County | Judy | Carter | 912-632-8888 | 912-632-8889 | winwithdarwin@atc.cc | 1 | 1734 W. 4th Street Ext. | Alma | GA | 31510 | 4466103 | done-ah |
| Baker County | Joey | Henderson | 229.343.6516 | | hendersonjoey@bellsouth.net | 2 | 4648 Old Highway 200 | Newton | GA | 39870 | | |
| Baldwin County | Jack | Kraph | 478-731-2216 | | jack.krapf@att.net | | 236 Old Plantation Trail NW | Milledgeville | GA | 31061 | 3461079 | Done-ah |
| Banks County | Jerry | Boling | 678-316-4172 | 706-677-3307 | jboling1@aol.com | 9 | 229 Wells Road | Homer | GA | 30547 | 624 | |
| Barrow County | John | Stevens | | | auburnprophet@mindspring.com | 10 | 1508 Harmony Grove Church Rd | Auburn | GA | 30011 | 1228651 | done=ah |
| Bartow County | Louis | Debroux | 678-492-3182 | | louis@bartowgop.com; led@gatekeeperbackup.com | 11 | 153 Popham Road | Taylorsville | GA | 30178 | | |
| Ben Hill County | Tommy | Roberts, Jr | 229-425-4123 | 229-425-4123 | tommylroberts86@hotmail.com | 8 | 295 Ten Mile Rd | Fitzgerald | GA | 31750 | 6768228 | DONE-AH |
| Berrien County | Jeron | Griner | 229-326-2081 | | jerongriner12@gmail.com | 8 | 118 Heather Lane | Nashville | GA | 31639 | | |
| Bibb County | Bradley | Emerton | 4y78-320-8507 | | brademe@protonmail.com | 2, 8 | 1749 Waverland Circle | Macon | GA | 31210 | 6560599 | done-ah |
| Bleckley County | Brandy Perry | Ledbetter | 478-308-1089 | | | 8 | 312 N Second St. | Cochran | GA | 31014 | 55410 | Good to go James C |
| Brantley County | Ronald | Hammond | 912-294-4953 | | bp8796@gmail.com | 1 | 108 Thornton Rd | Waynesville | GA | 31566 | | |
| Brooks County | Arthur | Morin | 229-300-1995 | | arthurmorin64@gmail.com | 8 | 907 N. Culpepper Street | Quitman | GA | 31643 | 8034097 | |
| Bryan County | Karen | Hewitt | 912-665-2943 | | rkarenh@aol.com | 1 | 101 Ogeechee Dr | Richmond Hill | GA | 31324 | | |
| Bulloch County | Reid | Derr | 478-299-0175 | | reidderr53@hotmail.com | 12 | 259 Surrey Lane | Statesboro | GA | 30458 | | |
| Burke County | Fred | Reeves | 706-840-0370 | | fred@reevescustomcoaches.com | 12 | 1457 Spring Church Road | Waynesboro | GA | 30830 | | |
| Butts County | John | Patterson | 770-294-0612 | | mike@pattersonmtg.com | | 259 Buttrill Road | Jackson | GA | 30233 | 680039 | done-ah |
| Calhoun County | Eldonna | Wilkinson | 229-881-3365 | | femail@bellsouth.net | 2 | 4533 N. Depot Street | Leary | GA | 39862 | 593364 | done-ah |
| Camden County | Rachel | Baldwin | 912-266-4711 | | rbaldwin.eds@gmail.com | 1 | 490 S Satilla St | Kingsland | GA | 31548 | | |
| Candler County | Johnny | Vines | 912-243-0519 | | vjec@outlook.com | 12 | P.O. Box 1422 | Metter | GA | 30439 | | |

Holsworth Exhibit 8 (1-12-22)

| County | First | Last | Phone 1 | Phone 2 | Email | District | Address | City | State | Zip | Number | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Carroll County | Rick | Tillman | 770-328-7474 | 770-258-0007 | ftillmanfam@aol.com | 3 | 900 Indian Creek Road | Bowdon | GA | 30108 | | |
| Catoosa County | Chris | Arnt | 423 883-0016 | | gaarnts@catt.com | 14 | 145 CANYON TRL | RINGGOLD | GA | 30736 | | |
