| COUNTYNAME | COUNT | Submitting |
|---|---|---|
| APPLING | 34 | |
| ATKINSON | 19 | |
| BACON | 31 | |
| BAKER | 15 | |
| BALDWIN | 76 | |
| BANKS | 50 | Dan Gassaway |
| BARROW | 367 | |
| BARTOW | 301 | Cheryl Odells |
| BEN HILL | 24 | |
| BERRIEN | 56 | |
| BIBB | 401 | |
| BLECKLEY | 38 | |
| BRANTLEY | 38 | |
| BROOKS | 35 | Lee Larko |
| BRYAN | 224 | |
| BULLOCH | 174 | |
| BURKE | 43 | |
| BUTTS | 86 | |
| CALHOUN | 10 | |
| CAMDEN | 205 | Noah Ring |
| CANDLER | 24 | |
| CARROLL | 371 | |
| CATOOSA | 249 | Denise Burns |
| CHARLTON | 17 | |
| CHATHAM | 916 | |
| CHATTAHOOCHEE | 7 | |
| CHATTOOGA | 49 | Casie Bryant |
| CHEROKEE | 1094 | Debbie Staver |
| CLARKE | 496 | |
| CLAY | 5 | |
| CLAYTON | 1273 | Tina Louis |
| CLINCH | 8 | |
| COBB | 3618 | Pamela Reardon |
| COFFEE | 46 | |
| COLQUITT | 53 | Louise Cooper Bannisterlouban@windstream.net |
| COLUMBIA | 638 | Jodi Lott |
| COOK | 47 | |
| COWETA | 442 | Jennifer Ziolkowski |
| CRAWFORD | 21 | |
| CRISP | 34 | Marie Adamson |
| DADE | 37 | Colton Moore |
| DAWSON | 155 | |
| DECATUR | 52 | |
| DEKALB | 4111 | Marci Baer / Lonnie Lo |
| DODGE | 32 | |
| DOOLY | 16 | |

| County | Count | Name |
|---|---|---|
| DOUGHERTY | 205 | |
| DOUGLAS | 742 | |
| EARLY | 18 | |
| ECHOLS | 7 | |
| EFFINGHAM | 196 | |
| ELBERT | 31 | |
| EMANUEL | 41 | |
| EVANS | 22 | |
| FANNIN | 99 | |
| FAYETTE | 544 | |
| FLOYD | 161 | Mickey Tuck |
| FORSYTH | 1085 | Laurie Cleland |
| FRANKLIN | 64 | |
| FULTON | 5599 | Steve Sutton |
| GILMER | 76 | Jason Williamson |
| GLASCOCK | 11 | |
| GLYNN | 262 | Jeff Jones |
| GORDON | 98 | Kathleen Thorman |
| GRADY | 42 | |
| GREENE | 80 | |
| GWINNETT | 3387 | David Clark |
| HABERSHAM | 99 | |
| HALL | 629 | Rick McQueen |
| HANCOCK | 18 | |
| HARALSON | 74 | |
| HARRIS | 132 | |
| HART | 50 | |
| HEARD | 32 | |
| HENRY | 1116 | |
| HOUSTON | 393 | |
| IRWIN | 31 | |
| JACKSON | 294 | |
| JASPER | 50 | |
| JEFF DAVIS | 32 | |
| JEFFERSON | 12 | |
| JENKINS | 11 | |
| JOHNSON | 13 | |
| JONES | 80 | |
| LAMAR | 59 | Ashley Gillis |
| LANIER | 20 | |
| LAURENS | 65 | |
| LEE | 156 | |
| LIBERTY | 159 | |
| LINCOLN | 34 | |
| LONG | 39 | Jeff Jones |
| LOWNDES | 303 | John Corbett |
| LUMPKIN | 100 | |

