**From:** Mark Williams <mark@printingtradeco.com>
**Date:** December 12, 2020 at 2:03:02 PM CST
**To:** Gregg Phillips <gregg@opsec.group>
**Cc:** Catherine Engelbrecht <catherine@truethevote.org>
**Subject: Re: Referral**

Call me on my cell anytime
Would love to talk to you about your project.

Mark Williams

678-618-0791

On Sat, Dec 12, 2020 at 1:28 PM Gregg Phillips <gregg@opsec.group> wrote:
> Mark,
>
> You were referred to us by the Chairman of the GOP.
>
> We have a large print job for which we need help.
>
> Please let me know if you have ten minutes to discuss.
>
> Thank you!
>
> Gregg Phillips
> Managing Partner
> ***OPSEC Group***
> www.opsec.group
>
> 512-241-9789 (mobile)
>
> "In a time of deceit telling the truth is a revolutionary act." George Orwell

Engelbrecht Exhibit 15 (1-26-22)
WWW.DIGITALEVIDENCEGROUP.COM

OPSEC 0054