

Art Department <art@printingtradeco.com>

## Fwd: My Permission
1 message

---

**James Cooper** <jamescooper.gop@gmail.com>  Tue, Dec 15, 2020 at 4:07 PM
To: Mark Williams <mark@printingtradeco.com>, "Chairman@windstream.net" <Chairman@windstream.net>, Amy Holsworth <amy@truethevote.org>, Art Department <art@printingtradeco.com>, Catherine Engelbrecht <catherine@truethevote.org>, Gregg Phillips <gregg@opsec.group>, John David Phillips <johndavid@opsec.group>

Dodge County

James C. Cooper
*3rd Vice Chair 10th District Republican Party*
*GAGOP State Committee*
*(770) 652-8238*

---------- ▮▮▮▮▮▮▮▮▮▮ ----------
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>
Date: Tue, Dec 15, 2020 at 2:58 PM
Subject: My Permission
To: James Cooper <jamescooper.gop@gmail.com>

James,

Attached, please find my digital signature and in the body of this email you will find the necessary information you requested. You and True the Vote have my permission to use my name, digital signature and other necessary information to challenge voter registrations in my county of Dodge.



Follow me on Twitter: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

"Living Yesterday's Future Today!"

📄 CCF_000295.pdf
    134K

Engelbrecht Exhibit 37 (1-26-22)
WWW.DIGITALEVIDENCEGROUP.COM

Def Williams 0551