**Gmail**

**Art Department <art@printingtradeco.com>**

## Fwd: True the Vote Project
1 message

---

**James Cooper** <jamescooper.gop@gmail.com>                                  Fri, Dec 18, 2020 at 3:49 PM
To: Mark Williams <mark@printingtradeco.com>, Ron Johnson <chairman@windstream.net>, Art Department <art@printingtradeco.com>, Amy Holsworth <amy@truethevote.org>, Gregg Phillips <gregg@opsec.group>, Catherine Engelbrecht <catherine@truethevote.org>, John David Phillips <johndavid@opsec.group>

---------- Forwarded message ---------
From: ██████████████████████████████████████████ >
Date: Fri, Dec 18, 2020, 3:43 PM
Subject: True the Vote Project
To: jamescooper.gop@gmail.com <jamescooper.gop@gmail.com>
Cc: ██████████████████████████ >

Hi James,

██████████████████ has agreed to be the designated challenger for Jones County and True the Vote has express permission to use her attached digital signature for the limited and specific purpose of challenging voter registrations in Jones County.

██ residence address is ███████████ Macon, GA 31217. Her voter registration # is ███████. Her DOB is ████████

I should let you and the True the Vote folks know that ███ was a Republican candidate for Jones County Commission  this year, losing by an extremely narrow margin (after running a great campaign) only based on absentee ballots in her district, so this is an issue that is near and dear to her heart.  She also believes she has some specific information on specific folks that might be worth taking a look at.  Jan is copied on this email so the True the Vote folks are able to reach out to her if they desire.

Will True the Vote let the county parties, or at least the designated challenger, know about the number and names of specific challenged registrations in their counties?  I'd very much like to know!

Thank you for your work on this and for giving Jones the chance to participate!

Kimberly Schwartz
Jones County GOP Chairman

**Engelbrecht
Exhibit 38
(1-26-22)**
WWW.DIGITALEVIDENCEGROUP.COM



Def Williams 0567