

Art Department <art@printingtradeco.com>

# Fwd: True the Vote
1 message

**James Cooper** <jamescooper.gop@gmail.com>　　　　　　　　　　　　Tue, Dec 15, 2020 at 7:50 PM
To: Mark Williams <mark@printingtradeco.com>, "Chairman@windstream.net" <Chairman@windstream.net>, Amy Holsworth <amy@truethevote.org>, Art Department <art@printingtradeco.com>, Catherine Engelbrecht <catherine@truethevote.org>, Gregg Phillips <gregg@opsec.group>, John David Phillips <johndavid@opsec.group>

Barrow County

James C. Cooper
*3rd Vice Chair 10th District Republican Party*
*GAGOP State Committee*
*(770) 652-8238*

---------- Forwarded message ---------
From: ████████████████████████████████
Date: Tue, Dec 15, 2020 at 7:47 PM
Subject: Re: True the Vote
To: James Cooper <jamescooper.gop@gmail.com>

James here is my reg ████████ I give True the vote permission to use my Name and Signature in the pursuit of purging he rolls of deceased, non-existent and non-residents of my county!
████████

-----Original Message-----
From: James Cooper
Sent: Dec 15, 2020 6:36 PM
To: ████████████████████████
Subject: True the Vote

I am working on a project with True the Vote.  We have identified over 500,000 people on the Georgia voter list that shouldn't be there.  These folks are registered to vote but do not meet the requirements of a legal voter in the county in which they are registered.

Georgia law allows any registered voter in a county to challenge any other voter in their county.  True the Vote is funding a campaign to challenge all 500,000 in the state of Georgia.  They are covering all the costs involved.  They are printing the challenge letters,and drop shipping them to each election office in the state.  If this very type action had been taken back in October it is very likely Trump would have won Georgia!  We can't look back now we must look forward and save the senate!

Why am I telling you all this?  As I said at the start, I'm working with True the Vote on this very important issue.  We need one person in each county to agree to be the signer of the letters for your county.

How does it work?  You take a photo of, or scan your signature.  Email it to me with your name as on your voter registration, your home address, and your voter registration number.  In the email you must say we have your permission to use your digital signature to challenge voters in your county.  It's as simple as that. You don't have to do anything else.

To get your voter registration number and to see exactly how your name appears on the voter rolls, go to: https://www.mvp.sos.ga.gov/MVP/mvp.do
To get your registration number you must log in by giving your information and then select the "Print/Email Voter Registration" button at the bottom of the page. Once you do that and then select "Print" you can read your Registration Number. It's in a box near the top of the page. It takes longer to read this than it does to do it.

**Engelbrecht Exhibit 39 (1-26-22)**
WWW.DIGITALEVIDENCEGROUP.COM

Def Williams 0570

When the challenge letter is received at your election office they are required by GA law to not let a ballot be cast or counted until the individual that has been challenged comes in and proves they are not dead, or they still live in the same location. True the Vote has assured me that the list they are challenging is 99.9% likely to be incorrectly registered.

I'm the signer for my county here in Walton. Would you please be the signer for your county? It's a small requirement for you, but your actions could save our US Senate elections.

Time is a factor! The absentee ballots will start being opened on the 21st. We must get these challenges in before those ballots are opened!

Thank you,

James C. Cooper
*3rd Vice Chair 10th District Republican Party*
*GAGOP State Committee*
*(770) 652-8238*



Def Williams 0571