**Archived:** Monday, March 29, 2021 1:06:17 PM
**From:** James Cooper
**Sent:** Saturday, December 19, 2020 7:03:17 PM
**To:** Mark Williams; Amy Holsworth; Catherine Engelbrecht; John David Phillips; Gregg Phillips; Art Department; Ron Johnson
**Subject:** Fwd: True the Vote Eldonna Wilkinson Calhoun COunty GA
**Sensitivity:** Normal

---

The rest of Calhoun

James C. Cooper
*3rd Vice Chair 10th District Republican Party*
*GAGOP State Committee*
*(770) 652-8238*


---------- Forwarded message ---------
From: ███████████████████
Date: Sat, Dec 19, 2020 at 6:39 PM
Subject: Re: True the Vote ███████████ Calhoun COunty GA
To: James Cooper <jamescooper.gop@gmail.com>


True the Vote has my permission to use my name, ███████████, for challenging the voters in my county that I believe voted illegally.
My address is:

███████████████
███████████████

Sent from my iPad


> On Dec 19, 2020, at 5:24 PM, James Cooper <jamescooper.gop@gmail.com> wrote:
>
> \u-257 ?
> We need your home address, in the body of the email saying True the Vote has your permission to use your name for challenging voters in your county, and a digital image of your signature.
>
> Thank you,
>
> James C. Cooper
> *3rd Vice Chair 10th District Republican Party*
> *GAGOP State Committee*
> *(770) 652-8238*

**Engelbrecht Exhibit 40 (1-26-22)**
WWW.DIGITALEVIDENCEGROUP.COM

Def Williams 0606