

**Catherine Engelbrecht <catherine@truethevote.org>**

## Topics for afternoon call
1 message

**Nan Howard** <nan@eshelmanventures.com>                                Mon, Nov 16, 2020 at 9:38 AM
To: Tom Crawford <tomcrawforddc@gmail.com>, "catherine@truethevote.org" <catherine@truethevote.org>, "jboppjr@aol.com" <jboppjr@aol.com>
Cc: Fred Eshelman <fred@eshelmanventures.com>

*PLEASE FIND A NOTE BELOW I AM SENDING ON BEHALF OF FRED ESHELMAN*

Dear All,

Here is my list of topics for the meeting. I am hoping our call will be truly informative, efficient and result in a cohesive overall plan with objectives, dates, and assignments.

1. **DATA/WHISTLEBLOWERS**

- Specific, detailed, granular report on exactly what data we have and where. Is it voter/votes data, or just registration data. Have we actually shown fraud anywhere? Which ones of the 9 attributes are we using to screen?
- Specific, detailed report on exactly who the whistleblowers are, where they are, what real info they have, status of vetting. Reward program being used/advertised?

    Understand that some of this has been shown to Republican AG(s) and they did not act. These steps are crucial and rate-limiting to other steps/efforts and ultimately the outcome.

2. **STATISTICAL ANALYSIS**

    This not something trivial to be handled by a handful of people. This will be machine scale, with sophisticated algorithms and pre-programmed statistical analyses. Who (names) is doing this, where is the plan/resources,

    And how long will it take once data available? Which states first?

3. **LEGAL**

    Status of Bopp cases by state, deal with Trump people and details, dates for orders by state, how long to implement. Who is forensic team deciding bases for tests to prove fraud and present to courts?

    Strategy still county by county disqualification?

4. **COMMUNICATIONS**

    Again, must have all details from (1) above. Tom has set up a machine with lots of experienced, professional firms who are on hold for info. Breitbart is not the conduit since he is largely dismissed by the mainstream and often banned on mainstream social media. Also cannot roll out Senator Graham, Hannity etc. without data and overall Comms plan.

5. **FINANCIAL**

   Need update on exactly what has been raised for this effort outside of me, and plans. Running out of time. I have personally contacted big potential donors who to a man(woman) are not jumping in until they see some real evidence.

6. **ELLISON**

   Why was he on call with Senator Graham? Is he part of data/analysis solution, is he a potential large donor, other?

7. **OVERALL EFFORT**

   We need to make specific assignments on these areas (Jim, Tom, Catherine, other) and set up real-time, regular internal calls to make adjustments as we go. There can be no hide the ball here.

**Nan Howard**

Work: 910.558.6885  ||  Mobile: 910-620-5552  nan@eshelmanventures.com

**Eshelman Ventures, LLC**  ||  319 North 3rd Street, Suite 301, Wilmington, NC  28401