

Catherine Engelbrecht <catherine@truethevote.org>

## Validate the Vote project
6 messages

---

**Catherine Engelbrecht** <catherine@truethevote.org>                    Mon, Nov 16, 2020 at 4:25 PM
To: Fred Eshelman <fred@eshelmanventures.com>, Jim Bopp <jboppjr@aol.com>

Fred -

I've attached the budget we provided to Tom and Dikran on November 5th. Our not having full funding was well known and often discussed. I'd written in my 11/14 email to you that it appeared our legal fees would have been covered by the Trump campaign, which I described in a statement of our cash position, described as best as possible given the tight timeline with so many moving parts.

We have done a tremendous amount of work in the 11 days since we first met, have talked with Tom routinely about status, and provided him with access to all comms, press releases, and briefings. Tom and Dikran both asked that I communicate directly through them and indicated that the information was being passed to you. Moving forward, I will keep you directly apprised of continued developments in the whistleblower situation, unless I hear otherwise from you.

With sincere thanks for your support -
Catherine Engelbrecht

--
Catherine Engelbrecht
Founder, True the Vote

📎 **Validate the Vote 2020.pdf**
299K

---

**Fred Eshelman** <fred@eshelmanventures.com>                            Mon, Nov 16, 2020 at 6:48 PM
To: Catherine Engelbrecht <catherine@truethevote.org>
Cc: "Tom Crawford (tomcrawforddc@gmail.com)" <tomcrawforddc@gmail.com>

Catherine,

    Very frankly I was physically sick after our call. Tom is totally "globsmacked" as he said. Both of us are very experienced in playing in the big arena. I have been CEO of a number of companies. I am not trying to toot my own horn, but I have to tell you this is a total disaster from a coordination, communication, and representation perspective. I hope that we are all after the same objective from the standpoint of our country, but Tom and I have no interest in being a hero, only getting the job done. We also have no interest in CYA which we had a lot of on the call today. I am going to try to figure out what, if anything, you will accomplish in terms of overall objective, and otherwise will request a refund of contributions. If you and Jim want to realign and cut out the personal stuff, fine. Otherwise I will be requesting a refund of most if not all of my funds. We all need to play to our strengths, and this has not been happening.

    I do believe that we are all patriots and want the best for our country. However, I do not think that we are aligned on other things. I am considering what to do next, and quite frankly it is not what was represented on the call today.

Fred

**From:** Catherine Engelbrecht <catherine@truethevote.org>
**Sent:** Monday, November 16, 2020 5:26 PM
**To:** Fred Eshelman <fred@eshelmanventures.com>; Jim Bopp <jboppjr@aol.com>
**Subject:** Validate the Vote project

11/17/2020
Case 2:20-cv-00302-SCJ  Document 156-43  Filed 05/16/22  Page 2 of 3
True the Vote Mail - Validate the Vote project

Fred -

I've attached the budget we provided to Tom and Dikran on November 5th. Our not having full funding was well known and often discussed. I'd written in my 11/14 email to you that it appeared our legal fees would have been covered by the Trump campaign, which I described in a statement of our cash position, described as best as possible given the tight timeline with so many moving parts.

We have done a tremendous amount of work in the 11 days since we first met, have talked with Tom routinely about status, and provided him with access to all comms, press releases, and briefings. Tom and Dikran both asked that I communicate directly through them and indicated that the information was being passed to you. Moving forward, I will keep you directly apprised of continued developments in the whistleblower situation, unless I hear otherwise from you.

With sincere thanks for your support -

Catherine Engelbrecht

--

Catherine Engelbrecht
Founder, True the Vote

---

**Catherine Engelbrecht** <catherine@truethevote.org>  Mon, Nov 16, 2020 at 6:54 PM
To: Jim Bopp <jboppjr@aol.com>

I don't even know what to do with this.
[Quoted text hidden]

--
Catherine Engelbrecht
Founder, True the Vote

---

**Catherine Engelbrecht** <catherine@truethevote.org>  Mon, Nov 16, 2020 at 7:15 PM
To: Dee Lynch <deely@mac.com>

---------- Forwarded message ---------
From: **Fred Eshelman** <fred@eshelmanventures.com>
Date: Mon, Nov 16, 2020 at 6:48 PM
Subject: RE: Validate the Vote project
To: Catherine Engelbrecht <catherine@truethevote.org>
CC: Tom Crawford (tomcrawforddc@gmail.com) <tomcrawforddc@gmail.com>

Subject: **Validate the Vote project**
Date: 11/16/2020 5:26:07 PM US Eastern Standard Time
From: catherine@truethevote.org
To: fred@eshelmanventures.com, jboppjr@aol.com

Fred -

I've attached the budget we provided to Tom and Dikran on November 5th. Our not having full funding was well known and often discussed. I'd written in my 11/14 email to you that it appeared our legal fees would have been covered by the Trump campaign, which I described in a statement of our cash position, described as best as possible given the tight timeline with so many moving parts.

We have done a tremendous amount of work in the 11 days since we first met, have talked with Tom routinely about status, and provided him with access to all comms, press releases, and briefings. Tom and Dikran both asked that I communicate directly through them and indicated that the information was being passed to you. Moving forward, I will keep you directly apprised of continued developments in the whistleblower situation, unless I hear otherwise from you.

With sincere thanks for your support -
Catherine Engelbrecht


--
Catherine Engelbrecht
Founder, True the Vote