**Climo, Christopher J.**

**From:** Fred Eshelman <fred@eshelmanventures.com>
**Sent:** Monday, November 23, 2020 9:07 PM
**To:** Jacobs, Ronald M.
**Subject:** FW: Invoice 11032020-98753 from Old Town Digital Agency LLC

[REDACTED]

**From:** Fred Eshelman
**Sent:** Sunday, November 15, 2020 1:58 PM
**To:** Catherine Engelbrecht <catherine@truethevote.org>
**Subject:** RE: Invoice 11032020-98753 from Old Town Digital Agency LLC

The Old Town Invoice is fine to pay. I got color on it from Tom.
Thanks.

**From:** Catherine Engelbrecht <catherine@truethevote.org>
**Sent:** Saturday, November 14, 2020 10:45 PM
**To:** Fred Eshelman <fred@eshelmanventures.com>
**Subject:** Fwd: Invoice 11032020-98753 from Old Town Digital Agency LLC

Fred -

Thanks for taking time to visit with Jim and I earlier today. I'll let you, Tom, and Dikran know what comes from our next conversations with the Trump Team. We spent the balance of the day reviewing data assets that might be helpful to us. This new alignment brings with it significant changes to the cash flow, which can now be easily summarized:

Cash
Donation                        $2,500,000
Bopp Law Firm Advance            $500,000
Old Town Digital Agency        $1,000,000**

*** Upon your approval, we can wire funds to Old Town Digital. Their invoice is included at the bottom of this email. We have not yet received any work product or plan. I know they have a lot of great ideas, and would be glad to consider anything they bring to us. We have also scaled our comms team substantially over the last two weeks to cover pr and bookings.*

At present it is our understanding that we will incur no further legal bills. We will have to continue to fund our research effort separate from the Trump team, but our expenses should be manageable within currently available funds. One exception would be if it's determined that individual voter confirmations are necessary, but we won't know that for about a week and the cost would be entirely determined by scale, which is also unknown.

The whistleblower effort was a huge success. Four whistleblowers: in Nevada, in Arizona, in Georgia, and in the DOJ (which we've discussed). We've secured legal representation for the group in Arizona; Georgia is still coming together. The Nevada case is interesting in that it has roots in Nevada, but it multi-state. We are writing up the briefs on these individuals now to give to Senator Graham and Cruz. At present our expenses are around $100,000 for the

1

program, including the live call center. Only one of the whistleblowers (the Georgia whistleblower) is interested in a bounty. We have offered $50,000 if his evidence leads to prosecution. We will need to obtain counsel for him, as well. When I send the investigation briefs, I'll include a more thorough statement of expenses.

Jim was on a call this evening with Jay Sekulow, Lindsey Graham, Sean Hannity, and Larry Ellison. He explained the work we were doing and they asked for a preliminary report asap, to be used to rally their troops internally, so that's what I'm working on now. Will copy you once it's done.

This is the most important work we've ever done. Thank you so much for your continued support.

All the best-
Catherine

---------- Forwarded message ----------
From: **Old Town Digital Agency LLC** <quickbooks@notification.intuit.com>
Date: Fri, Nov 13, 2020 at 9:42 AM
Subject: Invoice 11032020-98753 from Old Town Digital Agency LLC
To: <catherine@truethevote.org>

INVOICE 11032020-98753 DETAILS

## Old Town Digital Agency LLC

DUE 11/13/2020

# $1,000,000.00

Print or save

Powered by QuickBooks

Dear Catherine Engelbrecht,

Here's your invoice! We appreciate your prompt payment.

Have a great day,
Old Town Digital Agency LLC

**Bill to**      True The Vote
                 ATTN:Catherine Engelbrecht

**Terms**        Due on receipt

**Services**                                                    $1,000,000.00

Digital Media Creation and Distribution
Communication Team and Support Staff
Strategic Consulting Partners

1 X $1,000,000.00

                                            Balance due    $1,000,000.00

[Print or save]

Old Town Digital Agency LLC

201 North Union St. Suite 110 #11181 Alexandria, VA 22314 US

cindy@oldtowndigitalagency.com

If you receive an email that seems fraudulent, please check with the business owner before paying.

© Intuit, Inc. All rights reserved.

Privacy | Security | Terms of Service

Catherine Engelbrecht
Founder, True the Vote