Page 1

True the Vote Live with Catherine Engelbrecht

Audio Transcription

Engelbrecht
Exhibit 64
(1-26-22)
WWW.DIGITALEVIDENCEGROUP.COM

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 2

1      (Recording begins)

2           MS. ENGELBRECHT:  Hey everybody, this is Catherine Engelbrecht with True the Vote, and I wanted to give you an update on the latest.  So -- I can't believe it's Friday.  So, okay.  As you all know, we've had our election integrity hotline up for weeks, and we have just been inundated with reports.  And when the election went the way that it did, knowing what we knew from the reports that were coming in, we couldn't let that stand.

11          And so we set about planning to figure out what it -- what we could do that would create an environment for whistleblowers to come forward for the crowdsourcing and sharing of data, because there's so much out there online right now, and so -- and look, some of it is not real, and some of it is.  And so how do we separate the wheat from the chaff, and how do we create cases that can be taken to court, and that are actionable?  Because it's one thing just to talk about all of this on social media and between friends, and it's another to actually put some teeth behind it.

22          And so I am thrilled to tell you that earlier

1  today, we launched an initiative called "Validate the
2  Vote."  And what Validate the Vote is about, is putting
3  a bounty on the fraud.  Creating an environment for
4  whistleblowers to come forward and tell the story,
5  making sure that they have protections, making sure
6  that they have compensation, and further, creating a
7  space for people to come and share what they know, or
8  share with us what they know, and then let us try to
9  aggregate it.
10           Look, this is a -- this is an all-skate.
11 We've got to work together on this, because time is
12 short.  The data tells us that there are big problems,
13 but we have got to be very serious and methodical and
14 focused about proving that up.  Our findings will --
15 our findings will result in federal court cases that
16 will be filed over the course of next week in at least
17 five states, maybe as many as seven.  We will be
18 representing voters who have had their voice diluted,
19 their votes canceled.  And this is extremely serious
20 stuff.
21           Right now we have a pool of up to a million
22 dollars for whistleblower reports, but that pool is

1  growing, and growing quickly.  So what is the message
2  to all of you?  If you had an experience in this
3  election that you feel like needs to be investigated,
4  if you saw something, if you know something, if you
5  know someone who knows something, I think what is clear
6  is that there are a lot of unanswered questions.  And
7  the fact that there has been this cloak of silence and
8  secrecy around the count has -- has totally shaken the
9  America -- the American electorate's confidence in this
10 election.  And so we want to do what we can to restore
11 that confidence by restoring transparency.
12         And so what you can do is, if you know
13 something, or if you want to share something, or if you
14 want to come forward with something, we will give you
15 not only support, financial support, but legal support,
16 and whistleblower immunity where appropriate.  You can
17 come to us online at truethevote.org, you can check us
18 out at validatethevote.us, or you can call
19 (855) 702-0702.
20         That's going to be a standing offer, and the
21 dollars will continue to increase as awareness grows.
22 Time is short, and if we're going to be serious about

Page 5

1   this, it's a heavy lift, but it is not impossible.  We
2   are a long way from being done.  And mind you, the
3   media doesn't decide who the president is.  The
4   Electoral College will determine who has the 270 count
5   -- or 270 votes necessary, and if that doesn't work,
6   then it goes to the House of Representatives.  There is
7   a Constitutional process that will be followed.  It is
8   not the media's job to tell us that it's over.  It's
9   not over until the Constitution says it's over.
10          So we're a long way from that.  If you know
11  something, if you need something to share, if you -- if
12  you see something that you think we should know about,
13  please join in this.  There are a lot of good
14  organizations, and we're trying to work with as many as
15  we possibly can to aggregate data so that we can all
16  come together and have the strongest cases possible.
17  You can come to truethevote.org, you can check us out
18  at validatethevote.us, or call (855) 702-0702.
19          We will continue to update -- this is all
20  breaking, okay, so you can go to the website, you're
21  going to see the basic -- the basic information.  It's
22  going to be filled in over the weekend.  This is all

Page 6

1 happening very, very, very quickly, but the things that
2 are coming together are very powerful.  We've already
3 gotten a couple of whistleblowers to come forward that
4 are going to blow your mind.
5          We need the white light of freedom to shine
6 on this situation.  We need the bright, bright light of
7 freedom to shine on this situation.
8          Okay.  That's it for me.  Thank you for
9 caring enough to stay the course here, and God bless
10 each and every one of you.  God bless America, and I'll
11 probably see you tomorrow.
12          (Recording ends)

Page 7

1          C E R T I F I C A T I O N

2

3        I, Lisa Luciano, court-approved transcriber,

4   hereby certify that the foregoing is a correct

5   transcript from the official electronic sound recording

6   of the proceedings in the above-entitled matter.

7

8

9

10

11

12

13

14

15   *[signature: Lisa Luciano]*

16   _____

17   LISA LUCIANO, AAERT NO. 327     DATE:  August 25, 2021

18   ACCESS TRANSCRIPTS, LLC

19

20

21

22