# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>*Plaintiffs*,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>*Defendants*. | Case No. 2:20-CV-00302-SCJ |

## PLAINTIFFS' NOTICE TO TAKE THE DEPOSITION OF GREGG PHILLIPS

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, Plaintiffs Fair Fight, Inc., Scott Berson, Jocelyn Heredia, and Jane Doe will take the deposition of Gregg Phillips, who shall appear via a remote deposition platform before a person authorized by law to take depositions, on **January 25, 2022, beginning at 10:00 AM EST**. Log-in credential will be provided to counsel separately.

The testimony at the deposition will be transcribed and recorded by videographic, stenographic, audio, audiovisual, and/or real-time computer means, and will be taken remotely.

Phillips Exhibit 2 (1-25-22)
WWW.DIGITALEVIDENCEGROUP.COM

This deposition shall be used for all allowable purposes, shall be conducted in accordance with the Federal Rules of Civil Procedure, and will continue from day to day until completed, or until such time as is agreed by the parties.

Dated this 12th day of January, 2022.

<div style="columns:2">

Allegra J. Lawrence
Georgia Bar No. 439797
Leslie J. Bryan
Georgia Bar No. 091175
Maia Cogen
Georgia Bar No. 832438
**LAWRENCE & BUNDY LLC**
1180 West Peachtree Street, Suite 1650
Atlanta, GA 30309
Telephone: (404) 400-3350
Fax: (404) 609-2504
allegra.lawrence-hardy@lawrencebundy.com
leslie.bryan@lawrencebundy.com
maia.cogen@lawrencebundy.com

Dara Lindenbaum
Georgia Bar No. 980780
**SANDLER REIFF LAMB ROSENSTEIN & BIRKENSTOCK, P.C.**
1090 Vermont Avenue, NW, Suite 750
Washington, DC 20005
Telephone: (202) 479-1111
Fax: 202-479-1115
lindenbaum@sandlerreiff.com

Respectfully Submitted,

/s/ Uzoma N. Nkwonta
Marc E. Elias*
Uzoma N. Nkwonta*
Christina A. Ford*
Joel J. Ramirez*
Jacob Shelly*
Tina Meng*
Marcos Mocine-McQueen*
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
melias@elias.law
unkwonta@elias.law
cford@elias.law
jramirez@elias.law
jshelly@elias.law
tmeng@elias.law
mmcqueen@elias.law

*Counsel for Plaintiffs*
*Admitted *pro hac vice*

</div>

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that, on January 12, 2021, in accordance with the parties' agreement and written consent to accept and effect service by email, I caused the foregoing document to be served via electronic mail to all counsel of record at the email address designated in the Court's CM/ECF system.

Dated: January 12, 2022                /s/ Uzoma N. Nkwonta
                                       Uzoma N. Nkwonta