# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>TRUE THE VOTE, INC., et al.,<br><br>  Defendants, | **Case No. 2:20-CV-00302-SCJ** |

## NOTICE OF FILING DEPOSITION

Plaintiffs hereby file the deposition transcript of Ron Johnson, taken September 29, 2021.

Respectfully submitted this 17th day of May, 2022.

| | |
|---|---|
| Allegra J. Lawrence<br>Georgia Bar No. 439797<br>Leslie J. Bryan<br>Georgia Bar No. 091175<br>Maia Cogen<br>Georgia Bar No. 832438<br>**LAWRENCE & BUNDY LLC**<br>1180 West Peachtree Street, Suite 1650<br>Atlanta, GA 30309<br>Telephone: (404) 400-3350<br>Fax: (404) 609-2504<br>allegra.lawrence-hardy@lawrencebundy.com<br>leslie.bryan@lawrencebundy.com<br>maia.cogen@lawrencebundy.com<br><br>Dara Lindenbaum<br>Georgia Bar No. 980780<br>**SANDLER REIFF LAMB ROSENSTEIN & BIRKENSTOCK, P.C.**<br>1090 Vermont Avenue, NW, Suite 750<br>Washington, DC 20005<br>Telephone: (202) 479-1111<br>Fax: 202-479-1115<br>lindenbaum@sandlerreiff.com | */s/ Uzoma N. Nkwonta*<br>Marc E. Elias\*<br>Uzoma N. Nkwonta\*<br>Christina A. Ford\*<br>Tina Meng\*<br>Marcos Mocine-McQueen\*<br>Joel J. Ramirez\*<br>Jacob Shelly\*<br>**ELIAS LAW GROUP LLP**<br>10 G Street NE, Suite 600<br>Washington, D.C. 20002<br>Telephone: (202) 968-4490<br>melias@elias.law<br>unkwonta@elias.law<br>cford@elias.law<br>tmeng@elias.law<br>mmcqueen@elias.law<br>jramirez@elias.law<br>jshelly@elias.law<br><br>*Counsel for Plaintiffs*<br>\*Admitted *pro hac vice* |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing *Notice of Filing Deposition* with the Clerk of Court using the CM/ECF system, which will automatically send-e-mail notification to all counsel of record.

This 17th day of May, 2022.

*/s/ Uzoma Nkwonta*
Uzoma Nkwonta
*Counsel for Plaintiffs*