United States District Court
Northern District of Georgia
Gainesville Division

| | |
|---|---|
| **Fair Fight, Inc., Scott Berson, Jocelyn Heredia,** and **Jane Doe**, <br><br> *Plaintiffs,* <br><br> v. <br><br> **True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper,** and **John Does 1-10**, <br><br> *Defendants.* | Civ. No. 2:20-cv-00302-SCJ <br><br> Hon: Steve C. Jones |

## Notice of Filing Deposition

Defendants hereby file the deposition transcript of Plaintiff Jocelyn Heredia, taken on October 15, 2021.

| | |
|---|---|
| Dated: May 17, 2022 | Respectfully Submitted, |
| | |
| */s/ David F. Guldenschuh* | */s/ James Bopp, Jr.* |
| David F. Guldenschuh | James Bopp, Jr.,* IN # 2838-84 |
| GA Bar No. 315175 | jboppjr@aol.com |
| David F. Guldenschuh P.C. | Jeffrey P. Gallant,* VA # 46876 |
| P.O. Box 3 | jgallant@bopplaw.com |
| Rome, Georgia 30162-0333 | Courtney Turner Milbank,* IN# 32178-29 |
| Telephone: 706-295-0333 | cmilbank@bopplaw.com |
| Email: dfg@guldenschuhlaw.com | Melena Siebert,* IN # 35061-15 |
| *Local Counsel for Defendants* | msiebert@bopplaw.com |
| | THE BOPP LAW FIRM, PC |
| | 1 South 6th Street |
| | Terre Haute, Indiana 47807 |
| | Telephone: (812) 232-2434 |
| | Facsimile: (812) 235-3685 |
| | *Lead Counsel for Defendants* |
| | *Admitted Pro hac vice |