IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>    Plaintiffs,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>    Defendants. | Civil Action No.<br>2:20-cv-00302-SCJ |

**PLAINTIFFS' NOTICE OF ERRATA**

Plaintiffs submit this Notice of Errata to correct certain citations to deposition transcripts in the Statement of Material Facts submitted with their Motion for Summary Judgment. *See* ECF 156-2. In these instances, Plaintiffs' Statement of Material Facts mistakenly cited to non-final deposition transcripts, which resulted in an approximately five-page discrepancy between the provided citation and the correct citation. Plaintiffs also seek to correct missing citations in paragraphs 72 and 80 of their Statement of Material Facts. The following corrections have been made:

| Paragraph | Original Citation | Corrected Citation |
|---|---|---|
| 77 | Somerville II Tr. 88:17-89:13 | Somerville II Tr. 94:11-95:2 |
| 85 | OPSEC/Phillips Tr. 136:14-16 | OPSEC/Phillips Tr. 141:17-19 |
| 96 | OPSEC/Phillips Tr. 140:14-22 | OPSEC/Phillips Tr. 146:2-5 |
| 97 | OPSEC/Phillips Tr. 120:22-121:2 | OPSEC/Phillips Tr. 125:12-22 |
| 105 | OPSEC/Phillips Tr. 120:14-20 | OPSEC/Phillips Tr. 125:12-18 |
| 107 | OPSEC/Phillips Tr. 126:2-11 | OPSEC/Phillips Tr. 131:7-12 |
| 107 | OPSEC/Phillips 126:12-15 | OPSEC/Phillips Tr. 131:13-16 |
| 108 | OPSEC/Phillips Tr. 120:14-21 | OPSEC/Phillips Tr. 125:12-19 |

Additionally, two citations were incomplete and have been corrected as follows:

| Paragraph | Corrected Citation |
|---|---|
| 72 | TTV/Engelbrecht Tr. 158:1-159:5; Ex. 28, Email from M. Williams to A. Holsworth |
| 80 | *See infra* ¶¶ 81-111 |

[SIGNATURE BLOCK ON NEXT PAGE]

Respectfully submitted, this 24th day of May, 2022.

Allegra J. Lawrence
Georgia Bar No. 439797
Leslie J. Bryan
Georgia Bar No. 091175
Maia Cogen
Georgia Bar No. 832438
**LAWRENCE & BUNDY LLC**
1180 West Peachtree Street, Suite 1650
Atlanta, GA 30309
Telephone: (404) 400-3350
Fax: (404) 609-2504
allegra.lawrence-hardy@lawrencebundy.com
leslie.bryan@lawrencebundy.com
maia.cogen@lawrencebundy.com

Dara Lindenbaum
Georgia Bar No. 980780
**SANDLER REIFF LAMB ROSENSTEIN & BIRKENSTOCK, P.C.**
1090 Vermont Avenue, NW, Suite 750
Washington, DC 20005
Telephone: (202) 479-1111
Fax: 202-479-1115
lindenbaum@sandlerreiff.com

/s/ Uzoma N. Nkwonta
Marc E. Elias*
Uzoma N. Nkwonta*
Christina A. Ford*
Tina Meng*
Marcos Mocine-McQueen*
Joel J. Ramirez*
Jacob Shelly*
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
melias@elias.law
unkwonta@elias.law
cford@elias.law
tmeng@elias.law
mmcqueen@elias.law
jramirez@elias.law
jshelly@elias.law


*Counsel for Plaintiffs*
*Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing ***Plaintiffs' Notice of Errata*** with the Clerk of Court using the CM/ECF system, which will automatically send-e-mail notification to all counsel of record.

This 24th day of May, 2022.

                                        */s/ Uzoma Nkwonta*

                                        Uzoma Nkwonta
                                        *Counsel for Plaintiffs*