# EXHIBIT 1

## Uzoma Nkwonta

| | |
|---|---|
| **From:** | Melena Siebert <MSiebert@bopplaw.com> |
| **Sent:** | Tuesday, October 5, 2021 10:15 AM |
| **To:** | Uzoma Nkwonta; jboppjr@aol.com; Courtney Kramer; Courtney Milbank |
| **Cc:** | Christina Ford; Jacob Shelly; Joel Ramirez; Rodgers, Torryn (Perkins Coie); Allegra Lawrence-Hardy; Leslie Bryan; Michelle McClafferty; Dara Lindenbaum |
| **Subject:** | RE: Fair Fight, Inc., et al. v. True the Vote, Inc., et al. |

Uzoma,

Thanks for bringing these issues to light:

1. **TTV Responses to Plaintiffs' First Requests for Admission:** I have reviewed our files because I thought TTV's responses to these RFAs were timely made in June, along with the responses to interrogatories and RFPs. However, due solely to an oversight on my part, I may indeed have missed these. Several of these RFAs if "deemed admitted" are in direct contradiction to responses TTV made to interrogatories and RFPs, which would create an unnecessary factual dispute if we cannot resolve this issue. Would Plaintiffs be willing to accept as timely TTV's responses to the First Set of RFAs at this time? If so, we will get the responses to you by COB tomorrow. Of course, if Plaintiffs do not agree, we can file a motion for extend the time for response to these, pursuant to Federal Rule of Civil Procedure 6(b)(1)(B). Please advise if Plaintiffs will accept the responses as timely (and my sincere apologies for the oversight).
2. **Defendants' Expert Disclosures:** Correct, Defendants are not presenting any expert witnesses or testimony in this case.
3. **Plaintiffs' Expert Reports:** I will confirm this by tomorrow COB, but upon initial review, Defendants do not believe these reports require designation pursuant to the court's protective order.
4. **Amy Holsworth:** We will be in touch soon with Amy Holsworth's availability.

Regards,

----------------------------------

**Melena S. Siebert**
*Associate Attorney*
THE BOPP LAW FIRM, PC | www.bopplaw.com
The National Building | 1 South 6th Street | Terre Haute, Indiana  47807
voice: (812) 232-2434, ext. 30 | fax: (812) 235-3685
cell: (513) 237-6707 | msiebert@bopplaw.com

*NOTICE AND DISCLAIMERS:*

*The preceding message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you believe that this message has been sent to you in error, please (1) do not read it, (2) reply to the sender that you have received the message in error, and (3) erase or destroy the message. To the extent this e-mail message contains legal advice, it is solely for the benefit of the client(s) of The Bopp Law Firm, P.C. represented by the Firm in the particular matter that is the subject of this message and may not be relied upon by any other party.*

*Internal Revenue Service regulations require that certain types of written advice include a disclaimer: To the extent the preceding message contains written advice relating to a Federal tax issue, the written advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purposes of avoiding Federal tax penalties, and was not written to support the promotion or marketing of the transaction or matters discussed herein.*

**From:** Uzoma Nkwonta [mailto:unkwonta@elias.law]
**Sent:** Tuesday, October 5, 2021 9:42 AM
**To:** jboppjr@aol.com; Courtney Kramer; Melena Siebert; Courtney Milbank
**Cc:** Christina Ford; Jacob Shelly; Joel Ramirez; Rodgers, Torryn (Perkins Coie); Allegra Lawrence-Hardy; Leslie Bryan; Michelle McClafferty; Dara Lindenbaum
**Subject:** Fair Fight, Inc., et al. v. True the Vote, Inc., et al.

Counsel,

In light of our approaching discovery deadline, I write to clarify Defendants' positions on several discovery matters.

First, Plaintiffs served their First Requests for Admission to True the Vote on May 7, 2021. True the Vote did not respond to those requests; thus, under FRCP 36(a)(3), the requests are deemed admitted. Please let us know whether you disagree with this position.

Second, Plaintiffs served their expert disclosures and accompanying expert reports on May 14, 2021. Per the Court's scheduling order, Defendants' deadline to submit their expert reports, if any, was June 14, 2021. Defendants have not submitted reports or any of the disclosures required under Rule 26(a)(2)(B); therefore, we ask that you confirm you will not be presenting any expert witnesses or testimony in this case.

Third, please let us know whether you intend to designate any material in Plaintiffs' expert reports as confidential or attorneys' eyes only. Based on our review, we do not believe any portion of the reports require such designation, but we would like to confirm your position.

Finally, we intend to notice the deposition of Amy Holsworth. Can you provide a few potential deposition dates over the next few weeks for Ms. Holsworth?


Best,
Uzoma


**Uzoma Nkwonta**
Elias Law Group
10 G St NE Ste 600
Washington DC 20002
202-968-4517

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.