

December 20, 2020

Senator Nikema Williams
Democrat Party of Georgia
P.O. Box 89202
Atlanta, GA 30312

VIA EMAIL

Dear Senator Williams -

I'm writing today on behalf of True the Vote, a nonpartisan national organization committed to helping stakeholders carry out free and fair elections. We would like to offer our assistance to the Democratic Party of Georgia for the Senate runoff, including publicly available signature verification training, a statewide voter hotline, monitoring absentee ballot drop boxes, and other election integrity initiatives.

With many Americans raising questions about the integrity of our elections, we feel it's essential to our democracy to restore faith in our processes. We believe that we can address concerns about fraud by following existing Georgia laws and carrying out a public, transparent effort to ensure that all ballots counted are cast by legal voters.

Georgia is Ground Zero in the fight to begin restoring integrity to America's election process. That's why True the Vote is working around the clock to engage volunteers from all across the state to participate in this important effort with the goal of preventing a repetition of the uncertainties that arose from the November general election. To accomplish this goal, we are ready, willing and able to work with anyone who is working to ensure the law is upheld and all legal voters have their voices heard.

I would welcome the opportunity to discuss  ways in which we can partner over the coming weeks. Please feel free to contact me at your convenience, either by email at catherine@truethevote.org or by phone at 713.401.6017.


For America  -

Catherine Engelbrecht
True the Vote, Founder

Confidential

Def TTV 1497