# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TRUE THE VOTE, INC., et al.,<br><br>Defendants, | **Case No. 2:20-CV-00302-SCJ** |

## Index of Additional Exhibits[1]

| | |
|---|---|
| Exhibit 45 | Second Excerpt of Derek Somerville First Deposition Transcript |
| Exhibit 46 | Second Excerpt of Derek Somerville Reopened Deposition Transcript |
| Exhibit 47 | Second Excerpt of Mark Davis First Deposition Transcript |
| Exhibit 48 | Second Excerpt of Jocelyn Heredia Deposition Transcript |
| Exhibit 49 | Second Excerpt of Joseph Martin Deposition Transcript |
| Exhibit 50 | Second Excerpt of True the Vote / Catherine Engelbrecht Deposition Transcript |
| Exhibit 51 | Mark Davis Affidavit |
| Exhibit 52 | Dec. 17, 2020 D. Somerville Text |
| Exhibit 53 | Dec. 18, 2020 D. Somerville Facebook Post |
| Exhibit 54 | Dec. 19, 2020 C. Engelbrecht Email |
| Exhibit 55 | D. Somerville Facebook Post |
| Exhibit 56 | Dec. 15, 2020 D. Somerville Email |
| Exhibit 57 | Dec. 17, 2020 M. Williams Email |
| Exhibit 58 | Dec. 16, 2020 TrueAppend Report |
| Exhibit 59 | OPSEC Responses to Plaintiffs' Request for Production |
| Exhibit 60 | Apr. 6, 2021 F. Watson Email |
| Exhibit 61 | July 13, 2021 R. Germany Email |
| Exhibit 62 | Dec. 22, 2020 Atlanta Journal Constitution Article |
| Exhibit 63 | Dec. 28, 2020 Politico Article |

---

[1] An index of Plaintiffs' Exhibits 1-44 can be found at ECF 156-3.