# Exhibit 47

Case 2:20-cv-00302-SCJ   Document 174-6   Filed 06/06/22   Page 2 of 20

10/4/2021          Fair Fight, Inc. et al. v. True the Vote, et al.          Mark Davis

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

_____

FAIR FIGHT, INC.,                     )
SCOTT BERSON, JOCELYN HEREDIA,        )
and JANE DOE,                         )
                                      )
     Plaintiffs,                      )
                                      )
v.                                    )   Case No.
                                      )   2:20-cv-00302
TRUE THE VOTE, CATHERINE              )        SCJ
ENGELBRECHT, DEREK SOMERVILLE,        )
MARK DAVIS, MARK WILLIAMS,            )
RON JOHNSON, JAMES COOPER,            )
and JOHN DOES 1-10,                   )
                                      )
     Defendants.                      )
_____)


Videotaped Deposition of MARK DAVIS
Conducted Remotely via Zoom
Monday, October 4, 2027
9:04 a.m. EDT


Reported by Lisa A. Knight, RDR, CRR, RSA

_____

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Case 2:20-cv-00302-SCJ   Document 174-6   Filed 06/06/22   Page 3 of 20

10/4/2021                Fair Fight, Inc. et al. v. True the Vote, et al.                Mark Davis

Page 2

1          DIGITAL EVIDENCE GROUP

2              Pursuant to Notice, the videotaped

3     deposition of MARK DAVIS was conducted

4     remotely via Zoom on behalf of the

5     Plaintiffs, at 9:04 a.m. EDT, on Monday,

6     October 4, 2021, reported stenographically by

7     Lisa A. Knight, Realtime Diplomate Reporter,

8     Certified Realtime Reporter, and Realtime

9     Systems Administrator.

10

11

12

13

14

15

16

17

18

19

20

21

22

Case 2:20-cv-00302-SCJ   Document 174-6   Filed 06/06/22   Page 4 of 20

10/4/2021         Fair Fight, Inc. et al. v. True the Vote, et al.         Mark Davis

```
                                                              Page 3
 1              A P P E A R A N C E S
 2                 (Appearing Remotely)
 3                   *     *     *
 4
 5    COUNSEL FOR THE PLAINTIFFS
          ELIAS LAW GROUP LLP
 6        BY:   JACOB SHELLY, ESQUIRE
                jshelly@elias.law
 7              CHRISTINA A. FORD, ESQUIRE
                cford@elias.law
 8        10 G Street NE
          Suite 600
 9        Washington, DC 20002
10        202.968.4490
11
12        LAWRENCE & BUNDY LLC
          BY:   LESLIE J. BRYAN, ESQUIRE
13              leslie.bryan@lawrencebundy.com
          1180 West Peachtree Street NW
14        Suite 1650
          Atlanta, Georgia 30309
15        404.400.3350
16
17        PERKINS COIE LLP
          BY:   TORRYN TAYLOR, ESQUIRE
18              ttaylor@perkinscoie.com
          505 Howard Street
19        Suite 1000
          San Francisco, California 94105
20        415.344.7122
21
22
```

Case 2:20-cv-00302-SCJ   Document 174-6   Filed 06/06/22   Page 5 of 20

10/4/2021              Fair Fight, Inc. et al. v. True the Vote, et al.              Mark Davis

Page 4

```
1            A P P E A R A N C E S (Cont.)

2     COUNSEL FOR THE DEFENDANTS

3          THE BOPP LAW FIRM

4          BY:   MELENA S. SIEBERT, ESQUIRE

5                msiebert@bopplaw.com

6                COURTNEY KRAMER, ESQUIRE

7                ckramer@bopplaw.com

8          1 South 6th Street

9          Terre Haute, Indiana 47807

10         812.232.2434

11

12    ALSO PRESENT:

13         HENRY MARTE, VIDEOGRAPHER

14

15

16

17

18

19

20

21

22
```

