# Exhibit 48



Deposition of:
# Jocelyn Heredia

*October 15, 2021*

In the Matter of:

# Fair Fight, Inc., Et Al. Vs. True The Vote, Et Al

Veritext Legal Solutions
800.808.4958 | calendar-atl@veritext.com | 770.343.9696

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF GEORGIA
 3                  GAINESVILLE DIVISION
 4    _____
 5    FAIR FIGHT, INC., SCOTT BERSON,
 6    JOCELYN HEREDIA, AND JANE DOE,
 7           Plaintiffs,
 8        v.                                Civ. No.
 9    TRUE THE VOTE, INC., CATHERINE        2:20-cv-00302-
10    ENGELBRECHT, DEREK SOMERVILLE,        SCJ
11    MARK DAVIS, MARK WILLIAMS, RON
12    JOHNSON, JAMES COOPER, AND
13    JOHN DOES 1-10,
14           Defendants.
15    _____
16              VIDEOTAPED DEPOSITION OF
17                  JOCELYN HEREDIA
18    DATE:        Friday, October 15, 2021
19    TIME:        2:00 p.m.
20    LOCATION:    Remote Proceeding
21                 871 Third Street, Apartment 1545
22                 Atlanta, GA 30318
23    REPORTED BY: Deidra Musick Nash, Notary Public
24    JOB No.:     4845630
25
```

Veritext Legal Solutions
800.808.4958                                                  770.343.9696

Page 2

1        A P P E A R A N C E S

2    ON BEHALF OF PLAINTIFFS FAIR FIGHT, INC., ET AL:

3        CHRISTINA FORD, ESQUIRE (by videoconference)

4        Elias Law Group

5        10 G Street Northeast, Suite 600

6        Washington, DC 20002

7        cford@elias.law

8

9        UZOMA NKWONTA, ESQUIRE (by videoconference)

10       Elias Law Group

11       10 G Street Northeast, Suite 600

12       Washington, DC 20002

13       unkwonta@elias.law

14

15   ON BEHALF OF DEFENDANT TRUE THE VOTE, INC., ET AL:

16       COURTNEY KRAMER, ESQUIRE (by videoconference)

17       Bopp Law Firm

18       104 Marietta Street Northwest, Suite 100

19       Atlanta, GA 30303

20       ckramer@bopplaw.com

21

22   ALSO PRESENT:

23       Todd Davis, Videographer (by videoconference)

24       Bailey Neher, Tech Concierge (by videoconference)

25

Case 2:20-cv-00302-SCJ   Document 174-7   Filed 06/06/22   Page 5 of 14
Jocelyn Heredia                                              October 15, 2021
Fair Fight, Inc., Et Al. Vs. True The Vote, Et Al

Page 3

```
                              I N D E X

   EXAMINATION:                                              PAGE

       By Ms. Kramer                                           6


                             E X H I B I T S

   NO.              DESCRIPTION                              PAGE

   Exhibit A        Notice of Deposition                      10

   Exhibit B        Responses to Defendants' First

                    Set of Interrogatories                    37

   Exhibit E        Banks County Election Website             32

   Exhibit F        Georgia Voter File Excerpt                15

   Exhibit H        Jocelyn Heredia LinkedIn Profile          39

   Exhibit J        Georgia Election Code Excerpt

                    (O.C.G.A. § 21-2-230)                     26

   Exhibit L        U.S.P.S. Change of Address

                    Confirmation                              42

   Exhibit N        Georgia Voter Registration Data           51


                    (Exhibits attached.)


