# Exhibit 49

Case 2:20-cv-00302-SCJ   Document 174-8   Filed 06/06/22   Page 2 of 13

9/28/2021            Fair Fight, Inc. et al. v. True the Vote, et al.            Joseph Martin

Page 1

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

_____
FAIR FIGHT, INC., SCOTT BERSON,    )
JOCELYN HEREDIA, and JANE DOE,     )
                                   )
               Plaintiffs,         )
                                   ) Case No.
         -against-                 ) 2:20-CV-00302-SCJ
                                   )
TRUE THE VOTE, CATHERINE           )
ENGELBRECHT, DEREK SOMERVILLE,     )
MARK DAVIS, MARK WILLIAMS, RON     )
JOHNSON, JAMES COOPER, and JOHN    )
DOES 1-10,                         )
                                   )
               Defendants,         )
                                   )
FAIR FIGHT ACTION, INC.,           )
               Counter-Defendant.  )
_____)

VIDEO-RECORDED DEPOSITION OF
JOSEPH MARTIN
Zoom Recorded Videoconference
09/28/2021
9:03 a.m. (EDT)

REPORTED BY: AMANDA GORRONO, CLR
CLR NO. 052005-01

_____
DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Case 2:20-cv-00302-SCJ   Document 174-8   Filed 06/06/22   Page 3 of 13

9/28/2021                Fair Fight, Inc. et al. v. True the Vote, et al.                Joseph Martin

Page 2

1                                                          09/28/2021

2                                                          9:03 a.m. (EDT)

3

4       VIDEO-RECORDED DEPOSITION OF JOSEPH MARTIN,

5   held virtually via Zoom Videoconferencing, before

6   Amanda Gorrono, Certified Live Note Reporter, and

7   Notary Public of the State of New York.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

Case 2:20-cv-00302-SCJ   Document 174-8   Filed 06/06/22   Page 4 of 13

9/28/2021          Fair Fight, Inc. et al. v. True the Vote, et al.          Joseph Martin

```
                                                              Page 3
 1    A P P E A R A N C E S
      (Via Zoom Videoconferencing):
 2
 3    ON BEHALF OF PLAINTIFFS:
          Torryn Taylor Rodgers, Esquire
 4        Perkins Coie LLP
          505 Howard Street
 5        Suite 1000
          San Francisco, CA 94105-3204
 6        PHONE:  415.344.7122
          E-MAIL: TTaylor@perkinscoie.com
 7           - AND -
 8        Michelle McClafferty, Esquire
          Lawrence & Bundy LLC
 9        1180 West Peachtree Street NW
          Suite 1650
10        Atlanta, GA 30309
          PHONE:  404-400-1755
11        FAX:  404-609-2504
          E-MAIL:  Michelle.mcclafferty@lawrencebundy.com
12             - AND -
          Joel Ramirez, Esquire
13        Elias Law Group
          10 G Street NE
14        Suite 600
          Washington, DC, 20002-4253
15
16    ON BEHALF OF DEFENDANTS:
          Courtney Kramer, Esquire
17        The Bopp Law Firm
          1 South Sixth Street
18        Terre Haute, Indiana 47807-3510
          PHONE: (812) 232-2434
19        FAX: (812) 235-3685
20
21    ALSO PRESENT:
      Henry Marte, Legal Videographer - Digital Evidence
22    Group
```

Case 2:20-cv-00302-SCJ   Document 174-8   Filed 06/06/22   Page 5 of 13

9/28/2021          Fair Fight, Inc. et al. v. True the Vote, et al.          Joseph Martin

```
                                                          Page 4
 1                       I N D E X
 2    WITNESS              EXAMINATION BY              PAGE
 3    JOSEPH MARTIN          MS. TAYLOR                  6
 4
 5                       E X H I B I T S
 6    EXHIBIT      DESCRIPTION                         PAGE
 7    Exhibit 1    E-mail String beginning Bates
                   No. Cooper 0088.................    26
 8    Exhibit 2    E-mail String beginning Bates
                   No. OPSEC 0052..................    40
 9    Exhibit 3    List of Names...................    45
10    Exhibit 4    Letter beginning Bates No.
                   Martin 0001.....................    58
11    Exhibit 5    Letter beginning Bates No.
                   Martin 0002.....................    58
12    Exhibit 6    Letter beginning Bates No.
                   Martin 0003.....................    58
13    Exhibit 7    E-mail String Bates No. Martin
                   0005............................    71
14    Exhibit 8    E-mail String beginning Bates
                   No. Def. Cooper 0181............    73
15    Exhibit 9    E-mail String beginning Bates
                   No. Def. Cooper 0187............    74
16    Exhibit 10   Letter beginning Bates No.
                   Def. Cooper 0185................    90
17    Exhibit 11   Letter Bates No. Def. TTV 1833..    94
18    Exhibit 12   Letter on The Bopp Law Firm
                   letterhead beginning Bates No.
19                 Def TTV 1460....................   104
20    Exhibit 13   True the Vote Letter Bates No.
                   Def TTV 1459....................   105
21
22
```

