# Exhibit 52

SMS Message

To:     Derek Somerville

From:   Catherine Englebrecht

Date/Time:    17 DEC 2020, THU, 12:39PM



**Somerville Exhibit B (10-6-21)**
WWW.DIGITALEVIDENCEGROUP.COM

Def. Somerville 0004