# Exhibit 53



Somerville
Exhibit D
(10-6-21)
WWW.DIGITALEVIDENCEGROUP.COM

# Derek Somerville

Posts   About   Friends   Photos   Videos   Check-Ins   More ▾

💬 Message   •••

## Do you know Derek?
If you know Derek, send him a message.

💬 Message

## Intro

🕐 Joined November 2008



+ 5

Featured

## Posts

Filters

Derek Somerville is with Mark Davis.
December 19, 2020 · 🌐

Yesterday, Georgians from across the state came together in a unified call for greater integrity in our elections. Those who wish to keep us divided will tell you otherwise, but this effort was not, is not, and will never be, about politics.

Using the EXACT same criteria, voter rolls were challenged equally in counties that traditionally vote Republican and counties that traditionally vote Democrat.  It doesn't get less partisan than that.

Georgians are fed up with both incompetence and corruption, and are coming together like never before to expose both.  It's an honor to be part of this fight, and our work is just beginning.



## Photos

See All Photos





BREITBART.COM

**True the Vote Partners with Georgians to Challenge Allegedly Ineligible Voters**

👍❤️ 25                                              3 Comments  7 Shares

👍 Like              💬 Comment              ↗ Share

**Sam Thomas**
How many of those voters voted in November?

Like · Reply · 20w

**Derek Somerville** Sam Thomas All of those in our challenge - approximately 40k. I did not have visibility into the details of True The Vote's challenge, only collaborated on methodology. So, I cannot answer for their data.

Like · Reply · 20w

**Joe Scott Phillips**
Breitbart? Really? 😂😂

Like · Reply · 19w

---

 **Derek Somerville** is with **Lucretia Hughes** and **17 others**.

December 18, 2020 · 🌐

Starting yesterday afternoon, and with support from countless Georgians across the state who demand transparency and integrity in our elections, we began submitting formal challenges to dozens of county Boards of Elections citing tens-of-thousands of voters on Georgia's voter rolls whose legal residency, and therefore their eligibility to vote in Georgia, is in question.

Using the US Postal Service's National Change-of-Address database, Mark processed the addresses of all 7.6 million active and inactive voters in the Georgia voter file. Over 580,000 individuals were identified as having submitted a change-of-address to a location other than their address on file with the Secretary of State. While it was tempting to challenge all these voters, we wanted to ensure we were precise in our approach and that we erred on the side of the voter.

We removed individuals who did not vote in our most recent general election. We removed records of those serving in the military and those who may be their dependents. We removed inactive records. We removed those who voted electronically. We included only those whose change-of-address requests were submitted within the prior 18 months. We continued to fine-tune our list of voters until we arrived at roughly 40,000 across all 159 counties we believe need to be verified by county Election Boards BEFORE the January 5, 2021 Senate run-off.

The current state of our voter rolls is simply unacceptable. Federal law requires the quality of our voter rolls to be maintained, and specifically allows for the use of the National Change of Address database to do so. When states fail this standard, they are often sued by the Federal government. Poorly maintained voter files invite both error and corruption and fuel public distrust of election results, a reality with which we are all too familiar.

In forthcoming posts, we will share what our analysis said about the quality of the data contained within the voter files. We will share how

that poor data quality was exploited by some to illegally vote in our elections. We will share how the Secretary of State's decision to mail 6.9 million absentee ballot requests through an uncleansed database resulted in hundreds of thousands of those requests either not reaching the intended recipient or being forwarded to new addresses (in and outside of the state) without the Secretary of State's knowledge.  We will question what happened to many of the absentee ballots themselves.   And finally, we will share how our voter files got to such a poor state of maintenance in the first place and, of course, what can be done to prevent this in the future.

Thank you to all those who continue to vigilantly watch over these elections and who have either assisted in our efforts or offered to do so.  To be certain, it will take the citizens of this state, We The People, to ensure we have integrity in our elections.



255 · 👍❤️

156 Comments  225 Shares

👍 Like        💬 Comment        ➤ Share

**Mark McDonald**
Hi **Derek**, please add me to your tag list if not inconvenient for you.
Like · Reply · 20w        👍 1

**Mark McDonald**
**Chuck Reagin**
Check this out.
Like · Reply · 20w

**Angie Thomas**
It is incredible and so noble that you and other American citizens have spent your time doing this for our country. I am sure I'm not the only one who appreciates these efforts! 🇺🇸
Like · Reply · 20w        👍❤️ 5

**Lucretia Hughes** · Follow
Can you call me, it's in your inbox. Thanks
Like · Reply · 20w

**Patty Quadagno Ryan**
Can you make this shareable Derek? Thanks
Like · Reply · 20w        👍 2

**Jo Joanne**
Derek Somerville I was surprised to know that when someone dies and a death certificate is issued that it doesn't delete that person from the voter rolls. No

software to notify all authorities that need to know???

Like · Reply · 20w · Edited    6

**David DeLugas**
Jo Joanne Derek Somerville Banks do so immediately. Somehow banks close accounts (or make withdrawals no longer possible). Whatever banks do, every SOS should do.

Like · Reply · 20w    3

**Andrea Foster**
Social security is also notified when a death certificate is filed. Why can this not be accessed also.

Like · Reply · 20w    2

**Mark Davis**
Hi Jo Joanne - I recently met a guy who developed a web crawler for obituaries, and an algorithm to match that data to the voter file. When he ran Georgia, he turned up very few. The SOS gets that data from vital statistics, and from what I've seen they're getting that job done.

