# Exhibit 54

| | |
|---|---|
| **From:** | Catherine Engelbrecht |
| **Sent:** | Saturday, December 19, 2020 8:16 PM EST |
| **To:** | Amy Holsworth |
| **Subject:** | Citizen Challenge Q&A Zoom call Sunday night at 6p et |

Good Evening Everyone!

Thank you for your willingness to stand in support of election integrity in your County!
We'd like to get together tomorrow night on a Zoom call to talk about the deliveries of
the challenges, how counties are reacting, what happens moving forward, and discuss
any questions.

I'll be on the call, along with our legal team, our data/operations director, Gregg Phillips,
and fellow Georgian and challenger Derek Somerville (whom most of you know).

We've scheduled a zoom call for Sunday at 6p et. If you can join in the call, please do!

**Here's the link to call in.**

Irish philosopher Edmund Burke once said "The only thing necessary for the triumph of
evil is for good men to do nothing."

You, good people, are doing something.  And together, all things are possible.

I look forward to visiting with you all tomorrow night.  If you can't make the call, please
know you can always reach me directly at this email address or by cell at 832.444.7701

Onward -

Catherine Engelbrecht

--



**TRUE**THE**VOTE**
Catherine **Engelbrecht**, President
+1 (713) 401 6017          PO Box 3109 #19128
truethevote.org            Houston, TX 77253-3109

**Somerville
Exhibit F
(10-6-21)**
WWW.DIGITALEVIDENCEGROUP.COM