# Exhibit 55



**Derek Somerville** My wife was one of the legitimate people they could've done an NCOA and still maintained Georgia residency. For over a year she was the primary caregiver to her father who was living in Charlotte North Carolina. During that time if she wanted to it would've been a very convenient thing for her to have had her mail directed to her at her fathers address. That said at no point in time did she ever relocate to North Carolina we paid taxes here in Georgia and we maintained a residency here in Georgia. She was/is a Georgia residence. If someone's going to take a convenience that the Postal Service offers and use it to corrupt our elections they need to be prosecuted to the full extent of the law. And that's the issue, no one ever gets prosecuted, there's no downside to it.

Like · Reply · 18w · Edited                                                                                 👍 1

**Derek Somerville**
**Jim Flenniken** Thanks for sharing. You are correct: there are literally thousands of individuals that legitimately use NCOA to forward their mail out of the county/state but who remain legal residents. As you are aware, in no way are these challenges intended to prevent people like your wife from voting. The issue is of course the thousands who used the NCOA, but in fact no longer reside in the state. At some point, if your wife filed an NCOA, the state will send her a note and ask her to verify that she is still a resident. She would of course indicate she still is, and the matter would end there. Very simple and straight-forward. But since that process hasn't been run by the state since early 2019, and given the unprecedented reliance this cycle on mail-in ballots, our challenges sought to force that verification. Sadly, the news mischaracterized the effort as one that 'purges' voters from the rolls, when it actually only askes the Board of Elections to verify the voter is still a resident. And of course, I couldn't agree more about the impact the lack of prosecution has on our laws. We have iron-clad examples of individuals who haven't lived in the state for years, who have no real property in Georgia, who pay taxes elsewhere and are registered to vote in another state, and who voted in our election. If not for NCOA, we would never have discovered them. And yet, I suspect nothing will happen to them. We need to elect true leaders who will fight for what is right, uphold the law, and never negotiate with those who seek to destroy the integrity of our elections for political gain. All that said, Happy New Year Sir!

Like · Reply · 18w




Somerville Exhibit I (10-6-21)