# Exhibit 56

| From: | Derek Somerville |
|---|---|
| Sent: | Tuesday, December 15, 2020 2:30 PM EST |
| To: | Mark Davis |
| Subject: | RE: County Count |

Some quick analysis of the challenges based upon how they voted

- 59% are for counties that voted 60% or more for Biden.
- 64% are for counties that voted blue (>50%)
- 55% are for counites that comprise Atlanta

| 60%+ BLUE | Sum of CHALLENGE COUNT | Sum of CHALLENGE COUNT2 |
|---|---|---|
| NO | 16,102 | 41.14% |
| YES | 23,039 | 58.86% |
| Grand Total | 39,141 | 100.00% |

| VOTED | Sum of CHALLENGE COUNT | Sum of CHALLENGE COUNT2 |
|---|---|---|
| BLUE | 25,031 | 63.95% |
| RED | 14,110 | 36.05% |
| Grand Total | 39,141 | 100.00% |

| ATL COUNTY | Sum of CHALLENGE COUNT | Sum of CHALLENGE COUNT2 |
|---|---|---|
| ATLANTA | 21,423 | 54.73% |
| NOT | 17,718 | 45.27% |
| Grand Total | 39,141 | 100.00% |

**From:** Mark Davis <mark.davis@dataproductions.com>
**Sent:** Tuesday, December 15, 2020 2:23 PM
**To:** Derek Somerville <derek@spc-llc.com>
**Subject:** County Count

Mark Davis
President
Direct: 470-242-0734
Fax: 678-496-3889
Cell: 404-435-0217
mark.davis@dataproductions.com

**Somerville
Exhibit 4
(1-20-22)**
WWW.DIGITALEVIDENCEGROUP.COM



325 Wesfork Way
Suwanee, GA 30024

CONFIDENTIALITY NOTICE: This e-mail may contain privileged or confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this information is prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received the message in error, and delete it. Thank you