# Exhibit 57

| | |
|---|---|
| **From:** | Mark Williams |
| **Sent:** | Thursday, December 17, 2020 7:52 AM EST |
| **To:** | Art Department |
| **Subject:** | Fwd: Data and letter |
| **Attachments:** | GA Challenge Residency.docx |

---------- Forwarded message ---------
From: **Gregg Phillips** <gregg@opsec.group>
Date: Wed, Dec 16, 2020 at 5:53 PM
Subject: Fwd: Data and letter
To: Mark Williams <mark@printingtradeco.com>

Gregg Phillips
Managing Partner
***OPSEC Group***
www.opsec.group

512-241-9789 (mobile)

"In a time of deceit telling the truth is a revolutionary act." George Orwell

Begin forwarded message:

> **From:** Gregg Phillips <gregg@opsec.group>
> **Date:** December 16, 2020 at 3:03:35 PM EST
> **To:** John David Phillips <johndavid@opsec.group>, Alec Jones <alec@opsec.group>, Cole <cole@opsec.group>
> **Subject: Fwd: Data and letter**

Gregg Phillips
Managing Partner
***OPSEC Group***
www.opsec.group

512-241-9789 (mobile)

"In a time of deceit telling the truth is a revolutionary act." George Orwell

**Williams Exhibit 8 (9-23-21)**
WWW.DIGITALEVIDENCEGROUP.COM

Begin forwarded message:

**From:** Catherine Engelbrecht <catherine@truethevote.org>
**Date:** December 16, 2020 at 2:59:07 PM EST
**To:** mark@printingtradeco.com
**Cc:** Gregg Phillips <gregg@opsec.group>
**Subject: Data and letter**

Hi Mark -

Attached please find our residency challenge data and letter.

We didn't have the county election offices data ready to go, but we will have it within the next hour, so I will send your way asap.

Also, please remove addresses that would suggest they are military bases (Ft. Benning, Moody Air Force Base, Addresses with APO, FPO, or DPO in them...)

If you need anything at all from us, please don't hesitate to give me a call at 832.444.7701

For God and Country -
Catherine Engelbrecht

📎 **moved_out_of_state_or_county.csv**


--

