# Exhibit 60

**From:**                    Watson, Frances
**Sent:**                    Tuesday, April 6, 2021 12:55 PM
**To:**                        Ryan Germany

The list of voters that had filed a National Change of Address form (NCOA) and also requested an Absentee Ballot be mailed to the out of state address were compiled for the November 2020 Election. There were approximately 8,094 that were identified. Those voters were mailed a letter and a questionnaire and requested to complete and return.

There were 1066 (13.17024%) that returned the questionnaire as of 04/06/2021.

Out of the returns it was found:

74 were active military or spouse
151 were visiting/assisting family temporarily
24 were out of state due to medical treatment
431 were in the process of moving to the new state but had not completed the move at the time of the election.
127 were temporarily out of state due to job assignment
10 reported they were temporarily out of state due to COVID
38 reported having a second home in another state with Georgia as the primary state of residence
17 Georgia residents reported having their mail forwarded to family members in another state as they needed assistance with day to day finances
39 responded that Georgia is their primary residence and did not provide a reason
7 responded they were temporarily traveling
2 are now deceased
26 reported they were in the process of relocating and had made the move just prior to the election
13 reported they relocated prior to July 2020-

Out of those responding to the survey there was 1.2195 % (13) that should have had time to register in the new state. Many reported that due to COVID they were having difficulty getting appointments to obtain their driver's license in the new state and believed they needed the new driver's license in order to complete their registration in the new state.

With a 13.17024 % response rate it would be reasonable to conclude that 1.2195 % would be the average rate of possible ineligible voters from the original 8094. Resulting in an estimate of approximately 98.70 ineligible voters

All those that reported that they have relocated were sent a voter cancelation form to cancel their Georgia Voter Registration.