# Exhibit 61

From: Fuchs, Jordan <jfuchs@sos.ga.gov>
To: Germany, Ryan rgermany@sos.ga.gov
Raffensperger, Brad brad@sos.ga.gov
Sterling, Gabriel gsterling@sos.ga.gov
Jones, Walter wjones@sos.ga.gov
Schaffer, Aria schaffer@sos.ga.gov
Date: 7/13/2021 7:13:59 PM
Subject: Re: Mark Davis

Walter please get this to the fact checker who is on deadline.
Get Outlook for iOS

From: Germany, Ryan <rgermany@sos.ga.gov>
Sent: Tuesday, July 13, 2021 7:11:35 PM
To: Raffensperger, Brad <brad@sos.ga.gov>; Fuchs, Jordan <jfuchs@sos.ga.gov>; Sterling, Gabriel <gsterling@sos.ga.gov>; Jones, Walter <wjones@sos.ga.gov>; Schaffer, Ari <aschaffer@sos.ga.gov>
Cc: Beck, Sarah <sbeck@sos.ga.gov>; Evans, Blake <bevans@sos.ga.gov>; Watson, Frances <fwatson@sos.ga.gov>
Subject: Mark Davis

Below is a quick legal analysis of the issue Mark Davis is pushing regarding in-state moves. Thanks to Sarah for helping me find the relevant state laws.

Bottom line is that determining whether someone who moved from one county to another should have been eligible to vote in the November election requires applying a complicated array of both federal and state law (some of which are contradictory) to each individual's specific factual scenario. A spreadsheet listing voters' names doesn't come close to meeting that standard.

As Mark Davis himself admitted in a sworn declaration he submitted in December 2020, the list maintenance restrictions that the National Voter Registration Act (NVRA) puts on states makes it difficult to keep voter rolls up to date when people move. The NVRA was passed in 1993 and applies to all states, so this is not a new issue, and I don't think it is unique to Georgia. The NVRA's 90 day blackout period from conducting systematic list maintenance prior to a federal election precludes states taking any systematic action with NCOA data basically for the entire election year. As Mark also alludes to in his December declaration, courts in Georgia have found that inclusion on an NCOA list alone is not a sufficient reason to challenge the voter's eligibility to vote. *See Majority Forward v. Ben Hill County Board of Registrations*. The NVRA requires "individualized inquiry" into each voter's situation. Calling these voters "illegal voters" without doing that individualized inquiry is a disservice.

The NVRA says that states "shall not remove the name of a registrant from the official list of eligible voters in elections for Federal office on the ground that the registrant has changed residence unless the registrant" goes through the procedures set forth by the NVRA. *See 52 USC 20507(d)(1).* Those procedures must take place outside of 90-days before a federal election.

Georgia law says that "all persons whose names appear on the list of electors" shall be allowed to deposit their ballots according to law at the precinct in which they are registered." *See 21-2-224(h).* The rationale for this state law seems clear – the law wants to ensure that poll workers cannot make arbitrary decisions about who gets to vote. So if a voter is on the list of eligible voters, shows up in the location where they are registered, and shows their photo ID, the county election official has to allow them to vote. I don't think anyone would argue something different.

86% of the voters Mark Davis identified did exactly that – showed up in person at the location where they were registered, showed their photo ID, executed a voter certificate saying they resided where they are registered, and then they were allowed to vote. The other 14% voted absentee by mail, submitting an absentee ballot application saying that they still resided where they were registered.



GA-SOS-21-1045-A-000073

Again, this is not a new issue. It•s an issue caused by out of date federal law that Secretary Raffensperger has said needs to be fixed since he became Secretary of State. He even went to DC to tell our Congressmen it needed to be fixed before the 2020 election•  they didn•t take any action. We have consistently said that the issues we were seeing post 2020 election were similar to issues to that come up after any election. This is exactly one of those issues. It doesn•t invalidate the 2020 election any more than it invalidates any previous election in Georgia. It does highlight that the federal law that restricts dates from keeping better voter rolls needs to be reformed, just like Mark Davis said in his sworn declaration and Secretary Raffensperger has been saying since he was elected.

--
C. Ryan Germany
*General Counsel and Asst. Commissioner of Securities and Charities*
*Georgia Secretary of State*
Direct: 470-312-2808
Cell: 678-672-9230
*rgermany@sos.ga.gov*



-------------------------------------------------------------------------------------
This message is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.



GA-SOS-21-1045-A-000074