# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>Plaintiffs,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>Defendants. | **Civil Action No.**<br>**2:20-cv-00302-SCJ** |

## DECLARATION OF UZOMA NKWONTA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Uzoma Nkwonta, hereby declare as follow:

1. I am over the age of 18 and competent to make this declaration. I am an attorney with the law firm Elias Law Group LLP, and am counsel for Plaintiffs Fair Fight, Inc., Scott Berson, Jocelyn Heredia, and Jane Doe. I submit this declaration to provide the Court true and correct copies of certain documents submitted in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment:

2. **Exhibit 60** is a true and correct copy of email correspondence from Frances Watson to Ryan Germany, dated April 6, 2021. This correspondence was obtained from the Georgia Secretary of State's office through an Open Records Request made to the Secretary of State's office on February 15, 2022.

3. **Exhibit 61** is a true and correct copy of an email exchange between Ryan Germany and individuals in the Georgia Secretary of State's office, including Secretary Brad Raffensperger, dated April 13, 2021. This email exchange was obtained from the Secretary of State's office through an Open Records Request made to the Secretary of State's office by American Oversight Committee on July 29, 2021. *See Georgia Secretary Of State Communications From Select External Groups Related To 'Big Lie' Disinformation*, American Oversight (Dec. 15, 2021), https://www.americanoversight.org/document/georgia-secretary-of-state-communications-from-select-external-groups-related-to-big-lie-disinformation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of June, 2022

                                                __*/s/ Uzoma Nkwonta*_____
                                                Uzoma Nkwonta
                                                Counsel for Plaintiffs