IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>Plaintiffs,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No.<br>2:20-cv-00302-SCJ |

**MOTION FOR PERMISSION TO WITHDRAW
DARA LINDENBAUM AS COUNSEL OF RECORD**

Pursuant to Local Rule 83.1(E) for the Northern District of Georgia, Lawrence & Bundy LLC, as counsel for Plaintiffs, and all other counsel for Plaintiffs in this action hereby request that the Court enter an order granting attorney, Dara Lindenbaum, permission to withdraw as counsel for Plaintiff Fair Fight, Inc., Scott Berson, Jocelyn Heredia, and Jane Doe ("Plaintiffs"). In support of this motion, the undersigned counsel state as follows:

1

1.      Counsel for Plaintiffs seeks permission of this Court to withdraw Ms. Lindenbaum as counsel of record because she has been appointed to the Federal Election Commission.

2.      Local Rule 83.1(E)(1) provides that "counsel will not be permitted to withdraw after submission of the pretrial order or when withdrawal would delay trial of the case." Ms. Lindenbaum's withdrawal will not cause a delay in the trial of the case as all other Plaintiffs' counsel shall remain active in this case. Therefore, the withdrawal of Ms. Lindenbaum would be consistent with Local Rule 83.1(E)(1).

3.      Pursuant to Local Rule 83.1(E)(2)(b), by letters dated July 29, 2022, Lawrence & Bundy LLC and the Elias Law Group LLP have given the Plaintiffs at least fourteen days' prior notice of its intention to request permission to withdraw Ms. Lindenbaum as counsel of record.

4.      The notice included the following information, as required by Local Rule 83.1(E)(2):

    a.      Ms. Lindenbaum wishes to withdraw;

    b.      The style of the matter from which Ms. Lindenbaum is to withdraw (*Fair Fight, Inc., et al. v. True the Vote, et al.*, 20-cv-

<ul style="list-style:none">
<li>302), and the name, address, and telephone number of the Clerk (Shane Gazaway) and lead opposing counsel (James Bopp, Jr.);</li>
<li>c. That this Court—the United States District Court for the Northern District of Georgia, Gainesville Division—will retain jurisdiction after Ms. Lindenbaum's withdrawal;</li>
<li>d. That the Plaintiffs have the burden of keeping the Court informed respecting where notices, pleadings, or other papers may be served;</li>
<li>e. That if the Plaintiffs fail or refuse to meet these burdens, they may suffer adverse consequences;</li>
<li>f. The dates of the upcoming proceedings in the matter, if applicable;</li>
<li>g. That service of notices may be made upon Plaintiffs at each respective party's last known address; and</li>
<li>h. If any party in the Plaintiffs' group is a corporation, that a corporation may only be represented in court by an attorney, that an attorney must sign all pleadings submitted to the court, and that a corporate officer may not represent the corporation in court unless that officer is also an attorney licensed to practice</li>
</ul>

law in the state of Georgia, and that failure to comply with this rule could result in a default being entered against the corporate party.

*See Natty v. Morgan*, 2013 WL 12178577, at *1 (N.D. Ga. Dec. 2, 2013) (granting counsel's motion to withdraw that was filed according to the requirements in Local Rule 83.1(E)).

**WHEREFORE**, Lawrence & Bundy LLC respectfully requests that the Court enter an Order granting Dara Lindenbaum leave to withdraw her appearance in this matter, effective immediately. A proposed Order is attached.

## Certificate of Compliance

I hereby certify that the foregoing has been prepared with a font size and point selection (Times New Roman, 14 pt.), which is approved by the Court pursuant to Local Rules 5.1(C) and 7.1(D).

Respectfully submitted, this, the 12th day of August 2022.

*/s/ Allegra J. Lawrence*
Allegra J. Lawrence (Georgia Bar No. 439797
Leslie J. Bryan (Georgia Bar No. 091175)
Michelle L. McClafferty (Georgia Bar No. 161970)
Maia Cogen (Georgia Bar No. 832438 )
**LAWRENCE & BUNDY LLC**
1180 West Peachtree Street, Suite 1650
Atlanta, GA 30309
Telephone: (404) 400-3350
Fax: (404) 609-2504
allegra.lawrence-hardy@lawrencebundy.com
leslie.bryan@lawrencebundy.com
michelle.mcclafferty@lawrencebundy.com
maia.cogen@lawrencebundy.com

Marc E. Elias*
Uzoma N. Nkwonta*
Christina A. Ford*
Tina Meng*
Marcos Mocine-McQueen*
Joel J. Ramirez*
Jacob Shelly*
ELIAS LAW GROUP LLP
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
melias@elias.law
unkwonta@elias.law
cford@elias.law
tmeng@elias.law
mmcqueen@elias.law
jramirez@elias.law
jshelly@elias.law

*Counsel for Plaintiffs*
*Admitted pro hac vice*

5

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing **MOTION FOR PERMISSION TO WITHDRAW DARA LINDENBAUM AS COUNSEL OF RECORD** with the Clerk of Court using the CM/ECF system, which will automatically send-e-mail notification to all counsel of record.

This 12th day of August, 2022.

> */s/ Allegra J. Lawrence*
> Allegra J. Lawrence
> *Counsel for Plaintiffs*