IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>　　　Defendants. | Civil Action No.<br>2:20-cv-00302-SCJ |

**[PROPOSED] ORDER**

This matter is before the Court on the Motion of Lawrence & Bundy LLC, as counsel of record for Plaintiffs, and all other counsel for Plaintiffs for permission to withdraw Dara Lindenbaum as counsel for Plaintiffs. It appearing that Lawrence & Bundy LLC has complied with all of the requirements of L.R. 83.1(E)(2), the Motion is hereby GRANTED.

　　　This ____ day of _____, 2022.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable Steve C. Jones
　　　　　　　　　　　　　　　　　　United States District Judge

1