IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

FAIR FIGHT, INC., ET AL.,

    **Plaintiffs,**

v.

TRUE THE VOTE, INC., ET AL.,

    **Defendants.**

CIVIL ACTION FILE

No. 2:20-CV-0302-SCJ

<u>ORDER</u>

Defendants' Amended Answer to Plaintiff's Amended Complaint (Doc. No. [112], ¶¶ 86, 94) and Defendants' Motion for Summary Judgment (Doc. No. [155]) call into question the constitutionality of Section 11(b) of the Voting Rights Act of 1965, 52 U.S.C. § 10307(b). Nothing in the record shows, however, that the additional notice of a constitutional question and service requirements of Federal Rule of Civil Procedure 5.1 have been met. Defendants are hereby **ORDERED** to promptly comply with requirements of Rule 5.1. Defendants shall file proof of compliance with Rule 5.1 (on CM/ECF) on or before Monday, October 24, 2022.

**IT IS SO ORDERED** this _20th_ day of October, 2022.

HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

2