IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> TRUE THE VOTE, INC., ET AL., <br><br> Defendants. | CIVIL ACTION FILE <br><br> No. 2:20-CV-0302-SCJ |

## CERTIFICATION ORDER

Pursuant to 28 U.S.C. § 2403(a), the Court hereby certifies to the United States Attorney General that the constitutionality of Section 11(b) of the Voting Rights Act of 1965, 52 U.S.C. § 10307(b), has been called into question in the above-stated litigation as an affirmative defense in Defendants' Motion for Summary Judgment. Doc. No. [155]; see also Doc. No. [112], ¶¶ 86, 94 (Defendants' Amended Answer to Complaint). The Attorney General is requested to submit his position as to intervention in reference to this issue no later than **60 DAYS** of the date of this Certification Order. The Clerk is **DIRECTED** to mail a copy of this Order to: the Honorable Merrick Garland,

United States Attorney General, at the following address: 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001.

IT IS SO ORDERED this __20th__ day of October, 2022.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE