| | | |
|---|---|---|
| JAMES BOPP, JR.<br>jboppjr@aol.com<br>_____<br><br>MELENA S. SIEBERT<br>msiebert@bopplaw.com | **THE BOPP LAW FIRM, PC**<br>ATTORNEYS AT LAW<br><br>THE NATIONAL BUILDING<br>1 South Sixth Street<br>TERRE HAUTE, INDIANA 47807-3510<br>Telephone 812/232-2434   Facsimile 812/235-3685<br>www.bopplaw.com<br>_____ | |

October 21, 2022
**Via Certified Mail**

| | | |
|---|---|---|
| The Honorable Merrick Garland<br>United States Attorney General<br>950 Pennsylvania Ave., NW<br>Washington, D.C. 20530-0001 | Re: | *Fair Fight, Inc., et al. v. True the Vote, Inc., et al.*,<br>Civil Action No.: 2:20-cv-0302-SCJ |

Dear Attorney General Garland:

    Pursuant to 5.1(a)(1)(A) of the Federal Rules of Civil Procedure, enclosed please find a copy of: (1) Plaintiffs' Summons served on Defendants; (2) Plaintiffs' First Amended Complaint for Declaratory and Injunctive Relief; (3) Defendants' Amended Answer in Compliance with Court Order to Plaintiff's First Amended Complaint for Declaratory and Injunctive Relief, and Affirmative Defenses; (4) Defendants' Motion for Summary Judgment; and (5) Brief in Support of Defendants' Motion for Summary Judgment.

    The affirmative defenses Defendants raised and argued in their Amended Answer and in their Motion for Summary Judgment challenged the constitutionality of a federal statute, namely Section 11(b) of the Voting Rights Act of 1965, 52 U.S.C. § 10307(b), as sought to be applied in this case. The Defendants did not name the United States, one of its agencies, nor one of its officers or employees as a party to this suit in any of their pleadings, motions, or in any other paper filed with the court.

| | |
|---|---|
| Enclosures | Sincerely,<br>THE BOPP LAW FIRM, PC<br><br>*James Bopp Jr.*<br><br>James Bopp, Jr.<br>Melena S. Siebert |