UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>*Plaintiffs*,<br><br>v.<br><br>TRUE THE VOTE, CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>*Defendants*, | Case No. 2:20-CV-00302-SCJ |

## JOINT MOTION FOR EXTENSION OF SUPPLEMENTAL BRIEFING AND SUMMARY JUDGMENT HEARING

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiffs and Defendants (the "Parties") jointly move this Court to modify its October 26, 2022 Order (ECF No. 184) setting a summary judgment hearing date of December 6 and ordering supplemental briefing by November 29, and extend the respective briefing deadline by 60 days. The Parties seek an extension in light of counsels' extensive election-related commitments, which all counsel anticipate will persist in the weeks following the 2022 general election. In support of this motion, the Parties state as follows:

On May 16, 2022, Plaintiffs and Defendants both filed Motions for Summary Judgment in this case. The Parties subsequently filed responses to the opposing parties' summary judgment motion on June 6, 2022, and reply briefs on June 21, 2022.

On October 26, the Court issued an Order setting a hearing on December 6 to address specific issues related to the Parties' briefing, and requesting supplemental briefs addressing several topics identified by the Court, to be submitted no later than November 29—seven days before the hearing. The Parties appreciate the Court's careful attention to the issues and wish to provide a fulsome response to the questions the Court has raised but request an extension of these deadlines to account for counsels' and the parties' scheduling conflicts.

Rule 16(b)(4) allows for modification of a court's scheduling order "for good cause and with the judge's consent." Such good cause exists here in light of the upcoming election and potential runoff. Plaintiff Fair Fight, Inc., for instance, is engaged in voter turn-out and mobilization efforts that will likely extend through the runoff, which is scheduled for December 6, the same day as the summary judgment hearing. Moreover, Plaintiffs' counsel and Defendants' counsel are regularly involved in election-related litigation during and after the general election and any potential runoff.

To accommodate the Parties' schedules during the election (and post-election) period, and to ensure that the Parties have sufficient time to address the issues raised by the Court and prepare for oral argument, the Parties request that the Court grant their joint motion to extend the deadline for supplemental briefing to January 30, 2023[1], and reschedule the summary judgment hearing, at the Court's convenience, following submission of the Parties' supplemental briefs.

Dated this 4th day of November, 2022.

Respectfully Submitted,

/s/ David F. Guldenschuh
David F. Guldenschuh
GA Bar No. 315175
David F. Guldenschuh P.C.
P.O. Box 3
Rome, Georgia 30162-0333
Telephone: 706-295-0333
Email: dfg@guldenschuhlaw.com
*Local Counsel for Defendants*

James Bopp, Jr.,* IN # 2838-84
jboppjr@aol.com
Jeffrey P. Gallant,* VA # 46876
jgallant@bopplaw.com
Courtney Turner Milbank,* IN# 32178-29
cmilbank@bopplaw.com

/s/ Uzoma N. Nkwonta
Marc E. Elias*
Uzoma N. Nkwonta*
Christina A. Ford*
Joel J. Ramirez*
Jacob Shelly*
Tina Meng*
Marcos Mocine-McQueen*
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
melias@elias.law
unkwonta@elias.law
cford@elias.law
jramirez@elias.law
jshelly@elias.law
tmeng@elias.law

---

[1] Given that a 60-day extension of the current supplemental briefing deadline would fall on Saturday, January 28, 2023, the new requested deadline is set to fall on the following business day.

Melena Siebert,* IN # 35061-15
msiebert@bopplaw.com
THE BOPP LAW FIRM, PC
The National Building
1 South 6th Street
Terre Haute, Indiana 47807
Telephone: (812) 232-2434
Facsimile: (812) 235-3685
*Lead Counsel for Defendants*
*Admitted Pro hac vice*

mmcqueen@elias.law

*Counsel for Plaintiffs*
*Admitted pro hac vice*

Allegra J. Lawrence
Georgia Bar No. 439797
Leslie J. Bryan
Georgia Bar No. 091175
Michelle L. McClafferty
Georgia Bar No. 161970
Maia Cogen
Georgia Bar No. 832438
**LAWRENCE & BUNDY LLC**
1180 West Peachtree Street, Suite 1650
Atlanta, GA 30309
Telephone: (404) 400-3350
Fax: (404) 609-2504
allegra.lawrence-hardy@lawrencebundy.com
leslie.bryan@lawrencebundy.com
michelle.mcclafferty@lawrencebundy.com
maia.cogen@lawrencebundy.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2022, I electronically filed this Joint Motion for Extension of Supplemental Briefing and Summary Judgment Hearing through this Court's CM/ECF system.

Dated: November 4, 2022

/s/ *Uzoma N. Nkwonta*
Uzoma N. Nkwonta