# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>    *Plaintiffs*,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>    *Defendants*. | Civil Action No. 2:20-cv-00302-SCJ<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF SUPPLEMENTAL BRIEFING AND SUMMARY JUDGMENT HEARING |

THIS MATTER comes before the Court on a Joint Motion for Extension of Supplemental Briefing and Summary Judgment Hearing. Having considered the Motion, it is hereby ORDERED that the Motion is GRANTED. Supplemental briefing on the Court's questions shall be due no later than January 30, 2023, and the summary judgment hearing will be rescheduled for _____ at _____.

**IT IS SO ORDERED.**

Dated this _____ day of November, 2022.

_____
The Honorable Steve C. Jones
United States District Judge