IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>Plaintiffs,<br><br>v.<br><br>TRUE THE VOTE, CATHERINE ENGELBRECHT, DERCK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1–10,<br><br>Defendants. | CIVIL ACTION FILE<br><br>No. 2:20-CV-00302-SCJ |

ORDER

This matter appears before the Court on the Parties' Joint Motion for an Extension of Time for Supplemental Briefing and Summary Judgment Hearing.[1] Doc. No. [185]. The Court **GRANTS IN PART** and **DENIES IN PART** the parties' motion. The Court extends the deadline for supplemental briefing until

---

[1] All citations are to the electronic docket unless otherwise noted, and all page numbers are those imprinted by the Court's docketing software.

January 17, 2023. The Court also reschedules the summary judgment hearing for **February 1, 2023**, at **10 a.m.** at the Sidney O. Smith Federal Building & United States Courthouse (121 Spring Street SE Gainesville, GA 30501, Courtroom 303). The allotment of time for argument and supplemental briefing page limits remain unchanged from the Court's prior order. See Doc. No. [184].

IT IS SO ORDERED this __7th__ day of November, 2022.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE