IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>TRUE THE VOTE, INC., *et al.*,<br><br>    Defendants. | Case No. 2:20-cv-0302-SCJ |

**UNITED STATES' NOTICE OF INTERVENTION
PURSUANT TO 28 U.S.C. § 2403(a)**

Pursuant to 28 U.S.C. § 2403(a) and in response to the Court's Certification Order, ECF No. 182, the United States hereby respectfully notifies the Court that it exercises its right to intervene in this proceeding to defend the constitutionality of Section 11(b) of the Voting Rights Act, 52 U.S.C. § 10307(b). The United States will submit a brief by January 17, 2023, the deadline for the parties' supplemental briefs on their motions for summary judgment. *See* Order on the Parties' Joint Motion for an Extension of Time for Supplemental Briefing, ECF No. 186. The United States also would be available to participate in the summary judgment hearing scheduled for February 1, 2023. *See id.* at 2.

Date:  December 19, 2022

Respectfully submitted,

RYAN K. BUCHANAN
United States Attorney
Northern District of Georgia

KRISTEN CLARKE
Assistant Attorney General

ELISE C. BODDIE
Principal Deputy Assistant
Attorney General

*/s/ Aileen Bell Hughes*
AILEEN BELL HUGHES
Georgia Bar No. 375505
Assistant U.S. Attorney
Office of the United States Attorney
600 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303
Phone: (404) 581-6000
Fax: (404) 581-6181

*/s/   Jennifer J. Yun*
T. CHRISTIAN HERREN, JR.
TIMOTHY F. MELLETT
DANA PAIKOWSKY
JENNIFER J. YUN
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.923
Washington, D.C. 20530
Phone: (800) 253-3931
Fax: (202) 307-3961

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2022, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

*/s/Aileen Bell Hughes*
AILEEN BELL HUGHES
Assistant U.S. Attorney
Office of the United States Attorney
600 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303
