AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| Fair Fight, Inc., et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:20-cv-302-SCJ |
| True the Vote, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 12/22/2022

/s/ Jennifer J. Yun
*Attorney's signature*

Jennifer J. Yun (DC Bar No. 1600953)
*Printed name and bar number*

U.S. Department of Justice
Civil Rights Division - Voting Section
950 Pennsylvania Ave NW, 4CON Room 8.133
Washington DC 20530
*Address*

jennifer.yun@usdoj.gov
*E-mail address*

(202) 307-2767
*Telephone number*

(202) 307-3961
*FAX number*