IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT ACTION, INC. ET AL, <br><br> PLAINTIFFS, <br><br> *v.* <br><br> TRUE THE VOTE INC. ET AL., <br><br> DEFENDANTS. | Civil Action No. <br><br> 2:20-CV-302-SCJ |

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Aileen Bell-Hughes herein files notice of her appearance in the above-styled case, and respectfully requests that she be added as counsel of record for the United States.

Respectfully submitted,

RYAN K BUCHANAN
*United States Attorney*

/s/ Aileen Bell-Hughes
*Assistant United States Attorney*
Georgia Bar No. 375505
Aileen.BellHughes@usdoj.gov
*600 U.S. Courthouse*
*75 Ted Turner Drive S.W.*
*Atlanta, GA 30303*
*(404) 581-6000   fax (404) 581-6181*

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

January 5, 2023

/s/ AILEEN BELL-HUGHES
AILEEN BELL-HUGHES
*Assistant United States Attorney*