IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>Plaintiffs,<br><br>v.<br><br>TRUE THE VOTE, CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>Defendants. | Case No. 2:20-cv-00302-SCJ |

## **[PROPOSED] ORDER**

This matter having come before the Court by motion of proposed *Amicus Curiae* Protect Democracy Project, seeking leave to file an amicus brief in the above-captioned matter, and the Court having reviewed the file and pleadings herein, and being otherwise fully advised in the matter, hereby finds good cause to allow amicus participation.

1

The Motion for Leave to File *Amicus Curiae* Brief by Protect Democracy Project in Support of Plaintiffs' Motion for Summary Judgment and Plaintiffs' Opposition to Defendants' Motion for Summary Judgment is hereby GRANTED.

**IT IS SO ORDERED** this ___ day of _____, 2023.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE