**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br>    Plaintiffs,<br>  v.<br>TRUE THE VOTE, CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br>    Defendants. | Case No. 2:20-cv-00302-SCJ |

## ***AMICUS CURIAE* PROTECT DEMOCRACY PROJECT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

1.  The undersigned counsel of record for *Amicus Curiae* Protect Democracy Project certify that the following is a full and complete list of the parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party of proposed intervenor:

- Plaintiff – Fair Fight, Inc., a nonprofit PAC

- Plaintiff – Scott Berson, an individual

- Plaintiff – Jocelyn Heredia, an individual
- Defendant – True the Vote, Inc., a Texas nonprofit corporation
- Defendant – Catherine Engelbrecht, an individual
- Defendant – Derek Somerville, an individual
- Defendant – Mark Williams, an individual
- Defendant – Mark Davis, an individual
- Defendant – Ron Johnson, an individual
- Defendant – James Cooper, an individual
- Intervenor – United States of America
- Proposed *Amicus Curiae* – Protect Democracy Project, a nonprofit corporation

2. The undersigned further certifies that the following is a full and complete list of other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of the case:

- None

3. The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

- Allegra J. Lawrence – counsel for Plaintiffs

- Aria C. Branch - counsel for Plaintiffs

- Christina A. Ford - counsel for Plaintiffs

- Jacob D Shelly - counsel for Plaintiffs

- Joel J. Ramirez – counsel for Plaintiffs

- John M. Devaney – counsel for Plaintiffs

- Leslie J. Bryan – counsel for Plaintiffs

- Maia J. Cogen – counsel for Plaintiffs

- Marc E. Elias – counsel for Plaintiffs

- Marcos Mocine-McQueen – counsel for Plaintiffs

- Tina Yazhuo Meng – counsel for Plaintiffs

- Uzoma Nkwonta – counsel for Plaintiffs

- Michelle L. McClafferty – counsel for Plaintiffs

- Courtney Turner Milbank – counsel for Defendants

- James Bopp, Jr. – counsel for Defendants

- Jeffrey P. Gallant – counsel for Defendants

- Melena Siebert – counsel for Defendants

- David F. Guldenschuh – counsel for Defendant True the Vote, Inc.

- Aileen Bell Hughes – counsel for Intervenor United States of America

- Dana Paikowsky – counsel for Intervenor United States of America

- Jennifer J. Yun – counsel for Intervenor United States of America

- Adam M. Sparks – counsel for proposed *Amicus Curiae* Protect Democracy Project

- John Paredes – counsel for proposed *Amicus Curiae* Protect Democracy Project

- Cameron Kistler – counsel for proposed *Amicus Curiae* Protect Democracy Project

- Benjamin Berwick – counsel for proposed *Amicus Curiae* Protect Democracy Project

4. The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

- N/A

Respectfully submitted, this 17th day of January 2023.

        **KREVOLIN & HORST, LLC**

        **/s/ Adam M. Sparks**
        Adam M. Sparks

        Georgia Bar No. 341578
        One Atlantic Center
        1201 West Peachtree Street, NW
        Suite 3250
        Atlanta, Georgia 30309
        Telephone: (404) 888-9700
        Facsimile: (404) 888-9577
        Email: sparks@khlawfirm.com

        John Paredes* (NY Bar No. 5225412)
        Protect Democracy Project
        82 Nassau Street, #601
        New York, NY 10038
        P: (202) 579-4582
        F: 929-777-8428
        john.paredes@protectdemocracy.org

        Cameron Kistler* (DC Bar No. 1008922)
        Protect Democracy Project
        2020 Pennsylvania Ave. NW, Suite #
        163 Washington, D.C. 20006

T: (202) 579-4582
F: (929) 777-8428
cameron.kistler@protectdemocracy.org

Benjamin L. Berwick* (MA Bar No. 679207)
Protect Democracy Project
15 Main Street, Suite 312
Watertown, MA 02472
T: (202) 579-4582
F: (929) 777-8428
ben.berwick@protectdemocracy.org

*Counsel for Amicus Curiae Protect Democracy Project*

* Motion for admission *pro hac vice* forthcoming.

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this date caused to be electronically filed a copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record.

Dated: January 17, 2023              **/s/ Adam M. Sparks**
                                     Adam M. Sparks
                                     *Counsel for Amicus Curiae Protect*
                                     *Democracy Project*