IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TRUE THE VOTE, INC., *et al.*, <br><br> Defendants. | Case No. 2:20-cv-0302-SCJ |

**UNITED STATES' NOTICE OF FILING AMENDED BRIEF**

The United States respectfully notifies the Court that it is filing an amended Brief on the Constitutionality and Interpretation of Section 11(b) of the Voting Rights Act, ECF No. 192, to provide additional clarification regarding references on pages 12, 19-20, and 38-39 of its original briefing. The United States has attached its Amended Brief to this notice. *See* Exhibit A (Amended Brief on the Constitutionality and Interpretation of Section 11(b) of the Voting Rights Act).

Date:  January 25, 2023

| | Respectfully submitted, |
|---|---|
| RYAN K. BUCHANAN<br>United States Attorney<br>Northern District of Georgia | KRISTEN CLARKE<br>Assistant Attorney General<br><br>ELISE C. BODDIE<br>Principal Deputy Assistant<br>Attorney General |
| */s/ Aileen Bell Hughes*  _____<br>AILEEN BELL HUGHES<br>Georgia Bar No. 375505<br>Assistant U.S. Attorney<br>Office of the United States Attorney<br>600 U.S. Courthouse<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303<br>Phone: (404) 581-6000<br>Fax: (404) 581-6181 | */s/  Dana Paikowsky*  _____<br>T. CHRISTIAN HERREN, JR.<br>TIMOTHY F. MELLETT<br>DANA PAIKOWSKY<br>JENNIFER J. YUN<br>Attorneys, Voting Section<br>Civil Rights Division<br>U.S. Department of Justice<br>4 Constitution Square<br>150 M Street NE, Room 8.923<br>Washington, D.C. 20530<br>Phone: (800) 253-3931<br>Fax: (202) 307-3961 |

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2023, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

/s/ Dana Paikowsky
DANA PAIKOWSKY
Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.923
Washington, D.C. 20530
Phone: (800) 253-3931
Fax: (202) 307-3961