# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Civil Action No.<br>) 2:20-cv-00302-SCJ<br>) |
| vs. | )<br>)<br>) |
| TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1 - 10, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## PLAINTIFFS' REQUEST FOR ORDER ALLOWING ELECTRONIC DEVICES

Plaintiffs and Plaintiffs' counsel move for entry of an Order authorizing them to bring electronic equipment into the Federal Courthouse in Gainesville, Georgia for the summary judgment hearing beginning at 10:00 a.m. Wednesday, February 1, 2023, and continuing for the duration of the hearing.

Specifically, Plaintiffs request that the following people be permitted to enter the courthouse with their cellular phones, laptop computers, tablets,

smartwatches, power cords, Wi-Fi hotspots, as well as any other trial technology related items:

- Uzoma N. Nkwonta (admitted *pro hac vice*)
- Christina A. Ford (admitted *pro hac vice*)
- Jacob Shelly (admitted *pro hac vice*)
- Cianti Stewart-Reid (Executive Director of Fair Fight Action, Inc.)

The basis for this request is that it will enable Plaintiffs' representatives and out-of-town counsel to participate fully in the hearing. Plaintiffs' proposed Order is attached.

## CERTIFICATION

I hereby certify that the foregoing was prepared with a font size and point selection (Times New Roman, 14 pt.), which is approved by the Court pursuant to Local Rules 5.1(C) and 7.1(D).

Respectfully submitted this, the 27th day of January, 2023.

(signatures next page)

/s/ Allegra J. Lawrence
Allegra J. Lawrence
Georgia Bar No. 439797
Leslie J. Bryan
Georgia Bar No. 091175
Maia Cogen
Georgia Bar No. 832438
Michelle L. McClafferty
Georgia Bar No. 161970
**LAWRENCE & BUNDY LLC**
1180 West Peachtree Street, Suite 1650
Atlanta, GA 30309
Telephone: (404) 400-3350
Fax: (404) 609-2504
Allegra.lawrence-hardy@lawrencebundy.com
leslie.bryan@lawrencebundy.com
maia.cogen@lawrencebundy.com
michelle.mcclafferty@lawrencebundy.com

Marc E. Elias*
Uzoma N. Nkwonta*
Christina A. Ford*
Tina Meng*
Marcos Mocine-McQueen*
Joel J. Ramirez*
Jacob D. Shelly*
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
melias@elias.law
unkwonta@elias.law
cford@elias.law
tmeng@elias.law
mmcqueen@elias.law
jramirez@elias.law
jshelly@elias.law

*Counsel for Plaintiffs*
*Admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing **PLAINTIFFS' REQUEST FOR ORDER ALLOWING ELECTRONIC EQUIPMENT** with the Clerk of Court using the CM/ECF system, which will automatically send-e-mail notification to all counsel of record.

This 27th day of January, 2023

                                          */s/ Allegra J. Lawrence*
                                          Allegra J. Lawrence
                                          *Counsel for Plaintiffs*