# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 2:20-cv-00302-SCJ |
| vs. | ) ) ) | |
| TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1 - 10, | ) ) ) ) ) ) ) | |
| Defendants. | ) _____) | |

## ORDER ALLOWING
## ELECTRONIC DEVICES

Plaintiffs' counsel and representative may bring electronic equipment into the Federal Courthouse in Gainesville, Georgia for the summary judgment hearing beginning at **10:00 a.m. Wednesday, February 1, 2023**, and continuing for the duration of the hearing. All equipment will be subject to inspection.

Specifically, the following people are permitted to enter the courthouse with their cellular phones, laptop computers, tablets, smartwatches, power cords, Wi-Fi hotspots, as well as any other trial technology related items:

- Uzoma N. Nkwonta (admitted *pro hac vice*)
- Christina A. Ford (admitted *pro hac vice*)
- Jacob Shelly (admitted *pro hac vice*)
- Cianti Stewart-Reid (Executive Director of Fair Fight Action, Inc.)

Proper identification is required upon entering the courthouse.

**IT IS SO ORDERED**, this __30th__ day of ___January___, 2023.


    _s/Steve C. Jones_____
    STEVE C. JONES
    UNITED STATES DISTRICT JUDGE