# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

FAIR FIGHT INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,

  Plaintiffs,

v.

TRUE THE VOTE, CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,

  Defendants.

CIVIL ACTION FILE

No. 2:20-CV-0302-SCJ

## ORDER

The Court issues the following Order and **AMENDS** its October 26, 2022 Order regarding the hearing on the Parties' cross-motions for summary judgment (Doc. No. [184])[1]. Following the Court's issuance of said Order, the United States

---

[1] All citations are to the electronic docket unless otherwise noted, and all page numbers are those imprinted by the Court's docketing software.

notified the Court that it was intervening in this Action. Doc. No. [187]. Accordingly, the Court amends the hearing schedule as follows:

The Court will hear oral argument on the Plaintiffs' Motion for Summary Judgment (Doc. No. [156]), Defendants' Motion for Summary Judgment (Doc. No. [155]), and the United States' Brief on the Constitutionality and Interpretation of Section 11(b) of the Voting Rights Act (Doc. No. [198]) on **February 1, 2023, at 10:00 AM in the Sidney O. Smith Federal Building & United States Courthouse** (121 Spring Street SE Gainesville, GA 30501, Courtroom 303).

The Court will first hear argument regarding Plaintiffs' Motion for Summary Judgment (Doc. No. [156]). The argument will proceed as follows:

| **Hearing on Plaintiffs' Motion for Summary Judgment** |
| --- |
| Plaintiffs' Argument-in-Chief: **15 minutes** (Plaintiffs may reserve time for rebuttal) |
| Defendants' Response: **15 minutes** |
| United States' Response: **15 minutes** |
| Plaintiffs' Rebuttal |

2

The Court will then hear argument regarding Defendants' Motion for Summary Judgment (Doc. No. [155]). The argument will proceed as follows:

| **Hearing on Defendants' Motion for Summary Judgment** |
| --- |
| Defendants' Argument-in-Chief: **15 minutes** (Defendants may reserve time for rebuttal) |
| Plaintiffs' Response: **15 minutes** |
| United States' Response: **15 minutes** |
| Plaintiffs' Rebuttal |

Finally, the Court will hear argument on the United States' Brief (Doc. No. [198]). The argument will proceed as follows:

| **Hearing on United States' Brief** |
| --- |
| United States' Argument-in-Chief: **15 minutes** (the United States may reserve time for rebuttal) |
| Plaintiffs' Response: **15 minutes** |
| Defendants' Response: **15 minutes** |
| United States' Rebuttal |

3

The Court reserves the right to amend the schedule of the argument.[2]

**IT IS SO ORDERED** this ___30th___ day of January, 2023.

                                         /s/ Steve C. Jones
                                   **HONORABLE STEVE C. JONES**
                                   **UNITED STATES DISTRICT JUDGE**

---

[2] The Court recognizes that the Motion for Leave to File an Amicus Brief (Doc. No. [194]) is pending. Because said motion will not be ripe for ruling before the hearing, the Court will not rule on it at this time. If any Party files a response opposing the Motion (Doc. No. [194]), the Court will address the opposition at the hearing.