# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| Fair Fight, Inc., et.al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:20-cv-0302-SCJ |
| True the Vote, Inc., et. al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America .

Date: 01/30/2023

/s Timothy Mellett
*Attorney's signature*

Timothy Mellett, D.C. Bar No. 430968
*Printed name and bar number*

950 Pennsylvania Ave., N.W. 4CON
Washington, DC. 20530

*Address*

Timothy. F. Mellett@usdoj.gov
*E-mail address*

(202) 307-6262
*Telephone number*

*FAX number*

Print    Save As...    Reset