IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TRUE THE VOTE, INC., *et al.*, <br><br> Defendants. | Case No. 2:20-cv-0302-SCJ |

**UNITED STATES' MOTION TO ALLOW ELECTRONIC EQUIPMENT INTO THE COURTROOM**

The United States respectfully files this Motion to Allow Electronic Equipment into the Courtroom pursuant to Local Rule 83.4 for the Northern District of Georgia. Specifically, the United States moves the Court for an Order allowing Aileen Bell Hughes, Timothy Mellett, Dana Paikowsky, and Jennifer Yun, attorneys appearing on behalf of the United States, to bring their cell phones, laptops, and chargers into Courtroom 303 of the Sidney O. Smith Federal Building and United States Courthouse for the upcoming summary judgment hearing beginning at 10:00 a.m. Wednesday, February 1, 2023. This equipment is necessary to assist counsel during the hearing. A Proposed Order is attached.

Date:  January 30, 2023

Respectfully submitted,

RYAN K. BUCHANAN  
United States Attorney  
Northern District of Georgia

KRISTEN CLARKE  
Assistant Attorney General

ELISE C. BODDIE  
Principal Deputy Assistant  
Attorney General

*/s/ Aileen Bell Hughes*  
AILEEN BELL HUGHES  
Georgia Bar No. 375505  
Assistant U.S. Attorney  
Office of the United States Attorney  
600 U.S. Courthouse  
75 Ted Turner Drive, SW  
Atlanta, GA 30303  
Phone: (404) 581-6000  
Fax: (404) 581-6181

*/s/  Dana Paikowsky*  
T. CHRISTIAN HERREN, JR.  
TIMOTHY F. MELLETT  
DANA PAIKOWSKY  
JENNIFER J. YUN  
Attorneys, Voting Section  
Civil Rights Division  
U.S. Department of Justice  
4 Constitution Square  
150 M Street NE, Room 8.923  
Washington, D.C. 20530  
Phone: (800) 253-3931  
Fax: (202) 307-3961

## CERTIFICATE OF COMPLAINCE

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing motion has been prepared using Times New Roman size 14 font.

*/s/ Dana Paikowsky*
DANA PAIKOWSKY
Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.923
Washington, D.C. 20530
Phone: (800) 253-3931
Fax: (202) 307-3961

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2023, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

/s/ Dana Paikowsky
DANA PAIKOWSKY
Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.923
Washington, D.C. 20530
Phone: (800) 253-3931
Fax: (202) 307-3961