IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

FAIR FIGHT, INC., *et al.*,

    Plaintiffs,

    v.

TRUE THE VOTE, INC., *et al.*,

    Defendants.

Case No. 2:20-cv-0302-SCJ

## [PROPOSED] ORDER

Having read and considered the United States' Motion to Allow Electronic Equipment into the Courtroom, and for good cause shown, it is hereby ORDERED that the United States' Motion to Allow Electronic Equipment is hereby granted and Attorneys representing the United States shall be permitted to bring electronic equipment into Courtroom 303 on February 1, 2023.

So ordered this _____ day of _____, 2023.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE