IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., ET AL, | |
| PLAINTIFFS, | Civil Action No. |
| v. | 2:20-cv-0302-SCJ |
| TRUE THE VOTE, ET AL., | |
| DEFENDANTS. | |

**UNITED STATES' MOTION TO ALLOW ELECTRONIC EQUIPMENT INTO THE COURTROOM**

NOW COMES the United States, by and through the United States Attorney for the Northern District of Georgia, and files this Motion to Allow Electronic Equipment into the Courtroom pursuant to Local Rule 83.4 for the Northern District of Georgia. Specifically, the United States hereby respectfully moves the Court for an Order allowing attorneys appearing on behalf of the United States to bring electronic equipment into Courtroom 303 of the Sidney O. Smith Federal Building and United States Courthouse for a hearing in the above captioned case beginning at 10:00 am Wednesday, February 1, 2023. This equipment is necessary to assist counsel for the United States during the hearing. The United States respectfully requests that Timothy Mellett, Dana Paikowsky

and Jennifer Yun, attorneys appearing on behalf of the United States be allowed to bring laptop computers and phones into Courtroom 303 on February 1, 2023.

A Proposed Order is attached.

Respectfully submitted,

RYAN K. BUCHANAN
*United States Attorney*
600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
(404) 581-6000   fax (404) 581-6181

/s/ AILEEN BELL HUGHES
*Assistant United States Attorney*
Georgia Bar No. 375505
Aileen.bell.hughes@usdoj.gov

**Certificate of Compliance**

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing brief has been prepared using Book Antiqua, 13 point font.

/s/ AILEEN BELL HUGHES
*Assistant United States Attorney*

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

January 31, 2023

/s/ AILEEN BELL HUGHES
AILEEN BELL HUGHES
*Assistant United States Attorney*