IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., ET AL, <br><br> PLAINTIFFS, <br><br> v. <br><br> TRUE THE VOTE, ET AL., <br><br> DEFENDANTS. | Civil Action No. <br><br> 2:20-cv-0302-SCJ |

**Order**

Having read and considered the United States' Motion to Allow Electronic Equipment into the Courtroom and for good cause shown, it is hereby ORDERED that Timothy Mellett, Dana Paikowsky and Jennifer Yun, attorneys appearing on behalf of the United States be allowed to bring laptop computers and mobile phones into Courtroom 303 on February 1, 2023.

So Ordered this __31st__ day of __January__, 2023.

_s/Steve C. Jones_
STEVE C. JONES
UNITED STATES DISTRICT JUDGE

1

Prepared by:

*Aileen Bell Hughes*
AILEEN BELL HUGHES
Assistant U.S. Attorney
Georgia Bar No. 375505