# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

### 2:20-cv-00302-SCJ
### Fair Fight, Inc. et al v. Engelbrecht et al
### Honorable Steve C. Jones

Minute Sheet for proceedings held In Open Court on 02/01/2023.

| | |
|---|---|
| TIME COURT COMMENCED: 10:00 A.M. | |
| TIME COURT CONCLUDED: 1:00 P.M. | COURT REPORTER: Viola Zborowski |
| TIME IN COURT: 3:00 | DEPUTY CLERK: Pamela Wright |
| OFFICE LOCATION: Gainesville | |

| | |
|---|---|
| ATTORNEY(S) PRESENT: | James Bopp representing True the Vote |
| | Leslie Bryan representing Fair Fight, Inc. |
| | Christina Ford representing Fair Fight, Inc. |
| | Allegra Lawrence representing Fair Fight, Inc. |
| | Uzoma Nkwonta representing Fair Fight, Inc. |
| | Dana Paikowsky representing United States of America |
| | Jennifer Yun representing United States of America |
| OTHER(S) PRESENT: | Jacob Shelly for Plaintiffs |
| | Tim Mellett for USA |
| | Jennifer Keen substituting for Aileen Hughes for USA |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [155]Motion for Summary Judgment TAKEN UNDER ADVISEMENT |
| | [156]Motion for Summary Judgment TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | Hearing held on outstanding motions for summary judgment. The Court heard argument from counsel and took the matter under advisement, with ruling to follow via written order. |
| HEARING STATUS: | Hearing Concluded |