**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,

*Plaintiffs*,

v.

TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,

*Defendants*.

CIVIL ACTION FILE

NO. 2:20-cv-00302-SCJ

**NOTICE OF APPEARANCE**

COMES NOW, Jake Evans of the law firm HALL BOOTH SMITH, P.C., and files this Notice of Appearance as additional counsel for the named Defendants True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper, and John Does 1-10. Counsel requests that a copy of all future correspondence, docket notices, or other official communications directed or pertaining to Defendants should be served to the undersigned at the following address:

Jake Evans, Esq.
**HALL BOOTH SMITH, P.C.**

2710 Old Milton Parkway, Suite 200
Alpharetta, GA 30009
jevans@hallboothsmith.com

Respectfully submitted this 9th day of February, 2023.

2710 Old Milton Parkway, Suite 200
Alpharetta, Georgia 30009
P: (404) 954-6947
F: (470) 523-8282
jevans@hallboothsmith.com

*/s/ Jake Evans*
Jake Evans, Esq.
Georgia Bar No. 797018

*Counsel for Defendants True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper, and John Does 1-10*

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,

*Plaintiffs*,

v.

TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,

*Defendants*.

CIVIL ACTION FILE

NO. 2:20-cv-00302-SCJ

**LOCAL RULE 7.1D CERTIFICATION**

The foregoing **NOTICE OF APPEARANCE** is a computer-generated document prepared in 14-point Times New Roman font in accordance with Local Rule 5.1B and C.

Respectfully submitted this 9th day of February, 2023.

2710 Old Milton Parkway, Suite 200
Alpharetta, Georgia 30009
P: (404) 954-6947
F: (470) 523-8282
jevans@hallboothsmith.com

*/s/ Jake Evans*
Jake Evans, Esq.
Georgia Bar No. 797018

*Counsel for Defendants True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark*

*Williams, Ron Johnson, James Cooper, and John Does 1-10*

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,

*Plaintiffs*,

v.

TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,

*Defendants*.

CIVIL ACTION FILE

NO. 2:20-cv-00302-SCJ

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing **NOTICE OF APPEARANCE** upon all parties to this matter by filing said document electronically through this Court's CM/ECF system, which will automatically send electronic notification of such filing to counsel of record.

Respectfully submitted this 9th day of February, 2023.

2710 Old Milton Parkway, Suite 200
Alpharetta, Georgia 30009
P: (404) 954-6947
F: (470) 523-8282
jevans@hallboothsmith.com

*/s/ Jake Evans*
Jake Evans, Esq.
Georgia Bar No. 797018

*Counsel for Defendants True the Vote, Inc., Catherine Engelbrecht, Derek*

*Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper, and John Does 1-10*