IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>*Plaintiffs*,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>*Defendants*. | CIVIL ACTION FILE<br><br>NO. 2:20-cv-00302-SCJ |

## NOTICE OF APPEARANCE

COMES NOW, Mikayla Mobley of the law firm HALL BOOTH SMITH, P.C., and files this Notice of Appearance as additional counsel for the named Defendants True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper, and John Does 1-10. Counsel requests that a copy of all future correspondence, docket notices, or other official communications directed or pertaining to Defendants should be served to the undersigned at the following address:

Mikayla Mobley, Esq.
**HALL BOOTH SMITH, P.C.**

1

2710 Old Milton Parkway, Suite 200
Alpharetta, GA 30009
mmobley@hallboothsmith.com

Respectfully submitted this 9th day of February, 2023.

| | |
|---|---|
| 2710 Old Milton Parkway, Suite 200<br>Alpharetta, Georgia 30009<br>P: (470) 386-6906<br>F: (470) 523-8282<br>mmobley@hallboothsmith.com | */s/ Mikayla Mobley*<br>Mikayla Mobley, Esq.<br>Georgia Bar No. 708760<br><br>*Counsel for Defendants True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper, and John Does 1-10* |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>    *Plaintiffs*,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>    *Defendants*. | CIVIL ACTION FILE<br><br>NO. 2:20-cv-00302-SCJ |

## **LOCAL RULE 7.1D CERTIFICATION**

The foregoing **NOTICE OF APPEARANCE** is a computer-generated document prepared in 14-point Times New Roman font in accordance with Local Rule 5.1B and C.

Respectfully submitted this 9th day of February, 2023.

| | |
|---|---|
| 2710 Old Milton Parkway, Suite 200<br>Alpharetta, Georgia 30009<br>P: (470) 386-6906<br>F: (470) 523-8282<br>mmobley@hallboothsmith.com | */s/ Mikayla Mobley*<br>Mikayla Mobley, Esq.<br>Georgia Bar No. 708760<br><br>*Counsel for Defendants True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark* |

3

*Williams, Ron Johnson, James Cooper, and John Does 1-10*

4

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>   *Plaintiffs*,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>   *Defendants*. | CIVIL ACTION FILE<br><br>NO. 2:20-cv-00302-SCJ |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing **NOTICE OF APPEARANCE** upon all parties to this matter by filing said document electronically through this Court's CM/ECF system, which will automatically send electronic notification of such filing to counsel of record.

Respectfully submitted this 9th day of February, 2023.

2710 Old Milton Parkway, Suite 200
Alpharetta, Georgia 30009
P: (470) 386-6906
F: (470) 523-8282
mmobley@hallboothsmith.com

/s/ Mikayla Mobley
Mikayla Mobley, Esq.
Georgia Bar No. 708760

*Counsel for Defendants True the Vote, Inc., Catherine Engelbrecht, Derek*

5

*Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper, and John Does 1-10*