United States District Court
Northern District of Georgia
Gainesville Division

| | |
|---|---|
| **Fair Fight, Inc., Scott Berson, Jocelyn Heredia,** and **Jane Doe**, <br><br> *Plaintiffs,* <br><br> v. <br><br> **True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper,** and **John Does 1-10**, <br><br> *Defendants.* | Civ. No. 2:20-cv-00302-SCJ <br><br> Hon: Steve C. Jones |

**Certificate of Consent for Withdrawal of James Bopp, Jr.**

Pursuant to Local Rule 83.1(E)(3), the undersigned Defendants True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, and James Cooper (collectively, "**Named Defendants**") consent to James Bopp, Jr.'s withdrawal from representing Named Defendants in this matter. The Named Defendants have been advised of the following, pursuant to Local Rule 83.1(E)(2)(b)(B) through (H):

**Cert. of Consent**                                       1

(B) The Court retains jurisdiction over this action;

(C) The client's obligation to keep the Court informed of a location where notices, pleadings, or other papers may be served;

(D) While a trial date has not yet been set, it will be the client's obligation to prepare for trial or hire other counsel to prepare for trial;

(E) Failure or refusal to satisfy court-related obligations could result in adverse consequences including, in criminal cases, bond forfeiture and arrest;

(F) There are not scheduled proceedings at this time, but Fair Fight's counsel will be working with TTV's counsel on a pre-trial schedule – no dates will be affected by our withdrawal as counsel;

(G) Notices may be served on you at your last known address;

(H) TTV is a corporation and may only be represented by an attorney, who must sign all pleadings and papers submitted to the Court; a corporate officer may not represent the client unless that officer is admitted to the bar of this Court as a regular member or has been admitted pro hac vice in the case; and failure to comply with this rule could result in a default judgment against TTV; and

All Named Defendants have attorneys that have been admitted in this case to represent them. Named Defendants' counsel have also signed this Certificate of Consent.

**Named Defendants' Consent Signatures:**

/s/ Catherine Engelbrecht
on behalf of True the Vote, Inc.

/s/ Catherine Engelbrecht
on behalf of herself, individually

/s/ Derek Somerville
Derek Somerville

/s/ Mark Davis
Mark Davis

/s/ Mark Williams
Mark Williams

/s/ Ron Johnson
Ron Johnson

/s/ James Cooper
James Cooper

Dated: March 16, 2023

Respectfully Submitted,

/s/ James Bopp, Jr.
James Bopp, Jr.,* IN # 2838-84
  jboppjr@aol.com
THE BOPP LAW FIRM, PC
The National Building
1 South 6th Street
Terre Haute, Indiana 47807
Telephone: (812) 232-2434
Facsimile: (812) 235-3685
*Lead Counsel for Defendants*
**Admitted Pro hac vice*

/s/ David F. Guldenschuh
David F. Guldenschuh
GA Bar No. 315175
David F. Guldenschuh P.C.
P.O. Box 3
Rome, Georgia 30162-0333
Telephone: 706-295-0333
Email: dfg@guldenschuhlaw.com
*Local Counsel for Defendants*

/s/ Jake Evans
Jake Evans
GA Bar No. 797018
HALL BOOTH SMITH, P.C.
2710 Old Milton Parkway, Suite 200
Alpharetta, GA 30009
Telephone: (470) 386-6900
Email: jevans@hallboothsmith.com
*Local Counsel for Defendants*

/s/ Michael J. Wynne*
Michael J. Wynne, TX Bar No. 785289
Gregor Wynee Arney, PLLC
909 Fannin Street
Suite 3800
Houston, TX 77010
713-306-1937
mwynne@gwafirm.com

/s/ Joseph R. Larsen
Joseph R. Larsen*
Gregor Wynee Arney, PLLC
909 Fannin Street
Suite 3800
Houston, TX 77010
713-306-1937
Email: jlarsen@grfirm.com

/s/ Ansley Mikayla Mobley
Ansley Mikayla Mobley
Hall Booth Smith, P.C.
2710 Old Milton Parkway
Suite 200
Alpharetta, GA 30009
470-386-6906
Email: mmobley@hallboothsmith.com
**Admitted Pro hac vice*
*Counsel for Defendants*

**Cert. of Consent**                4

## Certificate of Compliance

The undersigned counsel certifies that the foregoing has been prepared in Times New Roman (14 point) font, as required by the Court in Local Rule 5.1(B). Respectfully submitted on March 16, 2023.

*/s/ James Bopp, Jr.*
James Bopp, Jr.
*Lead Counsel for Defendants*
