IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| **FAIR FIGHT INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,**<br><br>   **Plaintiffs,**<br><br>v.<br><br>**TRUE THE VOTE, CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,**<br><br>**Defendants.** | **CIVIL ACTION FILE**<br><br>**No. 2:20-CV-00302-SCJ** |

## ORDER

This matter appears before the Court on the Parties' Agreed Motion to Extend the Deadline for the Pretrial Order.[1] Doc. No. [229]. Because no reason has been given for the request, the Court **DENIES** the Parties' motion. If the

---

[1] All citations are to the electronic docket unless otherwise noted, and all page numbers are those imprinted by the Court's docketing software.

Parties refile their motion explaining their request, the Court will reconsider whether an extension is appropriate or not.

**IT IS SO ORDERED** this ___4th___ day of April, 2023.

                                                 s/ Steve C. Jones
                                          _____
                                          **HONORABLE STEVE C. JONES**
                                          **UNITED STATES DISTRICT JUDGE**