# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>Plaintiffs,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1 – 10,<br><br>Defendants. | Case No. 2:20-cv-00302-SCJ |

## CONSENT MOTION TO EXTEND DEADLINE
## FOR JOINT PRETRIAL ORDER

COME NOW True the Vote Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, and James Cooper ("Defendants"), with the agreement of Plaintiffs Fair Fight, Inc., Scott Berson, and Jocelyn Heredia ("Plaintiffs") and file this consent motion to extend the deadline for the Joint Pretrial Order, currently April 10, 2023, to May 25, 2023. The United States is not opposed to this motion.

Undersigned counsel has not yet received the file from prior law firm, The Bopp Law Firm, PC, which is substantial and fact-intensive. New counsel requires more time to complete and submit the various elements of the Pretrial Order.

1

Dated: April 6, 2023.

>Respectfully submitted,
>
>By: */s/ Jake Evans*
>Jake Evans, Esq.
>GA Bar No. 797018
>HALL BOOTH SMITH, P.C.
>2710 Old Milton Parkway, Suite 200
>Alpharetta, GA 30009
>Telephone: (470) 386-6900
>Email: jevans@hallboothsmith.com
>*Local Counsel for Defendants*
>
>By: */s/ Michael J. Wynne\**
>Michael J. Wynne, TX Bar No. 785289
>mwynne@gwafirm.com
>Cameron Powell,* DC Bar No. 459020
>cpowell@gwafirm.com
>GREGOR WYNNE ARNEY, PLLC
>909 Fannin Street, Suite 3800
>Houston, TX 77010
>Telephone: (281) 450-7403
>*Counsel for Defendants*
>
>**Admitted Pro hac vice*

## **CERTIFICATE OF COMPLIANCE**

I certify the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, NDGA, using font type of Times New Roman and point size of 14.

Dated: April 6, 2023

                                                By: /s/ *Michael J. Wynne*
                                                Michael J. Wynne

                                                *Counsel for Defendants*

## **CERTIFICATE OF CONFERENCE**

I certify I have conferred with counsel for Plaintiffs and that they are in agreement on this motion.

Dated: April 6, 2023

                                                By: /s/ *Michael J. Wynne*
                                                Michael J. Wynne

                                                *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that today I filed a copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of filing to all counsel of record.

Dated: April 6

, 2023

By: /s/ *Michael J. Wynne*
Michael J. Wynne

*Counsel for Defendants*