### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>Plaintiffs,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1 – 10,<br><br>Defendants. | Case No. 2:20-cv-00302-SCJ |

### ORDER GRANTING CONSENT MOTION TO EXTEND DEADLINE FOR JOINT PRETRIAL ORDER

On this day the Court considered Defendants' consent motion to extend the deadline for the Joint Pretrial Order. After considering the motion and request, the motion is hereby GRANTED.

It is therefore, ORDERED the deadline for the Joint Pretrial Order is extended to May 25, 2023.

Signed on this \_\_\_\_ day of April, 2023.

_____
JUDGE PRESIDING