IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>Plaintiffs,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1 – 10,<br><br>Defendants. | Case No. 2:20-cv-00302-SCJ |

## ORDER GRANTING CONSENT MOTION TO EXTEND DEADLINE FOR JOINT PRETRIAL ORDER

On this day the Court considered Defendants' consent motion to extend the deadline for the Joint Pretrial Order. After considering the motion and request, the motion is hereby **GRANTED**.

It is therefore, **ORDERED** the deadline for the Joint Pretrial Order is extended to **May 25, 2023**.

Signed on this 7th day of April, 2023.

HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE