IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>CATHERINE ENGELBRECHT et al.<br><br>Defendants. | CIVIL ACTION FILE<br><br>No. 2:20-CV-302-SCJ |

## ORDER

The Court enters this Order to specially set this Action for trial to begin on **OCTOBER 30, 2023.**

All proceedings will be *in person* and held in **Courtroom No. 303, in the Sidney O. Smith Federal Building & United States Courthouse** (121 Spring Street SE Gainesville, GA 30501). Unless otherwise notified, all proceedings will begin at **9:00 AM.** The Court will not permit counsel to argue or witnesses to offer live testimony remotely — i.e., via Zoom. The Court will permit a witness to testify via video deposition, per a prior agreement between the Parties.

IT IS SO ORDERED this _11th_ day of April, 2023.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE