# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>    Plaintiffs,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>    Defendants. | **Civil Action No.**<br>**2:20-cv-00302-SCJ** |

## PLAINTIFFS' ATTACHMENT F-1 (WITNESS LIST)

Plaintiffs identify herein the individual witnesses they will and/or may call for this lawsuit. Plaintiffs reserve the right to modify or supplement this list with reasonable notice to counsel.

1

**Plaintiffs will call:**

| Witness | Address |
| --- | --- |
| Catherine Engelbrecht | In care of Gregor Wynne Arney, PLLC<br>Attn: Michael Wynne<br>909 Fannin St., Suite 3800<br>Houston, TX 77010<br>mwynne@gwafirm.com |
| Clair Joseph Martin | In care of Gregor Wynne Arney, PLLC<br>Attn: Michael Wynne<br>909 Fannin St., Suite 3800<br>Houston, TX 77010<br>mwynne@gwafirm.com |
| Kenneth R. Mayer | In care of Elias Law Group<br>Attn: Marcos Mocine-McQueen<br>250 Massachusetts Ave NW<br>Suite 400<br>Washington DC 20001<br>mmcqueen@elias.law |
| Orville Vernon Burton | In care of Elias Law Group<br>Attn: Marcos Mocine-McQueen<br>250 Massachusetts Ave NW<br>Suite 400<br>Washington DC 20001<br>mmcqueen@elias.law |

**Plaintiffs may call:**

| Witnesses | Address |
|---|---|
| Fair Fight Designee | In care of Elias Law Group<br>Attn: Marcos Mocine-McQueen<br>250 Massachusetts Ave NW<br>Suite 400<br>Washington DC 20001<br>mmcqueen@elias.law |
| Amy Holsworth | In care of Gregor Wynne Arney, PLLC<br>Attn: Michael Wynne<br>909 Fannin St., Suite 3800<br>Houston, TX 77010<br>mwynne@gwafirm.com |
| Gregg Phillips | In care of Gregor Wynne Arney, PLLC<br>Attn: Michael Wynne<br>909 Fannin St., Suite 3800<br>Houston, TX 77010<br>mwynne@gwafirm.com |
| Derek Somerville | In care of Gregor Wynne Arney, PLLC<br>Attn: Michael Wynne<br>909 Fannin St., Suite 3800<br>Houston, TX 77010<br>mwynne@gwafirm.com |
| Mark Davis | In care of Gregor Wynne Arney, PLLC<br>Attn: Michael Wynne<br>909 Fannin St., Suite 3800<br>Houston, TX 77010<br>mwynne@gwafirm.com |

| | |
|---|---|
| James Cooper | In care of Gregor Wynne Arney, PLLC<br>Attn: Michael Wynne<br>909 Fannin St., Suite 3800<br>Houston, TX 77010<br>mwynne@gwafirm.com |
| Mark Williams | In care of Gregor Wynne Arney, PLLC<br>Attn: Michael Wynne<br>909 Fannin St., Suite 3800<br>Houston, TX 77010<br>mwynne@gwafirm.com |
| Ron Johnson | In care of Gregor Wynne Arney, PLLC<br>Attn: Michael Wynne<br>909 Fannin St., Suite 3800<br>Houston, TX 77010<br>mwynne@gwafirm.com |
| Jane Doe | In care of Elias Law Group<br>Attn: Marcos Mocine-McQueen<br>250 Massachusetts Ave NW<br>Suite 400<br>Washington DC 20001<br>mmcqueen@elias.law |
| Jocelyn Heredia | In care of Elias Law Group<br>Attn: Marcos Mocine-McQueen<br>250 Massachusetts Ave NW<br>Suite 400<br>Washington DC 20001<br>mmcqueen@elias.law |
| Scott Berson | In care of Elias Law Group<br>Attn: Marcos Mocine-McQueen<br>250 Massachusetts Ave NW<br>Suite 400<br>Washington DC 20001<br>mmcqueen@elias.law |

| | |
|---|---|
| Stephanie Pfeiffer Stinetorf | In care of Elias Law Group<br>Attn: Marcos Mocine-McQueen<br>250 Massachusetts Ave NW<br>Suite 400<br>Washington DC 20001<br>mmcqueen@elias.law |
| Gamaliel Warren Turner, Sr. | In care of Elias Law Group<br>Attn: Marcos Mocine-McQueen<br>250 Massachusetts Ave NW<br>Suite 400<br>Washington DC 20001<br>mmcqueen@elias.law |
| Ryan Germany | ℅ Industrious<br>Gilbert Harrell Sumerford & Martin<br>675 Ponce de Leon Ave NE<br>Suite 7500, 8500 & NE223<br>Atlanta, GA 30308 |
| Frances Watson | Department of Revenue<br>1800 Century Boulevard, NE<br>Atlanta, GA 30345 |
| Anita Tucker | Forsyth County Board of Voter Registrations & Elections<br>110 E Main St<br>Cumming GA 30040 |
| Tori Silas | Cobb County Board of Elections and Registration<br>100 Cherokee Street<br>Marietta, GA 30090 |