# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF
# GEORGIA ATLANTA DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>　　Plaintiffs,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>　　Defendants. | **Civil Action No.**<br>**2:20-cv-00302-SCJ** |

## **DEFENDANTS' PRELIMINARY WITNESS LIST**

Defendants will call those listed below to testify at trial. Defendants reserve the right to modify or supplement this list with reasonable notice to counsel.

1

**Defendants will call:**

| Witness | Address |
|---|---|
| Catherine Engelbrecht | In care of Gregor Wynne Arney, PLLC<br>Attn: Michael Wynne<br>909 Fannin St., Suite 3800<br>Houston, TX 77010<br>mwynne@gwafirm.com |
| Gregg Phillips | In care of Gregor Wynne Arney, PLLC<br>Attn: Michael Wynne<br>909 Fannin St., Suite 3800<br>Houston, TX 77010<br>mwynne@gwafirm.com |
| Derek Somerville | In care of Gregor Wynne Arney, PLLC<br>Attn: Michael Wynne<br>909 Fannin St., Suite 3800<br>Houston, TX 77010<br>mwynne@gwafirm.com |
| Mark Davis | In care of Gregor Wynne Arney, PLLC<br>Attn: Michael Wynne<br>909 Fannin St., Suite 3800<br>Houston, TX 77010<br>mwynne@gwafirm.com |
| True the Vote Designee | In care of Gregor Wynne Arney, PLLC<br>Attn: Michael Wynne<br>909 Fannin St., Suite 3800<br>Houston, TX 77010<br>mwynne@gwafirm.com |

| | |
|---|---|
| Kenneth R. Mayer | In care of Elias Law Group<br>Attn: Marcos Mocine-McQueen<br>250 Massachusetts Ave NW<br>Suite 400<br>Washington DC 20001<br>mmcqueen@elias.law |
| Orville Vernon Burton | In care of Elias Law Group<br>Attn: Marcos Mocine-McQueen<br>250 Massachusetts Ave NW<br>Suite 400<br>Washington DC 20001<br>mmcqueen@elias.law |
| Amy Holsworth | In care of Gregor Wynne Arney, PLLC<br>Attn: Michael Wynne<br>909 Fannin St., Suite 3800<br>Houston, TX 77010<br>mwynne@gwafirm.com |
| James Cooper | In care of Gregor Wynne Arney, PLLC<br>Attn: Michael Wynne<br>909 Fannin St., Suite 3800<br>Houston, TX 77010<br>mwynne@gwafirm.com |
| Mark Williams | In care of Gregor Wynne Arney, PLLC<br>Attn: Michael Wynne<br>909 Fannin St., Suite 3800<br>Houston, TX 77010<br>mwynne@gwafirm.com |
| Ron Johnson | In care of Gregor Wynne Arney, PLLC<br>Attn: Michael Wynne<br>909 Fannin St., Suite 3800<br>Houston, TX 77010<br>mwynne@gwafirm.com |

| | |
|---|---|
| Jane Doe(s) | In care of Elias Law Group<br>Attn: Marcos Mocine-McQueen<br>250 Massachusetts Ave NW<br>Suite 400<br>Washington DC 20001<br>mmcqueen@elias.law |
| Jocelyn Heredia | In care of Elias Law Group<br>Attn: Marcos Mocine-McQueen<br>250 Massachusetts Ave NW<br>Suite 400<br>Washington DC 20001<br>mmcqueen@elias.law |
| Scott Berson | In care of Elias Law Group<br>Attn: Marcos Mocine-McQueen<br>250 Massachusetts Ave NW<br>Suite 400<br>Washington DC 20001<br>mmcqueen@elias.law |
| Stephanie Pfeiffer Stinetorf | In care of Elias Law Group<br>Attn: Marcos Mocine-McQueen<br>250 Massachusetts Ave NW<br>Suite 400<br>Washington DC 20001<br>mmcqueen@elias.law |
| Gamaliel Warren Turner, Sr. | In care of Elias Law Group<br>Attn: Marcos Mocine-McQueen<br>250 Massachusetts Ave NW<br>Suite 400<br>Washington DC 20001<br>mmcqueen@elias.law |