**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>    Plaintiffs,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>    Defendants. | **Civil Action No.
2:20-cv-00302-SCJ** |

**PLAINTIFFS' ATTACHMENT G-1 (EXHIBIT LIST)**

Plaintiffs identify herein their potential trial exhibits for this lawsuit. Plaintiffs reserve the right to modify or supplement this list with reasonable notice to counsel.

The dates and titles of the proposed trial exhibits below are to help Defendants identify the exhibits. If any date or title is incorrect, Plaintiffs reserve the right to clarify. If there is any confusion about the identity of a document, please contact counsel for Plaintiffs.

| Pls' Ex. No. | Doc Date | Bates Range/Source | Description |
|---|---|---|---|
| 1 | Nov. 5, 2020 | Eshelman 00025 - 00026 | Validate the Vote 2020 document |
| 2 | Dec. 7, 2020 | Def TTV 0288 | True the Vote / OPSEC invoice for "Eyes on Georgia" |
| 3 | Dec. 17, 2020 - Dec. 20, 2020 | Def Cooper 0183 - 0184 | Email chain between J. Cooper, J. Martin, and J. Marsh about retracted voter challenges in Taliaferro County |
| 4 | Dec. 21, 2020 - Jan. 5, 2021 | Taliaferro 000001 - 000014 | Communications with J. Martin about withdrawn voter challenges |
| 5 | Dec. 30, 2020 | Def Davis 0001 | Zoom meeting invitation from C. Engelbrecht to M. Davis, D. Sommerville, G. Phillips, and others for Georgia Elector Challenger Townhall |
| 6 | Dec. 16, 2020 | Def Somerville 000001 | Calendar invitation for meeting called "Elector Challenge Alignment" with D. Somerville, C. Engelbrecht, G. Phillips, M. Davis |
| 7 | Dec. 27, 2020 | Def Davis 0002 | Zoom meeting invitation from C. Engelbrecht to M. Davis, D. Sommerville for meeting about TTV Legal Update |
| 8 | April 6, 2021 | Pls' MSJ Opp'n Ex. 60 | F. Watson Email about analysis of NCOA information |
| 9 | July 13, 2021 | Pls' MSJ Opp'n Ex. 61 | R. Germany email about M. Davis NCOA analysis |
| 10 | Mar. 15, 2021 | Engelbrecht/TTV Dep. (Ex. 81) | True the Vote, Inc.'s Responses to Plaintiffs' First Interrogatories |
| 11 | May 15, 2022 | Pls' MSJ Ex. 15 | Fair Fight Declaration |
| 12 | May 15, 2022 | Pls' MSJ Ex. 16 | Jane Doe Declaration |
| 13 | May 12, 2022 | Pls' MSJ Ex. 17 | Stephanie Pfeiffer Stinetorf Declaration |
| 14 | May 12, 2022 | Pls' MSJ Ex. 18 | Gamaliel Warren Turner, Sr. Declaration |
| 15 | May 14, 2021 | Pls' MSJ Ex. 13 | Ken Mayer Report |
| 16 | May 14, 2021 | Pls' MSJ Ex. 14 | Vernon Burton Report |
| 17 | Oct. 5, 2012 | Pls' MSJ Ex. 33 | Elijah Cummings 2012 Letter about TTV |
| 18 | Nov. 5, 2012 | Engelbrecht/TTV Dep. (Ex. 46) | Inter press service article about voter suppression tactics likely to affect US |
| 19 | Nov. 18, 2016 | Phillips/OpSec Dep. (Ex. 3) | PolitiFact article about alleged votes from non-citizens, quoting G. Phillips |
| 20 | Jan. 27, 2017 | Phillips/OpSec Dep. (Ex. 4) | CNN.com transcript of interview with G. Phillips about alleged non-citizen voters |
| 21 | Mar. 18, 2020 | Def Williams 0332 - 0334 | Email chain with M. Williams and members |

