**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE, | |
|      Plaintiffs, | **Civil Action No.**<br>**2:20-cv-00302-SCJ** |
| v. | |
| TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10, | |
|      Defendants. | |

## <u>DEFENDANTS' ATTACHMENT G-2 (EXHIBIT LIST)</u>

Defendants True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, and Mark Davis identify herein their potential trial exhibits for this lawsuit. Defendants reserve the right to modify or supplement this list with reasonable notice to counsel.

The dates and titles of the proposed trial exhibits below are designed to help Plaintiffs identify the exhibits. For the convenience of the parties, Defendants have retained Plaintiffs' Exhibits 1-59, including their numbering. If any date or title of an exhibit is incorrect, Defendants reserve the right to clarify it. Defendants will continue to supplement and remove exhibits and to designate more accurate dates and exhibit numbers or descriptions prior to trial. If there is any confusion about the identity of a document, please contact counsel for Defendants, Cameron Powell, at cpowell@gwafirm.com or (503) 502-5030.

| Defs' Ex. No. | Doc Date | Bates Range/Source | Title or Description |
|---|---|---|---|

| 1 | November 5, 2020 | Eshelman 00025 - 00026 | Validate the Vote 2020 document |
|---|---|---|---|
| 2 | December 7, 2020 | Def TTV 0288 | True the Vote / OPSEC invoice for "Eyes on Georgia" |
| 3 | Dec. 17, 2020 - Dec. 20, 2020 | Def Cooper 0183 - 0184 | Email chain between J. Cooper, J. Martin, and J. Marsh about retracted voter challenges in Taliaferro County |
| 4 | Dec. 21, 2020 - Jan. 5, 2021 | Taliaferro 000001 - 000014 | Communications with J. Martin about withdrawn voter challenges |
| 5 | December 30, 2020 | Def Davis 0001 | Zoom meeting invitation from C. Engelbrecht to M. Davis, D. Sommerville, G. Phillips, and others for Georgia Elector Challenger Townhall |
| 6 | December 16, 2020 | Def Somerville 000001 | Calendar invitation for meeting called "Elector Challenge Alignment" with D. Somerville, C. Engelbrecht, G. Phillips, M. Davis |
| 7 | December 27, 2020 | Def Davis 0002 | Zoom meeting invitation from C. Engelbrecht to M. Davis, D. Sommerville for meeting about TTV Legal Update |
| 8 | April 6, 2021 | Pls' MSJ Opp'n Ex. 60-F | F. Watson Email about analysis of NCOA information |
| 9 | July 13, 2021 | Pls' MSJ Opp'n Ex. 60-R | R. Germany email about M. Davis NCOA analysis |
| 10 | March 15, 2021 | Engelbrecht/TTV Dep. (Ex. 81) | True the Vote, Inc.'s Responses to Plaintiffs' First Interrogatories |
| 11 | May 15, 2022 | Pls' MSJ Ex. 15 | Fair Fight Declaration |
| 12 | May 15, 2022 | Pls' MSJ Ex. 16 | Jane Doe Declaration |
| 13 | May 12, 2022 | Pls' MSJ Ex. 17 | Stephanie Pfeiffer Stinetorf Declaration |
| 14 | May 12, 2022 | Pls' MSJ Ex. 18 | Gamaliel Warren Turner, Sr. Declaration |
| 15 | May 14, 2021 | Pls' MSJ Ex. 13 | Ken Mayer Report |
| 16 | May 14, 2021 | Pls' MSJ Ex. 14 | Vernon Burton Report |
| 17 | October 5, 2012 | Pls' MSJ Ex. 33 | Elijah Cummings 2012 Letter about TTV |
| 18 | November 5, 2012 | Engelbrecht/TTV Dep. (Ex. 44) | Inter press service article about voter suppression tactics likely to affect US |
| 19 | November 18, 2016 | Phillips/OpSec Dep. (Ex. 3) | PolitiFact article about alleged votes from non-citizens, quoting G. Phillips |
| 20 | January 27, 2017 | Phillips/OpSec Dep. (Ex. 4) | CNN.com transcript of interview with G. Phillips about alleged non-citizen voters |
| 21 | March 18, 2020 | Def Williams 0332 - 0334 | Email chain with M. Williams and members of TTV about Cobb County voter challenges |

