# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>    Plaintiffs,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>    Defendants. | **Civil Action No.**<br>**2:20-cv-00302-SCJ** |

## PLAINTIFFS' ATTACHMENT I-1 (DEPOSITION DESIGNATIONS)

Plaintiffs identify herein the designated portions of testimony that may be introduced by deposition. Plaintiffs reserve the right to modify or supplement this list of deposition designations with reasonable notice to counsel.

1

## Deposition of OpSec LLC and Gregg Phillips
## January 25, 2022

| Witness | Plaintiffs' Designations | |
|---|---|---|
| | Page:Line | Page:Line |
| OpSec/Phillips | 23:6 | 23:9 |
| OpSec/Phillips | 41:6 | 44:19 |
| OpSec/Phillips | 85:9 | 86:3 |
| OpSec/Phillips | 103:5 | 103:16 |
| OpSec/Phillips | 106:22 | 107:3 |
| OpSec/Phillips | 107:9 | 107:14 |
| OpSec/Phillips | 109:1 | 109:3 |
| OpSec/Phillips | 112:4 | 112:19 |
| OpSec/Phillips | 113:20 | 114:7 |
| OpSec/Phillips | 114:8 | 114:18 |
| OpSec/Phillips | 118:16 | 118:18 |
| OpSec/Phillips | 121:3 | 121:6 |
| OpSec/Phillips | 122:17 | 123:5 |
| OpSec/Phillips | 123:9 | 124:14 |
| OpSec/Phillips | 125:12 | 127:19 |
| OpSec/Phillips | 129:16 | 130:1 |
| OpSec/Phillips | 131:3 | 131:16 |
| OpSec/Phillips | 134:22 | 135:13 |
| OpSec/Phillips | 136:4 | 136:13 |
| OpSec/Phillips | 136:16 | 138:6 |
| OpSec/Phillips | 139:1 | 139:3 |
| OpSec/Phillips | 139:8 | 139:15 |
| OpSec/Phillips | 140:8 | 141:10 |
| OpSec/Phillips | 141:17 | 141:19 |
| OpSec/Phillips | 146:8 | 146:14 |
| OpSec/Phillips | 147:20 | 147:22 |
| OpSec/Phillips | 148:4 | 148:7 |
| OpSec/Phillips | 148:13 | 148:18 |
| OpSec/Phillips | 150:1 | 150:18 |
| OpSec/Phillips | 151:12 | 151:20 |
| OpSec/Phillips | 164:16 | 165:5 |

**Deposition of True the Vote and Catherine Engelbrecht**
**January 26, 2022**

| Witness | Plaintiffs' Designations | |
|---|---|---|
| | Page:Line | Page:Line |
| TTV/Engelbrecht | 27:14 | 29:18 |
| TTV/Engelbrecht | 31:3 | 32:5 |
| TTV/Engelbrecht | 35:13 | 36:20 |
| TTV/Engelbrecht | 36:21 | 38:14 |
| TTV/Engelbrecht | 39:13 | 40:9 |
| TTV/Engelbrecht | 41:10 | 45:1 |
| TTV/Engelbrecht | 61:1 | 62:12 |
| TTV/Engelbrecht | 62:19 | 64:7 |
| TTV/Engelbrecht | 66:12 | 69:7 |
| TTV/Engelbrecht | 70:1 | 71:10 |
| TTV/Engelbrecht | 71:11 | 75:18 |
| TTV/Engelbrecht | 78:3 | 78:15 |
| TTV/Engelbrecht | 79:1 | 81:9 |
| TTV/Engelbrecht | 94:17 | 95:3 |
| TTV/Engelbrecht | 112:2 | 113:2 |
| TTV/Engelbrecht | 116:14 | 118:22 |
| TTV/Engelbrecht | 134:15 | 139:19 |
| TTV/Engelbrecht | 140:12 | 142:2 |
| TTV/Engelbrecht | 142:6 | 143:9 |
| TTV/Engelbrecht | 143:21 | 144:15 |
| TTV/Engelbrecht | 145:5 | 146:8 |
| TTV/Engelbrecht | 146:9 | 147:4 |
| TTV/Engelbrecht | 147:15 | 149:11 |
| TTV/Engelbrecht | 158:1 | 159:1 |
| TTV/Engelbrecht | 161:15 | 164:7 |
| TTV/Engelbrecht | 178:8 | 181:12 |
| TTV/Engelbrecht | 211:3 | 211:8 |
| TTV/Engelbrecht | 211:9 | 211:13 |
| TTV/Engelbrecht | 214:4 | 214:22 |
| TTV/Engelbrecht | 217:2 | 219:4 |
| TTV/Engelbrecht | 220:16 | 222:19 |

