# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF
## GEORGIA ATLANTA DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>Plaintiffs,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>Defendants. | **Civil Action No.**<br><br>**2:20-cv-00302-SCJ** |

## DEFENDANTS' INITIAL DESIGNATION OF DEPOSITION EXCERPTS

**Derek Somerville – First Somerville Tr. (Somerville 1)**

| | | |
|---|---|---|
| 24:7-9 | 40:11-18 | 50:15-17 |
| 25:6-9 | 42:15-43:9 | 54:16-21 |
| 27:1-2 | 45:3-11 | 54:16-55:9 |
| 28 | 46:7-9 | 54:22-55:3 |
| 28:8-12 | 46:15-47:15 | 55:10-17 |
| 29:3-4 | 48:15-21 | 56:3-8 |
| 29:5-31:17 | 48:15-21 | 56:18-57:11 |
| 32:20-33:4 | 49:3-7 | 59:1-7 |

| | | |
|---|---|---|
| 67:3-6 | 96:11-97:6 | 133-34 |
| 76 | 97:22-99:19 | 135:5-9 |
| 76:8-14 | 99-100 | 146:18-22 |
| 78 | 101:22-102:13 | 147:22 |
| 78:6-9 | 103:6-13 | 148:1-3 |
| 81:12-16 | 108-09 | 150:15-152:4 |
| 82:7-10 | 109:7-13 | 152-53 |
| 83:8-15 | 111:5-11 | 153:1-12 |
| 84:13-22 | 114:15-20 | 154 |
| 85:16-86:10 | 120-21 | 155:6-8 |
| 86:14-18 | 123-24 | 156 |
| 87:21-88:4 | 124:1-12 | 157:10-14 |
| 89:22-15 | 125 | 157:7-15 |
| 89:11-15 | 127 | 194:4-6 |
| 93:11-15 | 127:9-15 | 196:9-13 |
| 94:1-5 | 130:14-19 | |

**Derek Somerville – Second Somerville Tr. (Somerville 2)**

| | | |
|---|---|---|
| 20:8-15 | 66:12-67:5 | 144 |
| 20:18-21:4 | 71:16-72:19 | 156:6-8 |
| 22:9-15 | 72:21-73:14 | 156:18-20 |
| 22:16-24:8 | 75:1-84:10 | 162:16-63:5 |
| 23:1-6 | 94:21-22 | 166:16-19 |
| 26:10-21 | 95:1-4 | 170 |
| 30:6-32:14 | 106-11 | 171:1-14 |
| 31-34 | 107:16-21 | 180 |
| 38:2-13 | 111:13-14 | 183-185 |
| 46-49 | 113-14 | 187:5-13 |
| 49:4-6 | 116:22 | 188:4-22 |
| 51:4 | 117:1-3 | 189:4-191:1 |
| | 132:8-14 | |

**Catherine Engelbrecht – TTV Tr.**

| | | |
|---|---|---|
| 26:1-18 | 71:22-72:1 | 82:18-21 |
| 66:12-21 | 74:8-17 | 83:3-4 |
| 67:16-20 | 75:5-18 | 85:12-13 |
| 68:16-69:7 | 76:15-19 | 85:13-20 |
| 69:4-7 | 81:16-21 | 85:21-86:9 |
| 71:11-19 | 81:22-82:4 | 86:11-13 |

| | | |
|---|---|---|
| 93:17-95:3 | 185:1-5 | 257:11-14 |
| 96:5-102:6 | 223:17-224:6 | 267:6-268:2 |
| 146:11-17 | 231:11-13 | 268:17-22 |
| 148:18-21 | 231:11-19 | 276:3-5 |
| 152:15-154:19 | 244:17- 245:10 | 276:19-277:2 |
| 159:21- 161:2 | 248:13-22 | 277:3-5 |
| 168:5-22 | 253:20-254:4 | 316:3-12 |
| 169:1-5 | 255:4-256:13 | 316:19-317:5 |
| 169:1-12 | 255:6 | 342:15-343:1 |
| 169:22-170:18 | 255:7-11 | |
| 171:1-5 | 256:7-13 | |

**Mark Davis – First Davis Tr.**

| | | |
|---|---|---|
| 17:6-9 | 32:11-33:17 | 58:22-59:9 |
| 19:6-13 | 33:18-20 | 120:7-22 |
| 21:14-21 | 38:22-39:14 | 132:8-12 |
| 27:4- 28:21 | 41:10-42:16 | 166:5-168:22 |
| 28:7-14 | 46:12-47:10 | 171:4-21 |

**Mark Davis – Second Davis Tr**

| | | |
|---|---|---|
| 28:3-18 | 60:16-61:3 | 144:7-15 |
| 28:19-32:17 | 67:5-68:8 | 168:8-170:3 |
| 29:1-17 | 70:22-71:16 | 169:10-17 |
| 36: 14-37:6 | 80:7-10 | 175:4-14 |
| 40:19-41:5 | 86:22-87:3 | 185:15-188:4 |
| 46:3-14 | 90:14-21 | 199:9-18 |
| 59:7-81 | 95:4-9 | |
| 59:8-11 | 140:4-22 | |

**Gregg Phillips – OpSec Tr.**

| | | |
|---|---|---|
| 36:19 | 95:3-9 | 106:22-107:3 |
| 54:21 | 95:14-15 | 107:13-108:4 |
| 57:11-21 | 95:17-18 | 108:8-11 |
| 71:13 | 96:3-11 | 108:16-22 |
| 93:16-94:2 | 96:12-17 | 112:1-9 |
| 94:17 | 97:2-4 | 113:6-17 |

| | | |
|---|---|---|
| 113:22-114:3 | 127:12-128:2 | 149:2-4 |
| 116:12-16 | 128:1-2 | 149:9-13 |
| 118:3-11 | 128:3-7 | 149:14-17 |
| 118:11-15 | 129:8-12 | 150:16-18 |
| 118:19-119:22 | 129:16-130:1 | 151:13-16 |
| 119:5-9 | 135:20- 136:8 | 152:6-9 |
| 119:16-22 | 138:16-22 | 163:13-164:8 |
| 120:12-20 | 140:8-141:7 | 164:18-165:5 |
| 125:2 | 141:11-20 | 166:1-18 |
| 125:17-19 | 145:5-18 | 167:22-168:10 |
| 126:9-16 | 145:19-146:7 | |
| 126:22-127:5 | 146:8-14 | |

**Davis Interrog. Resp. Ct. Order Resp. No. 3**

| | |
|---|---|
| 164:19-165:9 | 166:21-168:14 |

**Mark Williams – Williams Tr.**

| | | |
|---|---|---|
| 19:4-18 | 23:3-24:7 | 63:2-64:1 |
| 21:11-22:15 | 35:4-15 | |

**Jocelyn Heredia – Heredia Tr.**

13:1-13
20:13-21:7
48:1-9
48:10-15
48:16- 49:3
49:4-50:2
23:22-24:7
23:22-24:13
24:8-13
45:9-14