# Exhibit A

# Jacob Shelly

| | |
|---|---|
| **From:** | Michael Wynne <mwynne@gcfirm.com> |
| **Sent:** | Monday, July 24, 2023 11:24 AM |
| **To:** | Uzoma Nkwonta; Pamela Wright |
| **Cc:** | Allegra Lawrence-Hardy; Leslie Bryan; Maia.Cogen@lawrencebundy.com; Christina Ford; Jacob Shelly; Joel Ramirez; melias@elias.law; Michelle McClafferty; jboppjr@aol.com; jlarsen@grfirm.com; Mikayla.Mobley@gtlaw.com; Jake.Evans@gtlaw.com |
| **Subject:** | RE: Fair Fight, Inc. et al. v. Engelbrecht et al. 2:20-cv-00302-SCJ |

Thank you. I will try today and tomorrow and the day after that to get clarity from District of New Jersey

**From:** Uzoma Nkwonta <unkwonta@elias.law>
**Sent:** Monday, July 24, 2023 7:55 AM
**To:** Michael Wynne <mwynne@gcfirm.com>; Pamela Wright <Pamela_Wright@gand.uscourts.gov>
**Cc:** Allegra Lawrence-Hardy <Allegra.Lawrence-Hardy@lawrencebundy.com>; Leslie Bryan <Leslie.Bryan@lawrencebundy.com>; Maia.Cogen@lawrencebundy.com; Christina Ford <cford@elias.law>; Jacob Shelly <jshelly@elias.law>; Joel Ramirez <jramirez@elias.law>; melias@elias.law; Michelle McClafferty <michelle.mcclafferty@lawrencebundy.com>; jboppjr@aol.com; jlarsen@grfirm.com; Mikayla.Mobley@gtlaw.com; Jake.Evans@gtlaw.com
**Subject:** RE: Fair Fight, Inc. et al. v. Engelbrecht et al. 2:20-cv-00302-SCJ

Ms. Wright,

Plaintiffs are willing to make those dates work. However, given the uncertainty around Mr. Wynne's trial schedule (and the week of December 11 also presents a personal conflict for me), we would welcome the opportunity to consider any other trial dates that might be available in the fall or later in the year.

Best,

**Uzoma Nkwonta**
**Partner**
**Elias Law Group LLP**
202-968-4517

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Michael Wynne <mwynne@gcfirm.com>
**Sent:** Sunday, July 23, 2023 2:27 PM
**To:** Pamela Wright <Pamela_Wright@gand.uscourts.gov>
**Cc:** Allegra Lawrence-Hardy <Allegra.Lawrence-Hardy@lawrencebundy.com>; Leslie Bryan <Leslie.Bryan@lawrencebundy.com>; Maia.Cogen@lawrencebundy.com; Christina Ford <cford@elias.law>; Jacob Shelly <jshelly@elias.law>; Joel Ramirez <jramirez@elias.law>; melias@elias.law; Uzoma Nkwonta <unkwonta@elias.law>; Michelle McClafferty <michelle.mcclafferty@lawrencebundy.com>; jboppjr@aol.com; jlarsen@grfirm.com; Mikayla.Mobley@gtlaw.com; Jake.Evans@gtlaw.com
**Subject:** Re: Fair Fight, Inc. et al. v. Engelbrecht et al. 2:20-cv-00302-SCJ

In the New Jersey case, the Court set an in-person status conference for 8-15-2023. I will do all I can to get more clarity far earlier than that to determine whether a December trial in this case is workable for me. I am in debt to you for your patience and the patience of all involved. Michael Wynne

Sent from my iPhone

On Jul 20, 2023, at 2:11 PM, Pamela Wright <Pamela_Wright@gand.uscourts.gov> wrote:

Good afternoon.

I write regarding the above referenced matter at direction of the Court. Specifically, to inquire if any party or counsel has an objection to the Court moving the October 30, 2023 specially set bench trial to the weeks of **December 4, 2023 — December 15, 2023**?

Thank you.

Pamela Wright
Courtroom Deputy Clerk to
Judge Steve C. Jones, USDC NDGa
(404)215-1284
pamela_wright@gand.uscourts.gov