# Exhibit B

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>*Plaintiffs*,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>*Defendants*. | Case No. 2:20-CV-00302-SCJ |

## PLAINTIFFS' NOTICE OF RULE 30(b)(6) DEPOSITION OF OPSEC GROUP LLC

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, Plaintiffs Fair Fight, Inc., Scott Berson, Jocelyn Heredia, and Jane Doe will take the deposition of OPSEC Group LLC ("OpSec") through Gregg Phillips, an agent designated by OpSec to testify on OpSec's behalf regarding all information known or reasonably available to OpSec with respect to the subject matter identified in Exhibit A. Mr. Phillips shall appear via a remote deposition platform before a person authorized by law to take depositions on **January 25, 2022, beginning at 10:00 AM EST.** Log-in credentials will be provided to counsel separately.

The testimony at the deposition will be transcribed and recorded by videographic, stenographic, audio, audiovisual, and/or real-time computer means, and will be taken remotely.

This deposition shall be used for all allowable purposes, shall be conducted in accordance with Federal Rules of Civil Procedure, and will continue from day to day until completed, or until such time as is agreed by the parties.

Dated this 7th day of January, 2022.

|  | Respectfully Submitted, |
|---|---|
|  | /s/ Uzoma N. Nkwonta |
| Allegra J. Lawrence | Marc E. Elias* |
| Georgia Bar No. 439797 | Uzoma N. Nkwonta* |
| Leslie J. Bryan | Christina A. Ford* |
| Georgia Bar No. 091175 | Joel J. Ramirez* |
| Maia Cogen | Jacob Shelly* |
| Georgia Bar No. 832438 | Tina Meng* |
| **LAWRENCE & BUNDY LLC** | Marcos Mocine-McQueen* |
| 1180 West Peachtree Street, Suite 1650 | **ELIAS LAW GROUP LLP** |
| Atlanta, GA 30309 | 10 G Street NE, Suite 600 |
| Telephone: (404) 400-3350 | Washington, D.C. 20002 |
| Fax: (404) 609-2504 | Telephone: (202) 968-4490 |
| allegra.lawrence-hardy@lawrencebundy.com | melias@elias.law |
| leslie.bryan@lawrencebundy.com | unkwonta@elias.law |
| maia.cogen@lawrencebundy.com | cford@elias.law |
|  | jramirez@elias.law |
|  | jshelly@elias.law |
|  | tmeng@elias.law |
|  | mmcqueen@elias.law |
|  | *Counsel for Plaintiffs* |
|  | *Admitted *pro hac vice* |

- 3 -

Dara Lindenbaum
Georgia Bar No. 980780
**SANDLER REIFF LAMB ROSENSTEIN & BIRKENSTOCK, P.C.**
1090 Vermont Avenue, NW, Suite 750
Washington, DC 20005
Telephone: (202) 479-1111
Fax: 202-479-1115
lindenbaum@sandlerreiff.com

# EXHIBIT A

In accordance with FRCP 30(b)(6), Plaintiffs designate the matters identified below for examination. In construing these topics, the following instructions and definitions shall apply:

1. "Challenge List" means any list of Targeted Voters submitted in connection with the Elector Challenges.

2. "Elector Challenges" means the challenges to voter eligibility of registered Georgia voters in advance of the November Election or the Run-off Election.

3. "November Election" means the election that was held in Georgia that culminated on Election Day on November 3, 2020, to include the general election and the special election held on that date.

4. "Run-off Election" means the January 5, 2021, Senate Run-off election held in Georgia.

5. "Targeted Voter" or "Targeted Voters" means the registered Georgia voters who are the subject of the Elector Challenges.

6. "True the Vote" means the organization that goes by the name of True the Vote, Inc., and includes its officers, directors, partners, members, managers, employees, representatives, agents, consultants, or anyone acting on its behalf.

7. "Targeted States" include: Georgia, Texas, Ohio, Pennsylvania, Michigan, and Wisconsin.

8. "OpSec" means the organization that goes by the name of OpSec Group LLC and includes its officers, directors, partners, members, managers, employees, representatives, agents, consultants, or anyone acting on its behalf.

9. "You" and "your" means OpSec Group LLC and any of its officers, directors, partners, members, managers, employees, representatives, agents, consultants, or anyone acting on its behalf.

**The deponent shall be prepared to address the following topics:**

1. Your role in efforts to challenge the eligibility of registered Georgia voters from 2012 onwards.

2. Your background and familiarity with data analysis and record linkage related to OpSec's activities in the Targeted States from 2012 onwards.

3. All communications between you and True the Vote regarding voter registry research in the Targeted States from 2012 onwards, including but not limited to communications with other persons involved in preparing the Challenge List or any other lists of Targeted Voters.

4. All contracts, instructions, requests, and guidance between you and True the Vote regarding the production of the Challenge List or any other list of Targeted Voters prepared in connection with the Elector Challenges.

5. The methodology you relied upon in producing the Challenge List or any other list of Targeted Voters prepared in connection with the Elector Challenges, and the basis for identifying any of the Targeted Voters.

6. The methodology you employed to review, assess, or ensure the reliability or accuracy of the Challenge List or any other list of Targeted Voters that was submitted with the Elector Challenges.

7. Any and all analyses of the demographic characteristics of Georgia voters, or the individuals included in Challenge List.

8. Your communication and coordination with True the Vote, Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper, and other persons to conduct voter- and election-related activities in any of the Targeted States from 2012 onwards.

9. Your search for and identification of documents responsive to Plaintiffs' discovery requests.

## CERTIFICATE OF SERVICE

I hereby certify that, on January 7, 2022, in accordance with the parties' agreement and written consent to accept and effect service by email, I caused the foregoing document to be served via electronic mail to all counsel of record at the email address designated in the Court's CM/ECF system.

Dated: January 7, 2022

/s/ *Uzoma N. Nkwonta*
Uzoma N. Nkwonta