IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE, <br><br> Plaintiffs, <br><br> v. <br><br> TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10, <br><br> Defendants. | Civil Action No. 2:20-cv-00302-SCJ |

**PLAINTIFFS' MOTION FOR DISCOVERY SANCTIONS
IN THE FORM OF ADVERSE INFERENCES**

Plaintiffs hereby move for discovery sanctions under Federal Rules of Civil Procedure 30 and 37 and the Court's inherent power, as invited by the Court's Order on Motions for Summary Judgment. *See* Order at 47 n.34, ECF No. 222.[1] These sanctions are necessary to remedy the persistent and flagrant violations of discovery

---

[1] Plaintiffs are refiling this motion and accompanying brief to clarify the nature of their requested relief and to note, for the Court's convenience, that the OpSec/Phillips deposition transcript is docketed at ECF No. 167-1, and the True the Vote/Engelbrecht deposition transcript is docketed at ECF No. 168-1.

1

rules during the depositions of Defendant Catherine Engelbrecht and Gregg Phillips, where the witnesses improperly refused to answer scores of questions and repeatedly conferred with counsel while questions were pending. While these violations prevented Plaintiffs from eliciting answers on a vast array of topics, Plaintiffs request as an appropriate sanction simply three factual findings. These proposed findings track the natural inferences that follow from the witnesses' refusal to provide candid answers in response to discrete lines of questioning.

Specifically, the Court should find (1) that Mr. Phillips considered Mark Davis's challenge process to be invalid and unreliable; (2) that True the Vote was responsible for @Crusade4Freedom tweets about Georgia voter challenges in 2020; and (3) that Mr. Phillips coordinated with True the Vote after the 2016 presidential election to publicize allegations of illegal voting that lacked foundation. The Court should also require Defendants to pay attorney fees and costs associated with the filing of this motion. *See* Fed. R. Civ. P. 30(d)(2); *id.* 37(b)(2)(C).

The basis for this motion is more fully set forth in the accompanying memorandum of law.

Respectfully submitted, this 30th day of August, 2023.

| | |
|---|---|
| Allegra J. Lawrence<br>Georgia Bar No. 439797<br>Leslie J. Bryan<br>Georgia Bar No. 091175<br>Maia Cogen<br>Georgia Bar No. 832438<br>Michelle L. McClafferty<br>Georgia Bar No. 161970<br>**LAWRENCE & BUNDY LLC**<br>1180 West Peachtree Street, Suite 1650<br>Atlanta, GA 30309<br>Telephone: (404) 400-3350<br>Fax: (404) 609-2504<br>allegra.lawrence-hardy@lawrencebundy.com<br>leslie.bryan@lawrencebundy.com<br>maia.cogen@lawrencebundy.com<br>michelle.mcclafferty@lawrencebundy.com | */s/ Uzoma N. Nkwonta*<br>Marc E. Elias\*<br>Uzoma N. Nkwonta\*<br>Christina A. Ford\*<br>Tina Meng Morrison\*<br>Marcos Mocine-McQueen\*<br>Joel J. Ramirez\*<br>Jacob D. Shelly\*<br>**ELIAS LAW GROUP LLP**<br>250 Massachusetts Ave., Suite 400<br>Washington, D.C. 20001<br>Telephone: (202) 968-4490<br>melias@elias.law<br>unkwonta@elias.law<br>cford@elias.law<br>tmengmorrison@elias.law<br>mmcqueen@elias.law<br>jramirez@elias.law<br>jshelly@elias.law<br><br> *Counsel for Plaintiffs*<br>\*Admitted *pro hac vice* |

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1(D), N.D. Ga., I hereby certify that the foregoing motion has been prepared in accordance with the font type and margin requirements of LR 5.1, N.D. Ga., using a font type of Times New Roman and a point size of 14.

This 30th day of August, 2023     */s/ Uzoma N. Nkwonta*
                                  Uzoma N. Nkwonta

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing motion with the Clerk of Court using the CM/ECF system, which will automatically send-e-mail notification to all counsel of record.

This 30th day of August, 2023

*/s/ Uzoma Nkwonta*
Uzoma Nkwonta
*Counsel for Plaintiffs*