IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>*Plaintiffs*,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>*Defendants*. | Civil Action No. 2:20-cv-00302-SCJ |

**MOTION TO VOLUNTARILY DISMISS PLAINTIFF JOCELYN HEREDIA AND DEFENDANTS JOHN DOES 1-10**

Plaintiff Jocelyn Heredia moves under Federal Rule of Civil Procedure 21 to voluntarily dismiss her from this action. Fed. R. Civ. P. 21 ("On motion or on its own, the court may at any time, on just terms, add or drop a party."). Because Ms. Heredia does not intend to further prosecute her claims in this action and her dismissal will not prejudice any party, this Court may dismiss her. *See In re Snap Inc. Sec. Litig.*, 394 F. Supp. 3d 1156, 1157 (C.D. Cal. 2019) (granting plaintiff's motion to dismiss himself under Rule 21 where there is no prejudice to the moving

1

party); *Endress v. Gentiva Health Servs., Inc.*, 278 F.R.D. 78, 81 (E.D.N.Y. 2011) (same).

Plaintiffs Fair Fight, Inc., Scott Berson, and Jane Doe separately move to voluntarily dismiss unnamed Defendants John Does 1-10 from this action. Now that discovery has closed, Plaintiffs do not intend to seek relief against any other Defendant and dismissal under Rule 21 is proper. *See, e.g.*, *Adams v. City of Camden*, 461 F. Supp. 2d 263, 271 (D.N.J. 2006) (court utilizing discretion under Rule 21 to dismiss John Doe Defendants before trial); *Church of Universal Love & Music v. Fayette Cnty.*, 892 F. Supp. 2d 736, 749 (W.D. Pa. 2012) (same).

This Motion does not affect the claims brought by the remaining Plaintiffs in this action. Counsel for Plaintiffs have conferred with counsel for Defendants and counsel for the United States in advance of filing the present motion; both take no position on this motion.

Respectfully submitted, this 31st day of August, 2023.

| | |
|---|---|
| Allegra J. Lawrence<br>Georgia Bar No. 439797<br>Leslie J. Bryan<br>Georgia Bar No. 091175<br>Maia Cogen<br>Georgia Bar No. 832438<br>Michelle L. McClafferty<br>Georgia Bar No. 161970<br>**LAWRENCE & BUNDY LLC**<br>1180 West Peachtree Street, Suite 1650<br>Atlanta, GA 30309<br>Telephone: (404) 400-3350<br>Fax: (404) 609-2504<br>allegra.lawrence-hardy@lawrencebundy.com<br>leslie.bryan@lawrencebundy.com<br>maia.cogen@lawrencebundy.com<br>michelle.mcclafferty@lawrencebundy.com | _/s/ Uzoma N. Nkwonta_<br>Marc E. Elias*<br>Uzoma N. Nkwonta*<br>Christina A. Ford*<br>Tina Meng Morrison*<br>Marcos Mocine-McQueen*<br>Joel J. Ramirez*<br>Jacob D. Shelly*<br>**ELIAS LAW GROUP LLP**<br>250 Massachusetts Ave., Suite 400<br>Washington, D.C. 20001<br>Telephone: (202) 968-4490<br>melias@elias.law<br>unkwonta@elias.law<br>cford@elias.law<br>tmengmorrison@elias.law<br>mmcqueen@elias.law<br>jramirez@elias.law<br>jshelly@elias.law<br><br>_Counsel for Plaintiffs_<br>*Admitted _pro hac vice_ |

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1(D), N.D. Ga., I hereby certify that the foregoing *Motion to Voluntarily Dismiss Plaintiff Jocelyn Heredia and Defendants John Does 1-10* has been prepared in accordance with the font type and margin requirements of LR 5.1, N.D. Ga., using a font type of Times New Roman and a point size of 14.

This 31st day of August, 2023         */s/ Uzoma N. Nkwonta*

                                      Uzoma N. Nkwonta
                                      *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing *Motion to Voluntarily Dismiss Plaintiff Jocelyn Heredia and Defendants John Does 1-10* with the Clerk of Court using the CM/ECF system, which will automatically send-e-mail notification to all counsel of record.

This 31st day of August, 2023.

                                      */s/ Uzoma N. Nkwonta*

                                      Uzoma N. Nkwonta
                                      *Counsel for Plaintiffs*