# EXHIBIT A

(Accessed on September 8, 2023)















