# EXHIBIT B

(Accessed on September 13, 2023)









