# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>Plaintiffs,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No.<br>2:20-cv-00302-SCJ |

## PLAINTIFFS' REQUEST FOR ORDER ALLOWING ELECTRONIC DEVICES

Plaintiffs, by and through their counsel, move for entry of an Order authorizing Plaintiffs' counsel to bring electronic equipment into the Federal Courthouse in Gainesville, Georgia for the pretrial conference beginning at 10:30 a.m. Tuesday, September 19, 2023.

Specifically, Plaintiffs request that the following people be permitted to enter the courthouse with their cellular phones, laptop computers, tablets,

1

smartwatches, power cords, Wi-Fi hotspots, as well as any other trial technology items:

- Uzoma N. Nkwonta (admitted *pro hac vice*)
- Jacob Shelly (admitted *pro hac vice*)
- Tina Meng (admitted *pro hac vice*)

The basis for this request is that it will enable Plaintiffs' out-of-town counsel to participate fully in the hearing. Plaintiffs' proposed Order is attached.

Respectfully submitted, this 14th day of September, 2023.

| | |
|---|---|
| /s/ Allegra J. Lawrence<br>Allegra J. Lawrence<br>Georgia Bar No. 439797<br>Leslie J. Bryan<br>Georgia Bar No. 091175<br>Maia Cogen<br>Georgia Bar No. 832438<br>Michelle L. McClafferty<br>Georgia Bar No. 161970<br>**LAWRENCE & BUNDY LLC**<br>1180 West Peachtree Street, Suite 1650<br>Atlanta, GA 30309<br>Telephone: (404) 400-3350<br>Fax: (404) 609-2504<br>allegra.lawrence-hardy@lawrencebundy.com<br>leslie.bryan@lawrencebundy.com<br>maia.cogen@lawrencebundy.com<br>michelle.mcclafferty@lawrencebundy.com | Marc E. Elias*<br>Uzoma N. Nkwonta*<br>Christina A. Ford*<br>Tina Meng Morrison*<br>Marcos Mocine-McQueen*<br>Joel J. Ramirez*<br>Jacob D. Shelly*<br>**ELIAS LAW GROUP LLP**<br>250 Massachusetts Ave., Suite 400<br>Washington, D.C. 20001<br>Telephone: (202) 968-4490<br>melias@elias.law<br>unkwonta@elias.law<br>cford@elias.law<br>tmengmorrison@elias.law<br>mmcqueen@elias.law<br>jramirez@elias.law<br>jshelly@elias.law<br><br> *Counsel for Plaintiffs*<br>*Admitted *pro hac vice* |

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1(D), N.D. Ga., I hereby certify that the foregoing motion has been prepared in accordance with the font type and margin requirements of LR 5.1, N.D. Ga., using a font type of Times New Roman and a point size of 14.

This 14th day of September, 2023         /s/ *Allegra J. Lawrence*
                                          Allegra J. Lawrence

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing motion with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to all counsel of record.

This 14th day of September, 2023

/s/ *Allegra J. Lawrence*
Allegra J. Lawrence
*Counsel for Plaintiffs*