IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TRUE THE VOTE, INC., *et al.*, <br><br> Defendants. | Case No. 2:20-cv-0302-SCJ |

**UNITED STATES' MOTION TO ALLOW ELECTRONIC EQUIPMENT INTO THE COURTROOM**

The United States respectfully files this Motion to Allow Electronic Equipment into the Courtroom pursuant to Local Rule 83.4 for the Northern District of Georgia. Specifically, the United States moves the Court for an Order allowing Aileen Bell Hughes, Timothy Mellett, and Dana Paikowsky, attorneys appearing on behalf of the United States, to bring their cell phones, laptops, and chargers into Courtroom 303 of the Sidney O. Smith Federal Building and United States Courthouse for the upcoming pretrial hearing beginning at 10:30 a.m. Tuesday, September 19, 2023.  This equipment is necessary to assist counsel during the hearing.  A Proposed Order is attached.

Date:  September 18, 2023

Respectfully submitted,

RYAN K. BUCHANAN
United States Attorney
Northern District of Georgia

KRISTEN CLARKE
Assistant Attorney General

*/s/ Aileen Bell Hughes*
AILEEN BELL HUGHES
Georgia Bar No. 375505
Assistant U.S. Attorney
Office of the United States Attorney
600 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303
Phone: (404) 581-6000
Fax: (404) 581-6181

*/s/  Dana Paikowsky*
T. CHRISTIAN HERREN, JR.
TIMOTHY F. MELLETT
DANA PAIKOWSKY
JENNIFER J. YUN
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.923
Washington, D.C. 20530
Phone: (800) 253-3931
Fax: (202) 307-3961

## CERTIFICATE OF COMPLAINCE

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing motion has been prepared using Times New Roman size 14 font.

*/s/ Dana Paikowsky*
DANA PAIKOWSKY
Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.923
Washington, D.C. 20530
Phone: (800) 253-3931
Fax: (202) 307-3961

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2023, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

<u>/s/ Dana Paikowsky</u><br>
DANA PAIKOWSKY<br>
Attorney, Voting Section<br>
Civil Rights Division<br>
U.S. Department of Justice<br>
4 Constitution Square<br>
150 M Street NE, Room 8.923<br>
Washington, D.C. 20530<br>
Phone: (800) 253-3931<br>
Fax: (202) 307-3961