# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE, <br><br> Plaintiffs, <br><br> v. <br><br> TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10, <br><br> Defendants. | Civil Action No. 2:20-cv-00302-SCJ |

## ORDER ALLOWING ELECTRONIC DEVICES

Plaintiffs' counsel may bring electronic equipment into the Federal Courthouse in Gainesville, Georgia for the pretrial conference beginning at 10:30 a.m. Tuesday, September 19, 2023. All equipment will be subject to inspection.

Specifically, the following people are permitted to enter the courthouse with their cellular phones, laptop computers, tablets, smartwatches, power cords, Wi-Fi hotspots, as well as any other trial technology items:

- Uzoma N. Nkwonta (admitted *pro hac vice*)
- Jacob Shelly (admitted *pro hac vice*)
- Tina Meng (admitted *pro hac vice*)

1

Proper identification is required upon entering the courthouse.

**IT IS SO ORDERED**, this __18th__ day of __September__, 2023.

    _s/Steve C. Jones_
STEVE C. JONES
UNITED STATES DISTRICT JUDGE