IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

FAIR FIGHT, INC., *et al.*,

    Plaintiffs,

    v.

TRUE THE VOTE, INC., *et al.*,

    Defendants.

Case No. 2:20-cv-0302-SCJ

## ORDER

Having read and considered the United States' Motion to Allow Electronic Equipment into the Courtroom, and for good cause shown, it is hereby ORDERED that Timothy Mellett, Dana Paikowsky, and Aileen Bell Hughes, attorneys appearing on behalf of the United States shall be permitted to bring cell phones, laptop computers, and chargers into Courtroom 303 on September 19, 2023.

So ordered this __18th__ day of __September__, 2023.

    _s/Steve C. Jones_____
    STEVE C. JONES
    UNITED STATES DISTRICT JUDGE

Prepared by:

*/s/ Dana Paikowsky*
DANA PAIKOWSKY
Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice