IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>*Plaintiffs*,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>*Defendants*. | CIVIL ACTION FILE<br><br>NO. 2:20-cv-00302-SCJ |

## DEFENDANTS' MOTION FOR ORDER ALLOWING ELECTRONIC DEVICES

Defendants True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, James Cooper, and John Does 1-10 ("Defendants") by and through counsel, move for an entry of an Order authorizing Defendants' Counsel to bring electronic equipment into the Federal Courthouse in Gainesville, Georgia for the pretrial conference beginning at 10:30 a.m. Tuesday, September 19, 2023.

1

Specifically, Defendants request that the following individuals be permitted to enter the courthouse with their cellular phones, laptop computers, tablets, smartwatches, power cords, Wi-Fi hotspots, and any other trial technology items:

- Cameron Powell (admitted *pro hac vice*)
- Joseph R. Larsen (admitted *pro hac vice*)
- Michael John Wynne (admitted *pro hac vice*)

Defendants make this request to enable pro hac vice counsel to participate fully in the pre-trial conference. Defendants' Proposed Order is attached.

Respectfully submitted this 18th day of September, 2023.

By: */s/ Jake Evans*
Jake Evans, Esq.
GA Bar No. 797018
**GREENBERG TRAURIG, LLP**
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
P: (678) 553-2100
F: (678) 553-2212
Jake.Evans@gtlaw.com

*Local Counsel for Defendants*

By: /s/ Michael J. Wynne
Michael J. Wynne*
TX Bar No. 785289
Cameron Powell*
DC Bar No. 459020
**GREGOR WYNNE ARNEY, PLLC**
909 Fannin Street, Suite 3800
Houston, TX 77010

        P: (281) 450-7403
        mwynne@gwafirm.com
        cpowell@gwafirm.com
        *Admitted Pro Hac Vice

        Counsel for Defendants

## **LOCAL RULE 7.1D CERTIFICATION**

The foregoing **DEFENDANTS' REQUEST FOR ORDER ALLOWING ELECTRONIC DEVICES** is a computer-generated document prepared in 14-point Times New Roman font in accordance with Local Rule 5.1B and C.

This 18th day of September, 2023.

        */s/ Michael J. Wynne*
        Michael J. Wynne *

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing **DEFENDANTS' REQUEST FOR ORDER ALLOWING ELECTRONIC DEVICES** upon all parties to this matter by filing said document electronically through this Court's CM/ECF system, which will automatically send electronic notification of such filing to counsel of record.

This 18th day of September, 2023.

                                                          */s/ Michael J. Wynne*
                                                          Michael J. Wynne *