IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>　*Plaintiffs*,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>　*Defendants*. | Case No. 2:20-cv-00302-SCJ |

### **ORDER ALLOWING ELECTRONIC DEVICES**

Defendants' Counsel may bring electronic equipment int the Federal Courthouse in Gainesville, Georgia for the pretrial conference beginning at 10:30 a.m. Tuesday, September 19, 2023. All equipment will be subject to inspection.

Specifically, the following people are permitted to enter the courthouse with their cellular phones, laptop computers, tablets, smartwatches, power cords, Wi-Fi hotspots, and any other trial technology items:

- Cameron Powell (admitted *pro hac vice*)
- Joseph R. Larsen (admitted *pro hac vice*)
- Michael John Wynne (admitted *pro hac vice*)

Proper identification is required upon entering the courthouse.

1

**IT IS SO ORDERED**, this 18th day of September, 2023.

                                       s/Steve C. Jones
                                       STEVE C. JONES
                                       UNITED STATES DISTRICT JUDGE