# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

## 2:20-cv-00302-SCJ
## Fair Fight, Inc. et al v. Engelbrecht et al
## Honorable Steve C. Jones

Minute Sheet for proceedings held In Open Court on 09/19/2023.

TIME COURT COMMENCED: 10:30 A.M.
TIME COURT CONCLUDED: 11:00 A.M.　　COURT REPORTER: Keisha Crump
TIME IN COURT: 00:30　　DEPUTY CLERK: Pamela Wright
OFFICE LOCATION: Gainesville

| | |
|---|---|
| ATTORNEY(S) PRESENT: | James Evans representing Catherine Engelbrecht
Aileen Hughes representing United States of America
Allegra Lawrence representing Fair Fight, Inc.
Michelle McClafferty representing Fair Fight, Inc.
Timothy Mellett representing United States of America
Tina Meng Morrison representing Fair Fight, Inc.
Uzoma Nkwonta representing Fair Fight Action, Inc.
Dana Paikowsky representing United States of America
Jacob Shelly representing Fair Fight, Inc.
Michael Wynne representing Catherine Engelbrecht |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MINUTE TEXT: | Pretrial conference held. Bench trial to commence 10/26/2023 at 9:00 AM. |
| HEARING STATUS: | Hearing Concluded |