IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>*Plaintiffs,*<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>*Defendants.* | Civil Action No.<br>2:20-cv-00302-SCJ<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO VOLUNTARILY DISMISS PLAINTIFF JOCELYN HEREDIA AND DEFENDANTS JOHN DOES 1-10 |

THIS MATTER comes before the Court on Plaintiffs' Motion to Voluntarily Dismiss Plaintiff Jocelyn Heredia and Defendants John Does 1-10 from this action. This Motion does not affect the claims brought by the remaining Plaintiffs. Defendants and the United States take no position on this motion. Having considered the Motion, it is hereby ORDERED that the Motion is GRANTED.

**IT IS SO ORDERED.**

Dated this __20th__ day of __September__ 2023.

_____
The Honorable Steve C. Jones
United States District Judge