**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA GAINESVILLE DIVISION**

FAIR FIGHT, INC., SCOTT BERSON, and JANE DOE,

Plaintiffs,

v.

TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, and JAMES COOPER,

Defendants.

Civil Action No. 2:20-cv-00302-SCJ

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' RULE 26(A)(3) DEPOSITION DESIGNATIONS**

Plaintiffs Fair Fight, Inc., Scott Berson, and Jane Doe hereby submit their objections to Defendants' deposition designations pursuant to the Court's Consolidated Pretrial Order, ECF No. 253, and Rule 26(a)(3) of the Federal Rules of Civil Procedure. Plaintiffs reserve the right to submit counter-designations in response to any deposition testimony that the Court admits into evidence. *See* Fed. R. Civ. P. 32(a)(6).

As specified in the table below, Defendants' deposition designations are inadmissible and improper for the following reasons.

First, Defendants Derek Somerville, Catherine Engelbrecht, Mark Davis, and Mark Williams seek to introduce their own deposition testimony, which constitutes hearsay and is improper under the Federal Rules of Evidence. *See* Fed. R. Evid. 801, 802. Deposition testimony from third parties Gregg Phillips and Jocelyn Heredia is also inadmissible because Defendants have not demonstrated that these witnesses are unavailable to appear at trial. *See* Fed. R. Evid. 804.

In addition to these fundamental defects, Defendants' proposed designations are inadmissible under the Federal Rules of Evidence because they include: (1) improper statements or conclusions of law, *see* Fed. R. Evid. 701; (2) testimony that is insufficiently supported by the witness's personal knowledge, *see* Fed. R. Evid. 602; (3) improper opinions from individuals who have not been designated as experts, *see* Fed. R. Evid. 701-702; *see also* Order, ECF No. 221; (4) statements that are not relevant to any issue or defenses to be decided in this case, *see* Fed. R. Evid. 401-402; and (5) testimony that seeks to prove contents of an original writing, *see* Fed. R. Evid. 1002.

Finally, Plaintiffs have identified below multiple instances in which Defendants presented statements made by attorneys, incomplete, vague, or ambiguous sentences or phrases, pages and line numbers that do not exist, duplicative or overlapping designations, and even statements from discovery

responses that Defendants have offered as deposition designations. The court should reject these extraneous submissions outright.

| TABLE A – PLAINTIFFS' OBJECTIONS TO DEFENDANTS' DEPOSITION DESIGNATIONS | |
|---|---|
| **Derek Somerville – First Somerville Tr. (October 6, 2021)** | |
| ***Defs.' Designation*** | ***Pls.' Objection*** |
| 24:7-9 | Hearsay; vague or ambiguous testimony |
| 25:6-9 | Hearsay; vague or ambiguous testimony |
| 27:1-2 | Hearsay; vague or ambiguous testimony |
| 28 | Hearsay; contains attorney statements |
| 28:8-12 | Duplicative of portion of above designation (28); otherwise object as to hearsay, contains attorney statements |
| 29:3-4 | Hearsay; vague or ambiguous testimony |
| 29:5-31:17 | Hearsay; contains attorney statements |
| 32:20-33:4 | Hearsay |
| 40:11-18 | Hearsay; contains attorney statements |
| 42:15-43:9 | Hearsay; contains attorney statements |
| 45:3-11 | Hearsay; contains attorney statements |
| 46:7-9 | Hearsay; vague or ambiguous testimony; incomplete testimony |
| 46:15-47:15 | Hearsay; contains attorney statements |
| 48:15-21 | Hearsay |
| 48:15-21 | Duplicative of above designation (48:15-21); otherwise, object as to hearsay |
| 49:3-7 | Hearsay; vague or ambiguous testimony |
| 50:15-17 | Hearsay; vague or ambiguous testimony |
| 54:16-21 | Duplicative of portions of the below designation (54:16-55:9); otherwise, object as to hearsay, vague or ambiguous testimony |
| 54:16-55:9 | Hearsay; contains attorney statements |
| 54:22-55:3 | Duplicative of portions of the above designation (54:16-55:9); otherwise, object as to hearsay |
| 55:10-17 | Hearsay; lack of personal knowledge |
| 56:3-8 | Hearsay; lack of personal knowledge |
| 56:18-57:11 | Hearsay; improper legal conclusion |
| 59:1-7 | Hearsay; contains attorney statements |
| 67:3-6 | Hearsay; lack of personal knowledge |
| 76 | Hearsay; incomplete testimony |
| 76:8-14 | Duplicative of portions of the above designation (76); otherwise, object as to hearsay |
| 78 | Hearsay; contains attorney statements; incomplete testimony |
| 78:6-9 | Duplicative of portions of the above designation (78); otherwise, object as to hearsay, vague or ambiguous testimony |
| 81:12-16 | Hearsay; contains attorney statements |
| 82:7-10 | Hearsay |

