# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, and JANE DOE,<br><br>    Plaintiffs,<br><br>    v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER,<br><br>    Defendants. | Civil Action No.<br>2:20-cv-00302-SCJ |

## PLAINTIFFS' RENEWED MOTION IN LIMINE TO EXCLUDE IMPROPER EXPERT TESTIMONY

Plaintiffs Fair Fight, Inc., Scott Berson, and Jane Doe file this Renewed Motion in Limine to exclude Defendants from offering any expert testimony concerning the reliability or accuracy of Defendants' challenges that fails to comply with Federal Rules of Evidence 701 and 702. The basis for the motion is more fully set forth in the accompanying brief in support of the Motion in Limine.

Respectfully submitted, this 12th day of October, 2023.

| | |
|---|---|
| Allegra J. Lawrence<br>Georgia Bar No. 439797<br>Leslie J. Bryan<br>Georgia Bar No. 091175<br>Maia Cogen<br>Georgia Bar No. 832438<br>**LAWRENCE & BUNDY LLC**<br>1180 West Peachtree Street, Suite 1650<br>Atlanta, GA 30309<br>Telephone: (404) 400-3350<br>Fax: (404) 609-2504<br>allegra.lawrence-hardy@lawrencebundy.com<br>leslie.bryan@lawrencebundy.com<br>maia.cogen@lawrencebundy.com | /s/ Uzoma N. Nkwonta<br>Marc E. Elias*<br>Uzoma N. Nkwonta*<br>Christina A. Ford*<br>Tina Meng Morrison*<br>Marcos Mocine-McQueen*<br>Joel J. Ramirez*<br>Jacob Shelly*<br>**ELIAS LAW GROUP LLP**<br>10 G Street NE, Suite 600<br>Washington, D.C. 20002<br>Telephone: (202) 968-4490<br>melias@elias.law<br>unkwonta@elias.law<br>cford@elias.law<br>tmengmorrison@elias.law<br>mmcqueen@elias.law<br>jramirez@elias.law<br>jshelly@elias.law<br><br>*Counsel for Plaintiffs*<br>*Admitted *pro hac vice* |

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1(D), N.D. Ga., I hereby certify that the foregoing *Renewed Motion in Limine to Exclude Improper Expert Evidence* has been prepared in accordance with the font type and margin requirements of LR 5.1, N.D. Ga., using a font type of Times New Roman and a point size of 14.

This 12th day of October, 2023       */s/ Uzoma N. Nkwonta*
                                     Uzoma N. Nkwonta

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing *Renewed Motion in Limine to Exclude Improper Expert Evidence* with the Clerk of Court using the CM/ECF system, which will automatically send-e-mail notification to all counsel of record.

This 12th day of October, 2023

                                     */s/ Uzoma Nkwonta*
                                     Uzoma Nkwonta