# Exhibit B

**CHALLENGED VOTERS FOR THE SPECIAL REPUBLICAN PARTY PRIMARY ELECTION, APRIL 9, 2019**

Mark Davis: This was the list of challenged voters in the first House 28 court case.  It included the Sheriff, who does not live in Banks county. His residency was challenged by the lunch lady at one of the schools up there, so he got a relative to fabricate a bogus survey, which he again trotted out in this hearing and the judge accepted it. Fox 5 news later found that the county had altered the map on their website a few days before the hearing. It has since been returned to the way it was originally.

| REGISTRATION NUMBER | VOTER NAME | RESIDENCE ADDRESS | REASON | |
|---|---|---|---|---|
| 00001374 | David A. Bray | 140 Bradley Dr  BaldwinGA        30511-2932 | Registered in wrong county.  Lives in Habersham Co. HD 10 | B |
| b00002405 | Patti. F. Bray | 140 Bradley Dr Baldwin GA        30511-2932 | Registered in wrong county.  Lives in Habersham Co. HD 10 | B |
| 3662845 | Charles Edward Akers Jr. | 149 Hazelwood Dr. Mt. Airy GA | Registered in HD 28 Habersham  - wife was part of litigation. Current location possible Banks Co. | H |
| 1294368 | James Michael Garroutte | 497 Jim Dodd Rd Mount Airy GA        30563-2010 | Lives in HD 10.  This address is HD 28 | H |
| 00002285 | JenniferLeah    Griffin | 791 John Morris Rd        Maysville        GA | Lives in HD 31.  This address is HD 28 | B |
| 00004122 | William Acie    Griffin  III | 791 John Morris Rd        Maysville        GA | Lives in HD 31.  This address is HD 28 | B |
| 10622474 | Conner Owen    Speed | 1654 Wells Rd  Carnesville        GA        30521-1723 | This address is in HD 32 | B |
| 00003831 | Kristie      Elaine      Speed | 1654 Wells Rd  Carnesville        GA        30521-1723 | This address is in HD 32 | B |
| 01179551 | Billy     C.        Speed | 1654 Wells Rd  Carnesville        GA        30521-1723 | This address is in HD 32 | B |
| 2892858 | Tina    Marie  Benoit | 1212 Bear Gap Rd        Clarkesville        GA        30523-1468 | This voter lives in HD 28 and meets all qualifications. | H |
| 00004785 | MOON, MATTHEW B | 2526 HIGHWAY 323 GILLSVILLE 30543" | Voter lives at the address we are providing. | B |
| 00000752 | MORGAN, RANDALL LAMAR | "363 POOLE RD HOMER 30547" | Voter lives in Barrow County | B |
| 00004654 | DEMORE, JAYNE | "1134 BALDWIN FALLS RD BALDWIN 30511" | Voter deceased | B |
| 08840532 | BEASLEY, KRISTIN KAYLA | | Voter lives out of HD 28 and out of county. | B |
| 00001776 | CAUDELL, BOBBY JOE | "2855 HIGHWAY 105 BALDWIN 30511 - 2614" | Voter deceased | B |
| 00003609 | GOWDER, J KEITH | "1215 DAMASCUS RD HOMER 30547" | Voter lives in Westminister S.C. | B |

| 00000695 | SLATON, MARY M | "1742 DAMASCUS RD HOMER 30547" | Voter lives in Texas | B |
| 06039424 | AYERS, BETTY ARCHER | "3896 HIGHWAY 63 CARNESVILLE 30521 - 1815" | Voter deceased | B |
| 00000300 | DALTON, VERA M | "499 MCCOY BRIDGE RD HOMER 30547 - 2238" | Voter deceased | B |
| 07112800 | DIEHL, KIRSTEN REBECCA | "3779 HIGHWAY 63 CARNESVILLE 30521 - 1820" | Voter not at this address | B |
| 11704053 | DIEHL, KYLE ADOLPH | "3779 HIGHWAY 63 CARNESVILLE 30521" | Voter not at this address | B |
| 00916015 | SMITH, BEVERLY SUE | "363 LEWIS DR HOMER 30547 - 1803" | Voter lives in the state of Florida | B |
| 00916040 | SMITH, KENNETH W | "363 LEWIS DR HOMER 30547 - 1803" | Voter lives in the state of Florida | B |
| 00000784 | WILLIAMS, MARY GENELL | "1709 HIGHWAY 51 N HOMER 30547 - 2109" | Voter deceased | B |
| 00645560 | LOWE, CINDY LUCILLE | "2425 KESLER RD CARNESVILLE 30521 - 7019" | Voter lives in HD 32 | B |
| 00645553 | LOWE, JARRETT SCOTT | "2425 KESLER RD CARNESVILLE 30521 - 7019" | Voter lives in HD 32 | B |
| 10194463 | LOWE, MATTHEW SCOTT | "2425 KESLER RD CARNESVILLE 30521 - 7019" | Voter lives in HD 32 | B |
| 00643674 | PARNICAN, BRENDA OLIVER | "2427 KESLER RD CARNESVILLE 30521 - 7019" | Voter lives in HD 32 | B |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |