# Exhibit D

 Dan Gasaway <votegasaway@gmail.com>

# FW: Proposed Amended Order In Gasaway v Erwin, et al (2)
5 messages

**Jake.Evans@hklaw.com** <Jake.Evans@hklaw.com>  Tue, Mar 5, 2019 at 5:50 PM
To: votegasaway@gmail.com, mark.davis@dataproductions.com

**Jake Evans | Holland & Knight**
Associate

Holland & Knight LLP
1180 West Peachtree Street, Suite 1800 | Atlanta GA 30309
Phone 404.817.8438 | Fax 404.541.4417
jake.evans@hklaw.com | www.hklaw.com

_____
Add to address book | View professional biography

**From:** Donnie Hunt <hunt@huntandtaylor.com>
**Sent:** Tuesday, March 5, 2019 11:11 AM
**To:** David Sweat <judgedavidsweat@gmail.com>
**Cc:** Evans, Jake (ATL - X48438) <Jake.Evans@hklaw.com>; Bryan Tyson <bpt@sbllaw.net>; rfrost@smf-law.com; 'branck@toccoalaw.com' <branck@toccoalaw.com>; Donnie Hunt <hunt@huntandtaylor.com>
**Subject:** Proposed Amended Order In Gasaway v Erwin, et al (2)

Judge Sweat:

In implementing your order of February 8, 2019, the Counties discovered that practically it was going to be quite difficult to produce the Approved Eligible Voters List as of November 6, 2018. For example, over 500 hundred people have moved in Habersham County. Some have moved out of the county while others have moved within the county – sometimes remaining in HD 28 and sometimes not. The lists produced by the Secretary of State already has those names deleted from the preliminary eligible voters list. To comply with the Court's order as written, each county would have to identify each and every voter who moved after November 6 and add that voter back to the list. All counsel saw that as creating the opportunity for potential errors. After a conference call yesterday, counsel for

the two candidates as well as counsel for all three counties agreed that language used in the Court's first order scheduling the December 4, 2018 election was preferable. Attached you will a Word version of the proposed order which will allow the Court to make any desired changes. Also attached is a "pdf" format of Page 3 of the proposed order which contains the signatures of counsel for all parties approving and consenting to the proposed order submitted herewith. On behalf of all counsel, I ask that the Court consider our proposed amendment and, if the Court finds it appropriate and consistent with the Court's previous decisions herein, that the Court issue the amended order.

Sincerely,

Donnie Hunt

County Attorney

Habersham County, Georgia

---

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

---

**2 attachments**

 **Amendment to Final Order 03052019 (Without Signature Page).DOCX**
25K

 **Amended Final Order Signature Page.pdf**
147K

---

**Dan Gasaway** <votegasaway@gmail.com>                                      Tue, Mar 5, 2019 at 6:29 PM
To: Jake.Evans@hklaw.com

Jake,

Before you sign this, let's wait and add the changes to the voter rolls?

Remove Speed's, Griffin's, etc.

Dan
[Quoted text hidden]

**Jake.Evans@hklaw.com** <Jake.Evans@hklaw.com>  
To: votegasaway@gmail.com
Tue, Mar 5, 2019 at 7:31 PM

We have to file our objections tomorrow.  Have you been able to put them in a document?

**Jake Evans | Holland & Knight**
Associate

Holland & Knight LLP
1180 West Peachtree Street, Suite 1800 | Atlanta GA 30309
Phone 404.817.8438 | Fax 404.541.4417
jake.evans@hklaw.com | www.hklaw.com

_____
Add to address book | View professional biography

[Quoted text hidden]

---

**Dan Gasaway** <votegasaway@gmail.com>  
To: Jake.Evans@hklaw.com
Tue, Mar 5, 2019 at 8:31 PM

I will have them all in your document by tomorrow at 12.

Dan

[Quoted text hidden]

---

**Jake.Evans@hklaw.com** <Jake.Evans@hklaw.com>  
To: votegasaway@gmail.com
Wed, Mar 6, 2019 at 11:16 AM

Send over those objections when can.

**Jake Evans | Holland & Knight**
Associate

Holland & Knight LLP
1180 West Peachtree Street, Suite 1800 | Atlanta GA 30309

Phone 404.817.8438 | Fax 404.541.4417
jake.evans@hklaw.com | www.hklaw.com

_____
Add to address book | View professional biography

**From:** David Sweat <judgedavidsweat@gmail.com>
**Sent:** Wednesday, March 6, 2019 9:04 AM
**To:** Donnie Hunt <hunt@huntandtaylor.com>; david.sweat@accgov.com
**Cc:** Evans, Jake (ATL - X48438) <Jake.Evans@hklaw.com>; Bryan Tyson <bpt@sbllaw.net>; rfrost@smf-law.com; branck@toccoalaw.com
**Subject:** Re: Proposed Amended Order In Gasaway v Erwin, et al (2)

I am fine with the proposed order.

Do we need to amend the dates mentioned?  Will the parties be able to still meet the March 11 deadline?

By the way, judgedavidsweat@gmail.com is an email address which I use for my mediation and arbitration practice.  I prefer to use david.sweat@accgov.com for my senior judge work.

I am copying this email to that address so that we can continue you the thread there.

David Sweat

On Tue, 5 Mar 2019 at 11:10, Donnie Hunt <hunt@huntandtaylor.com> wrote:
> Judge Sweat:
>
>       In implementing your order of February 8, 2019, the Counties discovered that practically it was going to be quite difficult to produce the Approved Eligible Voters List as of November 6, 2018. For example, over 500 hundred people have moved in Habersham County. Some have moved out of the county while others have moved within the county – sometimes remaining in HD 28 and sometimes not. The lists produced by the Secretary of State already has those names deleted from the preliminary eligible voters list. To comply with the Court's order as written, each county would have to identify each and every voter who moved after November 6 and add that voter back to the list. All counsel saw that as creating the opportunity for potential errors. After a conference call yesterday, counsel for the two candidates as well as counsel for all three counties agreed that language used in the Court's first order scheduling the December 4, 2018

election was preferable. Attached you will a Word version of the proposed order which will allow the Court to make any desired changes. Also attached is a "pdf" format of Page 3 of the proposed order which contains the signatures of counsel for all parties approving and consenting to the proposed order submitted herewith. On behalf of all counsel, I ask that the Court consider our proposed amendment and, if the Court finds it appropriate and consistent with the Court's previous decisions herein, that the Court issue the amended order.

Sincerely,

Donnie Hunt

County Attorney

Habersham County, Georgia

[Quoted text hidden]