UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| **Fair Fight, Inc., Scott Berson,** and **Jane Doe**,<br><br>*Plaintiffs,*<br><br>v.<br><br>**True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, and James Cooper,**<br><br>*Defendants*. | Civ. No. 2:20-cv-00302-SCJ<br><br>Hon. Steve C. Jones |

### DEFENDANTS' DESIGNATIONS

Defendants True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, and James Cooper (collectively, "Defendants") ask the Court to include the following excerpts for the purpose of optional completeness should the deposition excerpts Plaintiffs have identified be admitted:

**Deposition of OpSec LLC and Gregg Phillips**
**January 25, 2022**

| Witness | Plaintiffs' Designations | Defendants' Designation for Optional Completeness |
|---|---|---|
| OpSec/Phillips | 23:6 → 23:9 | 21:11 → 21:15 |

1

| Witness | Plaintiffs' Designations | Defendants' Designation for Optional Completeness |
|---|---|---|
| OpSec/Phillips | 41:6 → 44:19 | |
| OpSec/Phillips | 85:9 → 86:3 | |
| OpSec/Phillips | 103:5 → 103:16 | 104:7 → 104:16 |
| OpSec/Phillips | 106:22 → 107:3 | |
| OpSec/Phillips | 107:9 → 107:14 | |
| OpSec/Phillips | 109:1 → 109:3 | 108:17 → 108:22 |
| OpSec/Phillips | 112:4 → 112:19 | 111:2 → 112:3 |
| OpSec/Phillips | 113:20 → 114:7 | |
| OpSec/Phillips | 114:8 → 114:18 | |
| OpSec/Phillips | 118:16 → 118:18 | |
| OpSec/Phillips | 121:3 → 121:6 | |
| OpSec/Phillips | 122:17 → 123:5 | |
| OpSec/Phillips | 123:9 → 124:14 | |
| OpSec/Phillips | 125:12 → 127:19 | |
| OpSec/Phillips | 129:16 → 130:1 | |
| OpSec/Phillips | 131:3 → 131:16 | |
| OpSec/Phillips | 134:22 → 135:13 | |
| OpSec/Phillips | 136:4 → 136:13 | |
| OpSec/Phillips | 136:16 → 138:6 | |
| OpSec/Phillips | 139:1 → 139:3 | |
| OpSec/Phillips | 139:8 → 139:15 | |
| OpSec/Phillips | 140:8 → 141:10 | |
| OpSec/Phillips | 141:17 → 141:19 | 141:11 → 141:16 |
| OpSec/Phillips | 146:8 → 146:14 | |
| OpSec/Phillips | 147:20 → 147:22 | |
| OpSec/Phillips | 148:4 → 148:7 | |
| OpSec/Phillips | 148:13 → 148:18 | |
| OpSec/Phillips | 150:1 → 150:18 | |
| OpSec/Phillips | 151:12 → 151:20 | |
| OpSec/Phillips | 164:16 → 165:5 | |

**Deposition of Derek Somerville (Part I)**
**October 6, 2021**

| Witness | Plaintiffs' Designations | Defendants' Designation for Optional Completeness |
|---|---|---|
| D. Somerville | 20:2 → 22:22 | |

| Witness | Plaintiffs' Designations | Defendants' Designation for Optional Completeness |
|---|---|---|
| D. Somerville | 24:5 → 28:20 | 29:3 → 29:4 |
| D. Somerville | 29:10 → 34:1 | 34:5 → 34:17 |
| D. Somerville | 38:6 → 39:17 | |
| D. Somerville | 41:18 → 44:1 | 44:6 → 44:15 |
| D. Somerville | 46:13 → 48:4 | 48:15 → 48:21 |
| D. Somerville | 55:18 → 56:14 | 46:2 → 46:9 |
| D. Somerville | 87:17 → 88:4 | 76:8 → 76:22 |
| D. Somerville | 88:17 → 89:20 | 100:2 → 100:15 |
| D. Somerville | 91:5 → 91:10 | |
| D. Somerville | 92:6 → 93:3 | 30:12 → 30:13 |
| D. Somerville | 93:4 → 94:10 | |
| D. Somerville | 98:5 → 98:13 | 100:2 → 100:15 |
| D. Somerville | 100:17 → 101:3 | |
| D. Somerville | 103:6 → 104:6 | |
| D. Somerville | 107:7 → 109:13 | 109:14 → 110:9 |
| D. Somerville | 113:10 → 114:20 | |
| D. Somerville | 116:12 → 117:9 | |
| D. Somerville | 119:9 → 123:10 | 124:9 → 125:3 |
| D. Somerville | 124:4 → 124:8 | 48:15 → 48:21 |
| D. Somerville | 148:15 → 148:19 | 54:4 → 54:8 |

