# Exhibit E

## Tina Meng Morrison

| | |
|---|---|
| **From:** | Cameron Powell <cpowell@gwafirm.com> |
| **Sent:** | Tuesday, May 23, 2023 8:18 PM |
| **To:** | Michael Wynne; Paikowsky, Dana (CRT) |
| **Cc:** | Jacob Shelly; Tina Meng Morrison; jevans@hallboothsmith.com; jlarsen@grfirm.com; MMobley@hallboothsmith.com; Yun, Jennifer (CRT); Mellett, Timothy F (CRT); Uzoma Nkwonta; Christina Ford; Marcos Mocine-McQueen; Joel Ramirez; Allegra.Lawrence-Hardy@lawrencebundy.com; Leslie Bryan; Michelle McClafferty; Maia.Cogen@lawrencebundy.com; Joseph Larsen; Jake.Evans@gtlaw.com |
| **Subject:** | Re: Fair Fight, Inc., et al. v. True the Vote, Inc., et al. - Pretrial Order |
| **Attachments:** | IST_00001484.0014.0001 Form Challenge Letter.DOCX; 13 - voter_registration_rules_and_procedures_manual_-_2020_1.pdf; 7-CARFAX Vehicle History Report for this 2017 TOYOTA COROLLA LE_ 2T1BURHEXHC809038.pdf; 4-HEREDIA-ISHAM FACEBOOK 6JUNE2020.jpg; 14-Screenshot (1090)_Gasaway Challenge Submission.png; 5-ISHAM_FACEBOOK_INaRELATIONSHIPwithHEREDIA_asof22MAY2023.jpg; 3 - ISHAM_FB_HEREDIA_Updated Profile Picture with HEREDIA - April 6 2020.jpg; 12 - ISHAM absentee ballot data from GA SOS_NOV Ballot.csv; 10 - ISHAM absentee ballot data from GA SOS.csv; LINKEDIN_HEREDIA_17APR23.jpg; 6-ISHAM_HEREDIA since 2015_FACEBOOK.jpg; 15 - ISHAM LINKEDIN_ASOF 22MAY2023.jpg; 11 - HEREDIA absentee ballot data from GA SOS_NOV Ballot.csv; 8-USPS pub632-P6_No FWD of Ballots.pdf; 9-HEREDIA absentee ballot data from GA SOS.csv; TTV DEF_ELECTOR CHALLENGE TALKING POINTS.pdf; Re- Citizen Challenge Update - 12-26-2020.eml; DEF SOMERVILLE FB_5JAN2021.jpg; Complaint Against Rep. Elijah Cummings (D-MD) and Request for Investigation by Office of Congressional Ethics - Feb 4 2016.pdf; Fwd Legislative Counsel's Guidance on Electronically Submitting Elector Challenges.eml; Jim Bopp Letter re Intimidation Tactics.DOCX; Fair Fight v True the Vote Pretrial Order Att. G-2 - Defendants Exhibit List.docx |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Counsel,

Please find attached Defendants' Exhibit List, as well as additional potential exhibits.

For the sake of convenience, we have incorporated Plaintiffs' Exhibits 1-59 using the same numbering, and then continued with additional exhibits. Having just recently received the documents in the case from prior counsel, we are still working to identify relevant exhibits, as well as their Bates numbers (if any), or to add them, and to discern dates. Accordingly, the attached is a work in progress and will certainly be supplemented.

I am attaching documents designated as exhibits which we do not believe have been produced previously, some of which will also likely supplement Defendants' responses to prior requests for production.

There should be 21 attached exhibits here. I will send a few more attachments in the next email.

