# Exhibit F

| | | |
|---|---|---|
| JAMES BOPP, JR.<br>jboppjr@aol.com<br>_____<br>MELENA S. SIEBERT<br>msiebert@bopplaw.com | **THE BOPP LAW FIRM, PC**<br><br>ATTORNEYS AT LAW<br><br>THE NATIONAL BUILDING<br>1 South Sixth Street<br>TERRE HAUTE, INDIANA 47807-3510<br>Telephone 812/232-2434   Facsimile 812/235-3685<br>www.bopplaw.com | |

_____

May 20, 2021
Sent Via: Urgent Email Distribution

True the Vote Elector Challengers           Re:   Intimidation Tactics

All,

     Before the Georgia Run-off Election for the U.S. Senate races, you agreed to allow True the Vote to submit voter challenges to your county's board of elections on your behalf, based upon a procedure authorized under Georgia law. We write to you today to warn you of some disturbing intimidation tactics that could be attempted against you and to advise you on how to handle such attempts if they occur. ***The bottom line—you are not required to speak to anyone who attempts to question you or to discuss your involvement in the Georgia Elector Challenges and we advise you not to do so.*** If someone should contact you, please immediately forward any information you receive to: Melena Siebert at msiebert@bopplaw.com or contact her via phone at 513-237-6707. Here's what you should know and what we advise:

## What You Should Know

- $ Some Georgia Elector Challengers have been contacted under the guise of an interview about "Georgia politics" or some other vague premise.
- $ One of the companies the interviewers say they are with is Nurphoto (allegedly, a press agency), but be aware, they could use any name, and they may not be with the company they state.
- $ People show up to conduct the "interview" (sometimes at your home) with cameras, equipment, and lighting.
- $ The "interviewer" will quickly start aggressively questioning you about the Georgia Elector Challenges, will accuse you of committing voter intimidation, and of breaking the law.

- $\quad$ Be aware: the people who are willing to engage in despicable actions like this are willing to lie to you about their purpose—we cannot list or predict all of the premises or tricks that might be used.

### **What You Should Do**

- $\quad$ If you are contacted by anyone, whether such contact comes via a phone call, email, text, or social media post, or in person, and that person wants to discuss Georgia politics, the Georgia Elector Challenges, or wants to "interview" you FOR ANY REASON, **you do not have to speak to them and we advise that you don't!**
- $\quad$ If possible, note as much information as possible about the person who contacts you—name, company, phone number, email, etc. Please immediately forward any information you receive to: Melena Siebert at [msiebert@bopplaw.com](mailto:msiebert@bopplaw.com) or contact her via phone at 513-237-6707.
- $\quad$ Please screen your phone calls and do not answer unless the call is from a number you recognize.
- $\quad$ Please make sure your phone's voicemail is activated and cleared so that if someone leaves a message, you will have a record of it. Please forward any voicemail messages you receive to Melena Siebert at the contact email/number listed above.
- $\quad$ If you choose to answer a phone call from an unrecognized number, please record it, using your phone's system—there are several apps available that allow calls to cell phones to be recorded. Recording a call you are a party to is permissible under Georgia law. Please immediately forward any such recording to Melena Siebert at the contact email/number listed above.
- $\quad$ *If anyone approaches you in person–do not engage and get to safety!* Please park in well-lighted, crowded areas. We suggest not traveling alone unless you absolutely need to do so. Most of all - be aware of your surroundings! If you are in a safe place with lots of people around, please try to video record any people who are trying to engage or intimidate you. Please immediately forward any such recording to Melena Siebert at the contact email/number listed above.
- $\quad$ **Social Media:** Please do not post anything on social media about the Georgia Elector Challenges, this letter, or any incidences of intimidation.
- $\quad$ **We advise you NOT to speak with, text, email, or post on any social media platform regarding these challenges, under any conditions when you are not accompanied by legal counsel.**

Georgia elector Challengers
October 12, 2023
Page 3

      We understand that this letter likely causes you concern. Please know that we intend to fight against these intimidation tactics through every available legal channel, including pursuing criminal charges and maximum civil penalties allowed under law. You are strong patriots who love this country. Hold firm—we will not allow brutal intimidation to go unanswered. We will seek to hold anyone who engages in such intimidation accountable.

CC: Catherine Engelbrecht, True the Vote, Inc.

Sincerely,

*James Bopp Jr*

THE BOPP LAW FIRM, PC

James Bopp, Jr.
Melena S. Siebert