# Exhibit H

| | |
|---|---|
| From: | Rebeckah Bennett |
| Sent: | Monday, December 28, 2020 6:46 PM EST |
| To: | Derek Somerville |
| Subject: | Re: Citizen Challenge Update - 12/26/2020 |

Stephens County rejected true the vote voter role contest on grounds of probable cause. Vote was unanimous.

Thanks,
RJBennett

On Sat, Dec 26, 2020 at 8:51 AM Rebeckah Bennett <scgopchairwoman@gmail.com> wrote:
Thank you Derek!

Looking forward to my role as a leader in my perspective county , the district and state as a Patriot!

God bless and keep you!

RJBennett

On Sat, Dec 26, 2020 at 8:45 AM Derek Somerville <derek@spc-llc.com> wrote:

Good morning fellow Patriots -

I wanted to send a quick a update regarding the status of our citizen challenges, but was hesitant to inject 'work' into the past few days and interrupt anyone's Christmas.  I hope everyone had a blessed and peaceful holiday.

As many of you know, the majority of the OCGA 21-2-230 citizen challenges have been rejected by the respective Boards of Elections.  At present, I'm aware of only 2 counties (Forsyth and Muscogee) whose Boards voted to accept the citizen-led efforts to confirm voter eligibility.  Nearly all cited a lack of probable cause.  We disagree with those determinations, and attribute them either to a lack of understanding of the legal justification for the challenge or an outright desire to prevent the identification of ineligible voters.

During a State House hearing last week on elections (a continuation of a previously held hearing), the Secretary of State's office was asked by two legislators (Rep. Jones and Rep. Turner) if National Change of Address (NCOA) data was used by the SoS's office to establish probable cause.  The SoS's office appeared uncomfortable answering, but conceded NCOA is a critical tool used by the SoS to identify voters who may have moved.  The SoS's attorney

went on however to indicate that individual counties were permitted to determine their own definition of probable cause. While there is subjectivity within the application of probable cause, there is a legal standard for it that is not subjective and that we believe the citizen challenges more than satisfy. Naturally, we anticipated such a response from many of the counties and intend to use every means available to us under the law to ensure citizen's voices are heard.

As we've stated all along, these challenges sought <u>only</u> to have the county Boards of Elections verify the residency of voters who filed a permanent change-of-address with the US Postal Service. We have never suggested any voter be removed from the roles without due process, or that that any voter has acted improperly or broken the law. Further, this process would not prevent any citizen who is lawfully registered from casting their ballot. Based on the benign nature of this process and the fact that it is afforded to citizens by statute, we are of course disappointed that more counties did not officially accept their challenges. We do however understand there are counties who rejected the challenge but are reviewing the challenge-lists and finding voters they do in fact believe have moved. This is positive news.

While communication on this topic may grow quiet over the next many days, our fight for the integrity of our voter rolls is far from over. So please enjoy the conclusion to this most difficult year, and be assured the fight for fair and transparent elections continues.

Updates will follow. In the interim, Happy New Year!

In Liberty,

Derek

CONFIDENTIALITY NOTICE: This e-mail may contain privileged or confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this information is prohibited and may be unlawful. If you have received this electronic transmission in error,

please reply immediately to the sender that you have received the message in error, and delete it. Thank you

--
Thank you,
Rebeckah J. Bennett
SCGOP Chairwoman
9th District GOP EC - Secretary
GAGOP - District State Committee Member
PO Box 884
Toccoa, GA  30577
706-716-2909

--
Thank you,
Rebeckah J. Bennett
SCGOP Chairwoman
9th District GOP EC - Secretary
GAGOP - District State Committee Member
PO Box 884
Toccoa, GA  30577
706-716-2909