## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

FAIR FIGHT, INC., SCOTT BERSON,
and JANE DOE,

     *Plaintiffs*,

v.

TRUE THE VOTE, INC., CATHERINE
ENGELBRECHT, DEREK
SOMERVILLE, MARK DAVIS, MARK
WILLIAMS, RON JOHNSON, and
JAMES COOPER,

     *Defendants*.

CIVIL ACTION FILE

NO. 2:20-cv-00302-SCJ

## DEFENDANTS' MOTION FOR ORDER ALLOWING ELECTRONIC DEVICES

Defendants True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, and James Cooper ("Defendants") by and through counsel, move for an entry of an Order authorizing Defendants, Defendants' Counsel, and staff to bring electronic equipment into the Federal Courthouse in Gainesville, Georgia for trial beginning at 9:00 a.m. Thursday, October 26, 2023.

Specifically, Defendants request that the following individuals be permitted to enter the courthouse with their cellular phones, laptop computers, tablets, smartwatches, power cords, Wi-Fi hotspots, and any other trial technology items:

- Cameron Powell (admitted *pro hac vice*)
- Michael John Wynne (admitted *pro hac vice*)
- Todd Burns (admitted *pro hac vice*)
- Heather Martinez (paralegal for Gregor Wynne Arney)
- Catherine Engelbrecht (Defendant)
- Mark Davis (Defendant)
- Derek Somerville (Defendant)

Defendants make this request to enable pro hac vice counsel and Defendants to participate fully at trial. Defendants' Proposed Order is attached.

Respectfully submitted this 17th day of October, 2023.

By: */s/ Jake Evans*
Jake Evans, Esq.
GA Bar No. 797018
**GREENBERG TRAURIG, LLP**
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
P: (678) 553-2100
F: (678) 553-2212
Jake.Evans@gtlaw.com

*Local Counsel for Defendants*

By: /s/ Michael J. Wynne
Michael J. Wynne*
TX Bar No. 785289
Cameron Powell*

DC Bar No. 459020
**GREGOR WYNNE ARNEY, PLLC**
909 Fannin Street, Suite 3800
Houston, TX 77010
P: (281) 450-7403
mwynne@gwafirm.com
cpowell@gwafirm.com
*Admitted Pro Hac Vice*

*Counsel for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

FAIR FIGHT, INC., SCOTT BERSON,
JOCELYN HEREDIA, and JANE DOE,

     *Plaintiffs*,

v.

TRUE THE VOTE, INC., CATHERINE
ENGELBRECHT, DEREK
SOMERVILLE, MARK DAVIS, MARK
WILLIAMS, RON JOHNSON, JAMES
COOPER, and JOHN DOES 1-10,

     *Defendants*.

CIVIL ACTION FILE

NO. 2:20-cv-00302-SCJ

## LOCAL RULE 7.1D CERTIFICATION

The foregoing **DEFENDANTS' MOTION FOR ORDER ALLOWING ELECTRONIC DEVICES** is a computer-generated document prepared in 14-point Times New Roman font in accordance with Local Rule 5.1B and C.

This 17th day of October, 2023.

                              */s/ Jake Evans*
                              Jake Evans

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

FAIR FIGHT, INC., SCOTT BERSON,
JOCELYN HEREDIA, and JANE DOE,

     *Plaintiffs*,

v.

TRUE THE VOTE, INC., CATHERINE
ENGELBRECHT, DEREK
SOMERVILLE, MARK DAVIS, MARK
WILLIAMS, RON JOHNSON, JAMES
COOPER, and JOHN DOES 1-10,

     *Defendants*.

CIVIL ACTION FILE

NO. 2:20-cv-00302-SCJ

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing **DEFENDANTS' MOTION FOR ORDER ALLOWING ELECTRONIC DEVICES** upon all parties to this matter by filing said document electronically through this Court's CM/ECF system, which will automatically send electronic notification of such filing to counsel of record.

This 17th day of October, 2023.

                          */s/ Jake Evans*
                          Jake Evans