IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 2:20-cv-0302-SCJ |
| TRUE THE VOTE, INC., *et al.*, | |
| Defendants. | |

**UNITED STATES' MOTION TO ALLOW ELECTRONIC EQUIPMENT INTO THE COURTROOM**

The United States respectfully files this Motion to Allow Electronic Equipment into the Courtroom pursuant to Local Rule 83.4 for the Northern District of Georgia. Specifically, the United States moves the Court for an Order allowing Aileen Bell Hughes, Timothy Mellett, Dana Paikowsky, Jennifer Yun, Judy Bao, Sally Marsh, and Clayton Pierce, attorneys and legal interns for the United States, to bring their cell phones, laptops, and other trial technology items into the Sidney O. Smith Federal Building and United States Courthouse for trial beginning at 9:00 a.m. Thursday, October 26, 2023.  This equipment is necessary to assist counsel during the trial.  A Proposed Order is attached.

Date:  October 18, 2023

|  |  |
|---|---|
| RYAN K. BUCHANAN<br>United States Attorney<br>Northern District of Georgia<br><br>/s/ Aileen Bell Hughes<br>AILEEN BELL HUGHES<br>Georgia Bar No. 375505<br>Assistant U.S. Attorney<br>Office of the United States Attorney<br>600 U.S. Courthouse<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303<br>Phone: (404) 581-6000<br>Fax: (404) 581-6181 | Respectfully submitted,<br><br>KRISTEN CLARKE<br>Assistant Attorney General<br><br>ELISE C. BODDIE<br>Principal Deputy Assistant<br>Attorney General<br><br>/s/ Judy Bao<br>T. CHRISTIAN HERREN, JR.<br>TIMOTHY F. MELLETT<br>DANA PAIKOWSKY<br>JENNIFER J. YUN<br>JUDY J. BAO<br>Attorneys, Voting Section<br>Civil Rights Division<br>U.S. Department of Justice<br>4 Constitution Square<br>150 M Street NE, Room 8.923<br>Washington, D.C. 20530<br>Phone: (800) 253-3931<br>Fax: (202) 307-3961 |

## CERTIFICATE OF COMPLAINCE

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing motion has been prepared using Times New Roman size 14 font.

*/s/ Judy Bao*
JUDY J. BAO
Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.923
Washington, D.C. 20530
Phone: (800) 253-3931
Fax: (202) 307-3961

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2023, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

*/s/ Judy Bao*
JUDY J. BAO
Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.923
Washington, D.C. 20530
Phone: (800) 253-3931
Fax: (202) 307-3961
