IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TRUE THE VOTE, INC., *et al.*, <br><br> Defendants. | Case No. 2:20-cv-0302-SCJ |

# [PROPOSED] ORDER

Having read and considered the United States' Motion to Allow Electronic Equipment into the Courtroom, and for good cause shown, it is hereby ORDERED that Aileen Bell Hughes, Timothy Mellett, Dana Paikowsky, Jennifer Yun, Judy Bao, Sally Marsh, and Clayton Pierce, attorneys and legal interns for the United States shall be permitted to bring electronic equipment for trial beginning at 9:00 a.m. Thursday, October 26, 2023.

So ordered this _____ day of _____, 2023.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE