IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, and JANE DOE,<br><br>    *Plaintiffs*,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, and JAMES COOPER,<br><br>    *Defendants*. | CIVIL ACTION FILE<br><br>NO. 2:20-cv-00302-SCJ |

## DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT

    True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, and James Cooper ("Defendants") request leave of Court to file their attached Trial Brief, which exceeds 25 pages. Defendants believe the longer and more thorough brief is essential at this juncture given (i) the intricacies of the governing law and recent changes in that law; and (ii) Defendants' decision to substitute counsel following the summary judgment proceedings. Prior counsel submitted quite a bit of briefing and argument in connection with those proceedings. New counsel has switched course significantly from that taken by Mr.

Bopp. And the U.S. Supreme Court has clarified the governing law, as set out in the Trial Brief.

Defendants make this request for leave to file a longer trial brief in the interest of justice and efficient judicial administration and not for purposes of delay or any other improper purpose. This case involves a large number of parties, including eight very differently situated Defendants and as set out in the brief, complex legal theories and a fairly involved factual scenario.

Consideration of the Trial Brief will streamline the case and perhaps make more sense at the outset of what Defendants expect to present at trial .

Wherefore, Defendants respectfully request leave to file a brief that exceeds the 25-page limit set out in Local Rule 7.1(D), and, specifically to file the attached 54-page Trial Brief.

A proposed order is attached for the Court's convenience.

Dated: October 18, 2023

By: /s/ *Jake Evans*
Jake Evans, Esq.
GA Bar No. 797018
**GREENBERG TRAURIG, LLP**
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
P: (678) 553-2100
F: (678) 553-2212
Jake.Evans@gtlaw.com

*Local Counsel for Defendants*

By: /s/ *Michael J. Wynne*
Michael J. Wynne*
TX Bar No. 785289
Cameron Powell*
DC Bar No. 459020
**GREGOR WYNNE ARNEY, PLLC**
909 Fannin Street, Suite 3800
Houston, TX 77010
P: (281) 450-7403
mwynne@gwafirm.com
cpowell@gwafirm.com
*Admitted Pro Hac Vice*

*Counsel for Defendants*

## CERTIFICATE OF COMPLIANCE WITH L.R. 5.1C

I HEREBY CERTIFY that the foregoing document was prepared in Times New Roman, 14-point font, as approved by Local Rule 5.1C.

By: /s/ *Michael J. Wynne*
Michael J. Wynne*

3

## CERTIFICATE OF CONFERENCE

Given the nature of this request and the relative acrimony between the parties on procedural matters, including proposed stipulations, I have every reason to expect that Counsel for both Plaintiff and the United States are opposed to his request. If that status changes, I will notify the Court immediately.

By: */s/ Michael J. Wynne*
Michael J. Wynne*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, and JANE DOE,<br><br>　　*Plaintiffs*,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, and JAMES COOPER,<br><br>　　*Defendants*. | CIVIL ACTION FILE<br><br>NO. 2:20-cv-00302-SCJ |

## **CERTIFICATE OF SERVICE**

This is to certify that I have filed a true and correct copy of the foregoing with the Clerk of the Court via the CM/ECF system, which will automatically serve electronic notification of same upon all counsel of record.

Respectfully submitted this 18th day of October, 2023.

　　　　　　　　　　　　　　　　　　　By: */s/ Michael J. Wynne*
　　　　　　　　　　　　　　　　　　　Michael J. Wynne*