**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

FAIR FIGHT, INC., SCOTT BERSON, and JANE DOE,

     *Plaintiffs*,

v.

TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, and JAMES COOPER,

     *Defendants*.

CIVIL ACTION FILE

NO. 2:20-cv-00302-SCJ

## [PROPOSED] ORDER

This matter is before the Court on Defendants' True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, and James Cooper Motion for Leave to Exceed Page Limit in filing their Trial Brief. Specifically, Defendants seeks leave to file a 54-page Trial Brief.

Upon consideration, and for good cause, Defendants' Motion is GRANTED.

**IT IS SO ORDERED**, this ____ day of October, 2023.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE

1