# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>Plaintiffs,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No. 2:20-cv-00302-SCJ |

## PLAINTIFFS' REQUEST FOR ORDER ALLOWING ELECTRONIC DEVICES

Plaintiffs, by and through their counsel, move for entry of an Order authorizing their counsel and trial technology support staff to bring electronic equipment into the Federal Courthouse in Gainesville, Georgia on Wednesday, October 25, 2023. Plaintiffs make this request consistent with previous communications with the Courtroom Deputy Clerk, Ms. Pamela Wright,

1

confirming permission to visit the courtroom on October 25, 2023, to test technology to be used during the trial beginning October 26, 2023.

Specifically, Plaintiffs request that the following people be permitted to enter the courthouse with their cellular phones, laptop computers, tablets, smartwatches, power cords, Wi-Fi hotspots, printers, as well as any other trial technology items:

- Alycia Delmore, Litigation Practice Group Manager, Elias Law Group LLP
- Michelle DePass, Paralegal, Elias Law Group LLP
- Priscilla Gaspard, Legal Assistant, Elias Law Group LLP
- Anant Patel, IT, Elias Law Group LLP
- Geoffrey Roberts, Trial Consultant, Digital Evidence Group

The basis for this request is that it will enable Plaintiffs' representatives and out-of-town counsel to prepare the technology that Plaintiffs will use for the presentation of evidence at trial. Plaintiffs' proposed Order is attached.

Respectfully submitted, this 19th day of October, 2023.

/s/ Allegra J. Lawrence
Allegra J. Lawrence
Georgia Bar No. 439797
Leslie J. Bryan
Georgia Bar No. 091175
Maia Cogen
Georgia Bar No. 832438
Michelle L. McClafferty
Georgia Bar No. 161970
**LAWRENCE & BUNDY LLC**
1180 West Peachtree Street, Suite 1650
Atlanta, GA 30309
Telephone: (404) 400-3350
Fax: (404) 609-2504
allegra.lawrence-hardy@lawrencebundy.com
leslie.bryan@lawrencebundy.com
maia.cogen@lawrencebundy.com
michelle.mcclafferty@lawrencebundy.com

Marc E. Elias*
Uzoma N. Nkwonta*
Christina A. Ford*
Tina Meng Morrison*
Marcos Mocine-McQueen*
Joel J. Ramirez*
Jacob D. Shelly*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave., Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
melias@elias.law
unkwonta@elias.law
cford@elias.law
tmengmorrison@elias.law
mmcqueen@elias.law
jramirez@elias.law
jshelly@elias.law

*Counsel for Plaintiffs*
*Admitted *pro hac vice*

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1(D), N.D. Ga., I hereby certify that the foregoing motion has been prepared in accordance with the font type and margin requirements of LR 5.1, N.D. Ga., using a font type of Times New Roman and a point size of 14.

This 19th day of October, 2023          /s/ *Allegra J. Lawrence*
                                        Allegra J. Lawrence

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing motion with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to all counsel of record.

This 19th day of October, 2023

                                        /s/ *Allegra J. Lawrence*
                                        Allegra J. Lawrence
                                        *Counsel for Plaintiffs*