# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>Plaintiffs,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No. 2:20-cv-00302-SCJ |

## PLAINTIFFS' REQUEST FOR ORDER ALLOWING ELECTRONIC DEVICES

Plaintiffs and Plaintiffs' Counsel move for entry of an Order authorizing them to bring electronic equipment into the Federal Courthouse in Gainesville, Georgia for the duration of the trial beginning at 9:00 a.m. on Thursday, October 26, 2023.

Specifically, Plaintiffs request that the following people be permitted to enter the courthouse with their cellular phones, laptop computers, tablets,

1

smartwatches, power cords, Wi-Fi hotspots, as well as any other trial technology items:

- Uzoma N. Nkwonta (admitted *pro hac vice*)
- Christina A. Ford (admitted *pro hac vice*)
- Jacob Shelly (admitted *pro hac vice*)
- Joel J. Ramirez (admitted *pro hac vice*)
- Marcos Mocine-McQueen (admitted *pro hac vice*)
- Tina Meng Morrison (admitted *pro hac vice*)
- Alycia Delmore, Litigation Practice Group Manager, Elias Law Group LLP
- Michelle DePass, Paralegal, Elias Law Group LLP
- Priscilla Gaspard, Legal Assistant, Elias Law Group LLP
- Geoffrey Roberts, Trial Consultant, Digital Evidence Group
- Cianti Stewart-Reid, Executive Director, Fair Fight, Inc.
- Xakota Espinoza, Communications and Digital Director, Fair Fight, Inc.

The basis for this request is that it will enable Plaintiffs' representatives and out-of-town counsel to participate fully in the trial. Plaintiffs' proposed Order is attached.

Respectfully submitted, this 19th day of October, 2023.

/s/ Allegra J. Lawrence  
Allegra J. Lawrence  
Georgia Bar No. 439797  
Leslie J. Bryan  
Georgia Bar No. 091175  
Maia Cogen  
Georgia Bar No. 832438  
Michelle L. McClafferty  
Georgia Bar No. 161970  
**LAWRENCE & BUNDY LLC**  
1180 West Peachtree Street, Suite 1650  
Atlanta, GA 30309  
Telephone: (404) 400-3350  
Fax: (404) 609-2504  
allegra.lawrence-hardy@lawrencebundy.com  
leslie.bryan@lawrencebundy.com  
maia.cogen@lawrencebundy.com  
michelle.mcclafferty@lawrencebundy.com  

Marc E. Elias*  
Uzoma N. Nkwonta*  
Christina A. Ford*  
Tina Meng Morrison*  
Marcos Mocine-McQueen*  
Joel J. Ramirez*  
Jacob D. Shelly*  
**ELIAS LAW GROUP LLP**  
250 Massachusetts Ave., Suite 400  
Washington, D.C. 20001  
Telephone: (202) 968-4490  
melias@elias.law  
unkwonta@elias.law  
cford@elias.law  
tmengmorrison@elias.law  
mmcqueen@elias.law  
jramirez@elias.law  
jshelly@elias.law  

*Counsel for Plaintiffs*  
\*Admitted *pro hac vice*

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1(D), N.D. Ga., I hereby certify that the foregoing motion has been prepared in accordance with the font type and margin requirements of LR 5.1, N.D. Ga., using a font type of Times New Roman and a point size of 14.

This 19th day of October, 2023            /s/ Allegra J. Lawrence
                                          Allegra J. Lawrence

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing motion with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to all counsel of record.

This 19th day of October, 2023

                                          /s/ Allegra J. Lawrence
                                          Allegra J. Lawrence
                                          *Counsel for Plaintiffs*