IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| **FAIR FIGHT INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,**<br><br>  Plaintiffs,<br><br>v.<br><br>**TRUE THE VOTE, CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,**<br><br>**Defendants,** | **CIVIL ACTION FILE**<br><br>**No. 2:20-CV-00302-SCJ** |

## ORDER

This matter appears before the Court on Defendants' Motion for Leave to File Excess Pages.[1] Doc. No. [267]. Specifically, Defendants seek to file a trial brief that exceeds 25-pages. Id. The Court determines that the issues in this case, while complex, do not require the additional pages Defendants' request. Accordingly,

---

[1] All citations are to the electronic docket unless otherwise noted, and all page numbers are those imprinted by the Court's docketing software.

the Court **DENIES** Defendants' Motion for Leave to File Excess Pages. Doc. No. [267]. The Court **ORDERS** that any trial brief submitted in this case by either Party, or the Government, be **no longer than 25-pages**.

**IT IS SO ORDERED** this  19th  day of October, 2023.

                                       s/ Steve C. Jones
                                  _____
                                  **HONORABLE STEVE C. JONES**
                                  **UNITED STATES DISTRICT JUDGE**