IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

FAIR FIGHT, INC., *et al.*,

    Plaintiffs,

v.

TRUE THE VOTE, INC., *et al.*,

    Defendants.

Case No. 2:20-cv-0302-SCJ

**ORDER**

Having read and considered the United States' Motion to Allow Electronic Equipment into the Courtroom, and for good cause shown, it is hereby ORDERED that Aileen Bell Hughes, Timothy Mellett, Dana Paikowsky, Jennifer Yun, Judy Bao, Sally Marsh, and Clayton Pierce, attorneys and legal interns for the United States shall be permitted to bring electronic equipment for trial beginning at 9:00 a.m. Thursday, October 26, 2023. *

So ordered this __20th__ day of _____October_____, 2023.

                                                   s/Steve C. Jones
                                                 STEVE C. JONES
                                                 UNITED STATES DISTRICT JUDGE

*This equipment includes cell phones, laptops, and related trial technology items.