# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, and JANE DOE,<br><br>*Plaintiffs*,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, and JAMES COOPER,<br><br>*Defendants*. | CIVIL ACTION FILE<br><br>NO. 2:20-cv-00302-SCJ |

## ORDER ALLOWING ELECTRONIC DEVICES

Defendants' Counsel may bring electronic equipment int the Federal Courthouse in Gainesville, Georgia for trial beginning at 9:00 a.m. Thursday, October 26, 2023.* All equipment will be subject to inspection.

Specifically, the following people are permitted to enter the courthouse with their cellular phones, laptop computers, tablets, smartwatches, power cords, Wi-Fi hotspots, and any other trial technology items:

- Cameron Powell (admitted *pro hac vice*)
- Michael John Wynne (admitted *pro hac vice*)
- Todd Burns (admitted *pro hac vice*)

1

- Heather Martinez (paralegal for Gregor Wynne Arney)
- Catherine Engelbrecht (Defendant)
- Mark Davis (Defendant)
- Derek Somerville (Defendant)

Proper identification is required upon entering the courthouse.

**IT IS SO ORDERED**, this 20th day of October, 2023.

    _s/Steve C. Jones_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE

\*The named individuals may also enter the courthouse with these items on October 25, 2023 for purposes of testing courtroom technology, if they so wish.

2