IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>    Plaintiffs,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>    Defendants. | Civil Action No.<br>2:20-cv-00302-SCJ |

## ORDER ALLOWING
## ELECTRONIC DEVICES

Plaintiffs' counsel and their trial technology support staff may bring electronic equipment into the Federal Courthouse in Gainesville, Georgia on Wednesday, October 25, 2023, for the purposes of testing the technology to be used during the trial beginning on Thursday, October 26, 2023. All equipment will be subject to inspection.

Specifically, the following people are permitted to enter the courthouse with their cellular phones, laptop computers, tablets, smartwatches, power cords, Wi-Fi hotspots, printers, as well as any other trial technology items:

1

- Alycia Delmore, Litigation Practice Group Manager, Elias Law Group LLP
- Michelle DePass, Paralegal, Elias Law Group LLP
- Priscilla Gaspard, Legal Assistant, Elias Law Group LLP
- Anant Patel, IT, Elias Law Group LLP
- Geoffrey Roberts, Trial Consultant, Digital Evidence Group

Proper identification is required upon entering the courthouse.

**IT IS SO ORDERED**, this __20th__ day of _____October_____, 2023.


    _s/Steve C. Jones_____
    STEVE C. JONES
    UNITED STATES DISTRICT JUDGE