**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE, | |
| Plaintiffs, | Civil Action No. 2:20-cv-00302-SCJ |
| v. | |
| TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10, | |
| Defendants. | |

**ORDER ALLOWING
ELECTRONIC DEVICES**

Plaintiffs and Plaintiffs' counsel may bring electronic equipment into the

Federal Courthouse in Gainesville, Georgia for the duration of the trial beginning

at 9:00 a.m. on Thursday, October 26, 2023. All equipment will be subject to

inspection.

Specifically, the following people are permitted to enter the courthouse with

their cellular phones, laptop computers, tablets, smartwatches, power cords, Wi-Fi

1

hotspots, as well as any other trial technology items:

- Uzoma N. Nkwonta (admitted *pro hac vice*)
- Christina A. Ford (admitted *pro hac vice*)
- Jacob Shelly (admitted *pro hac vice*)
- Joel J. Ramirez (admitted *pro hac vice*)
- Marcos Mocine-McQueen (admitted *pro hac vice*)
- Tina Meng Morrison (admitted *pro hac vice*)
- Alycia Delmore, Litigation Practice Group Manager, Elias Law Group LLP
- Michelle DePass, Paralegal, Elias Law Group LLP
- Priscilla Gaspard, Legal Assistant, Elias Law Group LLP
- Geoffrey Roberts, Trial Consultant, Digital Evidence Group
- Cianti Stewart-Reid, Executive Director, Fair Fight, Inc.
- Xakota Espinoza, Communications and Digital Director, Fair Fight, Inc.

Proper identification is required upon entering the courthouse.

**IT IS SO ORDERED**, this   20th   day of ___October_____, 2023.


 s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE

2