# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, and JANE DOE,<br><br>*Plaintiffs*,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, and JAMES COOPER,<br><br>*Defendants*. | Civil Action No.<br>2:20-cv-00302-SCJ |

**UNOPPOSED MOTION TO ADD JOCELYN HEREDIA AS PLAINTIFF**

Plaintiffs move under Federal Rule of Civil Procedure 21 to add Jocelyn Heredia back to this action as a Plaintiff. *See* Fed. R. Civ. P. 21 ("On motion or on its own, the court may at any time, on just terms, add or drop a party."). Defendants do not oppose this request. In support of this motion, Plaintiffs so state:

Ms. Heredia is a young Georgia voter whose vote was challenged in the 2021 Runoff Election by the Defendants in this case. In March 2021, Plaintiffs named Ms. Heredia as a plaintiff in this action. *See* ECF No. 73. In making the decision to join this case, Ms. Heredia was concerned about the case's potential to intrude into her

1

personal life and privacy, but bravely chose to become a named plaintiff rather than proceed anonymously.

Over the following year, Ms. Heredia responded to all discovery requested of her: she responded to interrogatories, produced documents, and sat for a deposition on October 15, 2021. *See* ECF No. 169-1. Those discovery requests largely concerned Ms. Heredia's voting experience in the 2021 Runoff Election, the issue in this case.

In the lead up to trial, however, Defendants' new counsel has narrowed in on Ms. Heredia with laser-like focus. In May 2023, Defendants filed their proposed exhibit list. *See* ECF No. 236-7. As Plaintiffs have already made aware to this Court, the exhibit list contained many exhibits about Ms. Heredia's personal and romantic life, including but not limited to photos of Ms. Heredia and her partner, and screenshots of her partner's social media, her partner's voting history, work history, and more. *See* ECF No. 262-1.

In September 2023, Ms. Heredia asked to be dropped from this case to avoid further intrusion into her personal life. Defendants did not oppose that request, and the Court granted Ms. Heredia's motion. *See* ECF No. 254. Approximately one week after Ms. Heredia exited this case, Defendants served subpoenas seeking information about Ms. Heredia from two different apartment complexes, her car dealership, and

USPS.[1] A week after that, they served a trial subpoena seeking her testimony at trial. Since Defendants intend to keep Ms. Heredia involved in this case, Ms. Heredia seeks to do so as a plaintiff—in which she would be in a position to benefit from any relief Plaintiffs obtain—rather than as a third-party witness.

This Court may add a plaintiff "any at time" if the terms are just—that is, where the non-moving is not prejudiced. Fed. R. Civ. P. 21; *Mullaney v. Anderson*, 342 U.S. 415, 416–17 (1952) (using Rule 21 to add new plaintiffs even on appeal where the terms were just); *Sams v. GA W. Gate, LLC*, No. CV415-282, 2016 WL 3339764, at *3 (S.D. Ga. June 10, 2016) (explaining, "it is entirely appropriate to add a party whose claims mirror those of other plaintiffs and whose addition imposes no prejudice on defendants").

Adding Ms. Heredia back as a plaintiff would not prejudice the Defendants under these circumstances. Ms. Heredia was a plaintiff for two-and-a-half years; she participated fully in the discovery process and sat for a deposition; and Defendants have obviously prepared for this trial with her in mind. To the extent that Defendants wish to update their deposition designations in light of Ms. Heredia's re-entry into this case, Plaintiffs would consent to such a request.[2]

---

[1] After Plaintiffs sought a meet and confer with Defendants concerning these discovery subpoenas and raised their untimeliness, Defendants withdrew the subpoenas.

[2] As with any party to the case, Plaintiffs reserve all rights to submit objections or counter-designations in response to any deposition designations submitted by Defendants.

In advance of filing the present motion, counsel for Plaintiffs conferred with counsel for Defendants, who indicate they do not oppose this motion. Counsel for the United States takes no position.

Respectfully submitted, this 20th day of October, 2023.

| | |
|---|---|
| Allegra J. Lawrence<br>Georgia Bar No. 439797<br>Leslie J. Bryan<br>Georgia Bar No. 091175<br>Maia Cogen<br>Georgia Bar No. 832438<br>Michelle L. McClafferty<br>Georgia Bar No. 161970<br>**LAWRENCE & BUNDY LLC**<br>1180 West Peachtree Street, Suite 1650<br>Atlanta, GA 30309<br>Telephone: (404) 400-3350<br>Fax: (404) 609-2504<br>allegra.lawrence-hardy@lawrencebundy.com<br>leslie.bryan@lawrencebundy.com<br>maia.cogen@lawrencebundy.com<br>michelle.mcclafferty@lawrencebundy.com | */s/ Uzoma N. Nkwonta*<br>Marc E. Elias*<br>Uzoma N. Nkwonta*<br>Christina A. Ford*<br>Tina Meng Morrison*<br>Marcos Mocine-McQueen*<br>Joel J. Ramirez*<br>Jacob D. Shelly*<br>**ELIAS LAW GROUP LLP**<br>250 Massachusetts Ave., Suite 400<br>Washington, D.C. 20001<br>Telephone: (202) 968-4490<br>melias@elias.law<br>unkwonta@elias.law<br>cford@elias.law<br>tmengmorrison@elias.law<br>mmcqueen@elias.law<br>jramirez@elias.law<br>jshelly@elias.law<br><br>*Counsel for Plaintiffs*<br>*Admitted *pro hac vice* |

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1(D), N.D. Ga., I hereby certify that the foregoing motion has been prepared in accordance with the font type and margin requirements of LR 5.1, N.D. Ga., using a font type of Times New Roman and a point size of 14.

This 20th day of October, 2023         /s/ *Uzoma N. Nkwonta*

                                                     Uzoma N. Nkwonta
                                                     *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing motion with the Clerk of Court using the CM/ECF system, which will automatically send-e-mail notification to all counsel of record.

This 20th day of October, 2023.

                                                     /s/ *Uzoma N. Nkwonta*

                                                     Uzoma N. Nkwonta
                                                     *Counsel for Plaintiffs*