# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, and JANE DOE,<br><br>*Plaintiffs*,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, and JAMES COOPER,<br><br>*Defendants*. | Civil Action No.<br>2:20-cv-00302-SCJ<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO ADD JOCELYN HEREDIA AS PLAINTIFF** |

THIS MATTER comes before the Court on Plaintiffs' Motion to Add Jocelyn Heredia as Plaintiff in this action. Defendants do not oppose this Motion and the United States takes no position. Having considered the Motion, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED.

**IT IS SO ORDERED.**

Dated this  20th  day of  October  2023.

s/ Steve C. Jones
———————————————
The Honorable Steve C. Jones
United States District Judge