IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, and JANE DOE,<br><br>    *Plaintiffs*,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, and JAMES COOPER,<br><br>    *Defendants*. | CIVIL ACTION FILE<br><br>NO. 2:20-cv-00302-SCJ |

## **DEFENDANTS' FINAL WITNESS LIST**

Defendants will call those listed below to testify at trial. Defendants reserve the right to modify or supplement this list with reasonable notice to counsel.

1. Ryan Germany
2. Joel Natt
3. Stacey Abrams
4. Brad Raffensperger
5. Jordan Fuchs
6. Brian Robinson
7. Ben Harbin

8. Jocelyn Heredia

9. Connor Isham

10. Catherine Engelbrecht

11. Gregg Phillips

12. Derek Somerville

13. Mark Davis

14. True the Vote Designee

15. Kenneth R. Mayer

16. Orville Vernon Burton

17. Amy Holsworth

18. James Cooper

19. Mark Williams

20. Ron Johnson

21. Jane Doe(s)

22. Scott Berson

23. Gamaliel Warren Turner Sr.

Respectfully submitted,

By: */s/ Jake Evans*
Jake Evans, Esq.
GA Bar No. 797018
GREENBERGTRAURIG, LLP
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
P: (678) 553-2100
F: (678) 553-2212
Jake.Evans@gtlaw.com
*Local Counsel for Defendants*

By: */s/ Michael J. Wynne*
Michael J. Wynne*
TX Bar No. 785289
mwynne@gwafirm.com
Cameron Powell*
DC Bar No. 459020
cpowell@gwafirm.com
GREGOR WYNNE ARNEY, PLLC
909 Fannin Street, Suite 3800
Houston, TX 77010
Telephone: (281) 450-7403
*Counsel for Defendants*

**Admitted Pro Hac Vice*

## CERTIFICATE OF COMPLIANCE

I certify the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, NDGA, using font type of Times New Roman and point size of 14.

Dated: October 24, 2023

By: /s/ *Michael J. Wynne**
Michael J. Wynne
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that today I filed a copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of filing to all counsel of record.

Dated: October 24, 2023

By: /s/ *Michael J. Wynne*
Michael J. Wynne
*Counsel for Defendants*