IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| **FAIR FIGHT INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,**<br><br>　Plaintiffs,<br><br>v.<br><br>**TRUE THE VOTE, CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,**<br><br>**Defendants,** | CIVIL ACTION FILE<br><br>No. 2:20-CV-00302-SCJ |

## ORDER

　　This matter appears before the Court following correspondence the Court received from the Parties on deposition designations to be used at trial. The Parties inquire about the Court's preference on the presentation of deposition designations during trial. The Court issues the following Order to perfect the record on this point.

The Court **ORDERS** the Parties to bring **two (2) printed copies** of the depositions to be used as trial evidence for the Court. The specific deposition designations to be entered as evidence should be **highlighted**. A paper copy of the deposition designation is sufficient for trial presentation—the Court does not require the depositions be read into the record or to be played by video. At the proper time, the Parties may move to admit the desired deposition designations and the opposite Party may object. The Court will rule on the objections at that time.

**IT IS SO ORDERED** this __24th__ day of October, 2023.

                                              s/ Steve C. Jones
                                        _____
                                        **HONORABLE STEVE C. JONES**
                                        **UNITED STATES DISTRICT JUDGE**