IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| **FAIR FIGHT INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,**<br><br>  Plaintiffs,<br><br>v.<br><br>**TRUE THE VOTE, CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,**<br><br>**Defendants,** | **CIVIL ACTION FILE**<br><br>**No. 2:20-CV-00302-SCJ** |

## ORDER

This matter appears before the Court on Plaintiffs' Motion to Strike Defendants' Final Witness List.[1] Doc. No. [285]. At this time, the Court **DENIES** Plaintiffs' Motion. The Court, however, will allow Plaintiffs to reraise their objections to Defendants' witnesses as they are called at trial, and then issue a

---

[1] All citations are to the electronic docket unless otherwise noted, and all page numbers are those imprinted by the Court's docketing software.

decision after hearing from the Parties on the issue. Instantly, however, the Court **DENIES** the Motion to Strike Defendants' Witnesses (Doc. No. [285]) but gives Plaintiffs express permission to reraise their objections at the proper time during the course of trial.

**IT IS SO ORDERED** this __25th__ day of October, 2023.

s/ Steve C. Jones
_____
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**