IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| **FAIR FIGHT INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,**<br><br>    Plaintiffs,<br><br>v.<br><br>**TRUE THE VOTE, CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,**<br><br>**Defendants,** | **CIVIL ACTION FILE**<br><br>**No. 2:20-CV-00302-SCJ** |

### ORDER

This matter appears before the Court on non-party, Georgia Secretary of State Brad Raffensperger's, Emergency Motion to Quash the Subpoena addressed to him. Doc. No. [287]. The Court informs Secretary Raffensperger that he **does not have to report to court tomorrow, October 26, 2023**. The Court will make a final ruling on the Motion to Quash in a forthcoming order.

**IT IS SO ORDERED** this __25th__ day of October, 2023.

        s/ Steve C. Jones
        _____
        **HONORABLE STEVE C. JONES**
        **UNITED STATES DISTRICT JUDGE**