IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>Plaintiffs,<br><br>v.<br><br>TRUE THE VOTE, CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>Defendants, | CIVIL ACTION FILE<br><br>No. 2:20-CV-00302-SCJ |

## ORDER

This matter appears before the Court on non-party, Georgia Secretary of State Brad Raffensperger's, Emergency Motion to Quash the Subpoena addressed to him.[1] Doc. No. [287]. As the Court indicated before the start of trial this morning, it will not allow witnesses who were not previously disclosed in the

---

[1] All citations are to the electronic docket unless otherwise noted, and all page numbers are those imprinted by the Court's docketing software.

proposed pretrial order to testify at trial. Defendants did not name Secretary Raffensperger as a potential witness on their witness list. See Doc. No. [236-5]. Accordingly, at this time, the Court will not require Secretary Raffensperger to be present to testify trial.[2] Secretary Raffensperger's Motion to Quash is thereby **GRANTED**. Doc. No. [287].

**IT IS SO ORDERED** this 26th day of October, 2023.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

---

[2] Even if Defendants can show good cause for the omission of Secretary Raffensperger from their witness list, the Court would also require Defendants to show that Secretary Raffensperger had been properly served with the subpoena—which Secretary Raffensperger specifically contests in his Motion to Quash. See Doc. No. [287].