# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

## 2:20-cv-00302-SCJ
## Fair Fight, Inc. et al v. Engelbrecht et al
## Honorable Steve C. Jones

Minute Sheet for proceedings held In Open Court on 10/26/2023.

TIME COURT COMMENCED: 9:00 A.M.
TIME COURT CONCLUDED: 4:30 P.M.         COURT REPORTER: V. Zborowski & S. Welch
TIME IN COURT: 6:30                     DEPUTY CLERK: Pamela Wright
OFFICE LOCATION: Gainesville

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Leslie Bryan representing Fair Fight, Inc.<br>James Evans representing True the Vote, Inc.<br>Christina Ford representing Fair Fight, Inc.<br>Allegra Lawrence representing Fair Fight, Inc.<br>Timothy Mellett representing United States of America<br>Tina Meng Morrison representing Fair Fight, Inc.<br>Marcos Mocine-McQueen representing Fair Fight, Inc.<br>Uzoma Nkwonta representing Fair Fight, Inc.<br>Dana Paikowsky representing United States of America<br>Cameron Powell representing True the Vote, Inc.<br>Michael Wynne representing True the Vote, Inc.<br>Jennifer Yun representing United States of America |
| PROCEEDING CATEGORY: | Bench Trial Began; |
| JURY INFORMATION: | The Rule of Sequestration was invoked. |
| MINUTE TEXT: | Bench trial began. Opening arguments heard. Plaintiffs' case began. Cianti Stewart-Reid sworn and testified. Plaintiffs' exhibits 35 and 42 admitted. Scott Berson sworn and testified. Gamaliel Turner sworn and testified; testimony to continue 10/27/2023. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:00 AM on 10/27/2023. |
| TRIAL STATUS: | Evidence Entered, continued |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |