IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

**FAIR FIGHT INC., et al.**

  **Plaintiffs,**

v.

**TRUE THE VOTE, INC., et al.**

**Defendants,**

CIVIL ACTION FILE

No. 2:20-CV-00302-SCJ

## ORDER

The Court hereby provides notice to the Parties that the trial of the above-captioned case will be in recess on Tuesday, October 31, 2023 in order to allow the Court to address a matter in the Atlanta division. Court will resume at 9:00 a.m., on Wednesday, November 1, 2023.[1]

**IT IS SO ORDERED** this 27th day of October, 2023.

s/Steve C. Jones
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**

---

[1] **Court will be in session on Monday, October 30, 2023.**