# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

## 2:20-cv-00302-SCJ
## Fair Fight, Inc. et al v. Engelbrecht et al
## Honorable Steve C. Jones

Minute Sheet for proceedings held In Open Court on 10/27/2023.

TIME COURT COMMENCED: 9:00 A.M.
TIME COURT CONCLUDED: 3:30 P.M.
TIME IN COURT: 5:30
OFFICE LOCATION: Gainesville
COURT REPORTER: V. Zborowski & S. Welch
DEPUTY CLERK: Pamela Wright

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Judy Bao representing United States of America<br>Leslie Bryan representing Fair Fight, Inc.<br>James Evans representing True the Vote, Inc.<br>Christina Ford representing Fair Fight, Inc.<br>Allegra Lawrence representing Fair Fight, Inc.<br>Michelle McClafferty representing Fair Fight, Inc.<br>Timothy Mellett representing United States of America<br>Tina Meng Morrison representing Fair Fight, Inc.<br>Marcos Mocine-McQueen representing Fair Fight, Inc.<br>Uzoma Nkwonta representing Fair Fight Action, Inc.<br>Dana Paikowsky representing United States of America<br>Cameron Powell representing True the Vote, Inc.<br>Jacob Shelly representing Fair Fight, Inc.<br>Michael Wynne representing True the Vote, Inc.<br>Jennifer Yun representing United States of America |
| PROCEEDING CATEGORY: | Bench Trial Continued; |
| MINUTE TEXT: | Plaintiffs' case continued. Testimony of Gamaliel Turner continued and concluded. Dr. Kenneth Mayer sworn and testified. Plaintiffs' exhibits 15 and 91 admitted. Stephanie Stinetorf sworn and testified via Zoom. Ryan German sworn and testified. Plaintiffs' exhibit 8 admitted. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:00 AM on 10/30/2023. |
| TRIAL STATUS: | Evidence Entered, continued |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |