# Exhibit B

| | American Indian or Alaskan | Asian or Pacific Islander | Black not of Hispanic Origin | Hispanic | Other | Unknown | White not of Hispanic Origin | Grand Total |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| FULTON | 2,639 | 28,520 | 309,247 | 21,584 | 19,189 | 82,141 | 287,872 | 751,192 |
| DEKALB | 1,730 | 16,781 | 255,837 | 14,365 | 15,031 | 45,039 | 161,113 | 509,896 |
| GWINNETT | 2,212 | 57,705 | 157,162 | 54,324 | 18,849 | 58,475 | 220,609 | 569,336 |
| COBB | 1,952 | 17,778 | 131,337 | 29,248 | 13,844 | 41,566 | 274,765 | 510,490 |
| CLAYTON | 639 | 5,489 | 122,395 | 8,121 | 4,666 | 16,686 | 18,933 | 176,929 |
| HENRY | 514 | 3,600 | 76,495 | 5,647 | 5,506 | 16,152 | 60,360 | 168,274 |
| CHATHAM | 832 | 3,569 | 70,374 | 5,454 | 3,715 | 15,992 | 97,941 | 197,877 |
| RICHMOND | 477 | 1,488 | 69,504 | 2,491 | 2,978 | 11,360 | 42,323 | 130,621 |
| MUSCOGEE | 445 | 2,264 | 55,955 | 3,770 | 2,553 | 8,453 | 48,417 | 121,857 |
| BIBB | 317 | 1,335 | 53,995 | 1,271 | 1,436 | 6,050 | 40,521 | 104,925 |
| DOUGLAS | 407 | 1,123 | 44,287 | 3,925 | 2,372 | 9,972 | 35,815 | 97,901 |
| DOUGHERTY | 126 | 279 | 39,221 | 488 | 643 | 4,182 | 14,953 | 59,892 |
| NEWTON | 242 | 511 | 36,107 | 1,743 | 1,382 | 6,403 | 33,110 | 79,498 |
| ROCKDALE | 194 | 796 | 33,427 | 1,922 | 1,491 | 6,668 | 17,358 | 61,856 |
| HOUSTON | 341 | 2,347 | 31,919 | 2,703 | 1,976 | 7,460 | 58,313 | 105,059 |
| LOWNDES | 305 | 947 | 24,225 | 1,780 | 1,786 | 2,883 | 39,398 | 71,324 |
| PAULDING | 455 | 1,005 | 22,863 | 4,366 | 2,181 | 9,857 | 76,231 | 116,958 |
| FAYETTE | 297 | 2,339 | 20,481 | 2,829 | 1,719 | 9,998 | 51,155 | 88,818 |
| CLARKE | 243 | 1,341 | 19,410 | 3,092 | 1,362 | 6,568 | 40,708 | 72,724 |
| COLUMBIA | 435 | 3,545 | 17,926 | 3,654 | 2,326 | 8,325 | 69,280 | 105,491 |
| COWETA | 264 | 1,283 | 15,232 | 2,921 | 1,425 | 11,932 | 69,088 | 102,145 |
| LIBERTY | 219 | 654 | 14,839 | 2,182 | 902 | 3,859 | 12,217 | 34,872 |
| SPALDING | 137 | 272 | 14,396 | 856 | 619 | 3,312 | 26,539 | 46,131 |
| CARROLL | 277 | 527 | 13,788 | 1,872 | 1,222 | 7,280 | 57,716 | 82,682 |
| TROUP | 91 | 393 | 13,263 | 467 | 461 | 2,594 | 24,845 | 42,114 |
