# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

## 2:20-cv-00302-SCJ
## Fair Fight, Inc. et al v. Engelbrecht et al
## Honorable Steve C. Jones

Minute Sheet for proceedings held In Open Court on 11/01/2023.

TIME COURT COMMENCED: 9:00 A.M.
TIME COURT CONCLUDED: 5:00 P.M.
TIME IN COURT: 7:00
OFFICE LOCATION: Gainesville
COURT REPORTER: V. Zborowski & S. Welch
DEPUTY CLERK: M. Conkel for P. Wright

**ATTORNEY(S) PRESENT:**
Leslie Bryan representing Fair Fight, Inc.
James Evans representing True the Vote, Inc.
Christina Ford representing Fair Fight, Inc.
Allegra Lawrence representing Fair Fight Action, Inc.
Michelle McClafferty representing Fair Fight, Inc.
Timothy Mellett representing United States of America
Tina Meng Morrison representing Fair Fight, Inc.
Marcos Mocine-McQueen representing Fair Fight, Inc.
Uzoma Nkwonta representing Fair Fight, Inc.
Dana Paikowsky representing United States of America
Cameron Powell representing True the Vote, Inc.
Jacob Shelly representing Fair Fight, Inc.
Michael Wynne representing True the Vote, Inc.
Jennifer Yun representing United States of America

**PROCEEDING CATEGORY:** Bench Trial Continued;

**MINUTE TEXT:** Plaintiffs' case continued. Catherine Engelbrecht sworn and testified for purposes of cross-examination. Intervenor USA also examined witness. Defendants' reserved questioning for case-in-chief. Plaintiffs' exhibits 10, 1, 28, 32, 27, 73, 80, 22, 92, 90, 26, and 93 admitted. Admission of Plaintiffs' exhibit 45 taken under advisement. Video deposition of Clair Joseph Martin submitted.

**HEARING STATUS:** Hearing not concluded. Court adjourned and will reconvene at 9:00 AM on 11/02/2023.

**TRIAL STATUS:** Evidence Entered, continued