IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>Plaintiffs,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, and JAMES COOPER,<br><br>Defendants. | Civil Action No.<br>2:20-cv-00302-SCJ |

## PLAINTIFFS' TRIAL DEPOSITION DESIGNATIONS

Plaintiffs identify herein the designated portions of testimony to be introduced by deposition.

### Deposition of OpSec LLC and Gregg Phillips
### January 25, 2022

| Witness | Plaintiffs' Designations | |
|---|---|---|
| | Page:Line | Page:Line |
| OpSec/Phillips | 23:6 | 23:9 |
| OpSec/Phillips | 41:6 | 44:19 |
| OpSec/Phillips | 85:9 | 86:3 |
| OpSec/Phillips | 103:5 | 103:16 |
| OpSec/Phillips | 106:22 | 107:3 |
| OpSec/Phillips | 107:9 | 107:14 |
| OpSec/Phillips | 109:1 | 109:3 |

| | | |
|---|---|---|
| OpSec/Phillips | 112:4 | 112:19 |
| OpSec/Phillips | 113:20 | 114:7 |
| OpSec/Phillips | 114:8 | 114:18 |
| OpSec/Phillips | 118:16 | 118:18 |
| OpSec/Phillips | 121:3 | 121:6 |
| OpSec/Phillips | 122:17 | 123:5 |
| OpSec/Phillips | 123:9 | 124:14 |
| OpSec/Phillips | 125:12 | 127:19 |
| OpSec/Phillips | 129:16 | 130:1 |
| OpSec/Phillips | 131:3 | 131:16 |
| OpSec/Phillips | 134:22 | 135:13 |
| OpSec/Phillips | 136:4 | 136:13 |
| OpSec/Phillips | 136:16 | 138:6 |
| OpSec/Phillips | 139:1 | 139:3 |
| OpSec/Phillips | 139:8 | 139:15 |
| OpSec/Phillips | 140:8 | 141:10 |
| OpSec/Phillips | 141:17 | 141:19 |
| OpSec/Phillips | 146:8 | 146:14 |
| OpSec/Phillips | 147:20 | 147:22 |
| OpSec/Phillips | 148:4 | 148:7 |
| OpSec/Phillips | 148:13 | 148:18 |
| OpSec/Phillips | 150:1 | 150:18 |
| OpSec/Phillips | 151:12 | 151:20 |
| OpSec/Phillips | 164:16 | 165:5 |

**Deposition of True the Vote and Catherine Engelbrecht**
**January 26, 2022**

| Witness | Plaintiffs' Designations | |
|---|---|---|
| | Page:Line | Page:Line |
| TTV/Engelbrecht | 27:14 | 29:18 |
| TTV/Engelbrecht | 31:3 | 32:5 |
| TTV/Engelbrecht | 35:13 | 36:20 |
| TTV/Engelbrecht | 36:21 | 38:14 |
| TTV/Engelbrecht | 39:13 | 40:9 |
| TTV/Engelbrecht | 41:10 | 45:1 |
| TTV/Engelbrecht | 61:1 | 62:12 |
| TTV/Engelbrecht | 62:19 | 64:7 |
| TTV/Engelbrecht | 66:12 | 69:7 |
| TTV/Engelbrecht | 70:1 | 71:10 |
| TTV/Engelbrecht | 71:11 | 75:18 |
| TTV/Engelbrecht | 78:3 | 78:15 |
| TTV/Engelbrecht | 79:1 | 81:9 |
| TTV/Engelbrecht | 94:17 | 95:3 |
| TTV/Engelbrecht | 112:2 | 113:2 |
| TTV/Engelbrecht | 116:14 | 118:22 |
| TTV/Engelbrecht | 134:15 | 139:19 |
| TTV/Engelbrecht | 140:12 | 142:2 |
| TTV/Engelbrecht | 142:6 | 143:9 |
| TTV/Engelbrecht | 143:21 | 144:15 |
| TTV/Engelbrecht | 145:5 | 146:8 |
| TTV/Engelbrecht | 146:9 | 147:4 |
| TTV/Engelbrecht | 147:15 | 149:11 |
| TTV/Engelbrecht | 158:1 | 159:1 |
| TTV/Engelbrecht | 161:15 | 164:7 |
| TTV/Engelbrecht | 178:8 | 181:12 |
| TTV/Engelbrecht | 211:3 | 211:8 |
| TTV/Engelbrecht | 211:9 | 211:13 |
| TTV/Engelbrecht | 214:4 | 214:22 |
| TTV/Engelbrecht | 217:2 | 219:4 |
| TTV/Engelbrecht | 220:16 | 222:19 |
| TTV/Engelbrecht | 223:17 | 224:16 |
| TTV/Engelbrecht | 229:9 | 235:15 |
| TTV/Engelbrecht | 236:19 | 243:19 |

