# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

## 2:20-cv-00302-SCJ
## Fair Fight, Inc. et al v. Engelbrecht et al
## Honorable Steve C. Jones

Minute Sheet for proceedings held In Open Court on 11/02/2023.

TIME COURT COMMENCED: 9:00 A.M.
TIME COURT CONCLUDED: 5:00 P.M.       COURT REPORTER: V. Zborowski & S. Welch
TIME IN COURT: 5:30                   DEPUTY CLERK: Pamela Wright
OFFICE LOCATION: Gainesville

**ATTORNEY(S) PRESENT:**
Leslie Bryan representing Fair Fight, Inc.
James Evans representing True the Vote, Inc.
Christina Ford representing Fair Fight, Inc.
Allegra Lawrence representing Fair Fight, Inc.
Michelle McClafferty representing Fair Fight, Inc.
Timothy Mellett representing United States of America
Tina Meng Morrison representing Fair Fight, Inc.
Marcos Mocine-McQueen representing Fair Fight, Inc.
Uzoma Nkwonta representing Fair Fight Action, Inc.
Dana Paikowsky representing United States of America
Cameron Powell representing True the Vote, Inc.
Jacob Shelly representing Fair Fight, Inc.
Michael Wynne representing True the Vote, Inc.
Jennifer Yun representing United States of America

**PROCEEDING CATEGORY:** Bench Trial Continued;

**MINUTE TEXT:** Plaintiffs' case continued. [In-chambers conferences held with counsel from 9:05 AM - 9:30 AM and 10:45 AM - 11:00 AM. Catherine Englebrecht recalled. Plaintiffs' exhibits admitted: 2-7, 17, 21, 23, 29, 30, 31, 33, 34, 36, 38 - 41, 43, 44, 46, 47, 51, 52, 53, 55-72, 74, 75-88, 94-105. Plaintiffs' exhibits denied admission: 19, 20, 54, 61, 66, 86, 87. Derek Somerville called by plaintiffs as adverse witness, sworn and testified. Plaintiffs' exhibit 89 admitted. Mark Williams called by Plaintiffs as adverse witness; witness not present. Derek Somerville called by Defendants for direct examination.

Case 2:20-cv-00302-SCJ   Document 299   Filed 11/02/23   Page 2 of 2

| | |
|---|---|
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:00 AM on 11/03/223. |
| TRIAL STATUS: | Evidence Entered, continued |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |