IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>Plaintiffs,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, and JAMES COOPER,<br><br>Defendants. | Civil Action No.<br>2:20-cv-00302-SCJ |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL AND MEMORANDUM IN SUPPORT

Plaintiffs hereby move the Court for leave to file under seal the Letter Brief dated November 2, 2023, hand-delivered to the Court the same day. In support of this Motion, and as more fully explained below, good cause exists for filing under seal.

### MEMORANDUM IN SUPPORT

On November 2, 2023, Plaintiffs hand-delivered to the Court a Letter Brief bearing the same date. Plaintiffs' Letter Brief addressed sensitive issues related to ongoing trial proceedings and, as such, Plaintiffs refrained from filing their letter

1

brief on the docket pending further instruction from the Court. Following a review of Plaintiffs' Letter Brief, the Court directed Plaintiffs to file their Letter Brief under seal. This Motion, therefore, is submitted at the Court's express direction.

Respectfully submitted, this 3rd day of November, 2023.

/s/ Allegra J. Lawrence
Georgia Bar No. 439797
Leslie J. Bryan
Georgia Bar No. 091175
Maia Cogen
Georgia Bar No. 832438
Michelle L. McClafferty
Georgia Bar No. 161970
**LAWRENCE & BUNDY LLC**
1180 West Peachtree Street, Suite 1650
Atlanta, GA 30309
Telephone: (404) 400-3350
Fax: (404) 609-2504
allegra.lawrence-hardy@lawrencebundy.com
leslie.bryan@lawrencebundy.com
maia.cogen@lawrencebundy.com
michelle.mcclafferty@lawrencebundy.com

Uzoma N. Nkwonta
Marc E. Elias*
Uzoma N. Nkwonta*
Christina A. Ford*
Tina Meng Morrison*
Marcos Mocine-McQueen*
Joel J. Ramirez*
Jacob D. Shelly*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave., Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
melias@elias.law
unkwonta@elias.law
cford@elias.law
tmengmorrison@elias.law
mmcqueen@elias.law
jramirez@elias.law
jshelly@elias.law

*Counsel for Plaintiffs*
*Admitted *pro hac vice*

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1(D), N.D. Ga., I certify that the foregoing motion has been prepared in accordance with the font type and margin requirements of LR 5.1, N.D. Ga., using a font type of Times New Roman and a point size of 14.

This 3rd day of November, 2023.                /s/ Allegra J. Lawrence
                                               Allegra J. Lawrence

## CERTIFICATE OF SERVICE

I certify that I have this day served a copy of the within and foregoing motion with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to all counsel of record.

This 3rd day of November, 2023.

                                               /s/ Allegra J. Lawrence
                                               Allegra J. Lawrence
                                               *Counsel for Plaintiffs*