IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>Plaintiffs,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, and JAMES COOPER,<br><br>Defendants. | Civil Action No.<br>2:20-cv-00302-SCJ |

## [PROPOSED] ORDER

This matter came before the Court on Plaintiffs' Motion for Leave to File Under Seal. Having considered Plaintiffs' filing, it is hereby **ORDERED** that the Letter Brief dated November 2, 2023, and its enclosure, will be filed under seal.

This the ____ day of November, 2023.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

1