IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

FAIR FIGHT, INC., SCOTT BERSON,
JOCELYN HEREDIA, and JANE
DOE,

      Plaintiffs,

      v.

TRUE THE VOTE, INC., CATHERINE
ENGELBRECHT, DEREK
SOMERVILLE, MARK DAVIS,
MARK WILLIAMS, RON JOHNSON,
and JAMES COOPER,

      Defendants.

Civil Action No.
2:20-cv-00302-SCJ

## ORDER

This matter came before the Court on Plaintiffs' Motion for Leave to File Under Seal. Having considered Plaintiffs' filing, there is good cause to seal the Letter Brief and its enclosure (Doc. No. [300]). Thereby, it is **ORDERED** that the Letter Brief dated November 2, 2023, and its enclosure (Doc. No. [300]), will be filed under seal.

This the 3rd day of November, 2023.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

1