# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>*Plaintiffs*,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, and JAMES COOPER,<br><br>*Defendants*. | CIVIL ACTION FILE<br><br>NO. 2:20-cv-00302-SCJ |

## **DEFENDANTS' MOTION FOR JUDGMENT ON PARTIAL FINDINGS**

Defendants True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson, and James Cooper ("Defendants") hereby file this motion for judgment on partial findings pursuant to FED.R.CIV.PRO 52(c), requesting that the Court dismiss Plaintiffs' claims against Defendants. In support of this motion, Defendants rely on the arguments and citations to authority presented in the accompanying memorandum of law, which Defendants file contemporaneously with this motion. For the reasons more fully set forth in the accompanying memorandum of law, Defendants' motion should be granted.

1

Respectfully submitted this 4th day of November, 2023.

By: */s/ Jake Evans*
Jake Evans, Esq.
GA Bar No. 797018
**GREENBERG TRAURIG, LLP**
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
P: (678) 553-2100
F: (678) 553-2212
Jake.Evans@gtlaw.com

*Local Counsel for Defendants*


By: /s/ Michael J. Wynne
Michael J. Wynne*
TX Bar No. 785289
Cameron Powell*
DC Bar No. 459020
**GREGOR WYNNE ARNEY, PLLC**
909 Fannin Street, Suite 3800
Houston, TX 77010
P: (281) 450-7403
mwynne@gwafirm.com
cpowell@gwafirm.com
*Admitted Pro Hac Vice*

*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>*Plaintiffs*,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>*Defendants*. | CIVIL ACTION FILE<br><br>NO. 2:20-cv-00302-SCJ |

## <u>LOCAL RULE 7.1D CERTIFICATION</u>

The foregoing **DEFENDANTS' MOTION FOR JUDGMENT ON PARTIAL FINDINGS** is a computer-generated document prepared in 14-point Times New Roman font in accordance with Local Rule 5.1B and C.

This 4th day of November, 2023.

/s/ Jake Evans
Jake Evans

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>*Plaintiffs*,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>*Defendants*. | CIVIL ACTION FILE<br><br>NO. 2:20-cv-00302-SCJ |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing **DEFENDANTS' MOTION FOR JUDGMENT ON PARTIAL FINDINGS** upon all parties to this matter by filing said document electronically through this Court's CM/ECF system, which will automatically send electronic notification of such filing to counsel of record.

This 4th day of November, 2023.

/s/ Jake Evans
Jake Evans

4