IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>    *Plaintiffs*,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, and JAMES COOPER,<br><br>    *Defendants*. | CIVIL ACTION FILE<br><br>NO. 2:20-cv-00302-SCJ |

## DEFENDANTS' MOTION TO TAKE JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201, Defendants True the Vote, Inc. Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson and James Cooper ("Defendants") ask the Court to take judicial notice of certain facts set out in documents identified as attachments and/or links to state or federal publicly available websites.

1

## The Kinds of Facts That May Be Judicially Noticed

The Court may take judicial notice of a fact not subject to reasonable dispute because that fact

(1) is generally known within the trial court's territorial jurisdiction; or

(2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

## List of the Documents or Websites Containing Facts of Which Defendants Request the Court to Take Judicial Notice

**Attachment A** – Certified copies of documents filed in the case –styled and –numbered *In re Majority Forward et al.,* Case No. 1:20-cv-00266-LAG in the Middle District of Georgia, Albany Division:

1. Court Docket Sheet.

2. Preliminary Injunction Order filed December 30, 2020 [Docket 27].

3. Stipulation of Dismissal filed January 25, 2021 [Docket 39].

**Attachment B** – Certified copies of emails dated December 2020 and December 23, 2020, between the Muscogee County Elections and Registration Board and Stephanie Stinetorf.

**Attachment C** – A screen print taken from the Georgia Secretary of State's website and the fact as illustrated by this attachment that County absentee ballot files can be accessed by year and by individual election, and are publicly available at https://mvp.sos.ga.gov/s/voter-absentee-files. Defendants request that the Court take

judicial notice of the fact that all pertinent records relating to absentee ballots can be downloaded from this website, including those relating to the January 2021 Senate run-off election and that the information may be viewed county by county. These records are available to the public through the website in the form of downloadable Excel spreadsheets.

**Attachment D** – Copy of the January 2022 United States Postal Service (hereinafter "USPS") Publication 632 titled *State and Local Election Mail – User's Guide,* which is publicly available at

https://about.usps.com/publications/pub632.pdf.

**Attachment E –** Copy of the December 29, 2020, news article posted on the Georgia WALB News website, titled "Raffensperger takes issue with Albany judge's ruling." This article is publicly available at

https://www.walb.com/2020/12/29/raffensperger-takes-issue-with-albany-judges-ruling/.

**Attachment F** – Copy of December 17, 2020 (updated), Ledger-Enquirer.com news article, titled "Columbus Republican leader files challenge to thousands of voters with out-of-state addresses." This article is publicly available at

https://www.ledger-enquirer.com/news/politics-government/election/article247890295.html.

**Attachment G** – Copy of June 26, 2023, news article posted on the Georgia Secretary of State government website titled "Secretary Raffensberger Calls on Legislatures to Increase Penalties of $1 Million in Fines, Minimum 10 years in Prison for Criminal Violations of Georgia Election Code." This article is publicly available at https://sos.ga.gov/news/secretary-raffensperger-calls-legislators-increase-penalties-1-million-fines-minimum-10-years.

Defendants also ask the Court to take judicial notice of the following two USPS documents regarding the NCOA:

1. *NCOALink User Technical Reference Guide* publicly available at https://postalpro.usps.com/NCOALink_User_Tech_Info.

2. *NCOALink Software Developer Performance Requirements for End User* publicly available at:

https://postalpro.usps.com/NCOALINK_DEV_SPR_EU.

Attachment A and the matters set out therein are not subject to dispute as they are official records of a United States District Court. Attachments B, C, and D, and the two websites identified immediately above and the matters set out therein are not subject to dispute, as they are official records of either the state of Georgia or the United States government, available on their respective websites. Attachments E, F and G and the facts set out therein are not subject to dispute, as they are news articles posted on publicly available media websites.

Accordingly, the Defendants request the Court take judicial notice of these documents and records and consider them in weighing the evidence and making its factual determinations and drawing its conclusions of law.

Respectfully submitted this 5th day of November, 2023.

By: <u>/s/ Jake Evans</u>
Jake Evans, Esq.
GA Bar No. 797018
**GREENBERG TRAURIG, LLP**
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
P: (678) 553-2100
F: (678) 553-2212
Jake.Evans@gtlaw.com

*Local Counsel for Defendants*


By: <u>/s/ Michael J. Wynne</u>
Michael J. Wynne*
TX Bar No. 785289
Cameron Powell*
DC Bar No. 459020
**GREGOR WYNNE ARNEY, PLLC**
909 Fannin Street, Suite 3800
Houston, TX 77010
P: (281) 450-7403
mwynne@gwafirm.com
cpowell@gwafirm.com
*Admitted Pro Hac Vice*

*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>*Plaintiffs*,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>*Defendants*. | CIVIL ACTION FILE<br><br>NO. 2:20-cv-00302-SCJ |

## **LOCAL RULE 7.1D CERTIFICATION**

The foregoing **DEFENDANTS' MOTION TO TAKE JUDICIAL NOTICE** is a computer-generated document prepared in 14-point Times New Roman font in accordance with Local Rule 5.1B and C.

Filed this 5th day of November, 2023.

*/s/ Jake Evans*
Jake Evans

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>    *Plaintiffs*,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>    *Defendants*. | CIVIL ACTION FILE<br><br>NO. 2:20-cv-00302-SCJ |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing **DEFENDANTS' MOTION TO TAKE JUDICIAL NOTICE** upon all parties to this matter by filing said document electronically through this Court's CM/ECF system, which will automatically send electronic notification of such filing to counsel of record.

This 5th day of November, 2023.

*/s/ Jake Evans*
Jake Evans