# ATTACHMENT A

# U.S. District Court [LIVE AREA]
## Middle District of Georgia (Albany)
## CIVIL DOCKET FOR CASE #: 1:20-cv-00266-LAG

MAJORITY FORWARD et al v. BEN HILL COUNTY BOARD
OF ELECTIONS et al
Assigned to: US DISTRICT JUDGE LESLIE ABRAMS
GARDNER
Cause: 42:1983 Civil Rights Act

Date Filed: 12/23/2020
Date Terminated: 01/26/2021
Jury Demand: Defendant
Nature of Suit: 441 Civil Rights: Voting
Jurisdiction: Federal Question

**Plaintiff**

**MAJORITY FORWARD**

represented by **HALSEY GEORGE KNAPP , JR**
1201 W PEACHTREE ST NW STE 3250
ATLANTA, GA 30309
404-888-9700
Email: hknapp@khlawfirm.com
*ATTORNEY TO BE NOTICED*

**JACOB D SHELLY**
700 13 ST NW
STE 800
WASHINGTON, DC 20005
202-661-5833
Email: jshelly@elias.law
*ATTORNEY TO BE NOTICED*

**JOYCE GIST LEWIS**
1201 W PEACHTREE ST NW
STE 3250
ATLANTA, GA 30309
404-888-9700
Email: jlewis@khlawfirm.com
*ATTORNEY TO BE NOTICED*

**MARC E ELIAS**
250 MASSACHUSETTS AVE NW
STE 400
WASHINGTON, DC 20001
202-968-4510
Email: melias@elias.law
*ATTORNEY TO BE NOTICED*

**UZOMA NKEM NKWONTA**
10 G ST NE
STE 600
WASHINGTON, DC 20002
202-654-6200
Email: unkwonta@elias.law

I certify that this document is a true copy of the original document or electronic filing in this case.
Bill Lawrence    10/31/2023
Deputy Clerk    Date

*ATTORNEY TO BE NOTICED*

**ADAM MARTIN SPARKS**
1201 W PEACHTREE ST NW STE 3250
ATLANTA, GA 30309
Email: sparks@khlawfirm.com
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**GAMALIEL WARREN TURNER, SR.**    represented by    **HALSEY GEORGE KNAPP , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JACOB D SHELLY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOYCE GIST LEWIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARC E ELIAS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**UZOMA NKEM NKWONTA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ADAM MARTIN SPARKS**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**DEBRA LEWIS**    represented by    **ADAM MARTIN SPARKS**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

<u>Defendant</u>

**BEN HILL COUNTY BOARD OF ELECTIONS**    represented by    **ANTHONY A ROWELL**
1564 King Road
TIFTON, GA 31793
229-382-0515
Email: aar@hbss.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ROSS H PITTMAN , III**

1564 KING RD
TIFTON, GA 31793
229-382-0515
Email: hpittman@hallboothsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**NICHOLAS A KINSLEY**
1564 KING RD
TIFTON, GA 31793
Email: nkinsley@hallboothsmith.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**CINDI DUNLAP**
*in her official capacity as Ben Hill County*
*Elections Supervisor and Chief Registrar*

represented by **ANTHONY A ROWELL**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ROSS H PITTMAN , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**NICHOLAS A KINSLEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**THOMAS GREEN**
*in his official capacity as member of the*
*Ben Hill County Board of Elections*

represented by **ANTHONY A ROWELL**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ROSS H PITTMAN , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**NICHOLAS A KINSLEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**DAVID WALKER**
*in his official capacity as member of the*
*Ben Hill County Board of Elections*

represented by **ANTHONY A ROWELL**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ROSS H PITTMAN , III**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**NICHOLAS A KINSLEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**DANNY YOUNG**
*in his official capacity as member of the*
*Ben Hill County Board of Elections*

represented by **ANTHONY A ROWELL**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ROSS H PITTMAN , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**NICHOLAS A KINSLEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**GUNDRON MILLS**
*n his official capacity as member of the*
*Ben Hill County Board of Elections*

represented by **ANTHONY A ROWELL**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ROSS H PITTMAN , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**NICHOLAS A KINSLEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**PENSON KAMINSKY**
*in his official capacity as member of the*
*Ben Hill County Board of Elections*

represented by **ANTHONY A ROWELL**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ROSS H PITTMAN , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**NICHOLAS A KINSLEY**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**MUSCOGEE COUNTY BOARD OF ELECTIONS AND REGISTRATION**

represented by **CLIFTON CARTWRIGHT FAY**
PO BOX 1340
COLUMBUS, GA 31902-1340
706-571-4721
Email: cfay@columbusga.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**THOMAS F GRISTINA**
PO BOX 1199
COLUMBUS, GA 31902-1199
706-324-0251
Email: tgristina@pagescrantom.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES C CLARK , JR**
PO BOX 1199
STE 3RD FLOOR
COLUMBUS, GA 31902
706-324-0251
Email: jclark@pagescrantom.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**NANCY BOREN**
*in her official capacity as Muscogee County Director of Elections & Registration*

