# ATTACHMENT B



## Board of Elections and Registrations

Post Office Box 1340
Columbus, Georgia  31902-1340
*"Georgia's First Consolidated Government"*
(706) 653-4392

Margaret S. Jenkins, Chair
Uhland "U. D." Roberts, Vice-Chair
Linda Parker
Edwin Roldan
Diane Scrimpshire

TO WHOM IT MAY CONCERN:

I certify that this is a true copy of the original email from Muscogee County Elections and Registration email.



Nancy Boren
Director
Muscogee County Elections and Registration

*"An Equal Opportunity / Affirmative Action Organization"*

**Nancy Boren**

---

| | |
|---|---|
| **From:** | Muscogee Elections and Registration <muscogeeelectionsandregistration@columbusga.gov> |
| **Sent:** | Wednesday, December 23, 2020 8:39 PM |
| **To:** | Stephanie Pfeiffer Stinetorf |
| **Subject:** | Re: [ABSENTEE] [EXTERNAL] challenged absentee ballot |

Our records indicate that you and your husband's ballots were received and accepted in our office on 12/11/2020. The My Voter Page also indicates they were accepted.

If you have any additional questions, please do not hesitate to contact our office.

**Muscogee Elections and Registration**

Please visit Georgia My Voter Page http://www.mvp.sos.ga.gov for additional information about your voter status and elections.

---

**From:** Stephanie Pfeiffer Stinetorf <skpfeiffer@gmail.com>
**Sent:** Sunday, December 20, 2020 7:41 AM
**To:** Muscogee Elections and Registration <muscogeeelectionsandregistration@columbusga.gov>
**Cc:** Michael Stinetorf <michael.r.stinetorf@gmail.com>
**Subject:** [ABSENTEE] [EXTERNAL] challenged absentee ballot

Hello,

My husband, Michael Stinetorf, and I are with the military overseas. Our absentee ballots for January 5th runoff Senate elections have both been challenged for some reason (reason reads Challenged Elector on MVP website).

Please let me know ASAP what we can do to fix the problem and have our votes count.

We could do a video call and show you our Georgia drivers license, or whatever needs to happen.

Thanks,
Stephanie Pfeiffer Stinetorf



1