# ATTACHMENT C

### ELECTIONS DIVISION

## Voter Absentee File

## Absentee Files (HTTP Download)

**Election Year**

| 2021 ▼ |

**Election Category**

| STATEWIDE ▼ |

**Election Name**

| 1/5/2021 - JANUARY 5, 2021 FEDERAL RUNOFF ELECTION ▼ |



1/5/2021 - JANUARY 5, 2021 FEDERAL RUNOFF ELECTION.zip (https://prod-ga-sos-vr-data-processing-bucket.s3.amazonaws.com/GAVR/ABSENTEE_ZIP/2021/1-token=IQoJb3JpZ2luX2VjEOf%2F%2F%2F%2F%2F%2F%2F%2F%2FwEaCXVzLWVhc3QtMSJHMEUCIQC6qdcNNHJk5V5kb%2BzUEiUXTJlql23%2FNwU0AH1PgiA



County Number List (available in Adobe Acrobat.pdf format) (/resource/1674861955000/County_Number_List)

\* Some statewide files contain more than the fixed row limit of 1,048,576 rows in Microsoft Excel. Other software may be necessary to view the full file once it surpasses Excel's row limit.

## Contact Us



**ADDRESS**
2 MLK Jr. Drive Suite 802 Floyd West Tower Atlanta, Georgia 30334



**EMAIL**
Support@sos.ga.gov



**CALL**
(404) 656-2871