# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

## 2:20-cv-00302-SCJ
### Fair Fight, Inc. et al v. Engelbrecht et al
### Honorable Steve C. Jones

Minute Sheet for proceedings held In Open Court on 11/03/2023.

TIME COURT COMMENCED: 9:00 A.M.
TIME COURT CONCLUDED: 4:35 P.M.
TIME IN COURT: 6:35
OFFICE LOCATION: Gainesville
COURT REPORTER: V. Zborowski & S. Welch
DEPUTY CLERK: Pamela Wright

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Judy Bao representing United States of America<br>Leslie Bryan representing Fair Fight, Inc.<br>James Evans representing True the Vote, Inc.<br>Christina Ford representing Fair Fight, Inc.<br>Allegra Lawrence representing Fair Fight, Inc.<br>Michelle McClafferty representing Fair Fight, Inc.<br>Tina Meng Morrison representing Fair Fight, Inc.<br>Marcos Mocine-McQueen representing Fair Fight, Inc.<br>Uzoma Nkwonta representing Fair Fight, Inc.<br>Dana Paikowsky representing United States of America<br>Cameron Powell representing True the Vote, Inc.<br>Jacob Shelly representing Fair Fight, Inc.<br>Michael Wynne representing True the Vote, Inc.<br>Jennifer Yun representing United States of America |
| PROCEEDING CATEGORY: | Bench Trial Continued; |
| PLEADINGS FILED IN COURT: | Bench trial continued. Greg Phillips called by the Court; sworn and testified regarding possible sequestration violation. Plaintiffs called Mark Williams; witness sworn and testified. Witness also examined by USA. Amy Holzworth called by Plaintiffs as adverse witness; witness sworn and testified. Plaintiffs rested. Oral motion by Defendants for judgment on partial findings pursuant to F.R.C.P. 52(c) (motion filed on record at doc. [303]). The Court heard oral argument and reserved ruling. Defendants' case began. Derek Somerville recalled by Defendants. Defendants' exhibit 38 admitted. Testimony concluded. |