# Exhibit 1



**Stephanie Pfeiffer Stinetorf <skpfeiffer@gmail.com>**

## Challenged ballots
5 messages

---

**Stephanie Pfeiffer Stinetorf** <skpfeiffer@gmail.com>   Tue, Dec 22, 2020 at 7:02 PM
To: taustin@columbusga.org, Tamika Geist <TGeist@columbusga.org>
Cc: Michael Stinetorf <michael.r.stinetorf@gmail.com>

Hi Talisha,

I spoke with you yesterday on the phone, and am waiting to hear back from you why my ballot for the January 5th election has been challenged, according to my MVP ballot status page. My husband Michael Stinetorf is in the same situation as me. I'm CCing Tamika Geist because I've previously been in correspondence with her regarding voting by mail.

I want to rectify my ballot and cast my legal vote ASAP. Please contact me here or at +49 1633 372720 (my German cell phone number).

I believe my husband and I have been illegally challenged as legitimate Georgia voters.  We've signed as plaintiffs in Perkins Coles' litigation on behalf of Democracy Docket against Muscogee County.

Please get in touch so we can resolve the issue.
Thanks,
Stephanie Stinetorf

---

**Talisha Austin** <TAustin@columbusga.org>   Tue, Dec 22, 2020 at 11:46 PM
To: Stephanie Pfeiffer Stinetorf <skpfeiffer@gmail.com>
Cc: Michael Stinetorf <michael.r.stinetorf@gmail.com>

Hi Stephanie,

I do apologize for any inconvenience. I did speak with my Director and she was able to get the issue resolved for you and Mr. Stinetorf ,  Georgia My Voter Page will reflect the current status of your vote.

Thank you for your patience.

Happy Holidays,

Talisha Austin

*Talisha Austin*
*Election Specialist*

*Elections Board Secretary*
*Licensed Notary Public*
*Main Line 706.653.4392*
*Direct Line 706.225.3602*

Fax 706.225.4394

taustin@columbusga.org
*Patience is Not the ability to wait But how you Act while you're Waiting*



[Quoted text hidden]

---

**Tamika Geist** <TGeist@columbusga.org>   Thu, Dec 24, 2020 at 6:22 PM
To: Stephanie Pfeiffer Stinetorf <skpfeiffer@gmail.com>, Talisha Austin <TAustin@columbusga.org>
Cc: Michael Stinetorf <michael.r.stinetorf@gmail.com>

Mrs. Stinetorf,

I hope this email finds you well! The challenge yours and your husband's voter registrations have been removed, and your ballots have been accepted. I am happy to give you more information regarding the reason behind challenge, if you would like, but there is nothing that you or Mr. Stinetorf need to do since your challenges have been removed.

I left you a voicemail a moment ago, prior to writing this email. If you would like me to call again to discuss this further, please let me know. You can also reach me at 706.566.6912.

Kind Regards,

Tamika Geist|Assistant Director

Office of Elections & Registration

Muscogee County, Georgia

Office 706.225.3603

Fax 706.225.4394

https://www.columbusga.gov/elections/

---

**From:** Stephanie Pfeiffer Stinetorf <skpfeiffer@gmail.com>
**Sent:** Tuesday, December 22, 2020 1:03 PM
**To:** Talisha Austin <TAustin@columbusga.org>; Tamika Geist <TGeist@columbusga.org>
**Cc:** Michael Stinetorf <michael.r.stinetorf@gmail.com>
**Subject:** [EXTERNAL] Challenged ballots

Hi Talisha,

[Quoted text hidden]

---

**Stephanie Pfeiffer Stinetorf** <skpfeiffer@gmail.com>                               Thu, Dec 24, 2020 at 7:02 PM
To: Tamika Geist <TGeist@columbusga.org>
Cc: Talisha Austin <TAustin@columbusga.org>, Michael Stinetorf <michael.r.stinetorf@gmail.com>

Thanks Tamika,
I really appreciate the follow-up. I just tried calling you back but didn't get an answer. I would indeed like to hear why we were challenged, but I'm glad we've been accepted now. Please try me again if you get a chance.
Thanks,
Stephanie Stinetorf
[Quoted text hidden]

---

**Tamika Geist** <TGeist@columbusga.org>                                              Thu, Dec 24, 2020 at 8:04 PM
To: Stephanie Pfeiffer Stinetorf <skpfeiffer@gmail.com>
Cc: Talisha Austin <TAustin@columbusga.org>, Michael Stinetorf <michael.r.stinetorf@gmail.com>

Mr. and Mrs. Stinetorf,


Per your request during our phone conversation this afternoon, I have attached the challenge letter as well as the list of challenged voters. Please let me know if I can assist further.

[Quoted text hidden]

---

**2 attachments**


**VR ChallengeMuscogee Match File.xlsx**
568K


**VR Challenge Letter.pdf**
136K