IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>   *Plaintiffs*,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, and JAMES COOPER,<br><br>   *Defendants*. | CIVIL ACTION FILE<br><br>NO. 2:20-cv-00302-SCJ |

## DEFENDANTS' SUPPLEMENTAL MOTION TO TAKE JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201, Defendants True the Vote, Inc. Catherine Engelbrecht, Derek Somerville, Mark Davis, Mark Williams, Ron Johnson and James Cooper ("Defendants") file this supplement and ask the Court to take judicial notice of certain facts set out in documents identified as attachments and/or links to state or federal publicly available websites.

1

## The Kinds of Facts That May Be Judicially Noticed

The Court may take judicial notice of a fact not subject to reasonable dispute because that fact

(1) is generally known within the trial court's territorial jurisdiction; or

(2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

## Document or Containing Facts of Which Defendants Request the Court to Take Judicial Notice

**Attachment A** – Certified copies of document filed in the case –styled and – numbered *In re Majority Forward et al.,* Case No. 1:20-cv-00266-LAG in the Middle District of Georgia, Albany Division:

Preliminary Injunction Order filed January 4, 2021 [Docket 35].

Attachment A is not subject to dispute as it is an official record of a United States District Court.

Accordingly, the Defendants request the Court take judicial notice of this document and consider it in weighing the evidence and making its factual determinations and drawing its conclusions of law.

Respectfully submitted this 6th day of November, 2023.

<u>By: /s/ *Jake Evans*</u>
Jake Evans, Esq.
GA Bar No. 797018
**GREENBERG TRAURIG, LLP**
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
P: (678) 553-2100
F: (678) 553-2212
Jake.Evans@gtlaw.com

*Local Counsel for Defendants*


<u>By: /s/ Michael J. Wynne</u>
Michael J. Wynne*
TX Bar No. 785289
Cameron Powell*
DC Bar No. 459020
**GREGOR WYNNE ARNEY, PLLC**
909 Fannin Street, Suite 3800
Houston, TX 77010
P: (281) 450-7403
mwynne@gwafirm.com
cpowell@gwafirm.com
*\*Admitted Pro Hac Vice*

*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>*Plaintiffs*,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>*Defendants*. | CIVIL ACTION FILE<br><br>NO. 2:20-cv-00302-SCJ |

## **LOCAL RULE 7.1D CERTIFICATION**

The foregoing **DEFENDANTS' MOTION TO TAKE JUDICIAL NOTICE** is a computer-generated document prepared in 14-point Times New Roman font in accordance with Local Rule 5.1B and C.

Filed this 6th day of November, 2023.

*/s/ Jake Evans*
Jake Evans

4

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>*Plaintiffs*,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>*Defendants*. | CIVIL ACTION FILE<br><br>NO. 2:20-cv-00302-SCJ |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing **DEFENDANTS' SUPPLEMENTAL MOTION TO TAKE JUDICIAL NOTICE** upon all parties to this matter by filing said document electronically through this Court's CM/ECF system, which will automatically send electronic notification of such filing to counsel of record.

This 6th day of November, 2023.

*/s/ Jake Evans*
Jake Evans

5