# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

## 2:20-cv-00302-SCJ
## Fair Fight, Inc. et al v. Engelbrecht et al
## Honorable Steve C. Jones

Minute Sheet for proceedings held In Open Court on 11/06/2023.

TIME COURT COMMENCED: 9:00 A.M.
TIME COURT CONCLUDED: 5:25 P.M.        COURT REPORTER: Shannon Welch
TIME IN COURT: 7:00                    DEPUTY CLERK: Pamela Wright
OFFICE LOCATION: Gainesville

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Judy Bao representing United States of America
Leslie Bryan representing Fair Fight, Inc.
James Evans representing True the Vote, Inc.
Christina Ford representing Fair Fight, Inc.
Allegra Lawrence representing Fair Fight, Inc.
Michelle McClafferty representing Fair Fight, Inc.
Timothy Mellett representing United States of America
Tina Meng Morrison representing Fair Fight, Inc.
Marcos Mocine-McQueen representing Fair Fight, Inc.
Uzoma Nkwonta representing Fair Fight Action, Inc.
Dana Paikowsky representing United States of America
Cameron Powell representing True the Vote, Inc.
Jacob Shelly representing Fair Fight, Inc.
Michael Wynne representing True the Vote, Inc.
Jennifer Yun representing United States of America |
| PROCEEDING CATEGORY: | Bench Trial Continued; |
| MINUTE TEXT: | Bench trial continued. [The Court conducted an in-chambers conference with counsel from 9:05 AM to 9:25 AM.) Defendants' witness Mark Davis sworn and testified via Zoom. Mark Williams recalled by Defendants for direct examination. Catherine Englebrecht recalled by Defendants for direct examination; testimony not concluded. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:00 AM on 11/07/2023. |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |