# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

## 2:20-cv-00302-SCJ
## Fair Fight, Inc. et al v. Engelbrecht et al
## Honorable Steve C. Jones

Minute Sheet for proceedings held In Open Court on 11/07/2023.

|  |  |
|---|---|
| TIME COURT COMMENCED: 9:00 A.M. | |
| TIME COURT CONCLUDED: 12:40 P.M. | COURT REPORTER: Viola Zborowski |
| TIME IN COURT: 3:40 | DEPUTY CLERK: Pamela Wright |
| OFFICE LOCATION: Gainesville | |

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Judy Bao representing United States of America<br>Leslie Bryan representing Fair Fight, Inc.<br>James Evans representing True the Vote, Inc.<br>Christina Ford representing Fair Fight, Inc.<br>Allegra Lawrence representing Fair Fight, Inc.<br>Michelle McClafferty representing Fair Fight, Inc.<br>Timothy Mellett representing United States of America<br>Tina Meng Morrison representing Fair Fight, Inc.<br>Marcos Mocine-McQueen representing Fair Fight, Inc.<br>Uzoma Nkwonta representing Fair Fight, Inc.<br>Dana Paikowsky representing United States of America<br>Cameron Powell representing True the Vote, Inc.<br>Jacob Shelly representing Fair Fight, Inc.<br>Michael Wynne representing True the Vote, Inc.<br>Jennifer Yun representing United States of America |
| PROCEEDING CATEGORY: | Bench Trial Concluded |
| MOTIONS RULED ON: | [303]Motion for Judgment on Partial Findings DENIED |
| MINUTE TEXT: | Bench trial concluded. Testimony of Catherine Englebrecht concluded. Defendants' exhibit 64 admitted. Defendants' exhibits 127-129, 278, 276, 277, 280, 275, 297-302 tendered, admission denied. Defendants rested. The Court issued a verbal order denying Defendants' [303] Motion for Judgment on Partial Findings. The Court further directed the parties to submit Proposed Findings of Fact and Conclusions of Law no later than |

5:00 PM on November 15, 2023. Closing arguments heard. The Court took the matter under advisement, with ruling to follow in due course.

| | |
|---|---|
| HEARING STATUS: | Hearing Concluded |
| TRIAL STATUS: | Trial Completed-Submitted to Court |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |