The following is the PDF of an official transcript. Official transcripts may only be filed in CM/ECF by the Official Court Reporter and will be restricted in CM/ECF for a period of 90 days. You may cite to a portion of the attached transcript by the docket entry number, referencing page and line number, only after the Court Reporter has filed the official transcript; however, you are prohibited from attaching a full or partial transcript to any document filed with the Court.

```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
 2                    GAINESVILLE DIVISION

 3   FAIR FIGHT, INC., SCOTT       :
     BERSON, JOCELYN HEREDIA, AND  :
 4   JANE DOE,                     :
                                   :
 5          PLAINTIFFS,            :
                                   :
 6   vs.                          :  DOCKET NUMBER
                                   :  2:20-CV-0302-SCJ
 7   TRUE THE VOTE, INC., ET AL.,  :
                                   :
 8          DEFENDANTS.            :

 9

10     TRANSCRIPT OF BENCH TRIAL - VOLUME 1 PM SESSION PROCEEDINGS

11            BEFORE THE HONORABLE STEVE C. JONES

12             UNITED STATES DISTRICT JUDGE

13                   OCTOBER 26, 2023

14

15

16

17

18

19

20     MECHANICAL STENOGRAPHY OF PROCEEDINGS AND COMPUTER-AIDED

21                 TRANSCRIPT PRODUCED BY:

22

     OFFICIAL COURT REPORTER:        SHANNON R. WELCH, RMR, CRR
23                                   2394 UNITED STATES COURTHOUSE
                                     75 TED TURNER DRIVE, SOUTHWEST
24                                   ATLANTA, GEORGIA  30303
                                     (404) 215-1383
25
```

**A P P E A R A N C E S   O F   C O U N S E L**

**FOR THE PLAINTIFFS:**

    ALLEGRA J. LAWRENCE-HARDY
    MICHELLE L. McCLAFFERTY
    LAWRENCE & BUNDY, LLC

    UZOMA NKWONTA
    JACOB SHELLY
    CHRISTINA A. FORD
    TINA M. MORRISON
    MARCOS MOCINE-McQUEEN
    LESLIE J. BRYAN
    ELIAS LAW GROUP LLP

**FOR THE DEFENDANTS:**

    MICHAEL J. WYNNE
    CAMERON POWELL
    GREGOR WYNNE ARNEY PLLC

    JAKE EVANS
    GREENBERG TRAURIG, LLP

**FOR THE INTERVENOR (USA):**

    DANA PAIKOWSKY
    JENNIFER J. YUN
    TIM MELLETT
    JUDY BAO
    AILEEN BELL HUGHES
    UNITED STATES DEPARTMENT OF JUSTICE

1  <u>**I N D E X   T O   P R O C E E D I N G S**</u>

2

3       <u>**WITNESS**</u>                                    <u>**PAGE**</u>

   SCOTT BERSON

4

5       Recross-Examination (Continued)
           By Mr. Evans                               172

6  GAMALIEL WARREN TURNER, SR.

7
        Direct Examination
8          By Mr. Mocine-McQueen                      188
        Cross-Examination
9          By Mr. Evans                               206

                                  *  *  *
10

11 CERTIFICATE                                        269

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT
OFFICIAL CERTIFIED TRANSCRIPT

1          **P R O C E E D I N G S**

2     **(Gainesville, Hall County, Georgia; October 26, 2023.)**

3          THE COURT:  Y'all may be seated.

4          Mr. Evans, are you ready to do your cross?

5          MR. EVANS:  Thank you, Judge.

6          I hope you had a good lunch.

7          THE COURT:  I did.  Thank you.

8     Whereupon,

9                    SCOTT BERSON,

10    after having been first duly sworn, testified as follows:

11              RECROSS-EXAMINATION (Continued)

12    BY MR. EVANS:

13    **Q.**   Mr. Berson, I'm ready when you are.

14    **A.**   I'm ready, sir.

15    **Q.**   So earlier, we were talking about where you had what

16    registered where as far as Alabama, Georgia address.  And I

17    asked you what accounts you had open or registrations you had

18    with institutions.

19         Do you recall that?

20    **A.**   Yes.

21    **Q.**   And what institutions and accounts did you have open in

22    December of 2020?

23    **A.**   At that time, I'm recalling the car loan, my insurance,

24    probably, I imagine, a phone bill as well.

25    **Q.**   What was that last one?

1    **A.**   A phone -- a cell phone bill.

2    **Q.**   Did you have anything else?

3    **A.**   Bank account.  That's all I can recall at the moment.

4    **Q.**   And where was the cell phone registered?  What address?

5    **A.**   I imagine it was at the Muscogee County address.

6          I change providers quite often.  So I'm not 100 percent

7    sure.

8    **Q.**   And insurance, was that in Muscogee County?

9    **A.**   Yes, it was.

10   **Q.**   Car loan, where was that one?

11   **A.**   The loan originated in Muscogee County.  I can say that

12   for sure.

13   **Q.**   Do you recall where it was registered?

14   **A.**   Yes.  It was in Muscogee County.

15   **Q.**   And bank account?

16   **A.**   The bank account was located -- the bank was located in

17   Muscogee County.

18   **Q.**   Is that where the address was?

19   **A.**   It would have -- it would have been when I had started at

20   Auburn.  The mailing address may have been updated.

21   **Q.**   So you could have logged into your car loan, right, to get

22   an address for billing; is that correct?

23   **A.**   I believe I tried, and it had the -- it had an Alabama

24   mailing address for the correspondence.  But yes.

25   **Q.**   You could have gotten the insurance, which you ultimately

1   did, that showed Muscogee County; is that right?

2   **A.**   That's correct.

3   **Q.**   Cell phone, that showed a Muscogee County address; right?

4   **A.**   I don't recall whether it did at that time or not.

5   **Q.**   And your bank account, you testified earlier, that had the

6   Muscogee County address too; right?

7   **A.**   It would have at the beginning.  But I don't recall -- I

8   imagine it -- I think that had a different mailing address, the

9   Alabama mailing address for correspondence on my statements.

10  **Q.**   Is there anything else that you had registered that you

11  remember today in Alabama in December of 2020?

12  **A.**   Not that I can recall at this time.

13  **Q.**   So it sounds like most of your stuff was registered in

14  Muscogee County; is that right?

15  **A.**   The mailing addresses were on those accounts.  Or at the

16  beginning, the mailing addresses were.  Over the years, many of

17  them had been changed to Alabama.

18      The mailing address is on the official documents that were

19  being sent so that I could receive them.  It did originate in

20  Muscogee County, yes.

21  **Q.**   And given that you had that many accounts registered in

22  Muscogee County, would you agree with me it shouldn't be that

23  difficult to find a Muscogee County address to confirm your

24  residence in Muscogee County?

25  **A.**   My experience was that it was difficult because the

1  mailing addresses had been updated.  The mailing addresses had

2  been updated to Alabama.

3  **Q.**    So let me just make sure the record is clear on this.  So

4  you said they were registered, each of these, bank account, car

5  loan, insurance, cell phone, in Muscogee County; right?

6  **A.**    The mailing address was.

7      I'm not sure I get what you mean by registered for some of

8  these accounts.

9  **Q.**    So where -- for each -- bank account, car loan, insurance,

10  cell phone, did that have your Muscogee County address?

11      Yes or no?

12  **A.**    They did at the beginning.  At the later time, I remember,

13  what my experiences was, was trying to find appropriate

14  documents that they did not have the correct matching address.

15  They were -- they had Alabama addresses or the address was

16  not --

17  **Q.**    I'm asking in December of 2020.

18  **A.**    In December of 2020, the only one that I could find that I

19  thought at the time was sufficient was the Progressive

20  Insurance bill.

21      The other ones that I tried seemed to have the mailing

22  address shown only in Alabama on the documents that I was

23  attempting to get.

24  **Q.**    Okay.

25  **A.**    Yeah.

1  **Q.**   What else did you move to Alabama -- the address in

2  Alabama?

3  **A.**   Those are the only things I can recall at the time.

4  **Q.**   So virtually every account you had had the address moved

5  to Alabama; isn't that right?

6  **A.**   The mailing address had been changed to Alabama so that

7  correspondence could be received from those institutions, yes.

8  **Q.**   Would you agree with me that a reasonable person, looking

9  at where you may reside, given all of your institutions had an

10  Alabama address, may conclude that your domicile was in

11  Alabama?

12          MS. MORRISON:  Objection, Your Honor.  Calls for

13  speculation.

14          THE COURT:  He can answer that question.  I'll

15  overrule it.

16          THE WITNESS:  Given my context at the time, that I

17  was in the college, I think it's a reasonable doubt that maybe

18  I was just in college.

19          Right?  Does that make sense?

20  BY MR. EVANS:

21  **Q.**   Well, I'm asking you.

22  **A.**   I'm sorry.  I think -- I guess it depends on what a

23  reasonable person might do.  That seems like something I may

24  not be able to -- in my context, I was in grad school, you

25  know.  I had a different mailing address because I was in

1   graduate school.  That seems to me like a reasonable -- a

2   person looking at that context may reasonably expect that

3   that's a temporary address.

4   **Q.**   Outside of stalking you and potentially invading your

5   privacy, how would someone conclude that it was a temporary

6   address?

7   **A.**   I'm not familiar with the details of how to determine

8   specific legal domicile in that way.  I don't -- I imagine you

9   could look at the kinds of documents that are usually provided,

10   say, when you get a driver's license.

11      So, say, you know, a -- your actual state ID, for one, an

12   older one or a newer one.  Or a formal lease showing that you

13   are, you know, permanently or at least semi-permanently living

14   somewhere.

15      I was attempting to find documents that I thought would be

16   sufficient showing that address.  And I -- what I had were the

17   mailing addresses on those forms.

18   **Q.**   All right.  Well, I'm going to get to -- to touch on, on

19   the redirect when questions are asked about why you filed this

20   thing.

21      Are you a lawyer?

22   **A.**   No, sir.

23   **Q.**   Do you frequently deal with attorneys?

24   **A.**   Not frequently.

25   **Q.**   Do you have a go-to attorney that you use as your counsel?

 1   **A.**   No, sir.

 2   **Q.**   Do you have any family or friends that are attorneys?

 3   **A.**   Not as such, no, sir.

 4   **Q.**   So how did you become connected with your attorneys in

 5   this case?

 6   **A.**   I was -- I was contacted by -- by the counsel here, I

 7   believe.

 8   **Q.**   Did you reach out to them or they reached out to you?

 9           MS. MORRISON:  Objection, Your Honor.  Relevance.

10           MR. EVANS:  This goes to intent.

11           THE COURT:  I'll allow this question.

12           THE WITNESS:  I was -- I'm sorry.  Did you ask if I

13   reached out?

14   BY MR. EVANS:

15   **Q.**   Did they reach out to you, or did you reach out to them?

16   **A.**   They reached out to me.  I did not reach out myself

17   directly.

18   **Q.**   Did you in any way indicate consent to be contacted by

19   them regarding this case?

20   **A.**   I don't -- I don't recall specifically.  It's -- I can't

21   recall exactly.

22   **Q.**   Did you have a communication with the law firm

23   Perkins Coie prior to the date that they called you?

24   **A.**   Prior to the -- with Perkins -- I don't believe so.

25   **Q.**   So you would agree with me, given you did not talk to them

1    prior to the day they called you, you could not have consented

2    to them calling you, could you?

3    **A.**   I'm not sure about that.  I don't have -- I understand.

4    **Q.**   My question --

5    **A.**   I'm sorry.

6            THE COURT:  Go ahead and finish your answer.

7            THE WITNESS:  Okay. I don't -- because I am not

8    completely sure of what the full substance of the call with the

9    community organizing group was, I can't rule out the fact that

10   maybe they asked me at that time would you be open to somebody

11   contacting you.

12   BY MR. EVANS:

13   **Q.**   What do you mean organizing group?

14   **A.**   When I had -- at that time, when I read the email -- or

15   not read the email -- read the article, and several days later,

16   I was contacted by a community group.  I don't remember what

17   the full substance of that call was so I can't rule out the

18   fact that I --

19   **Q.**   I'm asking -- yeah.

20   **A.**   Yeah.

21   **Q.**   I'm asking you about Perkins Coie.

22   **A.**   Well --

23           MS. MORRISON:  Objection, Your Honor.  I'd like my

24   witness to be able to finish his answer.

25           THE COURT:  I agree.  Let him finish.

1          Go ahead and finish your answer.

2          THE WITNESS:  It -- I don't believe the community

3   organizer was the -- was the law firm, that they may have asked

4   me would you be interested in hearing from somebody.  I don't

5   remember if they specifically mentioned the name of a firm or

6   something.  And I don't know if that's what they said.  They

7   may have said that.  I can't rule that out.

8   BY MR. EVANS:

9   **Q.**   So sitting here today, you can offer no testimony that you

10  consented from a solicitation from the law firm Perkins Coie,

11  can you?

12  **A.**   I can't -- like I said before, I can't remember whether I

13  did or not in that original call from the community organizer.

14  I very well may have.  I don't remember the specifics of that

15  call.  But that sounds to me like that may have been where it

16  originated.  But I can't say that for sure.

17  **Q.**   So you can't -- I want to just make this clear for the

18  record.

19          THE COURT:  Hold on.  We have an objection.

20          MS. MORRISON:  Objection.  That's been asked and

21  answered.  He just --

22          THE COURT:  I think we've got it established.  I

23  think I understand what he's saying.

24          MR. EVANS:  Okay, Judge.  I got it.

25          THE COURT:  We can move it along.

1          MR. EVANS:  Okay, Judge.  As long as you've got it,

2     that's all I care about.

3          THE COURT:  I've got it.

4     BY MR. EVANS:

5     **Q.**   All right.  Shifting gears a second, for the discussion

6     that you had about you feeling intimidated by the election

7     worker asking you about confirming where you live, are you

8     aware that any eligibility consideration or challenge is

9     ultimately decided by the Board of Elections whether or not

10    they will go forward with that challenge?

11    **A.**   I remember something to that effect in the Ledger-Enquirer

12    article.  I'm not familiar with the details.

13    **Q.**   In here, did you ever receive a communication from the

14    Board of Elections regarding a challenge?

15    **A.**   Not that I can recall.

16    **Q.**   And if I told you that any challenge against you, you

17    would have notice and an opportunity to be heard, would you

18    have any reason to disagree with that?

19    **A.**   I wouldn't have any reason to disagree.  I'm not aware of

20    that.  But I wouldn't have a reason to disagree.

21    **Q.**   So if I told you that any questions asked by the election

22    official about your address was taken on their own accord only,

23    would you have any reason to disagree with that?

24    **A.**   I don't believe so.  I'm not -- that was not my

25    understanding at the time.  But I don't believe so.

```
 1              MR. EVANS:  No further questions, Judge.
 2              THE COURT:  Thank you, Mr. Evans.
 3         Thank you, Mr. Berson.
 4         Is Mr. Berson excused, or do you-all want to keep him
 5    under subpoena?
 6              MR. WYNNE:  He can be excused as far as we're
 7    concerned, Your Honor.
 8              MS. MORRISON:  I'm sorry, Judge.  Could you repeat
 9    that.
10              THE COURT:  Do you want to excuse Mr. Berson?  If you
11    excuse him, he can go, but you can't bring him back unless he
12    wants to come back voluntarily.  He can sit in the courtroom.
13         But if you don't excuse him, he has to remain under
14    your subpoena and control and he has to sit wherever you want
15    him at.
16              MS. MORRISON:  Thank you, Your Honor.
17         Yes, we'd like to excuse Mr. Berson.
18              THE COURT:  You are free to go, sir.  Thank you.
19         You can call your next witness.
20              MS. MORRISON:  Thank you, Your Honor.
21         Plaintiffs would like to call Stephanie Stinetorf to
22    the stand.  And she's our witness who is going to be testifying
23    from Germany over Zoom.
24              THE COURT:  Okay.  All right.  Let's hope it works.
25              MS. MORRISON:  Let's take a few minutes to set that
```

1    up, if that's okay.

2         THE COURT:  What?  Five minutes or ten minutes?

3         MS. MORRISON:  Five minutes would be fine, just to

4    make sure that she can get the link and everything.

5         THE COURT:  Okay.  If it's five minutes, I'm just

6    going to sit right here.

7         MS. MORRISON:  Thank you.

8              **(A discussion ensued off the record.)**

9         THE COURT:  Okay.  Here's what we're going to do.

10   We're going to take a break.  We've got to bring Ms. Kemp up

11   and set it up.  And then once you-all get it all set up, let me

12   know and I'll come back in.

13        Okay?

14        MS. MORRISON:  Thank you.

15        COURTROOM SECURITY OFFICER:  All rise.

16             **(A brief break was taken at 1:47 PM.)**

17        THE COURT:  Y'all can be seated.

18        Counsel, here is my proposal.  Let's see can we call

19   this witness tomorrow.  They've got to remove this system, go

20   get another system, and then still try to set it up.  I think

21   it will be easier and probably the progress of your case will

22   be smoother if you try to work this witness in tomorrow.

23        MS. MORRISON:  Sure.

24        THE COURT:  Talk to counsel about it,

25   Ms. Lawrence-Hardy, and see what they say.  But I think it

 1    would probably work -- it's probably -- it's what?  15 after

 2    2:00.

 3              From what I'm being told, by the time they set

 4    everything up, they're not sure, that once they bring the new

 5    system up here, that it's going to work.  Because all the

 6    people that really know how to do a lot of different things are

 7    not at our disposal.

 8              So I think it probably -- it would be easier and

 9    probably smoother for your presentation if you try to bring

10    this person tomorrow.

11              Talk to your team.  See what they have to say.  And

12    then we'll go from there.  Because it will be about 3:00, 3:15,

13    probably, from what I'm hearing, to get the other one up here

14    and get it working.

15              If you want to wait until that time, it's no problem

16    for me.  I'm here for the duration.  But talk to your team to

17    see what they have to say.

18              MR. NKWONTA:  Could we just have two minutes to

19    confer, Your Honor?

20              THE COURT:  Take five.

21              MR. WYNNE:  I'd just briefly note, Your Honor, as I

22    think we've discussed, we'll need the same arrangement for

23    Mr. Mark Davis, who has that medical condition.  And we will

24    try to figure out exactly what day that will be.

25              THE COURT:  All right.  Let me say this to all of

1    you-all.  Take a breath.  At some point in time, you need to

2    get with Ms. Wright or Ms. Kemp and find out how to operate

3    this system.  I may just stop today at 4:00 to give everybody

4    time to get the other --

5              Now, the other system is in Judge Fuller's courtroom.

6    Judge Fuller is out of town today.  And his staff is out of

7    town.  We've got to get one CSO or somebody that has a card.

8    My card will get in there.  So we'll get in the office and get

9    it up here at 4:00.

10             Ms. Wright or Ms. Kemp will show you-all how to use

11   it.  And then tomorrow, it will go smooth.

12             So the world is going to continue to go.  The sun is

13   going to set at 7:00 tonight and back up at 7:15 in the

14   morning.  So it's not life-threatening, guys.

15             All right?  Talk.

16             MS. LAWRENCE-HARDY:  Thank you, Your Honor.

17             MS. MORRISON:  Your Honor, we're okay with the

18   witness coming tomorrow.  Given the time difference, it will

19   sort of be probably around the same time, maybe a little

20   earlier.

21             We'd just ask that if we could maybe get access to

22   the courtroom a little earlier to make sure everything is set

23   up.

24             THE COURT:  When you say earlier, are you talking

25   about earlier in the morning?

| | |
|---|---|
| 1 | MS. MORRISON:  Correct.  Like if at 8:00 A.M., I |
| 2 | don't know if the staff is around for us to test the system |
| 3 | then or -- |
| 4 | THE COURT:  Well, the staff may not be here.  That's |
| 5 | why I'm saying let's do it this afternoon. |
| 6 | MS. MORRISON:  Sure. |
| 7 | THE COURT:  That's why I say we're going to stop at |
| 8 | 4:00 and get the system up here so both sides can test it this |
| 9 | afternoon. |
| 10 | MS. LAWRENCE-HARDY:  Your Honor, we're definitely |
| 11 | going to make sure we do all the testing this afternoon.  But |
| 12 | we thought also it might be best if we came and got everybody |
| 13 | up and ready to go so when the Court took the bench in the |
| 14 | morning we were ready to immediately move into it. |
| 15 | THE COURT:  Let me check with the CSOs.  They have to |
| 16 | do a sweep.  They have to come in here before you-all come in |
| 17 | here and do a sweep and make sure everything is safe.  8:30. |
| 18 | MS. LAWRENCE-HARDY:  Perfect.  Thank you, Your Honor. |
| 19 | THE COURT:  Wait.  Is the sweep at 8:30, or will the |
| 20 | court be open for them at 8:30? |
| 21 | COURTROOM SECURITY OFFICER:  Give me just a moment, |
| 22 | Your Honor. |
| 23 | THE COURT:  Let's just check. |
| 24 | MS. LAWRENCE-HARDY:  8:45.  We just want to make |
| 25 | sure.  We appreciate your patience. |

```
 1              THE COURT:  I'm with you.  No, I'm with you.  I agree

 2   with you on that.  I just don't want you to be here at 8:15 and

 3   you can't get in until 8:45.

 4              MS. MORRISON:  Plaintiffs are ready to call their

 5   next witness, if Your Honor is.  Thanks.

 6              THE COURT:  I'm ready.

 7              MR. MOCINE-McQUEEN:  Your Honor, plaintiffs call

 8   Mr. Gamaliel Turner.

 9              THE COURT:  Okay.  Mr. Turner?

10              (Whereupon, a discussion ensued off the

11              record.)

12              COURTROOM DEPUTY CLERK:  Sir, would you raise your

13   right hand, please.

14              (Witness sworn)

15              COURTROOM DEPUTY CLERK:  Thank you.

16              MR. MOCINE-McQUEEN:  Good afternoon.  Marcos

17   Mocine-McQueen of the Elias Law Group on behalf of the

18   plaintiffs.

19              THE COURT:  All right.  Hello, sir.

20              MR. MOCINE-McQUEEN:  Good afternoon, Your Honor.

21              THE COURT:  If I could ask Mr. Turner to spell his

22   name -- full name --

23              THE WITNESS:  Yes.

24              THE COURT:  -- for the record.

25              THE WITNESS:  My name is spelled G-A-M-A-L-I-E-L.
```

1    Gamaliel Warren Turner.

2            THE COURT:  You can have a seat.

3            THE WITNESS:  Thank you, sir.

4        Whereupon,

5                GAMALIEL WARREN TURNER, SR.,

6        after having been first duly sworn, testified as follows:

7                    DIRECT EXAMINATION

8    BY MR. MOCINE-MCQUEEN:

9    **Q.**   Good afternoon, Mr. Turner.  You've already stated --

10   you've already spelled --

11       Would you just once more state your -- state your full

12   name.

13   **A.**   My name is Gamaliel Warren Turner, Sr.

14   **Q.**   And if you don't mind me asking, sir, how old are you?

15   **A.**   I am 70 years old.

16   **Q.**   Mr. Turner, I'd like to ask you a few questions about your

17   personal background.  And let's just start from the beginning.

18       Where were you born, Mr. Turner?

19   **A.**   I was born in Fort McPherson Hospital in Atlanta, Georgia.

20   **Q.**   And why -- you were born -- I'm sorry.  You said

21   Fort McPherson Hospital, sir?

22   **A.**   Fort McPherson Hospital, yes, sir.

23   **Q.**   What type of hospital is Fort McPherson?

24   **A.**   That is a military hospital.

25   **Q.**   And why were you born in a military hospital, Mr. Turner?

1   **A.**   My father was a veteran, so that gave my family the

2   authorization to be able to use the hospital.  It was also the

3   closest hospital to where we were presently living at the time.

4   **Q.**   And I'll come back to your personal experiences in just a

5   moment, but you said your father was a veteran, Mr. Turner.

6        Have any of your other family members served in the

7   military?

8   **A.**   Yes.  I've had four uncles and my father, all Korean War

9   veterans.  Excuse me.  Yes, Korean War veterans, two of which

10  passed during the Korean War.  They were killed.  And then my

11  father and uncle was still living.

12       My son is a retired medic from the United States Army.

13       And my daughter is presently on active duty, a captain at

14  Fort Johnson.

15  **Q.**   And returning to your own experiences, Mr. Turner, where

16  did you spend your childhood?

17  **A.**   The majority -- all of my childhood was spent in the state

18  of Georgia.  My -- the bulk of my childhood was in the City of

19  Atlanta.

20  **Q.**   And where did you go to elementary school then?

21  **A.**   Went to elementary school, Frank L. Stanton.  On to high

22  school, Henry McNeal Turner High School.  And I graduated from

23  college at Fort Valley State University.

24  **Q.**   And can you tell me a little bit about the community in

25  Atlanta in which you grew up?

1    **A.**   I guess under today's assessment, that would be a slightly

2    lower middle class neighborhood.  It was, for the times in the

3    '50s and '60s, kind of affluent, looking back.  At the time,

4    you could not tell.

5         But yes, lived in -- lived in the middle of the City of

6    Atlanta, down the street from Atlanta University.

7    **Q.**   And can you tell me about the people in the community

8    surrounding you as you grew up?

9    **A.**   Yes.  The majority of people in the neighborhood were

10   either ministers, teachers, postmen.  Most of those were

11   friends of the family.  Hosea Williams.  John Lewis.  Martin

12   Luther King.  Ralph David Abernathy.  Julian Bond.  C.T.

13   Vivian.  And Hosea Williams, if I did not say that earlier.

14   And Williams Holmes Borders.  Billy King.  All of these were

15   within a block or a mile and a half or two miles of the house.

16   **Q.**   And did you personally have any interactions with these

17   historical Georgians?

18   **A.**   Of all of the people I mentioned, I was the oldest child

19   of them in that the majority of them were classmates --

20   classmates, graduates with my father.  They were not the people

21   that we know them today.  They were just regular neighbors.

22   So, yes, first-name basis and interaction with them my entire

23   life.

24   **Q.**   And did you ever see any of them in your home or interact

25   with any of them personally?

1   **A.**   A lot of meetings in my home.  A lot of activity at the

2   height of the civil rights movement with a lot of the planning.

3   Discussions of the fears associated with what was about to

4   happen and their overall purpose.

5       Yes, I was privy to all of that as a child.

6   **Q.**   So after your childhood, did you go to college,

7   Mr. Turner?

8   **A.**   Yes, I did.

9   **Q.**   And where did you go to college?

10   **A.**   Fort Valley State University.

11   **Q.**   And what did you study while you were in college,

12   Mr. Turner?

13   **A.**   I was a business administration accounting major with a

14   minor in military science.

15   **Q.**   Military science.  Did you yourself go on to serve in the

16   military?

17   **A.**   Yes, I did.

18   **Q.**   So I'd like to ask you then, Mr. Turner, about your time

19   serving in the military.

20       When did you join the service?

21   **A.**   I joined the service December 3rd, 1976.  Commissioned on

22   that particular day.  And started my active duty February 13th,

23   1977.

24   **Q.**   And can you give us a brief overview of the roles you

25   filled in the military?

1  **A.**   Yes.  As an officer during that time, I served at

2  Fort Benning, Georgia, for my basic officer course.

3       From there, I went on to Berlin Brigade, where I served in

4  all of the leadership roles as an infantry officer, scout

5  platoon leader, infantry platoon leader.

6       The uniqueness about that, I got changed over.  On the

7  other side of that, my next assignment was California.  63rd

8  Arcon for five years.

9       From there to Korea for 72 months.

10       And then lastly back to Atlanta FORSCOM headquarters where

11  I served as a traumatic expert for the war fighting command in

12  Atlanta.

13  **Q.**  And, all said, how many years did you serve in the

14  military, Mr. Turner?

15  **A.**   Exactly 18 years, 11 months.  Retired.

16  **Q.**  And you've retired?

17  **A.**   Yes.

18  **Q.**  Okay.  And in what year did you retire?

19  **A.**   197- -- excuse me.  Yes.  1996.

20  **Q.**  1996.  Mr. Turner, I'd like to ask you a few questions

21  about your life after retirement.

22       When you retired, where did you live?

23  **A.**   I retired in Atlanta.  I purchased a home in 1980, when I

24  was at Fort Benning.  And soon after I retired, I moved back

25  into my home in Columbus, Georgia.

1    Q.   And since returning to Columbus, Georgia, have you

2    considered any other place to be your home?

3    A.   No, I have not.  Columbus, Georgia, has been my home

4    forever.

5    Q.   And do you own property in Columbus?

6    A.   I do.

7    Q.   Do you have a driver's license?

8    A.   I do.

9    Q.   And what state and county issued your driver's license,

10   Mr. Turner?

11   A.   Georgia.

12   Q.   In what county?

13   A.   Muscogee County.

14   Q.   Mr. Turner, do you have a car?

15   A.   I have two.

16   Q.   And where are your cars registered?

17   A.   My cars are registered in Muscogee County.

18   Q.   And did you begin to work away -- geographically away from

19   Columbus, Georgia, in 2019?

20   A.   I did.

21   Q.   And where did you begin to work at that time?

22   A.   I was asked if I would come help the Navy Construction

23   Group in California with the stand up, a JSETS division.  And I

24   accepted that with the understanding that it would be about a

25   year to help stand up.  And I will probably retire again on the

1    other side of that.

2    **Q.**   And so just so I understand clearly, what was the duration

3    of that contract?

4    **A.**   That contract was a one-year contract with a four-year --

5    four option years, depending on our overall performance each

6    year, which is measured the April before the end of the

7    contract.

8    **Q.**   And what were the dates of that initial contract?

9    **A.**   The initial contract for me started 19 October 2019 to 30

10   August 2020.

11   **Q.**   And when that contract was to come to an end, where did

12   you intend to live after its conclusion?

13   **A.**   I was going back home.

14   **Q.**   And just to be clear, sir, when you say back home, where

15   do you mean?

16   **A.**   Columbus, Georgia.

17   **Q.**   Okay.  Mr. Turner, when you went to California, did you

18   sell your home in Columbus?

19   **A.**   No, I did not.

20   **Q.**   Did you rent your home out to a tenant?

21   **A.**   No, I did not.

22   **Q.**   Did you update your driver's license to become a

23   California driver's license?

24   **A.**   No, I did not nor have not.

25   **Q.**   Okay.  And what about your car registration?  Did you

1    register your car in California?

2    **A.**    No, I have not and did not.

3    **Q.**    Do -- did you continue to pay taxes in Georgia?

4    **A.**    Yes, I did.

5    **Q.**    Did you continue to pay any sort of utilities or other

6    bills in Georgia?

7    **A.**    Yes, I did.

8    **Q.**    And at the end of that first year, did you return home to

9    Georgia?

10   **A.**    I was not able to.  The situation with COVID hit, and that

11   was a significant impact.  But on top of that, the personnel

12   that I had trained ended up rotating out and left me as the

13   only entity to complete that work.  So no, I did not.

14   **Q.**    And so did you renew your contract subsequently?

15   **A.**    I agreed to stay -- to stay on until the next group of

16   individuals were trained.

17   **Q.**    And so how many times in total after the conclusion of

18   that first contract have you agreed to renew your contract?

19   **A.**    Three.

20        We're on the option year Number 4, which is the last year

21   of the contract.

22   **Q.**    Okay.  And you started to explain this.  But just to make

23   sure I understand correctly, why is it that you agreed to renew

24   your contract each of these times?

25   **A.**    The major reason is the personnel changeover in the Navy.

1    Around the -- in between April and July, I finally found out

2    they all ended up rotating out.  And with that, I'm the only

3    one there.

4         The job I have constitutes a process.  And there is no

5    timeframe to be missed, because we have windows to catch in

6    order to do the modernization.  That's -- that was my purpose

7    for being there, to make sure that they modernize.  So I did

8    not want to leave them with nobody to do the job.

9    **Q.**   And for each of these subsequent contracts -- you may have

10   already said this, but I want to make sure I understand.

11        How long was each of those contracts?

12   **A.**   One year.  From August to August.

13   **Q.**   And when you first signed each of those contracts, what --

14   where did you intend to live after the conclusion of that year?

15   **A.**   At the conclusion, back to my home in Columbus, Georgia.

16   **Q.**   During any of these intervening contract periods, did you

17   decide to sell your home in Columbus?

18   **A.**   No, I have not.

19   **Q.**   Did you change your driver's license?

20   **A.**   No, I did not.

21   **Q.**   Did you change your vehicle registration?

22   **A.**   No, I did not.

23   **Q.**   Did you ever begin to rent your home out?

24   **A.**   No, I did not.

25   **Q.**   Did you continue to pay utility bills?

1    **A.**    Yes, I did.

