The following is the PDF of an official transcript. Official transcripts may only be filed in CM/ECF by the Official Court Reporter and will be restricted in CM/ECF for a period of 90 days. You may cite to a portion of the attached transcript by the docket entry number, referencing page and line number, only after the Court Reporter has filed the official transcript; however, you are prohibited from attaching a full or partial transcript to any document filed with the Court.

```
1              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
2                    GAINESVILLE DIVISION

3   FAIR FIGHT, INC., SCOTT       :
    BERSON, JOCELYN HEREDIA, AND   :
4   JANE DOE,                      :
                                   :
5          PLAINTIFFS,             :
                                   :
6   vs.                            :  DOCKET NUMBER
                                   :  2:20-CV-0302-SCJ
7   TRUE THE VOTE, INC., ET AL.,   :
                                   :
8          DEFENDANTS.             :

9

10

11    TRANSCRIPT OF BENCH TRIAL - VOLUME 2 PM SESSION PROCEEDINGS

12           BEFORE THE HONORABLE STEVE C. JONES

13              UNITED STATES DISTRICT JUDGE

14                  OCTOBER 27, 2023

15

16

17

18

19

20    MECHANICAL STENOGRAPHY OF PROCEEDINGS AND COMPUTER-AIDED

21                TRANSCRIPT PRODUCED BY:

22
    OFFICIAL COURT REPORTER:        SHANNON R. WELCH, RMR, CRR
23                                  2394 UNITED STATES COURTHOUSE
                                    75 TED TURNER DRIVE, SOUTHWEST
24                                  ATLANTA, GEORGIA  30303
                                    (404) 215-1383
25
```

```
1              A P P E A R A N C E S   O F   C O U N S E L

2

3    FOR THE PLAINTIFFS:

4
         ALLEGRA J. LAWRENCE-HARDY
5        MICHELLE L. McCLAFFERTY
         LAWRENCE & BUNDY, LLC
6
         UZOMA NKWONTA
7        JACOB SHELLY
         CHRISTINA A. FORD
8        TINA M. MORRISON
         MARCOS MOCINE-McQUEEN
9        LESLIE J. BRYAN
         ELIAS LAW GROUP LLP
10

11   FOR THE DEFENDANTS:

12
13       MICHAEL J. WYNNE
         CAMERON POWELL
14       GREGOR WYNNE ARNEY PLLC

15       JAKE EVANS
         GREENBERG TRAURIG, LLP
16

17   FOR THE INTERVENOR (USA):

18
19       DANA PAIKOWSKY
         JENNIFER J. YUN
20       TIM MELLETT
         JUDY BAO
21       AILEEN BELL HUGHES
         UNITED STATES DEPARTMENT OF JUSTICE
22

23

24

25
```

1          **I N D E X   T O   P R O C E E D I N G S**

2

3          <u>**WITNESS**</u>                                              <u>**PAGE**</u>

STEPHANIE STINETORF

          Direct Examination
            By Ms. Morrison                                   446
          Cross-Examination
            By Mr. Evans                                      461

RYAN GERMANY

          Direct Examination
            By Mr. Nkwonta                                    482
          Cross-Examination
            By Mr. Evans                                      502
          Redirect Examination
            By Mr. Nkwonta                                    514
          Recross-Examination
            By Mr. Evans                                      517

                            * * *

CERTIFICATE                                             519

UNITED STATES DISTRICT COURT
OFFICIAL CERTIFIED TRANSCRIPT

| | |
|---|---|
| 1 | **P R O C E E D I N G S** |
| 2 | **(Gainesville, Hall County, Georgia; October 27, 2023.)** |
| 3 | THE COURT:  Y'all can be seated.  Okay.  It's my |
| 4 | understanding that you-all are calling this witness? |
| 5 | MR. MOCINE-McQUEEN:  Your Honor, may I just -- |
| 6 | THE COURT:  Yeah. |
| 7 | MR. MOCINE-McQUEEN:  We just wanted to properly |
| 8 | conclude this morning's testimony.  We are prepared to excuse |
| 9 | Mr. Turner with the Court's permission. |
| 10 | THE COURT:  All right.  Mr. Turner is excused.  He's |
| 11 | free to go or sit here and stay. |
| 12 | I had one logistic matter.  We're going to take a |
| 13 | break today at 3:30.  I have to do a conference call with two |
| 14 | other judges.  It's going to take about 15 or 20 minutes, and |
| 15 | then we'll start back up.  All right. |
| 16 | Who is going to question this witness?  Oh, that's |
| 17 | right. |
| 18 | MS. MORRISON:  Good afternoon, Your Honor.  For the |
| 19 | court reporter, Tina Meng Morrison. |
| 20 | THE COURT:  All right.  Ms. Morrison, let me know |
| 21 | when you're ready. |
| 22 | MS. MORRISON:  Thanks. |
| 23 | Ms. Stinetorf, can you hear me? |
| 24 | THE WITNESS:  Yes. |
| 25 | MS. MORRISON:  Great.  Good afternoon.  Can you -- |

1    yeah.

2           Ms. Stinetorf, can you hear the -- give me one

3    second.  Raise your right hand.

4           COURTROOM DEPUTY CLERK:  Can you hear me?

5           THE WITNESS:  Yes, I can.

6           COURTROOM DEPUTY CLERK:  Okay.  Good.

7                   **(Witness sworn)**

8           COURTROOM DEPUTY CLERK:  Can you state and spell your

9    name for the record?

10          THE WITNESS:  My name is Stephanie Stinetorf.  My

11   last name is spelled S-T-I-N-E-T-O-R-F.

12       Whereupon,

13                   STEPHANIE STINETORF,

14       after having been first duly sworn, testified as follows:

15                   DIRECT EXAMINATION

16   BY MS. MORRISON:

17   **Q.**   Good afternoon, Ms. Stinetorf.

18       Are you a registered voter?

19   **A.**   Yes.  I'm registered to vote in Georgia.

20   **Q.**   And what county are you registered to vote in?

21   **A.**   I'm registered to vote in Muscogee County, Georgia.

22   **Q.**   Have you lived in Georgia your whole life?

23   **A.**   No, I haven't.  I moved to Muscogee County, to Columbus,

24   Georgia, in May of 2018.

25   **Q.**   And why did you move to Columbus, Georgia, in May of 2018?

**A.**   I moved with my husband, who took a job with the

Department of -- the Army there at Fort Benning, Georgia.

**Q.**   So when you and your husband moved to Georgia, did you

make Georgia your home?

**A.**   We did.  We moved to Georgia after living overseas with

the military.  We had been living in England before that.

So in 2018, we moved to Georgia and were excited to make

it our home.  I was pregnant with our first child at the time.

So we bought a house in Columbus and -- and registered to vote,

got a driver's license, established residency in Columbus.

**Q.**   Did you and your husband buy a car when you moved to

Georgia?

**A.**   Yep.  We bought a house.  We bought a car.  We got our

driver's licenses.  We established, you know, utility accounts

and started paying taxes.

We fully settled in and started to meet people and make a

life there.

**Q.**   So you mentioned that you updated your driver's license

and registered to vote.

Do you remember around when you registered to vote?

**A.**   Sure.  We arrived in Columbus in May of 2018.  But, of

course, it takes a few weeks or months to settle in.  I know we

got our driver's licenses in June and would have been

registered to vote by July of 2018.

**Q.**   So, Ms. Stinetorf, I'd like to ask you a few questions

1    about your professional career.

2        Are you currently working?

3    **A.**    Yes.  I am a Department of Defense civilian federal

4    employee.

5    **Q.**    And when did you begin your position with the Department

6    of Defense?

7    **A.**    I was hired in 2012 by DOD and still work in the same

8    capacity now.

9    **Q.**    And, Ms. Stinetorf, obviously you're not here with us in

10   person today.

11       Can you tell us where you're calling in from?

12   **A.**    Yes.  I am calling from Stuttgart, Germany, where I'm

13   assigned with the Department of Defense here.

14   **Q.**    And when did you and your family move to Germany?

15   **A.**    We moved from Columbus, Georgia, to Stuttgart, Germany, in

16   August of 2020.

17   **Q.**    And why did you and your husband and your family choose to

18   move to Germany?

19   **A.**    For professional reasons.  We spent over two years in

20   Columbus, Georgia.  But after the birth of our first child, I

21   was at that time on a leave of absence from work because there

22   wasn't a clear office job for me in Columbus.  I was there to

23   support my husband's career.

24       So in 2020, after spending two years at home, I was

25   interested to get back into the workforce.  So I applied and my

1    husband also applied for jobs.  And we ended up getting jobs in

2    Stuttgart, Germany.  That brought us over here.

3    **Q.**   Can you describe a bit what that moving process entailed?

4    **A.**   Sure.  There's a process for the U.S. military called a

5    permanent change of station, a PCS, which basically entails,

6    you know, the military giving you some official paperwork to

7    help you and your family move.  So giving you financial

8    entitlements to pack up your whole house, move your furniture

9    and household goods overseas; put our car on a cargo ship.

10        It also allows you to get out of some contracts in the

11   United States, if you have a signed lease or a cellphone

12   contract, for example.  These military orders help you -- give

13   you the authority, because you're moving from one military duty

14   station to another.

15        So that was the process we were going through in the

16   summer of 2020 to move to Stuttgart, Germany.

17   **Q.**   And do you still have your home in Georgia?

18   **A.**   No.  We did sell it during that process in 2020.

19   **Q.**   Ms. Stinetorf, are you still registered to vote in

20   Georgia?

21   **A.**   Yes.  Absolutely.  I don't have any other residence in the

22   United States.  So I still am registered to vote in Georgia.

23   **Q.**   So between when you registered to vote in the summer of

24   2018 and present day, have you ever changed your voter

25   registration?

1    **A.**    No.

2    **Q.**    Did you submit any paperwork to change your address when

3    you and your family moved to Germany?

4    **A.**    Yes, absolutely.  I submitted the U.S. Postal Service

5    change of address and mail-forwarding request so that I could

6    still receive correspondence and mail over here in Germany.

7    **Q.**    Ms. Stinetorf, I'd like to spend some time now discussing

8    the 2020 general election and the 2021 runoff elections in

9    Georgia.

10       Did you vote in the November 2020 elections?

11   **A.**    Yes, I did, by absentee ballot.

12   **Q.**    And what county did you vote in?

13   **A.**    I voted in Muscogee County.

14   **Q.**    Do you recall around when you would have requested your

15   absentee ballot?

16   **A.**    Yes.  I requested it in late August by email to the

17   Muscogee County elections office.

18   **Q.**    And do you recall when you would have received your

19   ballot?

20   **A.**    Yes.  It was in mid-September that I received it, also by

21   email.

22   **Q.**    And so when you received that email, what did you do?

23   **A.**    I was -- I printed the ballot from email, completed it.

24   You know, it requires a wet signature.  So I completed it and

25   sent it in right away.

1   I was concerned about the timeline at that -- at that

2   time, so I made sure to do it quickly.  You know, there were

3   concerns about the Postal Service capacity and delays in the

4   mail at the time.

5   **Q.**   Did you run into any problems voting in the 2020 general

6   election?

7   **A.**   No, I did not.

8   **Q.**   And so do you know if your absentee ballot arrived in

9   Muscogee County safely to be counted?

10   **A.**   Yes.  A couple of weeks after I mailed in my ballot in

11   mid- or late September, I started checking the Georgia online

12   My Voter Page website to see if my ballot had been received.

13   And about two weeks later, the website did show that my

14   ballot had been received and accepted.

15   **Q.**   Did you try to vote in the runoff elections in Georgia

16   that followed?

17   **A.**   Yes, I did.

18   **Q.**   And how did you try to vote?

19   **A.**   Yes.  I tried to vote by absentee ballot again.

20   **Q.**   And would that have been in Muscogee County?

21   **A.**   In Muscogee County, yes.  Same process.

22   **Q.**   When did you receive that absentee ballot?

23   **A.**   I received that absentee ballot for the runoff election

24   on -- on about the 20th of November.

25   And, again, I printed it out and completed the ballot

almost immediately because I was -- I was concerned about the

tight timeline.

**Q.**   And did you run into any issues trying to vote in the

runoff elections, Ms. Stinetorf?

**A.**   I did.  I did have a problem with the runoff election.

Because, again, I started checking the My Voter Page website

about two weeks after sending in my ballot.  And for several

weeks, there was no result.  Nothing changed on the website.

And as the January election date got closer, I was

becoming increasingly concerned about what had happened to my

ballot.  Until -- it was December 20th that the My Voter Page

did show my ballot had been received.  But it was marked

challenged.

**Q.**   And, Ms. Stinetorf, what was your reaction to seeing your

My Voter Page display the word challenged when you checked it

that day?

**A.**   It was very stressful.  I had no idea what that meant.  I

had never experienced nor read or learned about what it means

to be challenged.  So I had, really, no clue what it could mean

and no idea how to resolve it or -- or what to do about it.

So I was really concerned.  I didn't understand what could

have possibly changed, just in the past couple of weeks, what

about my eligibility, what -- what made it different this time

that called into question my ability to vote in

Muscogee County.

1          I felt overwhelmed and concerned and a little scared about

2     what I could possibly do to make sure that my voice -- you

3     know, my right to vote could be registered in this very

4     high-stakes election, where the whole country was looking at

5     Georgia during this time in the middle of COVID, over the

6     Christmas, winter holidays.

7          It was a very stressful and overwhelming sensation to try

8     to figure out what had happened.

9     **Q.**   So, Ms. Stinetorf, you mentioned earlier that you felt

10    scared.

11         Can you clarify what was the nature of that feeling for

12    you?

13    **A.**   Yeah.  It was about my eligibility, again.  I mean, this

14    was a very important -- a very important time to vote.  And I

15    wanted to vote.  And I didn't understand what I had done wrong.

16         Had I messed up?  Had I done something to my ballot or had

17    I done something in the process?  Like, was I being singled

18    out?  Was I -- was I doing something wrong by trying to vote

19    from my overseas station?

20         And not knowing -- you know, being so far away and not

21    knowing how to, you know, reach the people I needed to reach to

22    try and resolve this situation and figure out what was going

23    on, it was very -- very confusing to try to figure out what was

24    going on.

25    **Q.**   So, Ms. Stinetorf, what, if anything, did you do once you

1    found out you were challenged?

2    **A.**    I just tried to do some research.  Looked around online.

3    I called the voter hotline -- a voter -- a voter hotline.  I

4    spoke to someone there who had some general information about

5    what it means to be challenged but didn't know anything

6    specifically about my situation as an overseas military voter.

7        And then I did -- I called and emailed the Muscogee County

8    elections office, from whom I had received my absentee ballot,

9    and made some -- I did post on Facebook, on the Muscogee County

10   Facebook page.  Those were the main actions I took.

11       But it was difficult to -- it was difficult to reach

12   people because of the time zone -- the time zone and other

13   communication challenges I have being over here.

14   **Q.**    And can you just briefly describe for the Court what you

15   mean by other communication challenges?

16   **A.**    Sure.  Mostly the time zone, of course.  So being six

17   hours ahead of the east coast, my day, my working business

18   hours are much too early for most of the east coast working

19   hours.

20       So if I need to reach offices during business hours, I

21   have to do it in the evening after dinner, you know, on my

22   personal time.

23       So, you know, in the case of getting my ballot challenged

24   on December 20th, I was making some phone calls and emails late

25   at night and then -- and then going to bed and not receiving

```
 1    replies or answers for 12 hours or so until the next business
 2    day.
 3          But there were other -- there are other challenges about
 4    my personal situation that make it difficult also.  For
 5    example, I don't have international calling on my cellphone so
 6    I can't -- I don't just -- I can't just pick up my cellphone,
 7    my personal cellphone and make calls to the United States when
 8    I'm on the go because I don't have international data or
 9    roaming, data calling or roaming plan.
10          I also work in a secure facility on a U.S. military base.
11    And I don't do personal business in office for several reasons.
12    I don't make open phone calls from my office because that
13    disrupts the other people working in the office to have an open
14    phone line in an environment that deals with sensitive and
15    classified information.
16          So I couldn't use my -- my landline -- my desk phone to
17    make these calls without some serious disruption to the work
18    going on in my office.
19          And I likewise don't use my work computer to do personal
20    business because it's U.S. Government property and it has a
21    strict firewall on it that a lot of regular websites are not
22    accessible from my work desk.
23          So if I want to use my cellphone, I can, you know,
24    access -- badge out three doors in the building and go and use
25    my cellphone for personal emailing from my car.
```

1    But like I mentioned, when I'm calling the United States,

2  I mostly do that from my laptop at home after hours over Skype

3  or something of that sort.

4  **Q.**   Ms. Stinetorf, you mentioned that you attempted to reach

5  out to some election officials.

6    Did you ever hear back from those folks?

7  **A.**   I did.  I reached -- I reached the Muscogee County

8  elections office the following day on the telephone.  But it

9  wasn't the right person.  They couldn't really tell me anything

10  about my situation or why I had been challenged.

11    So I had left a message and made it -- and wrote another

12  email that day.  And then a couple of days passed.

13    And on the 23rd of December, I got an email reply from the

14  Muscogee County elections office that said the challenge had

15  been lifted and that my ballot had been accepted, but no

16  explanation of what had happened or why I had been challenged

17  in the first place.

18    And then the following day was on December 24th.  I was

19  able to arrange a phone call with the elections office in which

20  they explained the situation.  And they told me -- they told me

21  about the challenge letter that they had received from

22  Austin Russell that -- that challenged a large number of people

23  that had submitted change of address requests by the

24  Postal Service.

25    And they told me that Austin Russell was a leader of the

1    Republican Party and that they had been obliged to put our

2    ballots in a challenged status.  But after hearing from me and

3    reviewing -- reviewing the situation, that they had overturned

4    that and sent me my ballot.

5              MR. EVANS:  And, Judge, I have to object to hearsay

6    based upon her statements about what was told to her in this

7    conversation.

8              MS. MORRISON:  Oh, Your Honor, the testimony that was

9    elicited is only for her course of conduct and what followed

10   after she found out she had been challenged.

11             THE COURT:  So then I will not accept it for the

12   truthfulness of the matter to show what she did once she was

13   hurt and she was challenged.

14             MR. EVANS:  Well, if -- if the communication is about

15   the fact that the conversation took place, that's okay.

16             If what she said is offered for the truth of what was

17   said in that conversation, then I would object to that, the

18   admissibility of it.

19             THE COURT:  I just said I'm not accepting it for the

20   truthfulness of the matter.

21             MR. EVANS:  Okay.  Got it, Judge.  Thank you.

22             MS. MORRISON:  Thank you, Your Honor.

23   BY MS. MORRISON:

24   Q.   So, Ms. Stinetorf, you found out that you've been

25   challenged and the challenge has been resolved.  So I'd like to

1    ask you a few questions about your reaction to that experience.

2        How would you describe your overall experience voting in

3    the 2021 general runoff -- apologies -- runoff elections in

4    Georgia?

5    **A.**    My experience was it was stressful, confusing, and a

6    little scary, as I mentioned.  I felt -- I felt like I had done

7    something wrong, was being accused of doing something wrong.

8    And I was offered no real explanation beforehand of what had

9    happened or what was going on.

10        So the experience was not a good one.  It was -- I mean,

11    it's been an informative process to learn about what it means

12    to be challenged.  But it gave me quite a lot of concern going

13    forward about -- you know, it affected my trust in the system

14    to know that just a letter from some private citizen can throw

15    as much doubt and chaos and upheaval to such a large number of

16    voters.

17        So I am concerned of what -- my ability to successfully

18    vote by absentee ballot in the future without problems.  You

19    know, it seems like this could easily happen again with little

20    or no reason or explanation surrounding it.  So it gives me

21    great concern moving forward.

22    **Q.**    Ms. Stinetorf, do you know how much longer you'll be

23    residing in Germany?

24    **A.**    Yes.  We plan to live in Germany for at least three --

25    three to four more years.

1   **Q.**   And in the meantime, do you still plan to vote in

2   elections in Georgia?

3   **A.**   Yes.  Absolutely.

4   **Q.**   And do you and your family plan to return to the

5   United States at some point?

6   **A.**   Yes.

7   **Q.**   And do you plan to resume voting once you return to the

8   United States?

9   **A.**   Well, we've never stopped -- we won't stop voting.  We'll

10  always vote.  Yeah.  We don't know where we'll be stationed

11  next in the United States.  So it could be Georgia.  But it

12  also could be another state.

13       And when we return, we will -- we will either continue

14  voting or register in the new state based on where the military

15  sends us.

16            THE COURT:  Ms. Morrison, I don't have a microphone

17  for her to hear me.  But ask her this question.

18            Has she not voted by absentee ballot since 2020?

19            MS. MORRISON:  Ms. Stinetorf, did you hear that?

20            THE WITNESS:  I can hear you.  I can hear you,

21  Your Honor.  Yes.

22            Yes, I did vote.  My husband and I both voted in the

23  2022 election as well by absentee ballot.

24            THE COURT:  Thank you.

25

```
 1    BY MS. MORRISON:
 2    Q.   Well, thank you so much, Ms. Stinetorf for taking the
 3    time.  I know it's late in Germany and we sort of shifted your
 4    testimony from yesterday.  I appreciate you taking the time.
 5              MS. MORRISON:  And I pass the witness, Your Honor.
 6              THE COURT:  Mr. Evans, your witness.
 7              MR. EVANS:  Thank you, Judge.
 8              And I will likely reference a document in my cross.
 9    And I need to figure out how I can get that before her.
10              THE COURT:  I'm not the person to talk to on that.
11              Ms. Wright?
12              COURTROOM DEPUTY CLERK:  The only way to do that is
13    from your computer, if you're logged into the Zoom call and do
14    a share screen.
15              MS. MORRISON:  Your Honor, can I ask if that document
16    is on the exhibit list?
17              MR. EVANS:  Well --
18              THE COURT:  I can't hear you.
19              MS. MORRISON:  Can I ask if that document is on
20    defendants' exhibit list?
21              THE COURT:  Yeah.
22              MR. EVANS:  The document will likely be used to
23    refresh recollection.  But I was trying to be proactive in
24    getting it in access before.
25              THE COURT:  According to Mr. Evans, he's not going to
```

1   offer it into evidence.  If it needs to be refreshed, he says,

2   that's how he wants to use it, so...

3          MS. MORRISON:  As long as we can see a copy as well.

4          THE COURT:  Oh, yes.  Definitely.

5          MR. EVANS:  Is there a way for me to get the Zoom

6   link and I can just log on?

7          COURTROOM DEPUTY CLERK:  Yeah.

8          **(A discussion ensued off the record.)**

9          MR. EVANS:  So what I'll have to do, I guess, Judge,

10  is I'll go up here and then bring my laptop there.  And I think

11  that should do it.

12         THE COURT:  Okay.

13         THE WITNESS:  I actually -- I can hear you from back

14  there okay.

15         MR. EVANS:  Yeah.  We just have a bad echo in the

16  courtroom.  Sorry about that.

17                    CROSS-EXAMINATION

18  BY MR. EVANS:

19  **Q.**   Okay.  Can you hear me okay now?

20  **A.**   Yes, I can.

21  **Q.**   All right.  Great.

22      My name is Jake Evans.  I represent the defendants in the

23  case.  And it is a pleasure to meet you.  I appreciate you

24  appearing virtually.

25      I was actually in Germany last week.  Beautiful place.  I

1 was in Berlin, Hamburg, and Dresden.  Had an awesome time.  So

2 you're in a good place in the world, and I appreciate your

3 service.  I just want to say that at the outset.

4   When did you move to Germany again?

5 **A.** In August of 2020.

6 **Q.** Okay.  And so to your understanding, what is this case

7 about?

8 **A.** This case is about an organization involved in an incident

9 of mass challenges to voters' ballots in the 2021 election.

10 **Q.** And how did you get involved with this case?

11 **A.** I was -- it was through my Facebook post.  When I

12 discovered my ballot had been challenged, I posted to Facebook.

13   And actually, a good friend of mine saw my post and

14 alerted me to the wider -- the wider issue going on with these

15 mass challenges and linked me up with -- with Perkins Coie.

16 **Q.** And when was that?

17 **A.** That was during the same period of time that I was -- that

18 I was researching and trying to figure out why I had been

19 challenged.  So that was a couple of days before Christmas in

20 2020.

21 **Q.** So that this was in -- all right.  You got hooked up with

22 them in December of 2020?

23 **A.** Yes.

24 **Q.** And in -- are you aware of a lawsuit that was filed prior

25 to or around the same time as December 2020?

1          MS. MORRISON:  Objection, Your Honor.  Relevance.

2  This was not brought up in direct -- the direct.

3          THE COURT:  What lawsuit are you talking about,

4  Mr. Evans?

5          MR. EVANS:  This would be the Muscogee County.  In

6  her affidavit, she references it.

7          THE COURT:  Well, it wasn't brought up during direct.

8          MR. EVANS:  And I'm happy to move on.  It's not a

9  super important issue, Judge.

10          THE COURT:  All right.

11  BY MR. EVANS:

12  **Q.**   So earlier, you talked about what you believed this

13  lawsuit was about.

14      Do you know any of the defendants in this lawsuit?

15  **A.**   Who is the defendant in this lawsuit?

16  **Q.**   Who is the defendant in this lawsuit?

17  **A.**   That is -- that was my question.  The defendant is True

18  the Vote.

19  **Q.**   And to your understanding, is that the only defendant in

20  this lawsuit?

21  **A.**   Yes.

22  **Q.**   If I told you there were other defendants in the lawsuit,

23  would that be something you would agree with or disagree with?

24  **A.**   I don't see how my agreement with the defendant -- I don't

25  understand the question.

1        Can you clarify?

2   **Q.**   So you just testified there are no other defendants in the

3   lawsuit other than True the Vote; right?

