The following is the PDF of an official transcript.
Official transcripts may only be filed in CM/ECF by the
Official Court Reporter and will be restricted in CM/ECF for a
period of 90 days. You may cite to a portion of the attached
transcript by the docket entry number, referencing page and
line number, only after the Court Reporter has filed the
official transcript; however, you are prohibited from attaching
a full or partial transcript to any document filed with the
Court.

UNITED STATES DISTRICT COURT
OFFICIAL CERTIFIED TRANSCRIPT

```
1              IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
2                    GAINESVILLE DIVISION

3   FAIR FIGHT, INC., SCOTT         :
    BERSON, JOCELYN HEREDIA, AND     :
4   JANE DOE,                        :
                                     :
5            PLAINTIFFS,             :
                                     :
6   vs.                             :   DOCKET NUMBER
                                     :   2:20-CV-0302-SCJ
7   TRUE THE VOTE, INC., ET AL.,    :
                                     :
8            DEFENDANTS.             :

9

10

11   TRANSCRIPT OF BENCH TRIAL - VOLUME 3 PM SESSION PROCEEDINGS

12          BEFORE THE HONORABLE STEVE C. JONES

13             UNITED STATES DISTRICT JUDGE

14                  OCTOBER 30, 2023

15

16

17

18

19

20     MECHANICAL STENOGRAPHY OF PROCEEDINGS AND COMPUTER-AIDED

21               TRANSCRIPT PRODUCED BY:

22

    OFFICIAL COURT REPORTER:       SHANNON R. WELCH, RMR, CRR
23                                 2394 UNITED STATES COURTHOUSE
                                   75 TED TURNER DRIVE, SOUTHWEST
24                                 ATLANTA, GEORGIA  30303
                                   (404) 215-1383
25
```

```
 1                A P P E A R A N C E S   O F   C O U N S E L

 2


 3    FOR THE PLAINTIFFS:


 4
          ALLEGRA J. LAWRENCE-HARDY
 5        MICHELLE L. McCLAFFERTY
          LAWRENCE & BUNDY, LLC
 6
          UZOMA NKWONTA
 7        JACOB SHELLY
          CHRISTINA A. FORD
 8        TINA M. MORRISON
          MARCOS MOCINE-McQUEEN
 9        LESLIE J. BRYAN
          ELIAS LAW GROUP LLP
10


11    FOR THE DEFENDANTS:

12

13        MICHAEL J. WYNNE
          CAMERON POWELL
14        GREGOR WYNNE ARNEY PLLC

15        JAKE EVANS
          GREENBERG TRAURIG, LLP
16


17    FOR THE INTERVENOR (USA):

18

19        DANA PAIKOWSKY
          JENNIFER J. YUN
20        TIM MELLETT
          JUDY BAO
21        AILEEN BELL HUGHES
          UNITED STATES DEPARTMENT OF JUSTICE
22

23

24

25
```

## <u>I N D E X   T O   P R O C E E D I N G S</u>

<u>WITNESS</u>                                                     <u>PAGE</u>

ORVILLE VERNON BURTON, Ph.D.

        Cross-Examination (Continued)
          By Mr. Wynne                                          682

                                        * * *

CERTIFICATE                                                     794

UNITED STATES DISTRICT COURT
OFFICIAL CERTIFIED TRANSCRIPT

**P R O C E E D I N G S**

**(Gainesville, Hall County, Georgia; October 30, 2023.)**

1        THE COURT:  As a judge, I always get on lawyers when
they're late coming to court, so I apologize to everybody about
starting court back at 1:45 rather than 1:30, but I just don't
eat as fast as I used to.

        I'm an old man.  So I apologize, but we won't go past
5:00 today to make it up.

        Dr. Burton, come back and take the stand.

        And, Mr. Wynne, you can resume your
cross-examination.

        I hope you had a good lunch.

        And you can be seated.

        And once you're seated, Mr. Wynne, you may proceed.

    Whereupon,

                ORVILLE VERNON BURTON, PH.D.,

    after having been previously duly sworn, testified as
follows:

                CROSS-EXAMINATION (Continued)

BY MR. WYNNE:

**Q.**    Okay.  Dr. Burton, do you know where the name
True the Vote came from?

**A.**    I remember looking at some of this.  But I do not remember
specifically at this moment.

**Q.**    Do you know who came up with the name True the Vote?

**A.**    I do not remember.

**Q.**    Do you know why that person -- and I'll give it away to you -- Ms. Engelbrecht came up with that name?

**A.**    Her reason for it?

**Q.**    Uh-huh (affirmative).

**A.**    I read the exhibits that we had seen.  And it was -- she, as I remember -- this is from memory -- it was to ensure the electoral integrity of the elections.  And at least in the exhibits I read that she had seen fraud, voter fraud, or not seen but -- I don't know if she had seen it.  She had gotten -- people had told her that there was large voter fraud in the elections.  And then --

**Q.**    I'm going to focus on --

**A.**    -- also mail -- the mail-in ballots later were referenced in some of these exhibits that I saw.  But I do not remember specifically where the name came from.

**Q.**    I'm going to focus on the name True the Vote.

        Are you familiar with Ms. Engelbrecht's background running a precision machining shop, machining with very powerful lasers and high pressure water to get downhole equipment functional for different kinds of oil field services companies?

        Did you know that was her background?

**A.**    I don't remember if I did or not.  I did -- I was not focusing, per se, on Ms. Engelbrecht in any way.  I was given the totality of the circumstances of voter intimidation, you

1  know, and -- because I was thinking later I had read the SRO

2  and I believe the thing, so I probably had seen names there,

3  but it had been a long time ago.  And that was not what I was

4  doing the -- this -- you know, the materials in this case early

5  on when -- when I was doing the report.

6  Q.   Would you agree with me that someone with that kind of

7  precision machinery background, where you have -- you can't

8  miss by a millimeter or you're risking an explosion -- would

9  you agree with me that somebody like that would generally pay a

10 lot of attention to detail?

11 A.   I find that a very abstract question.  And, you know, I

12 was not studying that at all.  So I don't feel qualified to

13 answer what and why that she would be -- after cleaning

14 machinery and looking at detailed machinery, whether that

15 influenced her to create the King Street Patriots and

16 True the Vote.

17 Q.   I'm not talking about King Street Patriots.

18     The defendant here is True the Vote.  And I'm going to ask

19 you if you insert the word up between the first two words, you

20 would have the true up the vote.

21     Will you agree with me?

22 A.   Is that a hypothetical?  You want me just to answer if you

23 inserted the word up between true and vote that it would be

24 true up the vote?

25 Q.   True up the vote.

**A.**   If you inserted the word the, that would be -- you know,
I'm doing this without looking at it written down.  But it
looks like it would be true up the vote from hearing you, if I
hear you right.

**Q.**   All right.  And you would agree with me that our society
has become more mobile and more technological.  People go from
one place to another and move with more frequency than they did
in the 19th century or the early part of the 20th century;
right?

**A.**   Not necessarily.  I would not necessarily agree.  There is
a lot of mobility.  I studied 19th century, 18th century, early
20th century, you know, huge migration pattens coming in, that
sort of thing.

**Q.**   Sure.

**A.**   But people do move and it is a more technological if
you're using -- depends on how you use the word technology and
technological, historical, but not all people -- not all people
are as adept at that technology or have access to it as other
people do.

**Q.**   Okay.  I grew up in Syracuse, New York.  And so I'm going
to ask you a question.  It's kind of tongue-in-cheek.

    Isn't it a requirement that when you retire in New York
you've got to move to Florida?

**A.**   If it is, we have a lot of South Carolinians and Georgians
who are in the wrong state and could be, you know -- someone

1    could maybe challenge that move, if that is the law.

2    **Q.**   And then it's not the law.  It's just the pattern of

3    behavior that there is a whole lot of Texans who retire to

4    Arizona or Colorado; right?

5    **A.**   That -- that is, I think, one of the top five in migrant

6    groups to Arizona, if I remember right.

7    **Q.**   Okay.  And then someone may get a job across the country

8    which requires them to move and that sort of thing is much more

9    frequent now than it was 30, 40, 125 years ago?

10   **A.**   I'm not willing to agree with you because of the

11   comparative framework.

12        But let me just mention that we had a dust bowl that

13   really affected a lot of people moving to get a job, in

14   particular, as the dust bowl wiped them out.

15        We had a lot of particularly African-Americans and white

16   southerners who left in the sort of Jim Crow era, the

17   industrialization of America, both to get jobs and to exercise

18   their rights as a citizenship better -- or for better education

19   opportunities.

20        So, you know, migration has been a part of U.S. history

21   from day one.  If you look at it, we settled the East Coast.

22   We -- I say people, Europeans settled the East Coast.  There

23   were already indigenous people there.  But they moved all the

24   way to the West Coast.  That's migration.  That is people are

25   moving for various reasons over time.

```
 1        So I have not tried to study if they are moving more now.
 2   It would be different ways to do it.  You give numbers.  You
 3   give proportion of the population.  You know, I've seen numbers
 4   are just how many people were born in Virginia, for instance,
 5   who are in Kentucky in the 19th and 20th centuries.
 6        So I'm not willing just to say without studying that
 7   issue, which I was not asked to study, in my report, to -- to
 8   give you a yes-or-no answer on that.  We can say that people
 9   have always moved.
10   Q.   And I'm going to give you an example in the nature of a
11   hypothetical.  Let's say you have a law firm.  And you have
12   different funds, and you have a lot of cases going.
13        So you have some sort of allocation at the beginning of
14   the month, say, $25,000.  But it's not necessarily tied to any
15   hours, the work you did, or the sort of origination amount.
16        And so while you get that, then at the middle of the month
17   or at the end of the year, the managing partner looks at this
18   and looks at the estimates and then trues up -- trues up what
19   you really are to receive.  And then there's a proper
20   accounting for the amount each is entitled to.
21        Is that concept -- can you get your head around that
22   concept?
23   A.   I can, but I'm not an attorney or in a law firm.  And I
24   have no idea if that's what goes on --
25   Q.   Okay.
```

1    **A.**    -- at all.  I mean, you're asking me if -- you know, can I

2    get my head around that concept.  I can get my head around it.

3    Your finances, which are allocated, were not enough.  So you've

4    got to do something.  You have options.

5          You could actually just not do it.  You could go --

6    there's other stuff -- you know, I -- I don't -- I don't even

7    understand your question, to be quite honest with you.  Maybe

8    you should break it down for me.

9    **Q.**    Okay.

10   **A.**    And also point to my report where I talk about law firms

11   and moving.

12   **Q.**    I used the law firm because it's a familiar example.  It

13   applies to a lot of businesses.

14         Taxes.  You pay income taxes, don't you?

15   **A.**    I do.

16   **Q.**    And do you pay estimated taxes every quarter?

17   **A.**    I believe we do.  We have not -- you know, maybe always.

18         I actually don't know.  My wife does the taxes.  So if you

19   want to ask her, you could go ahead and ask her if we do.

20   **Q.**    Okay.  I'm asking the general concept -- I'm sure y'all

21   discuss it and you sign a form.

22         So here's the thing is that you do an estimate every

23   quarter.  And then at the end, you've got to true up.  You

24   either owe money, or you get a refund.

25         Do you understand that idea?

1    A.    Well, I trust my wife totally.  So whatever she says.

2    She's about 98.9 percent of our team, and I would --

3    Q.    That's -- that's a good way to make your life happy,

4    actually.

5    **A.**    I would -- I would accept it.  But, you know, I don't

6    think I would necessarily because of this court case start

7    talking about true up.  I would say you would adjust.  I don't

8    think I would use that term, true up.

9         I can -- you know, I believe it's perfectly okay.  But

10   you're asking me.  I would sort of wonder why would someone

11   want to say we're going to true up an adjustment.  It just

12   doesn't ring to me.

13        Now, maybe it does in the law firm.  Or maybe it does when

14   you pay -- your wife or you pay your taxes.  But I don't think

15   we've ever talked about trueing up an adjustment of taxes that

16   we paid.

17   **Q.**    Okay.  Now I'm going to move from these areas to what you

18   do know a lot about, which you just said is the mobility of

19   people for jobs because of the dust bowl, because of this,

20   that, and very important reasons -- New Yorkers, as my parents,

21   it's a rule, you've got to retire to Florida -- is I'm going to

22   ask you with the voter rolls and people who have moved, is it

23   significant to true up the roll given that people move or enter

24   the given precinct over the course of two years?

25        Is that similarly a noble, important thing to do?

1    **A.**    And I think I'd have to ask the context and why they were

2    doing it.  And I think I'd have to ask those questions.  But I

3    think that is the law to maintain.  But, again, I am not giving

4    a legal opinion to maintain lists.  But I think how it is done

5    is -- always has to be considered as part of it.  Why are they

6    doing this?  And then to look at the context in which it is

7    done.

8    **Q.**    Sure.  So is your challenge with these people you don't

9    know or with the Georgia legislature?

10    **A.**    With neither one.

11    **Q.**    Okay.  I'm going to go through some of these exhibits.

12    First looking at Exhibit Number 20 -- well, I'll tell you ahead

13    of time.  We're going to go through the exhibits, quickly

14    through your report, and then through the --

15            THE COURT:  Which one?  27?

16            MR. WYNNE:  It is Exhibit Number 25.

17            THE COURT:  25.  Okay.

18    BY MR. WYNNE:

19    **Q.**    Do you have it?

20    **A.**    I do.

21    **Q.**    Okay.  I'd like you to look at Page 2 of 6.

22    **A.**    Is the cover sheet Page 1?

23    **Q.**    Well, let's see.

24            THE COURT:  Yes, yes, yes.

25            MR. WYNNE:  Let's see.  The cover page is 25, in the

1    lower corner.

2              THE COURT:  2 of 5.

3              MR. WYNNE:  It says 2 of 6.

4              THE COURT:  2 of 6.

5              THE WITNESS:  Yeah.

6              Yes.  I see three of -- I see 3 of 6, it looks like.

7              MR. WYNNE:  Well, what I --

8              THE WITNESS:  Three slash six?

9              THE COURT:  Look in the bottom corner.  It should say

10   2 of 6.  No.  Go back one page.

11             THE WITNESS:  Okay.

12             THE COURT:  Go back one page.

13   BY MR. WYNNE:

14   **Q.**   The top has the fine city of Houston, Texas, two-time

15   world champions Astros.  Have you got that?

16   **A.**   2 of 6.

17   **Q.**   Okay.  The third new paragraph down, it says -- do you see

18   that -- as of today, True the Vote's election integrity hotline

19   has received thousands of calls.

20        You don't believe that just because an organization

21   maintains a hotline that they're up to some kind of mischief,

22   do you?

23   **A.**   Not necessarily.  I put everything, again, into context.

24   **Q.**   Right.  And you know that the plaintiff, Fair Fight,

25   maintains at least one hotline?

```
 1          Did you know that?
 2   A.   I didn't understand -- hear your question.
 3   Q.   The plaintiffs also maintain at least one hotline?
 4          Did you know that?
 5   A.   I guess I did not know that.
 6          And who are you referring to as the plaintiffs?
 7   Q.   Do you know what case you're testifying in?
 8   A.   Yes.  But -- and I read all of this.  But I don't know --
 9   isn't there more than one plaintiff?
10   Q.   Do you know who hired you as an expert?
11   A.   Yes.
12   Q.   Who?
13   A.   Ms. Christina Ford reached out to me --
14   Q.   All right.
15   A.   -- and --
16          THE COURT:  Who does she represent?
17          THE WITNESS:  I don't -- I don't remember.  But a
18   group of plaintiffs.  And I confuse it with others.  But it may
19   have been a fraternity.  But I don't think so.
20          THE COURT:  Okay.  Go ahead.
21   BY MR. WYNNE:
22   Q.   These -- this press release, do you know how many people
23   actually saw it?
24   A.   No, I do not.
25   Q.   Okay.  This press release --
```

1  **A.**   Excuse me.  Is this the one that we're referring to now?

2  **Q.**   Yeah.

3  **A.**   Okay.

4  **Q.**   Do you know how many people actually saw it?

5  **A.**   No, I do not.

6  **Q.**   Do you know how broad the audience was?

7  **A.**   No, I do not.

8  **Q.**   Okay.  These articles -- I couldn't get the one from 1868.

9  But the ones that are within the past couple of decades, I have

10 them here.  And these are what you have in your footnotes.

11      Where did you get these?

12 **A.**   Well, I looked at the scholarly literature, if you're

13 talking about articles.  So it -- I'd have to see which one

14 you're talking about.

15 **Q.**   Okay.

16 **A.**   But I did the research.  And, you know, most of them, if

17 they're articles, they're probably on JSTOR.  And I would get

18 them either through the University of Illinois library or

19 through Clemson University library, which has access to

20 articles -- scholarly articles.

21 **Q.**   So is Yahoo News a scholarly journal?

22 **A.**   No.  I thought you were asking about articles.  I assumed

23 you meant academic articles, like you assumed that I would know

24 about law firms.  So we're just talking past each other.

25 **Q.**   I'm referring to your citations and your footnotes that

1    you used to back up your conclusions.

2        And I'm asking is Atlanta Progressive News a scholarly

3    publication?

4    **A.**    I would like to see the exhibit you're reading from,

5    please.

6            MR. WYNNE:  May I approach?

7            THE COURT:  Yes, sir.

8            MR. WYNNE:  It's not an exhibit, at least not yet.

9            THE WITNESS:  Oh, okay.  Thank you.

10           MR. WYNNE:  But you're welcome to look at it.

11           THE COURT:  Ms. Ford, we'll treat it as the witness's

12   memory being refreshed, since he's not offering it as an

13   exhibit.

14           Is that okay?

15           MS. FORD:  Yes, Your Honor.

16           THE WITNESS:  I remember the article.

17   BY MR. WYNNE:

18   **Q.**    Is that a scholarly --

19           THE COURT:  Well, once he refreshes his memory, he

20   can't testify from it.  You have to retrieve it back.  It's

21   just to refresh his memory, so he can't wholly testify from it.

22   BY MR. WYNNE:

23   **Q.**    Does that refresh your memory?

24   **A.**    It does refresh my memory.

25           And now I understand what you meant by articles as

1    different than I interpreted what an academic article or essay

2    would be.

3    **Q.**   So will you agree with me that every one of your footnotes

4    that references an article, Yahoo News or the Chronicle, ABC

5    News, and so forth, that those are not scholarly publications?

6    **A.**   The publications are not scholarly.  I'd have to know who

7    was doing it.  And I think they are absolutely legitimate

8    sources for coming to the conclusions that I did.

9         Because, as I said and explained, the importance of

10   newspapers of the period to understand public opinion, how

11   people perceive them, look for quotes.  So I believe that is

12   the answer.

13        I still think people use Yahoo News to investigate what

14   public opinion was at that time.  It's online.  But, you know,

15   20 years ago -- maybe I'm sort of old now.  But maybe 30 years

16   ago, it would have been a regular publication, like a newspaper

17   or someone who's reporting news.  They're just geared more

18   toward national, probably, than the local.  But they were

19   looking at this and reporting this event.

20        So looking at other sources as well, it all points to the

21   same direction.  I don't think anyone is disputing -- well, I

22   shouldn't ask you if you're disputing the facts or not.  But I

23   didn't see anything that contradicted --

24   **Q.**   Yeah, you know --

25   **A.**   -- that, that gave me pause to use it.

1   Q.   Will you agree with me that at least in this 24-hour news

2   cycle that some news outlets tend to have one point of view --

3   I don't know -- MSNBC, and another, not necessarily right or

4   wrong -- another news outlet may take things from a little

5   different angle?  Will you -- Fox News.

6        Will you grant me that?

7   A.   I will grant you that different news outlets can lean one

8   way or another.  But even within that, that's not a question I

9   would answer for some -- you have some Fox News people who look

10  at things and report them one way and others a different.  The

11  same thing about MSNBC, ABC, or others.

12       So I would not want to blanket one organization with a

13  particular bias or perspective.  And one of the things I try to

14  look at is all the evidence, so this is just one piece of

15  evidence.

16  Q.   Can you cite one source that you reviewed, newspaper

17  whatever, Fox News -- I don't know them all -- C-SPAN?

18       Would you -- can you cite one that's more conservative?

19  A.   I was not looking for conservative or progressive, if

20  that's what you're getting at.  I use NPR, which I think is

21  pretty balanced.

22  Q.   Well, you actually looked at Yahoo News, the Houston

23  Chronicle, and a number of other sources that are not NPR.

24       Do you realize that?

25       Well, you cited them at least.

1          What I want to know is:  Did you review -- without

2     commenting on sort of who's right and wrong, did you review

3     more moderate, purple, or conservative statements regarding

4     these same issues which you then distilled carefully to come

5     up, you know, with your conclusions?

6          Did you look at the whole spectrum of use?

7     **A.**   As I stated in the report, I tried to look at everything

8     that I could find on certain issues.

9     **Q.**   Like what?

10    **A.**   Well, this Quitman 10, I looked.  I also looked at --

11    tried to look at the website for the Secretary of State.  I

12    tried to look at all the things that I could.  I was not going

13    after a conservative or a liberal.  And I sort of resent your

14    implication, you know.

15         I'm a historian.  My whole life is about honesty and

16    integrity.  And I wouldn't have been elected president of the

17    Southern Historian Association or by my colleagues at

18    University of Illinois to be the president of our faculty

19    senate or the three senates.

20         This is about me doing the best job that I can.  And

21    you're trying to imply that I am going after bias.  I tried to

22    read --

23    **Q.**   No, I'm not.

24              THE COURT:  Hold on.  Let him finish his answer.  And

25    then you can respond.

1        THE WITNESS:  It sure seems to me that you are.

2   BY MR. WYNNE:

3   **Q.**   Look, I'm focused.  And I don't mean to insult your past

4   scholarly work, which I respect and have reviewed.

5        I'm talking about this courtroom and this report and

6   asking you in connection with this report, did you look at all

7   points of view, including those that tend toward the moderate,

8   moderate republican, call them the Bush crowd or the McCain

9   crowd, or even those who are more conservative republican,

10  whatever that means.

11       Did you look at all points of view, like a scientist does,

12  to come to your conclusions?

13  **A.**   And as I said in my point -- in my report, I tried to look

14  for anything and everything that would give me information.  I

15  may not have cited it.  But I tried to look at it to help me

16  validate and see if these were, in fact, the evidence that I am

17  using.  Was there counterevidence, things of that nature.

18  **Q.**   Okay.  But you can't cite any of that today in court;

19  right?

20  **A.**   I can't cite any of what?

21  **Q.**   Look, I think I've made my point.  I'm going to move on.

22  **A.**   And I'm not agreeing with your point either.

23       THE COURT:  Let me interject right here.

24       I think what Mr. Wynne is trying to ask is that in

25  coming to your conclusions or doing your research, did your

1   research include a diverse form of opinions:  Moderate

2   opinions, conservative opinions, progressive opinions?

3          And then the second part of his question said, if you

4   did, name the resources you looked at in coming to it.

5          THE WITNESS:  And you want me to --

6          THE COURT:  Yes, sir.

7          THE WITNESS:  All right.  Yes.  I tried to -- as I

8   pointed out in the methodology section, in the sources, that I

9   tried to look at all sources that I could find available, at

10  that time, given the time constraints and consider them to help

11  me evaluate which, as a historian, I put more weight on.

12         Sometimes a more conservative leaning will not report

13  these sorts of things.  So you don't get that perspective.

14  Sometimes they do.  They give a different perspective.  Then I

15  have to weigh that evidence to decide where it is.

16         And in this case, it seemed to me all the evidence

17  pointed in one direction.

18         THE COURT:  The second part of Mr. Wynne's question

19  said, can you now, to the best of your memory, name the sources

20  you looked at and considered and read?

21         THE WITNESS:  I looked at NPR, the Atlanta Journal.

22  I don't know if he considers the Atlanta Journal liberal,

23  progressive, moderate, or conservative.  And sometimes it

24  depends on when Atlanta Journal-Constitution -- when it was

25  being published.

1          But yes, I tried to look at searching online about

2     the Quitman, south Georgia case.

3          THE COURT:  Anyone else other than NPR or the Atlanta

4     Journal-Constitution?

5          THE WITNESS:  I'm sure there were.  You know, I did a

6     Google search online, using online to find and look through

7     them.

8          THE COURT:  I know it could be difficult, because you

9     can ask me sometimes what I researched two weeks ago.

10         But to the best of your memory, anyone else?  Google,

11    NPR, Atlanta-Journal Constitution.  Anyone else you can

12    remember?

13         THE WITNESS:  No.  I'd have to -- I'd have to go --

14    I'm trying to think.  I can look at my report.

15         THE COURT:  That's fair enough.

16         THE WITNESS:  He says he's going to go through them.

17    BY MR. WYNNE:

18    **Q.**   Okay.  I'm going to do that right now.  I'm going to get

19    your report.

20         Let's start -- oh, I don't know -- Page 17.  And we're

21    going to go to Footnote 39.

22         Do you see that?

23         Oh, I'll let you get to it.

24         And you see Footnote 39 says, Teresa Borden, quote, Latino

25    Voters challenged, close quote.  The Atlanta

1    Journal-Constitution, Atlanta, Georgia, October 28th, 2004.

2        So this is a source, and it's important to investigate

3    sources.  And you just said -- you referred to the Atlanta

4    Journal-Constitution.

5        Did you call Ms. Borden and find out, you know, who her

6    sources were?

7    **A.**    No.

8    Q.    And you know that Ms. Engelbrecht, who has been sued here,

9    that part of True the Vote, they set up an organization called

10   Voto Honesto?

11       Did you know that?

12   **A.**    If I did know it or research it, I didn't report it.  I

13   know there were bilingual --

14   **Q.**    Okay.  So you knew that the True the Vote press release

15   and other materials were bilingual?  Bilingual meaning that

16   they're published in both English and Spanish; right?

17   **A.**    I believe that's what they meant by bilingual when I

18   looked.  Not other -- Asian or others.  My memory -- my memory

19   is it was -- it said bilingual, but that it was Spanish and

20   English.

21   **Q.**    Okay.  Now, there's a -- there's a fairly large Vietnamese

22   community in Houston as well.

23       Do you know anything about whether efforts might have been

24   made also to make things, you know, available to those that

25   spoke other languages?

 1    **A.**    I do not remember.

 2    **Q.**    Okay.

 3    **A.**    You're now talking -- you're talking now about Texas?

 4    **Q.**    Well, look, I'm talking about True the Vote; right?  And

 5    I'm talking about the entity that you besmirched in your report

 6    and the research you did to come to your conclusions that

 7    True the Vote is an outgrowth of these deplorable practices,

 8    cross burning, and all of these other things that you say that

 9    they are kind of the inheritors about.  That's what I'm talking

10    about.

11        Did you do the research before you accused my client of

12    these things?

13    **A.**    I didn't even do what you said.  And that is a totally

14    resentful misreading of my report.  It's a misreading of what

15    historians do and history do.  And I think it's outrageous that

16    you're trying to turn things to say that I said that I did not

17    say.

18    **Q.**    No, sir.  You said that --

19            THE COURT:  Hold on.  Hold on.

20            Listen, one asks the question; the other answers.  I

21    can't hear you-all -- I can hear you at the same time, but I

22    can't make out what you're saying.

23            So let's keep it -- we're in court.  You've been

24    doing this a while, Mr. Wynne.  You know how it works.

25            All right.  Now, do you want to finish your answer?

1          And then Mr. Wynne will follow up with his next

2   question.

3          THE WITNESS:  Yes.  I'd like to finish the answer.

4          I was putting into context, not talking about the

5   motives or anything of anybody else.  I -- particularly the

6   context was how voters perceived this and how they could

7   perceive after a series of intimidation.

8          I don't think I ever said that Ms. Engelbrecht or

9   anybody else burned crosses or anything of that nature or

10  didn't opine whether there was racist intent behind this at

11  all.  That was not what I was doing.  That was not what I was

12  asked to do.

13         I was trying to do a totality of circumstances of the

14  development of voter intimidation, how it had been used in the

15  past, particularly challenges, and then how these particular

16  True the Vote challenges compared.

17  BY MR. WYNNE:

18  Q.   Then how can you disagree with my characterization of your

19  report and your testimony but that you are asking the Court or

20  the finder of the fact to surmise that somehow or the other

21  True the Vote is a descendant or somehow a pattern or carrying

22  on the tradition of horrible, racial oppression?

23       How do you get there?

24  A.   All right.  Let's try to break it down.  Okay?

25       You have a way of going with your question, so it's sort

1    of hard to follow from the beginning to the end.

2         The first thing was that I showed a pattern; is that

3    correct?

4         Yes.  I show a pattern of intimidation and use of voter

5    challenges to intimidate.  And I try to give those

6    characteristics that go on.  One of the -- so -- but I am not

7    speaking to say that Ms. Engelbrecht or anyone is, in fact,

8    doing this for a specific reason that has anything to do with

9    race.

10        I do point out that in the past, race has been there.  But

11   it also, you know, as I pointed out very clearly, even the --

12   the early laws disfranchise whites, just not as much, or kept

13   them off of the course.

14        But what we look at is how the voters who were challenged

15   have felt over that time period and they're being challenged

16   here.  The major difference being the scale, which is massive,

17   in terms of challenge -- at least -- at least the press

18   received and everything.

19        I mean, can you look at something and say that they're

20   going to challenge 364, 50, whatever thousands of votes and not

21   think that there's something going on there with that number

22   after advertising with a -- that you're going to give a bounty

23   for people who have suspicions?

24   Q.   Well, now, we'll come to that mischaracterization in time.

25        I'm going to propose to you something.  And that is that

1   if there are 364,000 petitions, suggestions, notifications that

2   the legislature has called challenges, isn't it possible that

3   casting that wide of a net is actually more objective in that

4   you're not targeting one individual, one neighborhood, one

5   block, your brother-in-law?

6       Isn't it fairer to cast the wider net?

7   **A.**   I don't know what you even mean by fair here when

8   you're -- you know, what is the basis.  You have put out a

9   bounty, basically.  You've said, you know, if you can, you

10  know, get somebody, you can get a reward.  And then you put out

11  300- and what was it? -- 64,000 plus challenges that you're

12  going to do.

13          THE COURT:  I think what he's talking about -- excuse

14  me for interrupting.

15          The line of questioning here is -- and correct me if

16  I'm wrong -- I think Mr. Wynne is saying by casting out a wider

17  net, you're not trying to focus on any one racial group.  You

18  are just hitting everybody.  When you say 364,000, that's more

19  people you attract as well.  If you say it, we're going to just

20  challenge everybody in Dekalb County.  Dekalb County has a high

21  African-American population.

22          So I think he's trying to say, if I had a wider net,

23  is that not fairer than having a smaller net focused on one

24  particular group?

25          THE WITNESS:  Yeah, and if --

```
1              THE COURT:  Is that close?
2              MR. WYNNE:  Yes.
3              THE WITNESS:  And if I can say that -- and one of the
4    things is every county in Georgia, you know, had these
5    True the Vote we're going to challenge them.
6              THE COURT:  Actually, it was 65 counties.  So the
7    evidence has shown so far it was 65 counties.
8              THE WITNESS:  I just read the press release and in
9    every county.  I thought that was pretty amazing.
10             But, again, the answer has to be not necessarily,
11   because the history has shown that since the Fifteenth
12   Amendment, the use of neutral sounding laws or rhetoric or
13   explanations has often been used - I'm not saying it did here.
14             But I can't answer his question that way on just that
15   assumption he gave me, because of the history in Georgia of
16   neutral sounding, like the challenge law itself, but that had a
17   disparate impact with its use over time.
18             You know, again, I was not asked to look at the
19   effect but look at the context of how voter challenges had been
20   used in Georgia.  So I have -- but, you know, that's not
21   something that I have researched or prepared.
22             But it was done in every county.  So not targeting,
23   say, as we looked to 1981, Fulton County.  So that -- I guess
24   that would certainly affect my looking at the intent of this.
25   But I was not asked to look at the intent of it.  So I don't
```

```
 1    quite understand the relevance of the question.
 2              THE COURT:  I think you can take that answer as a no,
 3    a wider net does not change it.
 4              MR. WYNNE:  Okay.  I think I've made my point.
 5    BY MR. WYNNE:
 6    Q.   You realize that in terms of what True the Vote did, what
 7    it did was provide information and an opportunity for
 8    individuals in every county to step up, if they wanted to
 9    participate, and send what I'm going to call a notification to
10    the county boards of election?  It was a vast umbrella.
11         Do you realize that?
12    A.   Do I realize?  So you're asking me do I realize that
13    that's what they were doing?  And why couldn't they have done
14    that without True the Vote?
15         Why -- as you are fond of saying about this section or
16    that section of the law, why did they need to do what they did
17    when the law already provides that ability for any citizen who
18    wants to challenge --
19    Q.   Okay.
20    A.   -- voter registration or voter --
21    Q.   Do you think every citizen in the state of Georgia is
22    aware of that vehicle that they can use?
23         Do you think everybody knows about that?
24    A.   Probably not.  But there sure was a lot of publicity about
25    it going out at the time.  But also is there evidence of voter
```

1   fraud that this was needed?

2   **Q.**   There was --

3   **A.**   So that plays into looking at this.  Was there any

4   evidence that voter fraud had been committed and just not used

5   as sort of a racial dog whistle, not just in Georgia, but other

6   places as well.

7           MR. WYNNE:  I am going to object.  It's

8   nonresponsive.

9           THE COURT:  Let's move on to another line.

10  BY MR. WYNNE:

11  **Q.**   I'm going to break down at some point that term voter

12  fraud, what it really means, despite the pejorative sort of

13  association it's been given in the press.

14      For now, I'd like you to look at Exhibit Number 42.

15      Oh, one thing before I do that.  Does the statute say that

16  the citizen has to be aware of voter fraud before sending a

17  notice or challenge to the individual county board of election?

18      Does the citizen have to provide evidence of voter fraud,

19  whatever that is?

20  **A.**   My memory is no, that they can challenge.  That was one of

21  the pernicious things about it.  For any reason, they could

22  challenge, and did.

23  **Q.**   Okay.  So let's turn to Page 3 of 7 of Exhibit Number 42.

24      And the second new paragraph says -- are you there?

25  **A.**   Beginning, elector challenge; is that correct?

1   Q.   Yeah.   An elector challenge does not remove voter names

2   from the registry.   Voters who have been challenged will have

3   the opportunity by Georgia Code Annotated Section 21-2-230 to

4   prove eligibility and still have their vote counted in the

5   upcoming runoff election.

6        So this is one of your documents upon which you relied.

7   Isn't it the case that anyone who is challenged will have an

8   opportunity or does have an opportunity to show eligibility and

9   then have their vote count?

10       Eligibility to find as some type of proof that they live

11  in the precinct in which they're voting?

12  A.   Again, you have very complicated questions.   So let me see

13  if I'm understanding this.

14       It depends on what you mean by opportunity.   What if you

15  have a job that you cannot get off those hours needed to be or

16  how would you go about it and not have it.

17       But in general, people can have the opportunity in the

18  abstract to prove their residence or show whatever the evidence

19  requires to do it.   But that also means it's not the same -- I

20  shouldn't say it does not mean.   That could mean different

21  things for different people.

22       And particularly, as I tried to point out, historically

23  with voter challenges -- I'm not saying with True the Vote.

24  Historically with voter challenges, people had been made to

25  feel that they were being singled out.

1      In fact, I remembered -- I just remember now it's

2  Frederick Allen who was the newspaper reporter in the 1980s who

3  wrote about how complicated things were that even he couldn't

4  figure out what was going on in 1980, '81 in that 50,000 voter,

5  the Frederick Allen article.

6  **Q.**   You talked about people who may feel singled out.  In your

7  work on this case to confirm or to develop your hypothesis and

8  then to test it, how many Georgia voters who had been

9  challenged did you talk to to confirm your hypothesis in this

10  instance that they might feel singled out?

11      How many told you that?

12  **A.**   First, let me address your question.  Do you know what --

13  do you know what my hypothesis was when I began this study?

14  **Q.**   Yeah.  I'm asking the questions and please answer my

15  questions.

16  **A.**   Well, I start with the -- I'm sorry.  Go ahead.

17  **Q.**   No.  I'm asking:  How many people did you talk to who told

18  you that they felt singled out as a consequence of any notice

19  or challenge, however you're going to call it, that anyone

20  submitted in connection with leading up to the runoff?

21  **A.**   The first thing I want to address is my hypothesis.  I

22  start with a null hypothesis.  There are none, that is, and I

23  find the evidence that would lead me to the other direction.

24  So I start off with the idea that there had not, starting way

25  back in 1907, 1908 --

```
1              MR. WYNNE:  That's nonresponsive.

2    BY MR. WYNNE:

3    Q.   How about this one?

4    A.   Let me finish.

5    Q.   Let's -- I'm talking about this election.

6              THE COURT:  Hold on.  Hold on.

7              THE WITNESS:  I'm sorry.

8              MR. WYNNE:  This election.  We're going to be here

9    all afternoon.

10             THE COURT:  What we've got to do here, we've got to

11   keep this thing respectful.  If there's a -- if he's not

12   responding, I'd prefer you just turn to me and say, Judge, he

13   is not responding to the question.  And at that time, I'll make

14   the determination.

15             MR. WYNNE:  He's not --

16             THE COURT:  I think you're addressing it to him --

17   not to him, to Dr. Burton.

18             Dr. Burton, there are some questions that, you know,

19   probably we need to focus in on a little bit more.  I

20   understand you want to explain the whole aspect of how you

21   approach it.

22             But Mr. Wynne does have a right to get a focused

23   sometimes -- not sometimes, all the time with the questions he

24   asks.  Okay?

25             I know we've been here a while.  But it's just
```

1    something that we do.  And you've done this a couple of times.

2              THE WITNESS:  Yes, Your Honor.

3              THE COURT:  You know it.  All right?

4              THE WITNESS:  Yeah.

5              I need to understand his question about the

6    hypothesis.  What I was telling him -- that's the way he

7    started the question.

8              My hypothesis was there was no, you know, particular

9    intent or totality of things.  And as I worked through, I came

10   up with it.

11             Now I can't even remember that second part of his

12   question.

13             THE COURT:  Okay.  He's going to tell you the second

14   part right now.

15             THE WITNESS:  Oh, I'm sorry.  I do remember.

16             MR. WYNNE:  Let me --

17             THE WITNESS:  I do remember.

18             THE COURT:  Let Mr. Wynne ask.  Let Mr. Wynne ask it.

19             THE WITNESS:  Okay.

20   BY MR. WYNNE:

21   Q.   Moving from your null hypothesis, what did you do to test

22   that null hypothesis?

23        Who did you talk to?

24        Any voters who were challenged in Georgia, who did you

25   talk to in order to move you from the null hypothesis to the

1   conclusion in your report?

2   **A.**   I did not talk, except to relatives -- and not really

3   about this.  Except for relatives where I was born that I see

4   regularly, I did not discuss voting with anyone.

5        I used what historians are trained to do, which is to look

6   at the historical record.  And we have evidence from the

7   historical record of people being -- feeling intimidated and

8   unworthy because of voter challenges.