| Charlton County | Phil | Lott | 912-276-0332 | 912-496-3446 | maximumbenefit@gmail.com | 1 | 1863 N. 3rd Street | Folkston | GA | 31537 | 45466 | done-ah |
| Chatham County | Unorganized | | | | | 1 | | Savannah | GA | 31410 | | |
| Chattahoochee County | Unorganized | | | | | 2 | | | | | | |
| Chattooga County | Eddy | Willingham | 706-936-7384 | | edw3333@gmail.com | 14 | 70 Sunset Dr | Summerville | GA | 30747 | | |
| Cherokee County | Irish Lyn | MURPHY | | | lynmurphy@reagan.com | | 127 BELLEHAVEN DR | Woodstock | GA | 30188 | 106507 | |
| Clarke County | Gordon | Rhoden | 706-549-4073 | | rhodenagency@yahoo.com | 9, 10 | 340 Heather Cove | Athens | GA | 30606 | 2252900 | |
| Clarke County | Carter | Donna | 706-372-9584 | | citizensfortruth@yahoo.com | | 502 Souther Circle | Athens | GA | 30606 | | |
| Chatham County | Unorganized | | | | | 1 | | Savannah | GA | 31410 | | |
| Chattahoochee County | Unorganized | | | | | 2 | | | | | 1772583 | |
| Chattooga County | Eddy | Willingham | 706-936-7384 | | edw3333@gmail.com | 14 | 70 Sunset Dr | Summerville | GA | 30747 | | |
| Cobb | Pamela F | Reardon | | | pameladrealtor@gmail.com | | 4050 Coyte Dr | Marietta | GA | 30062 | 3615023 | done-ah |
| Coffee County | Cathleen | Latham | 912-389-6085 | | cathyalatham@gmail.com | 12 | 95 Banklodge Drive | Douglasville | GA | 31535 | 3678321 | done-ah |
| Colquitt County | Hayden | Willis | 225-288-3364 | | haydenwillis@gmail.com | 8 | 2008 2nd Street SE | Moultrie | GA | 31768 | | |
| Columbia County | Debbie | McCord | 706-833-4731 | | chair@ccgagop.org; debbie9mccord@gmail.com | 10, 12 | 505 Brandermill Rd | Evans | GA | 30809 | 2269695 | done-ah |
| Cook County | Dorsey | Holt | 229-561-7373 | | dorseyholt1@hotmail.com | 8 | 1001 Bear Creek Rd | Adel | GA | 31620 | | |
| Coweta County | Vickie | Matlaga | | | cwacofsg@yahoo.com | 3 | 89 Big Horn Drive | Newnan | GA | 30165 | 86329 | done-ah |
| Crawford County | Janet | Carter | 478-447-2980 | | janetwc82@gmail.com | 2 | 1865 Sandy Point Rd | Knoxville | GA | 31050 | 171321 | done-ah |
| Crisp County | Donald | Cole | 229-291-7114 | | don@doncole.com | 2 | 610 Cardinal Ave | Cordele | GA | 31015 | 807461 | |
| Dade County | Tom | Pounds | 979-236-3882 | 706-398-2524 | tjpounds@gmail.com | 14 | 298 Wild Acres Lane | Rising Fawn | GA | 30738 | | |
| Dawson County | Seanie | Zappenforf | 678-643-9019 | 706-344-1235 | seanie.zappendorf@gmail.com | 9 | 113 Scarlett Oak Lane | Dawsonville | GA | 30534 | 7298704 | done-ah |
| Decatur County | Ann Marie | Emmons | 609-724-4580 | | amaemmons@gmail.com | 2 | 1527 Doogwood Dr | Bainbridge | GA | 39819 | | |

| County | First | Last | Phone | Phone2 | Email | Districts | Address | City | State | Zip | ID | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DeKalb County | Douglas | Hartman | 814-360-0073 | | doug_hartman1@yahoo.com | 4, 5, '6 | 1291 Cumberland Road NE | Atlanta | GA | 30306 | 10079807 | |
| Dodge County | James Kenneth | Carroll | | | thekencarroll@gmail.com | 8 | 346 Gum Swamp Rd. | Eastman | GA | 31023 | 56764 | |