| County | Count | Name |
|---|---|---|
| MACON | 9 | |
| MADISON | 79 | |
| MARION | 9 | Julia Cyrene |
| MCDUFFIE | 42 | |
| MCINTOSH | 30 | Jeff Jones |
| MERIWETHER | 59 | |
| MILLER | 20 | |
| MITCHELL | 43 | |
| MONROE | 92 | |
| MONTGOMERY | 36 | |
| MORGAN | 63 | Steven Shell |
| MURRAY | 63 | |
| MUSCOGEE | 534 | |
| NEWTON | 501 | |
| OCONEE | 192 | |
| OGLETHORPE | 35 | |
| PAULDING | 714 | Kerstan Kruse |
| PEACH | 100 | |
| PICKENS | 95 | Kathy Cowan |
| PIERCE | 29 | Beverly Dianne Wilson |
| PIKE | 62 | Brandon Bramlett |
| POLK | 97 | Larry Reynolds |
| PULASKI | 36 | |
| PUTNAM | 84 | |
| QUITMAN | 7 | |
| RABUN | 47 | |
| RANDOLPH | 11 | |
| RICHMOND | 636 | Jodi Lott |
| ROCKDALE | 532 | |
| SCHLEY | 11 | |
| SCREVEN | 24 | |
| SEMINOLE | 20 | |
| SPALDING | 181 | Michelle Knight |
| STEPHENS | 58 | Rebeckah Bennett |
| STEWART | 5 | |
| SUMTER | 45 | |
| TALBOT | 7 | |
| TALIAFERRO | 2 | |
| TATTNALL | 32 | |
| TAYLOR | 13 | |
| TELFAIR | 16 | |
| TERRELL | 23 | |
| THOMAS | 70 | |
| TIFT | 82 | |
| TOOMBS | 65 | |
| TOWNS | 54 | |

Def Somerville 000126

| County | Count | Notes |
|---|---|---|
| TREUTLEN | 13 | |
| TROUP | 151 | |
| TURNER | 14 | |
| TWIGGS | 27 | |
| UNION | 86 | |
| UPSON | 51 | Ken Pullen took it |
| WALKER | 173 | Dean Kelley |
| WALTON | 334 | Danniel Dewitte |
| WARE | 63 | |
| WARREN | 14 | |
| WASHINGTON | 24 | |
| WAYNE | 46 | |
| WEBSTER | 9 | |
| WHEELER | 5 | |
| WHITE | 95 | Kathy Thompson |
| WHITFIELD | 174 | Carly Drobnick |
| WILCOX | 9 | |
| WILKES | 18 | |
| WILKINSON | 24 | |
| WORTH | 37 | |
| | 39141 | |

Def Somerville 000127

| Our Status | STATUS | STATUS2 |
|---|---|---|
| votegasaway@gmail.com | | |
| odells2000@yahoo.com | | |
| Leelarko@yahoo.com | | |
| Noahring53@gmail.com | | |
| adeniseburns@gmail.com | | |
| casiebc@gmail.com | | |
| dharris-staver@comcast.net | | |
| | REJECTED | ABSURD JUSTIFICATION. |
| pameladrealtor@gmail.con | SUBMITTED | |
| louban@windstream.net submitted | | |
| Jnlichty@gmail.com | | |
| Mbeachn77@gmail.com Colton@coltonmoore.com | | |
| mmcarthy@ten-inc.com | SUBMITTED | |

Def Somerville 000128

mtuck18@comcast.net
laurie.cleland@gmail.com   kpbarnes@co   Kim Pruitt Barnes 2nd submitted