Case 2:20-cv-00302-SCJ   Document 174-6   Filed 06/06/22   Page 6 of 20

10/4/2021           Fair Fight, Inc. et al. v. True the Vote, et al.           Mark Davis

Page 5

```
 1                    I N D E X
 2                   MARK DAVIS
 3                  OCTOBER 4, 2021
 4    EXAMINATION OF MARK DAVIS:                    PAGE
 5         BY MR. SHELLY                              8
 6         BY MS. SIEBERT                           156
 7
 8                 DEPOSITION EXHIBITS
 9                    MARK DAVIS
10                  OCTOBER 4, 2021
11    NUMBER           DESCRIPTION                  PAGE
12    Davis A     Plaintiffs' Notice to              13
                  take the Deposition of
13                Defendant Mark Davis,
                  No Bates
14    Davis B     Affidavit of Mark Davis,           80
                  No Bates
15    Davis C     Mark Davis Facebook Post,         114
                  May 7 at 2:07 p.m.,
16                No Bates
17    Davis D     E-mail string, top e-mail          70
                  to Catherine Engelbrecht
18                from Derek Somerville,
                  12/19/20, No Bates
19    Davis E     Zoom meeting invitation           143
                  (TTV Legal Update),
20                12/27/20, No Bates
21    Davis F     Mark Davis Facebook Post,         142
                  December 17, 2020,
22                No Bates
```

Case 2:20-cv-00302-SCJ   Document 174-6   Filed 06/06/22   Page 7 of 20

10/4/2021        Fair Fight, Inc. et al. v. True the Vote, et al.        Mark Davis

Page 6

```
 1              DEPOSITION EXHIBITS, CON'T
 2                     MARK DAVIS
 3                   OCTOBER 4, 2021
 4    NUMBER         DESCRIPTION                  PAGE
 5    Davis J     Zoom meeting invitation,        144
                  12/30/20 (Georgia Elector
 6                Challenger Townhall),
                  No Bates
 7    Davis K     Mark Davis Facebook post        116
                  dated May 7 showing
 8                partial tag list, No
                  Bates
 9    Davis L     Printout of Data                 19
                  Productions' website,
10                No Bates
11
12
13
14
15   **REPORTER'S NOTE:  All quotations from
16   exhibits are reflected in the manner in which
17   they were read into the record and do not
18   necessarily indicate an exact quote from the
19   document.
20
21
22
```

Case 2:20-cv-00302-SCJ   Document 174-6   Filed 06/06/22   Page 8 of 20

10/4/2021          Fair Fight, Inc. et al. v. True the Vote, et al.          Mark Davis

Page 7

1              PROCEEDINGS
2              THE VIDEOGRAPHER:  We are now
3       on the record.  My name is Henry
4       Marte; I'm a videographer on behalf of
5       Digital Evidence Group.  Today's date
6       is October 4, 2021; and the time is
7       9:04 a.m.
8              This deposition is being held
9       by remote Zoom in the matter of Fair
10      Fight, Inc., et al., versus True the
11      Vote.  The deponent today is Mr. Mark
12      Davis.  All parties to this deposition
13      are appearing remotely and have agreed
14      to the witness being sworn in
15      remotely.
16             Counsel, please identify
17      themselves for the record, after which
18      the court reporter will administer the
19      oath to the witness.
20             MR. SHELLY:  I'm Jacob Shelly
21      from Elias Law Group representing
22      plaintiffs.