            QUESTIONS INSTRUCTED NOT TO ANSWER
                    PAGE              LINE
                     63                15
                     72                15
                     72                20
```

Case 2:20-cv-00302-SCJ   Document 174-7   Filed 06/06/22   Page 6 of 14
Jocelyn Heredia                                             October 15, 2021
Fair Fight, Inc., Et Al. Vs. True The Vote, Et Al

Page 4

1           P R O C E E D I N G S
2                    REPORTER: Good afternoon. My name is
3     Deidra Nash; I am the reporter assigned by Veritext to
4     take the Zoom record of this proceeding. We are now
5     on the record at 2:00 p.m. This is the deposition of
6     Jocelyn -- I can't say your last name; I'm sorry --
7     H-E-R-D-I-A [sic] taken in the matter of Fair Fight,
8     Inc., Scott Berson, et al vs. True the Vote, Inc., et
9     al. This deposition is being digitally recorded on
10    October 15, 2021, at 871 Third Street, Apartment 1545,
11    Atlanta, Georgia 30318.
12                   I am a notary authorized to take
13    acknowledgements and administer oaths in the state of
14    Georgia. Parties agree that I will swear in the
15    witness remotely, outside of her presence.
16                   Additionally, absent of an objection on
17    the record before the witness is sworn, all parties
18    and the witness understand and agree that any
19    certified transcript produced from the recording,
20    virtually, of this proceeding:
21                        - is intended for all uses permitted
22                          under applicable procedural and
23                          evidentiary rules and laws in the same
24                          manner as a deposition recorded by
25                          stenographer means; and

1                 - shall constitute written stipulation
2                 of such.
3                 And I also want to say that Todd Davis
4    is our videographer, and Ms. Bailey Neher is the
5    concierge.
6                 And at this time will everyone in
7    attendance, beginning with the taking attorney, please
8    identify yourself for the record.
9                 MS. KRAMER: Courtney Kramer with Bopp
10   Law Firm, representing the defendants.
11                MS. FORD:  Christina Ford with Elias
12   Law Group, representing the plaintiffs and Ms. Heredia
13   today.
14                MR. NKWONTA:  Uzoma Nkwonta from Elias
15   Law Group, representing the plaintiffs.
16                REPORTER:  And Ms. Jocelyn, if you
17   could please identify yourself.
18                MS. HEREDIA:  Jocelyn Heredia.  I'm a
19   plaintiff.
20                REPORTER:  Thank you.  Hearing no
21   objections, I will now swear the witness.  Ms.
22   Jocelyn, if you would please raise your right hand.
23   //
24   //
25   //

Case 2:20-cv-00302-SCJ   Document 174-7   Filed 06/06/22   Page 8 of 14
Jocelyn Heredia                                      October 15, 2021
Fair Fight, Inc., Et Al. Vs. True The Vote, Et Al

Page 6

1    WHEREUPON,
2                     JOCELYN HEREDIA,
3    called as a witness, and having been first duly sworn
4    to tell the truth, the whole truth and nothing but the
5    truth, was examined and testified as follows:
6              REPORTER:  Thank you so much.  Ms.
7    Kramer, please begin when you're ready.
8                     EXAMINATION
9    BY MS. KRAMER:
10       Q    Thank you for being here today, Ms. Heredia.
11   Did I get your last name -- pronounce that right?
12       A    Yes, you did, actually.
13       Q    Great.  Well, as you know, my name is
14   Courtney Kramer, and I represent the defendants in
15   this case.  I first want to go over a few rules for
16   this deposition, particularly because it's a remote
17   deposition.  Have you ever testified in a deposition
18   before?
19       A    No.
20       Q    Okay.  So this is your first time?
21       A    Yeah.
22       Q    Okay.  Perfect.  So I'll just go over a
23   couple rules, just so you understand how things will
24   work today.  Do you understand that you are under oath
25   today, as if you were in court?

1    I -- I don't -- I don't know.  I didn't overhear
2    anything.
3         Q    Okay.  So they talked to her individually.
4    So when the election worker told you that your vote
5    was being challenged, did they talk to you
6    individually about that as well?
7         A    Yes, they did.  And it wasn't, like,
8    individually, like, in a room or anything.  It was --
9    you know, people are around; there's people close by
10   submitting their ballot in -- on a machine; there's
11   people in line.  But she would keep her voice down
12   when she was speaking to -- to certain people.
13        Q    Okay.  So she didn't, like, raise her voice
14   when she was telling you that you were being
15   challenged.  It wasn't some announcement to the
16   polling location.
17        A    Right.  It wasn't an announcement.  But
18   whoever was voting by paper ballot, they would make --
19   you know, they made me and the other woman step aside
20   as other people were able to cast their ballot on the
21   machine.
22        Q    Okay.  But it was not public why people were
23   voting by paper ballot, based on your experience?
24        A    While I was there, it was not public.  But I
25   do know that my name, along with other challenged

1    voters' names, were published on the Banks County
2    website.  And it was public information for six
3    months.
4         Q    Okay.
5              MS. KRAMER:  Bailey, can we please pull
6    up Exhibit E?
7              TECH CONCIERGE:  This is Exhibit E.
8              (Exhibit E was marked for
9              identification.)
10   BY MS. KRAMER:
11        Q    Ms. Heredia, does this look familiar to
12   you -- this PDF of the website of Banks County?
13        A    Yes.  That's familiar.  That's what I was
14   referencing --
15        Q    Okay.
16        A    -- in my previous question.
17        Q    Okay, perfect.  So can you tell me who -- or