Case 2:20-cv-00302-SCJ   Document 174-8   Filed 06/06/22   Page 6 of 13

9/28/2021        Fair Fight, Inc. et al. v. True the Vote, et al.        Joseph Martin

Page 5

1              THE TECH:  We are now on the record.
2    My name is Henry Marte.  I am a videographer on
3    behalf of Digital Evidence Group.
4              Today's date is September 28, 2021,
5    and the time is 9:03 a.m.
6              This deposition is being held in the
7    matter of Fair Fight, Inc., et al. Versus True the
8    Vote.
9              The deponent today is Mr. Joe Martin.
10             All parties to this deposition are
11   appearing remotely and have agreed to the witness
12   being sworn in remotely.
13             All appearances -- you know what,
14   counsel, please identify themselves for the record.
15             MS. TAYLOR:  Torryn Taylor with
16   Perkins Coie on behalf of the plaintiffs.
17             MS. KRAMER:  Courtney Kramer with
18   Bopp Law Firm on behalf of the defendants.
19             MS. McCLAFFERTY:  Michelle
20   McClafferty with Lawrence & Bundy, also on behalf of
21   plaintiffs.
22             MR. RAMIREZ:  Joel Ramirez with Elias

Case 2:20-cv-00302-SCJ   Document 174-8   Filed 06/06/22   Page 7 of 13

9/28/2021          Fair Fight, Inc. et al. v. True the Vote, et al.          Joseph Martin

Page 6

1   Law Group also on behalf of plaintiffs.

2   JOSEPH MARTIN, called as a witness, having been first

3   duly sworn by a Notary Public of the State of New

4   York, was examined and testified as follows:

5   EXAMINATION

6   BY MS. TAYLOR:

7           Q.      Good morning, Mr. Martin.

8           A.      Good morning.

9           Q.      Good morning.  I'm Torryn Taylor.  As

10  I mentioned, I am an attorney for plaintiffs in this

11  case.

12                  Do you mind stating your full name

13  for the record, please?

14          A.      Clare Joseph Martin.

15          Q.      Okay.  And your address, please?

16          A.      3198 Hillman Road North --

17          Q.      And is that?

18          A.      -- Northeast Crawfordville, Georgia

19  30631.

20          Q.      Got it.  And, is that where you are

21  videoing in today from, Mr. Martin?

22          A.      Correct.

Case 2:20-cv-00302-SCJ   Document 174-8   Filed 06/06/22   Page 8 of 13

9/28/2021         Fair Fight, Inc. et al. v. True the Vote, et al.         Joseph Martin

Page 16

1      Q.      Okay.  So, after you moved to
2    Taliaferro County?
3      A.      2008.  Sometime in 2008 I believe.
4      Q.      Okay.  And, prior to these past
5    general and runoff elections in Georgia, had you had
6    any experience with the Georgia Election Code?
7      A.      Experience with the code, I would say
8    no.
9      Q.      Okay.  And, do you have any legal
10   training or background?
11     A.      No.
12     Q.      And, are you a registered voter in
13   Georgia?
14     A.      Absolutely.
15     Q.      In Taliaferro County?
16     A.      Absolutely.
17     Q.      And for how long have you been a
18   registered voter there?
19     A.      2008.
20     Q.      Okay.  Mr. Martin, can you explain to
21   me how you first got involved with True the Vote?
22     A.      That's -- I got a call from James

Case 2:20-cv-00302-SCJ   Document 174-8   Filed 06/06/22   Page 9 of 13

9/28/2021           Fair Fight, Inc. et al. v. True the Vote, et al.           Joseph Martin

Page 17

1   Cooper.

2        Q.    Okay.  And, how do you know
3   Mr. Cooper?  Or, did you know Mr. Cooper, before he
4   reached out to you?

5        A.    Mr. Cooper was with the GOP, in
6   Georgia.  And, I believe he was associated with the
7   10th District.  And I had met him previously at my
8   residence when he delivered signs.

9        Q.    Okay.  And did you have a
10  relationship with Mr. Cooper beyond that, at that
11  point?

12       A.    No.

13       Q.    And so, you said you received a phone
14  call from him.  Do you recall roughly when that was?

15       A.    No, I don't.  All that, I believe is
16  in my written deposition, which I do not have in
17  front of me.  You know -- to be precise I don't know
18  exactly when -- that would be on the E-mails or the
19  deposition.