Like · Reply · 20w · Edited    1

**Carol S Streeter**
Jo Joanne i received a jury duty notice for someone who has been gone from Georgia since 2003 and another friend got one for the grand jury a for her husband who had been dead for close to ten years.

Like · Reply · 20w    1

**Michelle Rogers Knight**
My MIL was a registered voter and she passed in Nov 2019. I've verified her registration and have learned their is no registered voter who matches her info.

Like · Reply · 20w    1

**Annie Kate Head**
Wow. God bless you

Like · Reply · 20w

**Joe McCutchen**
Great job Derek.    1

Like · Reply · 20w

**Larry Brown**
Yes, make public. An awesome disclosure. More reason this SOS needs to be held accountable.

Like · Reply · 20w

**Fred Ross**
Great job Derek and to all those assisting you!! Looking forward to your forthcoming posts with additional infuriating information.
🇺🇸Thank you, Derek!! 🇺🇸

Like · Reply · 20w    1

**Dean Sheridan**
That's a fantastic start.

Like · Reply · 20w    1

**Andy Soha**



Great Job. Keep it going until ALL THESE ISSUES are Arbitrated and Corrected.

Like · Reply · 20w · 👍 1

**Jerry Shadinger**
Great Job 👍 1

Like · Reply · 20w

**Sally Gee**
❤️🇺🇸❤️🇺🇸❤️🇺🇸👍

Like · Reply · 20w

**Jim Flenniken**
**Spin Owsley** more documentation

Like · Reply · 20w

**Spin Owsley**
**Jim Flenniken** Rand Paul said the other day that we need to look at these state elections and make sure they are sorted out. I agree.

Like · Reply · 20w · 👍 1

**Andy Soha**
Great Job In Doing what Needs to be Done !!!!😎

Like · Reply · 20w · 😆 2

**Susan Bates Stead**
How can i help? 👍 1

Like · Reply · 20w

**Denise Rumbaugh**
Great work!!! 👍 1

Like · Reply · 20w

**Janet Sigman**
Thank you!!!! Great work!!!
👍 1

Like · Reply · 20w

**Cari Zuckman Spangler**



Like · Reply · 20w · 👍 1

**Pamela Reardon**
I just delivered in person our stack for Cobb County. Emailed digital lists yesterday. Thanks Derek and Mark for your hard work! True patriots!

Like · Reply · 20w · 👍❤️😮 11

**Philip J Singleton**
**Pamela Reardon** awesome

Like · Reply · 20w

**Sheri Gilligan**
**Pamela Reardon** thank you

Like · Reply · 20w



**Derek Somerville**
Pamela - you are a true warrior!!

Like · Reply · 20w

**Ron Hooper**
Great Job Pamela, I will try calling you today

Like · Reply · 19w

**Joshua Morris**
Thank you for all the time and effort you have put into this and into trying to fix problems in our governments. Hoping and praying you reap big successes.

Like · Reply · 20w                                3

**Sandy Price**
Great Job 👍 Keep up the great work! God Bless 🙏

Like · Reply · 20w

**Kathy Thompson Seigle**
**Mark Davis**, **Derek Somerville**, et al: God bless you guys! I would have lost hope if it weren't for you.

Like · Reply · 20w · Edited                        1

**Carol S Streeter**
Thank you to each of you that has jumped in and since I am technically illerate I tagged some of my conservative friends in the rural counties around me ( Marion ). I will be sharing and praying for all of us. Thanks again.

Like · Reply · 20w                                1

**Sheri Gilligan**
Thank you **Derek** and Mark for your time, talent, and energy in this effort.

Like · Reply · 20w                                4

**Jeff Jones**
Thanks Derek and Mark! Fantastic work. Now, let's see it pay off.

Like · Reply · 20w                                1

**Kiera Byrd**
Excellent. 🇺🇸

Like · Reply · 20w

**Bobby Mussara**
Great job! Even the current recount going on isn't going to be accurate! They need to CERTIFY EVERY VOTE, especially the ones in The Altlanta area that primarily went to one candidate in the early hours of the morning after the election!

Like · Reply · 20w

**Rebecca Etheridge**
Why were people removed this late in the game?

Like · Reply · 20w

**Will Stauff**
Will any of this matter if Fulton and Gwinnett plus Abrams 1.2 million ballots go unchecked

Like · Reply · 20w

**Lisa Jones**
Thank you for your hard work. Keep fighting

Like · Reply · 20w

**Henry Hicks**



Like · Reply · 20w

**Bill Evans**
I have no faith in our Governor Secretary of State or LT Governor. They know there was fraud. It was on video. The machines can change votes it was proven in Coffee County.

Like · Reply · 20w                                                    👍 1

**Bill Evans**
https://www.realclearpolitics.com/.../election_workers_in...

REALCLEARPOLITICS.COM
Election Workers In Coffee County, Georgia Demonstrate Dominion...

Like · Reply · 20w

**Peter Korman**
You and Mark are on a vital mission, Derek. Please check with David Shafer as to our findings in GA06.

Like · Reply · 20w                                                    👍 2

**Michelle Rogers Knight**
Spalding County registered voter, I'll be happy to help.

Thank you for the work you're doing!!!

Like · Reply · 20w                                                    👍 1

**Ken Pullin**
**Michelle Rogers Knight** - just sent you an email.

Like · Reply · 20w                                                    👍 1

**Marci Baer McCarthy**
Thank you for **Mark Davis** and your diligent efforts in restoring election integrity in Georgia.