| Pls' Ex. No. | Doc Date | Bates Range/Source | Description |
|---|---|---|---|
| | | | of TTV about Cobb County voter challenges |
| 22 | July 12, 2020 Sept. 20, 2020 | Engelbrecht/TTV Dep. (Ex. 72) | Time for a Hero Facebook posts |
| 23 | Aug. 2, 2020 | Engelbrecht/TTV Dep. (Ex. 74) | 990EZ for Time for a Hero - 2019 Filing |
| 24 | Sept. 24, 2020 | Engelbrecht/TTV Dep. (Ex. 47) | Gateway Pundit article about True the Vote tips on election integrity |
| 25 | Nov. 6, 2020 | D. Somerville I Dep. (Ex. M) | True the Vote press release about "Validate the Vote" Initiative and Whistleblower Compensation Fund |
| 26 | Nov. 10, 2020 | Engelbrecht/TTV Dep. (Ex. 63) | True the Vote press release about Georgia ballot count |
| 27 | Nov. 11, 2020 | Engelbrecht/TTV Dep. (Ex. 66) | Verified Complaint of Brooks v. Mahoney lawsuit in S.D. Ga (Savannah) |
| 28 | Nov. 13, 2020 - Nov. 23, 2020 | Pls' MSJ Ex. 41 (Eshelman 00167 – 00170) | Eshelman v. TTV Filing - Email from F. Eshelman about paying invoices |
| 29 | Nov. 15, 2020 | D. Somerville I Dep. (Ex. K) | D. Sommerville Facebook post about S. Abrams tweet regarding Georgian voters |
| 30 | Nov. 16, 2020 | Pls' MSJ Ex. 39 (Bopp Defs 0157 – 0158) | Eshelman v. TTV Filing - Email chain from N. Howard about call with TTV |
| 31 | Nov. 16, 2020 | Pls' MSJ Ex. 40 (Bopp Defs 0161 – 0163) | Eshelman v. TTV Filing - Email chain between F. Eshelman and C. Engelbrecht about Validate the Vote |
| 32 | Nov. 21, 2020 | Engelbrecht/TTV Dep. (Ex. 1A) | Email chain with Validate the Vote 2020 document attached |
| 33 | Dec. 4, 2020 | M. Davis II Dep. (Ex. 10) | M. Davis Facebook post about voter record analysis efforts |
| 34 | Dec. 5, 2020 | M. Davis II Dep. (Ex. 11) | D. Somerville Facebook post about voter record analysis efforts |
| 35 | Dec. 14, 2020 | Pls' MSJ Ex. 21 | True the Vote Press release about partnership with Georgia GOP regarding election integrity |
| 36 | Dec. 15, 2020 | M. Davis II Dep. (Ex. 6) | Email chain between D. Somerville, M. Davis about partisanship breakdown of challenged voters |
| 37 | Dec. 15, 2020 | D. Somerville I Dep. (Ex. L) | True the Vote press release about the Georgia Election Integrity Hotline |
| 38 | Dec. 17, 2020 | Martin 0001 | Letter from J. Martin about challenge of voter in Taliaferro County with handwritten |

3

| Pls' Ex. No. | Doc Date | Bates Range/Source | Description |
|---|---|---|---|
| | | | annotations about retraction of challenge |
| 39 | Dec. 17, 2020 | Martin 0002 | Letter from J. Martin about challenge of voter in Taliaferro County with handwritten annotations about retraction of challenge |
| 40 | Dec. 17, 2020 | Martin 0003 | Letter from J. Martin about challenge of voter in Taliaferro County with handwritten annotations about retraction of challenge |
| 41 | Dec. 17, 2020 | M. Davis I Dep. (Ex. F) | M. Davis Facebook post from December 17, 2020 seeking volunteers for voter challenges |
| 42 | Dec. 18, 2020 | Pls' MSJ Ex. 22 | True the Vote press release about challenges to 364,541 voters |
| 43 | Dec. 18, 2020 - Dec. 20, 2020 | Def Cooper 0187 – 0188 | Email chain between J. Cooper, J. Martin, and C. Engelbrecht about issues with Taliaferro County voter challenges |
| 44 | Dec. 20, 2020 | Martin 0005 | Email chain between J. Cooper, J. Martin, and J. Marsh about retracted voter challenges in Taliaferro County |
| 45 | Dec. 20, 2020 | Engelbrecht/TTV Dep. (Ex. 73) | Crusade for Freedom tweets |
| 46 | Mar. 15, 2021 | R. Johnson Dep. (Ex. D) | Defendant R. Johnson Responses to Plaintiffs' First Interrogatories |
| 47 | Mar. 15, 2021 | D. Somerville I Dep. (Ex. G) | Defendant D. Somerville's Responses to Plaintiffs' First Interrogatories |
| 48 | Mar. 19, 2021 | Pls' MSJ Ex. 42 | Eshelman v. TTV Filing - Verified App. for Temp. Inj. |
| 49 | May 27, 2021 | HER000007 – 000008 | Banks County Challenge List |
| 50 | July 7, 2021 | Engelbrecht/TTV Dep. (Ex. 71) | Eshelman v. TTV filings |
| 51 | Aug. 13, 2021 | Engelbrecht/TTV Dep. (Ex. 65) | Audio transcript of Seals in the Polls advertisement |
| 52 | Aug. 25, 2021 | Engelbrecht/TTV Dep. (Ex. 64) | Audio transcript from True the Vote Live |
| 53 | Oct. 9, 2021 | Engelbrecht/TTV Dep. (Ex. 84) | Defendant TTV Amended Responses to Plaintiffs' First Request for Admission |
| 54 | | Engelbrecht/TTV Dep. (Ex. 16) | Table with challenge count by race and party |
| 55 | Dec. 17, 2021 | | Defendant D. Somerville's Responses to Plaintiffs' Interrogatories (post-Court order) |
| 56 | Dec. 14, 2021 | | Defendant M. Davis's Responses to Plaintiffs' Interrogatories (post-Court order) |