| | | | |
|---|---|---|---|
| 22 | July 12, 2020 Sept. 20, 2020 | Englebrecht/TTV Dep. (Ex. 72) | Time for a Hero Facebook posts |
| 23 | August 2, 2020 | Englebrecht/TTV Dep. (Ex. 74) | 990EZ for Time for a Hero - 2019 Filing |
| 24 | September 24, 2020 | Englebrecht/TTV Dep. (Ex. 46) | Gateway Pundit article about True the Vote tips on election integrity |
| 25 | November 6, 2020 | D. Somerville I Dep. (Ex. M) | True the Vote press release about "Validate the Vote" Initiative and Whistleblower Compensation Fund |
| 26 | November 10, 2020 | Englebrecht/TTV Dep. (Ex. 63) | True the Vote press release about Georgia ballot count |
| 27 | November 11, 2020 | Englebrecht/TTV Dep. (Ex. 66) | Verified Complaint of Brooks v. Mahoney lawsuit in S.D. Ga (Savannah) |
| 28 | Nov. 13, 2020 - Nov. 23, 2020 | Pls' MSJ Ex. 41 (Eshelman 00167 – 00170) | Eshelman v. TTV Filing - Email from F. Eshelman about paying invoices |
| 29 | November 15, 2020 | D. Somerville I Dep. (Ex. K) | D. Sommerville Facebook post about S. Abrams tweet regarding Georgian voters |
| 30 | November 16, 2020 | Pls' MSJ Ex. 39 (Bopp Defs 0157 – 0158) | Eshelman v. TTV Filing - Email chain from N. Howard about call with TTV |
| 31 | November 16, 2020 | Pls' MSJ Ex. 40 (Bopp Defs 0161 – 0163) | Eshelman v. TTV Filing - Email chain between F. Eshelman and C. Engelbrecht about Validate the Vote |
| 32 | November 21, 2020 | Englebrecht/TTV Dep. (Ex. 1A) | Email chain with Validate the Vote 2020 document attached |
| 33 | December 4, 2020 | M. Davis II Dep. (Ex. 10) | M. Davis Facebook post about voter record analysis efforts |
| 34 | December 5, 2020 | M. Davis II Dep. (Ex. 11) | D. Somerville Facebook post about voter record analysis efforts |
| 35 | December 14, 2020 | Pls' MSJ Ex. 21 | True the Vote Press release about partnership with Georgia GOP regarding election integrity |
| 36 | December 15, 2020 | M. Davis II Dep. (Ex. 6) | Email chain between D. Somerville, M. Davis about partisanship breakdown of challenged voters |
| 37 | December 15, 2020 | D. Somerville I Dep. (Ex. L) | True the Vote press release about the Georgia Election Integrity Hotline |
| 38 | December 16, 2020 | M. Davis II Dep. (Ex. 12) | Email chain between D. Somerville, M. Davis about blast email sent to solicit challenge volunteers |
| 39 | December 17, 2020 | Martin 0001 | Letter from J. Martin about challenge of voter in Taliaferro County with handwritten |

| | | | annotations about retraction of challenge |
|---|---|---|---|
| 40 | December 17, 2020 | Martin 0002 | Letter from J. Martin about challenge of voter in Taliaferro County with handwritten annotations about retraction of challenge |
| 41 | December 17, 2020 | Martin 0003 | Letter from J. Martin about challenge of voter in Taliaferro County with handwritten annotations about retraction of challenge |
| 42 | December 17, 2020 | M. Davis I Dep. (Ex. F) | M. Davis Facebook post from December 17, 2020 seeking volunteers for voter challenges |
| 43 | December 18, 2020 | Pls' MSJ Ex. 22 | True the Vote press release about challenges to 364,541 voters |
| 44 | Dec. 18, 2020 - Dec. 20, 2020 | Def Cooper 0187 - 0188 | Email chain between J. Cooper, J. Martin, and C. Engelbrecht about issues with Taliaferro County voter challenges |
| 45 | December 20, 2020 | Martin 0005 | Email chain between J. Cooper, J. Martin, and J. Marsh about retracted voter challenges in Taliaferro County |
| 46 | December 20, 2020 | Engelbrecht/TTV Dep. (Ex. 73) | Crusade for Freedom tweets |
| 47 | March 15, 2021 | R. Johnson Dep. (Ex. D) | Defendant R. Johnson Responses to Plaintiffs' First Interrogatories |
| 48 | March 15, 2021 | D. Somerville I Dep. (Ex. G) | Defendant D. Somerville's Responses to Plaintiffs' First Interrogatories |
| 49 | Mar. 19, 2021 | Pls' MSJ Ex. 42 | Eshelman v. TTV Filing - Verified App. for Temp. Inj. |
| 50 | May 27, 2021 | HER000007 - 000008 | Banks County Challenge List |
| 51 | June 15, 2021 | HER000009 - 000010 | USPS Change of Address Confirmation |
| 52 | July 7, 2021 | Engelbrecht/TTV Dep. (Ex. 71) | Eshelman v. TTV docket |
| 53 | August 13, 2021 | Engelbrecht/TTV Dep. (Ex. 65) | Audio transcript of Seals in the Polls advertisement |
| 54 | August 25, 2021 | Engelbrecht/TTV Dep. (Ex. 64) | Audio transcript from True the Vote Live |
| 55 | October 9, 2021 | Engelbrecht/TTV Dep. (Ex. 84) | Defendant TTV Amended Responses to Plaintiffs' First Request for Admission |
| 56 | | Engelbrecht/TTV Dep. (Ex. 16) | Table with challenge count by race and party |
| 57 | December 17, 2021 | | Defendant D. Somerville's Responses to Plaintiffs' Interrogatories (post-Court order) |