| | | |
|---|---|---|
| TTV/Engelbrecht | 223:17 | 224:16 |
| TTV/Engelbrecht | 229:9 | 235:15 |
| TTV/Engelbrecht | 236:19 | 243:19 |
| TTV/Engelbrecht | 250:10 | 253:19 |
| TTV/Engelbrecht | 253:20 | 254:4 |
| TTV/Engelbrecht | 257:11 | 257:14 |
| TTV/Engelbrecht | 258:11 | 261:6 |
| TTV/Engelbrecht | 263:4 | 265:17 |
| TTV/Engelbrecht | 266:7 | 269:9 |
| TTV/Engelbrecht | 269:10 | 269:21 |
| TTV/Engelbrecht | 269:22 | 270:4 |
| TTV/Engelbrecht | 270:5 | 271:13 |
| TTV/Engelbrecht | 271:14 | 274:14 |
| TTV/Engelbrecht | 274:16 | 275:12 |
| TTV/Engelbrecht | 275:13 | 275:18 |
| TTV/Engelbrecht | 275:19 | 276:14 |
| TTV/Engelbrecht | 276:15 | 277:6 |
| TTV/Engelbrecht | 277:7 | 279:5 |
| TTV/Engelbrecht | 279:9 | 279:16 |
| TTV/Engelbrecht | 281:5 | 283:20 |
| TTV/Engelbrecht | 285:13 | 285:20 |
| TTV/Engelbrecht | 292:1 | 302:17 |
| TTV/Engelbrecht | 302:18 | 308:11 |
| TTV/Engelbrecht | 313:19 | 313:22 |
| TTV/Engelbrecht | 327:8 | 328:3 |
| TTV/Engelbrecht | 334:5 | 337:11 |

### Deposition of Derek Somerville (Part I)
### October 6, 2021

| Witness | Plaintiffs' Designations | |
|---|---|---|
| | Page:Line | Page:Line |
| D. Somerville | 20:2 | 22:22 |
| D. Somerville | 24:5 | 28:20 |
| D. Somerville | 29:10 | 34:1 |
| D. Somerville | 38:6 | 39:17 |
| D. Somerville | 41:18 | 44:1 |

| Witness | | |
|---|---|---|
| D. Somerville | 46:13 | 48:4 |
| D. Somerville | 55:18 | 56:14 |
| D. Somerville | 87:17 | 88:4 |
| D. Somerville | 88:17 | 89:20 |
| D. Somerville | 91:5 | 91:10 |
| D. Somerville | 92:6 | 93:3 |
| D. Somerville | 93:4 | 94:10 |
| D. Somerville | 98:5 | 98:13 |
| D. Somerville | 100:17 | 101:3 |
| D. Somerville | 103:6 | 104:6 |
| D. Somerville | 107:7 | 109:13 |
| D. Somerville | 113:10 | 114:20 |
| D. Somerville | 116:12 | 117:9 |
| D. Somerville | 119:9 | 123:10 |
| D. Somerville | 124:4 | 124:8 |
| D. Somerville | 148:15 | 148:19 |

## Deposition of Derek Somerville (Part II)
## January 20, 2022

| Witness | Plaintiffs' Designations | |
|---|---|---|
| | Page:Line | Page:Line |
| D. Somerville | 20:8 | 24:6 |
| D. Somerville | 68:17 | 69:7 |
| D. Somerville | 71:12 | 73:14 |
| D. Somerville | 73:15 | 74:3 |
| D. Somerville | 86:8 | 86:22 |
| D. Somerville | 87:16 | 88:14 |
| D. Somerville | 103:7 | 104:15 |
| D. Somerville | 136:17 | 139:8 |
| D. Somerville | 169:4 | 170:22 |
| D. Somerville | 184:3 | 184:10 |

## Deposition of Mark Davis (Part I)
## October 4, 2021

| Witness | Plaintiffs' Designations | |
| --- | --- | --- |
| | Page:Line | Page:Line |
| M. Davis | 35:7 | 37:15 |
| M. Davis | 37:16 | 38:19 |
| M. Davis | 48:1 | 49:10 |
| M. Davis | 49:12 | 50:11 |
| M. Davis | 65:12 | 65: 22 |
| M. Davis | 148:3 | 150:9 |
| M. Davis | 151:2 | 151:16 |
| M. Davis | 152:19 | 153:18 |
| M. Davis | 164:17 | 165:8 |
| M. Davis | 171:5 | 171:21 |

## Deposition of Mark Davis (Part II)
## January 19, 2022

| Witness | Plaintiffs' Designations | |
| --- | --- | --- |
| | Page:Line | Page:Line |
| M. Davis | 29:3 | 30:1 |
| M. Davis | 36:14 | 37:6 |
| M. Davis | 40:8 | 40:14 |
| M. Davis | 93:3 | 93:9 |
| M. Davis | 93:20 | 94:6 |
| M. Davis | 94:7 | 95:3 |
| M. Davis | 95:17 | 96:5 |
| M. Davis | 103:22 | 104:3 |
| M. Davis | 109:10 | 110:22 |
| M. Davis | 126:14 | 126:16 |
| M. Davis | 137:7 | 137:17 |
| M. Davis | 139:14 | 140:22 |
| M. Davis | 205:7 | 207:20 |