| | |
|---|---|
| 83:8-15 | Hearsay; improper legal conclusion |
| 84:13-22 | Hearsay; contains attorney statements; improper legal conclusion |
| 85:16-86:10 | Hearsay; contains attorney statements |
| 86:14-18 | Hearsay; exclusively attorney statements |
| 87:21-88:4 | Hearsay |
| 89:22-15 | Not a real transcript designation |
| 89:11-15 | Hearsay; vague or ambiguous testimony |
| 93:11-15 | Hearsay |
| 94:1-5 | Hearsay; incomplete testimony |
| 96:11-97:6 | Hearsay; contains attorney statements |
| 97:22-99:19 | Hearsay; contains attorney statements |
| 99-100 | Partially duplicative of portions of the above designation (97:22-99:19); otherwise, object as to hearsay, contains attorney statements, incomplete testimony |
| 101:22-102:13 | Hearsay |
| 103:6-13 | Hearsay; contains attorney statements |
| 108-09 | Hearsay; contains attorney statements |
| 109:7-13 | Duplicative of portions of the above designation (108-109); otherwise, object as to hearsay |
| 111:5-11 | Hearsay; improper legal conclusion |
| 114:15-20 | Hearsay |
| 120-21 | Hearsay; contains attorney statements; improper legal conclusion; incomplete testimony |
| 123-24 | Hearsay; contains attorney statements; improper legal conclusion; incomplete testimony |
| 124:1-12 | Duplicative of portions of the above designation (123-124); otherwise, object as to hearsay |
| 125 | Hearsay; contains attorney statements; incomplete testimony |
| 127 | Hearsay; contains attorney statements; incomplete testimony |
| 127:9-15 | Duplicative of portions of the above designation (127); otherwise, object as to hearsay, vague or ambiguous testimony |
| 130:14-19 | Hearsay |
| 133-34 | Hearsay; contains attorney statements; incomplete testimony; improper legal conclusion |
| 135:5-9 | Hearsay; exclusively attorney statements |
| 146:18-22 | Hearsay |
| 147:22 | Hearsay; vague or ambiguous testimony; incomplete testimony; irrelevant testimony. To the extent this designation should be read in conjunction with the designation below (in other words as 147:22-148:2), Plaintiffs assert the same objections as to hearsay, vague or ambiguous testimony, incomplete testimony, and irrelevant testimony |
| 148:1-3 | Hearsay; vague or ambiguous testimony; incomplete testimony; irrelevant testimony. To the extent this designation should be read in conjunction with the designation below (in other words as 147:22- |