## Deposition of Derek Somerville (Part II)
## January 20, 2022

| Witness | Plaintiffs' Designations | Defendants' Designation for Optional Completeness |
|---|---|---|
| D. Somerville | 20:8 → 24:6 | |
| D. Somerville | 68:17 → 69:7 | 69:12 → 69:17 & 70:1 → 70:9 |
| D. Somerville | 71:12 → 73:14 | 70:1 → 70:9 |
| D. Somerville | 73:15 → 74:3 | 74:4 → 74:8 |
| D. Somerville | 86:8 → 86:22 | 87:2 → 87:7 |
| D. Somerville | 87:16 → 88:14 | 88:15 → 89:3 |
| D. Somerville | 103:7 → 104:15 | 104:20 → 105:6 |
| D. Somerville | 136:17 → 139:8 | |
| D. Somerville | 169:4 → 170:22 | |
| D. Somerville | 184:3 → 184:10 | 183:18 → 183:21 & 184:11 → 184:21 |

## Deposition of Mark Davis (Part I)
## October 4, 2021

| Witness | Plaintiffs' Designations | Defendants' Designation for Optional Completeness |
|---|---|---|
| M. Davis | 35:7 → 37:15 | |
| M. Davis | 37:16 → 38:19 | 38:22 → 39:14 |
| M. Davis | 48:1 → 49:10 | |
| M. Davis | 49:12 → 50:11 | 50:12 → 51:18 |
| M. Davis | 65:12 → 65:22 | |
| M. Davis | 148:3 → 150:9 | |
| M. Davis | 151:2 → 151:16 | 151:17 → 152:18 |
| M. Davis | 152:19 → 153:18 | 153:19 → 155:2 |
| M. Davis | 164:17 → 165:8 | |
| M. Davis | 171:5 → 171:21 | 171:22 → 172:16 |

## Deposition of Mark Davis (Part II)
## January 19, 2022

| Witness | Plaintiffs' Designations | Defendants' Designation for Optional Completeness |
|---|---|---|
| M. Davis | 29:3 → 30:01 | |
| M. Davis | 36:14 → 37:6 | 37:7 → 37:15 |
| M. Davis | 40:8 → 40:14 | |
| M. Davis | 93:3 → 93:9 | |
| M. Davis | 93:20 → 94:6 | 95:10 → 95:16 |
| M. Davis | 94:7 → 95:3 | |
| M. Davis | 95:17 → 96:5 | |
| M. Davis | 103:22 → 104:3 | |
| M. Davis | 109:10 → 110:22 | |
| M. Davis | 126:14 → 126:16 | |
| M. Davis | 137:7 → 137:17 | |
| M. Davis | 139:14 → 140:22 | 138:9 → 138:16 |
| M. Davis | 205:7 → 207:20 | 201:13 → 204:12 |

## Deposition of Ron Johnson
## September 29, 2021

| Witness | Plaintiffs' Designations | Defendants' Designation for Optional Completeness |
|---|---|---|
| R. Johnson | 20:10 → 22:6 | 20:7-9 & 22:7-21 |
| R. Johnson | 24:2 → 24:6 | 25:13 → 26:13 |
| R. Johnson | 29:11 → 29:19 | 30:7-13 & 33:10 → 34:21 |
| R. Johnson | 42:17 → 43:2 | |
| R. Johnson | 70:17 → 70:22 | |
| R. Johnson | 71:11 → 72:10 | |
| R. Johnson | 73:15 → 75:12 | |

## Deposition of Mark Williams
## September 23, 2021

| Witness | Plaintiffs' Designations | Defendants' Designation for Optional Completeness |
|---|---|---|
| M. Williams | 17:22 → 18:10 | |
| M. Williams | 18:22 → 19:8 | |
| M. Williams | 19:13 → 19:22 | |
| M. Williams | 22:19 → 22:21 | |
| M. Williams | 23:17 → 24:7 | 24:8-19 |
| M. Williams | 36:2 → 36:18 | |
| M. Williams | 36:22 → 37:2 | 37:3-21 |
| M. Williams | 40:2 → 40:5 | 40:6-11 |
| M. Williams | 58:12 → 58:16 | |
| M. Williams | 59:6 → 59:12 | 59:13-18 |
| M. Williams | 61:8 → 61:11 | 61:12 → 62:1 |
| M. Williams | 63:3 → 63:15 | |
| M. Williams | 64:3 → 64:6 | |
| M. Williams | 64:6 → 64:18 | 64:19 → 65:1 |
| M. Williams | 65:2 → 65:12 | |