Sincerely,

Cameron

**CAMERON POWELL**

1

**Partner**
**Gregor | Wynne | Arney, PLLC**
301 Massachusetts Avenue NW
Suite 1203
Washington, DC 20001

cell:    (503) 502 5030
office:  (832) 390 2644

---

**From:** Michael Wynne <mwynne@gcfirm.com>
**Date:** Tuesday, May 23, 2023 at 2:41 PM
**To:** Paikowsky, Dana (CRT) <Dana.Paikowsky@usdoj.gov>
**Cc:** Jacob Shelly <jshelly@elias.law>, Tina Meng Morrison <tmengmorrison@elias.law>, jevans@hallboothsmith.com <jevans@hallboothsmith.com>, jlarsen@grfirm.com <jlarsen@grfirm.com>, Cameron Powell <cpowell@gwafirm.com>, MMobley@hallboothsmith.com <MMobley@hallboothsmith.com>, Yun, Jennifer (CRT) <Jennifer.Yun@usdoj.gov>, Mellett, Timothy F (CRT) <Timothy.F.Mellett@usdoj.gov>, Uzoma Nkwonta <unkwonta@elias.law>, Christina Ford <cford@elias.law>, Marcos Mocine-McQueen <mmcqueen@elias.law>, Joel Ramirez <jramirez@elias.law>, Allegra.Lawrence-Hardy@lawrencebundy.com <Allegra.Lawrence-Hardy@lawrencebundy.com>, Leslie Bryan <Leslie.Bryan@lawrencebundy.com>, Michelle McClafferty <michelle.mcclafferty@lawrencebundy.com>, Maia.Cogen@lawrencebundy.com <Maia.Cogen@lawrencebundy.com>, Joseph Larsen <jlarsen@gcfirm.com>, Jake.Evans@gtlaw.com <Jake.Evans@gtlaw.com>
**Subject:** Re: Fair Fight, Inc., et al. v. True the Vote, Inc., et al. - Pretrial Order

Thank you, Dana, for the update.

Sent from my iPhone

> On May 23, 2023, at 12:48 PM, Paikowsky, Dana (CRT) <Dana.Paikowsky@usdoj.gov> wrote:
>
> Counsel,
>
> The United States anticipates having some limited additions to the pretrial order. We will circulate our sections as soon as possible.
>
> Thank you,
> Dana
>
>> **From:** Jacob Shelly <jshelly@elias.law>
>> **Sent:** Monday, May 22, 2023 8:12 PM
>> **To:** Michael Wynne <mwynne@gcfirm.com>; Tina Meng Morrison <tmengmorrison@elias.law>; jevans@hallboothsmith.com; jlarsen@grfirm.com; Cameron Powell <cpowell@gwafirm.com>; MMobley@hallboothsmith.com; Paikowsky, Dana (CRT) <Dana.Paikowsky@usdoj.gov>; Yun, Jennifer (CRT) <Jennifer.Yun@usdoj.gov>; Mellett, Timothy F (CRT) <Timothy.F.Mellett@usdoj.gov>
>> **Cc:** Uzoma Nkwonta <unkwonta@elias.law>; Christina Ford <cford@elias.law>; Marcos Mocine-

McQueen <mmcqueen@elias.law>; Joel Ramirez <jramirez@elias.law>; Allegra.Lawrence-Hardy@lawrencebundy.com; Leslie Bryan <Leslie.Bryan@lawrencebundy.com>; Michelle McClafferty <michelle.mcclafferty@lawrencebundy.com>; Maia.Cogen@lawrencebundy.com; Paikowsky, Dana (CRT) <Dana.Paikowsky@usdoj.gov>; Yun, Jennifer (CRT) <Jennifer.Yun@usdoj.gov>; Joseph Larsen <jlarsen@gcfirm.com>; Jake.Evans@gtlaw.com
**Subject:** [EXTERNAL] RE: Fair Fight, Inc., et al. v. True the Vote, Inc., et al. - Pretrial Order

Counsel,

Please find attached our sections of the pretrial order document and our statement of the case. In addition to sending Defendants' versions of these documents, please advise when we can expect to receive your exhibit list.

DOJ, if you intend to include any attachments or responses in the pretrial order, please let us know.

Best,
Jacob

**Jacob Shelly**
Elias Law Group LLP
250 Massachusetts Ave NW Suite 400
Washington DC 20001
202-968-4496

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.