| GLYNN | 175 | 655 | 11,831 | 1,257 | 723 | 4,759 | 39,976 | 59,376 |
| LAURENS | 71 | 218 | 10,829 | 299 | 324 | 1,723 | 19,073 | 32,537 |
| CHEROKEE | 593 | 2,847 | 10,731 | 8,002 | 3,381 | 18,943 | 145,588 | 190,085 |
| WALTON | 196 | 689 | 10,720 | 1,485 | 1,001 | 7,773 | 48,961 | 70,825 |
| BULLOCH | 121 | 374 | 10,534 | 666 | 569 | 4,223 | 27,919 | 44,406 |
| BALDWIN | 36 | 228 | 10,466 | 227 | 206 | 1,426 | 13,407 | 25,996 |
| THOMAS | 67 | 175 | 9,170 | 308 | 251 | 1,770 | 17,549 | 29,290 |
| HALL | 356 | 1,961 | 8,696 | 13,622 | 1,688 | 14,163 | 89,602 | 130,088 |
| SUMTER | 22 | 110 | 8,391 | 220 | 139 | 669 | 7,830 | 17,381 |
| FLOYD | 147 | 566 | 7,316 | 1,912 | 517 | 4,576 | 44,343 | 59,377 |
| PEACH | 43 | 102 | 7,225 | 578 | 222 | 1,008 | 9,028 | 18,206 |
| BURKE | 43 | 55 | 6,980 | 156 | 135 | 1,123 | 7,525 | 16,017 |
| BARTOW | 266 | 523 | 6,962 | 2,596 | 980 | 6,473 | 56,484 | 74,284 |
| TIFT | 37 | 227 | 6,470 | 981 | 249 | 1,304 | 14,886 | 24,154 |
| BARROW | 180 | 1,555 | 6,336 | 3,360 | 837 | 4,941 | 39,080 | 56,289 |
| WASHINGTON | 15 | 27 | 6,020 | 50 | 66 | 671 | 5,857 | 12,706 |
| COFFEE | 45 | 121 | 5,998 | 859 | 171 | 1,398 | 14,890 | 23,482 |
| DECATUR | 43 | 57 | 5,949 | 297 | 105 | 777 | 8,834 | 16,062 |
| MCDUFFIE | 36 | 55 | 5,804 | 146 | 5 | 24 | 8,883 | 14,953 |

| County | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| FORSYTH | 499 | 13,320 | 5,570 | 6,399 | 3,201 | 29,710 | 104,001 | 162,700 |
| MITCHELL | 24 | 52 | 5,567 | 162 | 85 | 794 | 6,520 | 13,204 |
| EFFINGHAM | 167 | 330 | 5,514 | 1,042 | 605 | 4,001 | 33,002 | 44,661 |
| JEFFERSON | 22 | 25 | 5,449 | 49 | 67 | 794 | 4,488 | 10,894 |
| CAMDEN | 141 | 425 | 5,416 | 870 | 581 | 5,667 | 21,626 | 34,726 |
| COLQUITT | 51 | 129 | 5,336 | 1,292 | 244 | 1,515 | 16,068 | 24,635 |
| MERIWETHER | 30 | 42 | 5,171 | 99 | 127 | 1,056 | 8,782 | 15,307 |
| CRISP | 27 | 63 | 4,884 | 101 | 133 | 528 | 6,549 | 12,285 |
| JONES | 42 | 98 | 4,852 | 140 | 176 | 716 | 14,248 | 20,272 |
| WARE | 45 | 122 | 4,676 | 217 | 186 | 1,352 | 13,096 | 19,694 |
| UPSON | 35 | 61 | 4,619 | 107 | 157 | 1,259 | 11,777 | 18,015 |
| LEE | 65 | 344 | 4,489 | 272 | 242 | 1,550 | 15,748 | 22,710 |
| MACON | 6 | 69 | 4,023 | 70 | 37 | 287 | 2,379 | 6,871 |