| | | |
|---|---|---|
| TTV/Engelbrecht | 250:10 | 253:19 |
| TTV/Engelbrecht | 253:20 | 254:4 |
| TTV/Engelbrecht | 257:11 | 257:14 |
| TTV/Engelbrecht | 258:11 | 261:6 |
| TTV/Engelbrecht | 263:4 | 265:17 |
| TTV/Engelbrecht | 266:7 | 269:9 |
| TTV/Engelbrecht | 269:10 | 269:21 |
| TTV/Engelbrecht | 269:22 | 270:4 |
| TTV/Engelbrecht | 270:5 | 271:13 |
| TTV/Engelbrecht | 271:14 | 274:14 |
| TTV/Engelbrecht | 274:16 | 275:12 |
| TTV/Engelbrecht | 275:13 | 275:18 |
| TTV/Engelbrecht | 275:19 | 276:14 |
| TTV/Engelbrecht | 276:15 | 277:6 |
| TTV/Engelbrecht | 277:7 | 279:5 |
| TTV/Engelbrecht | 279:9 | 279:16 |
| TTV/Engelbrecht | 281:5 | 283:20 |
| TTV/Engelbrecht | 285:13 | 285:20 |
| TTV/Engelbrecht | 292:1 | 302:17 |
| TTV/Engelbrecht | 302:18 | 308:11 |
| TTV/Engelbrecht | 313:19 | 313:22 |
| TTV/Engelbrecht | 327:8 | 328:3 |
| TTV/Engelbrecht | 334:5 | 337:11 |

## Deposition of Derek Somerville (Part I)
### October 6, 2021

| Witness | Plaintiffs' Designations | |
|---|---|---|
| | Page:Line | Page:Line |
| D. Somerville | 20:2 | 22:22 |
| D. Somerville | 24:5 | 28:20 |
| D. Somerville | 29:10 | 34:1 |
| D. Somerville | 38:6 | 39:17 |
| D. Somerville | 41:18 | 44:1 |
| D. Somerville | 46:13 | 48:4 |
| D. Somerville | 55:18 | 56:14 |
| D. Somerville | 87:17 | 88:4 |
| D. Somerville | 88:17 | 89:20 |
| D. Somerville | 91:5 | 91:10 |
| D. Somerville | 92:6 | 93:3 |
| D. Somerville | 93:4 | 94:10 |
| D. Somerville | 98:5 | 98:13 |
| D. Somerville | 100:17 | 101:3 |
| D. Somerville | 103:6 | 104:6 |
| D. Somerville | 107:7 | 109:13 |
| D. Somerville | 113:10 | 114:20 |
| D. Somerville | 116:12 | 117:9 |
| D. Somerville | 119:9 | 123:10 |
| D. Somerville | 124:4 | 124:8 |
| D. Somerville | 148:15 | 148:19 |

## Deposition of Derek Somerville (Part II)
### January 20, 2022

| Witness | Plaintiffs' Designations | |
|---|---|---|
| | Page:Line | Page:Line |
| D. Somerville | 20:8 | 24:6 |
| D. Somerville | 68:17 | 69:7 |
| D. Somerville | 71:12 | 73:14 |
| D. Somerville | 73:15 | 74:3 |
| D. Somerville | 86:8 | 86:22 |
| D. Somerville | 87:16 | 88:14 |

| Witness | Page:Line | Page:Line |
|---|---|---|
| D. Somerville | 103:7 | 104:15 |
| D. Somerville | 136:17 | 139:8 |
| D. Somerville | 169:4 | 170:22 |
| D. Somerville | 184:3 | 184:10 |