represented by **CLIFTON CARTWRIGHT FAY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**THOMAS F GRISTINA**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES C CLARK , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**MARGARET JENKINS**
*in her official capacity as member of the Muscogee County Board of Elections and Registration*

represented by **CLIFTON CARTWRIGHT FAY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**THOMAS F GRISTINA**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES C CLARK , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**UHLAND ROBERTS**
*in his official capacity as member of the*
*Muscogee County Board of Elections and*
*Registration*

represented by **CLIFTON CARTWRIGHT FAY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**THOMAS F GRISTINA**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES C CLARK , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**DIANE SCRIMPSHIRE**
*in her official capacity as member of the*
*Muscogee County Board of Elections and*
*Registration*

represented by **CLIFTON CARTWRIGHT FAY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**THOMAS F GRISTINA**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES C CLARK , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**LINDA PARKER**
*in her official capacity as member of the*
*Muscogee County Board of Elections and*
*Registration*

represented by **CLIFTON CARTWRIGHT FAY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**THOMAS F GRISTINA**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES C CLARK , JR**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**ELEANOR WHITE**
*in her official capacity as member of the*
*Muscogee County Board of Elections and*
*Registration*

represented by **CLIFTON CARTWRIGHT FAY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**THOMAS F GRISTINA**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES C CLARK , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/23/2020 | 1 | **COMPLAINT** against All Defendants Fee paid: Receipt # AGAMDC-3664843, $402 filed by All Plaintiffs (Attachments: # 1 Exhibit A - Schmitz Final Order, # 2 Exhibit B - Russell Mass Challenge Letter, # 3 Civil Cover Sheet)(SPARKS, ADAM) (Entered: 12/23/2020) |
| 12/23/2020 | | Notice of Deficiency (related document(s): 1 Complaint, filed by MAJORITY FORWARD, GAMALIEL WARREN TURNER, SR. ); Parties were added using punctuation AND/OR title capitalization. The case opening guide states ***REMINDER*** all parties must be added using ALL CAPS (ie LISA SMITH or DELTA AIRLINES). Do not use ANY punctuation when adding new parties. For instructions on adding parties, please refer to the Style Guide located on the website for the Middle District of Georgia. NO NEED TO REFILE.(bcl) (Entered: 12/23/2020) |
| 12/23/2020 | | NOTICE TO COUNSEL MARC E ELIAS, UZOMA NKWONTA, JACOB D SHELLY - Counsel is notified that they do not show in the court records that they meet the required attorney admissions policies of this court. If within 14 days of this notice all requirements, including the payment of Pro Hac Vice or admissions fees, have not been met, a show cause hearing will be scheduled.(bcl) (Entered: 12/23/2020) |
| 12/24/2020 | 2 | **ORDER** SETTING HEARING: re 1 Complaint, filed by MAJORITY FORWARD, GAMALIEL WARREN TURNER, SR. Evidentiary Hearing set for 12/30/2020 10:00 AM in Albany before US DISTRICT JUDGE LESLIE ABRAMS GARDNER. Ordered by US DISTRICT JUDGE LESLIE ABRAMS GARDNER on 12/24/2020. (kcg) (Entered: 12/24/2020) |
| 12/26/2020 | 3 | NOTICE of Attorney Appearance by THOMAS F GRISTINA on behalf of NANCY BOREN, MARGARET JENKINS, MUSCOGEE COUNTY BOARD OF ELECTIONS AND REGISTRATION, LINDA PARKER, UHLAND ROBERTS, DIANE SCRIMPSHIRE, ELEANOR WHITE Attorney THOMAS F GRISTINA |