2    **Q.**    Did you continue to pay taxes?

3    **A.**    Yes, I do.

4          THE COURT:  When you say taxes, are you talking about

5    property taxes?

6          THE WITNESS:  Correct.

7    BY MR. MOCINE-MCQUEEN:

8    **Q.**    And, Mr. Turner, why is it that you continued to carry all

9    of these costs in Columbus, Georgia?

10   **A.**    One would say God and country.  But it is my intent and my

11   full intent to go back home.

12   **Q.**    And throughout this time that you've been working in

13   California, have you ever considered it to be your home state?

14   **A.**    No, I have not.  Never.

15   **Q.**    Have you ever made any plans to make your home in

16   California?

17   **A.**    No.  Quite the opposite.  My plans have always been to go

18   back home.  And I have established that with the company I work

19   for now.

20   **Q.**    And what is your current living situation in California?

21   **A.**    I am on a lease.  I've been on a month-to-month lease for

22   the last three years, up until five months ago, which I was

23   forced to have to sign a lease.  And I signed a short lease

24   there and announced to everybody that at the end of that term

25   I'll be going back to Georgia.

1   **Q.**   And, Mr. Turner, how much longer do you plan to be in

2   California?

3   **A.**   I've given my letter of intent/resignation with my

4   termination date 1 April 2024.

5   **Q.**   Mr. Turner, did you ever consider this job to be a

6   long-term job or a permanent job?

7   **A.**   No, I did not.  But this time I decided to get ahead of

8   the game.

9   **Q.**   Okay.  I'd like to shift a little bit now, Mr. Turner, and

10  ask you some questions about your history as a voter.

11      First of all, are you registered to vote?

12  **A.**   I've registered and hope that I am still registered, yes.

13  **Q.**   And where, sir, are you registered to vote?

14  **A.**   Georgia and Muscogee County.

15  **Q.**   And when did you first register to vote, Mr. Turner?

16  **A.**   As soon as I turned 18.  On my 18th birthday.

17  **Q.**   Where was it that you registered when you first turned 18?

18  **A.**   Fulton County, Atlanta, Georgia.

19  **Q.**   And have you been registered to vote ever since then?

20  **A.**   Yes, I have.

21  **Q.**   And in what state -- what states have you been registered

22  to vote?

23  **A.**   Georgia.

24  **Q.**   And just to make sure I understand this correctly, are you

25  registered to vote in California?

1   **A.**   No, I am not.

2   **Q.**   How often do you vote, Mr. Turner?

3   **A.**   Every opportunity that I can get.

4   **Q.**   Why is it important for you to vote at every opportunity?

5   **A.**   As a child coming up during the Civil Rights movements and

6   having firsthand knowledge and witness of the -- the fears of

7   my father, my uncles, the other people around me and their

8   struggle in the fight and their dedication, it just -- it

9   became a part of me.  It became a part of my being.  Because I

10  truly understood the right to vote and the sacrifices on the

11  ground as regular civilians.

12       The other sacrifice that my other family members made in

13  the military for equality, I picked that up.  And that became

14  important to me.

15  **Q.**   And did your own military service play any role in your

16  feelings about voting?

17  **A.**   Yes.  There was a lot of inequality in the early '70s in

18  the military.  There was a lot of nonacceptance, especially

19  being stationed in Georgia.  And that's no pun against Georgia.

20  That's just where I was in the times.

21       But one thing did hold true.  And that was the possibility

22  of change.  At that particular time, the only change that was

23  available was through the ballot.

24       As difficult as it has been, as difficult as it was, the

25  ballot was all that we had.  So, yes, sir, it was -- it was

1    important to me.  It's been important to me all my life.

2    **Q.**   Mr. Turner, I'd like to ask you now about the 2020

3    elections in Georgia.

4        Did you vote in elections in Georgia in 2020?

5    **A.**   Yes.  Local -- local elections and every election they had

6    all the way through to the end of the election cycle.

7    **Q.**   I want to check to make sure that I account for some of

8    those.  You said some municipal.  Or you said local elections.

9        Did you vote in the primary election?

10   **A.**   Yes, I did.

11   **Q.**   Did you vote in the general election?

12   **A.**   Yes, I did.

13   **Q.**   And did you vote in the runoff election that happened as a

14   result of the general?

15   **A.**   Eventually, I was able to, but not without difficulty.

16   **Q.**   And what method did you use to cast your ballot,

17   Mr. Turner?

18   **A.**   Each of those were absentee ballots.

19   **Q.**   Did you experience any difficulty casting your ballot

20   during the -- or your absentee ballot during the runoff

21   election?

22   **A.**   I did.

23   **Q.**   Can you describe to me how that difficulty began?

24   **A.**   We'd already gone through the general election.  The

25   runoffs was coming with a short window.  Everybody in my

1  family, all my friends, we were all excited and concerned with

2  that particular election, primarily because of the candidates

3  that was running.  But it was a difference-maker.

4       The problem arose for me when I noticed that everybody

5  else had started to receive their absentee ballots and I had

6  not received mine as of yet.

7       And I gave about two or three extra days after those

8  friends of mines that were not in the state had received theirs

9  and elected to call the registrar down in Muscogee County to

10 ask what was the status of my ballot.

11 **Q.**  And, Mr. Turner, what did the registrar's office tell you?

12 **A.**  She asked me to hold.  And this -- she validated that I

13 was registered, and she asked me to hold.  And then she came

14 back on the phone and asked for my telephone number and asked

15 if she could call me back.

16      After about five minutes, she did call me back, wanted to

17 tell me that I had been challenged.

18 **Q.**  And did she provide you any information about what you

19 would need to do now that you had been challenged?

20 **A.**  I asked what did that mean.  I asked what should I do or

21 what is my next step.  And she sounded just as confused as I

22 did and had no answer for me.

23 **Q.**  Mr. Turner, at this moment that you're having this

24 conversation, what was your reaction to finding out that you

25 had been challenged by name?

1    **A.**    It was some of everything.  Anguish.  Confusion.  One

2    could even describe possible PTSD from having to revisit the

3    '60s and voting in Georgia on a personal level.

4        It's not -- voting has never been easy for me up until the

5    last 10 or 15 years.  And I was beginning to feel comfortable

6    and at ease with the ability to vote freely.

7        But this -- this mentally destroyed me for a minute.  I

8    was lost.  I felt alone.  In the past, I had someone to talk to

9    or to go to.  But now I'm -- I'm the elder.  I have to give

10   guidance to others and to take care of me.  I was lost.  I was

11   lost.

12   **Q.**    Mr. Turner, after learning of your challenge, did you file

13   a lawsuit to make sure that your ballot would be counted?

14   **A.**    Yes, I did.

15   **Q.**    And was that lawsuit successful, Mr. Turner?

16   **A.**    The lawsuit allowed me the opportunity to receive a

17   ballot.  It allowed me the opportunity to submit my ballot.

18   **Q.**    When you --

19   **A.**    It gave me an opportunity to vote.

20   **Q.**    Okay.  I apologize for interrupting you there, sir.

21       When you received that ballot, what did you do?

22   **A.**    The window of submission to get the ballot back was short

23   because I had to receive the ballot in the mail.

24       Immediately upon receipt, I sat down, filled the ballot

25   out, jumped in my car, and went straight to FedEx.  Paid the

1    $17 to send it back because that was the only way that I felt

2    that my ballot would get back in time.  It was the only way I

3    felt that I could have some assurety that at least getting

4    there, that it was a possibility of being counted.

5         And forgive me.

6    **Q.**   Mr. Turner, prior to the 2020 election cycle, had your

7    eligibility to vote ever been challenged?

8              THE COURT:  Let's give --

9              MR. MOCINE-McQUEEN:  Yeah.  Let's pause for a second,

10   Your Honor.  Thank you.

11             THE COURT:  Do you want any water, sir?

12             THE WITNESS:  No.  Thank you.

13             THE COURT:  There's water right next to you, sir.

14             MR. MOCINE-McQUEEN:  Take a drink, Mr. Turner.

15             THE COURT:  Yeah.

16                 **(There was a brief pause in the proceedings.)**

17             THE WITNESS:  I'm good.  Thank you.

18             THE COURT:  Are you okay?

19             THE WITNESS:  Yes.  Yes, sir.

20             MR. MOCINE-McQUEEN:  Back to it, Your Honor.  Thank

21   you.

22   BY MR. MOCINE-MCQUEEN:

23   **Q.**   We only have a few questions left here, Mr. Turner.  Thank

24   you for bearing with us.

25         Prior to the 2020 election cycle, had your eligibility to

1  vote ever been challenged?

2  **A.**   No, it had not.

3  **Q.**   You talked about how you felt in the moment of being

4  challenged.

5       I'd like to ask you:  Has your experience from 2021

6  affected how you feel about voting now or in future elections?

7  **A.**   I had become very comfortable with the aspect of absentee

8  ballot, as many people in my community had done.  The process

9  is okay as long as it applies to everyone.

10      But for me personally, I've gone back to where I was with

11  doubt and questioning whether or not my vote is counted.  I'm

12  not concerned with the submission of it.  I have concern as to

13  whether or not my vote is actually counted.

14      And I was not there prior to this.  I feel like I let my

15  guard down just a little bit.  And I can't -- cannot afford to

16  do that again.

17           MR. MOCINE-McQUEEN:  You know, Your Honor, I think I

18  am going to finish and pass the witness.

19           THE COURT:  Thank you.

20           MR. MOCINE-McQUEEN:  Thank you, Mr. Turner.

21           THE COURT:  Your witness.

22           MR. EVANS:  Judge, I would -- can I get a

23  three-minute restroom break?  We've been going for about an

24  hour and a half, if that's okay with the Court.

25           THE COURT:  Yeah.  Let's take a 15-minute break.

1   Start back at 3:00.

2           Let me ask you a question.  Mr. Wynne and

3   Ms. Lawrence-Hardy, stay in here.  I'm trying to figure out how

4   we can get this --

5                   **(There was a brief pause in the proceedings)**

6           THE COURT:  Ms. Lawrence-Hardy and Mr. Wynne, we're

7   going to bring up the television unit that you-all can use.

8   We're going to stop at 4:00.  That way we'll still have

9   everybody here that knows what they're doing to fix it and

10  you-all will be able to work with it.

11          Okay?

12          MS. LAWRENCE-HARDY:  Thank you, Your Honor.

13          THE COURT:  Mr. Wynne?

14          MR. WYNNE:  Yes, sir.

15          THE COURT:  We're going to have it set up so you can

16  learn how to use this thing tomorrow.

17          Okay?

18          MR. WYNNE:  Yes.  Excellent.

19          THE COURT:  We'll start back at 3:00, Mr. Evans.

20          MR. EVANS:  Thank you, Judge.

21          MS. LAWRENCE-HARDY:  Thank you.

22          THE COURT:  All rise.

23                   **(A brief break was taken at 2:49 PM.)**

24          THE COURT:  Y'all can be seated.

25          Mr. Evans, are you ready?  You may proceed.

```
 1                          CROSS-EXAMINATION
 2    BY MR. EVANS:
 3    Q.   Mr. Turner, are you ready?
 4    A.   I'm ready.
 5    Q.   All right.  My name is Jake Evans.  I represent the
 6    defendants in this case.  And I appreciate your service.  I
 7    appreciate you being here today.
 8         To begin, I want to talk -- you brought up the Ben Hill
 9    case.  And I think it'd be helpful to discuss that a little bit
10    more.  And I've got the order here in front of me.
11         But do you recall how that case was ultimately resolved?
12    A.   I was with the understanding that the opportunity to vote
13    for those that had been challenged was provided.
14    Q.   And would you have any reason to believe or disagree with
15    me if I told you that the case was dismissed in a stipulated
16    dismissal?
17    A.   No, I would not.
18              MR. EVANS:  And, Judge, I've got -- and the order I
19    would like to give to Mr. Turner -- we weren't expecting he
20    would bring this up, which brought it -- make it an issue in
21    the case, but we do not have a courtesy copy.
22              THE COURT:  You can use it to refresh his memory.
23              MR. EVANS:  Okay.  That's fine.
24              THE COURT:  And then you can explain to him what he
25    needs to do.
```

```
1              MR. EVANS:  Well, the only thing is I don't have a
2    courtesy copy, so I just --
3              THE COURT:  I hear you.  Let plaintiffs' counsel look
4    at it first.  And once plaintiffs' counsel looks at it --
5              Mr. Turner, Mr. Evans is going to bring you that
6    document.  I want you to look at it and read it.  But then
7    you're going to hand it back to him because you can't testify
8    from it.  It's used to refresh your memory on what may have
9    happened or may not have happened.
10             THE WITNESS:  Thank you, sir.
11             THE COURT:  If you have any questions, you just turn
12   to me and I'll answer them for you.  Okay?
13             THE WITNESS:  Yes, sir.
14             MR. NKWONTA:  Would you prefer to hear from Mr. --
15             THE COURT:  Yeah, yeah.  He's the one doing the
16   questioning.
17             MR. EVANS:  Judge, if they have an objection, I would
18   like to hear the objection.
19             MR. MOCINE-McQUEEN:  You will, sir.
20             Your Honor, this is not proper yet for refreshing
21   memory.  There's been no foundation laid that there is a memory
22   that is absent.
23             THE COURT:  He has said -- Mr. Evans asked him do you
24   remember that this was dismissed.  And the answer was something
25   along the lines of, no, it was not dismissed.  So obviously he
```

```
1    doesn't remember what happened.

2              MR. MOCINE-McQUEEN:  That's not --

3              MR. EVANS:  Judge, if I may respond.  They brought

4    this -- they opened the door on this, Judge.  They talked about

5    the case.  He was allegedly a party to the case.  We have an

6    opportunity to rebut the evidence and confront it presuming --

7              THE COURT:  Well, I agree with you.  I agree with

8    you.

9              MR. EVANS:  Yeah.  Okay.

10             THE COURT:  You have a right to do that.

11             MR. EVANS:  Okay.

12             MR. MOCINE-McQUEEN:  Your Honor, there's -- to my

13   understanding, what Mr. Turner said was that he was not aware

14   of something, not that he didn't recall.

15             THE COURT:  If he's not aware of it --

16             MR. MOCINE-McQUEEN:  I'm sorry, sir?

17             THE COURT:  If he's not aware of something he was

18   involved in, does that mean -- does that not mean he doesn't

19   remember it?

20             MR. MOCINE-McQUEEN:  I'm sorry, Your Honor.  I

21   didn't --

22             THE COURT:  If he's not aware of something that he

23   was involved in, does that not indicate he probably does not

24   remember what happened?

25             MR. MOCINE-McQUEEN:  He was being asked, Your Honor,
```

```
 1   questions about the legal nature of the resolution of the case
 2   and legal -- legal conclusions about how the case technically
 3   was resolved.
 4           That's not an issue of memory.  That's an issue
 5   perhaps of something else.  But he has not said that there is
 6   anything that he didn't recall about the case.
 7           THE COURT:  I respectfully disagree with you.  I'm
 8   going to allow him to refresh his memory.
 9           MR. EVANS:  Thank you, Judge.
10   BY MR. EVANS:
11   Q.   Mr. Turner, I'm now going to approach and give you this.
12   If you could just take a look at it.
13           THE COURT:  Don't go far, because he's going to hand
14   it back to you once he looks at it.
15           MR. EVANS:  I'm just going to give him space.  I
16   don't like people up on me.
17           THE COURT:  Yeah, I agree.
18   BY MR. EVANS:
19   Q.   Mr. Turner, I know you've just had an opportunity to take
20   a look at that.
21       Does that refresh your recollection at all as far as what
22   happened in the case?
23   A.   That is the case.  In terms of refreshment, you're still
24   asking, to my understanding, of the end product of the case.
25       My understanding was that I was allowed to vote because
```

1    the challenge against using the -- the registration -- the

2    absentee registration to deny me was not -- was not upheld.

3    **Q.**   Uh-huh (affirmative).

4    **A.**   That was the piece and part that was important to me.  The

5    final end result of the final decision-decision at that

6    particular time was of no interest to me beyond my ability to

7    vote.

8         So, you know, I don't know if I'm answering your question

9    directly.  But I had no concern other than -- at that

10   particular time was whether or not I was going to be able to

11   submit my vote -- my absentee ballot and have it counted.

12   **Q.**   Uh-huh (affirmative).

13        And I'm just going to read that this is the --

14             THE COURT:  Well, you can't read from it because it's

15   not in evidence.

16             MR. EVANS:  Yeah.  Well, I can ask the questions,

17   Judge.

18             THE COURT:  You can ask the questions, but you can't

19   read from that document.

20             MR. EVANS:  Well, I would submit to the Court that

21   because they opened the door on this, this is something we

22   can --

23             THE COURT:  No.

24             MR. EVANS:  Okay.  I understand.

25             THE COURT:  If you get a certified copy of it, I'll

 1    let you put it into evidence and I'll let you read the whole

 2    thing.  But you can't read from something that is not in

 3    evidence.

 4              MR. EVANS:  Yeah.  Well, we will -- we'll do that,

 5    Judge.  Whenever it's our case.  And we appreciate the Court's

 6    attention to that.

 7    BY MR. EVANS:

 8    **Q.**   If I told you that that order -- and you just had an

 9    opportunity to refresh your recollection -- ultimately said

10    that the eligibility challenges based upon the NCOA, that there

11    was a protocol that was adopted by the Board of Elections to

12    implement, would you have any reason to disagree with that?

13         Or would that refresh your recollection as to what the

14    document and the ultimate resolution was?

15    **A.**   I'm just -- I'm trying to understand the question.  And I

16    seriously want to give you probably the answer that you're

17    looking for.

18         The only thing I can actually tell you is at that

19    particular time I was only focused on one thing.  And after I

20    was told that I was able to vote, nothing else mattered.

21    **Q.**   Uh-huh (affirmative).

22    **A.**   And there has been no action on my part to contact the

23    attorneys that were there to read that entire document or to

24    see it.

25         Actually, that's the first time I saw -- I actually saw

1    that end -- end product.

2    **Q.**   Uh-huh (affirmative).

3         And if I told you that your belief that this lawsuit was

4    the reason why you were allowed to vote was mistaken, would you

5    have any reason to disagree with that?

6    **A.**   Would I have any reason to disagree with this activity

7    now?

8    **Q.**   No.

9    **A.**   Or that one?

10   **Q.**   If I told you that the filing of this lawsuit was not the

11   reason that you were -- you were allowed to vote, would you

12   have any reason to disagree with that?

13   **A.**   Yes.

14   **Q.**   And why is that?

15   **A.**   Because, to me, that's what it was about, the ability --

16   the NCOA, the use of the NCOA to challenge individuals like me

17   at the particular time.

18   **Q.**   And do you recall that the order said that the NCOA

19   challenges could go forward.  It's just that the Board of

20   Elections would have to tell an individual they had been

21   challenged and give that individual an opportunity to show that

22   they did live in that Muscogee County?  Does that -- do you

23   remember that in the order you just read?

24   **A.**   I remember that in the order that I just read because that

25   was not the final.  But again, the piece that's important to me

1  was that particular date and time, that small window.

2      I never -- personally never accepted the fact that there

3  was any validity to challenge that.  It was my prayer and hope

4  that the challenge was upheld and that was strucken down.

5      But again, on the other side of voting, for that

6  particular runoff, mentally and emotionally, I have not been

7  there.  Even here, this piece and part of it had essentially

8  walked away from me.

9  **Q.**  And you may recall, too, being involved with this case

10  that Section 230 under Georgia law was virtually identical to

11  what was laid out in the order that you just read.

12      Do you remember that?

13  **A.**  No, I do not.

14  **Q.**  And do you remember in your case with your vote that when

15  the person called from the county, they told you your vote had

16  been challenged, which is just what this order said they had to

17  do.

18      And then they asked you, do you still live at that

19  address, and you said, yes.

20      And then shortly thereafter, you got the ballot, didn't

21  you?

22  **A.**  We're going to slow down so we make sure we've got the

23  sequence of events correct.

24      My ballot was already en route to me prior to that,

25  pending an understanding, prior to any judge making any final

1    decision.

2        The action that you're talking about happened on the other

3    side of me having received my ballot and submitting my ballot.

4        But I can guarantee you that we were still -- I had

5    already received my ballot and submitted it back by then.

6    **Q.**   Uh-huh (affirmative).

7    **A.**   Hoping that whatever was about to transpire -- because at

8    that particular time, we -- the activities were going on but we

9    didn't have a resolution.

10        So as it relates directly to me and my ballot, what was

11    stated there just validated whether or not my ballot should be

12    counted, which was okay with me.

13    **Q.**   So just -- and I think add to that and clarify that,

14    this -- you had already sent your ballot in before the court

15    had ruled on this injunction or made the final decision on the

16    injunction; right?

17    **A.**   They were probably on top of each other, but I can't say.

18    And I'm not going to say one way or the other because I was not

19    there-there mentally.

20    **Q.**   So did you know that when you're over 65 years old, that

21    in Georgia, you can automatically request absentee ballots to

22    be sent to you without having to individually request an

23    absentee ballot?

24        Did you know that?

25    **A.**   I'm well aware of that.  But what you don't know -- what

1   you don't know, over 65 years old, I had to personally call

2   every time we had to vote to ask for my ballot to be sent.  And

3   each time, my name had been wiped from the register.  I'm well

4   aware of that.

5        I don't -- but what you're not aware is that I had to

6   submit my ballot request for an absentee ballot three times,

7   because that little box that you're supposed to pick as a

8   65-year-old to submit one time to get your ballot to you every

9   opportunity did not happen.

10       So yes, I'm aware of that.  But I'm here to tell you that

11  that did not happen.  That's a little bit of why I was more so

12  where I was when it came time for this opportunity to vote.

13  Because I've had to beg for my ballot through the local

14  election, through the primaries, and through the general

15  election.  I did not receive it automatically, as you just so

16  kindly laid it out that it comes to me.

17            THE COURT:  And I think we're getting off of what

18  we're here about.

19            MR. EVANS:  Let me tie the bow, please, Judge.  Can

20  I?  Just trust me.

21            THE COURT:  All right.  Go ahead.

22  BY MR. EVANS:

23  Q.   So did you know that when you submit a National Change of

24  Address that the U.S. Postal Service will not forward an

25  official ballot to that address?

1      Did you know that?

2  **A.**   I know that they will not forward it to your local

3  address.   They will only forward it -- they will -- they will

4  not forward an absentee ballot if it is misdirected to your

5  local address when you have a change of address in.

6      I was -- my information was personally typed in with my

7  name and address in there.   I received one ballot once I moved

8  for the local election, as it should have been.   The subsequent

9  ballots were the ones that I had a problem with.

10 **Q.**   So in your case, you filed a National Change of Address

11 saying you moved to California; right?

12 **A.**   Correct.

13 **Q.**   You checked, yes, I'm over 65.   I want absentee ballots

14 automatically sent to me; right?

15 **A.**   Yes.

16 **Q.**   You first had an absentee ballot that was supposed to be

17 sent to you, but you did not receive it at your address in

18 California; right?

19 **A.**   I did receive my first.

20 **Q.**   Your first one?

21 **A.**   My first one.   I had no problem with my first one.   My

22 spouse -- my fiancee at the time, her ballot went to her house.

23      THE COURT:  Well, where is her house?

24      THE WITNESS:  In Columbus, Georgia.

25      So it was not able to get to her in time for her to

1    be able to vote.  It didn't make any sense.  We sat there, and

2    we filled them out together.  Went in, mine came directly to

3    us.  We hunted hers down, and hers went to her Muscogee County

4    address.

5    BY MR. EVANS:

6    **Q.**   So if I told you that in the runoff, on November 18th,

7    2020, an absentee ballot was issued to you, would you have any

8    reason to disagree with that?

9    **A.**    No.  I did receive a ballot.  Not directly, but, yes, I

10   did receive a ballot.

11   **Q.**   So you're saying that your ballot did go straight to you

12   in California?  There was never any complications with

13   receiving your ballot?

14       Is that what you're saying?

15   **A.**   I'm saying my primary general election and the runoff

16   eventually made it to me to California.  But not without a

17   problem.

18   **Q.**   And I understand that.  And I'm trying to drill down in

19   the problem.

20   **A.**   Okay.

21   **Q.**   So if I -- let me just repeat the question so we can go --

22   go through this.

23       November 18th, 2020, absentee ballot was issued to you.

24       Does that make sense, or do you have any reason to

25   disagree with that?

1  **A.**   None.

2  **Q.**   If I told you that on December 18th, 2020, that that

3  absentee ballot was canceled and on that same day, a new

4  absentee ballot, December 18th, 2020, was reissued to you,

5  would you have any reason to disagree with that?

6  **A.**   No.

7  **Q.**   And on December 18th, 2020, does that sound about the same

8  time that you talked to the election worker in Muscogee County?

9       Or would you have any reason to disagree that that wasn't

10  the date you talked to the Muscogee County election worker?

11  **A.**   You're going to have to repeat that.

12  **Q.**   Sure.

13      December 18th, 2020, does that sound like around the date

14  that you talked to the Muscogee County election worker telling

15  him or her I have not received an absentee ballot but I think

16  that I should have?

17  **A.**   I'm not sure.  If that is the ballot that I should have

18  received for the -- for the runoff, then that is close to the

19  time frame.

20  **Q.**   And if I told you that on December 29th, 2020, a ballot

21  was received in Muscogee County and cast for you in the Senate

22  runoff, would you have any reason to disagree with that?

23  **A.**   If it was my ballot?

24  **Q.**   It was your ballot.

25  **A.**   No.

1    Q.   So you have no reason to disagree with that?

2    A.   If it was my ballot with my signature in support of the

3    primary, I have no problem with that.

4    Q.   Now, would you agree with me that when you talked to the

5    election worker, which was on or around December 18th, 2020,

6    you told him or her, I haven't received my absentee ballot.  I

7    live in California.  Will you please send my absentee ballot to

8    California?  Did that conversation take place?  Didn't it?

9    A.   That's not the conversation I had.

10   Q.   What was the conversation you had?

11   A.   Am I going to receive my ballot?  That was after everybody

12   else had already been issued their absentee ballot.

13   Q.   Did you tell him or her on that call that you lived in

14   California and needed it sent to that address?

15        You did that, didn't you?

16   A.   It was already understood.  They know me by name, because

17   I've had to call three times to get my ballot sent to me.

18             THE COURT:  But on that date -- listen to the

19   question.

20             THE WITNESS:  Okay.

21   BY MR. EVANS:

22   Q.   Yeah.  On that call, on December 18th, did you tell them

23   that you needed the absentee ballot sent to your California

24   address?

25   A.   On that date, I called to ask what was the status of my

1  absentee ballot.

2  **Q.**   And you told -- if you didn't tell them -- did the

3  absentee ballot go to your address in California?

4      Yes or no?

5  **A.**   Yes, it was personally sent to my address in California.

6  **Q.**   And how did they know your address in California?

7  **A.**   I gave it to them, because it was no longer in the system.

8  **Q.**   And did you give it to them when you talked to them on

9  December 18th via phone call?

10  **A.**   Yes, I did.

11  **Q.**   And so earlier, you said you felt like you had the need to

12  FedEx it.

13      Do you recall what day that the Senate runoff election was

14  on?

15  **A.**   No, I do not.

16  **Q.**   If I told you that the Senate runoff was on January 5th,

17  2021, would you have any reason to disagree with that?

18  **A.**   No, I would not.

19  **Q.**   And if I told you that your ballot had arrived and was

20  cast on December 29th, 2020, which is seven days before the

21  election, would you have any reason to disagree with that?

22  **A.**   No, I would -- no, I would not.

23  **Q.**   So if I presented to you that you -- what happened was you

24  were over 65, you said, check, I want automatic absentee

25  ballots.  The automatic absentee ballot will not be sent via

1  forwarding address by the U.S. Postal Service because it's an

2  official ballot.

3      So once it went to your old address, it would not be

4  forwarded.  So it went back to Muscogee County.

5      You then called Muscogee County and you said, hey, I

6  haven't gotten my ballot.  You need to send my ballot.

7      On that phone call, they said, okay, what's your new

8  address?  Do you live at that address?  Yes, it's in

9  California.  They sent it.  You received it.  And it was cast

10  and counted 11 days later.

11      Would you have any reason to disagree with that?

12  **A.**   Yes.

13          THE COURT:  Hold on.  Hold on a second.

14          MR. MOCINE-McQUEEN:  Your Honor, this is asking

15  Mr. Turner to speculate about what election officials were

16  processing on their end.  This is just attorney testimony at

17  this point.

18          MR. EVANS:  Judge --

19          THE COURT:  Well, it's a narrative to allow it

20  because it leads to the question I'm basically wanting

21  answered, is that what I've heard this witness testify to is

22  that he did not get a ballot because he had been challenged.

23  But now I'm hearing he did not get a ballot because they didn't

24  forward a ballot to the California address.

25          MR. MOCINE-McQUEEN:  We haven't received any evidence

1    of that.  Mr. Turner would not have any personal knowledge of

2    that happening, according to this narrative.

3              THE COURT:  Maybe I misunderstood the direct.  I

4    thought on direct he testified to -- he denied he had to call

5    to get a ballot, because he had been challenged.  Did I hear

6    that correct on direct?

7              MR. MOCINE-McQUEEN:  Correct.

8              THE COURT:  But what I'm hearing now on cross is that

9    for the runoff, he did not get the ballot, because they will

10   not forward ballots.

11             So he called on December the 18th, 20th, gave the

12   address and they sent him a ballot.  So that's why -- I

13   understand Mr. Evans is doing a narrative.  But I'm allowing

14   the narrative because it kind of leads into the question that I

15   need answered for myself, more than anything.

16             MR. MOCINE-McQUEEN:  Your Honor, I don't believe the

17   foundation has been laid for any of -- in terms of --

18             MR. EVANS:  Judge, I can't lay the foundation better

19   than that.

20             THE COURT:  Hold on.  Hold on.  Let him finish his

21   objection.  Let him finish his objection.

22             MR. MOCINE-McQUEEN:  That's a question about what was

23   on file with the county elections office, which we have no

24   evidence on.

25             THE COURT:  I guess what foundation are you talking

```
 1    about he needs?  He's asking him did he do certain things.
 2            MR. MOCINE-McQUEEN:  I'm sorry, sir?
 3            THE COURT:  What foundation do you need?  He is
 4    asking him did he do certain things.  And as a result of him
 5    doing certain things, then something else.  Basically, once you
 6    call and you give them your address, you get a ballot.  So what
 7    foundation is needed?
 8            MR. MOCINE-McQUEEN:  The part for which there is lack
 9    of foundation is we have no evidence that this forwarding
10    scenario actually occurred.
11            Mr. Turner would have no personal knowledge of where
12    the county clerk --
13            MR. EVANS:  Your Honor --
14            MR. MOCINE-McQUEEN:  -- had mailed --
15            THE COURT:  Let's just go ahead and let him finish
16    first.
17            MR. MOCINE-McQUEEN:  -- had mailed his ballot.
18            That is not a -- Mr. Turner would have no foundation
19    and no personal knowledge of how and where the county clerk had
20    mailed that.
21            MR. EVANS:  Your Honor --
22            THE COURT:  Yeah, go ahead.
23            MR. EVANS:  If I may respond.
24            This is cross-examination, Judge.  The no evidence
25    comment, we haven't presented our case-in-chief.  We are
```

1    confronting a direct statement that it was based upon a

2    challenge whenever it wasn't based upon a challenge, Number 1,

3    because the court order had been issued multiple days after his

4    ballot was cast.

5            And secondarily, because we're going through

6    methodically the chain of events factually.  And I'm asking him

7    if he has any evidence to contradict the overlay and narrative

8    of the facts.  And if he doesn't, all he has to do is say, no,

9    I don't have any facts that controvert that.

10           THE COURT:  Well, I agree with that.  I don't think

11   Mr. Evans has asked him anything that he cannot answer.  As far

12   as the foundation of whether he knows about the forwarding

13   aspects of it, again, he can say just no, because it's possible

14   that he might not know that that's the law.

15           But I don't think -- I'll overrule.  Go ahead.

16           THE WITNESS:  Could you repeat your question, and

17   then hopefully I can answer --

18           THE COURT:  Yeah, I agree.

19           THE WITNESS:  -- I can answer clearly to everybody.

20           THE COURT:  I agree with you.  I forgot it too.

21           MR. EVANS:  Judge, do you think I can get Madam Court

22   Reporter to read that back or do you want me to --

23           THE COURT:  It's hard to ask the court reporter to

24   read it back.  Just restructure it the best you can.