4   **A.**   To the best of my knowledge.

5   **Q.**   Have you communicated with an individual at any point in

6   your life named James Cooper?

7   **A.**   Not to my knowledge, no.

8   **Q.**   Has Mr. James Cooper at any point directed any

9   communication in any form or media at you?

10  **A.**   Not to my knowledge, no.

11  **Q.**   And you've never spoken to an individual named

12  Ron Johnson, have you?

13  **A.**   Not to my knowledge, no.

14  **Q.**   And Mr. Johnson has never directed a communication to you

15  in any form or media, has he?

16  **A.**   Not to my knowledge, no.

17  **Q.**   And you haven't ever spoken to an individual named

18  Mark Williams, have you?

19  **A.**   No.

20  **Q.**   And Mr. Williams has never directed a communication to you

21  in any form or media, has he?

22  **A.**   Not to my knowledge.

23  **Q.**   And you've never communicated with an individual named

24  Derek Somerville, have you?

25  **A.**   Not to my knowledge.

1  **Q.**   And Mr. Somerville has never directed a communication in

2  any form or media at you, has he?

3  **A.**   No.

4  **Q.**   And you've never spoken to an individual named

5  Catherine Engelbrecht, have you?

6  **A.**   Not to my knowledge.

7  **Q.**   And Ms. Engelbrecht has never directed any communication

8  in any form or media at you, has she?

9  **A.**   No.

10  **Q.**   Did you know that any of those individuals I just named

11  prior to today were named defendants in this case?

12  **A.**   No.

13  **Q.**   Have you ever spoken with anyone at True the Vote or a

14  representative at True the Vote?

15  **A.**   Not to my knowledge.

16  **Q.**   And no representative has directed any communication or

17  form of -- in any form or media at you, have they?

18  **A.**   No, not to my knowledge.

19  **Q.**   You haven't spoken to an individual named Mark Davis at

20  any point, have you?

21  **A.**   No.

22  **Q.**   And Mr. Davis has never directed any communication in any

23  form or media at you, has he?

24  **A.**   No.

25  **Q.**   So I want to talk back to you voting and the issues you

1   had when you were voting.

2      So on or around what day did you submit your absentee

3   ballot in the 2020 December -- in the -- let me get this

4   question good so I know what I'm asking too.

5      In the December 2020 Senate runoff, on or around what day

6   did you send your absentee ballot in to be counted?

7   **A.**   For the January 2021 Senate runoff election, I received

8   the ballot by email on November 20th, and completed it and sent

9   it in by November 22nd, at the latest.

10  **Q.**   And nobody reached out to you to tell you that there was

11  any complications with that ballot, did they?

12  **A.**   No.  I was completely caught unaware when my ballot was

13  marked challenged.  I had no information, no idea.

14  **Q.**   And so -- and none of the individuals that I've discussed

15  earlier, none of those folks reached out to you about your

16  ballot saying that there was any issues with your ballot, did

17  they?

18  **A.**   No, they didn't, which was part of -- I mean, might have

19  exacerbated the fact that I was so caught -- so overwhelmed by

20  the lack of information.  I had no idea what was going on and

21  no idea why I had been challenged.

22  **Q.**   And no one from the Muscogee County board of elections or

23  other election official reached out to you to inform you that

24  there had been any complications or issues with your ballot,

25  did they?

**A.**   Not until I reached out to them.  They did respond.  But it was because I had gone -- gone through several efforts to reach them to get an explanation on the situation.

**Q.**   And on or around what day did you reach out to them via email?

**A.**   The first email I wrote to them was the same day I discovered my challenge, December 20th.

**Q.**   And do you recall what -- go ahead.

**A.**   And then, as I previously testified, I reached someone on the telephone the next day, on the 21st, but didn't get a lot of information from that telephone call.  It was not the right person.

I received an email several days later, on the 23rd, with not a lot of information.

And then on the 24th, I arranged a phone call in which I was given a lot more information and assured that my ballot had been accepted after all and the challenge had been lifted.

**Q.**   And earlier you said -- well, let me back up.

What did you say in your email when you emailed them?

**A.**   I said that I saw on the My Voter Page website that my ballot had been challenged and I did not understand this and wanted to know immediately, urgently what -- what the problem was and how I could go about resolving it because it mattered very greatly for my ballot to be accepted.

**Q.**   And what day did you say they responded?

1  **A.**   They responded -- I received their response on the 23rd of

2  December.

3  **Q.**   And do you recall exactly what they said in response?

4  **A.**   On the 23rd, the email said that the challenge had been

5  lifted and that my ballot had been accepted.  But no

6  explanation was given for why I had been challenged in the

7  first place until the following day when I arranged the phone

8  call.

9  **Q.**   Are you sure that that email said that the challenge had

10  been lifted?

11      Are you positive your memory on that is correct?

12  **A.**   I would have to go back and look at the exact language.

13  But I know that the email said my ballot had been accepted.

14  **Q.**   Okay.  Well, I will show you that email to refresh your

15  recollection on it if you can bear with me one second.

16          MS. MORRISON:  Your Honor, objection.  There is no

17  foundation.  The witness hasn't said that she doesn't remember

18  what was in this email.

19          MR. EVANS:  She legitimately just said, if I looked

20  back at the email, I would be able to remember, Judge.

21          THE COURT:  She did say that.

22          MS. MORRISON:  She recalls the contents of what was

23  said in that email.

24          THE COURT:  Let me simplify it.  Do you remember what

25  was in the email?

```
 1              Repeat the question, Mr. Evans.  She can't hear me.
 2   BY MR. EVANS:
 3   Q.   The question was, are you certain that the email said that
 4   the challenge on your ballot had been lifted?
 5   A.   I'm not certain exactly what the email said.  But my
 6   recollection is that it said the My Voter Page had been changed
 7   to say that my ballot had been accepted.
 8   Q.   Is there anything -- can I give you the email to help you
 9   refresh your recollection on whether --
10              THE COURT:  Hold on.
11              Ms. Morrison?
12              MS. MORRISON:  Your Honor, she just said that her
13   recollection of what was said in that email is exactly as she
14   just --
15              THE COURT:  Well, what if her recollection is wrong?
16              MS. MORRISON:  I mean, if it's wrong that -- that's
17   not how you would use it to refresh your recollection.
18              MR. EVANS:  Yes.  This is --
19              THE COURT:  Overruled.
20              MS. MORRISON:  If he would like to impeach her,
21   that's a different --
22              THE COURT:  Overruled.
23              MR. EVANS:  Bear with me, Judge.  Now I've got to get
24   this to work.
25              MS. MORRISON:  Your Honor, can I also ask to see a
```

1   copy?

2          MR. EVANS:  You absolutely can.

3          THE COURT:  Yes.

4          MR. EVANS:  You can.  Before I -- before I post it

5   on -- on the Zoom, I will give you a copy.

6   BY MR. EVANS:

7   Q.   Ms. Stinetorf, what are you looking at right now?

8          THE COURT:  Well, have you seen it?

9          MR. EVANS:  I just want to -- I want to make sure

10  that --

11         MS. MORRISON:  I have not seen anything.

12         MR. EVANS:  I haven't posted it.  I'm opening it.

13         And, Judge, I can also give you a copy as well.

14  Okay.

15         THE COURT:  Ms. Morrison, when you finish reading it,

16  let me know.

17         MS. MORRISON:  Thank you, Your Honor.  I've read it.

18         THE COURT:  Can Mr. Evans proceed?

19         MR. EVANS:  Okay?

20         THE COURT:  Can Mr. Evans proceed?

21         MS. MORRISON:  Oh, yes.  Sorry.  Yes.

22         MR. EVANS:  Okay.  Did that work?  Is that on Zoom,

23  Judge?

24         THE COURT:  It's on Zoom.  It's on Zoom.

25         MR. EVANS:  Okay.

1    BY MR. EVANS:

2    **Q.**   And Mr. -- Ms. Stinetorf, do you see that document?

3    **A.**   Yes, I see it.

4    **Q.**   And take your time to look at it.

5    **A.**   Okay.  I've read it.

6    **Q.**   Okay.  And does that document refresh your recollection on

7    whether or not that email that was received on December 23rd,

8    2020, said that the challenge to your vote had been lifted?

9    **A.**   No.  I -- no, it doesn't refresh my recollection

10   because -- because it's not accurate.  I think -- I believe

11   this has to do with the first phone call I had with them on the

12   21st of December, when there was not clear -- when I -- as I

13   previously testified, I seemed to have reached the wrong

14   person.  There was some confusion.

15       I could see that my ballot had been challenged on the My

16   Voter website.  And it wasn't clear if the elections office was

17   also seeing the same view as me.  So this is not the email I'm

18   referring to.

19       To my recollection, the Muscogee elections office

20   definitely acknowledged that my vote had been challenged.  And

21   that only because of the efforts I had gone through to call and

22   email and talk it out with them was the challenge overturned or

23   lifted or rescinded.

24   **Q.**   Do you recall when your absentee ballot had been received

25   and accepted by the Muscogee County election board?

1    **A.**    I believe the ballot was challenged for a period of two

2    days or so, between the 20th and the 22nd or 23rd, while I was

3    going through the efforts of reaching the elections office.

4        And then I had the phone call with them on the 24th and

5    was given an explanation.  And at that time, I confirmed that

6    the My Voter Page then reflected that my ballot had been

7    accepted.

8    **Q.**    If I told you -- if I told you that the official absentee

9    ballot certified document showing everyone that voted in the

10   2020 January 5th Senate runoff said that your absentee ballot

11   was accepted and counted on December 11th, 2020, would you have

12   any reason to disagree with that?

13   **A.**    Yes, I would.

14   **Q.**    And what reason would you have to disagree with that?

15   **A.**    I had phone calls and I believe emails -- but I would have

16   to check -- confirming that Muscogee County -- I mean,

17   Muscogee County acknowledged the challenge.  I have email

18   records of that.  And I had phone conversations with the

19   Muscogee elections office acknowledging that my vote was

20   challenged.

21       I also have my name on the letter from Austin Russell

22   challenging my vote and conversations and emails from the

23   elections office acknowledging the challenge of my vote on the

24   basis of that email or letter.

25   **Q.**    If I told you that an email was sent to you from the

1    Muscogee County board of elections and registration on

2    December 23rd, 2020, that said that your absentee ballot had

3    been received and accepted on December 11th, 2020, would you

4    have any reason to disagree with that?

5    **A.**   Yes, I would.  Because as you've been talking, I've been

6    continuing to remember some of the details.  And I -- this has

7    to do with the conversation I had on the telephone -- I had

8    with the wrong person.  You know, that's how I'm describing a

9    person that is not fully involved in the process or someone at

10   the office that I reached.

11         And I had to point them -- they seemed to have a different

12   view than I had.  My Voter website -- the My Voter Page website

13   clearly showed when I logged in that my ballot had been

14   challenged.

15   **Q.**   Well, let me just --

16              THE COURT:  Hold on.  Let her finish.  Let her

17   finish.

18              THE WITNESS:  They said, oh, well, now I see that.  I

19   do see that.  I do see that your ballot has been challenged.

20   So I believe this was an incorrect processing error.

21   BY MR. EVANS:

22   **Q.**   I'm going to ask it very simply, and I want to remind you

23   that you're under oath.

24         Did you receive an email on December 23rd, 2020, that said

25   that your ballot had been accepted and received on

 1   December 11th, 2020?

 2        Yes or no?

 3             MS. MORRISON:  Objection, Your Honor.  This has been

 4   asked and answered.

 5             MR. EVANS:  She's not answering the question.

 6             THE COURT:  Yes or no?

 7             THE WITNESS:  I believe this is a correct

 8   representation of the email I received, yes.

 9             But I believe the information in the email is

10   incorrect.

11             THE COURT:  She's answered the question.

12             MS. MORRISON:  Thank you, Your Honor.

13   BY MR. EVANS:

14   **Q.**   So earlier you said you called -- or strike that.

15        You emailed the Muscogee County board of elections on

16   December 20th, 2020, because you were concerned about your vote

17   not being counted; right?

18   **A.**   (Witness nods head affirmatively.)

19   **Q.**   Is December 11th, 2020, before December 20th, 2020?

20        Yes or no?

21   **A.**   Can you repeat the question, please?

22   **Q.**   Sure, sure.

23        And I'm sorry.  I'll go as slow as I can.  I'm already

24   slow because I'm from Georgia, so...

25        Is December 11th, 2020, before December 20th of 2020?

**A.**   Yes.

**Q.**   So would you agree with me, at the point at which you emailed on December 20th, 2020, inquiring about your vote being counted, your vote had already been counted based upon the email that said your vote had already been counted on December 11th, 2020; right?

**A.**   I believe there are other records that should be more authoritative about whether my vote was challenged or not.

**Q.**   I understand that.  I'm asking you a yes-or-no question. You're on the stand.

So will you please answer yes or no?

THE COURT:  And you can explain your answer after you say yes or no.  You can explain your answer.

THE WITNESS:  Can you repeat the question, please?

BY MR. EVANS:

**Q.**   I can.  I'm going to try.

Would you agree with me that when you inquired on December 20th of 2020, that if your ballot had already been accepted and received on December 11th, 2020, that it had already been counted after but before you reached out to inquire?

**A.**   I -- I don't quite understand the question still.

Could you please clarify?

**Q.**   I can.

Would you agree with me that when you reached out on -- to

1   the Muscogee County board of elections on December 20th, 2020,

2   that if your ballot had already been accepted and received on

3   December 11th, 2020, it had already been counted before you

4   reached out to the Muscogee County board of elections?

5        MS. MORRISON:  Objection, Your Honor.

6        Counsel keeps referring to this email and saying that

7   the vote has been counted.

8        MR. EVANS:  This --

9        THE COURT:  Let her finish.

10        MS. MORRISON:  But the email itself does not use

11   those words.  So I just want to make sure he's not

12   mischaracterizing the document he's claiming to use to refresh

13   the memory of the witness.

14        THE COURT:  Mr. Evans, are you done with this

15   document?  Take the document down, first of all, if you're done

16   with it.

17        I didn't hear your objection again.  Is he referring

18   to the document?

19        MS. MORRISON:  Yes.  He keeps referring to this

20   document as a way to refresh the witness's recollection.  But

21   he's not using the words in the document to refresh her

22   recollection.

23        THE COURT:  Are you referring to that document?

24        MR. EVANS:  The whole point of this question is I'm

25   saying if these facts are true, would you agree with me that

1     this is the result.

2              THE COURT:  I'm assuming he's not referring to that

3     document.

4              MS. MORRISON:  Sure, Your Honor.  But the words he's

5     using as saying in -- that those words appear in this document

6     are clearly not in the document.

7              THE COURT:  Here's how I'm taking it.  He's trying to

8     give her a hypothetical -- not her -- excuse me, ma'am.

9              He's giving her a hypothetical.  I'm not -- I'm

10    taking it, he's not talking about this particular document.

11    I'm talking he's giving a hypothetical, because the document

12    was just there to refresh her memory.  It's off.  It's not

13    evidence.  It's not anything.

14             And as a matter of fact, his questions are not

15    evidence.  It's just a question.

16             MR. EVANS:  Judge, I can try my best to rephrase it.

17    All right.

18             THE COURT:  Please.

19             Ms. Morrison, again, Mr. Evans is not referring to

20    the document.  I think that was your objection.

21             MR. EVANS:  Okay.  Let me -- let me give it -- give

22    it another shot.

23    BY MR. EVANS:

24    Q.   Would you agree with me that if your ballot was received

25    and accepted on December 11th, 2020, that was before you

1    reached out on December 20th, 2020, about any issues with your

2    ballot?

3    **A.**    I acknowledge that the 11th of December comes before the

4    20th of December.  But I do -- I do not think that that email

5    is accurate, was correct information, based on what I was told

6    in other emails from the same office and in phone calls.

7    **Q.**    So is that -- assuming what I said is true, which you're

8    saying you're not assuming that -- but assuming that is true,

9    the answer would be yes; right?

10            THE COURT:  Well, the answer is yes, the 11th comes

11   before the 20th.

12            MR. EVANS:  That's fine, Judge.  And I can move on.

13            THE COURT:  Yeah.

14   BY MR. EVANS:

15   **Q.**    So in this case, you have agreed that none of the

16   defendants have reached out to you about your ballot or issues

17   with your absentee ballot.

18            You've agreed that no one from the county board of

19   registrations reached out to you.

20            What inconvenience, aside from calling to follow up on

21   whether your vote was counted, did you have in voting in the

22   January 5th, 2020, Senate runoff?

23   **A.**    The psychological stress of being denied my right to vote

24   was an inconvenience to me, definitely during a high-stakes

25   election, during the middle of COVID, serving overseas, it was

1   extremely --

2   **Q.**   But you weren't denied your right to vote; right?

3   **A.**   The fear -- the fear of being denied the right to vote.

4   **Q.**   And where did you -- if -- no one reached out to you about

5   telling you you were denied your right to vote; right?

6   **A.**   That -- that's part of my testimony is that I don't think

7   I would have been able to vote if I had not gone through the

8   effort that I did to make sure that the challenge was

9   rescinded.

10  **Q.**   And the only fear or causative event for fear was the fact

11  that you logged onto your voter page and you said you saw that

12  your vote had been challenged; is that correct?

13  **A.**   That is correct.

14         And my husband's ballot was the same.  My husband also was

15  in the same timeline, in the same situation as me.  So both --

16  both of our My Voter Pages and ballots said the same -- the

17  same status at every -- at every stage.

18  **Q.**   So when you voted in the January 5th Senate runoff in

19  2021, no one yelled at you, did they?

20  **A.**   No.

21  **Q.**   No one threatened you, did they?

22  **A.**   No.

23  **Q.**   No one coerced you, did they?

24  **A.**   No.

25  **Q.**   No one even reached out to you about your vote, did they?

1    **A.**    No.

2    **Q.**    And you testified earlier that you got an email which said

3    that your vote had been received and accepted on December 11th,

4    2020; right?

5         MS. MORRISON:  Objection, Your Honor.  That

6    mischaracterizes the witness's testimony.  She said she

7    received the email, but she did not acknowledge that that is

8    actually what the email said to her.

9         MR. EVANS:  She did.

10        THE COURT:  I can't remember exactly what she said.

11   She's been saying a lot.  I don't remember her saying that she

12   said it counted.  As a matter of fact, she disagreed with the

13   email.

14        MR. EVANS:  Accepted and received.

15        THE COURT:  She disagreed with the email.

16        I think you're right.  I think you're right.

17        MS. MORRISON:  Thank you, Your Honor.

18        THE COURT:  Mr. Evans, I don't remember this witness

19   agreeing with this email at all that you put up a few minutes

20   ago.

21        MR. EVANS:  Well, I -- she referenced it earlier, and

22   I believe she did acknowledge it.  But the record will speak --

23   the record will speak for itself, Judge.  I'm happy to move on.

24        THE COURT:  Thank you.

25

```
 1   BY MR. EVANS:
 2   Q.   All right.  Briefly I'll go over my final questions.
 3        Earlier you referenced a challenge.
 4        You don't know who made a challenge, do you?
 5   A.   I do know that Austin Russell challenged my ballot.
 6   Q.   And Mr. Russell is the only one that you know that made
 7   the challenge; right?
 8   A.   Yes.
 9   Q.   And you've got no evidence or connection of Austin Russell
10   to any of the defendants in this case, do you?
11   A.   I'm not -- I am not aware of any connections.  All I know
12   is what I was told, that Austin Russell is -- was a leader of
13   the Republican Party in Muscogee County.
14   Q.   Got it.  And so that's a no, you don't have any connection
15   of Austin Russell to any of the defendants in this case; right?
16   A.   Not to my knowledge.
17        MR. EVANS:  Okay.  No further questions, Judge.
18        THE COURT:  Thank you, Mr. Evans.
19        Redirect?
20        MS. MORRISON:  No, Your Honor.
21        THE COURT:  Thank you.  Thank you, ma'am.  And go to
22   bed.
23        Call your next witness.
24        MR. NKWONTA:  Do you want to clear this first?
25        THE COURT:  Yes, sir.  Thank you.  Thank you.
```

| | |
|---|---|
| 1 | **(There was a brief pause in the proceedings.)** |
| 2 | THE COURT:  I think you know where the place is at, |
| 3 | Mr. Germany. |
| 4 | THE WITNESS:  My first time in this one. |
| 5 | THE COURT:  Give us a second so we can clear this up. |
| 6 | And then you may be seated. |
| 7 | MR. NKWONTA:  Your Honor, plaintiffs call |
| 8 | Mr. Ryan Germany. |
| 9 | THE COURT:  Hold on a second. |
| 10 | Can you give Ms. Wright time to cut all of that off? |
| 11 | You can proceed.  Thank you. |
| 12 | COURTROOM DEPUTY CLERK:  Sir, could you stand and |
| 13 | raise your right hand. |
| 14 | **(Witness sworn)** |
| 15 | COURTROOM DEPUTY CLERK:  Thank you.  You can have a |
| 16 | seat. |
| 17 | If you could please state and spell your name for the |
| 18 | record. |
| 19 | THE WITNESS:  My name is Ryan Germany, R-Y-A-N, |
| 20 | Germany, like the country, G-E-R-M-A-N-Y. |
| 21 | Whereupon, |
| 22 | RYAN GERMANY, |
| 23 | after having been first duly sworn, testified as follows: |
| 24 | DIRECT EXAMINATION |
| 25 | |

```
 1   BY MR. NKWONTA:
 2   Q.   Good afternoon, Mr. Germany.
 3   A.   Good afternoon.
 4   Q.   I'm sure you're well acquainted with many of the folks in
 5   this courtroom.  But it's nice to see you again.
 6   A.   Likewise.  Thank you.
 7   Q.   Mr. Germany, can you tell the Court where you are
 8   currently employed?
 9   A.   I am a partner at the law firm of Gilbert Harrell
10   Summerford & Martin.
11   Q.   And when did you start working at Gilbert Harrell
12   Summerford & Martin?
13   A.   January 2023.  This year.
14   Q.   And before that, where were you employed?
15   A.   I was the general counsel at the Georgia Secretary of
16   State's office from January 2014 until January of this year.
17   Q.   So you were in that position until January 2023?
18   A.   Yes, sir.
19   Q.   Can you briefly describe your duties as general counsel
20   for the Secretary of State's office?
21   A.   Sure.  So my duties were to provide legal support to each
22   division of the office.  The Secretary of State's office has
23   multiple divisions, including the election division.
24        So that included working with the elections division on
25   litigation, on, you know, interpreting different laws or
```

1    implementing different procedures.

2         And also things -- other -- other things, such as

3    contracts, procurement, different projects.  Just any type of

4    legal support.

5    **Q.**   And did you provide legal support or guidance to counties

6    as well in that position?

7    **A.**   Yes.  So I often was called by counties.  And counties

8    are -- the Secretary of State's office is not the lawyer for

9    the counties.  But we would often speak to counties who had

10   questions about a specific situation.  Or I'd also speak to

11   their county attorneys.

12   **Q.**   I'd like to take you back to the events of December 2020.

13        Are you aware or do you recall groups or individuals that

14   filed voter challenges in the lead-up to the January 2021

15   runoff?

16   **A.**   I recall that True the Vote did that.

17   **Q.**   Do you recall the magnitude of those challenges?

18   **A.**   It was in the hundreds of thousands, to my recollection.

19   **Q.**   And do you recall the basis for the challenges?

20   **A.**   My understanding is it was based off of data from the

21   National Change of Address database.

22   **Q.**   And before we dive into that a little bit further, can you

23   explain to the Court what that means?

24   **A.**   Sure.  So the National Change of Address database, that's

25   something that we use, the Secretary of State's office to -- to

1    help us with -- with list maintenance.

2        And the way we do it is we -- we take the National Change

3    of Address database, we run a matching program through the

4    state voter registration list and then see who has -- basically

5    who matches.

6        And there's a few different things that then come of that

7    if there's a match with someone on the voter rolls who's also

8    filed a change of address.

9        That, one, if they moved out of state, essentially what

10   the NCOA -- we call it NCOA, National Change of Address -- it

11   triggers what's called a confirmation notice to the voter.  And

12   the voter receives that confirmation notice.

13       It can be worded -- it's kind of one of three different

14   confirmation notices.  One, if you've -- if NCOA suggests

15   you've moved out of state, so we say, hey, it looks like you

16   moved out of state.  Can you either confirm this?

17       It also has some blanks to let us know, if that's not

18   right, to let us know where you currently are.  We can update

19   your address.  And then that's for out of state.

20       If you move out of -- within Georgia to a different

21   county, you get a similar notice that says, looks like you've

22   moved out of county.  Let us know.  Here is the form to update

23   your address.  Send it back in.

24       And then the final one is if you've moved within the same

25   county, you get a form and in that -- in that circumstance,

1    Georgia law actually allows the Secretary of State's office to

2    update your address automatically.  And we send a note that

3    says, hey, we got this notice that you -- I'm paraphrasing,

4    obviously -- moved to a different location in the county.

5    We're going to update your address to this address unless you

6    tell us in the next 30 days, unless you ask us not to, and you

7    can send it in and tell us whatever the correct information is.

8    So that's what happens.

9         And then for all of those, the voter can, of course,

10   respond.  One response might be, yes, I've moved out of state.

11   Please, you can remove me.  But you can't remove a voter under

12   that circumstance without that signed form from the voters that

13   says, yes, I have, confirming that they have moved out of

14   state.

15        What happens in the vast majority of cases is a voter

16   doesn't respond to the notice.  And in that case, they are

17   moved to what's called inactive status.  And inactive status is

18   a status where it's kind of a holding pattern.  They can still

19   vote.  They're still registered to vote.  But -- they're not

20   removed from the rolls.