9   **Q.**   In this case, in this instance, where these people are

10  charged, did you talk with anyone, including your relatives, if

11  they were challenged, anyone who -- as a consequence of which

12  you were able to move from the null hypothesis to your

13  conclusion that True the Vote, and what it is, is somehow

14  contributing to an atmosphere of intimidation?

15       Did you talk to anyone?

16  **A.**   I -- certainly not investigating it, I did not originally.

17  I don't remember the dates, but I was with Otis -- I'm blanking

18  on his name.  The former mayor of Savannah on a panel, on the

19  Voting Rights Act at Georgia State University.  And we

20  discussed things like this.

21       But I don't believe that I needed to speak to anyone.  I

22  was not deliberately speaking to my cousin.  I was trying to

23  think who I might have talked to in Georgia.  And I know I

24  regularly talk with my cousins, you know, out near Royston,

25  Georgia, Bowman, Georgia, that area.

1     But I did not speak to anyone as far as I know.  And it

2 depends on when and where I was.  I spoke to a lot of people at

3 Morehouse College when I received that honor of the Martin

4 Luther King, Jr., Collegium of Scholars at Morehouse.  And I

5 talked to a lot of people.

6     But I don't remember talking to anyone about the -- I was

7 not interviewing people for that.  But things come up in

8 conversations, and I want to be truthful.

9     But I didn't use any of that for this report.  You know,

10 you can do oral history.  But I find it particularly, and have

11 over the years, that you are probably -- I feel more confident

12 in using the written record, the laws themselves, the

13 experience in the past of people with those laws.

14 **Q.**   I just wanted to -- I honor your work.  Right?

15     And I want to explain:  My ardency is due to the fact that

16 these people, my clients, including some who have served their

17 country honorably, are being accused of somehow having

18 mal-intent or trying to distribute mal-intent by making voters

19 aware of this particular section of the Georgia code.

20 **A.**   Now, where have I accused your clients and things?  I am

21 looking from the voters' perspective and different voters,

22 their history, circumstances previously to assume how they

23 would also feel if challenged here.

24     I'm not -- I do think, of course, I probably did know --

25 but I had forgot about it -- because I had gotten early on --

```
 1   when was this filed 2'20?  2'21?  Whenever?  And I had read,
 2   you know, the --
 3            THE COURT:  2'20.
 4            THE WITNESS:  I'm blanking on what it's called.  The
 5   SR -- oh, you know, the information that the attorney sent me
 6   about the case.  But it was not my intention to be looking at
 7   anyone and what they were --
 8            THE COURT:  Is it fair to say that when you filed
 9   this report, you were not filing it saying that any of these
10   three defendants that Mr. Wynne has named did this with racial
11   intent or racial bias --
12            THE WITNESS:  No.
13            THE COURT:  -- or anything along those lines?
14            THE WITNESS:  Absolutely not.  It was not that at
15   all.
16            What I was trying to do is show how certain voters --
17   that you need to look at how -- from the voters' perspective
18   how previous challenges had, in fact, made people feel.  And
19   you have evidence of that.
20            And I assume you folks have fact witnesses here.
21   That's not my expertise in terms of this current thing.  I
22   wanted to put it -- as I understand my charge in my report was
23   to put True the Vote's challenges in the context of other
24   previous challenges and voter intimidation.
25
```

1   BY MR. WYNNE:

2   **Q.**   I'm going to violate everything in law school and ask you,

3   was it --

4           THE COURT:  Well, before you do that, think about it.

5           I don't know if Mr. Evans told you to do that to get

6   him in trouble or not.

7           But there's two things they tell us in law school.

8   Don't ask a question you don't know the answer to and don't

9   violate the basic rules that they teach you in law school.

10          Now, with that stated, proceed at your own risk.

11          MR. WYNNE:  I'll deal with it in closing.

12          THE COURT:  Smart man.

13          MR. WYNNE:  You can always teach an old dog a new

14   trick.

15   BY MR. WYNNE:

16   **Q.**   All right.  You understand that I'm not saying that you

17   personally are accusing.  I'm using the passive voice that

18   Ms. Engelbrecht, Mr. Davis, Mr. Cooper, Mr. Johnson,

19   Mr. Somerville, who honorably served I believe in the

20   Marines -- that they are accused by the plaintiff.  They are

21   accused of acting with mal-intent.

22          Do you understand that?

23   **A.**   So why are you asking me?

24   **Q.**   Because you submitted an expert report that was used by

25   those plaintiffs who are doing the accusation.

1        Do you realize that they're using your report to support

2   their allegations?  They called you as a witness.  That's why

3   I'm asking you.

4        Do you realize that?

5   **A.**   Well, I hope that the attorneys on both sides use my

6   evidence.  And that the Judge, himself, will.  Hopefully this

7   will help him put all of this into context.

8        But I did not write it to give them evidence to use to

9   accuse mal-intent.  I did a history.  I would never call

10  someone a racist.  That's some -- I hope I have never done

11  that.  I can see that actions, whether intentional or not, can

12  have a racist, disproportionate effect.  But I would never -- I

13  don't think I ever have.

14  **Q.**   I'd like to go back -- and this is a question I asked on

15  voir dire.

16       What did you do in this instance with the particular

17  challenge for the senate runoff?

18       What did you do to determine that there was a

19  disproportionate effect, as you've just testified?

20  **A.**   I did not do anything about a disproportionate effect.  I

21  wasn't asked to.  I wasn't even asked to look at the effect.  I

22  think I could -- we could probably get those numbers.

23       But I was looking at the context in which this was done

24  how it had affected other people.

25       So what was your question again?

1    Q.    Let me ask you this:  Did you look into any sort of

2    statistics breaking down the racial proportion, relative

3    proportion, of persons who submitted challenges?

4          Did you look at that?

5    A.    I did not.

6    Q.    Did you look at the challenges and look at any type of,

7    you know -- how many -- what percent is white?

8          What percent is Latino?

9          What percent is Black?

10         Did you look at that?

11   A.    I don't believe I did.  I might have read some

12   newspaper -- if it was reported.  I kept paying $9 a month for

13   the -- $7.95 a month for the Atlanta Journal, even after the

14   report was in, just to sort of keep up because I got interested

15   in it.

16         And I don't remember having seen that.  But I might have.

17   This was quite awhile ago that we did this report.

18   Q.    Yeah.  Did you send any Open Records requests yourself to

19   the Secretary of State's office in order to determine, in fact,

20   that there's a numerical basis, you know, for your conclusions?

21   A.    I did not.  But why did I need that conclusion if I am

22   doing the history up to that time and putting it in context?

23   Q.    Okay.  Now we're going to look at Exhibit 37.  I think

24   this is the last of these press releases I'm going to look at.

25         Exhibit 37, and we're looking at Page 2 of 6.

UNITED STATES DISTRICT COURT
OFFICIAL CERTIFIED TRANSCRIPT

1  **A.**   Which exhibit?

2  **Q.**   Okay.  It starts here.  Okay.  And the heading at the top

3  says, True the Vote launches Georgia election integrity hotline

4  as part of the most comprehensive ballot security effort in

5  Georgia history.

6      I read that correctly?

7  **A.**   Yes.

8  **Q.**   Is there anything inherently wrong with ballot security?

9  **A.**   In the abstract, no.  But how it is done I think has to be

10  taken into consideration.  And how people are going to

11  interpret it has to be taken into consideration.  But in the

12  abstract, no.

13  **Q.**   Have you ever been an election judge or a poll watcher?

14  **A.**   I think when I was a graduate student, they paid me to do

15  something.  But that was, you know, 1969 to '74.  But I do

16  remember vaguely working at the polls, I think.

17      But this is the first time I've thought of it in years,

18  when you just said that.

19  **Q.**   Yeah.  I'm thinking about my own experience.  And, you

20  know, the polls close at -- what? -- 7:00 at night?

21  **A.**   I don't remember.  This was New Jersey 19 --

22  **Q.**   Uh-huh (affirmative).

23  **A.**   -- sometime between -- it wouldn't have probably been when

24  I first got there.  But, you know, I needed money as a graduate

25  student from Ninety Six, South Carolina.  And somebody said,

1    would you be willing to do this and we're going to pay you?  So

2    I did it.

3    **Q.**    Well, you know, in the morning or the day before, the

4    workers have to carry these things that are kind of like --

5    kind of like suitcases and set them up.

6         And then in the evening, when you've got a little chaos,

7    everybody's trying to clean up, you've got to close them, take

8    them out to your vehicle, and there's a lot of security

9    implications in -- just in the process of handling an election.

10        Will you agree with me on that?

11   **A.**    Well, you were asking me -- I don't remember ever doing

12   any of that at all --

13   **Q.**    Okay.

14   **A.**    -- between 1969 and 1974.

15        But I would assume that because, you know, voter fraud is

16   covered by law, that people are going to be very careful in

17   what they do, particularly if they are -- you're asking me

18   about election judges are doing this?

19        Who's doing this?

20   **Q.**    What I'm asking --

21   **A.**    What you're asking me.

22   **Q.**    What I'm asking you is if it's important to have security

23   measures in place of some kind to make sure that elections are

24   run safely, properly, with those individuals carrying those --

25   those machines out at night, getting them all in the right

1    places, getting them to the right places.

2        I'm not talking about who the security is.  But do you

3    think it's important to have ballot security efforts?

4    **A.**   Well, again, it's a very abstract question.  But why would

5    you think you needed -- isn't that covered as the way you do

6    the elections and the -- who's doing it, who's trained to do

7    it?  Unless there's some suspicions or some evidence -- I'm

8    still not sure of your question.

9        You want me to agree to what?

10   **Q.**   No.  I'm going to -- I'll ask something else.

11       Do you think it's important, say, that before someone sits

12   an election judge at a precinct that they have watched the

13   video or had some kind of practical training in how to

14   administer the election?

15       Do you think it's important to have some type -- something

16   like that?

17   **A.**   I don't know what video you're talking about.  Is this

18   something in Georgia that --

19   **Q.**   I'll -- I'll move on.

20       You know it's the political party -- you'll have an

21   election judge.  And then you'll have one representative from

22   one party and one representative from another party sitting at

23   the foldout table.  And that those -- those people, poll

24   watchers, if you will, are appointed by the county Republican

25   or Democratic party chair.

1          Do you know that?

2    **A.**    I believe -- I believe I did.  But I'm trying to think

3    specifically.  But I will grant you that.  I think that's --

4    **Q.**    And they have training to make sure that they're all

5    functioning, administering the election fairly, and you have

6    one from each side to kind of be a check on the other?

7          You know that?

8    **A.**    I do know that, I believe.

9    **Q.**    And an independent election judge who would make a

10   decision if there's a tie 1-1 on any particular issue?

11        You know that?

12   **A.**    I don't remember that without having to go back.  But I

13   have no reason to doubt you, that that probably makes sense.

14        Who's -- who appoints the independent elector?

15   **Q.**    The -- let's take Fulton County.

16        Do you know how many election precincts there are in

17   Fulton County?

18   **A.**    I did at one time.  I do not recall right now.

19   **Q.**    A couple of hundred?

20   **A.**    Precinct?

21   **Q.**    Precincts.

22             THE COURT:  Let's say it's a lot.  Okay?

23             MR. WYNNE:  A lot.

24             THE WITNESS:  Okay.  Yeah.  I actually thought

25   probably more, but maybe I'm thinking about --

1          THE COURT:  We're going to go with a lot.  Without

2   putting a number to it, it's a lot.

3   BY MR. WYNNE:

4   Q.   Because what happens, sir, is you have a precinct which

5   covers a certain population.  And then you have a state

6   senatorial district.  And then you have a state.

7        So the people involved in politics first are involved in

8   their precinct.  And then if they so desire or have some crazy

9   death wish, they'll go on to their senatorial district and get

10  involved.

11       Do you know how that -- that's the way the election system

12  works?

13  A.   You're talking about the poll watchers?

14  Q.   No.

15  A.   You're talking about --

16  Q.   What I'm -- yeah, okay.  I'm talking about the physical

17  precinct, that this county and Fulton County are divided into

18  small precincts.

19       Did you know that?

20  A.   Yes.

21  Q.   And that you get a card and it tells you what precinct to

22  go to because your state rep, your state senator, your county

23  official, county judge, or whatever they use, that those are

24  the ones who represent you --

25            THE COURT:  Where are we going on this?  Where are we

1   going on this?  What's the question?  What's the question?

2          MR. WYNNE:  Okay.  If you could please give me --

3   could you give me -- to get there?

4          THE COURT:  I'll give you 30 seconds to get to your

5   question on this.

6   BY MR. WYNNE:

7   **Q.**   Okay.  Given that, is it possible that someone could go up

8   to their -- in their precinct and be told, you know, as a

9   consequence of this challenge, you're -- you're voting in the

10  wrong place.  You're voting in the wrong place.  Maybe you

11  should go to, you know, the Presbyterian church across the

12  expressway where it is your precinct.

13       And that person says, thank you very much for letting me

14  know, I appreciate it, and goes over to vote for their real

15  representative.

16       Is it possible there's that person?

17  **A.**   Most things are possible.  That's certainly within the

18  realm of possibility.  I would give you.  But, you know, it's a

19  hypothetical.

20  **Q.**   Uh-huh (affirmative).

21  **A.**   I wasn't really studying that, per se.  But yes, that's

22  possible.

23  **Q.**   Okay.  What I'm getting to the point is you looked at all

24  of these historical examples.

25       Is it possible that True the Vote took a different

```
 1   approach to an examination of whether the voting rolls were
 2   trued up?
 3        Is it possible they took an approach entirely different
 4   than the historical abhorrent examples that you've talked
 5   about?
 6   A.   As I said, anything is possible.  But I would have to look
 7   at specific examples before I would want to testify to what
 8   was -- what was done.  But, you know, anything is possible.
 9   Q.   Well, you say that --
10   A.   Pretty much within the realm of what you've said that they
11   could have taken a different approach.  And one of the things
12   that makes me caution on that is the huge number and the
13   advertisement for a million-dollar reward and how close these
14   were to the elections themselves.
15   Q.   Are you saying there's a million-dollar reward?
16   A.   As I read -- I'm sorry.  Go ahead.
17        Did you finish your question?
18   Q.   Are you saying that there was a million-dollar reward out?
19   That someone would receive a million-dollar bonus prize for
20   finding something or finding somebody voting in the wrong
21   precinct?  They get a million-dollar jackpot?
22   A.   I think that the million dollars was in the press release,
23   more than a million dollars, to incentivize -- or maybe they
24   would say not to incentivize -- to get people to report what
25   they perceived to be suspicious people.
```

1        As you know from earlier, you don't even have to have a

2    reason by the law that was used often.

3    **Q.**   And you saw that in --

4    **A.**   That's in the law.

5    **Q.**   You saw that in a press release?

6    **A.**   I believe so.  I think I read from it.

7           THE COURT:  I think he's referring to Plaintiffs'

8    Exhibit Number 25, Page 1 of 6, at the bottom.

9           If you look at the bottom, Mr. Wynne and Mr. -- I

10   mean, Dr. Burton, I think that's what he's referring to.

11          MR. WYNNE:  Okay.  I'll move on.

12   BY MR. WYNNE:

13   **Q.**   Exhibit Number 37 still.  I think we're there.

14   **A.**   I'm lost in looking on that one -- which -- which exhibit

15   again?

16   **Q.**   37.

17   **A.**   Okay.

18   **Q.**   Okay.  Let's see.  It's really the fourth paragraph down.

19   The third paragraph of text.  It says, this week True the Vote

20   also announced its partnership with the Georgia Republican

21   party.  You noted that that was significant because of the

22   temporal framework.

23          Did you know that Ms. Engelbrecht also approached the

24   Democratic party to see if they would be interested and willing

25   to participate in this endeavor?

1        Did you know that?

2    **A.**   No, I did not.

3    **Q.**   And if you learned that Ms. Engelbrecht also approached

4    the Democratic party to see if they wanted to assist in this

5    effort to cast this umbrella, would that change your opinion?

6    **A.**   Let me first think did I know she -- if it was in the

7    press releases, I would have known and don't remember.  So let

8    me just cover that.  Okay?

9        Because I don't remember.  I'd have to go back and read

10   each one of them.

11       So now your question again?  I was thinking backwards when

12   you were talking rather quickly.

13   **Q.**   Okay.  Those will -- so if it wasn't in a press release,

14   it didn't happen?

15   **A.**   No, not necessarily at all.  You asked did I know that.

16   And I wanted to be honest, whether I knew it or not.  If I read

17   it, I should have known it but don't recall at this moment.

18       So I don't remember what question you were going at.

19   **Q.**   Well, the question is:  If you had known that, if you had

20   read it, if you had known about the efforts she made to reach

21   out to the Democratic party, would that in any way alter the

22   expert opinions you've offered in this case?

23   **A.**   I would take it into account.  But what I knew was that

24   she was working with the Republican party, which seems to me to

25   make it partisan.

1      But I don't think it would have changed what I was trying

2  to say, and which I came to the conclusion of, that

3  historically voter challenges -- first of all, intimidation has

4  been in the history of Georgia.  And challenges have been used

5  specifically in a way that given -- not every voter but

6  particular voters, that voter challenges were intimidating.

7      And intimidating for a number of reasons, which I've

8  talked about before, because of their historical patterns and

9  their particular circumstances as citizens of this country.

10 **Q.**   I'm going to swing back to this umbrella 364,000, which

11 has been characterized as, you know, something bad.

12 **A.**   Excuse me.  Who characterized it as something bad?

13         THE COURT:  Well, you're not allowed to ask him

14 questions.

15         THE WITNESS:  All right.  I'm sorry.  But I thought

16 he was implying that I'm using it as evidence, but I'm --

17         THE COURT:  I think if he wants to make it more

18 specific, but I -- you know, that still doesn't allow witnesses

19 to ask questions.

20         THE WITNESS:  I'm sorry.

21         MR. WYNNE:  I'm going to -- I'm going to try humbly

22 to tackle this voter fraud phrase.  This is the way I'm going

23 to do it.

24         THE WITNESS:  I couldn't hear you for some reason.

25

```
1    BY MR. WYNNE:
2    Q.   I'm going to try to tackle this phrase that you've used
3    multiple times, that's used in the press -- I think that's
4    unfortunate -- the term voter fraud.
5         You've used it many times here today; right?
6    A.   That's correct.
7    Q.   Are you familiar with the concept of the white lie?
8         White not being race.  But a white lie?
9    A.   I have an idea of what I consider a white lie.
10   Q.   What is a white lie?
11   A.   Not meant to be a lie, is how I interpret it, but is, in
12   fact, untruthful.
13   Q.   Okay.  Let me give you a hypothetical quickly.
14        Okay.  I am going to my precinct to vote, and I've
15   actually moved.  I'm going to the precinct to vote.  I have
16   technically moved across the expressway somewhere else.
17        And the person at the poll -- the election judge asked me,
18   you know, do you live at this --
19   A.   Can I ask you to slow down?  I don't mean to interrupt
20   you, but you're going so fast when you're talking it's hard
21   to --
22   Q.   Okay.  Let me -- let me slow down.
23   A.   Is that okay?
24             THE COURT:  That's okay.  Yeah.  That's okay.
25
```

```
 1   BY MR. WYNNE:
 2   Q.   Yes.  And this is the hypothetical.
 3        All right.  Next week is an election day, Tuesday.  And I
 4   go to the poll.  And let's say, shoot, a year ago, I'd actually
 5   moved across the expressway, so I technically live in a
 6   different precinct.  And there's different things on that
 7   ballot.
 8             And so I go -- 6:00, I go in there after I get off of
 9   work, and I don't have my card with me.  And a poll worker, you
10   know, asks, okay, there you are, Michael.
11             Do you still live at that address?
12             Yeah, I do.
13             Kind of tell a white lie.
14             THE COURT:  That's not a white lie.  That's a lie.
15             MR. WYNNE:  All right.  I have a point.  That's a
16   lie.  That's a white lie.  It's a lie.
17             THE COURT:  It's just a flat lie.  It's not a white
18   lie.
19             MR. WYNNE:  I'm getting to a point.
20   BY MR. WYNNE:
21   Q.   Do you understand that scenario?
22   A.   Well, that's different than what I said a white lie was.
23   My understanding --
24             THE COURT:  Hold on.  Hold on.  Hold on.  No.  No.
25   No.  Not in this courtroom.  That's a lie, period.
```

```
 1   BY MR. WYNNE:
 2   Q.   It is a lie.  We'll leave it as a lie.  That's a lie,
 3   okay?  Is that a lie?
 4   A.   Yes.  But that's not what I said a white lie was.  The
 5   person didn't know that they were telling a --
 6   Q.   Okay.  The Judge actually helped me here.
 7        That statement is a lie; right?
 8   A.   Yes.
 9   Q.   And that lie has consequences in that my vote is counted
10   in this precinct as opposed to that precinct, which may result
11   in a candidate in this precinct getting elected and a candidate
12   in this precinct not getting elected?
13        Isn't that right?
14   A.   Possibly.
15   Q.   And so any effort to -- and isn't it possible that I could
16   walk up and I make a mistake, make an error?
17   A.   In particular, I think you could.
18   Q.   And, in fact, what they might ask is, do you still live in
19   this precinct?
20   A.   But I'm talking about you though.
21   Q.   Right.  Anyone?
22   A.   Yeah.
23   Q.   I'm talking about Catherine or Cameron or Jake, anybody
24   could say, well, you know, I think I live in this precinct.
25        Isn't that possible?
```

1   **A.**   And you're saying they're saying I think I live in this

2   precinct?  Is that your words?

3   **Q.**   Yeah.

4   **A.**   It's possible a voter could do that.

5   **Q.**   And if the county election -- the county election judge

6   looks down and says, you know, there's a yellow flag by your

7   name.  And you're not sure.  Can I see some type of -- I don't

8   know -- utility bill or something?

9       Do you think the fact that that yellow tag is there

10  contributes to the accuracy of our elections, integrity of our

11  elections?

12  **A.**   Well, I think, again, in the abstract, it should not.  But

13  it does, I think.  You have to understand how it's being used

14  and why it's being used and why it's there.

15      So I wouldn't want to just answer at all.  But in the

16  abstract, it should be a way to identify where people live or

17  there's something flagged there.

18  **Q.**   And it's generally a good thing if -- for the candidates,

19  for the fairness, if I vote in the precinct where I live as

20  opposed to the precinct where I used to live on the other side

21  of the expressway.

22      That's fair to these people that are spending their time

23  running for these offices; right?

24  **A.**   You're asking me is this fair to the people running for

25  offices?

1   Q.   And the people, I guess, who are the citizens.

2   A.   You're going to have break that down again.  The

3   hypothetical is very, to me --

4        THE COURT:  I guess where we're coming here is that

5   if I live in Precinct A -- or let's say it this way.

6        Ms. Ford is running for city council in Precinct A.

7   And Mr. Wynne is running for the same position in Precinct A.

8        And Mr. Evans legitimately lives in Precinct A, and

9   he votes for either one of them.  And I don't live in Precinct

10  A, but I go and vote in Precinct A.  My illegitimate vote

11  cancels out Mr. Evans' legitimate vote.  That's what he's

12  asking you.

13       THE WITNESS:  In the hypothetical, yes.

14  BY MR. WYNNE:

15  Q.   Okay.  Now let's take the abstract, 364,000.

16       Is it possible that kind of situation as a consequence of

17  a lie -- we're all sinners -- or as a consequence of a

18  mistake -- is it possible, if you go 364,000, that in at least

19  some instances, City Council A, there might be an impact?

20  A.   In some instances you're asking?

21  Q.   Okay.  So is it possible that Section 230 and informing

22  people about 230 and what they might be able to do has a

23  social -- has some social positive utility?

24  It ain't all that bad?

25  A.   This is what I'm thinking.  But give me a moment.

```
 1          Again, it's probably just me.  But I have trouble
 2    following when you set up hypotheticals.
 3          THE COURT:  Let me try this:  Is what Mr. Wynne is
 4    asking is the actions of Mr. Davis, Engelbrecht, True the Vote,
 5    and Mr. Somerville -- could what they were doing have some
 6    social positive aspects to it in their challenges?
 7          And I'm not saying that they did challenge anybody.
 8    I'm just using a hypothetical.
 9          In other words, that's what he's basically asking.
10    Is there some positive social contributions for challenging
11    people you may not think is voting in the right precincts or
12    state or whatever?
13          THE WITNESS:  Yes.  In -- I would agree that in the
14    abstract that's absolutely true.  But when you see the kind of
15    ad that comes out beforehand saying we're going to reward
16    people to find people, it seems to give it a different context.
17          But certainly in the abstract, it could be.  For
18    instance, I'd want to be told and I have been told, you know,
19    so -- this about voting.
20    BY MR. WYNNE:
21    Q.  And you were glad -- you were told that you were voting in
22    the wrong precinct?
23    A.  It was -- it was similar.  It was my first time away from
24    home where I was trying to do an absentee ballot.
25    Q.  And you were glad that you were corrected to make sure
```

1  you're voting for who's going to be your actual representative,

2  weren't you?

3  **A.**   Well, I should have been glad.  But it ended up I had to

4  run around and get it notarized and pay for it and had to send

5  it FedEx.

6        And then I found out that they -- no one told me this,

7  that would help -- that they don't open -- at least in

8  South Carolina, they don't even open the absentee ballots

9  unless the election is close enough.  And I was voting a

10  protest vote.  So it never even -- no one even knew it.

11        So -- but I was glad people told me how to do it.  And I

12  was willing to do it.  But they didn't go further and explain

13  there's -- is what I'm trying to say here.  There's more to it

14  than that.  They're not even going to open your vote if it's

15  not close enough.

16        And this was a third-party Black candidate, Mr. Felder,

17  running statewide at the time in South Carolina.

18  **Q.**   So the issue with that was the voting system and the

19  administration that was set up by the governmental entity that

20  was overseeing the election; right?

21  **A.**   One more time.

22  **Q.**   Your concern, disheartenment, was because of a process

23  matter, that is, not opening it when it's not close enough.

24        And that's a governmental function?  Not one from a

25  private citizen; right?

1   **A.**   That's correct.  And maybe it was a bad analogy.  You

2   asked me, so I was trying to think when I had ever had an

3   issue.  And that was when I was a pretty young, just back from

4   basic training into Princeton and wanted to vote, I believe, in

5   the 1970 election.

6   **Q.**   Look at your report, Exhibit 16, Page 7.  Okay.  And the

7   first paragraph under Georgia adopted voter challenges as a

8   tool to disfranchise Black Georgians.

9        I'd like you to read the second sentence beginning with in

10   1868.

11   **A.**   I'm on Page 7.

12   **Q.**   Yes.

13   **A.**   I just got there.  Where am I?  On which -- under

14   findings?

15   **Q.**   Under the heading -- it's A1, the second sentence.

16   **A.**   Samuel Bard.

17   **Q.**   No, no, no.  The second -- the first line is the sentence.

18   And then in 1868.

19        Do you see that?

20   **A.**   Yes.

21   **Q.**   Okay.  I want you to read that.

22   **A.**   From the time Black Americans received the right to vote,

23   Georgia has sought to deny it.

24   **Q.**   And then in 1868?

25   **A.**   That's the next sentence.

1    **Q.**    That's the second sentence.  That's the one I wanted you

2    to take a look at.

3    **A.**    Sorry.  In 1868, the Atlanta Constitution insisted that,

4    quote, the negro was incapable of self-government and that the,

5    quote, interest of the white way should be held as paramount to

6    all perilous experiments upon an alien race.

7    **Q.**    Okay.  This is something that you submitted in this case.

8        Do you believe that Ms. Engelbrecht or Mr. Somerville or

9    any other defendant subscribes to that view?

10   **A.**    I was not asked to look at that.  But, you know, I would

11   assume that people know better now.

12       But you're asking me if I think they do?  Is that what

13   you're asking?

14   **Q.**    As an expert who has studied the history --

15   **A.**    Yeah.

16   **Q.**    -- do you believe that these people subscribe to that

17   feeling?

18   **A.**    I have never asked them.  And I have no opinion one way or

19   the other if they subscribe to that.  But I would certainly

20   hope not and think they probably don't.

21       But I have not been asked to ask if these people believe

22   that the negro was incapable of -- was is my word.  It's

23   inserted there -- incapable of self-government, that the

24   interest of the white race should be held as paramount to all

25   perilous experiments upon an alien race.

1  Q.   Will you agree that's a fairly inflammatory quote that you

2  included in your report?

3  A.   I would agree that this is a historically accurate quote

4  that was -- at the time allowed me to judge what people felt

5  and believed, in this case, white democrats, at that time.

6       So I don't understand what am I to do except to give the

7  historical record.  And this is a quote.  And this is not

8  uncommon.  You can look for things like this in my books to

9  explain the public opinion at the time and in this case some of

10  the motivation behind the early laws in Georgia.

11  Q.   Okay.  I'm going to turn to Paragraph 9 -- or Page 9 and

12  Footnote Number 9.  And I think this warrants actually reading,

13  and I'll try to do it.

14       This is to support your statement that the Felder-Williams

15  bill was adopted by the white -- by white voting citizens of

16  Georgia as an amendment to the Georgia Constitution in

17  October 1908.  For authority, you do Footnote 9.  Georgia's

18  1908 voter challenge provision remains substantively unchanged

19  to this day.

20       Originally codified as Section 34-605, the 1908 voter

21  challenge provision was preserved in substantially the same

22  form through extensive reorganization and modernize {sic} of

23  the Georgia Election Code in 1964 and 1981, when it was

24  recodified as Section 21-2-230.

25       So what exactly did you do to conclude that the later act

1   and the act in effect now is substantively the same as the one

2   enacted in 1908?

3   **A.**   It was based upon it.  I believe here I gave the editor's

4   note of the 2008 edition of the Official Code of Georgia was so

5   similar to the 1933 code voter challenge statute that any legal

6   opinions decided upon the older code would apply to

7   Section 21-2-230.

8   **Q.**   Okay.  And that's an editor's note.

9        Do you know who that editor was?

10  **A.**   I did at one time, but I don't remember now.

11  **Q.**   Was that like a West publishing editor, or was it a

12  legislative note from the House or the Senate or some type of

13  reconciliation committee?

14       Do you know?

15  **A.**   What do you mean by reconciliation?

16  **Q.**   Well, when you have a different -- and I may be using the

17  incorrect term.  But when you have one version in the House,

18  one version in the Senate and they get together and they try to

19  codify the language as one bill they can then revote on.

20       Do you know if this editor was involved in any of those

21  discussions?

22  **A.**   I do -- I don't remember.  I don't think I investigated

23  that.

24  **Q.**   Do you know if he was at any committee hearing?  He or she

25  was at any committee hearing in 1981, when the statute was --

1  was amended?

2  **A.**   I do not know.

3  **Q.**   Okay.  Then you say that essentially, you know, case law

4  interpreting the 1908, 1933 code applies and can be used to

5  this day when looking at 230.

6      Is that your suggestion?

7  **A.**   Yes.

8  **Q.**   Okay.  So any judge in making a decision interpreting 230,

9  they could rely on, say, a 1934 decision interpreting the prior

10  statute as authority in making their decision in the present

11  case?

12      Is that what you're saying?

13  **A.**   No.  I don't say that at all about a judge's decision.

14  You have other laws like the Voting Rights Act changes, you

15  know, of laws that have to come into play there with this.

16  So...

17  **Q.**   Well, what you do say is that 1933's code's voter

18  challenge statute, that any legal opinions decided under the

19  older code would apply to 21-2-230.

20      So what that means is that as authority to make a decision

21  concerning a present matter that the judge can rely on the old

22  statute.

23      Is that what you're saying?

24  **A.**   No.  I'm saying that this is what the editor said when he

25  wrote that note.  And, of course, I was not trying to find

1  intent.  I just thought it was important to lay out how this

2  law came to be over time.

3  **Q.**  But you're not saying that that indeed is the case, that

4  is, that a judge today may rely on a 1909 or 1934 decision in

5  making a decision about how a different statute should be

6  interpreted, are you?

7  **A.**  You know, Attorney, I think you're asking me for a legal

8  opinion.

9  **Q.**  Well, it's what you included in your footnote, sir.

10  **A.**  I included it as a historian citing what someone else

11  said.  That is not for me to make that legal opinion.  I am

12  putting it in a historical context.

13  **Q.**  Well, you don't say that it's just an opinion.  You say

14  it's an observation.

15       Are you aware that there are plenty of other observations

16  out there in various legal authorities, if not in decisions,

17  that say, in fact, that's not the case?

18       You can't rely on an old statute when it's been amended.

19       Do you know that?

20  **A.**  Again, I think you're calling for a legal opinion.

21  **Q.**  Right.  And you're making one.

22  **A.**  I don't think so.  I think I'm citing what someone said

23  here.

24  **Q.**  What did you do to investigate the authority of this

25  editor to make such a sweeping comment about the law?

1    **A.**   I thought it was of relevance that the editor said this.

2    And I'm not looking at the intent of the law.  That was not the

3    purpose.

4    **Q.**   The editor of what?

5              THE COURT:  Let me just say this:  As far as who is

6    going to determine what law is going be interpreted, apparently

7    that's going to be me.  And I can tell you right now, I'm going

8    to be relying on 21-2-230 as of 2023.

9              MR. WYNNE:  You're not going back to 1909 and 1934?

10             THE COURT:  No.

11             MR. WYNNE:  All right.  We'll move along then.

12   BY MR. WYNNE:

13   **Q.**   All right.  This is -- this is still significant.  Page 10

14   of your report.  I am going to skip that.  Let's go to Page 20.

15        All right.  Up at the top, you say in, I think, the third

16   sentence, one journalist tracking these investigations

17   described them as legal terrorism, exploiting the law to

18   intimidate and discourage citizens from accessing their

19   constitutional right to vote.

20        And you say Footnote 40 -- look at Footnote 47 from Austin

21   Adkins, November of 2019.  So we'll presume he's still around.

22        Did you call Mr. Adkins to elaborate on how he was using

23   those terms?

24   **A.**   No, I did not.

25             THE WITNESS:  And can I just -- I hate to ask this,

```
 1   Your Honor, because --
 2              THE COURT:  Yeah.
 3              THE WITNESS:  I think I need a bathroom break.
 4              THE COURT:  I think we all could take a break right
 5   now.  Let's stop.
 6              THE WITNESS:  It depends on how long, but I need --
 7              THE COURT:  We're going to take 15 minutes.
 8              Is that enough?
 9              THE WITNESS:  Oh, yes, sir.  Five or ten.
10              THE COURT:  Let's do a 15.  Let's stop and start back
11   at 3:30.  Thank you.
12              THE WITNESS:  I apologize.
13              THE COURT:  No.  No problem.  I was going to take a
14   break anyway.
15              COURTROOM SECURITY OFFICER:  All rise.
16              **(A brief break was taken at 3:16 PM.)**
17              THE COURT:  Mr. Wynne, you may proceed.
18              MR. WYNNE:  Okay.
19   BY MR. WYNNE:
20   **Q.**   Look at Page 20 of your report.
21       Do you know the origin of the name King Street Patriots?
22   **A.**   I did at one time.  But different case, different report.
23   **Q.**   And going down about three lines from subheading little a,
24   history of True the Vote and -- let's see -- the third sentence
25   beginning with in 2010.
```

1         Do you see that?

2    **A.**   Yes.

3    **Q.**   Can you read that sentence for me?

4    **A.**   2010 True the Vote dispatched 1000 volunteer poll watchers

5    to voting sites across Houston.  As Patrick Michels of the

6    Texas Observer wrote in 2011, though it generated little

7    evidence of voter fraud, the King Street Patriots' efforts did

8    result in complaints about voter intimidation and breached

9    ethics, a lawsuit from the Texas Democratic party, and an

10   investigation by the U.S. Department of Justice.

11   **Q.**   Okay.  Now, you didn't talk with Mr. Patrick Michels of

12   the Texas Observer, did you?

13   **A.**   Not that I know of.

14   **Q.**   Do you know the circulation of the Texas Observer?

15   **A.**   No.

16   **Q.**   Do you know what city in Texas the Texas Observer is

17   published out of?

18   **A.**   Is it Austin?

19   **Q.**   I'm asking you.

20   **A.**   I don't remember.

21   **Q.**   Did you look at any other periodical or media source in

22   the state of Texas before you chose just Mr. Patrick Michels'

23   observation of the Texas Observer?

24         Did you look at the Chronicle, the Dallas Morning News,

25   any of those?

1    **A.**    I did look at some.  But I don't remember which ones

2    specifically.

3    **Q.**    Why did you choose Mr. Patrick Michels' point of view?

4    **A.**    Well, I didn't choose his point of view.  I quoted what he

5    said was happening.

6    **Q.**    Did you rely on that statement in reaching your

7    conclusions?

8    **A.**    I would think that anything in my report, not just

9    exclusively that, but it was part of a piece of evidence that

10   pointed in a certain direction.

11   **Q.**    Sure.  And the subheading is, a history of True the Vote.

12   And is it fair to say in this fairly condensed history of an

13   organization of about ten years, you selected this particular

14   quote from Patrick Michels of the Texas Observer as opposed to

15   any other quote as illustrative of some type of objective fact

16   to assist you as a scientist in reaching your conclusion?

17   **A.**    I'd have to look back.  This was originally done either in

18   the context of the 2010 redistricting or when I was an expert

19   for the NAACP LDF on the in-person voting ID law.  And I looked

20   at a lot of things at that time.

21       I also -- you asked about calling people.  I called

22   another historian to ask him, in fact, where would be good

23   places to look to get a history.

24   **Q.**    Who is he?

25   **A.**    He's now president of the association for the study of

1   African-American life.  Oh, Marvin Delaney.

2   Dr. Marvin Delaney.

3   **Q.**   Okay.

4   **A.**   Who was in -- oh, boy -- he was at the Arlington School,

5   Texas.  Chaired the department there at that time.

6   **Q.**   Okay.  You say that True the Vote dispatched 1000

7   volunteer poll watchers.

8       But, again, you realize that poll watchers are selected by

9   the political parties and not by private entities?

10  **A.**   I will accept that if you say it is so.  So I was, I

11  think, using it in terms of people to watch at -- to be at the

12  polls to watch.

13  **Q.**   Okay.

14  **A.**   So but maybe an unfortunate --

15  **Q.**   Not the official poll watcher?

16  **A.**   Right.  Unfortunate choice of words, probably as you say,

17  in condensing quite a --

18  **Q.**   Yeah.  That happens.  You can misuse a word on occasion;

19  right?

20  **A.**   I -- yes.  That certainly is possible.

21  **Q.**   We talked about precincts earlier and that there is a lot

22  of precincts because they're small areas.

23      Is it possible that in a large county there's precincts

24  where, say, either the Republican party or the Democratic party

25  having trouble finding somebody willing to sit there all day?

**A.**    You're asking if that's possible?

**Q.**    Yeah.

**A.**    Yes.  Most anything is possible.  That's possible.  As I said, when I was hired at Princeton, it was because they needed some bodies.  They reached out to students.