| Dooly County | E. Shane | Danforth | | | ericdanforthfire@gmail.com | 2 | 2711 Highway 27 | Vienna | GA | 31092 | 801118 | done-ah |
| Dougherty County | Billie | Fletcher | 229-854-9443 | | | 2 | 2302 12th Ave | Albany | GA | 31707 | 1219364 | Good to go. James C |
| Douglas County | Cindy | Morley | 770-365-2103 | | cindymorley@bellsouth.net | 13 | 2366 Iron Horse Dr | Douglasville | GA | 30135 | | |
| Douglas County | Ceasar | Gonzales | (404) 824-5959 | | mechracer74@yahoo.com | | 7255 Cowan Mill Road | Winston | GA | 30187 | 8260590 | done-ah |
| Early County | Brad | Hughes | 502-645-6297 | | bradhughes00@gmail.com | 2 | PO Box 543 | Blakely | GA | 39823 | | |
| Echols County | Terry | Carter | 229-292-7539 | | trrcarter30@gmail.com | 1 | 1033 Tince Rd | Lake Park | GA | 31636 | | |
| Effingham County | Brittany | Dasher | 912-663-7935 | | bdash7935@yahoo.com | 1, 12 | PO Box 60 | Springfield | GA | 31329 | | |
| Elbert County | Dustin | Ayers | 706-988-4576 | | ayersdustin@hotmail.com | 9 | 1555 Cromer Road | Elberton | GA | 30635 | | |
| Emanuel County | Greg | Johnson | 912-682-0921 | | gop.emanuel@gmail.com | 12 | 888 Golf Drive | Swainsboro | GA | 30401 | | |
| Evans County | Peggy | Perkins | 912-429-5066 | 912-739-4589 | perkfam837@webtv.net; clarksonlr611@gmail.com | 12 | PO BOX 837 | Hagan | GA | 30429 | | |
| Fannin County | Joe | Owens | 678-427-8767 | | kk4nte@outlook.com | 9 | 135 Dancing Trees Trail | Morganton | GA | 30560 | | |
| Fayette County | Gregory Cecil | Clifton | | | deeprootsinga@gmail.com | | 135 Knights Ct. | Fayetteville | GA | 30215 | 2758385 | done-ah |
| Floyd County | Diane | Lewis | 770-324-4720 | | dlewis@lewischem.com | 14 | 414 Tribune St | Rome | GA | 30161 | | |
| Forsyth County | Patrick | Bell | 678-878-9358 | | patrick@teambell.org | 7, 9 | 1426 Indian Way | Cumming | GA | 30040 | | |
| Franklin County | Angela | Whidby | 404-427-1082 | | dogsgalore@icloud.com | 9 | 19031 Hwy 106 | Toccoa | GA | 30577 | 2768260 | done-ah |
| Fulton County | Caroline | Jeffords | | | carolinejeffords@hotmail.com | | 4380 Paran Summit Court NW | Atlanta | GA | 30327 | 3483492 | |
| Fulton County | Trey | Kelly | 770-363-6479 | | treykellynaifa@gmail.com; angelic@fultongop.org | 5, 6, 11, 13 | 3803 North Stratford Rd | Atlanta | GA | 30342 | | |
| Gilmer County | Richie | Stone | 706-889-8274 | | chairman.gilmergop@gmail.com | 9 | 15 Nickel Lane #7313 | Ellijay | GA | 30540 | | |
| Glascock County | | | | | | | | | | | | |
| Glynn County | Dr. Ginny | Hall | 229-425-5060 | | ginnyhall52@gmail.com | 1 | 100 Hanging Moss Drive | St. Simons Island | GA | 31522 | | |

| County | First | Last | Phone 1 | Phone 2 | Email | Dist | Address | City | State | Zip | ID | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gordon County | Kathleen | Thorman | 404-702-2703 | | kwthorman@gmail.com | 14 | 1395 Slate Mine Road SE | Fairmount | GA | 30139 | | |
| Grady County | Gilbert | Jolly | 251-753-8972 | | southernreb18@yahoo.com | 2 | 3126 GA Hwy 188 N, Lot 6 | Cairo | GA | 39826 | | |