steve@spc-llc.com         SUBMITTED
Williamsongrading@gmail.com

s124@votejeffjones.com
kwthorman@gmail.com


david3clark@gmail.com

rick.mcqueen@charter.net









Ashley.n.gilles@gmail.com




s124@votejeffjones.com
John Corbett <johncorbett@bellsouth.net>

Daughterjudah@gmail.com

s124@votejeffjones.com

seshell77@aol.com

kerstin.liberty@gmail.com

Kcowan77@gmail.com
mossgate@att.net
Swagged.bb@gmail.com
llr231@gmail.com

submitted

Michelle Knight514 <michelle.knight514@gmail.com>
scgopchairwoman@gmail.com

Def Somerville 000130

kenpullin75@gmail.com
nwgateaparty@gmail.com
bulldogs97@yahoo.com


email sent
carly@drobnick.com

Def Somerville 000131

| COUNTYNAME | COUNT | Submitting |
|---|---:|---|
| BANKS | 50 | Dan Gassaway |
| BROOKS | 35 | Lee Larko |
| CAMDEN | 205 | Noah Ring |
| CATOOSA | 249 | Denise Burns |
| CHATTOOGA | 49 | Casie Bryant |
| CHEROKEE | 1094 | Debbie Staver |
| COBB | 3618 | Pamela Reardon |
| COLQUITT | 53 | Louise Cooper Bannisterlouban@windstream.net |
| COLUMBIA | 638 | Jodi Lott |
| COWETA | 442 | Jennifer Ziolkowski |
| CRISP | 34 | Marie Adamson |
| DADE | 37 | Colton Moore |
| DEKALB | 4111 | Marci Baer / Lonnie Lo |
| FLOYD | 161 | Mickey Tuck |
| FORSYTH | 1085 | Laurie Cleland |
| FULTON | 5599 | Steve Sutton |
| GILMER | 76 | Jason Williamson |
| GLYNN | 262 | Jeff Jones |
| GORDON | 98 | Kathleen Thorman |
| GWINNETT | 3387 | David Clark |
| HALL | 629 | Rick McQueen |
| LAMAR | 59 | Ashley Gillis |
| LONG | 39 | Jeff Jones |
| MARION | 9 | Julia Cyrene |
| MCINTOSH | 30 | Jeff Jones |
| MORGAN | 63 | Steven Shell |
| PAULDING | 714 | Kerstan Kruse |
| PICKENS | 95 | Kathy Cowan |
| PIERCE | 29 | Beverly Dianne Wilson |
| PIKE | 62 | Brandon Bramlett |
| POLK | 97 | Larry Reynolds |
| RICHMOND | 636 | Jodi Lott |
| SPALDING | 181 | Ken Pullen took it |
| STEPHENS | 58 | Rebeckah Bennett |
| UPSON | 51 | Ken Pullen took it |
| WALKER | 173 | Dean Kelley |
| WALTON | 334 | Danniel Dewitte |
| WHITE | 95 | Kathy Thompson |

| Our Status | STATUS | STATUS2 |
|---|---|---|
| votegasaway@gmail.com | | |
| Leelarko@yahoo.com | | |
| Noahring53@gmail.com | | |
| adeniseburns@gmail.com | | |
| casiebc@gmail.com | | |
| dharris-staver@comcast.net | | |
| pameladrealtor@gmail.com | SUBMITTED | |
| louban@windstream.net | | |
| jodi4ga@gmail.com | | |
| Jnlichty@gmail.com | | |
| Mbeachn77@gmail.com | | |
| Colton@coltonmoore.com | | |
| mmcarthy@ten-inc.com | SUBMITTED | |
| mtuck18@comcast.net | | |
| laurie.cleland@gmail.com | kpbarnes@co | Kim Pruitt Barnes 2nd submitted |
| steve@spc-llc.com | SUBMITTED | |
| Williamsongrading@gmail.com | | |
| s124@votejeffjones.com | | |
| kwthorman@gmail.com | | |
| david3clark@gmail.com | | |
| rick.mcqueen@charter.net | | |
| Ashley.n.gilles@gmail.com | | |
| s124@votejeffjones.com | | |
| Daughterjudah@gmail.com | | |
| s124@votejeffjones.com | | |
| seshell77@aol.com | | |
| kerstin.liberty@gmail.com | | |
| Kcowan77@gmail.com | | |
| mossgate@att.net | | |
| Swagged.bb@gmail.com | | |
| llr231@gmail.com | | |
| jodi4ga@gmail.com | | |
| kenpullin75@gmail.com | | |
| scgopchairwoman@gmail.com | | |
| kenpullin75@gmail.com | | |
| nwgateaparty@gmail.com | | |
| bulldogs97@yahoo.com | | |
| bc.titles@gmail.com | | |