Case 2:20-cv-00302-SCJ   Document 174-6   Filed 06/06/22   Page 9 of 20

10/4/2021           Fair Fight, Inc. et al. v. True the Vote, et al.           Mark Davis

Page 8

1          MS. BRYAN:  Good morning.  I'm
2     Leslie Bryan with Lawrence & Bundy,
3     representing plaintiffs.
4          MS. TAYLOR:  Torryn Taylor from
5     Perkins Coie, also with plaintiffs.
6          MS. FORD:  Christina Ford from
7     Elias Law Group representing
8     plaintiffs.
9          MS. KRAMER:  Courtney Kramer
10    with Bopp Law Firm representing
11    defendants.
12         MS. SIEBERT:  Melena Siebert
13    with The Bopp Law Firm representing
14    defendants.
15              MARK DAVIS,
16    having been first duly sworn to state the
17    whole truth, testified as follows:
18              EXAMINATION
19    BY MR. SHELLY:
20         Q.    Good morning, Mr. Davis.
21               Could you just state your
22    record -- your name -- your full name for the

Case 2:20-cv-00302-SCJ   Document 174-6   Filed 06/06/22   Page 10 of 20

10/4/2021          Fair Fight, Inc. et al. v. True the Vote, et al.          Mark Davis

Page 35

1     A.     I became aware of them years
2  ago, I believe, through media reports.
3     Q.     Have you ever worked with
4  anyone affiliated with True the Vote?
5     A.     I know them.  I've not formally
6  worked with them, no.
7     Q.     And did you communicate with
8  Catherine Engelbrecht last year about
9  perceived voting irregularities in Georgia?
10    A.     I did.
11    Q.     And when did you do that?
12    A.     Gregg Phillips and I and Derek
13 Somerville had a phone call about what I was
14 seeing in Georgia.  And I believe at some
15 point, Catherine and I had a phone call.
16 I just don't remember when it was.  But I did
17 make them aware of the issues that I was
18 seeing.
19    Q.     Did you describe the -- can you
20 tell a little bit more about what you
21 described for them?
22    A.     Well, it's clear to me that

Case 2:20-cv-00302-SCJ   Document 174-6   Filed 06/06/22   Page 11 of 20

10/4/2021            Fair Fight, Inc. et al. v. True the Vote, et al.            Mark Davis

Page 36

1  Georgia voters are not updating their voter
2  registration information as they should be,
3  and they're not updating their driver's
4  licenses as they should be.
5           Georgia law requires you to
6  update your driver's license within 60 days
7  when you move.  And according to the
8  Secretary of State's office, approximately
9  97 percent of Georgia voters hold driver's
10 licenses.
11          And since we're on the Motor
12 Voter system, if you comply with the state
13 law requiring you to update your driver's
14 license within 60 days, it would
15 automatically trigger an update to your voter
16 registration.
17          And you can do either online.
18 You can update your driver's license or you
19 can update your registration.  And large
20 numbers of Georgia voters aren't doing that
21 in a timely manner.
22      Q.   Did you describe the NCOA

Case 2:20-cv-00302-SCJ   Document 174-6   Filed 06/06/22   Page 12 of 20

10/4/2021　　　　　Fair Fight, Inc. et al. v. True the Vote, et al.　　　　　Mark Davis

Page 37

1　matching that you had performed?

2　　　A.　　Yes.

3　　　Q.　　And what was the response when
4　you shared what you had found?

5　　　A.　　It showed that there were
6　approximately 110,000 Georgia voters who had
7　moved from one county to another more than
8　the 30-day grace period before the election.
9　And it appeared that they had not updated
10　their registration to their new county.

11　　　　　　And the data also indicated
12　that thousands of them appeared to have
13　returned to their old residence or old county
14　of residence to cast ballots, which state law
15　does not permit outside the grace period.

16　　　Q.　　Did you discuss the idea of
17　challenging some of these Georgia voters who
18　were suspected of having changed their
19　address?

20　　　A.　　I did tell her that I was
21　considering the idea.

22　　　Q.　　Did you raise that idea in the

Case 2:20-cv-00302-SCJ   Document 174-6   Filed 06/06/22   Page 13 of 20

10/4/2021                Fair Fight, Inc. et al. v. True the Vote, et al.                Mark Davis

Page 38

1    first instance?