18   I guess can you clarify:  This is obviously the Banks
19   County website, and not another organization's website
20   that has, I guess, the challenge list that you're
21   referring to?
22        A    Correct.  This is the Banks County website.
23        Q    Okay.  And was this challenge list published
24   on any other website, to your knowledge?
25        A    To my knowledge, no.  But anything that's on

Case 2:20-cv-00302-SCJ   Document 174-7   Filed 06/06/22   Page 11 of 14
Jocelyn Heredia                                              October 15, 2021
Fair Fight, Inc., Et Al. Vs. True The Vote, Et Al

Page 45

1    believe was also challenged -- well, she casted a
2    paper ballot -- was Asian.
3             I put it -- you know, I connected the two,
4    and I thought that they were -- people of color were
5    being challenged.  And that made me feel intimidated.
6    And like I said, I didn't know what that even was, and
7    I didn't even know if it was legal.  So that made me
8    feel intimidated.
9        Q    But to clarify what you testified earlier,
10   you don't know if the lady that was behind you -- the
11   Asian lady -- if she was being challenged or not.  You
12   just know that she was voting by provisional ballot.
13   Right?
14       A    That's correct.
15       Q    Okay.  And while you were at the polling
16   location, you said that you voted via provisional
17   ballot and this other lady.  About how long would you
18   say that you were at that polling location for?
19       A    Maybe three to four hours.  So I -- when I
20   went to vote, I think I voted early -- actually, I
21   can't remember.  But there was a line and, you know, I
22   got in line to vote; and then when I casted my vote
23   through the paper ballot, I was told that I would have
24   to provide two forms of identification saying that I
25   do live in Banks County.

Case 2:20-cv-00302-SCJ   Document 174-7   Filed 06/06/22   Page 12 of 14
Jocelyn Heredia                                            October 15, 2021
Fair Fight, Inc., Et Al. Vs. True The Vote, Et Al

Page 46

1            And so because of that, I either had to go
2    all the way home and find, you know, the forms of
3    identification; or, you know, at the time, I decided
4    to search my car.  So I searched my car for those two
5    forms, and then I had to get back in line -- like, the
6    back of the line -- and wait in line again.  So it
7    took longer than I expected.
8        Q    I understand.  Just a guess:  How long were
9    you actually inside the physical polling location for?
10   Not the line, but where you go to actually vote and
11   give the election worker your ID and things like that.
12   How long would you say you were in that room for?
13       A    Twenty minutes, roughly.
14       Q    Okay.  And you don't remember if you voted
15   early or if you voted on election day?
16       A    I -- I don't remember.
17       Q    Okay.  So you were inside that room where
18   the voters are for about 20 minutes, and you were the
19   only Hispanic person that you saw, being challenged
20   during that time.  Are you aware that there were
21   multiple days to go vote in person in Georgia?
22       A    Yes.  I'm aware.
23       Q    Okay.  So there could have been other people
24   being challenged on different days, but you didn't see
25   any of them.

1                    MS. FORD:  Objection.  Calls for
2     speculation.
3                    MS. KRAMER:  I'll rephrase.
4     BY MS. KRAMER:
5          Q    So you say that you felt intimidated because
6     you were the only Hispanic person there that was being
7     challenged, that you saw.  I'm just clarifying that
8     that you were only in that room for a period of
9     approximately 20 minutes out of the entire time of
10    early voting and election day voting.  And that's that
11    time period in which you felt intimidated.
12         A    So the Banks County -- where you go vote in
13    Banks County, it's a very, very small room.  I believe
14    there's only two machines, and they were only letting
15    two people vote, and then one person who was in line,
16    in the location.
17                    So in that little tight space, I was only
18    there for 20 minutes; but actually at the location
19    where, you know, the line -- the line actually wrapped
20    around the building, because there was just not enough
21    space to be inside the voting -- like, inside the
22    actual building, which -- so I was actually there for
23    around three to four hours.  And that's the period
24    that I felt very intimidated.  Like, even when I went
25    home, I was still shocked.

Case 2:20-cv-00302-SCJ  Document 174-7  Filed 06/06/22  Page 14 of 14
Jocelyn Heredia                                          October 15, 2021
Fair Fight, Inc., Et Al. Vs. True The Vote, Et Al

Page 48

1    Q    But you didn't feel intimidated or as if you
2    were being targeted until you were told that your vote
3    had been challenged?
4    A    I guess -- so this is a predominantly red
5    county; it's Republican.  I'm in line with non-colored
6    people.  So I felt intimidated from the get-go, as
7    soon as I was there.  Because -- I don't know,
8    like -- I'm the only Hispanic coming to vote at a
9    predominantly Republican county; I'm the only
10   non-white; so from there, I felt intimidated.  And
11   then when they told me my vote was being challenged,
12   that's when I really felt, like, okay, like, my vote
13   is being challenged.  That's when I felt it
14   stronger -- like, okay; you're trying to intimidate
15   me.
16   Q    Did someone intimidate you in line leading
17   up to that point, though?  Did someone say something
18   to you?
19   A    No one said anything to me, but I mean,
20   people can talk with their eyes -- like, can stare.
21   So no one said anything to me, but --
22   Q    So it was a feeling that you had.
23   A    Yeah; was --
24   Q    I'm just trying to understand the events
25   leading up to when you voted.  So no one said anything