20       Q.    Okay.  I believe you're referring to
21  the written discovery responses that you submitted.
22  Is that correct?

Case 2:20-cv-00302-SCJ   Document 174-8   Filed 06/06/22   Page 10 of 13

9/28/2021            Fair Fight, Inc. et al. v. True the Vote, et al.            Joseph Martin

Page 20

1   the runoff election, or both?

2          A.     I believe it was the runoff election.

3          Q.     Okay.  So, the runoff election was in
4   January of 2021.  Would you say you spoke with Mr.
5   Cooper that month?  Or, the month before, perhaps?
6   Roughly speaking.  It doesn't have to be precise.

7          A.     Now, again, it's in the written -- I
8   believe there's a complete timeline in the written
9   documentation.

10         Q.     Okay.  And it's okay if you don't
11  remember, Mr. Martin.

12         A.     I mean if you want to ask me -- if
13  you want to quote what I said in the written
14  documentation, I'll verify that.

15         Q.     Understood, Mr. Martin.  We can move
16  on.

17                Did -- can you explain to me what
18  you -- what that phone conversation with Mr. Cooper
19  entailed?

20         A.     I believe our initial conversation
21  was he asked me to find a voter who would be willing
22  to challenge out-of-state/out-of-county voters.

Case 2:20-cv-00302-SCJ   Document 174-8   Filed 06/06/22   Page 11 of 13

9/28/2021            Fair Fight, Inc. et al. v. True the Vote, et al.            Joseph Martin

Page 21

1      Q.      And by "voters" you mean, voters who
2   are registered in the state and in the county?
3      A.      No, someone who is registered in
4   Taliaferro County.
5      Q.      Okay.  But was actually out of state
6   or out of the county?
7      A.      No.  Someone who was a registered
8   voter, living in Taliaferro County, who would be
9   willing to challenge voters who presumably did not
10  live in the county or in the state.
11     Q.      Okay.  I think we were saying the
12  same thing there, just a little bit differently.
13             When Mr. Copper reached out to you
14  asking you to identify a voter, did he represent to
15  you that he was affiliated with True the Vote in any
16  way?
17     A.      No.
18     Q.      Okay.  In what capacity did he reach
19  out to you, with this request?
20     A.      I was under the impression he was
21  reaching out to me as a member of the 10th District
22  GOP.

Case 2:20-cv-00302-SCJ   Document 174-8   Filed 06/06/22   Page 12 of 13

9/28/2021     Fair Fight, Inc. et al. v. True the Vote, et al.     Joseph Martin

Page 57

1   exactly as to the exact date when that may have
2   happened?
3           A.      Right.
4           Q.      That makes sense.
5           A.      I did not become aware that they
6   actually sent that in until we began the written
7   deposition; when I went back and asked the county
8   registrar under an Open Records Request for all
9   information related to this subject matter.
10          Q.      Okay.
11          A.      And that was way later than anything
12  that occurred.
13                  At that point in time, you know, I
14  was sort of shocked that they had actually sent that
15  in.
16          Q.      And, did Mr. Copper, at any point,
17  tell you that voters who were registered in
18  Taliaferro County but did not live in Taliaferro
19  County weren't eligible to vote there?  Or, how did
20  you come to that understanding?
21          A.      I mean is it not logical?  I mean, if
22  you don't live -- if your -- don't live here, you

Case 2:20-cv-00302-SCJ   Document 174-8   Filed 06/06/22   Page 13 of 13

9/28/2021        Fair Fight, Inc. et al. v. True the Vote, et al.        Joseph Martin

Page 58

1    shouldn't be voting here, should you?

2         Q.    Okay.  So, you came to that

3    conclusion logically on your own, would you say?

4         A.    Well, I would think so.

5         Q.    Okay.

6               MS. TAYLOR:  Henry, can we pull up

7    and mark as the next exhibits -- its actually three

8    documents, but we can look at them one at a time.

9    The ones that ends in Bates 0001, 0002 and 0003.

10              THE TECH:  Okay.  So, should I bring

11   up one first.

12              MS. TAYLOR:  You can bring up one

13   first.  Yeah.  And then we can just click through

14   them for Mr. Martin.

15              (Whereupon, Exhibit 4, Letter

16   beginning Bates No. Martin 0001, was marked for

17   identification.)

18              (Whereupon, Exhibit 5, Letter

19   beginning Bates No. Martin 0002, was marked for

20   identification.)

21              (Whereupon, Exhibit 6, Letter

22   beginning Bates No. Martin 0003, was marked for