Like · Reply · 20w                                                    👍 2

**Marci Baer McCarthy**
The ball is in the court of our elections officials to do the right thing and ensure election integrity. We have presented them with the information to do so.

Like · Reply · 20w                                                    👍 1

**Greg Pearson**
Thanks to everyone involved in this effort 🇺🇸🏆🙏

Like · Reply · 20w

**MW Omega**
Thank you and Mark, not just for your diligence but especially for your desire for justice.

Like · Reply · 20w                                                    👍 1

**Blair Parker**
God bless you and thank you!!

Like · Reply · 20w                                                    👍 1

**Patrick Owens**
Thank you men for your efforts! Bless you all!

Like · Reply · 20w

**Mary Johnson**
Are you matching against PO Boxes? People using stores for their address?



 **Tory Braden**
Does anyone know when Perdue and Loeffler will visit here?

Like · Reply · 20w

 **Brian Laurens**
The data company I use shows a similar number, after the guys cleaned it went down to 7m.

I recently asked why the numbers were so far off. That was their answer as well.

Like · Reply · 20w · Edited

 **Phil Alexander**
Well done **Derek Somerville**. Press the fight.

Like · Reply · 20w

 **Laurie Breslin Wilson**
You guys are awesome!

Like · Reply · 20w

 **Larry Savage**
Unfortunately, this doesn't change the outcome because you don't know how they voted. It is great information for reforming the process.

Like · Reply · 20w

 **Mark Davis**
These claims are in the Shafer/Trump suit. Under the law, because we don't know who people voted for, if the number of irregular or unlawful votes exceeds the difference between the vote counts, then it calls the election results into question. A judge can also find "Systemic Irregularities", which is a term that has never really been defined well.

Like · Reply · 20w                                                3

 **Larry Savage**
**Mark Davis** But then what? A new election?

Like · Reply · 20w

 **Mark Davis**
Opinions vary on that, but it seems obvious there is no time, so if the suit succeeds I would think we either send no electors or the legislature could opt to send it's own slate.

Like · Reply · 20w · Edited                                        4

 **Brian Neu**
**Mark Davis** I know you're busy, but is there another Mark Davis+ **Derek Somerville** superhero team working this same angle in each of the other contested states? Is there a sharing of tools and methods that can help achieve success in enough states to matter?

Like · Reply · 20w

 **Mark Davis**
**Brian Neu** thank you for the kind words. We have heard from quite a number of people involved in the other states and there is a lot of information sharing happening. As an example, here in GA the grace period for reregistering in your new county is 30 days. Michigan has similar laws, but their grace

period is 60 days, so we shared information about how to do this same analysis.

Like · Reply · 20w · 👍 5

**Brian Neu**
Thanks, that's good to know. Iron sharpens iron . . .

Like · Reply · 20w · Edited · 👍 5

**Brent Hilburn**
I'm sure the voter database didn't get to be in this shape in just the last 24 months... Just a reminder that the sitting governor used to have this job... Maybe he should have spent less time suing people who just wanted to be included on the ballot and more time maintaining the records... Also, The GOP has held that office for 20 YEARS....

This reply is not intended to be partisan... This is to remind you some things shouldn't BE partisan... So stop voting for the letter beside the name and get THE BEST person for the job...

Like · Reply · 20w · 👍 2

**Michelle Chapman**
So I went to vote on election day, presented my new address and DL from October 2020. It stated I was registered in Dekalb co, had to sign a form the "head lady" told me to sign, she didn't sign it and guess what I received in the mail for me to go fill out all new forms ?!?!?! Discouraged me completely in the entire system !!! Pathetic.....thank you for trying to do SOMETHING ! I think the corruption has gone to far and deep. And for way too LONG bless our wonderful country ! Merry CHRISTmas

Like · Reply · 20w · Edited · 👍 3

**Derek Somerville** Michelle Chapman Merry Christmas!

Like · Reply · 20w

**Sonny Sonnett Bearden**



Valerie Biden Owens (Joe's sister) is married to John Owens. His brother, R Kevin Owens, is a partial owner of Dominion software!

Like · Reply · 20w

**Steve Kotaniemi**
Oregon appreciates that. Keep up your good work to keep your election fair and honest.

Like · Reply · 20w · 👍 1

**Ron Helton**
Thanks to you for doing this.

Like · Reply · 20w · 👍 1

**Sam Harben III**
Why would you think Mark is correct or that he knows

...at he is going? Maybe he is in the tank and just trying to strip certain precincts of votes. After all, he is the campaign manager that ran the SOS campaign. Maybe he has a new client and is simply trying to cast shade ahead of the 2022 election. A much better solution is to eliminate the registration nonsense completely. You show your ga id and you vote.

Like · Reply · 20w

**Bill Simon**
**Sam Harben III** Wrong "Mark".

You are thinking of "Mark Rountree."

**Derek** Somerville is referring to Mark Davis.

But, maybe you don't understand too much of anything.

Like · Reply · 20w                                                    👍 1

**Sam Harben III**
**Bill Simon** Thank you for the correction. And, you are an asshole.

Like · Reply · 20w

**Bill Simon**
**Sam Harben III** yeah, but smarter than you, just the same...😊

Like · Reply · 20w

**Sam Harben III**
**Bill Simon** Mark R is doing the exact same thing, asshole, and many of the questions still apply, asshole. Try answering the objections, asshole.