| Pls' Ex. No. | Doc Date | Bates Range/Source | Description |
|---|---|---|---|
| 57 | Mar. 15, 2021 | | Defendant M. Williams Responses to Plaintiffs' First Set of Interrogatories |
| 58 | Nov. 25, 2020 - July 28, 2021 | Def Somerville 000182 – 000442 | Text message conversation between D. Somerville and M. Davis |
| 59 | Nov. 26, 2020 | Def Davis 005266 – 00527 | NCOALink Processing Summary Report |
| 60 | Nov. 26, 2020 | M. Davis II Dep. (Ex. 4) | Email chain between D. Somerville, M. Davis, and others about collaborating on NCOA analysis efforts |
| 61 | Dec. 14, 2020 | Def Williams 0716 | Lists of voters who moved out of counties and Georgia |
| 62 | Dec. 15, 2020 | Def Williams 0551 | Email chain from J. Cooper, M. Williams, C. Engelbrecht, G. Phillips, A. Holsworth, and others about voter challenges in Dodge County |
| 63 | Dec. 15, 2020 | Def Williams 0570 – 0571 | Email chain from J. Cooper, M. Williams, C. Engelbrecht, G. Phillips, A. Holsworth, and others about voter challenges in Barrow County |
| 64 | Dec. 16, 2020 | OPSEC 0009 – 0029 | TrueAppend Report |
| 65 | Dec. 16, 2020 | OPSEC 0032 – 0033 | Email chain with M. Williams, G. Phillips about printing related to voter challenges |
| 66 | Dec. 16, 2020 | OPSEC 0051 | Table summarizing voter address information for various Georgia counties |
| 67 | Dec. 16, 2020 - Dec. 17, 2020 | Def William 0708 – 0709 | Email chain between M. Williams, G. Phillips and others about voter challenges |
| 68 | Dec. 17, 2020 | Def Cooper 0088 – 0089 | Email conversation about voter challenges in Taliaferro County |
| 69 | Dec. 17, 2020 | Def Cooper 0185 | Letter from J. Martin to superintendent of elections about voter challenges in Taliaferro County |
| 70 | Dec. 17, 2020 | Def Somerville 000004 | Text conversation between D. Somerville and C. Engelbrecht about timeline of voter challenges based on SOS conversations |
| 71 | Dec. 17, 2020 | Def Williams 0855 | Voter challenge letter to Gwinnett County from M. Williams |
| 72 | Dec. 17, 2020 | Def Williams 0859 | Letter from R. Johnson to Jackson County about voter challenges |
| 73 | Dec. 18, 2020 | Def Williams 0374 – 0395 | Email chain from M. Williams about volunteers for voter challenges |
| 74 | Dec. 18, 2020 | Def Williams 0567 | Email chain from J. Cooper, M. Williams, C. |

| Pls' Ex. No. | Doc Date | Bates Range/Source | Description |
|---|---|---|---|
| | | | Engelbrecht, G. Phillips, A. Holsworth, and others about voter challenges in Jones County |
| 75 | Dec. 18, 2020 - Dec. 21, 2020 | Def Somerville 000172 – 000175 | Text message conversation between D. Somerville and D. Clark about Gwinnett County voter challenges and TTV strategy call |
| 76 | Dec. 19, 2020 | Def Somerville 000022 | Email sent by D. Somerville forwarding TTV conference call information to voter challenge volunteers |
| 77 | Dec. 19, 2020 | Def Williams 0606 | Email chain from J. Cooper, M. Williams, C. Engelbrecht, G. Phillips, A. Holsworth, and others about voter challenges in Calhoun County |
| 78 | Dec. 19, 2020 | https://flagpole.com/news/in-the-loop/2020/12/19/republicans-challenge-thousands-of-athens-voters-residency/ | Article about Athens voter challenges |
| 79 | Dec. 19, 2020 - Dec. 20, 2020 | M. Davis II Dep. (Ex. 13) | Email chain between D. Somerville, M. Davis about TTV Citizen Challenge Q&A Zoom call |
| 80 | Dec. 20, 2020 | Def Cooper 0181 – 0182 | Email chain between J. Cooper, C. Engelbrecht, G. Phillips, M. Williams about Taliaferro County challenged voters and challenge process |
| 81 | Dec. 21, 2020 | Def TTV 1833 | Letter from J. Martin about withdrawal of voter challenges in Taliaferro County |
| 82 | Dec. 22, 2020 | Def Davis 005163 | Email chain between D. Somerville and volunteer challenges about voter challenges, and related talking points |
| 83 | Dec. 22, 2020 | Pls' MSJ Opp'n Ex. 62 | Atlanta Journal Constitution Article about attempts to disqualify voters for Senate runoff elections |
| 84 | Dec. 28, 2020 | R. Johnson Dep. (Ex. G) | True the Vote press release about Jackson County voter challenges |
| 85 | Dec. 28, 2020 - Dec. 29, 2020 | M. Davis II Dep. (Ex. 14) | Email chain between D. Somerville, M. Davis about access to voter challenge files |
| 86 | Mar. 29, 2021 | Def Williams 0847 | List of voter challengers from TTV |