| | | | |
|---|---|---|---|
| 58 | December 14, 2021 | | Defendant M. Davis's Responses to Plaintiffs' Interrogatories (post-Court order) |
| 59 | March 15, 2021 | | Defendant M. Williams Responses to Plaintiffs' First Set of Interrogatories |
| 60 | April 6, 2020 | Provided by email 5/23/23 | 3 – CONNOR ISHAM updated Facebook profile photo |
| 61 | June 6, 2020 | Provided by email 5/23/23 | 4 – CONNOR ISHAM Facebook photo |
| 62 | May 22, 2023 | Provided by email 5/23/23 | 5 – CONNOR ISHAM Facebook photo |
| 63 | 2015, 2019 | Provided by email 5/23/23 | 6 – CONNOR ISHAM Facebook photo and comments |
| 64 | May 1, 2023 | Provided by email 5/23/23 | 7- CARFAX on HEREDIA VEHICLE |
| 65 | January 2022 | Provided by email 5/23/23 | 8 – USPS State & Local Election Mail – User's Guide |
| 66 | | Provided by email 5/23/23 | 9 – Absentee Voter File from GA Secretary of State from Banks County (Heredia), requested for November 2020 General Election |
| 67 | | Provided by email 5/23/23 | 10 – Absentee Voter File from GA Secretary of State for Clarke County (Isham), requested for November 2020 General Election |
| 68 | | Provided by email 5/23/23 | 11 - Absentee Voter File from GA Secretary of State for Banks County (Heredia), requested for January 2021 Special Election run-off |
| 69 | | Provided by email 5/23/23 | 12 - Absentee Voter File from GA Secretary of State for Clarke County (Isham), requested for January 2021 Special Election run-off |
| 70 | Undated (prior to October 15, 2021) | Heredia Exhibit H | Jocelyn Heredia LinkedIn Profile page screenshot |
| 71 | Undated | Heredia Exhibit F | Jocelyn Heredia entries in Georgia Absentee Voter Database |
| 72 | February 9 2020 | Heredia Exhibit L | USPS COA Confirmation email |
| 73 | | Heredia Exhibit N | https://sos.ga.gov/index.php/Elections/voter_registration_statistics |
| 74 | TBD | | Georgia List of Qualified Electors |
| 75 | December 16, 2020 | Somerville Exhibit 12 | Email string |
| 76 | July 2020 | N/A | 13 – Georgia Secretary of State, Elections Division, Voter Registration Drive Rules & |

| | | | |
|---|---|---|---|
| | | | Procedures, Page 4, PROCEDURES FOR COMPLETING THE REGISTRATION FORM |
| 77 | December 19, 2020 | Provided by email 5/23/23 | 14- EMAIL SCREENSHOT from Dan Gassaway Submitting Challenge to Banks County |
| 78 | | Provided by email 5/23/23 | 15 – CONNOR ISHAM LINKEDIN PROFILE |
| 79 | | Provided by email 5/23/23 | 16 HEREDIA LINKEDIN PROFILE |
| 80 | December 14, 2020 | Provided by email 5/23/23 | Challenge Letter re: O.C.G.A. 21-2-230 CHALLENGE OF PERSONS ON LIST OF ELECTORS |
| 81 | December 18, 2020 | IST 1484.0009-0053 | Emails between Somerville and Davis |
| 82 | February 6, 2014 | Provided by email 5/23/23 | True the Vote Complaint Against Rep. Elijah Cummings (D-MD) and Request for Investigation by Office of Congressional Ethics ("OCE") |
| 83 | December 18, 2020 | TTV 1455-57 | Perkins Coie Letter to Kristi L. Royston, Gwinnett County Voter Registration and Elections Office |
| 84 | December 19, 2020 | OpSec 009-029 | Moved Out of State or County csv file |
| 85 | December 21, 2020 | OpSec 0001 | True the Vote Email to Georgia County Election Boards |
| 86 | December 21, 2020 | OpSec 0002-0008 | Jim Bopp Opinion Letter to True the Vote |
| 87 | May 20, 2021 | Provided by email 5/23/23 | Jim Bopp letter to True the Vote Elector Challengers Re: Intimidation Tactics |
| 88 | October 21, 2021 | | Letter from Jim Bopp to Governor Brian Kemp |
| 89 | | | MOTION FOR ENTRY OF PROTECTIVE ORDER AND MEMORANDUM IN SUPPORT in United States v. THE STATE OF GEORGIA and THE GEORGIA STATE ELECTION BOARD and Proposed Intervenor-Defendant. No. 1:21-cv-02575-JPB |
| 90 | March 5, 2019 | Provided by email 5/23/23 | Email thread titled "FW: Proposed Amended Order In Gasaway v Erwin, et al (2)" |
| 91 | February 8, 2019 | Provided by email 5/23/23 | ORDER GRANTING PETITIONER DAN GASASWAY'S PETITION TO CONTEST ELECTION RESULTS & REQUEST FOR NEW ELECTION |