## Deposition of Ron Johnson
## September 29, 2021

| Witness | Plaintiffs' Designations | |
|---|---|---|
| | Page:Line | Page:Line |
| R. Johnson | 20:10 | 22:6 |
| R. Johnson | 24:2 | 24:6 |
| R. Johnson | 29:11 | 29:19 |
| R. Johnson | 42:17 | 43:2 |
| R. Johnson | 70:17 | 70:22 |
| R. Johnson | 71:11 | 72:10 |
| R. Johnson | 73:15 | 75:12 |

## Deposition of Mark Williams
## September 23, 2021

| Witness | Plaintiffs' Designations | |
|---|---|---|
| | Page:Line | Page:Line |
| M. Williams | 17:22 | 18:10 |
| M. Williams | 18:22 | 19:8 |
| M. Williams | 19:13 | 19:22 |
| M. Williams | 22:19 | 22:21 |
| M. Williams | 23:17 | 24:7 |
| M. Williams | 36:2 | 36:18 |
| M. Williams | 36:22 | 37:2 |
| M. Williams | 40:2 | 40:5 |
| M. Williams | 58:12 | 58:16 |
| M. Williams | 59:6 | 59:12 |
| M. Williams | 61:8 | 61:11 |
| M. Williams | 63:3 | 63:15 |
| M. Williams | 64:3 | 64:6 |
| M. Williams | 64:6 | 64:18 |
| M. Williams | 65:2 | 65:12 |

## Deposition of James Cooper
## September 22, 2021

| Witness | Plaintiffs' Designations | |
|---|---|---|
| | Page:Line | Page:Line |
| J. Cooper | 11:9 | 13:19 |
| J. Cooper | 15:18 | 16:5 |
| J. Cooper | 25:13 | 26:4 |
| J. Cooper | 27:5 | 27:21 |
| J. Cooper | 29:18 | 30:11 |
| J. Cooper | 33:3 | 34:13 |
| J. Cooper | 36:5 | 36:16 |
| J. Cooper | 36:17 | 37:19 |
| J. Cooper | 38:11 | 40:1 |
| J. Cooper | 43:2 | 43:21 |
| J. Cooper | 45:1 | 46:3 |
| J. Cooper | 46:20 | 47:19 |
| J. Cooper | 53:3 | 53:18 |
| J. Cooper | 57:17 | 58:9 |
| J. Cooper | 60:16 | 65:21 |
| J. Cooper | 66:18 | 67:16 |
| J. Cooper | 70:5 | 71:1 |
| J. Cooper | 74:11 | 76:4 |
| J. Cooper | 96:16 | 96:19 |
| J. Cooper | 103:3 | 103:11 |
| J. Cooper | 105:5 | 105:13 |
| J. Cooper | 111:18 | 112:16 |
| J. Cooper | 128:22 | 130:20 |
| J. Cooper | 137:7 | 138:17 |
| J. Cooper | 139:8 | 139:14 |
| J. Cooper | 144:11 | 145:1 |

## Deposition of Joseph Martin
## September 28, 2021

| Witness | Plaintiffs' Designations | |
|---|---|---|
| | Page:Line | Page:Line |
| J. Martin | 16:20 | 17:8 |
| J. Martin | 20:20 | 21:10 |
| J. Martin | 21:13 | 21:22 |
| J. Martin | 23:5 | 23:12 |
| J. Martin | 30:15 | 31:13 |
| J. Martin | 33:5 | 33:13 |
| J. Martin | 33:14 | 37:5 |
| J. Martin | 38:7 | 39:2 |
| J. Martin | 39:3 | 39:10 |
| J. Martin | 42:5 | 43:7 |
| J. Martin | 50:17 | 51:6 |
| J. Martin | 52:22 | 54:15 |
| J. Martin | 55:7 | 57:15 |
| J. Martin | 59:20 | 67:8 |
| J. Martin | 69:2 | 69:8 |
| J. Martin | 71:18 | 76:5 |
| J. Martin | 78:6 | 78:9 |
| J. Martin | 102:4 | 103:13 |

## Deposition of Amy Holsworth
## January 12, 2022

| Witness | Plaintiffs' Designations | |
|---|---|---|
| | Page:Line | Page:Line |
| A. Holsworth | 13:17 | 15:19 |
| A. Holsworth | 60:2 | 60:20 |
| A. Holsworth | 60:21 | 61:5 |
| A. Holsworth | 78:11 | 78:16 |

9