| | |
|---|---|
| | 148:2), Plaintiffs assert the same objections as to hearsay, vague or ambiguous testimony, incomplete testimony, and irrelevant testimony |
| 150:15-152:4 | Hearsay; contains attorney statements |
| 152-53 | Hearsay; contains attorney statements |
| 153:1-12 | Duplicative of portions of the above designation (152-153); otherwise, object as to hearsay, contains attorney statements |
| 154 | Hearsay; contains attorney statements; incomplete testimony |
| 155:6-8 | Hearsay; vague or ambiguous testimony; incomplete testimony |
| 156 | Hearsay; contains attorney statements; incomplete testimony |
| 157:10-14 | Duplicative of portions of the below designation (157:10-14); otherwise, object as to hearsay, incomplete testimony |
| 157:7-15 | Hearsay |
| 194:4-6 | Not a real transcript designation |
| 196:9-13 | Not a real transcript designation |
| **Derek Somerville – Second Somerville Tr. (January 20, 2022)** | |
| ***Defs.' Designation*** | ***Pls.' Objection*** |
| 20:8-15 | Hearsay; entirely attorney statements |
| 20:18-21:4 | Hearsay; contains attorney statements |
| 22:9-15 | Hearsay; contains attorney statements |
| 22:16-24:8 | Hearsay; contains attorney statements |
| 23:1-6 | Duplicative of portions of the above designation (22:16-24:8); otherwise, object as to hearsay, contains attorney statements |
| 26:10-21 | Hearsay |
| 30:6-32:14 | Hearsay; contains attorney statements |
| 31-34 | Partially duplicative of a portion of the above designation (30:6-32:14). Otherwise, objection to hearsay, contains attorney statements, incomplete testimony |
| 38:2-13 | Hearsay |
| 46-49 | Hearsay; contains attorney statements; incomplete testimony; lack of personal knowledge |
| 49:4-6 | Duplicative of portions of the above designation (46-49); otherwise, object as to hearsay, incomplete testimony, exclusively attorney statements |
| 51:4 | Hearsay; incomplete testimony; irrelevant testimony |
| 66:12-67:5 | Hearsay |
| 71:16-72:19 | Hearsay; contains attorney statements |
| 72:21-73:14 | Hearsay; contains attorney statements; lack of personal knowledge |
| 75:1-84:10 | Hearsay; contains attorney, videographer, and stenographer statements |
| 94:21-22 | Hearsay; vague or ambiguous testimony |
| 95:1-4 | Hearsay |
| 106-11 | Hearsay; contains attorney statements |
| 107:16-21 | Duplicative of portions of the above designation (106-111); otherwise, object as to hearsay |

| | |
|---|---|
| 111:13-14 | Duplicative of portions of the above designation (106-111); otherwise, object as to hearsay |
| 113-14 | Hearsay; contains attorney statements; improper opinion testimony; lack of personal knowledge |
| 116:22 | Hearsay; incomplete testimony; vague or ambiguous testimony. To the extent this designation should be read in conjunction with the designation below (in other words as 116:22-117:3), object as to hearsay and vague or ambiguous testimony. |
| 117:1-3 | Hearsay; incomplete testimony; vague or ambiguous testimony. To the extent this designation should be read in conjunction with the designation below (in other words as 116:22-117:3), object as to hearsay and vague or ambiguous testimony. |
| 132:8-14 | Hearsay |
| 144 | Hearsay; contains attorney statements; incomplete testimony |
| 156:6-8 | Hearsay; vague or ambiguous testimony |
| 156:18-20 | Hearsay; vague or ambiguous testimony |
| 162:16-63:5 | Hearsay; lack of personal knowledge |
| 166:16-19 | Hearsay; exclusively attorney statements; irrelevant testimony; incomplete testimony |
| 170 | Hearsay; irrelevant testimony |
| 171:1-14 | Hearsay; irrelevant testimony |
| 180 | Hearsay; contains attorney statements; irrelevant testimony; lack of personal knowledge |
| 183-185 | Hearsay; contains attorney statements; incomplete testimony |
| 187:5-13 | Hearsay; vague or ambiguous testimony; irrelevant testimony |
| 188:4-22 | Hearsay; irrelevant testimony |
| 189:4-191:1 | Hearsay; contains attorney statements; improper legal conclusion |
| **Catherine Engelbrecht – TTV Tr. (January 26, 2022)** | |
| ***Defs.' Designation*** | ***Pls.' Objection*** |
| 26:1-18 | Hearsay; contains attorney statements |
| 66:12-21 | Hearsay; contains attorney statements |
| 67:16-20 | Hearsay; contains attorney statements |
| 68:16-69:7 | Hearsay; contains attorney statements |
| 69:4-7 | Duplicative of portions of the above designation (68:16-69:7); otherwise, object as to hearsay |
| 71:11-19 | Hearsay; contains attorney statements |
| 71:22-72:1 | Hearsay; incomplete testimony; vague or ambiguous testimony |
| 74:8-17 | Hearsay; contains attorney statements |
| 75:5-18 | Hearsay |
| 76:15-19 | Hearsay |
| 81:16-21 | Hearsay |
| 81:22-82:4 | Hearsay |
| 82:18-21 | Hearsay |
| 83:3-4 | Hearsay; contains attorney statements; incomplete testimony |