## Deposition of James Cooper
## September 22, 2021

| Witness | Plaintiffs' Designations | Defendants' Designation for Optional Completeness |
|---|---|---|
| J. Cooper | 11:9 → 13:19 | |
| J. Cooper | 15:18 → 16:5 | |
| J. Cooper | 25:13 → 26:4 | 26:5 → 27:4 |
| J. Cooper | 27:5 → 27:21 | |
| J. Cooper | 29:18 → 30:11 | |
| J. Cooper | 33:3 → 34:13 | |
| J. Cooper | 36:5 → 36:16 | |
| J. Cooper | 36:17 → 37:19 | 37:20 → 38:10 |
| J. Cooper | 38:11 → 40:1 | |
| J. Cooper | 43:2 → 43:21 | |
| J. Cooper | 45:1 → 46:3 | 46:4 → 46:19 |
| J. Cooper | 46:20 → 47:19 | |
| J. Cooper | 53:3 → 53:18 | 53:19 → 54:2 |
| J. Cooper | 57:17 → 58:9 | |
| J. Cooper | 60:16 → 65:21 | |
| J. Cooper | 66:18 → 67:16 | |
| J. Cooper | 70:5 → 71:1 | |
| J. Cooper | 74:11 → 76:4 | |
| J. Cooper | 96:16 → 96:19 | |
| J. Cooper | 103:3 → 103:11 | |
| J. Cooper | 105:5 → 105:13 | |
| J. Cooper | 111:18 → 112:16 | 11:2-17 |
| J. Cooper | 128:22 → 130:20 | |
| J. Cooper | 137:7 → 138:17 | |
| J. Cooper | 139:8 → 139:14 | |
| J. Cooper | 114:11 → 145:1 | |

### Deposition of Joseph Martin
### September 28, 2021

| Witness | Plaintiffs' Designations | Defendants' Designation for Optional Completeness |
|---|---|---|
| J. Martin | 16:20 → 17:8 | |
| J. Martin | 20:20 → 21:10 | |
| J. Martin | 21:13 → 21:22 | |
| J. Martin | 23:5 → 23:12 | |
| J. Martin | 30:15 → 31:13 | |
| J. Martin | 33:5 → 33:13 | |
| J. Martin | 33:14 → 37:5 | |
| J. Martin | 38:7 → 39:2 | |
| J. Martin | 39:3 → 39:10 | |
| J. Martin | 42:5 → 43:7 | |
| J. Martin | 50:17 → 51:6 | 51:7-16 |
| J. Martin | 52:22 → 54:15 | |
| J. Martin | 55:7 → 57:15 | 57:16 → 58:4 |
| J. Martin | 59:20 → 67:8 | 67:9-14 |
| J. Martin | 69:2 → 69:8 | 69:9-21 |
| J. Martin | 71:18 → 76:5 | |
| J. Martin | 78:6 → 78:9 | |
| J. Martin | 102:4 → 103:13 | |

Respectfully submitted,

By: */s/ Jake Evans*
Jake Evans, Esq.
GA Bar No. 797018
GREENBERG TRAURIG, LLP
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
P: (678) 553-2100
F: (678) 553-2212
Jake.Evans@gtlaw.com
*Local Counsel for Defendants*

By: */s/ Michael J. Wynne*
Michael J. Wynne*
TX Bar No. 785289
mwynne@gwafirm.com
Cameron Powell*
DC Bar No. 459020
cpowell@gwafirm.com
GREGOR WYNNE ARNEY, PLLC
909 Fannin Street, Suite 3800
Houston, TX 77010
Telephone: (281) 450-7403
*Counsel for Defendants*

**Admitted Pro Hac Vice*

## **CERTIFICATE OF COMPLIANCE**

I certify the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, NDGA, using font type of Times New Roman and point size of 14.

By: */s/ Michael J. Wynne**
Michael J. Wynne

**Admitted Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I certify that today I filed a copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of filing to all counsel of record.

Dated: October 12, 2023

By: /s/ *Michael J. Wynne**
Michael J. Wynne

**Admitted Pro Hac Vice*