| BRYAN | 154 | 543 | 3,999 | 1,074 | 585 | 2,885 | 21,511 | 30,751 |
| GRADY | 39 | 41 | 3,950 | 315 | 120 | 858 | 9,331 | 14,654 |
| MONROE | 64 | 143 | 3,940 | 179 | 225 | 1,395 | 14,907 | 20,853 |
| EMANUEL | 16 | 46 | 3,851 | 130 | 87 | 1,197 | 8,394 | 13,721 |
| HANCOCK | 9 | 12 | 3,739 | 15 | 44 | 328 | 1,575 | 5,722 |
| BUTTS | 66 | 52 | 3,731 | 213 | 232 | 1,411 | 11,625 | 17,330 |
| BROOKS | 22 | 36 | 3,671 | 187 | 110 | 600 | 6,081 | 10,707 |
| GREENE | 21 | 101 | 3,668 | 192 | 92 | 939 | 9,483 | 14,496 |
| HARRIS | 74 | 227 | 3,666 | 512 | 327 | 1,645 | 19,217 | 25,668 |
| TOOMBS | 26 | 74 | 3,575 | 498 | 162 | 1,213 | 10,418 | 15,966 |
| TERRELL | 10 | 25 | 3,572 | 30 | 57 | 352 | 2,473 | 6,519 |
| EARLY | 10 | 19 | 3,344 | 24 | 32 | 251 | 3,364 | 7,044 |
| SCREVEN | 18 | 30 | 3,338 | 46 | 59 | 749 | 5,296 | 9,536 |
| PUTNAM | 30 | 73 | 3,317 | 244 | 106 | 938 | 11,368 | 16,076 |
| JACKSON | 134 | 858 | 3,303 | 1,977 | 625 | 4,409 | 42,337 | 53,643 |
| WORTH | 19 | 32 | 3,293 | 86 | 96 | 761 | 9,203 | 13,490 |
| BEN HILL | 16 | 52 | 3,153 | 180 | 74 | 481 | 5,687 | 9,643 |
| ELBERT | 17 | 80 | 3,018 | 154 | 111 | 680 | 8,186 | 12,246 |
| LAMAR | 35 | 46 | 2,801 | 122 | 126 | 891 | 8,876 | 12,897 |
| DODGE | 19 | 31 | 2,772 | 71 | 65 | 541 | 7,730 | 11,229 |
| COOK | 17 | 50 | 2,770 | 195 | 78 | 266 | 7,210 | 10,586 |
| MORGAN | 26 | 65 | 2,704 | 138 | 90 | 714 | 11,203 | 14,940 |
| DOOLY | 13 | 24 | 2,644 | 95 | 59 | 221 | 2,743 | 5,799 |
| WAYNE | 29 | 87 | 2,592 | 275 | 150 | 1,209 | 13,196 | 17,538 |
| POLK | 44 | 82 | 2,586 | 729 | 248 | 1,440 | 19,185 | 24,314 |
| WILKES | 14 | 29 | 2,467 | 52 | 67 | 380 | 3,705 | 6,714 |
| MCINTOSH | 26 | 30 | 2,451 | 62 | 89 | 459 | 5,814 | 8,931 |
| TWIGGS | 16 | 16 | 2,422 | 40 | 57 | 358 | 3,153 | 6,062 |
| WILKINSON | 14 | 9 | 2,379 | 28 | 42 | 301 | 3,547 | 6,320 |
| HART | 24 | 157 | 2,361 | 145 | 125 | 1,008 | 13,081 | 16,901 |
| TALBOT | 13 | 9 | 2,345 | 30 | 34 | 190 | 1,855 | 4,476 |
| RANDOLPH | 10 | 5 | 2,325 | 19 | 21 | 178 | 1,651 | 4,209 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| LONG | 50 | 117 | 2,291 | 519 | 212 | 963 | 5,138 | 9,290 |