### Deposition of Mark Davis (Part I)
### October 4, 2021

| Witness | Plaintiffs' Designations | |
|---|---|---|
| | Page:Line | Page:Line |
| M. Davis | 35:7 | 37:15 |
| M. Davis | 37:16 | 38:19 |
| M. Davis | 48:1 | 49:10 |
| M. Davis | 49:12 | 50:11 |
| M. Davis | 65:12 | 65: 22 |
| M. Davis | 148:3 | 150:9 |
| M. Davis | 151:2 | 151:16 |
| M. Davis | 152:19 | 153:18 |
| M. Davis | 164:17 | 165:8 |
| M. Davis | 171:5 | 171:21 |

### Deposition of Mark Davis (Part II)
### January 19, 2022

| Witness | Plaintiffs' Designations | |
|---|---|---|
| | Page:Line | Page:Line |
| M. Davis | 29:3 | 30:1 |
| M. Davis | 36:14 | 37:6 |
| M. Davis | 40:8 | 40:14 |
| M. Davis | 93:3 | 93:9 |
| M. Davis | 93:20 | 94:6 |
| M. Davis | 94:7 | 95:3 |
| M. Davis | 95:17 | 96:5 |
| M. Davis | 103:22 | 104:3 |
| M. Davis | 109:10 | 110:22 |
| M. Davis | 126:14 | 126:16 |
| M. Davis | 137:7 | 137:17 |

| Witness | Page:Line | Page:Line |
|---|---|---|
| M. Davis | 139:14 | 140:22 |
| M. Davis | 205:7 | 207:20 |

### Deposition of Ron Johnson
### September 29, 2021

| Witness | Plaintiffs' Designations | |
|---|---|---|
| | Page:Line | Page:Line |
| R. Johnson | 20:10 | 22:6 |
| R. Johnson | 24:2 | 24:6 |
| R. Johnson | 29:11 | 29:19 |
| R. Johnson | 42:17 | 43:2 |
| R. Johnson | 70:17 | 70:22 |
| R. Johnson | 71:11 | 72:10 |
| R. Johnson | 73:15 | 75:12 |

### Deposition of Mark Williams
### September 23, 2021

| Witness | Plaintiffs' Designations | |
|---|---|---|
| | Page:Line | Page:Line |
| M. Williams | 17:22 | 18:10 |
| M. Williams | 18:22 | 19:8 |
| M. Williams | 19:13 | 19:22 |
| M. Williams | 22:19 | 22:21 |
| M. Williams | 23:17 | 24:7 |
| M. Williams | 36:2 | 36:18 |
| M. Williams | 36:22 | 37:2 |
| M. Williams | 40:2 | 40:5 |
| M. Williams | 58:12 | 58:16 |
| M. Williams | 59:6 | 59:12 |
| M. Williams | 61:8 | 61:11 |
| M. Williams | 63:3 | 63:15 |
| M. Williams | 64:3 | 64:6 |
| M. Williams | 64:6 | 64:18 |
| M. Williams | 65:2 | 65:12 |

## Deposition of James Cooper
## September 22, 2021

| Witness | Plaintiffs' Designations | |
|---|---|---|
| | Page:Line | Page:Line |
| J. Cooper | 11:9 | 13:19 |
| J. Cooper | 15:18 | 16:5 |
| J. Cooper | 25:13 | 26:4 |
| J. Cooper | 27:5 | 27:21 |
| J. Cooper | 29:18 | 30:11 |
| J. Cooper | 33:3 | 34:13 |
| J. Cooper | 36:5 | 36:16 |
| J. Cooper | 36:17 | 37:19 |
| J. Cooper | 38:11 | 40:1 |
| J. Cooper | 43:2 | 43:21 |
| J. Cooper | 45:1 | 46:3 |
| J. Cooper | 46:20 | 47:19 |
| J. Cooper | 53:3 | 53:18 |
| J. Cooper | 57:17 | 58:9 |
| J. Cooper | 60:16 | 65:21 |
| J. Cooper | 66:18 | 67:16 |
| J. Cooper | 70:5 | 71:1 |
| J. Cooper | 74:11 | 76:4 |
| J. Cooper | 96:16 | 96:19 |
| J. Cooper | 103:3 | 103:11 |
| J. Cooper | 105:5 | 105:13 |
| J. Cooper | 111:18 | 112:16 |
| J. Cooper | 128:22 | 130:20 |
| J. Cooper | 137:7 | 138:17 |
| J. Cooper | 139:8 | 139:14 |
| J. Cooper | 144:11 | 145:1 |