| | | added to party NANCY BOREN(pty:dft), Attorney THOMAS F GRISTINA added to party MARGARET JENKINS(pty:dft), Attorney THOMAS F GRISTINA added to party MUSCOGEE COUNTY BOARD OF ELECTIONS AND REGISTRATION(pty:dft), Attorney THOMAS F GRISTINA added to party LINDA PARKER(pty:dft), Attorney THOMAS F GRISTINA added to party UHLAND ROBERTS(pty:dft), Attorney THOMAS F GRISTINA added to party DIANE SCRIMPSHIRE(pty:dft), Attorney THOMAS F GRISTINA added to party ELEANOR WHITE(pty:dft)(GRISTINA, THOMAS) (Entered: 12/26/2020) |
|---|---|---|
| 12/26/2020 | 4 | NOTICE of Attorney Appearance by JAMES C CLARK, JR on behalf of NANCY BOREN, MARGARET JENKINS, MUSCOGEE COUNTY BOARD OF ELECTIONS AND REGISTRATION, LINDA PARKER, UHLAND ROBERTS, DIANE SCRIMPSHIRE, ELEANOR WHITE Attorney JAMES C CLARK, JR added to party NANCY BOREN(pty:dft), Attorney JAMES C CLARK, JR added to party MARGARET JENKINS(pty:dft), Attorney JAMES C CLARK, JR added to party MUSCOGEE COUNTY BOARD OF ELECTIONS AND REGISTRATION(pty:dft), Attorney JAMES C CLARK, JR added to party LINDA PARKER(pty:dft), Attorney JAMES C CLARK, JR added to party UHLAND ROBERTS(pty:dft), Attorney JAMES C CLARK, JR added to party DIANE SCRIMPSHIRE(pty:dft), Attorney JAMES C CLARK, JR added to party ELEANOR WHITE(pty:dft)(CLARK, JAMES) (Entered: 12/26/2020) |
| 12/27/2020 | 5 | MOTION for Temporary Restraining Order by MAJORITY FORWARD, GAMALIEL WARREN TURNER, SR. filed by ADAM MARTIN SPARKS. (Attachments: # 1 Memorandum in Support of Motion for Temporary Restraining Order, # 2 Exhibit 1 - R. Russell Mass Challenge, # 3 Exhibit 2 - Decl. of K. Meyer, # 4 Exhibit 3 - Decl. of G. Turner, # 5 Exhibit 4 - Decl. of S. Berson, # 6 Exhibit 5 - Decl. of N. Essix, # 7 Exhibit 6 - Decl. of S. Pfeiffer Stinetorf, # 8 Exhibit 7 - Decl. of A. Luna Colon, # 9 Exhibit 8 - Decl. of G. Williams, # 10 Exhibit 9 - Decl. of JB Poersch, # 11 Proposed Order Granting Motion for Temporary Restraining Order) (SPARKS, ADAM) (Entered: 12/27/2020) |
| 12/28/2020 | 6 | Summons Issued as to BEN HILL COUNTY BOARD OF ELECTIONS, NANCY BOREN, CINDI DUNLAP, THOMAS GREEN, MARGARET JENKINS, PENSON KAMINSKY, GUNDRON MILLS, MUSCOGEE COUNTY BOARD OF ELECTIONS AND REGISTRATION, LINDA PARKER, UHLAND ROBERTS, DIANE SCRIMPSHIRE, DAVID WALKER, ELEANOR WHITE, DANNY YOUNG. (Attachments: # 1 Summons Dunlap, # 2 Summons Young, # 3 Summons Jenkins, # 4 Summons Muscogee County Board of Elections, # 5 Summons Boren, # 6 Summons Kaminsky, # 7 Summons Green, # 8 Summons Roberts, # 9 Summons Scrimpshire, # 10 Summons White, # 11 Summons Mills, # 12 Summons Parker, # 13 Summons Walker)(mdm) (Entered: 12/28/2020) |

| 12/28/2020 | | Notice of Deficiency; Related documents: <u>4</u> Notice of Attorney Appearance,, filed by ELEANOR WHITE, DIANE SCRIMPSHIRE, LINDA PARKER, MARGARET JENKINS, NANCY BOREN, UHLAND ROBERTS, MUSCOGEE COUNTY BOARD OF ELECTIONS AND REGISTRATION and <u>3</u> Notice of Attorney Appearance,, filed by ELEANOR WHITE, DIANE SCRIMPSHIRE, LINDA PARKER, MARGARET JENKINS, NANCY BOREN, UHLAND ROBERTS, MUSCOGEE COUNTY BOARD OF ELECTIONS AND REGISTRATION; NEFs for these docuemnts indicate several persons not served via CM/ECF. Thus, participants must be served outside of CM/ECF and a certificate of service must be entered (tlf). (Entered: 12/28/2020) |
| --- | --- | --- |
| 12/28/2020 | <u>7</u> | MOTION for Recusal by NANCY BOREN, MARGARET JENKINS, MUSCOGEE COUNTY BOARD OF ELECTIONS AND REGISTRATION, LINDA PARKER, UHLAND ROBERTS, DIANE SCRIMPSHIRE, ELEANOR WHITE filed by JAMES C CLARK, JR. (Attachments: # <u>1</u> Memorandum in Support, # <u>2</u> Exhibit A-- Russell Challenge)(CLARK, JAMES) (Entered: 12/28/2020) |
| 12/28/2020 | <u>8</u> | **Replaced by D.E. <u>11</u>** . MOTION to Sever *Claims and Transfer Venue* by NANCY BOREN, MARGARET JENKINS, MUSCOGEE COUNTY BOARD OF ELECTIONS AND REGISTRATION, LINDA PARKER, UHLAND ROBERTS, DIANE SCRIMPSHIRE, ELEANOR WHITE filed by THOMAS F GRISTINA. (Attachments: # <u>1</u> Memorandum in Support)(GRISTINA, THOMAS) Modified on 12/28/2020 (tlf). (Entered: 12/28/2020) |
| 12/28/2020 | <u>9</u> | CERTIFICATE OF SERVICE by NANCY BOREN, MARGARET JENKINS, MUSCOGEE COUNTY BOARD OF ELECTIONS AND REGISTRATION, LINDA PARKER, UHLAND ROBERTS, DIANE SCRIMPSHIRE, ELEANOR WHITE re <u>4</u> Notice of Attorney Appearance,, (CLARK, JAMES) (Entered: 12/28/2020) |
| 12/28/2020 | <u>10</u> | CERTIFICATE OF SERVICE by NANCY BOREN, MARGARET JENKINS, MUSCOGEE COUNTY BOARD OF ELECTIONS AND REGISTRATION, LINDA PARKER, UHLAND ROBERTS, DIANE SCRIMPSHIRE, ELEANOR WHITE re <u>3</u> Notice of Attorney Appearance,, (GRISTINA, THOMAS) (Entered: 12/28/2020) |