25           MR. EVANS:  Okay.

1    BY MR. EVANS:

2    **Q.**   All right.  If -- I'm going to go through the sequence,

3    and I want you to answer.  And I'm going to put a preface on

4    this, just to help us all understand the question.  But I want

5    you to tell me if you've got any reason or facts or evidence,

6    testimony, to controvert what the sequence I'm going to tell

7    you.

8        So on -- on or around what I'm going to propose -- but the

9    date isn't necessarily dispositive -- May 4th, 2020, you're

10   over 65.  As a result, you can check, yes, I want absentee

11   ballots automatically sent to me.  I don't have to

12   automatically request them.

13       You filed a National Change of Address saying you moved to

14   California.  The U.S. Postal Service will not ship an absentee

15   ballot via a forwarding address.  So your first ballot was sent

16   on November 18th, and it got a kickback because the U.S. Postal

17   Service will not forward that.

18       On or around December 18th, you call and you say, hey, I

19   haven't received my absentee ballot.

20       At that point, on the call, they say, okay, where do you

21   live?  The same day, December 18th, they issue an absentee

22   ballot to you.  Eleven days later, that absentee ballot is

23   received and cast in the election.

24       Do you have any testimony to controvert that sequence of

25   events?

**A.**   As a process guy, I received the ballot.  And that was the piece and part -- the part that concerns me with your statement is you say as a 65-year-old, I should be able to receive a repeated ballot once I make that check.

My ballot being sent to my home address in Muscogee County and going back, because they could not forward it -- follow me now -- is a problem with their process.  And that's why I had to call them.

I had already filled in the appropriate data in my absentee ballot that should have made my ballot come to me directly without having to re-register or re-request again in another absentee ballot, which I had to do more than three times.

Based on what you just said, once I put my address in, because they cannot forward it from my home address -- I'd never voted absentee at home.

THE COURT:  Let me ask you a question.

Did you know that the ballot couldn't be forwarded to you?

THE WITNESS:  Yes, sir.  I knew that the ballot could not be forwarded.  That's why I asked it to be sent to my California address.

THE COURT:  I mean forwarded to your California address.  Did you know that?

THE WITNESS:  Not if they sent it to my home address.

 1    You cannot forward that document.  It can only go where it is

 2    supposed to go.  It cannot be forwarded.  Nor can my driver's

 3    license and any other government be forwarded.

 4              THE COURT:  But you answered my question --

 5              THE WITNESS:  I had to come to Georgia to pick up my

 6    renewal license.

 7              THE COURT:  But you answered my question.  You knew

 8    it couldn't be forwarded.

 9              THE WITNESS:  Yes, I fully understood it couldn't be

10    forwarded.  I'm trying to work within the process that had

11    already been laid out to get -- to receive an absentee ballot.

12              So what was happening -- see, what concerns me is

13    what was happening, why I did not get it when I did not get it,

14    what was happening as to why I repeatedly had to call the

15    registrar's office and become on a first-name basis with them,

16    that they had to enter my name and my California address in

17    every time that it was time to vote.

18              And I thank you for enlightening me that what they

19    were doing, which is in line with what happened to my fiancee's

20    ballot, is that they kept sending it to her Georgia address

21    instead of sending it to the requested address, that this is

22    where my absentee ballot should be sent.

23    BY MR. EVANS:

24    Q.   Uh-huh (affirmative).

25         And I understand the frustration with the process.  But

1   we -- we can all agree, Mr. Turner, the law is the law and the

2   election officials were following the law; right?

3   **A.**   I don't have a problem with that.

4   **Q.**   Yeah.  Well --

5   **A.**   The problem is with not getting my ballot.

6   **Q.**   And I understand you're frustrated with your ballot.

7   We're trying to get to the reason.

8       And we can all agree, right, that the reason that we

9   didn't get it was -- as you just told the Court, was that the

10  U.S. Postal Service is not going to forward official ballots

11  via a forwarding address; right?

12          THE COURT:  Hold on.  Hold on.  Hold on.

13          MR. MOCINE-McQUEEN:  I believe that mischaracterizes

14  what Mr. Turner has said.  I don't believe he has agreed to

15  that statement.

16          MR. EVANS:  Judge, may I respond?

17          THE COURT:  Well, you have to let him finish his

18  objection first.

19          MR. MOCINE-McQUEEN:  That's it, Your Honor.

20          THE COURT:  That's it?

21          MR. MOCINE-McQUEEN:  I think it mischaracterizes

22  Mr. Turner's testimony.

23          THE COURT:  All right.

24          MR. EVANS:  Well, Judge, first, we haven't objected

25  one time.  I can't -- every time I get up here -- if it

```
 1    meant -- he's on the stand.  He's on cross.  This is their

 2    witness.

 3            If -- he can answer the question.  If he thinks it

 4    doesn't accurately reflect his testimony -- I think at this

 5    point, if I'm on cross crossing their witnesses, we need to

 6    allow the testimony to go forward without objections every four

 7    questions.

 8            THE COURT:  Well, Mr. Evans, you've been doing this

 9    long enough to know that they have a right to object on

10    cross-examination, so --

11            MR. EVANS:  I agree, Judge.  I agree, but --

12            THE COURT:  So I can't tell the plaintiffs that they

13    can't object as long as they are making legitimate objections.

14    If they're not making legitimate objections, I'll be the first

15    one to tell them.  But they can do it.

16            I think that he has another objection.

17            MR. MOCINE-McQUEEN:  No, sir.

18            THE COURT:  Okay.  All right.

19            MR. MOCINE-McQUEEN:  I just wanted to remain standing

20    while you're speaking.

21            THE COURT:  Your objection is that he did not ask the

22    question the right way?  It was not a proper question?  Was

23    that your objection?

24            MR. MOCINE-McQUEEN:  I believe that it

25    mischaracterized what Mr. Turner said.
```

UNITED STATES DISTRICT COURT
OFFICIAL CERTIFIED TRANSCRIPT

```
 1              THE COURT:  What did you see Mr. Turner said -- what
 2   did you hear Mr. Turner say -- you said it mischaracterized
 3   what he said.  What did Mr. Turner say that you say is
 4   mischaracterized?
 5              MR. MOCINE-McQUEEN:  He stated that Mr. Turner had
 6   agreed to that statement.  But I don't believe Mr. Turner has
 7   agreed to that statement.
 8              THE COURT:  Ask him the question again.
 9              MR. EVANS:  My short-term memory is going to be
10   tested on today.
11              Gosh.  Tomorrow you've got to help me out on these so
12   I'm not the one --
13   BY MR. EVANS:
14   Q.   I believe that I asked that although we can have
15   frustration with you not getting your ballot, would you agree
16   with me that the reason why you didn't get your ballot was
17   because the ballot was not forwarded, which is in accordance
18   with the law the election officials were forced to follow?
19   A.   No.
20   Q.   Okay.  Why?
21   A.   Because that's not what happened.
22   Q.   Well, earlier you testified that is what happened.  So
23   what changed three minutes ago and now --
24   A.   Nothing has changed.
25   Q.   -- other than that objection?
```

**A.**   For clarity, I did not receive my ballots prior to the runoff because they did not have my name listed to receive it. I corrected that with them each time.  And prior to the runoff, I received my absentee ballot.

According to you, at the point in time that I checked the box to continue to receive my ballot, it should have come.  So we're talking to three previous receipts of an absentee ballot. And you're saying that in between those it was misdirected and eventually I got my ballot.

I'm just a regular citizen.  I don't know what happened prior to.  I know that I did not receive it without having to call and reenter my information in personally.

So, no, sir, I'm sorry, I cannot agree with you on that statement, because I'm not -- I was not privy to all of that.

**Q.**   Yeah.  And I'm going to ask it this way, and then I'm going to hopefully move on, which is:  Do you have any testimony today to controvert the fact that the absentee ballot was not sent to your California address because they will not forward an absentee ballot to an address via a National Change of Address?

**A.**   I don't know if I can make a statement to that that makes sense.

**Q.**   Do you have any evidence or testimony to controvert that statement?  And if you do, what is it?

**A.**   I'm trying to answer your question that really, to me, is

```
 1    not a question.  Because none of those factors that you just
 2    laid out were available to me until just now.
 3         You're talking, again, a process and an understanding.
 4    And none of that was ever explained to me going on in the
 5    background through the activities that I had to go through.
 6              THE COURT:  Mr. Evans, ask one or two more questions
 7    on this subject and then let's move on to another part.
 8              MR. EVANS:  That's fair.
 9    BY MR. EVANS:
10    Q.   Just to pin down this, my question is:  Do you have any
11    evidence or testimony to controvert that statement?
12         Yes or no?
13    A.   That the reason why I did not get my ballot, because it
14    was sent to, missent -- that it could not be forwarded?  No, I
15    don't have anything against it or for it other than that's the
16    law.
17    Q.   Do you know -- can you please tell me who all the
18    defendants are in this case?
19    A.   By name or by -- by group?
20    Q.   By name.
21    A.   No, I cannot.
22              THE COURT:  Well, can you do it by group?
23              THE WITNESS:  You're asking a question that --
24              THE COURT:  If you can.  If you can't, fine.
25              THE WITNESS:  Can I?  Yes.  Given a minute, I will.
```

1    THE COURT:  I'll give you a minute.  Take your time.

2    THE WITNESS:  Okay.

3    **(There was a brief pause in the proceedings.)**

4    THE WITNESS:  Could we go with the next question and

5    I'll answer it in a few, if that's okay with you?

6    THE COURT:  Well --

7    THE WITNESS:  Or do I have to answer it?

8    THE COURT:  Well, you don't have to answer it right

9    now, but you're going to have to answer it before he sits down

10   from his cross-examination.

11   THE WITNESS:  That's not a problem.

12   BY MR. EVANS:

13   **Q.**   Well, I would appreciate an answer on this question now.

14   Can you name them, yes or no?  I mean, we can wait, but...

15   **A.**   I can name them.  But right now, my retention and ability

16   to recall correctly, it's not there.

17   THE COURT:  That's fair.

18   THE WITNESS:  It will take me a minute.

19   THE COURT:  What we'll do -- it's a no.  I'll take

20   that as a no, that he can't --

21   THE WITNESS:  Can I describe them to the best of my

22   ability, the who and what, as opposed to exact name?

23   THE COURT:  If you can describe them, go ahead and

24   describe them.

25   THE WITNESS:  And I stand corrected if I'm wrong.

1          It is a collective organization, a group of

2    individuals, from the State of Texas that have -- that focuses

3    in on voting, that -- and let's say, can we say True the Vote?

4    BY MR. EVANS:

5    **Q.**   Okay.  Can you name any of the individuals?  Did you

6    know -- do you know if there's individuals in the case?

7    **A.**   No, I do not.  I have never known.  Never had any interest

8    to know any of the individuals.

9    **Q.**   So you would agree with me that you don't know if there

10   are individual people who are named defendants in this case, do

11   you?

12   **A.**   It is not in my interest.  I never took it upon to go that

13   deep.

14   **Q.**   And is that a no?

15   **A.**   Yes.

16   **Q.**   And we just have to -- the weird thing is we have a court

17   reporter.  She's typing.  And a lot of times my questions are

18   just making sure we've got a clean record.  Because

19   conversation is always different than what will come up on

20   there, so I just want to make sure that we got that.

21   **A.**   Yes.

22   **Q.**   In the courtroom today, can you -- do you know any of the

23   defendants?

24   **A.**   No, I do not.

25   **Q.**   Could you point out if any of the defendants happen to be

1   here today?

2   **A.**   No, I could not.

3   **Q.**   So you would agree with me that you have never spoken to

4   Ms. Catherine Engelbrecht?

5   **A.**   Not to my knowledge.

6   **Q.**   She's never made a statement directly to you in any form

7   or medium, has she?

8   **A.**   Not to my knowledge.

9   **Q.**   You've never spoken to Derek Sommerville, have you, at any

10  point?

11  **A.**   Not to my knowledge.

12  **Q.**   Mr. Somerville has never made a statement directly to you

13  in form or medium, has he?

14  **A.**   Correct.

15  **Q.**   You've never spoken to Mark Williams, have you?

16  **A.**   No, I have not.

17  **Q.**   Mark Williams has never made a statement directly to you

18  in any form, has he?

19  **A.**   Correct.

20  **Q.**   You've never spoken to Ron Johnson, have you?

21  **A.**   Your Ron Johnson or my Ron Johnson?

22  **Q.**   The Ron Johnson that's named in the case.

23  **A.**   No, I have not, sir.

24  **Q.**   And Mr. Ron Johnson has never made a statement to you in

25  any form or medium, has he?

1  **A.**   Correct.

2  **Q.**   You've never spoken to James Cooper, have you?

3  **A.**   Correct.

4  **Q.**   And Mr. James Cooper has never made a statement in any

5  form or medium to you, has he?

6  **A.**   Not to my knowledge.

7  **Q.**   So you've alluded to a challenge that was made against

8  you.

9       Do you know who made that alleged challenge against you?

10 **A.**   Yes.

11 **Q.**   And who -- who did it?

12 **A.**   A gentleman whose name is Austin.  I don't remember his

13 last name.

14 **Q.**   Do you know if Austin is a defendant in the case?

15 **A.**   He is not.

16 **Q.**   Did the gentleman named Austin ever speak to you in any

17 form?

18 **A.**   Yes, he has.

19 **Q.**   In what form did he speak to you?

20 **A.**   Person to person.

21 **Q.**   If I told you that Mr. Austin is not affiliated in any way

22 with any of the defendants in this case, would you have any

23 reason to disagree with that?

24 **A.**   Yes.

25 **Q.**   How?

1    **A.**    He said he was.

2    **Q.**    When did he tell you he was?

3    **A.**    When I spoke to him.

4    **Q.**    And when was that?

5    **A.**    In Columbus, Georgia.

6    **Q.**    And what did he say?

7    **A.**    He essentially talked to the challenge holistically.  He

8    talked to how he came to challenge me based on the NCOA.  And

9    that was the gist of the conversation.

10   **Q.**    That was the extent of it?  Nothing more than that?

11   **A.**    That was the gist -- that was the gist of the

12   conversation.

13              THE COURT:  Mr. Evans, even though I allowed the

14   hearsay -- allowed it in, I'm not accepting it as evidence.

15              MR. EVANS:  Oh, I'll object to it myself, Judge.

16              THE COURT:  Yeah.

17              MR. EVANS:  So, I mean, go ahead.  We'll put the

18   hearsay --

19              THE COURT:  I thought counsel --

20              MR. MOCINE-McQUEEN:  Your Honor?

21              THE COURT:  Yeah?  Go ahead.

22              MR. MOCINE-McQUEEN:  Counsel invited this line of

23   questioning.

24              THE COURT:  I understand that, but it's still

25   hearsay.

1          MR. MOCINE-McQUEEN:  He's opened the door, Your

2    Honor.

3          THE COURT:  There's some people I have to answer to.

4    If they read this --

5          MR. EVANS:  Judge, it's an out-of -- can I -- can I

6    speak, Judge?

7          It's an out-of-court statement that I assume they're

8    trying to get into the record for the truth of the matter

9    asserted therein.  It doesn't matter who is on cross or direct.

10   That doesn't change the inadmissibility of hearsay.

11         THE COURT:  Well, first of all, what objection are

12   you making right now?

13         MR. MOCINE-McQUEEN:  Your Honor, he opened the door

14   to this hearsay and invited the hearsay.

15         THE COURT:  All right.  Why should I allow the

16   hearsay in?  What exceptions are the hearsay rules that

17   allow --

18         MR. MOCINE-McQUEEN:  He's objecting to his own

19   question.

20         THE COURT:  Listen, listen, listen --

21         MR. EVANS:  I'm objecting to the admissibility of a

22   statement made on cross-examination, yes.  That's --

23         THE COURT:  What exception under the hearsay rules

24   say I should let this in?

25         MR. EVANS:  Judge, I would really appreciate if the

1   questioner makes the objection.  We have a constant --

2          THE COURT:  Listen, Mr. Evans.  Mr. Evans, I'm not

3   allowing this in.

4          Thank you, Mr. McQueen.

5          Next question.

6          MR. MOCINE-McQUEEN:  Thank you, Judge.

7   BY MR. EVANS:

8   Q.   All right.  Mr. Turner, I'm going to talk -- we're going

9   to talk a little bit about where you live.  I'm going to try to

10  be pretty quick on this.  We've got some exhibits.

11         MR. EVANS:  Judge, these are on our exhibit list.  I

12  want to make sure --

13         THE COURT:  Do I have an exhibit list?

14         MR. EVANS:  You should.

15         THE COURT:  All right.

16         MR. EVANS:  Make sure you do, Judge.  That's very

17  important to us, to make sure you've got that.

18         THE COURT:  I have it.  Go ahead.

19         MR. EVANS:  Okay.  So, Judge, we're on 275.

20         THE COURT:  All right.

21         MR. EVANS:  That's on Page 10.  Whenever you find

22  that --

23         THE COURT:  I'm ready.

24         MR. EVANS:  -- just let me know.

25         May I approach?

1          THE COURT:  You may approach.

2          Mr. McQueen, do you have this?

3          MR. EVANS:  I just gave them a copy, Judge.

4  BY MR. EVANS:

5  **Q.**    So, Mr. Turner, I just handed you Defendants' Exhibit 275.

6          If you could take a quick look at that.  You let me know

7  when you've had enough time.

8  **A.**    Yes.

9  **Q.**    And what is that, Mr. Turner?

10 **A.**    It talks to this public access site information.  It talks

11 to my residential homes -- slash home.

12 **Q.**    And if you look at -- on the first page you'll see the

13 word owner.  And under owner, it has an address.

14         Do you recognize that address?

15 **A.**    It has January 1st, 2023?

16 **Q.**    Yep.  Do you see that?

17 **A.**    I see that.

18 **Q.**    And what address is that?

19 **A.**    371 Mike Loza Drive, Apartment 108.

20 **Q.**    And what state is that in?

21 **A.**    California.

22 **Q.**    And earlier you testified when you moved to California,

23 that was -- was that in 2019?

24 **A.**    Yes, it is.

25 **Q.**    And where do you live now?

1    **A.**    Where do I reside?

2    **Q.**    Where do you reside, yeah.

3    **A.**    I have an apartment in Camarillo, California.

4    **Q.**    And when did you move -- you moved there in 2019; is that

5    right?

6    **A.**    Moved there in 2019.

7    **Q.**    And you had a year-to-year contract; right?

8    **A.**    I had a -- for my work or with the apartment complex?

9    **Q.**    For your work.

10   **A.**    Yes.

11   **Q.**    And you stayed there from 2019 to 2020; right?

12   **A.**    Correct.

13   **Q.**    You stayed there from 2020 to 2021; right?

14   **A.**    Correct.

15   **Q.**    You stayed there from 2021 to 2022; right?

16   **A.**    Correct.

17   **Q.**    And you stayed there from 2022 and you still live there

18   present day; is that right?

19   **A.**    I still have the apartment present day, yes.

20   **Q.**    How much time do you spend in California now?

21   **A.**    I work in California.

22   **Q.**    So you spend -- how often do you have to work?  Five days

23   a week?

24   **A.**    I put in -- well, first, let's clear up something.  I have

25   responsibility for California and Mississippi.  I put in 80

1    hours a week in my oversight of those two -- two different

2    locations.

3    **Q.**   And so you're spending most of your time in California and

4    Mississippi; is that what you're saying?

5    **A.**   I spend my time working wherever I need to be.

6    **Q.**   And is --

7    **A.**   -- yes.

8    **Q.**   And it's working in California and Mississippi; right?

9    **A.**   By the contract, my position is being paid for in

10   California.  So I have to be where my position is contractually

11   paid for.

12   **Q.**   Understood.  And that's in California; right?

13   **A.**   That's in California.

14   **Q.**   Okay.  Thank you.

15        MR. EVANS:  All right.  Judge, I've got another one.

16   Let me get the --

17        THE COURT:  Well, are you offering 275 into evidence?

18        MR. EVANS:  No, Judge.  We're going to get that in,

19   in our case-in-chief.  But I did want to go ahead and reference

20   that.

21        THE COURT:  All right.  Thank you.

22        MR. EVANS:  This one is 280, Judge.

23        THE COURT:  All right.  Got it.

24        MR. EVANS:  If I may approach.

25        THE COURT:  Yes.

1         Thank you.

2    BY MR. EVANS:

3    **Q.**   All right.  Mr. Turner, if you could take a look at that

4    and let me know what that is.

5         Do you recognize that document?

6    **A.**   I do.

7    **Q.**   And what is it?

8    **A.**   It is an overview of the apartment complex to where the

9    apartment that I lease is in Camarillo, California.

10   **Q.**   And do you recognize the name on that document?

11   **A.**   Yes, I do.

12   **Q.**   And whose name is that?

13   **A.**   Mine.

14   **Q.**   And do you recognize the address on the document?

15   **A.**   Yes, I do.

16   **Q.**   Is that your address, or was it at one point in time?

17   **A.**   That is my address.

18   **Q.**   And where is that address located?

19   **A.**   Camarillo, California.

20   **Q.**   And if I told you that that document was publicly

21   available, would you have any reason to disagree with that?

22   **A.**   No, sir.

23             MR. EVANS:  All right.  Judge, we're on 277 and 278.

24             THE COURT:  All right.

25             MR. EVANS:  If I can get a standing request to

1  approach while Mr. Turner is on the stand, if that's okay?

2          THE COURT:  Yes.  Thank you.

3  BY MR. EVANS:

4  **Q.**   Mr. Turner, do you recognize that document?

5  **A.**   Yes.

6  **Q.**   And what is that document?

7  **A.**   That's my about data from Facebook.

8  **Q.**   And is that your name?

9  **A.**   Yes, it is.

10 **Q.**   And on this, where does it say you live?

11 **A.**   It says Camarillo, California.

12 **Q.**   And if I told you that that document was publicly

13 accessible, would you have any reason to disagree with that?

14 **A.**   Not at all.

15         MR. EVANS:  All right.  Judge, this is 276.

16         THE COURT:  All right.

17         MR. EVANS:  And also, Judge, just to get to your

18 question, which I know is coming, all of these we'll get in on

19 direct, whenever we have our case-in-chief.

20         THE COURT:  All right.  Thank you.

21 BY MR. EVANS:

22 **Q.**   Mr. Turner, do you recognize that document?

23 **A.**   Not really.  It doesn't have a header on it, but the

24 information in it references me.

25 **Q.**   If I told you that this was a document that's available on

1   ancestry.com, would you have any reason to disagree with that?

2   **A.**   Not at all.

3   **Q.**   And whose name is at the top of that document?

4   **A.**   My name.

5   **Q.**   And what address does it say that you live at, at that

6   document?

7   **A.**   Camarillo, California.

8   **Q.**   And if I told you that this document was available via a

9   simple search online, would you have any reason to disagree

10  with that?

11  **A.**   Not at all.

12          MR. EVANS:  Judge, this is 278.  I referenced this

13  one earlier.  This is the second part of -- did I give you the

14  exhibit?

15          THE COURT:  Is that the second part of 278?

16          MR. EVANS:  Yeah.  We had 277.  And this is 278.

17          THE COURT:  Mr. Evans, at some point in time, we need

18  to put this 278 with the other 278 to keep them together,

19  unless you're making this one B and the other one A.

20          MR. EVANS:  No.  I'm sorry, Judge.  When I referred

21  to 278 earlier, I meant this one.

22          THE COURT:  Okay.

23          MR. EVANS:  So it's the same document.

24  BY MR. EVANS:

25  **Q.**   Mr. Turner, do you recognize that document, which is

1    Defendants' Exhibit 278?

2    **A.**    Yes.

3    **Q.**    And what is that document?

4    **A.**    A picture of -- a picture at Fort Mugu.

5    **Q.**    Is that a picture of you?

6    **A.**    I'm not in it.

7    **Q.**    If you see -- there's a name at the top left.

8          Do you recognize that name?

9    **A.**    My name is at the top left.  Correct.

10   **Q.**    And is this a post that you might have done at some point?

11   **A.**    It is a post that was done, yes.

12   **Q.**    And what's the date on the post?

13   **A.**    October 18th, 2019.

14   **Q.**    Yeah, that's right.  And did you do this post?  Did you

15   update your voter -- or your worker information?

16   **A.**    Yes.

17   **Q.**    And where does it say that you updated your voter

18   information -- or your worker information to?

19   **A.**    Port Hueneme.

20   **Q.**    In what state?

21   **A.**    California.

22   **Q.**    And if I told you that this is publicly available, would

23   you have any reason to disagree with that?

24   **A.**    Not at all.

25   **Q.**    And if I told you that if you look at the top where it's

1  got the globe on Facebook, that means that the whole world can

2  see.

3        Would you have any reason to disagree with that?

4  **A.**    Absolutely not.  That's the intent.

5  **Q.**    Would you agree with me that based upon all of Plaintiffs'

6  Exhibits 275, 280, 278, 277 -- let me get the last one just for

7  the record -- and 276, that a reasonable person would probably

8  assume you moved to California; right?

9  **A.**    Not at all.

10  **Q.**    How would you --

11  **A.**    If you --

12        Let me clarify.  If you did not know me, easily.  If you

13  knew me, no.

14  **Q.**    So you would agree with me that if you didn't know you and

15  you looked at Plaintiffs' Exhibit 275, 276, 277, 278, 280, that

16  a reasonable person would assume you moved to California,

17  didn't you?

18  **A.**    I would assume that an individual may assume that without

19  any knowledge, yes.

20  **Q.**    And would you agree with me that the only way for them to

21  know that maybe you didn't intend to stay there would be they

22  would have to know you personally, wouldn't they?

23  **A.**    I don't think that would be of any importance to them.

24  But yes.  The answer to your question is yes.

25  **Q.**    So an outside person looking at this information who

1    doesn't know you personally would be reasonably -- reasonable

2    in assuming that, yes, you moved to California, looking at all

3    your Facebook, where you work, your Ancestry profile.  That's

4    right?

5    **A.**    Wouldn't be a smart person.  But yes.

6              THE COURT:  I've got to ask this question.

7              Why would they not be a smart person?

8              THE WITNESS:  Because, first of all, you're assuming.

9    And anybody checking for that information has nothing to do

10   with me.  No effect on my life.  No official status or any of

11   that.  The mere fact that -- to see me, Navy, with a picture

12   with Marines in terms of what I do, the piece and part that's

13   missing is who I am.

14             THE COURT:  Okay.  Thank you.

15             THE WITNESS:  Then that's why I say the people that

16   know me, because of what I do for the military, that's value.

17   And they know that I don't stay -- I've stayed one place --

18   that I don't stay anyplace too long.

19             And everybody from Washington, D.C. and across this

20   nation know that I left what I was doing for 20-something years

21   to do something great for these guys in Port Hueneme for this

22   country because they were behind.  And I was coming home to my

23   retirement home.

24             THE COURT:  Thank you.

25

1  BY MR. EVANS:

2  **Q.**   Would it make you feel uncomfortable if someone did more

3  than a public search to find out where you lived?

4  **A.**   No.

5  **Q.**   Would it make you uncomfortable if someone showed up at

6  your house and knocked on your door to determine where you

7  lived?

8  **A.**   Which address?

9  **Q.**   Any of your addresses.

10  **A.**   I only own one home.  I only call home one place.  I would

11  be highly pissed if someone came to my Columbus address and

12  knocked on my door asking me if I lived there.  Because I've

13  been there before.  An insult that I cannot afford that house,

14  that I have no right to be there in that house.

15       Yes, I would be highly insulted.  Because I bought the

16  house across the street from the man that hired me, because I

17  wasn't allowed to buy that house in 1977, when I bought my

18  first house in Columbus, Georgia.  So yes, sir, I would be

19  highly pissed.

20  **Q.**   So just so it's clear, you would be uncomfortable if

21  someone knocked on your door to find out where you lived;

22  right?

23            THE COURT:  At the house in Columbus?

24            THE WITNESS:  That's two different questions.  To

25  find out where I lived, that's one question.  If that was my

1  house, different question.

2  BY MR. EVANS:

3  **Q.**   And I'll ask it, just so it's clear.

4  **A.**   Thank you.

5  **Q.**   And it's my fault.  The Judge corrected me.  He added a

6  qualification I should have added.

7      Which is:  Would you be uncomfortable if someone knocked

8  on your door to find out -- in Columbus to find out where you

9  lived?

10  **A.**   If it's an official request, not at all.  If it has a

11  purpose, not at all.

12      And I apologize for earlier.  And that -- me and that

13  particular residence and me living there has been a problem.

14  **Q.**   And you --

15  **A.**   And I apologize to you.  I apologize to the Court.

16  **Q.**   No apologies needed.  Thank you.

17      And you're a man with a deep military history and service

18  to our country, and I thank you for that.  And you've been

19  through a lot.

20      But to be clear, based upon what you just told me, you

21  would not be uncomfortable if someone knocked at your door to

22  find out -- in Columbus, Georgia, to find out where you live,

23  would you?

24  **A.**   If it's an official request, no.  If it was a personal

25  request, yes.

```
 1              MR. EVANS:  So if it was -- we'll split the baby
 2    here.  If -- or we'll demarcate.  If it was an individual that
 3    knocked on your door to find out -- in Columbus, Georgia, to
 4    find out where you lived, would that make you uncomfortable?
 5    A.   I would have to know his purpose.  Because you're treading
 6    in an area where, yes, I would be very -- I could be very
 7    uncomfortable with that.  Because that doesn't happen to
 8    everybody.
 9         Everybody is not challenged as to whether or not they are
10    legitimate in their location, legitimate in their activities.
11    So I understand your question.  But as you continue to push it,
12    without a true reason for the request, my answer can change to
13    the left or right.
14    Q.   Well, what if they were trying to find, for residence
15    purposes, whether or not you lived at Columbus for your
16    domicile?  Would that make you uncomfortable?
17    A.   It would be kind of stupid to me.  You just showed all
18    these public records that are social in nature.  Where I reside
19    and my residence on an official nature is all over the
20    Muscogee County record house as to the residence that I've
21    owned since 2002.  The other residence that I bought in 1980.
22    And every year of taxes, insurance, I've voted, and all of
23    that.  If it's for an official request, it's there.
24         There is no doubt or no question that I am a resident in
25    Columbus, Georgia, or Muscogee County, or for official
```

1   purposes.

2       Any of this other social stuff is just that, it's social

3   media, and has no value, other than to just alert to the rest

4   of the world where you are.  Where you are.  Not where you

5   live.

6           MR. EVANS:  And, Judge, just to be respectful to the

7   Court's request earlier with the 4:00 P.M.  We're on 4:00 P.M.

8   I've got a few more questions.

9           THE COURT:  I'll allow you to finish.  Let's finish.

10          MR. EVANS:  Okay.

11          THE COURT:  Ms. Lawrence-Hardy and Mr. Wynne, you'll

12  get your chance to be trained, but I'd really like to finish

13  this witness, if I can.

14          MR. EVANS:  Okay.  No problem, Judge.  I just wanted

15  to be respectful of that.

16          THE COURT:  Thank you.

17  BY MR. EVANS:

18  Q.   And I'm going to try to get to this a bit more quickly,

19  just so we can get -- because my questions are going in a

20  particular direction.

21      Earlier you testified that it's reasonable or you -- let

22  me ask you this.  I'm going to lay the foundation for it.

23      Earlier, you said it's reasonable for someone to assume

24  you moved to California if they didn't know you personally;

25  right?

1   **A.**   Correct.

2   **Q.**   So if someone didn't know you personally and they were

3   trying to figure out where you lived, then they would have to

4   do an additional layer of investigation other than public

5   media, social media search.  One thing being to show up and ask

6   you, hey, where do you live.

7        I'm trying to figure out would that make you uncomfortable

8   if someone did that to you.

9   **A.**   No.  It happens all the time when people approach me to

10  come work for them.  Are you in California, or are you in

11  Georgia?  That's a question I get all the time.

12  **Q.**   So your testimony is that if someone, an individual is

13  trying to find out where you live and knocked on your door and

14  said, hey, where do you live, that would make you

15  uncomfortable, would it?

16  **A.**   That's an easy answer.

17  **Q.**   Say that again.

18  **A.**   That is an easy answer.

19  **Q.**   And the answer is what?  Yes?

20  **A.**   I live in Columbus, Georgia.

21  **Q.**   Well, I --

22  **A.**   It's not a problem to ask that.  I would just have to be

23  comfortable with the rationale why.  That's all.

24  **Q.**   Let me reask it just -- and I need a yes or no to this,

25  just for the record.

1      So if someone knocked on your door, an individual trying

2  to figure out where your residence was, would that -- at your

3  door in Columbus, would that make you uncomfortable?  And your

4  testimony is no, it would not make me uncomfortable if someone

5  did that?

6  **A.**   Depending on its purpose, no, it would not make me

7  uncomfortable.