21        But it's basically a notice that you've been identified as

22   someone who has moved, because we don't know for sure yet.  You

23   stay here for two general election cycles.

24        If you have no contact with your county elections office

25   in that four-year period, then you would eventually be removed

1    from the rolls.

2    **Q.**    Now, Mr. Germany, are you aware of any efforts taken by

3    the Secretary of State's office to conduct further research

4    into lists of voters that have filed NCOA address changes?

5    **A.**    Can you clarify what you're asking?  Sorry.

6    **Q.**    Sure.  Are you aware of any efforts taken by the Secretary

7    of State's office to conduct further research or investigations

8    into voters that filed NCOA, change of address, notices?

9    **A.**    Got it.  Yes, yes.

10        Following the 2020 election, we received some allegations

11   that we, being the Secretary of State's office, received

12   allegations that people who had filed a National Change of

13   Address to an out-of-state address had moved prior to the voter

14   registration deadline.

15        And so the insinuation -- I don't think this was from True

16   the Vote.  I think it was from somebody else.  But the

17   insinuation was, oh, these are all illegal votes.  And so we --

18   we did want to investigate that.

19        We got a spreadsheet of people that whoever sent that was

20   alleging had all moved out of state prior to the voter

21   registration deadline.

22        So the way we investigated that was, first of all, you

23   could look at the spreadsheet and sort of determine, okay, some

24   of these are people that are pretty obviously still going to be

25   eligible to vote.

1        For instance, there was people who were designated as a

2   UOCAVA status, which is the status for overseas and military

3   voters.

4        So first we took -- we removed those people from the list.

5   And then I think it still left -- I don't remember the exact

6   number, but, you know, something -- somewhere between 6- and

7   8,000 people on that spreadsheet.

8        And what we did was -- and even with that, you could kind

9   of look at some of the addresses on that spreadsheet.  And I

10  remember feeling like you could -- you would still see some,

11  even people that weren't -- that didn't have that UOCAVA

12  status.  We saw some APO addresses on there, which suggested

13  they were in the military.  They just might not have designated

14  themselves as such.

15       We saw some places that suggested maybe they were in

16  college, kind of a college town.  We also saw some places that

17  looked like, oh, these might be a place where someone in

18  Georgia might have a second home, some -- you know, kind of a

19  Myrtle Beach or Hilton Head or places in Florida type of

20  situation.

21       So -- and residency, of course, is complicated.  There's a

22  whole chapter in the election code about how to determine

23  residency.  And it basically says, specifically, you've got to

24  weigh all of these different things.  I mean, it's very much an

25  individualized case-by-case analysis.

1        So that wasn't something we could do for all 6- to 8,000

2    of those people.  So what we did was we came up with a survey

3    that we sent out to all of those votes and said, hey, you filed

4    this NCOA.

5        Can you explain to us, are you still a Georgia resident?

6        If so, sort of what are the circumstances?

7        And then if you're not, when did you not become a Georgia

8    resident?

9        And we got a lot of responses back.  We got about a

10   thousand or so responses, which I was surprised that we got

11   that many back.

12       And what we found was that the people who were -- out of

13   those responses, the people were still Georgia residents.

14   There was a lot of people who were out of town temporarily for

15   work.  Some were out of town, I remember, taking care of a

16   family member.  There were some other kind of common reasons.

17       And I think there were a few people out of that

18   thousand -- but I want to say the number was in the teens of

19   people who, okay, you probably were no longer eligible to vote

20   in Georgia.  And that really worked out to about, I think,

21   one percent or so of the people that we surveyed probably

22   shouldn't have voted in Georgia.

23       Now, we can't say that for sure.  You know, it requires

24   even more analysis.  But it did, I think, strongly suggest that

25   even with that NCOA move prior to the voter registration

```
 1   deadline for November, they were still Georgia residents and
 2   therefore eligible to vote.
 3           THE COURT:  Now, you started off with how many,
 4   roughly?
 5           THE WITNESS:  I want to say it was -- I think it
 6   started off even closer to 10,000.  And then when you
 7   applied -- when we applied the overseas military designation
 8   that we -- that we could just apply right off the bat, it got
 9   it down to into the 6- or 8,000 range.
10           THE COURT:  Okay.  Thanks.
11           THE WITNESS:  Yes, sir.
12           MR. NKWONTA:  Your Honor, may I approach the witness?
13           THE COURT:  Yes, sir.
14   BY MR. NKWONTA:
15   Q.   Mr. Germany, I'm handing you what's been marked as
16   Plaintiffs' Exhibit 8.
17           MR. NKWONTA:  You-all have a binder.  But here is a
18   copy.
19           THE COURT:  Did you say 8?
20   BY MR. NKWONTA:
21   Q.   Mr. Germany, do you recognize this document?
22   A.   Yes.
23   Q.   What is it?
24   A.   This is an email from Frances Watson, who at the time was
25   the chief investigator at the Secretary of State's office, to
```

1    me.  And this is about the investigation that we had just done,

2    that we just talked about, regarding the people that we had

3    received an allegation who had voted in the 2020 election even

4    after filing a National Change of Address with the post office.

5    **Q.**   And I think I know the answer to this.

6         But just for the record, were you involved in this

7    investigation?

8    **A.**   Yes.

9    **Q.**   And as conducting investigations and preparing summaries

10   of the findings, is that part of the Secretary of State's

11   office's activities around that time?

12   **A.**   Yes.

13   **Q.**   And was Ms. Watson one of the individuals charged with

14   conducting these surveys or investigations in her role as a

15   chief investigator?

16   **A.**   Yes.

17   **Q.**   And was this investigation authorized by the Secretary of

18   State's office?

19   **A.**   Yes.

20   **Q.**   And did you work with Ms. Watson at the time?

21   **A.**   Yes.

22   **Q.**   And do you know Ms. Watson to be accurate and trustworthy

23   in conducting and reporting results of investigations?

24   **A.**   Yes.

25              MR. NKWONTA:  Your Honor, at this time, the

1    plaintiffs would like to move Exhibit 8 into evidence.

2              THE COURT:  Any objections?

3              MR. EVANS:  No, Judge.

4              THE COURT:  All right.  It's admitted without

5    objection.

6    BY MR. NKWONTA:

7    **Q.**   Mr. Germany, you touched on this before.

8         But can you briefly describe just for the record what

9    motivated the survey discussed in Exhibit 8?

10   **A.**   So we got an allegation from somebody.  I can't remember

11   who -- I don't think it was True the Vote.  My recollection is

12   it was someone kind of more affiliated with the Trump

13   campaign -- of a list of voters that they were saying these

14   people moved out of state prior to the voter registration

15   deadline for November but still voted.  And that was submitted

16   to the Secretary of State's office as a complaint, as an

17   allegation, and so we investigated.

18   **Q.**   Now, as mentioned in the email -- or can you tell how many

19   voters this survey was sent to?

20   **A.**   According to the email, it says there was approximately

21   8,094 voters that were identified.  And they were mailed a

22   letter and a questionnaire and requested to complete and

23   return.

24   **Q.**   And out of that 8,094 voters who received the survey, how

25   many voters returned that survey?

**A.**   It looks like 1,066.

**Q.**   And of those 1,066 voters, did the investigation or the survey results find that there were voters who were active military or family members of active military?

**A.**   Yes.

**Q.**   And how many voters fell into that category?

**A.**   Seventy-four.

**Q.**   In your experience, do active military or their family members lose their right to vote in Georgia when they are stationed elsewhere outside of the state or within the state?

**A.**   Generally, no.

**Q.**   Were there voters who you found to be temporarily visiting or assisting family members out of state?

**A.**   Yes.

**Q.**   And how many of those voters?

**A.**   One hundred and fifty-one.

**Q.**   And in your experience, would these voters have lost the right to vote by visiting family members temporarily?

**A.**   No.  Temporarily -- if you're out of the state temporarily, then you're generally not going to lose your residency under the way Georgia law looks at residency.

**Q.**   Now, did you identify voters who were in the process of moving to a new state but had not completed the move at the time?

                THE COURT:  Hold on.  Hold on.  I've got an

1   objection.

2         MR. EVANS:  I've got to object to relevancy, Judge.

3   This is completely unrelated to this case.  The list isn't tied

4   to my client.  This is a completely, as Mr. Germany just said,

5   unrelated list -- investigation that was totally unrelated to

6   the case.  I don't know how it's relevant at all.

7         And, in fact, I would say it's unduly prejudicial as

8   compared to the probative value that he's seeking to offer it.

9         MR. NKWONTA:  There are two grounds for relevance,

10  Your Honor.  First, it's a survey of NCOA, comparison of NCOA

11  data with the actual experience of the voters who have been

12  identified as filing NCOA address changes.

13        And it provides a list -- an example of all the

14  reasons why a voter may have an NCOA address change but may

15  still remain a resident in Georgia.

16        And I think that investigation is just as relevant as

17  any information that you'll find about the accuracy of NCOA

18  data in determining one's residency.

19        THE COURT:  Well, I think that point has been made

20  already.  From the questions you've asked and the answers

21  Mr. Germany has given, I think you've made your point.

22        MR. NKWONTA:  I'm happy to move on, Your Honor.

23        THE COURT:  Okay.

24        MR. EVANS:  Thank you, Judge.

25

BY MR. NKWONTA:

**Q.**   Mr. Germany, I want to return back to something you mentioned earlier in your testimony.

You mentioned that in December 2020 you were aware of challenges that had been filed; is that correct?

**A.**   Correct.

**Q.**   And can you repeat or do you recall who filed those challenges?

**A.**   My understanding is that it was True the Vote.

**Q.**   And how did you develop that understanding?

**A.**   I know that we had a meeting at the Secretary of State's office with Ms. Engelbrecht, and I can't remember if any other representatives from True the Vote were there, talking about potential voter challenges.

And then I think I recall seeing some media coverage of voter challenges that had been filed.

MR. EVANS:  And, Judge, I just want to put on the record an objection to the extent anything in that meeting is offered for the truth of the matter asserted therein.  Hearsay.

THE COURT:  I think that's fair.  I'll allow him to testify to it, but not to the truthfulness of the matter.

MR. NKWONTA:  I haven't begun asking questions about the meeting yet.  But I will -- if there is a question where the objection becomes relevant, I'm sure we can address it then.

1           THE COURT:  Well, I think he's giving you -- I don't

2   want to say a pass.  I think he's basically saying they can

3   talk about it, Judge, just as long as you don't accept it as

4   being the truth of what was said.

5           He's giving you a hearsay pass.  Take it.

6           MR. NKWONTA:  Thank you, Your Honor.

7   BY MR. NKWONTA:

8   **Q.**   Back to that meeting, Mr. Germany, do you recall when that

9   meeting occurred?

10  **A.**   I don't recall specifically.  My -- I think it would have

11  been in the December 2020 time frame.

12  **Q.**   And do you recall --

13  **A.**   It would have been -- sorry -- definitely

14  post-November 2020 election, pre-January 2021 runoff.

15  **Q.**   And do you recall if this meeting occurred before the mass

16  challenges had been filed or before True the Vote had launched

17  its challenge effort?

18  **A.**   I believe it did.

19  **Q.**   And why do you believe it did?

20  **A.**   My recollection is that it was basically a meeting to say,

21  hey, here's what we're -- here's what True the Vote is seeing

22  and what they're planning on doing.  And that was by filing

23  challenges.

24  **Q.**   And did you have further discussions about True the Vote's

25  challenges during this meeting?

**A.**   One thing I can recall is trying to make the point that the challenge process in Georgia really is an individualized inquiry.  And if you're going to file challenges, you really need to make sure that you're submitting evidence that's sufficient for each voter that you're challenging and not just basically a list of people without kind of individualized evidence.

MR. EVANS:  And objection.  That's -- it's hearsay, as far as what he said in the meeting and what he told True the Vote.

THE COURT:  I thought we came to an agreement that -- or an understanding -- excuse me -- that what Mr. Germany said is not being offered for the truthfulness of the matter, but to show what -- I guess what the Secretary of State and Mr. Germany did as a result of that meeting.

MR. EVANS:  Well, if -- if that's the way the Court interprets the record on that issue, I would be okay with that.

But if it is offered as far as what statements were made and the truth of those statements being made, I would object.

THE COURT:  No.  Again, I thought that was our understanding.  So that's why I relayed to counsel that you weren't going to object, because, Judge, as long as you're not accepting it for the truth of the matter, I won't object to it. And that's how I'm taking it.

```
 1              MR. EVANS:  And you're the trier of fact.  So as long
 2    as you have that understanding, I'm okay.
 3              THE COURT:  That's my understanding, Mr. Evans.
 4              MR. NKWONTA:  And, Your Honor, may I, just to respond
 5    to that briefly?  Those statements also go to True the Vote's
 6    knowledge and intent, which is at issue here.
 7              And in defendants' opening statement, they mentioned
 8    that meeting.  And they represented that they received the
 9    blessing of the Secretary of State's office in their opening
10    statement.
11              So to the extent that it is hearsay, they've opened
12    the door to it.
13              THE COURT:  That's not hearsay.  What Mr. Germany
14    says is not hearsay.  He's here testifying.  It's what
15    Mr. Germany is relaying what they said could be objected to as
16    hearsay.  But what Mr. Germany is saying is fact.
17              MR. NKWONTA:  Thank you, Your Honor.
18    BY MR. NKWONTA:
19    Q.  Mr. Germany, did you relay any concerns about the
20    viability of the challenges to True the Vote in that meeting?
21    A.  Yes.  I recall telling them that just filing a list with a
22    bunch of names on it was not going to be -- something that I
23    thought counties would see as not sufficient to basically move
24    forward with the voter challenge.
25    Q.  And why did you relay that position?
```

1  **A.**   Well, I thought it was the case, and so I wanted to be

2  upfront.  And, you know, also this was a time when counties

3  were still completing duties related to the 2020 general

4  election, getting ready for a very high-profile election in

5  January.

6       So, you know, wanted to get across that if you just kind

7  of plop a big thing on counties right now, it's not going to be

8  received well by them.

9  **Q.**   And did you at the time understand the challenges or the

10  challenge process as described by True the Vote to be

11  individualized?

12  **A.**   I don't know that I knew exactly what they were planning

13  to do.  But I -- but I can recall telling them that I thought

14  that, as it's spelled out in Georgia law, that it needs to be

15  an individualized approach for each voter.

16  **Q.**   Have you since seen spreadsheets of voters who allegedly

17  submitted NCOA change of address requests?

18  **A.**   What do you mean have I since?

19  **Q.**   Have you seen any such spreadsheets?  You referenced in

20  your testimony earlier that a spreadsheet is not enough.

21       Have you seen spreadsheets of voters who have -- who have

22  allegedly submitted NCOA challenge -- NCOA address change

23  requests?

24  **A.**   Well, that -- that's what we saw.  That's what we got

25  when -- going back to this investigation that we were just

1   talking about, that we did get a spreadsheet, basically similar

2   to that, it just had names of voters and NCOA data -- voting

3   data.

4        Again, I don't think it came from True the Vote.  But

5   that's what we received.  That was the basis of this

6   investigation that we were talking about earlier.

7   **Q.**   And would you consider a spreadsheet like that to be

8   individualized?

9   **A.**   No.

10  **Q.**   And would you consider a spreadsheet like that to be

11  sufficient to satisfy any of the standards under Georgia law

12  for challenges?

13  **A.**   I would not.

14  **Q.**   And when you communicated your impressions of the

15  challenge effort to True the Vote in that meeting, do you

16  recall whether you received a response from Ms. Engelbrecht or

17  any other representatives of True the Vote?

18  **A.**   My recollection was that it was received and I didn't -- I

19  don't recall that it was really pushed back on or anything like

20  that.

21  **Q.**   Now, Mr. Germany, you have -- as you mentioned earlier,

22  you've provided guidance to county election boards in election

23  administration issues; correct?

24  **A.**   Yes.

25  **Q.**   And if a county election board approached you and asked

1   whether the challenge consisting of a spreadsheet with voters'

2   names and alleging that they had changed their addresses -- if

3   that was sufficient to assert a plausible challenge in Georgia,

4   what advice would you have given to that county?

5           MR. EVANS:  Judge, I would object to the extent it

6   calls for a legal conclusion.  If it's just asking for his

7   general advice and his experience, I'm okay.

8           But if it's asking for any legal conclusion on that,

9   I would object.

10          THE COURT:  Well, he was the legal counsel for the

11  Secretary of State.  So if anybody is prepared and has the

12  ability to give a legal conclusion on this, I think it would be

13  Mr. Germany.  So I will allow that question.

14          You can answer the question.

15  BY MR. NKWONTA:

16  **Q.**  Would you like me to repeat the question?

17  **A.**  No.  I'm just enjoying what Judge Jones just said, so...

18      So the way that I think about it is the first step, from a

19  county election board perspective, if you get a voter

20  challenge, is a probable cause analysis, where you look at the

21  challenge received and determine does this meet probable cause

22  to move forward.

23      Now, of course, Georgia law places that determination in

24  the county board of elections.  And so they have to weigh that,

25  make that determination for themselves.

1     We would often get asked by a Secretary of State's office.

2  And we would tell them, A, you have to make that determination

3  for yourself.

4     B, you probably want to consult your county attorney.

5     The other thing that I would do as general counsel at the

6  Secretary of State's office is I would say feel free to have

7  your attorney call me and we can talk through it.

8     And what I would tell county attorneys when they'd call --

9  and I can recall at least a few calling me about this issue --

10  is saying, yes, I think the first step is a probable cause

11  analysis.

12     And the way that I would approach that is based on what's

13  in front of you, do you have probable cause that this voter,

14  you know, is not eligible to vote.

15     And I would have told them that just a list of NCOA --

16  people who filed NCOA, I didn't believe, was sufficient

17  probable cause.  But that was their determination to make.

18          MR. NKWONTA:  Thank you, Mr. Germany.

19          Your Honor, I pass the witness.

20          THE COURT:  Mr. Evans, your witness.

21          MR. EVANS:  All right.

22               CROSS-EXAMINATION

23  BY MR. EVANS:

24  **Q.**   All right.  Mr. Germany, it's good seeing you.

25  **A.**   Yes, sir.  You, too.

1   Q.   All right.  A couple of questions.  And the first I want

2   to just allude to just to get this on the record, Plaintiffs'

3   Exhibit 8, earlier you testified that this exhibit was not

4   brought about by any list or actions by any of the defendants

5   in this case; is that right?

6   A.   I don't -- it was not -- to my recollection, it was not

7   brought by True the Vote.

8        I'm not sure that I know -- the other defendants, if there

9   are any.

10  Q.   Sure.  And let me get out -- and just for the record, I'll

11  give you those defendants.

12          MR. EVANS:  Do we have a caption?

13  BY MR. EVANS:

14  Q.   And I'll read these.

15       The defendants are Catherine Engelbrecht,

16  Derek Somerville, Mark Davis, Mark Williams, Ron Johnson,

17  James Cooper.

18       So to your knowledge, did any of those defendants generate

19  a list or any other activity that brought about this

20  Plaintiffs' Exhibit 8?

21  A.   My recollection is it was not from True the Vote or from

22  Ms. Engelbrecht.  I don't know if I can say regarding other

23  people.  I just don't know one way or the other.

24  Q.   Sure.

25       And in this sampling, to your understanding, could there

1    be a sample bias for people that do respond to the survey that

2    may not lead to a perfectly accurate extrapolation from that

3    response sample?

4    **A.**   Yes.  This was not sort of the -- neither Frances nor

5    myself are political scientists who are going through to make

6    that sort of determination on randomization and all of that, so

7    certainly.

8    **Q.**   Sure.

9        So what you're testifying is that this isn't an empirical

10   academic study with all of the statistical necessities in order

11   for it to have that type of veracity; right?

12   **A.**   Correct.

13   **Q.**   In Georgia, would you agree with me that elections are

14   administered at the county level?

15   **A.**   Yes.

16   **Q.**   And would you agree with me that boards of elections and

17   registration in each county have a certain level of discretion

18   in how they're administering those elections?

19   **A.**   I would say they all have -- they all have to follow the

20   same law and the same regulations.  In terms of exactly what

21   processes they use to get to that point, there is some

22   discretion.  There might be some differences, particularly when

23   you're comparing size, you know, big county, small county, that

24   type of thing.

25   **Q.**   And earlier you said -- and I think we were talking about

1    elector challenges, now which is under 230, under the election

2    code -- that the first assessment is made by the county board

3    of elections on whether a challenge has probable cause; right?

4    **A.**   Yes.  That's how I would approach it.

5    **Q.**   And each county board of elections and registration -- in

6    Georgia, it's 159 counties -- will independently make the

7    assessment whether probable cause exists in that county; right?

8    **A.**   Whether probable cause exists for that challenge?

9    **Q.**   That's right.

10   **A.**   Yes.

11   **Q.**   And the Georgia Secretary of State's office does not have

12   direct authority or control over each county in determining

13   whether probable cause exists under 230, does it?

14   **A.**   No.

15   **Q.**   So the Georgia Secretary of State's office will give

16   absolute discretion to each of the county board of elections

17   and whether they find probable cause under Section 230; right?

18   **A.**   I wouldn't agree with absolute.  I'd say there's, you

19   know, laws and regulations they have to all comply with.

20        But yes, at some point there is an element of discretion

21   in terms of weighing the evidence and determining how they move

22   forward.

23   **Q.**   Uh-huh (affirmative).

24        Within reason, if someone -- if they're doing out of line

25   stuff, the Secretary of State's office may step in?

1    **A.**    Yes.  And step in might mean -- might in that case be more

2    of a phone call, say, hey, what are you doing?

3         From a standpoint of really stepping in, you know, that

4    would probably require maybe a court case or something like

5    that, if someone feels a county is abusing their discretion.

6    **Q.**    And would you agree with me that if an elector challenge

7    is made and the board of elections decides there is no probable

8    cause, that stops the analysis; right?

9    **A.**    Yes.

10   **Q.**    That if a county board of elections decides there is no

11   probable cause for an elector, they don't do any further

12   investigation; right?

13   **A.**    Correct.

14   **Q.**    And if they determine there's no probable cause --

15   **A.**    I guess -- I'm sorry.  I should say, if they determine

16   there is no probable cause, they would not take any further

17   action on that challenge.

18   **Q.**    Uh-huh (affirmative).

19   **A.**    In terms of if they do any further investigation, that is

20   something they could do from a standpoint of sending out a

21   confirmation card or something like that.

22        But I think if they determine there is no probable cause,

23   that would end the inquiry for that challenge.

24   **Q.**    That's right.

25        And to follow up on that point, which is a good point,

1    that the board of elections, if they do get a challenge, can do

2    additional investigations to determine -- as you said, domicile

3    is a very fact-intensive analysis.

4        They can do an additional investigation to investigate

5    that challenge; right?

6    **A.**   So the election code under -- not a 230, but a different

7    section gives the board of elections their own authority to

8    basically investigate a voter on their rolls, if they think

9    there is an issue.

10   **Q.**   Uh-huh (affirmative).

11       So if they get the challenge, they can investigate it

12   further.

13       They can say there is no probable cause; we're not going

14   to investigate it further.

15       But if they conclude, depending on further investigation

16   or no further investigation, either way, there is no probable

17   cause, the voter will never find out unless the

18   investigation -- let me -- let me go back a second.

19       Once they find out or make the determination there is no

20   probable cause, the voter would not be informed of the elector

21   challenge, would they?

22   **A.**   They would not be informed by the county, especially at a

23   standpoint of, hey, you're -- you've been challenged.  I don't

24   think that would happen.

25   **Q.**   So counties do not walk around telling voters, hey, you've

1   been challenged if a challenge has been submitted, do they?

2   **A.**   I don't think they would have to do that.  I can't say

3   what they all do.  The probable cause determination happens

4   before a county sets a hearing on it.

5        Could a county reach out just upon receipt of a challenge?

6   They could.  I don't think they would have to if they determine

7   on their own there is no probable cause.

8   **Q.**   Uh-huh (affirmative).

9        Now, earlier you said that the Secretary of State's office

10  received a number of NCOAs.  They did their own investigation.

11  And they sent out forms to voters saying please confirm you

12  still live at that address; right?

13  **A.**   Yes.

14  **Q.**   And --

15  **A.**   No, that's not exactly what I said, but something -- we

16  asked about their residency.  But I don't remember the exact

17  phrasing on the questionnaire.

18  **Q.**   Uh-huh (affirmative).

19        But a communication was made by the Secretary of State's

20  office to voters about where they lived; is that right?

21  **A.**   It was -- I would say it was more so about, hey, here's

22  what we have -- here's the allegation we have received, can you

23  explain this to us from a residency perspective, yes.

24  **Q.**   And about how many people do you recall did you send out

25  those inquiries?

1   **A.**   Approximately 8,000.

2   **Q.**   Eight thousand.

3       And from those 8,000 people, how many responded to you

4   telling you that they felt intimidated?

5   **A.**   I don't know.  I don't know that that happened.

6   **Q.**   So do you recall anyone responding to that inquiry saying

7   that they were intimidated?

8   **A.**   I don't recall that.

9   **Q.**   So sitting -- testifying today, you don't recall anyone

10  saying that they felt intimidated by rescinding [sic] that --

11  that letter; is that right?

12  **A.**   That's correct.

13  **Q.**   Would you agree that maintaining clean voter rolls is

14  important to the administration of elections?

15  **A.**   Yes.

16  **Q.**   Was it your position and the position of the Secretary of

17  State's office that you should take all action within the law

18  to make sure that the voter rolls were kept clean and accurate

19  and only had eligible voters?

20  **A.**   We definitely had a program to keep our voter rolls clean.

21      In terms of all action, we have to -- you have to weigh it

22  off of other factors in terms of making sure you comply with

23  relevant state law, relevant federal law.