**Q.**    Okay.  Right.  So in your precinct, you've got to have a Republican and a Democrat and a chair, three people in every single precinct.

Is it possible that the county political parties have trouble filling all of those seats?

**A.**    Well, again, I'm answering you abstractly.  But, of course, it's possible.  But I --

**Q.**    And is it -- is it a social good -- and I'm using my economics background, is it a social good to inform people that, hey, there's an opportunity to get $40 a day if you're willing to do that so that you can put somebody in that seat?

Letting people know that possibility is out there, is that a social -- is that a good thing for our democracy?

**A.**    I don't think that I'm evaluating good or bad.  But your economic -- I think you're saying the rational person, they'd say now, concept is that people would be attracted for getting paid for doing what is a citizen's job.

**Q.**    Well, you know, the pay ain't very good.  It's about -- what? -- like a jury pay.  Like $40 a day or something.

You know that?

1   **A.**   I didn't hear you completely.

2   **Q.**   Okay.  To sit by that folding table as either the

3   Republican or the Democrat or the election judge, at least last

4   time I did it, it's about $40 a day.  You've got to take the

5   day off of work.

6        You know that?

7   **A.**   If you're working, you'd have to.

8   **Q.**   Right.  And if you're, say, a retired veteran or a retired

9   Navy SEAL, you know, it gives you something to do to continue

10  to contribute to your community; right?

11  **A.**   Or anyone else it would give them something to do.  So I

12  would not exclude that it gives people something to do.  And

13  that it is -- you know, I would hope you looked at it as I did

14  also as a civic duty, if you're being paid to be a poll

15  watcher.

16  **Q.**   Okay.

17  **A.**   And I mean the poll watcher in this terms --

18  **Q.**   Uh-huh (affirmative).

19  **A.**   -- of someone who is hired by whoever administers these

20  things.

21  **Q.**   And you, as a former veteran sitting at that folding table

22  doing your civic duty because you're a veteran or veteran, at

23  least reserve, do you think that that mere fact that you're a

24  veteran -- that that's intimidating to anybody?

25  **A.**   I could not -- you're saying that the person knows or does

1    not know they're a veteran?  Is that what you're saying?

2    Q.   All right.  Does the -- whether the person knows or

3    doesn't know that you honorably served your country, is their

4    awareness or unawareness that you are a veteran of whatever

5    branch of the military -- is that inherently intimidating?

6    A.   Well, when you say inherently intimidating, I think it

7    really depends on if a person knows it and their past

8    experience or their history with authoritarian figures.  And in

9    this case, in the three exhibits that we've gone through, I

10   believe it's there, that it is set out that Navy SEALs were

11   recruited, former policemen.  So that's in a press release.

12       So if I were someone who had perhaps had problems with

13   authority figures, or as I remember one of the plaintiffs

14   stated who were not afraid to do the right thing or something

15   like that, that that could be interpreted as a little

16   uncomfortable.

17       It depends, again, on the voter and their historical

18   experience and what they've been told throughout their life.

19   All of these things come together.  I don't think there is a

20   yes-or-no answer without more details.

21   Q.   All right.  So do you think that someone is a military

22   veteran of whatever branch and they're wearing a pin showing --

23   I think he's got the Marines, and he might wear it to the poll.

24       Is that fact -- I mean, are all military veterans

25   disqualified from doing their civic duty?

```
1    A.    Of course not.

2    Q.    Okay.  Going on to the next page, you say that -- that

3    True the Vote did generate 56 complaints.

4          Do you see that?

5    A.    Which page are you on, sir?  The next page --

6    Q.    Well, I'm on Page 21, the continuation of the paragraph

7    that says, that in the end, True the Vote found no evidence of

8    fraud but did generate 56 complaints about the groups' behavior

9    during the 2010 election.

10         Do you see that?

11   A.    Yes.

12   Q.    Now, what form did these complaints take?

13   A.    Well, I put them into the context without remembering that

14   far back that you had the complaints from the Texas Democratic

15   party and ultimately an investigation by the Department of

16   Justice.

17   Q.    That's not what I'm talking about.

18         These 56 complaints here, your citation Footnote 50 is to

19   a report in the American Prospect by a woman named Abby

20   Rapoport.

21         Were those verbal complaints, written complaints, notes

22   taken?

23         What form did those 56 complaints take?

24   A.    It has been a while since I looked at it.  But I thought

25   those were formal complaints that had been filed.  That's my
```

1  memory, and I may not remember it correctly.  It was quite a

2  long time ago the first time I investigated it.

3  Q.  Well, you signed the verification for this report on

4  May 15th of 2022.

5      You realize that?

6  A.  No.  Somehow I thought it was 2021.

7  Q.  It is right here.  Go to the front page.  It's executed on

8  the 15th day of May 2022, which is a year and a half ago.

9      So when you were proofreading your report, generated 56

10 complaints, did you make sure you were right?

11     Did I look at those 56 complaints?

12     Were they written?

13     What were they about?

14     Did you do any of those things?

15 A.  Can I ask a question?  On Page 1, it says May 14th, 2021.

16 Q.  Go to the front -- the verification page where you signed.

17     See that?

18 A.  Is this the declaration?

19 Q.  The declaration.

20 A.  Okay.

21 Q.  All right.  And before you signed the declaration saying,

22 you know, that your expert conclusions are offered and my

23 expert report bases are managed --

24         THE COURT:  Hold on.  We have an objection.

25         MS. FORD:  Just a clarification that I think can

1    clear this up.

2          Dr. Burton's report was finished in May of 2021, but

3    for the motion for summary judgment stage, we just had him

4    update his signature for that stage.  That's all it was.

5          THE COURT:  Okay.  Rephrase that.

6    BY MR. WYNNE:

7    **Q.**   Well, when you updated your signature and swore again,

8    you, of course, reread and proofread and checked your report,

9    right, because you're going to swear to something under oath?

10   **A.**   I don't remember if I did or not.  But I felt very

11   confident that I had done the best job that I could possibly,

12   using integrity, caring, concern, the methods to be fair, to

13   check for bias.

14         So I did what -- as I would still sign for my book The Age

15   of Lincoln or for Penn Center or in my Father's House are many

16   mansions.  I would sign a declaration to say that this is --

17   you know, to the best of my knowledge what I have done is true

18   and accurate.

19   **Q.**   Well, my question here is you said after making sure it's

20   accurate that there's 56 complaints.  And I'm asking you did

21   you read them to find out what those complaints were about.

22   **A.**   And my answer is I do not remember.  But I would assume

23   that I had from my report.  But it was some time ago.

24         And I was also using where I had in the redistricting for

25   Texas in 2010 redistricting, which actually came back, I think,

1    in 2019, ironically.

2         And then for the NAACP LDF attorneys, I did a report on

3    voter ID -- in-person voter ID law that was filed right after

4    it.  And that report was not only accepted, it was in there,

5    but it was cited -- even though I was told not to do intent, it

6    was cited for both purpose and intent as evidence --

7    **Q.**   Okay.  But the point --

8    **A.**   -- for that report, so...

9    **Q.**   The point remains you didn't look up these complaints to

10   find out what they were about; right?

11   **A.**   No, I didn't say that.  I said I'm sure I did at one -- I

12   say I'm sure.  I would believe that I would have when I did the

13   original research --

14   **Q.**   Uh-huh (affirmative).

15   **A.**   -- that then I used my research, confident in it, when I

16   was doing a background of --

17   **Q.**   If I -- if I --

18   **A.**   -- True the Vote when it was -- when it was the -- had the

19   name of the King Street Patriots.

20   **Q.**   If I asked you to come back here later in the week and

21   called you as my own witness -- I asked you as homework to go

22   and find those complaints that you read in your file, would you

23   be able to do that?

24   **A.**   I don't know.  I really do not know.

25   **Q.**   I'm going to ask you to do that.  Will you do that for me?

1    **A.**    I'll go home and try.  But I have commitments that it

2    would be very hard to come back.

3    **Q.**    Okay.

4            THE COURT:  Ms. Ford, you have an objection?

5            MS. FORD:  Yes, Your Honor.  I would just say that

6    there was an opportunity for Mr. Burton to be deposed before

7    this date and to do this sort of investigation and ask these

8    questions beforehand.  And this is, like, not a period for

9    discovery.

10           THE COURT:  She makes a good point there.

11           MR. WYNNE:  Well, that ain't my fault.

12           THE COURT:  Well, yeah, but she's right.

13           MR. WYNNE:  Note that for the malpractice case in

14   Indiana, please.

15           THE COURT:  I've got nothing to do with what you-all

16   do with Mr. Bopp in Indiana.  But Ms. Ford's right.  You've got

17   a discovery period.  During the discovery period, you do it

18   then, not during testimony.

19           MR. WYNNE:  Okay.  I made my record for that case.

20           THE COURT:  Well --

21   BY MR. WYNNE:

22   **Q.**    Okay.  Redistricting real quick.

23       Now, the purpose of redistricting is to make sure that the

24   district lines are not sort of gerrymandered to favor sort of

25   one party or one race or creed than another; right?

```
 1          That's the whole purpose of redistricting?

 2               THE COURT:  Well --

 3               MR. WYNNE:  He brought up redistricting.

 4               THE COURT:  Well, why are we getting into

 5     redistricting though?  This case has nothing do with

 6     redistricting, period.

 7               MR. WYNNE:  I'll tie it together.

 8               THE COURT:  Tell me now.

 9               MR. WYNNE:  Okay.  Redistricting -- well, doesn't --

10     doesn't --

11               THE COURT:  No.  Tell me before you ask.  How does

12     redistricting come up in this case?

13               MR. WYNNE:  How is the purpose of redistricting not

14     frustrated by your or my voting in a different precinct or a

15     different senatorial district?

16          You know, that sort of act, the white lie, or lie,

17     which it really is, that frustrates the purpose of

18     redistricting, doesn't it?

19               THE COURT:  I think we've already established someone

20     that is voting in a district or a state or a county they should

21     not be voting in, it might -- it cancels out another vote.  So

22     we don't need to get into redistricting.  It has already been

23     established.

24          If someone is voting in the wrong spot, it's a lie,

25     and it cancels out a legitimate vote.  So we're not getting
```

1    into redistricting.

2          MR. WYNNE:  Okay.

3    BY MR. WYNNE:

4    **Q.**   A lie.  Is another word for a lie fraud?

5         Is fraud and lie -- are they generally synonyms?

6    **A.**   Not -- not necessarily.  I mean, you could say that

7    someone is lying about voter fraud or misunderstood it.  But

8    they are not synonyms.

9         They do not -- at least in my opinion, not being a

10   linguist, they're not -- I would venture from this they are not

11   the same thing in my understanding.

12   **Q.**   If I am a citizen and I go to a place and say I live at an

13   address and I'm either lying because time's running out or I'm

14   mistaken -- or let's say I'm lying.  I'm lying.  My white lie,

15   as the Judge describes it, the real lie.

16        I am what?  A voter.

17        And I am committing fraud by saying I live someplace I

18   don't.  That little act is voter fraud, isn't it?

19   **A.**   You're asking me for a legal distinction, I believe here,

20   on semantics, but --

21   **Q.**   I'm asking for a historical distinction.  If I'm a voter

22   and I lie to my precinct judge in my Spring Valley Village, I

23   lie, as a voter, am I committing voter fraud?

24        That is an act on which somebody relies.

25        Am I committing voter fraud?

**A.**   You know, in the abstract, I might -- first of all, I want

to say maybe my definition of white lie is different.  I

thought a white lie you did not know that you were lying.  But

that's neither here nor there.

THE COURT:  Let me just say it again:  In this

courtroom, it's a lie.

THE WITNESS:  Yeah.

THE COURT:  It's not a white lie.  It's not a blue

lie.  A lie is a lie.  Okay?  So let's take it from there and

move on.

In other words, would it be fair to say that fraud is

dishonesty because it's a deception?

THE WITNESS:  Because of the exception?

THE COURT:  Fraud is dishonesty because it is a

deception regarding the matter?

THE WITNESS:  Right.  And I'm not sure to what extent

intention comes in, you know, to say that this is voter fraud

or not.  So that was my only hesitation.  Would it be

considered -- but it's certainly -- the person is wrong.

THE COURT:  I think, Mr. Wynne, we're kind of getting

outside just a tad of what this witness can testify about.

In other words, he's testifying about more of a

history of challenges and the effect.  And I think you have

established as the trier of fact and the judge in this matter

that a legitimate valid challenge can be fraud.  A legitimate

1   valid challenge can be a lie.  A legitimate challenge can be

2   deception.  I'll tell you, you have established that point.

3           MR. WYNNE:  Uh-huh (affirmative).

4           THE COURT:  Now, I'm not saying you have proved that

5   point as far as your clients are concerned.  But you have

6   established that point.

7   BY MR. WYNNE:

8   **Q.**   And in that whole 364,000, is it possible that that

9   instance happened a lot of times?  Many times?  Little atom

10  times?

11          Is it possible that it happened many times?

12  **A.**   It certainly is possible.  I'm answering in the abstract.

13  As I said, I was not even asked to look at --

14  **Q.**   Okay.

15  **A.**   -- whether these were frivolous or whether they were -- I

16  was just asked --

17          THE COURT:  Exactly.  That's not what you were asked

18  about.

19          THE WITNESS:  That's right.  And was not asked to

20  study it and was not asked to -- to do it.

21  BY MR. WYNNE:

22  **Q.**   All right.  Just a couple of more points.  Page --

23  Page 21.

24          Are you there?

25          And you say in the first full paragraph, in November 2011,

1  King Street Patriots hosted conservative columnist,

2  Matthew Vadum, shortly after he'd made an argument in an essay;

3  right?

4  **A.**   Yes.

5  **Q.**   And that was on, I believe, a podcast that Ms. Engelbrecht

6  hosts every week.

7      You know that?

8  **A.**   I don't remember, but if you -- I would -- I would accept

9  you saying that.

10  **Q.**   And occasionally people who host podcasts or talk shows

11  sometimes invite people that they don't necessarily agree with

12  on all fronts to come in and talk on their podcasts; right?

13  **A.**   Yes.

14  **Q.**   And so you know that Ms. Engelbrecht does not subscribe to

15  everything that Matthew Vadum believes?

16      Do you know that?

17  **A.**   I do not know that.  But if you want to tell me that.

18          THE COURT:  Well, he can't tell you that.

19          THE WITNESS:  Okay.  Well, I do not know.

20  BY MR. WYNNE:

21  **Q.**   Did you look into whether Ms. Engelbrecht actually

22  believes everything that Matthew Vadum, you know, subscribes

23  to?

24  **A.**   Break that question down for me.

25  **Q.**   Well, let's see.  What's wrong with inviting someone to

1    appear on your podcast, a talk show, that you don't agree with?

2        Is there anything wrong with that?

3    **A.**    No.

4    **Q.**    Okay.

5    **A.**    Can I go -- can I go ahead further to --

6    **Q.**    Huh?

7    **A.**    Can I say something further to that?

8            THE COURT:  I think you established it when you said

9    there's nothing wrong with somebody coming on your show that

10   you don't agree with.

11   BY MR. WYNNE:

12   **Q.**    Are you aware that as part of its efforts that

13   True the Vote was instrumental in establishing campus student

14   voting at Prairie View A&M, a historically Black college near

15   Houston?

16       Did you know that?

17   **A.**    I know the college very well.  If I did, I don't remember

18   that it was instrumental in --

19   **Q.**    Did you take into account that True the Vote was involved

20   and is involved in projects like that to assist voters across

21   the spectrum, including establishing student voting, and

22   getting that set up at Prairie View A&M?

23       Did you know that?

24   **A.**    Not specifically at Prairie View A&M.  But looking at the

25   press -- or even having looked before, I know that there were

1   efforts to reach out to minorities, including, as you said, the

2   bilingual hotline as well as the computer website where you

3   could report these things.

4   **Q.**   And you know that Ms. Engelbrecht went down to Mexico for

5   a while to study their voting system in order to determine what

6   she could do -- regarding the Latino communities in Houston,

7   she went down to Mexico and tried to look at cultural

8   differences to see what she could do help those voters in

9   Houston?

10          Did you know that?

11  **A.**   I may have at one time.  But I do not remember

12  specifically that event in Mexico or Texas.

13  **Q.**   Okay.  Now we're going to look at Page 27, the third line

14  from the bottom.

15  **A.**   One moment, please.  Okay.

16  **Q.**   First, did you know that Ms. Engelbrecht actually has --

17  has an in-law who is Asian-American who she's very close to?

18          Did you know that?

19  **A.**   I don't believe that I did.

20  **Q.**   Okay.  So in the third line up, you mention, especially

21  with white, Black or Asian, Hispanic citizens running afoul of

22  the criminal justice system, can you cite any instance where

23  Ms. Engelbrecht has invoked the criminal justice system?

24  **A.**   It's a little complicated to answer because I don't know

25  if Ms. Engelbrecht did or not.

1    But reaching out to police officers or particularly having

2    people who are in uniform there -- I'm not saying there at this

3    particularly in Texas -- retired or off-duty police officers

4    seems to me would do it.

5    But I'm not sure if she did it.  I wasn't talking about

6    her, per se.  So I was talking about the totality of the

7    circumstances of which you had authority figures there that

8    could have a different meaning to certain voters.

9    And that's the whole point of this report that you seem to

10   keep going after and going after is about the voter and the

11   perspective of the voter and how voter challenges, in

12   particular, let alone voter intimidation -- but how voter

13   challenges can have for certain voters a different not only

14   impact but they feel differently about it than, say, I as a

15   white southerner might with law enforcement officials, you

16   know, in my family, et cetera, over time and things.

17   Q.   All right.  And we talked about -- we've talked several

18   times about a voting notice, comment, hey, maybe you want to

19   look at this, Mr. County, a second time, they -- that's gotten

20   mixed up in the press along with the term voter fraud to create

21   some divisiveness in this country.

22   But let's look at that.  Now, the word SEALs appeared in a

23   transcript of a conversation in a private meeting in

24   Dana Point, California.

25   Do you know that?

1  **A.**   I don't remember the specifics.  I remember reading where

2  it was cited.

3  **Q.**   Okay.  And Dana Point is kind of close to Coronado Island;

4  right?

5  **A.**   I believe so, but there again --

6  **Q.**   And there's a SEALs base there?

7  **A.**   I'm sorry?

8  **Q.**   There's a SEALs base there; right?

9  **A.**   I don't remember.  But I suspect so, if you're saying it.

10  **Q.**   And so if you're thinking about a veteran, isn't it

11  possible, you're in that place in the country, you might

12  mention a retired, you know, Navy SEAL as opposed to a retired

13  Army veteran or, you know, Army major?

14  **A.**   As I told you before, in the abstract, I would concede

15  that anything's possible, pretty much.  I mean, there's some

16  things I think we agree on that are not.  But it's possible.

17  **Q.**   Did -- did Ms. Engelbrecht say that what we need to get

18  are Navy SEALs or off-duty officers in crisp uniforms sitting

19  behind those desks?  Did she say that?

20  **A.**   I don't believe so.  I think it was people who are

21  unafraid to tell it like it is or something like that.  We can

22  look in my report and --

23  **Q.**   What's wrong with somebody who's willing to tell it like

24  it is?

25  **A.**   In the context of announcing that you are going to

1  challenge 300,000 and ever how many 400-something votes --

2  340,000 votes to -- you look at separate pieces of evidence as

3  a historian.  And that would come into that kind of context.

4       Particularly, when this is done right after you have

5  talked about setting up the -- sorry -- setting up the hotlines

6  and the things.

7       And also that you are working with a certain political

8  party and particularly that you're offering bounties for

9  suspected -- for suspected actions that might not be legal, I

10 guess.  That may not be the way I should phrase it.

11 **Q.**   How -- how widely distributed was information about what

12 you've termed bounties?  How widely distributed across the

13 entire state or -- entire state, how widely distributed was

14 that notification that, hey, you may win a lottery -- the

15 lottery here, how broadly?

16 **A.**   I do not know.  I was not asked to see.  What I saw was --

17 I found it on a website.  And if you are people who are

18 following this kind of thing, that you're sort of looking for

19 things like this, you might be drawn to that website, just like

20 you've told me about -- or sort of -- I don't want to say you

21 accused me.  Maybe you weren't.  I took it offensively -- that

22 you meant offense -- that I was looking at only certain kinds

23 of evidence.

24      As you said, people in this society today do sort of

25 follow different mediums.  Some people watch MSNBC.  Some watch

765

```
 1    Fox.  So the same thing about this website.
 2         I would guess -- my guess is, except for people like me,
 3    who are doing research to see what was there, certain people
 4    would be drawn to that website.  That's a hypothetical.  But I
 5    think it makes sense in the totality of circumstances.
 6    Q.   All right.  Let's do this.  Let's assume everybody in this
 7    room has volunteered to be a -- to be a poll watcher, one way
 8    or the other.
 9    A.   I'm sorry.  I didn't hear the last part.
10    Q.   Let's -- let's assume everybody in this room has
11    volunteered to be a poll watcher somewhere.  All in plain
12    clothes, like we are.  I think the only uniform is over there,
13    the Judge's robe.
14         Can you tell which ones of us are military veterans?
15    A.   No, I probably could not.
16    Q.   And then I'd like finally to go to Page 27.
17    A.   Could I -- can I finish though that?
18    Q.   Yeah.
19    A.   But if I had known that military veterans were recruited,
20    then I might be a little suspicious.  Though I couldn't tell.
21    I might be worried about that if I were a potential voter.
22    Q.   How many -- how did Ms. Engelbrecht go about recruiting
23    former or military veterans?
24         What exactly did she do to recruit?
25    A.   I don't remember at this time.  If I did know, I was
```

1    interested in the statement that she wanted these people and

2    the reason was because they were not afraid -- we can go back

3    and look up this quote, if you want me to.

4    **Q.**   Because they followed instructions; right?

5    **A.**   Well, it was more than that, too.  They followed

6    instructions.  But also because they had the courage or

7    something.

8         Why don't we look at what the quote was -- okay? --

9    instead of me trying to remember it at this hour of the day.

10   **Q.**   I'll try to locate that for you.

11   **A.**   Thank you.  Me, too.

12             MR. WYNNE:  Does somebody have the actual quote?

13             THE WITNESS:  It's in here somewhere.  If we had a

14   computer, we could search it.

15             THE COURT:  What quote are you looking for?

16             THE WITNESS:  It's what was said about that they had

17   the courage to do something.  And I'm just to tired now -- I

18   was trying to see.

19   BY MR. WYNNE:

20   **Q.**   Let me come back to that.

21        How many military officers in uniform, veteran or

22   otherwise, that Ms. Engelbrecht recruited actually worked as

23   poll watchers, election judges, or any other capacity at the

24   runoff election in January of 2021?  How many?

25   **A.**   I was looking and picked up in part of it.

1          THE COURT:  Well, let me ask this question.

2          THE WITNESS:  The question is, is what --

3          THE COURT:  Let me ask this question.  Who decides

4     who's going to be the poll watchers?  Who decides that?

5          THE WITNESS:  Well, it depends on what you mean by

6     poll watchers.  The official poll watchers --

7          THE COURT:  Can anybody off the street on election

8     day walk in there and say, I'm going to be a poll watcher

9     today?

10         THE WITNESS:  Not the official poll watcher who are

11    working there.  But this is part of the issue.  Can you just

12    have other people who are there to challenge people saying they

13    are poll watchers and not official that have been recruited to

14    do this?

15         THE COURT:  I guess what I'm asking:  Just because

16    True the Vote may have wanted somebody to be a poll watcher,

17    does that automatically happen?

18         THE WITNESS:  I would not think so.  That's, again, a

19    hypothetical.  But I think we're talking about two different

20    things, where people who are at the polls extracurricular

21    observing as opposed to those who have been hired to be an

22    official poll watcher.

23         THE COURT:  How many -- you say extracurricular, in

24    other words --

25         THE WITNESS:  Well, I need a better word.  I'm sorry,

 1    Your Honor.

 2         THE COURT:  I guess the point I'm trying to make is

 3    that any and everybody cannot be a poll watcher.

 4         MS. BRYAN:  Your Honor, if I may.  There's a Georgia

 5    statute about how you get to be a poll watcher.  It's 21.2408.

 6         THE COURT:  Will you read that.  I'm sure it's right

 7    in front of you.

 8         MS. BRYAN:  Pardon me?

 9         THE COURT:  Read that, please.

10         MS. BRYAN:  I want to make sure that I've got the

11    most current version of it.  So if you'll give me one minute to

12    make sure I've got the most current version.

13         THE COURT:  While Ms. Bryan is looking that up, the

14    point I'm trying to make is that, in all due respect, just

15    because an organization wants somebody to be a poll watcher

16    does not mean they're going to be one.

17         Have you found it?

18         MS. BRYAN:  Your Honor, it's very lengthy.

19         THE COURT:  Read through it and just pick out the

20    part that's pertaining to who we're talking about.

21         MS. BRYAN:  Subsection A1 says in a primary or runoff

22    primary, each candidate entitled to have his name or her name

23    placed on the primary or runoff primary ballot may submit the

24    name of one poll watcher for each precinct in which he or she

25    wishes to have an observer to the chairperson or secretary of

1   the appropriate party executive committee at least 21 days

2   prior to such primary or 14 days prior to such runoff primary.

3           The appropriate party executive committee shall

4   designate at least seven days prior to such primary or runoff

5   primary no more than two poll watchers for each precinct.  Such

6   poll watchers to be selected by the committee from the list

7   submitted by party candidates.

8           Official poll watchers shall be given a letter signed

9   by the party chairperson and secretary if designated by a

10  political party containing the following information.

11          Name of official poll watcher, address, precinct in

12  which he or she shall serve, and the name and date of primary

13  or runoff primary.

14          At least three days prior to the primary, a copy of

15  the letter shall be delivered to the superintendent of the

16  county or municipality in which the poll watcher is to serve.

17          And it continues.  There's a Subsection 2 that runs

18  about twice as long as that.  But it's in the code.

19          THE COURT:  I guess -- thank you, Ms. Bryan.

20          What Ms. Bryan just read is what I'm trying to point

21  out is that a private organization does not determine on their

22  own who's going to be a poll watcher.

23          So I'm trying to figure out, yeah, you can ask anyone

24  to be a poll watcher, but there's a procedure to follow that's

25  required for a person to be a poll watcher.

1          If the Democratic party or the Republican party says,

2   no, or if the board of election chairperson says, no, that

3   person is not a poll watcher.

4          So it's fair to say then that if a person gets to be

5   a poll watcher, they have gone through a procedure in that

6   county where county officials or the Democratic or Republican

7   party officials have signed off on them to become a poll

8   watcher; right?

9          THE WITNESS:  Yes, sir.

10          THE COURT:  So the other thing is I don't think they

11   just sign off on everybody.  They have a procedure.  So if a

12   person is there, they're probably there legitimately; right?

13          THE WITNESS:  That's going to be for you to decide,

14   and I hope my context -- I found what page, at least -- it's in

15   there twice, I think.

16          MR. WYNNE:  Yeah, it's Page --

17          THE WITNESS:  It's on Page 23.  Would you like me to

18   read from --

19   BY MR. WYNNE:

20   **Q.**   Yeah.  Page -- Page 23 --

21   **A.**   Third line.

22   **Q.**   Sub -- well, the subheading, because we've got to put it

23   in context, right, to understand the words.

24          It says, b, True the Vote's 2020 voter election challenge

25   effort, which was part of your research.  I would like you to

 1    read the first couple of sentences there.

 2            THE COURT:  Which page?

 3    BY MR. WYNNE:

 4    **Q.**   It's Page 23 at the top.

 5    **A.**   The first just to say you added a word there.  It's

 6    True the Vote's 2020 voter challenge effort, not voter

 7    election.

 8    **Q.**   Excuse me --

 9    **A.**   I just wanted to -- I know --

10            THE COURT:  Just read -- just read the line --

11            MR. WYNNE:  -- it's a white lie, but that's okay.

12            THE COURT:  Just read the lines he asked you to read,

13    please.

14            THE WITNESS:  All right.  Which do you want me to

15    read?  What he said or what I had said that I found?

16    BY MR. WYNNE:

17    **Q.**   Well, beginning at the -- right under the subheading

18    begins True the Vote's, you know, possessive there.

19    **A.**   True the Vote's aggressive efforts to hunt down alleged

20    instances of voter fraud threatens to suppress minority voter

21    turnout in Georgia's 2020 general election, 2021 Senate runoff

22    election.

23        In the months before the 2020 general election,

24    True the Vote sketched out an aggressive campaign to recruit

25    off-duty police officers and former Navy SEALs to patrol

1   polling places.

2       As True the Vote founder Catherine Engelbrecht described,

3   True the Vote sought individuals -- and this was the quote I

4   was trying to think of -- quoting, who understand and respect

5   the law and order and chain of command and are, quote, unafraid

6   to call it like they see it.

7           THE COURT:  Thank you.

8   BY MR. WYNNE:

9   **Q.**   Okay.  Now, you realize that this quote was from a private

10  meeting in, as I say, Dana Point, California?

11      You know that?

12  **A.**   You have told me that, of course.

13  **Q.**   Okay.

14  **A.**   I am looking at a newspaper reporter's coverage of this.

15  So I did not look at this private statement.

16  **Q.**   But you do say -- you do say here that in the months

17  before the 2020 general election --

18  **A.**   Again, put me where you are on my report.

19  **Q.**   Well, sure.  I'm about the third sentence down.

20  **A.**   Yeah, I see it.

21  **Q.**   Second sentence.

22      In the months before the 2020 general election,

23  True the Vote sketched out an aggressive campaign.

24      Now, I've got a piece of paper.  I could sketch on it.

25      Do you know that -- if there's any type of sketch like

1    that that Ms. Engelbrecht made?  A sketch?

2    **A.**    No, I do not.  It's used as a verb as a way to outline to

3    support the quote that I used to back it up here.

4    **Q.**    And that's in the months before the 2020 general election.

5         The point there it was, you know, right preceding that

6    2020 general election, which is -- as I recall, is the first

7    week in November of 2020; right?

8    **A.**    I believe that's correct, without looking at a calendar

9    and going back to 2020.

10   **Q.**    Would it surprise you that that quote was actually from a

11   private meeting in February of 2020, about ten months before

12   that?

13   **A.**    I don't think it would surprise me about the timing.  It's

14   before the election.  And it was said.

15   **Q.**    Well, it wasn't two months before the election as you

16   imply.  It was a good ten months before the election.

17        Does that change your opinion at all?

18   **A.**    Well, what I'm saying is this is -- as I understand it

19   from the evidence, is those two months when they start

20   campaigning to run a campaign to recruit the people.

21   **Q.**    Uh-huh (affirmative).

22   **A.**    Not when she said that they wanted to do it.

23        Is that what you're asking me?

24   **Q.**    I asked you, you put this -- you wrote in the context that

25   in the months before the 2020 general election -- I'll give you

1    February is before November.

2        But in the months before, True the Vote sketched out

3    something you can't identify, an aggressive campaign.

4        What I'm asking you is:  If, in fact, what you -- what's

5    quoted here is from February of 2020 and not October, say, of

6    2020, would that impact your conclusions?

7    **A.**   I'd have to understand more context.  But I don't think

8    so.  I'm quoting the fact April 11th, 2020, in the footnote.

9    **Q.**   Uh-huh (affirmative).

10       Okay.  I'll move on.  I'll take that -- I'll take that as

11   a no.  You used the --

12   **A.**   A no to what answer?  I'm sorry.  What are you taking as a

13   no?

14   **Q.**   Well, that -- that the fact -- if I were to tell you that

15   the quotations of Ms. Engelbrecht cited here came out of her

16   mouth or not in February of 2020, not immediately before the

17   November general election, would that change your opinion that

18   those quotations somehow contributed to an atmosphere of

19   intimidation present January 5th, 2021, runoff?

20   **A.**   I do not believe so.  It would depend on all sort of

21   context or, you know, did she say but we're not going to do

22   this and implement it in a couple of months before.  So I

23   cannot say -- what I -- what I stand by is what I wrote here

24   and following this description in a news release.

25   **Q.**   Are there any African-American Navy SEAL veterans?

1    **A.**    Yes.

2    **Q.**    Are there any African-American off-duty police officers?

3    **A.**    Yes.

4    **Q.**    Did you look into the percentages?

5    **A.**    You mean in Georgia?  In the United States?  In the world?

6    What do you mean?

7    **Q.**    Anywhere.  Did you look at the percentages in Georgia of

8    former Navy SEAL officers who were African-American as opposed

9    to Latino as opposed to white?

10    **A.**    No.

11    **Q.**    Would that make a difference with your hypothetical person

12    approaching the polling place whether the former Navy SEAL was

13    African-American or white?

14    Would that have an impact?

15    **A.**    It would -- it would influence how I interpreted it.  But

16    it would also depend on who the voter was, where they were, and

17    what their experiences had been with people.  And particularly

18    if they had read that there were going to be these kind of

19    people at the poll to make sure that they are not voting or

20    committing voter fraud.

21    **Q.**    At the polls, not in uniform; right?

22    **A.**    You're -- you're telling me that they're at the polls and

23    not in uniform in 2020; correct?

24    **Q.**    Do you have any evidence that there was any poll watcher

25    who was in uniform in 2020?

**A.**   No, not -- not in this report.

**Q.**   Do you -- did Ms. Engelbrecht in the quote we've just read, you know, say we're only going to recruit white former Navy SEALs?  Did she say that?

**A.**   No.  But I guess I don't understand your point.  It's still an authority figure.  We saw in Memphis that, you know, sometimes police officers of a certain ethnic group can misuse their authority and that impacts different people differently when they realize that they are going to be perhaps challenged by a former SEAL or a military officer or a police officer, whether they're Black or white, to varying degrees.

     I think it does matter, in fact, that -- whether they're a white or a Black individual.  But it doesn't mean for a person voting may have had a very different experience with a Black Navy SEAL or a Black military -- former military person, or a Black policeman than we would assume that it would happen.  Because all of these things are at the individual level of how people perceive if they are being intimidated or not to vote.

**Q.**   Are you suggesting that the county boards who go through the screening process, who put people through the screening process the Judge has gone through, that they screen for that -- could anybody possibly be intimidated by this person we're considering appointing as an election poll worker?

     Do they have that?

**A.**   And these are the official poll watchers, not just --

1    **Q.**    Any.

2    **A.**    Well, there's a difference.

3    **Q.**    Okay.

4    **A.**    As the Judge said -- I believe he said.  Maybe I'm

5    mischaracterizing here, Your Honor -- that anybody just walking

6    off the street and sitting there to challenge people is

7    different than someone who is an official poll worker, selected

8    through that process and training.

9           THE COURT:  Well, somebody just walking off the

10   street can't be a poll watcher.  They have to be officially

11   approved through a process and procedure that Ms. Bryan just

12   read a few minutes ago.

13          Go ahead.

14   BY MR. WYNNE:

15   **Q.**   You're not claiming that somebody is outside the line and

16   just challenging people at random?  That's not your allegation,

17   are you?

18   **A.**   I'm not.  But I believe that has happened at places.

19   **Q.**   Do you have any evidence that True the Vote was behind any

20   of those kinds of -- any of that mischief?

21          Do you have any evidence?

22   **A.**   Not at this time.  And I was not asked to look for that

23   kind of evidence.  Mine was to put it in historical perspective

24   so we could understand how voters might feel when they

25   encounter voter challenges.

1    Q.   You used the adjective aggressive twice in the first three

2    lines here, adjective aggressive.

3         What was it about Ms. Engelbrecht's suggestion that former

4    military officers of whatever branch volunteer or at least make

5    themselves available to the county officials -- what about that

6    is aggressive?

7    A.   Well, I would say that you're looking for individuals who

8    understand and respect law and order, which means different

9    things to different people when you say law and order and chain

10   of command and are unafraid to call it like they see it.

11        Secondly, that you're offering rewards to report voter.

12        And, secondly, that you have put a hotline, bilingual

13   hotline, and a website there to encourage people to come forth

14   with any suspicions.

15   Q.   Uh-huh (affirmative).

16        Okay.  Is that the universe of factors?

17   A.   That's some that I remember at this time without going

18   back through.

19   Q.   Okay.  Well, what exactly is wrong with someone who

20   understands and respects law and order and the chain of

21   command?

22        What's wrong with a person who has those characteristics?

23   A.   I would say, to me, there is nothing wrong.  But then I am

24   not every voter, which some voters when they hear law and

25   order, they begin to be concerned that they may be doing

1    something wrong.

2         And it can work as an intimidation factor to, in fact --

3    excuse me.  They can feel intimidated in that context.  It's

4    just one.  It's no one thing.  It's all these different things

5    that add together that helped me to come to this conclusion.

6    **Q.**   So what you're saying essentially, if a person -- just to

7    give you an example is told, well, you're in the wrong

8    precinct, you've got to go to another, that official who tells

9    me that is following the law, respecting the law, and the chain

10   of command that is what the county told me to do -- told the

11   person to do.  So the person there is respecting the law.

12        What's wrong with that?

13   **A.**   I think it has to be interpreted in how that specific

14   example is used and done.  And because there had been these

15   press releases and newspaper coverage saying that we are going

16   to recruit people.  And I don't think it's just official poll

17   watchers, but unofficial poll watchers that were being

18   recruited to make sure.

19   **Q.**   Is it your testimony that a person who hasn't been vetted

20   in some way by political parties or the counties can just kind

21   of loiter in the polling place and challenge people at random

22   or serve security -- private security?  Has that happened?

23   **A.**   I believe it has.  But I don't have a specific example

24   here.  And it doesn't really matter in terms of the conclusions

25   that I have come to in terms of how voters individually

1   interpret whether or not they are being intimidated.

2   **Q.**   And I think I asked you:  What's wrong with a person who's

3   unafraid to call it like they see it?

4   **A.**   Well, one thing, it is suggesting that other poll workers

5   aren't calling it like they see it that are being recruited by

6   the parties and things.  If it says these -- we are

7   specifically -- want the other.  I think there is that

8   implication, for one thing.

9   **Q.**   Well, that's really not my question.  Just the statement

10  in isolation.  And you don't have Ms. Engelbrecht's state of

11  mind at the time.

12       What's wrong with -- we're in the middle of the World

13  Series now, I think.

14       What's wrong with the umpire, in this case, the election

15  judge, unafraid to call it like they see it?

16       What's wrong with that?

17  **A.**   Well, in the abstract, there's nothing wrong with it.  But

18  how it is used with the voter, given the context of everything

19  else that's happened, even recently but certainly in the past,

20  which is part of it.  It depends.

21            MR. WYNNE:  May I have a moment to confer?

22            THE COURT:  Yes, sir.

23            **(There was a brief pause in the proceedings.)**

24  BY MR. WYNNE:

25  **Q.**   The final area I want to talk about is on Page 27.

1          Page 27, under conclusion, second paragraph, beginning

2    with True the Vote.

3          I'd like you to read the first three sentences in your

4    conclusion.

5    **A.**    Under C?

6    **Q.**    Under C, the second paragraph, beginning, True the Vote

7    seems...