| Greene County | | | | | | | | | | | | |
| Gwinnett County | Mark | Williams | 678-618-0791 | | mark@printingtradeco.com | | 3312 Canary Trail | Duluth | GA | 30096 | 2836327 | |
| Habersham County | W Carl | Blackburn | 706-499-7355 | | cblackburn1776@gmail.com | 9 | 130 Northridge Dr | Demorest | GA | 30535 | 1240737 | |
| Hall County | Theresa | Webb | 404-805-4571 | 678-833-9196 | webbtee@aol.com | 9 | 3761 Maple Forge Lane | Gainesville | GA | 30504 | 2740041 | done-ah |
| Hancock County | Ernie | Gonzales | 703-785-1838 | | ecgonzales58@gmail.com | 10 | 12471 W Broad Street | Sparta | GA | 31087 | 12357749 | done-ah |
| Haralson County | Robert | Smith | 770-605-7558 | | rws0318@bellsouth.net | 14 | 100 Covered Bridge Rd | Bremen | GA | 30110 | | |
| Harris County | Mark | Post | 706-325-2773 | 706-221-9371 | mark31904@gmail.com | 3 | 215 Woodland Drive | Cataula | GA | 31804 | | |
| Hart County | Guy | Hagan | 404-202-2816 | | guyhagan@gmail.com | 9 | 9 Sidney Drive | Hartwell | GA | 30643 | | agreed via formstack |
| Heard County | Sharlene | Joh | 706-594-9139 | | scjoh02@wildblue.net | 3 | 2377 Thaxton Rd | Franklin | GA | 30217 | | |
| Henry County | Barbara | Jessop | | 678-372-0070 | bjessop@charter.net | 3, 10, 13 | 1102 Huntcrest Ridge | McDonough | GA | 30252 | | |
| Henry County | Noelle | Kahaian | 586-212-5182 | | noellekahaian@gmail.com | | 15 Harris Drive | Locust Grove | GA | 30248 | 1.1E+07 | done-ah |
| Houston County | Donna | Sant | 478-954-5965 | | dsantgop@icloud.com | 8 | 1000 Corporate Pointe Box C11 | Warner Robins | GA | 31088 | 8034097 | |
| Irwin County | Lott | Dill | 229-424-5652 | 229-468-9214 | lhdill@surfsouth.com | 8 | 425 Petunia Road | Ocilla | GA | 31774 | | |
| Jackson | Ronald | Johnson | | | | 9 | 1754 Tugaloo Dr | Jefferson | GA | 30549 | 5242357 | done-ah |
| Jasper County | Mary Alice | Carter | 678-449-9701 | 770-786-8145 | maryalicecarter@gmail.com | 10 | 36 Lance Court | Mansfield | GA | 30055 | | |
| Jeff Davis County | Steven | Roberson | 912-253-0012 | | steve@roberson.biz | 12 | 92 S Williams St | Hazelhurst | GA | 31539 | | |
| Jefferson County | Alan | York | 478-494-6124 | | york1207@yahoo.com | 10 | 1754 Tugaloo Dr | Louisville | GA | 30434 | 244418 | done-ah |
| Jenkins County | Joe | Sasser | 478-494-0732 | | jandcsasser@bellsouth.net | 12 | 553 Dekle Ave | Millen | GA | 30442 | | |
| Johnson County | **Robert** | Colston | | | fireballauctions1862@gmail.com | 10 | 503 Hill Salter Rd. | Kite | GA | 31049 | 689852 | done-ah |
| Jones County | Jan | Andrews | | | jandrews10@cox.net | 8 | 122 Yukon Road | Macon | GA | 31217 | 692735 | done-ah |
| Lamar County | Ashley | Gilles | 770-557-9277 | | ashley.n.gilles@gmail.com | 3 | 425 Abbott Rd | Barnesville | GA | 30204 | 1.2E+07 | done-ah |
| Lanier County | Brian | Sirmans | 229-269-7788 | | ~~briansirmans@gmail.com~~ | 8 | 1429 River Road | Lakeland | GA | 31635 | | |