2         A.     I told her that I thought that

3    if we had these kinds of residency issues in

4    the general, then it was entirely possible

5    we'd have the same issues in the runoff.

6         Q.     And what was her response?

7         A.     I don't recall her exact

8    response.

9         Q.     But she reacted positively to

10   it, that this was something that she would

11   consider?

12        A.     I don't recall her reaction,

13   other than she was glad to be aware of the

14   information.

15               We didn't know each other well

16   at the time, and -- I mean, she really didn't

17   know me from Adam, so I really couldn't

18   characterize her response to it.  I guess

19   that would be a question for her.

20        Q.     Did she ask for your

21   assistance?

22        A.     During the phone call with

Case 2:20-cv-00302-SCJ   Document 174-6   Filed 06/06/22   Page 14 of 20

10/4/2021          Fair Fight, Inc. et al. v. True the Vote, et al.          Mark Davis

Page 39

1  Gregg Phillips, I was invited to consider
2  taking some sort of role here in Georgia with
3  True the Vote.  And I declined that
4  invitation because I just don't have the
5  bandwidth for it.
6       Q.     What was -- what were you being
7  asked to do that you didn't have time for?
8       A.     There was nothing specific.
9  There -- he did mention the possibility -- he
10 mentioned they were seeking to build a team
11 in Georgia and asked if I would consider
12 becoming involved potentially in some sort of
13 a leadership role.  And I declined.  I don't
14 have the time.
15      Q.     Okay.  It does seem to me that
16 the analysis that you ran was relevant to the
17 challenges that are at the heart of this
18 suit, so I would like to ask you a few more
19 questions about those.
20             You mentioned that your NCOA
21 list covered a 48-month period.  I'm looking
22 for what window that would cover.

Case 2:20-cv-00302-SCJ   Document 174-6   Filed 06/06/22   Page 15 of 20

10/4/2021        Fair Fight, Inc. et al. v. True the Vote, et al.        Mark Davis

Page 49

1        this line of questioning pretty soon.

2        Beyond the scope.

3        A.    I don't know the answer to that

4   question.  In fact, I don't know who

5   specifically filed what where or anything

6   like that.

7              I did do the data processing.

8   I did create the data to do challenges, but

9   I did not organize them or recruit people to

10  file them or anything of that nature.

11  BY MR. SHELLY:

12       Q.    You mentioned Gregg Phillips

13  was on this initial call with

14  Ms. Engelbrecht.

15             How did you meet Mr. Phillips?

16       A.    I actually did not say that.

17  I said that I had a conference call with him

18  and Derek.

19             I believe that Catherine and

20  Gregg had taken Derek out to dinner one day

21  previous to that and wanted to meet me.  And

22  Catherine was not available for the call, but

Case 2:20-cv-00302-SCJ   Document 174-6   Filed 06/06/22   Page 16 of 20

10/4/2021        Fair Fight, Inc. et al. v. True the Vote, et al.        Mark Davis

Page 50

1   Gregg was, so if I recall correctly, it was

2   just me and Derek and Gregg Phillips on that

3   call.

4        Q.    And what did you discuss on

5   this call?

6        A.    We compared our backgrounds in

7   data processing and data analytics and

8   working with voter data.

9              He, I believe, comes from

10  Texas, and I'm from Georgia.  We talked about

11  how different states store data differently.

12             And I just basically kind of

13  gave him a little bit of a primer on data

14  that's available from the state, where to get

15  it, what it looks like, what's in it, those

16  kinds of things.

17             They were looking to do their

18  own analysis of the Georgia Voter Database,

19  and I just basically gave them some

20  information about, you know, how to get

21  started.