Like · Reply · 20w

**Bill Simon**
**Sam Harben III** I cannot see his comments... because he's a BIGGER asshole than me who blocked me.

Like · Reply · 20w                                                    😆 1

**Sam Harben III**
**Bill Simon** tru dat. Peace out, brother. Just playin'.

Like · Reply · 20w                                                    👍 2

**Jerry Shadinger**
Thanks guys keep us posted

Like · Reply · 20w                                                    👍 1

**Randy Todd**
I heard that it was the republicans who were doing this. Very nasty republicans.

Like · Reply · 20w

⌃ Hide 11 Replies

**Derek Somerville**
**Randy** - Mark and I prepared these challenges without any assistance from any political party. We issued challenges in traditionally Republican counties and traditionally Democrat counties. This is about cleaning up the voter roles, not about politics.

Like · Reply · 20w                                                    👍 6

**Randy Todd**

 Derek Somerville Ok, so you talk about how bad our voter roles are. Georgia has been run by Republicans for over 10 years. So you are saying that the Republicans running Georgia, and complaining about illegal voting, are the ones who let it get screwed up. I stand by my original comment above.

Like · Reply · 20w                                      👍 1

Robert Trim
**Randy Todd** it has been screwed up for a couple of decades, since Mac Cleland at least, and the Democrats have sued every time the lists have been cleaned in the last 10 years and Democrat judges have stopped it

Like · Reply · 20w

 Randy Todd
Am I correct that the Republicans have been in power for 10+ years and as Stacey Abhrams has stated, they have worked to clean up the role in A partisan way, then it is clearly their fault that these problems exist? Are you trying to blame the Democratic judges are the problem, along with Max Cleland? This definitely shows your bias and the need for significant oversight on whatever you are doing.

Like · Reply · 20w

 Derek Somerville
**Randy Todd** Seems simple to me: our voter roles are not presently in acceptable condition. I'm not concerned about who created the mess, I just want it corrected. We can point fingers later.

Like · Reply · 20w                             2

 Randy Todd
**Derek Somerville** I assume, based on your statements, that you are a tepublican. So I understand why you shun placing blame on Republicans, as I have documented. I can only hope that whomever you are and whatever you are doing does not cause Democrats to once again file a law suit based on bias. I have my doubts, but I'll watch and see what happens. Be honorable. Make bipartisan integrity your number one requirement. Thanks.

Like · Reply · 20w                             2

 Derek Somerville
**Randy Todd** I'm struggling here: I, and others, have openly and publicly called out the Secretary of State's office for poor voter file list maintenance. I fail to understand how that action aligns what appears to be your position that this is a partisan effort (perhaps I'm missing your point). This is about the voter file, not the party. We have challenged any and all voters who appear to have moved out of their counties prior to the election (removing military of course). That is the ONLY criteria we used, and we supported these challenges equally in EVERY, not some, every County in the state. Same criteria applied equally in Republican and Democrat counties alike. How does

it get any more bipartisan than that? The problem with this line of questioning is it appears you don't want to accept my answer. If you believe in bipartisan voter integrity efforts, know that that is exactly what is happening here - and offer your support. We need more bipartisan efforts aimed and reducing incompetence and corruption in all areas of the government, but if every time citizen's attempt to hold the government accountable they're accused of partisanship (or worst), they'll stop stepping up and these issues will never get resolved. I do appreciate your concern, but please be assured, bipartisan integrity is absolutely our number one requirement. Happy holidays.

Like · Reply · 20w · Edited                     3

 **Chris Fetterman**
Randy Todd listen here Todd. This is about legal votes counting and not allowing people to vote who do not live in their other "legal "residence to vote. If they live in another county or state and vote twice one where they really live and another where they don't live, that's illegal. I don't give a damn if they are Republican or Democrat. It's ILLEGAL. So get off your stupid bus and get back into reality.

Like · Reply · 20w · Edited                     1

 **Randy Todd**
Chris Fetterman so you are the tough guy. You listen here, it's Funny your passion coincides with trump's false, anti-democratic accusations attacking our SS and Gov. For malfeasance. Why do you not join Stacey Abhram's effort to fix the voting roles in Georgia? Do you agree with her, or is this a partisan effort by you to try and sway the Jan. 5th run off?

Funny isn't it. I am in "reality" and you are the one challenging the electorial system in Georgia now that Georgia voted Blue. I guess if you can't get the need voted, you can join trump and try to subvert democracy. That's what I see going on here. Shame on you both.

Like · Reply · 20w · Edited

 **Randy Todd**
**Derek Somerville** you are struggling because your story is biased. So maybe you identify as a tea party republican and feel that calling out our republican SOS means you are bi-partisan. It doesn't. It just means you drank Brant Frost's kool aid and believe it is your responsibility to fight against Democracy in America while weaponizing our Constitution. Funny you didn't join Stacey Abhram's well known effort to make voting available to every legal voter vs starting this witch hint of your own. Better people than you have certified the Georgia voted, multiple times. Seems you are simply jumping on trump's payroll. Very sad.

Like · Reply · 20w · Edited

 **John Fischer**
**Derek Somerville** you will hurt his brain with this response.



Like · Reply · 19w

**Sandy Laplante**
This is awesome!!! Thank you so much for protecting the vote!!

Like · Reply · 20w 👍 1

**Jim Wheeler**
**Angi Evert**

Like · Reply · 20w

**Kathy Lanning**
**Russell Matthews** Follow

Like · Reply · 20w

**Teri Lynn**
Gosh, remember when the "free press" used to do these kinds of investigations instead of obstructing information dissemination? You have put to shame the worthless AJC and every local network broadcasting outfit!