| 92 | April 9, 2019 | | CHALLENGED VOTERS FOR THE SPECIAL REPUBLICAN PARTY PRIMARY ELECTION |
| 93 | December 19, 2018 | Provided by email 5/23/23 | Dan Gasaway Petition to Contest Election Results & Request for New Election - December 4, 2018 Republican Party Special Primary Election - Georgia House of Representatives District 28 filed in Dan Gasaway v. Chris Erwin, et al. (Banks County Superior Court) |
| 94 | | N/A | TTV's Responses to Plaintiffs' Second Interrogatories |
| 95 | March 24, 2021 | N/A | TTV's Amended Responses to Plaintiffs' First Requests for Production |
| 96 | January 26, 2022 | N/A | Transcript of Deposition of Catherine Englebrecht, TTV 30(b)(6) |
| 97 | March 15, 2021 | N/A | TTV's Responses to Plaintiffs' First Interrogatories |
| 98 | January 25, 2022 | N/A | Transcript of Deposition of Gregg Phillips |
| 99 | | OpSec Tr. Exhibit 10 Ex G | TrueAppend Doc. |
| 100 | June 18, 2021 | N/A | TTV's Amended Responses to Plaintiffs' Second Requests for Production |
| 101 | October 6, 2021 | N/A | Transcript of First Deposition of Derek Somerville |
| 103 | February 2, 2022 | N/A | Transcript of Second Deposition of Derek Somerville |
| 104 | October 28, 2021 | N/A | Defendant Derek Somerville's Amended Responses and Objections to Plaintiffs' Second Interrogatories |
| 105 | October 4, 2021 | N/A | Transcript of First Deposition of Mark Davis |
| 106 | January 19, 2022 | N/A | Transcript of Second Deposition of Mark Davis |
| 108 | September 23, 2021 | N/A | Transcript of Deposition of Mark Williams |
| 109 | March 15, 2021 | N/A | Defendant Mark Williams's Responses to Plaintiffs' First Interrogatories |
| 110 | March 15, 2021 | N/A | Defendant Ron Johnson's Responses to Plaintiffs' First Interrogatories |
| 111 | March 15, 2021 | N/A | Defendant James Cooper's Responses to Plaintiffs' First Interrogatories |

| | | | |
|---|---|---|---|
| 112 | June 23, 2021 | N/A | Plaintiff Scott Berson's Responses to Defendants' First Set of Interrogatories |
| 113 | September 22, 2021 | Def TTV 001836-37 | Letter from TTV to Andra Phagan, Elections Supervisor, Banks County Board of Elections |
| 114 | October 15, 2021 | N/A | Transcript of Deposition of Jocelyn Heredia |
| 115 | September 22, 2021 | Def TTV 001838-41 | Banks County Board Minutes |
| 116 | November 30, 2020 | Davis Exhibit 9 (Dkt. 156-28) | Mark Davis Facebook post on apparently improper absentee ballot of "Dave" |
| 117 | December 4, 2020 | Davis Exhibit 10 (Dkt. 156-29) | Mark Davis Facebook post about CMRAs - Operation Boswell |
| 118 | November - December 2020 | Request for Production No. 6 | Facebook posts and comments of Mark and Derek (17 pages) |
| 120 | January 5, 2021 | Provided by email 5/23/23 | Derek Somerville Facebook post encouring individuals to document, report, and share any voting irregularities. |
| 124 | December 26, 2020 | Provided by email 5/23/23 | Derek Somerville email; citizen challenge update, stressing challenge not about removing voters or about accusing them of wrongdoing. |
| 125 | December 19, 2020 | Provided by email 5/23/23 | Elector Challenge Talking Points |
| 126 | December 16, 2020 | Provided by email 5/23/23 | Email between Somerville and former GA State Rep. Sheri Giligan. Somerville requesting legislative counsel advice on sec230 challenges. |
| 127 | April 17, 2023 | Provided by email 5/23/23 | HEREDIA NCOA RESULT |
| 128 | April 17, 2023 | Provided by email 5/23/23 | Heredia CASS Summary Report |
| 129 | April 17, 2023 | Provided by email 5/23/23 | Heredia CASS Certification |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

FAIR FIGHT, INC., SCOTT BERSON,
JOCELYN HEREDIA, and JANE DOE,

     Plaintiffs,

v.

TRUE THE VOTE, INC., CATHERINE
ENGELBRECHT, DEREK SOMERVILLE,
MARK DAVIS, MARK WILLIAMS, RON
JOHNSON, JAMES COOPER, and JOHN
DOES 1-10,

     Defendants.

Civil Action No.
**2:20-cv-00302-SCJ**

## PLAINTIFFS' OBJECTIONS TO
## DEFENDANTS' ATTACHMENT G-2 (EXHIBIT LIST)

Plaintiffs identify herein their objections to Defendnats' potential trial exhibits. Plaintiffs

reserve the right to modify or supplement this list of objections with reasonable notice to counsel.

| Defs' Ex. No. | Doc Date | Bates Range / Source | Title or Description | Objection |
|---|---|---|---|---|
| 1 | November 5, 2020 | Eshelman 00025 - 00026 | Validate the Vote 2020 document | |
| 2 | December 7, 2020 | Def TTV 0288 | True the Vote / OPSEC invoice for "Eyes on Georgia" | |
| 3 | Dec. 17, 2020 - Dec. 20, 2020 | Def Cooper 0183 - 0184 | Email chain between J. Cooper, J. Martin, and J. Marsh about retracted voter challenges in Taliaferro County | |
| 4 | Dec. 21, 2020 - Jan. 5, 2021 | Taliaferro 000001 - 000014 | Communications with J. Martin about withdrawn voter challenges | |
| 5 | December | Def Davis | Zoom meeting invitation from C. | |