| | |
|---|---|
| 85:12-13 | Hearsay; contains attorney statements; incomplete testimony |
| 85:13-20 | Hearsay; vague or ambiguous testimony |
| 85:21-86:9 | Hearsay |
| 86:11-13 | Hearsay; contains attorney statements; incomplete testimony |
| 93:17-95:3 | Hearsay; contains attorney statements |
| 96:5-102:6 | Hearsay; contains attorney statements |
| 146:11-17 | Hearsay; vague or ambiguous testimony |
| 148:18-21 | Hearsay; vague or ambiguous testimony |
| 152:15-154:19 | Hearsay; improper legal conclusion |
| 159:21- 161:2 | Hearsay; contains attorney statements |
| 168:5-22 | Hearsay; contains attorney statements |
| 169:1-5 | Duplicative of portions of the below designation (169:1-12); otherwise, object as to hearsay, incomplete testimony |
| 169:1-12 | Hearsay |
| 169:22-170:18 | Hearsay |
| 171:1-5 | Hearsay; vague or ambiguous testimony |
| 185:1-5 | Hearsay; vague or ambiguous testimony |
| 223:17-224:6 | Hearsay; contains attorney statements |
| 231:11-13 | Duplicative of portions of the below designation (231:11-19); otherwise, object as to hearsay, contains attorney statements, incomplete testimony |
| 231:11-19 | Hearsay; contains attorney statements |
| 244:17- 245:10 | Hearsay; contains attorney statements |
| 248:13-22 | Hearsay; contains attorney statements |
| 253:20-254:4 | Hearsay; contains attorney statements |
| 255:4-256:13 | Hearsay; contains attorney statements |
| 255:6 | Duplicative of portions of the above designation (55:4-256:13); otherwise, object as to hearsay, vague or ambiguous testimony, and incomplete testimony |
| 255:7-11 | Duplicative of portions of the above designation (255:4-256:13); otherwise, object as to hearsay and vague or ambiguous testimony |
| 256:7-13 | Duplicative of portions of the above designation (255:4-256:13); otherwise, object as to hearsay and vague or ambiguous testimony |
| 257:11-14 | Hearsay; contains attorney statements |
| 267:6-268:2 | Hearsay; contains attorney statements; violation of the best evidence rule |
| 268:17-22 | Hearsay; contains attorney statements |
| 276:3-5 | Hearsay; vague or ambiguous testimony |
| 276:19-277:2 | Hearsay; contains attorney statements |
| 277:3-5 | Hearsay; contains attorney statements; incomplete testimony |
| 316:3-12 | Hearsay; contains attorney statements |
| 316:19-317:5 | Hearsay; contains attorney statements |
| 342:15-343:1 | Hearsay; contains attorney statements |