| TATTNALL | 30 | 39 | 2,143 | 381 | 109 | 925 | 7,904 | 11,531 |
| WHITFIELD | 124 | 526 | 2,105 | 8,952 | 664 | 4,515 | 37,304 | 54,190 |
| WARREN | 6 | 11 | 2,030 | 12 | 26 | 177 | 1,489 | 3,751 |
| TURNER | 14 | 18 | 1,994 | 73 | 49 | 251 | 3,106 | 5,505 |
| APPLING | 22 | 51 | 1,943 | 240 | 77 | 717 | 8,356 | 11,406 |
| TELFAIR | 11 | 17 | 1,849 | 50 | 43 | 330 | 3,669 | 5,969 |
| JENKINS | 10 | 11 | 1,757 | 27 | 27 | 367 | 2,813 | 5,012 |
| MADISON | 54 | 237 | 1,756 | 394 | 193 | 1,511 | 16,536 | 20,681 |
| JASPER | 21 | 25 | 1,754 | 134 | 55 | 232 | 8,376 | 10,597 |
| TAYLOR | 7 | 15 | 1,750 | 43 | 29 | 288 | 3,002 | 5,134 |
| CALHOUN | 1 | 16 | 1,698 | 16 | 16 | 129 | 1,080 | 2,956 |
| SEMINOLE | 10 | 14 | 1,688 | 44 | 44 | 274 | 3,563 | 5,637 |
| STEPHENS | 49 | 110 | 1,661 | 180 | 168 | 1,101 | 14,303 | 17,572 |
| JOHNSON | 5 | 17 | 1,604 | 14 | 16 | 207 | 3,578 | 5,441 |
| STEWART | 5 | 4 | 1,593 | 9 | 18 | 111 | 1,012 | 2,752 |
| CRAWFORD | 24 | 30 | 1,591 | 81 | 80 | 486 | 6,182 | 8,474 |
| EVANS | 13 | 30 | 1,565 | 153 | 63 | 481 | 3,794 | 6,099 |
| LINCOLN | 12 | 16 | 1,561 | 29 | 38 | 387 | 4,008 | 6,051 |
| PULASKI | 9 | 20 | 1,518 | 56 | 57 | 203 | 3,786 | 5,649 |
| OGLETHORPE | 19 | 35 | 1,515 | 205 | 110 | 754 | 8,153 | 10,791 |
| BLECKLEY | 14 | 46 | 1,457 | 50 | 58 | 312 | 5,613 | 7,550 |
| MARION | 18 | 38 | 1,452 | 95 | 44 | 194 | 2,970 | 4,811 |
| WALKER | 113 | 149 | 1,362 | 329 | 322 | 3,980 | 36,699 | 42,954 |
| GORDON | 105 | 309 | 1,336 | 2,116 | 388 | 2,754 | 29,265 | 36,273 |
| CANDLER | 8 | 21 | 1,332 | 175 | 33 | 589 | 4,180 | 6,338 |
| IRWIN | 8 | 25 | 1,321 | 56 | 28 | 256 | 4,234 | 5,928 |
| JEFF DAVIS | 10 | 30 | 1,200 | 251 | 54 | 413 | 6,425 | 8,383 |
| CHARLTON | 22 | 30 | 1,165 | 44 | 58 | 740 | 4,216 | 6,275 |
| TREUTLEN | 3 | 7 | 1,155 | 19 | 21 | 207 | 2,732 | 4,144 |
| OCONEE | 54 | 804 | 1,154 | 620 | 304 | 2,132 | 25,126 | 30,194 |
| MONTGOMERY | 9 | 12 | 1,144 | 95 | 25 | 284 | 3,774 | 5,343 |
| LANIER | 30 | 35 | 1,139 | 129 | 71 | 286 | 3,917 | 5,607 |
| WILCOX | 6 | 17 | 1,129 | 47 | 46 | 125 | 3,018 | 4,388 |
| BERRIEN | 38 | 38 | 1,120 | 190 | 89 | 543 | 9,261 | 11,279 |
| PIKE | 25 | 49 | 1,092 | 82 | 90 | 894 | 11,796 | 14,028 |