## Deposition of Joseph Martin[1]
## September 28, 2021

| Witness | Plaintiffs' Designations | |
| --- | --- | --- |
| | Page:Line | Page:Line |
| J. Martin | 6:2 | 6:14 |
| J. Martin | 16:20 | 17:8 |
| J. Martin | 20:17 | 21:10 |
| J. Martin | 21:13 | 22:7 |
| J. Martin | 23:13 | 23:19 |
| J. Martin | 29:16 | 30:6 |
| J. Martin | 30:15 | 32:16 |
| J. Martin | 33:5 | 37:5 |
| J. Martin | 38:7 | 39:10 |
| J. Martin | 41:6 | 41:16 |
| J. Martin | 45:14 | 45:17 |
| J. Martin | 46:17 | 47:5 |
| J. Martin | 49:16 | 51:6 |
| J. Martin | 52:22 | 54:15 |
| J. Martin | 55:7 | 57:15 |
| J. Martin | 59:20 | 66:2 |
| J. Martin | 68:17 | 69:18 |
| J. Martin | 77:2 | 80:8 |
| J. Martin | 82:6 | 83:19 |
| J. Martin | 86:2 | 87:21 |
| J. Martin | 88:4 | 89:4 |
| J. Martin | 89:14 | 90:2 |
| J. Martin | 93:18 | 94:15 |

---

[1] Per the Court's request, Plaintiffs have attached the full transcript of Joseph Martin's deposition.

## Deposition of Amy Holsworth
## January 12, 2022

| Witness | Plaintiffs' Designations | |
|---|---|---|
| | Page:Line | Page:Line |
| A. Holsworth | 13:17 | 15:19 |
| A. Holsworth | 60:2 | 60:20 |
| A. Holsworth | 60:21 | 61:5 |
| A. Holsworth | 78:11 | 78:16 |

Respectfully submitted, this 2nd day of November, 2023.

| | |
|---|---|
| Allegra J. Lawrence<br>Georgia Bar No. 439797<br>Leslie J. Bryan<br>Georgia Bar No. 091175<br>Maia Cogen<br>Georgia Bar No. 832438<br>Michelle L. McClafferty<br>Georgia Bar No. 161970<br>**LAWRENCE & BUNDY LLC**<br>1180 West Peachtree Street, Suite 1650<br>Atlanta, GA 30309<br>Telephone: (404) 400-3350<br>Fax: (404) 609-2504<br>allegra.lawrence-hardy@lawrencebundy.com<br>leslie.bryan@lawrencebundy.com<br>maia.cogen@lawrencebundy.com<br>michelle.mcclafferty@lawrencebundy.com | */s/ Uzoma N. Nkwonta*<br>Marc E. Elias\*<br>Uzoma N. Nkwonta\*<br>Christina A. Ford\*<br>Tina Meng Morrison\*<br>Marcos Mocine-McQueen\*<br>Joel J. Ramirez\*<br>Jacob D. Shelly\*<br>**ELIAS LAW GROUP LLP**<br>250 Massachusetts Ave., Suite 400<br>Washington, D.C. 20001<br>Telephone: (202) 968-4490<br>melias@elias.law<br>unkwonta@elias.law<br>cford@elias.law<br>tmengmorrison@elias.law<br>mmcqueen@elias.law<br>jramirez@elias.law<br>jshelly@elias.law<br><br>*Counsel for Plaintiffs*<br>\*Admitted *pro hac vice* |

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1(D), N.D. Ga., I hereby certify that the foregoing notice has been prepared in accordance with the font type and margin requirements of LR 5.1, N.D. Ga., using a font type of Times New Roman and a point size of 14.

This 2nd day of November, 2023.         */s/ Uzoma N. Nkwonta*
                                        Uzoma N. Nkwonta
                                        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing notice with the Clerk of Court using the CM/ECF system, which will automatically send-e-mail notification to all counsel of record.

This 2nd day of November, 2023.

                                        */s/ Uzoma N. Nkwonta*
                                        Uzoma N. Nkwonta
                                        *Counsel for Plaintiffs*