| 12/28/2020 | | Notice of Deficiency; **Motion must be re-filed**; Related document: 8 Motion to Sever, filed by ELEANOR WHITE, DIANE SCRIMPSHIRE, LINDA PARKER, MARGARET JENKINS, NANCY BOREN, UHLAND ROBERTS, MUSCOGEE COUNTY BOARD OF ELECTIONS AND REGISTRATION; Multiple reliefs were requested in the document yet only one was selected during the filing process. The CM/ECF procedures manual provides as follows: *Motions with Multiple Reliefs Requested. When a motion requests multiple or alternative reliefs, it is especially important to select multiple reliefs when filing. For instance, with a combined motion to dismiss and motion to strike, you must select both reliefs to dismiss' and 'to strike. You do this by clicking on each motion relief from the drop down menu.* **You cannot select only the motion to dismiss and then type in the text box and motion to strike:.** *It is imperative that all relief categories are specifically selected. The Case Management/Electronic Case Filing system will then track each relief as a separate request for action. This helps the court ensure that all matters are properly addressed. Failure to comply with this requirement may result in a request for relief that is not tracked on the pending motion reports used in case management."* **Document must be re-filed** (tlf). (Entered: 12/28/2020) |
|---|---|---|
| 12/28/2020 | 11 | MOTION to Sever , MOTION to Transfer Case(, ) by NANCY BOREN, MUSCOGEE COUNTY BOARD OF ELECTIONS AND REGISTRATION, LINDA PARKER, UHLAND ROBERTS, DIANE SCRIMPSHIRE, ELEANOR WHITE filed by THOMAS F GRISTINA. (Attachments: # 1 Memorandum in Support)(GRISTINA, THOMAS) (Entered: 12/28/2020) |
| 12/28/2020 | 12 | **\*\*\*DISSOLVED PER 27 ORDER\*\*\* ORDER** granting 5 Motion for TRO Ordered by US DISTRICT JUDGE LESLIE ABRAMS GARDNER on 12/28/2020 (kcg) Modified on 12/31/2020 to edit docket text. (mdm) (Entered: 12/28/2020) |
| 12/29/2020 | 13 | PETITION TO THE CLERK FOR ADMISSION TO PLEAD AND PRACTICE PRO HAC VICE by MAJORITY FORWARD, GAMALIEL WARREN TURNER, SR. Attorney Admission Fee (Pro Hac Vice) paid by Receipt # AGAMDC-3666989, $100. LOCAL COUNSEL Name and Georgia Bar #: Adam Sparks 341578. (Attachments: # 1 Certificate of Good Standing)(ELIAS, MARC) (Entered: 12/29/2020) |
| 12/29/2020 | 14 | Order granting Petition for Admission Pro Hac Vice (Petition Attached); Attorney Admission Fee Met by MARC E ELIAS (nop) (Entered: 12/29/2020) |
| 12/29/2020 | 15 | PETITION TO THE CLERK FOR ADMISSION TO PLEAD AND PRACTICE PRO HAC VICE by MAJORITY FORWARD, GAMALIEL WARREN TURNER, SR. Attorney Admission Fee (Pro Hac Vice) paid by Receipt # AGAMDC-3667305, $100. LOCAL COUNSEL Name and Georgia Bar #: Adam Sparks 341578. (Attachments: # 1 Certificate of Good Standing)(NKWONTA, UZOMA) (Entered: 12/29/2020) |
| 12/29/2020 | 16 | Order granting Petition for Admission Pro Hac Vice (Petition Attached); Attorney Admission Fee Met by UZOMA NKEM NKWONTA (nop) (Entered: 12/29/2020) |
| 12/29/2020 | 17 | NOTICE of Attorney Appearance by NICHOLAS A KINSLEY on behalf of BEN HILL COUNTY BOARD OF ELECTIONS, CINDI DUNLAP, THOMAS GREEN, PENSON KAMINSKY, GUNDRON MILLS, DAVID WALKER, DANNY YOUNG Attorney NICHOLAS A KINSLEY added to party BEN HILL COUNTY BOARD OF ELECTIONS(pty:dft), Attorney NICHOLAS A KINSLEY added to party CINDI |