8  **Q.**   And that would not be something that you regard as

9  coercive, would it?

10  **A.**   Depending on their purpose, correct.

11  **Q.**   That would not be something that you regard as

12  intimidating, would it?

13  **A.**   I could easily regard that as intimidating.

14  **Q.**   So you think that it would make you -- it would not make

15  you uncomfortable, which is a far less high threshold?  You've

16  got to get through uncomfortable to get to intimidating.  But

17  it would make you intimidated; is that right?

18  **A.**   In the manner that you've asked the question, at this

19  particular stage, I'm starting to feel intimidated.  I did not

20  have a problem with the first request.  But if I am going to

21  keep -- you're going to keep layering that question, then, yes,

22  the deeper you get with that, the more upset I'm going to get

23  with providing an answer to it.

24  **Q.**   And to be clear, you've made accusations in this case

25  against defendants.  And in the U.S., we have an opportunity to

1   confront evidence presented against the defendants.  So what

2   we're doing and I'm doing is confronting the evidence that you

3   have presented against my clients.  And you voluntarily

4   appeared today.

5   **A.**   Yes.

6   **Q.**   And I have been very respectful in my cross.  And so I'm

7   trying to just get what your testimony is, is all I'm trying to

8   do.

9   **A.**   Sir, I'm here to help you too.

10  **Q.**   Okay.  Thank you.

11       And so the reason -- and all these nuances, they do make a

12  difference.  And I'm not trying to play -- you know, be tricky

13  or whatever.  But we have got an opportunity, right, to be

14  heard here.

15       So to go back again, just for clarity's sake, if someone

16  knocked on your door, you would not be uncomfortable; right?

17  That is what you testified earlier?

18  **A.**   Correct.

19  **Q.**   If someone knocked on your door, would you be intimidated

20  if they asked you where you lived?

21  **A.**   Again, I would like to say no depending on their purpose.

22  **Q.**   And the purpose is to find out where you live.

23  **A.**   Censors do it all of the time.  So if I put it in that

24  category, not a problem.

25  **Q.**   Okay.

**A.**   If it is an individual I don't know, that's a different
story.

**Q.**   So in this case, what do you allege -- or do you allege
anything was done to make you uncomfortable about voting in the
2020 Senate runoff?

**A.**   The mere fact that I do not have, under the process of
law, the freedom to cast my ballot without worry, care, or
concern, just like anybody else in this courtroom, for those of
us that are residents of the state of Georgia, that is where my
care and concern is.

I am going to be highly upset.  I am going to lose it
because this is something that I go through and have gone
through all my life.  Not just me.  Others like me.  The road
to be able to freely vote like my neighbor, like my peer has
never been there.

Even my ability to vote in Muscogee County -- my neighbor
votes at the church 100 meters away.  I have to go around town
and eventually watch that polling place be closed while theirs
is still there.

So I understand your questioning, but I need you to
understand that I have been tested.  I have been tried all of
my life, and it has never been easy.

And as much as I want to be, that has been taken away from
me.  I don't have that freedom.  I am an Airborne Ranger,
infantry guy, hard as woodpecker lips.

 1        But this burden, with me voting, it's the only burden I

 2   have that will put me where I am right now.

 3        And I apologize to you.  I apologize to the Court.  But,

 4   sir, it's been hard.  I know the answer you want.  But it's

 5   been hard.  And I wish I could say it is not a problem.  But it

 6   is a problem.

 7            THE COURT:  Do we have another topic we can kind of

 8   move on to here?

 9            MR. EVANS:  My only -- I do have one other thing, and

10   then I've got to go back to just trying to figure out what made

11   who uncomfort -- that's all.  But I can go to something else.

12   BY MR. EVANS:

13   **Q.**   In the lawsuit, the Ben Hill lawsuit that you referenced

14   earlier, the Majority Forward lawsuit, how did you get involved

15   with that?

16            MR. MOCINE-McQUEEN:  Objection, Your Honor.

17   Relevance.

18            THE COURT:  Well, it came up on direct.

19            Go ahead.

20            MR. EVANS:  Thank you, Your Honor.

21   BY MR. EVANS:

22   **Q.**   How did you get involved with that lawsuit, Mr. Turner?

23   **A.**   And I will try to make this line as straightforward as

24   possible.

25        Upon hanging up with the registrar, I immediately called

 1   my state representative, informed my state representative of

 2   the problem that I was having with my absentee ballot with

 3   being challenged.  They were not aware that there was a

 4   challenge going on.

 5       They asked me what is it that I want or need to do.  I

 6   told them I don't know, but if you could find me somebody with

 7   a legal mind that could help me.  Because I needed to get my

 8   ballot in.  I wanted to vote.

 9       And on the other side of that, within a couple of hours,

10   about six or seven or eight hours, I was contacted by more than

11   one legal representative that was willing to help to try to get

12   this -- that particular case to court as fast as possible so I

13   could -- so I could vote.

14   **Q.**   And who called you?  What legal representatives called

15   you?

16   **A.**   If you are asking me to remember the names of those

17   individuals, I don't have that level of memory.  I remember the

18   activity.  I remember saying yes.  I remember talking to the

19   individuals.  And I remember putting it in their hands.

20   **Q.**   Does the name Perkins Coie ring a bell?

21   **A.**   Directly?  No.

22   **Q.**   Do you know if that firm represented you or someone from

23   that firm represented you?

24   **A.**   See, now, you're getting a little deep.  And the answer,

25   right now, to be honest, no.

 1              THE COURT:  Hold on.

 2              MR. MOCINE-McQUEEN:  Your Honor, I object again on

 3    the grounds of relevance.  The reasons that -- or the method

 4    through which he was engaged in another lawsuit I don't believe

 5    has any relevance to the questions that the Court is

 6    considering here today.

 7              THE COURT:  I would tend to agree with you, but I

 8    don't know how I can tell Mr. Evans he can't go into something

 9    you went into on direct.

10              MR. MOCINE-McQUEEN:  I'm sorry, Your Honor?  I just

11    --

12              THE COURT:  You asked questions regarding this

13    lawsuit on direct.  So now you want me to tell Mr. Evans he

14    can't talk about what you talked about on direct?

15              Go ahead.  Talk to him.

16              MR. EVANS:  Do you want me to respond, Judge, or --

17              THE COURT:  Well, I think he is conferring.

18              MR. EVANS:  Well, I mean --

19              MR. MOCINE-McQUEEN:  Your Honor, I asked about how

20    that impacted the facts that are at issue in this case.  This

21    question -- line of questioning about how he was engaged in the

22    lawsuit, which bears no relevance to that topic -- I mean, it

23    involves the same lawsuit generally, but it is an entirely

24    different element of the lawsuit involving legal procedures.

25              THE COURT:  Go ahead and respond, Mr. Evans.

1          MR. EVANS:  My response is these go directly to

2    intent.  As the earlier witness, Mr. Berson, testified,

3    representatives from this law firm sought out, arguably in

4    violation of the ethical rules, these folks to retain them as

5    clients.

6          And Mr. Berson testified he would not have filed this

7    case but for the fact that he was told to file the case.  So

8    for each of the folks that are presenting testimony, it goes

9    directly to credibility, what their underlying intent is.  If

10   their intent --

11         THE COURT:  Aren't we talking about the same lawsuit?

12         MR. EVANS:  Well, I will get -- that will lead into

13   because I believe all of these are directly related.

14         And I will be quick, Judge.

15         THE COURT:  Here is my ruling.  I would agree with

16   you that it's irrelevant about the suit that he filed.  But you

17   went into it.  You got into it.  So in a sense, I can't -- I

18   find it hard to say, well, you can talk about it, but Mr. Evans

19   can't talk about it.

20         But Mr. Evans has told me he is going to make it

21   quick and move on.  So I'm going to hold him to that.  You

22   won't have to object if he goes too long.  I'll be the one

23   making the objection.  Okay?

24         MR. MOCINE-McQUEEN:  Thank you, Your Honor.

25         THE COURT:  Go ahead.

1          MR. EVANS:  Thank you.

2     BY MR. EVANS:

3     **Q.**   How did you find -- how did you get involved with this

4     lawsuit, Mr. Turner?

5     **A.**   I asked my state representative and a couple of my other

6     friends to recommend someone that I could go to to find to talk

7     to that might be able to help me with this case.  And that

8     ranged from NAACP members that were of a legal nature all the

9     way up to outside organizations.

10         But surely my intent was to find someone that was

11    recommended by someone that I could trust.  So I am the one

12    that sought legal representation and chose between four or five

13    different people at the time to represent me.

14    **Q.**   Who were those five people that you talked to to represent

15    you?

16    **A.**   I don't remember names like that.  I remember --

17    **Q.**   Where were their law firms located?

18    **A.**   Two in Georgia.  One outside of Georgia that was in, I

19    think, North Carolina.  And another friend out of Atlanta,

20    Georgia, specifically.  And I think there was the Alexandria,

21    Virginia, Washington, D.C., area.

22    **Q.**   And so you picked the counsel.  Are you the one that

23    picked the counsel to represent you?

24    **A.**   I picked the firm.

25    **Q.**   Are you the one that picked the firm to represent you?

```
 1   A.    I selected the firm as my final pick.

 2   Q.    And what firm did you ultimately select?

 3   A.    I think it was the Ellis Group.

 4   Q.    The Ellis Group?

 5   A.    I believe.

 6   Q.    Elias Group?

 7   A.    Elias, yes.

 8          THE COURT:  I think this is a good stopping point.  I

 9   tried my best to try to finish this witness for today, but

10   we're not going to finish because counsel has the right to

11   redirect and you have a right to recross.

12          And I really need -- Ms. Wright is only going to be

13   here -- you know, not past 5:00.  So I really need her to have

14   enough time to show Ms. Lawrence-Hardy and Mr. Wynne how to

15   operate this for tomorrow.  So we'll start this witness back.

16          Now, Mr. Turner, do not discuss your testimony with

17   anyone today or overnight.  You'll be back here tomorrow at

18   9:00, and we'll resume cross-examination.

19          THE WITNESS:  Yes, sir.

20          THE COURT:  All right.  You can step down, sir.

21          Yes, sir?

22          MR. NKWONTA:  Good afternoon, Your Honor.  I just

23   have a few logistical matters that I wanted to discuss.  And I

24   understand Your Honor might want to put it off until tomorrow

25   morning.  And that is just fine.
```

1          THE COURT:  Go ahead.

2          MR. NKWONTA:  There is one matter that might impact

3     our witness list for tomorrow.  And I'll just keep it to that

4     one matter.

5          THE COURT:  If you've got three quickies, I'd like to

6     hear the three quickies to resolve it today so we can just flow

7     right through tomorrow.

8          MR. NKWONTA:  I'll have some backups in case this one

9     is a quickie.

10          THE COURT:  All right.

11          MR. NKWONTA:  So this involves the exhibit list.  And

12     we'll have more extended discussions about the exhibit list.

13     But one thing I wanted to get clarification on is that

14     plaintiffs' exhibit list -- we circulated that back in May with

15     the pretrial order.

16          We did not receive objections to our exhibits then.

17     To date, we have not received objections to any of the exhibits

18     on our exhibit list.  And that --it has been difficult to plan

19     our witness list.

20          In fact, we have a witness testifying tomorrow who is

21     on standby and who was subpoenaed specifically because we are

22     not sure whether we need this witness to get in an exhibit or

23     not.  And that impacts --

24          THE COURT:  That's true.

25          MR. NKWONTA:  -- whether we'll be able to fill the

```
 1    day.
 2              THE COURT:  Who is that witness?
 3              MR. NKWONTA:  Ms. Frances Watson.
 4              THE COURT:  All right.  Ms. Watson is going to be
 5    like a foundation witness for you for a particular exhibit?
 6    And which exhibit are you talking about?
 7              MR. NKWONTA:  So Ms. Watson is a foundation witness,
 8    and both to substance, but there is -- there is a --
 9              THE COURT:  Which exhibits are you talking about?  I
10    may be able to get Mr. Evans or Mr. Wynne to agree you don't
11    need the witness.
12              MR. NKWONTA:  Exhibit 8.
13              THE COURT:  Mr. Wynne, Exhibit 8 is Watson email for
14    analysis of NCOA information.
15              Do they need to bring a witness in to lay the
16    foundation for that?
17              MR. WYNNE:  The only reservation I have is that
18    Mr. Raffensperger's motion to quash I believe was based in
19    part -- correct me if I'm wrong -- on Watson's availability.
20    And I don't believe Watson was on their May witness list
21    either.
22              But if Raffensperger is relying on Watson being here
23    to excuse his not being here --
24              THE COURT:  Raffensperger is not going to testify
25    because the plaintiff has objected.  You did not provide his
```

```
 1    name.  So he is out.  Unless they are going to agree to let him
 2    in, Raffensperger is not going to testify in this case.
 3            MR. WYNNE:  Well, my only suggestion is -- or
 4    possibility, and I wouldn't unless, again, like we saw, they
 5    opened the door and then I would reurge that.
 6            THE COURT:  What I hear you saying is, yes, they need
 7    a foundation witness here for Exhibit 8?
 8            MR. WYNNE:  That is correct, Your Honor.
 9            THE COURT:  Does that answer that?
10            MR. NKWONTA:  And, Your Honor, I would also like to
11    clarify, one, that Ms. Watson was on our exhibit list from --
12    or witness list back in May and --
13            THE COURT:  What's your next logistic point?
14            MR. NKWONTA:  Sure.  The next logistical point, in
15    fact, relates to defendants' exhibit list.  So defendants'
16    exhibit list, which I'm sure you'll recall was filed with the
17    Court on Tuesday, incorporated approximately 183 new exhibits
18    that had not been before disclosed to plaintiffs either during
19    the pretrial order preparation in May or in any of the
20    conferences since then.  And my understanding is based on the
21    local rules that --
22            THE COURT:  They don't come in.
23            MR. NKWONTA:  Correct.  And, look, we are willing to
24    be reasonable, and we are willing to look through the exhibits.
25    But we are going to need some time to do that because we didn't
```

 1   get them until yesterday.

 2           THE COURT:  Here is my position.  If they didn't give

 3   them to you when we did the pretrial conference and they just

 4   gave them to you this week, they don't come in.

 5           Now, if you want to let them in, that is between

 6   you-all.  But my ruling is that if they didn't meet the

 7   requirements of the order, they do not come in.  Just like the

 8   witnesses that were not provided to you, they do not come in.

 9           If you want to let those witnesses in, fine.  If you

10   want to let those exhibits in, fine.  But those 183 exhibits

11   that did not meet the requirements as set forth in the

12   consolidated pretrial order and as set forth in the Northern

13   District of Georgia, they don't come in.  It's that simple.

14           MR. NKWONTA:  Thank you, Your Honor.

15           THE COURT:  What's next?

16           MR. NKWONTA:  Next, we plan to seek -- we plan to

17   file a motion or seek judicial notice on some publicly

18   available documents, seeking judicial notice of facts within

19   those documents.

20           THE COURT:  Do you have those documents available

21   right now?

22           MR. NKWONTA:  We do.  If you would give me one

23   minute, Your Honor.

24           THE COURT:  Ms. Lawrence-Hardy, this is your time.

25           MS. LAWRENCE-HARDY:  Yes, Your Honor.  We look

 1   forward to being very quick with the technology.  Thank you.

 2          MR. WYNNE:  Your Honor, we'll object unless they

 3   provide certified copies pursuant to the rules.

 4          THE COURT:  The rules are the rules.

 5          MR. WYNNE:  I would also add that I have their May --

 6   their May witness list on here and Ms. Watson isn't on here.

 7          THE COURT:  Well, if Watson is not on there -- I

 8   don't know who is on the list or not.  If Watson is not on the

 9   list, just like Raffensperger -- I don't see it right now --

10          MR. WYNNE:  May I approach?

11          They accused me of something here, and I just want to

12   make it clear that -- and I would like an apology, sir.

13          MR. NKWONTA:  Well, you may approach --

14          THE COURT:  Here is what we're going to do.  We're

15   going to stop right here.  I'm not looking at any list right

16   now.

17          Just hold it.  Just hold your witness list.

18          And here is the basic simple rule.  The Northern

19   District of Georgia has rules that all of y'all should have

20   read.  And the rules are quite clear.

21          In the consolidated pretrial order that I signed

22   right here if anybody needs to look at it, if the witness has

23   not been provided, they are excluded.  If exhibits have not

24   been provided, they are excluded.

25          As far as what you-all want to take judicial notice

```
1    on, let's not do it right now.  Let them take a look at it.
2    And the ones they agree on, fine.  The ones they don't agree
3    on, then you can argue about tomorrow.  I really need to get
4    this done.
5              Ms. Lawrence-Hardy is giving me that look like,
6    Judge --
7              MR. NKWONTA:  And she's giving me that look as well.
8              Just one more thing quickly.  Docket Number 236-4,
9    filed May 25th --
10             THE COURT:  Which exhibit?  Plaintiffs' or
11   defendants'?
12             MR. NKWONTA:  Pardon?
13             THE COURT:  Which list?  Plaintiffs' or defendants'?
14             MR. NKWONTA:  Plaintiffs' list.  This is
15   Docket Number 236-4, filed May 25th, 2023.  Ms. Frances Watson
16   is the fourth name down on the list.
17             I will not ask for an apology, but I will direct the
18   Court to that filing.
19             THE COURT:  Thank you.  All right.  I look forward to
20   seeing you-all tomorrow.  We're adjourned for the day.
21             And, Mr. Wynne and Ms. Lawrence-Hardy, it is yours.
22             COURTROOM SECURITY OFFICER:  All rise.
23                  **(The proceedings were thereby adjourned at 4:28**
24                  **PM.)**
25
```

```
 1                  C E R T I F I C A T E

 2

 3   UNITED STATES OF AMERICA

 4   NORTHERN DISTRICT OF GEORGIA

 5

 6       I, SHANNON R. WELCH, RMR, CRR, Official Court Reporter of

 7   the United States District Court, for the Northern District of

 8   Georgia, Gainesville Division, do hereby certify that the

 9   foregoing 101 pages constitute a true transcript of proceedings

10   had before the said Court, held in the City of Gainesville,

11   Georgia, in the matter therein stated.

12       In testimony whereof, I hereunto set my hand on this, the

13   26th day of October, 2023.

14

15

16   _____
     SHANNON R. WELCH, RMR, CRR
17   OFFICIAL COURT REPORTER
     UNITED STATES DISTRICT COURT
18

19

20

21

22

23

24

25
```

**BY MR. EVANS: [31]** 172/12 176/20 178/14 179/12 180/8 181/4 206/2 209/10 209/18 211/7 215/22 217/5 219/21 225/1 227/23 230/13 232/9 233/12 234/4 239/7 240/4 243/2 244/3 244/21 245/24 248/25 250/2 252/17 257/12 257/21 261/2
**BY MR. MOCINE-MCQUEEN: [3]** 188/8 197/7 203/22
**COURTROOM DEPUTY CLERK: [2]** 187/12 187/15
**COURTROOM SECURITY OFFICER: [3]** 183/15 186/21 268/22
**MR. EVANS: [68]** 172/5 178/10 180/24 181/1 182/1 204/22 205/20 206/18 206/23 207/17 207/17 208/3 208/9 208/11 209/9 209/15 210/16 210/20 210/24 211/4 215/19 221/18 222/18 223/13 223/21 223/23 224/21 224/25 228/16 228/24 229/11 230/9 232/8 237/15 237/17 238/5 238/21 238/25 239/11 239/14 239/16 239/19 239/21 239/24 240/3 242/15 242/18 242/22 242/24 243/23 243/25 244/15 244/17 245/12 245/16 245/20 245/23 251/1 252/6 252/10 252/14 257/9 257/20 259/16 259/18 260/1 260/12 261/1
**MR. MOCINE-McQUEEN: [41]** 187/7 187/16 187/20 203/9 203/14 203/20 204/17 204/20 207/19 208/2 208/12 208/16 208/20 208/25 221/14 221/25 222/7 222/16 222/22 223/2 223/8 223/14 223/17 228/13 228/19 228/21 229/17 229/19 229/24 230/5 237/20 237/22 238/1 238/13 238/18 239/6 257/16 259/12 259/10 259/19 260/24
**MR. NKWONTA: [20]** 184/18 207/14 262/22 263/2 263/8 263/11 263/25 264/3 264/7 264/12 265/10 265/14 265/23 266/14 266/16 266/22 267/13 268/7 268/12 268/14
**MR. WYNNE: [10]** 182/6 184/21 205/14 205/18 264/17 265/3 265/8 267/2 267/5 267/10
**MS. LAWRENCE-HARDY: [7]** 185/16 186/10 186/18 186/24 205/12 205/21 266/25
**MS. MORRISON: [16]** 176/12 178/9 179/23 180/20 182/8 182/16 182/20 182/25 183/3 183/7 183/14 183/23 185/17 186/1 186/6 187/4
**THE COURT: [177]**
**THE WITNESS: [34]** 176/16 178/12 179/7 180/2 187/23 187/25 188/3 197/6 203/12 203/17 203/19 207/10 207/13 216/24 219/20 224/16 224/19 226/20 226/25 227/5 227/9 232/23 232/25 233/2 233/4 233/7 233/11 233/18 233/21 233/25 248/8 248/15 249/24 262/19

**$**
**$17 [1]** 203/1

**'**
**'50s [1]** 190/3
**'60s [2]** 190/3 202/3

**'69 [1]** 199/17

**1**
**10 [2]** 202/5 239/21
**100 meters [1]** 256/17
**100 percent [1]** 173/6
**101 [1]** 269/9
**108 [1]** 240/19
**11 [2]** 192/15 221/10
**1383 [1]** 169/24
**13th [1]** 191/22
**15 [2]** 184/1 202/5
**15-minute [1]** 204/25
**18 [3]** 192/15 198/16 198/17
**183 [2]** 265/17 266/10
**18th [15]** 198/16 217/6 217/23 218/2 218/4 218/7 218/13 219/5 219/22 220/9 222/11 225/16 225/18 225/21 246/13
**19 [1]** 194/9
**197 [1]** 192/19
**1976 [1]** 191/21
**1977 [2]** 191/23 249/17
**1980 [2]** 192/23 251/21
**1996 [2]** 192/19 192/20
**1:47 [1]** 183/16
**1st [1]** 240/15

**2**
**20-something [1]** 248/20
**2002 [1]** 251/21
**2019 [7]** 193/19 194/9 240/23 241/4 241/6 241/11 246/13
**2020 [22]** 172/22 174/11 175/17 175/18 194/10 200/2 200/4 203/6 203/25 217/7 217/23 218/2 218/4 218/7 218/13 218/20 219/5 220/20 225/9 241/11 241/13 256/5
**2021 [4]** 204/5 220/17 241/13 241/15
**2022 [2]** 241/15 241/17
**2023 [5]** 169/13 172/2 240/15 268/15 269/13
**2024 [1]** 198/4
**20th [1]** 222/11
**215-1383 [1]** 169/24
**230 [1]** 213/10
**236-4 [1]** 268/8
**2394 [1]** 169/23
**25th [2]** 268/9 268/15
**26 [2]** 169/13 172/2
**26th [1]** 269/13
**275 [5]** 239/19 240/5 242/17 247/6 247/15
**276 [3]** 244/15 247/7 247/15
**277 [4]** 243/23 245/16 247/6 247/15
**278 [10]** 243/23 245/12 245/15 245/16 245/18 245/18 245/21 246/1 247/6 247/15
**280 [3]** 242/22 247/6 247/15
**29th [2]** 218/20 220/20
**2:00 [1]** 184/2
**2:20-CV-0302-SCJ [1]** 169/6
**2:49 [1]** 205/23

**3**
**30 [1]** 194/9
**30303 [1]** 169/24
**371 [1]** 240/19
**3:00 [3]** 184/12 205/1 205/19

**3:18 [1]** 184/12
**3rd [1]** 191/21

**4**
**404 [1]** 169/24
**4:00 [4]** 185/13 185/9 186/8 205/8
**4:00 P.M [2]** 252/7 252/7
**4:28 [1]** 268/23
**4th [1]** 225/9

**5**
**5:00 [1]** 262/13
**5th [1]** 220/16

**6**
**63rd [1]** 192/7
**65 [5]** 214/20 215/1 216/13 220/24 225/10
**65-year-old [2]** 215/8 226/3

**7**
**70 [1]** 188/15
**72 [1]** 192/9
**75 [1]** 169/23
**7:00 [1]** 185/13
**7:15 [1]** 185/13

**8**
**80 [1]** 241/25
**8:00 A.M [1]** 186/1
**8:15 [1]** 187/2
**8:30 [3]** 186/17 186/19 186/20
**8:45 [2]** 186/24 187/3

**9**
**90 [1]** 1/4
**9:00 [1]** 262/18

**A**
**A.M [1]** 186/1
**Abernathy [1]** 190/12
**ability [6]** 202/6 210/6 212/15 233/15 233/22 256/16
**able [15]** 176/24 179/24 189/2 195/10 200/15 205/10 210/10 211/20 216/25 217/1 226/3 256/14 261/7 263/25 264/10
**about [59]** 172/15 177/19 179/3 179/21 181/2 181/6 181/7 181/22 183/24 184/12 185/25 188/16 189/24 190/7 191/3 191/18 192/6 192/21 193/24 194/25 197/4 198/10 199/16 200/2 201/7 201/16 201/18 204/3 204/6 204/23 208/4 209/1 209/2 209/6 212/15 214/2 214/7 215/18 218/7 221/15 222/22 223/1 224/12 239/9 244/7 256/4 258/10 259/14 259/14 259/19 259/21 260/11 260/16 260/18 260/19 263/12 264/6 264/9 268/3
**absent [1]** 207/22
**absentee [40]** 200/18 200/20 201/5 204/7 210/2 210/11 214/21 214/23 215/6 216/4 216/13 216/16 217/7 217/23 218/3 218/4 218/15 219/6 219/7 219/12 219/23 220/1 220/3 220/24 220/25 225/10 225/14 225/19 225/21 225/22 226/10 226/12 226/16 227/11 227/22 231/4 231/7 231/17 231/19

**A**

**absentee... [1]** 258/2
**Absolutely [1]** 247/4
**accepted [2]** 193/24 213/2
**accepting [1]** 237/14
**access [2]** 185/21 240/10
**accessible [1]** 244/13
**accord [1]** 181/22
**accordance [1]** 230/17
**according [2]** 222/2 231/5
**account [8]** 173/3 173/15 173/16 174/5 175/4 175/9 176/4 200/7
**accounting [1]** 191/13
**accounts [5]** 172/17 172/21 174/15 174/21 175/8
**accurately [1]** 229/4
**accusations [1]** 254/24
**accused [1]** 267/11
**across [2]** 248/19 249/16
**action [2]** 211/22 214/2
**active [2]** 189/13 191/22
**activities [3]** 214/8 232/5 251/10
**activity [3]** 191/1 212/6 258/18
**actual [1]** 177/11
**actually [2]** 204/13 211/18 211/25 211/25 223/10
**add [2]** 214/13 267/5
**added [2]** 250/5 250/6
**additional [1]** 253/4
**address [74]** 172/16 173/4 173/5 173/18 173/20 173/22 173/24 174/3 174/6 174/8 174/9 174/18 174/23 175/6 175/10 175/14 175/15 175/22 176/1 176/4 176/6 176/10 176/25 177/3 177/6 177/16 181/22 213/19 215/24 215/25 216/3 216/5 216/5 216/7 216/10 216/17 217/4 219/14 219/24 220/3 220/5 220/6 221/1 221/3 221/8 221/8 221/24 222/12 223/6 225/13 225/15 226/5 226/14 226/15 226/22 226/24 226/25 227/16 227/20 227/21 228/11 231/18 231/19 231/20 240/13 240/14 240/18 243/14 243/16 243/17 243/18 245/5 249/8 249/11
**addresses [7]** 174/15 174/16 175/1 175/1 175/15 177/17 249/9
**adjourned [2]** 268/20 268/23
**administration [1]** 191/13
**admissibility [1]** 238/21
**adopted [1]** 211/11
**affected [1]** 204/6
**affiliated [1]** 236/21
**affirmative [6]** 210/3 210/12 211/21 212/2 214/6 227/24
**affluent [1]** 190/3
**afford [2]** 204/15 249/13
**after [16]** 1/6 172/10 184/1 188/6 191/6 192/21 192/24 194/12 195/17 196/14 201/7 201/16 202/12 211/19 219/11 224/3
**afternoon [7]** 186/5 186/9 186/11 187/16 187/20 188/9 262/22
**again [13]** 193/25 204/16 212/25 213/5 224/13 226/11 230/8 232/3 253/17 255/15 255/21 259/2 265/4
**against [9]** 181/16 199/19 210/1 232/15 236/7 236/9 254/25 255/1 255/3

**ago [2]** 197/22 230/25
**agree [29]** 174/22 176/8 178/25 179/25 187/1 208/7 208/7 209/17 219/4 224/10 224/18 224/20 228/1 228/7 229/11 229/11 230/15 231/13 234/9 235/3 247/5 247/14 247/20 259/7 260/15 264/10 265/1 268/2 268/2
**agreed [6]** 195/15 195/18 195/23 228/14 230/6 230/7
**ahead [17]** 179/6 180/1 198/7 215/21 223/15 223/22 224/15 233/23 237/17 237/21 239/18 242/19 257/19 259/15 259/25 260/25 263/1
**AIDED [1]** 169/20
**AILEEN [1]** 170/21
**Airborne [1]** 256/24
**AL [1]** 169/7
**Alabama [14]** 172/16 173/23 174/9 174/11 174/17 175/2 175/15 175/22 176/1 176/2 176/5 176/6 176/10 176/11
**alert [1]** 252/3
**Alexandria [1]** 261/20
**all [97]** 173/3 176/9 177/18 181/2 181/5 182/4 182/24 183/11 183/11 183/15 184/5 184/24 184/25 185/1 185/10 185/15 186/11 186/16 187/19 189/8 189/17 190/14 190/18 191/5 192/4 192/13 196/2 197/8 198/11 199/25 200/1 200/6 201/1 201/1 205/7 205/10 205/22 206/5 209/21 215/21 224/8 225/2 225/4 228/1 228/8 228/23 229/18 231/14 232/17 238/11 238/15 239/8 239/15 239/20 242/15 242/21 242/23 243/3 243/23 243/24 244/14 244/15 244/16 244/18 244/20 245/2 245/11 246/24 247/5 247/9 248/2 248/8 250/10 250/11 251/17 251/19 251/22 253/9 253/11 253/23 255/7 255/11 255/23 256/13 256/21 257/11 260/13 261/8 262/20 263/10 264/4 266/6 267/19 267/25 268/19 268/20 268/22
**allege [2]** 256/3 256/3
**alleged [1]** 236/9
**allegedly [1]** 208/5
**ALLEGRA [1]** 170/4
**allow [7]** 178/11 209/8 221/19 229/6 238/15 238/17 252/9
**allowed [8]** 202/16 202/17 209/25 212/4 212/11 237/13 237/14 249/17
**allowing [2]** 222/13 239/3
**alluded [1]** 236/7
**alone [1]** 207/8
**along [2]** 180/25 207/25
**already [11]** 188/9 188/10 196/10 200/24 213/24 214/5 214/14 219/12 219/16 226/9 227/11
**also [5]** 186/12 189/2 244/17 265/10 267/5
**although [1]** 230/14
**always [2]** 197/17 234/19
**am [15]** 179/7 188/15 197/21 198/12 199/1 204/18 219/11 248/13 251/24 254/20 256/11 256/11 256/24 257/2 261/11
**AMERICA [1]** 269/3
**analysis [1]** 264/14
**Ancestry [1]** 248/3
**ancestry.com [1]** 245/1