24      Some of the stuff is, you know, kind of overlapping with

25  different -- with different things.  But we -- we definitely

1  took the actions that we felt like we could from a programmatic

2  standpoint, including, you know, becoming members of ERIC's,

3  doing list maintenance, particularly in off years, continuing

4  to do more individualized list maintenance, like removing dead

5  people, and on a monthly basis.

6  **Q.**   Uh-huh (affirmative).

7      And would you agree with me that there's certain federal

8  legislation, like the NVRA, that can make list maintenance a

9  bit more difficult?

10  **A.**   Yes.

11  **Q.**   And how can the NVRA make list maintenance from someone

12  like a Secretary of State have a more difficult time in

13  maintaining accurate, clean voter rolls?

14  **A.**   So the NVRA, I think, was passed kind of around the early

15  '90s.

16  **Q.**   Yeah.

17  **A.**   And I think it sort of reflects a time when maybe data

18  didn't move as quickly.

19      And so the procedures set out in the NVRA I really think

20  are built off of, really, a pre-internet time.  So because of

21  the restrictions in the NVRA, there is definitely going to be a

22  lag between the ability to maintain voter rolls to -- and there

23  is going to be some lag between when a voter basically loses

24  their eligibility to vote, they could still remain on the rolls

25  for a period of time under the way the NVRA is currently set

1  up.

2  **Q.**   Uh-huh (affirmative).

3       And can you talk about some of those -- the specific

4  deadlines that exist and blackouts that exist that make that

5  difficulty arise?

6  **A.**   Sure.  So there's kind of two things that make that

7  difficult.  One is the 90-day -- we call it the blackout

8  period -- before federal elections, where you can't do any

9  systematic list maintenance in that 90-day period.

10      Now, you can keep doing, expressly in the NVRA,

11 individualized list maintenance, for instance, removing dead

12 people, removing people who are convicted of felonies, and then

13 also removing people if they reach out with a signed form and

14 say I'm no longer here, you can cancel my registration.

15      But you can't do the systematic list maintenance that we

16 really focus on in the odd years.

17      And the other thing is after that, according to the NVRA,

18 even when you do list maintenance, when you are allowed to do

19 it, after you get a confirmation -- after you send out the

20 confirmation card, if you don't get a response -- and we have

21 taken actions, really, about how the confirmation card looks to

22 try to get more responses.  And I think our amount of responses

23 has really drastically increased, which is good.

24      But if a voter does not respond, then the voter stays

25 in -- in active status, again, which means they're on the voter

1   rolls, they can vote, they're kind of in a holding pattern, and

2   they stay there for two general election cycles.

3   **Q.**   Uh-huh (affirmative).

4   **A.**   Which is essentially four years.

5   **Q.**   Uh-huh (affirmative).

6        And whenever you're sending out those cards to confirm

7   addresses, do you recall anyone ever saying they were

8   intimidated whenever they're having to respond to those?

9   **A.**   I don't recall that.

10  **Q.**   And so testifying today, you don't recall ever receiving

11  anyone saying I was intimidated because I received this card

12  and had to respond to it; is that right?

13  **A.**   Correct.  And, again, they don't have to respond to it.

14  It's strongly suggested on the -- that they do.

15  **Q.**   And during that 90-day hold period, does it create an

16  opportunity that someone can become ineligible because they

17  move out or they're convicted of a felony, but you can't change

18  the voter rolls, even though they've lost their eligibility to

19  vote in that election; right?

20  **A.**   So felonies and deaths and things like that are not

21  subject to that restriction.

22       But if someone moves and loses their eligibility, if they

23  move to a different state, for instance, and they lose their

24  eligibility for that purpose, then, yes, they couldn't be

25  removed from the NVRA without -- you know, without them

1    physically reaching out and saying, hey, I confirm I've moved.
2    You can remove me.
3         And I say reaching out.  It really requires a voter
4    signature.
5    **Q.**   And so in that context, one of the few ways it exists to
6    have them removed would be an elector eligibility challenge
7    under Section 230; right?
8    **A.**   Yes.
9         And I guess I would pause a little bit because I think
10   there's two kind of separate questions.  There's removal from
11   the rolls.
12   **Q.**   Uh-huh (affirmative).
13   **A.**   And also being able to vote in the election.  I think
14   those are two slightly different things.
15   **Q.**   I think that's a good distinction.  Let's talk about that
16   for a second.
17        So under 229, that -- is that a section that challenges
18   the individual in that it seeks to remove them from the rolls
19   completely; is that right, to your knowledge?
20   **A.**   Yes.
21   **Q.**   And Section 230 is a challenge in that that just seeks
22   their eligibility for that election; right?
23   **A.**   Their availability to vote in whatever election that they
24   are challenged in, yes.
25   **Q.**   And under Section 229, to your knowledge, do you have an

1    automatic right to a hearing in that -- in that -- under that

2    statutory provision?

3    **A.**   Oh, I'd have to --

4    **Q.**   Yeah, I get it.  I get it.

5         Under Section 230, there is not an automatic right to a

6    hearing, right, if there is no probable cause found?

7    **A.**   If there's no probable cause, correct, there would be no

8    need to move to a hearing.

9    **Q.**   For absentee voting, will the U.S. Postal Service forward

10   an official absentee ballot?

11   **A.**   I believe the answer to that is no.  But that's something

12   that I would -- if someone asked me that, in my capacity as a

13   lawyer, I would check before I answered.

14            MR. EVANS:  Hold on one second.

15                **(There was a brief pause in the proceedings.)**

16            MR. EVANS:  No further questions, Judge.

17            THE COURT:  Thank you, Mr. Evans.

18            Redirect?

19            MR. NKWONTA:  Just a couple of quick questions,

20   Judge.

21            THE COURT:  All right.

22            She's reminding me of my 3:30.

23            MR. NKWONTA:  I will be done by then.

24                      REDIRECT EXAMINATION

25

1    BY MR. NKWONTA:

2    **Q.**   Mr. Germany, on cross-examination, you talked about

3    restrictions on removing voters from the voter rolls within 90

4    days of an election -- of a federal election; is that correct?

5    **A.**   Yes.

6    **Q.**   That 90-day removal, do you understand that a window, that

7    safe harbor window, to apply to systematic challenges or

8    systematic programs to remove voters?

9    **A.**   Yes.  Systematic programs, I believe, is the language.

10   **Q.**   But it wouldn't apply to individualized efforts to remove

11   voters or efforts based on individualized evidence; is that

12   correct?

13   **A.**   Yes, I think that's correct.

14   **Q.**   And would an NCOA list developed by matching the NCOA

15   records to the voter registration file -- would that be

16   systematic or individualized, in your view?

17   **A.**   Systematic.  That's essentially what we do, we being the

18   Secretary of State, in the -- when we do that sort of list

19   maintenance based off of NCOA.  That's at least the first part

20   of that process.

21   **Q.**   So why prohibit or stop systematic removals or systematic

22   efforts to remove voters within 90 days of a federal election?

23   **A.**   Well, I think, especially when you're looking at the NCOA

24   or something like that, that's really the beginning of the

25   inquiry.  That's not the end of it.

1     And so when we do it in the off years, the odd years, you

2  do the NCOA match.  You send a confirmation notice.  You start

3  getting confirmation notices back.

4     That's a process that takes months.  And another good

5  thing about it is, when you start that process, it can kind of

6  flag for the voter, oh, I need to update my registration or

7  register in my new state or something like that.

8     It can be -- at that point, list maintenance can be

9  enfranchising, which I think that's really one of the benefits

10  of it.

11     But at some point when you get very close to voter

12  registration deadline, then it can stop being enfranchising and

13  it can start to be disenfranchising.  I mean, that's the

14  concern that the NVRA was trying to get to.

15  **Q.**  And that process you described, is it possible to complete

16  that process with any degree of accuracy, in your view, within

17  three weeks of an election date?

18  **A.**  I would say it takes longer than that from beginning to

19  end.

20          MR. NKWONTA:  Thank you, Your Honor.

21          Pass the witness.

22          THE COURT:  Thank you.

23          Mr. Evans?

24          MR. EVANS:  I just had one -- a couple of questions.

25          I never want to say one, Judge, because I know that

1    will be my famous last words.

2                          RECROSS-EXAMINATION

3    BY MR. EVANS:

4    **Q.**   You said that under the NVRA, NCOA removals from the voter

5    rolls is systematic; right?

6    **A.**   Yes.

7    **Q.**   And because it's systematic, you cannot remove voters from

8    the voter rolls under the NVRA within 90 days of an election;

9    right?

10   **A.**   Yes.

11   **Q.**   And the only way to remove voters under an NCOA or moving

12   out of their particular location of residence, either state,

13   county, district, would be individualized elector challenges,

14   which can be done through Section 230; right?

15   **A.**   Yes, I think I agree with that.

16              MR. EVANS:  All right.  No further questions.

17              Thank you, Judge.

18              THE COURT:  Thank you.

19              Thank you, Mr. Germany.  Always good to see you.

20   Have a safe trip back to Atlanta.

21              THE WITNESS:  Good to see you too.

22              THE COURT:  I have to stop and take a conference call

23   with a circuit judge and a district court judge for about 20

24   minutes.

25              So let's say I'll start back at ten minutes to 4:00.

```
 1              MR. NKWONTA:  Your Honor, I'm sorry.  We actually
 2     don't have any further witnesses.
 3              We brought Ms. Frances Watson today because of an
 4     exhibit that defendants objected to.  But they no longer
 5     object.  So we have no need for her testimony.
 6              THE COURT:  I'm not going to hear Ms. Watson testify?
 7              MR. NKWONTA:  We can still bring her up if you want
 8     to talk to her, but...
 9              THE COURT:  I'm only joking.
10              Well, in that case, everybody have a great weekend.
11     Be safe.  And go Dawgs.
12              COURTROOM SECURITY OFFICER:  All rise.
13                      (The proceedings were thereby adjourned at 3:26
14                      PM.)
15
16
17
18
19
20
21
22
23
24
25
```

1                    C E R T I F I C A T E

2

3    UNITED STATES OF AMERICA

4    NORTHERN DISTRICT OF GEORGIA

5

6        I, SHANNON R. WELCH, RMR, CRR, Official Court Reporter of

7    the United States District Court, for the Northern District of

8    Georgia, Gainesville Division, do hereby certify that the

9    foregoing 78 pages constitute a true transcript of proceedings

10   had before the said Court, held in the City of Gainesville,

11   Georgia, in the matter therein stated.

12       In testimony whereof, I hereunto set my hand on this, the

13   27th day of October, 2023.

14

15

16   _____
     SHANNON R. WELCH, RMR, CRR
17   OFFICIAL COURT REPORTER
     UNITED STATES DISTRICT COURT
18

19

20

21

22

23

24

25

**BY MR. EVANS: [14]** 461/18 463/11
469/2 470/4 471/1 473/21 474/13
475/15 477/23 478/14 480/25 502/23
503/13 517/3
**BY MR. NKWONTA: [9]** 482/25 490/14
490/20 492/6 494/25 496/7 498/18
501/15 514/25
**BY MS. MORRISON: [3]** 446/16
457/23 459/25
**COURTROOM DEPUTY CLERK: [7]**
446/4 446/6 446/8 460/12 461/7 482/12
482/15
**COURTROOM SECURITY OFFICER:**
**[1]** 518/12
**MR. EVANS: [45]** 457/5 457/14 457/21
460/7 460/17 460/22 461/5 461/9
461/15 463/5 463/8 468/19 469/18
469/23 470/2 470/4 470/9 470/12
470/19 470/22 470/25 474/5 476/8
476/24 477/16 477/21 478/12 480/9
480/14 480/21 481/17 492/3 494/2
494/24 495/17 497/8 497/16 498/1
501/5 502/21 503/12 514/14 514/16
516/24 517/16
**MR. MOCINE-McQUEEN: [2]** 445/5
445/7
**MR. NKWONTA: [17]** 481/24 482/7
490/12 490/17 491/25 494/9 494/22
495/22 496/6 498/4 498/17 502/18
514/19 514/23 516/20 518/1 518/7
**MS. MORRISON: [29]** 445/18 445/22
445/25 457/8 457/22 459/19 460/5
460/15 460/19 461/3 463/1 468/16
468/22 469/12 469/16 469/20 469/25
470/11 470/17 470/21 474/3 474/12
476/5 476/16 476/19 477/4 480/5
480/17 481/20
**THE COURT: [76]** 445/3 445/6 445/10
445/20 457/11 457/19 459/16 459/24
460/6 460/10 460/18 460/21 460/25
461/4 461/12 463/3 463/7 463/10
468/21 468/24 469/10 469/15 469/19
469/22 470/3 470/8 470/15 470/18
470/20 470/24 473/16 474/6 474/11
475/12 476/9 476/14 476/23 477/2
477/7 477/18 478/10 478/13 480/10
480/15 480/18 480/24 481/18 481/21
481/25 482/2 482/5 482/9 490/3 490/10
490/13 490/19 492/2 492/4 493/25
494/19 494/23 495/20 496/1 497/11
497/21 498/3 498/13 501/10 502/20
514/17 514/21 516/22 517/18 517/22
518/6 518/9
**THE WITNESS: [13]** 445/24 446/5
446/10 459/20 461/13 473/18 474/7
475/14 482/4 482/19 490/5 490/11
517/21

**'**

**'90s [1]** 510/15

**1**

**1,066 [2]** 493/1 493/2
**10,000 [1]** 490/6
**11th [12]** 472/11 473/3 474/1 474/19
474/25 475/6 475/19 476/3 477/25
478/3 478/10 480/3

**12 [1]** 455/7
**1383 [1]** 442/24
**15 [1]** 445/14
**159 [1]** 505/6

**2**

**20 [2]** 445/14 517/23
**2012 [1]** 448/7
**2014 [1]** 483/16
**2018 [6]** 446/24 446/25 447/7 447/21
447/24 449/24
**2020 [43]** 448/16 448/24 449/16 449/18
450/8 450/10 451/5 459/18 462/5
462/20 462/22 462/25 466/3 466/5
471/8 472/10 472/11 473/2 473/3
473/24 474/1 474/16 474/19 474/25
474/25 474/25 475/3 475/6 475/18
475/19 476/1 476/3 477/25 478/1
478/22 480/4 484/12 487/10 491/3
495/4 496/11 496/14 499/3
**2021 [7]** 450/8 458/3 462/9 466/7
479/19 484/14 496/14
**2022 [1]** 459/23
**2023 [5]** 442/14 445/2 483/13 483/17
519/13
**20th [15]** 451/24 452/11 454/24 466/8
467/7 472/2 474/16 474/19 474/25
475/3 475/18 476/1 478/1 478/4 478/11
**215-1383 [1]** 442/24
**21st [2]** 467/10 471/12
**229 [2]** 513/17 513/25
**22nd [2]** 466/9 472/2
**230 [8]** 505/1 505/13 505/17 507/6
513/7 513/21 514/5 517/14
**2394 [1]** 442/23
**23rd [8]** 456/13 467/13 468/1 468/4
471/7 472/2 473/2 473/24
**24th [3]** 456/18 467/15 472/4
**27 [2]** 442/14 445/2
**27th [1]** 519/13
**2:20-CV-0302-SCJ [1]** 442/6

**3**

**30 [1]** 486/6
**30303 [1]** 442/24
**3:26 [1]** 518/13
**3:30 [2]** 445/13 514/22

**4**

**404 [1]** 442/24
**4:00 [1]** 517/25

**5**

**5th [3]** 472/10 478/22 479/18

**7**

**75 [1]** 442/23
**78 [1]** 519/9

**8**

**8,000 [5]** 488/7 489/1 490/9 509/1
509/3
**8,094 [2]** 492/21 492/24

**9**

**90 [4]** 1/4 515/3 515/22 517/8
**90-day [4]** 511/7 511/9 512/15 515/6

**A**

**ability [4]** 452/24 458/17 501/12
510/22
**able [4]** 456/19 468/20 479/7 513/13
**about [69]** 445/14 448/1 451/1 451/3
451/13 451/24 452/1 452/7 452/10
452/18 452/20 452/23 453/1 453/13
454/4 454/6 455/3 456/10 456/21 457/6
457/14 458/1 458/11 458/13 461/16
462/7 462/8 463/3 463/12 463/13
466/15 467/23 474/16 475/3 475/8
477/10 478/1 478/16 479/4 479/25
484/10 488/22 489/9 489/20 491/1
491/2 494/17 495/13 495/22 496/3
496/24 498/19 500/1 500/6 501/18
502/9 503/4 503/19 504/25 508/16
508/20 508/21 508/24 511/3 511/21
513/15 515/2 516/5 517/23
**absence [1]** 448/21
**absentee [19]** 450/11 450/15 451/8
451/19 451/22 451/23 454/8 458/18
459/18 459/23 466/2 466/6 471/24
472/8 472/10 473/2 478/17 514/9
514/10
**absolute [2]** 505/16 505/18
**absolutely [4]** 449/21 450/4 459/3
470/2
**abusing [1]** 506/5
**academic [1]** 504/10
**accept [2]** 457/11 496/3
**accepted [17]** 451/14 456/15 467/17
467/24 468/5 468/13 469/7 471/25
472/7 472/11 473/3 473/25 475/19
476/2 477/25 480/3 480/14
**accepting [2]** 457/19 497/24
**access [2]** 455/24 460/24
**accessible [1]** 455/22
**according [3]** 460/25 492/20 511/17
**accounts [1]** 447/14
**accuracy [2]** 494/17 516/16
**accurate [6]** 471/10 478/5 491/22
504/2 509/18 510/13
**accused [1]** 458/7
**acknowledge [3]** 478/3 480/7 480/22
**acknowledged [2]** 471/20 472/17
**acknowledging [2]** 472/19 472/23
**acquainted [1]** 483/4
**across [1]** 499/6
**action [3]** 506/17 509/17 509/21
**actions [4]** 454/10 503/4 510/1 511/21
**active [4]** 493/3 493/4 493/8 511/25
**activities [1]** 491/11
**activity [1]** 503/19
**actual [1]** 494/11
**actually [6]** 461/13 461/25 462/13
480/8 486/1 518/1
**additional [2]** 507/2 507/4
**address [24]** 450/2 450/5 456/23
484/21 484/24 485/3 485/8 485/10
485/19 485/23 486/2 486/5 486/5 487/4
487/8 487/13 487/13 491/4 494/12
494/14 495/24 499/17 499/22 508/12
**addresses [4]** 488/9 488/12 501/2
512/7
**adjourned [1]** 518/13
**administered [1]** 504/14
**administering [1]** 504/18

**A**

administration [2]  500/23 509/14
admissibility [1]  457/18
admitted [1]  492/4
advice [2]  501/4 501/7
affected [1]  458/13
affidavit [1]  463/6
affiliated [1]  492/12
affirmative [10]  505/23 506/18 507/10
508/8 508/18 510/6 511/2 512/3 512/5
513/12
affirmatively [1]  474/18
after [19]  1/6 446/14 447/5 448/20
448/24 451/10 452/7 454/21 456/2
457/2 457/10 467/17 475/12 475/20
482/23 491/4 511/17 511/19 511/19
afternoon [5]  445/18 445/25 446/17
483/2 483/3
again [13]  451/19 451/25 452/6 453/13
458/19 462/4 476/17 477/19 483/5
497/21 500/4 511/25 512/13
ago [1]  480/20
agree [13]  463/23 475/2 475/17 475/25
476/25 477/24 504/13 504/16 505/18
506/6 509/13 510/7 517/15
agreed [2]  478/15 478/18
agreeing [1]  480/19
agreement [2]  463/24 497/11
ahead [2]  454/17 467/8
AIDED [1]  442/20
AILEEN [1]  443/21
AL [1]  442/7
alerted [1]  462/14
all [39]  445/4 445/10 445/15 445/20
461/21 462/21 463/10 467/17 476/15
477/17 480/19 481/2 481/11 482/10
486/9 487/17 487/20 487/22 488/24
489/1 489/3 490/17 492/4 494/6 494/13
502/21 502/24 503/1 504/6 504/10
504/19 504/19 505/19 508/3 509/17
509/21 514/21 517/16 518/12
allegation [4]  491/3 492/10 492/17
508/22
allegations [2]  487/10 487/12
allegedly [2]  499/16 499/22
alleging [2]  487/20 501/2
ALLEGRA [1]  443/4
allow [2]  495/20 501/13
allowed [1]  511/18
allows [2]  449/10 486/1
allude [1]  503/2
almost [1]  452/1
already [8]  474/23 475/4 475/5 475/18
475/20 476/2 476/3 494/20
also [20]  449/1 449/10 450/20 455/4
455/10 459/12 469/25 470/13 471/17
472/21 479/14 484/2 484/10 485/7
485/17 488/16 498/5 499/2 511/13
513/13
always [1]  459/10 517/19
am [6]  448/3 448/12 449/22 458/17
481/11 483/9
AMERICA [1]  519/3
amount [1]  511/22
analysis [6]  488/25 489/24 501/20
502/11 506/8 507/3
another [5]  449/14 456/11 459/12

477/22 516/4
answer [8]  475/11 475/12 475/13
478/9 478/10 491/5 501/14 514/11
answered [3]  474/4 474/11 514/13
answering [1]  474/5
answers [2]  455/1 494/20
any [53]  1/8 449/21 450/2 451/5 452/3
463/14 464/5 464/8 464/8 464/9 464/15
464/21 465/2 465/7 465/8 465/10
465/16 465/17 465/20 465/22 465/22
466/11 466/16 466/24 472/12 473/4
478/1 481/10 481/11 481/14 481/15
484/3 487/2 487/6 492/2 494/17 495/12
498/19 499/19 500/11 500/17 501/8
503/4 503/4 503/9 503/18 503/19
506/11 506/16 506/19 511/8 516/16
518/2
anybody [1]  501/11
anyone [5]  465/13 509/6 509/9 512/7
512/10
anything [8]  453/25 454/5 456/9 469/8
470/11 477/13 495/18 500/19
APO [1]  488/12
apologies [1]  458/3
appear [1]  477/5
appearing [1]  461/24
applied [4]  448/25 449/1 490/7 490/7
apply [3]  490/8 515/7 515/10
appreciate [3]  460/4 461/23 462/2
approach [4]  490/12 499/15 502/12
505/4
approached [1]  500/25
approximately [2]  492/20 509/1
are [49]  1/7 445/4 445/8 446/18 446/20
448/2 449/19 454/18 455/3 455/21
462/24 463/3 464/2 468/9 468/11 469/3
470/7 475/7 476/14 476/23 476/25
477/6 477/14 483/7 484/8 484/13
485/18 486/16 487/2 487/6 487/17
487/24 487/24 489/5 489/6 493/9 494/9
503/9 503/15 504/5 504/5 504/13 506/2
510/20 511/12 511/18 512/20 513/14
513/24
arise [1]  511/5
Army [1]  447/2
ARNEY [1]  443/14
around [10]  447/20 450/14 454/2
462/25 466/2 466/5 467/4 491/11
507/25 510/14
arrange [1]  456/19
arranged [2]  467/15 468/7
arrived [2]  447/21 451/8
as [62]  446/14 452/9 454/6 458/6
458/15 459/23 461/3 461/3 461/3
462/25 467/9 469/13 470/13 471/12
471/17 473/5 474/23 474/23 476/20
477/5 477/14 479/15 480/12 482/23
483/19 484/2 484/6 486/21 488/1
488/14 490/15 491/9 491/14 492/16
492/16 492/18 494/4 494/7 494/12
494/16 494/16 496/3 496/3 496/3 497/9
497/9 497/15 497/18 497/18 497/23
497/23 498/1 498/2 498/15 498/23
499/10 499/14 500/21 502/5 507/2
510/18 514/12
aside [1]  478/20
ask [8]  447/25 458/1 459/17 460/15
460/19 469/25 473/22 486/6

asked [6]  474/4 494/20 500/25 502/1
508/16 514/12
asking [6]  466/4 475/9 487/5 495/22
501/6 501/8
assert [1]  501/3
asserted [2]  495/19
assessment [2]  505/2 505/7
assigned [1]  448/13
assisting [1]  493/13
assuming [4]  477/2 478/7 478/8 478/8
assured [1]  492/7
ATLANTA [2]  442/24 517/20
attached [1]  1/4
attaching [1]  1/7
attempted [1]  456/4
attorney [2]  502/4 502/7
attorneys [2]  484/11 502/8
August [3]  448/16 450/16 462/5
Austin [7]  456/22 456/25 472/21 481/5
481/9 481/12 481/15
Austin Russell [1]  456/22
authoritative [1]  475/8
authority [3]  449/13 505/12 507/7
authorized [1]  491/17
automatic [2]  514/1 514/5
automatically [1]  486/2
availability [1]  513/23
aware [6]  462/24 481/11 484/13 487/2
487/6 495/4
away [2]  450/25 453/20
awesome [1]  462/1

**B**

back [20]  445/15 448/25 456/6 461/13
465/25 467/18 468/12 468/20 484/12
485/23 489/9 489/11 495/2 496/8
499/25 500/19 507/18 516/3 517/20
517/25
bad [1]  461/15
badge [1]  455/24
ballot [58]  450/11 450/15 450/19
450/23 451/8 451/10 451/12 451/14
451/19 451/22 451/23 451/25 452/7
452/11 452/12 453/16 454/8 454/23
456/15 457/4 458/18 459/18 459/23
462/12 466/3 466/6 466/8 466/11
466/12 466/16 466/16 466/24 467/16
467/21 467/24 468/5 468/13 469/4
469/7 471/15 471/24 472/17 472/6 472/9
472/10 473/2 473/13 473/19 473/25
475/18 476/2 477/24 478/2 478/16
478/17 479/14 481/5 514/10
ballots [3]  457/2 462/9 479/16
BAO [1]  443/20
base [1]  455/10
based [8]  457/6 459/14 475/4 478/5
484/20 502/12 515/11 515/19
basically [11]  449/5 485/4 486/21
488/23 496/2 496/20 497/6 498/23
500/1 507/8 510/23
basis [4]  472/24 484/19 500/5 510/5
bat [1]  490/8
be [59]  1/2 1/3 445/3 451/9 452/19
453/3 454/5 458/12 458/22 459/10
459/11 459/12 460/22 460/23 461/1
463/5 463/23 466/6 467/24 468/20
475/7 478/9 482/6 485/13 486/10
486/25 487/24 488/17 491/22 493/12