8    **A.**    First full paragraph.

9          True the Vote seems to accept the premise that fewer

10   voters are better than a true democracy.  Rather than

11   celebrating high voter turnout, the organization's haunted by

12   imagined fraud.  Its tactics are in line with disfranchising

13   measures that date back to Reconstruction.

14         The question of who deserves the right to vote -- who

15   deserves the rights of citizenship was settled by the

16   Thirteenth, Fourteenth, Fifteenth, and Nineteenth Amendments

17   and then enforced through the Voting Rights Act.

18   **Q.**    Okay.  What you say -- and I want to focus on the first

19   sentence.

20         True the Vote seems to accept the premise that fewer

21   voters are better than a true democracy.

22         You understand that's a pretty strong statement.

23   **A.**    Yes.  I believe that because of the turnout, in particular

24   the 2020 election, that this raised concerns that people were

25   not -- were voting who were ineligible to vote.  And this was

1    said by the former President of the United States, and a lot of

2    other people.

3         Instead of celebrating that particular groups of people

4    are now exercising their citizenship rights to vote, it was a

5    concern to find ways to discourage people from voting.

6    **Q.**   Now, the former President of the United States is involved

7    in several trials.

8         This ain't one of them, though, is it?

9    **A.**   As far as I know.  But I'm not sure who all is involved in

10   this.

11   **Q.**   Okay.  You have --

12           THE COURT:  He's not in this one.

13           THE WITNESS:  I thought so.  But I don't want to --

14   because I don't know who is and isn't.

15           THE COURT:  He's not in this one.

16   BY MR. WYNNE:

17   **Q.**   Your comment is about True the Vote and not the former

18   President or anybody else.

19        But True the Vote seems to accept the premise that fewer

20   voters are better than a true democracy.

21        And you've gone through and provided during your testimony

22   the basis for that statement; right?

23   **A.**   I believe that I have, particularly in the context of

24   starting with 1867, every time that particular minority voters

25   or other voters who had not been able to participate have a --

1    a real chance --

2    **Q.**    Uh-huh (affirmative).

3    **A.**    -- to vote for candidates of their choice or to make a

4    difference in the election, then things are done to try to keep

5    them from voting or discourage them, including, as I -- this

6    report was to show voter intimidation in different ways.

7        And certainly one of them is, in fact, through voter

8    challenges, which historically have been used very successfully

9    in Georgia.

10   **Q.**    Okay.  You say, again, True the Vote seems to accept the

11   premise that fewer voters are better than a true democracy.

12       Is your conclusion, without having read her deposition,

13   without having spoken with her, without having followed up on

14   any of the sources you cited, do you feel comfortable saying

15   that Ms. Engelbrecht accepts that premise?

16   **A.**    I did not say Ms. Engelbrecht accepted it.  I said that

17   the organization, from my evidence that I have presented, seems

18   like many other times in the history of Georgia that a group

19   gets concerned when there are a lot of voters who are turning

20   out that can make a difference, then particularly when it can

21   make a difference to certain elections and have an influential

22   vote.

23   **Q.**    Here's the problem with --

24   **A.**    And I also said seems, didn't I?  In other words, I

25   qualified it.  This is my perception to lead into where I was

1   going.

2   **Q.**   Well, you tried to distinguish between True the Vote and

3   Ms. Engelbrecht.  But you realize you acknowledged that

4   Ms. Engelbrecht is the founder.  And the two statements I'd

5   suggest you take out -- words you take out of context you

6   attribute to Ms. Engelbrecht; right?

7   **A.**   You would have to point me to which words that you think I

8   take out of context.

9   **Q.**   The word bounty and the word SEALs.  I'll take those.

10  Those two quotes, those two phrases that -- those two words

11  that are included in quotes that you characterized as

12  aggressive, those are attributed to Ms. Engelbrecht; right?

13  **A.**   I believe that's such a compound statement, I cannot agree

14  with how you characterize what I said.

15  **Q.**   Okay.  Who do you believe uttered the word bounty as

16  you've described and used your account to that word here?  Who?

17  **A.**   I don't remember who attributed -- I remember in -- I

18  believe in the North Carolina example, I used the word bounty

19  or incentive.  But I don't remember where I -- where I have

20  quoted bounty.  You can show me, and I will accept that.

21  **Q.**   I think the evidence bears -- who made the quote in which

22  the word SEALs was referenced?  Who?

23  **A.**   Well, I got it from a newspaper source.

24  **Q.**   Are you willing to -- willing to agree with me that the

25  allegation in the quote is attributed to Ms. Engelbrecht?

1       You're going to argue with me about that?

2   **A.**   I'm not going to argue, but I'd like for you to show me

3   that I have done that before I agree to it.  So give me the

4   page number and --

5   **Q.**   Yeah.  Let's look at Page 23, which I think you just read.

6   **A.**   Right.

7   **Q.**   And the fifth line down under Subparagraph B,

8   True the Vote, would you read that again.

9   **A.**   Yes.  True the Vote founder Catherine Engelbrecht

10  described, True the Vote sought individuals, quote, who

11  understand and respect law and order and chain of command and

12  are, quote again, unafraid to call it like they see it, quote,

13  end of quote.

14  **Q.**   Okay.  So this sequence of statements here, is it fair to

15  say that it's being attributed to Ms. Engelbrecht?

16  **A.**   Yes.  That is what I assume from Lee Fang and Nick

17  Surgery's reporting in The Intercept.

18  **Q.**   Okay.  And is it -- is it fair to say that your statement,

19  second paragraph of your conclusion --

20  **A.**   What page are you on?

21  **Q.**   Page 27.

22  **A.**   Hold it a moment.  And which -- which --

23  **Q.**   Second paragraph.

24  **A.**   True the Vote, starting there?

25  **Q.**   True the Vote seems to accept the premise that fewer

1    voters are better than a true democracy and that rather than

2    celebrating high voter turnout, the organization is haunted by

3    imagined fraud.  Its tactics are in line with, a bracket, a

4    pattern, are in line with disfranchising measures that date

5    back to the Reconstruction.

6        Is it fair to say that in this conclusion, which is all of

7    two paragraphs long, that you are attributing these opinions,

8    thoughts, feelings to Ms. Engelbrecht here?

9    **A.**    No, unless I cited that she had said that.  What I am

10   saying is there's a historical pattern that challenge laws have

11   been used.

12            THE COURT:  How do you separate True the Vote from

13   Ms. Engelbrecht?  How do you separate them?

14            THE WITNESS:  You know, I don't know, Your Honor.  I

15   really haven't studied that.  I know that she's the founder of

16   it and I assume the head.  And so she's making these statements

17   about True the Vote.

18            THE COURT:  I have asked because the point Mr. Wynne

19   is trying to make is that True the Vote is represented here

20   today by Ms. Engelbrecht.

21            So if you say True the Vote seems to accept the

22   premise that fewer voters are better than a true democracy,

23   Mr. Wynne's question basically is saying you are really

24   attributing that to Ms. Engelbrecht.

25            THE WITNESS:  But I don't think that I was when I

1    wrote this.  I think I was talking about the organization and

2    the historical pattern that goes with other things and not

3    trying to single out an individual.

4            THE COURT:  But, again, how do you separate the two?

5            THE WITNESS:  It's a good question, beyond what I was

6    asked to do.

7            MR. WYNNE:  All right.  Last couple of questions, I

8    promise.

9    BY MR. WYNNE:

10   Q.   You also say -- in the thing we've quoted a couple of

11   times, you say, rather than celebrating high voter turnout, the

12   organization is haunted by imagined fraud.

13        Are you saying Ms. Engelbrecht does not celebrate high

14   voter turnout?

15   A.   Yeah.  I'm not saying, again, Ms. Engelbrecht.  Now, I

16   understand the Judge's concern.  But the organization talks

17   about imagined voter fraud.  Or that I haven't seen the

18   evidence.  Maybe it's there.  But I have not seen the evidence

19   of large-spread voter fraud.  Both, you know, Secretary

20   Raffensperger, Governor Kemp, former secretary, said there was

21   not widespread voter fraud.

22   Q.   And they're not testifying here today, are they?

23   A.   No.  But I looked at their conclusions.  And I am and

24   using their conclusions to make the statement.  You opened that

25   door.

1    **Q.**   All right.  Well, what you say is the organization, which

2    means Ms. Engelbrecht --

3    **A.**   To you.

4    **Q.**   -- is haunted by imagined fraud.  So you are testifying

5    that Ms. Engelbrecht is haunted by imagined fraud.  Those are

6    your words.

7    **A.**   I don't think --

8    **Q.**   Are you sticking to it?

9    **A.**   I don't think -- I did use the words that Ms. Engelbrecht

10   is haunted by.  I think I said it seems to me from the evidence

11   I drew the conclusion that True the Vote as an organization is

12   haunted by, hung up on, talks about the reasons they are doing

13   this is because of widespread voter fraud.  And she may, in

14   fact, have said that.  But at this moment, I don't remember.

15   **Q.**   Well, it's interesting --

16   **A.**   Specifically because I'm speaking of True the Vote here.

17   Now, she is the founder and head.  And you can -- but I am not

18   trying to read into her mind.

19   **Q.**   That's interesting.  Tomorrow's Halloween.  Haunted.

20   Haunted house.

21        Now, who is haunting the house?  Can an origination --

22   well, that's not the greatest example.

23   **A.**   Yeah, a haunted house --

24   **Q.**   But how can an organization be haunted?

25   **A.**   You're right.  It's just like a haunted house.  You said

1   haunted house, didn't you?

2           THE COURT:  Hold on.  Hold on.  Hold on.  We're not

3   going down that path.

4           Ask another question.

5           MR. WYNNE:  All right.  One -- one last thing.

6   BY MR. WYNNE:

7   **Q.**   Its tactics are in line with disfranchising measures that

8   date back to Reconstruction.

9       I read that right?

10  **A.**   Yes.

11  **Q.**   But you have gone to great pains this afternoon to tell me

12  how or trying to distinguish between Ms. Engelbrecht and her

13  view on race relations and so forth is not necessarily

14  consistent with and that you're not trying to tie her into some

15  historical pattern dating back, you know, to sort of the

16  antebellum era.

17      You've been telling me that all day, haven't you?

18  **A.**   I don't know if all day, but I have certainly said I was

19  not talking about Ms. Engelbrecht except where I cited her as

20  an example of True the Vote, as the founder and leader.

21  **Q.**   You realize that --

22  **A.**   I don't understand -- go ahead.

23  **Q.**   -- just about -- I would say about everything you've said

24  this afternoon is inconsistent with this conclusion that its

25  tactics are in line with disfranchising measures that date back

 1    to Reconstruction.

 2         Will you agree with me that just about everything you've

 3    said is inconsistent with that conclusion?

 4    **A.**   No.  Show me where the conclusion is first, please.  And

 5    let me read it.  Show me in my report where that conclusion is

 6    and let me read it.

 7    **Q.**   Well, I just read the --

 8    **A.**   I can't find it.  I'd like to read it.  You're hard to

 9    understand.

10              THE COURT:  Hold on.  Hold on.  He was on Page 27,

11    Subsection C, where it says conclusion.  Go to the paragraph

12    that starts off True the Vote seems to accept and read down.

13              THE WITNESS:  Okay.

14              MR. WYNNE:  Third sentence, begins with its.

15              THE COURT:  Well, just let him read down.

16              THE WITNESS:  Its.  I do not believe that

17    Ms. Engelbrecht is an its, first of all.  I know there are some

18    issues about gender these days.

19              THE COURT:  I think in order to answer your question,

20    though, if you go to Page 27, C, conclusion, start where it

21    says, True the Vote seems to accept and read down.

22              THE WITNESS:  Fewer votes are better than --

23              THE COURT:  You don't have to read it out.  Just read

24    it to yourself.

25              THE WITNESS:  Okay.

1        Yes.  I don't see -- I don't agree with what he said

2   or how he characterized it, Your Honor.  I am very sorry.

3        What I am seeing is that that pattern of when voters

4   can start making a difference or have these rights accepted,

5   that's when you see voter challenges that -- well, I can go on

6   and on.  But I do not accept that that is what I said.

7        THE COURT:  What is your next question?

8   BY MR. WYNNE:

9   **Q.**   Its tactics is the subject of that sentence; correct?

10  **A.**   Its tactics, meaning True the Vote's tactics.

11  **Q.**   Are.

12  **A.**   Yes.

13  **Q.**   Which is a verb --

14  **A.**   Yes.

15  **Q.**   -- in line with disfranchising measures dating back to

16  Reconstruction.

17       And at the same time, you've described to me how

18  True the Vote and Ms. Engelbrecht and what they're doing is not

19  part of any type of pattern.

20       Do you remember telling me all about that?

21  **A.**   No.  They are -- True the Vote fits into a pattern.  I

22  hope I have said this all along.

23       THE COURT:  I think we're at the point where as the

24  trier of fact, I will determine how much of this is attributed

25  to Ms. Engelbrecht and how much of this is attributed to the

```
 1   organization True the Vote.
 2              MR. WYNNE:  I think I will sit down.
 3              Thank you very much, Dr. Burton.
 4              And good luck to you.
 5              THE COURT:  Redirect?
 6              MS. FORD:  I have none.
 7              THE COURT:  You made my day.
 8              Can Dr. Burton be excused?
 9              MS. FORD:  Yes.
10              THE COURT:  Mr. Wynne?
11              MR. WYNNE:  Yes, Your Honor.
12              THE COURT:  Thank you, Dr. Burton.
13              THE WITNESS:  Thank you.
14              THE COURT:  Thank you.
15              We'll stop right here for the day.  I'll remind
16   you-all that we're not going to have court tomorrow.  But we
17   will start back at 9:00 sharp Wednesday morning here in this
18   courtroom.
19              Did you have something you wanted to say?
20              MS. FORD:  Could I just confirm that Ms. Jocelyn
21   Heredia can also be excused?
22              MR. WYNNE:  That's fine with us, Your Honor.
23              THE COURT:  Thank you, ma'am.  You're free to go as
24   well.
25              Everybody have a safe rest of the afternoon.
```

1          I'll see you at 9:00 Wednesday morning.

2          Thank you.

3          You guys have got the patience of Job.

4          COURTROOM SECURITY OFFICER:  All rise.

5                **(The proceedings were thereby adjourned at 4:44**

6                **PM.)**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                   C E R T I F I C A T E

 2

 3   UNITED STATES OF AMERICA

 4   NORTHERN DISTRICT OF GEORGIA

 5

 6       I, SHANNON R. WELCH, RMR, CRR, Official Court Reporter of

 7   the United States District Court, for the Northern District of

 8   Georgia, Gainesville Division, do hereby certify that the

 9   foregoing 116 pages constitute a true transcript of proceedings

10   had before the said Court, held in the City of Gainesville,

11   Georgia, in the matter therein stated.

12       In testimony whereof, I hereunto set my hand on this, the

13   30th day of October, 2023.

14

15

16   _____
                                      SHANNON R. WELCH, RMR, CRR
17                                    OFFICIAL COURT REPORTER
                                      UNITED STATES DISTRICT COURT
18