| County | First | Last | Phone 1 | Phone 2 | Email | Code | Address | City | State | Zip | ID | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Laurens County | Abigail | Safford | 478-278-9789 | 478-272-3605 | arsafford@gmail.com | 12 | 113 Mary Dr | East Dublin | GA | 31027 | | |
| Lee County | Gina | Amato | | | amatog116@gmail.com | 2 | 116 Alachua Lane | Albany | GA | 31707 | 08508673A | done-ah |
| Liberty County | Benjamin | O'Neal | 678-612-8926 | | boneal@sclawgroup.com | 1 | 915 Long Frasier Drive | Hinesville | GA | 31313 | | |
| Lincoln County | | | | | | | | | | | | |
| Long County | Ray | Howard | 912-256-4986 | | rlh8004@gmail.com | 1 | 1023 Buster Phillips Rd SE | Ludowici | GA | 31316 | | |
| Lowndes County | Seth | Demott | 229-560-8276 | | seth.demott@gmail.com | 1, 8 | 2026 Oakdale Dr | Valdosta | GA | 31602 | | |
| Lumpkin County | Katherine | James | 404-386-1398 | | mkjames37@yahoo.com | 9 | 37 Blueberry Hill | Dahlonega | GA | 30533 | | |
| Macon County | Unorganized | | | | | 2 | | | | | | |
| Madison County | Ralph | Hudgens | | | | 9 | 6509 Highway 106 S | Hull | GA | 30646 | 2250451 | done-ah |
| Marion County | Unorganized | | | | | 2 | | | | | | |
| McDuffie County | Bradley | Kitchens | | | bradkitchens1981@gmail.com | | 3975 McCorckle Road | Dearing | GA | 30808 | 5887581 | Done-ah |
| McIntosh County | William | Johnson | 912-663-3449 | | bjsands64@gmail.com | 1 | 607 Clarke St | Darien | GA | 31305 | 1119155 | Done-ah |
| Meriwether County | Tom | Hagen | 706-637-8529 | | vinchaser01@gmail.aom | 3 | 6659 Lone Oak Rd | Hogansville | GA | 30230 | | |
| Miller County | Unorganized | | | | | 2 | | | | | | |
| Mitchell County | Joe | Campbell | 229-344-1694 | 229-336-7416 | joemcampbell@yahoo.com | 2 | 4556 Squirrel Haven Road | Camilla | GA | 31730 | | |
| Monroe County | Todd | Tolbert | 478-737-9802 | | todd@tolbertandassociates.com | 8 | 150 Cory Dr | Macon | GA | 31210 | | |
| Montgomery County | Unorganized | | | | | 12 | | | | | | |
| Morgan County | | | | | | | | | | | | |
| Murray County | Kevin | Jones | 706-581-5354 | | kjj6887@yahoo.com | 14 | 4717 Hwy 52 Alt | Chatsworth | GA | 30705 | | |
| Muscogee County | Alton | Russell | 706-587-7549 | 706-324-1546 | altonrussell38@gmail.com | 2, 3 | 1425 Autumnridge Drive | Columbus | GA | 31904 | | |
| Newton County | Scott | Jay | 678-794-7691 | | storettofcovington@bellsouth.net | 4, 10 | 10170 Starr Street SW | Covington | GA | 30014 | | |
| Oconee County | Patricia | Daughertry | | | patd105@gmail.com | | 5041 Price Mill Road | Bishop | GA | 30621 | 4574383 | done-ah |
| Oglethorpe County | Catherine Marie | Ware | | | cathyware762@gmail.com | 10 | 52 Creek Ridge | Winterville | GA | 30683 | 2323801 | done-ah |
| Paulding County | Nancy | Hollingshed | 678-446-8367 | | nhollingshed@gmail.com | 14 | 178 Owesmill Path | Dallas | GA | 30132 | | |
| Peach County | Julie | McCook | 478-972-6059 | | jubug824@aol.com | 2 | 210 Anderson Ave | Fort Valley | GA | 31030 | | |

| County | First | Last | Phone | Phone 2 | Email | # | Address | City | State | Zip | Code | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pickens County | Craig | Stallings | 404-307-1889 | | craig@stallingsindustries.com | 9 | 869 Pioneer Road | Jasper | GA | 30143 | | |