22       Q.    Did you recommend -- if I

Case 2:20-cv-00302-SCJ   Document 174-6   Filed 06/06/22   Page 17 of 20

10/4/2021        Fair Fight, Inc. et al. v. True the Vote, et al.        Mark Davis

Page 112

1   in time.  So that, alone, could easily
2   account for the disparity.
3               I just recently ran NCOA again,
4   and, you know, the numbers had gone up
5   considerably as far as the number of hits
6   statewide.  So it's really a moving target.
7               And that's part of the reason
8   for the certification, is one of the primary
9   reasons for the certifications, is in order
10  to be in compliance with United States Postal
11  Service move update requirements, the
12  processing has to be done within a certain
13  amount of time of when you do the mailing or
14  you can risk losing your postage discounts.
15       Q.    And then can we look at
16  paragraph 36.  You refer to the antiquated
17  Voter Registration Act.
18       A.    Yes.
19               I believe the 1993 National
20  Voter Registration Act should be amended so
21  that it's more helpful in keeping our
22  nation's voter rolls cleaner.

Case 2:20-cv-00302-SCJ   Document 174-6   Filed 06/06/22   Page 18 of 20

10/4/2021              Fair Fight, Inc. et al. v. True the Vote, et al.              Mark Davis

Page 113

1                I would advocate for the use of
2     a national voter data clearinghouse, not
3     federalized elections or federalized voter
4     registration but something similar to or
5     perhaps even ERIC, E-R-I-C, the Electronic
6     Registration Information Clearinghouse.
7                Somewhere in the neighborhood
8     of half of our states are participating
9     states.  My understanding is it's an NGO, and
10    that each state sends a designee to
11    participate in the governance of ERIC.
12               And the states will submit
13    voter data with a hatched version of the full
14    date of birth and Social Security number so
15    that that information remained confidential,
16    but at the same time can be matched against
17    other member states.
18               It's very useful in determining
19    if a voter is registered in more than one
20    state, which happens often.  As an example,
21    the 267,000 that moved out of Georgia, some
22    large number of them probably are registered

Case 2:20-cv-00302-SCJ   Document 174-6   Filed 06/06/22   Page 19 of 20

10/4/2021        Fair Fight, Inc. et al. v. True the Vote, et al.        Mark Davis

Page 114

1   in other states.

2                I'm not privy to the results of

3   the analysis that ERIC does, but I would

4   imagine that they routinely find people who

5   have moved from one state to another.  And

6   when they move to their new state, they got a

7   driver's license and registered to vote and

8   never cancelled their voter registration in

9   Georgia.

10               So, yes, I do believe that, you

11  know, in this day and age, that's nearly a

12  30-year-old law there.  And technology has

13  advanced considerably since those days.

14               Yes, I do believe that we can

15  do better and that we can keep our voter

16  rolls cleaner and we can help ensure people

17  are able to vote and vote lawfully and vote

18  for people who actually represent them.

19               MR. SHELLY:  Henry, can we look

20       at Exhibit C now.

21               (Davis Exhibit C,

22       Mark Davis Facebook Post, May 7 at

Case 2:20-cv-00302-SCJ   Document 174-6   Filed 06/06/22   Page 20 of 20

10/4/2021        Fair Fight, Inc. et al. v. True the Vote, et al.        Mark Davis

Page 151

1   you're aware, many of them did reject them.

2              You know, that was part of the

3   reason that I, you know, limited the scope of

4   the challenges, is because, A, since they had

5   already voted in the general and many of them

6   already with potential residency issues, I

7   felt like that was on stronger footing, as

8   far as the counties go, in their ability to

9   process a challenge as well as and the

10  strength of the challenge itself.

11             So, yeah, I would agree that

12  the larger the number is, the more difficult

13  it is on the counties.  And, in part, I think

14  that may be part of the reason that some of

15  the counties rejected challenges, because

16  they just didn't want to deal with it.

17             And then part of the other

18  reason is the threat of a lawsuit backed by

19  an organization with millions of dollars

20  behind them.  A lot of voters were

21  intimidated and a lot of counties were

22  intimidated.