Like · Reply · 20w 👍 5

**Jacqueline Sharp Edenfield**
Thank you for your efforts!

Like · Reply · 20w

**Dennis Saint Aubin**
Good work sir

Like · Reply · 20w

**Adam Reynolds**
Great work

Like · Reply · 20w

**Susann Haddad**
Thank you 🙏 this is a much needed action. It is a shame our SOS refuses to cooperate but we can remove him in the next election. For time being it looks like the citizens of our state are the ones that need to make a difference in the honesty and accuracy of our election. How can one help you with this effort? Another method of voter fraud is the issuing of voter registration when one applies for driver's licenses. I think the process is flawed and people might not e citizens are getting registered to vote.

Like · Reply · 20w · Edited 👍 1

**Ron Goodbub**
If there ever was an election that needed to be redone it is the November 3rd. This is an out and out theft. Prosecution to the ABSOLUTE FULLEST EXTENT OF THE LAW!!!!

Like · Reply · 20w 👍 7

**John Dikov**
We need all of our congressmen and senators to stand up and fight for this election. We cannot allow a corrupt dem party to work with China to overthrow our government. Plain and simple, this is an attempt at a coup.

Like · Reply · 20w 👍 1

**Lee Larko**
Called the Election office in Brooks and they didn't check their mail until I called.I asked for a receipt confirmation, haven received it yet!

Like · Reply · 20w

**Derek Somerville**
**Lee Larko** Thank you, Sir! I'll have some additional correspondence headed your way soon.

Like · Reply · 20w

**Angi Evert**
**Bryan DeHaven**

Like · Reply · 20w

**Kathy Whitehead Simmons**
THANK YOU!!!! I feel so angry And helpless. I'm happy to know that someone knew an avenue and went that way.

Like · Reply · 20w

**WC Allen**
A lady in Ellijay received 2 mail-in ballots that she did NOT request. She threw both away and voted in person. How many times did this happen???

Like · Reply · 20w

**Irene Penn**
**WC Allen** I got numerous ballets in the mail. I voted in person

Like · Reply · 19w

**Jodi Beauregard**
Wonderful, thank you!

Like · Reply · 20w

**Robert Trim**
Any help I can provide in Cobb let me know

Like · Reply · 20w

**Greg Giglio**
It seems to me that those who don't want the voter rolls cleaned up, while at the same time pointing out how easy it is to register to vote, either have something to hide or are just up to no good. I know without a doubt that I would not want ANYONE voting in my place, and I would not want ANYONE who is not a resident of this state to have a say in what this State does or what we, as legal residents, are subject to.

Like · Reply · 19w

**Dan Solla**



Like · Reply · 19w

**Rick McQueen**
Hall county- our hearing is Wednesday at 2:30

Like · Reply · 19w

**Donna Chastain Waters**
Call them all out. They need to work for we the people.



Like · Reply · 19w

 **Gail Mac**
Lots

Like · Reply · 19w

 **Bryan Watson**
And we thought the internet and all the amazing technology was going to make it better. This reminds me of those stories I was told in the late 70's about how the dead voted as well as many people that had not lived in the community for several years.

Like · Reply · 19w    1

 **Lisa Marie Nava-Stephens**
Thank you, we are so disgusted with the clear effort to cheat!

Like · Reply · 19w    1

 **Zane Schauer**
Amongst all of us who want to have accurate voting tallies and election outcomes - there are some who realize that not every improperly or miscounted vote favored Biden - and some of us realize that not every improperly or miscounted vote was cast by a minority voter. Some of us realize that the outcome of a 3 million dollar recount in Wisconsin resulted in about 130 more votes for Biden. Some of us who claim we want accurate voting tallies and election outcomes actually want those things - as opposed to wanting to unseat the President-elect whose victory has been validated in about 60 court decisions.

Like · Reply · 19w · Edited    2

∧ Hide 24 Replies

 **Jeff Jones**
**Zane Schauer** Every voter should want as clean a vote as is possible of only legal votes, including making certain voters are legal residents in the county in which they vote. This effort has zero to do with changing the fraudulent vote that occurred on 11/3; no mention is made of party affiliation or voter demographic, nor are either part of this effort.

Like · Reply · 19w

 **Zane Schauer**
**Jeff Jones** undeniably almost every initiative you have championed has had as its goal to overturn the election results. I just hope you are learning not to embrace every conspiracy theory that comes along - after they have consistently been debunked or disproven. There are lots of loyal and patriotic Republican elected officials who voted for Trump

Republican elected officials who voted for Trump who have concluded it is best for the country to accept the election outcome - and get on with dealing with our country's well being.

Trump considers those in his party who don't support his claim to have won the election as traitors, weak, disloyal and beneath contempt - including his VP; his outgoing AG; Mark Meadows, his chief of staff; Pat Cipollone, the White House counsel; Secretary of State Mike Pompeo; numerous Governors and Secretaries of State, and Senate Majority Leader Mitch McConnell. Perhaps Chris Christie said it best when he said that he voted for Trump and that although he is a loyal Republican - he loves his country more than he loves his political party.

And then there is this op/ed article in today's Brunswick News. https://thebrunswicknews.com/.../page_d3adb772-17fb-5baa...

| THEBRUNSWICKNEWS.COM |
| Page A4 |

Like · Reply · 19w · Edited

**Jeff Jones**
**Zane Schauer** the fraud is blatantly obvious

Like · Reply · 19w

**Zane Schauer**
**Jeff Jones** what is blatantly obvious is that the justices, the judges, the elected officials, and the electoral college voters did not agree with the supposition that there is evidence of fraud sufficient to reverse the outcome of the presidential election.