1

| | 30, 2020 | 0001 | Engelbrecht to M. Davis, D. Sommerville, G. Phillips, and others for Georgia Elector Challenger Townhall | |
|---|---|---|---|---|
| 6 | December 16, 2020 | Def Somerville 000001 | Calendar invitation for meeting called "Elector Challenge Alignment" with D. Sommerville, C. Engelbrecht, G. Phillips, M. Davis | |
| 7 | December 27, 2020 | Def Davis 0002 | Zoom meeting invitation from C. Engelbrecht to M. Davis, D. Sommerville for meeting about TTV Legal Update | |
| 8 | April 6, 2021 | Pls' MSJ Opp'n Ex. 60-F | F. Watson Email about analysis of NCOA information | |
| 9 | July 13, 2021 | Pls' MSJ Opp'n Ex. 60-R | R. Germany email about M. Davis NCOA analysis | |
| 10 | March 15, 2021 | Engelbrecht/TTV Dep. (Ex. 81) | True the Vote, Inc.'s Responses to Plaintiffs' First Interrogatories | |
| 11 | May 15, 2022 | Pls' MSJ Ex. 15 | Fair Fight Declaration | |
| 12 | May 15, 2022 | Pls' MSJ Ex. 16 | Jane Doe Declaration | |
| 13 | May 12, 2022 | Pls' MSJ Ex. 17 | Stephanie Pfeiffer Stinetorf Declaration | |
| 14 | May 12, 2022 | Pls' MSJ Ex. 18 | Gamaliel Warren Turner, Sr. Declaration | |
| 15 | May 14, 2021 | Pls' MSJ Ex. 13 | Ken Mayer Report | |
| 16 | May 14, 2021 | Pls' MSJ Ex. 14 | Vernon Burton Report | |
| 17 | October 5, 2012 | Pls' MSJ Ex. 33 | Elijah Cummings 2012 Letter about TTV | |
| 18 | November 5, 2012 | Engelbrecht/TTV Dep. (Ex. 44) | Inter press service article about voter suppression tactics likely to affect US | |
| 19 | November | Phillips/OpSe | PolitiFact article about alleged | |

| | 18, 2016 | c Dep. (Ex. 3) | votes from non-citizens, quoting G. Phillips | |
|---|---|---|---|---|
| 20 | January 27, 2017 | Phillips/OpSe c Dep. (Ex. 4) | CNN.com transcript of interview with G. Phillips about alleged non-citizen voters | |
| 21 | March 18, 2020 | Def Williams 0332 - 0334 | Email chain with M. Williams and members of TTV about Cobb County voter challenges | |
| 22 | July 12, 2020 Sept. 20, 2020 | Engelbrecht/T TV Dep. (Ex. 72) | Time for a Hero Facebook posts | |
| 23 | August 2, 2020 | Engelbrecht/T TV Dep. (Ex. 74) | 990EZ for Time for a Hero - 2019 Filing | |
| 24 | September 24, 2020 | Engelbrecht/T TV Dep. (Ex. 46) | Gateway Pundit article about True the Vote tips on election integrity | |
| 25 | November 6, 2020 | D. Somerville I Dep. (Ex. M) | True the Vote press release about "Validate the Vote" Initiative and Whistleblower Compensation Fund | |
| 26 | November 10, 2020 | Engelbrecht/T TV Dep. (Ex. 63) | True the Vote press release about Georgia ballot count | |
| 27 | November 11, 2020 | Engelbrecht/T TV Dep. (Ex. 66) | Verified Complaint of Brooks v. Mahoney lawsuit in S.D. Ga (Savannah) | |
| 28 | Nov. 13, 2020 - Nov. 23, 2020 | Pls' MSJ Ex. 41 (Eshelman 00167 – 00170) | Eshelman v. TTV Filing - Email from F. Eshelman about paying invoices | |
| 29 | November 15, 2020 | D. Somerville I Dep. (Ex. K) | D. Sommerville Facebook post about S. Abrams tweet regarding Georgian voters | |
| 30 | November 16, 2020 | Pls' MSJ Ex. 39 (Bopp Defs 0157 – 0158) | Eshelman v. TTV Filing - Email chain from N. Howard about call with TTV | |
| 31 | November 16, 2020 | Pls' MSJ Ex. 40 (Bopp Defs 0161 – | Eshelman v. TTV Filing - Email chain between F. Eshelman and C. Engelbrecht about Validate the | |