| **Mark Davis – First Davis Tr. (October 4, 2021)** | |
|---|---|
| ***Defs.' Designation*** | ***Pls.' Objection*** |
| 17:6-9 | Hearsay |
| 19:6-13 | Hearsay; irrelevant testimony (not being offered as an expert) |
| 21:14-21 | Hearsay; contains attorney statements |
| 27:4-28:21 | Hearsay; contains attorney statements |
| 28:7-14 | Duplicative of portions of the above designation (27:4-28:21); otherwise, object as to hearsay, contains attorney statements |
| 32:11-33:17 | Hearsay; contains attorney statements |
| 33:18-20 | Hearsay; vague or ambiguous testimony |
| 38:22-39:14 | Hearsay; contains attorney statements |
| 41:10-42:16 | Hearsay; contains attorney statements; lack of personal knowledge |
| 46:12-47:10 | Hearsay; contains attorney statements |
| 58:22-59:9 | Hearsay; contains attorney statements |
| 120:7-22 | Hearsay; improper legal conclusion; improper opinion testimony |
| 132:8-12 | Hearsay; vague or ambiguous testimony |
| 166:5-168:22 | Hearsay; contains attorney statements; lack of personal knowledge |
| 171:4-21 | Hearsay; contains attorney statements |
| **Mark Davis – Second Davis Tr. (January 19, 2022)** | |
| ***Defs.' Designation*** | ***Pls.' Objection*** |
| 28:3-18 | Hearsay; contains attorney statements |
| 28:19-32:17 | Hearsay; contains attorney statements; improper opinion testimony |
| 29:1-17 | Duplicative of portions of the above designation (28:19-32:17); otherwise, object as to hearsay, contains attorney statements |
| 36:14-37:6 | Hearsay; contains attorney statements; lack of personal knowledge |
| 40:19-41:5 | Hearsay; lack of personal knowledge |
| 46:3-14 | Hearsay; contains attorney statements |
| 59:7-81 | Not a real designation. If this was intended to be designated as 59:7-18, objection as to hearsay, contains attorney statements, contains incomplete testimony, contains improper legal conclusions |
| 59:8-11 | Duplicative of portions of the above designation (if intended to be 59:7-18); otherwise, object as to hearsay, improper legal conclusion |
| 60:16-61:3 | Hearsay; contains attorney statements |
| 67:5-68:8 | Hearsay; improper legal conclusion |
| 70:22-71:16 | Hearsay; contains attorney statements; lack of personal knowledge |
| 80:7-10 | Hearsay; vague or ambiguous testimony |
| 86:22-87:3 | Hearsay |
| 90:14-21 | Hearsay; lack of personal knowledge |
| 95:4-9 | Hearsay |
| 140:4-22 | Hearsay; improper legal conclusion |
| 144:7-15 | Hearsay; contains attorney statements |
| 168:8-170:3 | Hearsay; improper opinion testimony |