| CLINCH | 11 | 13 | 1,087 | 30 | 30 | 220 | 2,782 | 4,173 |
| CLAY | 1 | 1 | 1,041 | 4 | 5 | 74 | 838 | 1,964 |
| MILLER | 7 | 5 | 987 | 25 | 16 | 104 | 2,615 | 3,759 |
| CATOOSA | 141 | 385 | 964 | 533 | 371 | 4,299 | 39,172 | 45,865 |
| FRANKLIN | 39 | 111 | 946 | 174 | 92 | 1,117 | 12,740 | 15,219 |
| CHATTOOGA | 42 | 45 | 916 | 147 | 132 | 1,308 | 11,506 | 14,096 |
| PIERCE | 28 | 47 | 909 | 119 | 80 | 950 | 10,340 | 12,473 |
| CHATTAHOOCHEE | 13 | 68 | 875 | 233 | 80 | 416 | 1,761 | 3,446 |
| BAKER | 2 | 17 | 852 | 18 | 17 | 100 | 1,130 | 2,136 |

| County | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ATKINSON | 11 | 6 | 846 | 349 | 31 | 235 | 3,073 | 4,551 |
| BACON | 8 | 20 | 787 | 103 | 40 | 367 | 5,233 | 6,558 |
| WHEELER | 4 | 2 | 783 | 32 | 19 | 151 | 2,111 | 3,102 |
| HARALSON | 57 | 107 | 767 | 120 | 155 | 1,227 | 18,273 | 20,706 |
| WEBSTER | 1 | 3 | 720 | 10 | 15 | 45 | 882 | 1,676 |
| TALIAFERRO |  | 2 | 663 | 12 | 10 | 49 | 495 | 1,231 |
| HEARD | 16 | 34 | 657 | 51 | 85 | 434 | 6,491 | 7,768 |
| QUITMAN | 11 | 5 | 588 | 13 | 9 | 66 | 743 | 1,435 |
| HABERSHAM | 61 | 382 | 555 | 1,219 | 225 | 2,027 | 23,580 | 28,049 |
| SCHLEY | 4 | 10 | 490 | 38 | 24 | 105 | 2,202 | 2,873 |
| BRANTLEY | 34 | 19 | 285 | 65 | 81 | 536 | 10,205 | 11,225 |
| BANKS | 31 | 119 | 259 | 293 | 104 | 893 | 11,278 | 12,977 |
| WHITE | 59 | 73 | 228 | 194 | 152 | 1,448 | 18,577 | 20,731 |
| LUMPKIN | 111 | 95 | 181 | 387 | 221 | 1,637 | 19,659 | 22,291 |
| PICKENS | 54 | 98 | 174 | 253 | 198 | 1,929 | 20,958 | 23,664 |
| MURRAY | 43 | 53 | 137 | 1,308 | 181 | 1,592 | 19,229 | 22,543 |
| DAWSON | 67 | 151 | 130 | 438 | 194 | 1,698 | 19,383 | 22,061 |
| GLASCOCK | 3 | 5 | 116 | 2 | 5 | 87 | 1,785 | 2,003 |
| ECHOLS | 14 | 3 | 92 | 169 | 22 | 81 | 1,688 | 2,069 |
| GILMER | 54 | 93 | 77 | 627 | 202 | 1,304 | 19,948 | 22,305 |
| RABUN | 39 | 33 | 67 | 228 | 81 | 928 | 11,405 | 12,781 |
| FANNIN | 71 | 71 | 49 | 170 | 140 | 1,100 | 18,484 | 20,085 |
| DADE | 35 | 52 | 47 | 80 | 67 | 965 | 9,640 | 10,886 |
| UNION | 27 | 81 | 45 | 212 | 208 | 1,254 | 17,996 | 19,823 |
| TOWNS | 9 | 36 | 35 | 92 | 97 | 587 | 9,340 | 10,196 |

*Source: https://sos.ga.gov/georgia-active-voters-report