|  |  | DUNLAP(pty:dft), Attorney NICHOLAS A KINSLEY added to party THOMAS GREEN(pty:dft), Attorney NICHOLAS A KINSLEY added to party PENSON KAMINSKY(pty:dft), Attorney NICHOLAS A KINSLEY added to party GUNDRON MILLS(pty:dft), Attorney NICHOLAS A KINSLEY added to party DAVID WALKER(pty:dft), Attorney NICHOLAS A KINSLEY added to party DANNY YOUNG(pty:dft)(KINSLEY, NICHOLAS) (Entered: 12/29/2020) |
|---|---|---|
| 12/29/2020 | 18 | ACKNOWLEDGMENT OF SERVICE Executed as to 5 MOTION for Temporary Restraining Order, 2 Order, 1 Complaint, Acknowledgment filed by BEN HILL COUNTY BOARD OF ELECTIONS, CINDI DUNLAP, THOMAS GREEN, PENSON KAMINSKY, GUNDRON MILLS, DAVID WALKER, DANNY YOUNG. (KINSLEY, NICHOLAS) (Entered: 12/29/2020) |
| 12/29/2020 | 19 | NOTICE of Filing of Acknowledgement of Service by Columbus-Muscogee Defendants by MAJORITY FORWARD, GAMALIEL WARREN TURNER, SR. re 6 Summons Issued,, 2 Order, 1 Complaint, (Attachments: # 1 Exhibit 1 - Acknowledgement of Service of Columbus-Muscogee Defendants)(SPARKS, ADAM) (Entered: 12/29/2020) |
| 12/29/2020 | 20 | AMENDED 1 Complaint, against BEN HILL COUNTY BOARD OF ELECTIONS, CINDI DUNLAP, THOMAS GREEN, PENSON KAMINSKY, GUNDRON MILLS, DAVID WALKER, DANNY YOUNG by GAMALIEL WARREN TURNER, SR., MAJORITY FORWARD, DEBRA LEWIS (SPARKS, ADAM) (Entered: 12/29/2020) |
| 12/29/2020 | 21 | AFFIDAVIT *Declaration of Debra Lewis in Support of Plaintiffs' Amended Complaint and Motion for Temporary Restraining Order* by DEBRA LEWIS, MAJORITY FORWARD, GAMALIEL WARREN TURNER, SR. (SPARKS, ADAM) (Entered: 12/29/2020) |
| 12/29/2020 | 22 | PETITION TO THE CLERK FOR ADMISSION TO PLEAD AND PRACTICE PRO HAC VICE by MAJORITY FORWARD, GAMALIEL WARREN TURNER, SR. Attorney Admission Fee (Pro Hac Vice) paid by Receipt # AGAMDC-3667846, $100. LOCAL COUNSEL Name and Georgia Bar #: Adam Sparks 341578. (Attachments: # 1 Certificate of Good Standing)(SHELLY, JACOB) (Entered: 12/29/2020) |
| 12/29/2020 | 23 | RESPONSE filed by NANCY BOREN, MARGARET JENKINS, MUSCOGEE COUNTY BOARD OF ELECTIONS AND REGISTRATION, LINDA PARKER, UHLAND ROBERTS, DIANE SCRIMPSHIRE, ELEANOR WHITE re 5 MOTION for Temporary Restraining Order (Attachments: # 1 Exhibit 1 -- Boren Declaration, # 2 Exhibit 2 -- News Article)(GRISTINA, THOMAS) (Additional attachment(s) added on 1/4/2021: # 3 Exhibit 1 - Boern Declaration - Redacted - Sealed per LAG Chambers) (bcl). Modified on 1/4/2021 (bcl). (Entered: 12/29/2020) |
| 12/29/2020 | 24 | MOTION to Stay Temporary Restraining Order re 12 Order on Motion for TRO by NANCY BOREN, MARGARET JENKINS, MUSCOGEE COUNTY BOARD OF ELECTIONS AND REGISTRATION, LINDA PARKER, UHLAND ROBERTS, DIANE SCRIMPSHIRE, ELEANOR WHITE filed by THOMAS F GRISTINA. (GRISTINA, THOMAS) (Entered: 12/29/2020) |
| 12/29/2020 |  | Evidentiary Hearing set for 12/30/2020 10:00 AM in Albany before US DISTRICT JUDGE LESLIE ABRAMS GARDNER. |