**Anguish [1]** 262/17
**announced [1]** 197/24
**another [8]** 183/20 226/12 229/16 232/7 242/15 257/7 259/4 261/19
**answer [29]** 176/14 179/6 179/24 180/1 201/22 207/12 207/24 211/16 224/11 224/17 224/19 225/3 229/3 231/25 233/5 233/7 233/8 233/9 233/13 238/3 247/24 251/12 253/16 253/18 253/19 254/23 257/4 258/24 265/9
**answered [5]** 180/21 221/21 222/15 227/4 227/7
**answering [1]** 210/8
**any [80]** 1/8 178/2 178/18 181/8 181/8 181/18 181/19 181/21 181/23 189/6 190/16 190/24 193/2 193/2 195/5 196/16 197/15 199/15 200/19 201/18 203/11 206/14 207/11 211/12 212/5 212/6 212/12 213/3 213/25 213/25 217/1 217/7 217/12 217/24 218/5 218/9 218/22 220/17 220/21 221/11 221/25 222/1 222/17 224/7 224/9 225/5 225/24 227/3 231/16 231/23 232/10 234/5 234/7 234/8 234/22 234/25 235/6 235/9 235/18 235/25 236/4 236/16 236/21 236/22 236/22 243/21 244/13 245/1 245/9 246/23 247/3 247/19 247/23 248/10 249/9 252/2 259/5 263/17 265/19 267/15
**anybody [3]** 248/9 256/8 267/22
**anyone [1]** 262/17
**anyplace [1]** 248/18
**anything [7]** 173/2 174/10 209/6 222/15 224/11 232/15 256/4
**apartment [6]** 240/19 241/3 241/8 241/19 243/8 243/9
**apologies [1]** 250/16
**apologize [6]** 202/20 250/12 250/15 250/15 257/3 257/3
**apology [2]** 267/12 268/17
**appeared [1]** 255/4
**applies [1]** 204/9
**appreciate [6]** 186/25 206/6 206/7 211/5 233/13 238/25
**approach [8]** 209/11 239/25 240/1 242/24 244/1 253/9 267/10 267/13
**appropriate [2]** 175/13 226/9
**approximately [1]** 265/17
**April [3]** 194/6 196/1 198/4
**April 2024 [1]** 198/4
**Arcon [1]** 192/8
**are [60]** 1/7 172/4 172/13 176/3 177/9 177/13 177/19 177/21 178/2 181/7 182/18 184/6 185/24 187/4 188/14 193/16 193/17 197/4 198/11 198/13 198/24 203/18 205/25 206/3 222/25 223/25 229/13 232/18 234/10 234/10 234/17 238/11 238/16 239/11 242/17 251/9 251/18 252/4 252/4 252/19 253/10 253/10 256/9 258/16 259/20 260/8 260/13 261/22 261/25 263/21 264/6 264/9 265/1 265/23 265/24 265/25 267/4 267/20 267/23 267/24
**area [2]** 251/6 261/21
**Aren't [1]** 260/11
**arguably [1]** 260/3
**argue [1]** 268/3
**Army [1]** 189/12

**A**

**ARNEY [1]** 170/14
**arose [1]** 201/4
**around [9]** 185/19 186/2 196/1 199/7 218/13 219/5 225/8 225/18 256/17
**arrangement [1]** 184/22
**arrived [1]** 220/19
**article [2]** 179/15 181/12
**as [76]** 172/10 172/16 172/16 172/24 177/25 178/3 181/1 181/1 182/6 182/6 184/21 188/6 190/8 191/5 192/1 192/4 192/11 195/12 198/10 198/16 198/16 199/5 199/11 199/24 199/24 199/24 199/24 200/13 201/6 201/21 201/21 204/8 204/9 204/9 204/12 209/21 209/21 211/13 214/10 215/7 215/15 216/8 223/4 224/11 224/12 225/10 226/1 226/3 227/14 228/9 229/13 229/13 233/20 233/22 237/14 251/9 251/11 251/20 254/8 254/11 254/13 256/23 256/23 256/25 257/23 257/23 258/12 258/12 260/2 260/4 262/1 266/11 266/12 267/25 267/25 268/7
**ask [27]** 178/12 185/21 187/21 188/16 191/18 192/20 198/10 200/2 201/10 204/5 205/2 210/16 210/18 215/2 219/25 224/23 226/17 229/21 230/8 231/13 232/6 248/6 250/3 252/22 253/5 253/22 268/17
**asked [25]** 172/17 177/19 179/10 180/3 180/20 181/21 193/22 201/12 201/13 201/14 201/14 201/20 201/20 207/23 208/25 213/18 224/11 226/21 230/14 254/18 255/20 258/5 259/12 259/19 261/5
**asking [14]** 175/17 176/21 179/19 179/21 181/7 188/14 209/24 221/14 223/1 223/4 224/6 232/23 249/12 258/16
**aspect [1]** 204/7
**aspects [1]** 224/13
**asserted [1]** 238/9
**assessment [1]** 190/1
**assignment [1]** 192/7
**associated [1]** 191/3
**assume [6]** 238/7 247/8 247/16 247/18 247/18 252/23
**assuming [2]** 248/2 248/8
**assurety [1]** 203/3
**ATLANTA [11]** 169/24 188/19 189/19 189/25 190/6 190/6 192/10 192/12 192/23 198/18 261/19
**Atlanta University [1]** 190/6
**attached [1]** 1/4
**attaching [1]** 1/7
**attempting [2]** 175/23 177/15
**attention [1]** 211/6
**attorney [2]** 177/25 221/16
**attorneys [4]** 177/23 178/2 178/4 211/23
**Auburn [1]** 173/20
**August [3]** 194/10 196/12 196/12
**August 2020 [1]** 194/10
**Austin [4]** 236/12 236/14 236/16 236/21
**authorization [1]** 189/2
**automatic [2]** 220/24 220/25

**automatically [5]** 214/21 215/15 216/14 225/11 225/12
**availability [1]** 264/19
**available [8]** 199/23 232/2 243/21 244/25 245/8 246/22 266/18 266/20
**aware [11]** 181/8 181/19 208/13 208/15 208/17 208/22 214/25 215/4 215/5 215/10 258/3
**away [5]** 193/18 193/18 213/8 256/17 256/23

**B**

**baby [1]** 251/1
**back [37]** 182/11 182/12 183/12 185/13 189/4 190/3 192/10 192/24 194/13 194/14 196/15 197/11 197/18 197/25 201/14 201/15 201/16 202/22 203/1 203/2 203/20 204/10 205/1 205/19 207/7 209/14 214/5 221/4 224/22 224/24 226/6 255/15 257/10 262/15 262/17 263/14 265/12
**background [2]** 188/17 232/5
**backups [1]** 263/8
**ballot [102]** 199/23 199/25 200/16 200/19 200/20 201/10 202/13 202/17 202/17 202/21 202/22 202/23 202/24 203/2 204/8 210/11 213/20 213/24 214/3 214/3 214/5 214/10 214/11 214/14 214/23 215/2 215/6 215/6 215/8 215/13 215/25 216/4 216/7 216/16 216/22 217/7 217/9 217/10 217/11 217/13 217/23 218/3 218/4 218/15 218/17 218/20 218/23 218/24 219/2 219/6 219/7 219/11 219/12 219/17 219/23 220/1 220/3 220/19 220/25 221/2 221/6 221/6 221/22 221/23 221/24 222/5 222/9 222/12 223/6 223/17 224/4 225/15 225/15 225/19 225/22 225/22 226/1 226/4 226/5 226/10 226/10 226/12 226/18 226/20 227/11 227/20 227/22 228/5 228/6 230/15 230/16 230/17 231/4 231/6 231/7 231/9 231/17 231/19 232/13 256/7 258/2 258/8
**ballots [10]** 200/18 201/5 214/21 216/9 216/13 220/25 222/10 225/11 228/10 231/1
**bank [7]** 173/3 173/15 173/16 173/16 174/5 175/4 175/9
**BAO [1]** 170/20
**based [9]** 211/10 224/1 224/2 226/14 237/8 247/5 250/20 264/18 265/20
**basic [2]** 192/2 267/18
**basically [2]** 221/20 223/5
**basis [2]** 190/22 227/15
**be [105]**
**bearing [1]** 203/24
**bears [1]** 259/22
**became [3]** 199/9 199/9 199/13
**because [60]** 174/25 176/25 179/7 184/5 184/12 196/5 199/9 201/2 202/23 203/1 207/7 209/13 209/25 210/14 210/21 212/15 212/24 214/7 214/18 215/7 215/13 219/16 220/7 221/1 221/20 221/22 221/23 222/5 222/9 222/14 224/3 224/5 224/13 225/16 226/6 226/15 230/17 230/21 231/2 231/14 231/18 232/1 232/13 234/18

**246/8 246/16 248/22 249/12 249/15 249/16 251/5 251/7 252/19 256/12 258/7 260/13 262/10 263/21 264/25 265/25**
**become [4]** 178/4 194/22 204/7 227/15
**been [55]** 172/10 173/19 173/20 174/17 175/1 175/2 176/6 180/15 180/20 188/6 193/3 197/12 197/17 197/21 198/19 198/21 199/24 200/1 201/17 201/19 201/25 202/4 203/7 204/1 204/23 206/13 207/21 211/22 212/20 213/6 213/16 215/3 216/8 219/12 221/22 222/5 222/17 224/3 227/11 229/8 249/13 250/13 250/18 255/6 256/15 256/21 256/21 256/22 256/23 257/4 257/5 263/18 265/18 267/23 267/24
**before [10]** 169/11 180/12 186/16 194/6 214/14 220/20 233/9 249/13 265/18 269/10
**beg [1]** 215/13
**began [1]** 200/23
**begin [4]** 193/18 193/21 196/23 206/8
**beginning [5]** 174/7 174/16 175/12 188/17 202/5
**behalf [1]** 187/17
**behind [1]** 248/22
**being [17]** 174/19 184/3 196/7 199/9 199/19 203/4 204/3 206/7 208/25 213/9 226/5 242/9 253/5 258/3 264/22 264/23 267/1
**belief [1]** 212/3
**believe [18]** 173/23 178/7 178/24 180/2 181/24 181/25 206/14 222/16 228/13 228/14 229/24 230/6 230/14 259/4 260/13 262/5 264/18 264/20
**bell [2]** 170/21 258/20
**Ben [2]** 206/8 257/13
**bench [2]** 169/10 186/13
**Benning [2]** 192/2 192/24
**Berlin [1]** 192/3
**BERSON [10]** 169/3 171/3 172/9 172/13 182/3 182/4 182/10 182/17 260/2 260/6
**best [4]** 186/12 224/24 233/21 262/9
**better [1]** 222/18
**between [4]** 196/1 231/8 261/12 266/5
**beyond [1]** 210/6
**bill [3]** 172/24 173/1 175/20
**billing [1]** 173/22
**bills [2]** 195/6 196/25
**Billy [1]** 190/14
**birthday [1]** 198/16
**bit [7]** 189/24 198/9 204/15 206/9 215/11 239/9 252/18
**block [1]** 190/15
**Board [4]** 181/9 181/14 211/11 212/19
**Bond [1]** 190/12
**Borders [1]** 190/14
**born [4]** 188/18 188/19 188/20 188/25
**both [2]** 186/8 264/8
**bought [2]** 249/15 249/17 251/21
**bow [1]** 215/19
**box [2]** 215/7 231/6
**break [5]** 183/10 183/16 204/23 204/25 205/23
**breath [1]** 185/1
**brief [6]** 183/16 191/24 203/16 205/5

**B**

brief... [2] 205/23 233/3
briefly [1] 184/21
Brigade [1] 192/3
bring [8] 182/11 183/10 184/4 184/9 205/7 206/20 207/5 264/15
brought [3] 206/8 206/20 208/3
BRYAN [1] 170/9
bulk [1] 189/18
BUNDY [1] 170/5
burden [2] 257/1 257/1
business [1] 191/13
buy [1] 249/17

**C**

C.T [1] 190/12
California [49] 192/7 193/23 194/17 194/23 195/1 197/13 197/16 197/20 198/2 198/25 216/11 216/18 217/12 217/16 219/7 219/8 219/14 219/23 220/3 220/5 220/6 221/9 221/24 225/14 226/22 226/23 227/16 231/18 240/21 240/22 241/3 241/20 241/21 241/25 242/3 242/8 242/10 242/12 242/13 243/9 243/19 244/11 245/7 246/21 247/8 247/16 248/2 252/24 253/10
call [26] 179/8 179/17 180/13 180/15 182/19 182/21 183/18 187/4 187/7 201/9 201/15 201/16 215/1 219/13 219/17 219/22 220/9 221/7 222/4 223/6 225/18 225/20 226/8 227/14 231/12 249/10
called [9] 178/23 179/1 213/15 219/25 221/5 222/11 257/25 258/14 258/14
calling [1] 179/2
Calls [1] 176/12
Camarillo [5] 241/3 243/9 243/19 244/11 245/7
came [7] 186/12 201/13 215/12 217/2 237/8 249/11 257/18
CAMERON [1] 170/13
can [78] 173/3 173/11 174/12 176/3 176/14 180/9 180/11 180/25 181/15 182/6 182/11 182/12 182/19 183/4 183/17 183/18 186/8 188/2 189/24 190/7 191/24 199/3 200/23 204/22 205/4 205/7 205/15 205/24 206/22 206/24 210/16 210/18 210/22 211/18 214/4 214/21 215/19 217/21 224/13 224/17 224/19 224/21 224/24 225/10 227/1 227/2 228/1 228/8 229/3 229/15 230/14 231/21 232/17 232/22 232/24 232/25 233/14 233/14 233/15 233/21 233/23 234/3 234/5 234/22 238/5 238/5 243/25 247/1 251/12 252/13 252/19 257/7 257/11 259/8 260/18 262/20 263/6 268/3
can you [1] 234/22
can't [26] 178/20 179/9 179/17 180/7 180/12 180/12 180/16 180/17 182/11 187/3 204/15 207/7 210/14 210/18 211/2 214/17 222/18 228/25 229/12 229/13 232/24 233/20 259/8 259/14 260/17 260/19
canceled [1] 218/3
candidates [1] 201/2
cannot [8] 204/15 224/11 226/15 227/1 227/2 231/13 232/21 249/13
captain [1] 189/13
car [9] 172/23 173/10 173/21 175/4 175/9 193/14 194/25 195/1 202/25
card [2] 185/7 185/8
care [4] 181/2 202/10 256/7 256/10
Carolina [1] 261/19
carry [1] 197/8
cars [2] 193/16 193/17
case [38] 178/5 178/19 183/21 206/6 206/9 206/11 206/15 206/21 208/5 208/5 209/1 209/2 209/6 209/22 209/23 209/24 211/5 213/9 213/14 216/10 223/25 232/18 234/6 234/10 235/22 236/14 236/22 242/19 244/19 254/24 256/3 258/12 259/20 260/7 260/7 261/7 263/8 265/2
cast [7] 200/16 218/21 220/20 221/9 224/4 225/23 256/7
casting [1] 200/19
catch [1] 196/5
category [1] 255/24
Catherine [1] 235/4
cell [5] 173/1 173/4 174/3 175/5 175/10
Censors [1] 255/23
certain [3] 223/1 223/4 223/5
certified [2] 210/25 267/3
certify [1] 269/8
chain [1] 224/6
challenge [16] 181/8 181/10 181/14 181/16 202/12 210/1 212/16 213/3 213/4 224/2 224/2 236/7 236/9 237/7 237/8 258/4
challenged [13] 201/17 201/19 201/25 203/7 204/1 204/4 206/13 212/21 213/16 221/22 222/5 251/9 258/3
challenges [2] 211/10 212/19
chance [1] 252/12
change [12] 173/6 196/19 196/21 199/22 199/22 215/23 216/5 216/10 225/13 231/19 238/10 251/12
changed [5] 174/17 176/6 192/6 230/23 230/24
changeover [1] 195/25
check [6] 186/15 186/23 200/7 220/24 225/10 226/4
checked [2] 216/13 231/5
checking [1] 248/9
chief [3] 223/25 242/19 244/19
child [3] 190/18 191/5 199/5
childhood [4] 189/16 189/17 189/18 191/6
chose [1] 261/12
CHRISTINA [1] 170/7
church [1] 256/17
circulated [1] 263/14
cite [1] 1/4
citizen [1] 231/10
City [3] 189/18 190/5 269/10
civil [2] 191/2 199/5
civilians [1] 199/11
clarification [1] 263/13
clarify [3] 214/13 247/12 265/11
clarity [1] 231/1
clarity's [1] 255/15
class [1] 190/2
classmates [2] 190/19 190/20
clean [1] 234/18
clear [10] 175/5 180/17 194/14 241/24 249/20 250/3 250/20 254/24 267/12 267/20
clearly [2] 194/2 224/19
clerk [2] 223/12 223/19
clients [2] 255/3 260/5
close [1] 218/18
closed [1] 256/18
closest [1] 189/3
CM [2] 1/2 1/3
CM/ECF [2] 1/2 1/3
coercive [1] 254/9
Coie [4] 178/23 179/21 180/10 258/20
collective [1] 234/1
college [6] 176/17 176/18 189/23 191/6 191/9 191/11
Columbus [22] 192/25 193/1 193/3 193/5 193/19 194/16 194/18 196/15 196/17 197/9 216/24 237/5 249/11 249/18 249/23 250/8 250/22 251/3 251/15 251/25 253/20 254/3
come [17] 182/12 183/12 186/16 186/16 189/4 193/22 194/11 226/10 227/5 231/6 234/19 253/10 265/22 266/4 266/7 266/8 266/13
comes [1] 215/16
comfortable [3] 202/5 204/7 253/23
coming [5] 185/18 199/5 200/25 244/18 248/22
command [1] 192/11
comment [1] 223/25
Commissioned [1] 191/21
communication [2] 178/22 181/13
community [7] 179/9 179/16 180/2 180/13 189/24 190/7 204/8
company [1] 197/18
complete [1] 195/13
completely [1] 179/8
complex [2] 241/8 243/8
complications [1] 217/12
COMPUTER [1] 169/20
COMPUTER-AIDED [1] 169/20
concern [4] 204/12 210/9 256/8 256/10
concerned [3] 182/7 201/1 204/12
concerns [2] 226/2 227/12
conclude [2] 176/10 177/5
conclusion [4] 194/12 195/17 196/14 196/15
conclusions [1] 209/2
condition [1] 184/23
confer [1] 184/19
conference [1] 266/3
conferences [1] 265/20
conferring [1] 259/17
confirm [1] 174/23
confirming [1] 181/7
confront [2] 208/6 255/1
confronting [2] 224/1 255/2
confused [1] 201/21
Confusion [1] 202/1
connected [1] 178/4
consent [1] 178/18
consented [2] 179/1 180/10
consider [1] 198/5
consideration [1] 181/8
considered [2] 193/2 197/13
considering [1] 259/6
consolidated [2] 266/12 267/21

**C**

**constant** [1] 239/1
**constitute** [1] 269/9
**constitutes** [1] 196/4
**Construction** [1] 193/22
**contact** [1] 211/22
**contacted** [4] 178/6 178/18 179/16 258/10
**contacting** [1] 179/11
**context** [3] 176/16 176/24 177/2
**continue** [7] 185/12 195/3 195/5 196/25 197/2 231/6 251/11
**continued** [3] 171/4 172/11 197/8
**contract** [15] 194/3 194/4 194/4 194/7 194/8 194/9 194/11 195/14 195/18 195/18 195/21 195/24 196/16 241/7 242/9
**contracts** [3] 196/9 196/11 196/13
**contractually** [1] 242/10
**contradict** [1] 224/7
**control** [1] 182/14
**controvert** [6] 224/9 225/6 225/24 231/17 231/23 232/11
**conversation** [7] 201/24 219/8 219/9 219/10 234/19 237/9 237/12
**Cooper** [2] 236/2 236/4
**copies** [1] 267/3
**copy** [4] 206/21 207/2 210/25 240/3
**correct** [23] 173/22 174/2 175/14 186/1 197/6 213/23 216/12 222/6 222/7 235/14 235/19 236/1 236/3 241/12 241/14 241/16 246/9 253/1 254/10 255/18 264/19 265/8 265/23
**corrected** [3] 231/3 233/25 250/5
**correctly** [3] 195/23 198/24 233/16
**correspondence** [3] 173/24 174/9 176/7
**costs** [1] 197/9
**could** [36] 173/21 173/25 174/19 175/18 176/7 177/9 179/1 179/2 182/8 184/18 185/21 187/21 190/4 201/15 202/2 203/3 209/12 212/19 224/16 226/6 226/20 232/14 233/4 234/25 235/2 240/6 243/3 251/6 254/13 257/5 258/6 258/7 258/13 258/13 261/6 261/11
**couldn't** [3] 226/18 227/8 227/9
**counsel** [11] 177/25 178/6 183/18 183/24 207/3 207/4 237/19 237/22 261/22 261/23 262/10
**counted** [7] 202/13 203/4 204/11 204/13 210/11 214/12 221/10
**country** [3] 197/10 248/22 250/18
**county** [39] 172/2 173/5 173/8 173/11 173/14 173/17 174/1 174/3 174/6 174/14 174/20 174/22 174/23 174/24 175/5 175/10 193/9 193/12 193/13 193/17 198/14 198/18 201/9 212/22 213/15 217/3 218/8 218/10 218/14 218/21 221/4 221/5 222/23 223/12 223/19 226/5 251/20 251/25 256/16
**couple** [2] 258/9 261/5
**course** [1] 222/4
**court** [27] 1/3 1/6 1/9 169/1 169/22 186/13 186/20 204/24 210/20 214/14 224/3 224/21 224/23 228/9 234/16 238/7 250/15 257/3 258/12 259/5

**Court's** [2] 211/5 252/7
**courtesy** [2] 206/21 207/2
**COURTHOUSE** [1] 169/23
**courtroom** [5] 182/12 185/5 185/22 234/22 256/8
**COVID** [1] 195/10
**credibility** [1] 260/9
**cross** [13] 171/4 172/4 206/1 222/8 223/24 229/1 229/5 229/10 233/10 238/9 238/22 255/6 262/18
**cross-examination** [7] 171/4 206/1 223/24 229/10 233/10 238/22 262/18
**crossing** [1] 229/5
**CRR** [3] 169/22 269/6 269/16
**CSO** [1] 185/7
**CSOs** [1] 186/15
**current** [1] 197/20
**CV** [1] 169/6
**cycle** [3] 200/6 203/6 203/25

**D**

**D.C** [2] 248/19 261/21
**DANA** [1] 170/19
**data** [2] 226/9 244/7
**date** [10] 178/23 198/4 213/1 218/10 218/13 219/18 219/25 225/9 246/12 263/17
**dates** [1] 194/8
**daughter** [1] 189/13
**David** [1] 190/12
**Davis** [1] 184/23
**day** [11] 179/1 184/24 191/22 218/3 220/13 225/21 241/18 241/19 264/1 268/20 269/13
**days** [8] 1/4 179/15 201/7 220/20 221/10 224/3 225/22 241/22
**deal** [1] 177/23
**December** [17] 172/22 174/11 175/17 175/18 191/21 218/2 218/4 218/7 218/13 218/20 219/5 219/22 220/9 220/20 222/11 225/18 225/21
**December 18th** [9] 218/2 218/4 218/7 218/13 219/5 219/22 220/9 225/18 225/21
**December 29th** [2] 218/20 220/20
**December 3rd** [1] 191/21
**decide** [1] 196/17
**decided** [2] 181/9 198/7
**decision** [4] 210/5 210/5 214/1 214/15
**decision-decision** [1] 210/5
**dedication** [1] 199/8
**deep** [3] 234/13 250/17 258/24
**defendant** [1] 236/14
**defendants** [10] 169/8 170/11 206/6 232/18 234/10 234/23 234/25 236/22 254/25 255/1
**defendants'** [6] 240/5 246/1 265/15 265/15 268/11 268/13
**definitely** [1] 186/10
**demarcate** [1] 251/2
**denied** [1] 222/4
**deny** [1] 210/2
**DEPARTMENT** [1] 170/21
**depending** [4] 194/5 254/6 254/10 255/21

**depends** [1] 176/22
**Derek** [1] 235/9
**describe** [5] 200/23 202/2 233/21 233/23 233/24
**destroyed** [1] 202/7
**details** [2] 177/7 181/12
**determine** [2] 177/7 249/6
**did** [153]
**didn't** [20] 208/14 208/21 209/6 213/20 214/9 217/1 219/8 219/15 220/2 221/23 228/9 230/16 247/14 247/17 247/21 252/24 253/2 265/25 266/2 266/6
**difference** [3] 185/18 201/3 255/12
**difference-maker** [1] 201/3
**different** [10] 174/8 176/25 184/6 234/14 242/1 249/24 250/1 256/1 259/24 261/13
**difficult** [5] 174/23 174/25 199/24 199/24 263/18
**difficulty** [3] 200/15 200/19 200/23
**direct** [13] 171/7 188/7 222/3 222/4 222/6 224/1 238/9 244/19 257/18 259/9 259/13 259/14 268/17
**direction** [1] 252/20
**directly** [13] 178/17 210/9 214/10 217/2 217/9 226/11 235/6 235/12 235/17 258/21 260/1 260/9 260/13
**disagree** [26] 181/18 181/19 181/20 181/23 206/14 209/7 211/12 212/5 212/6 212/12 217/8 217/25 218/5 218/9 218/22 219/1 220/17 220/21 221/11 236/23 243/21 244/13 245/1 245/9 246/23 247/3
**disclosed** [1] 265/18
**discuss** [3] 206/9 262/16 262/23
**discussed** [1] 184/22
**discussion** [3] 181/5 183/8 187/10
**discussions** [2] 191/3 263/12
**dismissal** [1] 206/16
**dismissed** [3] 206/15 207/24 207/25
**disposal** [1] 184/7
**dispositive** [1] 225/9
**DISTRICT** [9] 169/1 169/1 169/12 266/13 267/19 269/4 269/7 269/7 269/17
**division** [3] 169/2 193/23 269/8
**do** [124]
**docket** [4] 1/5 169/6 268/8 268/15
**Docket Number** [1] 268/8
**Docket Number 236-4** [1] 268/15
**document** [21] 1/8 207/6 210/19 211/14 211/23 227/1 243/5 243/10 243/14 243/20 244/4 244/6 244/12 244/22 244/25 245/3 245/6 245/8 245/23 245/25 246/3
**documents** [8] 174/18 175/14 175/22 177/9 177/15 266/18 266/19 266/20
**DOE** [1] 169/4
**does** [15] 176/19 208/18 208/18 208/23 208/23 209/21 212/22 217/24 218/7 218/13 244/10 245/5 246/17 258/20 265/9
**doesn't** [9] 208/1 208/18 224/8 229/4 238/9 238/10 244/23 248/1 251/7
**doing** [9] 205/9 207/15 222/13 223/5 227/19 229/8 248/20 255/2 255/2
**domicile** [3] 176/10 177/8 251/16
**don't** [58] 174/4 174/7 177/8 178/20

**D**

**don't... [54]** 178/20 178/24 179/3 179/7 179/16 180/2 180/4 180/6 180/14 181/24 181/25 182/13 186/2 187/2 188/14 207/1 209/13 209/16 210/8 214/25 215/1 215/5 222/16 224/9 224/10 224/15 225/11 228/3 228/14 230/6 231/10 231/21 232/15 233/8 234/9 236/12 247/23 248/17 248/18 256/1 256/24 258/6 258/17 259/4 259/8 261/16 264/10 264/20 265/22 266/4 266/13 267/8 267/9 268/2
**done [5]** 204/8 246/10 246/11 256/4 268/4
**door [16]** 208/4 210/21 238/1 238/13 249/6 249/12 249/21 250/8 250/21 251/3 253/13 254/1 254/3 255/16 255/19 265/5
**doubt [3]** 176/17 204/11 251/24
**down [12]** 190/6 201/9 202/24 204/15 213/4 213/22 217/3 217/18 232/10 233/9 262/20 268/16
**drill [1]** 217/18
**drink [1]** 203/14
**DRIVE [2]** 169/23 240/19
**driver's [7]** 177/10 193/7 193/9 194/22 194/23 196/19 227/2
**duly [2]** 172/10 188/6
**duration [2]** 184/16 194/2
**during [7]** 189/10 192/1 196/16 199/5 200/20 200/20 265/18
**duty [2]** 189/13 191/22

**E**

**each [12]** 175/4 175/9 194/5 195/24 196/9 196/11 196/13 200/18 214/17 215/3 231/3 260/8
**earlier [19]** 172/15 174/5 185/20 185/22 185/24 185/25 190/13 220/11 230/22 240/22 245/13 245/21 250/12 252/7 252/21 252/23 255/17 257/14 260/2
**early [1]** 199/17
**ease [1]** 202/6
**easier [2]** 183/21 184/8
**easily [2]** 247/12 254/13
**easy [4]** 202/4 253/16 253/18 256/22
**ECF [2]** 1/2 1/3
**effect [2]** 181/11 248/10
**eight [1]** 258/10
**either [3]** 190/10 264/21 265/18
**elder [1]** 202/9
**elected [1]** 201/9
**election [26]** 181/6 181/21 200/5 200/6 200/9 200/11 200/13 200/21 200/24 201/2 203/6 203/25 215/14 215/15 216/8 217/15 218/8 218/10 218/14 219/5 220/13 220/21 221/15 225/23 228/2 230/18
**elections [10]** 181/9 181/14 200/3 200/4 200/5 200/8 204/6 211/11 212/20 222/23
**element [1]** 259/24
**elementary [2]** 189/20 189/21
**Eleven [1]** 225/22
**ELIAS [4]** 170/9 187/17 262/6 262/7
**eligibility [4]** 181/8 203/7 203/25

211/10

**Ellis [2]** 262/3 262/4
**else [10]** 173/2 174/10 176/1 201/5 209/5 211/20 219/12 223/5 256/8 257/11
**email [3]** 179/14 179/15 264/13
**emotionally [1]** 213/6
**en [1]** 213/24
**end [10]** 194/6 194/11 195/8 197/24 200/6 209/24 210/5 212/1 212/1 221/16
**ended [2]** 195/12 196/2
**engaged [2]** 259/4 259/21
**Engelbrecht [1]** 235/4
**enlightening [1]** 227/18
**enough [3]** 229/9 240/7 262/14
**Enquirer [1]** 181/11
**ensued [2]** 183/8 187/10
**enter [1]** 227/16
**entire [2]** 190/22 211/23
**entirely [1]** 259/23
**entity [1]** 195/13
**entry [1]** 1/5
**equality [1]** 199/13
**especially [1]** 199/18
**essentially [2]** 213/7 237/7
**established [2]** 180/22 197/18
**ET [1]** 169/7
**ethical [1]** 260/4
**EVANS [24]** 170/15 171/5 171/8 172/4 182/2 205/19 205/25 206/5 207/5 207/23 222/13 224/11 229/8 232/6 237/13 239/2 239/2 245/17 259/8 259/13 259/25 260/18 260/20 264/10
**even [4]** 202/2 213/7 237/13 256/16
**events [3]** 213/23 224/6 225/25
**eventually [4]** 200/15 217/16 231/9 256/18
**ever [11]** 181/13 190/24 196/23 197/13 197/15 198/5 198/19 203/7 204/1 232/4 236/16
**every [10]** 176/4 199/3 199/4 200/5 215/2 215/8 227/17 228/25 229/6 251/22
**everybody [11]** 185/3 186/12 197/24 200/25 201/4 205/9 219/11 224/19 248/19 251/8 251/9
**everyone [1]** 204/9
**everything [5]** 183/4 184/4 185/22 186/17 202/1
**evidence [16]** 208/6 210/15 211/1 211/3 221/25 222/24 223/9 223/24 224/7 225/5 231/23 232/11 237/14 242/17 255/1 255/2
**exact [1]** 233/22
**exactly [3]** 178/21 184/24 192/15
**examination [11]** 171/4 171/7 171/8 172/11 188/7 206/1 223/24 229/10 233/10 238/22 262/18
**Excellent [1]** 205/18
**exception [1]** 238/23
**exceptions [1]** 238/16
**excited [1]** 201/1
**excluded [2]** 267/23 267/24
**excuse [7]** 182/10 182/11 182/13 182/17 189/9 192/19 264/23
**excused [2]** 182/4 182/6
**exhibit [20]** 239/11 239/13 240/5 245/14 246/1 247/15 263/11 263/12

268/14 263/16 263/22 264/5 264/6 264/12 264/13 265/7 265/11 265/15 265/16 268/10
**Exhibit 275 [2]** 240/5 247/15
**Exhibit 278 [1]** 246/1
**Exhibit 8 [3]** 264/12 264/13 265/7
**exhibit are [1]** 264/6
**exhibit list [1]** 265/11
**exhibits [10]** 239/10 247/6 263/16 263/17 264/9 265/17 265/24 266/10 266/10 267/23
**Exhibits 275 [1]** 247/6
**expect [1]** 177/2
**expecting [1]** 206/19
**experience [3]** 174/25 200/19 204/5
**experiences [3]** 175/13 189/4 189/15
**expert [1]** 192/11
**explain [2]** 195/22 206/24
**explained [1]** 232/4
**extended [1]** 263/12
**extent [1]** 237/10
**extra [1]** 201/7