**B**

be... **[29]** 497/17 498/15 498/22 499/1 499/7 499/10 499/14 500/7 500/10 501/12 504/1 504/22 506/1 507/20 507/22 510/21 510/23 512/24 513/6 514/7 514/23 515/15 516/8 516/8 516/13 517/1 517/13 517/14 518/11
**Beach [1]** 488/19
**bear [2]** 468/15 469/23
**Beautiful [1]** 461/25
**because [26]** 448/21 449/13 452/1 452/6 454/12 455/8 455/12 455/20 467/2 467/23 471/10 471/10 471/21 473/5 474/16 474/24 477/11 486/22 497/23 510/20 512/11 512/16 513/9 516/25 517/7 518/3
**become [2]** 489/7 512/16
**becomes [1]** 495/24
**becoming [2]** 452/10 510/2
**bed [2]** 454/25 481/22
**been [67]** 446/14 447/6 447/23 451/12 451/14 451/20 452/12 456/10 456/15 456/15 456/16 457/1 457/10 457/24 457/25 458/11 462/12 462/18 466/21 466/24 467/17 467/17 467/21 468/4 468/5 468/6 468/10 468/13 469/4 469/6 469/7 471/8 471/15 471/20 471/24 472/6 473/3 473/5 473/5 473/13 473/19 473/25 474/3 475/4 475/5 475/18 475/20 476/2 476/3 476/7 479/7 479/12 480/3 480/11 482/23 486/21 490/15 494/11 494/19 495/5 495/16 496/11 496/13 496/16 507/23 508/1 508/1
**before [23]** 442/12 447/6 460/9 460/24 462/19 470/4 470/4 474/19 474/25 475/20 476/3 477/25 478/3 478/11 483/14 484/22 492/7 496/15 496/16 508/4 511/8 514/13 519/10
**beforehand [1]** 458/8
**begin [1]** 448/5
**beginning [2]** 515/24 516/18
**begun [1]** 495/22
**being [16]** 453/17 453/20 454/13 454/16 458/7 474/17 475/3 478/23 479/3 487/11 496/4 497/13 497/19 513/13 515/17 516/12
**believe [13]** 471/10 472/1 472/15 473/20 474/7 474/9 475/7 480/22 496/18 496/19 502/16 514/11 515/9
**believed [1]** 463/12
**BELL [1]** 443/21
**BENCH [1]** 442/11
**benefits [1]** 516/9
**Benning [1]** 447/2
**Berlin [1]** 462/1
**BERSON [1]** 442/3
**best [2]** 464/4 477/16
**between [5]** 449/23 472/2 488/6 510/22 510/23
**bias [1]** 504/1
**big [2]** 499/7 504/23
**binder [1]** 490/17
**birth [1]** 448/20
**bit [4]** 449/3 484/22 510/9 513/9
**blackout [1]** 511/7
**blackouts [1]** 511/4
**blanks [1]** 485/17

blessing **[1]** 449/9
**board [17]** 466/22 471/25 473/1 474/15 476/1 476/4 478/18 500/25 501/19 501/24 505/2 505/5 505/16 506/7 506/10 507/1 507/7
**boards [2]** 500/22 504/16
**both [3]** 459/22 479/15 479/16
**bought [3]** 447/9 447/13 447/13
**break [1]** 445/13
**brief [2]** 482/1 514/15
**briefly [5]** 454/14 481/2 483/19 492/8 498/5
**bring [2]** 461/10 518/7
**brought [7]** 449/2 463/2 463/7 503/4 503/7 503/19 518/3
**BRYAN [1]** 443/9
**building [1]** 455/24
**built [1]** 510/20
**bunch [1]** 498/22
**BUNDY [1]** 443/5
**business [5]** 454/17 454/20 455/1 455/11 455/20
**buy [1]** 447/11

**C**

call **[17]** 445/13 456/19 460/13 467/11 467/15 468/8 471/11 471/21 472/4 481/23 482/7 485/10 502/7 502/8 506/2 517/7 517/22
**called [8]** 449/4 452/24 454/3 454/7 474/14 484/7 485/11 486/17
**calling [8]** 445/4 448/11 448/12 455/5 455/9 456/1 478/20 502/9
**calls [7]** 454/24 455/7 455/12 455/17 472/15 478/6 501/6
**came [3]** 489/2 497/11 500/4
**CAMERON [1]** 443/13
**campaign [1]** 492/13
**can [88]**
**can't [13]** 455/6 455/6 460/18 469/1 480/10 486/11 489/23 492/10 495/12 508/2 511/6 511/15 512/17
**cancel [1]** 511/14
**cannot [1]** 517/7
**capacity [3]** 448/8 451/3 514/12
**caption [1]** 503/12
**car [4]** 447/11 447/13 449/9 455/25
**card [4]** 506/21 511/20 511/21 512/11
**cards [1]** 512/6
**care [1]** 489/15
**career [2]** 448/1 448/23
**cargo [1]** 449/9
**case [19]** 454/23 461/23 462/6 462/8 462/10 465/11 478/15 481/10 481/15 486/16 488/25 488/25 494/3 494/6 499/1 503/5 506/1 506/4 518/10
**cases [1]** 486/15
**category [1]** 493/6
**Catherine [2]** 465/5 503/15
**Catherine Engelbrecht [2]** 465/5 503/15
**caught [2]** 466/12 466/19
**causative [1]** 479/10
**cause [22]** 501/20 501/21 502/10 502/13 502/17 505/3 505/7 505/8 505/13 505/17 505/8 506/11 506/14 506/16 506/22 507/13 507/17 507/20 508/3 508/7 514/6 514/7

cellphone **[6]** 449/11 455/5 455/6 455/7 455/23 455/25
**certain [4]** 469/3 469/5 504/17 510/7
**certainly [1]** 504/7
**certified [1]** 472/9
**certify [1]** 519/8
**challenge [39]** 456/14 456/21 457/25 467/7 467/17 468/4 468/9 469/4 471/8 471/22 472/17 472/23 479/8 481/3 481/4 481/7 496/17 497/2 498/24 499/10 499/22 500/15 501/1 501/3 501/20 501/21 505/3 505/8 506/6 506/17 506/23 507/1 507/5 507/11 507/21 508/1 508/5 513/6 513/21
**challenged [32]** 452/13 452/15 452/19 454/1 454/5 454/23 456/10 456/16 456/22 457/2 457/10 457/13 457/25 458/12 462/12 462/19 466/13 466/21 467/21 468/6 471/15 471/20 472/1 472/20 473/14 473/19 475/8 479/12 481/5 507/23 508/1 513/24
**challenges [23]** 454/13 454/15 455/3 462/9 462/15 484/14 484/17 484/19 495/5 495/8 495/14 495/16 496/16 496/23 496/25 497/3 498/20 499/9 500/12 505/1 513/17 515/7 517/13
**challenging [2]** 472/22 497/5
**change [16]** 449/5 450/2 450/5 456/23 484/21 484/24 485/2 485/8 485/10 487/8 487/12 491/4 494/14 499/17 499/22 512/17
**changed [5]** 449/24 452/8 452/22 469/6 501/2
**changes [2]** 487/4 494/12
**chaos [1]** 458/15
**chapter [1]** 488/22
**charged [1]** 491/13
**check [2]** 472/16 514/13
**checked [1]** 452/15
**checking [2]** 451/11 452/6
**chief [2]** 490/25 491/15
**child [2]** 447/8 448/20
**choose [1]** 448/17
**CHRISTINA [1]** 443/7
**Christmas [2]** 453/6 462/19
**circuit [1]** 517/23
**circumstance [2]** 485/25 486/12
**circumstances [1]** 489/6
**cite [1]** 1/4
**citizen [1]** 458/14
**City [1]** 519/10
**civilian [1]** 448/3
**claiming [1]** 476/12
**clarify [4]** 453/11 464/1 475/23 487/5
**classified [1]** 455/15
**clean [4]** 509/13 509/18 509/20 510/13
**clear [5]** 448/22 471/12 471/16 481/24 482/5
**clearly [2]** 473/13 477/6
**client [1]** 494/4
**close [1]** 516/11
**closer [2]** 452/9 490/6
**clue [1]** 452/19
**CM [1]** 1/2 1/3
**CM/ECF [2]** 1/2 1/3
**coast [2]** 454/17 454/18
**code [3]** 488/22 505/2 507/6
**coerced [1]** 479/23

523

**C**

**Coie [1]** 462/15
**college [2]** 488/16 488/16
**Columbus [8]** 446/23 446/25 447/9
447/10 447/21 448/15 448/20 448/22
**come [1]** 485/6
**comes [2]** 478/3 478/10
**common [1]** 489/16
**communicated [3]** 464/5 464/23
500/14
**communication [11]** 454/13 454/15
457/14 464/9 464/14 464/20 465/1
465/7 465/16 465/22 508/19
**compared [1]** 494/8
**comparing [1]** 504/23
**comparison [1]** 494/10
**complaint [1]** 492/16
**complete [2]** 492/22 516/15
**completed [5]** 450/23 450/24 451/25
466/8 493/23
**completely [4]** 466/12 494/3 494/4
513/19
**completing [1]** 499/3
**complicated [1]** 488/21
**complications [2]** 466/11 466/24
**comply [2]** 505/19 509/22
**computer [3]** 442/20 455/19 460/13
**COMPUTER-AIDED [1]** 442/20
**concern [3]** 458/12 458/21 516/14
**concerned [7]** 451/1 452/1 452/10
452/21 453/1 458/17 474/16
**concerns [2]** 451/3 498/19
**conclude [2]** 445/8 507/15
**conclusion [3]** 501/6 501/8 501/12
**conduct [3]** 457/9 487/3 487/7
**conducting [3]** 491/9 491/14 491/23
**conference [2]** 445/13 517/22
**confirm [4]** 485/16 508/11 512/6 513/1
**confirmation [9]** 485/11 485/12 485/14
506/21 511/19 511/20 511/21 516/2
516/3
**confirmed [1]** 472/5
**confirming [2]** 472/16 486/13
**confusing [2]** 453/23 458/5
**confusion [1]** 471/14
**connection [2]** 481/9 481/14
**connections [1]** 481/11
**consider [2]** 500/7 500/10
**consisting [1]** 501/1
**constitute [1]** 519/9
**consult [1]** 502/4
**contact [1]** 486/24
**contents [1]** 468/22
**context [1]** 513/5
**continue [1]** 459/13
**continuing [2]** 473/6 510/3
**contract [1]** 449/12
**contracts [2]** 449/10 484/3
**control [1]** 505/12
**conversation [4]** 457/7 457/15 457/17
473/7
**conversations [2]** 472/18 472/22
**convicted [1]** 511/12 512/17
**Cooper [3]** 464/6 464/8 503/17
**copy [5]** 461/3 470/1 470/5 470/13
490/18
**correct [17]** 468/11 474/7 478/5 479/12

479/15 480/7 495/5 495/8 500/23
504/12 506/13 509/12 512/13 514/7
515/4 515/12 515/13
**correspondence [1]** 450/6
**could [25]** 450/5 452/19 452/21 453/2
453/3 458/19 459/11 459/12 467/23
471/15 475/23 482/12 482/17 487/23
488/8 488/10 489/1 490/8 498/15
503/25 506/20 508/5 508/6 510/1
510/24
**couldn't [3]** 455/16 456/9 512/24
**counsel [6]** 476/6 483/15 483/19
497/22 501/10 502/5
**counted [12]** 451/9 466/6 472/11
474/17 475/4 475/4 475/5 475/20 476/3
476/7 478/21 480/12
**counties [10]** 484/5 484/7 484/7 484/9
484/9 498/23 499/2 499/7 505/6 507/25
**country [2]** 453/4 482/20
**county [54]** 445/2 446/20 446/21
446/23 450/12 450/13 450/17 451/9
451/20 451/21 452/25 454/7 454/9
456/7 456/14 463/5 466/22 471/25
472/16 472/17 473/1 474/15 476/1
476/4 478/18 481/13 484/11 485/21
485/22 485/25 486/4 486/24 500/22
500/25 501/4 501/19 501/24 502/4
502/8 504/14 504/17 504/23 504/23
505/2 505/5 505/7 505/12 505/16 506/5
506/10 507/22 508/4 508/5 517/13
**couple [2]** 451/10 452/22 456/12
462/19 503/1 514/19 516/24
**course [6]** 447/22 454/16 457/9 486/9
488/21 501/23
**court [17]** 1/3 1/6 1/9 442/1 442/22
445/19 454/14 483/7 484/23 497/16
506/4 517/23 519/6 519/7 519/10
519/17 519/17
**Court's [1]** 445/9
**COURTHOUSE [1]** 442/23
**courtroom [2]** 461/16 483/5
**coverage [1]** 495/15
**COVID [2]** 453/5 478/25
**create [1]** 512/15
**cross [6]** 444/5 444/9 460/8 461/17
502/22 515/2
**cross-examination [5]** 444/5 444/9
461/17 502/22 515/2
**CRR [3]** 442/22 519/6 519/16
**currently [4]** 448/2 483/8 485/18
510/25
**cut [1]** 482/10
**CV [1]** 442/6
**cycles [2]** 486/23 512/2

**D**

**DANA [1]** 443/19
**data [8]** 455/8 455/9 484/20 494/11
494/18 500/2 500/3 510/17
**database [3]** 484/21 484/24 485/3
**date [2]** 452/9 516/17
**Davis [3]** 465/19 465/22 503/16
**Dawgs [1]** 518/11
**day [19]** 449/24 452/16 454/17 455/2
456/8 456/12 456/18 466/2 466/5 467/4
467/6 467/10 467/25 468/7 511/7 511/9
512/15 515/6 519/13
**days [9]** 1/4 456/12 462/19 467/13

472/3 486/6 513/4 515/22 517/8
**dead [2]** 510/4 511/11
**deadline [5]** 487/14 487/21 490/1
492/15 516/12
**deadlines [1]** 511/4
**deals [1]** 455/14
**deaths [1]** 512/20
**December [36]** 452/11 454/24 456/13
456/18 462/22 462/25 466/3 466/5
467/7 468/2 471/7 471/12 472/11 473/2
473/3 473/24 474/1 474/16 474/19
474/19 474/25 474/25 475/3 475/6
475/18 475/19 476/1 476/3 477/25
478/1 478/3 478/4 480/3 484/12 495/4
496/11
**December 11th [10]** 472/11 473/3
474/1 474/19 474/25 475/6 475/19
476/3 477/25 480/3
**December 2020 [4]** 462/25 466/5 495/4
496/11
**December 20th [10]** 452/11 454/24
467/7 474/16 474/19 474/25 475/3
475/18 476/1 478/1
**December 23rd [3]** 471/7 473/2 473/24
**December 24th [1]** 456/18
**decides [1]** 506/7 506/10
**defendant [5]** 463/15 463/16 463/17
463/19 463/24
**defendants [16]** 442/8 443/11 461/22
463/14 463/22 464/2 465/11 478/16
481/10 481/15 503/4 503/8 503/11
503/15 503/18 518/4
**defendants' [2]** 460/20 498/7
**Defense [3]** 448/3 448/6 448/13
**definitely [7]** 461/4 471/20 478/24
496/13 509/20 509/25 510/21
**degree [1]** 516/16
**delays [1]** 451/3
**denied [4]** 478/23 479/2 479/3 479/5
**DEPARTMENT [5]** 443/21 447/2 448/3
448/5 448/13
**depending [1]** 507/15
**Derek [2]** 464/24 503/16
**Derek Somerville [1]** 503/16
**describe [5]** 449/3 454/14 458/2
483/19 492/8
**described [2]** 499/10 516/15
**describing [1]** 473/8
**designated [2]** 488/1 488/13
**designation [1]** 490/7
**desk [2]** 455/16 455/22
**details [1]** 473/6
**determination [7]** 501/23 501/25 502/2
502/17 504/6 507/19 508/3
**determine [8]** 487/23 488/22 501/21
506/14 506/15 506/22 507/2 508/6
**determining [3]** 494/18 505/12 505/21
**develop [1]** 495/10
**developed [1]** 515/14
**did [82]**
**didn't [10]** 452/21 453/15 454/5 466/18
467/10 476/17 488/11 500/18 502/16
510/18
**differences [1]** 504/22
**different [16]** 452/23 469/21 473/11
483/25 484/1 484/3 485/6 485/13
485/20 486/4 488/24 507/6 509/25
509/25 512/23 513/14

**D**

difficult [6]  454/11 454/11 455/4 510/9 510/12 511/7
difficulty [1]  511/5
dinner [1]  454/21
direct [8]  444/4 444/8 446/15 463/2 463/2 463/7 482/24 505/12
directed [7]  464/8 464/14 464/20 465/1 465/7 465/16 465/22
disagree [4]  463/23 472/12 472/14 473/4
disagreed [2]  480/12 480/15
discovered [2]  462/12 467/7
discretion [5]  504/17 504/22 505/16 505/20 506/5
discussed [2]  466/14 492/9
discussing [1]  450/7
discussion [1]  461/8
discussions [1]  496/24
disenfranchising [1]  516/13
display [1]  452/15
disruption [1]  455/17
disrupts [1]  455/13
distinction [1]  513/15
district [9]  442/1 442/1 442/13 517/13 517/23 519/4 519/7 519/7 519/17
dive [1]  484/22
division [5]  442/2 483/22 483/23 483/24 519/8
divisions [1]  483/23
do [86]
docket [2]  1/5 442/6
document [22]  1/8 460/8 460/15 460/19 460/22 471/2 471/6 472/9 476/12 476/15 476/15 476/18 476/20 476/21 476/23 477/3 477/5 477/6 477/10 477/11 477/20 490/21
DOD [1]  448/7
DOE [1]  442/4
does [7]  471/6 476/10 501/21 505/11 505/13 511/24 512/15
doesn't [3]  468/17 471/9 486/16
doing [7]  453/18 458/7 496/22 505/24 506/2 510/3 511/10
domicile [1]  507/2
don't [45]  449/21 455/5 455/6 455/8 455/11 455/12 455/19 459/10 459/16 463/24 463/24 475/22 479/6 480/11 480/18 481/4 481/14 486/22 487/15 488/5 492/11 494/6 496/1 496/3 496/10 499/12 500/4 500/19 503/6 503/22 503/23 506/11 507/23 508/2 508/6 508/16 509/5 509/5 509/8 509/9 511/20 512/9 512/10 512/13 518/2
done [9]  453/15 453/16 453/17 458/6 476/14 476/15 491/1 514/23 517/14
door [1]  498/12
doors [1]  455/24
doubt [1]  458/15
down [2]  476/15 490/9
drastically [1]  511/23
Dresden [1]  462/1
DRIVE [1]  442/23
driver's [4]  447/10 447/14 447/18 447/23
duly [2]  446/14 482/23
during [9]  449/18 453/5 454/20 462/17 465/7 478/24 478/25 498/25 512/23

duties [3]  483/19 483/21 499/3
duty [1]  449/13

**E**

each [7]  483/21 497/5 499/15 504/17 505/5 505/12 505/16
earlier [15]  453/9 463/12 466/15 467/18 474/14 480/2 480/21 481/3 495/3 499/20 500/6 500/21 503/3 504/25 508/9
early [2]  454/18 510/14
easily [1]  458/19
east [2]  454/17 454/18
ECF [1]  1/2 1/3
echo [1]  461/15
effort [3]  479/8 496/17 500/15
efforts [8]  467/2 471/21 472/3 487/2 487/6 515/10 515/11 515/22
Eight [1]  509/2
either [4]  459/13 485/16 507/16 517/12
election [37]  450/8 451/6 451/23 452/5 452/9 453/4 456/5 459/23 462/9 466/7 466/23 471/25 478/25 483/23 486/23 487/10 488/22 491/3 496/14 499/4 499/4 500/22 500/22 500/25 501/19 505/1 507/6 512/2 512/19 513/13 513/22 513/23 515/4 515/4 515/22 516/17 517/8
elections [36]  450/8 450/10 450/17 451/15 452/4 454/8 456/8 456/14 456/19 458/3 459/2 466/22 471/16 471/19 472/3 472/19 472/23 473/1 474/15 476/1 476/4 483/24 486/24 501/24 504/13 504/16 504/18 505/3 505/5 505/16 506/7 506/10 507/1 507/7 509/14 511/8
elector [6]  505/1 506/6 506/11 507/20 513/6 517/13
element [1]  505/20
ELIAS [1]  443/9
elicited [1]  457/9
eligibility [8]  452/23 453/13 510/24 512/18 512/22 512/24 513/6 513/22
eligible [5]  487/25 489/19 490/2 502/14 509/19
else [1]  487/16
elsewhere [1]  493/10
email [45]  450/16 450/21 450/22 450/23 456/12 456/13 466/8 467/5 467/6 467/13 467/19 468/4 468/9 468/13 468/14 468/18 468/20 468/23 468/25 469/3 469/5 469/8 469/13 471/7 471/17 471/22 472/17 472/24 472/25 473/24 474/8 474/9 475/5 476/6 476/10 478/4 480/2 480/7 480/8 480/13 480/15 480/19 490/24 492/18 492/20
emailed [4]  454/7 467/19 474/15 475/3
emailing [1]  455/25
emails [4]  454/24 472/15 472/22 478/6
empirical [1]  504/9
employed [2]  483/8 483/14
employee [1]  448/4
end [3]  506/23 515/25 516/19
ended [1]  449/1
enfranchising [1]  516/9 516/12
Engelbrecht [6]  465/5 465/7 495/12 500/16 503/15 503/22

England [1]  447/6
enjoying [1]  501/17
enough [1]  499/20
ensued [1]  461/8
entailed [1]  449/3
entails [1]  449/5
entitlements [1]  449/8
entry [1]  1/5
environment [1]  455/14
ERIC's [1]  510/2
error [1]  473/20
especially [2]  507/22 515/23
essentially [3]  485/9 512/4 515/17
established [2]  447/10 447/14
ET [1]  442/7
EVANS [23]  443/15 444/6 444/9 444/11 460/6 460/25 461/22 463/4 469/1 470/18 470/20 476/14 477/19 480/18 481/18 498/3 502/20 514/17 516/23
even [9]  479/25 488/8 488/11 489/24 489/25 490/6 491/3 511/18 512/18
evening [1]  454/21
event [1]  479/10
events [1]  484/12
eventually [1]  486/25
ever [6]  449/24 456/6 464/17 465/13 512/7 512/10
every [2]  479/17 479/17
everybody [1]  518/10
everyone [1]  472/9
evidence [9]  461/1 477/13 477/15 481/9 492/1 497/4 497/7 505/21 515/11
exacerbated [1]  466/19
exact [3]  468/12 488/5 508/16
exactly [7]  468/3 469/5 469/13 480/10 499/12 504/20 508/15
examination [13]  444/4 444/5 444/8 444/9 444/10 444/11 446/15 461/17 482/24 502/22 514/24 515/2 517/2
example [3]  449/12 455/5 494/13
excited [1]  447/7
excuse [3]  445/8 477/8 497/12
excused [1]  445/10
exhibit [9]  460/16 460/20 490/16 492/1 492/9 503/3 503/3 503/20 518/4
Exhibit 8 [5]  490/16 492/1 492/9 503/3 503/20
exist [2]  511/4 511/4
exists [4]  505/7 505/8 505/13 513/5
experience [8]  458/1 458/2 458/5 458/10 493/8 493/17 494/11 501/7
experienced [1]  452/18
explain [5]  475/12 475/13 484/23 489/5 508/23
explained [1]  456/20
explanation [6]  456/16 458/8 458/20 467/3 468/6 472/5
expressly [1]  511/10
extent [3]  495/18 498/11 501/5
extrapolation [1]  504/2
extremely [1]  479/1

**F**

Facebook [4]  454/9 454/10 462/11 462/12
facility [1]  455/10
fact [9]  457/15 466/19 477/14 479/10 480/12 494/7 498/1 498/16 507/3