19

20

21

22

23

24

25
```

**BY MR. WYNNE: [44]** 682/20 690/18 691/13 692/21 694/17 694/22 698/2 700/17 703/17 707/5 708/10 711/2 712/20 715/25 716/15 723/3 724/6 726/12 728/25 729/25 730/20 731/1 733/14 734/20 742/12 743/19 752/6 754/21 756/3 758/7 758/21 759/20 760/11 766/19 770/19 771/3 771/16 772/8 777/14 780/24 782/16 787/9 789/6 791/8

**COURTROOM SECURITY OFFICER: [2]** 743/15 793/4

**MR. WYNNE: [44]** 690/16 690/25 691/3 691/7 694/6 694/8 694/10 706/2 707/4 708/7 711/1 711/8 711/15 712/16 716/11 716/13 722/23 724/2 726/11 728/21 730/15 730/19 742/9 742/11 743/18 754/11 754/13 754/19 755/3 755/7 755/9 755/13 756/2 758/3 766/12 770/16 771/11 780/21 787/7 789/5 790/14 792/2 792/11 792/22

**MS. BRYAN: [5]** 768/4 768/8 768/10 768/18 768/21

**MS. FORD: [6]** 694/15 751/25 754/5 792/6 792/9 792/20

**THE COURT: [115]** 682/3 690/15 690/17 690/24 691/2 691/4 691/9 691/12 692/16 692/20 694/7 694/11 694/19 697/24 698/23 699/6 699/18 700/3 700/8 700/15 702/19 705/13 706/1 706/6 707/2 708/9 711/6 711/10 711/16 712/3 712/13 712/18 715/3 715/8 715/13 716/4 716/12 722/22 723/1 723/25 724/4 726/7 728/13 728/17 729/24 730/14 730/17 730/24 733/4 734/3 742/5 742/10 743/2 743/4 743/7 743/10 743/13 743/17 751/24 752/5 754/4 754/10 754/12 754/15 754/20 755/2 755/4 755/8 755/11 755/19 757/5 757/8 757/14 757/20 758/4 758/17 759/18 760/8 766/15 767/1 767/3 767/7 767/15 767/23 768/2 768/6 768/9 768/13 768/19 769/19 770/10 771/2 771/10 771/12 772/7 777/9 780/22 782/12 782/15 786/12 786/18 787/4 789/2 790/10 790/15 790/19 790/23 791/7 791/23 792/5 792/7 792/10 792/12 792/14 792/23

**THE WITNESS: [62]** 691/5 691/8 691/11 692/17 694/9 694/16 698/1 699/5 699/7 699/21 700/5 700/13 700/16 703/3 705/25 706/3 706/8 711/7 712/2 712/4 712/15 712/17 712/19 715/4 715/12 715/14 722/24 728/15 728/20 728/24 733/13 734/13 742/25 743/3 743/6 743/9 743/12 757/7 757/13 757/16 758/19 759/19 766/13 766/16 767/2 767/5 767/10 767/18 767/25 770/9 770/13 770/17 771/14 782/13 786/14 786/25 787/5 790/13 790/16 790/22 790/25 792/13

**$**

**$25,000 [1]** 687/14
**$40 [3]** 747/15 747/24 748/4
**$7.95 [1]** 718/13

**'**

**'59 [1]** 718/12

**'74 [1]** 719/15
**'81 [1]** 710/4

**-**

**-- and [1]** 692/15
**-- between [1]** 720/14
**-- of [1]** 748/19
**-- or [1]** 715/13
**-- sometime [1]** 719/23
**-- that [1]** 695/25 753/15
**-- to [1]** 783/3
**-- whether [1]** 758/15

**1**

**1-1 [1]** 722/10
**10 [2]** 697/10 742/13
**1000 [2]** 744/4 746/6
**116 [1]** 794/9
**11th [1]** 774/8
**125 [1]** 686/9
**1383 [1]** 679/24
**14 [1]** 769/2
**14th [1]** 751/15
**15 [2]** 743/7 743/10
**15th [2]** 751/4 751/8
**16 [1]** 736/6
**17 [1]** 700/20
**1867 [1]** 782/24
**1868 [5]** 693/8 736/10 736/18 736/24 737/3
**18th [1]** 685/11
**19 [1]** 719/21
**1907 [1]** 710/25
**1908 [6]** 710/25 738/17 738/18 738/20 739/2 740/4
**1909 [2]** 741/4 742/9
**1933 [2]** 739/5 740/4
**1933's [1]** 740/17
**1934 [3]** 740/9 741/4 742/9
**1964 [1]** 738/23
**1969 [2]** 719/15 720/14
**1970 [1]** 736/5
**1974 [1]** 720/14
**1980 [1]** 710/4
**1980s [1]** 710/2
**1981 [3]** 706/23 738/23 739/25
**19th [3]** 685/8 685/11 687/5
**1:30 [1]** 682/5
**1:45 [1]** 682/5

**2**

**2'20 [2]** 715/1 715/3
**2'21 [1]** 715/1
**20 [4]** 690/12 695/15 742/14 743/20
**2004 [1]** 701/1
**2008 [1]** 739/4
**2010 [5]** 743/25 744/4 745/18 750/9 752/25
**2011 [2]** 744/6 758/25
**2019 [2]** 742/21 753/1
**2020 [19]** 770/24 771/6 771/21 771/23 772/17 772/22 773/4 773/6 773/7 773/9 773/11 773/25 774/5 774/6 774/8 774/16 775/23 775/25 781/24
**2021 [6]** 751/6 751/15 752/2 766/24

**2022 [2]** 751/4 751/8
**2023 [4]** 679/14 682/2 742/8 794/13
**20th [3]** 685/8 685/12 687/5
**21 [3]** 750/6 758/23 769/1
**21-2-230 [2]** 740/19 742/8
**21.2408 [1]** 768/5
**215-1383 [1]** 679/24
**23 [4]** 770/17 770/20 771/4 785/5
**230 [9]** 709/3 733/21 733/22 738/24 739/7 740/5 740/8 740/19 742/8
**2394 [1]** 679/23
**24-hour [1]** 696/1
**25 [4]** 690/17 690/25 726/8
**27 [8]** 690/15 761/13 765/16 780/25 781/1 785/21 790/10 790/20
**28th [1]** 701/1
**2:20-CV-0302-SCJ [1]** 679/6

**3**

**30 [5]** 679/14 682/2 686/9 695/15 724/4
**300 [1]** 705/11
**300,000 [1]** 764/1
**30303 [1]** 679/24
**30th [1]** 794/13
**340,000 [1]** 764/2
**364 [1]** 704/20
**364,000 [6]** 705/1 705/18 728/10 733/15 733/18 758/8
**37 [4]** 718/23 718/25 726/13 726/16
**39 [2]** 700/21 700/24
**3:16 [1]** 743/16
**3:30 [1]** 743/11

**4**

**40 [2]** 686/9 742/20
**400-something [1]** 764/1
**404 [1]** 679/24
**42 [2]** 708/14 708/23
**47 [1]** 742/20
**4:44 [1]** 793/5

**5**

**50 [2]** 704/20 750/18
**50,000 [1]** 710/4
**56 [7]** 750/3 750/8 750/18 750/23 751/9 751/11 752/20
**5:00 [1]** 682/8
**5th [1]** 774/19

**6**

**605 [1]** 738/20
**64,000 [1]** 705/11
**65 [2]** 706/6 706/7
**6:00 [1]** 730/8

**7**

**75 [1]** 679/23
**7:00 [1]** 719/20

**9**

**90 [1]** 1/4
**98.9 percent [1]** 689/2
**9:00 sharp [1]** 792/17
**9:00 Wednesday [1]** 793/1

**A**

**A1 [2]** 736/15 768/21

**A**

**Abby [1]** 750/19
**ABC [2]** 695/4 696/11
**abhorrent [1]** 725/4
**ability [1]** 707/17
**able [4]** 713/12 733/22 753/23 782/25
**about [110]** 682/4 684/17 688/10 689/2 689/7 689/15 689/18 693/13 693/14 693/22 693/24 696/11 697/15 697/20 698/5 700/1 701/23 702/3 702/4 702/5 702/9 702/10 703/4 705/13 707/15 707/23 707/24 708/21 709/16 710/3 710/6 711/3 711/5 712/5 713/3 714/6 714/25 715/6 716/4 717/20 719/19 720/18 721/2 721/17 722/25 723/13 723/15 723/16 725/5 727/20 728/8 731/20 731/23 733/22 734/19 740/13 741/5 741/25 743/23 744/8 745/13 745/21 746/21 747/23 748/4 750/8 750/17 751/13 752/21 753/10 756/7 757/21 757/22 758/18 762/5 762/6 762/10 762/14 762/17 762/18 763/10 764/5 764/11 764/20 765/1 765/21 765/22 766/16 767/19 768/5 768/20 769/18 772/19 773/11 773/13 778/3 778/5 780/25 782/17 785/1 786/17 787/1 787/17 788/12 789/19 789/23 789/23 790/2 790/18 791/20
**absentee [2]** 734/24 735/8
**absolutely [3]** 695/7 715/14 734/14
**abstract [14]** 684/11 709/18 719/9 719/12 721/4 732/12 732/16 733/15 734/14 734/17 757/1 758/12 763/14 780/17
**abstractly [1]** 747/11
**academic [2]** 693/23 695/1
**accept [13]** 689/5 746/10 759/8 781/9 781/20 782/19 783/10 784/20 785/25 786/21 790/12 790/21 791/6
**accepted [3]** 753/4 783/16 791/4
**accepts [1]** 783/15
**access [2]** 685/18 693/19
**accessing [1]** 742/18
**account [3]** 727/23 760/19 784/16
**accounting [1]** 687/20
**accuracy [1]** 732/10
**accurate [3]** 738/3 752/18 752/20
**accusation [1]** 716/25
**accuse [1]** 717/9
**accused [6]** 702/11 714/17 714/20 716/20 716/21 764/21
**accusing [1]** 716/17
**acknowledged [1]** 784/3
**across [7]** 686/7 724/11 729/16 730/5 744/5 760/20 764/12
**act [8]** 713/19 738/25 739/1 740/14 755/16 756/18 756/24 781/17
**acting [1]** 716/21
**actions [3]** 717/11 734/4 764/9
**actual [2]** 735/1 766/12
**actually [18]** 688/5 688/18 689/4 692/23 693/4 696/22 705/3 706/6 722/24 729/15 730/4 731/6 738/12 752/25 759/21 761/16 766/22 773/10
**ad [1]** 734/15
**add [1]** 779/5
**added [1]** 771/5

**address [5]** 716/12 710/21 756/17 756/13 769/11
**addressing [1]** 711/16
**adept [1]** 685/18
**adjective [2]** 778/1 778/2
**adjourned [1]** 793/5
**adjust [1]** 689/7
**adjustment [2]** 689/11 689/15
**Adkins [2]** 742/21 742/22
**administer [1]** 721/14
**administering [1]** 722/5
**administers [1]** 748/19
**administration [1]** 735/19
**adopted [2]** 736/7 738/15
**advertisement [1]** 725/13
**advertising [1]** 704/22
**affect [1]** 706/24
**affected [2]** 686/13 717/24
**affirmative [10]** 683/5 719/22 724/20 748/18 753/14 758/3 773/21 774/9 778/15 783/2
**afoul [1]** 761/21
**afraid [2]** 749/14 766/2
**African [7]** 686/15 705/21 746/1 774/25 775/2 775/8 775/13
**African-American [6]** 705/21 746/1 774/25 775/2 775/8 775/13
**African-Americans [1]** 686/15
**after [15]** 1/6 682/17 684/13 697/13 697/21 703/7 704/22 718/13 730/8 752/19 753/3 759/2 762/10 762/10 764/4
**afternoon [4]** 711/9 789/11 789/24 792/25
**again [26]** 690/3 691/23 706/10 706/18 709/12 717/25 721/4 726/15 727/11 732/12 733/2 734/1 741/20 746/8 747/11 749/17 752/7 757/5 763/5 767/18 772/18 783/10 785/8 785/12 787/4 787/15
**Age [1]** 752/14
**aggressive [8]** 771/19 771/24 772/23 774/3 778/1 778/2 778/6 784/12
**ago [11]** 684/3 686/9 695/15 695/16 700/9 718/17 730/4 751/2 751/8 752/23 777/12
**agree [22]** 684/6 684/9 684/21 685/5 685/10 686/10 695/3 696/1 720/10 721/9 734/13 738/1 738/3 759/11 760/1 760/10 763/16 784/13 784/24 785/3 790/2 791/1
**agreeing [1]** 698/22
**ahead [8]** 688/19 690/12 692/20 710/16 725/16 760/5 777/13 789/22
**AIDED [1]** 679/20
**AILEEN [1]** 680/21
**ain't [4]** 733/24 747/23 754/11 782/8
**AL [1]** 679/7
**alien [2]** 737/6 737/25
**all [81]** 684/12 685/5 685/17 685/17 686/23 688/1 692/8 692/14 695/20 696/14 696/17 697/12 698/6 698/11 699/7 699/9 699/16 702/8 702/21 702/25 703/11 703/24 711/9 711/23 712/3 715/15 716/16 717/7 720/12 720/25 722/4 724/23 727/15 728/3 728/15 730/3 730/15 732/15 733/17 733/24 737/6 737/24 740/13 742/11

**742/13** 742/15 743/4 743/15 746/25 747/10 749/2 749/19 749/21 749/24 751/21 752/4 754/15 757/1 758/22 759/12 762/17 765/6 765/11 768/14 771/14 773/17 774/20 776/17 779/4 782/9 786/6 787/7 788/1 789/5 789/17 789/18 790/17 791/22 792/16 793/4
**allegation [2]** 777/16 784/25
**allegations [1]** 717/2
**alleged [1]** 771/19
**ALLEGRA [1]** 680/4
**Allen [2]** 710/2 710/5
**allocated [1]** 688/3
**allocation [1]** 687/13
**allow [1]** 728/18
**allowed [2]** 728/13 738/4
**alone [1]** 762/12
**along [4]** 715/13 742/11 762/20 791/22 755/22
**already [4]** 686/23 707/17 755/19 755/22
**also [21]** 683/14 688/10 692/3 697/10 701/24 704/11 707/25 709/19 714/23 726/20 726/23 727/3 745/21 748/14 752/24 764/7 766/6 775/16 783/24 787/10 792/21
**alter [1]** 727/21
**always [5]** 682/3 687/9 688/17 690/5 716/13
**am [24]** 690/3 697/21 698/16 704/6 708/7 714/20 718/21 729/14 736/13 738/6 741/11 742/14 756/12 756/16 756/17 756/23 756/25 772/14 778/23 786/9 787/23 788/17 791/2 791/3
**amazing [1]** 706/9
**amended [2]** 740/1 741/18
**amendment [2]** 706/12 738/16
**Amendments [1]** 781/16
**America [2]** 686/17 794/3
**American [8]** 705/21 746/1 750/19 761/17 774/25 775/2 775/8 775/13
**Americans [2]** 686/15 736/22
**amount [2]** 687/15 687/20
**analogy [1]** 736/1
**angle [1]** 696/5
**Annotated [1]** 709/3
**announced [1]** 726/20
**announcing [1]** 763/25
**another [12]** 685/7 696/3 696/4 696/8 708/9 721/22 745/22 754/25 755/21 756/4 779/8 789/4
**answer [19]** 684/13 684/22 687/8 695/12 696/9 697/24 702/25 703/3 706/10 706/14 707/2 710/14 716/8 732/15 749/20 752/22 761/24 774/12 790/19
**answering [2]** 747/11 758/12
**answers [1]** 702/20
**antebellum [1]** 789/16
**any [47]** 1/8 683/24 687/14 698/18 698/20 705/17 707/17 708/3 708/21 710/18 712/24 714/9 715/9 718/1 718/6 718/18 720/12 722/10 727/21 731/15 737/9 739/5 739/20 739/24 739/25 740/8 740/18 744/21 744/25 745/15 751/14 761/22 766/23 768/3 772/25 774/25 775/2 775/24 775/24 777/1 777/19 777/19 777/20 777/21 778/14

**A**

**any... [2]** 783/14 791/19
**anybody [9]** 703/5 703/9 731/23 734/7 748/24 767/7 776/22 777/5 782/18
**anyone [18]** 695/21 700/3 700/10 700/11 704/7 709/7 710/19 713/4 713/10 713/11 713/15 713/21 714/1 714/6 715/7 731/21 748/11 769/23
**anything [14]** 695/23 698/14 701/23 703/5 703/9 704/8 715/13 717/20 719/8 725/6 725/8 745/8 747/3 760/2
**anything's [1]** 763/15
**anyway [1]** 743/14
**Anywhere [1]** 775/7
**apologize [3]** 682/4 682/7 743/12
**apparently [1]** 742/6
**appear [1]** 760/1
**appeared [1]** 762/22
**applies [2]** 688/13 740/4
**apply [2]** 739/6 740/19
**appointed [1]** 721/24
**appointing [1]** 776/23
**appoints [1]** 722/14
**appreciate [1]** 724/14
**approach [5]** 694/6 711/21 725/1 725/3 725/11
**approached [2]** 726/23 727/3
**approaching [1]** 775/12
**appropriate [2]** 769/1 769/3
**approved [1]** 777/11
**April [1]** 774/8
**April 11th [1]** 774/8
**ardency [1]** 714/15
**are [140]**
**area [2]** 713/25 780/25
**areas [2]** 689/17 746/22
**aren't [1]** 780/5
**argue [1]** 785/1 785/2
**argument [1]** 759/2
**Arizona [2]** 686/4 686/6
**Arlington [1]** 746/4
**Army [2]** 763/13 763/13
**ARNEY [1]** 680/14
**around [5]** 687/21 688/2 688/2 735/4 742/21
**article [4]** 694/16 695/1 695/4 710/5
**articles [8]** 693/8 693/13 693/17 693/20 693/20 693/22 693/23 694/25
**as [133]**
**Asian [3]** 701/18 761/17 761/21
**Asian-American [1]** 761/17
**ask [31]** 684/18 685/21 688/19 688/19 689/22 690/1 690/2 695/22 698/24 700/9 712/18 712/18 716/2 716/8 718/1 721/10 728/13 728/19 729/19 731/18 737/21 742/25 745/22 751/15 753/25 754/7 755/11 767/1 767/3 769/23 789/4
**asked [28]** 687/7 703/12 706/18 706/25 717/14 717/21 717/21 727/15 729/17 736/2 737/10 737/18 737/21 745/21 753/20 753/21 758/13 758/16 758/17 758/19 758/20 764/16 771/12 773/24 777/22 780/2 786/18 787/6
**asking [33]** 688/1 688/20 689/10 693/22 694/2 698/6 703/19 707/12 710/14 710/17 716/23 717/3 720/11 720/17 720/20 720/21 720/22 732/24

**B**

**back [31]** 682/5 682/9 691/10 691/12 694/1 694/20 710/25 717/14 722/12 727/9 728/10 736/3 742/9 743/10 745/17 750/14 752/25 753/20 754/2 766/2 766/20 773/3 773/9 778/18 781/13 786/5 789/8 789/15 789/25 791/15 792/17
**background [5]** 683/18 683/22 684/7 747/14 753/16
**backwards [1]** 727/11
**bad [5]** 728/11 728/12 733/24 736/1 747/19
**balanced [1]** 696/21
**ballot [6]** 719/4 719/8 721/3 730/7 734/24 768/23
**ballots [2]** 683/14 735/8
**BAO [1]** 680/20
**Bard [1]** 736/16
**base [2]** 763/6 763/8
**based [1]** 739/3
**bases [1]** 751/23
**basic [2]** 716/9 736/4

**A**

733/12 735/20 734/4 734/9 737/12 737/13 741/7 744/19 747/1 752/20 756/19 756/21 767/15 773/23 774/4
**asks [3]** 702/20 711/24 730/10
**aspect [1]** 711/20
**aspects [1]** 734/6
**assist [3]** 727/4 745/16 760/20
**association [3]** 697/17 708/13 745/25
**assume [10]** 714/22 715/20 720/15 737/11 752/22 765/6 765/10 776/16 785/16 786/16
**assumed [2]** 693/22 693/23
**assumption [1]** 706/15
**Astros [1]** 691/15
**ATLANTA [12]** 679/24 694/2 699/21 699/22 699/24 700/3 700/11 700/25 701/1 701/3 718/13 737/3
**Atlanta-Journal [1]** 700/11
**atmosphere [2]** 713/14 774/18
**atom [1]** 758/9
**attached [1]** 1/4
**attaching [1]** 1/7
**attention [1]** 684/10
**attorney [3]** 687/23 715/5 741/7
**attorneys [2]** 717/5 753/2
**attract [1]** 705/19
**attracted [1]** 747/21
**attribute [1]** 784/6
**attributed [6]** 784/12 784/17 784/25 785/15 791/24 791/25
**attributing [1]** 786/7 786/24
**audience [1]** 693/6
**Austin [2]** 742/20 744/18
**authoritarian [1]** 749/8
**authorities [1]** 741/16
**authority [8]** 738/17 740/10 740/20 741/24 749/13 762/7 776/6 776/8
**automatically [1]** 767/17
**available [3]** 699/9 701/24 778/5
**aware [5]** 707/22 708/16 714/19 741/15 760/12
**awareness [1]** 749/4
**away [2]** 683/2 734/23
**awhile [1]** 718/17

**B**

**basically [3]** 765/9 734/9 786/23
**basis [3]** 705/8 718/20 782/22
**bathroom [1]** 743/3
**be [96]** 1/2 1/3 682/13 684/13 684/23 685/1 685/3 685/25 687/2 688/7 690/5 695/2 697/18 700/8 706/10 708/16 709/15 711/8 714/8 715/6 719/9 719/11 720/1 720/16 722/6 724/8 725/25 726/24 727/16 729/11 732/16 733/19 733/22 734/17 734/18 735/1 737/5 737/24 739/16 740/4 741/2 741/5 742/6 742/7 742/8 745/22 746/11 747/21 748/14 749/15 752/12 753/23 754/2 754/6 755/21 757/11 757/18 757/25 758/1 758/1 764/9 764/10 764/19 765/4 765/7 765/7 765/11 765/20 765/21 767/4 767/8 767/16 767/21 768/3 768/5 768/15 768/16 769/6 769/8 769/15 769/22 769/24 769/25 770/4 770/13 775/18 776/9 776/22 777/10 777/10 778/25 778/25 779/13 788/24 792/8 792/21
**bears [1]** 784/21
**because [45]** 684/1 686/10 688/12 689/6 689/19 689/19 691/20 695/9 700/8 706/11 706/15 713/8 714/25 716/24 718/14 720/15 723/4 723/22 726/21 727/9 728/8 735/22 743/1 746/22 747/4 748/22 752/9 756/13 757/12 757/13 757/14 761/24 766/2 766/4 766/6 767/15 768/15 770/22 776/17 779/14 781/23 782/14 786/14 788/13 788/16
**become [2]** 685/6 770/7
**been [41]** 682/17 684/3 686/20 692/19 695/16 697/16 701/8 701/23 702/23 703/14 704/10 706/13 706/19 708/4 708/13 709/2 709/24 710/8 711/25 719/13 719/23 728/4 728/4 728/11 734/18 735/3 737/21 741/18 749/18 750/24 750/25 755/22 767/13 767/21 775/17 779/14 779/19 782/25 783/8 786/11 789/17
**before [30]** 679/12 702/11 708/15 708/16 716/4 720/3 721/11 725/7 728/8 744/22 751/21 754/6 755/11 760/25 763/14 771/23 772/17 772/22 773/4 773/11 773/14 773/15 773/16 773/25 774/1 774/2 774/16 774/22 785/3 794/10
**beforehand [2]** 734/15 754/8
**began [1]** 710/13
**begin [1]** 778/25
**beginning [8]** 687/13 704/1 708/25 736/9 743/25 771/17 781/1 781/6
**begins [2]** 771/18 790/14
**behavior [2]** 686/3 750/8
**behind [4]** 703/10 738/10 763/19 777/19
**being [17]** 694/12 699/25 704/15 704/16 709/25 713/7 714/17 729/8 732/13 732/14 748/14 756/9 776/18 779/17 780/1 780/5 785/15
**believe [36]** 684/2 688/17 689/9 691/20 695/11 701/17 713/21 716/19 718/11 722/2 722/2 722/8 726/6 736/4 737/8 737/16 737/21 739/3 749/10 753/12 756/19 759/5 761/19 763/5 763/20

**B**

**believe...** [11]  773/8 774/20 777/4 777/18 779/23 781/23 782/23 784/13 784/15 784/18 790/16
**believed** [1]  738/5
**believes** [2]  759/15 759/22
**BELL** [1]  680/21
**BENCH** [1]  679/11
**BERSON** [1]  679/3
**besmirched** [1]  702/5
**best** [5]  697/20 699/19 700/10 752/11 752/17
**better** [11]  686/18 686/18 737/11 767/25 781/10 781/21 782/20 783/11 786/1 786/22 790/22
**between** [6]  684/19 684/23 719/23 720/14 784/2 789/12
**beyond** [1]  787/5
**bias** [4]  696/13 697/21 715/11 752/13
**bilingual** [7]  701/13 701/15 701/15 701/17 701/19 761/2 778/12
**bill** [3]  732/8 738/15 739/19
**bit** [1]  711/19
**Black** [11]  718/9 735/16 736/8 736/22 760/14 761/21 776/11 776/13 776/14 776/15 776/16
**blanket** [1]  696/12
**blanking** [2]  713/17 715/4
**block** [1]  705/5
**blue** [1]  757/8
**board** [2]  708/17 770/2
**boards** [2]  707/10 776/19
**bodies** [1]  747/5
**bonus** [1]  725/19
**book** [1]  752/14
**books** [1]  738/8
**Bopp** [1]  754/16
**Borden** [2]  700/24 701/5
**born** [2]  687/4 713/3
**both** [5]  686/17 701/16 717/5 753/6 787/19
**bottom** [4]  691/9 726/8 726/9 761/14
**bounties** [2]  764/8 764/12
**bounty** [6]  704/22 705/9 784/9 784/15 784/18 784/20
**bowl** [3]  686/12 686/14 689/19
**Bowman** [1]  713/25
**boy** [1]  746/4
**bracket** [1]  786/3
**branch** [3]  749/5 749/22 778/4
**breached** [1]  744/8
**break** [9]  688/8 703/24 708/11 733/2 743/3 743/4 743/14 743/16 759/24
**breaking** [1]  718/2
**brief** [2]  743/16 780/23
**broad** [1]  693/6
**broadly** [1]  764/15
**brother** [1]  705/5
**brought** [1]  755/3
**BRYAN** [5]  680/9 768/13 769/19 769/20 777/11
**BUNDY** [1]  680/5
**burned** [1]  703/9
**burning** [1]  702/8
**BURTON** [11]  681/3 682/9 682/16 682/21 711/17 711/18 726/10 754/6 792/3 792/8 792/12

Burton's [1]  752/2
**Bush** [1]  698/8
**businesses** [1]  688/13

**C**

**C-SPAN** [1]  696/17
**calendar** [1]  773/8
**California** [1]  762/24 772/10
**call** [11]  698/8 701/5 707/9 710/19 717/9 742/22 772/6 778/10 780/3 780/15 785/12
**called** [6]  701/9 705/2 715/4 717/2 745/21 753/21
**calling** [3]  741/20 745/21 780/5
**calls** [1]  691/19
**came** [9]  682/22 682/25 683/3 683/16 712/9 728/2 741/2 752/25 774/15
**CAMERON** [2]  680/13 731/23
**campaign** [4]  771/24 772/23 773/20 774/3
**campaigning** [1]  773/20
**campus** [1]  760/13
**can** [74]  682/10 682/13 687/8 687/21 687/23 688/1 688/2 689/9 696/7 696/16 696/18 697/20 697/25 699/19 700/9 700/11 700/14 702/21 703/18 704/19 705/9 705/10 706/3 707/2 707/22 708/20 709/17 714/10 716/13 717/11 717/11 729/19 732/7 738/8 739/19 740/4 740/21 742/7 742/25 744/3 746/18 747/16 751/15 751/25 757/21 757/25 758/1 758/1 760/5 760/5 760/7 761/22 762/13 763/21 765/14 765/17 766/2 767/7 767/11 769/23 776/7 779/2 779/3 779/20 783/20 783/20 784/20 788/17 788/21 788/24 791/4 791/5 792/8 792/21
**can't** [14]  684/7 694/20 694/21 698/18 698/20 702/21 702/22 706/14 712/11 741/18 759/18 774/3 777/10 790/8
**cancels** [3]  733/11 755/21 755/25
**candidate** [4]  731/11 731/11 735/16 768/22
**candidates** [3]  732/18 769/7 783/3
**cannot** [4]  709/15 768/3 774/23 784/13
**capacity** [1]  766/23
**card** [2]  723/21 730/9
**careful** [1]  720/16
**carefully** [1]  697/4
**caring** [1]  752/12
**Carolina** [4]  719/25 735/8 735/17 784/18
**Carolinians** [1]  685/24
**carry** [1]  720/24
**carrying** [2]  703/21 720/24
**case** [24]  684/4 689/6 692/7 699/16 700/2 709/7 710/7 713/9 715/6 727/22 737/7 738/5 738/9 740/3 740/11 741/3 741/17 743/22 749/9 754/13 754/21 755/5 755/12 780/14
**cases** [1]  687/12
**cast** [2]  705/6 727/5
**casting** [2]  705/3 705/16
**Catherine** [3]  731/23 772/2 785/9
**caution** [1]  725/12
**celebrate** [1]  787/13
**celebrating** [4]  781/11 782/3 786/2 787/11

Center [1]  752/15
**centuries** [1]  687/5
**century** [5]  685/8 685/8 685/11 685/11 685/12
**certain** [11]  697/8 715/16 723/5 745/10 762/8 762/13 764/7 764/22 765/3 776/7 783/21
**certainly** [11]  706/24 713/16 724/17 734/17 737/19 746/20 757/19 758/12 780/19 783/7 789/18
**certify** [1]  794/8
**cetera** [1]  762/16
**chain** [5]  772/5 778/9 778/20 779/9 785/11
**chair** [2]  721/25 747/7
**Chaired** [1]  747/7
**chairperson** [3]  768/25 769/9 770/2
**challenge** [31]  686/1 690/8 704/17 704/20 705/20 706/5 706/16 707/18 708/17 708/20 708/22 708/25 709/1 710/19 717/17 724/9 734/7 738/18 738/21 739/5 740/18 757/25 758/1 758/1 764/1 767/12 770/24 771/6 777/6 779/21 786/10
**challenged** [10]  700/25 704/14 704/15 709/2 709/7 710/9 712/24 713/11 714/23 776/9
**challenges** [25]  703/15 703/16 704/5 705/2 705/11 706/19 709/23 709/24 713/8 715/18 715/23 715/24 718/3 718/6 728/3 728/4 728/6 734/6 736/7 757/23 762/11 762/13 777/25 783/8 791/5
**challenging** [2]  734/10 777/16
**champions** [1]  691/15
**chance** [1]  783/1
**change** [4]  707/3 727/5 773/17 774/17
**changed** [1]  728/1
**changes** [1]  740/14
**chaos** [1]  720/6
**characteristics** [2]  704/6 778/22
**characterization** [1]  703/18
**characterize** [1]  784/14
**characterized** [4]  728/11 728/12 784/11 791/2
**charge** [1]  715/22
**charged** [1]  713/10
**check** [2]  722/6 752/13
**checked** [1]  752/8
**cheek** [1]  685/21
**choice** [2]  746/16 783/3
**choose** [2]  745/3 745/4
**chose** [1]  744/22
**CHRISTINA** [2]  680/7 692/13
**Chronicle** [3]  695/4 696/23 744/24
**church** [1]  724/11
**circulation** [1]  744/14
**circumstances** [6]  683/25 703/13 714/22 728/9 762/7 765/5
**citation** [1]  750/18
**citations** [1]  693/25
**cite** [6]  1/4 696/16 696/18 698/18 698/20 761/22
**cited** [9]  696/25 698/15 753/5 753/6 763/2 774/15 783/14 786/9 789/19
**citing** [2]  741/10 741/22
**citizen** [6]  707/17 707/21 708/16 708/18 735/25 756/12

**citizen's [1]** 747/22

**citizens [5]** 728/9 733/1 738/15 742/18 761/21

**citizenship [3]** 686/18 781/15 782/4

**city [5]** 691/14 733/6 733/19 744/16 794/10

**civic [3]** 748/14 748/22 749/25

**claiming [1]** 777/15

**clarification [1]** 751/25

**clean [1]** 720/7

**cleaning [1]** 684/13

**clear [1]** 752/1

**clearly [1]** 704/11

**Clemson [1]** 693/19

**client [1]** 702/11

**clients [3]** 714/16 714/20 758/5

**close [10]** 700/25 706/1 719/20 720/7 725/13 735/9 735/15 735/23 761/17 763/3

**closing [1]** 716/11

**clothes [1]** 765/12

**CM [2]** 1/2 1/3

**CM/ECF [2]** 1/2 1/3

**Coast [3]** 686/21 686/22 686/24

**code [9]** 709/3 714/19 738/23 739/4 739/5 739/6 740/4 740/19 769/18

**code's [1]** 740/17

**codified [1]** 738/20

**codify [1]** 739/19

**colleagues [1]** 697/17

**college [3]** 714/3 760/14 760/17

**Collegium [1]** 714/4

**Colorado [1]** 686/4

**columnist [1]** 759/1

**come [17]** 682/9 697/4 698/12 702/6 704/24 714/7 740/15 749/19 753/20 754/2 755/12 759/12 764/3 766/20 778/13 779/5 779/25

**comes [2]** 734/15 757/17

**comfortable [1]** 783/14

**coming [7]** 682/4 685/12 695/8 698/25 699/4 733/4 760/9

**command [5]** 772/5 778/10 778/21 779/10 785/11

**comment [3]** 741/25 762/18 782/17

**commenting [1]** 697/2

**commitments [1]** 754/1

**committed [1]** 708/4

**committee [6]** 739/13 739/24 739/25 769/1 769/3 769/6

**committing [4]** 756/17 756/23 756/25 775/20

**communities [1]** 761/6

**community [2]** 701/22 748/10

**companies [1]** 683/21

**comparative [1]** 686/11

**compared [1]** 703/16

**complaints [16]** 744/8 750/3 750/8 750/12 750/14 750/18 750/21 750/21 750/23 750/25 751/10 751/11 752/20 752/21 753/9 753/22

**completely [1]** 748/1

**complicated [2]** 709/12 710/3 761/24

**compound [1]** 784/13

**comprehensive [1]** 719/4

**computer [3]** 679/20 761/2 766/14

**COMPUTER-AIDED [1]** 679/20

**concede [1]** 763/14

**concept [6]** 687/21 687/22 688/2 688/20 729/7 747/21

**concern [4]** 735/22 752/12 782/5 787/16

**concerned [3]** 758/5 778/25 783/19

**concerning [1]** 740/21

**concerns [1]** 781/24

**conclude [1]** 738/25

**conclusion [18]** 713/1 713/13 718/21 728/2 745/16 779/5 781/1 781/4 783/12 785/19 786/6 788/11 789/24 790/3 790/4 790/5 790/11 790/20

**conclusions [13]** 694/1 695/8 697/5 698/12 698/25 702/6 718/20 745/7 751/22 774/6 779/24 787/23 787/24

**condensed [1]** 745/12

**condensing [1]** 746/17

**confer [1]** 780/21

**confident [3]** 714/11 752/11 753/15

**confirm [3]** 710/7 710/9 792/20

**confuse [1]** 692/18

**connection [2]** 698/6 710/20

**consequence [5]** 710/18 713/11 724/9 733/16 733/17

**consequences [1]** 731/9

**conservative [9]** 696/18 696/19 697/3 697/13 698/9 699/2 699/12 699/23 759/1

**consider [2]** 699/10 729/9

**consideration [2]** 719/10 719/11

**considered [3]** 690/5 699/20 757/19

**considering [1]** 776/23

**considers [1]** 699/22

**consistent [1]** 789/14

**constitute [1]** 734/9

**Constitution [7]** 699/24 700/4 700/11 701/1 701/4 737/3 738/16

**constitutional [1]** 742/19

**constraints [1]** 699/10

**containing [1]** 769/10

**context [26]** 690/1 690/6 691/23 703/4 703/6 706/19 715/23 717/7 717/23 718/22 734/16 741/12 745/18 750/13 763/25 764/3 770/14 770/23 773/24 774/7 774/21 779/3 780/18 782/23 784/5 784/8

**continuation [1]** 750/6

**continue [1]** 748/9

**Continued [2]** 681/4 682/19

**continues [1]** 769/17

**contradicted [1]** 695/23

**contribute [1]** 748/10

**contributed [1]** 774/18

**contributes [1]** 732/10

**contributing [1]** 713/14

**contributions [1]** 734/10

**conversation [1]** 762/23

**conversations [1]** 714/8

**Cooper [1]** 716/18

**copy [1]** 769/14

**corner [2]** 691/1 691/9

**Coronado [1]** 763/3

**correct [8]** 704/3 705/15 708/25 729/6 736/1 773/8 775/23 791/9

**corrected [1]** 734/25

**correctly [2]** 719/6 751/1

**could [41]** 685/25 686/1 688/5 688/5 688/19 697/8 697/12 699/9 700/8 703/6 708/21 709/20 717/22 717/22 724/2 724/3 724/7 725/11 731/15 731/17 731/24 732/4 734/5 734/17 740/9 743/4 748/25 749/15 752/11 756/6 761/3 761/6 761/8 762/8 765/15 765/17 766/14 772/24 776/22 777/24 792/20

**couldn't [5]** 693/8 707/13 710/3 728/24 765/20

**council [2]** 733/6 733/19

**count [1]** 709/9

**counted [2]** 709/4 731/9

**counterevidence [1]** 698/17

**counties [3]** 706/6 706/7 779/20

**country [6]** 686/7 714/17 728/9 749/3 762/21 763/11

**county [29]** 682/2 705/20 705/20 706/4 706/9 706/22 706/23 707/8 707/10 708/17 721/24 722/15 722/17 723/17 723/17 723/22 723/23 732/3 732/5 746/23 747/9 755/20 762/19 769/16 770/6 770/6 776/19 778/5 779/10

**couple [8]** 693/9 712/1 722/19 758/22 771/1 774/22 787/7 787/10

**courage [2]** 766/6 766/17

**course [8]** 689/24 704/13 714/24 740/25 747/12 750/1 752/8 772/12

**court [17]** 1/3 1/6 1/9 679/1 679/22 682/4 682/5 689/6 698/18 702/23 703/19 792/16 794/6 794/7 794/10 794/17 794/14 794/17

**COURTHOUSE [1]** 679/23

**courtroom [4]** 698/5 730/25 757/6 792/18

**cousin [1]** 713/22

**cousins [1]** 713/24

**cover [3]** 690/22 690/25 727/8

**coverage [2]** 772/14 779/15

**covered [2]** 720/16 721/5

**covers [1]** 723/5

**crazy [1]** 723/8

**create [2]** 684/15 762/20

**creed [1]** 754/25

**criminal [2]** 761/22 761/23

**crisp [1]** 763/18

**cross [4]** 681/4 682/11 682/19 702/8

**cross-examination [3]** 681/4 682/11 682/19

**crosses [1]** 703/9

**Crow [1]** 686/16

**crowd [2]** 698/8 698/9

**CRR [3]** 679/22 794/6 794/16

**cultural [1]** 761/7

**current [3]** 715/21 768/11 768/12

**CV [1]** 679/6

**cycle [1]** 696/2

D

**Dallas [1]** 744/24

**DANA [4]** 680/19 762/24 763/3 772/10

**Dana Point [1]** 762/24

**date [6]** 754/7 769/12 781/13 786/4 789/8 789/25

**dates [1]** 713/17

**dating [2]** 789/15 791/15

**Davis [2]** 716/18 734/4

**day [18]** 686/21 720/3 730/3 738/19

**D**

**day... [14]** 740/5 746/25 747/15 747/24 748/4 748/5 751/8 766/9 767/8 789/17 789/18 792/7 792/15 794/13

**days [6]** 1/4 769/1 769/2 769/4 769/14 790/18

**deal [1]** 716/11

**death [1]** 723/9

**decades [1]** 693/9

**deception [3]** 757/12 757/15 758/2

**decide [2]** 699/15 770/13

**decided [2]** 739/6 740/18

**decides [2]** 767/3 767/4

**decision [8]** 722/10 740/8 740/9 740/10 740/13 740/20 741/4 741/5

**decisions [1]** 741/16

**declaration [4]** 751/18 751/19 751/21 752/16

**defendant [2]** 684/18 737/9

**defendants [3]** 679/8 680/11 715/10

**definition [1]** 757/2

**degrees [1]** 776/11

**Dekalb [2]** 705/20 705/20

**Delaney [2]** 746/1 746/2

**deliberately [1]** 713/22

**delivered [1]** 769/15

**democracy [7]** 747/18 781/10 781/21 782/20 783/11 786/1 786/22

**Democrat [2]** 747/7 748/3

**Democratic [9]** 721/25 726/24 727/4 727/21 744/9 746/24 750/14 770/1 770/6

**democrats [1]** 738/5

**deny [1]** 736/23

**department [4]** 680/21 744/10 746/5 750/15

**depend [2]** 774/20 775/16

**depends [9]** 685/16 699/24 709/14 714/2 743/6 749/7 749/17 767/5 780/20

**deplorable [1]** 702/7

**deposed [1]** 754/6

**deposition [1]** 783/12

**descendant [1]** 703/21

**described [5]** 742/17 772/2 784/16 785/10 791/17

**describes [1]** 756/15

**description [1]** 774/24

**deserves [2]** 781/14 781/15

**designate [1]** 769/4

**designated [1]** 769/9

**desire [1]** 723/8

**desks [1]** 763/19

**despite [1]** 708/12

**detail [1]** 684/10

**detailed [1]** 684/14

**details [1]** 749/20

**determination [1]** 711/14

**determine [6]** 717/18 718/19 742/6 761/5 769/21 791/24

**develop [1]** 710/7

**development [1]** 703/14

**did [125]**

**didn't [17]** 692/2 695/23 701/12 702/13 703/10 714/9 727/14 731/5 735/12 744/11 745/4 748/1 753/9 753/11 765/9 783/24 789/1

**difference [7]** 704/16 775/11 777/2

763/4 783/20 783/21 791/4

**differences [1]** 761/8

**different [36]** 683/21 687/2 687/12 695/1 696/5 696/7 696/10 699/14 709/20 709/21 714/21 724/25 725/3 725/11 730/6 730/6 730/22 734/16 739/16 741/5 743/22 743/22 755/14 755/15 757/2 762/8 762/13 764/25 767/19 776/8 776/14 777/7 778/8 778/9 779/4 783/6

**differently [2]** 762/14 776/8

**difficult [1]** 700/8

**dire [1]** 717/15

**direction [4]** 695/21 699/17 710/23 745/10

**disagree [1]** 703/18

**discourage [3]** 742/18 782/5 783/5

**discovery [3]** 754/9 754/17 754/17

**discuss [2]** 688/21 713/4

**discussed [1]** 713/20

**discussions [1]** 739/21

**disfranchise [2]** 704/12 736/8

**disfranchising [5]** 781/12 786/4 789/7 789/25 791/15

**disheartenment [1]** 735/22

**dishonesty [2]** 757/12 757/14

**disparate [1]** 706/17

**dispatched [2]** 744/4 746/6

**disproportionate [3]** 717/12 717/19 717/20

**disputing [2]** 695/21 695/22

**disqualified [1]** 749/25

**distilled [1]** 697/4

**distinction [2]** 756/19 756/21

**distinguish [2]** 784/2 789/12

**distribute [1]** 714/18

**distributed [3]** 764/11 764/12 764/13

**district [12]** 679/1 679/1 679/13 723/6 723/9 754/24 755/15 755/20 794/4 794/7 794/7 794/17

**diverse [1]** 699/1

**divided [1]** 723/17

**DIVISION [2]** 679/2 794/8

**divisiveness [1]** 762/21

**do [187]**

**docket [2]** 1/5 679/6

**document [1]** 1/8

**documents [1]** 709/6

**DOE [1]** 679/4

**does [26]** 688/18 689/13 689/13 692/16 694/23 694/24 698/11 707/3 708/15 708/18 709/1 709/8 709/20 711/22 732/13 748/25 749/2 755/11 759/14 766/12 767/17 768/16 769/21 773/17 776/12 787/13

**doesn't [8]** 689/12 728/18 749/3 755/9 755/10 755/18 776/13 779/24

**dog [2]** 708/5 716/13

**doing [27]** 684/4 684/5 685/2 690/2 690/6 695/7 697/20 698/25 702/24 703/11 704/8 707/13 716/25 718/22 720/11 720/18 720/19 721/6 734/5 747/22 748/22 749/25 753/16 765/3 778/25 788/12 791/18

**dollar [5]** 725/13 725/15 725/18 725/19 725/21

**dollars [2]** 725/22 725/23

**don't [103]** 682/5 683/10 683/23

684/12 688/6 688/8 688/14 688/18 689/5 689/7 689/14 690/8 691/20 692/8 692/17 692/17 692/19 695/21 696/3 696/17 698/3 699/13 699/22 700/20 703/8 705/7 706/25 713/17 713/21 714/6 716/5 716/8 716/8 716/8 717/13 718/11 718/16 719/21 720/11 721/17 722/12 726/1 727/7 727/9 727/17 727/18 728/1 729/19 730/9 732/7 733/9 735/7 735/8 737/20 738/6 739/10 739/22 739/22 740/13 741/13 741/22 744/20 745/1 747/19 749/19 752/10 753/24 755/22 756/18 759/8 759/11 760/1 760/10 760/17 761/19 761/24 763/1 763/9 763/20 764/20 765/25 766/8 770/10 773/13 774/7 776/5 779/16 779/23 780/10 782/13 782/14 784/17 784/19 786/14 786/25 788/7 788/9 788/14 789/18 789/22 790/23 791/1 791/1