| Pierce County | Kay | Godwin | 912-282-2524 | | kaygodwin46@gmail.com | 1 | 835 Strickland Avenue | Blackshear | GA | 31516 | | |
| Pike County | Keith | Hurley | 404-425-8740 | | keefus06@gmail.com | 3 | 702 Ivy Circle | Concord | GA | 30206 | | |
| Polk County | Marc | Wall | 706-766-6669 | 770-749-0420 | brendmarco@cs.com | 14 | 1216 Hightower Road | Cedartown | GA | 30125 | | |
| Pulaski County | John | McCune | 478-783-3080 | | renam@cstel.net | 8 | 800 Wildwood Ave | Hawkinsville | GA | 31036 | | |
| Putnam County | | | | | | | | | | | | |
| Quitman County | Carvel | | 229-221-8709 | | cclewis@aol.com | 2 | 1142 Georgia Hwy 39S | Georgetown | GA | 39854 | | |
| Rabun County | Edward | Henderson | | | | | PO Box 1294 | Clayton | GA | 30525 | | |
| Randolph County | Deker | Hixon | 229-310-9197 | | dekerhixon@gmail.com | 2 | 2837 GA Hwy 216 | Cuthbert | GA | 39840 | | |
| Richmond County | | | | | | | | | | | | |
| Rockdale County | Toby | Dryer | 404-406-8739 | 678-413-2439 | chairman@rockdalegop.com | 4 | 2907 Loch Lomond Drive | Conyers | GA | 30094 | | |
| Schley County | *No Paperwork rec'v from County in 2019* | | | | | 2 | | | | | | |
| Screven County | Stephen | Hammond | 912-659-0725 | | shammond@nctv.com | 12 | 2190 Scarboro Hwy | Sylvania | GA | 30467 | | |
| Seminole County | Bryan | Wells | 229-400-5548 | | bryanwells64@yahoo.com | 2 | 7930 Parkside Circle | Donalsonville | GA | 39845 | | |
| Spalding County | Thomas | Ison, Jr | 678-858-8895 | | ti23@mindspring.com | 3 | 11 Terrancedale Ct | Griffin | GA | 30224 | | |
| Stephens County | Rebeckah | Bennett | 706-716-9406 | | rebeckahjbennett@yahoo.com | 9 | 1617 Rock Quarry Circle | Toccoa | GA | 30577 | | |
| Stewart County | Christina- she passed away Sunday | Scribner | | | cgritchie1@aol.com | 2 | 993 Wall Street | Richland | GA | 31825 | | |
| Sumter County | Darryl | Hawkins | 229-942-0607 | 229-928-1338 | darryllhawkins@yahoo.com | 2 | 113 N Pointe Circle | Americus | GA | 31709 | 73122 | done=ah |
| Talbot County | **Unorganized** | | | | | 2 | | | | | | |
| Taliaferro County | Joe | Martin | 706-817-6575 | 706-456-3198 | joe@dancingpines.org | 10 | 3198 Hillman Road NE | Crawfordville | GA | 30631 | 7582034 | done-ah |
| Tattnall County | Marc | Nobles | 912-270-6012 | | noblesoutdoor@windstream.net | 12 | 300 E Pecan Road | Glennville | GA | 30427 | 1591000 | done-ah |
| Taylor County | Chuck | Hand | 478-662-1681 | | chuckh.wch@gmail.com | 2 | 171 Dillon Rd | Butler | GA | 31006 | | |
| Telfair County | **Unorganized** | | | | | 8 | | | | | | |
| Terrell County | **Sarah** | Webster | | | sbwebster@yahoo.com | 2 | 7149 FLA Short Rt | Dawson | GA | 39842 | 3513719 | done-ah |

| County | First | Last | Phone 1 | Phone 2 | Email | # | Address | City | State | Zip | Reg # | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Thomas County | Bruce | Fykes | 904-327-7547 | 229-227-1425 | btfykes@yahoo.com | 8 | 155 South Gate Dr | Thomasville | GA | 31757 | done | done |