In other words, it is blatantly obvious that "the" fraud you and others have proclaimed to be blatantly obvious hasn't convinced those empowered to reverse the election outcome to do so.

Pat Robertson - a well respected Christian commentator who is conservative, Republican, and a long-time Trump supporter - said today that the President is living in an "alternate" reality and should "move on" from his 2020 election loss.

Like · Reply · 19w

**Jeff Jones**
**Zane Schauer** Read:
http://secure.campaigner.com/.../5is4-2c7mmx--suiig-p7rg4r7



| SECURE.CAMPAIGNER.COM |
| Download the Report on Georgia Election Fraud |

Like · Reply · 19w

**Zane Schauer**

See my previous posts. Perhaps this report dated December can be evaluated objectively and applied prospectively. It hasn't been evaluated or validated objectively - and it refers to hearsay about hearsay and it cites irregularities that have been shown to be of no consequence. Facebook is not a court of law.

Like · Reply · 19w


**Jeff Jones**
**Zane Schauer** No, the witness testimony was authoritative, factual and spot on. Many folks choose to ignore facts. Sad.

Like · Reply · 19w


**Zane Schauer**
**Jeff Jones** The folks who have chosen to reject the supposed facts are in fact the Justices and Judges and elected officials who have been duly empowered to consider them. What's sad is the preoccupation you and have with trying to prove Trump would have been reelected but for fraud. That is the "alternate reality" Pat Robertson referred to.

Like · Reply · 19w


**Mark Davis**
**Zane Schauer** you're confusing your issues here. One is lawsuits over the general election that are still working their way through the court system, and the other is the challenges being filed over the residency of individual voters who told the post office they were moving out of their county more than 30 days before the election, or out of the state entirely. Those challenges are not decided by Justices and Judges, but by county boards of elections.

If those folks did move, as they told the USPS they were doing, and the move was not temporary, then they are no longer lawfully permitted to vote in their old county, and they are not registered in their new county.

The counties who are rejecting those challenges are ignoring the NCOA processing the 1993 National Voter Registration Act permits a Secretary of State to act upon, and our own state laws in OCGA 21-2-233 and 234 not only allow our SOS to do NCOA, but REQUIRE him to do NCOA, so the "No probable cause" crap is absolute nonsense.

https://law.justia.com/.../chapter-2/article-6/21-2-217/


| | |
|---|---|
| **JUSTIA**<br>U.S. Law | LAW.JUSTIA.COM<br>2010 Georgia Code :: TITLE 21 - ELECTIONS :: CHAPTER 2 -... |

Like · Reply · 19w · Edited         1


**Zane Schauer**
I realize they are separate issues in terms of the adjudication officials - but they both spring from the same "blatantly obvious fraud" narrative which is still contesting the outcome of the Presidential

is still contesting the outcome of the Presidential election.

Like · Reply · 19w



**Mark Davis**
These unresolved residency issues have actually been around for years. They're just getting more attention now. I see tens of thousands of voters who told the USPS they were moving to an address outside their county or their state more than 30 days before the election, but went back and voted in their old county anyway. If a judge agrees there were more unlawful votes than the spread between the vote totals, that judge can and should invalidate the election in Georgia. There were hundreds of thousands of similarly situated people who obeyed the law and didn't cast an unlawful vote, which is also an equal protection issue.

Like · Reply · 19w · Edited



**Zane Schauer**
As far as the spread goes, keep in mind the likelihood that not all unlawful votes were cast for Biden. The 3 milllion dollars spent on behalf of Trump to do a recount in the one Wisconsin county suspected of fraud resulted in a net gain for Biden of about 130 votes. It seems that there is an underlying assumption in all of the challenges that any and all transgressions and errors were made in favor of Biden. You can choose to believe that Republicans are saints and all Democrats are sinners - I choose to remember that both parties have been caught at dirty tricks and campaign fraud.

Like · Reply · 19w



**Mark Davis** Zane Schauer under Georgia law we have secret ballots, and it does not matter who a person who casts an unlawful vote actually voted for. If the number of illegal or irregular votes exceeds the spread, which would call the outcome of the election into question, or the judge sees "Systemic irregularities", then the judge can and should invalidate the election.

Like · Reply · 19w · Edited



**Zane Schauer**
**Mark Davis** thanks for the clarification - so the election officials in each of Georgia's 159 counties make their own determinations - still subject to some judicial review it seems to me.

What I read seemed applicable to who gets to vote in the upcoming runoff election - rather than be applied retroactively to the Presidential election.

I'm bowing out of this thread because we aren't going to change each other's opinions.

Like a growing number of Americans - political party immaterial - I am looking forward to seeing more energy spent on addressing the serious issues our country is dealing with - rather than the maneuvering and machinations to undo, redo and do-do the Presidential election outcome.


Merry Christmas!

Like · Reply · 19w


**Mark Davis**
Again I have to keep the issues separate. The challenge based on unlawful votes cast in the general happens in a courtroom, and the challenges to prevent people from casting illegal votes in the runoff happen before the various boards of election.

The issues overlap, but we're really talking about disparate issues. I agree with you though, I doubt minds are going to be changed. I've been working with voter data for over 30 years, and have been an activist for election integrity for about 20 years now, and have testified as an expert witness in 5 election disputes. So yea, I'm pretty opinionated on these topics.