3

| | | 0163) | Vote | |
|---|---|---|---|---|
| 32 | November 21, 2020 | Engelbrecht/T TV Dep. (Ex. 1A) | Email chain with Validate the Vote 2020 document attached | |
| 33 | December 4, 2020 | M. Davis II Dep. (Ex. 10) | M. Davis Facebook post about voter record analysis efforts | |
| 34 | December 5, 2020 | M. Davis II Dep. (Ex. 11) | D. Somerville Facebook post about voter record analysis efforts | |
| 35 | December 14, 2020 | Pls' MSJ Ex. 21 | True the Vote Press release about partnership with Georgia GOP regarding election integrity | |
| 36 | December 15, 2020 | M. Davis II Dep. (Ex. 6) | Email chain between D. Somerville, M. Davis about partisanship breakdown of challenged voters | |
| 37 | December 15, 2020 | D. Somerville I Dep. (Ex. L) | True the Vote press release about the Georgia Election Integrity Hotline | |
| 38 | December 16, 2020 | M. Davis II Dep. (Ex. 12) | Email chain between D. Somerville, M. Davis about blast email sent to solicit challenge volunteers | |
| 39 | December 17, 2020 | Martin 0001 | Letter from J. Martin about challenge of voter in Taliaferro County with handwritten annotations about retraction of challenge | |
| 40 | December 17, 2020 | Martin 0002 | Letter from J. Martin about challenge of voter in Taliaferro County with handwritten annotations about retraction of challenge | |
| 41 | December 17, 2020 | Martin 0003 | Letter from J. Martin about challenge of voter in Taliaferro County with handwritten annotations about retraction of challenge | |
| 42 | December 17, 2020 | M. Davis I Dep. (Ex. F) | M. Davis Facebook post from December 17, 2020 seeking volunteers for voter challenges | |

| 43 | December 18, 2020 | Pls' MSJ Ex. 22 | True the Vote press release about challenges to 364,541 voters | |
| 44 | Dec. 18, 2020 - Dec. 20, 2020 | Def Cooper 0187 - 0188 | Email chain between J. Cooper, J. Martin, and C. Engelbrecht about issues with Taliaferro County voter challenges | |
| 45 | December 20, 2020 | Martin 0005 | Email chain between J. Cooper, J. Martin, and J. Marsh about retracted voter challenges in Taliaferro County | |
| 46 | December 20, 2020 | Engelbrecht/TTV Dep. (Ex. 73) | Crusade for Freedom tweets | |
| 47 | March 15, 2021 | R. Johnson Dep. (Ex. D) | Defendant R. Johnson Responses to Plaintiffs' First Interrogatories | |
| 48 | March 15, 2021 | D. Somerville I Dep. (Ex. G) | Defendant D. Somerville's Responses to Plaintiffs' First Interrogatories | |
| 49 | Mar. 19, 2021 | Pls' MSJ Ex. 42 | Eshelman v. TTV Filing - Verified App. for Temp. Inj. | |
| 50 | May 27, 2021 | HER000007 - 000008 | Banks County Challenge List | |
| 51 | June 15, 2021 | HER000009 - 000010 | USPS Change of Address Confirmation | |
| 52 | July 7, 2021 | Engelbrecht/TTV Dep. (Ex. 71) | Eshelman v. TTV docket | |
| 53 | August 13, 2021 | Engelbrecht/TTV Dep. (Ex. 65) | Audio transcript of Seals in the Polls advertisement | |
| 54 | August 25, 2021 | Engelbrecht/TTV Dep. (Ex. 64) | Audio transcript from True the Vote Live | |
| 55 | October 9, 2021 | Engelbrecht/TTV Dep. (Ex. 84) | Defendant TTV Amended Responses to Plaintiffs' First Request for Admission | |
| 56 | | Engelbrecht/TTV Dep. (Ex. 16) | Table with challenge count by race and party | |
| 57 | December | | Defendant D. Somerville's | |

| | | | | |
|---|---|---|---|---|
| | 17, 2021 | | Responses to Plaintiffs' Interrogatories (post-Court order) | |
| 58 | December 14, 2021 | | Defendant M. Davis's Responses to Plaintiffs' Interrogatories (post-Court order) | |
| 59 | March 15, 2021 | | Defendant M. Williams Responses to Plaintiffs' First Set of Interrogatories | |
| 60 | April 6, 2020 | Provided by email 5/23/23 | 3 – CONNOR ISHAM updated Facebook profile photo | Relevance; authenticity |
| 61 | June 6, 2020 | Provided by email 5/23/23 | 4 – CONNOR ISHAM Facebook photo | Relevance; authenticity |
| 62 | May 22, 2023 | Provided by email 5/23/23 | 5 – CONNOR ISHAM Facebook photo | Relevance; authenticity |
| 63 | 2015, 2019 | Provided by email 5/23/23 | 6 – CONNOR ISHAM Facebook photo and comments | Relevance; authenticity |
| 64 | May 1, 2023 | Provided by email 5/23/23 | 7- CARFAX on HEREDIA VEHICLE | Relevance; hearsay; authenticity; |
| 65 | January 2022 | Provided by email 5/23/23 | 8 – USPS State & Local Election Mail – User's Guide | Relevance |
| 66 | | Provided by email 5/23/23 | 9 – Absentee Voter File from GA Secretary of State for Banks County (Heredia), requested for November 2020 General Election | Relevance; authenticity |
| 67 | | Provided by email 5/23/23 | 10 – Absentee Voter File from GA Secretary of State for Clarke County (Isham), requested for November 2020 General Election | Relevance; authenticity |
| 68 | | Provided by email 5/23/23 | 11 - Absentee Voter File from GA Secretary of State for Banks County (Heredia), requested for January 2021 Special Election run-off | Relevancy; authenticity |
| 69 | | Provided by email 5/23/23 | 12 - Absentee Voter File from GA Secretary of State for Clarke County (Isham), requested for January 2021 Special Election run-off | Relevance; authenticity |
| 70 | Undated (prior to | Heredia Exhibit H | Jocelyn Heredia LinkedIn Profile page screenshot | Relevance |