| | |
|---|---|
| 169:10-17 | Duplicative of portions of the above designation (169:10-17); otherwise, object as to hearsay, incomplete testimony; improper opinion testimony |
| 175:4-14 | Hearsay; contains attorney statements; lack of personal knowledge |
| 185:15-188:4 | Hearsay; contains attorney statements; improper opinion testimony |
| 199:9-18 | Hearsay; contains attorney statements; improper legal conclusion |
| **Gregg Phillips – OpSec Tr. (January 25, 2022)** | |
| ***Defs.' Designation*** | ***Pls.' Objection*** |
| 36:19 | Hearsay; incomplete testimony; vague or ambiguous testimony |
| 54:21 | Hearsay; vague or ambiguous testimony |
| 57:11-21 | Hearsay; contains attorney statements |
| 71:13 | Hearsay; incomplete testimony; vague or ambiguous testimony |
| 93:16-94:2 | Hearsay; contains attorney statements; improper opinion testimony |
| 94:17 | Hearsay; incomplete testimony; vague or ambiguous testimony; improper opinion testimony |
| 95:3-9 | Hearsay; improper opinion testimony |
| 95:14-15 | Hearsay; incomplete testimony; vague or ambiguous testimony; improper opinion testimony |
| 95:17-18 | Hearsay; incomplete testimony; improper opinion testimony |
| 96:3-11 | Hearsay; improper opinion testimony |
| 96:12-17 | Hearsay; contains attorney statements; improper opinion testimony |
| 97:2-4 | Hearsay; vague or ambiguous testimony |
| 106:22-107:3 | Hearsay; contains attorney statements |
| 107:13-108:4 | Hearsay; contains attorney statements; improper opinion testimony |
| 108:8-11 | Hearsay; incomplete testimony; vague or ambiguous testimony; improper opinion testimony |
| 108:16-22 | Hearsay; contains attorney statements; improper opinion testimony |
| 112:1-9 | Hearsay; contains attorney statements; incomplete testimony; improper opinion testimony |
| 113:6-17 | Hearsay; contains attorney statements |
| 113:22-114:3 | Hearsay; vague or ambiguous testimony; improper opinion testimony |
| 116:12-16 | Hearsay; vague or ambiguous testimony; improper opinion testimony |
| 118:3-11 | Hearsay; contains attorney statements; improper opinion testimony |
| 118:11-15 | Hearsay; contains attorney statements; improper opinion testimony |
| 118:19-119:22 | Hearsay; contains attorney statements; improper opinion testimony |
| 119:5-9 | Duplicative of portions of the above designation (118:19-119:22); otherwise, object as to hearsay, contains attorney statements, improper opinion testimony |
| 119:16-22 | Duplicative of portions of the above designation (118:19-119:22); otherwise, object as to hearsay, improper opinion testimony |
| 120:12-20 | Hearsay; contains attorney statements; improper opinion testimony |
| 125:2 | Hearsay; incomplete testimony; vague or ambiguous testimony |
| 125:17-19 | Hearsay; vague or ambiguous testimony |
| 126:9-16 | Hearsay; contains attorney statements |

| | |
|---|---|
| 126:22-127:5 | Hearsay; contains attorney statements |
| 127:12-128:2 | Hearsay; contains attorney statements |
| 128:1-2 | Duplicative of portions of the above designation (127:12-128:2); otherwise, object as to hearsay, vague or ambiguous testimony |
| 128:3-7 | Hearsay; contains attorney statements; improper opinion testimony |
| 129:8-12 | Hearsay; contains attorney statements; improper opinion testimony |
| 129:16-130:1 | Hearsay; contains attorney statements; improper opinion testimony |
| 135:20- 136:8 | Hearsay; contains attorney statements |
| 138:16-22 | Hearsay; contains attorney statements; improper opinion testimony |
| 140:8-141:7 | Hearsay; contains attorney statements; improper opinion testimony |
| 141:11-20 | Hearsay; contains attorney statements; improper opinion testimony |
| 145:5-18 | Hearsay; contains attorney statements; improper opinion testimony |
| 145:19-146:7 | Hearsay; contains attorney statements; improper opinion testimony |
| 146:8-14 | Hearsay; contains attorney statements |
| 149:2-4 | Hearsay; contains attorney statements |
| 149:9-13 | Hearsay; contains attorney statements |
| 149:14-17 | Hearsay; contains attorney statements |
| 150:16-18 | Hearsay; vague or ambiguous testimony |
| 151:13-16 | Hearsay; incomplete testimony; vague or ambiguous testimony; improper opinion testimony |
| 152:6-9 | Hearsay; contains attorney statements |
| 163:13-164:8 | Hearsay; contains attorney statements |
| 164:18-165:5 | Hearsay; contains attorney statements |
| 166:1-18 | Hearsay; contains attorney statements |
| 167:22-168:10 | Hearsay; contains attorney statements |
| **Davis Interrog. Resp. Ct. Order Resp. No. 3** | |
| ***Defs.' Designation*** | ***Pls.' Objection*** |
| 164:19-165:9 | Not a real deposition designation under "Davis Interrog. Resp. Ct. Order Resp. No. 3" However, if this designation was for a deposition transcript of Mark Davis (although it is not clear which one), object as to hearsay. |
| 166:21-168:14 | Not a real deposition designation under "Davis Interrog. Resp. Ct. Order Resp. No. 3" However, if this designation was for a deposition transcript of Mark Davis (although it is not clear which one), object as to hearsay. |
| **Mark Williams – Williams Tr. (September 23, 2021)** | |
| ***Defs.' Designation*** | ***Pls.' Objection*** |
| 19:4-18 | Hearsay; contains attorney statements |
| 21:11-22:15 | Hearsay; contains attorney statements |
| 23:3-24:7 | Hearsay; contains attorney statements |
| 35:4-15 | Hearsay; contains attorney statements |
| 63:2-64:1 | Hearsay; contains attorney statements |