| | | NOTICE OF **SETTING** hearing. Hearing will occur **IN-PERSON**. Counsel, parties, and members of the public and press should review Amended Standing Order 2020-09, available on the courts website, regarding courthouse entrance procedures due to COVID-19. Public access, media, and other interested parties can listen to the hearing by dialing 1-877-810-9415 and entering 7075585 at the time of the hearing. **Be advised, the courtroom public gallery has a maximum seating capacity of 18.** (far) (Entered: 12/29/2020) |
|---|---|---|
| 12/30/2020 | 25 | Order granting Petition for Admission Pro Hac Vice (Petition Attached); Attorney Admission Fee Met by JACOB D SHELLY (nop) (Entered: 12/30/2020) |
| 12/30/2020 | 26 | RESPONSE filed by BEN HILL COUNTY BOARD OF ELECTIONS, CINDI DUNLAP, THOMAS GREEN, PENSON KAMINSKY, GUNDRON MILLS, DAVID WALKER, DANNY YOUNG re 5 MOTION for Temporary Restraining Order (Attachments: # 1 Exhibit Section 21-2-230 Elector Challenge, # 2 Exhibit Declaration of Cindi Dunlap, # 3 Exhibit Declaration of Kathleen Searcy)(KINSLEY, NICHOLAS) (Entered: 12/30/2020) |
| 12/30/2020 | | Notice of Deficiency (related document(s): 26 Response to Motion, filed by DAVID WALKER, PENSON KAMINSKY, THOMAS GREEN, BEN HILL COUNTY BOARD OF ELECTIONS, GUNDRON MILLS, DANNY YOUNG, CINDI DUNLAP ); Signature block did not include an e-mail address as required on page 7 of the CM/ECF procedures manual. No need to refile but information must be included in the future.(sbd) (Entered: 12/30/2020) |
| 12/30/2020 | | Notice of Deficiency (related document(s): 21 Affidavit filed by MAJORITY FORWARD, GAMALIEL WARREN TURNER, SR., DEBRA LEWIS ); Document should have been filed as an attachment to DE #20. Document is referred to on Page 6 of the Amended Complaint as "Exhibit 1, Declaration of Debra Lewis." No need to refile.(sbd) (Entered: 12/30/2020) |
| 12/30/2020 | 27 | **ORDER** re 12 on Motion for TRO, the temporary restraining order (Doc. 12) is dissolved, granting in part 20 Amended Complaint/Petition filed by MAJORITY FORWARD, GAMALIEL WARREN TURNER, SR., DEBRA LEWIS Ordered by US DISTRICT JUDGE LESLIE ABRAMS GARDNER on 12/30/2020. (kcg) (Entered: 12/30/2020) |
| 12/30/2020 | 31 | Minute Entry (content for administrative purposes only) for proceedings held before US DISTRICT JUDGE LESLIE ABRAMS GARDNER: Evidentiary Hearing held on 12/30/2020. Court Reporter: Mindy Martin.Time in Court: 1 hour 55 mins. (bcl) (Entered: 01/04/2021) |
| 12/30/2020 | 32 | Exhibit List by MAJORITY FORWARD re Evidentiary Hearing held on 12/30/2020. (Attachments: # 1 Exhibit 1 - Russell Mass Challenge, # 2 Exhibit 2 - Declaration of K. Meyer, # 3 Exhibit 3 - Declaration of G. Turner, # 4 Exhibit 4 - Declaration of S. Berson, # 5 Exhibit 5 - Declaration of N. Essix, # 6 Exhibit 6 - Declaration of S. Pfeiffer Stinetorf, # 7 Exhibit 7 - Declaration of A. Luna Colon, # 8 Exhibit 8 - Declaration of G. Williams, # 9 Exhibit Declaration of J.B. Poersch, # 10 Exhibit 10 - Declaration of D. Lewis)(bcl) (Entered: 01/04/2021) |
| 12/30/2020 | 33 | Exhibit List by BEN HILL COUNTY BOARD OF ELECTIONS re Evidentiary Hearing held on 12/30/2020. (Attachments: # 1 Exhibit 1 - Elector Challenge, # 2 Exhibit 2 - Declaration of Cindi Dunlap, # 3 Exhibit Declaration of Kathleen Searcy)(bcl) (Entered: 01/04/2021) |

| 12/30/2020 | 34 | Exhibit List by MUSCOGEE COUNTY BOARD OF ELECTIONS AND REGISTRATION re Evidentiary Hearing held on 12/30/2020. (Attachments: # 1 Exhibit 1 - Boren Declaration - Sealed per LAG Chambers)(bcl) Modified on 1/4/2021 (bcl). (Entered: 01/04/2021) |
| --- | --- | --- |
| 12/31/2020 | 28 | **ORDER** denying 7 Motion for Recusal. Ordered by US DISTRICT JUDGE LESLIE ABRAMS GARDNER on 12/31/2020 (jtg) (Entered: 12/31/2020) |
| 12/31/2020 | 29 | RESPONSE filed by DEBRA LEWIS, MAJORITY FORWARD, GAMALIEL WARREN TURNER, SR. re 11 MOTION to Sever MOTION to Transfer Case (SPARKS, ADAM) (Entered: 12/31/2020) |
| 01/01/2021 | 30 | REPLY to Response filed by NANCY BOREN, MARGARET JENKINS, MUSCOGEE COUNTY BOARD OF ELECTIONS AND REGISTRATION, LINDA PARKER, UHLAND ROBERTS, DIANE SCRIMPSHIRE, ELEANOR WHITE re 11 MOTION to Sever MOTION to Transfer Case (CLARK, JAMES) (Entered: 01/01/2021) |
| 01/04/2021 | 35 | **ORDER** re 20 Amended Complaint/Petition filed by MAJORITY FORWARD, GAMALIEL WARREN TURNER, SR., DEBRA LEWIS ; denying as moot 24 Motion to Stay Ordered by US DISTRICT JUDGE LESLIE ABRAMS GARDNER on 1/4/2021. (kcg) (Entered: 01/04/2021) |
| 01/13/2021 | 36 | ANSWER to 20 Amended Complaint/Petition by NANCY BOREN, MARGARET JENKINS, MUSCOGEE COUNTY BOARD OF ELECTIONS AND REGISTRATION, LINDA PARKER, UHLAND ROBERTS, DIANE SCRIMPSHIRE, ELEANOR WHITE with Jury Demand. Related document: 20 Amended Complaint/Petition filed by MAJORITY FORWARD, GAMALIEL WARREN TURNER, SR., DEBRA LEWIS.(GRISTINA, THOMAS) (Entered: 01/13/2021) |
| 01/14/2021 | | Notice of Deficiency (related document(s): 36 Answer to Amended Complaint, filed by ELEANOR WHITE, DIANE SCRIMPSHIRE, LINDA PARKER, MARGARET JENKINS, NANCY BOREN, UHLAND ROBERTS, MUSCOGEE COUNTY BOARD OF ELECTIONS AND REGISTRATION ); Notice to Counsel - Timothy Gristina & Clinton Fay - Your contact information in CM/ECF is not current. Please update your contact information via PACER. Additionally, per page 7 of the ECF Adminstrative Procedures, all electronically filed documents must include a signature block and must set forth the filers name, address, telephone number and e-mail address. Please include an email address in future filings.(bcl) (Entered: 01/14/2021) |
| 01/14/2021 | | Notice of Deficiency (related document(s): 1 Complaint, filed by MAJORITY FORWARD, GAMALIEL WARREN TURNER, SR. ); Pursuant to Local Rule 87.1, all nongovernmental corporate parties must file a Corporate Disclosure Statement. Please file the required corporate disclosures immediately.(bcl) (Entered: 01/14/2021) |
| 01/14/2021 | 37 | Corporate Disclosure Statement by MAJORITY FORWARD (SPARKS, ADAM) (Entered: 01/14/2021) |
| 01/19/2021 | 38 | ANSWER to 20 Amended Complaint/Petition by BEN HILL COUNTY BOARD OF ELECTIONS, CINDI DUNLAP, THOMAS GREEN, PENSON KAMINSKY, GUNDRON MILLS, DAVID WALKER, DANNY YOUNG with Jury Demand. Related document: 20 Amended Complaint/Petition filed by MAJORITY |