**F**

**Facebook [3]** 244/7 247/1 248/3
**fact [9]** 179/9 179/18 213/2 231/17 248/11 256/6 260/7 263/20 265/15
**factors [1]** 232/1
**facts [5]** 224/8 224/9 225/5 259/20 266/18
**factually [1]** 224/6
**fair [3]** 169/3 232/8 233/17
**familiar [2]** 177/7 181/12
**family [6]** 178/2 189/1 189/6 190/11 199/12 201/1
**far [7]** 172/16 182/6 209/13 209/21 224/11 254/15 267/25
**fast [1]** 258/12
**father [6]** 189/1 189/5 189/8 189/11 190/20 199/7
**fault [1]** 250/5
**fears [2]** 191/3 199/6
**February [1]** 191/22
**February 13th [1]** 191/22
**FedEx [2]** 202/25 220/12
**feel [5]** 202/5 204/6 204/14 249/2 254/19
**feeling [1]** 181/6
**feelings [1]** 199/16
**felt [5]** 202/8 203/1 203/3 204/3 220/11
**few [7]** 182/25 188/16 192/20 203/23 233/5 252/8 262/23
**fiancee [1]** 216/22
**fiancee's [1]** 227/19
**fight [3]** 169/3 199/8
**fighting [1]** 192/11
**figure [6]** 184/24 205/3 253/3 253/7 254/2 257/10
**file [4]** 202/12 222/23 260/7 266/17
**filed [11]** 1/2 1/6 1/8 177/19 216/10 225/13 260/6 260/16 265/16 268/9 268/15
**filing [2]** 212/10 268/18
**fill [1]** 263/25
**filled [4]** 191/25 202/24 217/2 226/9
**final [6]** 210/5 210/5 212/25 213/25 214/15 262/1
**finally [1]** 196/1

**find [23]**  174/23 175/13 175/18 177/15 185/2 239/21 249/3 249/21 249/25 250/8 250/8 250/22 250/22 251/3 251/4 251/14 253/13 255/22 258/6 260/18 261/3 261/6 261/10
**finding [1]**  201/24
**fine [7]**  183/3 206/23 232/24 262/25 266/9 266/10 268/2
**finish [14]**  179/6 179/24 179/25 180/1 204/18 222/20 222/21 223/15 228/17 252/9 252/9 252/12 262/9 262/10
**firm [11]**  178/22 180/3 180/5 180/10 258/22 258/23 260/3 261/24 261/25 262/1 262/2
**firms [1]**  261/17
**first [28]**  172/10 188/6 190/22 195/8 195/18 196/13 198/11 198/15 198/17 207/4 211/25 216/16 216/19 216/20 216/21 216/21 223/16 225/15 227/15 228/18 228/24 229/14 238/11 240/12 241/24 248/8 249/18 254/20
**first-name [2]**  190/22 227/15
**firsthand [1]**  199/6
**five [10]**  183/2 183/3 183/5 184/20 192/8 197/22 201/16 241/22 261/12 261/14
**fix [1]**  205/9
**flow [1]**  263/6
**focused [1]**  211/19
**focuses [1]**  234/2
**folks [2]**  260/4 260/8
**follow [2]**  226/6 230/18
**following [2]**  1/1 228/2
**follows [2]**  172/10 188/6
**forced [2]**  197/23 230/18
**FORD [1]**  170/7
**foregoing [1]**  269/9
**forever [1]**  193/4
**forgive [1]**  203/5
**forgot [1]**  224/20
**form [7]**  225/6 235/13 235/18 235/25 236/5 236/17 236/19
**formal [1]**  177/12
**forms [1]**  177/17
**FORSCOM [1]**  192/10
**Fort [10]**  188/19 188/21 188/22 188/23 189/14 189/23 191/10 192/2 192/24 246/4
**Fort Benning [2]**  192/2 192/24
**Fort McPherson [1]**  188/21
**Fort Mugu [1]**  246/4
**forth [2]**  266/11 266/12
**forward [18]**  181/10 212/19 215/24 216/2 216/3 216/4 221/24 222/10 225/17 226/6 226/15 227/1 228/10 229/6 231/19 257/14 267/1 268/19
**forwarded [10]**  221/4 226/18 226/21 226/23 227/2 227/3 227/8 227/10 230/17 232/14
**forwarding [5]**  221/1 223/9 224/12 225/15 228/11
**found [1]**  196/1
**foundation [14]**  207/21 222/17 222/18 222/25 223/3 223/7 223/9 223/18 224/12 252/22 264/5 264/7 264/16 265/7

**four [5]**  189/8 194/4 194/5 229/6 261/12
**four-year [1]**  194/4
**fourth [1]**  268/16
**frame [1]**  218/19
**Frances [2]**  264/3 268/15
**Frank [1]**  189/21
**free [1]**  182/18
**freedom [2]**  256/7 256/24
**freely [2]**  202/6 256/14
**frequently [2]**  177/23 177/24
**friend [1]**  261/19
**friends [5]**  178/2 190/11 201/1 201/8 261/6
**front [1]**  206/10
**frustrated [1]**  228/6
**frustration [2]**  227/25 230/15
**full [6]**  1/8 179/8 179/17 187/22 188/11 197/11
**Fuller [1]**  185/6
**Fuller's [1]**  185/5
**fully [1]**  227/9
**Fulton [1]**  198/18
**further [1]**  182/1
**future [1]**  204/6

G

**G-A-M-A-L-I-E-L [1]**  187/25
**GAINESVILLE [4]**  169/2 172/2 269/8 269/10
**GAMALIEL [5]**  171/6 187/8 188/1 188/5 188/13
**game [1]**  198/8
**gave [7]**  189/1 201/7 202/19 220/7 222/11 240/3 266/4
**gears [1]**  181/5
**general [5]**  200/11 200/14 200/24 215/14 217/15
**generally [1]**  259/23
**gentleman [2]**  236/12 236/16
**geographically [1]**  193/18
**GEORGIA [48]**  169/1 169/24 172/2 172/16 188/19 189/18 192/2 192/25 193/1 193/3 193/11 193/19 194/16 195/3 195/6 195/9 196/15 197/9 197/25 198/14 198/18 198/23 199/19 199/19 200/3 200/4 202/3 213/10 214/21 216/24 227/5 227/20 237/5 249/18 250/22 251/3 251/25 253/11 253/20 256/9 261/18 261/18 261/20 266/13 267/19 269/4 269/8 269/11
**Georgians [1]**  190/17
**Germany [1]**  182/23
**get [70]**  173/21 175/7 175/23 177/10 177/18 183/4 183/11 183/20 184/13 184/14 185/2 185/4 185/7 185/8 185/8 185/8 185/21 186/8 187/3 198/7 199/3 202/22 203/2 204/22 205/4 210/25 215/8 216/25 219/17 221/22 221/23 222/5 222/9 223/6 224/21 227/11 227/13 227/13 228/7 228/9 228/25 230/16 232/13 238/8 242/16 242/18 243/25 244/17 244/18 247/6 252/12 252/18 252/19 253/11 254/16 254/16 254/22 254/22 255/7 257/14 257/22 258/7 258/11 260/12 261/3 263/13 263/22 264/10 266/1 268/3
**getting [5]**  203/3 215/17 228/5 230/15

**256/24**
**gist [3]**  237/9 237/11 237/11
**give [16]**  185/3 186/21 191/24 202/9 203/8 206/19 209/11 209/15 211/16 212/21 220/8 223/6 233/1 245/13 266/2 266/22
**given [7]**  174/21 176/9 176/16 178/25 185/18 198/3 232/25
**giving [2]**  268/5 268/7
**globe [1]**  247/1
**go [53]**  177/25 179/6 180/1 181/10 182/11 182/18 183/19 184/12 185/11 185/12 186/13 189/20 191/6 191/9 191/15 197/11 197/17 202/9 209/13 212/19 215/21 217/11 217/17 217/22 220/3 223/15 223/22 224/15 225/2 227/1 227/2 229/6 232/5 233/4 233/23 234/12 237/17 237/21 239/18 242/19 255/15 256/12 256/17 257/10 257/11 257/19 259/8 259/15 259/25 260/1 260/25 261/6 263/1
**go-to [1]**  177/25
**God [1]**  197/10
**goes [3]**  187/10 260/8 260/22
**going [66]**  177/18 182/22 183/6 183/9 183/10 184/5 185/12 185/13 186/7 186/11 194/13 197/25 204/18 204/23 205/7 205/8 205/15 207/5 207/7 209/8 209/11 209/13 209/15 210/10 210/13 213/22 214/8 214/18 218/11 219/11 224/5 225/2 225/3 225/6 225/8 226/6 228/10 230/9 231/15 231/16 232/4 233/9 239/8 239/8 239/9 242/18 252/18 252/19 252/22 254/20 254/21 254/22 256/11 256/11 258/4 260/20 260/21 262/10 262/12 264/4 264/24 265/1 265/2 265/25 267/14 267/15
**gone [3]**  200/24 204/10 256/12
**good [7]**  172/6 187/16 187/20 188/9 203/17 262/8 262/22
**Gosh [1]**  230/11
**got [31]**  180/22 180/24 181/1 181/3 183/10 183/19 185/7 186/12 192/6 206/10 206/18 213/20 213/22 225/5 225/16 230/11 231/9 234/18 234/20 239/10 239/17 242/15 242/23 247/1 248/6 252/8 254/16 255/13 257/10 260/17 263/5
**gotten [2]**  173/25 221/6
**government [1]**  227/3
**grad [1]**  176/24
**graduate [1]**  177/1
**graduated [1]**  189/22
**graduates [1]**  190/20
**great [1]**  248/21
**GREENBERG [1]**  170/15
**GREGOR [1]**  170/14
**grew [2]**  189/25 190/8
**ground [1]**  199/11
**grounds [1]**  259/3
**group [13]**  170/9 179/9 179/13 179/16 187/17 193/23 195/15 232/19 232/22 234/1 262/3 262/4 262/6
**guarantee [1]**  214/4
**guard [1]**  204/15
**guess [3]**  176/22 190/1 222/25
**guidance [1]**  202/10
**guy [1]**  226/1 256/25

**G**

**guys [2]** 185/14 248/21

**H**

**had [89]** 172/6 172/15 172/17 172/17
173/19 173/23 173/23 174/5 174/8
174/10 174/17 174/21 175/1 175/1
175/15 176/4 176/4 176/6 176/9 176/25
177/16 179/14 181/6 189/8 195/12
199/25 200/5 201/5 201/5 201/8 201/17
201/19 201/22 201/25 202/8 202/23
203/6 203/25 204/2 204/7 204/8 206/13
209/19 210/9 211/8 212/20 213/7
213/15 213/16 214/4 214/14 214/15
215/1 215/2 215/3 215/5 215/13 216/9
216/16 216/21 219/9 219/10 219/12
219/17 220/11 220/19 221/22 222/4
222/5 223/14 223/17 223/19 224/3
226/7 226/9 226/12 227/5 227/10
227/14 227/16 230/5 232/5 234/7 240/7
241/7 241/8 245/16 265/18 269/10
**half [2]** 190/15 204/24
**Hall [1]** 172/2
**hand [4]** 187/13 207/7 209/13 269/12
**handed [1]** 240/5
**hands [1]** 258/19
**hanging [1]** 257/25
**happen [5]** 191/4 215/9 215/11 234/25
251/7
**happened [12]** 200/13 207/9 207/9
208/1 208/24 209/22 214/2 220/23
227/19 230/21 230/22 231/10
**happening [4]** 222/2 227/12 227/13
227/14
**happens [1]** 253/9
**hard [5]** 224/23 256/25 257/4 257/5
260/18
**HARDY [9]** 170/4 183/25 205/3 205/6
252/11 262/14 266/24 268/5 268/21
**has [47]** 1/6 182/13 182/14 184/23
185/7 193/3 199/24 202/4 204/5 207/23
209/5 211/22 222/17 224/7 224/8
224/11 228/14 228/14 229/16 230/6
230/24 235/7 235/12 235/13 235/17
235/18 235/24 235/25 236/4 236/5
236/18 240/13 240/15 248/9 250/10
250/13 252/3 256/14 256/22 256/23
259/5 260/20 262/10 263/18 264/25
267/19 267/22
**have [182]**
**haven't [6]** 219/6 221/6 221/25 223/25
225/19 228/24
**having [10]** 172/10 188/6 199/6 201/23
202/2 214/3 214/22 226/11 231/11
258/2
**he [80]** 176/14 180/21 182/6 182/11
182/11 182/12 182/13 182/14 206/19
206/24 207/23 207/25 208/5 208/13
208/14 208/17 208/18 208/22 208/23
208/25 209/5 209/6 209/14 221/22
221/22 221/23 222/4 222/4 222/5
222/9 222/11 223/1 223/1 223/3 223/4
224/7 224/8 224/8 224/11 224/12
224/13 224/14 228/14 229/3 229/3
229/16 229/21 230/3 230/5 233/9
233/20 235/13 235/18 235/25 236/5
236/15 236/18 236/19 237/1 237/1

**he's [11]** 180/23 207/15 208/15 208/17
208/22 209/13 223/1 229/1 229/1 238/1
238/18
**header [1]** 244/23
**headquarters [1]** 192/10
**hear [7]** 207/3 207/14 207/18 222/5
230/2 263/6 265/6
**heard [3]** 181/17 221/21 255/14
**hearing [4]** 180/4 184/13 221/23 222/8
**hearsay [9]** 237/14 237/18 237/25
238/10 238/14 238/14 238/16 238/16
238/23
**height [1]** 191/2
**held [1]** 269/10
**Hello [1]** 187/19
**help [8]** 193/22 193/25 225/4 230/11
255/9 258/7 258/11 261/7
**helpful [1]** 206/9
**Henry [1]** 189/22
**her [11]** 216/22 216/22 216/23 216/25
216/25 217/3 218/15 219/6 219/13
227/20 262/13
**here [43]** 178/6 180/9 181/13 183/6
183/18 184/5 184/13 184/16 185/9
186/4 186/8 186/16 186/17 187/2
203/23 205/3 205/9 206/7 206/10 213/7
215/10 215/18 228/25 235/1 251/2
255/9 255/14 257/8 259/6 260/15
262/13 262/17 264/22 264/23 265/7
266/2 267/6 267/6 267/11 267/14
267/15 267/18 267/22
**Here's [1]** 183/9
**hereby [1]** 269/8
**HEREDIA [1]** 169/3
**hereunto [1]** 269/12
**hers [2]** 217/3 217/3
**hey [4]** 221/5 225/18 253/6 253/14
**high [3]** 189/21 189/22 254/15
**highly [4]** 249/11 249/15 249/19
256/11
**Hill [2]** 206/8 257/13
**him [29]** 179/25 182/4 182/11 182/11
182/13 182/15 206/24 207/7 207/23
209/8 209/15 218/15 219/6 219/13
222/12 222/20 222/21 223/1 223/4
223/4 223/15 224/6 224/11 228/17
230/8 237/3 259/15 260/21 265/1
**hired [1]** 249/16
**his [17]** 179/24 185/6 187/21 206/22
209/8 222/20 222/21 223/17 224/3
228/17 229/4 233/10 236/12 238/18
251/5 264/23 264/25
**historical [1]** 190/17
**history [2]** 198/10 250/17
**hit [1]** 195/10
**hold [15]** 180/19 199/21 201/12 201/13
221/13 221/13 222/20 222/20 228/12
228/12 228/12 259/1 260/21 267/17
267/17
**holistically [1]** 237/7
**Holmes [1]** 190/14
**home [27]** 190/24 191/1 192/23 192/25
193/2 193/3 194/13 194/14 194/18
194/20 195/8 196/15 196/17 196/23

197/1 197/15 197/15 197/18 226/5
226/15 226/16 226/25 240/11 248/22
248/23 249/10 249/10
**homes [1]** 240/11
**honest [1]** 258/25
**Honor [46]** 176/12 178/9 179/23 182/7
182/16 182/20 184/19 184/21 185/16
185/17 186/10 186/18 186/22 187/5
187/7 187/20 203/10 203/20 204/17
205/12 207/20 208/12 208/20 208/25
221/14 222/16 223/13 223/21 228/19
237/20 238/2 238/13 257/16 257/20
259/2 259/10 259/19 260/24 262/22
262/24 265/8 265/10 266/14 266/23
266/25 267/2
**HONORABLE [1]** 169/11
**hope [4]** 172/6 182/24 198/12 213/3
**hopefully [2]** 224/17 231/16
**Hoping [1]** 214/7
**Hosea [2]** 190/11 190/13
**hospital [8]** 188/19 188/21 188/22
188/23 188/24 188/25 189/2 189/3
**hour [1]** 204/24
**hours [3]** 242/1 258/9 258/10
**house [12]** 190/15 216/22 216/23
249/6 249/13 249/14 249/16 249/17
249/18 249/23 250/1 251/20
**how [34]** 177/5 177/7 178/4 184/6
185/2 185/10 188/14 192/13 195/17
196/11 198/1 199/2 200/23 204/3 204/6
205/3 205/16 206/11 209/2 220/6
223/19 236/25 237/8 241/20 241/22
247/10 257/14 257/22 259/8 259/19
259/21 261/3 261/3 262/14
**however [1]** 1/7
**Hueneme [2]** 246/19 248/21
**HUGHES [1]** 170/21
**huh [6]** 210/3 210/12 211/21 212/2
214/6 227/24
**hunted [1]** 217/3

**I**

**I'd [11]** 179/23 184/21 188/16 191/18
192/20 198/9 200/2 204/5 226/15
252/12 263/5
**I'll [19]** 176/14 178/11 183/12 189/4
197/25 207/12 210/25 211/1 224/15
229/14 233/1 233/5 233/19 237/15
250/3 252/9 260/22 263/3 263/8
**I'm [96]** 172/13 172/14 172/23 173/6
175/7 175/17 176/21 176/22 177/7
177/18 178/12 179/3 179/5 179/19
179/21 181/12 181/19 181/24 182/8
183/5 184/3 184/13 184/16 186/5 187/1
187/1 187/6 188/20 196/2 202/9 202/9
203/17 204/11 205/3 206/4 208/16
208/20 209/7 209/11 209/15 210/8
210/13 211/15 211/15 214/18 214/25
215/3 215/10 215/10 216/13 217/15
217/18 218/17 221/20 221/23 222/8
222/13 223/2 224/6 225/2 225/3 225/6
225/8 227/10 229/5 230/12 231/10
231/13 231/14 231/15 231/15 231/25
233/25 237/14 238/21 239/2 239/8
239/9 239/23 245/20 246/6 252/18
252/22 253/7 254/19 254/22 255/2
255/6 255/7 255/9 255/12 259/10
260/21 264/19 265/16 267/15

278

**I**

**I've [19]** 181/3 189/8 197/21 198/3
198/12 204/10 206/10 206/18 215/13
219/17 221/21 242/15 248/6 248/17
249/12 251/20 251/22 252/8 257/10
**ID [1]** 177/11
**identical [1]** 213/10
**imagine [4]** 172/24 173/5 174/8 177/8
**immediately [3]** 186/14 202/24 257/25
**impact [2]** 195/11 263/2
**impacted [1]** 259/20
**impacts [1]** 263/23
**implement [1]** 211/12
**importance [1]** 247/23
**important [7]** 199/4 199/14 200/1
200/1 210/4 212/25 239/17
**inadmissibility [1]** 238/10
**INC [2]** 169/3 169/7
**incorporated [1]** 265/17
**indicate [2]** 178/18 208/23
**individual [8]** 212/20 212/21 234/10
247/18 251/2 253/12 254/1 256/1
**individually [1]** 214/22
**individuals [8]** 195/16 212/16 234/2
234/5 234/6 234/8 258/17 258/19
**inequality [1]** 199/17
**infantry [3]** 192/4 192/5 256/25
**information [11]** 201/18 216/6 231/12
240/10 244/24 246/15 246/18 246/18
247/25 248/9 264/14
**informed [1]** 258/1
**initial [2]** 194/8 194/9
**injunction [2]** 214/15 214/16
**instead [1]** 227/21
**institutions [4]** 172/18 172/21 176/7
176/9
**insult [1]** 249/13
**insulted [1]** 249/15
**insurance [7]** 172/23 173/8 173/25
175/5 175/9 175/20 251/22
**intend [3]** 194/12 196/14 247/21
**intent [9]** 178/10 197/10 197/11 198/3
247/4 260/2 260/9 260/10 261/10
**intent/resignation [1]** 198/3
**interact [1]** 190/24
**interaction [1]** 190/22
**interactions [1]** 190/16
**interest [3]** 210/6 234/7 234/12
**interested [1]** 180/4
**interrupting [1]** 202/20
**intervening [1]** 196/16
**INTERVENOR [1]** 170/17
**intimidated [4]** 181/6 254/17 254/19
255/19
**intimidating [3]** 254/12 254/13 254/16
**invading [1]** 177/4
**investigation [1]** 253/4
**invited [2]** 237/22 238/14
**involved [6]** 208/18 208/23 213/9
257/14 257/22 261/3
**involves [2]** 259/23 263/11
**involving [1]** 259/24
**irrelevant [1]** 260/16
**is [212]**
**isn't [3]** 176/5 225/9 267/6
**issue [5]** 206/20 209/4 209/4 225/21
259/20

**issued [5]** 193/9 217/7 217/23 219/12
224/3
**it [260]**
**it'd [1]** 206/9
**it's [43]** 176/17 178/20 183/5 184/1
184/1 184/5 184/15 185/14 200/1 202/4
207/8 210/14 211/5 212/19 221/1 221/8
221/19 224/13 224/23 233/16 233/19
237/24 238/5 238/7 242/8 245/23
246/25 249/20 250/3 250/5 250/10
250/24 251/23 251/23 252/2 252/21
252/23 253/22 257/1 257/4 257/4
260/16 266/13
**its [2]** 194/12 254/6

**J**

**JACOB [1]** 170/7
**JAKE [2]** 170/15 206/5
**James [2]** 236/2 236/4
**JANE [1]** 169/4
**January [2]** 220/16 240/15
**January 1st [1]** 240/15
**January 5th [1]** 220/16
**JENNIFER [1]** 170/19
**job [5]** 196/4 196/8 198/5 198/6 198/6
**JOCELYN [1]** 169/3
**John [1]** 190/11
**Johnson [6]** 189/14 235/20 235/21
235/21 235/22 235/24
**join [1]** 191/20
**joined [1]** 191/21
**JONES [1]** 169/11
**JSETS [1]** 193/23
**judge [49]** 169/12 172/5 180/24 181/1
182/1 182/8 185/5 185/6 204/22 205/20
206/18 207/17 208/3 208/4 209/9
210/17 211/5 213/25 215/19 221/18
222/18 223/24 224/21 228/16 228/24
229/11 237/15 238/5 238/6 238/25
239/6 239/11 239/16 239/19 240/3
242/15 242/18 242/22 243/23 244/15
244/17 245/12 245/20 250/5 252/6
252/14 259/16 260/14 268/6
**judicial [3]** 266/17 266/18 267/25
**JUDY [1]** 170/20
**Julian [1]** 190/12
**July [1]** 196/1
**jumped [1]** 202/25
**just [93]** 175/3 176/18 180/17 180/21
183/3 183/5 184/18 184/21 185/3
185/21 186/21 186/23 186/24 187/2
188/11 188/17 189/4 190/21 194/2
194/14 195/22 198/24 199/8 199/20
201/21 204/15 207/2 207/11 209/12
209/15 209/19 210/13 211/8 211/15
212/19 212/23 212/24 213/11 213/16
214/11 214/13 215/15 215/20 217/21
221/16 223/15 224/13 224/24 225/4
226/14 228/9 229/19 231/10 232/1
232/2 232/10 234/14 234/18 234/20
239/24 240/3 240/5 244/17 247/6
249/20 250/3 250/20 251/17 252/2
252/3 252/6 252/14 252/19 253/22
253/24 253/25 255/7 255/15 256/8
256/13 257/10 259/10 262/22 262/25
263/3 263/6 266/3 266/7 267/9 267/11
267/17 267/17 268/8
**JUSTICE [1]** 170/21

**K**

**keep [5]** 182/4 245/18 254/21 254/21
263/3
**Kemp [3]** 183/10 185/2 185/10
**kept [1]** 227/20
**kickback [1]** 225/16
**killed [1]** 189/10
**kind [4]** 190/3 222/14 251/17 257/7
**kindly [1]** 215/16
**kinds [1]** 177/9
**King [2]** 190/12 190/14
**knew [3]** 226/20 227/7 247/13
**knocked [10]** 249/6 249/12 249/21
250/7 250/21 251/3 253/13 254/1
255/16 255/19
**know [59]** 176/25 177/11 177/13 180/6
183/12 184/6 186/2 190/21 204/17
209/19 210/8 210/8 214/20 214/24
214/25 215/1 215/23 216/1 216/2
219/16 220/6 224/14 226/18 226/24
229/9 231/10 231/11 231/21 232/17
234/6 234/6 234/8 234/9 234/22 236/9
236/14 239/24 240/6 243/4 244/18
247/12 247/14 247/21 247/22 248/1
248/16 248/17 248/20 251/5 252/24
253/2 255/12 256/1 257/4 258/6 258/22
259/8 262/13 267/8
**knowledge [9]** 199/6 222/1 223/11
223/19 235/5 235/8 235/11 236/6
247/19
**known [1]** 234/7
**knows [2]** 205/9 224/12
**Korea [1]** 192/9
**Korean [3]** 189/8 189/9 189/10

**L**

**lack [1]** 223/8
**laid [6]** 207/21 213/11 215/16 222/17
227/11 232/2
**last [6]** 172/25 195/20 197/22 202/5
236/13 247/6
**lastly [1]** 192/10
**later [4]** 175/12 179/15 221/10 225/22
**law [15]** 170/9 178/22 180/3 180/10
187/17 213/10 224/14 228/1 228/1
228/2 230/18 232/16 256/7 260/3
261/17
**LAWRENCE [10]** 170/4 170/5 183/25
205/3 205/6 252/11 262/14 266/24
268/5 268/21
**LAWRENCE-HARDY [2]** 170/4 205/6
**lawsuit [16]** 202/13 202/15 202/16
212/3 212/10 257/13 257/13 257/14
257/22 259/4 259/13 259/22 259/23
259/24 260/11 261/4
**lawyer [1]** 177/21
**lay [3]** 222/18 252/22 264/15
**layer [1]** 253/4
**layering [1]** 254/21
**lead [1]** 260/12
**leader [2]** 192/5 192/5
**leadership [1]** 192/4
**leads [2]** 221/20 222/14
**learn [1]** 205/16
**learning [1]** 202/12
**lease [6]** 177/12 197/21 197/21 197/23
197/23 243/9

**L**

**least [2]** 177/13 203/3
**leave [1]** 196/8
**Ledger [1]** 181/11
**Ledger-Enquirer [1]** 181/11
**left [6]** 195/12 203/23 246/7 246/9
248/20 251/13
**legal [10]** 177/8 209/1 209/2 209/2
258/7 258/11 258/14 259/24 261/8
261/12
**legitimate [4]** 229/13 229/14 251/10
251/10
**LESLIE [1]** 170/9
**less [1]** 254/15
**let [31]** 175/3 179/25 183/11 184/25
186/15 204/14 205/2 207/3 211/1 211/1
215/19 217/21 222/20 222/21 223/15
226/17 228/17 238/24 239/24 240/6
242/16 243/4 247/6 247/12 252/21
253/24 265/1 266/5 266/9 266/10 268/1
**let's [15]** 182/24 182/25 183/18 186/5
186/23 188/17 203/8 203/9 204/25
223/15 232/7 234/3 241/24 252/9 268/1
**letter [1]** 198/3
**level [2]** 202/3 258/17
**Lewis [1]** 190/11
**license [8]** 177/10 193/7 193/9 194/22
194/23 196/19 227/3 227/6
**life [7]** 185/14 190/23 192/21 200/1
248/10 256/13 256/22
**life-threatening [1]** 185/14
**like [37]** 174/13 176/23 177/1 179/23
180/12 180/15 182/17 182/21 186/1
188/16 191/18 192/20 198/9 200/2
204/5 204/14 206/19 207/18 209/16
212/16 218/13 220/11 252/12 255/21
256/8 256/13 256/14 256/14 261/16
263/5 264/5 265/4 265/10 266/7 267/9
267/12 268/5
**line [5]** 1/6 227/19 237/22 257/23
259/21
**lines [1]** 207/25
**link [1]** 183/4
**lips [1]** 256/25
**list [21]** 239/11 239/13 263/3 263/11
263/12 263/14 263/18 263/19 264/20
265/11 265/12 265/15 265/16 267/6
267/8 267/9 267/15 267/17 268/13
268/14 268/16
**listed [1]** 231/2
**listen [5]** 219/18 238/20 238/20 238/20
239/2
**little [10]** 185/19 185/22 189/24 198/9
204/15 206/9 215/7 215/11 239/9
258/24
**live [21]** 181/7 192/22 194/12 196/14
212/22 213/18 219/7 221/8 225/21
239/9 240/25 241/17 244/10 245/5
250/22 252/5 253/6 253/13 253/14
253/20 255/22
**lived [13]** 190/5 190/5 219/13 249/3
249/7 249/12 249/21 249/25 250/9
251/4 251/15 253/3 255/20
**living [5]** 177/13 189/3 189/11 197/20
250/13
**LLC [1]** 170/5
**LLP [2]** 170/9 170/15

**loan [6]** 173/23 175/10 175/11 173/21
175/5 175/9
**local [8]** 200/5 200/5 200/8 215/13
216/2 216/5 216/8 265/21
**located [4]** 173/16 173/16 243/18
261/17
**location [1]** 251/10
**locations [1]** 242/2
**logged [1]** 173/21
**logistic [1]** 265/13
**logistical [2]** 262/23 265/14
**long [8]** 181/1 196/11 198/6 204/9
229/9 229/13 248/18 260/22
**long-term [1]** 198/6
**longer [2]** 198/1 220/7
**look [17]** 177/9 207/3 207/6 209/12
209/20 240/6 240/12 243/3 246/25
265/23 265/24 266/25 267/22 268/1
265/8 268/7 268/19
**looked [1]** 247/15
**looking [7]** 176/8 177/2 190/3 211/17
247/25 248/2 267/15
**looks [2]** 207/4 209/14
**lose [1]** 256/11
**lost [3]** 202/8 202/10 202/11
**lot [8]** 184/6 191/1 191/1 191/2 199/17
199/18 234/17 250/19
**lower [1]** 190/2
**Loza [1]** 240/19
**lunch [1]** 172/6
**Luther [1]** 190/12

**M**

**Madam [1]** 224/21
**made [15]** 197/15 199/12 214/15
217/16 226/10 235/6 235/12 235/17
235/24 236/4 236/7 236/9 238/22
254/24 257/10
**mail [1]** 202/23
**mailed [3]** 223/14 223/17 223/20
**mailing [14]** 173/20 173/24 174/8
174/9 174/15 174/16 174/18 175/1
175/1 175/6 175/21 176/6 176/25
177/17
**major [2]** 191/13 195/25
**majority [4]** 189/17 190/9 190/19
257/14
**make [42]** 175/3 176/19 180/17 183/4
185/22 186/11 186/17 186/24 195/22
196/7 196/10 197/15 198/24 200/7
202/13 206/20 213/22 217/1 217/24
226/4 231/21 234/20 239/12 239/16
239/17 249/2 249/5 251/4 251/16 253/7
253/14 254/3 254/4 254/6 254/14
254/14 254/17 255/11 256/4 257/23
260/20 267/12
**maker [1]** 201/3
**makes [2]** 231/21 239/1
**making [7]** 213/25 229/13 229/14
234/18 238/12 245/19 260/23
**man [2]** 249/16 250/17
**manner [2]** 213/20 245/17
**many [5]** 174/16 174/21 192/13 195/17
204/8
**MARCOS [2]** 170/8 187/16
**Marines [1]** 248/12
**Mark [3]** 184/23 235/15 235/17
**Martin [1]** 190/11