## F

**fact-intensive [1]** 507/3
**factors [1]** 509/22
**facts [1]** 476/25
**fair [2]** 442/3 495/20
**family [10]** 448/14 448/17 449/7 450/3 459/4 489/16 493/4 493/8 493/13 493/18
**famous [1]** 517/1
**far [3]** 453/20 497/9 497/18
**fear [4]** 479/3 479/3 479/10 479/10
**federal [6]** 448/3 509/23 510/7 511/8 515/4 515/22
**feel [1]** 502/6
**feeling [2]** 453/11 488/10
**feels [1]** 506/5
**fell [1]** 493/6
**felonies [2]** 511/12 512/20
**felony [1]** 512/17
**felt [7]** 453/1 453/9 458/6 458/6 509/4 509/10 510/1
**few [8]** 447/22 447/25 458/1 480/19 485/6 489/17 502/9 513/5
**fifty [1]** 493/16
**fifty-one [1]** 493/16
**FIGHT [1]** 442/3
**figure [5]** 453/8 453/22 453/23 460/9 462/18
**file [2]** 497/3 515/15
**filed [15]** 1/2 1/6 1/8 462/24 484/14 485/8 487/4 487/8 487/12 489/3 495/5 495/7 495/16 496/16 502/16
**filing [4]** 491/4 494/12 496/22 498/21
**final [2]** 481/2 485/24
**financial [1]** 449/7
**find [5]** 493/3 494/17 505/17 507/17 507/19
**findings [1]** 491/10
**fine [1]** 478/12
**finish [4]** 470/15 473/16 473/17 476/9
**firewall [1]** 455/21
**firm [1]** 483/9
**first [19]** 446/14 447/8 448/20 456/17 467/6 468/7 471/11 476/15 481/24 482/4 482/23 487/22 488/4 494/10 501/18 502/10 503/1 505/2 515/19
**flag [1]** 516/6
**Florida [1]** 488/19
**focus [1]** 511/16
**folks [3]** 456/6 466/15 483/4
**follow [3]** 478/20 504/19 506/25
**followed [2]** 451/16 457/9
**following [5]** 1/1 456/8 456/18 468/7 487/10
**follows [2]** 446/14 482/23
**FORD [1]** 443/7
**foregoing [1]** 519/9
**form [12]** 464/9 464/15 464/21 465/2 465/8 465/17 465/17 465/23 485/22 485/25 486/12 511/13
**forms [1]** 508/11
**Fort [1]** 447/2
**Fort Benning [1]** 447/2
**forward [6]** 458/13 458/21 498/24 501/22 505/22 514/9
**forwarding [1]** 450/5
**found [6]** 454/1 457/10 457/24 489/12

492/3 512/6
**foundation [1]** 468/17
**four [4]** 458/25 486/25 493/7 512/4
**four-year [1]** 486/25
**frame [1]** 496/11
**Frances [3]** 490/24 504/4 518/3
**free [2]** 445/11 502/6
**friend [1]** 462/13
**front [1]** 502/13
**full [1]** 1/8
**fully [2]** 447/16 473/9
**furniture [1]** 449/8
**further [15]** 481/17 484/22 487/3 487/7 496/24 506/11 506/16 506/19 507/12 507/14 507/15 507/16 514/16 517/16 518/2
**future [1]** 458/18

## G

**G-E-R-M-A-N-Y [1]** 482/20
**GAINESVILLE [4]** 442/2 445/2 519/8 519/10
**gave [1]** 458/12
**general [11]** 450/8 451/5 454/4 458/3 483/15 483/19 486/23 499/3 501/7 502/5 512/2
**generally [2]** 493/11 493/20
**generate [1]** 503/18
**GEORGIA [52]** 442/1 442/24 445/2 446/19 446/21 446/22 446/24 446/25 447/2 447/3 447/4 447/5 447/7 447/12 448/15 448/20 449/17 449/20 449/22 450/9 451/11 451/15 453/5 458/4 459/2 459/11 474/24 483/15 486/1 488/18 489/5 489/7 489/13 489/20 489/22 490/1 493/9 493/21 494/15 497/2 499/14 500/11 501/3 501/23 504/13 505/6 505/11 505/15 519/4 519/8 519/11
**GERMANY [41]** 444/7 448/12 448/14 448/15 448/18 449/2 449/16 450/3 450/6 458/23 458/24 460/3 461/25 462/4 482/3 482/8 482/19 482/20 482/22 483/2 483/7 487/2 490/15 490/21 492/7 494/4 494/21 495/2 496/8 497/12 497/15 498/13 498/15 498/16 498/19 500/21 501/13 502/18 502/24 515/2 517/19
**get [27]** 448/25 449/10 460/9 461/5 462/10 466/3 467/3 467/10 469/23 485/21 485/25 499/6 500/1 501/19 502/1 503/2 503/10 504/21 507/1 507/11 511/19 511/20 511/22 514/4 514/4 516/11 516/14
**getting [5]** 449/1 454/23 460/24 499/4 516/3
**Gilbert [2]** 483/9 483/11
**give [13]** 446/2 449/12 469/8 470/5 470/13 477/8 477/21 477/21 482/5 482/10 501/12 503/11 505/15
**given [5]** 467/16 468/6 472/5 494/21 501/4
**gives [2]** 458/20 507/7
**giving [6]** 449/6 449/7 477/9 477/11 496/1 496/5
**go [13]** 445/11 455/8 455/24 461/10 467/8 467/23 468/12 474/23 481/2 481/21 498/5 507/18 518/11

**going [29]** 445/12 445/14 445/16 449/15 453/22 453/24 454/25 455/18 458/9 458/12 460/25 462/14 466/20 472/3 473/22 475/16 486/5 487/24 493/20 497/3 497/23 498/22 499/7 499/25 504/5 507/13 510/21 510/23 518/6
**gone [4]** 467/2 467/2 471/21 479/7
**good [17]** 445/18 445/25 446/6 446/17 458/10 462/2 462/13 466/4 483/2 483/3 502/24 506/25 511/23 513/15 516/4 517/19 517/21
**goods [1]** 449/9
**got [23]** 447/10 447/13 447/23 452/9 456/13 457/21 462/21 469/23 480/2 481/9 481/14 486/3 487/9 487/19 488/23 489/9 489/9 489/10 490/8 492/10 493/25 494/2 499/24
**Government [1]** 455/20
**great [4]** 445/25 458/21 461/21 518/10
**greatly [1]** 467/24
**GREENBERG [1]** 443/15
**GREGOR [1]** 443/14
**grounds [1]** 494/9
**GROUP [1]** 443/9
**groups [1]** 484/13
**guess [4]** 461/9 497/14 506/15 513/9
**guidance [2]** 484/5 500/22

## H

**had [95]**
**Hall [1]** 445/2
**Hamburg [1]** 462/1
**hand [3]** 446/3 482/13 519/12
**handing [1]** 490/15
**happen [2]** 458/19 507/24
**happened [5]** 452/10 453/8 456/16 458/9 509/5
**happens [3]** 486/8 486/15 508/3
**happy [3]** 463/8 480/23 494/22
**harbor [1]** 515/7
**HARDY [1]** 443/4
**Harrell [2]** 483/9 483/11
**has [31]** 1/6 455/20 457/25 459/18 464/8 464/14 464/15 464/20 464/21 465/1 465/2 465/7 465/8 465/16 465/22 465/23 471/11 473/6 473/19 474/3 476/7 483/22 485/4 485/17 486/22 494/19 494/21 501/11 505/3 508/1 511/23
**hasn't [1]** 468/17
**have [100]**
**haven't [5]** 446/23 464/17 465/19 470/12 495/22
**having [4]** 466/14 482/23 512/8
**he [12]** 461/1 461/2 464/15 464/21 465/2 465/23 469/20 476/17 476/19 497/9 497/9 501/10
**he's [16]** 461/10 460/25 476/11 476/12 476/21 477/2 477/4 477/7 477/9 477/10 477/11 494/8 496/1 496/2 496/5 498/14
**head [2]** 474/18 488/19
**hear [14]** 445/23 446/2 446/4 456/6 459/17 459/19 459/20 459/20 460/18 461/13 461/19 469/1 476/17 518/6
**hearing [5]** 457/2 508/4 514/1 514/6 514/8
**hearsay [8]** 457/5 495/19 496/5 497/8

**H**

hearsay... [4] 498/11 498/13 498/14 498/16
held [1] 519/10
help [4] 449/7 449/12 469/8 485/1
her [24] 457/6 457/6 457/9 459/17 459/17 460/9 463/6 469/12 469/15 469/20 473/16 473/16 476/9 476/21 477/8 477/8 477/9 477/12 480/8 480/11 491/14 518/5 518/7 518/8
here [13] 445/11 448/9 448/13 449/2 450/6 454/13 461/10 485/22 486/23 490/17 498/6 498/14 511/14
here's [5] 477/7 496/21 496/21 508/21 508/22
hereby [1] 519/8
HEREDIA [1] 442/3
hereunto [1] 519/12
hey [9] 485/15 486/3 489/3 496/21 506/2 507/23 507/25 508/21 513/1
high [3] 453/4 478/24 499/4
high-profile [1] 499/4
high-stakes [2] 453/4 478/24
Hilton [1] 488/19
him [1] 495/20
hired [1] 448/7
his [3] 477/14 501/6 501/7
hold [7] 469/10 473/16 482/9 493/25 493/25 512/15 514/14
holding [1] 486/18 512/1
holidays [1] 453/6
home [6] 447/4 447/8 448/24 449/17 456/2 488/18
Honor [30] 445/5 445/18 457/8 457/22 459/21 460/5 460/15 463/1 468/16 469/12 469/25 470/17 474/3 474/12 476/5 477/4 480/5 480/17 481/20 482/7 490/12 491/25 494/10 494/22 496/6 498/4 498/17 502/19 516/20 518/1
HONORABLE [1] 442/12
hooked [1] 462/21
hotline [2] 454/3 454/3
hours [6] 454/17 454/18 454/19 454/20 455/1 456/2
house [3] 447/9 447/13 449/8
household [1] 449/9
how [29] 451/18 452/20 453/21 458/2 458/22 460/9 461/2 462/10 463/24 467/23 469/17 473/8 477/7 488/22 490/3 492/18 492/24 493/6 493/15 494/6 495/10 497/25 504/18 505/4 505/21 508/24 509/3 510/11 511/21
however [1] 1/7
HUGHES [1] 443/21
huh [10] 505/23 506/18 507/10 508/8 508/18 510/6 511/2 512/3 512/5 513/12
hundred [1] 493/16
hundreds [1] 484/18
hurt [1] 457/13
husband [7] 447/1 447/3 447/11 448/17 449/1 459/22 479/14
husband's [2] 448/23 479/14
hypothetical [3] 477/8 477/9 477/11

**I**

I'd [7] 447/25 450/7 457/25 484/10 484/12 505/18 514/3
I'll [6] 461/9 467/10 474/25 481/2 495/20 503/10 503/10 517/25
I'm [42] 446/19 446/21 448/12 455/8 456/1 457/19 460/10 463/8 466/4 469/5 470/12 471/17 473/8 473/22 474/23 474/23 474/24 475/9 475/16 476/24 477/2 477/7 477/9 477/9 477/11 480/23 481/11 483/4 486/3 490/15 494/22 495/24 497/25 498/2 501/7 501/17 503/8 506/15 511/14 518/1 518/6 518/9
I've [9] 466/14 469/23 470/17 471/5 473/5 486/10 493/25 494/2 513/1
idea [5] 452/17 452/20 466/13 466/20 466/21
identified [3] 486/21 492/21 494/12
identify [1] 493/22
illegal [1] 487/17
immediately [2] 452/1 467/22
impeach [1] 469/20
implementing [1] 484/1
important [4] 453/14 453/14 463/9 509/14
impressions [1] 500/14
inactive [2] 486/17 486/17
INC [2] 442/3 442/7
incident [1] 462/8
included [1] 483/24
including [2] 483/23 510/2
inconvenience [2] 478/20 478/24
incorrect [2] 473/20 474/10
increased [1] 511/23
increasingly [1] 452/10
independently [1] 505/6
individual [7] 464/5 464/11 464/17 464/23 465/4 465/19 513/18
individualized [12] 488/25 497/2 497/6 499/11 499/15 500/8 510/4 511/11 515/10 515/11 515/16 517/13
individuals [4] 465/10 466/14 484/13 491/13
ineligible [1] 512/16
inform [1] 466/23
information [11] 454/4 455/15 466/13 466/20 467/11 467/14 467/16 474/9 475/8 486/7 494/17
informative [1] 458/11
informed [2] 507/20 507/22
inquire [1] 475/21
inquired [1] 475/17
inquiries [1] 508/25
inquiring [1] 475/3
inquiry [4] 497/3 506/23 509/6 515/25
insinuation [1] 487/15 487/17
instance [3] 488/1 511/11 512/23
intensive [1] 507/3
intent [1] 498/6
interested [1] 448/25
international [2] 455/5 455/8
internet [1] 510/20
interpreting [1] 483/25
interprets [1] 497/17
INTERVENOR [1] 443/17
intimidated [5] 509/4 509/7 509/10 512/8 512/11
investigate [5] 487/18 507/4 507/8 507/11 507/14
investigated [2] 487/22 492/17
investigation [15] 491/1 491/7 491/17

493/2 494/3 494/16 499/25 500/6 506/12 506/19 507/4 507/15 507/16 507/18 508/10
investigations [5] 487/7 491/9 491/14 491/23 507/2
investigator [2] 490/25 491/15
involved [4] 462/8 462/10 473/9 491/6
is [143]
isn't [2] 494/3 504/9
issue [6] 462/14 463/9 497/17 498/6 502/9 507/9
issues [7] 452/3 465/25 466/16 466/24 478/1 478/16 500/23
it [183]
it's [33] 445/3 445/14 455/20 458/11 460/3 463/8 469/16 470/24 470/24 471/10 477/12 477/12 477/13 477/15 483/5 485/13 486/18 486/21 488/24 492/4 494/6 494/7 494/10 497/8 498/14 499/7 499/14 501/6 501/8 502/24 505/6 512/14 517/7
its [1] 496/17
itself [2] 476/10 480/23

**J**

JACOB [1] 443/7
JAKE [2] 443/15 461/22
James [3] 464/6 464/8 503/17
James Cooper [1] 503/17
JANE [1] 442/4
January [12] 452/9 466/7 472/10 478/22 479/18 483/13 483/16 483/16 483/17 484/14 496/14 499/5
January 2014 [1] 483/16
January 2021 [2] 466/7 484/14
January 2023 [2] 483/13 483/17
January 5th [3] 472/10 478/22 479/18
JENNIFER [1] 443/19
job [2] 447/1 448/22
jobs [2] 449/1 449/1
JOCELYN [1] 442/3
Johnson [3] 464/12 464/14 503/16
joking [1] 518/9
JONES [2] 442/12 501/17
judge [28] 442/13 457/5 457/21 460/7 461/9 463/9 468/20 469/23 470/13 470/23 477/16 478/12 480/23 481/17 492/3 494/2 494/24 495/17 496/3 497/23 501/5 501/17 514/16 514/20 516/25 517/17 517/23 517/23
judges [1] 445/14
JUDY [1] 443/20
July [1] 447/24
June [1] 447/23
just [51] 445/5 445/7 452/22 454/2 454/14 455/6 455/6 457/19 458/14 461/6 461/15 462/3 464/2 465/10 468/19 469/12 469/14 470/9 473/15 476/11 477/10 477/25 484/3 488/13 490/8 491/1 491/2 491/6 492/8 494/4 494/16 495/17 496/3 497/5 498/4 498/21 499/6 499/25 500/2 501/6 501/17 501/17 502/15 503/2 503/2 503/10 503/23 508/5 513/21 514/19 516/24
JUSTICE [1] 443/21

**K**

**keeps [2]** 476/6 476/19
**kept [1]** 509/18
**kind [15]** 485/13 486/18 488/8 488/16
488/18 489/16 492/12 497/6 499/6
509/24 510/14 511/6 512/1 513/10
516/5
**knew [1]** 499/12
**know [60]** 445/20 447/14 447/22 449/6
450/24 451/2 451/8 453/3 453/20
453/21 454/5 454/21 454/23 455/23
458/13 458/14 458/19 458/22 459/10
460/3 463/14 465/10 466/4 467/22
468/13 470/16 473/8 481/4 481/5 481/6
481/11 482/2 483/25 485/17 485/18
485/22 486/22 488/6 488/18 489/23
491/5 491/22 494/6 495/11 499/2 499/6
499/12 502/14 503/8 503/22 503/23
504/23 505/19 506/3 509/5 509/5
509/24 510/2 512/25 516/25
**knowing [2]** 453/20 453/21
**knowledge [15]** 464/4 464/7 464/10
464/13 464/16 464/22 464/25 465/6
465/15 465/18 481/16 498/6 503/18
513/19 513/25

**L**

**lack [1]** 466/20
**lag [2]** 510/22 510/23
**landline [1]** 455/16
**language [2]** 468/12 515/9
**laptop [2]** 456/2 461/10
**large [2]** 456/22 458/15
**last [3]** 446/1 461/25 517/1
**late [4]** 450/16 451/11 454/24 460/3
**later [2]** 451/13 467/13
**latest [1]** 466/9
**launched [1]** 496/16
**law [11]** 443/9 483/9 486/1 493/21
499/14 500/11 501/23 504/20 509/17
509/23 509/23
**LAWRENCE [2]** 443/4 443/5
**LAWRENCE-HARDY [1]** 443/4
**laws [2]** 483/25 505/19
**lawsuit [9]** 462/24 463/3 463/13
463/14 463/15 463/16 463/20 463/22
464/3
**lawyer [2]** 484/8 514/13
**lead [2]** 484/14 504/2
**lead-up [1]** 484/14
**leader [2]** 456/25 481/12
**learn [1]** 458/11
**learned [1]** 452/18
**lease [1]** 449/11
**least [3]** 458/24 502/9 515/19
**leave [1]** 448/21
**left [2]** 456/11 468/5
**legal [7]** 483/21 484/4 484/5 501/6
501/8 501/10 501/12
**legislation [1]** 510/8
**legitimately [1]** 468/19
**LESLIE [1]** 443/9
**let [17]** 445/20 466/3 467/18 468/24
470/16 473/16 473/16 473/16 476/9
477/21 477/21 485/17 485/18 485/22
503/10 507/18 507/18
**let's [2]** 513/15 517/25

**letter [6]** 456/21 458/18 472/21 472/24
492/22 509/11
**level [2]** 504/14 504/17
**license [2]** 447/10 447/18
**licenses [2]** 447/14 447/23
**life [3]** 446/22 447/17 464/6
**lifted [7]** 456/15 467/17 468/5 468/10
469/4 471/8 471/23
**like [29]** 447/25 450/7 453/17 456/1
457/25 458/6 458/19 469/20 482/20
484/12 485/15 485/21 488/10 488/17
492/1 493/1 500/7 500/10 500/19
501/16 506/4 506/21 510/1 510/4 510/8
510/12 512/20 515/24 516/7
**likely [2]** 460/8 460/22
**likewise [1]** 455/19 483/6
**line [3]** 1/6 455/14 505/24
**link [1]** 461/6
**linked [1]** 462/15
**list [25]** 460/16 460/20 485/1 485/4
488/4 492/13 494/3 494/5 494/13 497/6
498/21 502/15 503/4 503/19 510/3
510/4 510/8 510/11 511/9 511/11
511/15 511/18 515/14 515/18 516/8
**lists [1]** 487/4
**litigation [1]** 483/25
**little [5]** 453/1 458/6 458/19 484/22
513/9
**live [2]** 458/24 508/12
**lived [2]** 446/22 508/20
**living [2]** 447/5 447/6
**LLC [1]** 443/5
**LLP [2]** 443/9 443/15
**location [2]** 486/4 517/12
**log [1]** 461/6
**logged [3]** 460/13 473/13 479/11
**logistic [1]** 445/12
**long [4]** 461/3 496/3 497/23 498/1
**longer [5]** 458/22 489/19 511/14
516/18 518/4
**look [5]** 468/12 471/4 487/23 488/9
501/20
**looked [3]** 454/2 468/19 488/17
**looking [3]** 453/4 470/7 515/23
**looks [5]** 485/15 485/21 493/1 493/21
511/21
**lose [2]** 493/9 493/20 512/23
**loses [1]** 510/23 512/22
**lost [2]** 493/17 512/18
**lot [8]** 455/21 458/12 467/10 467/14
467/16 480/11 489/9 489/14

**M**

**ma'am [2]** 477/8 481/21
**made [13]** 451/2 452/23 454/9 456/11
481/4 481/6 494/19 494/21 497/19
497/19 505/2 506/7 508/19
**magnitude [1]** 484/17
**mail [3]** 450/5 450/6 451/4
**mail-forwarding [1]** 450/5
**mailed [2]** 451/10 492/21
**main [1]** 454/10
**maintain [1]** 510/22
**maintaining [2]** 509/13 510/13
**maintenance [11]** 485/1 510/3 510/4
510/8 510/11 511/9 511/11 511/15
511/18 515/19 516/8
**majority [1]** 486/15

**make [24]** 447/4 447/7 447/16 453/2
455/4 455/7 455/12 455/17 470/9
476/11 479/8 497/1 497/4 501/25 502/2
502/17 504/5 505/6 507/19 509/18
510/8 510/11 511/4 511/6
**making [2]** 454/24 509/22
**many [9]** 483/4 489/11 490/3 492/18
492/25 493/6 493/15 508/24 509/3
**MARCOS [1]** 443/8
**Mark [4]** 464/18 465/19 503/16 503/16
**Mark Williams [2]** 464/18 503/16
**marked [3]** 452/12 466/13 490/15
**Martin [2]** 483/10 483/12
**mass [3]** 462/9 462/15 496/15
**match [2]** 485/7 516/2
**matches [1]** 485/5
**matching [2]** 485/3 515/14
**matter [10]** 445/12 457/12 457/20
477/14 480/12 495/19 495/21 497/13
497/24 519/11
**mattered [1]** 467/23
**may [13]** 1/2 1/4 445/5 446/24 446/25
447/21 482/6 490/12 494/14 494/14
498/4 504/2 505/25
**maybe [3]** 488/15 506/4 510/17
**McCLAFFERTY [1]** 443/5
**McQUEEN [1]** 443/8
**me [53]** 445/20 445/23 446/2 446/4
448/22 456/9 456/20 456/20 456/25
457/2 457/4 458/12 458/20 459/17
461/5 461/19 462/14 462/15 466/3
467/18 468/15 468/24 469/1 469/23
470/16 471/17 473/15 475/2 475/17
475/25 476/25 477/8 477/21 477/21
477/24 478/24 479/15 486/11 491/1
497/12 501/16 502/7 502/9 503/10
504/13 504/16 506/6 507/18 507/18
510/7 513/2 514/12 514/22
**mean [11]** 452/19 453/13 454/15
458/10 466/18 469/16 472/16 488/24
499/18 506/1 516/13
**means [5]** 452/18 454/5 458/11 484/23
511/25
**meant [1]** 452/17
**meantime [1]** 459/1
**MECHANICAL [1]** 442/20
**media [8]** 464/9 464/15 464/21 465/2
465/8 465/17 465/23 495/15
**meet [3]** 447/16 461/23 501/21
**meeting [13]** 495/11 495/18 495/23
496/8 496/9 496/15 496/20 496/25
497/9 497/15 498/8 498/20 500/15
**MELLETT [1]** 443/20
**member [1]** 489/16
**members [5]** 493/4 493/9 493/13
493/18 510/2
**memory [3]** 468/11 476/13 477/12
**Meng [1]** 445/19
**mentioned [10]** 447/18 453/9 456/1
456/4 458/6 492/18 495/3 495/4 498/7
500/21
**message [1]** 456/11
**messed [1]** 453/16
**MICHAEL [1]** 443/13
**MICHELLE [1]** 443/5
**microphone [1]** 459/16
**mid [2]** 450/20 451/11
**mid-September [1]** 450/20

Case 2:20-cv-00302-SCJ   Document 321   Filed 11/20/23   Page 88 of 94

**M**

**middle [2]** 453/5 478/25
**might [8]** 466/18 486/10 488/13 488/17 488/18 504/22 506/1 506/1
**military [14]** 447/6 449/4 449/6 449/12 449/13 454/6 455/10 459/14 488/2 488/13 490/7 493/4 493/4 493/8
**mine [1]** 462/13
**minutes [4]** 445/14 480/19 517/24 517/25
**mischaracterizes [1]** 480/6
**mischaracterizing [1]** 476/12
**MOCINE [1]** 443/8
**MOCINE-McQUEEN [1]** 443/8
**monthly [1]** 510/5
**months [2]** 447/22 516/4
**more [11]** 458/25 467/16 475/7 489/24 492/12 506/1 508/21 510/4 510/9 510/12 511/22
**morning's [1]** 445/8
**MORRISON [8]** 443/8 444/5 445/19 445/20 459/16 469/11 470/15 477/19
**most [1]** 454/18
**mostly [2]** 454/16 456/2
**motivated [1]** 492/9
**move [22]** 446/25 448/14 448/18 449/7 449/8 449/16 462/4 463/8 478/12 480/23 485/20 489/25 492/1 493/23 494/22 498/23 501/22 505/21 510/18 512/17 512/23 514/8
**moved [22]** 446/23 447/1 447/3 447/5 447/7 447/11 448/15 450/3 485/9 485/15 485/16 485/22 485/24 486/4 486/10 486/13 486/17 486/22 487/13 487/20 492/14 513/1
**moves [1]** 512/22
**moving [5]** 449/3 449/13 458/21 493/23 517/11
**Mr [8]** 444/6 444/8 444/9 444/10 444/11 469/1 471/2 476/14
**Mr. [44]** 445/9 445/10 460/6 460/25 463/4 464/8 464/14 464/20 465/1 465/22 470/18 470/20 477/19 480/18 481/6 481/18 482/3 482/8 483/2 483/7 487/2 490/15 490/21 492/7 494/4 494/21 495/2 496/8 497/12 497/15 498/3 498/13 498/15 498/16 498/19 500/21 501/13 502/18 502/24 515/2 517/19
**Mr. Davis [1]** 465/22
**Mr. Evans [12]** 460/6 460/25 463/4 470/18 470/20 477/19 480/18 481/18 498/3 502/20 514/17 516/23
**Mr. Germany [23]** 482/3 483/2 483/7 487/2 490/15 490/21 492/7 494/4 494/21 495/2 496/8 497/12 497/15 498/13 498/15 498/16 498/19 500/21 501/13 502/18 502/24 515/2 517/19
**Mr. James [1]** 464/8
**Mr. Johnson [1]** 464/14
**Mr. Russell [1]** 481/6
**Mr. Ryan Germany [1]** 482/8
**Mr. Somerville [1]** 465/1
**Mr. Turner [2]** 445/9 445/10
**Mr. Williams [1]** 464/20
**Ms [3]** 444/5 459/16 470/7
**Ms. [32]** 445/20 445/23 446/2 446/17 447/25 448/9 449/19 450/7 452/4 452/14 453/9 453/25 456/4 457/24 458/22 459/19 460/2 460/11 465/7 469/11 470/15 471/2 477/19 482/10 491/13 491/20 491/22 495/12 500/16 503/22 518/3 518/6
**Ms. Engelbrecht [4]** 465/7 495/12 500/16 503/22
**Ms. Frances Watson [1]** 518/3
**Ms. Morrison [4]** 445/20 469/11 470/15 477/19
**Ms. Stinetorf [17]** 445/23 446/2 446/17 447/25 448/9 449/19 450/7 452/4 452/14 453/9 453/25 456/4 457/24 458/22 459/19 460/2 471/2
**Ms. Watson [4]** 491/13 491/20 491/22 518/6
**Ms. Wright [2]** 460/11 482/10
**much [5]** 454/18 458/15 458/22 460/2 488/24
**multiple [1]** 483/23
**Muscogee [24]** 446/21 446/23 450/13 450/17 451/9 451/20 451/21 452/25 454/7 454/9 456/7 456/14 463/5 466/22 471/19 471/25 472/16 472/17 472/19 473/1 474/15 476/1 476/4 481/13
**Muscogee County [17]** 450/17 451/9 451/20 451/21 452/25 454/7 456/7 456/14 463/5 466/22 471/25 472/16 472/17 473/1 474/15 476/4 481/13
**my [125]**
**Myrtle [1]** 488/19
**myself [1]** 504/5