**done [16]** 690/4 690/7 706/22 707/13 712/1 717/10 717/23 719/9 725/8 745/17 752/11 752/17 764/4 779/14 783/4 785/3

**door [1]** 787/25

**doubt [1]** 722/13

**down [23]** 685/2 688/8 691/17 703/24 708/11 718/2 726/18 729/19 729/22 732/6 733/2 743/23 759/24 761/4 761/7 771/19 772/19 785/7 789/3 790/12 790/15 790/21 792/2

**downhole [1]** 683/20

**Dr [1]** 711/18

**Dr. [9]** 682/9 682/21 711/17 726/10 746/2 752/2 792/3 792/8 792/12

**Dr. Burton [7]** 682/9 682/21 711/17 726/10 792/3 792/8 792/12

**Dr. Burton's [1]** 752/2

**Dr. Marvin Delaney [1]** 746/2

**drawn [2]** 764/19 765/4

**drew [1]** 788/11

**DRIVE [1]** 679/23

**due [2]** 714/15 768/14

**duly [1]** 682/17

**during [4]** 750/9 754/17 754/18 782/21

**dust [3]** 686/12 686/14 689/19

**duty [7]** 748/14 748/22 749/25 762/3 763/18 771/25 775/2

**E**

**each [7]** 687/20 693/24 722/6 727/10 768/22 768/24 769/5

**earlier [2]** 726/1 746/21

**early [6]** 684/4 685/8 685/11 704/12 714/25 738/10

**East [2]** 686/21 686/22

**eat [1]** 682/6

**ECF [2]** 1/2 1/3

**economic [1]** 747/20

**economics [1]** 747/14

**edition [1]** 739/4

**editor [7]** 739/9 739/11 739/20 740/24 741/25 742/1 742/4

**editor's [2]** 739/3 739/8

**education [1]** 686/18

**effect [7]** 706/19 717/12 717/19 717/20 717/21 739/1 757/23

**effort [5]** 719/4 727/5 731/15 770/25

**E**

**effort... [1]** 771/6
**efforts [7]** 701/23 721/3 727/20 744/7 760/12 761/1 771/19
**either [8]** 688/24 693/18 698/22 733/9 745/17 746/24 748/2 756/13
**elaborate [1]** 742/22
**elected [3]** 697/16 731/11 731/12
**election [49]** 691/18 707/10 708/17 709/5 711/5 711/8 719/3 719/13 720/9 720/18 721/12 721/14 721/21 722/5 722/9 722/16 723/11 729/17 730/3 732/5 732/5 735/9 735/20 736/5 738/23 748/3 750/9 766/23 766/24 767/7 770/2 770/24 771/7 771/21 771/22 771/23 772/17 772/22 773/4 773/6 773/14 773/15 773/16 773/25 774/17 776/23 780/14 781/24 783/4
**elections [8]** 683/8 683/12 720/23 721/6 725/14 732/10 732/11 783/21
**elector [3]** 708/25 709/1 722/14
**electoral [1]** 683/8
**ELIAS [1]** 680/9
**eligibility [3]** 709/4 709/8 709/10
**else [11]** 700/3 700/10 700/11 703/5 703/9 721/10 729/16 741/10 748/11 780/19 782/18
**enacted [1]** 739/2
**encounter [1]** 777/25
**encourage [1]** 778/13
**end [5]** 687/17 688/23 704/1 750/7 785/13
**endeavor [1]** 726/25
**ended [1]** 735/3
**enforced [1]** 781/17
**enforcement [1]** 762/15
**Engelbrecht [47]** 683/3 683/24 701/8 703/8 704/7 716/18 726/23 727/3 734/4 737/8 759/5 759/14 759/21 761/4 761/16 761/23 761/25 763/17 765/22 766/22 772/2 773/1 774/15 776/2 783/15 783/16 784/3 784/4 784/6 784/12 784/25 785/9 785/15 786/8 786/13 786/20 786/24 787/13 787/15 788/2 788/5 788/9 789/12 789/19 790/17 791/18 791/25
**Engelbrecht's [3]** 683/18 778/3 780/10
**English [2]** 701/16 701/20
**enough [6]** 688/3 700/15 735/9 735/15 735/23 743/8
**ensure [1]** 683/7
**enter [1]** 689/23
**entire [2]** 764/13 764/13
**entirely [1]** 725/3
**entities [1]** 746/9
**entitled [2]** 687/20 768/22
**entity [2]** 702/5 735/19
**entry [1]** 1/5
**equipment [1]** 683/20
**era [2]** 686/16 789/16
**error [1]** 731/16
**especially [1]** 761/20
**essay [2]** 695/1 759/2
**essentially [2]** 740/3 779/6
**established [6]** 755/19 755/23 757/24 758/2 758/6 760/8
**establishing [2]** 760/13 760/21

**estimate [1]** 688/22
**estimated [1]** 688/16
**estimates [1]** 687/18
**et [2]** 679/7 762/16
**ethics [1]** 744/9
**ethnic [1]** 776/7
**Europeans [1]** 686/22
**evaluate [1]** 699/11
**evaluating [1]** 747/19
**EVANS [3]** 680/15 716/5 733/8
**Evans' [1]** 733/11
**even [19]** 688/6 696/8 698/9 702/13 704/11 705/7 710/3 712/11 717/21 718/13 726/1 735/8 735/10 735/10 735/14 753/5 758/13 760/25 780/19
**evening [1]** 720/6
**event [2]** 695/19 761/12
**ever [7]** 689/15 703/8 717/13 719/13 720/11 736/2 764/1
**every [13]** 688/16 688/22 695/3 706/4 706/9 706/22 707/8 707/21 728/5 747/7 759/6 778/24 782/24
**everybody [9]** 682/4 705/18 705/20 707/23 765/6 765/10 768/3 770/11 792/25
**everybody's [1]** 720/7
**everything [10]** 691/23 697/7 698/14 704/18 716/2 759/15 759/22 780/18 789/23 790/2
**evidence [33]** 696/14 696/15 698/16 699/15 699/16 706/7 707/25 708/4 708/18 709/18 710/23 713/6 715/19 717/6 717/8 721/7 728/16 744/7 745/9 750/7 753/6 764/2 764/23 773/19 775/24 777/19 777/21 777/23 783/17 784/21 787/18 787/18 788/10
**exactly [4]** 738/25 758/17 765/24 778/19
**examination [4]** 681/4 682/11 682/19 725/1
**example [8]** 687/10 688/12 779/7 779/14 779/23 784/18 788/22 789/20
**examples [3]** 724/24 725/4 725/7
**except [5]** 713/2 713/3 738/6 765/2 789/19
**exception [1]** 757/13
**exclude [1]** 748/12
**exclusively [1]** 745/9
**excuse [5]** 693/1 705/13 728/12 771/8 779/3
**excused [2]** 792/8 792/21
**executed [1]** 751/7
**executive [2]** 769/1 769/3
**exercise [1]** 686/17
**exercising [1]** 782/4
**exhibit [14]** 690/12 690/16 694/4 694/8 694/13 708/14 708/23 718/23 718/25 719/1 726/8 726/13 726/14 736/6
**Exhibit 16 [1]** 736/6
**Exhibit 37 [2]** 718/23 718/25
**Exhibit Number 25 [1]** 726/8
**exhibits [6]** 683/6 683/9 683/15 690/11 690/13 749/9
**experience [5]** 714/13 719/19 749/8 749/18 776/14
**experiences [1]** 775/17
**experiments [2]** 737/6 737/25
**expert [7]** 692/10 716/24 727/22

737/14 745/16 751/22 751/23
**expertise [1]** 715/21
**explain [4]** 711/20 714/15 735/12 738/9
**explained [1]** 695/9
**explanations [1]** 706/13
**exploiting [1]** 742/17
**explosion [1]** 684/8
**expressway [2]** 724/12 729/16 730/5 732/21
**extensive [1]** 738/22
**extent [1]** 757/16
**extracurricular [2]** 767/20 767/23

**F**

**fact [25]** 698/16 703/20 704/7 710/1 714/15 715/18 715/20 718/19 729/12 731/18 732/9 741/17 745/15 745/22 748/23 749/24 757/24 774/4 774/8 774/14 776/12 779/2 783/7 788/14 791/24
**factor [1]** 779/2
**factors [1]** 778/16
**facts [1]** 695/22
**faculty [1]** 697/18
**fair [14]** 679/3 691/24 700/15 705/7 715/8 732/22 732/24 745/12 752/12 757/11 770/4 785/14 785/18 786/6
**fairer [2]** 705/6 705/23
**fairly [4]** 701/21 722/5 738/1 745/12
**fairness [1]** 732/19
**familiar [3]** 683/18 688/12 729/7
**family [1]** 762/16
**Fang [1]** 785/16
**far [6]** 706/7 714/1 742/5 750/14 758/5 782/9
**fast [2]** 682/6 729/20
**Father's [1]** 752/15
**fault [1]** 754/11
**favor [1]** 754/24
**February [4]** 773/11 774/1 774/5 774/16
**FedEx [1]** 735/5
**feel [11]** 684/12 709/25 710/6 710/10 714/11 714/23 715/18 762/14 777/24 779/3 783/14
**feeling [2]** 713/7 737/17
**feelings [1]** 786/8
**Felder [2]** 735/16 738/14
**Felder-Williams [1]** 738/14
**felt [4]** 704/15 710/18 738/4 752/10
**few [1]** 777/12
**fewer [7]** 781/9 781/20 782/19 783/11 785/25 786/22 790/22
**field [1]** 683/21
**Fifteenth [2]** 706/11 781/16
**fifth [1]** 785/7
**FIGHT [2]** 679/3 691/24
**figure [3]** 710/4 769/23 776/6
**figures [2]** 749/8 749/13 762/7
**file [1]** 753/22
**filed [5]** 1/2 1/6 1/8 715/1 715/8 750/25 753/3
**filing [1]** 715/9
**filling [1]** 747/10
**final [1]** 780/25
**finally [2]** 765/16
**finances [1]** 688/3

**F**

**find [15]** 684/11 697/8 699/9 700/6
701/5 709/10 710/23 714/10 734/10
740/25 752/21 753/10 753/22 782/5
790/8
**finder [1]** 703/20
**finding [3]** 725/20 725/20 746/25
**findings [1]** 736/14
**fine [2]** 691/14 792/22
**finish [6]** 697/24 702/25 703/3 711/4
725/17 765/17
**finished [1]** 752/2
**firm [4]** 687/11 687/23 688/12 689/13
**firms [2]** 688/10 693/24
**first [26]** 684/19 690/12 704/2 710/12
710/21 719/17 719/24 723/7 727/6
728/3 734/23 736/7 736/17 751/2 757/1
758/25 761/16 771/1 771/5 773/6 778/1
781/3 781/8 781/18 790/4 790/17
**fits [1]** 791/21
**five [2]** 686/5 743/9
**flag [1]** 732/6
**flagged [1]** 732/17
**flat [1]** 730/17
**Florida [2]** 685/23 689/21
**focus [5]** 683/13 683/17 705/17 711/19
781/18
**focused [3]** 698/3 705/23 711/22
**focusing [1]** 683/24
**folding [2]** 748/2 748/21
**foldout [1]** 721/23
**folks [1]** 715/20
**follow [4]** 703/1 704/1 764/25 769/24
**followed [3]** 766/4 766/5 783/13
**following [6]** 1/1 734/2 764/18 769/10
774/24 779/9
**follows [1]** 682/18
**fond [1]** 707/15
**footnote [9]** 700/21 700/24 738/12
738/17 741/9 742/20 742/20 750/18
774/8
**footnotes [3]** 693/10 693/25 695/3
**FORD [5]** 680/7 692/13 694/11 733/6
754/4
**Ford's [1]** 754/16
**foregoing [1]** 794/9
**forgot [1]** 714/25
**form [5]** 688/21 699/1 738/22 750/12
750/23
**formal [1]** 750/25
**former [15]** 713/18 748/21 749/11
765/23 771/25 775/8 775/12 776/3
776/10 776/15 778/3 782/1 782/6
782/17 787/20
**forth [3]** 695/5 778/13 789/13
**found [6]** 735/6 750/7 764/17 768/17
770/14 771/15
**founder [6]** 772/2 784/4 785/9 786/15
788/17 789/20
**Fourteenth [1]** 781/16
**fourth [1]** 726/18
**Fox [4]** 696/5 696/9 696/17 765/1
**framework [2]** 686/11 726/22
**fraternity [1]** 692/19
**fraud [36]** 683/9 683/9 683/11 708/1
708/4 708/12 708/16 708/18 720/15
728/22 729/4 744/7 750/8 756/4 756/5

756/8 756/18 756/23 756/25
757/11 757/14 757/17 757/25 762/20
771/20 775/20 781/12 786/3 787/12
787/17 787/19 787/21 788/4 788/5
788/13
**Frederick [2]** 710/2 710/5
**free [1]** 792/23
**frequency [1]** 685/7
**frequent [1]** 686/9
**frivolous [1]** 758/15
**front [3]** 751/7 751/16 768/7
**fronts [1]** 759/12
**frustrated [1]** 755/14
**frustrates [1]** 755/17
**full [3]** 1/8 758/25 781/8
**Fulton [4]** 706/23 722/15 722/17
723/17
**function [1]** 735/24
**functional [1]** 683/20
**functioning [1]** 722/5
**funds [1]** 687/12
**further [3]** 735/12 760/5 760/7

**G**

**GAINESVILLE [4]** 679/2 682/2 794/8
794/10
**gave [3]** 695/25 706/15 739/3
**geared [1]** 695/17
**gender [1]** 790/18
**general [10]** 688/20 709/17 771/21
771/23 772/17 772/22 773/4 773/6
773/25 774/17
**generally [3]** 684/9 732/18 756/5
**generate [2]** 750/3 750/8
**generated [2]** 744/6 751/9
**GEORGIA [39]** 679/1 679/24 682/2
690/9 700/2 701/1 706/4 706/15 706/20
707/21 708/5 709/3 710/8 712/24
713/19 713/23 713/25 713/25 714/19
719/3 719/5 721/18 726/20 728/4 736/7
736/23 738/10 738/16 738/16 738/23
739/4 768/4 775/5 775/7 783/9 783/18
794/4 794/8 794/11
**Georgia's [2]** 738/17 771/21
**Georgians [2]** 685/24 736/8
**gerrymandered [1]** 754/24
**get [37]** 682/3 683/20 686/7 686/13
686/17 687/16 687/21 688/2 688/2
688/24 693/8 693/11 693/17 699/13
700/18 700/23 703/23 705/10 705/10
709/15 711/22 716/5 717/22 723/9
723/21 724/3 724/4 725/21 725/24
730/8 735/4 739/18 745/23 747/15
755/22 763/17 768/5
**gets [2]** 770/4 783/19
**getting [12]** 696/20 720/25 721/1
724/23 730/19 731/11 731/12 747/21
755/4 755/25 757/20 760/22
**give [23]** 683/2 687/2 687/3 687/8
687/10 698/14 699/14 704/5 704/22
717/8 724/2 724/3 724/4 724/18 729/13
733/25 734/16 738/6 748/11 768/11
773/25 779/7 785/3
**given [9]** 683/24 689/23 689/24 699/10
708/13 724/7 728/5 769/8 780/10
**gives [2]** 748/9 748/12
**giving [1]** 690/3
**glad [4]** 734/21 734/25 735/3 735/11

**go [49]** 682/7 683/6 685/8 688/5 688/19
690/11 690/13 691/10 691/12 692/20
700/13 700/16 700/21 704/6 709/16
710/16 717/14 722/12 723/1 723/9
723/22 724/7 724/11 725/16 727/9
730/4 730/8 730/8 733/10 733/18
735/12 742/14 751/7 751/16 753/21
754/1 756/12 760/5 760/5 765/16
765/22 766/2 776/19 777/13 779/8
789/22 790/11 790/20 791/5 792/23
**goes [3]** 687/24 724/14 787/2
**going [91]** 683/13 683/17 684/18
685/20 687/10 687/12 689/11 689/17
689/21 690/11 690/13 697/12 697/21
698/21 700/16 700/18 700/20 700/21
703/25 704/20 704/21 704/22 704/25
705/12 705/19 706/5 707/9 707/25
708/7 708/11 710/4 710/19 711/8
712/13 716/2 718/23 718/24 719/10
720/1 720/16 721/10 723/1 723/25
724/1 727/18 728/10 728/21 728/21
728/22 729/2 729/14 729/15 729/20
733/2 734/15 735/1 735/14 738/11
742/6 742/6 742/7 742/7 742/9 742/14
743/7 743/13 743/23 750/2 752/9
753/25 761/13 762/10 762/10 763/25
767/4 767/8 768/16 769/22 770/13
773/9 774/21 775/18 776/3 776/9
778/17 779/15 784/1 785/1 785/2 789/3
792/16
**gone [5]** 749/9 770/5 776/21 782/21
789/11
**good [14]** 682/12 689/3 732/18 733/23
745/22 747/13 747/14 747/18 747/19
747/23 754/10 773/16 787/5 792/4
**Google [2]** 700/6 700/10
**got [24]** 685/23 688/4 688/23 689/21
691/15 711/10 711/10 718/14 719/24
720/6 720/7 736/13 747/6 748/4 749/23
754/15 754/16 768/10 768/12 770/22
772/24 779/8 784/23 793/3
**gotten [3]** 683/10 714/25 762/19
**government [2]** 737/4 737/23
**governmental [2]** 735/19 735/24
**Governor [1]** 787/20
**graduate [2]** 719/14 719/24
**grant [3]** 696/6 696/7 722/3
**great [1]** 789/11
**greatest [1]** 788/22
**GREENBERG [1]** 680/15
**GREGOR [1]** 680/14
**grew [1]** 685/20
**group [6]** 680/9 692/18 705/17 705/24
776/7 783/18
**groups [2]** 686/6 782/3
**groups' [1]** 750/8
**guess [11]** 692/5 706/23 733/1 733/4
764/10 765/2 765/2 767/15 768/2
769/19 776/5
**guys [1]** 793/3

**H**

**had [55]** 682/12 683/6 683/9 683/10
683/10 683/11 684/1 684/2 684/3
686/12 686/15 703/14 705/22 706/4
706/16 706/19 708/4 709/24 710/8
710/24 714/25 714/25 715/1 715/18
717/24 721/13 727/19 727/19 727/20

had... **[26]**  735/3 735/4 736/2 736/2
749/12 749/12 750/14 750/25 752/3
752/11 752/23 752/24 753/18 762/7
765/9 766/6 766/13 766/16 771/15
775/17 775/18 776/14 779/14 782/25
786/9 794/10
**half [1]**  751/8
**Hall [1]**  682/2
**Halloween [1]**  788/19
**hand [1]**  794/12
**handling [1]**  720/9
**happen [3]**  727/14 767/17 776/16
**happened [5]**  758/9 758/11 777/18
779/22 780/19
**happening [1]**  745/5
**happens [2]**  723/4 746/18
**happy [1]**  689/3
**hard [4]**  704/1 729/20 754/2 790/8
**HARDY [1]**  680/4
**has [41]**  1/6 685/6 686/20 690/5 691/14
691/19 693/19 701/8 704/8 704/10
705/2 705/20 706/7 706/10 706/11
706/13 708/16 715/10 719/9 719/11
728/3 728/11 731/9 733/22 733/23
736/23 737/14 750/24 755/5 755/22
761/16 761/17 761/23 765/7 765/10
776/21 777/18 778/22 779/13 779/22
779/23
**hasn't [1]**  779/19
**hate [1]**  742/25
**haunted [13]**  781/11 786/2 787/12
788/4 788/5 788/10 788/12 788/19
788/20 788/23 788/24 788/25 789/1
**haunting [1]**  788/21
**have [172]**
**haven't [3]**  786/15 787/17 789/17
**having [11]**  682/17 705/23 714/17
718/16 722/12 746/25 760/25 762/1
783/12 783/13 783/13
**he [31]**  694/19 694/19 694/21 699/22
700/16 706/15 710/3 711/12 711/23
712/6 728/16 728/17 733/9 739/24
739/24 740/24 742/22 745/4 745/24
746/4 749/23 755/3 759/18 768/24
769/12 771/12 771/15 777/4 790/10
791/1 791/2
**he'd [1]**  759/2
**he's [17]**  694/12 700/16 705/13 705/22
711/11 711/15 712/13 726/7 726/10
733/11 734/9 742/21 745/25 749/23
757/22 782/12 782/15
**head [5]**  687/21 688/2 688/2 786/16
788/17
**heading [2]**  719/2 736/15
**hear [8]**  685/4 692/2 702/21 702/21
728/24 748/1 765/9 778/24
**hearing [3]**  685/3 739/24 739/25
**held [3]**  737/5 737/24 794/10
**help [5]**  698/15 699/10 717/7 735/7
761/8
**helped [2]**  731/6 779/5
**her [16]**  683/4 683/11 683/22 684/15
688/19 688/19 701/5 762/6 768/22
774/15 783/12 783/13 788/18 789/12
789/14 789/19
**here [44]**  684/18 693/10 698/23 701/8

704/16 705/7 705/13 708/13 711/6
711/10 711/25 714/23 715/20 719/2
729/5 731/6 733/4 735/13 739/3 741/23
750/18 751/7 752/19 753/20 756/19
757/4 764/15 766/13 772/16 773/3
774/5 774/15 774/23 777/5 778/2
779/24 784/16 785/14 786/8 786/19
787/22 788/16 792/15 792/17
**here's [2]**  688/22 783/23
**hereby [1]**  794/8
**HEREDIA [2]**  679/3 792/21
**hereunto [1]**  794/12
**hesitation [1]**  757/18
**hey [3]**  747/15 762/18 764/14
**high [6]**  683/20 705/20 781/11 786/2
787/11 787/13
**him [10]**  697/24 711/16 711/17 712/6
716/6 717/7 728/13 745/22 752/3
790/15
**himself [1]**  717/6
**hired [4]**  692/10 747/4 748/19 767/21
**his [12]**  694/19 694/21 697/24 699/3
703/1 706/14 712/5 712/11 713/18
745/4 752/4 768/22
**Hispanic [1]**  761/21
**historian [6]**  697/15 697/17 699/11
741/10 745/22 764/3
**historians [2]**  702/15 713/5
**historical [14]**  685/17 713/6 713/7
724/24 725/4 728/8 738/7 741/12
749/17 756/21 777/23 786/10 787/2
789/15
**historically [6]**  709/22 709/24 728/3
738/3 760/14 783/8
**history [18]**  686/20 702/15 706/11
706/15 714/10 714/22 717/9 718/22
719/5 728/4 737/14 743/24 745/11
745/12 745/23 749/8 757/23 783/18
**hitting [1]**  705/18
**Hold [15]**  697/24 702/19 702/19 711/6
711/6 730/24 730/24 730/24 751/24
785/22 789/2 789/2 789/2 790/10
790/10
**home [2]**  734/24 754/1
**homework [1]**  753/21
**honest [2]**  688/7 727/16
**Honesto [1]**  701/10
**honesty [1]**  697/15
**honor [14]**  694/15 712/2 714/3 714/14
743/1 754/5 768/1 768/4 768/18 777/5
786/14 791/2 792/11 792/22
**HONORABLE [1]**  679/12
**honorably [3]**  714/17 716/19 749/3
**hope [4]**  682/12 717/5 717/10 737/20
748/13 770/14 791/22
**Hopefully [1]**  717/6
**horrible [1]**  703/22
**host [1]**  759/10
**hosted [1]**  759/1
**hosts [1]**  759/6
**hotline [8]**  691/18 691/21 691/25 692/3
719/3 761/2 778/12 778/13
**hotlines [1]**  764/5
**hour [2]**  696/1 766/9
**hours [2]**  687/15 709/15
**house [8]**  739/12 739/17 752/15
788/20 788/21 788/23 788/25 789/1
**Houston [7]**  691/14 696/22 701/22

704/5 760/19 761/6 761/9
**how [74]**  685/16 687/4 690/4 692/22
693/4 693/6 695/10 702/24 703/6 703/6
703/14 703/15 703/18 703/23 704/14
706/19 709/16 710/3 710/8 710/11
710/17 711/3 711/20 714/22 715/16
715/17 715/18 717/24 718/7 719/9
719/10 721/13 722/16 723/11 725/13
729/11 732/13 735/11 741/1 741/5
742/22 743/6 755/11 755/13 762/11
762/12 764/1 764/11 764/11 764/12
764/13 764/15 765/22 765/22 766/21
766/24 767/23 768/5 775/15 776/17
777/24 779/13 779/25 780/18 784/14
786/12 786/13 787/4 788/24 789/12
791/2 791/17 791/24 791/25
**however [2]**  1/7 710/19
**huge [2]**  685/12 725/12
**HUGHES [1]**  680/21
**huh [11]**  683/5 719/22 724/20 748/18
753/14 758/3 760/6 773/21 774/9
778/15 783/2
**humbly [1]**  728/21
**hundred [2]**  722/19 722/19
**hung [1]**  788/12
**hunt [1]**  771/19
**hypothesis [11]**  710/7 710/9 710/13
710/21 710/22 712/6 712/8 712/21
712/22 712/25 713/12
**hypothetical [11]**  684/22 687/11
724/19 729/13 730/2 733/3 733/13
734/8 765/4 767/19 775/11
**hypotheticals [1]**  734/2

I

**I'd [22]**  690/1 690/2 690/21 693/13
695/6 700/13 700/13 703/3 708/14
711/12 717/14 727/9 730/4 734/18
736/9 745/17 765/16 774/7 781/3 784/4
785/2 790/8
**I'll [22]**  683/2 690/12 700/23 711/13
716/11 721/10 721/19 721/19 724/4
726/11 738/13 754/1 755/7 758/2
766/10 773/25 774/10 774/10 774/10
784/9 792/15 793/1
**I'm [132]**
**I've [10]**  687/3 698/21 707/4 719/17
728/7 729/14 754/15 768/10 768/12
772/24
**ID [3]**  745/19 753/3 753/3
**idea [4]**  687/24 688/25 710/24 729/9
**identify [2]**  732/16 774/3
**illegitimate [1]**  733/10
**Illinois [2]**  693/18 697/18
**illustrative [1]**  745/15
**imagined [6]**  781/12 786/3 787/12
787/17 788/4 788/5
**immediately [1]**  774/16
**impact [5]**  706/17 733/19 762/14 774/6
775/14
**impacts [1]**  776/8
**implement [1]**  774/22
**implication [2]**  697/14 780/8
**implications [1]**  720/9
**imply [2]**  697/21 773/16
**implying [1]**  728/16
**importance [1]**  695/9
**important [8]**  689/20 689/25 701/2

**I**

**important... [5]** 720/22 721/3 721/11 721/15 741/1
**INC [2]** 679/3 679/7
**incapable [3]** 737/4 737/22 737/23
**incentive [1]** 784/19
**incentivize [2]** 725/23 725/24
**include [1]** 699/1
**included [4]** 738/2 741/9 741/10 784/11
**including [6]** 698/7 713/10 714/16 760/21 761/1 783/5
**income [1]** 688/14
**inconsistent [2]** 789/24 790/3
**incorrect [1]** 739/17
**indeed [1]** 741/1
**independent [2]** 722/9 722/14
**Indiana [2]** 754/14 754/16
**indigenous [1]** 686/23
**individual [5]** 705/4 708/17 776/13 776/17 787/3
**individually [1]** 779/25
**individuals [5]** 707/8 720/24 772/3 778/7 785/10
**industrialization [1]** 686/17
**ineligible [1]** 781/25
**inflammatory [1]** 738/1
**influence [1]** 775/15
**influenced [1]** 684/15
**influential [1]** 783/21
**inform [1]** 747/14
**information [5]** 698/14 707/7 715/5 764/11 769/10
**informing [1]** 733/21
**inherently [3]** 719/8 749/5 749/6
**inheritors [1]** 702/9
**insert [1]** 684/19
**inserted [3]** 684/23 685/1 737/23
**insisted [1]** 737/3
**instance [7]** 687/4 710/10 713/9 717/16 734/18 758/9 761/22
**instances [3]** 733/19 733/20 771/20
**instead [2]** 766/9 782/3
**instructions [2]** 766/4 766/6
**instrumental [2]** 760/13 760/18
**insult [1]** 698/3
**integrity [6]** 683/8 691/18 697/16 719/3 732/10 752/12
**intent [13]** 703/10 706/24 706/25 712/9 714/18 714/18 715/11 716/21 717/9 741/1 742/2 753/5 753/6
**intention [2]** 715/6 757/17
**intentional [1]** 717/11
**Intercept [1]** 785/17
**interest [3]** 737/5 737/24
**interested [3]** 718/14 726/24 766/1
**interesting [2]** 788/15 788/19
**interject [1]** 693/21
**interpret [3]** 719/11 729/11 780/1
**interpreted [6]** 695/1 741/6 742/6 749/15 775/15 779/13
**interpreting [3]** 740/4 740/8 740/9
**interrupt [1]** 729/19
**interrupting [1]** 705/14
**INTERVENOR [1]** 680/17
**interviewing [1]** 714/7
**intimidate [2]** 704/5 742/18

**intimidated [5]** 715/7 776/18 776/22 779/3 780/1
**intimidating [5]** 728/6 728/7 748/24 749/5 749/6
**intimidation [12]** 683/25 703/7 703/14 704/4 713/14 715/24 728/3 744/8 762/12 774/19 779/2 783/6
**investigate [3]** 695/13 701/2 741/24
**investigated [2]** 739/22 751/2
**investigating [1]** 713/16
**investigation [3]** 744/10 750/15 754/7
**investigations [1]** 742/16
**invite [1]** 759/11
**inviting [1]** 759/25
**invoked [1]** 761/23
**involved [8]** 723/7 723/7 723/10 739/20 760/19 760/20 782/6 782/9
**ironically [1]** 753/1
**is [305]**
**Island [1]** 763/3
**isn't [12]** 685/22 692/9 705/2 705/6 709/7 721/5 731/13 731/15 731/25 756/18 763/10 782/14
**isolation [1]** 780/10
**issue [5]** 687/7 722/10 735/18 736/3 767/11
**issues [5]** 697/4 697/8 790/18
**it [356]**
**it's [87]** 685/21 686/2 686/2 687/14 688/12 689/9 689/21 694/8 694/20 695/14 701/2 702/14 702/15 703/25 708/7 708/13 709/19 710/1 711/25 715/4 720/22 721/3 721/4 721/11 721/15 721/20 722/22 723/2 724/18 726/18 729/20 730/16 730/17 730/17 732/4 732/13 732/14 732/14 732/18 734/1 735/14 735/23 736/15 737/22 741/9 741/13 741/14 741/18 747/12 747/23 748/4 749/10 751/7 752/19 755/24 757/6 757/8 757/8 757/12 757/19 761/24 763/16 766/13 766/16 768/5 768/6 768/18 769/18 770/4 770/14 770/16 770/17 771/4 771/5 771/11 773/2 773/13 776/5 779/3 779/4 779/4 779/16 785/15 787/5 787/18 788/15 788/25
**its [12]** 706/17 726/20 760/12 781/12 786/3 789/7 789/24 790/14 790/16 790/17 791/9 791/10
**itself [1]** 706/16

**J**

**jackpot [1]** 725/21
**JACOB [1]** 680/7
**JAKE [2]** 680/15 731/23
**JANE [1]** 679/4
**January [2]** 766/24 774/19
**January 5th [1]** 774/19
**JENNIFER [1]** 680/19
**Jersey [1]** 719/21
**Jim [1]** 686/16
**job [7]** 686/7 686/13 697/20 709/15 747/22 752/11 793/3
**jobs [2]** 686/17 689/19
**JOCELYN [2]** 679/3 792/20
**Johnson [1]** 716/18
**JONES [1]** 679/12
**journal [9]** 693/21 699/21 699/22

**J** (cont.)
**698/24 700/4 700/11 701/1 701/4 718/13
**Journal-Constitution [4]** 699/24 700/4 701/1 701/4
**journalist [1]** 742/16
**Jr [1]**
**JSTOR [1]** 693/17
**judge [23]** 679/13 682/3 711/12 717/6 719/13 721/12 721/21 722/9 723/23 729/17 731/6 732/5 738/4 740/8 740/21 741/4 748/3 756/15 756/22 757/24 776/21 777/4 780/15
**judge's [1]** 740/13 765/13 787/16
**judges [2]** 720/18 766/23
**judgment [1]** 752/3
**JUDY [1]** 680/20
**jury [1]** 747/24
**just [82]** 682/5 684/22 686/2 686/12 687/4 687/6 688/5 689/11 689/18 691/20 693/24 694/21 695/17 696/14 701/3 704/12 705/18 705/19 706/8 706/14 708/4 708/5 710/1 711/12 711/25 714/14 717/19 718/14 719/18 720/9 727/8 730/17 732/15 734/1 734/8 736/3 736/13 741/1 741/13 742/5 742/25 744/22 745/8 751/25 752/3 754/5 757/5 757/21 758/16 758/22 764/19 766/17 767/11 767/15 768/14 768/19 769/20 770/11 771/5 771/9 771/10 771/10 771/12 776/2 776/25 777/5 777/9 777/11 777/16 779/4 779/6 779/16 779/20 780/9 785/5 788/25 789/23 790/2 790/7 790/15 790/23 792/20
**justice [5]** 680/21 744/10 750/16 761/22 761/23

**K**

**keep [5]** 702/23 711/11 718/14 762/10 783/4
**Kemp [1]** 787/20
**Kentucky [1]** 687/5
**kept [2]** 704/12 718/12
**kind [19]** 684/6 685/21 691/21 702/9 720/4 720/5 720/23 721/13 722/6 730/13 733/16 734/14 757/20 763/3 764/3 764/18 775/18 777/23 779/20
**kinds [3]** 683/21 764/22 777/20
**King [7]** 684/15 684/17 714/4 743/21 744/7 753/19 759/1
**knew [4]** 701/14 727/16 727/23 735/10
**know [180]**
**knowledge [1]** 752/17
**known [5]** 727/7 727/17 727/19 727/20 765/19
**knows [4]** 707/23 748/25 749/2 749/7

**L**

**language [1]** 739/19
**languages [1]** 701/25
**large [4]** 683/11 701/21 746/23 787/19
**large-spread [1]** 787/19
**lasers [1]** 683/19
**last [5]** 718/24 748/3 765/9 787/7 789/5
**late [1]** 682/4
**later [4]** 683/14 684/1 738/25 753/20
**Latino [4]** 700/24 718/8 761/6 775/9
**launches [1]** 719/3

**L**

**law [39]** 680/9 686/1 686/2 687/11 687/23 688/10 688/12 689/13 690/3 693/24 705/5 706/16 707/16 707/17 716/2 716/7 716/9 720/16 726/2 726/4 740/3 741/2 741/25 742/2 742/6 742/17 745/19 753/3 761/17 762/15 772/5 778/8 778/9 778/20 778/24 779/9 779/9 779/11 785/11

**LAWRENCE [2]** 680/4 680/5

**LAWRENCE-HARDY [1]** 680/4

**laws [8]** 704/12 706/12 714/12 714/13 738/10 740/14 740/15 786/10

**lawsuit [1]** 744/9

**lawyers [1]** 682/3

**lay [1]** 741/1

**LDF [1]** 745/19 753/2

**lead [2]** 710/23 783/25

**leader [1]** 789/20

**leading [1]** 710/20

**lean [1]** 696/7

**leaning [1]** 699/12

**learned [1]** 727/3

**least [18]** 683/8 691/25 692/3 694/8 696/1 696/25 704/17 704/17 733/18 735/7 743/8 748/23 756/9 769/1 769/4 769/14 770/14 778/4

**leave [1]** 731/2

**Lee [1]** 785/16

**left [1]** 686/16

**legal [10]** 690/4 739/5 740/18 741/7 741/11 741/16 741/20 742/17 756/19 764/9

**legislative [1]** 739/12

**legislature [2]** 690/9 705/2

**legitimate [6]** 695/7 733/11 755/25 757/25 757/25 758/1

**legitimately [2]** 733/8 770/12

**lengthy [1]** 768/18

**LESLIE [1]** 680/9

**let [26]** 686/12 697/24 698/23 700/23 709/12 710/12 711/4 712/16 712/18 712/18 718/1 727/6 727/7 729/13 729/22 729/22 734/3 742/5 757/5 762/12 766/20 767/1 767/3 790/5 790/6 790/15

**let's [29]** 687/11 690/23 690/25 700/20 702/23 703/24 708/9 708/23 711/5 722/15 722/22 726/18 730/4 733/5 733/15 742/14 743/5 743/10 743/10 743/24 756/14 757/9 759/25 762/22 765/6 765/6 765/10 765/10 785/5

**letter [2]** 769/8 769/15

**letting [2]** 724/13 747/17

**level [1]** 776/17

**liberal [2]** 697/13 699/22

**library [2]** 693/18 693/19

**lie [42]** 729/7 729/8 729/9 729/10 729/11 730/13 730/14 730/14 730/16 730/16 730/16 730/17 730/18 730/22 730/25 731/2 731/2 731/2 731/3 731/4 731/7 731/9 733/17 755/16 755/16 755/24 756/4 756/4 756/5 756/14 756/15 756/22 756/23 757/2 757/3 757/6 757/8 757/9 757/9 757/9 758/1 771/11

**life [4]** 689/3 697/15 746/1 749/18

**like [48]** 684/9 685/3 690/21 691/6 693/23 694/4 695/16 697/9 698/11 703/3 706/16 708/14 713/20 717/14 720/4 720/5 721/16 736/9 738/8 739/11 740/14 747/24 747/24 749/15 754/8 760/20 763/21 763/21 763/23 764/19 764/19 765/2 765/12 765/16 770/17 770/25 772/6 772/25 778/10 780/3 780/5 780/15 781/3 783/18 785/2 785/12 788/25 790/8

**Lincoln [1]** 752/15

**line [16]** 1/6 705/15 708/9 736/17 761/13 761/20 770/21 771/10 777/15 781/12 785/7 786/3 786/4 789/7 789/25 791/15

**lines [5]** 715/13 743/23 754/24 771/12 778/2

**linguist [1]** 756/10

**list [1]** 769/6

**Listen [1]** 702/20

**lists [1]** 690/4

**literature [1]** 693/12

**little [10]** 696/4 711/19 720/6 743/23 744/6 749/15 756/18 758/9 761/24 765/20

**live [14]** 709/10 729/18 730/5 730/11 731/18 731/24 732/1 732/16 732/19 732/20 733/5 733/9 756/12 756/17

**lives [1]** 733/8

**LLC [1]** 680/5

**LLP [2]** 680/9 680/15

**local [1]** 695/18

**locate [1]** 766/10

**loiter [1]** 779/21

**long [5]** 684/3 743/6 751/2 769/18 786/7

**look [69]** 686/21 690/6 690/21 691/9 694/10 695/11 696/9 696/14 697/6 697/7 697/11 697/12 698/3 698/6 698/11 698/13 698/15 698/21 699/9 700/1 700/6 700/14 702/4 704/14 704/19 706/18 706/19 706/25 708/14 713/5 715/17 717/21 718/1 718/4 718/6 718/6 718/10 718/23 718/24 725/6 726/9 736/6 737/2 737/10 738/8 742/20 743/20 744/21 744/24 745/1 745/17 745/23 751/11 753/9 758/13 759/21 761/7 761/13 762/19 762/22 763/22 764/2 766/3 766/8 772/15 775/4 775/7 777/22 785/5

**looked [15]** 693/12 696/22 697/10 697/10 699/4 699/20 699/21 701/18 706/23 724/23 745/19 748/13 750/24 760/25 787/23

**looking [25]** 682/23 684/14 685/2 690/12 695/19 695/20 696/19 706/24 708/3 714/21 715/6 717/23 718/25 726/14 740/5 742/2 760/24 764/18 764/22 766/15 766/25 768/13 772/14 773/8 778/7

**looks [5]** 685/3 687/17 687/18 691/6 732/6

**lost [1]** 726/14

**lot [22]** 684/10 685/11 685/24 686/3 686/13 686/15 687/12 688/13 689/18 707/24 714/2 714/5 720/8 722/22 722/23 723/1 723/2 745/20 746/21 758/9 782/1 783/19

**lottery [2]** 764/14 764/15

**lower [1]** 691/1

**luck [1]** 792/4

**lunch [1]** 682/12

**Luther [1]** 714/4

**lying [5]** 756/7 756/13 756/14 756/14 757/3

**M**

**ma'am [1]** 792/23

**machinery [3]** 684/7 684/14 684/14

**machines [1]** 720/25

**machining [2]** 683/19 683/19

**made [11]** 698/21 701/24 707/4 709/24 715/18 727/20 754/19 759/2 773/1 784/21 792/7

**mail [2]** 683/14 683/14

**mail-in [1]** 683/14

**maintain [3]** 690/3 690/4 692/3

**maintains [2]** 691/21 691/25

**major [2]** 704/16 763/13

**make [31]** 682/8 689/3 701/24 702/22 711/13 720/23 722/4 722/9 727/25 728/17 731/16 731/16 734/25 740/20 741/11 741/25 751/10 754/23 768/2 768/10 768/12 768/14 775/11 775/19 778/4 779/18 783/3 783/20 783/21 786/19 787/24

**makes [4]** 722/13 725/12 754/10 765/5

**making [8]** 714/18 740/8 740/10 741/5 741/21 752/19 786/16 791/4

**mal [4]** 714/18 714/18 716/21 717/9

**mal-intent [4]** 714/18 714/18 716/21 717/9

**malpractice [1]** 754/13

**man [2]** 682/7 716/12

**managed [1]** 751/23

**managing [1]** 687/17

**mansions [1]** 752/16

**many [18]** 687/4 692/22 693/4 710/8 710/11 710/17 718/7 722/16 729/5 752/15 758/9 758/13 764/1 765/22 766/21 766/24 767/23 783/18

**MARCOS [1]** 680/8

**Marines [2]** 716/20 749/23

**Martin [1]** 714/3

**Marvin [2]** 746/1 746/2

**Marvin Delaney [1]** 746/1

**massive [1]** 704/16

**materials [2]** 684/4 701/15

**matter [7]** 735/23 740/21 757/15 757/24 776/12 779/24 794/11

**Matthew [3]** 759/2 759/15 759/22

**Matthew Vadum [2]** 759/2 759/22

**may [29]** 1/2 1/4 682/14 686/7 692/18 694/6 696/4 698/15 710/6 731/10 734/11 739/16 741/4 743/17 751/1 751/4 751/8 751/15 752/2 761/11 764/10 764/14 767/16 768/4 768/23 776/14 778/25 780/21 788/13

**May 15th [1]** 751/4

**maybe [17]** 686/1 688/7 688/17 689/13 689/13 695/15 695/15 722/25 724/10 725/23 736/1 746/14 757/2 762/18 764/21 777/4 787/18

**mayor [1]** 713/18

**McCain [1]** 698/8

**McCLAFFERTY [1]** 680/5

**M**

McQUEEN [1]  680/8
me [121]
mean [19]  688/1 698/3 704/19 705/7
 709/14 709/20 709/20 726/10 729/19
 739/15 748/17 749/24 756/6 763/15
 767/5 768/16 775/5 775/6 776/13
meaning [3]  701/15 762/8 791/10
means [6]  698/10 708/12 709/19
 740/20 778/8 788/2