| Tift County | Jerold | Cade | 229-392-0376 | | jeroldcade@gmail.com | 8 | 4212 Frazier Circle | Tifton | GA | 31783 | 7561317 | done-ah |
| Toombs County | Leesa | Hagan | 912-403-9303 | | mlhagan@yahoo.com | 12 | 896 Rodney Stanley Rd | Lyons | GA | 30436 | 8153784 | done-ah |
| Towns County | Betsy | Young | 904-382-1912 | | tcgopchair@gmail.com | 9 | 1173 Frog Pond Rd | Hiawassee | GA | 30546 | 11290679 | done-ah |
| Treutlen County | Phil | Jennings IV | 912-536-5185 | | phil@sodfather.com | 12 | 3533 East Main Street | Soperton | GA | 30457 | | |
| Troup County | Helen | Rice | 706-333-9794 | | helenrice@charter.net; ashleymccoy@synovus.com | 3 | 882 Piney Woods Dr | LaGrange | GA | 30240 | | |
| Turner County | Unorganized | | | | | 8 | | | | | | |
| Twiggs County | Emmitt | Sherling | 478-365-5146 | 478-945-6930 | jsherling48@gmail.com | 8 | 3383 Prospect Church Rd | Jeffersonville | GA | 31044 | | |
| Union County | Dena | Gooch | 706-265-9251 | 706-747-3932 | dgooch@windstream.net | 9 | 876 Johnny Gap Rd | Suches | GA | 30572 | 912480 | done-ah |
| Upson County | Hannah | Ellington | 706-975-8709 | | hbellington@gmail.com | 3 | | | GA | | | |
| Walker County | Nancy | Burton | 423-364-5682 | | n_burton001@comcast.net | 14 | 102 McFarland Rd #4 | Lookout Mountain | GA | 30750 | | |
| Walton County | Lucretia | Hughes | 404-422-2558 | | dave.fallbackproductions@gmail.com | 10 | 4780 Center Hill Church Rd | Loganville | GA | 30052 | 3807 | done-ah |
| Ware County | Jimmy | Carter | 912-590-2165 | 912-338-9551 | carterwaycross@outlook.com ; debra610@gmail.com | 1 | 2285 DeVandrene Avenue | Waycross | GA | 31503 | | |
| Warren County | Dennis | Coxwell | 706-836-0810 | | cdc@pinesouth.com | | 307 Wilhoit St | Warrenton | GA | 30828 | James is going to find registration # | |
| Washington County | | | | | | | | | | | | |
| Wayne County | Ralph | Trapnell | 912-294-3325 | | trapnell0480@gmail.com | 1 | 1671 S Highway 301 | Jesup | GA | 31546 | will send info formstack | |
| Webster County | Kristy | Blankenship | 229-389-1887 | 229-828-3565 | msblip@gmail.com | 2 | 858 Cemetery Road | Preston | GA | 31824 | 269372 | done-ah |
| Wheeler County | Laura | Brownley | 912-568-1671 | | labrownley@gmail.com | 12 | 34 S Broad Street | Alamo | GA | 30411 | | done-ah |
| White County | Kristopher | Yardley | 770-572-3475 | | kyardley2002@yahoo.com | 9 | 413 Head Street | Cleveland | GA | 30528 | 3320637 | |
| Whitfield | Dianne | Putnam | 706-217-5929 | | dianneputnam@hotmail.com | 14 | 504 Valley Drive | Dalton | GA | 30720 | | |
| Wilcox | Wayne | McGuinty | 229-949-0275 | 229-365-2489 | rwminc1@windstream.net | 8 | 111 Fifth Avenue | Rochelle | GA | 31079 | 192236 | done-ah |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wilkes | David A J | Steele | 770-403-8195 | | dajs2000@aol.com | 10 | 509 S Jefferson St | Washington | GA | 30673 | 2757582 | |
| Wilkinson | | | | | | | | | | | | |
| Worth | Terry | Achord | 229-566-3281 | 229-776-1019 | tachord06@hotmail.com | 8 | 400 Isabella Terrell Road | Poulan | GA | 31792 | | |