Merry Christmas to you too.

Like · Reply · 19w · Edited


**Zane Schauer**
Mark Davis I readily admit that your experience exceeds mine over the last 30 years pf your life dealing with election integrity. My focus in graduate school back in the 70s was on the shameful voter suppression in the South which prompted passage of the Voting Rights Act of 1965.

I'm hopeful going forward that election integrity doesn't inadvertently resurrect voter suppression.

Like · Reply · 19w · Edited

**Mark Davis**
Please keep in mind nether the Voting Rights Act or the 1964 Civil Rights Act would have even been needed were it not for Democrats like Lester Maddox, Bull Conner, or George Wallace. When they blocked the doors to the schoolhouse in Arkansas, Republican President Dwight Eisenhower sent in federal troops to open them back up.

https://en.m.wikipedia.org/wiki/Civil_Rights_Act_of_1875

Like · Reply · 19w · Edited         2


**Zane Schauer**
And now - as Paul Harvey used to say - for the rest of the story… https://billmoyers.com/…/when-the-republicans-really…/

BILLMOYERS.COM
When the Republicans Really Were the Party of Lincoln |…

Like · Reply · 19w


**Mark Davis**
Bill Moyers is no Paul Harvey! 🤣      

Like · Reply · 19w


**Zane Schauer**
**Mark Davis** we are supposed to evaluate the

message not the messenger…

Like · Reply · 19w



**Mark Davis**
Glad the Democrats finally came around and supported a bill based on the one we passed…

…in 1875.

Better late than never! ¯\\_(ツ)_/¯

https://en.wikipedia.org/wiki/Civil_Rights_Act_of_1875



EN.WIKIPEDIA.ORG
Civil Rights Act of 1875 - Wikipedia

Like · Reply · 19w



**Zane Schauer**
Mark Davis more current history seems more time relevant than past history - what was happening in 1965 is 90 years more contemporary than what was happening in 1875. Our country's history has shown that neither political party has been on the high ground all of the time.

Like · Reply · 19w · Edited



**Rebecca King**
**Zane Schauer** I thought you said you were bowing out of the discussion. But I wisely didn't believe it. To say you want more energy spent on important things happening to our country instead of election integrity is extremely short sighted and so misguided. I haven't seen any of that voter "suppression" in this day and time. Actually more of the opposite, mainly brainwashing and shaming poc to vote for a candidate who would definitely not be in their best interests long term. Leftists don't want them educated, aware of the truth, and thinking for themselves. Simply towing the leftist line is what they are expected to do!

Like · Reply · 19w



**Zane Schauer**
Rebecca King, I stayed in the thread out of respect for my exchange with Mark Davis. You can wisely believe this - your posting doesn't meet my standards for replying.

Like · Reply · 19w



**Henry Hicks**
Thankful for the hard work that you are making for voting integrity.

Like · Reply · 19w                                     1



**Connie Pemberton Abel**
Thank you!

Like · Reply · 19w                 1

**Chrsty Tyler Schpr**
Thank you on behalf of the future of this county & the future of our children ! I was told by a former college mate that it was "quaint " that I was a Nationalist and against Globalist … Marxist agendas …

Bully Tactics don't work... forever a **#Patriot** and a
**#Constitutionalist** !! ❤️

Like · Reply · 19w · Edited

 **Derek Somerville**
**Chrsty** - I don't understand why, or how, anyone
who seeks a fair and transparent election could
oppose efforts to ensure only eligible voters
participate...but we've had no shortage of people
accusing us of voter suppress, disenfranchisement,
and racism. Those accusations are of course absurd
and have no effect on our efforts, but they do make
you wonder about the motives of the people who
make them. At any rate, stay in the fight!

Like · Reply · 19w · Edited    👍 1

 **Robert Trim**
**Derek Somerville** this has been the mantra for
decades. They race card in particular has been used
to the pint of throwing shackles across the table
during voter **ID** hearings in the Senate in 2005. The
democrats on the committee lead by Kasim Reed
and Emmanuel Lewis refused to participate. I
worked for the committee and the things we were
called publicly and privately were vile. All because
of a plan to secure elections

Like · Reply · 19w

 **Chrsty Tyler Schpr**
**Derek Somerville** not leaving 😊 glad you aren't
either !

Like · Reply · 19w    👍 1

 **Pat Okeefe**
Thank you For
Showing the country what REALLY
Happened to ALL
OF OUR VOTES!!

Like · Reply · 19w    👍 1

 **Pat Okeefe**
MAKE THE Whole
WORLD SEE THIS
FRAUD!!!
We VOTED for
PRESIDENT TRUMP!!!!



Like · Reply · 19w    👍 1



Jim Flenniken
**Marta Stewart** you might find this interesting

Like · Reply · 19w

Cindy Bennett
Excellent..thank you!!

Like · Reply · 19w

Donna Cooper
Go vote! Perdue and loeffler need our backing. Vote Red!!!

Like · Reply · 19w

Melanie Szustak
Where do we sign up?

Like · Reply · 19w

**Derek Somerville**
December 17, 2020 · 🌐



**Volunteers needed from each county for a voter-integrity project! 15-minute effort, performed from home. PM me if interested**

👍 59                                    50 Comments   36 Shares

👍 Like            💬 Comment            ↗ Share

Jennifer Lichty Ziolkowski
Sending pm

Like · Reply · 20w          👍❤ 2

Robert Goddard
Do you have to live in Georgia?