| | October 15, 2021) | | | |
|---|---|---|---|---|
| 71 | Undated | Heredia Exhibit F | Jocelyn Heredia entries in Georgia Absentee Voter Database | Relevance |
| 72 | February 9 2020 | Heredia Exhibit L | USPS COA Confirmation email | |
| 73 | | Heredia Exhibit N | https://sos.ga.gov/index.php/Elections/voter_registration_statistics | Relevance |
| 74 | TBD | | Georgia List of Qualified Electors | Authenticity; Plaintiffs further object to the admission of a purported list of electors with an unspecified date, which has neither been produced in discovery nor made available for Plaintiffs' review. |
| 75 | December 16, 2020 | Somerville Exhibit 12 | Email string | Hearsay |
| 76 | July 2020 | N/A | 13 – Georgia Secretary of State, Elections Division, Voter Registration Drive Rules & Procedures, Page 4, PROCEDURES FOR COMPLETING THE REGISTRATION FORM | Relevance |
| 77 | December 19, 2020 | Provided by email 5/23/23 | 14- EMAIL SCREENSHOT from Dan Gassaway Submitting Challenge to Banks County | Hearsay; authenticity |
| 78 | | Provided by email 5/23/23 | 15 – CONNOR ISHAM LINKEDIN PROFILE | Relevance; hearsay; authenticity |
| 79 | | Provided by email 5/23/23 | 16 HEREDIA LINKEDIN PROFILE | Relevance; authenticity |
| 80 | December 14, 2020 | Provided by email 5/23/23 | Challenge Letter re: O.C.G.A. 21-2-230 CHALLENGE OF PERSONS ON LIST OF ELECTORS | Hearsay; authenticity |
| 81 | December 18, 2020 | IST 1484.0009-0053 | Emails between Somerville and Davis | Hearsay; Plaintiffs further object to the admission of email |

| | | | | communications that were improperly withheld during discovery despite Plaintiffs' repeated requests for such communications, and which to date still have not been provided for Plaintiffs' review. |
|---|---|---|---|---|
| 82 | February 6, 2014 | Provided by email 5/23/23 | True the Vote Complaint Against Rep. Elijah Cummings (D-MD) and Request for Investigation by Office of Congressional Ethics ("OCE") | Hearsay |
| 83 | December 18, 2020 | TTV 1455-57 | Perkins Coie Letter to Kristi L. Royston, Gwinnett County Voter Registration and Elections Office | Hearsay |
| 84 | December 19, 2020 | OpSec 009-029 | Moved Out of State or County csv file | Hearsay |
| 85 | December 21, 2020 | OpSec 0001 | True the Vote Email to Georgia County Election Boards | Hearsay |
| 86 | December 21, 2020 | OpSec 0002-0008 | Jim Bopp Opinion Letter to True the Vote | Hearsay; improper opinion testimony (Fed. R. Evid. Rule 701) |
| 87 | May 20, 2021 | Provided by email 5/23/23 | Jim Bopp letter to True the Vote Elector Challengers Re: Intimidation Tactics | Hearsay; Plaintiffs further object to the admission of email communications that were improperly withheld during discovery despite Plaintiffs' repeated requests for such communications. |
| 88 | October 21, 2021 | | Letter from Jim Bopp to Governor Brian Kemp | Relevance; hearsay |
| 89 | | | MOTION FOR ENTRY OF PROTECTIVE ORDER AND MEMORANDUM IN SUPPORT in United States v. THE STATE OF GEORGIA and THE | Relevance; hearsay |