| **Jocelyn Heredia – Heredia Tr. (October 15, 2021)** | |
|---|---|
| ***Defs.' Designation*** | ***Pls.' Objection*** |
| 13:1-13 | Hearsay; exclusively attorney statements |
| 20:13-21:7 | Hearsay; contains attorney statements |
| 48:1-9 | Hearsay; contains attorney statements; incomplete testimony. To the extent this designation is supposed to be read in conjunction with the following designation (in other words as 48:1-15), object as to hearsay, contains attorney statements |
| 48:10-15 | Hearsay; contains attorney statements; incomplete testimony. To the extent this designation is supposed to be read in conjunction with the following designation (in other words as 48:1-15), object as to hearsay, contains attorney statements |
| 48:16-49:3 | Hearsay; contains attorney statements |
| 49:4-50:2 | Hearsay; contains attorney statements |
| 23:22-24:7 | Duplicative of portions of the below designation (23:22-24:13); otherwise, object as to hearsay, contains attorney statements |
| 23:22-24:13 | Hearsay; contains attorney statements |
| 24:8-13 | Duplicative of portions of the above designation (23:22-24:13); otherwise, object as to hearsay, contains attorney statements |
| 45:9-14 | Hearsay; contains attorney statements |

Respectfully submitted, this 12th day of October, 2023.

Allegra J. Lawrence
Georgia Bar No. 439797
Leslie J. Bryan
Georgia Bar No. 091175
Maia Cogen
Georgia Bar No. 832438
Michelle L. McClafferty
Georgia Bar No. 161970
**LAWRENCE & BUNDY LLC**
1180 West Peachtree Street, Suite 1650
Atlanta, GA 30309
Telephone: (404) 400-3350
Fax: (404) 609-2504
allegra.lawrence-hardy@lawrencebundy.com
leslie.bryan@lawrencebundy.com
maia.cogen@lawrencebundy.com
michelle.mcclafferty@lawrencebundy.com

*/s/ Uzoma N. Nkwonta*
Marc E. Elias*
Uzoma N. Nkwonta*
Christina A. Ford*
Tina Meng Morrison*
Marcos Mocine-McQueen*
Joel J. Ramirez*
Jacob D. Shelly*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave., Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
melias@elias.law
unkwonta@elias.law
cford@elias.law
tmengmorrison@elias.law
mmcqueen@elias.law
jramirez@elias.law
jshelly@elias.law

*Counsel for Plaintiffs*
*Admitted *pro hac vice*

**CERTIFICATE OF COMPLIANCE**

Pursuant to LR 7.1(D), N.D. Ga., I hereby certify that the foregoing Plaintiffs' Objections to Defendants' Rule 26(A)(3) Deposition Designations has been prepared in accordance with the font type and margin requirements of LR 5.1, N.D. Ga., using a font type of Times New Roman and a point size of 14.

This 12th day of October, 2023 *_/s/ Uzoma N. Nkwonta_*

Uzoma N. Nkwonta

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing Plaintiffs' Objections to Defendants' Rule 26(A)(3) Deposition Designations with the Clerk of Court using the CM/ECF system, which will automatically send-e-mail notification to all counsel of record.

This 12th day of October, 2023 *_/s/ Uzoma N. Nkwonta_*

Uzoma N. Nkwonta