| | | FORWARD, GAMALIEL WARREN TURNER, SR., DEBRA LEWIS.(PITTMAN, ROSS) (Entered: 01/19/2021) |
|---|---|---|
| 01/25/2021 | 39 | STIPULATION of Dismissal by DEBRA LEWIS, GAMALIEL WARREN TURNER, SR., MAJORITY FORWARD as to All Plaintiffs (SPARKS, ADAM) (Entered: 01/25/2021) |
| 01/27/2021 | 40 | TRANSCRIPT of Proceedings held on December 30, 2020. Evidentiary hearing before Judge Abrams Gardner. Court Reporter/Transcriber Mindy Martin. Volume Number: 1 of 1. The transcript may be inspected at the court or purchased through the court reporter for a period of 90 days. After 90 days, the transcript may be obtained via PACER. REDACTION OF TRANSCRIPTS: Complete redaction policy available on the courts website. (MM) (Entered: 01/27/2021) |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### ALBANY DIVISION

MAJORITY FORWARD, *et al.*,                    :
                                               :
    Plaintiffs,                            :
                                               :
v.                                             :    CASE NO.:   1:20-CV-266 (LAG)
                                               :
BEN HILL COUNTY BOARD OF                       :
ELECTIONS, *et al.*,                           :
                                               :
    Defendants.                            :
_____:

## ORDER

Before the Court is Plaintiffs' Amended Complaint which seeks both a declaratory judgment and a preliminary injunction. (Doc. 20 ¶ 27.) The Court previously granted Plaintiffs' Motion for a Temporary Restraining Order (Doc. 5) on December 28, 2020. (Doc. 12.) On December 30, 2020, the Court held a hearing on Plaintiffs' request for a preliminary injunction. The Court finds that, as to the Ben Hill County Defendants, Plaintiffs have failed to demonstrate a likelihood of success on the merits of their claims. The Court further finds as to the Muscogee County Defendants, Plaintiffs have demonstrated a likelihood of success on the merits of their claims, a likelihood of irreparable harm in the absence of preliminary relief, that the balance of equities tips in their favor, and that an injunction is in the public interest. *See Siegel v. LePore*, 234 F.3d 1163, 1176 (11th Cir. 2000) ("A district court may grant injunctive relief only if the moving party shows that: (1) it has a substantial likelihood of success on the merits; (2) irreparable injury will be suffered unless the injunction issues; (3) the threatened injury to the movant outweighs whatever damage the proposed injunction may cause the opposing party; and (4) if issued, the injunction would not be adverse to the public interest."). Specifically, Plaintiffs have established that Defendants' challenged conduct likely violates the change of residence provisions of the National Voter Registration Act (NVRA), 52 U.S.C.

I certify that this document is a true copy of the original document or electronic filing in this case.

Bill Lawrence                    10/31/2023
Deputy Clerk                          Date

§ 20507(d)(1), in that it systematically removes the names of eligible voters from the State's voter rolls, in violation of 52 U.S.C. §50207(c)(2)(A).

It is **ORDERED** that Plaintiffs' request for preliminary injunction is **GRANTED in part** to the extent as set forth herein:

1. The Muscogee County Defendants are enjoined from upholding a challenge to any voter's eligibility solely on the basis of information in the NCOA registry.