**matching [1]** 175/4
**matter [5]** 238/8 238/9 263/2 263/4
269/11
**mattered [1]** 211/20
**matters [1]** 262/23
**may [38]** 1/2 1/4 172/3 173/20 176/9
176/10 176/23 177/2 180/3 180/7
180/14 180/15 185/3 186/4 196/9
205/25 207/8 207/9 208/3 213/9 223/23
225/9 228/16 239/25 240/1 242/24
247/18 263/14 264/10 264/20 265/12
265/19 267/5 267/6 267/10 267/13
268/9 268/15
**May 25th [1]** 268/15
**May 4th [1]** 225/9
**maybe [6]** 176/17 179/10 185/19
185/21 222/3 247/21
**McCLAFFERTY [1]** 170/5
**McNeal [1]** 189/22
**McPherson [4]** 188/19 188/21 188/22
188/23
**McQUEEN [5]** 170/8 171/7 187/17
239/4 240/2
**me [132]**
**mean [11]** 175/7 179/13 194/15 201/20
208/18 208/18 226/23 233/14 237/17
259/18 259/22
**means [1]** 247/1
**meant [2]** 229/1 245/21
**measured [1]** 194/6
**MECHANICAL [1]** 169/20
**media [3]** 252/3 253/5 253/5
**medic [1]** 189/12
**medical [1]** 184/23
**medium [4]** 235/7 235/13 235/25 236/5
**meet [2]** 266/6 266/11
**meetings [1]** 191/1
**MELLETT [1]** 170/20
**members [3]** 189/6 199/12 261/8
**memory [8]** 206/22 207/8 207/21
207/21 209/4 209/8 230/9 258/17
**mentally [3]** 202/7 213/6 214/19
**mentioned [2]** 180/5 190/18
**mere [2]** 248/11 256/6
**meters [1]** 256/17
**method [2]** 200/16 259/3
**methodically [1]** 224/6
**MICHAEL [1]** 170/13
**MICHELLE [1]** 170/5
**middle [2]** 190/2 190/5
**might [7]** 176/23 186/12 224/14 246/10
261/7 262/24 263/2
**Mike [1]** 240/19
**mile [1]** 190/15
**miles [1]** 190/15
**military [14]** 188/24 188/25 189/7
191/14 191/15 191/16 191/19 191/25
192/14 199/13 199/15 199/18 248/16
250/17
**mind [2]** 188/14 258/7
**mine [3]** 201/6 217/2 243/13
**mines [1]** 201/8
**ministers [1]** 190/10
**minor [1]** 191/14
**minute [7]** 202/7 204/23 204/25 232/25
233/1 233/18 266/23
**minutes [8]** 182/25 183/2 183/2 183/3
183/5 184/18 201/16 230/23

**M**

**mischaracterized [3]** 229/25 230/2 230/4
**mischaracterizes [2]** 228/13 228/21
**misdirected [2]** 216/4 231/8
**missed [1]** 196/5
**missent [1]** 232/14
**missing [1]** 248/13
**Mississippi [3]** 241/25 242/4 242/8
**mistaken [1]** 212/4
**misunderstood [1]** 222/3
**MOCINE [3]** 170/8 171/7 187/17
**MOCINE-McQUEEN [3]** 170/8 171/7 187/17
**modernization [1]** 196/6
**modernize [1]** 196/7
**moment [5]** 173/3 186/21 189/5 201/23 204/3
**month [2]** 197/21 197/21
**months [3]** 192/9 192/15 197/22
**more [14]** 188/11 206/10 215/11 222/15 226/12 232/6 237/10 249/2 252/8 252/18 254/22 258/10 263/12 268/8
**morning [4]** 185/14 185/25 186/14 262/25
**MORRISON [1]** 170/8
**most [3]** 174/13 190/10 242/3
**motion [2]** 264/18 266/17
**move [8]** 176/1 180/25 186/14 231/16 232/7 241/4 257/8 260/21
**moved [12]** 176/4 192/24 216/7 216/11 225/13 240/22 241/4 241/6 247/8 247/16 248/2 252/24
**movement [1]** 191/2
**movements [1]** 199/5
**Mr [12]** 171/5 171/7 171/8 172/4 187/9 201/23 206/3 207/14 232/6 239/2 260/20 268/21
**Mr. [98]** 172/13 182/2 182/3 182/4 182/10 182/17 184/23 187/8 187/21 188/9 188/16 188/18 188/25 189/5 189/15 191/7 191/12 191/18 192/14 192/20 193/10 193/14 194/17 197/8 198/1 198/5 198/9 198/15 199/2 200/2 200/17 201/11 202/12 202/15 203/6 203/14 203/23 204/20 205/2 205/6 205/13 205/25 206/19 207/6 207/15 207/23 208/13 209/11 209/19 221/15 222/1 223/11 223/18 224/11 228/1 228/14 228/22 229/8 229/25 230/1 230/2 230/3 230/5 230/6 235/12 235/24 236/4 236/21 237/13 239/2 239/4 239/8 240/2 240/5 240/9 243/3 244/1 244/4 244/22 245/17 245/25 252/11 257/22 259/8 259/13 259/25 260/2 260/6 260/18 261/4 262/14 262/16 264/10 264/10 264/13 264/18
**Mr. Austin [1]** 236/21
**Mr. Berson [7]** 172/13 182/3 182/4 182/10 182/17 260/2 260/6
**Mr. Evans [16]** 182/2 205/19 205/25 207/5 207/23 222/13 224/11 229/8 237/13 239/2 245/17 259/8 259/13 259/25 260/18 264/10
**Mr. Gamaliel [1]** 187/8

**Mr. James [1]** 236/4
**Mr. Mark [1]** 184/23
**Mr. McQueen [2]** 239/4 240/2
**Mr. Raffensperger's [1]** 264/18
**Mr. Ron [1]** 235/24
**Mr. Somerville [1]** 235/12
**Mr. Turner [58]** 187/21 188/9 188/16 188/18 188/25 189/5 189/15 191/7 191/12 191/18 192/14 192/20 193/10 193/14 194/17 197/8 198/1 198/5 198/9 198/15 199/2 200/2 200/17 201/11 202/12 202/15 203/6 203/14 203/23 204/20 206/19 207/5 208/13 209/11 209/19 221/15 222/1 223/11 223/18 228/1 228/14 229/25 230/1 230/2 230/3 230/5 230/6 239/8 240/5 240/9 243/3 244/1 244/4 244/22 245/25 257/22 261/4 262/16
**Mr. Turner's [1]** 228/22
**Mr. Wynne [7]** 205/2 205/6 205/13 252/11 262/14 264/10 264/13
**Ms [1]** 205/6
**Ms. [20]** 183/10 183/25 185/2 185/2 185/10 185/10 205/3 235/4 252/11 262/12 262/14 264/3 264/4 264/7 265/11 266/24 267/6 268/5 268/15 268/21
**Ms. Catherine [1]** 235/4
**Ms. Frances [2]** 264/3 268/15
**Ms. Kemp [3]** 183/10 185/2 185/10
**Ms. Lawrence-Hardy [7]** 183/25 205/3 252/11 262/14 266/24 268/5 268/21
**Ms. Watson [4]** 264/4 264/7 265/11 267/6
**Ms. Wright [3]** 185/2 185/10 262/12
**much [3]** 198/1 241/20 256/23
**Mugu [1]** 246/4
**multiple [1]** 224/3
**municipal [1]** 200/8
**Muscogee [31]** 173/5 173/8 173/11 173/14 173/17 174/1 174/3 174/6 174/14 174/20 174/22 174/23 174/24 175/5 175/10 193/13 193/17 198/14 201/9 212/22 217/3 218/8 218/10 218/14 218/21 221/4 221/5 226/5 251/20 251/25 256/16
**Muscogee County [3]** 251/20 251/25 256/16
**my [177]**
**myself [3]** 178/16 222/15 237/15

**N**

**NAACP [1]** 261/8
**name [34]** 180/5 187/22 187/22 187/25 188/12 188/13 190/22 201/25 206/5 215/3 216/7 219/16 227/15 227/16 231/2 232/19 232/20 233/14 233/15 233/22 234/5 236/12 236/13 243/10 243/12 244/8 245/3 245/4 246/7 246/8 246/9 258/20 265/1 268/16
**named [3]** 234/10 235/22 236/16
**names [2]** 258/16 261/16
**narrative [5]** 221/19 222/2 222/13 222/14 224/7
**nation [1]** 248/20
**National [4]** 215/23 216/10 225/13 231/19
**nature [4]** 209/1 251/18 251/19 261/8

**Navy [1]** 193/22
**NCOA [6]** 211/10 212/16 212/16 212/18 237/8 264/14
**necessarily [1]** 225/9
**need [21]** 184/2 185/1 201/19 220/11 221/6 222/15 223/23 229/5 242/5 245/17 253/24 256/20 258/5 262/12 262/13 263/22 264/11 264/15 265/6 265/25 268/3
**needed [5]** 219/14 219/23 223/7 250/16 258/7
**needs [3]** 206/25 223/1 267/22
**neighbor [2]** 256/14 256/16
**neighborhood [2]** 190/2 190/9
**neighbors [1]** 190/21
**never [21]** 197/14 202/4 213/2 213/2 217/12 226/16 234/7 234/7 234/12 235/3 235/6 235/9 235/12 235/15 235/17 235/20 235/24 236/2 236/4 256/15 256/22
**new [4]** 184/4 218/3 221/7 265/17
**newer [1]** 177/12
**next [12]** 182/19 187/5 192/7 195/15 201/21 203/13 233/4 239/5 265/13 265/14 266/15 266/16
**NKWONTA [1]** 170/6
**no [93]** 175/11 177/22 178/1 178/3 180/9 182/1 184/15 187/1 193/3 194/19 194/21 194/24 195/2 195/13 196/4 196/18 196/20 196/22 196/24 197/14 197/17 198/7 199/1 199/19 201/22 203/12 204/2 206/17 207/21 207/25 210/6 210/9 210/23 211/22 212/8 213/13 216/21 217/9 218/6 218/25 219/1 219/3 220/4 220/7 220/15 220/18 220/22 220/22 222/23 223/9 223/11 223/18 223/19 223/24 224/8 224/13 229/17 230/19 231/13 232/12 232/14 232/21 233/14 233/19 233/20 234/7 234/14 234/24 235/2 235/16 235/25 242/18 243/22 245/20 247/13 248/10 248/10 249/4 249/14 250/16 250/24 251/24 251/24 252/3 252/14 253/9 253/24 254/4 254/6 255/21 258/21 258/25 259/22
**nobody [1]** 196/8
**nonacceptance [1]** 199/18
**none [3]** 218/1 232/1 232/4
**North [1]** 261/19
**NORTHERN [5]** 169/1 266/12 267/18 269/4 269/7
**not [208]**
**note [1]** 184/21
**nothing [4]** 211/20 230/24 237/10 248/9
**notice [4]** 181/17 266/17 266/18 267/25
**noticed [1]** 201/4
**November [3]** 217/6 217/23 225/16
**November 18th [1]** 217/6 217/23 225/16
**now [31]** 185/5 197/19 198/9 200/2 201/19 202/9 204/6 209/11 212/7 219/4 221/23 222/8 226/7 230/23 232/2 233/9 233/13 233/15 238/12 240/25 241/20 257/2 258/24 258/25 259/13 262/16 266/5 266/21 267/9 267/16 268/1
**nuances [1]** 255/11

**N**

**number [8]** 1/5 1/6 169/6 195/20 201/14 224/2 268/8 268/15
**Number 1 [1]** 224/2
**Number 4 [1]** 195/20

**O**

**object [6]** 229/9 229/13 237/15 259/2 260/22 267/2
**objected [2]** 228/24 264/25
**objecting [2]** 238/18 238/21
**objection [18]** 176/12 178/9 179/23 180/19 180/20 207/17 207/18 222/21 222/21 228/18 229/16 229/21 229/23 230/25 238/11 239/1 257/16 260/23
**objections [5]** 229/6 229/13 229/14 263/16 263/17
**obviously [1]** 207/25
**occurred [1]** 223/10
**OCTOBER [5]** 169/13 172/2 194/9 246/13 269/13
**October 18th [1]** 246/13
**October 2019 [1]** 194/9
**off [4]** 183/8 187/10 215/17 262/24
**offer [1]** 180/9
**offering [1]** 242/17
**office [4]** 185/8 201/11 222/23 227/15
**officer [3]** 192/1 192/2 192/4
**official [18]** 1/1 1/2 1/3 1/7 169/22 174/18 181/22 215/25 221/2 228/10 248/10 250/10 250/24 251/19 251/23 251/25 269/6 269/17
**officials [3]** 221/15 228/2 230/18
**often [3]** 173/6 199/2 241/22
**Oh [1]** 237/15
**okay [48]** 175/24 179/7 180/24 181/1 182/24 183/1 183/5 183/9 183/13 185/17 187/9 192/18 194/17 194/25 195/22 198/9 202/20 203/18 204/9 204/24 205/11 205/17 206/23 207/12 208/9 208/11 210/24 214/12 217/20 219/20 221/7 224/25 225/20 229/18 230/20 233/2 233/5 234/5 239/19 242/14 244/1 245/22 248/14 252/10 252/14 255/10 255/25 260/23
**old [7]** 188/14 188/15 214/20 215/1 215/8 221/3 226/3
**older [1]** 177/12
**oldest [1]** 190/18
**once [10]** 183/11 184/4 188/11 207/4 209/14 216/7 221/3 223/5 226/4 226/14
**one [54]** 172/25 173/10 175/18 177/11 177/12 177/12 184/13 185/7 194/4 196/3 196/12 197/10 199/21 202/1 207/15 211/19 212/9 214/18 215/8 216/7 216/20 216/21 216/21 228/25 229/15 230/12 232/6 242/15 242/22 243/16 245/13 245/19 245/15 247/6 248/17 249/10 249/10 249/25 253/5 257/9 258/11 260/22 261/11 261/18 261/22 261/25 263/2 263/4 263/8 263/13 265/11 266/22 268/8
**one-year [1]** 194/4
**ones [4]** 175/21 216/9 268/2 268/2
**online [1]** 245/9
**only [25]** 1/2 1/6 175/18 175/22 176/3 181/22 195/13 196/2 199/22 203/1

269/2 203/23 207/7 207/18 211/8 211/19 216/3 227/1 247/20 249/10 249/10 257/1 257/9 262/12 264/17 265/3
**open [4]** 172/17 172/21 179/10 186/20
**opened [5]** 208/4 210/21 238/1 238/13 265/5
**operate [2]** 185/2 262/15
**opportunity [15]** 181/17 199/3 199/4 202/16 202/17 202/19 206/12 208/6 209/19 211/9 212/21 215/9 215/12 254/25 255/13
**opposed [1]** 233/22
**opposite [1]** 197/17
**option [2]** 194/5 195/20
**order [15]** 196/6 206/10 206/18 211/8 212/18 212/22 212/24 213/11 213/16 224/3 263/15 265/19 266/7 266/12 267/21
**organization [1]** 234/1
**organizations [1]** 261/9
**organizer [2]** 180/3 180/13
**organizing [2]** 179/9 179/13
**original [1]** 180/13
**originate [1]** 174/19
**originated [2]** 173/11 180/16
**other [29]** 175/21 184/13 185/4 185/5 189/6 192/7 193/2 194/1 195/5 199/7 199/12 199/12 210/9 213/5 214/2 214/17 214/18 227/3 230/25 232/15 245/18 245/19 251/21 252/2 252/3 253/4 257/9 258/9 261/5
**others [2]** 202/10 256/13
**our [14]** 182/22 184/7 194/5 211/5 223/25 239/11 242/19 244/19 250/18 263/3 263/16 263/18 263/19 265/11
**out [49]** 178/8 178/8 178/13 178/15 178/15 178/16 178/16 179/9 179/17 180/7 184/24 185/2 185/6 185/6 194/20 195/12 196/1 196/2 196/23 201/24 202/25 205/3 213/11 215/16 217/2 227/11 230/11 232/2 234/25 238/5 238/7 249/3 249/21 249/25 250/8 250/8 250/22 250/22 251/3 251/4 253/3 253/7 253/13 254/2 255/22 257/10 260/3 261/19 265/1
**outside [4]** 177/4 247/25 261/9 261/18
**over [9]** 174/16 182/23 192/6 214/20 215/1 216/13 220/24 225/10 251/19
**overall [2]** 191/4 194/5
**overlay [1]** 224/7
**overnight [1]** 262/17
**overrule [2]** 176/15 224/15
**oversight [1]** 242/1
**overview [2]** 194/24 243/8
**own [6]** 181/22 189/15 193/5 199/15 238/18 249/10
**owned [1]** 251/21
**owner [2]** 240/13 240/13

**P**

**P.M [2]** 252/7 252/7
**page [4]** 1/5 171/2 239/21 240/12
**Page 10 [1]** 239/21
**pages [1]** 269/9
**paid [3]** 202/25 242/9 242/11
**PAIKOWSKY [1]** 170/19
**Pardon [1]** 268/12
**part [13]** 199/9 199/9 210/4 211/22

245/7 223/8 226/2 226/2 232/7 245/13 245/15 248/12 264/19
**partial [1]** 1/8
**particular [15]** 191/22 199/22 201/2 210/6 210/10 211/19 212/17 213/1 213/6 214/8 250/13 252/20 254/19 258/12 264/5
**party [1]** 208/5
**pass [1]** 204/18
**passed [1]** 189/10
**past [2]** 202/8 262/13
**patience [1]** 186/25
**pause [4]** 203/9 203/16 205/5 233/3
**pay [4]** 195/3 195/5 196/25 197/2
**PDF [1]** 1/1
**peer [1]** 256/14
**pending [1]** 213/25
**people [14]** 184/6 190/7 190/9 190/18 190/20 199/7 204/8 209/16 234/10 238/3 248/15 253/9 261/13 261/14
**percent [1]** 173/6
**Perfect [1]** 186/18
**performance [1]** 194/5
**perhaps [1]** 209/5
**period [1]** 1/4
**periods [1]** 196/16
**Perkins [5]** 178/23 178/24 179/21 180/10 258/20
**Perkins Coie [4]** 178/23 179/21 180/10 258/20
**permanent [1]** 198/6
**permanently [2]** 177/13 177/13
**person [12]** 176/8 176/23 177/2 184/10 213/15 236/20 236/20 247/7 247/16 247/25 248/5 248/7
**personal [7]** 188/17 189/4 202/3 222/1 223/11 223/19 250/24
**personally [12]** 190/16 190/25 204/10 213/2 215/1 216/6 220/5 231/12 247/22 248/1 252/24 253/2
**personnel [2]** 195/11 195/25
**phone [10]** 172/24 173/1 173/1 173/4 174/3 175/5 175/10 201/14 220/9 221/7 221/25 222/5 262/1
**pick [3]** 215/7 227/5 262/1
**picked [5]** 199/13 261/22 261/23 261/24 261/25
**picture [4]** 246/4 246/4 246/5 248/11
**piece [5]** 210/4 212/25 213/7 226/2 248/12
**pin [1]** 232/10
**pissed [2]** 249/11 249/19
**place [5]** 193/2 219/8 248/17 249/10 256/18
**plaintiff [1]** 264/25
**plaintiffs [8]** 169/5 170/3 182/21 187/4 187/7 187/18 229/12 265/18
**plaintiffs' [8]** 207/3 207/4 247/5 247/15 263/14 268/10 268/13 268/14
**plan [4]** 198/1 263/18 266/16 266/16
**planning [1]** 191/2
**plans [2]** 197/15 197/17
**platoon [2]** 192/5 192/5
**play [2]** 199/15 255/12
**please [4]** 187/13 215/19 219/7 232/17
**PLLC [1]** 170/14
**PM [4]** 169/10 183/16 205/23 268/24
**point [13]** 185/1 221/17 225/20 229/5 231/5 234/25 235/10 243/16 245/17

**P**

**point...** [4] 246/10 262/8 265/13 265/14
**polling** [1] 256/18
**Port** [2] 246/19 248/21
**portion** [1] 1/4
**position** [3] 242/9 242/10 266/2
**possibility** [3] 199/21 203/4 265/4
**possible** [4] 202/2 224/13 257/24 258/12
**post** [4] 246/10 246/11 246/12 246/14
**Postal** [5] 215/24 221/1 225/14 225/16 228/10
**postmen** [1] 190/10
**potentially** [1] 177/4
**POWELL** [1] 170/13
**prayer** [1] 213/3
**preface** [1] 225/3
**prefer** [1] 207/14
**preparation** [1] 265/19
**present** [2] 241/18 241/19
**presentation** [1] 184/9
**presented** [4] 220/23 223/25 255/1 255/3
**presenting** [1] 260/8
**presently** [2] 189/3 189/13
**presuming** [1] 208/6
**pretrial** [5] 263/15 265/19 266/3 266/12 267/21
**pretty** [1] 239/10
**previous** [1] 231/7
**primaries** [1] 215/14
**primarily** [1] 201/2
**primary** [3] 200/9 217/15 219/3
**prior** [11] 178/23 178/24 179/1 203/6 203/25 204/14 213/24 213/25 231/1 231/3 234/11
**privacy** [1] 177/5
**privy** [2] 191/5 231/14
**probably** [13] 172/24 183/21 184/1 184/1 184/8 184/9 184/13 185/19 193/25 208/23 211/16 214/17 247/7
**problem** [19] 184/15 201/4 216/9 216/21 217/17 217/19 219/3 226/7 228/3 228/5 233/11 250/13 252/14 253/22 254/20 255/24 257/5 257/6 258/2
**procedures** [1] 259/24
**proceed** [1] 205/25
**proceedings** [7] 169/10 169/20 203/16 205/5 233/3 268/23 269/9
**process** [8] 196/4 204/8 226/1 226/7 227/10 227/25 232/3 256/6
**processing** [1] 221/16
**PRODUCED** [1] 169/21
**product** [2] 209/24 212/1
**profile** [1] 248/3
**progress** [1] 183/21
**Progressive** [1] 175/19
**prohibited** [1] 1/7
**proper** [2] 207/20 229/22
**property** [2] 193/5 197/5
**proposal** [1] 183/18
**propose** [1] 225/8
**protocol** [1] 211/11
**provide** [3] 201/18 264/25 267/3
**provided** [5] 177/9 206/13 266/8 267/23 267/24

**providers** [1] 173/6
**providing** [1] 254/23
**PTSD** [1] 202/2
**public** [4] 240/10 249/3 251/18 253/4
**publicly** [4] 243/20 244/12 246/22 266/17
**pun** [1] 199/19
**purchased** [1] 192/23
**purpose** [8] 191/4 196/6 250/11 251/5 254/6 254/10 255/21 255/22
**purposes** [2] 251/15 252/1
**pursuant** [1] 267/3
**push** [1] 251/11
**put** [10] 211/1 225/3 226/14 237/17 241/24 241/25 245/18 255/23 257/2 262/24
**putting** [1] 258/19

**Q**

**qualification** [1] 250/6
**quash** [1] 264/18
**question** [39] 176/14 178/11 179/4 205/2 210/8 211/15 217/21 219/19 221/20 222/14 222/22 224/16 225/4 226/17 227/4 227/7 229/3 229/22 229/22 230/8 231/25 232/1 232/10 232/23 233/4 233/13 238/19 239/5 244/18 247/24 248/6 249/25 250/1 251/11 251/24 253/11 254/18 254/21 259/21
**questioner** [1] 239/1
**questioning** [5] 204/11 207/16 237/23 256/20 259/21
**questions** [19] 177/19 181/21 182/1 188/16 192/20 198/10 203/23 207/11 209/1 210/16 210/18 229/7 232/6 234/17 249/24 252/8 252/19 259/5 259/12
**quick** [5] 239/10 240/6 260/14 260/21 267/1
**quickie** [1] 263/9
**quickies** [2] 263/5 263/6
**quickly** [2] 252/18 268/8
**quite** [3] 173/6 197/17 267/20

**R**

**Raffensperger** [4] 264/22 264/24 265/2 267/9
**Raffensperger's** [1] 264/18
**raise** [1] 187/12
**Ralph** [1] 190/12
**ranged** [1] 261/8
**Ranger** [1] 256/24
**rationale** [1] 253/23
**re** [2] 226/11 226/11
**re-register** [1] 226/11
**re-request** [1] 226/11
**reach** [4] 178/8 178/15 178/15 178/16
**reached** [3] 178/8 178/13 178/16
**reaction** [1] 201/24
**read** [17] 179/14 179/15 179/15 207/6 210/13 210/14 210/19 211/1 211/2 211/23 212/23 212/24 213/11 224/22 224/24 238/4 267/20
**ready** [11] 172/4 172/13 172/14 186/13 186/14 187/4 187/6 205/25 206/3 206/4 239/23
**really** [8] 184/6 231/25 238/25 244/23

**251/12 262/12 262/13 268/3**
**reask** [1] 253/24
**reason** [35] 181/18 181/19 181/20 181/23 195/25 206/14 211/12 212/4 212/5 212/6 212/11 212/12 217/8 217/24 218/5 218/9 218/22 219/1 220/17 220/21 221/11 225/5 228/7 228/8 230/16 232/13 236/23 243/21 244/13 245/1 245/9 246/23 247/3 251/12 255/11
**reasonable** [10] 176/8 176/17 176/23 177/1 247/7 247/16 248/1 252/21 252/23 265/24
**reasonably** [2] 177/2 248/1
**reasons** [1] 259/3
**rebut** [1] 208/6
**recall** [18] 172/19 173/3 173/13 174/4 174/7 174/12 176/3 178/20 178/21 181/15 206/11 208/14 209/6 212/18 213/9 220/13 233/16 265/16
**recalling** [1] 172/23
**receipt** [1] 202/24
**receipts** [1] 231/7
**receive** [18] 174/19 181/13 201/5 202/16 202/23 215/15 216/17 216/19 217/9 217/10 219/11 226/3 227/11 231/1 231/2 231/6 231/11 263/16
**received** [18] 176/7 201/6 201/8 202/21 214/3 214/5 216/7 218/15 218/18 218/21 219/6 221/9 221/25 225/19 225/23 226/1 231/4 263/17
**receiving** [1] 217/13
**recognize** [8] 240/14 243/5 243/10 243/14 244/4 244/22 245/25 246/8
**recollection** [3] 209/21 211/9 211/13
**recommend** [1] 261/6
**recommended** [1] 261/11
**record** [10] 175/3 180/18 183/8 187/11 187/24 234/18 238/8 247/7 251/20 253/25
**records** [1] 251/18
**recross** [3] 171/4 172/11 262/11
**Recross-Examination** [2] 171/4 172/11
**redirect** [2] 177/19 262/11
**reenter** [1] 231/12
**reference** [1] 242/19
**referenced** [2] 245/12 257/13
**references** [1] 244/24
**referencing** [1] 1/5
**referred** [1] 245/20
**reflect** [1] 229/4
**refresh** [6] 206/22 207/8 209/8 209/21 211/9 211/13
**refreshing** [1] 207/20
**refreshment** [1] 209/23
**regard** [3] 254/8 254/11 254/13
**regarding** [3] 178/19 181/14 259/12
**register** [4] 195/1 198/15 215/3 226/11
**registered** [19] 172/16 173/4 173/13 174/10 174/13 174/21 175/4 175/7 193/16 193/17 194/22 198/12 198/12 198/13 198/17 198/19 198/21 198/25 201/13
**registrar** [2] 201/9 257/25
**registrar's** [2] 201/11 227/15
**registration** [4] 194/25 196/21 210/1 210/2

**R**

registrations [1]  172/17
regular [3]  190/21 199/11 231/10
reissued [1]  218/4
related [1]  260/13
relates [2]  214/10 265/15
relevance [5]  178/9 257/17 259/3
259/5 259/22
relying [1]  264/22
remain [2]  182/13 229/19
remember [23]  174/11 175/12 179/16
180/5 180/12 180/14 181/11 207/24
208/1 208/19 208/24 212/23 212/24
213/12 213/14 236/12 258/16 258/17
258/18 258/18 258/19 261/16 261/16
remove [1]  183/19
renew [3]  195/14 195/18 195/23
renewal [1]  227/6
rent [2]  194/20 196/23
repeat [4]  182/8 217/21 218/11 224/16
repeated [1]  226/4
repeatedly [1]  227/14
reporter [8]  1/3 1/6 169/22 224/22
224/23 234/17 269/6 269/17
represent [5]  206/5 261/13 261/14
261/23 261/25
representation [1]  261/12
representative [4]  258/1 258/1 258/11
261/5
representatives [2]  258/14 260/3
represented [2]  258/22 258/23
request [13]  214/21 214/22 215/6
225/12 226/11 243/25 250/10 250/24
250/25 251/12 251/23 252/7 254/20
requested [1]  227/21
requirements [2]  266/7 266/11
reservation [1]  264/17
reside [4]  176/9 241/1 241/2 251/18
residence [7]  174/24 250/13 251/14
251/19 251/20 251/21 254/2
resident [1]  251/24
residential [1]  240/11
residents [1]  256/9
resignation [1]  198/3
resolution [3]  209/1 211/14 214/9
resolve [1]  263/6
resolved [2]  206/11 209/3
respectful [3]  252/6 252/15 255/6
respectfully [1]  209/7
respond [5]  208/3 223/23 228/16
259/16 259/25
response [1]  260/1
responsibility [1]  241/25
rest [1]  252/3
restricted [1]  1/3
restroom [1]  204/23
restructure [1]  224/24
result [4]  200/14 210/5 223/4 225/10
resume [1]  262/18
retain [1]  260/4
retention [1]  233/15
retire [2]  192/18 193/25
retired [6]  189/12 192/15 192/16
192/22 192/23 192/24
retirement [2]  192/21 248/23
return [1]  195/8
returning [2]  189/15 193/1

reurge [1]  265/5
revisit [1]  202/2
right [82]  173/21 174/1 174/3 174/6
174/14 175/5 176/5 176/19 177/18
181/5 182/24 183/6 184/25 185/15
187/13 187/19 190/10 203/13 206/5
208/10 214/16 215/21 216/11 216/16
216/18 225/2 228/2 228/8 228/11
228/23 229/9 229/18 229/22 233/8
233/15 238/12 238/15 239/8 239/15
239/20 241/5 241/7 241/11 241/13
241/15 241/18 242/8 242/12 242/15
242/21 242/23 243/3 243/23 243/24
244/15 244/16 244/20 246/14 247/8
248/4 249/14 249/22 251/13 252/25
254/17 255/13 255/16 257/2 258/25
262/10 262/11 262/20 263/7 263/10
264/4 266/21 267/9 267/15 267/15
267/22 268/1 268/19
rights [2]  191/2 199/5
ring [1]  258/20
rise [3]  183/15 205/22 268/22
RMR [3]  169/22 269/6 269/16
road [1]  256/13
role [1]  199/15
roles [2]  191/24 192/4
Ron [5]  235/20 235/21 235/21 235/22
235/24
rotating [1]  195/12 196/2
route [1]  213/24
rule [4]  179/9 179/17 180/7 267/18
ruled [1]  214/15
rules [9]  238/16 238/23 260/4 265/21
267/3 267/4 267/4 267/19 267/20
ruling [2]  260/15 266/6
running [1]  201/3
runoff [13]  200/13 200/20 213/6 217/6
217/15 218/18 218/22 220/13 220/16
222/9 231/2 231/3 256/5
runoffs [1]  200/25

**S**

sacrifice [1]  199/12
sacrifices [1]  199/10
safe [1]  186/17
said [31]  175/4 180/6 180/7 180/12
188/20 189/5 192/13 196/10 200/8
200/8 207/23 208/13 209/5 211/9
212/18 213/16 213/19 220/11 220/24
221/5 221/7 226/14 228/14 229/25
230/1 230/2 230/3 237/1 252/23 253/14
269/10
sake [1]  255/15
same [8]  184/22 185/19 218/3 218/7
225/21 245/23 259/23 260/11
sat [2]  202/24 217/1
saw [3]  211/25 211/25 265/4
say [36]  173/11 177/10 177/11 180/16
183/25 184/11 184/17 184/25 185/24
186/7 190/13 194/14 197/4 197/10
214/17 214/18 224/8 224/13 225/18
225/20 226/3 230/2 230/3 230/3 234/3
234/3 237/6 238/24 244/10 245/5
246/17 248/15 253/17 255/21 257/5
260/18
saying [11]  180/23 186/5 216/11
217/11 217/14 217/15 225/13 231/8
242/4 258/18 265/6

says [1]  249/11
scenario [1]  223/10
school [6]  176/24 177/1 189/20 189/21
189/22 189/22
science [2]  191/14 191/15
SCJ [1]  169/6
SCOTT [3]  169/3 171/3 172/9
scout [1]  192/4
search [3]  245/9 249/3 253/5
seat [1]  188/2
seated [3]  172/3 183/17 205/24
second [5]  181/5 203/9 221/13 245/13
245/15
secondarily [1]  224/5
Section [1]  213/10
Section 230 [1]  213/10
see [16]  183/18 183/25 184/11 184/17
190/24 211/24 227/12 230/1 240/12
240/16 240/17 246/7 247/2 248/11
258/24 267/9
seeing [1]  248/24
seek [2]  266/16 266/17
seeking [1]  266/18
seemed [1]  175/21
seems [2]  176/23 177/1
select [1]  262/2
selected [1]  262/1
sell [2]  194/18 196/17
semi [1]  177/13
semi-permanently [1]  177/13
Senate [4]  218/21 220/13 220/16 256/5
send [3]  203/1 219/7 221/6
sending [2]  227/20 227/21
sense [5]  176/19 217/1 217/24 231/22
260/17
sent [21]  174/19 214/14 214/22 215/2
216/14 216/17 219/14 219/17 219/23
220/5 220/25 221/9 222/12 225/11
225/15 226/5 226/21 226/25 227/22
231/18 232/14
sequence [4]  213/23 225/2 225/6
225/24
seriously [1]  211/16
serve [2]  191/15 192/13
served [4]  189/6 192/1 192/3 192/11
service [10]  191/20 191/21 199/15
206/6 215/24 221/1 225/14 225/17
228/10 250/17
serving [1]  191/19
SESSION [1]  169/10
set [11]  182/25 183/11 183/11 183/20
184/3 185/13 185/22 205/15 266/11
266/12 269/12
seven [2]  220/20 258/10
several [2]  179/15
SHANNON [3]  169/22 269/6 269/16
she [10]  183/4 201/12 201/12 201/13
201/13 201/15 201/16 201/18 201/21
235/7
she's [4]  182/22 234/17 235/6 268/7
SHELLY [1]  170/7
shift [1]  198/9
Shifting [1]  181/5
ship [1]  225/14
short [4]  197/23 200/25 202/22 230/9
short-term [1]  230/9
shortly [1]  213/20
should [14]  201/20 214/11 216/8