**N**

**name [7]** 446/9 446/10 446/11 461/22 472/21 482/17 482/19
**named [8]** 464/6 464/11 464/17 464/23 465/4 465/10 465/11 465/19
**names [3]** 498/22 500/2 501/2
**National [6]** 484/21 484/24 485/2 485/10 487/12 491/4
**nature [1]** 453/11
**NCOA [25]** 485/10 485/10 485/14 487/4 487/8 489/4 489/25 494/10 494/10 494/12 494/14 494/17 499/17 499/22 499/22 500/2 502/15 502/16 515/14 515/14 515/19 515/23 516/2 517/4 517/11
**NCOAs [1]** 508/10
**necessities [1]** 504/10
**need [6]** 454/20 460/9 497/4 514/8 516/6 518/5
**needed [1]** 453/21
**needs [2]** 461/1 499/14
**neither [1]** 504/4
**never [12]** 452/18 459/9 464/11 464/14 464/20 464/23 465/1 465/4 465/7 465/22 507/17 516/25
**new [3]** 459/14 493/23 516/7
**next [5]** 455/1 459/11 467/10 481/23 486/6
**nice [1]** 483/5
**night [1]** 454/25
**NKWONTA [3]** 443/6 444/8 444/10
**no [84]**
**nobody [1]** 466/10
**nods [1]** 474/18
**none [3]** 460/14 466/15 478/15
**NORTHERN [3]** 442/1 519/4 519/7
**not [98]**
**note [1]** 486/2
**Nothing [1]** 452/8
**notice [7]** 485/11 485/12 485/21 486/3 486/16 486/21 516/2
**notices [3]** 485/14 487/8 516/3
**November [7]** 450/10 451/24 466/8 466/9 490/1 492/15 496/14
**November 2020 [1]** 450/10
**November 20th [1]** 466/8
**November 22nd [1]** 466/9
**now [17]** 448/8 450/7 461/19 469/23 470/7 473/18 487/2 489/23 490/3 492/18 493/22 499/7 500/21 501/23 505/1 508/9 511/10
**number [8]** 1/5 1/6 442/6 456/22 458/15 488/6 489/18 508/10
**NVRA [12]** 510/8 510/11 510/14 510/19 510/21 510/25 511/10 511/17 512/25 516/14 517/4 517/8

**O**

**oath [1]** 473/23
**object [9]** 457/5 457/17 494/2 497/20 497/23 497/24 501/5 501/9 518/5
**objected [2]** 498/15 518/4
**objection [12]** 463/1 468/16 474/3 476/5 476/17 477/20 480/5 492/5 494/1 495/18 495/24 497/8
**objections [1]** 492/2
**obliged [1]** 457/1
**obviously [3]** 448/9 486/4 487/24
**occurred [2]** 496/9 496/15
**OCTOBER [3]** 442/14 445/2 519/13
**odd [2]** 511/16 516/1
**off [12]** 461/8 477/12 482/10 484/20 490/3 490/6 490/8 509/22 510/3 510/20 515/19 516/1
**offer [2]** 461/1 494/8
**offered [5]** 457/16 458/8 495/19 497/13 497/18
**office [42]** 448/22 450/17 454/8 455/11 455/12 455/13 455/18 456/8 456/14 456/19 471/16 471/19 472/3 472/19 472/23 473/10 478/6 483/16 483/20 483/22 483/22 484/8 484/25 486/1 486/24 487/3 487/7 487/11 490/25 491/4 491/18 492/16 495/12 498/9 502/1 502/6 505/11 505/15 505/25 508/9 508/20 509/17
**office's [1]** 491/11
**offices [1]** 450/22
**official [11]** 1/1 1/2 1/3 1/7 442/22 449/6 466/23 472/8 514/10 519/6 519/17
**officials [1]** 456/5
**often [3]** 484/7 484/9 502/1
**oh [9]** 445/16 457/8 461/4 470/21 473/18 487/17 488/17 514/3 516/6
**okay [25]** 445/3 446/6 457/15 457/21 461/12 461/14 461/19 461/19 462/6 468/14 470/14 470/19 470/22 470/25 471/5 471/6 477/21 481/17 487/23 489/19 490/10 494/23 497/17 498/2 501/7
**once [4]** 453/25 457/12 459/7 507/19

**O**

**one [31]** 445/12 446/2 449/13 458/10 466/22 468/15 478/18 479/4 479/19 479/21 479/23 479/25 481/6 482/4 485/9 485/13 485/14 485/24 486/10 489/21 491/13 493/16 493/16 497/1 503/23 511/7 513/5 514/14 516/9 516/24 516/25
**one percent [1]** 489/21
**one's [1]** 494/18
**online [2]** 451/11 454/2
**only [11]** 1/2 1/6 457/9 460/12 463/19 471/21 479/10 481/6 509/19 517/11 518/9
**open [2]** 455/12 455/13
**opened [1]** 498/11
**opening [3]** 470/12 498/7 498/9
**opportunity [1]** 512/16
**order [1]** 504/10
**orders [1]** 449/12
**organization [1]** 462/8
**other [25]** 445/14 449/21 454/12 454/15 455/3 455/3 455/13 463/22 464/2 464/3 466/23 475/7 478/6 484/2 484/2 489/16 495/12 500/17 502/5 503/8 503/19 503/22 503/23 509/22 511/17
**our [11]** 447/8 447/8 447/13 447/23 448/20 449/9 457/1 479/16 497/21 509/20 511/22
**out [64]** 449/10 451/25 453/8 453/18 453/22 453/23 454/1 455/24 456/5 457/10 457/24 460/9 462/18 466/10 466/15 466/23 467/1 467/4 471/22 475/20 475/25 476/4 478/1 478/16 478/19 479/4 479/25 485/9 485/15 485/16 485/19 485/20 485/22 486/10 486/13 487/13 487/20 489/3 489/12 489/14 489/15 489/17 489/20 492/14 492/24 493/13 493/19 499/14 503/10 505/24 506/20 507/17 507/19 508/5 508/11 508/24 510/19 511/13 511/19 512/6 512/17 513/1 513/3 517/12
**outset [1]** 462/3
**outside [1]** 493/10
**over [8]** 448/19 449/2 450/6 453/5 454/13 456/2 481/2 505/12
**overall [1]** 458/2
**overlapping [1]** 509/24
**Overruled [2]** 469/19 469/22
**overseas [7]** 447/5 449/9 453/19 454/6 478/25 488/2 490/7
**overturned [2]** 457/3 471/22
**overwhelmed [2]** 453/1 466/19
**overwhelming [1]** 453/7
**own [3]** 507/7 508/7 508/10

**P**

**pack [1]** 449/8
**page [12]** 1/5 444/2 451/12 452/6 452/11 452/15 454/10 467/20 469/6 472/6 473/12 479/11
**pages [2]** 479/16 519/9
**PAIKOWSKY [1]** 443/19
**paperwork [2]** 449/6 450/2
**paraphrasing [1]** 486/3
**part [4]** 466/18 479/6 491/10 515/19

**partial [1]** 1/8
**particular [2]** 477/10 517/12
**particularly [2]** 504/22 510/3
**partner [1]** 483/9
**Party [2]** 457/1 481/13
**pass [5]** 460/5 496/2 496/5 502/19 516/21
**passed [2]** 456/12 510/14
**past [1]** 452/22
**pattern [2]** 486/18 512/1
**pause [3]** 482/1 513/9 514/15
**paying [1]** 447/15
**PCS [1]** 449/5
**PDF [1]** 1/1
**people [31]** 447/16 453/21 454/12 455/13 456/22 487/12 487/19 487/24 488/1 488/4 488/7 488/11 489/2 489/12 489/13 489/14 489/17 489/19 489/21 491/2 492/14 497/6 502/16 503/23 504/1 508/24 509/3 510/5 511/12 511/12 511/13
**percent [1]** 489/21
**perfectly [1]** 504/2
**period [8]** 1/4 462/17 472/1 486/25 510/25 511/8 511/9 512/15
**Perkins [1]** 462/15
**Perkins Coie [1]** 462/15
**permanent [1]** 449/5
**permission [1]** 445/9
**person [7]** 448/10 456/9 460/10 467/12 471/14 473/8 473/9
**personal [6]** 454/22 455/4 455/7 455/11 455/19 455/25
**perspective [2]** 501/19 508/23
**phone [13]** 454/24 455/12 455/14 455/16 456/19 467/15 468/7 471/11 472/4 472/15 472/18 478/6 506/2
**phrasing [1]** 508/17
**physically [1]** 513/1
**pick [1]** 455/6
**place [7]** 456/17 457/15 461/25 462/2 468/7 482/2 488/17
**places [4]** 488/15 488/16 488/19 501/23
**plaintiffs [4]** 442/5 443/3 482/7 492/1
**Plaintiffs' [3]** 490/16 503/2 503/20
**plan [5]** 455/9 458/24 459/1 459/4 459/7
**planning [2]** 496/22 499/12
**plausible [1]** 501/3
**please [8]** 474/21 475/11 475/14 475/23 477/18 482/17 486/11 508/11
**pleasure [1]** 461/23
**PLLC [1]** 443/14
**plop [1]** 499/7
**PM [2]** 442/11 518/14
**point [16]** 459/5 464/5 464/8 465/20 473/11 475/2 476/24 494/19 494/21 497/1 504/21 505/20 506/25 506/25 516/8 516/11
**political [1]** 504/5
**portion [1]** 1/4
**position [6]** 448/5 483/17 484/6 498/25 509/16 509/16
**positive [1]** 468/11
**possible [1]** 516/15
**possibly [2]** 452/22 453/2
**post [6]** 454/9 462/11 462/13 470/4

470/4 496/14
**post-November 2020 [1]** 496/14
**Postal [4]** 450/4 451/3 456/24 514/9
**Postal Service [1]** 456/24
**posted [2]** 462/12 470/12
**potential [1]** 495/14
**POWELL [1]** 443/13
**pre [2]** 496/14 510/20
**pre-internet [1]** 510/20
**pre-January [1]** 496/14
**pregnant [1]** 447/8
**prejudicial [1]** 494/7
**prepared [2]** 445/8 501/11
**preparing [1]** 491/9
**present [1]** 449/24
**pretty [1]** 487/24
**previously [2]** 467/9 471/13
**printed [2]** 450/23 451/25
**prior [6]** 462/24 465/11 487/13 487/20 489/25 492/14
**private [1]** 458/14
**proactive [1]** 460/23
**probable [22]** 501/20 501/21 502/10 502/13 502/17 505/3 505/7 505/8 505/13 505/17 506/7 506/11 506/14 506/16 506/22 507/13 507/16 507/20 508/3 508/7 514/6 514/7
**probably [4]** 489/19 489/21 502/4 506/4
**probative [1]** 494/8
**problem [2]** 452/5 467/22
**problems [2]** 451/5 458/18
**procedures [2]** 484/1 510/19
**proceed [3]** 470/18 470/20 482/11
**proceedings [6]** 442/11 442/20 482/1 514/15 518/13 519/9
**process [16]** 449/3 449/4 449/15 449/18 451/21 453/17 458/11 473/9 493/22 497/2 499/10 515/20 516/4 516/5 516/15 516/16
**processes [1]** 504/21
**processing [1]** 473/20
**procurement [1]** 484/3
**PRODUCED [1]** 442/21
**professional [2]** 448/1 448/19
**profile [1]** 499/4
**program [2]** 485/3 509/20
**programmatic [1]** 510/1
**programs [2]** 515/8 515/9
**prohibit [1]** 515/21
**prohibited [1]** 1/7
**projects [1]** 484/3
**properly [1]** 445/7
**property [1]** 455/20
**provide [2]** 483/21 484/5
**provided [1]** 500/22
**provides [1]** 494/13
**provision [1]** 514/2
**psychological [1]** 478/23
**purpose [1]** 512/24
**pushed [1]** 500/19
**put [4]** 449/9 457/1 480/19 495/17

**Q**

**question [20]** 445/16 452/24 459/17 463/17 463/25 466/4 469/1 469/3 474/5 474/11 474/21 475/9 475/14 475/22 476/24 477/15 495/23 501/13 501/14

**Q**

**question... [1]** 501/16
**questionnaire [2]** 492/22 508/17
**questions [14]** 447/25 458/1 477/14
481/2 481/17 484/10 494/20 495/22
503/1 513/10 514/16 514/19 516/24
517/16
**quick [1]** 514/19
**quickly [2]** 451/2 510/18
**quite [2]** 458/12 475/22

**R**

**raise [2]** 446/3 482/13
**randomization [1]** 504/6
**range [1]** 490/9
**reach [9]** 453/21 453/21 454/11 454/20
456/4 467/3 467/4 508/5 511/13
**reached [17]** 456/7 456/7 466/10
466/15 466/23 467/1 467/9 471/13
473/10 475/20 475/25 476/4 478/1
478/16 478/19 479/4 479/25
**reaching [3]** 472/3 513/1 513/3
**reaction [2]** 452/14 458/1
**read [4]** 452/18 470/17 471/5 503/14
**reading [1]** 470/15
**ready [2]** 445/21 499/4
**real [1]** 458/8
**really [16]** 452/19 452/21 456/9 489/20
497/2 497/3 500/19 506/3 510/19
510/20 511/16 511/21 511/23 513/3
515/24 516/9
**reason [5]** 458/20 472/12 472/14 473/4
505/24
**reasons [4]** 448/19 455/11 489/16
494/14
**recall [28]** 450/14 450/18 467/8 468/3
471/24 484/13 484/16 484/17 484/19
495/7 495/15 496/8 496/10 496/12
496/15 497/1 498/21 499/13 500/16
500/19 502/9 508/24 509/6 509/8 509/9
512/7 512/9 512/10
**recalls [1]** 468/22
**receipt [1]** 508/5
**receive [3]** 450/6 451/22 473/24
**received [36]** 450/18 450/20 450/22
451/12 451/14 451/23 452/12 454/8
456/21 466/7 467/13 468/1 471/7
471/24 473/3 473/25 474/8 475/19
476/2 477/24 480/3 480/7 480/14
487/10 487/11 491/3 492/24 498/8
499/8 500/5 500/16 500/18 501/21
508/10 508/22 512/11
**receives [1]** 485/12
**receiving [2]** 454/25 512/10
**recognize [1]** 490/21
**recollection [18]** 460/23 468/15 469/6
469/9 469/13 469/15 469/17 471/6
471/9 471/19 476/20 476/22 484/18
492/11 496/20 500/18 503/6 503/21
**record [11]** 446/9 461/8 480/22 480/23
482/18 491/6 492/8 495/18 497/17
503/2 503/10
**records [3]** 472/18 475/7 515/15
**Recross [2]** 444/11 517/2
**Recross-Examination [2]** 444/11
517/2
**Redirect [4]** 444/10 481/19 514/18

**reference [1]** 460/8
**referenced [3]** 480/21 481/3 499/19
**references [1]** 463/6
**referencing [1]** 1/5
**referring [7]** 471/18 476/6 476/17
476/19 476/23 477/2 477/19
**reflected [1]** 472/6
**reflects [1]** 510/17
**refresh [10]** 460/23 468/14 469/9
469/17 471/6 471/9 476/12 476/20
476/21 477/12
**refreshed [1]** 461/1
**regarding [2]** 491/2 503/22
**register [2]** 459/14 516/7
**registered [13]** 446/18 446/19 446/20
446/21 447/9 447/19 447/20 447/24
449/19 449/22 449/23 453/3 486/19
**registration [13]** 449/25 473/1 485/4
487/14 487/21 489/25 492/14 504/17
505/5 511/14 515/15 516/6 516/12
**registrations [1]** 478/19
**regular [1]** 455/21
**regulations [2]** 504/20 505/19
**related [1]** 499/3
**relay [2]** 498/19 498/25
**relayed [1]** 497/22
**relaying [1]** 498/15
**relevance [2]** 463/1 494/9
**relevancy [1]** 494/2
**relevant [5]** 494/6 494/16 495/24
509/23 509/23
**remain [2]** 494/15 510/24
**remember [14]** 447/20 468/17 468/20
468/24 473/6 480/10 480/11 480/18
488/5 488/10 489/15 492/10 495/12
508/16
**remind [1]** 473/22
**reminding [1]** 514/22
**removal [2]** 513/10 515/6
**removals [2]** 515/21 517/4
**remove [9]** 486/11 486/11 513/2
513/18 515/8 515/10 515/22 517/7
517/11
**removed [5]** 486/20 486/25 488/4
512/25 513/6
**removing [5]** 510/4 511/11 511/12
511/13 515/3
**repeat [5]** 469/1 474/21 475/14 495/7
501/16
**rephrase [1]** 477/16
**replies [1]** 455/1
**reply [1]** 456/13
**reporter [6]** 1/3 1/6 442/22 445/19
519/6 519/17
**reporting [1]** 491/23
**represent [1]** 461/22
**representation [1]** 474/8
**representative [2]** 465/14 465/16
**representatives [2]** 495/13 500/17
**represented [1]** 498/8
**Republican [2]** 457/1 481/13
**request [1]** 450/5
**requested [3]** 450/14 450/16 492/22
**requests [3]** 456/23 499/17 499/23
**require [1]** 506/4
**requires [3]** 450/24 489/23 513/3
**rescinded [2]** 471/23 479/9

**rescinding [1]** 509/10
**research [3]** 454/2 487/3 487/7
**researching [1]** 462/18
**residence [2]** 449/21 517/12
**residency [8]** 447/10 488/21 488/23
493/21 493/21 494/18 508/16 508/23
**resident [3]** 489/5 489/8 494/15
**residents [2]** 489/13 490/1
**residing [1]** 458/23
**resolve [2]** 452/20 453/22
**resolved [1]** 457/25
**resolving [1]** 467/23
**respond [9]** 467/1 486/10 486/16 498/4
504/1 511/24 512/8 512/12 512/13
**responded [3]** 467/25 468/1 509/3
**responding [1]** 509/6
**response [6]** 468/1 468/3 486/10
500/16 504/3 511/20
**responses [5]** 489/9 489/10 489/13
511/22 511/22
**restricted [1]** 1/3
**restriction [1]** 512/21
**restrictions [2]** 510/21 515/3
**result [2]** 452/8 477/1 497/15
**results [2]** 491/23 493/3
**resume [1]** 459/7
**return [5]** 459/4 459/7 459/13 492/23
495/2
**returned [1]** 492/25
**reviewing [2]** 457/3 457/3
**right [66]** 445/10 445/15 445/17 445/20
446/3 450/25 453/3 456/9 461/21
462/21 463/10 464/3 467/11 470/7
474/17 475/6 477/17 478/9 478/23
479/2 479/2 479/3 479/5 479/5 480/4
480/16 480/16 481/2 481/7 481/15
482/13 485/18 490/8 492/4 493/9
493/18 499/7 502/21 502/24 503/1
503/5 504/11 505/3 505/7 505/9 505/17
506/8 506/12 506/24 507/5 508/12
508/20 509/11 512/12 512/19 513/7
513/19 513/22 514/1 514/5 514/6
514/21 517/5 517/9 517/14 517/16
**rise [1]** 518/12
**RMR [3]** 442/22 519/6 519/16
**roaming [2]** 455/9 455/9
**role [1]** 491/14
**rolls [17]** 485/7 486/20 487/1 507/8
509/13 509/18 509/20 510/13 510/22
510/24 512/1 512/18 513/11 513/18
515/3 517/5 517/8
**Ron [2]** 464/12 503/16
**Ron Johnson [1]** 464/12
**roughly [1]** 490/4
**run [3]** 451/5 452/3 485/3
**runoff [14]** 450/8 451/15 451/23 452/4
452/5 458/3 458/3 466/5 466/7 472/10
478/22 479/18 484/15 496/14
**Russell [8]** 456/22 456/25 472/21
481/5 481/6 481/9 481/12 481/15
**RYAN [4]** 444/7 482/8 482/19 482/22

**S**

**S-T-I-N-E-T-O-R-F [1]** 446/11
**safe [3]** 515/7 517/20 518/11
**safely [1]** 451/9
**said [46]** 456/14 457/16 457/17 457/19
467/18 467/20 468/3 468/4 468/9

**said... [37]** 468/13 468/17 468/19 468/23 469/3 469/5 469/6 469/12 469/13 471/8 472/10 473/2 473/18 473/24 474/14 475/5 478/7 479/11 479/16 480/2 480/6 480/8 480/10 480/12 489/3 494/4 496/4 497/9 497/12 498/15 501/17 504/25 507/2 508/9 508/15 517/4 519/10
**same [15]** 448/7 451/21 462/17 462/25 467/6 471/17 478/6 479/14 479/15 479/15 479/16 479/17 485/24 504/20 504/20
**sample [2]** 504/1 504/3
**sampling [1]** 503/25
**satisfy [1]** 500/11
**saw [7]** 462/13 467/20 479/11 488/12 488/15 488/16 499/24
**say [28]** 462/3 467/19 467/25 468/21 469/7 475/13 485/15 489/18 489/23 490/5 490/19 494/7 496/2 496/20 502/6 503/22 504/19 505/18 506/2 506/15 507/13 508/2 508/21 511/14 513/3 516/18 516/25 517/25
**saying [17]** 466/16 476/6 476/25 477/5 478/8 480/11 480/14 492/13 496/2 498/16 502/10 508/11 509/6 509/10 512/7 512/11 513/1
**says [7]** 461/1 485/21 486/3 486/13 488/23 492/20 498/14
**scared [2]** 453/1 453/10
**scary [1]** 458/6
**scientists [1]** 504/5
**SCJ [1]** 442/6
**SCOTT [1]** 442/3
**screen [1]** 460/14
**seat [1]** 482/16
**seated [2]** 445/3 482/6
**second [8]** 446/3 468/15 482/5 482/9 488/18 507/18 513/16 514/14
**Secretary [27]** 483/15 483/20 483/22 484/8 484/25 486/1 487/3 487/6 487/11 490/25 491/10 491/17 492/16 495/11 497/14 498/9 501/11 502/1 502/6 505/11 505/15 505/25 508/9 508/19 509/16 510/12 515/18
**section [8]** 505/17 507/7 513/7 513/17 513/21 513/25 514/5 517/14
**Section 229 [1]** 513/25
**Section 230 [4]** 505/17 513/7 513/21 517/14
**secure [1]** 455/10
**see [16]** 451/12 461/3 463/24 469/25 471/2 471/3 471/15 473/18 473/19 473/19 483/5 485/4 488/10 498/23 517/19 517/21
**seeing [5]** 452/14 471/17 495/15 496/21 502/24
**seeking [1]** 494/8
**seeks [2]** 513/18 513/21
**seemed [2]** 471/13 473/11
**seems [1]** 458/19
**seen [5]** 470/8 470/11 499/16 499/19 499/21
**sell [1]** 449/18
**Senate [5]** 466/5 466/7 472/10 478/22 479/18

**send [7]** 466/6 485/23 486/2 486/7 508/24 511/19 516/2
**sending [3]** 452/7 506/20 512/6
**sends [1]** 459/15
**sensation [1]** 453/7
**sensitive [1]** 455/14
**sent [8]** 450/25 457/4 466/8 472/25 487/19 489/3 492/19 508/11
**separate [1]** 513/10
**September [2]** 450/20 451/11
**serious [1]** 455/17
**service [5]** 450/4 451/3 456/24 462/3 514/9
**serving [1]** 478/25
**SESSION [1]** 442/11
**set [3]** 510/19 510/25 519/12
**sets [1]** 508/4
**settle [1]** 447/22
**settled [1]** 447/16
**Seventy [1]** 493/7
**Seventy-four [1]** 493/7
**several [4]** 452/7 455/11 467/2 467/13
**SHANNON [3]** 442/22 519/6 519/16
**share [1]** 460/14
**she [26]** 457/10 457/10 457/12 457/12 457/13 457/16 459/18 463/6 465/8 468/17 468/19 468/21 468/22 469/1 469/12 469/13 480/6 480/6 480/7 480/9 480/10 480/11 480/12 480/15 480/21 480/22
**She's [4]** 474/5 474/11 480/11 514/22
**SHELLY [1]** 443/7
**shifted [1]** 460/3
**ship [1]** 449/9
**shot [1]** 477/22
**should [4]** 461/11 475/7 506/15 509/17
**shouldn't [1]** 489/22
**show [5]** 451/13 452/12 457/12 468/14 497/14
**showed [1]** 473/13
**showing [1]** 472/9
**sic [1]** 509/10
**signature [2]** 450/24 513/4
**signed [3]** 449/11 486/12 511/13
**similar [2]** 485/21 500/1
**simplify [1]** 468/24
**simply [1]** 473/22
**since [3]** 459/18 499/16 499/18
**singled [1]** 453/17
**sir [6]** 481/25 482/12 483/18 490/11 490/13 502/25
**sit [1]** 445/11
**sitting [1]** 509/9
**situation [10]** 453/22 454/6 455/4 456/10 456/20 457/3 467/3 479/15 484/10 488/20
**six [1]** 454/16
**size [1]** 504/23
**Skype [1]** 456/2
**slightly [1]** 513/14
**slow [2]** 474/23 474/24
**small [1]** 504/23
**so [116]**
**some [32]** 449/6 449/10 450/7 454/2 454/4 454/9 454/24 455/17 456/5 458/14 459/5 471/14 473/6 485/17 487/10 487/23 488/9 488/10 488/12 488/15 488/16 488/18 489/15 489/16