meant [5]  693/23 694/25 701/17
 729/11 764/22
measures [6]  720/23 781/13 786/4
 789/7 789/25 791/15
MECHANICAL [1]  679/20
media [1]  744/21
mediums [1]  764/25
meeting [3]  762/23 772/10 773/11
MELLETT [1]  680/20
memory [12]  683/7 694/12 694/19
 694/21 694/23 694/24 699/19 700/10
 701/18 701/18 708/20 751/1
Memphis [1]  776/6
mention [3]  686/12 761/20 763/12
mere [1]  748/23
methodology [1]  699/8
methods [1]  752/12
Mexico [3]  761/4 761/7 761/12
MICHAEL [2]  680/13 730/10
MICHELLE [1]  680/5
Michels [3]  744/5 744/11 745/14
Michels' [2]  744/22 745/3
middle [2]  687/16 780/12
might [18]  701/23 710/10 713/23
 718/11 718/16 731/18 733/19 733/22
 749/23 755/21 757/1 762/15 763/11
 764/9 764/19 765/20 765/21 777/24
migrant [1]  686/5
migration [3]  685/12 686/20 686/24
military [11]  749/5 749/21 749/24
 765/14 765/19 765/23 766/21 776/10
 776/15 776/15 778/4
millimeter [1]  684/8
million [7]  725/13 725/15 725/18
 725/19 725/21 725/22 725/23
million-dollar [5]  725/13 725/15
 725/18 725/19 725/21
mind [2]  780/11 788/18
Mine [1]  777/23
minorities [1]  761/1
minority [2]  771/20 782/24
minute [1]  768/11
minutes [2]  743/7 777/12
mischaracterization [1]  704/24
mischaracterizing [1]  777/5
mischief [2]  691/21 777/20
misreading [2]  702/14 702/14
miss [1]  684/8
mistake [2]  731/16 733/18
mistaken [1]  756/14
misunderstood [1]  756/7
misuse [2]  746/18 776/7
mixed [1]  762/20
mobile [1]  685/6
mobility [2]  685/11 689/18
MOCINE [1]  680/8
MOCINE-McQUEEN [1]  680/8

moderate [5]  697/5 698/7 698/8 699/1
 699/23
modernize [1]  738/22
moment [2]  682/24 727/17 733/25
 761/15 780/21 785/22 788/14
money [2]  688/24 719/24
month [4]  687/14 687/16 718/12
 718/13
months [11]  771/23 772/16 772/22
 773/4 773/11 773/15 773/16 773/19
 773/25 774/2 774/22
more [28]  685/6 685/6 685/7 685/15
 686/8 687/1 692/9 695/17 696/18 697/3
 698/9 699/11 699/12 705/3 705/18
 711/19 714/11 722/25 725/23 728/17
 735/13 735/21 749/20 757/22 758/22
 766/5 769/5 774/7
Morehouse [2]  714/3 714/4
morning [4]  720/3 744/24 792/17
 793/1
MORRISON [1]  680/8
most [6]  693/16 719/4 724/17 747/3
 768/11 768/12
motion [1]  752/3
motivation [1]  738/10
motives [1]  703/5
mouth [1]  774/16
move [16]  685/7 685/15 685/23 686/1
 686/8 689/17 689/23 698/21 708/9
 712/25 713/12 721/19 726/11 742/11
 757/10 774/10
moved [6]  686/23 687/9 689/22 729/15
 729/16 730/5
moving [5]  686/13 686/25 687/1
 688/11 712/21
Mr [5]  681/5 726/9 734/5 742/22
 743/17
Mr. [34]  682/10 682/14 698/24 699/18
 702/24 703/1 705/16 711/22 712/18
 712/18 715/10 716/5 716/18 716/18
 716/18 716/19 726/9 733/7 733/8
 733/11 734/3 734/4 735/16 737/8
 744/11 744/22 745/3 754/6 754/16
 757/20 762/19 786/18 786/23 792/10
Mr. Bopp [1]  754/16
Mr. Burton [1]  754/6
Mr. Cooper [1]  716/18
Mr. County [1]  762/19
Mr. Davis [2]  716/18 734/4
Mr. Evans [2]  716/5 733/8
Mr. Evans' [1]  733/11
Mr. Felder [1]  735/16
Mr. Johnson [1]  716/18
Mr. Patrick [3]  744/11 744/22 745/3
Mr. Somerville [2]  716/19 737/8
Mr. Wynne [16]  682/10 682/14 698/24
 702/24 703/1 705/16 711/22 712/18
 712/18 715/10 726/9 733/7 734/3
 757/20 786/18 792/10
Mr. Wynne's [2]  699/18 786/23
Ms [3]  754/4 778/3 784/3
Ms. [55]  683/3 683/18 683/24 692/13
 694/11 701/5 701/8 703/8 704/7 716/18
 726/23 727/3 733/6 737/8 754/16 759/5
 759/14 759/21 761/4 761/16 761/23
 761/25 763/17 765/22 766/22 768/13
 769/19 769/20 773/1 774/15 776/2
 777/11 780/10 783/15 783/16 784/4

 784/6 784/12 784/25 785/15 786/8
 786/13 786/20 786/24 787/13 787/15
 788/2 788/5 788/9 789/12 789/19
 790/17 791/18 791/25 792/20
Ms. Borden [1]  701/5
Ms. Bryan [4]  768/13 769/19 769/20
 777/11
Ms. Christina [1]  692/13
Ms. Engelbrecht [43]  683/3 683/24
 701/8 703/8 704/7 716/18 726/23 727/3
 737/8 759/5 759/14 759/21 761/4
 761/16 761/23 761/25 763/17 765/22
 766/22 773/1 774/15 776/2 783/15
 783/16 784/4 784/6 784/12 784/25
 785/15 786/8 786/13 786/20 786/24
 787/13 787/15 788/2 788/5 788/9
 789/12 789/19 790/17 791/18 791/25
Ms. Engelbrecht's [2]  683/18 780/10
Ms. Ford [2]  694/11 733/6
Ms. Ford's [1]  754/16
Ms. Jocelyn [1]  792/20
Ms. Borden [1]  792/20
MSNBC [3]  696/3 696/11 764/25
much [8]  686/8 704/12 724/13 725/10
 763/15 791/24 791/25 792/3
multiple [1]  729/3
municipality [1]  769/16
my [77]  687/7 688/2 688/2 688/10
 688/18 689/1 689/20 694/24 697/15
 697/17 698/13 698/13 698/21 700/14
 701/18 701/18 702/11 702/14 703/18
 706/24 707/4 708/20 710/13 710/14
 710/21 712/8 713/22 713/24 714/15
 714/16 715/6 715/21 715/22 715/22
 717/5 719/19 729/14 730/9 730/23
 731/9 733/10 734/23 737/22 738/8
 745/8 747/13 750/25 751/22 752/14
 752/15 752/17 752/19 752/22 752/23
 753/15 753/21 754/11 754/19 755/14
 756/9 756/11 756/14 756/22 756/22
 757/2 757/18 762/16 763/22 765/2
 770/14 772/18 780/9 783/17 783/25
 790/5 792/7 794/12

**N**

NAACP [2]  745/19 753/2
NAACP LDF [1]  753/2
name [16]  682/21 682/25 683/3 683/16
 683/17 699/4 699/19 713/18 732/7
 743/21 753/19 768/22 768/22 768/24
 769/11 769/12
named [2]  715/10 750/19
names [2]  684/2 709/1
national [1]  695/18
nature [3]  687/10 698/17 703/9
Navy [10]  748/9 749/10 763/12 763/18
 771/25 774/25 775/8 775/12 776/4
 776/15
near [2]  713/24 760/14
necessarily [11]  685/10 685/10 687/14
 689/6 691/23 696/3 706/10 727/15
 756/6 759/11 789/13
need [10]  707/16 711/19 712/5 715/17
 718/21 743/3 743/6 755/22 763/17
 767/25
needed [6]  708/1 709/15 713/21
 719/24 721/5 747/4
negro [2]  737/4 737/22
neighborhood [1]  705/4

**N**

**neither [2]** 690/10 757/4
**net [6]** 705/3 705/6 705/17 705/22 705/23 707/3
**neutral [2]** 706/12 706/16
**never [5]** 717/9 717/10 717/12 735/10 737/18
**new [7]** 685/20 685/22 689/20 691/17 708/24 716/13 719/21
**news [16]** 693/21 694/2 695/4 695/5 695/13 695/17 696/1 696/2 696/4 696/5 696/7 696/9 696/17 696/22 744/24 774/24
**newspaper [7]** 695/16 696/16 710/2 718/12 772/14 779/15 784/23
**newspapers [1]** 695/10
**next [6]** 703/1 730/3 736/25 750/2 750/5 791/7
**Nick [1]** 785/16
**night [2]** 719/20 720/25
**Nineteenth [1]** 781/16
**Ninety [1]** 719/25
**NKWONTA [1]** 680/6
**no [61]** 687/8 687/24 691/10 692/24 693/5 693/7 693/22 697/23 700/13 701/7 702/18 707/2 708/20 710/17 712/8 715/12 719/9 719/12 721/10 722/13 723/14 727/2 727/15 730/24 730/24 730/25 735/6 735/10 736/17 736/17 736/17 737/18 740/13 740/24 742/10 742/24 743/13 743/13 744/15 749/20 750/7 751/6 753/11 755/11 760/3 765/15 769/5 770/2 770/2 773/2 774/11 774/12 774/13 775/10 776/1 776/5 779/4 786/9 787/23 790/4 791/21
**noble [1]** 689/25
**none [2]** 710/22 792/6
**nonresponsive [2]** 708/8 711/1
**North [1]** 784/18
**NORTHERN [3]** 679/1 794/4 794/7
**not [247]**
**notarized [1]** 735/4
**note [5]** 739/4 739/8 739/12 740/25 754/13
**noted [1]** 726/21
**notes [1]** 750/21
**nothing [5]** 754/15 755/5 760/9 778/23 780/17
**notice [3]** 708/17 710/18 762/18
**notification [2]** 707/9 764/14
**notifications [1]** 705/1
**November [5]** 742/21 758/25 773/7 774/1 774/17
**November 2011 [1]** 758/25
**now [47]** 686/9 687/1 689/13 689/17 693/1 694/25 695/15 699/19 700/18 701/21 702/3 702/3 702/25 704/24 708/14 710/1 712/11 712/14 714/20 716/10 718/23 722/18 727/11 733/15 737/11 739/1 739/10 742/7 743/5 744/11 745/25 747/21 750/12 754/23 755/8 758/4 761/13 762/22 766/17 772/9 772/24 780/13 782/4 782/6 787/15 788/17 788/21
**NPR [5]** 696/20 696/23 699/21 700/3 700/11
**null [5]** 710/22 712/21 712/22 712/25

713/4
**number [16]** 1/5 1/6 679/6 690/12 690/16 696/23 704/21 708/14 708/23 723/2 725/12 726/8 726/13 728/7 738/12 785/4
**Number 25 [1]** 690/16
**Number 37 [1]** 726/13
**Number 42 [2]** 708/14 708/23
**Number 9 [1]** 738/12
**numbers [3]** 687/2 687/3 717/22
**numerical [1]** 718/20

**O**

**oath [1]** 752/9
**object [1]** 708/7
**objection [2]** 751/24 754/4
**objective [2]** 705/3 745/15
**observation [2]** 741/14 744/23
**observations [1]** 741/15
**observer [7]** 744/6 744/12 744/14 744/16 744/23 745/14 768/25
**observing [1]** 767/21
**occasion [1]** 746/18
**occasionally [1]** 759/10
**OCTOBER [6]** 679/14 682/2 701/1 738/17 774/5 794/13
**October 1908 [1]** 738/17
**October 28th [1]** 701/1
**off [15]** 704/13 709/15 710/24 730/8 748/5 762/3 763/18 767/7 770/7 770/11 771/25 775/2 777/6 777/9 790/12
**off-duty [4]** 762/3 763/18 771/25 775/2
**offense [1]** 764/22
**offensively [1]** 764/21
**offered [2]** 727/22 751/22
**offering [3]** 694/12 764/8 778/11
**office [1]** 718/19
**officer [2]** 776/10 776/10
**officers [9]** 762/1 762/3 763/18 766/21 771/25 775/2 775/8 776/7 778/4
**offices [2]** 732/23 732/25
**official [20]** 1/1 1/2 1/3 1/7 679/22 723/23 739/4 746/15 767/6 767/10 767/13 767/22 769/8 769/11 776/25 777/7 779/8 779/16 794/6 794/17
**officially [1]** 777/10
**officials [4]** 762/15 770/6 770/7 778/5
**often [2]** 706/13 726/2
**oh [9]** 694/9 700/20 700/23 708/15 712/15 715/5 743/9 746/1 746/4
**oil [1]** 683/21
**okay [106]** 682/21 685/20 686/7 687/25 688/9 688/20 689/9 689/17 690/11 690/17 690/21 691/11 691/17 692/20 692/25 693/3 693/8 693/15 694/9 694/14 698/18 700/18 701/14 701/21 702/2 703/24 707/4 707/19 708/23 711/24 712/13 712/19 718/23 719/2 719/2 720/13 722/22 722/24 723/16 724/2 724/7 724/23 726/11 726/17 726/18 727/8 727/13 729/13 729/14 729/22 729/23 729/24 729/24 730/10 731/3 731/6 733/15 733/21 736/6 736/21 737/7 738/11 739/8 740/3 740/8 743/18 744/11 746/3 746/6 746/13 747/6 748/2 748/16 750/2 751/20 752/5 753/7 754/3 754/19 754/22 755/9 756/2 757/9 758/14 759/19 760/4 761/13

701/15 761/20 763/3 766/8 771/11 772/9 772/13 774/10 777/3 778/16 778/19 781/18 782/11 783/10 784/15 785/14 785/18 790/13 790/25
**old [5]** 682/7 695/15 716/13 740/21 741/18
**older [2]** 739/6 740/19
**once [2]** 682/14 694/19
**one [78]** 685/7 686/5 686/21 690/10 690/15 691/10 691/12 691/25 692/3 692/9 693/1 693/8 693/13 695/3 696/2 696/7 696/10 696/12 696/13 696/14 696/16 696/18 699/17 702/20 704/6 705/4 705/4 705/4 705/17 705/23 706/3 708/15 708/20 709/6 711/3 721/21 721/22 721/22 722/6 722/18 725/11 726/14 727/10 733/9 735/6 735/10 735/21 735/24 737/1 737/18 739/1 739/10 739/17 739/18 739/19 741/21 742/16 743/22 749/13 753/11 754/25 754/25 761/1 761/15 765/7 768/11 768/16 768/24 779/4 779/4 780/4 780/8 782/8 782/12 782/15 783/7 789/5 789/5
**ones [4]** 693/9 723/24 745/1 765/14
**online [4]** 695/14 700/1 700/6 700/6
**only [8]** 1/2 1/6 753/4 757/18 762/13 764/22 765/12 776/3
**open [4]** 718/18 735/7 735/8 735/14
**opened [1]** 787/24
**opening [1]** 735/23
**opine [1]** 703/10
**opinion [13]** 690/4 695/10 695/14 727/5 737/18 738/9 741/8 741/11 741/13 741/20 756/9 773/17 774/17
**opinions [8]** 699/1 699/2 699/2 699/2 727/22 739/6 740/18 786/7
**opportunities [1]** 686/19
**opportunity [8]** 707/7 709/3 709/8 709/8 709/14 709/17 747/15 754/6
**opposed [7]** 731/10 732/20 745/14 763/12 767/21 775/8 775/9
**oppression [1]** 703/22
**options [1]** 688/4
**oral [1]** 714/10
**order [10]** 712/25 718/19 761/5 772/5 778/8 778/9 778/20 778/25 785/11 790/19
**organization [15]** 691/20 696/12 701/9 745/13 768/15 769/21 783/17 786/2 787/1 787/12 787/16 788/1 788/11 788/24 792/1
**organization's [1]** 781/11
**origin [1]** 743/21
**original [1]** 753/13
**originally [3]** 713/16 738/20 745/17
**origination [2]** 687/15 788/21
**ORVILLE [2]** 681/3 682/16
**other [39]** 685/18 688/6 693/24 695/20 696/23 700/3 701/15 701/18 701/25 702/8 702/20 703/20 708/5 710/23 715/23 717/24 722/6 732/20 734/9 737/9 737/19 740/14 741/15 744/21 745/15 757/11 757/22 765/8 766/23 767/12 767/24 770/10 780/4 780/7 782/2 782/25 783/18 783/24 787/2
**others [4]** 692/18 696/10 696/11 701/18
**otherwise [1]** 766/22

**O**

**Otis [1]** 713/17
**our [6]** 685/5 689/2 697/18 732/10 732/10 747/18
**out [51]** 686/14 692/13 699/8 701/5 702/22 704/10 704/11 705/8 705/10 705/16 707/25 709/22 709/25 710/4 710/6 710/10 710/18 713/24 720/8 720/25 725/18 727/21 733/11 734/15 735/6 741/1 741/16 744/17 747/5 747/17 749/10 752/21 753/10 755/21 755/25 756/13 761/1 762/1 768/19 769/21 769/23 771/24 772/23 774/2 774/15 783/20 784/5 784/5 784/8 787/3 790/23
**outgrowth [1]** 702/7
**outlet [1]** 696/4
**outlets [2]** 696/2 696/7
**outline [1]** 773/2
**outrageous [1]** 702/15
**outside [2]** 757/21 777/15
**over [9]** 686/25 689/24 704/15 706/17 714/11 724/14 741/2 762/16 765/12
**overseeing [1]** 735/20
**owe [1]** 688/24
**own [4]** 716/10 719/19 753/21 769/22

**P**

**page [43]** 1/5 681/2 690/21 690/22 690/25 691/10 691/12 700/20 708/23 718/25 726/8 736/6 736/11 738/11 742/13 742/14 743/20 750/2 750/5 750/5 750/6 751/7 751/15 751/16 758/22 758/23 761/13 765/16 770/14 770/16 770/17 770/20 770/20 771/2 771/4 780/25 781/1 785/4 785/5 785/20 785/21 790/10 790/20
**Page 1 [3]** 690/22 726/8 751/15
**Page 10 [1]** 742/13
**Page 17 [1]** 700/20
**Page 2 [2]** 690/21 718/25
**Page 20 [2]** 742/14 743/20
**Page 21 [2]** 750/6 758/23
**Page 23 [4]** 770/17 770/20 771/4 785/5
**Page 27 [7]** 761/13 765/16 780/25 781/1 785/21 790/10 790/20
**Page 3 [1]** 708/23
**Page 7 [2]** 736/6 736/11
**Page 9 [1]** 738/11
**pages [1]** 794/9
**paid [4]** 689/16 719/14 747/22 748/14
**PAIKOWSKY [1]** 680/19
**pains [1]** 789/11
**panel [1]** 713/18
**paper [1]** 772/24
**paragraph [14]** 691/17 708/24 726/18 726/19 736/7 738/11 750/6 758/25 781/1 781/6 781/8 785/19 785/23 790/11
**Paragraph 9 [1]** 738/11
**paragraphs [1]** 786/7
**paramount [2]** 737/5 737/24
**Pardon [1]** 768/8
**parents [1]** 689/20
**part [18]** 685/8 686/20 690/5 699/3 699/18 701/9 712/11 712/14 719/4 745/9 760/12 765/9 766/25 767/11

768/20 770/25 780/20 781/19
**partial [1]** 1/8
**participate [3]** 707/9 726/25 782/25
**particular [16]** 686/14 696/13 703/15 705/24 712/8 714/19 717/16 722/10 728/6 728/9 731/17 745/13 762/12 781/23 782/3 782/24
**particularly [13]** 686/15 703/5 703/15 709/22 714/10 720/17 762/1 762/3 764/4 764/8 775/17 782/23 783/20
**parties [4]** 746/9 747/9 779/20 780/6
**partisan [1]** 727/25
**partner [1]** 687/17
**partnership [1]** 726/20
**party [24]** 721/20 721/22 721/22 721/25 726/21 726/24 727/4 727/21 727/24 735/16 744/9 746/24 746/24 750/15 754/25 764/8 769/1 769/3 769/7 769/9 769/10 770/1 770/1 770/7
**passive [1]** 716/17
**past [9]** 682/7 693/9 693/24 698/3 703/15 704/10 714/13 749/7 780/19
**path [1]** 789/3
**patience [1]** 793/3
**Patrick [5]** 744/5 744/11 744/22 745/3 745/14
**Patriots [5]** 684/15 684/17 743/21 753/19 759/1
**Patriots' [1]** 744/7
**patrol [1]** 771/25
**pattens [1]** 685/12
**pattern [11]** 686/2 703/21 704/2 704/4 786/4 786/10 787/2 789/15 791/3 791/19 791/21
**patterns [1]** 728/8
**pause [2]** 695/25 780/23
**pay [9]** 684/9 688/14 688/16 689/14 689/14 720/1 735/4 747/23 747/24
**paying [1]** 718/12
**PDF [1]** 1/1
**pejorative [1]** 708/12
**Penn [1]** 752/15
**people [92]** 683/11 685/6 685/15 685/17 685/17 685/19 686/13 686/22 686/23 686/24 687/4 687/8 689/19 689/22 689/23 690/8 692/22 693/4 695/11 695/13 696/9 704/23 705/19 709/17 709/21 709/24 710/6 710/17 713/7 713/9 714/2 714/5 714/7 714/13 714/16 715/18 717/24 719/10 720/16 721/23 723/7 725/24 725/25 732/16 732/22 732/24 733/1 733/22 734/11 734/16 734/17 735/11 737/11 737/16 737/21 738/4 745/21 746/11 747/7 747/14 747/17 747/21 748/12 759/10 759/11 762/2 763/20 764/17 764/24 764/25 765/2 765/3 766/1 767/12 767/12 767/20 773/20 775/17 775/19 776/8 776/18 776/20 777/6 777/16 778/9 778/13 779/16 779/21 781/24 782/2 782/3 782/5
**per [1]** 683/24 724/21 762/6
**perceive [3]** 695/11 703/7 776/18
**perceived [2]** 703/6 725/25
**percent [4]** 689/2 718/7 718/8 718/9
**percentages [2]** 775/4 775/7
**perception [1]** 783/25
**perfectly [1]** 689/9

**perhaps [2]** 749/12 776/9
**perilous [2]** 737/6 737/25
**period [8]** 1/4 695/10 704/15 730/25 754/8 754/17 754/17 755/6
**periodical [1]** 744/21
**pernicious [1]** 708/21
**person [26]** 683/2 724/13 724/16 729/17 731/5 745/19 747/20 748/25 749/2 749/7 753/3 757/19 769/25 770/3 770/4 770/12 775/11 776/13 776/15 776/22 778/22 779/6 779/11 779/11 779/19 780/2
**personally [1]** 716/17
**persons [1]** 718/3
**perspective [7]** 696/13 699/13 699/14 714/21 715/17 762/11 777/23
**pertaining [1]** 768/20
**petitions [1]** 705/1
**Ph.D [2]** 681/3 682/16
**phrase [3]** 728/22 729/2 764/10
**phrases [1]** 784/10
**physical [1]** 723/16
**pick [1]** 768/19
**picked [1]** 766/25
**piece [3]** 696/14 745/9 772/24
**pieces [1]** 764/2
**pin [1]** 749/22
**place [8]** 685/7 720/23 724/10 724/10 756/12 763/11 775/12 779/21
**placed [1]** 768/23
**places [6]** 708/6 721/1 721/1 745/23 772/1 777/18
**plain [1]** 765/11
**plaintiff [3]** 691/24 692/9 716/20
**plaintiffs [7]** 679/5 680/3 692/3 692/6 692/18 716/25 749/13
**Plaintiffs' [1]** 726/7
**play [1]** 740/15
**plays [1]** 718/3
**please [8]** 694/5 710/14 724/2 754/14 761/15 768/9 771/13 790/4
**plenty [1]** 741/15
**PLLC [1]** 680/14
**plus [1]** 705/11
**PM [3]** 679/11 743/16 793/6
**podcast [2]** 759/5 760/1
**podcasts [2]** 759/10 759/12
**point [32]** 688/10 696/2 698/13 698/21 698/22 704/10 707/4 708/11 709/22 724/23 730/15 730/19 745/3 745/4 753/7 753/9 754/10 758/2 758/5 758/6 762/9 762/24 763/3 768/2 768/14 769/20 772/10 773/5 776/5 784/7 786/18 791/23
**pointed [4]** 699/8 699/17 704/11 745/10
**points [4]** 695/20 698/7 698/11 758/22
**police [6]** 762/1 762/3 771/25 775/2 776/7 776/10
**policeman [1]** 776/16
**policemen [1]** 749/11
**political [6]** 721/20 746/9 747/9 764/7 769/10 779/20
**politics [1]** 723/7
**poll [48]** 719/13 721/23 723/13 729/17 730/4 730/9 744/4 746/7 746/8 746/15 748/14 748/17 749/23 765/7 765/11 766/23 767/4 767/6 767/6 767/8 767/10

**P**

poll... [27] 767/13 767/16 767/22 768/3 768/5 768/15 768/24 769/5 769/6 769/8 769/11 769/16 769/22 769/24 769/25 770/3 770/5 770/7 775/19 775/24 776/23 776/25 777/7 777/10 779/16 779/17 780/4
polling [3] 772/1 775/12 779/21
polls [6] 719/16 719/20 746/12 767/20 775/21 775/22
population [3] 687/3 705/21 723/5
portion [1] 1/4
position [1] 733/7
positive [3] 733/23 734/6 734/10
possessive [1] 771/18
possibility [2] 724/18 747/17
possible [28] 705/2 724/7 724/16 724/17 724/22 724/25 725/3 725/6 725/8 731/15 731/25 732/4 733/16 733/18 733/21 746/20 746/23 747/1 747/3 747/3 747/9 747/12 758/8 758/11 758/12 763/11 763/15 763/16
possibly [3] 731/14 752/11 776/22
potential [1] 765/21
POWELL [1] 680/13
powerful [1] 683/19
practical [1] 721/13
practices [1] 702/7
Prairie [3] 760/14 760/22 760/24
Prairie View [1] 760/22
Prairie View A [1] 760/24
preceding [1] 773/5
precinct [38] 689/24 709/11 721/12 722/20 723/4 723/8 723/17 723/21 724/8 724/12 725/21 729/14 729/15 730/6 731/10 731/10 731/11 731/12 731/19 731/24 732/2 732/19 732/20 733/5 733/6 733/7 733/8 733/9 733/10 734/22 747/6 747/8 755/14 756/22 768/24 769/5 769/11 779/8
precincts [7] 722/16 722/21 723/18 734/11 746/21 746/22 746/23
precision [2] 683/19 684/7
prefer [1] 711/12
premise [7] 781/9 781/20 782/19 783/11 783/15 785/25 786/22
prepared [1] 706/21
Presbyterian [1] 724/11
present [3] 740/10 740/21 774/19
presented [1] 783/17
preserved [1] 738/21
president [6] 697/16 697/18 745/25 782/1 782/6 782/18
press [16] 692/22 692/25 701/14 704/17 706/8 708/13 718/24 725/22 726/5 727/7 727/13 729/3 749/11 760/25 762/20 779/15
pressure [1] 683/20
presume [1] 742/21
pretty [6] 696/21 706/9 725/10 736/3 763/15 781/22
previous [2] 715/18 715/24
previously [2] 682/17 714/22
primary [11] 768/21 768/22 768/23 768/23 769/2 769/2 769/4 769/5 769/12 769/13 769/14
Princeton [2] 736/4 747/4

prior [5] 740/9 769/2 769/2 769/4 769/14
private [8] 735/25 746/9 762/23 769/21 772/9 772/15 773/11 779/22
prize [1] 725/19
probably [16] 684/2 693/17 695/18 707/24 711/19 714/11 714/24 717/22 719/23 722/13 722/25 734/1 737/20 746/16 765/15 770/12
problem [2] 743/13 783/23
problems [1] 749/12
procedure [4] 769/24 770/5 770/11 777/11
proceed [3] 682/14 716/10 743/17
proceedings [5] 679/11 679/20 780/23 793/5 794/9
process [6] 720/9 735/22 776/20 776/21 777/8 777/11
PRODUCED [1] 679/21
progressive [4] 694/2 696/19 699/2 699/23
prohibited [1] 1/7
projects [1] 760/20
promise [1] 787/8
proof [1] 709/10
proofread [1] 752/8
proofreading [1] 751/9
proper [1] 687/19
properly [1] 720/24
proportion [3] 687/3 718/2 718/3
propose [1] 704/25
Prospect [1] 750/19
protest [1] 735/10
prove [2] 709/4 709/18
proved [1] 758/4
provide [2] 707/7 708/18
provided [1] 782/21
provides [1] 707/17
provision [2] 738/18 738/21
public [3] 695/10 695/14 738/9
publication [2] 694/3 695/16
publications [2] 695/5 695/6
publicity [1] 707/24
published [3] 699/25 701/16 744/17
publishing [1] 739/11
purple [1] 697/3
purpose [6] 742/3 753/6 754/23 755/1 755/13 755/17
put [15] 691/23 699/11 705/8 705/10 715/22 715/23 717/7 747/16 750/13 770/22 772/18 773/24 776/20 777/23 778/12
putting [4] 703/4 718/22 723/2 741/12

**Q**

qualified [2] 684/12 783/25
quarter [2] 688/16 688/23
question [42] 684/11 685/21 688/7 692/2 696/8 699/3 699/18 702/20 703/2 703/25 706/14 707/1 710/12 711/13 712/5 712/7 712/12 716/8 717/14 717/25 721/4 721/8 724/1 724/1 724/5 725/17 727/11 727/18 727/19 751/15 752/19 759/24 767/1 767/2 767/3 780/9 781/14 786/23 787/5 789/4 790/19 791/7
questioning [1] 705/15
questions [10] 690/2 709/12 710/14

put/5 771/18 771/23 728/14 728/19 754/8 787/7
quick [1] 754/22
quickly [3] 690/13 727/12 729/13
quite [5] 688/7 707/1 718/17 746/17 751/1
Quitman [2] 697/10 700/2
quotations [2] 774/15 774/18
quote [25] 700/24 700/25 737/4 737/5 738/1 738/3 738/7 745/14 745/15 766/3 766/8 766/12 766/15 772/3 772/5 772/9 773/3 773/10 776/2 784/21 784/25 785/10 785/12 785/12 785/13
quoted [4] 745/4 774/5 784/20 787/10
quotes [1] 695/11 784/10 784/11
quoting [2] 772/4 774/8

**R**

race [8] 704/9 704/10 729/8 737/6 737/24 737/25 754/25 789/13
racial [3] 703/22 705/17 708/5 715/10 715/11 718/2
racist [3] 703/10 717/10 717/12
Raffensperger [1] 787/20
raised [1] 781/24
random [2] 777/16 779/21
Rapoport [1] 750/20
rather [5] 682/5 727/12 781/10 786/1 787/11
rational [1] 747/20
reach [2] 727/20 761/1
reached [2] 692/13 747/5
reaching [3] 745/6 745/16 762/1
read [49] 683/6 683/9 684/1 692/8 697/22 699/20 706/8 715/1 718/11 719/6 725/16 726/6 727/9 727/16 727/20 736/9 736/21 744/3 752/21 753/22 768/6 768/9 768/19 769/20 770/18 771/1 771/10 771/10 771/12 771/12 771/15 775/18 776/3 777/12 781/3 783/12 785/5 785/8 788/18 789/9 790/5 790/6 790/7 790/8 790/12 790/15 790/21 790/23 790/23
reading [3] 694/4 738/12 763/1
real [4] 724/14 754/22 756/15 783/1
realize [13] 696/24 707/6 707/11 707/12 707/12 717/1 717/4 746/8 751/5 772/9 776/9 784/3 789/21
really [13] 686/13 687/19 708/12 713/2 724/21 726/18 749/7 753/24 755/17 779/24 780/9 786/15 786/23
realm [2] 724/18 725/10
reason [7] 683/4 704/8 708/21 722/13 726/2 728/24 766/2
reasons [4] 686/25 689/20 728/7 788/12
recall [3] 722/18 727/17 773/6
receive [2] 687/19 725/19
received [4] 691/19 704/18 714/3 736/22
recently [1] 780/19
recodified [1] 738/24
reconciliation [2] 739/13 739/15
Reconstruction [5] 781/13 786/5 789/8 790/1 791/16
record [5] 713/6 713/7 714/12 738/7 754/19
Records [1] 718/18

**R**

**recruit [5]** 765/24 771/24 773/20 776/3 779/16
**recruited [6]** 749/11 765/19 766/22 767/13 779/18 780/5
**recruiting [1]** 765/22
**Redirect [1]** 792/5
**redistricting [15]** 745/18 752/24 752/25 754/22 754/23 755/1 755/3 755/5 755/6 755/9 755/12 755/13 755/18 755/22 756/1
**referenced [2]** 683/14 784/22
**references [1]** 695/4
**referencing [1]** 1/5
**referred [1]** 701/3
**referring [5]** 692/6 693/1 693/25 726/7 726/10
**refresh [3]** 694/21 694/23 694/24
**refreshed [1]** 694/12
**refreshes [1]** 694/19
**refund [1]** 688/24
**regarding [3]** 697/3 757/15 761/6
**registration [1]** 707/20
**registry [1]** 709/2
**regular [1]** 695/16
**regularly [2]** 713/4 713/24
**relations [1]** 789/13
**relative [1]** 718/2
**relatives [3]** 713/2 713/3 713/10
**release [9]** 692/22 692/25 701/14 706/8 725/22 726/5 727/13 749/11 774/24
**releases [3]** 718/24 727/7 779/15
**relevance [2]** 707/1 742/1
**relied [1]** 709/6
**relies [1]** 756/24
**rely [5]** 740/9 740/21 741/4 741/18 745/6
**relying [1]** 742/8
**remains [2]** 738/18 753/9
**remember [47]** 682/23 682/23 683/1 683/7 683/15 683/23 686/6 692/17 694/16 700/12 702/1 710/1 712/11 712/15 712/17 713/17 714/6 718/16 719/16 719/21 720/11 722/12 727/7 727/9 727/18 739/10 739/22 744/20 745/1 749/13 751/1 751/2 751/10 752/22 759/8 760/17 761/11 763/1 763/1 763/9 765/25 766/9 778/17 784/17 784/17 784/19 788/14 791/20
**remembered [1]** 710/1
**remembering [1]** 750/13
**remind [1]** 792/15
**remove [1]** 709/1
**reorganization [1]** 738/22
**rep [1]** 723/22
**Rephrase [1]** 752/5
**report [49]** 684/5 687/7 688/10 690/14 696/10 697/7 698/5 698/6 698/13 699/12 700/14 700/19 701/12 702/5 702/14 703/19 713/1 714/9 715/9 715/22 716/24 717/1 718/14 718/17 725/24 736/6 738/2 742/14 743/20 743/22 745/8 750/19 751/3 751/9 751/23 752/2 752/8 752/23 753/2 753/4 753/8 761/3 762/9 763/22 772/18 776/1 778/11 783/6 790/5
**reported [1]** 718/12

**reporter [6]** 1/3 1/6 679/22 716/2 794/6 794/17
**reporter's [1]** 772/14
**reporting [3]** 695/17 695/19 785/17
**represent [2]** 692/16 723/24
**representative [4]** 721/21 721/22 724/15 735/1
**represented [1]** 786/19
**republican [10]** 698/8 698/9 721/24 726/20 727/24 746/24 747/7 748/3 770/1 770/6
**requests [1]** 718/18
**required [1]** 769/25
**requirement [1]** 685/22
**requires [2]** 686/8 709/19
**reread [1]** 752/8
**research [10]** 693/16 698/25 699/1 701/12 702/6 702/11 753/13 753/15 765/3 770/25
**researched [2]** 700/9 706/21
**resent [1]** 697/13
**resentful [1]** 702/14
**reserve [1]** 748/23
**residence [1]** 709/18
**resources [1]** 699/4
**respect [5]** 698/4 768/14 772/4 778/8 785/11
**respectful [1]** 711/11
**respecting [2]** 779/9 779/11
**respects [1]** 778/20
**respond [1]** 697/25
**responding [2]** 711/12 711/13
**rest [1]** 792/25
**restricted [1]** 1/3
**result [2]** 731/10 744/8
**resume [1]** 682/10
**retire [3]** 685/22 686/3 689/21
**retired [5]** 748/8 748/8 762/3 763/12 763/12
**retrieve [1]** 694/20
**review [2]** 697/1 697/2
**reviewed [2]** 696/16 698/4
**revote [1]** 739/19
**reward [5]** 705/10 725/13 725/15 725/18 734/15
**rewards [1]** 778/11
**rhetoric [1]** 706/12
**right [92]** 685/4 685/5 685/9 686/4 686/6 691/24 692/14 696/3 697/2 698/19 698/23 699/7 700/18 701/16 702/4 702/25 703/24 711/22 712/3 712/14 714/14 716/16 720/25 721/1 722/18 728/15 729/5 730/3 730/15 731/7 731/13 731/21 732/23 734/11 735/20 735/25 736/22 741/21 742/7 742/11 742/13 742/15 742/19 743/4 746/16 746/19 747/6 748/8 748/10 749/2 749/14 749/21 751/7 751/10 751/21 752/9 753/3 753/10 754/12 754/16 754/25 757/16 758/19 758/22 759/3 759/12 762/17 763/4 763/8 764/4 765/6 766/4 768/6 770/8 770/10 772/10 770/23 771/14 771/17 773/5 773/7 775/21 781/14 782/22 784/6 784/12 785/6 787/7 788/1 788/25 789/5 789/9 792/15
**rights [7]** 686/18 713/19 740/14 781/15 781/17 782/4 791/4
**ring [1]** 689/12

**rise [2]** 743/15 753/4
**risk [1]** 716/10
**risking [1]** 684/8
**RMR [3]** 679/22 794/6 794/16
**robe [1]** 765/13
**roll [1]** 689/23
**rolls [2]** 689/22 725/1
**room [2]** 765/7 765/10
**Royston [1]** 713/24
**rule [1]** 689/21
**rules [1]** 716/9
**run [3]** 720/24 735/4 773/20
**running [8]** 683/18 732/23 732/24 733/6 733/7 735/17 756/13 761/21
**runoff [11]** 709/5 710/20 717/17 766/24 768/21 768/23 769/2 769/4 769/13 771/21 774/19
**runs [1]** 769/17

**S**

**safe [1]** 792/25
**safely [1]** 720/24
**said [53]** 689/18 695/9 698/13 699/3 699/19 701/3 701/19 702/13 702/16 702/18 703/8 705/9 719/18 719/25 725/6 725/10 730/22 731/4 740/24 741/11 741/22 742/1 745/5 747/4 752/19 753/11 758/13 760/8 761/1 764/24 766/16 771/15 771/15 773/14 773/22 777/4 777/4 782/1 783/16 783/24 784/14 786/9 787/20 788/10 788/14 788/25 789/18 789/23 790/3 791/1 791/6 791/22 794/10
**same [11]** 695/21 696/11 697/4 702/21 709/19 733/7 738/21 739/1 756/11 765/1 791/17
**Samuel [1]** 736/16
**Savannah [1]** 713/18
**saw [7]** 683/15 692/23 693/4 726/3 726/5 764/16 776/6
**say [94]** 686/22 687/6 687/8 687/11 687/14 689/7 689/11 691/9 702/8 702/16 702/17 704/7 704/19 705/18 705/19 705/22 706/3 706/23 708/15 709/20 711/12 715/8 721/11 722/22 725/9 725/24 728/2 730/4 731/24 733/5 735/13 740/3 740/9 740/13 740/17 741/13 741/13 741/17 742/5 742/15 742/20 745/12 746/6 746/10 746/16 746/24 747/21 748/8 749/6 750/2 752/16 753/11 753/12 754/5 756/6 756/12 756/14 757/2 757/5 757/11 757/17 758/25 760/7 762/14 763/17 763/19 764/20 766/17 767/12 770/4 771/5 772/10 772/16 772/16 774/5 774/21 774/23 776/3 776/4 778/7 778/9 778/23 781/18 783/10 783/16 785/15 785/18 786/6 786/21 787/10 787/11 788/1 789/23 792/19
**saying [35]** 702/22 705/16 706/13 707/15 709/23 715/9 716/16 725/15 725/18 732/1 732/7 734/7 734/15 740/12 740/23 740/24 741/3 747/20 748/25 749/1 751/21 756/17 758/4 759/9 762/2 763/9 767/12 773/18 779/6 779/15 783/14 786/10 786/23 787/13 787/15
**says [19]** 689/1 691/3 691/17 700/16

**says... [15]** 700/24 708/24 719/3
724/13 726/19 732/6 750/7 751/15
768/21 770/1 770/2 770/24 780/6
790/11 790/21
**scale [1]** 704/16
**scenario [1]** 730/21
**scholarly [8]** 693/12 693/20 693/21
694/2 694/18 695/5 695/6 698/4
**Scholars [1]** 714/4
**school [4]** 716/2 716/7 716/9 746/4
**scientist [2]** 698/11 745/16
**SCJ [1]** 679/6
**SCOTT [1]** 679/3
**screen [1]** 776/21
**screening [2]** 776/20 776/20
**se [3]** 683/24 724/21 762/6
**SEAL [7]** 748/9 763/12 774/25 775/8
775/12 776/10 776/15
**SEALs [9]** 749/10 762/22 763/6 763/8
763/18 771/25 776/4 784/9 784/22
**search [2]** 700/6 766/14
**searching [1]** 700/1
**seat [1]** 747/16
**seated [2]** 682/13 682/14
**seats [1]** 747/10
**second [15]** 699/3 699/18 708/24
712/11 712/13 736/9 736/15 736/17
737/1 762/19 772/21 781/1 781/6
785/19 785/23
**secondly [2]** 778/11 778/12
**seconds [1]** 724/4
**secretary [6]** 697/11 718/19 768/25
769/9 787/19 787/20
**section [9]** 699/8 707/15 707/16 709/3
714/19 733/21 738/20 738/24 739/7
**Section 21-2-230 [3]** 709/3 738/24
739/7
**Section 230 [1]** 733/21
**Section 34-605 [1]** 738/20
**security [8]** 719/4 719/8 720/8 720/22
721/2 721/3 779/22 779/22
**see [40]** 690/23 690/25 691/6 691/6
691/17 693/13 694/4 695/23 698/16
700/22 700/24 709/12 713/3 717/11
726/18 726/24 727/4 732/7 734/14
736/19 743/24 744/1 750/4 750/10
751/17 759/25 761/8 764/16 765/3
766/18 772/6 772/20 778/10 780/3
780/5 780/15 785/12 791/1 791/5 793/1
**seeing [1]** 791/3
**seem [1]** 762/9
**seemed [1]** 699/16
**seems [16]** 698/1 727/24 734/16 762/4
781/7 781/9 781/20 782/19 783/10
783/17 783/24 785/25 786/21 788/10
790/12 790/21
**seen [9]** 683/6 683/9 683/10 683/10
684/2 687/3 718/16 787/17 787/18
**selected [4]** 745/13 746/8 769/6 777/7
**self [2]** 737/4 737/23
**self-government [2]** 737/4 737/23
**semantics [1]** 756/20
**senate [5]** 697/19 717/17 739/12
739/18 771/21
**senates [1]** 697/19
**senator [1]** 723/22

**senatorial [3]** 723/6 723/9 755/15
**send [3]** 707/9 718/18 735/4
**sending [1]** 708/16
**sense [2]** 722/13 765/5
**sent [1]** 715/5
**sentence [13]** 736/9 736/15 736/17
736/25 737/1 742/16 743/24 744/3
772/19 772/21 781/19 790/14 791/9
**sentences [2]** 771/1 781/3
**separate [4]** 764/2 786/12 786/13
787/4
**sequence [1]** 785/14
**series [2]** 703/7 780/13
**serve [3]** 769/12 769/16 779/22
**served [3]** 714/16 716/19 749/3
**services [1]** 683/21
**SESSION [1]** 679/11
**set [7]** 701/9 720/5 734/2 735/19
749/10 760/22 794/12
**setting [2]** 764/5 764/5
**settled [3]** 686/21 686/22 781/15
**seven [1]** 769/4
**several [2]** 762/17 782/7
**shall [4]** 769/3 769/8 769/12 769/15
**SHANNON [3]** 679/22 794/6 794/16
**sharp [1]** 792/17
**she [27]** 683/6 683/9 683/10 683/10
684/13 689/1 692/16 727/6 727/20
727/24 739/24 754/10 761/6 761/7
761/8 762/5 763/19 765/24 766/1
768/24 769/12 773/22 774/21 776/4
786/9 788/13 788/17
**she's [5]** 689/2 754/12 761/17 786/15
786/16
**sheet [1]** 690/22
**SHELLY [1]** 680/7
**shoot [1]** 730/4
**shop [1]** 683/19
**shortly [1]** 759/2
**should [12]** 688/8 691/9 724/11 727/17
732/12 732/16 735/3 737/5 737/24
741/5 755/20 764/10
**shouldn't [2]** 695/22 709/20
**show [11]** 704/4 709/8 709/18 715/16
760/1 760/9 783/6 784/20 785/2 790/4
790/5