Like · Reply · 20w

Derek Somerville
**Robert Goddard** Yes my brother, you do. But you can help in spirit! 🙂

Like · Reply · 20w

Robert Goddard
I would help if I could. We need these 2 seats.

Like · Reply · 20w          ❤ 1



Nancy Stewart Mayes
**Derek Somerville** Lord, I've done all I can do for the last 20 years and this is my final battle. We did

manage to turn WV upside down over that time.

♥ 1

Like · Reply · 20w

**Elizabeth Carden Good**
Sent you a pm.

👍 2

Like · Reply · 20w

**Vickie Vandiver Merritt**
Sending pm

👍 1

Like · Reply · 20w

**Nancy Stewart Mayes**
Good luck. I will pray.

👍 1

Like · Reply · 20w

**Angie Spooner**
Pm'd

👍 1

Like · Reply · 20w

**Mary Johnson**
done

👍 1

Like · Reply · 20w

**Carol S Streeter**
Derek, I am going to tag my friend Julia Cyrene and she would be a blessing to y'all.

👍 2

Like · Reply · 20w

**June Chocallo**
Sending PM

👍 1

Like · Reply · 20w

**Jean Smith**
What can I do

👍 1

Like · Reply · 20w

**Derek Somerville**
Jean - Thanks for asking! If you're willing, please message me with your county and I can let you know if we have it covered or still need assistance. Thanks!!

Like · Reply · 20w

**Bonnie McDaniel**
I WILL P.M. YOU MY NUMBER

👍 2

Like · Reply · 20w

**Suzanne Tucker**
I'm from Cobb if you need someone

👍 2

Like · Reply · 20w

**Debbie Harris Staver**
Denice Sutton Semple Jan Popa will you do this with me for Cherokee?

👍♥ 2

Like · Reply · 20w

**Denice Sutton Semple**
Debbie Harris Staver yes!!

♥ 1

Like · Reply · 20w

**Debbie Harris Staver**
Denice Sutton Semple awesome! Thank you!

Like · Reply · 20w

**Denice Sutton Semple**
Debbie Harris Staver I heard from him



Like · Reply · 20w

**Sylvia Anne**
Done

Like · Reply · 20w

**Christopher Lee Raley**
How can I help? Buford GA

👍 1

Like · Reply · 20w

**Byron Stewart**
Sign me up!!!

👍 2

Like · Reply · 20w

**Annie Kate Head**
Lee Ann Curtis Head!

👍 1

Like · Reply · 20w

**Annie Kate Head**
Rick Head

Like · Reply · 20w

**Annie Kate Head**
Cynthia T. Scott

Like · Reply · 20w

**Cynthia T. Scott**
**Annie Kate Head** Just saw this, I can help.

Like · Reply · 20w

**Cynthia T. Scott**
**Annie Kate Head** Bibb County

Like · Reply · 20w

**Annie Kate Head**
**Cynthia T. Scott** Message Derek Somerville

Like · Reply · 20w

**Derek Somerville**
Thank you everyone for reaching out! I attempted to keep up with everyone last night and had to stop at 1:30am this morning! If you PM'd me and I haven't gotten back to you, I will soon! The response has been nothing short of inspiring!

❤️👍 4

Like · Reply · 20w

**Cheryl Odell**
YAY!!

Like · Reply · 20w

**Stephen Collins**
Still need a hand ?

Like · Reply · 20w

**Lynda K Kilko**
Houston county. I will help.

👍 1

Like · Reply · 20w

**Alta Shaerer**
Henry county, I can help

👍 1

Like · Reply · 20w

**Carol S Streeter**
**Derek Somerville**, I tagged some of my die hard conservatives in the rural counties around me, so if any respond and you don't feel comfortable let me know but I think I covered most of the rural counties around me.



I think I covered most of the rural counties around me.

Like · Reply · 20w · 👍 3

**Patrick Owens**
Can help in Glynn Co. and can find someone in Jeff Davis Co.

Like · Reply · 20w · 👍 1

**Debbie Harris Staver**
**Andrea Williams Ruff Dominique Hawkins**

Like · Reply · 20w · ❤️ 1

**Andrea Williams Ruff**
Me!

Like · Reply · 20w · 👍 1

**Linda Menk**
Yes

Like · Reply · 20w · 👍 1

**Laura Leonard Knapp**
I can help. Forsyth County

Like · Reply · 20w

**Derek Somerville**
Thank you everyone! The response continues to be overwhelming! Trying to get back to everyone quickly, so please be patient with me. 🙂

Like · Reply · 20w · 👍 3

**Betsy Ross**
Hey if video can help in anyway please let me know...

Like · Reply · 20w · 👍 2

**Natalie Carnes Tilley**
Fulton County, would love to help! Sent a Pm

Like · Reply · 20w · 👍 1

**Wendy Norman Rumford**
Hey I am in white county would love to help

Like · Reply · 20w · 👍 1

**Melette Warner**
I can help in Jackson county!!

Like · Reply · 20w · 👍 1

**Nicholas Poulos**
Sumter County here.

Like · Reply · 20w · 👍 1

**Tracy Elaine**
Send pm. From Schley county.

Like · Reply · 20w · 👍 1

**Kathy Hardy Mang**
I live in Muscogee County and will volunteer.

Like · Reply · 20w

**Jim Flenniken**
I'm in. Tell me what you need.

Like · Reply · 19w · 👍 1

**Michelle Rogers Knight**
Spalding County special called session tomorrow based on the challenge I filed. Will update outcome.

Like · Reply · 19w