| | | | GEORGIA STATE ELECTION BOARD and Proposed Intervenor-Defendant. No. 1:21-cv-02575-JPB | |
|---|---|---|---|---|
| 90 | March 5, 2019 | Provided by email 5/23/23 | Email thread titled "FW: Proposed Amended Order In Gasaway v Erwin, et al (2)" | Relevance; hearsay |
| 91 | February 8, 2019 | Provided by email 5/23/23 | ORDER GRANTING PETITIONER DAN GASAWAY'S PETITION TO CONTEST ELECTION RESULTS & REQUEST FOR NEW ELECTION | Relevance |
| 92 | April 9, 2019 | | CHALLENGED VOTERS FOR THE SPECIAL REPUBLICAN PARTY PRIMARY ELECTION | Relevance; authenticity; hearsay |
| 93 | December 19, 2018 | Provided by email 5/23/23 | Dan Gasaway Petition to Contest Election Results & Request for New Election - December 4, 2018 Republican Party Special Primary Election - Georgia House of Representatives District 28 filed in Dan Gasaway v. Chris Erwin, et al. (Banks County Superior Court) | Relevance; hearsay |
| 94 | | N/A | TTV's Responses to Plaintiffs' Second Interrogatories | Hearsay |
| 95 | March 24, 2021 | N/A | TTV's Amended Responses to Plaintiffs' First Requests for Production | Hearsay |
| 96 | January 26, 2022 | N/A | Transcript of Deposition of Catherine Engelbrecht, TTV 30(b)(6) | Hearsay |
| 97 | March 15, 2021 | N/A | TTV's Responses to Plaintiffs' First Interrogatories | Hearsay |
| 98 | January 25, 2022 | N/A | Transcript of Deposition of Gregg Phillips | Hearsay |
| 99 | | OpSec Tr. Exhibit 10 Ex G | TrueAppend Doc. | Hearsay |
| 100 | June 18, | N/A | TTV's Amended Responses to | Hearsay |

| | 2021 | | Plaintiffs' Second Requests for Production | |
|---|---|---|---|---|
| 101 | October 6, 2021 | N/A | Transcript of First Deposition of Derek Somerville | Hearsay |
| 103 | February 2, 2022 | N/A | Transcript of Second Deposition of Derek Somerville | Hearsay |
| 104 | October 28, 2021 | N/A | Defendant Derek Somerville's Amended Responses and Objections to Plaintiffs' Second Interrogatories | Hearsay |
| 105 | October 4, 2021 | N/A | Transcript of First Deposition of Mark Davis | Hearsay |
| 106 | January 19, 2022 | N/A | Transcript of Second Deposition of Mark Davis | Hearsay |
| 108 | September 23, 2021 | N/A | Transcript of Deposition of Mark Williams | Hearsay |
| 109 | March 15, 2021 | N/A | Defendant Mark Williams's Responses to Plaintiffs' First Interrogatories | Hearsay |
| 110 | March 15, 2021 | N/A | Defendant Ron Johnson's Responses to Plaintiffs' First Interrogatories | Hearsay |
| 111 | March 15, 2021 | N/A | Defendant James Cooper's Responses to Plaintiffs' First Interrogatories | Hearsay |
| 112 | June 23, 2021 | N/A | Plaintiff Scott Berson's Responses to Defendants' First Set of Interrogatories | |
| 113 | September 22, 2021 | Def TTV 001836-37 | Letter from TTV to Andra Phagan, Elections Supervisor, Banks County Board of Elections | Relevance |
| 114 | October 15, 2021 | N/A | Transcript of Deposition of Jocelyn Heredia | Plaintiffs object to including the deposition in its entirety as an exhibit, as specific questioning and testimony within the deposition is objectionable. Plaintiffs will provide objections as needed to specific |

| | | | | designations of this deposition made by Defendants. |
|---|---|---|---|---|
| 115 | September 22, 2021 | Def TTV 001838-41 | Banks County Board Minutes | Authenticity |
| 116 | November 30, 2020 | Davis Exhibit 9 (Dkt. 156-28) | Mark Davis Facebook post on apparently improper absentee ballot of "Dave" | Hearsay |
| 117 | December 4, 2020 | Davis Exhibit 10 (Dkt. 156-29) | Mark Davis Facebook post about CMRAs - Operation Boswell | Hearsay |
| 118 | November - December 2020 | Request for Production No. 6 | Facebook posts and comments of Mark and Derek (17 pages) | Hearsay |
| 120 | January 5, 2021 | Provided by email 5/23/23 | Derek Somerville Facebook post encouring individuals to document, report, and share any voting irregularities. | Relevance; hearsay |
| 124 | December 26, 2020 | Provided by email 5/23/23 | Derek Somerville email; citizen challenge update, stressing challenge not about removing voters or about accusing them of wrongdoing. | Hearsay; Plaintiffs further object to the admission of email communications that were improperly withheld during discovery despite Plaintiffs' repeated requests for such communications. |
| 125 | December 19, 2020 | Provided by email 5/23/23 | Elector Challenge Talking Points | Hearsay; improper opinion testimony (Fed. R. Evid. Rule 701); Plaintiffs further object to the admission of this document which was improperly withheld during discovery. |
| 126 | December 16, 2020 | Provided by email 5/23/23 | Email between Somerville and former GA State Rep. Sheri Giligan. Somerville requesting legislative counsel advice on sec230 challenges. | Hearsay; Plaintiffs further object to the admission of email communications that were improperly withheld during |

11

| | | | | discovery despite Plaintiffs' repeated requests for such communications. |
|---|---|---|---|---|
| 127 | April 17, 2023 | Provided by email 5/23/23 | HEREDIA NCOA RESULT | Hearsay; authenticity |
| 128 | April 17, 2023 | Provided by email 5/23/23 | Heredia CASS Summary Report | Hearsay; authenticity |
| 129 | April 17, 2023 | Provided by email 5/23/23 | Heredia CASS Certification | Hearsay; authenticity |