2. The Muscogee County Defendants are required to advise any voter whose eligibility has been challenged on the basis of the National Change of Address (NCOA) registry that:

   a. Their eligibility to vote has been challenged because their name appeared on the NCOA registry;

   b. They may cast a provisional ballot in the January 2021 Runoff Election;

   c. The challenge to their eligibility will not be sustained absent specific evidence of ineligibility. Such specific evidence shall not include the appearance of a voter's name or other information on the NCOA registry;

   d. In the event that the Board obtains such specific evidence of ineligibility, the voter will be advised of the said specific evidence by phone and in writing by **5:00 pm (EST)** on **January 6, 2021**;

   e. Such voter will also be advised of the right to be heard and present evidence as to why the challenge to their ballot should be removed and their ballot should be counted. Specifically, voters will be advised that they can present evidence by:

      i. appearing at a hearing, in person or virtually, at 4:00 pm (EST) on January 8, 2021;

      ii. emailing the information to nboren@columbusga.org;

      iii. faxing the information to 706-225-4394; or

      iv. mailing the information to Elections and Registration, P.O. Box 1340, Columbus, Georgia 31902 on or by 5:00 pm (EST) on January 8, 2021.

2

It is **FURTHER ORDERED** that the Temporary Restraining Order (Doc. 12) is hereby dissolved.

In accordance with Rule 52(a)(2) of the Federal Rules of Civil Procedure, the Court will subsequently issue a Final Order setting forth its findings of fact and conclusions of law.[1] The time from which to appeal the Court's decision shall run from the entry of the Court's Final Order.

**SO ORDERED,** this 30th day of December, 2020.

_____/s/ Leslie A. Gardner_____
**LESLIE A. GARDNER, JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1]      During the hearing, the Court advised the parties that it would likely issue a preliminary order on the preliminary injunction due to the importance of this mater and the compressed time schedule. The Parties did not object to this.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

---

MAJORITY FORWARD, *et al.*,

        Plaintiffs,

v.

BEN HILL COUNTY BOARD OF
ELECTIONS, *et al.*,

        Defendants.

Case No. 1:20-cv-00266-LAG

---

## STIPULATION OF DISMISSAL

In accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby STIPULATE as follows:

1. Plaintiffs voluntarily dismiss all claims and causes of action alleged in their Amended Complaint (ECF No. 20).

2. Each party will bear its own costs, attorneys' fees, and expenses incurred in connection with this action, including those incurred prior to the filing of Plaintiffs' Complaint (ECF No. 1).

**[signature block on following page]**

I certify that this document is a true copy of the original document or electronic filing in this case.

Deputy Clerk      10/31/23   Date

Stipulated, agreed to, and respectfully submitted this 25th day of January, 2021.

/s/ Adam M. Sparks
Halsey G. Knapp, Jr.
Georgia Bar No. 425320
Joyce Gist Lewis
Georgia Bar No. 296261
Adam M. Sparks (lead counsel)
Georgia Bar No. 341578
**KREVOLIN & HORST, LLC**
One Atlantic Center
1201 W. Peachtree Street, NW,
Ste. 3250
Atlanta, GA 30309
Telephone: (404) 888-9700
Facsimile: (404) 888-9577
hknapp@khlawfirm.com
jlewis@khlawfirm.com
sparks@khlawfirm.com


Marc E. Elias*  (lead counsel)
Uzoma Nkwonta* (lead counsel)
Jacob D. Shelly*
**PERKINS COIE LLP**
700 Thirteenth Street NW, Suite 800
Washington, DC 20005
Tel: (202) 654-6200
melias@perkinscoie.com
unkwonta@perkinscoie.com
jshelly@perkinscoie.com

*Attorneys for Plaintiffs*
*Admitted *pro hac vice*

**HALL BOOTH SMITH, P.C.**

/s/ Hank Pittman (w/express permission)
ANTHONY A. ROWELL
Georgia Bar No.: 616930
HANK PITTMAN
Georgia Bar No.: 581271
NICHOLAS A. KINSLEY
Georgia Bar No.: 273862

1564 King Road
Tifton Georgia 31793
(229) 382-0515 – Telephone
(229) 382-1676 – Facsimile
arowell@hallboothsmith.com
hpittman@hallboothsmith.com
nkinsley@hallboothsmith.com

*Counsel for Ben Hill County Defendants*

**PAGE, SCRANTOM, SPROUSE,
TUCKER & FORD, P.C.**

/s/ Thomas F. Gristina (w/express
permission)
James C. Clark, Jr.
jcc@psstf.com
Georgia Bar No.: 127145
Thomas F. Gristina
tfg@psstf.com
Georgia Bar No.: 452454
1111 Bay Avenue, Third Floor
Columbus, Georgia 31901
(706) 324-0251

Clifton C. Fay
Georgia Bar No.: 256460
cfay@columbusga.org
P.O. Box 1340
Columbus, Georgia 31902

*Counsel for Muscogee County Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | |
|---|---|
| MAJORITY FORWARD, et al., | |
| Plaintiffs, | Case No. 1:20-cv-00266-LAG |
| v. | |
| BEN HILL COUNTY BOARD OF ELECTIONS, et al., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2021, I caused a copy of the foregoing documents to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

Dated: January 25, 2021.

*/s/  Adam M. Sparks*
Adam M. Sparks
*Attorney for Plaintiffs*