**should...** [11] 218/16 218/17 226/3 226/10 227/22 231/6 238/15 238/24 239/14 250/6 267/19
**shouldn't** [1] 174/22
**show** [4] 185/10 212/21 253/5 262/14
**showed** [4] 174/1 174/3 249/5 251/17
**showing** [2] 177/12 177/16
**shown** [1] 175/22
**side** [5] 192/7 194/1 213/5 214/3 258/9
**sides** [1] 186/8
**sign** [1] 197/23
**signature** [1] 219/2
**signed** [3] 196/13 197/23 267/21
**significant** [1] 195/11
**simple** [3] 245/9 266/13 267/18
**since** [4] 193/1 198/19 251/21 265/20
**sir** [36] 172/14 177/22 178/1 178/3 182/18 187/12 187/19 188/3 188/14 188/21 188/22 194/14 198/13 199/25 202/20 203/11 203/13 203/19 205/14 207/10 207/13 207/19 208/16 223/2 226/20 229/17 231/13 235/23 243/22 249/18 255/9 257/4 262/19 262/20 262/21 267/12
**sit** [3] 182/12 182/14 183/6
**site** [1] 240/10
**sits** [1] 233/9
**sitting** [1] 180/9
**situation** [2] 195/10 197/20
**six** [1] 258/10
**slash** [1] 240/11
**slightly** [1] 190/1
**slow** [1] 213/22
**small** [1] 213/1
**smart** [2] 248/5 248/7
**smooth** [1] 185/11
**smoother** [2] 183/22 184/9
**so** [118]
**social** [4] 251/18 252/2 252/2 253/5
**solicitation** [1] 180/10
**some** [14] 175/7 185/1 198/10 200/7 200/8 202/1 203/3 238/3 239/10 245/17 246/10 263/8 265/25 266/17
**somebody** [4] 179/10 180/4 185/7 258/6
**someone** [20] 177/5 202/8 249/2 249/5 249/11 249/21 250/7 250/21 252/23 253/2 253/8 253/12 254/1 254/4 255/15 255/19 258/22 261/6 261/10 261/11
**Somerville** [1] 235/12
**something** [20] 176/23 180/6 181/11 207/24 208/14 208/17 208/22 209/5 210/21 211/2 223/5 241/24 248/20 248/21 254/8 254/11 256/12 257/11 259/8 267/11
**somewhere** [1] 177/14
**Sommerville** [1] 235/9
**son** [1] 189/12
**soon** [2] 192/24 198/16
**sorry** [11] 176/22 178/12 179/5 182/8 188/20 208/16 208/20 223/2 231/13 245/20 259/10
**sort** [2] 185/19 195/5
**sought** [2] 260/3 261/12
**sound** [2] 218/7 218/13
**sounded** [1] 201/21

**sounds** [2] 174/13 180/15
**SOUTHWEST** [1] 169/23
**space** [1] 209/15
**speak** [3] 236/16 236/19 238/6
**speaking** [1] 229/20
**specific** [1] 177/8
**specifically** [4] 178/20 180/5 261/20 263/21
**specifics** [1] 180/14
**speculate** [1] 221/15
**speculation** [1] 176/13
**spell** [1] 187/21
**spelled** [2] 187/25 188/10
**spend** [4] 189/16 241/20 241/22 242/5
**spending** [1] 242/3
**spent** [1] 189/17
**split** [1] 251/1
**spoke** [1] 237/3
**spoken** [5] 235/3 235/9 235/15 235/20 236/2
**spouse** [1] 216/22
**SR** [3] 171/6 188/5 188/13
**staff** [3] 185/6 186/2 186/4
**stage** [1] 254/19
**stalking** [1] 177/4
**stand** [6] 182/22 193/23 193/25 229/1 233/25 244/1
**standby** [1] 263/21
**standing** [2] 229/19 243/25
**Stanton** [1] 189/21
**start** [4] 188/17 205/1 205/19 262/15
**started** [5] 173/19 191/22 194/9 195/22 201/5
**starting** [1] 254/19
**state** [17] 177/11 188/11 188/11 189/17 189/23 191/10 193/9 197/13 198/21 201/8 234/2 240/20 246/20 256/9 258/1 258/1 261/5
**stated** [4] 188/9 214/11 230/5 269/11
**statement** [16] 224/1 226/2 228/15 230/6 230/7 231/14 231/21 231/24 232/11 235/6 235/12 235/17 235/24 236/4 238/7 238/22
**statements** [1] 174/9
**states** [9] 169/1 169/12 169/23 170/21 189/12 198/21 269/3 269/7 269/17
**stationed** [1] 199/19
**status** [3] 201/10 219/25 248/10
**stay** [6] 195/15 195/15 205/3 247/21 248/17 248/18
**stayed** [5] 241/11 241/13 241/15 241/17 248/17
**STENOGRAPHY** [1] 169/20
**step** [2] 201/21 262/20
**Stephanie** [1] 182/21
**STEVE** [1] 169/11
**still** [11] 183/20 189/11 198/12 205/8 209/23 213/18 214/4 237/24 241/17 241/19 256/19
**Stinetorf** [1] 182/21
**stipulated** [1] 206/15
**stop** [4] 185/3 186/7 205/8 267/15
**stopping** [1] 262/8
**story** [1] 256/2
**straight** [2] 202/25 217/11
**straightforward** [1] 257/23
**street** [2] 190/6 249/16
**strucken** [1] 213/4

**struggle** [1] 199/8
**study** [1] 191/11
**stuff** [2] 174/13 252/2
**stupid** [1] 251/17
**subject** [1] 232/7
**submission** [2] 202/22 204/12
**submit** [6] 202/17 210/11 210/20 215/6 215/8 215/23
**submitted** [1] 214/5
**submitting** [1] 214/3
**subpoena** [2] 182/5 182/14
**subpoenaed** [1] 263/21
**subsequent** [2] 196/9 216/8
**subsequently** [1] 195/14
**substance** [3] 179/8 179/17 264/8
**successful** [1] 202/15
**such** [1] 178/3
**sufficient** [2] 175/19 177/16
**suggestion** [1] 265/3
**suit** [1] 260/16
**sun** [1] 185/12
**support** [1] 219/2
**supposed** [3] 215/7 216/16 227/2
**sure** [32] 173/7 173/12 175/3 175/7 179/3 179/8 180/16 183/4 183/23 184/4 185/22 186/6 186/11 186/17 186/25 195/23 196/7 196/10 198/24 200/7 202/13 213/22 218/12 218/17 234/18 234/20 239/12 239/16 239/17 263/22 265/14 265/16
**surely** [1] 261/10
**surrounding** [1] 190/8
**sweep** [3] 186/16 186/17 186/19
**sworn** [3] 172/10 187/14 188/6
**system** [8] 183/19 183/20 184/5 185/3 185/5 186/2 186/8 220/7

**T**

**take** [17] 182/25 183/10 184/20 185/1 202/10 203/14 204/25 209/12 209/19 219/8 233/1 233/18 233/19 240/6 243/3 267/25 268/1
**taken** [4] 181/22 183/16 205/23 256/23
**talk** [14] 178/25 183/24 184/11 184/16 185/15 202/8 206/8 239/8 239/9 259/14 259/15 260/18 260/19 261/6
**talked** [11] 204/3 208/4 218/8 218/10 218/14 219/4 220/8 237/7 237/8 259/14 261/14
**talking** [11] 172/15 185/24 197/4 214/2 222/25 231/7 232/3 258/18 260/11 264/6 264/9
**talks** [2] 240/10 240/10
**taxes** [5] 195/3 197/2 197/4 197/5 251/22
**teachers** [1] 190/10
**team** [2] 184/11 184/16
**technically** [1] 209/2
**technology** [1] 267/1
**TED** [1] 169/23
**telephone** [1] 201/14
**television** [1] 205/7
**tell** [19] 189/24 190/4 190/7 201/11 201/17 211/18 212/20 215/10 219/13 219/22 220/2 225/5 225/6 229/12 229/15 232/17 237/2 259/8 259/13
**telling** [1] 218/14
**temporary** [2] 177/3 177/5

**T**

ten [1]  183/2

tenant [1]  194/20

tend [1]  259/7

term [3]  197/24 198/6 230/9

termination [1]  198/4

terms [3]  209/23 222/17 248/12

test [2]  186/2 186/8

tested [1]  170/20 256/21

testified [10]  172/10 174/5 188/6 222/4
230/22 240/22 252/21 255/17 260/2
260/6

testify [4]  207/7 221/21 264/24 265/2

testifying [2]  182/22 263/20

testimony [16]  180/9 221/16 225/6
225/24 228/22 229/4 229/6 231/17
231/23 232/11 253/12 254/4 255/7
260/8 262/16 269/12

testing [1]  186/11

Texas [1]  234/2

than [12]  210/9 222/15 222/19 226/12
230/25 232/15 234/19 237/10 249/3
252/3 253/4 258/10

thank [46]  172/5 172/7 182/2 182/3
182/16 182/18 182/20 183/7 183/14
185/16 186/18 187/15 188/3 203/10
203/12 203/17 203/20 203/23 204/19
204/20 205/12 205/20 205/21 207/10
209/9 227/18 239/4 239/6 242/14
242/21 243/1 244/2 244/20 248/14
248/24 250/4 250/16 250/18 252/16
255/10 257/20 260/24 261/1 266/14
267/1 268/19

Thanks [1]  187/5

that [606]

that --it [1]  263/18

that's [58]  173/3 174/2 177/3 180/6
180/20 181/2 183/1 186/4 186/7 196/6
199/19 199/20 204/24 206/23 208/2
209/4 209/4 211/25 212/15 212/25
215/11 219/9 222/12 222/22 224/14
226/7 226/21 228/19 228/20 232/1
232/8 232/15 233/5 233/11 233/17
235/22 238/22 239/16 239/21 242/12
242/13 244/1 244/7 244/25 246/14
247/4 248/3 248/12 248/15 248/16
249/24 249/25 253/11 253/16 253/23
256/1 257/11 263/24

their [22]  181/22 187/4 191/4 199/7
199/8 201/5 219/12 221/16 226/7 229/1
229/5 251/10 251/10 254/10 255/21
258/19 260/9 260/10 261/17 264/20
267/5 267/6

theirs [2]  201/8 256/18

them [45]  174/17 174/19 178/8 178/15
178/19 178/25 179/2 186/20 190/19
190/19 190/21 190/22 190/24 190/25
196/8 207/12 217/2 219/22 220/2 220/7
220/8 220/8 223/6 225/12 226/8 227/15
229/15 231/3 233/14 233/15 233/21
233/23 233/24 240/3 245/18 247/20
247/23 253/10 258/6 260/4 266/1 266/3
266/4 266/5 268/1

then [30]  183/11 183/20 184/12 185/11
186/3 189/10 189/20 191/18 192/10
198/19 201/13 206/24 207/6 213/18
213/20 214/5 218/18 221/5 223/5

224/11 231/19 237/7 248/15 253/3
254/21 257/10 263/16 265/5 265/20
268/3

there [56]  174/10 184/12 185/8 192/3
192/9 196/3 196/4 196/7 197/24 199/17
199/18 202/20 203/4 203/16 204/14
205/5 207/21 209/5 211/10 211/22
211/23 213/2 213/7 214/11 214/19
214/19 216/7 217/1 217/12 223/8 233/3
233/16 234/9 234/20 241/4 241/6
241/11 241/13 241/15 241/17 241/17
247/21 249/12 249/13 249/14 250/13
251/23 251/24 256/15 256/19 258/3
261/20 263/2 264/8 264/8 267/7

there's [6]  203/13 207/21 208/12 234/6
238/3 246/7

there-there [1]  214/19

thereafter [1]  213/20

thereby [1]  268/23

therein [2]  238/9 269/11

these [17]  175/4 175/8 190/14 190/16
195/24 196/9 196/16 197/9 230/11
239/11 244/18 248/21 251/18 255/11
260/1 260/4 260/13

they [98]  175/4 175/12 175/14 175/15
175/15 178/8 178/15 178/16 178/23
179/1 179/10 180/3 180/5 180/6 180/6
181/10 183/25 184/3 184/4 184/11
184/17 186/15 186/16 189/10 190/20
190/21 196/2 196/7 200/5 207/17 208/3
208/4 208/4 210/21 212/20 212/22
213/15 213/16 213/18 214/17 216/2
216/3 216/3 216/3 219/16 220/6 221/7
221/9 221/23 222/9 222/12 225/20
225/21 226/6 226/15 226/25 227/16
227/18 227/20 229/9 229/12 229/13
229/15 231/2 231/18 238/4 247/21
247/22 248/7 248/17 248/22 251/9
251/14 252/24 253/2 253/3 255/11
255/20 258/3 258/5 264/15 265/1 265/4
265/6 265/22 266/2 266/3 266/4 266/6
266/7 266/8 266/13 267/2 267/11
267/23 267/24 268/2 268/2

they're [4]  184/4 205/9 229/14 238/7

They've [1]  183/19

thing [12]  177/20 199/21 205/16 207/1
211/2 211/18 211/19 234/16 253/5
257/9 263/13 268/8

things [5]  176/3 184/6 223/1 223/4
223/5

think [27]  174/8 176/17 176/22 180/22
180/23 183/20 183/25 184/8 184/22
204/17 206/9 214/13 215/17 218/15
224/10 224/15 224/21 228/21 229/4
229/16 247/23 254/14 259/17 261/19
261/20 262/3 262/8

thinks [1]  229/3

this [130]

those [22]  174/15 176/3 176/7 177/17
190/10 196/11 196/13 200/8 200/18
201/7 206/13 231/8 232/1 242/1 256/8
258/16 261/14 266/9 266/10 266/10
266/19 266/20

though [1]  237/13

thought [5]  175/19 177/15 186/12
222/4 237/19

threatening [1]  185/14

three [11]  195/19 197/22 201/7 204/23

245/6 219/17 226/12 230/23 231/7
263/5 263/6

three-minute [1]  204/23

threshold [1]  254/15

through [18]  199/23 200/6 200/24
215/13 215/14 215/14 217/22 224/5
225/2 232/5 232/5 250/19 254/16
256/12 256/13 259/4 263/7 265/24

throughout [1]  197/12

tie [1]  215/19

TIM [1]  170/20

time [60]  172/23 174/4 174/12 175/12
175/19 176/3 176/16 179/10 179/14
181/25 184/3 184/15 185/1 185/4
185/18 185/19 189/3 190/3 191/18
192/1 193/21 197/12 198/7 199/22
203/2 210/6 210/10 211/19 211/25
212/17 213/1 214/8 215/2 215/3 215/8
215/12 216/22 216/25 218/8 218/19
227/17 227/17 228/25 228/25 231/3
231/5 233/1 240/7 241/20 242/3 242/5
243/16 245/17 253/9 253/11 255/23
261/13 262/14 265/25 266/24

timeframe [1]  196/5

times [8]  190/2 195/17 195/24 199/20
215/6 219/17 226/13 234/17

TINA [1]  170/8

today [15]  174/11 180/9 185/3 185/6
190/21 206/7 230/10 231/17 234/22
235/1 255/4 259/6 262/9 262/17 263/6

today's [1]  190/1

together [2]  217/2 245/18

told [28]  181/16 181/21 184/3 206/15
211/8 211/20 212/3 212/10 213/15
217/6 218/2 218/20 219/6 220/2 220/16
220/19 228/9 236/21 243/20 244/12
244/25 245/8 246/22 246/25 250/20
258/6 260/7 260/20

tomorrow [15]  183/19 183/22 184/10
185/11 185/18 205/16 230/11 262/15
262/17 262/24 263/3 263/7 263/20
268/3 268/20

tonight [1]  185/13

too [6]  174/6 213/9 224/20 248/18
255/9 260/22

took [2]  186/13 234/12

top [6]  195/11 214/17 245/3 246/7
246/9 246/25

topic [2]  257/7 259/22

total [1]  195/17

touch [1]  177/18

town [3]  185/6 185/7 256/17

trained [3]  195/12 195/16 252/12

transcript [7]  1/1 1/5 1/7 1/8 169/10
169/21 269/9

transcripts [1]  1/2

transpire [1]  214/7

traumatic [1]  192/11

TRAURIG [1]  170/15

treading [1]  251/5

TRIAL [1]  169/10

tricky [1]  255/12

tried [4]  173/23 175/21 256/21 262/9

true [6]  169/7 199/21 234/3 251/12
263/24 269/9

truly [1]  199/10

trust [2]  215/20 261/11

truth [1]  238/8

**T**

**try [9]** 183/20 183/22 184/9 184/24 239/9 252/18 257/23 258/11 262/9
**trying [17]** 175/13 205/3 211/15 217/18 227/10 228/7 231/25 238/8 251/14 253/3 253/7 253/13 254/1 255/7 255/7 255/12 257/10
**Tuesday [1]** 265/17
**turn [1]** 207/11
**turned [2]** 198/16 198/17
**TURNER [68]** 169/23 171/6 187/8 187/9 187/21 188/1 188/5 188/9 188/13 188/16 188/18 188/25 189/5 189/15 189/22 191/7 191/12 191/18 192/14 192/20 193/10 193/14 194/17 197/8 198/1 198/5 198/9 198/15 199/2 200/2 200/17 201/11 201/23 202/12 202/15 203/6 203/14 203/23 204/20 206/3 206/19 207/5 208/13 209/11 209/19 221/15 222/1 223/11 223/18 228/1 228/14 229/25 230/1 230/2 230/3 230/5 230/6 239/8 240/5 240/9 243/3 244/1 244/4 244/22 245/25 257/22 261/4 262/16
**Turner's [1]** 228/22
**two [10]** 184/18 189/9 190/15 193/15 201/7 232/6 242/1 242/1 249/24 261/18
**two miles [1]** 190/15
**type [1]** 188/23
**typed [1]** 216/6
**typing [1]** 234/17

**U**

**U.S [6]** 215/24 221/1 225/14 225/16 228/10 256/25
**Uh [6]** 210/3 210/12 211/21 212/2 214/6 227/24
**Uh-huh [6]** 210/3 210/12 211/21 212/2 214/6 227/24
**ultimate [1]** 211/14
**ultimately [5]** 173/25 181/9 206/11 211/9 262/2
**uncle [1]** 189/11
**uncles [2]** 189/8 199/7
**uncomfort [1]** 257/11
**uncomfortable [17]** 249/2 249/5 249/20 250/7 250/21 251/4 251/7 251/16 253/7 253/15 254/3 254/4 254/7 254/15 254/16 255/16 256/4
**under [7]** 182/5 182/13 190/1 213/10 238/23 240/13 256/6
**underlying [1]** 260/9
**understand [18]** 179/3 180/23 194/2 195/23 196/10 198/24 210/24 211/15 217/18 222/13 225/4 227/25 228/6 237/24 251/11 256/20 256/21 262/24
**understanding [9]** 181/25 193/24 206/12 208/13 209/24 209/25 213/25 232/3 265/20
**understood [4]** 199/10 219/16 227/9 242/12
**uniqueness [1]** 192/6
**unit [1]** 205/7
**UNITED [8]** 169/1 169/12 169/23 170/21 189/12 269/3 269/7 269/11
**University [3]** 189/23 190/6 191/10
**unless [5]** 182/11 245/19 265/1 265/4

**until [8]** 184/15 187/3 195/15 197/22 202/4 232/2 262/24 266/1
**up [37]** 183/1 183/10 183/11 183/11 183/20 184/4 184/5 184/13 185/9 185/13 185/23 186/8 186/13 189/25 190/8 193/23 193/25 195/12 196/2 197/22 199/5 199/13 202/4 205/7 205/15 206/8 206/20 209/16 227/5 228/25 234/19 241/24 249/5 253/5 257/18 257/25 261/9
**update [2]** 194/12 246/15
**updated [4]** 173/20 175/1 175/2 246/17
**upheld [2]** 210/2 213/4
**upon [8]** 202/24 211/10 224/1 224/2 234/12 247/5 250/20 257/25
**upset [2]** 254/22 256/11
**us [7]** 186/2 191/24 203/24 217/3 225/4 239/17 256/9
**USA [1]** 170/17
**use [8]** 177/25 185/10 189/2 200/16 205/7 205/16 206/22 212/16
**used [1]** 207/8
**using [1]** 210/1
**usually [1]** 177/9
**utilities [1]** 195/5
**utility [1]** 196/25
**UZOMA [1]** 170/6

**V**

**validated [2]** 201/12 214/11
**validity [1]** 213/3
**Valley [2]** 189/23 191/10
**value [2]** 248/16 252/3
**vehicle [1]** 196/21
**very [7]** 180/14 204/7 239/16 251/6 251/6 255/6 267/1
**veteran [2]** 189/1 189/5
**veterans [2]** 189/9 189/9
**via [6]** 220/9 220/25 225/15 228/11 231/19 245/8
**violation [1]** 260/4
**Virginia [1]** 261/21
**virtually [2]** 176/4 213/10
**Vivian [1]** 190/13
**VOLUME [1]** 169/10
**voluntarily [2]** 182/12 255/3
**vote [38]** 169/7 198/11 198/13 198/15 198/19 198/22 198/25 199/2 199/4 199/10 200/4 200/9 200/11 200/13 202/6 202/19 203/7 204/1 204/11 204/13 206/12 209/25 210/7 210/11 211/20 212/4 212/11 213/14 213/15 215/2 215/12 217/1 227/17 234/3 256/14 256/16 258/8 258/13
**voted [2]** 226/16 251/22
**voter [3]** 198/10 246/15 246/17
**votes [1]** 256/17
**voting [8]** 199/16 202/3 202/4 204/6 213/5 234/3 256/4 257/1
**vs [1]** 169/6

**W**

**wait [3]** 184/15 186/19 233/14
**walked [1]** 213/8
**want [34]** 180/17 182/4 182/10 182/14 184/15 186/24 187/2 196/8 196/10 200/7 203/11 206/8 207/6 211/16

216/13 220/24 224/22 224/22 225/3 225/4 225/10 234/20 239/12 242/19 256/23 257/4 258/5 259/13 259/16 262/24 266/5 266/9 266/10 267/11 267/25
**wanted [6]** 201/16 229/19 252/14 258/8 262/23 263/13
**wanting [1]** 221/20
**wants [1]** 182/12
**war [4]** 189/8 189/9 189/10 192/11
**WARREN [4]** 171/6 188/1 188/5 188/13
**was [231]**
**Washington [2]** 248/19 261/21
**wasn't [3]** 218/9 224/2 249/17
**watch [1]** 256/18
**water [2]** 203/11 203/13
**Watson [11]** 264/3 264/4 264/7 264/13 264/20 264/22 265/11 267/6 267/7 267/8 268/15
**Watson's [1]** 264/19
**way [12]** 177/8 178/18 200/6 203/1 203/2 205/8 214/18 229/22 231/15 236/21 247/20 261/9
**we [80]** 172/15 180/19 180/25 183/18 184/18 184/23 185/21 186/11 186/12 186/12 186/14 186/24 186/25 189/3 190/21 196/5 199/25 201/1 203/23 205/4 206/19 206/21 208/5 210/21 211/4 211/5 213/22 214/4 214/8 214/8 215/2 217/1 217/2 217/3 217/21 221/25 222/23 223/9 223/25 223/25 228/1 228/1 228/8 228/8 228/24 229/5 230/14 233/4 233/14 234/3 234/16 234/16 234/20 239/1 244/19 245/16 245/17 252/19 254/25 255/13 257/7 257/7 260/11 263/6 263/14 263/16 263/17 263/20 263/21 263/22 265/4 265/23 265/24 265/25 265/25 266/3 266/16 266/16 266/22 266/25
**we'd [2]** 182/17 185/21 200/24
**we'll [16]** 184/12 184/22 185/8 205/8 205/19 211/4 233/19 237/17 244/18 251/1 251/2 262/15 262/18 263/12 263/25 267/2
**we're [26]** 182/6 183/9 183/10 185/17 186/7 186/10 195/20 205/6 205/8 205/15 213/22 215/17 215/18 224/5 228/7 231/7 239/8 239/19 242/18 243/23 252/7 255/2 262/10 267/14 267/14 268/20
**we've [8]** 180/22 183/10 184/22 185/7 204/23 213/22 234/18 239/10
**week [3]** 241/23 242/1 266/4
**weird [1]** 234/16
**WELCH [3]** 169/22 269/6 269/16
**well [40]** 172/24 176/21 177/18 179/22 180/14 186/4 207/1 208/7 210/14 210/16 210/20 211/4 214/25 215/3 216/23 221/19 224/10 228/4 228/17 228/24 229/8 230/22 232/22 233/6 233/8 233/13 238/11 241/24 242/17 251/14 253/21 257/18 259/17 259/18 260/12 260/18 265/3 267/7 267/13 268/7
**went [11]** 189/21 192/3 194/17 202/25 216/22 217/2 217/3 221/3 221/4 259/9 260/17
**were [48]** 172/15 174/15 174/16 174/18 175/4 175/15 177/16 186/14 188/18

**W**

**were... [39]** 188/20 188/25 189/3 189/10 190/9 190/10 190/14 190/19 190/20 190/21 191/11 194/8 195/16 200/18 201/1 201/8 211/23 212/4 212/11 212/11 214/4 214/8 214/17 216/9 220/24 221/15 227/19 228/2 230/18 232/2 248/22 251/14 253/2 258/3 261/8 261/14 261/17 266/8 268/23

**weren't [1]** 206/19

**what [131]**

**what's [4]** 221/7 246/12 265/13 266/15

**whatever [2]** 214/7 255/13

**when [39]** 172/13 173/19 177/10 177/19 179/14 179/14 185/24 186/13 191/20 192/22 192/23 194/11 194/14 194/17 196/13 197/4 198/15 198/17 201/4 202/18 202/21 213/14 214/20 215/12 215/23 216/5 219/4 220/8 227/13 237/2 237/3 237/4 240/7 240/22 241/4 245/20 249/17 253/9 266/3

**whenever [4]** 211/5 224/2 239/21 244/19

**where [67]** 172/15 172/16 173/4 173/10 173/13 173/18 175/9 176/9 180/15 181/7 188/18 189/3 189/15 189/20 191/9 192/3 192/10 192/22 193/16 193/21 194/11 194/14 196/14 198/13 198/17 199/20 204/10 215/12 216/23 223/11 223/19 225/20 227/1 227/22 239/9 240/25 241/1 241/2 242/10 243/8 243/18 244/10 246/17 246/25 248/3 249/3 249/6 249/21 249/25 250/8 250/22 251/4 251/6 251/18 252/4 252/4 252/4 253/3 253/6 253/13 253/14 254/2 255/20 255/22 256/9 257/2 261/17

**whereof [1]** 269/12

**Whereupon [3]** 172/8 187/10 188/4

**wherever [2]** 182/14 242/5

**whether [12]** 174/4 180/12 181/9 204/11 204/13 210/10 214/11 224/12 251/9 251/15 263/22 263/25

**which [29]** 173/25 189/9 189/25 194/6 195/20 197/22 206/20 213/16 214/12 219/5 220/20 222/23 223/8 226/12 227/19 230/17 231/16 244/18 245/25 249/8 250/7 254/15 259/4 259/22 264/6 264/9 265/16 268/10 268/13

**while [4]** 191/11 229/20 244/1 256/18

**who [18]** 182/22 184/23 232/17 233/22 234/10 236/9 236/11 236/11 238/9 247/25 248/13 257/11 258/14 261/14 263/20 263/21 264/2 267/8

**whole [2]** 211/1 247/1

**whose [3]** 236/12 243/12 245/3

**why [23]** 177/19 186/5 186/7 188/20 188/25 195/23 197/8 199/4 212/4 212/14 215/11 222/12 226/7 226/21 227/13 227/14 230/16 230/20 232/13 238/15 248/7 248/15 253/23

**will [37]** 1/3 181/10 183/21 183/21 184/12 184/23 184/24 185/8 185/10 185/11 185/18 186/19 193/25 205/10 207/19 211/4 215/24 216/2 216/3 216/3 216/3 219/7 220/25 222/9 225/14

**willing [3]** 258/11 265/23 265/24

**window [3]** 200/25 202/22 213/1

**windows [1]** 196/5

**wiped [1]** 215/3

**wish [1]** 257/5

**within [4]** 190/15 227/10 258/9 266/18

**without [9]** 200/15 214/22 217/16 226/11 229/6 231/11 247/18 251/12 256/7

**witness [33]** 171/2 179/24 182/19 182/22 183/19 183/22 185/18 187/5 187/14 199/6 204/18 204/21 221/21 229/2 252/13 260/2 262/9 262/15 263/3 263/19 263/20 263/22 264/2 264/5 264/7 264/11 264/15 264/20 265/7 265/12 267/6 267/17 267/22

**witnesses [3]** 229/5 266/8 266/9

**won't [1]** 260/22

**woodpecker [1]** 256/25

**word [1]** 240/13

**work [15]** 183/22 184/1 184/5 193/18 193/21 195/13 197/18 205/10 227/10 241/8 241/9 241/21 241/22 248/3 253/10

**worker [7]** 181/7 218/8 218/10 218/14 219/5 246/15 246/18

**working [4]** 184/14 197/12 242/5 242/8

**works [1]** 182/24

**world [3]** 185/12 247/1 252/4

**worry [1]** 256/7

**would [120]**

**wouldn't [5]** 181/19 181/20 247/22 248/5 265/4

**Wright [3]** 185/2 185/10 262/12

**wrong [2]** 233/25 264/19

**WYNNE [10]** 170/13 170/14 205/2 205/6 205/13 252/11 262/14 264/10 264/13 268/21

**Y**

**y'all [4]** 172/3 183/17 205/24 267/19

**yeah [22]** 175/25 179/19 179/20 203/9 203/15 204/25 207/15 207/15 208/9 209/17 210/16 211/4 219/22 223/22 224/18 228/4 231/15 237/16 237/21 241/2 245/16 246/14

**year [15]** 192/18 193/25 194/4 194/4 194/6 195/8 195/20 195/20 196/12 196/14 215/8 226/3 241/7 241/7 251/22

**years [11]** 174/16 188/15 192/8 192/13 192/15 194/5 197/22 202/5 214/20 215/1 248/20

**Yep [1]** 240/16

**yes [94]** 172/20 173/9 173/14 173/24 174/20 175/11 176/7 182/17 187/23 188/22 189/8 189/9 190/5 190/9 190/22 191/5 191/8 191/17 192/1 192/17 192/19 195/4 195/7 197/1 197/3 198/12 198/20 199/17 199/25 200/5 200/10 200/12 202/14 203/19 203/19 205/14 205/18 207/13 212/13 213/19 215/10 216/13 216/15 217/9 220/4 220/5 220/10 221/8 221/12 225/10 226/20

**yesterday [1]** 266/1

**yet [2]** 201/6 207/20

**you [675]**

**you'll [4]** 240/12 252/11 262/17 265/16

**you're [26]** 201/23 207/7 209/23 211/16 214/2 214/20 215/5 215/7 217/11 217/14 218/11 225/9 228/6 229/20 231/8 232/3 232/23 233/9 242/3 242/4 245/19 248/8 250/17 251/5

**you've [21]** 181/1 188/9 188/10 192/16 197/12 209/19 225/5 229/8 230/11 235/9 235/15 235/20 236/2 236/7 239/17 240/7 250/18 254/15 254/18 254/24

**you-all [10]** 182/4 183/11 185/1 185/10 186/16 205/7 205/10 266/6 267/25 268/20

**your [188]**

**yours [1]** 268/21

**yourself [1]** 191/15

**YUN [1]** 170/19

**Z**

**Zoom [1]** 182/23