**some... [7]** 489/25 504/21 504/22 505/20 509/24 510/23 511/3 516/11
**somebody [2]** 487/16 492/10
**someone [13]** 454/4 467/9 473/9 485/7 486/22 488/17 492/12 505/24 506/5 510/11 512/16 512/22 514/12
**Somerville [3]** 464/24 465/1 503/16
**something [19]** 453/16 453/17 453/18 456/3 458/7 458/7 463/23 484/25 488/6 489/1 495/2 498/22 506/4 506/20 506/21 508/15 514/11 515/24 516/7
**somewhere [1]** 488/6
**sorry [7]** 461/16 470/21 474/23 487/5 496/13 506/15 518/1
**sort [8]** 456/3 460/3 487/23 489/6 504/4 504/6 510/17 515/18
**SOUTHWEST [1]** 442/23
**speak [4]** 480/22 480/23 484/9 484/10
**specific [2]** 484/10 511/3
**specifically [3]** 454/6 488/23 496/10
**spell [2]** 446/8 482/17
**spelled [2]** 446/11 499/14
**spend [1]** 450/7
**spending [1]** 448/24
**spent [1]** 448/19
**spoke [1]** 454/4
**spoken [5]** 464/11 464/17 465/4 465/13 465/19
**spreadsheet [9]** 487/19 487/23 488/7 488/9 499/20 500/1 500/7 500/10 501/1
**spreadsheets [3]** 499/16 499/19 499/21
**stage [1]** 479/17
**stakes [2]** 453/4 478/24
**stand [2]** 475/10 482/12
**standards [1]** 500/11
**standpoint [4]** 506/3 506/20 507/23 510/2
**start [5]** 445/15 483/11 516/2 516/5 516/13 517/25
**started [6]** 447/15 447/16 451/11 452/6 490/3 490/6
**state [27]** 446/8 459/12 459/14 482/17 485/4 485/9 485/15 485/16 485/19 486/10 486/14 487/13 487/20 492/14 493/10 493/10 493/13 493/19 493/23 497/14 501/11 509/23 510/12 512/23 515/18 516/7 517/12
**State's [23]** 483/16 483/20 483/22 484/8 484/25 486/1 487/3 487/7 487/11 490/25 491/10 491/18 492/16 495/11 498/9 502/1 502/6 505/11 505/15 505/25 508/9 508/19 509/17
**stated [1]** 519/11
**statement [2]** 498/7 498/10
**statements [4]** 457/6 497/18 497/19 498/5
**STATES [14]** 442/1 442/13 442/23 443/21 449/11 449/22 455/7 456/1 459/5 459/8 459/11 519/3 519/7 519/17
**station [3]** 449/5 449/14 453/19
**stationed [2]** 459/10 493/10
**statistical [1]** 504/10
**status [9]** 457/2 479/17 486/17 486/17 486/18 488/2 488/2 488/12 511/25
**statutory [1]** 514/2
**stay [3]** 445/11 486/23 512/2
**stays [1]** 511/24

**S**

**STENOGRAPHY [1]** 442/20
**step [4]** 501/18 502/10 505/25 506/1
**STEPHANIE [3]** 444/3 446/10 446/13
**stepping [1]** 506/3
**STEVE [1]** 442/12
**still [21]** 448/7 449/17 449/19 449/22
450/6 459/1 475/22 486/18 486/19
487/24 488/5 488/10 489/5 489/13
490/1 492/15 494/15 499/3 508/12
510/24 518/7
**STINETORF [21]** 444/3 445/23 446/2
446/10 446/13 446/17 447/25 448/9
449/19 450/7 452/4 452/14 453/9
453/25 456/4 457/24 458/22 459/19
460/2 470/7 471/2
**stop [4]** 459/19 515/21 516/12 517/22
**stopped [1]** 459/9
**stops [1]** 506/8
**stress [1]** 478/23
**stressful [3]** 452/17 453/7 458/5
**strict [1]** 455/21
**strike [1]** 474/14
**strongly [2]** 489/24 512/14
**study [1]** 504/10
**stuff [2]** 505/25 509/24
**Stuttgart [4]** 448/12 448/15 449/2
449/16
**subject [1]** 512/21
**submit [2]** 450/2 466/2
**submitted [6]** 450/4 456/23 492/15
499/17 499/22 508/1
**submitting [1]** 497/4
**successfully [1]** 458/17
**such [4]** 458/15 484/2 488/14 499/19
**sufficient [5]** 497/5 498/23 500/11
501/3 502/16
**suggest [1]** 489/24
**suggested [3]** 488/12 488/15 512/14
**suggests [1]** 485/14
**summaries [1]** 491/9
**summer [2]** 449/16 449/23
**Summerford [2]** 483/10 483/12
**super [1]** 463/9
**support [4]** 448/23 483/21 484/4 484/5
**sure [27]** 447/21 449/4 451/2 453/2
454/16 468/9 470/9 474/22 474/22
476/11 477/4 479/8 483/4 483/21
484/24 486/22 487/6 489/23 495/24
497/4 503/8 503/10 503/24 504/8
509/18 509/22 511/6
**surprised [1]** 489/10
**surrounding [1]** 458/20
**survey [8]** 489/2 492/9 492/19 492/24
492/25 493/3 494/10 504/1
**surveyed [1]** 489/21
**surveys [1]** 491/14
**sworn [4]** 446/7 446/14 482/14 482/23
**system [1]** 458/13
**systematic [11]** 511/9 511/15 515/7
515/8 515/9 515/16 515/17 515/21
515/21 517/5 517/7

**T**

**take [10]** 445/12 445/14 471/4 476/15
484/12 485/2 496/5 506/16 509/17
517/22

**taken [3]** 467/2 487/6 511/21
**takes [3]** 447/22 516/4 516/18
**taking [6]** 460/2 460/4 477/7 477/10
489/15 497/25
**talk [8]** 460/10 465/25 471/22 496/3
502/7 511/3 513/15 518/8
**talked [3]** 463/12 491/2 515/2
**talking [8]** 463/3 473/5 477/10 477/11
495/13 500/1 500/6 504/25
**taxes [1]** 447/15
**TED [1]** 442/23
**teens [1]** 489/18
**telephone [4]** 456/8 467/10 467/11
473/7
**tell [9]** 448/11 456/9 466/10 483/7
486/6 486/7 492/18 502/2 502/8
**telling [5]** 479/5 498/21 499/13 507/25
509/4
**temporarily [5]** 489/14 493/12 493/18
493/19 493/20
**ten [1]** 517/25
**terms [5]** 504/20 505/21 506/19 509/21
509/22
**testified [7]** 446/14 464/2 467/9 471/13
480/2 482/23 503/3
**testify [2]** 495/21 518/6
**testifying [4]** 498/14 504/9 509/9
512/10
**testimony [9]** 445/8 457/8 460/4 479/6
480/6 495/3 499/20 518/5 519/12
**than [3]** 464/3 473/12 516/18
**thank [27]** 457/21 457/22 459/24 460/2
460/7 470/17 474/12 480/17 480/24
481/18 481/21 481/21 481/25 481/25
482/11 482/15 483/6 494/24 496/6
498/17 502/18 514/17 516/20 516/22
517/17 517/18 517/19
**Thanks [2]** 445/22 490/10
**that [429]**
**that's [39]** 445/16 457/15 461/2 469/16
469/21 473/8 478/12 479/6 481/14
484/24 485/17 485/19 486/8 495/20
497/4 497/8 497/16 497/22 497/25
498/3 498/13 499/24 499/24 500/5
505/4 505/9 506/24 508/15 509/12
513/15 514/11 515/13 515/17 515/19
515/24 515/25 516/4 516/9 516/13
**their [20]** 468/1 484/11 493/8 493/9
498/9 501/2 502/17 506/5 507/7 507/8
508/7 508/10 508/16 510/24 512/18
512/22 512/23 513/22 513/23 517/12
**them [18]** 462/22 467/1 467/3 467/4
467/6 467/19 471/11 471/22 472/4
473/11 498/21 499/8 499/13 502/2
502/15 512/25 513/6 513/18
**themselves [2]** 488/14 501/25
**then [33]** 445/15 454/7 454/25 454/25
456/12 456/18 457/11 457/17 461/10
467/9 467/15 472/4 472/6 482/6 485/4
485/6 485/19 485/24 486/9 486/25
488/5 489/7 490/6 493/20 495/15
495/25 511/12 511/24 512/24 514/23
516/12
**there [56]** 447/2 447/17 448/21 448/22
451/2 452/8 454/4 455/3 455/3 461/5
461/10 461/14 463/22 464/2 466/10
466/16 466/24 468/16 469/8 471/12
471/14 475/7 477/12 482/1 488/1

**those [26]** 454/10 456/6 465/10 466/15
476/11 477/5 484/17 486/9 488/4 489/2
489/3 489/13 493/2 493/15 495/7
497/19 498/5 503/11 503/18 504/18
508/25 509/3 511/3 512/6 512/8 513/14
**though [1]** 512/18
**thought [5]** 497/11 497/21 498/23
499/1 499/13
**thousand [3]** 489/10 489/18 509/2
**thousands [1]** 484/18
**threatened [1]** 479/21
**three [5]** 455/24 458/24 458/25 485/13
516/17
**through [10]** 449/15 462/11 467/2
471/21 472/3 479/7 485/3 502/7 504/5
517/14
**throw [1]** 458/14
**tied [1]** 494/3
**tight [1]** 452/2
**TIM [1]** 443/20
**time [33]** 445/15 448/21 450/7 451/2
451/4 452/23 453/5 453/14 454/12
454/12 454/16 454/22 460/3 460/4
462/1 462/17 462/25 471/4 472/5 482/4
482/10 490/24 491/11 491/20 491/25
493/24 496/11 499/2 499/9 510/12
510/17 510/20 510/25
**timeline [3]** 451/1 452/2 479/15
**TINA [2]** 443/8 445/19
**today [6]** 445/13 448/10 465/11 509/9
512/10 518/3
**told [12]** 456/20 456/20 456/25 457/6

**4862 [2]** 446/9/14 489/16 489/17 492/20
493/3 493/12 494/9 495/13 495/23
503/8 503/25 504/21 504/22 505/20
506/7 506/10 506/16 506/22 507/9
507/13 507/16 507/19 508/7 510/21
510/22 512/2 514/5 514/6 514/7 514/15
**there's [11]** 449/4 485/6 485/7 488/21
505/18 506/14 510/7 511/6 513/10
513/10 514/7
**thereby [1]** 518/13
**therefore [1]** 490/2
**therein [2]** 495/19 519/11
**these [12]** 449/12 455/17 462/14
476/25 487/17 487/24 488/17 488/24
491/14 492/13 493/17 503/14
**they [90]**
**they'd [1]** 502/8
**they're [9]** 486/19 486/19 496/22
504/18 505/24 511/25 512/1 512/8
512/17
**they've [2]** 498/11 512/18
**thing [6]** 497/1 499/7 502/5 504/24
511/17 516/5
**things [8]** 484/2 484/2 485/6 488/24
509/25 511/6 512/20 513/14
**think [46]** 461/10 471/10 477/20 478/4
479/6 480/16 480/16 482/2 487/15
487/16 488/5 489/17 489/20 489/24
490/5 491/5 492/11 494/16 494/19
494/21 495/15 495/20 496/1 496/2
496/10 500/4 501/12 501/18 502/10
504/25 506/22 507/8 507/24 508/2
508/6 510/14 510/7 510/19 511/22
513/9 513/13 513/15 515/13 515/23
516/9 517/15
**this [89]**

**T**

**told... [8]** 463/22 472/8 472/8 472/25 478/5 481/12 497/9 502/15
**too [4]** 454/18 466/4 502/25 517/21
**took [5]** 447/1 454/10 457/15 488/4 510/1
**totally [1]** 494/5
**touched [1]** 492/7
**town [3]** 488/16 489/14 489/15
**transcript [7]** 1/1 1/5 1/7 1/8 442/11 442/21 519/9
**transcripts [1]** 1/2
**TRAURIG [1]** 443/15
**TRIAL [1]** 442/11
**tried [2]** 451/19 454/2
**trier [1]** 498/1
**triggers [1]** 485/11
**trip [1]** 517/20
**true [26]** 442/7 463/17 464/3 465/13 465/14 476/25 478/7 478/8 484/16 487/15 492/11 495/9 495/13 496/16 496/21 496/24 497/9 498/5 498/20 499/10 500/4 500/15 500/17 503/7 503/21 519/9
**Trump [1]** 492/12
**trust [1]** 458/13
**trustworthy [1]** 491/22
**truth [3]** 457/16 495/19 496/4 497/19 497/24
**truthfulness [4]** 457/12 457/20 495/21 497/13
**try [8]** 451/15 451/18 453/7 453/22 453/23 475/16 477/16 511/22
**trying [7]** 452/3 453/18 460/23 462/18 477/7 497/1 516/14
**TURNER [3]** 442/23 445/9 445/10
**two [12]** 445/13 448/19 448/24 451/13 452/7 472/1 486/23 494/9 511/6 512/2 513/10 513/14
**type [4]** 484/3 488/19 504/11 504/24

**U**

**U.S [5]** 449/4 450/4 455/10 455/20 514/9
**Uh [10]** 505/23 506/18 507/10 508/8 508/18 510/6 511/2 512/3 512/5 513/12
**Uh-huh [10]** 505/23 506/18 507/10 508/8 508/18 510/6 511/2 512/3 512/5 513/12
**unaware [1]** 466/12
**under [18]** 473/23 486/11 493/21 500/11 505/1 505/1 505/13 505/17 507/6 510/25 513/7 513/17 513/25 514/1 514/5 517/4 517/8 517/11
**understand [8]** 452/21 453/15 463/25 467/21 475/9 475/22 499/9 515/6
**understanding [11]** 445/4 462/6 463/19 484/20 495/9 495/10 497/12 497/22 498/2 498/3 503/25
**unduly [1]** 494/7
**UNITED [14]** 442/1 442/13 442/23 443/21 449/11 449/22 455/7 456/1 459/5 459/8 459/11 519/3 519/7 519/17
**United States [1]** 459/5
**unless [3]** 486/5 486/6 507/17
**unrelated [3]** 494/3 494/5 494/5
**until [6]** 452/11 455/1 467/1 468/7

**UOCAVA [2]** 488/2 488/11
**up [19]** 445/15 449/1 449/8 453/16 455/6 461/10 462/15 462/21 463/2 463/7 467/18 478/20 480/19 482/5 484/14 489/2 506/25 511/1 518/7
**update [5]** 485/18 485/22 486/2 486/5 516/6
**updated [1]** 447/18
**upfront [1]** 499/2
**upheaval [1]** 458/15
**upon [3]** 457/6 475/4 508/5
**urgently [1]** 467/22
**us [14]** 448/9 448/11 449/2 459/15 482/5 485/1 485/17 485/18 485/22 486/6 486/6 486/7 489/5 508/23
**USA [1]** 443/17
**use [10]** 455/16 455/19 455/23 455/24 461/2 469/17 476/10 476/12 484/25 504/21
**used [1]** 460/22
**using [2]** 476/21 477/5
**utility [1]** 447/14
**UZOMA [1]** 443/6

**V**

**value [1]** 494/8
**vast [1]** 486/15
**veracity [1]** 504/11
**very [13]** 452/17 453/3 453/7 453/14 453/14 453/23 453/23 467/24 473/22 488/24 499/4 507/3 516/11
**via [1]** 467/4
**viability [1]** 498/20
**view [4]** 471/17 473/12 515/16 516/16
**virtually [1]** 461/24
**visiting [2]** 493/12 493/18
**voice [2]** 453/2
**VOLUME [1]** 442/11
**vote [78]** 442/7 446/19 446/20 446/21 447/9 447/19 447/20 447/24 449/19 449/22 449/23 450/10 450/12 451/15 451/18 451/19 452/3 452/24 453/3 453/14 453/15 453/18 458/18 459/1 459/10 459/22 463/18 464/3 465/13 465/14 471/8 471/20 472/19 472/22 472/23 474/16 475/3 475/4 475/5 475/8 476/7 478/21 478/23 479/2 479/3 479/5 479/7 479/12 479/25 480/3 484/16 486/19 486/19 487/16 487/25 489/19 490/2 492/11 493/9 493/18 495/9 495/13 496/16 496/21 497/10 498/20 499/10 500/4 500/15 500/17 502/14 503/7 503/21 510/24 512/1 512/19 513/13 513/23
**Vote's [2]** 496/24 498/5
**voted [8]** 450/13 459/18 459/22 472/9 479/18 489/22 491/3 492/15
**voter [58]** 446/18 449/24 451/12 452/6 452/11 452/15 454/3 454/3 454/3 454/6 467/20 469/6 471/16 472/6 473/12 473/12 479/11 479/16 484/14 485/4 485/7 485/11 485/12 486/9 486/11 486/15 487/13 487/20 489/25 492/14 494/14 495/14 495/16 497/5 498/24 499/15 501/19 502/13 507/8 507/17 507/20 509/13 509/18 509/20 510/13 510/24 510/23 511/24 511/24 511/25

**W**

**walk [1]** 507/25
**want [18]** 455/23 462/3 465/25 470/9 470/9 473/22 476/11 481/24 487/18 489/18 490/5 495/2 495/17 496/2 502/4 503/1 516/25 518/7
**wanted [5]** 445/7 453/15 467/22 499/1 499/6
**wants [1]** 461/2
**was [164]**
**wasn't [5]** 448/22 456/9 463/7 471/16 489/1
**Watson [6]** 490/24 491/13 491/20 491/22 518/3 518/6
**way [13]** 460/12 461/5 476/20 485/2 487/22 493/21 497/16 501/18 502/12 503/23 507/16 510/25 517/11
**ways [1]** 513/5
**we [106]**
**we'll [3]** 445/15 459/9 459/10
**we're [4]** 445/12 486/5 496/21 507/13
**we've [1]** 459/9
**website [8]** 451/12 451/13 452/6 452/8 467/20 471/16 473/12 473/12
**websites [1]** 455/21
**week [1]** 461/25
**weekend [1]** 518/10
**weeks [7]** 447/22 451/10 451/13 452/7 452/8 452/22 516/17
**weigh [3]** 488/24 501/24 509/21
**weighing [1]** 505/21
**WELCH [3]** 442/22 519/6 519/16
**well [27]** 457/14 459/9 459/23 460/2 460/17 461/3 463/7 467/18 468/14 469/15 470/8 470/13 473/15 473/18 478/10 480/21 483/4 484/6 494/19 496/1 497/16 499/1 499/8 499/24 501/10 515/23 518/10
**were [45]** 447/7 449/15 451/2 454/1 454/10 455/3 463/22 465/11 466/1 474/16 479/5 483/14 483/17 483/21 488/1 488/13 488/15 489/12 489/13 489/14 489/15 489/16 489/17 489/19 490/1 491/6 492/13 492/21 492/21 493/3 493/3 493/12 493/22 495/4 495/13 497/18 498/9 499/12 499/25 500/6 504/25 509/7 509/18 512/7 518/13
**weren't [3]** 479/2 488/11 497/23
**wet [1]** 450/24
**what [102]**
**what's [4]** 485/11 486/17 490/15

**W**

**what's... [1]** 502/12
**whatever [2]** 486/7 513/23
**when [51]** 445/21 447/3 447/11 447/20 448/5 448/14 449/23 450/2 450/14 450/18 450/22 451/22 452/15 455/7 456/1 459/13 462/4 462/11 462/16 466/1 466/12 467/19 468/7 470/15 471/12 471/12 471/24 473/13 475/17 475/25 479/18 483/11 489/7 490/6 490/7 493/9 496/8 499/2 499/25 500/14 502/8 504/22 510/17 510/23 511/18 511/18 515/18 515/23 516/1 516/5 516/11
**whenever [2]** 512/6 512/8
**where [16]** 448/11 448/12 453/4 459/10 459/14 479/4 482/2 483/7 483/14 485/18 486/18 488/17 495/23 501/20 508/20 511/8
**whereof [1]** 519/12
**Whereupon [2]** 446/12 482/21
**whether [11]** 469/9 471/7 475/8 478/21 500/16 501/1 505/3 505/7 505/8 505/13 505/17
**which [18]** 449/5 456/19 466/18 467/15 475/2 478/7 480/2 488/2 488/12 489/10 498/6 505/1 506/25 511/23 511/25 512/4 516/9 517/14
**while [1]** 472/2
**who [30]** 445/16 447/1 454/4 463/15 463/16 481/4 484/9 485/4 485/5 486/22 487/12 488/1 489/12 489/14 489/19 490/24 491/3 492/11 492/24 493/3 493/12 493/22 494/11 495/7 496/19 499/21 499/21 502/16 504/5 511/12
**who's [1]** 485/7
**whoever [1]** 487/19
**whole [5]** 446/22 449/8 453/4 476/24 488/22
**whom [1]** 454/8
**why [12]** 446/25 448/17 456/10 456/16 462/18 466/21 468/6 494/14 496/19 497/22 498/25 515/21
**wider [2]** 462/14 462/14
**will [19]** 1/3 457/11 459/13 459/13 460/8 460/22 468/14 470/5 475/11 480/22 480/23 495/23 501/13 505/6 505/15 507/17 514/9 514/23 517/1
**Williams [3]** 464/18 464/20 503/16
**window [2]** 515/6 515/7
**winter [1]** 453/6
**within [9]** 485/20 485/24 493/10 505/24 509/17 515/3 515/22 516/16 517/8
**without [7]** 455/17 458/18 486/12 492/4 497/6 512/25 512/25
**witness [16]** 444/2 445/4 445/16 446/7 460/5 460/6 468/17 474/18 476/13 480/18 481/23 482/14 490/12 502/19 502/20 516/21
**witness's [2]** 476/20 480/6
**witnesses [1]** 518/2
**won't [2]** 459/9 497/24
**word [1]** 452/15
**worded [1]** 485/13
**words [5]** 476/11 476/21 477/4 477/5 517/1

**work [10]** 448/7 448/21 455/10 455/10 455/19 455/22 469/24 470/22 489/15 491/20
**worked [1]** 489/20
**workforce [1]** 448/25
**working [6]** 448/2 454/17 454/18 455/13 483/11 483/24
**world [1]** 462/2
**would [78]** 447/23 450/14 450/18 451/20 457/17 458/2 463/5 463/23 463/23 468/12 468/20 469/17 469/20 472/11 472/13 472/14 472/15 473/3 473/5 475/2 475/17 475/25 476/25 477/24 478/9 479/7 484/9 486/25 488/10 492/1 493/17 494/7 496/10 496/13 497/17 497/19 498/23 500/7 500/10 500/13 501/4 501/5 501/9 501/12 501/16 502/1 502/2 502/5 502/6 502/8 502/12 502/15 504/13 504/16 504/19 505/4 506/4 506/6 506/16 506/23 507/20 507/21 507/22 507/24 508/2 508/6 508/21 509/13 510/7 513/6 513/9 514/7 514/12 514/13 515/14 515/15 516/18 517/13
**wouldn't [2]** 505/18 515/10
**Wright [2]** 460/11 482/10
**wrong [8]** 453/15 453/18 458/7 458/7 469/15 469/16 471/13 473/8
**wrote [2]** 456/11 467/6
**WYNNE [2]** 443/13 443/14

**Y**

**Y'all [1]** 445/3
**yeah [10]** 445/6 446/1 453/13 459/10 460/21 461/7 461/15 478/13 510/16 514/4
**year [3]** 483/13 483/16 486/25
**years [8]** 448/19 448/24 458/25 510/3 511/16 512/4 516/1 516/1
**yelled [1]** 479/19
**Yep [1]** 447/13
**yes [85]**
**yesterday [1]** 460/4
**yet [2]** 486/22 495/23
**you [419]**
**you'll [2]** 458/22 494/17
**you're [28]** 445/21 448/9 448/11 449/13 460/13 462/2 473/23 475/10 476/15 478/7 478/8 480/16 480/16 483/4 487/5 489/7 493/19 493/20 497/3 497/4 497/5 497/23 498/1 504/9 504/23 507/23 512/6 515/23
**you've [18]** 457/24 464/11 464/23 465/4 473/5 478/18 481/9 485/14 485/15 485/21 485/24 486/21 488/23 494/20 494/21 500/22 507/23 507/25
**you-all [2]** 445/4 490/17
**your [130]**
**Your Honor [1]** 459/21
**yourself [1]** 502/3
**YUN [1]** 443/19

**Z**

**zone [3]** 454/12 454/12 454/16
**Zoom [6]** 460/13 461/5 470/5 470/22 470/24 470/24