**showed [1]** 704/2
**showing [1]** 749/22
**shown [2]** 706/7 706/11
**shows [1]** 759/10
**sic [1]** 738/22
**side [2]** 726/2 732/20
**sides [1]** 717/5
**sign [4]** 688/21 752/14 752/16 770/11
**signature [2]** 752/4 752/7
**signed [5]** 751/3 751/16 751/21 769/8
770/7
**significant [3]** 689/23 726/21 742/13
**similar [2]** 734/23 739/5
**similarly [1]** 689/25
**since [3]** 694/12 706/11 750/24
**single [2]** 747/8 787/3
**singled [4]** 709/25 710/6 710/10
710/18
**sinners [1]** 733/17
**sir [9]** 694/7 699/6 702/18 723/4 741/9
743/9 750/5 770/9 780/22
**sit [3]** 746/25 748/2 792/2

**sits [1]** 744/5
**sits [1]** 721/11
**sitting [4]** 721/22 748/21 763/18 777/6
**situation [1]** 733/16
**six [2]** 691/8 719/25
**sketch [3]** 772/24 772/25 773/1
**sketched [3]** 771/24 772/23 774/2
**skip [1]** 742/14
**slash [1]** 691/8
**slow [2]** 729/19 729/22
**small [2]** 723/18 746/22
**smaller [1]** 705/23
**Smart [1]** 716/12
**so [118]**
**social [8]** 733/23 733/23 733/23 734/6
734/10 747/13 747/14 747/18
**society [2]** 685/5 764/24
**some [43]** 682/23 683/15 687/13
690/11 691/21 696/2 696/9 696/9
708/11 709/10 711/18 714/16 717/10
718/11 720/23 721/7 721/7 721/13
721/15 723/8 728/24 732/7 733/19
733/20 733/23 733/23 734/5 734/10
738/9 739/12 745/1 745/15 747/5
752/23 762/21 763/15 764/25 764/25
778/17 778/24 779/20 789/14 790/17
**somebody [14]** 684/9 705/10 719/25
725/20 746/25 747/16 756/24 760/9
763/23 766/12 767/16 768/15 777/9
777/15
**somehow [6]** 703/20 703/21 713/13
714/17 751/6 774/18
**someone [20]** 684/6 685/25 686/7
689/10 695/17 717/10 721/11 724/7
725/19 741/10 741/22 748/19 749/12
749/21 755/19 755/24 756/7 759/25
777/7 778/19
**someplace [1]** 756/17
**Somerville [3]** 716/19 734/5 737/8
**something [30]** 688/4 704/19 704/21
704/25 706/21 712/1 719/15 721/10
721/15 721/18 725/20 728/11 728/12
732/8 732/17 737/7 747/24 748/9
748/11 748/12 749/14 752/9 760/7
763/21 764/1 766/7 766/17 774/3 779/1
792/19
**sometime [1]** 719/23
**sometimes [8]** 699/12 699/14 699/23
700/9 711/23 711/23 759/11 776/7
**somewhere [3]** 729/16 765/11 766/13
**sorry [13]** 710/16 711/7 712/15 725/16
728/15 728/20 737/3 763/7 764/5 765/9
767/25 774/12 791/2
**sort [23]** 685/13 686/8 686/16 687/13
687/15 689/10 695/15 697/2 697/13
703/25 708/5 708/12 718/1 718/14
754/7 754/24 754/24 755/16 764/18
764/20 764/24 774/20 789/15
**sorts [1]** 699/13
**sought [3]** 736/23 772/3 785/10
**sounding [2]** 706/12 706/16
**source [4]** 696/16 701/2 744/21 784/23
**sources [9]** 695/8 695/20 696/23 699/8
699/9 699/19 701/3 701/6 783/14
**south [5]** 685/24 700/2 719/25 735/8
735/17
**South Carolina [1]** 735/8
**Southern [1]** 697/17

# S

**southerner [1]** 762/15
**southerners [1]** 686/16
**SOUTHWEST [1]** 679/23
**SPAN [1]** 696/17
**Spanish [2]** 701/16 701/19
**speak [2]** 713/21 714/1
**speaking [3]** 704/7 713/22 788/16
**specific [5]** 704/8 725/7 728/18 779/13 779/23
**specifically [9]** 682/24 683/16 722/3 728/5 745/2 760/24 761/12 780/7 788/16
**specifics [1]** 763/1
**spectrum [2]** 697/6 760/21
**spending [1]** 732/22
**spoke [2]** 701/25 714/2
**spoken [1]** 783/13
**spot [1]** 755/24
**spread [1]** 787/19
**Spring [1]** 756/22
**SR [1]** 715/5
**SRO [1]** 684/1
**stage [2]** 752/3 752/4
**stand [2]** 682/9 774/23
**start [10]** 689/6 700/20 710/16 710/22 710/24 743/10 773/19 790/20 791/4 792/17
**started [1]** 712/7
**starting [4]** 682/5 710/24 782/24 785/24
**starts [2]** 719/2 790/12
**state [14]** 685/25 697/11 707/21 713/19 723/5 723/6 723/22 723/22 734/12 744/22 755/20 764/13 764/13 780/10
**State's [1]** 718/19
**stated [4]** 697/7 716/10 749/14 794/11
**statement [11]** 731/7 738/14 745/6 766/1 772/15 780/9 781/22 782/22 784/13 785/18 787/24
**statements [4]** 697/3 784/4 785/14 786/16
**STATES [10]** 679/1 679/13 679/23 680/21 775/5 782/1 782/6 794/3 794/7 794/17
**statewide [1]** 735/17
**statistics [1]** 718/2
**statute [9]** 708/15 739/5 739/25 740/10 740/18 740/22 741/5 741/18 768/5
**STENOGRAPHY [1]** 679/20
**step [1]** 707/8
**STEVE [1]** 679/12
**sticking [1]** 788/8
**still [11]** 695/13 709/4 721/8 726/13 728/18 730/11 731/18 742/13 742/21 752/14 776/6
**stop [3]** 743/5 743/10 792/15
**street [9]** 684/15 684/17 743/21 744/7 753/19 759/1 767/7 777/6 777/10
**strong [1]** 781/22
**student [4]** 719/14 719/25 760/13 760/21
**students [1]** 747/5
**studied [3]** 685/11 737/14 786/15
**study [6]** 687/1 687/7 710/13 745/25 758/20 761/5
**studying [3]** 684/12 687/6 724/21

**stuff [1]** 688/2
**Sub [1]** 770/22
**subheading [4]** 743/23 745/11 770/22 771/17
**subject [1]** 791/9
**submit [1]** 768/23
**submitted [5]** 710/20 716/24 718/3 737/7 769/7
**Subparagraph [1]** 785/7
**subscribe [3]** 737/16 737/19 759/14
**subscribes [2]** 737/9 759/22
**Subsection [3]** 768/21 769/17 790/11
**Subsection 2 [1]** 769/17
**Subsection C [1]** 790/11
**substantially [1]** 738/21
**substantively [2]** 738/18 739/1
**successfully [1]** 783/8
**such [6]** 741/25 769/2 769/2 769/4 769/5 784/13
**sued [1]** 701/8
**suggest [1]** 784/5
**suggesting [2]** 776/19 780/4
**suggestion [2]** 740/6 778/3
**suggestions [1]** 705/1
**suitcases [1]** 720/5
**summary [1]** 752/3
**superintendent [1]** 769/15
**support [3]** 717/1 738/14 773/3
**suppress [1]** 771/20
**sure [26]** 685/14 688/20 690/8 698/1 700/5 707/24 720/23 721/8 722/4 732/7 734/25 745/11 751/10 752/19 753/11 753/12 754/23 757/16 762/5 768/6 768/10 768/12 772/19 775/19 779/18 782/9
**Surgery's [1]** 785/17
**surmise [1]** 703/20
**surprise [2]** 773/10 773/13
**suspect [1]** 763/9
**suspected [2]** 764/9 764/9
**suspicions [3]** 704/23 721/7 778/14
**suspicious [2]** 725/25 765/20
**swear [1]** 752/9
**sweeping [1]** 741/25
**swing [1]** 728/10
**swore [1]** 752/7
**sworn [1]** 682/17
**synonyms [2]** 756/5 756/8
**Syracuse [1]** 685/20
**system [5]** 723/11 735/18 761/5 761/22 761/23

# T

**table [3]** 721/23 748/2 748/21
**tackle [2]** 728/22 729/2
**tactics [7]** 781/12 786/3 789/7 789/25 791/9 791/10 791/10
**tad [1]** 757/21
**tag [1]** 732/9
**take [22]** 682/9 696/4 707/2 720/7 722/15 727/23 733/15 737/2 743/4 743/7 743/13 748/4 750/12 753/23 757/9 760/19 774/10 774/10 784/5 784/5 784/8 784/9
**taken [5]** 719/10 719/11 725/11 743/16 750/22
**taking [1]** 774/12
**talk [14]** 688/10 710/9 710/17 712/23

**712/25 732/7 713/10 713/15 713/24 744/11 759/10 759/12 760/1 780/25
**talked [10]** 689/15 710/6 713/23 714/5 725/4 728/8 746/21 762/17 762/17 764/5
**talking [31]** 684/17 689/7 693/13 693/14 693/24 698/5 702/3 702/3 702/4 702/5 702/9 703/4 705/13 711/5 714/6 721/2 721/17 723/13 723/15 723/16 727/12 729/20 731/20 731/23 750/17 762/5 762/6 767/19 768/20 787/1 789/19
**talks [2]** 787/16 788/12
**targeting [2]** 705/4 706/22
**taxes [6]** 688/14 688/14 688/16 688/18 689/14 689/15
**teach [2]** 716/9 716/13
**team [1]** 689/2
**technically [2]** 729/16 730/5
**technological [3]** 685/6 685/15 685/17
**technology [2]** 685/16 685/18
**TED [1]** 679/23
**tell [16]** 690/12 712/13 716/7 730/13 742/7 755/8 755/11 758/2 759/17 759/18 763/21 763/23 765/14 765/20 774/14 789/11
**telling [5]** 712/6 731/5 775/22 789/17 791/20
**tells [2]** 723/21 779/8
**temporal [1]** 726/22
**ten [4]** 743/9 745/13 773/11 773/16
**tend [2]** 696/2 698/7
**Teresa [1]** 700/24
**term [5]** 689/8 708/11 729/4 739/17 762/20
**termed [1]** 764/12
**terms [8]** 704/17 707/6 715/21 742/23 746/11 748/17 779/24 779/25
**terrorism [1]** 742/17
**test [2]** 710/8 712/21
**testified [2]** 682/17 717/19
**testify [4]** 694/20 694/21 725/7 757/21
**testifying [4]** 692/7 757/22 787/22 788/4
**testimony [5]** 703/19 754/18 779/19 782/21 794/12
**Texans [1]** 686/3
**Texas [16]** 691/14 702/3 744/6 744/9 744/12 744/14 744/16 744/16 744/22 744/23 745/14 746/5 750/14 752/25 761/12 762/3
**Texas Observer [4]** 744/12 744/16 744/23 745/14
**text [1]** 726/19
**than [28]** 682/5 685/7 686/9 692/9 695/1 695/18 700/3 705/23 725/4 725/23 730/22 735/14 754/25 762/14 766/5 769/5 776/16 777/7 781/10 781/10 781/21 782/20 783/11 786/1 786/1 786/22 787/11 790/22
**thank [12]** 694/9 724/13 743/11 766/11 769/19 772/7 792/3 792/12 792/13 792/14 792/23 793/2
**that [718]**
**that's [81]** 686/24 687/24 689/3 689/3 696/8 696/18 696/20 700/15 701/17 702/9 705/18 706/20 707/13 711/1 712/6 715/21 717/2 717/10 722/3

**that's... [62]** 723/11 724/17 724/21 726/4 726/10 729/3 729/3 729/6 729/24 729/24 730/14 730/14 730/15 730/16 730/22 730/25 731/2 731/4 732/22 733/11 734/9 734/14 735/24 736/1 736/25 737/1 737/1 738/1 739/8 741/17 742/7 747/1 747/3 748/24 749/11 750/17 750/25 752/4 755/1 757/4 758/17 758/19 762/9 762/19 765/4 767/18 768/20 769/24 770/13 771/11 773/4 773/8 777/16 778/17 780/9 780/19 781/22 784/13 788/19 788/22 791/5 792/22

**their [33]** 686/18 709/4 709/9 709/18 714/16 714/22 717/2 723/8 723/9 724/8 724/8 724/14 728/8 728/9 732/22 734/6 740/10 742/18 749/3 749/7 749/8 749/17 749/18 749/25 759/12 761/5 769/21 775/17 776/8 782/4 783/3 787/23 787/24

**them [34]** 686/8 686/14 693/10 693/16 693/18 695/11 696/10 696/17 696/25 698/8 699/10 700/7 700/16 704/13 706/5 717/8 720/5 720/7 720/8 720/25 721/1 727/10 733/9 737/18 742/17 748/11 750/13 752/21 770/7 782/8 783/5 783/5 783/7 786/13

**themselves [3]** 714/12 725/14 778/5

**then [40]** 683/12 686/2 686/7 687/16 687/18 687/19 688/23 690/6 690/14 697/4 697/25 699/3 699/14 703/1 703/15 703/18 705/10 709/9 710/8 720/6 721/21 723/5 723/6 723/8 735/6 736/18 736/24 739/19 740/3 742/11 753/2 753/15 754/18 765/16 765/20 770/4 778/23 781/17 783/4 783/20

**there [91]** 683/11 684/2 685/10 686/3 686/22 686/23 692/9 698/17 700/5 701/13 703/10 703/23 704/10 704/21 705/1 707/24 707/25 708/2 708/3 708/24 710/22 710/24 711/18 712/8 717/18 719/8 719/24 722/16 724/3 725/18 726/13 730/8 730/10 732/9 732/14 732/17 733/19 734/10 736/13 737/23 740/15 741/15 741/16 746/5 746/21 746/25 747/17 749/10 749/19 753/4 754/6 754/10 757/4 757/9 758/24 760/2 760/25 762/2 762/2 762/7 763/5 763/6 763/8 765/3 765/12 767/8 767/11 767/12 770/12 770/12 770/15 771/1 771/5 771/18 773/5 774/25 775/2 775/18 775/24 777/6 778/13 778/23 779/11 779/14 780/7 780/23 783/19 785/24 787/18 787/20 790/17

**there's [32]** 687/19 688/6 701/21 701/21 704/21 711/11 716/7 718/20 720/8 721/7 722/10 724/16 725/15 730/6 732/6 732/17 735/13 735/13 746/23 747/15 752/20 760/9 763/6 763/8 763/15 768/4 769/17 769/24 772/25 777/2 780/17 786/10

**thereby [1]** 793/5

**therein [1]** 794/11

**these [47]** 683/15 689/17 690/8 690/11 692/22 693/8 693/10 693/11 697/4 698/16 699/13 702/7 702/8 702/12

763/15 764/7 713/9 714/18 715/9 718/24 720/4 724/24 725/13 732/22 732/23 737/16 737/21 742/16 748/19 749/19 750/12 750/18 753/9 754/7 758/15 761/3 766/1 775/18 776/17 776/25 779/4 779/14 780/6 786/7 786/16 790/18 791/4

**they [112]** 685/7 686/23 687/1 690/1 690/5 695/7 695/18 699/14 699/14 701/9 701/17 702/9 703/6 707/8 707/13 707/13 707/16 707/22 708/20 708/21 709/10 709/25 710/10 710/18 713/11 714/22 715/7 716/7 716/9 716/20 716/20 717/2 719/14 720/17 720/17 721/12 722/4 723/8 723/23 725/3 725/10 725/21 725/23 725/25 726/24 727/4 731/5 731/18 733/22 734/5 734/7 735/6 735/7 735/8 735/12 737/12 737/19 737/20 739/18 739/18 739/19 740/9 747/4 747/5 751/12 751/13 753/10 755/20 756/5 756/8 756/9 756/10 758/15 759/11 762/14 762/19 766/2 766/4 766/5 766/6 766/16 767/12 770/5 770/10 770/11 772/6 773/19 773/22 775/16 775/18 775/19 776/9 776/9 776/18 776/21 776/24 777/10 777/24 778/10 778/24 778/25 778/25 779/3 780/1 780/3 780/5 780/15 785/12 787/22 788/12 791/21

**they'd [1]** 747/20

**they'll [1]** 723/9

**they're [24]** 682/4 691/21 693/17 693/17 695/17 701/16 704/15 704/19 709/11 717/1 722/4 732/1 735/14 746/22 749/1 749/22 756/10 768/16 770/12 775/22 776/11 776/12 787/22 791/18

**they've [1]** 749/18

**thing [23]** 684/2 685/13 686/8 688/22 689/25 696/11 704/2 708/15 710/21 711/11 715/21 732/18 747/18 749/14 756/11 764/18 765/1 770/10 779/4 780/4 780/8 787/10 789/5

**things [40]** 696/4 696/10 696/13 697/12 698/17 699/13 701/24 702/8 702/12 702/16 706/4 708/21 709/21 710/3 712/9 713/20 714/7 714/20 716/7 720/4 724/17 725/11 730/6 738/8 745/20 748/20 749/19 751/14 761/3 762/16 763/16 764/6 764/19 767/20 776/17 778/9 779/4 780/6 783/4 787/2

**think [113]** 686/5 689/6 689/8 689/14 690/1 690/2 690/3 690/4 692/19 695/7 695/13 695/21 696/20 698/21 698/24 700/14 702/15 703/8 704/21 705/13 705/16 705/22 707/2 707/4 707/21 707/23 711/16 713/23 714/24 716/4 717/13 717/22 718/23 719/9 719/14 719/16 721/3 721/5 721/11 721/15 722/2 722/3 725/22 726/6 726/7 726/10 726/13 727/6 728/1 728/17 729/3 731/17 731/24 732/1 732/9 732/12 732/13 734/11 736/2 737/12 737/20 738/12 739/22 741/7 741/20 741/22 741/22 742/15 743/3 743/4 745/8 746/11 747/19 747/20 748/23 749/6 749/19 749/21 749/23 751/25 752/25 755/15 757/20 757/23 760/8 763/16

768/20 765/3 765/12 767/18 767/19 770/10 770/15 772/4 773/13 774/7 776/12 779/13 779/16 780/2 780/7 780/13 784/7 784/21 785/5 786/25 787/1 788/7 788/9 788/10 790/19 791/23 792/2

**thinking [6]** 684/1 719/19 722/25 727/11 733/25 763/10

**third [10]** 691/17 726/19 735/16 742/15 743/24 761/13 761/20 770/21 772/19 790/14

**third-party [1]** 735/16

**Thirteenth [1]** 781/16

**this [195]**

**those [42]** 690/2 695/5 698/7 698/9 701/24 704/5 709/15 714/13 715/13 716/25 717/22 720/24 720/24 720/25 721/23 721/23 723/23 727/13 739/20 742/23 744/25 747/10 750/21 750/23 750/25 751/11 751/14 752/21 753/22 761/8 763/19 767/21 773/19 774/18 777/20 778/22 784/9 784/10 784/10 784/10 784/12 788/5

**though [8]** 731/20 744/6 753/5 755/5 765/7 765/20 782/8 790/20

**thought [11]** 693/22 706/9 719/17 722/24 728/15 741/1 742/1 750/24 751/6 757/3 782/13

**thoughts [1]** 786/8

**thousands [2]** 691/19 704/20

**threatens [1]** 771/20

**three [10]** 691/6 691/8 697/19 715/10 743/23 747/7 749/9 769/14 778/1 781/3

**through [22]** 690/11 690/13 690/14 690/14 693/18 693/19 700/6 700/16 712/9 738/22 749/9 768/19 770/5 776/19 776/20 776/21 777/8 777/11 778/18 781/17 782/21 783/7

**throughout [1]** 749/18

**tie [3]** 722/10 755/7 789/14

**tied [1]** 687/14

**TIM [1]** 680/20

**time [43]** 684/3 686/25 690/13 691/14 695/14 699/10 699/10 702/21 704/15 704/24 706/17 707/25 711/13 711/23 718/22 719/17 722/18 732/22 734/23 735/17 735/21 736/22 738/4 738/5 738/9 739/10 741/2 743/22 745/20 746/5 748/4 751/2 751/2 752/23 761/11 762/16 762/19 765/25 777/22 778/17 780/11 782/24 791/17

**time's [1]** 756/13

**times [10]** 712/1 729/3 729/5 758/9 758/9 758/10 758/11 762/18 783/18 787/11

**timing [1]** 773/13

**TINA [1]** 680/8

**tired [1]** 766/17

**today [9]** 682/8 691/18 698/18 729/5 741/4 764/24 767/9 786/20 787/22

**together [4]** 739/18 749/19 755/7 779/5

**told [18]** 683/11 710/11 710/17 716/5 724/8 734/18 734/18 734/21 735/6 735/11 749/18 753/6 753/14 764/20 772/12 779/7 779/10 779/10

**tomorrow [1]** 792/16

**Tomorrow's [1]** 788/19

**T**

**tongue [1]** 685/21
**too [2]** 766/5 766/11
**took [3]** 724/25 725/3 764/21
**tool [1]** 736/8
**top [5]** 686/5 691/14 719/2 742/15 771/4
**totality [5]** 683/25 703/13 712/9 762/6 765/5
**totally [2]** 689/1 702/13
**toward [2]** 695/18 698/7
**tracking [1]** 742/16
**tradition [1]** 703/22
**trained [2]** 713/5 721/6
**training [4]** 721/13 722/4 736/4 777/8
**transcript [8]** 1/1 1/5 1/7 1/8 679/11 679/21 762/23 794/9
**transcripts [1]** 1/2
**TRAURIG [1]** 680/15
**treat [1]** 694/11
**TRIAL [1]** 679/11
**trials [1]** 782/7
**trick [1]** 716/14
**tried [13]** 687/1 697/7 697/11 697/12 697/21 698/13 698/15 699/7 699/9 700/1 709/22 761/7 784/2
**trier [2]** 757/24 791/24
**trouble [4]** 716/6 734/1 746/25 747/10
**true [88]** 679/7 682/22 682/25 683/17 684/16 684/18 684/20 684/23 684/24 684/25 685/3 688/23 689/7 689/8 689/11 689/23 691/18 701/9 701/14 702/4 702/7 703/16 703/21 706/5 707/6 707/14 709/23 713/13 715/23 719/3 724/25 726/19 734/4 734/14 743/24 744/4 745/11 746/6 750/3 750/7 752/17 753/18 760/13 760/19 767/16 770/24 771/6 771/18 771/19 771/24 772/2 772/3 772/23 774/2 777/19 781/2 781/6 781/9 781/10 781/20 781/21 782/17 782/19 782/20 783/10 783/11 784/2 785/8 785/9 785/10 785/24 785/25 786/1 786/12 786/17 786/19 786/21 786/22 788/11 788/16 789/20 790/12 790/21 791/10 791/18 791/21 792/1 794/9
**trued [1]** 725/2
**trueing [1]** 689/15
**trues [2]** 687/18 687/18
**trust [1]** 689/1
**truthful [1]** 714/8
**try [11]** 696/13 703/24 704/5 728/21 729/2 734/3 738/13 739/18 754/1 766/10 783/4
**trying [29]** 697/21 698/24 700/14 702/16 703/13 705/17 705/22 713/22 714/18 715/16 720/7 722/2 728/1 734/24 735/13 736/2 740/25 766/9 766/18 768/2 768/14 769/20 769/23 772/4 786/19 787/3 788/18 789/12 789/14
**Tuesday [1]** 730/3
**turn [4]** 702/16 708/23 711/12 738/11
**TURNER [1]** 679/23
**turning [1]** 783/19
**turnout [6]** 771/21 781/11 781/23 786/2 787/11 787/14

**twice [3]** 769/18 770/15 778/1
**two [15]** 684/19 689/24 691/14 700/9 716/7 767/19 769/5 773/15 773/19 784/4 784/10 784/10 784/10 786/7 787/4
**two-time [1]** 691/14
**type [8]** 709/10 718/6 721/15 732/7 739/12 745/15 772/25 791/19

**U**

**U.S [2]** 686/20 744/10
**Uh [10]** 683/5 719/22 724/20 748/18 753/14 758/3 773/21 774/9 778/15 783/2
**Uh-huh [10]** 683/5 719/22 724/20 748/18 753/14 758/3 773/21 774/9 778/15 783/2
**ultimately [1]** 750/15
**umbrella [3]** 707/10 727/5 728/10
**umpire [1]** 780/14
**unafraid [6]** 763/21 772/5 778/10 780/3 780/15 785/12
**unawareness [1]** 749/4
**unchanged [1]** 738/18
**uncomfortable [1]** 749/16
**uncommon [1]** 738/8
**under [10]** 736/7 736/13 736/15 740/18 752/9 771/17 781/1 781/5 781/6 785/7
**understand [26]** 687/8 688/25 692/2 694/25 695/10 707/1 711/20 712/5 715/22 716/16 716/22 730/21 732/13 738/6 770/23 772/4 773/18 774/7 776/5 777/24 778/8 781/22 785/11 787/16 789/22 790/9
**understanding [3]** 709/13 730/23 756/11
**understands [1]** 778/20
**unfortunate [3]** 729/4 746/14 746/16
**uniform [6]** 762/2 765/12 766/21 775/21 775/23 775/25
**uniforms [1]** 763/18
**UNITED [5]** 679/1 679/13 679/23 680/21 775/5 782/1 782/6 794/3 794/17
**universe [1]** 778/16
**University [4]** 693/18 693/19 697/18 713/19
**unless [3]** 721/7 735/9 786/9
**unofficial [1]** 779/17
**untruthful [1]** 729/12
**unworthy [1]** 713/8
**up [53]** 682/8 682/25 683/3 684/19 684/20 684/23 684/24 684/25 685/3 685/20 687/18 687/18 688/23 689/7 689/8 689/11 689/15 689/23 691/21 694/1 697/5 701/9 703/1 707/8 710/20 712/10 714/7 718/14 718/22 720/5 720/7 724/7 725/2 731/16 734/2 735/3 735/19 742/15 752/1 753/9 755/3 755/12 760/22 761/20 762/20 764/5 764/5 766/3 766/25 768/13 773/3 783/13 788/12
**upcoming [1]** 709/5
**update [1]** 752/4
**updated [1]** 752/7
**upon [5]** 709/6 737/6 737/25 739/3 739/6
**us [3]** 716/7 765/14 792/22

**USA [1]** 680/17
**use [15]** 685/16 689/8 695/13 695/25 696/20 697/6 704/4 706/12 706/17 707/22 714/9 717/5 717/8 723/23 788/9
**used [29]** 682/6 688/12 694/1 703/14 706/13 706/20 708/4 713/5 716/24 726/2 728/4 729/2 729/3 729/5 732/13 732/14 732/20 740/4 753/15 773/2 773/3 774/11 778/1 779/14 780/18 783/8 784/16 784/18 786/11
**using [15]** 685/16 698/17 700/6 714/12 716/17 717/1 728/16 734/8 739/16 742/22 746/11 747/13 752/12 752/24 787/24
**utility [2]** 732/8 733/23
**uttered [1]** 784/15
**UZOMA [1]** 680/6

**V**

**Vadum [3]** 759/2 759/15 759/22
**vaguely [1]** 719/16
**valid [2]** 757/25 758/1
**validate [1]** 698/16
**Valley [1]** 756/22
**various [2]** 686/25 741/16
**varying [1]** 776/11
**vast [1]** 707/10
**vehicle [2]** 707/22 720/8
**venture [1]** 756/10
**verb [2]** 773/2 791/13
**verbal [1]** 750/21
**verification [2]** 751/3 751/16
**VERNON [2]** 681/3 682/16
**version [4]** 739/17 739/18 768/11 768/12
**very [19]** 683/19 684/11 689/20 704/11 709/12 720/16 721/4 724/13 733/3 747/23 752/10 754/2 760/17 761/17 768/18 776/14 783/8 791/2 792/3
**veteran [11]** 748/8 748/21 748/22 748/22 748/24 749/1 749/4 749/22 763/10 763/13 766/15
**veterans [5]** 749/24 765/14 765/19 765/23 774/25
**vetted [1]** 779/19
**video [2]** 721/13 721/17
**Vietnamese [1]** 701/21
**view [10]** 696/2 698/7 698/11 737/9 745/3 745/4 760/14 760/22 760/24 789/13
**Village [1]** 756/22
**violate [2]** 716/2 716/9
**Virginia [1]** 687/4
**voice [1]** 716/17
**voir [1]** 717/15
**VOLUME [1]** 679/11
**volunteer [3]** 744/4 746/7 778/4
**volunteered [2]** 765/7 765/11
**vote [90]** 679/7 682/22 682/25 683/17 684/16 684/18 684/20 684/23 684/24 684/25 685/3 701/9 701/14 702/4 702/7 703/16 703/21 706/5 707/6 707/14 709/4 709/9 709/23 713/13 719/3 724/14 724/25 726/19 729/14 729/15 731/9 732/19 733/10 733/10 733/11 734/4 735/10 735/14 736/4 736/22 742/19 743/24 744/4 745/11 746/6 750/3 750/7 753/18 755/21 755/25

**V**

**vote... [40]** 760/13 760/19 767/16
771/24 772/2 772/3 772/23 774/2
776/18 777/19 781/2 781/6 781/9
781/14 781/20 781/25 782/4 782/17
782/19 783/3 783/10 783/22 784/2
785/8 785/9 785/10 785/24 785/25
786/12 786/17 786/19 786/21 788/11
788/16 789/20 790/12 790/21 791/18
791/21 792/1
**Vote's [7]** 691/18 715/23 770/24 771/6
771/18 771/19 791/10
**voter [74]** 683/9 683/11 683/25 689/22
703/14 704/4 706/19 707/20 707/20
707/25 708/4 708/11 708/16 708/18
709/1 709/23 709/24 710/4 713/8
715/24 720/15 728/3 728/5 728/6
728/22 729/4 732/4 736/7 738/18
738/20 739/5 740/17 744/7 744/8
749/17 753/3 753/3 756/7 756/16
756/18 756/21 756/23 756/23 756/25
757/17 762/10 762/11 762/11 762/12
762/12 762/20 765/21 770/24 771/6
771/6 771/20 771/20 775/16 775/20
777/25 778/11 778/24 780/18 781/11
783/6 783/7 786/2 787/11 787/14
787/17 787/19 787/21 788/13 791/5
**voters [27]** 700/25 703/6 704/14 709/2
710/8 712/24 714/18 714/21 715/16
728/6 760/20 761/8 762/8 762/13
777/24 778/24 779/25 781/10 781/21
782/20 782/24 782/25 783/11 783/19
786/1 786/22 791/3
**voters' [2]** 714/21 715/17
**votes [5]** 704/20 733/9 764/1 764/2
790/22
**voting [31]** 709/11 713/4 713/19 724/9
724/10 725/1 725/20 734/11 734/19
734/21 735/1 735/9 735/18 738/15
740/14 744/5 745/19 755/14 755/20
755/21 755/24 760/14 760/21 761/5
762/18 775/19 776/14 781/17 781/25
782/5 783/5
**Voto [1]** 701/10
**vs [1]** 679/6

**W**

**walk [2]** 731/16 767/8
**walking [2]** 777/5 777/9
**want [27]** 684/22 688/19 689/11 696/12
697/1 699/5 702/25 710/21 711/20
714/8 714/15 721/9 725/7 732/15
734/18 736/21 757/1 759/17 762/18
764/20 766/3 768/10 771/14 780/7
780/25 781/18 782/13
**wanted [12]** 707/8 714/14 715/22
727/4 727/16 736/4 737/1 766/1 767/16
771/9 773/22 792/19
**wants [3]** 707/18 728/17 768/15
**warrants [1]** 738/12
**was [208]**
**wasn't [6]** 717/21 717/21 724/21
727/13 762/5 773/15
**watch [4]** 746/11 746/12 764/25 764/25
**watched [1]** 721/12
**watcher [24]** 719/13 746/15 748/15
748/17 765/7 765/11 767/8 767/10

767/16 767/22 768/3 768/5 768/15
768/24 769/11 769/16 769/22 769/24
769/25 770/3 770/5 770/8 775/24
777/10
**watchers [16]** 721/24 723/13 744/4
746/7 746/8 766/23 767/4 767/6 767/6
767/13 769/5 769/6 769/8 776/25
779/17 779/17
**water [1]** 683/20
**way [22]** 683/24 686/24 689/3 696/8
696/10 703/25 706/14 710/24 712/6
721/5 723/11 727/21 728/5 728/22
732/16 733/5 737/5 737/18 764/10
765/7 773/2 779/20
**ways [3]** 687/2 782/5 783/6
**we [43]** 682/7 683/6 685/24 686/12
686/15 686/21 686/22 687/8 688/17
688/17 688/19 689/16 704/14 706/23
711/19 712/1 713/6 713/19 717/22
718/17 723/25 723/25 743/4 746/21
751/24 752/3 755/4 755/22 762/17
763/16 763/17 763/21 765/12 766/2
766/8 766/13 766/14 776/6 776/16
777/24 779/15 780/6 792/16
**we'll [6]** 694/11 704/24 731/2 742/11
742/21 792/15
**we're [30]** 689/11 690/13 693/1 693/24
700/20 702/23 705/19 706/5 711/8
718/23 718/25 720/1 723/1 726/13
733/4 733/17 734/15 743/7 755/25
757/20 761/13 767/19 768/20 774/21
776/3 776/23 780/12 789/2 791/23
792/16
**we've [10]** 689/15 711/10 711/10
711/25 749/9 755/19 762/17 770/22
776/2 787/10
**wear [1]** 749/23
**wearing [1]** 749/22
**website [7]** 697/11 761/2 764/17
764/19 765/1 765/4 778/13
**Wednesday [2]** 792/17 793/1
**week [5]** 726/19 730/3 753/20 759/6
773/7
**weeks [1]** 700/9
**weigh [1]** 699/15
**weight [1]** 699/11
**WELCH [3]** 679/22 794/6 794/16
**welcome [1]** 694/10
**well [80]** 689/1 690/12 690/23 691/7
693/12 694/19 695/20 695/21 696/22
696/25 697/10 701/22 702/4 704/24
705/19 708/6 710/16 716/4 717/5 720/3
720/11 721/4 725/9 727/19 728/13
730/22 731/24 732/12 735/3 739/16
740/17 741/9 741/13 745/4 747/11
747/23 749/6 750/6 750/13 751/3 752/7
752/19 754/11 754/12 754/20 755/2
755/4 755/9 759/18 759/19 759/25
760/17 761/2 766/5 767/1 767/5 767/25
770/22 771/17 772/19 773/15 773/18
774/14 777/2 777/9 778/7 778/19 779/7
780/4 780/19 780/17 784/2 784/23 788/1
788/15 788/22 790/7 790/15 791/5
792/24
**went [2]** 761/4 761/7
**were [62]** 683/14 686/23 687/4 688/3
690/1 693/22 695/18 698/16 700/5
701/6 701/13 701/15 704/14 707/13

708/25 710/8 712/24 713/14 713/11 713/12
715/7 715/9 720/11 725/1 725/14
727/12 727/18 728/6 731/5 734/5
734/21 734/21 734/21 734/25 734/25
749/10 749/12 749/14 750/21 750/25
751/9 751/10 751/12 751/13 752/21
753/10 757/3 758/15 758/15 758/17
760/25 765/19 765/21 766/2 774/14
775/8 775/16 775/18 779/17 781/24
781/25 781/25 793/5
**weren't [2]** 735/2 764/21
**West [2]** 686/24 739/11
**what [166]**
**what's [11]** 724/1 724/1 759/25 763/23
774/4 778/22 779/12 780/2 780/12
780/14 780/16
**whatever [11]** 689/1 696/17 698/10
704/20 708/19 709/18 723/23 734/12
749/4 749/22 778/4
**when [56]** 682/3 684/5 684/5 685/22
689/13 699/24 699/24 701/17 705/7
705/18 707/17 710/13 714/2 714/3
715/1 715/8 719/14 719/18 719/23
720/6 727/11 729/20 734/2 734/14
735/23 736/2 736/3 738/23 739/16
739/17 739/25 740/5 740/24 741/18
745/18 747/4 749/6 751/9 752/7 753/12
753/15 753/18 753/18 760/8 764/4
773/19 773/22 776/9 777/24 778/9
778/24 783/19 783/20 786/25 791/3
791/5
**Whenever [1]** 715/1
**where [39]** 682/21 683/16 684/7
688/10 693/11 699/15 713/3 713/9
714/2 714/20 723/25 723/25 724/12
732/16 732/19 732/20 733/4 734/24
736/13 745/22 746/24 751/16 752/24
761/2 761/22 763/1 767/20 770/6
772/18 775/16 783/25 784/19 784/19
789/19 790/4 790/5 790/11 790/20
791/23
**whereof [1]** 794/12
**Whereupon [1]** 682/15
**whether [14]** 684/14 701/23 703/10
717/11 725/1 727/16 749/2 758/15
758/15 759/21 775/12 776/11 776/12
780/1
**which [55]** 686/8 687/7 688/3 689/18
690/6 690/15 693/13 693/19 696/20
697/4 698/4 699/11 704/16 709/6
709/11 713/5 713/11 717/23 719/1
723/4 726/14 726/14 727/24 728/2
728/7 728/10 731/10 736/13 745/1
750/5 751/8 752/25 755/17 756/24
762/7 765/14 768/24 769/12 769/16
770/25 771/2 771/14 773/6 778/8
778/24 780/20 783/8 784/7 784/21
785/5 785/22 785/22 786/6 788/1
791/13
**while [6]** 687/16 702/24 711/25 750/24
761/5 768/13
**whistle [1]** 708/5
**white [31]** 686/15 718/7 729/7 729/8
729/8 729/9 729/10 730/13 730/14
730/16 730/17 730/22 731/4 737/5
737/24 738/5 738/15 738/15 755/16
756/14 757/2 757/3 757/8 761/21
762/15 771/11 775/9 775/13 776/3

**W**

**white... [2]** 776/11 776/13
**whites [1]** 704/12
**who [88]** 682/25 685/25 686/3 686/16
687/5 689/22 692/6 692/10 692/12
692/16 695/6 696/9 698/9 701/5 701/8
704/14 704/23 707/17 709/2 709/7
710/2 710/2 710/6 710/8 710/17 712/23
712/24 712/24 713/11 713/23 714/16
716/19 716/25 718/3 721/2 722/9
722/14 723/24 728/12 733/1 737/14
739/9 742/5 745/24 746/4 748/19
749/12 749/14 759/10 761/17 761/17
762/2 763/20 764/17 765/3 767/3 767/4
767/10 767/12 767/20 767/21 768/20
772/4 775/8 775/16 775/25 776/19
776/20 777/7 778/7 778/19 778/22
779/8 779/19 781/14 781/14 781/25
782/9 782/14 782/25 783/19 784/15
784/16 784/17 784/21 784/22 785/10
788/21
**who's [11]** 695/17 697/2 720/19 721/6
721/6 722/14 735/1 763/23 767/4
769/22 780/2
**whoever [1]** 748/19
**whole [7]** 686/3 697/6 697/15 711/20
755/1 758/8 762/9
**wholly [1]** 694/21
**why [17]** 683/2 684/13 689/10 690/1
690/5 707/13 707/15 707/16 716/23
717/2 718/21 721/4 732/14 732/14
745/3 755/4 766/8
**wide [1]** 705/3
**widely [3]** 764/11 764/12 764/13
**wider [4]** 705/6 705/16 705/22 707/3
**widespread [2]** 787/21 788/13
**wife [3]** 688/18 689/1 689/14
**will [26]** 1/3 684/21 695/3 696/1 696/5
696/6 696/6 699/12 703/1 709/2 709/7
717/6 717/7 720/10 721/24 722/3
727/13 738/1 746/10 753/25 768/6
784/20 790/2 792/4 792/2 792/17
**Williams [1]** 738/14
**willing [10]** 686/10 687/6 720/1 726/24
735/12 746/25 747/16 763/23 784/24
784/24
**win [1]** 764/14
**wiped [1]** 686/14
**wish [1]** 723/9
**wishes [1]** 768/25
**within [4]** 693/9 696/8 724/17 725/10
**without [13]** 685/2 687/6 697/1 707/14
722/12 723/1 749/20 750/13 773/8
778/17 783/12 783/13 783/13
**witness [4]** 681/2 717/2 753/21 757/21
**witness's [1]** 694/11
**witnesses [2]** 715/20 728/18
**woman [1]** 750/19
**won't [1]** 682/7
**wonder [1]** 689/10
**word [16]** 684/19 684/23 685/1 685/16
737/22 746/18 756/4 762/22 767/25
771/5 784/9 784/9 784/15 784/16
784/18 784/22
**words [14]** 684/19 732/2 734/9 746/16
757/11 757/22 767/24 770/23 783/24
784/5 784/7 784/10 788/6 788/9

**work [7]** 687/15 698/4 710/7 714/14
730/9 748/5 779/2
**worked [2]** 712/9 766/22
**worker [3]** 730/9 776/23 777/7
**workers [2]** 720/4 780/4
**working [5]** 719/16 727/24 748/7 764/7
767/11
**works [2]** 702/24 723/12
**world [3]** 691/15 775/5 780/12
**worried [1]** 765/21
**would [101]** 684/6 684/8 684/9 684/13
684/20 684/23 685/1 685/3 685/5
685/10 687/2 689/2 689/5 689/5 689/6
689/7 689/7 689/8 689/10 689/10
693/17 693/23 694/4 695/2 695/16
696/9 696/12 696/18 698/14 706/24
709/16 710/23 714/23 717/9 717/12
720/1 720/15 721/4 722/9 724/18 725/6
725/7 725/19 725/24 726/24 727/5
727/7 727/21 727/23 728/1 734/13
735/7 737/10 737/19 738/3 739/6
740/19 745/8 745/22 747/21 748/11
748/12 748/13 752/14 752/16 752/22
753/12 753/12 753/22 754/2 754/5
756/10 757/11 757/18 759/8 759/8
762/4 763/14 764/3 765/2 765/4 767/18
770/17 770/25 773/10 773/13 774/6
774/17 774/20 775/11 775/14 775/15
775/15 775/16 776/16 776/16 778/7
778/23 784/7 785/8 789/23
**wouldn't [3]** 697/16 719/23 732/15
**write [1]** 717/8
**written [4]** 685/2 714/12 750/21 751/12
**wrong [26]** 685/25 696/4 697/2 705/16
719/8 724/10 724/10 725/20 734/22
755/24 757/19 759/25 760/2 760/9
763/23 778/19 778/22 778/23 779/1
779/7 779/12 780/2 780/12 780/14
780/16 780/17
**wrote [6]** 710/3 740/25 744/6 773/24
774/23 787/1
**WYNNE [20]** 680/13 680/14 681/5
682/10 682/14 698/24 702/24 703/1
705/16 711/22 712/18 712/18 715/10
726/9 733/7 734/3 743/17 757/20
786/18 792/10
**Wynne's [2]** 699/18 786/23

**Y**

**y'all [1]** 688/20
**Yahoo [4]** 693/21 695/4 695/13 696/22
**yeah [29]** 691/5 693/2 695/24 705/25
709/1 710/14 712/4 718/18 719/19
722/24 723/16 729/24 730/12 731/22
732/3 737/15 743/2 746/18 747/2
754/12 757/7 765/18 769/23 770/16
770/20 772/20 785/5 787/15 788/23
**year [3]** 687/17 730/4 751/8
**years [7]** 686/9 689/24 695/15 695/15
714/11 719/17 745/13
**yellow [2]** 732/6 732/9
**yes [49]** 687/8 690/24 690/24 690/24
691/6 692/8 692/11 694/7 694/15 699/6
699/7 700/1 703/3 704/4 706/2 712/2
719/7 723/20 724/21 730/2 731/4 731/8
733/13 734/13 736/12 736/20 740/7
743/9 744/2 746/20 747/3 749/20
750/11 754/5 759/4 759/13 770/9 775/1

775/3 780/22 781/23 785/9 785/16
789/10 791/1 791/12 791/14 792/9
792/11
**yet [1]** 694/8
**York [2]** 685/20 685/22
**Yorkers [1]** 689/20
**you [651]**
**you'd [1]** 748/7
**you'll [3]** 721/20 721/21 768/11
**you're [81]** 682/14 684/8 685/16 688/1
689/10 692/7 693/12 693/14 694/4
694/10 695/22 696/20 697/21 702/3
702/3 702/16 702/22 704/22 705/4
705/8 705/11 705/17 707/12 710/19
711/16 720/17 720/21 721/17 723/13
723/15 724/9 724/9 724/10 728/13
729/20 729/20 732/1 732/7 732/24
733/2 733/20 735/1 737/12 737/13
740/12 740/23 741/3 741/7 741/20
741/21 742/9 747/1 747/15 747/20
748/7 748/8 748/14 748/22 748/23
748/25 749/1 752/9 756/19 763/9
763/10 763/11 764/8 764/18 773/23
775/22 775/22 777/15 778/7 778/11
779/6 779/7 785/1 788/25 789/14 790/8
792/23
**you've [27]** 685/23 688/3 688/23
689/21 702/23 705/9 712/1 717/19
720/6 720/7 725/4 725/10 727/22 729/2
729/5 747/6 748/4 754/16 764/12
764/20 779/8 782/21 784/16 789/17
789/23 790/2 791/17
**you-all [3]** 702/21 754/15 792/16
**young [1]** 736/3
**your [118]**
**yourself [2]** 718/18 790/24
**YUN [1]** 680/19