The following is the PDF of an official transcript. Official transcripts may only be filed in CM/ECF by the Official Court Reporter and will be restricted in CM/ECF for a period of 90 days. You may cite to a portion of the attached transcript by the docket entry number, referencing page and line number, only after the Court Reporter has filed the official transcript; however, you are prohibited from attaching a full or partial transcript to any document filed with the Court.

```
1                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE NORTHERN DISTRICT OF GEORGIA
2                          GAINESVILLE DIVISION

3   FAIR FIGHT, INC., SCOTT        :
    BERSON, JOCELYN HEREDIA, AND    :
4   JANE DOE,                       :
                                    :
5           PLAINTIFFS,             :
                                    :
6   vs.                             :  DOCKET NUMBER
                                    :  2:20-CV-0302-SCJ
7   TRUE THE VOTE, INC., ET AL.,    :
                                    :
8           DEFENDANTS.             :

9

10

11      TRANSCRIPT OF BENCH TRIAL - VOLUME 4 PM SESSION PROCEEDINGS

12             BEFORE THE HONORABLE STEVE C. JONES

13                  UNITED STATES DISTRICT JUDGE

14                      NOVEMBER 1, 2023

15

16

17

18

19

20      MECHANICAL STENOGRAPHY OF PROCEEDINGS AND COMPUTER-AIDED

21                   TRANSCRIPT PRODUCED BY:

22

    OFFICIAL COURT REPORTER:        SHANNON R. WELCH, RMR, CRR
23                                  2394 UNITED STATES COURTHOUSE
                                    75 TED TURNER DRIVE, SOUTHWEST
24                                  ATLANTA, GEORGIA  30303
                                    (404) 215-1383
25
```

```
 1              A P P E A R A N C E S   O F   C O U N S E L

 2

 3     FOR THE PLAINTIFFS:

 4

 5          ALLEGRA J. LAWRENCE-HARDY
            MICHELLE L. McCLAFFERTY
            LAWRENCE & BUNDY, LLC
 6
            UZOMA NKWONTA
 7          JACOB SHELLY
            CHRISTINA A. FORD
 8          TINA M. MORRISON
            MARCOS MOCINE-McQUEEN
 9          LESLIE J. BRYAN
            ELIAS LAW GROUP LLP
10

11

       FOR THE DEFENDANTS:
12

13          MICHAEL J. WYNNE
            CAMERON POWELL
14          GREGOR WYNNE ARNEY PLLC

15          JAKE EVANS
            GREENBERG TRAURIG, LLP
16

17

       FOR THE INTERVENOR (USA):
18

19          DANA PAIKOWSKY
            JENNIFER J. YUN
20          TIM MELLETT
            JUDY BAO
21          AILEEN BELL HUGHES
            UNITED STATES DEPARTMENT OF JUSTICE
22

23

24

25
```

1

**I N D E X   T O   P R O C E E D I N G S**

2

**WITNESS**                                                           **PAGE**

3

CATHERINE ENGELBRECHT

4

    Cross-Examination (Continued)
5        By Mr. Nkwonta                                          960
    Examination
6        By Ms. Yun                                             1054

7

CLAIR JOSEPH MARTIN (Videotaped Deposition)          1060

8
                * * *

9

CERTIFICATE                                                        1063

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT
OFFICIAL CERTIFIED TRANSCRIPT

1       **P R O C E E D I N G S**

2       **(Gainesville, Hall County, Georgia; November 1, 2023.)**

3               THE COURT:  Y'all may be seated.

4               Ma'am, you can come back up.

5               THE COURT:  Whenever you are ready, you may proceed.

6           Whereupon,

7                       CATHERINE ENGELBRECHT,

8           after having been previously duly sworn, testified as

9       follows:

10                      CROSS-EXAMINATION (Continued)

11      BY MR. NKWONTA:

12      **Q.**   Ms. Engelbrecht, we were talking about Plaintiffs'

13      Exhibit 73.  I'd like to direct you to the third last page of

14      Exhibit 73, which is an email from James Cooper, dated

15      December 15, 2020, 9:55 P.M.

16          Let me know when you've found that email.

17      **A.**   Yes.

18      **Q.**   James Cooper is a defendant in this case; correct?

19      **A.**   Correct.

20      **Q.**   And James Cooper was one of the individuals working with

21      True the Vote to coordinate with challengers; correct?

22      **A.**   Correct.

23      **Q.**   And I'm going to read a sentence from James Cooper's email

24      in the second paragraph.

25          It says, if this very type of action had been taken back

1   in October, it is very likely Trump would have won Georgia.  We

2   can't look back now.  We must look forward and save the Senate.

3        Do you see that in Mr. Cooper's email?

4   **A.**   I do.

5   **Q.**   And that statement was directed towards potential

6   challengers or supporters; correct?

7             MR. WYNNE:  I'm going to object.  Speculation.

8             Mr. Cooper would need to testify.

9             THE COURT:  Unless it says that, that would be

10  speculation.  And I will sustain that objection.

11  BY MR. NKWONTA:

12  **Q.**   Well, if you can turn the page and look at the email above

13  that or two emails above that, you can see that Mr. Cooper

14  forwarded that email to you; correct?

15            MR. WYNNE:  I'm sorry.  I'm kind of lost here.

16  What -- which -- this is a long exhibit.

17            MR. NKWONTA:  The transition {sic} date -- and it's

18  an exhibit that you-all produced.  The transmission date is

19  December 15th, 2020, at 22:00 hours and 18 minutes.  That's on

20  the previous page.

21            THE WITNESS:  I'm sorry.  Can you ask the question

22  again?

23  BY MR. NKWONTA:

24  **Q.**   Sure.

25        So this email -- this is an email chain that was forwarded

1   to you; correct?

2       And maybe the screen might be -- it might be easier to

3   identify on the screen.

4       But do you see your email address in the to line in the

5   second -- second row of email addresses?

6   **A.**   I do.

7   **Q.**   This email was forwarded to you.  And in that email chain,

8   there were individuals that True the Vote was either recruiting

9   or collaborating with to submit challenges; correct?

10  **A.**   Yes.  Everybody in the -- yes.  That's correct.

11  **Q.**   In this email, Mr. James Cooper instructed these

12  individuals that if this very type of action, meaning the

13  challenges -- the mass challenges, had been taken back in

14  October, it is very likely Trump would have won Georgia;

15  correct?

16  **A.**   I mean, that's -- that is what he had written in this

17  email.

18      I do want to make a clarification, though, that in the way

19  that this was laid out, there was no -- well, I'll leave it at

20  that.

21  **Q.**   And in the following sentence he is urging Georgians or he

22  is urging the individuals True the Vote is collaborating with

23  to look forward and save the Senate; correct?

24  **A.**   That's what he wrote, yes.

25  **Q.**   In other words, implying that these challenges, these mass

1  challenges, the 364,000 Georgians would help save the Senate;
2  correct?
3  **A.**   That is what he wrote.
4  **Q.**   And you agree that the challengers or prospective
5  challengers who received these communications indicated that
6  they were giving permission to use their signatures to
7  challenge illegal votes?
8      In other words, it was their -- they express that their
9  intent was to give the signature to challenge illegal votes;
10 correct?
11 **A.**   No, I don't agree with that.
12 **Q.**   I'd like you to turn to the 16th page of this exhibit.
13 And it is an email -- it is an email dated December 16, 2020,
14 at 11:31 A.M.
15     The from field was redacted pursuant to defendants'
16 confidentiality requests.
17     Do you see the email?  It's also on your screen.
18 **A.**   Yes.
19 **Q.**   And can you read that email or that response?
20 **A.**   The person who responded back said True the Vote has my
21 permission to use my signature to challenge the illegal votes
22 in Cobb County.
23 **Q.**   And other challengers thought they were giving permission
24 to purge the rolls of deceased, nonexistent, and nonresidents;
25 correct?

1          MR. WYNNE:  Objection.  Speculation.  He said other

2     voters thought.

3          THE COURT:  I'll sustain that objection.  She can't

4     tell what other people were thinking.  She can tell what she

5     was thinking, or she can read what's written.

6          MR. NKWONTA:  I'll rephrase the question, Your Honor.

7     BY MR. NKWONTA:

8     **Q.**   Others voters expressed that they were giving permission

9     specifically to purge the rolls of the deceased, nonexistent,

10    and nonresidents of their county; is that correct?

11    **A.**   I don't know.  I don't recall.

12    **Q.**   Would it refresh your recollection to review your

13    deposition testimony with respect to this specific issue?

14    **A.**   Sure.

15    **Q.**   I will direct you to Page 238 of your deposition, Line 12

16    to Page 239, Line 5.

17    **A.**   Okay.

18    **Q.**   Does that refresh your recollection about whether voters

19    expressed that they were giving permission to purge the rolls

20    of the deceased, nonexistent, and nonresidents of their county?

21    **A.**   Well, with -- yes, with context in that as I'm reading

22    this, this is again singling out how somebody responded to

23    James Cooper.  And you had me read that.

24         And then you asked me if I -- if that was a correct

25    reading.  I mean, this was not written by me or said by me,

1   other than what you had me repeat in the deposition.

2   **Q.**   So you have no reason to dispute that, as you sit here

3   today?

4          MR. WYNNE:  Objection.  The question is vague, what

5   that is.

6          THE COURT:  Well, what she just read.  Is that what

7   she just read, is what you're referring to?

8          MR. WYNNE:  I'm sorry.  I was a little confused here.

9          THE COURT:  Yeah, I think that is what Mr. Nkwonta

10  just read.

11  BY MR. NKWONTA:

12  **Q.**   Do you -- I'm not sure if you answered.  So apologies if

13  I'm repeating this question.

14         THE COURT:  She didn't answer.  She didn't answer.

15  BY MR. NKWONTA:

16  **Q.**   You don't have any reason to dispute what you just read;

17  correct?

18  **A.**   Well, I don't have any reason to dispute that those are

19  the words on the page.  I don't have any reason to -- I mean,

20  to dispute that that was taken in my deposition.

21         However, the fuller context is how a single volunteer --

22  as nearly as I can tell here, as a single volunteer responded

23  to James Cooper, that would not be consistent with anything we

24  had -- had communicated or certainly ascribed to.

25  **Q.**   Now, you mentioned that True the Vote created separate

1    challenge lists for each county, correct, as True the Vote

2    found challengers?

3    **A.**   Correct.

4    **Q.**   And True the Vote only provided the challenge list to

5    challengers who requested them specifically; right?

6    **A.**   I don't recall.

7    **Q.**   You don't -- you don't recall whether True the Vote has

8    provided challenge lists to the challengers?

9    **A.**   I do recall that we provided challenge lists to the

10   challengers.  I don't recall the specific nature of that, if we

11   made them available or if they -- if the volunteer, you know,

12   had to ask.  I don't -- that part of it, I don't quite recall.

13   They were absolutely given --

14   **Q.**   True the Vote's press release or blog post in

15   Exhibit 42 -- True the Vote's blog post or press release in

16   Exhibit 42 makes reference to 350 -- filing 364,000-plus

17   challenges in all 159 counties in Georgia.

18       What is the actual number of counties in which

19   True the Vote filed challenges?

20   **A.**   That number is in dispute.  What we know is that we had

21   prepared packages for 60 -- I think roughly 65 counties.  How

22   many of those were actually submitted, I couldn't tell you.

23   **Q.**   Now, those challenges, a lot of them were submitted from a

24   True the Vote email address or an email address created by

25   True the Vote; correct?

1   **A.**    Correct.

2   **Q.**    I'd like you to turn to Plaintiffs' Exhibit 86.

3   True the Vote tracked the challengers and counties in which it

4   sought to submit challenges; is that correct?

5   **A.**    We had a spreadsheet, yes.

6   **Q.**    Is Page-- is Plaintiffs' Exhibit 86 an accurate

7   representation of that spreadsheet?

8   **A.**    Not to the best of my knowledge.  I -- no, not to the best

9   of my knowledge.

10  **Q.**    Do you have any reason to dispute that Plaintiffs'

11  Exhibit 86 is that spreadsheet?

12  **A.**    The only spreadsheet that I'm aware of was an Excel

13  color-coded spreadsheet with -- that had variations in the

14  width of the rows.  The columns seemed to be inconsistent.

15       They're -- let me flip all the way to the back here.

16  There's some notations here that I don't recognize.

17  **Q.**    Well, this spreadsheet was produced by Mr. Mark Williams.

18       Was Mark Williams one of the individuals who was working

19  with True the Vote to prepare, print, and/or submit challenge

20  lists?

21  **A.**    Mr. Williams worked with us to -- when we thought that we

22  had to print challenges.  That was the basis upon which we

23  initially were connected.

24       However, I don't -- I don't know of how this would have

25  come into play.  Or this is not -- this is not anything I'm

1  familiar with.

2  **Q.**   Okay.  You can put that exhibit aside.

3      Are you familiar with the name Jerry Boling?

4  **A.**   You'll have to refresh my memory.

5  **Q.**   We'll move on.  You can put that exhibit to the side.

6      You agree, Ms. Engelbrecht, that people who file an NCOA

7  change of address request, they do so for a variety of reasons

8  that may not impact their residency; correct?

9  **A.**   I couldn't guess at all the motivations that someone might

10  consider in filing a permanent change of address with the U.S.

11  Postal Service and all the steps that are necessary to go

12  through to do that.

13  **Q.**   But you agree that there are motivations that don't

14  necessarily impact one's residency; correct?

15  **A.**   Humans are complicated.  There's a lot of motivations

16  certainly.

17  **Q.**   Well, there are a few you've identified.  For instance,

18  military service.

19      You've recognized that individuals who are serving in the

20  military and file an NCOA address change request do not lose

21  their residency; correct?

22  **A.**   There's variations on all of that.  So what -- in what

23  employ in the military.  You know, the way that we approached

24  this was a straight across the board with the elimination of

25  subsets of data that were -- that were accounted for in the

1    process with NCOA, where they have military set-asides.

2        So all of those things were as best as we could account

3    for.

4        But I couldn't tell you, as the expert attested, that, you

5    know, anybody that lives in a military town is -- works for the

6    military.  Those were -- these were the challenges that we made

7    to the best of our ability.

8    **Q.**  Ms. Engelbrecht, I apologize.  But this is straying very

9    far from my question.

10       My question was:  You recognize that when somebody is in

11   the military and files an NCOA address change request, they do

12   not necessarily lose their residency because of that; is that

13   fair?

14   **A.**  They -- not necessarily, yes.  I would agree with that.

15   **Q.**  And the same is true for college students; correct?

16   **A.**  The only thing that is set aside in the NVRA is military.

17   College students are looked at --

18   **Q.**  Would you agree that college students do not necessarily

19   lose their residency because they move away for college?

20   **A.**  Not necessarily, that's correct.

21   **Q.**  In fact, you considered removing some of these individuals

22   from your challenge lists; correct?

23   **A.**  That's true.

24   **Q.**  And the reason you considered removing some of these

25   individuals is because you recognize that their address changes

1    through NCOA notice did not necessarily mean that they had

2    changed their residence; correct?

3    **A.**    That is correct.

4         But I will also say that the assertion that was made here

5    by the expert that anybody that lives in a college town is a

6    college student is also incorrect.

7    **Q.**    Well, I wasn't asking you about the expert's assertion.

8    **A.**    Well, but we're trying to classify who was and wasn't

9    excluded.  We attempted to do a very even processing so that

10   there was no targeting, so that there was no recklessness.

11   **Q.**    You will have every opportunity to explain what you

12   attempted to do.  I would like to focus on my question, just to

13   make this move along a little bit quicker.

14        You discussed -- when I say you, I mean True the Vote

15   discussed potentially scrubbing their challenge lists for

16   students; correct?

17   **A.**    We discussed that, yes.

18   **Q.**    But you did not do that; correct?

19   **A.**    To the best of my recollection, we -- we attempted.  It is

20   very difficult.  We attempted to do what we could but didn't

21   want to -- it's just a complicated process.

22   **Q.**    You discussed scrubbing the challenge list for students,

23   but you ultimately did not scrub the challenge list for

24   students; correct?

25   **A.**    I don't recall.

1    Q.   After submitting the challenge list, at least one

2    challenger asked you to withdraw his challenges; correct?

3    A.   That's correct.

4    Q.   And that was Joe Martin; correct?

5    A.   Correct.

6    Q.   From Taliaferro County; right?

7    A.   Correct.  Right.

8    Q.   I'd like to direct your attention to Exhibit 80, please.

9    Plaintiffs' Exhibit 80.

10        Now, Exhibit 80 reflects a series of emails from

11   Joe Martin, which were ultimately forwarded to you; correct?

12   A.   Correct.

13        MR. NKWONTA:  Your Honor, plaintiffs move Exhibit 80

14   into evidence.

15        THE COURT:  Any objection?

16        MR. WYNNE:  No objection.

17        THE COURT:  80 is admitted without objection.

18   BY MR. NKWONTA:

19   Q.   Now, I'd like to direct your attention to the bottom

20   email, the last email on the first page of Exhibit 80.

21        And the first line of that email -- can you read the first

22   line of that email?

23   A.   My experience with the True the Vote database has not been

24   good.

25   Q.   Can you read the next two sentences?

1  **A.**   Please hold on to any challenge letters to

2  Taliaferro County, concerns with the quality of your

3  information.  Submitted three challenge letters Thursday

4  evening for individuals on the True the Vote list who already

5  asked for absentee ballots in Taliaferro County.

6  **Q.**   Now, in response to Mr. Martin's email asking to hold on

7  to the challenge letters and complain about the -- about

8  concerns about the quality of True the Vote's information,

9  Mr. Cooper responded and forwarded that email to you; correct?

10  **A.**   Correct.

11  **Q.**   And his response is above.

12     Can you read the first two lines of his response in the

13  email above?

14  **A.**   He said, good afternoon.  This is one of mine.  Please

15  hold Mr. Martian's challenge.  I'll look for someone else in

16  Taliaferro County.

17  **Q.**   And you didn't double-check the Taliaferro County list

18  after you received this email; correct?

19  **A.**   I don't recall.  We withdrew it.

20  **Q.**   You didn't -- you don't recall anyone doing any quality

21  control or any other further analysis of the Taliaferro County

22  list after receiving this email; correct?

23  **A.**   I don't recall.

24  **Q.**   In fact, what Mr. Cooper said is that he'll look for

25  somebody else to submit the same challenges in

1    Taliaferro County; correct?

2    **A.**    That is what he said.

3    **Q.**    And your response above doesn't suggest any intention to

4    not use that list again; correct?

5    **A.**    No.  It doesn't suggest any intention.  Ultimately, there

6    were no challenges filed in Taliaferro County, so...

7    **Q.**    You ultimately withdrew the challenges because Mr. Martin

8    asked you to do so; correct?

9    **A.**    That's correct.

10    **Q.**    Now, you mentioned -- strike that.

11          You agree that you yourself were concerned about the size

12    and scope of the challenges; right?

13    **A.**    I would have to say, yes, I was.  Because it was troubling

14    to me, for context, that the rolls had not been cleaned since

15    2019.

16          And I also understood that undertaking this project -- in

17    our opinion, the only way to do it was to do it unilaterally,

18    to the best of our ability, but with even standards across

19    every county.

20          Recognizing that, you know, all counties wouldn't be

21    likely supported by volunteers.  But that it was important to

22    make -- make clear to a great number of people who were very

23    concerned that nothing was being looked at.

24          And again, it goes to why I met with the Secretary of

25    State to -- you know, yes.  It was a large number.  It's very

1    troubling that the rolls were in that state.

2    **Q.**   So in addition to being concerned that it was a large

3    number, you were concerned that it was going to draw a lot of

4    attention; right?

5    **A.**   Yes.  I thought that it could -- it could -- if -- this

6    is, again, going to why I thought it was important to meet with

7    the Secretary of State and confirm.

8    **Q.**   And you were concerned specifically it would draw a lot of

9    negative attention; correct?

10   **A.**   I thought that it could draw negative attention based on

11   my experience in trying to take -- trying to -- yes.

12   **Q.**   But you proceeded anyway?

13   **A.**   Yes, I -- we proceeded anyway.

14   **Q.**   Next I'd like to ask about your role in another group that

15   you've been associated with.

16        You've heard of an organization called Time for a Hero;

17   correct?

18   **A.**   Yes.

19   **Q.**   And you started that organization with Mr. Gregg Phillips?

20   **A.**   Correct.

21   **Q.**   In 2018 or 2019; correct?

22   **A.**   One of those two, yes.  Correct.

23   **Q.**   And you were president or vice president alongside

24   Mr. Phillips; correct?

25   **A.**   I don't remember the roles.  But we started the

 1  organization, yes.

 2  **Q.**   Effectively you and Mr. Phillips were running the

 3  organization; correct?

 4  **A.**   Correct.

 5  **Q.**   I would like to direct your attention to Plaintiffs'

 6  Exhibit 22, which is a printout of the Facebook page of

 7  Time for a Hero.

 8          MR. NKWONTA:  Your Honor, plaintiffs move to admit

 9  Exhibit 22 into evidence.

10          THE COURT:  Does Plaintiffs' 22 look like what was on

11  your Facebook page?

12          THE WITNESS:  I -- I never ran any of this.  But it

13  looks like a Facebook page.

14          THE COURT:  Any objections?

15          MR. WYNNE:  Relevance.

16          MR. NKWONTA:  I'm getting to the relevance,

17  Your Honor.  It will take me about four or five questions,

18  but...

19          THE COURT:  What is it?

20          MR. NKWONTA:  The relevance is the post from Time --

21  for Time for a Hero correspond and match in terms of logos, the

22  tweet that threatened to release the names of all 364,000

23  voters on the challenge list.

24          MR. WYNNE:  I don't think we've gotten there to offer

25  this.

1          MR. NKWONTA:  We haven't gotten there because you are

2     objecting before I can ask questions about it.

3          MR. WYNNE:  I'm objecting to it because you haven't

4     laid the predicate, Your Honor.

5          Once he has, then you offer the exhibit.  For the

6     moment, I would suggest sustaining it and we'll see if he can

7     find a way to get there.

8          THE COURT:  This matches a tweet to what?

9          MR. NKWONTA:  So there is a -- I'll answer your

10    question first.  And then I'll address his objection.

11         So there is a tweet from a Twitter page named

12    Crusade for Freedom.  And that tweet -- and I can identify

13    the -- it is on Exhibit 45.  That tweet entitled

14    Crusade for Freedom threatened to release the list of

15    364,000-plus Georgia voters on the challenge list.

16         And we will identify where Crusade for Freedom comes

17    from.  It comes from the Time for a Hero posts, not just the

18    name Crusade for Freedom, but also the diagram symbol used in

19    the Crusade for Freedom tweet.

20         And we will also demonstrate that the slogans used in

21    that tweet match the slogans used by True the Vote and

22    Time for a Hero.

23         MR. WYNNE:  And, Your Honor, as I think we all know,

24    anybody can post just about anything on anybody else's Facebook

25    page.

1            And they haven't established a sufficient foundation

2    that she's familiar with this, that she authorized this post,

3    she has anything involved with this post.  And this isn't

4    somebody else posting something on this in response.  Same

5    thing for any Twitter quote.  You know, all you do -- need to

6    do is right click --

7            THE COURT:  Maybe we can ask the question first if

8    Ms. Engelbrecht has knowledge that she's familiar with the

9    Time for a Hero.

10           Before we get any further, maybe ask her the

11   questions, what could -- I'm trying to make a connection with

12   her.

13           Mr. Wynne does have a valid point.  Somebody else

14   could have done it.  I don't know if they did or not.  Maybe we

15   want to establish, just through her, is there a connection.

16           MR. NKWONTA:  So, Your Honor, whether or not she was

17   responsible, I think, is a question of credibility.  But it is

18   not a question of relevance.  It is highly relevant because it

19   involved these challenges.

20           THE COURT:  I just told you how I want to do it.

21           MR. NKWONTA:  Huh?

22           THE COURT:  I just told you how I want to do it.

23           MR. WYNNE:  May I note something with regard to 45?

24   What they've got is a bunch of hashtags.  Now, as we all know,

25   anybody can put hashtags under any post.  So I don't think

1    there is a foundation to tie these two together or to her.

2           THE COURT:  Well, why can't he just ask her does she

3    know about the connection to this tweet to 45 and 22.

4           MR. WYNNE:  Sure.  That's a fair question.

5    BY MR. NKWONTA:

6    Q.   Ms. Engelbrecht, I would like you to turn to Page 19 of

7    25.  And this is referring to Exhibit 22 -- Plaintiffs'

8    Exhibit 22.

9           This Page 19 of 25, is that a post that reflects a YouTube

10   video featuring you or featuring one of your podcast episodes?

11   A.   Yes.

12   Q.   And then can you turn to the next page of Exhibit 22?

13          And the next page, do you agree, that the July 19th, 2020,

14   post says, Crusade for Freedom coming soon?

15   A.   That's what it says, yes.

16   Q.   And you agree that as the president and vice president of

17   Time for a Hero you and Mr. Phillips oversaw the operations of

18   the organization; correct?

19   A.   No, I disagree with that by this -- by 2020.  But go

20   ahead.

21   Q.   Did you and Mr. Phillips oversee the operations of

22   Time for a Hero?

23   A.   At this point, I think we had already shut down

24   Time for a Hero.  It was -- we discussed this in my deposition

25   as well.

1          It was -- all of these accounts were being used by someone

2     else.  And we had no access to them.

3          MR. NKWONTA:  Your Honor, at this point, I will

4     remind the Court that we have a motion for discovery sanctions

5     pending.  And one of the issues that we raised in this motion

6     for discovery sanctions is during the deposition, when we were

7     asking about this very topic, Mr. Bopp interrupted the

8     questioning to consult with Ms. Engelbrecht.

9          THE COURT:  Yeah, I remember that.  So what are you

10    asking now?  I think you wanted me to draw an inference?  You

11    wanted me to draw an inference that what would have been said

12    would have been against her best interest?

13         MR. NKWONTA:  Yes, Your Honor, from that plain

14    violation of discovery rules in the middle of a question.

15         THE COURT:  So in particular, what are you asking me

16    now?  What are you asking for the Court to do now?

17         MR. NKWONTA:  To draw the inference that

18    Ms. Engelbrecht controlled or oversaw these posts for

19    Time for a Hero.

20         And then we would like to connect it to the post in

21    Exhibit 45 with additional testimony.

22         THE COURT:  Mr. Wynne, I'll hear from you.

23         MR. WYNNE:  Your Honor, I think it's disingenuous to

24    draw an inference that's inconsistent with what the witness

25    just testified about.

 1              And again, I'd suggest that she not be punished for,

 2    you know, the conduct of her counsel.

 3              Otherwise, we're going to have a big challenge.  But

 4    it's kind of mind-boggling.  We're drawing an inference --

 5    suggesting to draw an inference that is inconsistent with not

 6    only her testimony, but the truth.

 7              THE COURT:  The problem, Mr. Wynne -- and I

 8    understand you were not -- none of the three of you-all were in

 9    the case at that time, that Mr. Bopp was handling the case and

10    whether you would have handled it that or Mr. Powell or

11    Mr. Evans would have handled it that way.

12              But the fact of the matter is, like I told you

13    earlier this week or last week, I cannot punish the plaintiffs

14    for -- and I'm not saying, again -- let the record reflect I'm

15    not saying Mr. Bopp did anything wrong.

16              But I cannot punish the plaintiffs for what Mr. Bopp

17    did or didn't do, because at the time -- I'm not holding it

18    against you.

19              Well, I guess in a sense I am holding it against you.

20    You know, Mr. Bopp didn't do something.  I can't punish the

21    plaintiffs for that.

22              In other words, I have to say not answering this

23    question or not allowing Ms. Engelbrecht to answer this

24    question does leave me in a situation where I would draw an

25    inference that it would have been against her best interest.

```
 1              Now, the second part that you are asking for, I have
 2    a little more questions about that.  But I would have to say I
 3    read the transcript on this.  I have looked at it.  I couldn't
 4    find why he would not allow Ms. Engelbrecht to answer the
 5    question.
 6              MR. WYNNE:  I have a question.  An adverse inference,
 7    sure.  But an adverse inference as to what?  There's any number
 8    of adverse inferences that might be drawn to this.
 9              THE COURT:  The adverse interest that I would draw is
10    that if Ms. Engelbrecht had been allowed to answer that
11    question it would have been an answer that would have been
12    against her interest.
13              MR. WYNNE:  Sure, but --
14              THE COURT:  Now, the second part, though, of what
15    you're asking for, I need a little bit more on that before I
16    can go down that road.
17              MR. NKWONTA:  Thank you, Your Honor.
18              THE COURT:  All right.
19    BY MR. NKWONTA:
20    Q.  Ms. Engelbrecht, turning back to Page 20 of 25 in the
21    Plaintiffs' Exhibit 22 --
22              THE COURT:  My understanding is -- excuse me.  Let me
23    just put this on the record.  I do not personally or
24    professionally hold it against you, Mr. Evans, or Mr. Powell
25    anything Mr. Bopp did.
```

```
 1              But I've also got to say I'm not making a

 2   determination at this time whether Mr. Bopp did something right

 3   or wrong.  From what you've said the last couple of days, I've

 4   got a gut feeling another judge in another courtroom will make

 5   that determination.

 6              But one more time, I have to tell you:  I cannot hold

 7   it against the plaintiffs or punish the plaintiffs if

 8   Mr. Bopp -- I'm not saying that he did -- but if Mr. Bopp made

 9   a strategic decision that you now feel was a bad strategic

10   decision.

11              MR. WYNNE:  I understand.  I've got to make my record

12   for a number of reasons.

13              THE COURT:  Oh, yeah.  Oh, yeah.  Well, I've got a

14   gut feeling.  And maybe another judge reading this record

15   but...

16              MR. WYNNE:  You've got it.

17              THE COURT:  Yeah.

18   BY MR. NKWONTA:

19   Q.   So, Mr. Engelbrecht, turning back to Page 20 of 25, for

20   Plaintiffs' Exhibit 22.  This is the July 19th, 2020, post by

21   Time for a Hero.

22        You agree that post says, Crusade for Freedom coming soon;

23   correct?

24   A.   Correct.

25   Q.   And I want you to take note of the image, of the symbol
```

1   there.  And let's turn to Plaintiffs' Exhibit 45.  This

2   Exhibit 45 is the tweet from a Twitter account titled

3   Crusade for Freedom.

4       Do you see that?

5   **A.**   I do.

6   **Q.**   And the Twitter account says, or the tweet says, we just

7   prospectively challenged the eligibility of 360,000 voters in

8   Georgia; correct?

9   **A.**   Correct.

10  **Q.**   Largest single election challenge in Georgia in American

11  history; correct?

12  **A.**   Correct.

13  **Q.**   And the hashtags -- the hashtags say, Eyes on Georgia;

14  correct?

15  **A.**   Correct.

16  **Q.**   And True the Vote has used that slogan Eyes on Georgia

17  before; correct?

18  **A.**   Correct.  True the Vote and countless others, including

19  Fair Fight, have used Eyes on Georgia.

20  **Q.**   But True the Vote was using that slogan in connection with

21  announcements related to the mass challenge effort in

22  December 2020; correct?

23  **A.**   I -- I believe that we have used it just in passing.  But

24  it wasn't -- it wasn't -- it was just a term.

25  **Q.**   In fact, that phrase, the slogan, Eyes on Georgia, appears

```
 1   on Gregg Phillips' invoice; correct?
 2   A.   He did write that, yes.
 3   Q.   And Gregg Phillips owns OPSEC?
 4   A.   Correct.
 5   Q.   Correct?
 6        And Gregg Phillips was also one of the presidents or vice
 7   presidents of Time for a Hero; correct?
 8   A.   Correct.
 9   Q.   It also includes the hashtag Validate the Vote Georgia;
10   correct?
11   A.   Correct.
12   Q.   And that is a slogan that was developed specifically by or
13   for True the Vote; correct?
14   A.   It was used by True the Vote, yes, and -- and known.  Yes.
15   Q.   And I want to direct you to the tweet below it, which
16   says, if the Georgia counties refuse to handle the challenges
17   of 366,000 ineligible voters in accordance with the law, I plan
18   to release the entire list so America can do the QC.
19        Is that what that second tweet says?
20   A.   That is what it says, yes.
21   Q.   And it's also accompanied by the hashtag Validate the Vote
22   Georgia and Eyes on Georgia; correct?
23   A.   Correct.
24   Q.   And if you look at the diagram, that Crusade for Freedom
25   diagram in the tweet, that matches -- or would you agree that
```

1  that avatar is the same logo that we just saw on Exhibit 22,

2  Page 20 of 25, in the July 19, 2020, post in a Time For a Hero

3  account?

4  **A.**   I'm sorry.  What was the other exhibit?

5  **Q.**   Exhibit 22, Page 20 of 25.

6          MR. NKWONTA:  Can we turn to Exhibit 22, Page 20 of

7  25, Geoff?

8          THE WITNESS:  I can't say it's the same.  They're

9  similar markings.

10  BY MR. NKWONTA:

11  **Q.**   You would agree that it's similar?

12  **A.**   It's similar, yes.

13          MR. NKWONTA:  Your Honor, the plaintiffs move to

14  admit Exhibits 22 and 45 into evidence.

15          MR. WYNNE:  Objection.  Foundation.  Most importantly

16  hearsay.

17          If I might note also for the Court, Ms. Engelbrecht

18  has repeated the number 364,000.  The top one says 360.  The

19  bottom says 366.

20          He hasn't established that she's responsible for

21  Crusade for Freedom or the possibility that Mr. Phillips, who

22  is not a party here, did this entirely by himself without her

23  knowledge.

24          THE COURT:  Well, I'm going to take your motion and

25  put 22 and 45 under advisement.  And I'll make a ruling before

1    the day is out.

2           I see what you're trying to do to make the

3    connection.  I just need to kind of think about it.  So I've

4    got to take it under advisement.

5           MR. NKWONTA:  Thank you, Your Honor.

6           MR. WYNNE:  Thank you, Your Honor.

7    BY MR. NKWONTA:

8    Q.   Next, Ms. Engelbrecht, I would like to talk about some of

9    the folks you worked with in Georgia in the lead-up to the 2021

10   runoff, starting with the Georgia GOP, which we discussed a

11   little bit.

12          And I would like to direct your attention to Exhibit 35,

13   which has already been admitted into evidence.

14          Now, we established that Exhibit 35 announces a

15   partnership with the Georgia Republican party.

16          Isn't it true that you had been introduced to the chairman

17   of the Republican party and you made -- at a single event where

18   you made him aware of all the programs True the Vote offered;

19   is that correct?

20   A.   That's correct.

21   Q.   And after that meeting, you didn't have any further

22   conversations about election integrity or True the Vote's

23   activities with the chairman of the Republican party; correct?

24   A.   Not that I can recall, no.

25   Q.   So your communications were limited to that one chance

1    meeting; correct?

2    **A.**    That's what I recall, yes.

3    **Q.**    And that formed the basis of the -- what you describe in

4    Exhibit 35 as a partnership; correct?

5    **A.**    Correct.

6    **Q.**    Now, during the challenge process in December 2020, you

7    were also in contact with Mr. Mark Davis and

8    Mr. Derek Somerville; correct?

9    **A.**    I'm sorry.  Can you -- can you ask the question again?

10   During when?

11   **Q.**    Sure.

12        During the challenge process in the lead-up to the

13   December -- sorry -- in the lead-up to the 2021 runoff in

14   Georgia, you were in contact with Mr. Mark Davis and

15   Mr. Derek Somerville; correct?

16   **A.**    Yes, in contact.

17   **Q.**    In fact, you met Mr. Somerville before launching the

18   challenges to discuss the challenges in person; correct?

19   **A.**    More just to meet him.  But I'm sure the topic of

20   challenges came up.

21   **Q.**    And you met over dinner; correct?

22   **A.**    Correct.

23   **Q.**    And Mr. Phillips was there as well; correct?

24   **A.**    Correct.  Correct.

25   **Q.**    Now, on December 17th, you consulted with Mr. Somerville

1   again to discuss your plan for launching the challenges;

2   correct?

3   **A.**   You'll have to refresh my memory on what we're looking at.

4   **Q.**   Would it refresh your recollection if I showed you text

5   message communications between yourself and Mr. Somerville?

6   **A.**   Sure.

7            MR. NKWONTA:  Your Honor, may I approach the witness?

8   This is not in the binder.

9            THE COURT:  Yes, you may.  Thank you.

10  BY MR. NKWONTA:

11  **Q.**   So my -- I'll repeat my question, given the time that has

12  passed.

13       My question was:  On December 17th, you consulted with

14  Mr. Somerville again to discuss your plan for releasing or

15  launching the voter challenges.

16       Can you review the document I just handed to you, Pages 3

17  to 4?

18  **A.**   Yes.

19  **Q.**   And does -- do Pages 3 to 4 refresh your recollection?

20  **A.**   Yes.

21  **Q.**   So I'll repeat the question.

22       On December 17th, you consulted with Mr. Somerville again

23  to discuss your plan for releasing or launching the voter

24  challenges; correct?

25  **A.**   I -- I don't agree that it was about the release of the

1    challenges.  It was about the release of the blog post.

2    **Q.**    The release of the blog post concerning the challenge

3    effort that True the Vote was about to launch; correct?

4    **A.**    Correct.

5    **Q.**    And also on December 17th, you even discussed with

6    Mr. Somerville preemptively suing counties that -- in the event

7    that they would not process your challenges; correct?

8    **A.**    Oh, can you direct me to that page?

9    **Q.**    If you can take a look at Pages 4 to 5 of that document

10   and see if it refreshes your recollection.

11   **A.**    Yes.

12   **Q.**    Did that refresh your recollection?

13   **A.**    Yes.

14   **Q.**    I'll repeat my question.

15       Also on December 17th, you even discuss with

16   Mr. Somerville preemptively suing counties that refuse or fail

17   to process your challenges; correct?

18   **A.**    Yeah.  We did -- yes, we did exchange a text on it.  With

19   context, I believe this was either -- many things have

20   happened.  It was either immediately after or in sync with when

21   Perkins Coie sent letters to every single county in the state

22   of Georgia threatening to sue them if they took up our

23   challenges.

24       And then we followed up with a letter saying that we would

25   help to defend them if they would consider the challenges.  So

1    this may have been a partial connection to that.  I'm not

2    certain.  But --

3    **Q.**   And this communication was still part of the planning

4    process because True the Vote had not launched its challenges

5    yet on December 17th; correct?

6    **A.**   No, we had not launched our challenges yet.

7    **Q.**   You also shared updates with Mr. Somerville on the

8    volunteer recruitment process; correct?

9    **A.**   I don't know if I would say updates.  But we did exchange

10   texts.

11   **Q.**   You discussed with Mr. Somerville the volunteer

12   recruitment process; correct?

13   **A.**   I don't -- I don't know that I would say process.  We did

14   talk about volunteers.

15   **Q.**   You discussed with Mr. Somerville -- before launching the

16   challenges, you discussed volunteers and coordination of

17   volunteers; correct?

18   **A.**   I don't know that I would say coordination.

19   **Q.**   How would you describe that conversation?

20   **A.**   Which conversation are you referring to?

21   **Q.**   The conversation that you just agreed you had with

22   Mr. Somerville about volunteers on December 17th, 2020.

23   **A.**   I wrote and said, volunteers coming in from all over.

24   Citizens are fed up and want to participate.

25        And then he responded, it's a cool thing when people wake

1    up and realize how powerful they are.  That's my favorite part.

2        That's the extent of it.

3    **Q.**   And then again before the challenge effort had been

4    launched, you coordinated with Mr. Somerville on the

5    December 18th press release or blog post to announce the launch

6    of the challenge program; correct?

7    **A.**   No.  That was exchanged here where I said -- you know,

8    we've already covered that in the release for the review.  And

9    then that was it.

10   **Q.**   Well, Mr. Somerville actually edited that press release.

11   He edited a draft of that press release; correct?

12   **A.**   I don't recall.

13   **Q.**   Well, would it refresh your recollection if you looked at

14   Pages 8 to 11 of that document in front of you?

15   **A.**   Okay.

16   **Q.**   Did it refresh your recollection?

17   **A.**   Yes.

18   **Q.**   Now, you would agree that Mr. Somerville edited that press

19   release or blog post dated December 18, 2020, announcing the

20   launch of the voter challenge program?

21   **A.**   No, I wouldn't -- I wouldn't agree to that.  It's not to

22   me what this says.

23   **Q.**   Did Mr. Somerville provide suggested edits or suggestions

24   for the press release?

25   **A.**   He -- I mean, it's what it says.  He -- he had a

1  recommendation.  And I said I'll try.  But it was going out the

2  door.  So I don't know.

3  **Q.**   And then on December 18th, the same day that True the Vote

4  announced its mass challenge effort, you discussed with

5  Mr. Somerville potentially filing suit against Cobb County for

6  rejecting the challenges; correct?

7  **A.**   Correct.

8  **Q.**   And then on December 19th, the day after True the Vote

9  launched its challenge effort, you discussed with

10  Mr. Somerville coordinating a call or coordinating on a call

11  with all of your volunteer challengers; correct?

12  **A.**   Correct.

13  **Q.**   And the purpose of those conversations was to coordinate

14  efforts; correct?

15  **A.**   I don't know that I would use the word coordinate.  But,

16  you know, the texts speak for themselves.  So...

17  **Q.**   And you also discussed the methodologies of your

18  respective voter challenges with Mr. Somerville; correct?

19  **A.**   Is that here in the text you can show me?

20  **Q.**   No, it's not in the text.

21  **A.**   I remember us talking about that broadly over dinner, yes.

22  **Q.**   And you did that to make sure that you-all would be

23  aligned and would not be at cross purposes; correct?

24  **A.**   No, I wouldn't say that.  It was just to talk about

25  methodology.

 1   **Q.**   And so it is your testimony that you did not seek to

 2   collaborate or talk to Mr. Somerville about methodology to

 3   ensure that you were not at cross purposes?

 4   **A.**   We didn't -- we didn't change our challenges.  I don't

 5   believe that they changed their challenge process.  It was just

 6   observation of how the various groups approached it.

 7   **Q.**   I understand.  My question was a little bit different,

 8   which is whether the purpose or whether you talked to

 9   Mr. Somerville -- whether the purpose of that conversation or

10   those conversations was to ensure that True the Vote's

11   challenge effort and Mr. Somerville's challenge effort were not

12   at cross purposes?

13   **A.**   Can you describe cross purposes?

14   **Q.**   Well, were not conflicting.

15   **A.**   Can you define conflicting?

16   **Q.**   Have you used the word conflicting before in a sentence?

17   **A.**   I'm certain I have, yes.

18   **Q.**   And can you apply the definition that you used when you --

19   in the times that you have used conflicting in a sentence,

20   apply that same definition here.

21   **A.**   Okay.  Then I would say no.

22   **Q.**   I would like to return to your deposition transcript from

23   your January 2022 deposition, specifically Lines 145, 5 to 147,

24   4.

25              MR. WYNNE:  I'm sorry.  You said Line 145?

```
 1            MR. NKWONTA:  I'm sorry.  Page 145.

 2            THE WITNESS:  Okay.  I just see Page 145.

 3            MR. NKWONTA:  Just give me one second, Your Honor.

 4                 (There was a brief pause in the proceedings.)

 5            MR. NKWONTA:  I'll move on, Your Honor.

 6            THE COURT:  All right.

 7  BY MR. NKWONTA:

 8  Q.   You even discussed with Mr. Somerville at least one county

 9  and you identified at least one county that made its challenge

10  list public; correct?

11  A.   Yes.

12  Q.   And that was Cobb County; correct?

13  A.   Correct.

14  Q.   And in your communications to -- with Mr. Somerville, he

15  made a reference to eyesonga.org; correct?

16  A.   I don't recall.

17  Q.   Would it refresh your recollection to review your text

18  communications with Mr. Somerville?

19  A.   Yes.  What page?

20  Q.   That would be Page 39 -- 38 to 39.

21  A.   Okay.

22  Q.   So in your communications with Mr. Somerville, you

23  discussed or at least he mentioned eyesonga.org; correct?

24  A.   Correct.

25            MR. NKWONTA:  Your Honor, plaintiffs would like to
```

```
 1   move this document into evidence.  It is currently marked as
 2   Defendants' Exhibit 231.  But plaintiffs would like to mark it
 3   Plaintiffs' Exhibit 92.
 4             THE COURT:  Mr. Wynne?
 5             MR. WYNNE:  May I have just a moment, Your Honor?
 6             THE COURT:  Yes, sir.
 7             (There was a brief pause in the proceedings.)
 8             MR. WYNNE:  Well, first of all, these are excluded,
 9   of course, that's --
10             THE COURT:  Tell me what you said again.  I couldn't
11   hear what you said.
12             MR. WYNNE:  Yeah.  Let me -- my primary concern right
13   now is that I've consulted with my client, Mr. Somerville, or
14   my joint client, and he -- he can't -- he can't verify --
15   cannot verify these.  And the only person mentioned is
16   Ms. Engelbrecht.
17             So I guess there is no objection as to
18   Ms. Engelbrecht's statement.  But there is as to these other
19   ones in blue as hearsay at this point.
20             MR. NKWONTA:  Can I give some context to that,
21   Your Honor?
22             Your Honor, these documents were included with
23   defendants' exhibits that were recently disclosed two days
24   before trial.  So they produced this.
25             And on top of that, these documents include extensive
```

1   communications that were responsive to our discovery requests

2   from two to three years ago but were cut out of the discovery

3   responses.  And we are just now finding out that these

4   communications occurred with their late disclosed documents.

5          So with that, we haven't asked for any type of

6   discovery sanctions.  But it is clear that they cut out these

7   communications and did not produce them to us in response to

8   our discovery requests and have attempted to use them in this

9   case as evidence, but are now objecting to us using the

10  documents that came from --

11         THE COURT:  Let me say this.  I'm going to allow it

12  in.  If there is any hearsay in it that I identify, I will

13  disregard the hearsay.

14         But Ms. Engelbrecht has identified it.  I understand

15  your objection, that Mr. Somerville's part may be hearsay.  The

16  advantage of having a judge try it rather than a jury is I can

17  disregard the hearsay.

18         MR. WYNNE:  Thank you, Your Honor.

19         THE COURT:  But I'll allow it in over objection,

20  Plaintiffs' 92.

21  BY MR. NKWONTA:

22  Q.  And, Ms. Somerville -- sorry.  Ms. Engelbrecht.

23         MR. WYNNE:  I'm sorry.  Just for the record, we do

24  object.  So you say without --

25         THE COURT:  I'm allowing it in over objection.

1          MR. WYNNE:  Over objection.  Okay.  Thank you.

2          THE COURT:  Okay.  Thank you.

3   BY MR. NKWONTA:

4   Q.   Ms. Engelbrecht, on Page 39 of Plaintiffs' Exhibit 92,

5   Mr. Somerville writes, eyesonga.org is an amazing idea.

6          And that's the first line of the text that you see there.

7          First, I just want to confirm, Eyes on GA, that's the same

8   hashtag we saw in the Crusade for Freedom tweet; correct?

9   A.   That's correct, yes.

10  Q.   What is eyesonga.org?

11  A.   I do not know.  I do not recall.  It was an amazing idea.

12  Q.   And I want to go back to a question I asked earlier, which

13  is:  When you met with Mr. Somerville to discuss the challenge

14  effort, you met with Mr. Somerville over dinner before

15  launching the challenges.

16         Was the purpose of that conversation to ensure that your

17  challenge efforts were not at cross purposes?

18  A.   Well, I'm not sure how to properly answer that.  Because

19  in the context in which it's been asked today, you know, I

20  don't really understand the cross purposes connection.

21         In the deposition, that's the term I used.  But, you know,

22  the clarification, I'm -- I'm not -- I'm really not even sure

23  how to answer it.

24  Q.   So I'll return to your January 2022 deposition.  I'm

25  starting on Pages 145, 21 to 146, 5.

1      You were asked, what did you discuss with Mr. Somerville

2  at that dinner?

3      Your response, there were also -- he and another

4  individual were also working through electoral challenges and

5  the thought was not to be at cross purposes.  And, you know,

6  that is really the extent of it.

7  **A.**   Uh-huh (affirmative).

8  **Q.**   Is that what you testified to in your deposition?

9  **A.**   That is what I testified to.  I didn't recall using that

10  term, but that is what I testified to.

11  **Q.**   And the communications with Mr. Somerville, they continued

12  even after the challenges were filed; correct?

13  **A.**   I'm sorry?

14  **Q.**   The communications with Mr. Somerville continued even

15  after these challenges were filed; correct?

16  **A.**   Correct.

17  **Q.**   And they continued after this lawsuit was filed; correct?

18  **A.**   Yes.  Correct.

19  **Q.**   And did you receive a hold notice from your counsel, or

20  prior counsel?  A discovery hold notice in this case?

21         THE COURT:  You might want to explain to her what

22  that is.

23         MR. NKWONTA:  Sure.

24  BY MR. NKWONTA:

25  **Q.**   Do you know what I mean by a discovery hold notice?

1    **A.**    I do not.

2    **Q.**    Did you receive a notice instructing you not to delete

3    communications or documents or emails that are relevant to this

4    case?

5    **A.**    I don't recall.

6    **Q.**    On Page 44 of Exhibit 92, that is a text message in which

7    you invited Mr. Somerville to move your communications to

8    Signal; correct?

9    **A.**    Correct.

10   **Q.**    And that you extended this invitation to move your

11   communications to Signal on January 6th, 2021; correct?

12   **A.**    Correct.

13   **Q.**    Why did you ask Mr. Somerville to move your communications

14   from text messages that we have here to Signal?

15   **A.**    It's just an encrypted platform.  My phone has been

16   hacked.  It was just a suggestion.

17   **Q.**    And you did move your communications to Signal; correct?

18   **A.**    Clearly not all of them.  But some, I guess.  I don't

19   know.  It was just a suggestion.

20   **Q.**    And are those communications still on Signal, or have they

21   since been deleted?

22   **A.**    I don't keep any of my texts or Signal or any of that.

23   Signal just dissolves on its own.

24   **Q.**    So the communications that you entered into with

25   Mr. Somerville from January 6th onward -- from January 6th,

1   2021, onward have all been deleted; correct?

2   **A.**   Well, I would disagree with that.  There's texts here.

3   They don't suggest a break.

4   **Q.**   The communications on Signal that you had with

5   Mr. Somerville from January 6th, 2021, onward have all been

6   deleted; correct?

7   **A.**   I don't recall.  I doubt that they've been kept.  I don't

8   know.  I mean, if I didn't turn them over, I don't have them.

9   **Q.**   And you moved -- to clarify, you moved your communications

10  to Signal after this case had been filed?

11            THE COURT:  Hold on.  I have an objection.

12            MR. WYNNE:  Your Honor, I think in the predicate, he

13  mischaracterized her testimony and that she said they'd been

14  dissolved as opposed to deleted.

15            Deleted implies an affirmative act.  Dissolved is

16  something different.

17            THE COURT:  Well, which one was it?  Was it deleted

18  or dissolved?

19            THE WITNESS:  I -- I mean, Signal can go both ways.

20  I mean, normally I set an expiration of some short period of

21  time.  And so I don't even consider it as something that is,

22  you know, going to capture anything long term.

23            I don't even know that it was used.  If it wasn't

24  turned over, I don't have it.

25

1  BY MR. NKWONTA:

2  **Q.**   It is fair to say that you did not preserve -- you

3  mentioned that you delete -- you mentioned earlier, recently,

4  that you delete your emails and you delete your communications.

5      So it is fair to say that you did not preserve the

6  communications you had with Mr. Somerville on Signal after

7  January 6th, 2021, when you switched your communications to

8  Signal?

9  **A.**   I don't know that anything was ever communicated on

10  Signal.  And Signal's platform, I can't control how it works.

11  I just made the suggestion or an invitation.  He would have had

12  to install a thing and go through a whole big issue.

13  **Q.**   On January 6th, after -- and this is Page 44 of

14  Plaintiffs' Exhibit 92.

15      On January 6th, after you invited Mr. Somerville to move

16  your communications to Signal, there were no further

17  communications by text for months; correct?

18  **A.**   Yeah.  Correct.

19  **Q.**   Is it fair to say that you had more extensive

20  communications with Mr. Somerville regarding the challenge

21  effort than you had with the chairman of the Georgia GOP?

22  **A.**   That's fair to say, yes.

23  **Q.**   And you would agree that you had more substantive

24  conversations about the challenge effort with Mr. Somerville

25  than you had with the chairman of the Georgia GOP; correct?

1  **A.**   Yes.  More substantive, yes.

2  **Q.**   And you also just had more communications in general with

3  Mr. Somerville than you had with the chairman of the Georgia

4  GOP or the Georgia GOP in general; correct?

5  **A.**   Correct.

6  **Q.**   And so it's fair to describe your communications with

7  Mr. Somerville as a partnership or more than a partnership;

8  correct?

9  **A.**   I would disagree with that.

10 **Q.**   Well, whatever partnership you had with the Georgia GOP as

11 you -- as is claimed in Plaintiffs' Exhibit 35, whatever

12 partnership you had with the Georgia GOP, the collaboration

13 with Mr. Somerville was even more significant than that;

14 correct?

15 **A.**   I agree that there were more communications with

16 Mr. Somerville.  But the use of the word partnership, I mean,

17 are we -- are we keeping a tally of how many exchanges occur

18 and what a partnership is defined as?

19     I'm not sure we're -- I'm not sure that I understand the

20 question.

21 **Q.**   Whatever collaboration you had with the Georgia GOP that

22 gave rise to the announcement in Plaintiffs' Exhibit 35 --

23 **A.**   Uh-huh (affirmative).

24 **Q.**   -- your collaboration with Mr. Somerville was even more

25 significant than that; correct?

1    **A.**    Well, I met at a chance meeting, as I've said, the

2    chairman of the Georgia GOP once.  I have talked with

3    Mr. Somerville as evidenced in these texts more than once.  So

4    yes.

5    **Q.**   Thank you.

6        We'll come back to this document, Exhibit 92.  I want to

7    put that away for a sec.

8        And I want to return briefly to Plaintiffs' Exhibit 1,

9    which is the Validate the Vote proposal.  I asked you before

10   about presenting evidence to substantiate allegations of fraud.

11       Isn't it true that the funder, Mr. Eshelman, also demanded

12   evidence of fraud in connection with the 2020 election?

13   **A.**   Yes.  And --

14           MR. WYNNE:  I'm going to object to the extent it

15   requests hearsay from -- or anything that might have been said

16   or thought by Mr. Eshelman.

17           THE COURT:  Just don't tell us anything he said to

18   you or what he was thinking, because obviously you can't know

19   what he was thinking.  But you can testify about what you know.

20           THE WITNESS:  I -- that was what he was interested

21   in.

22   BY MR. NKWONTA:

23   **Q.**   And I want to show you an example of one of his requests

24   and get some more information about your response.

25       Can you turn to Plaintiffs' Exhibit 90?  And then can you

1    turn to the page Bates stamped Bopp 301?

2    **A.**   I'm sorry.  Bopp 301?

3    **Q.**   I'm sorry.  It's not Bopp 301.  It's just 301.  But it

4    says Bopp and then 301.  Bopp in red and 301 in black ink.  So

5    Page 301.

6    **A.**   I'm sorry.  I'm not --

7           THE COURT:  It's kind of hard to read because it's

8    over some red.

9           MR. NKWONTA:  Look for 301 in blank ink at the bottom

10   of the page.  Or 0148 in red ink.  So the page should say Bopp

11   301, space, 0148.

12          THE WITNESS:  I see.  Yes.  I see it, yes, sir.

13   BY MR. NKWONTA:

14   **Q.**   In that document, there is a November 15th email from

15   Mr. Eshelman to you; correct?

16   **A.**   Correct.

17   **Q.**   Do you recognize this email?

18   **A.**   Yes.

19   **Q.**   And you responded to this email; correct?

20   **A.**   I did, yes.

21   **Q.**   And you responded to this email on November 15th, 2020;

22   correct?

23          MR. WYNNE:  Your Honor, I've got to interject in this

24   session my relevance objection to any line of questioning

25   regarding Mr. Eshelman.  This has nothing to do with the

1        challenges at issue here a month later.

2                MR. NKWONTA:  Your Honor, this is specifically about

3        whistleblowers and allegations of fraud.

4                THE COURT:  Say that again.

5                MR. NKWONTA:  Specifically about evidence of

6        whistleblowers and allegations of fraud.

7                THE COURT:  Mr. Wynne?  He says it's directly what

8        we're talking about, whistleblowers and allegations of fraud.

9                MR. WYNNE:  Again, my objection is as to relevance.

10       That an organization can be involved in many different

11       activities at the same time.  And we're looking at one here.

12               Other instances -- you know, as a matter of

13       principle, I guess, it's fine.  But I have to interject for

14       purposes of the record a hearsay objection at this point --

15               THE COURT:  Well --

16               MR. WYNNE:  -- or relevance.  I'm sorry.

17               THE COURT:  I think it's relevant.  That is what this

18       case is about is whether or not there was any fraud or how it

19       was handled.

20               Let me just let counsel ask a few more questions, and

21       then we'll revisit it maybe.

22               MR. WYNNE:  Understood.

23               MR. NKWONTA:  And I understand Mr. Wynne to -- he

24       said it's fine as a matter of principle that --

25               THE COURT:  I don't think -- I think he may have

1    meant something different than what you're interpreting.

2              MR. NKWONTA:  Okay.

3              MR. WYNNE:  What I mean is I don't want to disrupt,

4    you know, counsel's presentation here.  But I have to

5    interject, you know, the relevance.

6              THE COURT:  You're being -- you've been selected as

7    her attorney to represent her to the full extent.  So if you

8    need to object, you object.

9    BY MR. NKWONTA:

10   Q.   So I'm going to read you one of the requests posed by

11   Mr. Eshelman in the November 15th, 2020, email.

12             MR. NKWONTA:  And before I do that, Your Honor,

13   plaintiffs move to admit Exhibit 90 into evidence subject to

14   any further ruling by the Court about admissibility.

15             THE COURT:  What we'll do, Mr. Wynne, I'm going to

16   put it in.  But if counsel does not match it up, I can always

17   pull it out.

18             MR. WYNNE:  Yeah.  For the record, I want to make

19   sure that I'm objecting to hearsay, relevance, and hearsay in

20   particular in regard to any statement by any party other than

21   Ms. Engelbrecht, who is a part of this case.  And I'm going to,

22   you know, object to relevance and a lack of foundation.

23             THE COURT:  Address the hearsay part.

24             MR. NKWONTA:  So to the extent that we present any

25   statements by Mr. Eshelman, they are not hearsay for two

1   reasons:  One, the specific statement I'm about to read I'm not

2   submitting for the truth of the matter asserted.  I'm

3   submitting it to elicit Ms. Engelbrecht's response or reaction

4   to that request.  So it doesn't really matter whether the

5   request is true or not.

6           THE COURT:  That's an exception.  That's a hearsay

7   exception.  It's not being offered for the truth of the matter

8   to show what Ms. Engelbrecht would do as a result of receiving

9   this message or statement.

10          MR. WYNNE:  I think it is offered for the truth of

11  the matter asserted.  Because were it not for the purported or

12  perception of the truth of the matter asserted, then her

13  response would make absolutely no sense.  So it is offered for

14  the truth.

15          THE COURT:  Well, based on what he just said to the

16  Court, I'm not accepting it for the truth of the matter.

17          MR. WYNNE:  Okay.

18          THE COURT:  Based on what counsel just told me, he's

19  not offering it.  So I'm not accepting it for the truth of the

20  matter.  I'm not saying what is said here by the gentleman is

21  true.  So I'm not accepting it that way.

22          MR. WYNNE:  I just want to be careful, you know,

23  because non-hearsay is defined to include statements of agents,

24  co-conspirators, other things.

25          And I just want the record to be clear that there's

1    been no finding along those lines.

2           THE COURT:  And I'm not accepting any of this as the

3    truthfulness of the matter.  And if it does not show that

4    Ms. Engelbrecht reacted to it in any way, then I'm not

5    considering it at all.

6           MR. NKWONTA:  Thank you, Your Honor.

7    BY MR. NKWONTA:

8    **Q.**   Ms. Engelbrecht, turning to that email from November 15,

9    2020, at 4:18 P.M., Mr. Eshelman asked you, I would like to get

10   on the phone tomorrow and get real granularity on

11   whistleblowers and exactly what validated data we have on vote

12   fraud.

13        Is that correct?

14   **A.**   That's what it says, yes.

15   **Q.**   And --

16          THE COURT:  Now, what did you do regarding that?

17   Once he said that, did you do anything?

18          THE WITNESS:  Well, as I go on to say here -- but,

19   Judge, I mean, I had been -- this whole situation -- I had been

20   communicating with this Mr. Eshelman's consultants.  And we

21   were telling them about people that had come forward.  And it

22   was -- it was a chaotic time.

23          So that's -- you know, he goes on here to say, you

24   know, he wants to get on the phone to get real granularity.

25   But there was only -- this had all just begun.  There was only

1   so much that could be shared.  And it was kind of a balance

2   between trying to tell him what we were doing -- and we were

3   working around the clock -- trying to tell him what we were

4   doing.  But I could only say what I could say.

5            And in the interim, former counsel was talking --

6   well, I mean, I'll leave it at that.  It was just -- I was

7   trying to be respectful.

8            THE COURT:  As a result of this statement, from what

9   I'm hearing you say, you didn't do anything in particular or

10  you just --

11           THE WITNESS:  To his statement?

12           THE COURT:  Yes.

13           THE WITNESS:  Well, I had -- we agreed to get on a

14  call the following day.  And it was that -- that was the last

15  conversation I've ever had with -- well, that's the last phone

16  conversation I've ever had with Mr. Eshelman was the following

17  morning.  So things were tense.

18           THE COURT:  I guess my question is:  Should I allow

19  this in to show -- not for the truthfulness of the matter, but

20  to show her response or what did she do as a result of hearing

21  this?  I'm not hearing anything she did as a result of this

22  statement.

23           MR. NKWONTA:  And that's what I'm trying to elicit,

24  Your Honor.

25           MR. WYNNE:  Your Honor, I think what she did, she

1   accepted the invitation to get on a call.  But she didn't

2   endorse, adopt, or embrace this individual's description of one

3   of the agenda items for the call.

4           THE COURT:  I'm just trying to tie in what it's being

5   offered for.  It's a hearsay statement not offered for the

6   truthfulness of the matter to show this witness's response as a

7   result.  I haven't heard anything showing what she did as a

8   result of this statement.

9           MR. NKWONTA:  Well, I think it's relevant that she

10  could not come up with any evidence in response to this

11  request.

12          THE COURT:  Well, that might be so.  But, again, the

13  whole point is to show as a result of hearing this, this is

14  what she did or didn't do.  This is how she responded.

15          MR. NKWONTA:  Right.  And I'm here to show that her

16  response was to deflect.  And I'm going to walk through her

17  response.  It was not to --

18          THE COURT:  All right.  Let's go a little further.

19  Let's see if there is anything a little further.

20          Go ahead.

21  BY MR. NKWONTA:

22  Q.   And following this request, you had a phone call with

23  Mr. Eshelman and his consultants; correct?

24  A.   Following the November 15th?

25  Q.   Following that email that requested granularity on

1    whistleblowers and exactly what validated data you had on

2    fraud.

3    **A.**    Uh-huh (affirmative).

4    **Q.**    You conducted a phone call with Mr. Eshelman and his

5    consultants; correct?

6    **A.**    Mr. Eshelman and one of his consultants and others, yes.

7    **Q.**    And one of the agenda items for that phone call was have

8    we actually shown fraud anywhere; correct?

9    **A.**    That is what this document says.

10        For the record, I had not seen this document, but -- and

11   it wasn't talked about on the call.  But...

12   **Q.**    This document was sent to you though?

13   **A.**    That's correct.

14   **Q.**    Okay.  And then on Page 314, in the black ink at the

15   bottom, you sent an email to Mr. Eshelman following that phone

16   call; correct?

17   **A.**    Correct.

18   **Q.**    And in that email that you sent to Mr. Eshelman, you still

19   don't identify any fraud or any granularity on whistleblowers?

20        Instead you said, I've attached the budget we propose to

21   Tom and Dikran on November 5th.  Our not having full funding

22   was well-known and often discussed.  I had written in my 11/14

23   email to you that it appeared our legal fees would have been

24   covered by the Trump campaign.

25             THE COURT:  Hold on.  We have an objection.

```
 1            MR. WYNNE:  Objection.  Compound.  Ask to break that
 2    down.  The last part was just a quote.  There was a few things
 3    before that.
 4            THE COURT:  Maybe you could break that down.  It was
 5    a lot.
 6            MR. NKWONTA:  Sure.
 7    BY MR. NKWONTA:
 8    Q.   You emailed Mr. Eshelman on November 16th, 2020, at
 9    4:25 P.M., which is after the call you had with Mr. Eshelman;
10    correct?
11    A.   Correct.
12    Q.   And in that email, you did not provide any granularity on
13    whistleblowers or any validated data or evidence of fraud;
14    correct?
15    A.   No, I did not.
16    Q.   Instead, you wrote in that email, I've attached the budget
17    we provided to Tom and Dikran on November 5th.  Our not having
18    full funding was well-known and often discussed.
19            I'd written in my 11/14 email to you that it appeared our
20    legal fees would have been covered by the Trump campaign, which
21    I described in a statement of our cash position.
22            THE COURT:  Go ahead and object, if you have an
23    objection.
24            MR. WYNNE:  We object.  It mischaracterizes the
25    testimony based on the word instead, suggesting these are two
```

1   alternative things to put into an email after a call at which

2   she said this matter was not discussed.  So the instead is

3   misplaced and I would suggest, you know, misleading.

4           Again, I'd ask to break it down.

5           MR. NKWONTA:  Your Honor, I'm entitled to ask the

6   question of the witness if this is what she sent in response to

7   the call.

8           And at this point, counsel is trying to prevent the

9   witness from explaining her response in answering these

10  questions.

11          MR. WYNNE:  Absolutely not.  I'm trying to make it so

12  that she can understand the whole question and not miss the

13  first word.

14          THE COURT:  Let's let the witness read what's there.

15          And then my question will be, did she say this or did

16  she react to this.

17          Is that your question?  What is your question?

18          MR. NKWONTA:  My question is:  Did you make that

19  statement and did you subsequently --

20          THE COURT:  All right.  Hold on.  Hold on.  Read it.

21          Did you make that statement?

22          THE WITNESS:  Did I send -- I'm sorry.  Did I send

23  the email or --

24          THE COURT:  Saying that, that you sent an email

25  saying that?

1    THE WITNESS:  I -- I did send an email -- I did send

2  this email.  But with context, the call that occurred had -- I

3  didn't even know about this agenda.  We didn't talk about the

4  agenda.  So this email was in response to the call.

5    THE COURT:  What is the second part of your question?

6    MR. NKWONTA:  The second part of my question was

7  whether True the Vote or Ms. Engelbrecht provided any of the

8  granularity about whistleblowers or validated data about fraud

9  that Mr. Eshelman demanded.

10    MR. WYNNE:  I'm going to object to the extent it

11  calls for speculation into what exactly he demanded as opposed

12  to what she understood.

13    THE COURT:  I understood the question being asked,

14  what did she do.  Not what anybody else did or thought.  That

15  is my understanding of your question.  What did Ms. Engelbrecht

16  do?

17  BY MR. NKWONTA:

18  **Q.**   What did you do, Ms. Engelbrecht?

19  **A.**   On the course of that call, I recall talking with them

20  about everything we could.  But there were other situations

21  going on in the call that -- that led this to -- back to be a

22  budget thing.

23    We'd already had, you know, the million-dollar consultant

24  invoice.  There were just many things in play.

25    So it's not -- it's not an apples to apples comparison.  I

1   mean, even in the thing you had me -- you had us look at

2   earlier --

3           THE COURT:  Do you remember the interchange that

4   counsel asked regarding fraud and what else?

5           MR. NKWONTA:  Granularity on whistleblowers or

6   validated data substantiating fraud.

7           THE COURT:  Did you do any of that?

8           THE WITNESS:  I told him about the situations we knew

9   of.  But that was -- I mean, we'd only been doing this a week.

10  So I didn't have any -- you know, anything else at that point

11  in writing.

12  BY MR. NKWONTA:

13  Q.   And after that, the relationship soured; correct?

14  A.   The relationship soured before I sent this.  But yes, it

15  got more sour.

16  Q.   I would like to direct your attention to another email in

17  this chain.  This is now Page 799 of Exhibit 90.

18       I would like to direct you to the email at the bottom of

19  Page 799 from Tom Crawford to Fred Eshelman.

20       And we've established that these were individuals that --

21  that asked True the Vote to prepare the Validate the Vote

22  proposal with whom True the Vote had been in contact with in

23  preparing to Validate the Vote proposal; correct?

24  A.   I'm sorry.  What was the question?

25  Q.   Sure.  Fred Eshelman and Tom Crawford, those are

1    individuals who were involved in the Validate the Vote

2    proposal, as you testified earlier; correct?

3    **A.**    Well, with the slight misgiving about the word involved,

4    yes.  I mean, these are people that were, you know, in -- in

5    correspondence for a very brief period of time.

6    **Q.**    And here they are referencing a communication with

7    Gregg Phillips; correct?

8             THE COURT:  Hold on.  I have an objection.

9             MR. WYNNE:  Objection.  Hearsay and speculation as to

10   what -- what they're talking about and what they're thinking

11   about Phillips.  But more fundamentally, hearsay.  She's not in

12   this conversation.

13            THE COURT:  The speculation part, I'm somewhat

14   agreeing with.  Because if I understand the question, you're

15   asking what somebody else is thinking.  So I'll sustain that

16   objection.

17   BY MR. NKWONTA:

18   **Q.**    Ms. Engelbrecht, can you read that email?

19            MR. WYNNE:  And I've got to object to hearsay, too,

20   because she's going to be reading it straight into the record.

21            THE COURT:  Why is she reading the email?

22            MR. NKWONTA:  Well, one, to establish what the email

23   is -- is discussing with respect to their plans for Georgia.

24            THE COURT:  But I just sustained the objection.

25            MR. NKWONTA:  Well, you sustained the objection

1    because it was speculative.  And I had asked what -- I had

2    asked about their impressions or the impressions they got.  So

3    I'm not asking about that.

4            THE COURT:  So tell me why you're asking her to read

5    the email.  In other words, what can she say about this email?

6    She's not saying it?  I already said speculation.

7            So what can she tell me about this email from reading

8    it?

9            MR. NKWONTA:  What she can tell you about the email

10   is the -- the plans in -- for Georgia -- the plans for Georgia

11   that were --

12           THE COURT:  She can tell you what they said the plans

13   were for Georgia.

14           MR. NKWONTA:  Yes, she can say --

15           THE COURT:  That's hearsay.

16           MR. NKWONTA:  Well, it's -- and I was getting to that

17   point, Your Honor.  Because I have established throughout the

18   course of this examination --

19           THE COURT:  Move on.  Move on.

20   BY MR. NKWONTA:

21   Q.   I want to direct your attention to Plaintiffs' Exhibit 2,

22   Ms. Engelbrecht.

23        Plaintiffs' Exhibit 2 is an invoice from OPSEC; is that

24   correct?

25   A.   Correct.

1  **Q.**   OPSEC is the same company identified in the

2  Validate the Vote proposal; correct?

3  **A.**   Correct.

4  **Q.**   Led by Mr. Gregg Phillips; correct?

5  **A.**   Correct.

6  **Q.**   And the -- there is only one line item on this invoice;

7  correct?

8  **A.**   There is one line item; correct.

9  **Q.**   And that line item says Eyes on Georgia; correct?

10  **A.**   Eyes on Georgia with a dozen, maybe, roughly other

11  details.  But yes.

12  **Q.**   But the heading is -- of those other details fall under

13  Eyes on Georgia; correct?

14  **A.**   Yeah.  That's what he put on the invoice.

15  **Q.**   And it's an invoice with no detail for $400,000; correct?

16  **A.**   This invoice ties to a master agreement that ties to that

17  dollar amount which was a retainer to start on another project.

18  So that's what that was.

19  **Q.**   Isn't that invoice -- doesn't that invoice reflect all of

20  the combined work in Georgia that OPSEC conducted, including

21  work for the runoff and for the general election?

22  **A.**   No.  This -- this invoice reflects the retainer payment

23  for a master agreement that talks about a program involving

24  geospatial data.

25  **Q.**   The master agreement, did that also include data analysis

1   for the Georgia runoff election challenges?

2   **A.**   No.

3   **Q.**   I would like to again revisit your January 2022

4   deposition, specifically Page 182, Lines 2 to 9.

5        You were asked, so, this invoice and all of the analysis

6   is not specific to the Georgia runoff election?

7        The answer, no.

8        Question, it is all combined; it is all one invoice?

9        Yeah, just a listing of all manner of things.

10       Was that your testimony?

11  **A.**   Can you put it back up on the screen?

12  **Q.**   Yes.

13           MR. WYNNE:  I'm sorry, Counsel.  What was the page?

14           MR. NKWONTA:  182, Lines 2 to 9.

15           THE WITNESS:  I'm not --

16  BY MR. NKWONTA:

17  **Q.**   And then I'll follow up on that, in addition --

18           THE COURT:  Well, have you had a chance to read this?

19           THE WITNESS:  I have.  I'm not sure where we're going

20  with this, because I say it's not.

21           But go ahead.

22  BY MR. NKWONTA:

23  **Q.**   Well, there's more.  183, Lines 2 to 16.

24       You were asked -- you were asked, I'm saying there is no

25  differentiation here between analysis for those lawsuits and

1    the analysis for the Georgia elector challenges suit.

2        So I'm asking whether there was all one project, at least

3    as far as OPSEC was concerned.

4        Your response, yeah, I don't recall.

5        Question, so, I understand you may not recall exactly how

6    it was set up.

7        But, the invoice does reflect -- they are combined on the

8    invoices; is that correct?

9        Yes.  I mean there is an element of combination here, yes.

10       Is that what you testified to?

11   **A.**    That there was an element of combination as it relates to

12   the master agreement, yes.

13   **Q.**    Well, the question was about the Georgia elector

14   challenges and the Georgia lawsuit.

15       The question that I specifically asked was about the

16   Georgia lawsuit and the Georgia elector challenges.

17   **A.**    And I said I don't recall.

18   **Q.**    Did OPSEC provide litigation support for the lawsuit to

19   overturn election results in Georgia?

20       And this was the lawsuit we identified in Plaintiffs'

21   Exhibit 27.

22   **A.**    Yes, they did.

23   **Q.**    And speaking of that lawsuit in Exhibit 27, can you tell

24   us how True the Vote identified the specific counties to sue?

25   **A.**    True the Vote did not identify counties to sue.  That was

1    entirely former counsel.

2    **Q.**    True the Vote's counsel; correct?

3    **A.**    Well, plaintiffs' counsel in these cases of these

4    lawsuits.

5    **Q.**    But True the Vote's general counsel; correct?

6            THE COURT:  Excuse me.  Finish your question.  I have

7    a question.  But finish yours.

8    BY MR. NKWONTA:

9    **Q.**    It was True the Vote's general counsel; correct?

10   **A.**    That was a term he used.

11   **Q.**    Who was being paid by True the Vote to litigate that case;

12   correct?

13   **A.**    True the Vote paid his legal bill for this case.

14           THE COURT:  Did you-all select Mr. Bopp for this case

15   or did Rebecca Brooks, Stuart Abel, III and James Marvin, III,

16   and Nicole Martin select Mr. Bopp?

17           THE WITNESS:  I truly have no idea.

18           THE COURT:  But can you -- True the Vote did not

19   select him as the attorney to file this?

20           THE WITNESS:  Well, it's more complicated.

21           If I may?

22           THE COURT:  Please.  Go ahead.

23           THE WITNESS:  So as it turns out, Mr. Bopp had all of

24   these plans already prior to even my ever talking to

25   Mr. Eshelman.  This is all in some of the other notes that we

1    have.

2            And so this all moved very, very quickly.  It was

3    all, apparently, about getting the money in place and the

4    connection between Mr. Bopp and Mr. Eshelman.

5            You know, I had worked with Mr. Bopp for a decade.

6    And I had never seen anything like this.  I knew what I -- I

7    thought I knew what I -- what I did and didn't know.

8            But as I mentioned earlier, our involvement in the

9    case was only to the extent that we were going to provide -- or

10   I shouldn't say that.  That's not the correct way to say that.

11           Strike that, if I can strike that.

12           THE COURT:  You may strike it.

13           THE WITNESS:  OPSEC, which had been affiliated with

14   or known to Jim Bopp because of work that we had done

15   previously, was being used to try to determine if any of the

16   areas that Jim wanted to look at were tied back to who actually

17   voted in 2020.

18           And so when it was not -- that was not going to be

19   able to be determined because those lists were not being

20   released.  Then, in my opinion, that reduced anything that we

21   were doing to cases around statistical probabilities.

22           And that was not -- even though it wasn't my call to

23   make necessarily about the legal strategy, I just -- the data

24   wasn't there.  And we weren't going to say it was there if it

25   wasn't there.

1    THE COURT:  So are you telling me that Mr. Bopp on

2    his own went out and recruited these plaintiffs?

3    THE WITNESS:  I -- yes.  Well, let me -- let me --

4    because I've now read this and what I can see is that -- at

5    least what it appears to be is that they took the calls that

6    had come in from the election integrity hotline, which we no

7    doubt provided to him, and they reached out.

8    But we don't have any -- so people that had contacted

9    us.  And that -- I don't -- I couldn't even say that that's

10   true for all of them.  I just -- I don't know.

11   THE COURT:  Well, it's very important for me to

12   understand, particularly to Plaintiffs' Exhibit 27, are you

13   telling me the only role that True the Vote played in this case

14   was to pay the expenses, Mr. Bopp's legal expenses, filing

15   costs, and that was it?  No other role?

16   THE WITNESS:  In creating this case, I am sad to tell

17   you no other role.

18   THE COURT:  All right.  A few more questions, and

19   then we'll take a break.

20   Thank you.

21   THE WITNESS:  Thank you.

22   BY MR. NKWONTA:

23   Q.   Just to follow up on that very briefly, in Plaintiffs'

24   Exhibit 1, the Validate the Vote proposal, the fifth bullet

25   under plan says, file lawsuits in federal court with capacity

1    to be heard by SCOTUS.

2        And the name next to that plan or that bullet is

3    True the Vote; correct?

4    **A.**    That is what that bullet says.  Clearly, we would have had

5    no capacity to file lawsuits in federal court.  But that is

6    what the bullet says.

7    **Q.**    And the plan was for True the Vote to support -- the plan

8    expressed in Validate the Vote proposal was for True the Vote

9    to support these lawsuits in key states; correct?

10   **A.**    Well, the plan, as written by Mr. Bopp, was for us to take

11   Mr. Eshelman's money and give it to Mr. Bopp for these cases,

12   which lasted a week.  Because we were not -- well, I'll leave

13   it there.

14   **Q.**    And your name and True the Vote's name is on this plan;

15   correct?  Under the team?

16   **A.**    It is on this -- it is on this sheet of paper, yes.

17   **Q.**    And so is Mr. Phillips' name and OPSEC Group; correct?

18   **A.**    Correct.

19               MR. NKWONTA:  Should I keep going?

20               THE COURT:  Yeah, let's take the break now.

21               All right.  It's ten after 3:00.  We'll come back at

22   3:25.  Thank you.

23               COURTROOM SECURITY OFFICER:  All rise.

24                   **(A brief break was taken at 3:09 PM.)**

25               THE COURT:  Y'all can be seated.

1    Come on up, ma'am.

2    While Ms. Engelbrecht is coming up, I have decided,

3    Mr. Wynne, to allow 22 in over objection.  I think it goes to

4    the weight more than admissibility.

5    But on Number 45, there was also a hearsay objection.

6    What was the hearsay exception you were traveling under or

7    attempting to travel under?

8    MR. NKWONTA:  So, Your Honor, it's not actually

9    admitted for the truth of the matter asserted.  It's admitted

10   for the evidence that the threat was made.

11   Whether or not they actually were going to release

12   the names of the 364,000 people is really irrelevant.  What's

13   relevant is the threat is what exacerbates the intimidation.

14   MR. WYNNE:  That is for the truth or untruth of the

15   matter asserted right down the line.  And they don't come in

16   with a non-hearsay under 801.

17   MR. NKWONTA:  Your Honor, it's a threat, meaning --

18   because it's a threat, it's irrelevant on -- it's irrelevant

19   whether the threat actually reflects someone's true action or

20   true intent.  It's the statement.  It's irrelevant whether it's

21   true.  It's the fact that it was publicized.

22   MR. WYNNE:  We haven't even established it's her

23   statement.  I pointed out you had a 360 and a 366.  She didn't

24   say it.  We don't have an exception here.  She didn't say it.

25   THE COURT:  All right.  Thank you, gentlemen.

1    You may proceed with your questioning.

2         MR. NKWONTA:  Thank you, Your Honor.

3  BY MR. NKWONTA:

4  **Q.**   Ms. Engelbrecht, earlier I asked you whether Jerry Boling

5  was one of the challengers that worked with True the Vote.

6         Do you recall that?

7  **A.**   I do recall you asking, yes.

8  **Q.**   And I'll ask you again now.

9         Is Jerry Boling one of the challengers that worked with

10  True the Vote during the December 2020 challenge effort?

11  **A.**   I do not recall.

12  **Q.**   Would it refresh your recollection to review a challenge

13  letter submitted by Jerry Boling?

14  **A.**   Sure.

15  **Q.**   I will ask you to review the subject, the email address

16  this letter is from, and the recipient of the email along with

17  the actual body of the email.

18  **A.**   Yes.

19  **Q.**   And does this refresh your recollection as to whether

20  Mr. Jerry Boling worked with True the Vote to submit

21  challenges?

22  **A.**   Yes.

23  **Q.**   And so I'll ask you:  Did Jerry Boling work with

24  True the Vote to submit challenges or to submit a voter

25  challenge in Banks County?

1    **A.**    Yes.

2    **Q.**    And --

3              MR. WYNNE:  I don't think he let her answer that

4    question.

5              MR. NKWONTA:  You may put that aside,

6    Ms. Engelbrecht.

7              THE COURT:  Well, what did you say, Mr. Wynne?

8              MR. WYNNE:  I don't think that she was done with her

9    answer.

10             THE COURT:  Were you done with your answer,

11   Ms. Engelbrecht?

12             MR. NKWONTA:  He's coaching the witness, Your Honor.

13   She said yes and stopped.

14             MR. WYNNE:  I'm sorry.  Maybe my hearing is gone.  If

15   that's fine, that's fine.  I just --

16             THE COURT:  I'll ask the question.  Did you finish

17   your answer?  Did you finish your answer?

18             THE WITNESS:  Well, yes.  With more for content, the

19   letter here is indicating that they didn't -- that this person

20   wasn't called into -- into a hearing for probable cause.

21             So what it suggests here is that nothing was used.

22   So, I mean, it's true that he -- you know, we sent this and his

23   name is on it.  But the content suggests that nothing was done

24   with the challenges.

25

1    BY MR. NKWONTA:

2    **Q.**   Fair enough.  But my question was whether Jerry Boling

3    worked with True the Vote to submit these challenges.

4        And your answer is he did; correct?

5            MR. WYNNE:  And I'm going to object here.  These or

6    this?  This or these?

7            MR. NKWONTA:  Your Honor, this is getting absurd.

8    And at some point, we have to have some type of order where I

9    can ask questions and get a response.

10           THE COURT:  Well, yesterday -- or it may have been

11   the other -- Monday -- when Mr. Evans was up questioning on

12   cross-examination, there were a number of objections to the

13   point that he basically said what you are saying now.

14           And what did I tell him?  They have a right to

15   object.  So I'm telling you the same thing.  They have a right

16   to object.

17           MR. NKWONTA:  This is very different, Your Honor.

18           THE COURT:  No, it's not.  It's different because

19   you're standing there.  But it's the same thing.

20           What's the objection?

21           MR. WYNNE:  Yeah.  It's an -- the question is

22   compound and therefore unclear, because this is a single object

23   as opposed to these, which implies more.

24           THE COURT:  You're quite right.  It was a quite

25   straightforward question.  So I'm going to overrule your

1   objection.

2           MR. NKWONTA:  You may answer.

3           THE WITNESS:  Could you please repeat the question?

4   BY MR. NKWONTA:

5   **Q.**   I wanted to confirm that Jerry Boling worked with

6   True the Vote to submit the elector challenge in Banks County;

7   correct?

8   **A.**   I -- we worked with Jerry Boling.  And this email was sent

9   on his behalf questioning the challenges.  But I don't know

10  beyond that what occurred.

11  **Q.**   You may put that aside.  Thank you.

12          And is it true that True the Vote requested -- or

13  challengers that worked with True the Vote requested or

14  demanded that some of the counties conduct hearings on their

15  challenges?

16  **A.**   Not to the best of my knowledge.  This was the -- I

17  hadn't -- I don't recall seeing this before.  But that's not

18  what I even understood.

19  **Q.**   Well, would it refresh your recollection to review that

20  communication again?

21  **A.**   Okay.  Can -- I'm sorry.  Could you ask the question

22  again?

23  **Q.**   Yes.  The question is:  As of December 28th, 2020, would

24  you agree that challengers working with True the Vote were

25  requesting that counties, or in this case Banks County, conduct

1  a hearing on the written challenges?

2  **A.**    No, I would not agree with that.

3  **Q.**    Would you agree that challengers working with

4  True the Vote instructed counties that the law mandates that

5  they conduct hearings on these challenges?

6  **A.**    That's what it indicates in this letter.  But that is --

7  this is an isolated situation as far as I know.

8  **Q.**    You may put that aside.  Thank you.

9         MR. NKWONTA:  Your Honor, may I approach and collect

10  that document?

11         THE COURT:  Yes, sir.

12         MR. WYNNE:  Your Honor, may I ask for the record that

13  this somehow be identified or marked for identification for

14  purposes of the record later on?  Not offered in evidence.

15  Just marked so that, you know, we know what we're talking about

16  when somebody is reading this.

17         THE COURT:  What is your response to that request?

18         MR. NKWONTA:  My response is that I did not introduce

19  it into evidence.  It's a refreshing the witness's

20  recollection.  And the Federal Rules make clear that it doesn't

21  need to or should not be marked and should not be read into the

22  record.

23         MR. WYNNE:  Understood perfectly.

24  BY MR. NKWONTA:

25  **Q.**   Ms. Engelbrecht, I want to turn to the whistleblower fund

1   again and the announcements that you made with respect to the

2   whistleblower fund in Georgia.

3        Do you recall that?

4   **A.**   I recall a discussion, yes.

5   **Q.**   And do you recall publishing in a blog post or in a press

6   release that the whistleblower fund or the fraud hotline had

7   received thousands of calls from voters, including voters in

8   Georgia?

9   **A.**   I don't recall specifically.

10  **Q.**   Would you turn to Plaintiffs' Exhibit 37, please.

11       Plaintiffs' Exhibit 37 is a press release or a blog post

12  dated December 15th, 2020, entitled True the Vote launches

13  Georgia election integrity hotline as part of the most

14  comprehensive ballot security effort in Georgia history.

15       Do you see that?

16  **A.**   Yes.

17            MR. NKWONTA:  Your Honor, plaintiffs move to admit

18  Exhibit 37 into evidence.

19            THE COURT:  Any objection?

20            MR. WYNNE:  No objection.

21            THE COURT:  37 is admitted without objections.

22  BY MR. NKWONTA:

23  **Q.**   And this voter integrity hotline was first launched

24  nationwide in November of 2020; correct?

25  **A.**   That's incorrect.

1  **Q.**   When was the --

2         THE COURT:  I apologize.  I have on my notes -- let

3  me correct it -- that 37 was admitted previously already.

4         MR. NKWONTA:  Apologies.  That must have been an

5  oversight on my part.

6         THE COURT:  No problem.  I just wanted to make sure

7  I'd marked it right.

8  BY MR. NKWONTA:

9  **Q.**   Ms. Engelbrecht, I'll strike the last question.

10      Can you turn to Plaintiffs' Exhibit 26?

11      Exhibit 26 is a November 10th, 2020, blog post or press

12 release titled True the Vote laser focused on Georgia ballot

13 count.  Calls on army of volunteers to assist the effort.

14      Do you see that?

15 **A.**   Yes.

16 **Q.**   And this is a True the Vote blog post or press release;

17 correct?

18 **A.**   Blog post, yes.

19         MR. NKWONTA:  Your Honor, plaintiffs move to admit

20 Exhibit 26.

21         THE COURT:  Any objections?

22         MR. WYNNE:  No objection.

23         THE COURT:  Admitted without objection.

24 BY MR. NKWONTA:

25 **Q.**   I want to turn to the second page of Exhibit 26 and take a

1   look at the fourth paragraph down.  And the last sentence talks

2   about the election integrity hotline.

3        It says, True the Vote has received thousands of reports

4   to our election integrity hotline from citizens in Georgia or

5   around the country.

6        Is that correct?

7   **A.**   That's correct.

8   **Q.**   And then in Exhibit 37, as you'll recall, the

9   True the Vote announced election integrity effort or election

10  integrity hotline as part or in connection with a Georgia

11  runoff; correct?

12  **A.**   The election integrity hotline just continued to exist.

13  **Q.**   Just continued from the 2020 general election through the

14  runoff; correct?

15  **A.**   Yes.  Through earlier in the year.

16  **Q.**   And as the blog post mentioned, True the Vote claimed that

17  it received thousands of reports from individuals in Georgia

18  and around the country; correct?

19  **A.**   Correct.

20  **Q.**   And yet none of the reports in Georgia resulted in the

21  need for True the Vote to report anything to the authorities;

22  correct?

23  **A.**   I would disagree with that.

24  **Q.**   So is it your testimony that the reports in Georgia

25  resulted in the need for True the Vote to report to the

1    authorities?

2    **A.**    We did report to the authorities on several occasions.

3    **Q.**    And you reported to the authorities with respect to claims

4    made in Georgia?

5    **A.**    Yes.

6    **Q.**    We'll return to that press release.

7         I want to just ask a couple of questions about your

8    background, Ms. Engelbrecht.

9         Are you currently living in Texas?

10   **A.**    Yes.

11   **Q.**    You are a Texas resident; correct?

12   **A.**    Yes.

13   **Q.**    Were you born in Texas?

14   **A.**    Yes.

15   **Q.**    And have you lived anywhere else?

16   **A.**    No.

17   **Q.**    You've never lived in Georgia?

18   **A.**    No.

19   **Q.**    And you have no ties to Georgia?

20   **A.**    Other than the work that we do, no.

21   **Q.**    Other than challenging voters, you have no ties to

22   Georgia?

23   **A.**    Other than upholding election integrity.

24   **Q.**    Do you have a background or educational background in data

25   analysis?

1  **A.**   I have a degree in marketing with statistical background.

2  **Q.**   So you have a degree in what?

3  **A.**   A degree in marketing with statistical background.

4  **Q.**   What is -- what is -- what was your major exactly?

5  **A.**   Marketing.

6  **Q.**   Marketing.  And do you have any other majors?

7  **A.**   No.

8  **Q.**   And do you have any advanced degrees?

9  **A.**   No.

10 **Q.**   True the Vote currently has plans in place to facilitate

11 or provide information to individuals to assert or submit

12 challenges in upcoming elections; correct?

13 **A.**   True the Vote has a web app called IV3 that shows citizens

14 their local voter rolls.  And then they can decide to do what

15 they choose.

16 **Q.**   And so that's the IV3 platform; correct?

17 **A.**   (Witness nods head affirmatively.)

18 **Q.**   And the purpose of that platform is to allow individuals

19 to download information and submit challenges themselves;

20 correct?

21 **A.**   I'm not -- I'm not sure on the download function of that,

22 no.

23 **Q.**   Well, put aside the download.  Somehow someway they have

24 to get the information, whether they download it or whether

25 they memorize it.

1    But they get the information from the IV3 platform that

2  True the Vote is creating in order to be able to facilitate

3  those individuals submitting challenges on their own; correct?

4  **A.**    They can review it on the screen, and it's publicly

5  available data.

6  **Q.**    Right.

7    My question was that the point of this was to allow the

8  voters to submit challenges on their own; correct?

9  **A.**    Correct.  In the approximately 45 states that allow for

10  these kinds of record updates to be submitted by citizens, yes.

11  **Q.**    True the Vote plans to launch or if it has already

12  launched plans to have this program go live for the 2024

13  elections; correct?

14  **A.**    The website is up.  It's currently closed, but it's up

15  right now.  I mean, the site is up.  But you can't log in.

16  **Q.**    Does True the Vote intend to launch this program for the

17  2024 elections?

18  **A.**    I'm not sure.

19  **Q.**    As the president and founder of True the Vote, you are not

20  sure whether you intend to launch or implement this program for

21  the 2024 elections?

22  **A.**    That's correct.

23  **Q.**    And is there any reason why you are uncertain as to

24  whether you will launch this program for the 2024 elections?

25  **A.**    Well, every state is very different.  And it just -- it's

1   a big project.  Whether or not we want to do it, I'm not sure.

2   And hopefully -- I mean, another thing that's happened is after

3   the 2020 election, states have begun doing a marginally better

4   job cleaning up their rolls.  And that was the intent to begin

5   with, so...

6   **Q.**   Is your decision as to whether to launch this IV3 program

7   to facilitate voter challenges in Georgia -- is that decision

8   dependent on the outcome of this litigation?

9   **A.**   I don't know.  I don't -- I don't know.

10  **Q.**   Is True the Vote waiting for the Court to rule in this

11  litigation before deciding whether to launch this IV3 program

12  for the 2024 elections?

13  **A.**   Not necessarily.  We've just -- we've got many, many other

14  things happening.

15  **Q.**   Is that one of the factors?  You said not necessarily.

16  Does that qualify --

17  **A.**   Well --

18  **Q.**   Is that one of the factors or can you -- or can you

19  elaborate?

20  **A.**   Well, I can't really elaborate.

21  **Q.**   I want to turn back to one of the questions I asked

22  earlier, which is I asked none of the reports in Georgia that

23  resulted from the election integrity hotline resulted in a need

24  for True the Vote to report anything to the authorities;

25  correct?

1   **A.**   You did ask me that question, yes.

2   **Q.**   And you disagreed with that; correct?

3   **A.**   Correct.

4   **Q.**   So I'd like to return to your January 2022 deposition,

5   specifically to Page 94, Line 17 through Page 95, Line 3.

6   **A.**   I'm sorry.  Page 94?

7   **Q.**   Line 17 to Page 95, Line 3.

8        Specifically you were asked, is it accurate that none of

9   the reports to your election integrity hotline or

10   Validate the Vote hotline resulted in the need for True the

11   Vote to report anything to authorities?

12        Your answer, specific to this request for production

13   around the Georgia runoff and the exhibit that we looked at,

14   that would be the case.  Yes.

15        Was that the testimony that you gave in your deposition?

16   **A.**   That was the testimony that I gave.  Whatever exhibit I

17   was presented with didn't contain any data that was reported to

18   authorities or didn't seem to.

19   **Q.**   Lastly, I want to return to Plaintiffs' Exhibit 42, which

20   I believe is already in evidence.

21        And this is the December 18th, 2020, blog post or press

22   release announcing --

23        THE COURT:  Which exhibit is that again?  I didn't

24   hear you.

25        MR. NKWONTA:  Plaintiffs' Exhibit 42.

```
1              THE COURT:  Thank you.
2   BY MR. NKWONTA:
3   Q.    That's the blog post or press release announcing the
4   preemptive challenge to 364,541 potentially ineligible voters,
5   dated December 18th, 2020.
6          Do you see that, Ms. Engelbrecht?
7   A.    Yes, sir.
8   Q.    Now, the first line on the first page of this press
9   release or blog post says, True the Vote partners with
10  Georgians in every county to preemptively challenge 364,541
11  potentially ineligible voters; correct?
12  A.    Correct.
13  Q.    When True the Vote issued this press release, it had not
14  partnered with voters or Georgians in every county; correct?
15  A.    No.  But, I mean, I could interpret that as saying that
16  True the Vote will partner with or is -- can partner with or
17  broadly.
18         But no, we did not have volunteers in all counties.
19  Q.    And True the Vote had not preemptively challenged 364,541
20  voters; correct?
21  A.    No.  That's what we were partnering with Georgians to do.
22  Q.    Right.  The line says, True the Vote partners with
23  Georgians, as if True the Vote had already partnered with
24  Georgians.  But that --
25  A.    That's your reading of it.  I respectfully disagree.
```

1   **Q.**   But that was not the case; correct?

2   **A.**   No, we did not have volunteers in all counties.

3   **Q.**   So was that -- was that like a white lie or a lie-lie?

4           THE COURT:  I've told y'all about that white lie.

5           MR. WYNNE:  I'm going to object as argumentative.

6           He should know better.  Come on.

7           THE COURT:  Let's just stick to is that true or not

8   true.

9   BY MR. NKWONTA:

10  **Q.**   Is that true or not true -- that statement?

11  **A.**   I'm sorry.  Is what true or not true?

12  **Q.**   That True the Vote partnered with Georgians in every

13  county to preemptively challenge 364,541 ineligible or

14  potentially ineligible voters.

15  **A.**   We did not have volunteers in all counties, no.

16          MR. NKWONTA:  Thank you, Your Honor.  I pass the

17  witness.

18          THE COURT:  Before you pass the witness, I want to

19  make sure I understand a couple -- on Representative Boling, I

20  want to make sure:  Did you-all solicit Representative Boling

21  to make challenges for you-all or did he, Representative

22  Boling, contact you-all?

23          When I say you-all, I mean True the Vote.

24          THE WITNESS:  I really don't -- I don't recall.

25          THE COURT:  Again, on your cross-examination, what --

 1    explain to me again the relationship between True the Vote and

 2    you and Representative Boling.

 3            THE WITNESS:  He would have either come to us or to

 4    True the Vote and volunteered.  Or maybe he was recommended.

 5    It was -- it was just a lot going on.

 6            THE COURT:  Let's take a hypothetical.

 7            THE WITNESS:  Yes, sir.

 8            THE COURT:  If Representative Boling came to True the

 9    Vote and said I want to challenge voters in Banks County, what

10    would you-all have done?  What was -- what was the procedure if

11    somebody came --

12            THE WITNESS:  The process, yes, sir.

13            THE COURT:  What's the process, yes.

14            THE WITNESS:  So I want to make sure I'm getting

15    at --

16            THE COURT:  Take your time.

17            THE WITNESS:  -- not leaving any steps out from

18    recollection.  We were very -- attempted to be very thorough

19    about the explanation of what -- what volunteering meant.  We

20    tried to be very clear about what Section 230 was.

21            We had -- we used a process where -- and this is a

22    little bit fuzzy.  But we had a -- counsel approved sort of a

23    disclaimer of what the intent of the challenge was, what it was

24    and what it wasn't.

25            THE COURT:  Stop right there.

```
1               THE WITNESS:  Sure.

2               THE COURT:  What did the disclaimer say?

3               THE WITNESS:  That I don't -- I don't recall.  But

4   it's important because there was --

5               THE COURT:  Yeah, it is.

6               THE WITNESS:  Yeah.  There was so much confusion

7   immediately introduced into this situation about whether or not

8   this was about removing the electors from the rolls.  And, of

9   course, that's not what a Section 230 does.

10              So there were distinctions like that that we wanted

11  to be very levelheaded about what was -- what the process was.

12  And we went to the added step of getting a signature to make

13  sure.  And then, of course, we had to get their validating

14  information.

15              And then we composed the letter.  We used a standard

16  email, gaelectorchallenge@truethevote.org.  And then that's

17  where the emails went from.

18              Now, volunteers did their own thing too.

19              THE COURT:  The names that I noticed -- I can't

20  remember what exhibit it was, but when Ms. Jocelyn Heredia --

21  am I pronouncing her name correctly?

22              MR. NKWONTA:  Heredia.

23              THE COURT:  Heredia.

24              -- testified there were a whole lot of names

25  Representative Boling was challenging.
```

1    Did he come up with all of those names, or did

2    you-all give him the names?

3    THE WITNESS:  We would have given him whatever was on

4    our --

5    THE COURT:  The list.

6    THE WITNESS:  -- our Banks County list.  But whether

7    or not those were the names, I mean -- if I may, I mean, for

8    example --

9    THE COURT:  That's what I'm asking.

10   THE WITNESS:  For example, we didn't do anything in

11   Muscogee County at all.  So, you know, there's a lot of

12   confusion about who turned what in and what really happened.

13   THE COURT:  That's why I'm asking these questions.

14   THE WITNESS:  Sure.

15   THE COURT:  It can't be confusing to me.  Because

16   when all of this is over and I'm sitting back there, I need to

17   make sure I understand what happened.

18   THE WITNESS:  I don't want you to be confused.

19   THE COURT:  There you go.  All right.  So it's my

20   understanding that you-all gave Representative Boling these

21   names.

22   But when you gave him these names, did you say,

23   proceed with caution?  Did you say, go get 'em?  Or what was

24   the --

25   THE WITNESS:  Oh, I think I understand.  So what

```
 1   we -- what we did -- and again, this is not -- this was -- this
 2   is what we did.
 3            We submitted on behalf of the volunteer directly to
 4   the county so that there would be no confusion in what was said
 5   or how it was said.
 6            And, frankly, that's why some of the things that have
 7   been introduced across a variety of fronts are just not
 8   consistent with what I know that we at least attempted to do.
 9   Because we were -- tried to be very thoughtful, get everything
10   confirmed through counsel first.  So I don't -- that's --
11            THE COURT:  Let me ask you this question.  Here's the
12   somewhat picture I have.  And I want you to -- this is the
13   puzzle I have.  You can take these pieces out and say, Judge,
14   that's not right or say that's right.
15            Representative Boling contacted True the Vote and
16   says, I want to challenge -- I think what Banks County is doing
17   is incorrect and I want to challenge people.
18            You-all give him the names.  And then Representative
19   Boling then goes to the Banks County Board of Elections and
20   says I'm challenging all these people.
21            Is that the way it happened?
22            THE WITNESS:  If I may just reframe it just a little
23   bit.
24            THE COURT:  Yeah.  Correct it.
25            THE WITNESS:  So -- so I think it's really important
```

```
 1    to say -- even though I know it's been characterized a little
 2    differently, you know, now.  It was about inaccurate voter
 3    rolls.  The rolls hadn't been cleaned --
 4              THE COURT:  I understand.
 5              THE WITNESS:  -- in 19 months.  And the idea of using
 6    the same tools that the state uses to identify potentially --
 7    and we say that in these blog posts, potentially ineligible
 8    records, and present that to the county, it was -- it was -- it
 9    was reasonable.  And that's what came out of the -- you know,
10    the Muscogee -- I'm sorry.
11              THE COURT:  Did Representative Boling have the right
12    to say -- even though you-all gave him the names, did he have
13    the right or authority to say, I'm not going to challenge this
14    person?
15              In other words, let's say hypothetically you gave him
16    100 names.  Did he have the right to say, I'm only going to
17    challenge 25 out of these 100?  Or was the understanding if we
18    give you 100 names you're going to challenge these 100 names?
19              THE WITNESS:  Oh, no.  They absolutely could have
20    done whatever was -- you know, as we saw with Mr. Martin.  You
21    know, if they decided to do something different or -- all we --
22    all we thought or what the goal was, was to create a level
23    playing field to say across all counties, across all standards,
24    across all statuses of voters, active and inactive -- which is
25    one of the reasons the number was so big, because the inactive
```

1    list is pretty substantial.  And so -- but it was the same --

2    same standard across everything.

3              And then from that, we felt like it was -- it was a

4    clarifying approach for counties to know exactly what the basis

5    upon which things were.

6              THE COURT:  Could it be said or could it not be said

7    that Representative Boling was an agent of True the Vote?

8              THE WITNESS:  I wouldn't think so, because we -- the

9    whole -- the whole Section 230 challenge is dependent upon a

10   Georgia citizen's willing engagement.

11             And it was so much, if I may, just there were so many

12   people that were just concerned about what can we do, what can

13   we do.  And a Section 230 challenge is something that a citizen

14   can do.

15             And that's -- that's what True the Vote has always

16   been about is helping citizens.  And it -- it just -- it was a

17   project of the sort that we would normally be involved with.

18             THE COURT:  Okay.  There was another name on that

19   list, and I may be mispronouncing it, Gasaway.

20             Madison, is that right?

21             LAW CLERK:  Yes.

22             THE COURT:  Gasaway.

23             THE WITNESS:  Uh-huh (affirmative).

24             THE COURT:  Do you know this person?

25             THE WITNESS:  No, sir.

1   MR. WYNNE:  Your Honor, I may have to caution.

2   Mr. Gasaway is in the courtroom right now.

3   THE COURT:  Where is he at?

4   MR. WYNNE:  He's right here.  So just to the extent

5   anybody calls him --

6   THE COURT:  Sir, do you mind just stepping out just

7   briefly?  Because you may end up being called as a witness.

8   We'll bring you right back in, in five minutes.

9   THE WITNESS:  I do want to clarify.  I did shake his

10  hand or I acknowledged him yesterday.  But I don't know him.

11  THE COURT:  You don't know him?  Haven't ever dealt

12  with him?

13  THE WITNESS:  No, sir.

14  THE COURT:  Maddie -- Madison, is that it?

15  Do you know Alton Russell?

16  THE WITNESS:  No, sir.

17  THE COURT:  All right.  Somebody do me a favor and

18  ask Mr. Gasaway -- he can come back in.

19  Any questions you have, follow up based on any of the

20  questions I had?

21  MR. NKWONTA:  Just a couple of quick questions.

22  THE COURT:  Thank you.

23  THE WITNESS:  Thank you, sir.

24  BY MR. NKWONTA:

25  Q.   Ms. Engelbrecht, the challenges for the most part were

1  submitted through an email address created by True the Vote;

2  correct?

3  **A.**   That's correct.

4         THE COURT:  Thank you, Mr. Gasaway.

5  BY MR. NKWONTA:

6  **Q.**   So a challenger, an individual volunteer who agreed to be

7  a challenger, would provide True the Vote with their signature

8  or image of their signature; correct?

9  **A.**   That was one of the steps, yes, sir.

10 **Q.**   And then True the Vote through its own email address,

11 gaelectorchallenge.com, would email the challenge and the

12 challenge list directly from True the Vote to the county;

13 correct?

14 **A.**   That was one of the approaches, yes.

15 **Q.**   So in many cases, the challenge list and the challenge

16 itself would bypass the actual volunteer and just go straight

17 from True the Vote servers to the county; correct?

18 **A.**   I can't say that there's many cases that that --

19        THE COURT:  But did that happen with Representative

20 Boling?  Did it just go straight to the county and bypass

21 him -- the list?

22        THE WITNESS:  I couldn't -- I don't know.  It's

23 possible.  But I don't know.

24 BY MR. NKWONTA:

25 **Q.**   And, in fact, as we discussed earlier, Representative

1  Boling's challenge was submitted through that

2  gaelectorchallenge.com; correct?  Correct?

3  **A.**    Well --

4  **Q.**    So Representative Boling's challenge was submitted

5  directly from True the Vote to Banks County; correct?

6  **A.**    Well, all I can attest to is the letter -- in that letter

7  that asked for a hearing came from the Georgia challenge.

8        But I don't know about the actual -- just to be clear, I

9  don't know about the actual --

10        THE COURT:  Well, if it goes directly from the

11  organization to the Board of Elections, then the volunteer

12  really doesn't have any authority to say, no, I'm not going to

13  challenge these people, or, I'm going to challenge these

14  individuals?

15        THE WITNESS:  The -- the arrangement of using that --

16  that Georgia email was to try to create a -- a one-way road,

17  like this -- everything is right.  The volunteers have agreed.

18  Everything is good.

19        And then we knew what was in the email.  We knew what

20  was attached.  And the thought was that would just -- but

21  nobody was excluded from -- you know, from anything or

22  certainly hadn't -- I mean, there were many steps to even get

23  to that point before something -- that's why we ultimately, you

24  know, submitted in so few counties.

25        THE COURT:  Anything else?

| | |
|---|---|
| 1 | MR. NKWONTA:  Just one minute, Your Honor. |
| 2 | **(There was a brief pause in the proceedings.)** |
| 3 | MR. NKWONTA:  One of her responses implicated just |
| 4 | one document that I'd like to show the witness -- |
| 5 | THE COURT:  Okay. |
| 6 | MR. NKWONTA:  -- that I was not anticipating. |
| 7 | THE COURT:  Of course, if at any point in time |
| 8 | you-all want to question someone, let me know. |
| 9 | MS. YUN:  Your Honor, we do actually intend to ask |
| 10 | questions after Mr. Nkwonta. |
| 11 | THE COURT:  Mr. Wynne, let's do this. |
| 12 | When counsel finishes, let's them ask their questions |
| 13 | and then you can start off fresh in the morning with this on |
| 14 | your direct -- with Ms. Engelbrecht on your direct. |
| 15 | MR. WYNNE:  Yeah.  That would -- that would be fine. |
| 16 | THE COURT:  Okay.  All right. |
| 17 | Counsel, finish.  She's your witness. |
| 18 | BY MR. NKWONTA: |
| 19 | **Q.**  Ms. Engelbrecht, do you agree that Jerry Boling's |
| 20 | challenge submitted to Banks County was submitted from True the |
| 21 | Vote's email account directly to Banks County? |
| 22 | **A.**  I -- I can't attest to that. |
| 23 | **Q.**  Would it refresh your recollection if I showed you the |
| 24 | challenge letter again? |
| 25 | **A.**  Yes. |

1       THE COURT:  Well, let me say this, the Court may want

2  that put into evidence, depending on how she answers it.

3       MR. WYNNE:  Thank you.

4  BY MR. NKWONTA:

5  Q.   And specifically the email address in the from line.

6  A.   Correct.

7  Q.   Does that refresh your recollection?

8  A.   This is the -- this is what you handed me previously?

9  Q.   Yes.

10 A.   Yes.  But this is not about submitting the challenges.

11 This is following up on challenges that he had submitted.

12 Q.   Well, the follow -- the from line -- would you agree that

13 the communication was sent by True the Vote's email account --

14 was sent from True the Vote's email account?

15 A.   Yes.

16 Q.   And would you agree that True the Vote generally did not

17 provide the challenge list to its challengers unless they

18 requested it?

19 A.   I -- I mean, the challenge lists were available.  I'm not

20 sure how to answer that.

21 Q.   My question is:  Would you agree that True the Vote did

22 not provide their challengers with copies of the challenge list

23 before submitting them directly from that

24 gaelectorchallenge.com account?

25 A.   No, I would not agree with that.

1   Q.   So is it your testimony that True the Vote, as a practice,

2   provided the challenge list to each challenger before

3   submitting the challenge list to the counties?

4   A.   It was on a volunteer-by-volunteer basis.

5         THE COURT:  To the best of your memory -- I know you

6   have indicated that you can't remember.  As far as

7   Representative Boling was concerned, is there -- do you think

8   it's possible -- and then if you don't know, you don't know --

9   that the list was sent directly from True the Vote to Banks

10   County Board of Elections?

11         THE WITNESS:  I don't know.

12         But if I may even expound a bit, I mean, this -- this

13   indicates, you know, I submitted 400 -- I mean, it -- if there

14   is something else, but this is not -- this is not that.

15   BY MR. NKWONTA:

16   Q.   I'd like to return to your deposition of January 2022 once

17   again, Ms. Engelbrecht.

18   A.   Okay.

19   Q.   And specifically to Page 257, Line 15 to Line 22.  And in

20   that deposition you were asked, has True the Vote issued the

21   list of challenge voters to the challengers, for instance, who

22   requested them?

23         And you say, yes.  If an elector asked for the list, given

24   that they have already signed off on our, you know, agreement

25   and terms that this is --

1    THE COURT:  Slow down a little bit so I can keep up

2  with you.

3  BY MR. NKWONTA:

4  **Q.**   Yes.  If -- yes.  If an elector asked for the list, given

5  that they had already signed off on our, you know, agreement

6  and terms that this is to be used for review purposes and so

7  forth.

8    And that was the answer that you gave in that deposition;

9  correct?

10  **A.**   Well, yes.  Except that I may start the answer with yes

11  and I end it with yes.  So I just don't want that to get lost.

12  **Q.**   But there is a caveat there, if the challenger asked for

13  the list; correct?

14  **A.**   Well, I don't know that I would call it a caveat, sir.

15  I'd just call it a -- I tried to have an explanation that

16  means --

17  **Q.**   So is it your testimony today that you were providing the

18  challenge list to challengers that did not specifically request

19  the challenge list?

20  **A.**   It's -- it's possible.  I just -- I don't have a way to

21  answer that.

22  **Q.**   But you can't say, as you sit here today, whether

23  True the Vote provided the challenge list to challengers that

24  did not request them specifically?

25  **A.**   If someone wouldn't have asked for it, I doubt we would

1   have sent it.  However, there was no -- I mean, I'm trying to

2   understand how that would actually work, just to send it

3   without request.  I wouldn't -- I don't --

4   **Q.**   So you don't believe True the Vote provided the challenge

5   list to the challengers as a matter of course unless they asked

6   for them; correct?

7   **A.**   I really couldn't tell you.

8          MR. NKWONTA:  Thank you, Your Honor.  Pass the

9   witness.

10         THE COURT:  Thank you, sir.

11         Your witness.

12                          EXAMINATION

13  BY MS. YUN:

14  **Q.**   Good afternoon, Ms. Engelbrecht.

15  **A.**   Hi.

16  **Q.**   My name is Jennifer Yun.  And I represent the United

17  States.  I just wanted to ask you just a few more questions.

18  It's almost 5:00.

19         You've been a long-time advocate for election integrity;

20  is that right?

21  **A.**   Correct.

22  **Q.**   And you founded True the Vote for that purpose?

23  **A.**   Correct.

24  **Q.**   And what kind of activities have you and True the Vote

25  engaged in to advocate for election integrity?

1  **A.**    We've done extensive training.  True the Vote started

2  because there just weren't enough volunteers to work at the

3  polls.  So lots of volunteer training.

4      We have done just a variety of different kinds of

5  outreach, education on voter registration, education on just

6  the nuts and bolts of election integrity, how process works.

7  The biggest issue that True the Vote is ever involved in is

8  process.

9  **Q.**    And you have advocated for cleaning the voter rolls?

10  **A.**    Absolutely, yes.

11  **Q.**    And True the Vote has met with election officials to voice

12  its concerns about voter list maintenance; is that right?

13  **A.**    Correct.

14  **Q.**    And True the Vote and yourself have also made media

15  appearances?

16  **A.**    I'm sorry?

17  **Q.**    Media appearances.

18  **A.**    Yes.  That's correct.

19  **Q.**    And you host a podcast?

20  **A.**    I do.

21  **Q.**    And you have appeared as a guest on podcasts?

22  **A.**    Yes.  That's correct.

23  **Q.**    And all of those activities are to further the goal of

24  promoting election integrity; is that right?

25  **A.**    I couldn't say that every time I've been on media has been

1  related to True the Vote.  But...

2  **Q.**   But those activities often relate to furthering the goal

3  of promoting election integrity?

4  **A.**   I mean, often I talk about True the Vote, yes.

5  **Q.**   And to let the American public know about election

6  integrity and processes involved in promoting election

7  integrity?

8  **A.**   Yes.

9  **Q.**   And you also promote awareness regarding voter list

10  maintenance among our elected officials?

11  **A.**   I'm sorry.  Can you repeat?

12  **Q.**   Do you also have the goal of promoting awareness regarding

13  voter list maintenance among our elected officials?

14  **A.**   Yes.  I mean, we don't, as a -- as a normal course,

15  directly engage with them.  But broadly, yeah.  I mean, we

16  absolutely agree that voter rolls should be updated.

17  **Q.**   And you have met with Georgia's elected officials to

18  promote voter list maintenance activities; is that right?

19  **A.**   Yes.

20  **Q.**   And True the Vote has also brought lawsuits against states

21  and counties previously; is that right?

22  **A.**   That's correct.

23  **Q.**   And some of them were for violating -- allegations of

24  violating the NVRA; is that right?

25  **A.**   That's -- yes.  That's correct.

```
 1    Q.   And some of them were specifically about failing to

 2    conduct list maintenance; is that right?

 3    A.   Correct.

 4              MS. YUN:  No further questions, Your Honor.

 5              THE COURT:  Thank you.  Any further questions for

 6    this witness?

 7              MR. NKWONTA:  Nothing further at this time, Your

 8    Honor.

 9              THE COURT:  It is 4:10, Mr. Wynne.  I will give you

10    the option.  You can start your direct today, or you can wait

11    until 9:00 in the morning.

12              MR. NKWONTA:  Can I also offer a third option?

13              THE COURT:  Okay.

14              MR. NKWONTA:  The third option is we have some

15    deposition designations, including one designation that we'd

16    like to play by video for an unavailable witness that will take

17    us to close to 5:00 or shortly before 5:00.  I think this might

18    be a good time to -- to -- unless Mr. Wynne --

19              THE COURT:  I'm open to that.

20              Mr. Wynne?

21              MR. WYNNE:  I guess we're just sort of suspending

22    this witness?

23              THE COURT:  Yeah.  I think counsel and I are trying

24    to give you the courtesy of not having to break your direct up.

25              I have a gut feeling your direct is going to take
```

1    more than 50 minutes.

2            MR. WYNNE:  Odds are.

3            THE COURT:  Yeah.  So I think counsel is giving you

4    the courtesy of saying let's do this and you can start at

5    9:00 in the morning and --

6            MR. WYNNE:  I'll take that courtesy.

7            THE COURT:  Give me one minute.  You can probably

8    step down in 30 seconds.  I know you probably want to get out

9    of here.

10           Mr. Wynne, I was reminded, you were going to let me

11   know whether or not -- you had indicated you wanted to do your

12   direct now and then call Ms. Engelbrecht back again.

13           And I told you I had some reluctance on that, because

14   I wanted to give you all the time you need tomorrow to do your

15   direct without having to call Ms. Engelbrecht back again.

16           But you said, Judge, I want to think about it and

17   tell you what my opinion is on that.

18           So it is your time.

19           MR. WYNNE:  I am deciding to wait and call

20   Ms. Engelbrecht for all purposes in my case-in-chief.

21           THE COURT:  Okay.  So you will not start off with

22   Mr. Engelbrecht tomorrow at 9:00 then?

23           MR. WYNNE:  That's right.  That's right.  I'll --

24   I'll reserve -- I'll call her in my case in chief.  I think it

25   would be more efficient.

```
 1                THE COURT:  Thank you, sir.

 2                You are free to step down.

 3                THE WITNESS:  What should I do with this?

 4                THE COURT:  You can leave that right there.  Okay.

 5                MR. NKWONTA:  Your Honor, the testimony we'd like to

 6      play is from Mr. Joseph Martin.  We have provided the

 7      designations to opposing counsel.  I am happy to read them into

 8      the record.

 9                Or if the Court wants to save time, we're also happy

10      to just file it on the docket and not read it.

11                THE COURT:  I'm flexible either way.  If you-all want

12      to read it today, I'll listen today.  If you-all want me to

13      read it later, you tell me.

14                MR. NKWONTA:  What if, instead of me standing up here

15      reading the line numbers and page numbers for the next ten

16      minutes, we file the list of line numbers and page numbers and

17      then play the deposition testimony?

18                THE COURT:  I'm fine with that.

19                MR. NKWONTA:  Opposing counsel has the designations.

20                MR. WYNNE:  Submitting it is fine.  We didn't object.

21      But we did suggest a few places for optional completeness.

22      Maybe four or five of those.  And so I think it would be

23      efficient to include --

24                THE COURT:  Have you-all got that?

25                MR. WYNNE:  They are in there?  Okay.  Well, then
```

```
 1    that's fine.
 2              THE COURT:  Then you can play it.
 3              MR. NKWONTA:  Thank you, Your Honor.
 4                   (The videotaped deposition of CLAIR JOSEPH
 5                   MARTIN was played for the jury.)
 6              THE COURT:  Let me say, first of all, we can learn a
 7    lot from Mr. Martin.
 8              I need a copy of that deposition.
 9              Was it filed?
10              MR. NKWONTA:  We will file it, Your Honor, along with
11    a list of the excerpts.
12              THE COURT:  Okay.
13              MR. NKWONTA:  And we will also seek to -- when we're
14    ready to close, likely tomorrow morning, we'll also seek to
15    admit into evidence some of the exhibits discussed in that
16    deposition.
17              THE COURT:  Okay.  All right.  Also make sure that
18    when they file it that I get that deposition.  The deposition
19    they file, make sure that I get that.
20              LAW CLERK:  Okay.
21              THE COURT:  Okay.  Anything else, Mr. Wynne?
22              MR. WYNNE:  Yeah.  Just a question.  Do they just
23    intend to file a deposition in the record like a regular
24    document?
25              THE COURT:  That's my understanding.  It can be the
```

1    Court's.  I want it in the record.

2              MR. NKWONTA:  Yes.  We intend to do that.  That is

3    permitted.  In fact, it's actually required when you're filing

4    a motion for summary judgment in the Northern District.  So

5    it's pretty normal.

6              THE COURT:  Parties all the time file the deposition

7    on the docket.  A lot of times.

8              MR. WYNNE:  Okay.

9              THE COURT:  It's not unusual to file it in the

10   record, especially --

11             MR. WYNNE:  I would have no objection if we just file

12   it as an exhibit in the trial.

13             THE COURT:  I don't -- what do you want to do?  I

14   don't care either way, as long as I get it.

15             MR. NKWONTA:  We'll do both.  We'll file it on the

16   record, and then we'll submit it as Exhibit 93, or wherever we

17   left off.

18             THE COURT:  93.

19             MR. WYNNE:  Okay.  Thanks.

20             THE COURT:  I'll say right now then the deposition of

21   Joseph Martin is admitted without objection, Exhibit 93.

22             MR. NKWONTA:  Thank you.

23             THE COURT:  Anything else?

24             MR. NKWONTA:  Not from plaintiffs, Your Honor.

25             THE COURT:  Anything else?

1      Thank y'all.  See you in the morning at 9:00.

2           **(The proceedings were thereby adjourned at 5:04**

3           **PM.)**

```
 1                    C E R T I F I C A T E

 2

 3   UNITED STATES OF AMERICA

 4   NORTHERN DISTRICT OF GEORGIA

 5

 6        I, SHANNON R. WELCH, RMR, CRR, Official Court Reporter of

 7   the United States District Court, for the Northern District of

 8   Georgia, Gainesville Division, do hereby certify that the

 9   foregoing 107 pages constitute a true transcript of proceedings

10   had before the said Court, held in the City of Gainesville,

11   Georgia, in the matter therein stated.

12        In testimony whereof, I hereunto set my hand on this, the

13   1st day of November, 2023.

14

15

16        _____
                            SHANNON R. WELCH, RMR, CRR
17                          OFFICIAL COURT REPORTER
                            UNITED STATES DISTRICT COURT
18

19

20

21

22

23

24

25
```

**BY MR. NKWONTA: [48]** 960/11
961/11 961/23 964/7 965/11 965/15
971/18 978/5 981/19 982/18 985/10
986/7 988/10 994/7 996/21 997/3
998/24 1000/25 1003/22 1004/13
1006/9 1008/7 1010/21 1012/7 1014/17
1015/12 1016/17 1017/20 1019/16
1019/22 1021/8 1023/22 1026/3
1027/25 1029/4 1030/24 1031/22
1032/8 1032/24 1039/2 1040/9 1047/24
1048/5 1048/24 1050/18 1051/4
1052/15 1053/3
**BY MS. YUN: [1]** 1054/13
**COURTROOM SECURITY OFFICER:**
**[1]** 1024/23
**LAW CLERK: [2]** 1046/21 1060/20
**MR. NKWONTA: [81]** 961/17 964/6
971/13 975/8 975/16 975/20 976/1
976/9 977/16 977/21 979/3 979/13
979/17 981/17 985/6 985/13 986/5
988/7 994/1 994/3 994/5 994/25 995/20
998/23 1004/9 1005/2 1005/5 1005/23
1006/2 1006/12 1006/24 1008/6
1009/23 1010/9 1010/15 1012/6 1013/5
1013/18 1014/6 1015/5 1016/22
1016/25 1017/9 1017/14 1017/16
1019/14 1024/19 1025/8 1025/17
1026/2 1027/5 1027/12 1028/7 1028/17
1029/2 1030/9 1030/18 1031/17 1032/4
1032/19 1038/25 1040/16 1042/22
1047/21 1050/1 1050/3 1050/6 1054/8
1057/7 1057/12 1057/14 1059/5
1059/14 1059/19 1060/3 1060/10
1060/13 1061/2 1061/15 1061/22
1061/24
**MR. WYNNE: [72]** 961/7 961/15 964/1
965/4 965/8 971/16 975/15 975/24
976/3 976/23 977/23 978/4 979/23
981/6 981/13 982/11 982/16 985/15
986/6 993/25 995/5 995/8 995/12
996/18 996/23 997/1 1000/12 1003/14
1004/23 1005/9 1005/16 1005/22
1006/3 1006/18 1007/10 1007/17
1007/22 1009/25 1012/1 1012/24
1013/11 1014/10 1016/9 1016/19
1019/13 1025/14 1025/22 1027/3
1027/8 1027/14 1028/5 1028/21
1040/5 1047/1 1047/4 1050/15 1051/3
1057/21 1058/2 1058/6 1058/19
1058/23 1059/20 1059/25 1060/22
1061/8 1061/11 1061/19
**MS. YUN: [2]** 1050/9 1057/4
**THE COURT: [177]**
**THE WITNESS: [54]** 961/21 975/12
985/8 994/2 1000/19 1003/20 1004/12
1008/18 1009/11 1009/13 1013/22
1014/1 1015/8 1019/15 1019/19
1021/17 1021/20 1021/23 1022/13
1023/3 1023/16 1023/21 1027/18
1029/3 1040/24 1041/3 1041/7 1041/12
1041/14 1041/17 1042/1 1042/3 1042/6
1043/3 1043/6 1043/10 1043/14
1043/18 1043/25 1044/22 1044/25
1045/5 1045/19 1046/8 1046/23
1046/25 1047/9 1047/13 1047/16

1047/23 1048/22 1049/15 1052/7
1059/3

**$**

**$400,000 [1]** 1018/15

**'**

**'em [1]** 1043/23

**-**

**-- or [1]** 1005/16
**-- that [1]** 1050/6
**-- your [1]** 1002/24

**0**

**0148 [2]** 1004/10 1004/11

**1**

**100 [4]** 1045/16 1045/17 1045/18
1045/18
**107 [1]** 1063/9
**10th [1]** 1032/11
**11 [1]** 991/14
**11/14 [2]** 1011/22 1012/19
**11:31 A.M [1]** 963/14
**12 [1]** 964/15
**1383 [1]** 957/24
**14 [2]** 1011/22 1012/19
**145 [5]** 993/23 993/25 994/1 994/2
997/25
**146 [1]** 997/25
**147 [1]** 993/23
**15 [3]** 960/15 1008/8 1052/19
**159 [1]** 966/17
**15th [6]** 961/19 1004/14 1004/21
1006/11 1010/24 1031/12
**16 [2]** 963/13 1019/23
**16th [2]** 963/12 1012/8
**17 [2]** 1038/5 1038/7
**17th [7]** 987/25 988/13 988/22 989/5
989/15 990/5 990/22
**18 [2]** 961/19 991/19
**182 [2]** 1019/4 1019/14
**183 [1]** 1019/23
**18th [4]** 991/5 992/3 1038/21 1039/5
**19 [4]** 978/6 978/9 985/2 1045/5
**19th [3]** 978/13 982/20 992/8
**1st [1]** 1063/13

**2**

**20 [5]** 981/20 982/19 985/2 985/5 985/6
**2018 [1]** 974/21
**2019 [2]** 973/15 974/21
**2020 [26]** 960/15 961/19 963/13 978/13
978/19 982/20 983/22 985/2 987/6
990/22 991/19 1003/12 1004/21
1006/11 1008/9 1012/8 1022/17
1026/10 1029/23 1031/12 1031/24
1032/11 1033/13 1037/3 1038/21
1039/5
**2021 [6]** 986/9 987/13 999/11 1000/1
1000/5 1001/7
**2022 [5]** 993/23 997/24 1019/3 1038/4
1052/16
**2023 [3]** 957/14 960/2 1063/13
**2024 [5]** 1036/12 1036/17 1036/21
1036/24 1037/12
**21 [1]** 997/25

**219-383 [1]** 957/24
**22 [16]** 975/6 975/9 975/10 978/3 978/7
978/8 978/12 981/21 982/20 985/1
985/5 985/6 985/14 985/25 1025/3
1052/19
**22:00 [1]** 961/19
**230 [4]** 1041/20 1042/9 1046/9 1046/13
**231 [1]** 995/2
**238 [1]** 964/15
**239 [1]** 964/16
**2394 [1]** 957/23
**25 [8]** 978/7 978/9 981/20 982/19 985/2
985/5 985/7 1045/17
**257 [1]** 1052/19
**26 [4]** 1032/10 1032/11 1032/20
1032/25
**27 [3]** 1020/21 1020/23 1023/12
**28th [1]** 1029/23
**2:20-CV-0302-SCJ [1]** 957/6

**3**

**30 [1]** 1058/8
**301 [9]** 1004/1 1004/2 1004/3 1004/3
1004/4 1004/4 1004/5 1004/9 1004/11
**30303 [1]** 957/24
**31 [1]** 1011/14
**314 [1]** 1011/14
**35 [5]** 986/12 986/14 987/4 1002/11
1002/22
**350 [1]** 966/16
**360 [2]** 985/18 1025/23
**360,000 [1]** 983/7
**364,000 [4]** 963/1 975/22 985/18
1025/12
**364,000-plus [2]** 966/16 976/15
**364,541 [4]** 1039/4 1039/10 1039/19
1040/13
**366 [2]** 985/19 1025/23
**366,000 [1]** 984/17
**37 [6]** 1031/10 1031/11 1031/18
1031/21 1032/3 1033/8
**38 [1]** 994/20
**39 [3]** 994/20 994/20 997/4
**3:00 [1]** 1024/21
**3:09 [1]** 1024/24
**3:25 [1]** 1024/22

**4**

**400 [1]** 1052/13
**404 [1]** 957/24
**42 [4]** 966/15 966/16 1038/19 1038/25
**44 [2]** 999/6 1001/13
**45 [10]** 976/13 977/23 978/3 979/21
983/1 983/2 985/14 985/25 1025/5
1036/9
**4:10 [1]** 1057/9
**4:18 [1]** 1008/9
**4:25 P.M [1]** 1012/9

**5**

**50 [1]** 1058/1
**5:00 [3]** 1054/18 1057/17 1057/17
**5:04 [1]** 1062/2
**5th [2]** 1011/21 1012/17

**6**

**60 [1]** 966/21
**65 [1]** 966/21
**6th [7]** 999/11 999/25 999/25 1000/5

**6**

**6th... [3]** 1001/7 1001/13 1001/15

**7**

**73 [2]** 960/13 960/14
**75 [1]** 957/23
**799 [2]** 1015/17 1015/19

**8**

**80 [6]** 971/8 971/9 971/10 971/13 971/17 971/20
**801 [1]** 1025/16
**86 [3]** 967/2 967/6 967/11

**9**

**90 [4]** 1/4 1003/25 1006/13 1015/17
**92 [6]** 995/3 996/20 997/4 999/6 1001/14 1003/6
**93 [3]** 1061/16 1061/18 1061/21
**94 [2]** 1038/5 1038/6
**95 [2]** 1038/5 1038/7
**9:00 [2]** 1058/22 1062/1
**9:00 in [2]** 1057/11 1058/5
**9:55 P.M [1]** 960/15

**A**

**A.M [1]** 963/14
**Abel [1]** 1021/15
**ability [2]** 969/7 973/18
**able [2]** 1022/19 1036/2
**about [78]** 960/12 964/18 970/7 972/7 972/7 972/8 973/11 974/14 975/17 976/2 976/24 978/3 979/7 979/25 981/2 986/3 986/8 986/22 988/25 989/1 989/3 990/14 990/22 992/21 992/24 993/2 1001/24 1003/10 1003/19 1003/24 1005/2 1005/5 1005/8 1005/18 1006/14 1007/1 1008/21 1011/11 1014/3 1014/3 1014/8 1014/8 1014/20 1015/8 1016/3 1016/10 1016/11 1017/2 1017/3 1017/5 1020/15 1022/3 1022/23 1030/15 1033/2 1034/7 1040/4 1041/19 1041/20 1042/7 1042/8 1042/11 1043/12 1045/2 1046/12 1046/16 1049/8 1049/9 1051/10 1055/12 1056/4 1056/5 1057/1 1058/16
**above [5]** 961/12 961/13 972/11 972/13 973/3
**absentee [1]** 972/5
**absolutely [6]** 966/13 1007/13 1013/11 1045/19 1055/10 1056/16
**absurd [1]** 1028/7
**accepted [1]** 1010/1
**accepting [4]** 1007/16 1007/19 1007/21 1008/2
**access [1]** 979/2
**accompanied [1]** 984/21
**accordance [1]** 984/17
**account [8]** 969/2 983/2 983/6 985/3 1050/21 1051/13 1051/14 1051/24
**accounted [1]** 968/25
**accounts [1]** 979/1
**accurate [2]** 967/6 1038/8
**acknowledged [1]** 1047/10
**across [7]** 968/24 973/18 1044/7 1045/23 1045/23 1045/24 1046/2
**act [1]** 1000/15

**action [3]** 960/25 962/12 1025/19
**active [1]** 1045/24
**activities [6]** 986/23 1005/11 1054/24 1055/23 1056/2 1056/18
**actual [5]** 966/18 1026/17 1048/16 1049/8 1049/9
**actually [10]** 966/22 991/10 1011/8 1022/16 1025/8 1025/11 1025/19 1050/9 1054/2 1061/3
**added [1]** 1042/12
**addition [2]** 974/2 1019/17
**additional [1]** 979/21
**address [14]** 962/4 966/24 966/24 968/7 968/10 968/20 969/11 969/25 976/10 1006/23 1026/15 1048/1 1048/10 1051/5
**addresses [1]** 962/5
**adjourned [1]** 1062/2
**admissibility [2]** 1006/14 1025/4
**admit [6]** 975/8 985/14 1006/13 1031/17 1032/19 1060/15
**admitted [8]** 971/17 986/13 1025/9 1025/9 1031/21 1032/3 1032/23 1061/21
**adopt [1]** 1010/2
**advanced [1]** 1035/8
**advantage [1]** 996/16
**adverse [4]** 981/6 981/7 981/8 981/9
**advisement [2]** 985/25 986/4
**advocate [2]** 1054/19 1054/25
**advocated [1]** 1055/9
**affiliated [1]** 1022/13
**affirmative [5]** 998/7 1000/15 1002/23 1011/3 1046/23
**affirmatively [1]** 1035/17
**after [21]** 1/6 960/8 971/1 972/18 972/22 986/21 989/20 992/8 998/12 998/15 998/17 1000/10 1001/6 1001/13 1001/15 1012/9 1013/1 1015/13 1024/21 1037/2 1050/10
**afternoon [2]** 972/14 1054/14
**again [30]** 961/22 964/22 973/24 974/6 980/1 980/14 987/9 988/1 988/14 988/22 991/3 995/10 1005/4 1005/9 1010/12 1013/4 1019/3 1026/8 1029/20 1029/22 1031/1 1038/23 1040/25 1041/1 1044/1 1050/24 1052/17 1058/12 1058/15
**against [9]** 979/12 980/18 980/19 980/25 981/12 981/24 982/7 992/5 1056/20
**agenda [4]** 1010/3 1011/7 1014/3 1014/4
**agent [1]** 1046/7
**agents [1]** 1007/23
**ago [1]** 996/2
**agree [26]** 963/4 963/11 968/6 968/13 969/14 969/11 973/11 978/13 978/16 982/22 984/25 985/11 988/25 991/18 991/21 1001/23 1002/15 1029/24 1030/2 1030/3 1050/19 1051/12 1051/16 1051/21 1051/25 1056/16
**agreed [4]** 990/21 1009/13 1048/6 1049/17
**agreeing [1]** 1016/14
**agreement [6]** 1018/16 1018/23 1018/25 1020/12 1052/24 1053/5
**ahead [5]** 978/20 1010/20 1012/22

**AIDED [1]** 957/20
**AILEEN [1]** 958/21
**AL [1]** 957/7
**aligned [1]** 992/23
**all [79]** 961/18 966/17 967/15 968/9 968/11 968/22 969/2 973/20 975/22 976/23 977/5 977/24 979/1 980/8 981/18 986/18 990/23 992/11 992/22 994/6 995/8 999/18 1000/1 1000/5 1008/5 1008/25 1010/18 1013/20 1018/19 1019/5 1019/8 1019/8 1019/9 1020/2 1021/14 1021/23 1021/25 1022/2 1022/3 1023/10 1023/18 1024/21 1024/23 1025/25 1039/18 1040/2 1040/15 1040/20 1040/21 1040/22 1040/23 1041/10 1043/1 1043/2 1043/11 1043/16 1043/19 1043/20 1044/18 1044/20 1045/12 1045/21 1045/22 1045/23 1045/23 1045/24 1047/17 1049/6 1050/8 1050/16 1055/23 1058/14 1058/20 1059/11 1059/12 1059/24 1060/6 1060/17 1061/6
**allegations [5]** 1003/10 1005/3 1005/6 1005/8 1056/23
**ALLEGRA [1]** 958/4
**allow [8]** 981/4 996/11 996/19 1009/18 1025/3 1035/18 1036/7 1036/9
**allowed [1]** 981/10
**allowing [2]** 980/23 996/25
**almost [1]** 1054/18
**along [4]** 970/13 1008/1 1026/16 1060/10
**alongside [1]** 974/23
**already [13]** 972/4 978/23 986/13 991/8 1014/23 1017/6 1021/24 1032/3 1036/11 1038/20 1039/23 1052/24 1053/5
**also [31]** 963/17 970/4 970/6 973/16 976/18 976/20 982/1 984/6 984/9 984/21 985/17 987/7 989/5 989/15 990/7 992/17 998/3 998/4 1002/2 1003/11 1018/25 1025/5 1055/14 1056/9 1056/12 1056/20 1057/12 1059/9 1060/13 1060/14 1060/17
**alternative [1]** 1013/1
**Alton [1]** 1047/15
**always [2]** 1006/16 1046/15
**am [5]** 980/19 1023/16 1042/21 1058/19 1059/7
**amazing [2]** 997/5 997/11
**America [2]** 984/18 1063/3
**American [2]** 983/10 1056/5
**among [2]** 1056/10 1056/13
**amount [1]** 1018/17
**analysis [6]** 972/21 1018/25 1019/5 1019/25 1020/1 1034/25
**announce [1]** 991/5
**announced [2]** 992/4 1033/9
**announcement [1]** 1002/22
**announcements [2]** 983/21 1031/1
**announces [1]** 986/14
**announcing [3]** 991/19 1038/22 1039/3
**another [9]** 974/14 982/4 982/4 982/14 998/3 1015/16 1018/17 1037/2 1046/18
**answer [22]** 965/14 965/14 976/9

**A**

**answer... [19]** 980/23 981/4 981/10
981/11 997/18 997/23 1019/7 1027/3
1027/9 1027/10 1027/17 1027/17
1028/4 1029/2 1038/12 1051/20 1053/8
1053/10 1053/21
**answered [1]** 965/12
**answering [2]** 980/22 1013/9
**answers [1]** 1051/2
**anticipating [1]** 1050/6
**any [52]** 1/8 965/16 965/18 965/19
967/10 971/15 972/1 972/20 972/21
973/3 973/5 975/12 975/14 977/5
977/10 977/25 981/7 986/21 996/5
996/12 999/22 999/22 1004/24 1005/18
1006/14 1006/20 1006/20 1006/24
1008/2 1008/4 1010/10 1011/9
1011/19 1012/12 1012/13 1014/7
1015/7 1015/10 1022/15 1023/8
1031/19 1032/21 1035/6 1035/8
1036/23 1038/17 1041/17 1047/19
1047/19 1049/12 1050/7 1057/5
**anybody [7]** 969/5 970/5 976/24
976/24 977/25 1014/14 1047/5
**anyone [1]** 972/20
**anything [27]** 965/23 967/25 976/24
977/3 980/15 981/25 1000/22 1001/9
1003/15 1003/17 1008/17 1009/9
1009/21 1010/7 1010/19 1015/10
1022/6 1022/20 1033/21 1037/24
1038/11 1043/10 1049/21 1049/25
1060/21 1061/23 1061/25
**anyway [2]** 974/12 974/13
**anywhere [2]** 1011/8 1034/15
**apologies [2]** 965/12 1032/4
**apologize [2]** 969/8 1032/2
**app [1]** 1035/13
**apparently [1]** 1022/3
**appearances [2]** 1055/15 1055/17
**appeared [3]** 1011/23 1012/19 1055/21
**appears [2]** 983/25 1023/5
**apples [2]** 1014/25 1014/25
**apply [2]** 993/18 993/20
**approach [3]** 988/7 1030/9 1046/4
**approached [2]** 968/23 993/6
**approaches [1]** 1048/14
**approved [1]** 1041/22
**approximately [1]** 1036/9
**are [44]** 1/7 960/5 965/18 968/3 968/11
968/13 968/15 968/17 968/19 969/17
976/1 979/9 979/15 979/16 981/1
990/20 990/24 991/1 995/8 996/3 996/9
999/3 999/20 1002/17 1002/17 1006/25
1012/25 1015/25 1016/4 1016/6 1020/7
1023/1 1023/12 1028/13 1034/9
1034/11 1036/19 1036/23 1044/7
1055/23 1057/23 1058/2 1059/2
1059/25
**areas [1]** 1022/16
**argumentative [1]** 1040/5
**army [1]** 1032/13
**ARNEY [1]** 958/14
**around [5]** 1009/3 1022/21 1033/5
1033/18 1038/13
**arrangement [1]** 1049/15
**as [83]** 960/8 964/21 965/2 965/22
965/22 965/22 966/1 969/2 969/2 969/4

976/23 977/24 978/16 978/25 981/7
987/4 987/23 995/1 995/17 995/18
995/19 996/9 1000/14 1000/21 1002/7
1002/10 1002/11 1002/18 1003/1
1003/3 1005/9 1005/12 1005/24 1006/6
1007/8 1008/2 1008/18 1009/8 1009/20
1009/21 1010/6 1010/7 1010/13
1014/11 1016/2 1016/9 1020/3 1020/3
1020/11 1021/19 1021/23 1022/8
1024/10 1026/19 1028/23 1029/23
1030/7 1030/7 1031/13 1033/8 1033/10
1033/16 1036/19 1036/23 1037/6
1039/15 1039/23 1040/5 1045/20
1047/7 1048/25 1052/1 1052/6 1052/6
1053/22 1054/5 1055/21 1056/14
1056/14 1061/12 1061/14 1061/14
1061/16
**ascribed [1]** 965/24
**aside [6]** 968/2 969/16 1027/5 1029/11
1030/8 1035/23
**asides [1]** 969/1
**ask [27]** 961/21 966/12 974/14 976/2
977/7 977/10 978/2 987/9 999/13
1005/20 1012/1 1013/4 1013/5 1026/8
1026/15 1026/23 1027/16 1028/9
1029/21 1030/12 1034/7 1038/1
1044/11 1047/18 1050/9 1050/12
1054/17
**asked [30]** 964/24 971/2 972/5 973/8
996/5 997/12 997/19 998/1 1003/9
1008/9 1014/13 1015/4 1015/21 1017/1
1017/2 1019/5 1019/24 1019/24
1020/15 1026/4 1037/21 1037/22
1038/8 1049/7 1052/20 1052/23 1053/4
1053/12 1053/25 1054/5
**asking [15]** 970/7 972/6 979/7 979/10
979/15 979/16 981/1 981/15 1016/15
1017/3 1017/4 1020/2 1026/7 1043/9
1043/13
**assert [1]** 1035/11
**asserted [5]** 1007/2 1007/11 1007/12
1025/9 1025/15
**assertion [2]** 970/4 970/7
**assist [1]** 1032/13
**associated [1]** 974/15
**ATLANTA [1]** 957/24
**attached [4]** 1/4 1011/20 1012/16
1049/20
**attaching [1]** 1/7
**attempted [7]** 970/9 970/12 970/19
970/20 996/8 1041/18 1044/8
**attempting [1]** 1025/7
**attention [9]** 971/8 971/19 974/4 974/9
974/10 975/5 986/12 1015/16 1017/21
**attest [2]** 1049/6 1050/22
**attested [1]** 969/4
**attorney [2]** 1006/7 1021/19
**authorities [7]** 1033/21 1034/1 1034/2
1034/3 1037/24 1038/11 1038/18
**authority [2]** 1045/13 1049/12
**authorized [1]** 977/2
**available [3]** 966/11 1036/5 1051/19
**avatar [1]** 985/1
**aware [2]** 967/12 986/18
**awareness [2]** 1056/9 1056/12
**away [2]** 969/19 1003/7

**B**

**back [20]** 960/4 960/25 961/2 962/13
963/20 967/15 981/20 982/19 997/12
1003/6 1014/21 1019/11 1022/16
1024/21 1037/21 1043/16 1047/8
1047/18 1058/12 1058/15
**background [5]** 1034/8 1034/24
1034/24 1035/1 1035/3
**bad [1]** 982/9
**balance [1]** 1009/1
**ballot [2]** 1031/14 1032/12
**ballots [1]** 972/5
**Banks [11]** 1026/25 1029/6 1029/25
1041/9 1043/6 1044/16 1044/19 1049/5
1050/20 1050/21 1052/9
**BAO [1]** 958/20
**based [5]** 974/10 1007/15 1007/18
1012/25 1047/19
**basically [1]** 1028/13
**basis [4]** 967/22 987/3 1046/4 1052/4
**Bates [1]** 1004/1
**be [56]** 1/2 1/3 960/3 961/9 962/2 962/2
965/23 967/14 973/20 980/1 981/8
992/22 992/23 994/20 996/15 998/5
1005/10 1007/22 1007/25 1009/1
1009/7 1010/12 1013/15 1014/21
1016/20 1022/18 1022/19 1023/5
1024/1 1024/25 1030/13 1030/21
1030/21 1036/2 1036/10 1038/14
1041/18 1041/20 1042/11 1043/15
1043/18 1044/4 1044/9 1046/6 1046/6
1046/17 1046/19 1048/6 1049/8
1050/15 1053/6 1056/16 1057/18
1058/25 1059/22 1060/25
**because [35]** 969/12 969/19 969/25
973/7 973/13 976/1 976/3 977/18
980/17 990/4 997/18 1003/18 1004/7
1007/11 1007/23 1016/14 1016/20
1017/1 1017/17 1019/20 1022/14
1022/19 1023/4 1024/12 1025/18
1028/18 1028/22 1042/4 1043/15
1044/9 1045/25 1046/8 1047/7 1055/2
1058/13
**been [43]** 960/8 960/25 962/13 971/23
973/14 974/15 979/11 979/12 980/25
981/10 981/11 981/11 986/13 986/16
990/1 991/3 997/19 999/15 999/21
1000/1 1000/5 1000/7 1000/10 1000/13
1003/15 1006/6 1008/1 1008/19
1008/19 1011/23 1012/20 1015/9
1015/22 1022/13 1028/10 1032/4
1044/7 1045/1 1045/3 1046/16 1054/19
1055/25 1055/25
**before [24]** 957/12 976/2 977/10
981/15 983/17 985/25 987/17 990/15
991/3 993/16 995/24 997/14 1003/9
1006/12 1012/3 1015/14 1029/17
1037/11 1040/18 1049/23 1051/23
1052/2 1057/17 1063/10
**begin [1]** 1037/4
**begun [2]** 1008/25 1037/3
**behalf [2]** 1029/9 1044/3
**being [11]** 973/23 974/2 979/1 1006/6
1007/7 1010/4 1014/13 1021/11
1022/15 1022/19 1047/7
**believe [5]** 983/23 989/19 993/3
1038/20 1054/4

**B**

**BELL [1]** 958/21
**below [1]** 984/15
**BENCH [1]** 957/11
**BERSON [1]** 957/3
**best [10]** 967/8 967/8 969/2 969/7 970/19 973/18 979/12 980/25 1029/16 1052/5
**better [2]** 1037/3 1040/6
**between [5]** 988/5 1009/2 1019/25 1022/4 1041/1
**beyond [1]** 1029/10
**big [4]** 980/3 1001/12 1037/1 1045/25
**biggest [1]** 1055/7
**bill [1]** 1021/13
**binder [1]** 988/8
**bit [8]** 970/13 981/15 986/11 993/7 1041/22 1044/23 1052/12 1053/1
**black [2]** 1004/4 1011/14
**blank [1]** 1004/9
**blog [16]** 966/14 966/15 989/1 989/2 991/5 991/19 1031/5 1031/11 1032/11 1032/16 1032/18 1033/16 1038/21 1039/3 1039/9 1045/7
**blue [1]** 995/19
**board [4]** 968/24 1044/19 1049/11 1052/10
**body [1]** 1026/17
**boggling [1]** 980/4
**Boling [22]** 968/3 1026/4 1026/9 1026/13 1026/20 1026/23 1028/2 1029/5 1029/8 1040/19 1040/20 1040/22 1041/2 1041/8 1042/25 1043/20 1044/15 1044/19 1045/11 1046/7 1048/20 1052/7
**Boling's [3]** 1049/1 1049/4 1050/19
**bolts [1]** 1055/6
**Bopp [24]** 979/7 980/9 980/15 980/16 980/20 981/25 982/2 982/8 982/8 1004/1 1004/2 1004/3 1004/4 1004/4 1004/10 1021/14 1021/16 1021/23 1022/4 1022/5 1022/14 1023/1 1024/10 1024/11
**Bopp's [1]** 1023/14
**born [1]** 1034/13
**both [2]** 1000/19 1061/15
**bottom [5]** 971/19 985/19 1004/9 1011/15 1015/18
**break [8]** 1000/3 1012/1 1012/4 1013/4 1023/19 1024/20 1024/24 1057/24
**brief [5]** 994/4 995/7 1016/5 1024/24 1050/2
**briefly [3]** 1003/8 1023/23 1047/7
**bring [1]** 1047/8
**broadly [3]** 992/21 1039/17 1056/15
**Brooks [1]** 1021/15
**brought [1]** 1056/20
**BRYAN [1]** 958/9
**budget [3]** 1011/20 1012/16 1014/22
**bullet [4]** 1023/24 1024/2 1024/4 1024/6
**bunch [1]** 977/24
**BUNDY [1]** 958/5
**bypass [2]** 1048/16 1048/20

**C**

**call [24]** 992/10 992/10 1009/14 1010/1 1010/3 1010/22 1011/20 1011/7 1011/11 1011/16 1012/9 1013/1 1013/7 1014/2 1014/4 1014/19 1014/21 1022/22 1053/14 1053/15 1058/12 1058/15 1058/19 1058/24
**called [4]** 974/16 1027/20 1035/13 1047/7
**calls [5]** 1014/11 1023/5 1031/7 1032/13 1047/5
**came [6]** 987/20 996/10 1041/8 1041/11 1045/9 1049/7
**CAMERON [1]** 958/13
**campaign [2]** 1011/24 1012/20
**can [80]** 960/4 961/12 961/13 961/23 963/19 964/4 964/5 965/22 968/2 968/5 971/21 971/25 972/12 976/2 976/6 976/12 976/24 977/7 977/25 978/12 981/16 984/18 985/6 986/24 987/9 987/9 988/16 989/8 989/9 992/19 993/13 993/15 993/18 995/20 996/16 1000/19 1003/19 1003/25 1003/25 1005/10 1006/16 1013/12 1016/18 1017/5 1017/7 1017/9 1017/12 1017/14 1019/11 1020/23 1021/18 1022/11 1023/4 1024/25 1028/9 1029/21 1032/10 1035/14 1036/4 1037/18 1037/18 1039/16 1044/13 1046/12 1046/12 1046/14 1047/18 1049/6 1050/13 1053/1 1056/11 1057/10 1057/12 1057/12 1058/4 1058/7 1059/4 1060/2 1060/6 1060/25
**can't [17]** 961/2 964/3 978/2 980/20 985/8 995/14 995/14 1001/10 1003/18 1036/15 1037/20 1042/19 1043/15 1048/18 1050/22 1052/6 1053/22
**cannot [4]** 980/13 980/16 982/6 995/15
**capacity [2]** 1023/25 1024/5
**capture [1]** 1000/22
**care [1]** 1061/14
**careful [1]** 1007/22
**case [20]** 960/18 980/9 980/9 996/9 998/20 999/4 1000/10 1005/18 1006/21 1021/11 1021/13 1021/14 1022/9 1023/13 1023/16 1029/25 1038/14 1040/1 1058/20 1058/24
**cases [5]** 1021/3 1022/21 1024/11 1048/15 1048/18
**cash [1]** 1012/21
**CATHERINE [2]** 959/3 960/7
**cause [1]** 1027/20
**caution [2]** 1043/23 1047/1
**caveat [2]** 1053/12 1053/14
**certain [2]** 990/2 993/17
**certainly [3]** 965/24 968/16 1049/22
**certify [1]** 1063/8
**chain [3]** 961/25 962/7 1015/17
**chairman [6]** 986/16 986/23 1001/21 1001/25 1002/3 1003/2
**challenge [75]** 963/7 963/9 963/21 966/1 966/4 966/8 966/9 967/19 969/22 970/15 970/22 970/23 971/1 972/1 972/3 972/7 972/15 975/23 976/15 980/3 983/10 983/21 987/6 987/12 989/2 991/3 991/6 991/20 992/4 992/9 993/3 993/11 993/11 994/9 997/13 997/17 1001/20 1001/24 1026/10 1026/12 1026/25 1029/6 1039/4 1039/10 1040/13 1041/9 1041/23

**CM [2]** 1/2 1/3
**CM/ECF [2]** 1/2 1/3
**co [1]** 1007/24
**co-conspirators [1]** 1007/24

**R** (column 3)

1044/16 1044/17 1045/13 1045/17 1045/18 1046/9 1046/13 1048/11 1048/12 1048/15 1048/15 1049/1 1049/4 1049/7 1049/13 1049/13 1050/20 1050/24 1051/17 1051/19 1051/22 1052/2 1052/3 1052/21 1053/18 1053/19 1053/23 1054/4
**challenged [2]** 983/7 1039/19
**challenger [5]** 971/2 1048/6 1048/7 1052/2 1053/12
**challengers [22]** 960/21 961/6 963/4 963/5 963/23 966/2 966/5 966/8 966/10 967/3 992/11 1026/5 1026/9 1029/13 1029/24 1030/3 1051/17 1051/22 1052/21 1053/18 1053/23 1054/5
**challenges [61]** 962/9 962/13 962/13 962/25 963/1 966/17 966/19 966/23 967/4 967/22 969/6 971/2 972/25 973/6 973/7 973/12 977/19 984/16 987/18 987/18 987/20 988/1 988/15 988/24 989/1 989/7 989/17 989/23 989/25 990/4 990/6 990/16 992/6 992/18 993/4 997/15 998/4 998/12 998/15 1005/1 1019/1 1020/1 1020/14 1020/16 1026/21 1026/24 1027/24 1028/3 1029/9 1029/15 1030/1 1030/5 1035/12 1035/19 1036/3 1036/8 1037/7 1040/21 1047/25 1051/10 1051/11
**challenging [3]** 1034/21 1042/25 1044/20
**chance [3]** 986/25 1003/1 1019/18
**change [5]** 968/7 968/10 968/20 969/11 993/4
**changed [2]** 970/2 993/5
**changes [1]** 969/25
**chaotic [1]** 1008/22
**characterized [1]** 1045/1
**check [1]** 972/17
**chief [2]** 1058/20 1058/24
**choose [1]** 1035/15
**CHRISTINA [1]** 958/7
**cite [1]** 1/4
**citizen [1]** 1046/13
**citizen's [1]** 1046/10
**citizens [5]** 990/24 1033/4 1035/13 1036/10 1046/16
**City [1]** 1063/10
**claimed [2]** 1002/11 1033/16
**claims [1]** 1034/3
**CLAIR [1]** 1060/4
**clarification [2]** 962/18 997/22
**clarify [2]** 1000/9 1047/9
**clarifying [1]** 1046/4
**classify [1]** 970/8
**cleaned [1]** 973/14 1045/3
**cleaning [2]** 1037/4 1055/9
**clear [6]** 973/22 996/6 1007/25 1030/20 1041/20 1049/8
**Clearly [2]** 999/18 1024/4
**click [1]** 977/6
**client [2]** 995/13 995/14
**clock [1]** 1009/3
**close [2]** 1057/17 1060/14
**closed [1]** 1036/14
**CM [2]** 1/2 1/3
**CM/ECF [2]** 1/2 1/3
**co [1]** 1007/24
**co-conspirators [1]** 1007/24

**C**

**coaching [1]** 1027/12
**Cobb [3]** 963/22 992/5 994/12
**coded [1]** 967/13
**Coie [1]** 989/21
**collaborate [1]** 993/2
**collaborating [2]** 962/9 962/22
**collaboration [3]** 1002/12 1002/21 1002/24
**collect [1]** 1030/9
**college [6]** 969/15 969/17 969/18 969/19 970/5 970/6
**color [1]** 967/13
**color-coded [1]** 967/13
**columns [1]** 967/14
**combination [2]** 1020/9 1020/11
**combined [3]** 1018/20 1019/8 1020/7
**come [13]** 960/4 967/25 1003/6 1008/21 1010/10 1023/6 1024/21 1025/1 1025/15 1040/6 1041/3 1043/1 1047/18
**comes [2]** 976/16 976/17
**coming [4]** 978/14 982/22 990/23 1025/2
**communicated [2]** 965/24 1001/9
**communicating [1]** 1008/20
**communication [4]** 990/3 1016/6 1029/20 1051/13
**communications [29]** 963/5 986/25 988/5 994/14 994/18 994/22 996/1 996/4 996/7 998/11 998/14 999/3 999/7 999/11 999/13 999/17 999/20 999/24 1000/4 1000/9 1001/4 1001/6 1001/7 1001/16 1001/17 1001/20 1002/2 1002/6 1002/15
**company [1]** 1018/1
**comparison [1]** 1014/25
**complain [1]** 972/7
**completeness [1]** 1059/21
**complicated [3]** 968/15 970/21 1021/20
**composed [1]** 1042/15
**compound [2]** 1012/1 1028/22
**comprehensive [1]** 1031/14
**COMPUTER [1]** 957/20
**COMPUTER-AIDED [1]** 957/20
**concern [1]** 995/12
**concerned [8]** 973/11 973/23 974/2 974/3 974/8 1020/3 1046/12 1052/7
**concerning [1]** 989/2
**concerns [3]** 972/2 972/8 1055/12
**conduct [5]** 980/2 1029/14 1029/25 1030/5 1057/2
**conducted [2]** 1011/4 1018/20
**confidentiality [1]** 963/16
**confirm [3]** 974/7 997/7 1029/5
**confirmed [1]** 1044/10
**conflicting [4]** 993/14 993/15 993/16 993/19
**confused [2]** 965/8 1043/18
**confusing [1]** 1043/15
**confusion [3]** 1042/6 1043/12 1044/4
**connect [1]** 979/20
**connected [1]** 967/23
**connection [10]** 977/11 977/15 978/3 983/20 986/3 990/1 997/20 1003/12 1022/4 1033/10

**consider [3]** 968/10 989/25 1000/23
**considered [2]** 969/21 969/24
**considering [1]** 1008/5
**consistent [2]** 965/23 1044/8
**conspirators [1]** 1007/24
**constitute [1]** 1063/9
**consult [1]** 979/8
**consultant [1]** 1014/23
**consultants [4]** 1008/20 1010/23 1011/5 1011/6
**consulted [4]** 987/25 988/13 988/22 995/13
**contact [5]** 987/7 987/14 987/16 1015/22 1040/22
**contacted [2]** 1023/8 1044/15
**contain [1]** 1038/17
**content [2]** 1027/18 1027/23
**context [7]** 964/21 965/21 973/14 989/19 995/20 997/19 1014/2
**continued [7]** 959/4 960/10 998/11 998/14 998/17 1033/12 1033/13
**control [2]** 972/21 1001/10
**controlled [1]** 979/18
**conversation [8]** 990/19 990/20 990/21 993/9 997/16 1009/15 1009/16 1016/12
**conversations [4]** 986/22 992/13 993/10 1001/24
**cool [1]** 990/25
**Cooper [10]** 960/14 960/18 960/20 961/8 961/13 962/11 964/23 965/23 972/9 972/24
**Cooper's [2]** 960/23 961/3
**coordinate [3]** 960/21 992/13 992/15
**coordinated [1]** 991/4
**coordinating [2]** 992/10 992/10
**coordination [2]** 990/16 990/18
**copies [1]** 1051/22
**copy [1]** 1060/8
**correct [229]**
**correctly [1]** 1042/21
**correspond [1]** 975/21
**correspondence [1]** 1016/5
**costs [1]** 1023/15
**could [19]** 969/2 970/20 974/5 974/5 974/10 977/1 977/14 1009/1 1009/4 1009/4 1010/10 1012/4 1014/20 1029/3 1029/21 1039/15 1045/19 1046/6 1046/6
**couldn't [9]** 966/22 968/9 969/4 981/3 995/10 1023/9 1048/22 1054/7 1055/25
**counsel [23]** 980/2 998/19 998/20 1005/20 1006/16 1007/18 1009/5 1013/8 1015/4 1019/13 1021/1 1021/2 1021/3 1021/5 1021/9 1041/22 1044/10 1050/12 1050/17 1057/23 1058/3 1059/7 1059/19
**counsel's [1]** 1006/4
**count [1]** 1032/13
**counties [21]** 966/17 966/18 966/21 967/3 973/20 984/16 989/6 989/16 1020/24 1020/25 1029/14 1029/25 1030/4 1039/18 1040/2 1040/15 1045/23 1046/4 1049/24 1052/3 1056/21
**countless [1]** 983/18
**country [2]** 1033/5 1033/18
**county [39]** 960/2 963/22 964/10 964/20 966/1 971/6 972/2 972/5 972/16

**972/17 972/21 973/1 973/6 973/19 989/21 992/5 994/8 994/9 994/12 1026/25 1029/6 1029/25 1039/10 1039/14 1040/13 1041/9 1043/6 1043/11 1044/4 1044/16 1044/19 1045/8 1048/12 1048/17 1048/20 1049/5 1050/20 1050/21 1052/10
**couple [4]** 982/3 1034/7 1040/19 1047/21
**course [8]** 995/9 1014/19 1017/18 1042/9 1042/13 1050/7 1054/5 1056/14
**court [20]** 1/3 1/6 1/9 957/1 957/22 979/4 979/16 985/17 1006/14 1007/16 1023/25 1024/5 1037/10 1051/1 1059/2 1063/6 1063/7 1063/10 1063/17 1063/17
**Court's [1]** 1061/1
**courtesy [3]** 1057/24 1058/4 1058/6
**COURTHOUSE [1]** 957/23
**courtroom [2]** 982/4 1047/2
**covered [3]** 991/8 1011/24 1012/20
**Crawford [2]** 1015/19 1015/25
**create [2]** 1045/22 1049/16
**created [3]** 965/25 966/24 1048/1
**creating [2]** 1023/16 1036/2
**credibility [1]** 977/17
**cross [11]** 959/4 960/10 992/23 993/3 993/12 993/13 997/17 997/20 998/5 1028/12 1040/25
**cross-examination [4]** 959/4 960/10 1028/12 1040/25
**CRR [3]** 957/22 1063/6 1063/16
**Crusade [11]** 976/12 976/14 976/16 976/18 976/19 978/14 982/22 983/3 984/24 985/21 997/8
**currently [4]** 995/1 1034/9 1035/10 1036/14
**cut [2]** 996/2 996/6
**CV [1]** 957/6

**D**

**DANA [1]** 958/19
**data [12]** 968/25 1008/11 1011/1 1012/13 1014/8 1015/6 1018/24 1018/25 1022/23 1034/24 1036/5 1038/17
**database [1]** 971/23
**date [2]** 961/17 961/18
**dated [5]** 960/14 963/13 991/19 1031/12 1039/5
**Davis [2]** 987/7 987/14
**day [5]** 986/1 992/3 992/8 1009/14 1063/13
**days [3]** 1/4 982/3 995/23
**dealt [1]** 1047/11
**decade [1]** 1022/5
**deceased [2]** 963/24 964/9 964/20
**December [22]** 960/15 961/19 963/13 983/22 987/8 987/13 987/25 988/13 988/22 989/5 989/15 990/5 990/22 991/5 991/19 992/3 992/8 1026/10 1029/23 1031/12 1038/21 1039/5
**December 15 [1]** 960/15
**December 15th [2]** 961/19 1031/12
**December 16 [1]** 963/13
**December 17th [1]** 987/25 988/13 988/22 989/5 989/15 990/5 990/22
**December 18 [1]** 991/19

**D**

December 18th [3]  991/5 992/3
1038/21
December 19th [1]  992/8
December 2020 [3]  983/22 987/6
1026/10
decide [1]  1035/14
decided [2]  1025/2 1045/21
deciding [2]  1037/11 1058/19
decision [4]  982/9 982/10 1037/6
1037/7
defend [1]  989/25
defendant [1]  960/18
DEFENDANTS [2]  957/8 958/11
defendants' [3]  963/15 995/2 995/23
define [1]  993/15
defined [2]  1002/18 1007/23
definition [2]  993/18 993/20
deflect [1]  1010/16
degree [3]  1035/1 1035/2 1035/3
degrees [1]  1035/8
delete [4]  999/2 1001/3 1001/4 1001/4
deleted [6]  999/21 1000/1 1000/6
1000/14 1000/15 1000/17
demanded [4]  1003/11 1014/9 1014/11
1029/14
demonstrate [1]  976/20
DEPARTMENT [1]  958/21
dependent [2]  1037/8 1046/9
depending [1]  1051/2
deposition [27]  964/13 964/15 965/1
965/20 978/24 979/6 993/22 993/23
997/21 997/24 998/8 1019/4 1038/4
1038/15 1052/16 1052/20 1053/8
1057/15 1059/17 1060/4 1060/8
1060/16 1060/18 1060/18 1060/23
1061/6 1061/20
Derek [2]  987/8 987/15
describe [4]  987/3 990/19 993/13
1002/6
described [1]  1012/21
description [1]  1010/2
designation [1]  1057/15
designations [3]  1057/15 1059/7
1059/19
detail [1]  1018/15
details [2]  1018/11 1018/12
determination [2]  982/2 982/5
determine [1]  1022/15
determined [1]  1022/19
developed [1]  984/12
diagram [3]  976/18 984/24 984/25
did [94]  970/1 970/18 970/23 977/14
978/21 980/15 980/17 981/25 982/2
982/8 984/2 985/22 989/12 989/18
989/18 990/9 990/13 991/16 991/23
992/22 993/1 996/7 998/1 998/19 999/2
999/13 999/17 1001/2 1001/5 1004/20
1008/16 1008/17 1009/20 1009/21
1009/25 1010/7 1010/14 1012/12
1012/15 1013/15 1013/15 1013/18
1013/19 1013/21 1013/22 1013/22
1014/1 1014/1 1014/14 1014/14
1014/15 1014/18 1015/7 1018/25
1020/18 1020/22 1020/25 1021/14
1021/15 1021/18 1022/7 1026/23
1027/7 1027/16 1027/17 1028/4

1028/19 1030/18 1034/2 1036/7
1039/18 1040/2 1040/15 1040/20
1040/21 1042/2 1042/18 1043/1 1043/1
1043/22 1043/23 1044/1 1044/2
1045/11 1045/12 1045/16 1047/9
1048/19 1048/20 1051/16 1051/21
1053/18 1053/24 1059/21
didn't [27]  965/14 965/14 970/20
972/17 972/20 980/17 980/20 986/21
993/4 993/4 998/9 1000/8 1009/9
1010/1 1010/14 1014/3 1014/3 1015/10
1022/7 1025/23 1025/24 1027/19
1038/17 1038/18 1038/23 1043/10
1059/20
different [9]  993/7 1000/16 1005/10
1006/1 1028/17 1028/18 1036/25
1045/21 1055/4
differentiation [1]  1019/25
differently [1]  1045/2
difficult [1]  970/20
Dikran [2]  1011/21 1012/17
dinner [4]  987/21 992/21 997/14 998/2
direct [18]  960/13 964/15 971/8 971/19
975/5 984/15 986/12 989/8 1015/16
1015/18 1017/21 1050/14 1050/14
1057/10 1057/24 1057/25 1058/12
1058/15
directed [1]  961/5
directly [9]  1005/7 1044/3 1048/12
1049/5 1049/10 1050/21 1051/23
1052/9 1056/15
disagree [5]  978/19 1000/2 1002/9
1033/23 1039/25
disagreed [1]  1038/2
disclaimer [2]  1041/23 1042/2
disclosed [2]  995/23 996/4
discovery [9]  979/4 979/6 979/14
996/1 996/2 996/6 996/8 998/20 998/25
discuss [7]  987/18 988/1 988/14
988/23 989/15 997/13 998/1
discussed [20]  970/14 970/15 970/17
970/22 978/24 986/10 989/5 990/11
990/15 990/16 992/4 992/9 992/17
994/8 994/23 1011/22 1012/18 1013/2
1048/25 1060/15
discussing [1]  1016/23
discussion [1]  1031/4
disingenuous [1]  979/23
dispute [6]  965/2 965/16 965/18
965/20 966/20 967/10
disregard [2]  996/13 996/17
disrupt [1]  1006/3
dissolved [3]  1000/14 1000/15
1000/18
dissolves [1]  999/23
distinctions [1]  1042/10
DISTRICT [8]  957/1 957/1 957/13
1061/4 1063/4 1063/7 1063/7 1063/17
DIVISION [2]  957/2 1063/8
do [97]  961/3 961/4 962/4 962/6
962/18 963/17 965/12 966/9 967/10
968/7 968/12 968/20 969/11 969/18
970/9 970/12 970/18 970/20 973/8
973/17 973/17 977/5 977/6 977/20
977/22 978/13 979/16 980/17 980/20
981/23 983/4 983/5 984/18 986/2
988/19 996/23 997/11 997/11 998/25
999/1 1004/17 1004/25 1006/12

1008/15 1007/8 1008/16 1008/17
1009/9 1009/20 1010/14 1014/14
1014/16 1014/18 1015/3 1015/7 1026/6
1026/7 1026/11 1031/3 1031/5 1031/15
1032/14 1034/20 1034/24 1035/6
1035/8 1035/14 1037/1 1039/6 1039/21
1043/10 1044/8 1045/21 1046/12
1046/13 1046/14 1046/24 1047/6
1047/9 1047/15 1047/17 1050/9
1050/11 1050/19 1052/7 1055/20
1056/12 1058/4 1058/11 1058/14
1059/3 1060/22 1061/2 1061/13
1061/13 1061/15 1063/8
docket [4]  1/5 957/6 1059/10 1061/7
document [13]  1/8 988/16 989/9
991/14 995/1 1003/6 1004/14 1011/9
1011/10 1011/12 1030/10 1050/4
1060/24
documents [5]  995/22 995/25 996/4
996/10 999/3
DOE [1]  957/4
does [14]  964/18 975/10 977/13 978/2
980/24 988/19 1006/16 1008/3 1020/7
1026/19 1036/16 1037/16 1042/9
1051/7
doesn't [6]  973/3 973/5 1007/4
1018/19 1030/20 1049/12
doing [7]  972/20 1009/2 1009/4 1015/9
1022/21 1037/3 1044/16
dollar [2]  1014/23 1018/17
don't [88]  963/11 964/11 964/11
965/16 965/18 965/19 966/6 966/7
966/7 966/10 966/12 966/12 967/16
967/24 967/24 968/13 970/25 972/19
972/20 972/23 974/25 975/24 977/14
977/25 988/25 990/9 990/13 990/13
990/18 991/12 992/2 992/15 993/4
994/16 997/20 999/5 999/18 999/22
1000/3 1000/7 1000/7 1000/8 1000/21
1000/23 1000/24 1001/9 1003/17
1005/25 1006/3 1011/19 1020/4
1020/17 1023/8 1023/9 1023/10
1025/15 1025/24 1027/3 1027/8 1029/9
1029/17 1031/9 1037/9 1037/9 1037/9
1040/24 1040/24 1042/3 1042/3
1043/18 1044/10 1047/10 1047/11
1048/22 1048/23 1049/8 1049/9 1052/8
1052/8 1052/11 1053/11 1053/14
1053/20 1054/3 1054/4 1056/14
1061/13 1061/14
done [9]  977/14 1022/14 1027/8
1027/10 1027/23 1041/10 1045/20
1055/1 1055/4
door [1]  992/2
double [1]  972/17
double-check [1]  972/17
doubt [3]  1000/7 1023/7 1053/25
down [10]  978/23 981/16 1012/2
1012/4 1013/4 1025/15 1033/1 1053/1
1058/8 1059/2
download [4]  1035/19 1035/21
1035/23 1035/24
dozen [1]  1018/10
draft [1]  991/11
draw [10]  974/3 974/8 974/10 979/10
979/11 979/17 979/24 980/5 980/24
981/9
drawing [1]  980/4

**D**

drawn **[1]** 981/8
DRIVE **[1]** 957/23
duly **[1]** 960/8
during **[5]** 979/6 987/6 987/10 987/12 1026/10

**E**

each **[2]** 966/1 1052/2
earlier **[10]** 980/13 997/12 1001/3 1015/2 1016/2 1022/8 1026/4 1033/15 1037/22 1048/25
easier **[1]** 962/2
ECF **[2]** 1/2 1/3
edited **[3]** 991/10 991/11 991/18
edits **[1]** 991/23
education **[2]** 1055/5 1055/5
educational **[1]** 1034/24
Effectively **[1]** 975/2
efficient **[2]** 1058/25 1059/23
effort **[14]** 983/21 989/3 991/3 992/4 992/9 993/11 993/11 997/14 1001/21 1001/24 1026/10 1031/14 1032/13 1033/9
efforts **[2]** 992/14 997/17
either **[6]** 962/8 989/19 989/20 1041/3 1059/11 1061/14
elaborate **[2]** 1037/19 1037/20
elected **[3]** 1056/10 1056/13 1056/17
election **[27]** 983/10 986/22 1003/12 1018/21 1019/1 1019/6 1020/19 1023/6 1031/13 1033/2 1033/4 1033/9 1033/9 1033/12 1033/13 1034/23 1037/3 1037/23 1038/9 1054/19 1054/25 1055/6 1055/11 1055/24 1056/3 1056/5 1056/6
elections **[9]** 1035/12 1036/13 1036/17 1036/21 1036/24 1037/12 1044/19 1049/11 1052/10
elector **[6]** 1020/1 1020/13 1020/16 1029/6 1052/23 1053/4
electoral **[1]** 998/4
electors **[1]** 1042/8
element **[2]** 1020/9 1020/11
ELIAS **[1]** 958/9
elicit **[2]** 1007/3 1009/23
eligibility **[1]** 983/7
elimination **[1]** 968/24
else **[15]** 972/15 972/25 977/4 977/13 979/2 1014/14 1015/4 1015/10 1016/15 1034/15 1049/25 1052/14 1060/21 1061/23 1061/25
else's **[1]** 976/24
email **[71]** 960/14 960/16 960/23 961/3 961/12 961/14 961/25 961/25 962/4 962/5 962/7 962/7 962/11 962/17 963/13 963/13 963/17 963/19 966/24 966/24 971/20 971/20 971/21 971/22 972/6 972/9 972/13 972/18 972/22 1004/14 1004/17 1004/19 1004/21 1006/11 1008/8 1010/25 1011/15 1011/18 1011/23 1012/12 1012/16 1012/19 1013/1 1013/23 1013/24 1014/1 1014/2 1014/4 1015/16 1015/18 1016/18 1016/21 1016/22 1017/5 1017/7 1017/9 1026/15 1026/16 1026/17 1029/8 1042/16 1048/1

emailed **[1]** 1012/8
emails **[5]** 961/13 971/10 999/3 1001/4 1042/17
embrace **[1]** 1010/2
employ **[1]** 968/23
encrypted **[1]** 999/15
end **[2]** 1047/7 1053/11
endorse **[1]** 1010/2
engage **[1]** 1056/15
engaged **[1]** 1054/25
engagement **[1]** 1046/10
ENGELBRECHT **[46]** 959/3 960/7 960/12 968/6 969/8 977/8 978/6 979/8 979/18 980/23 981/4 981/10 981/20 982/19 985/17 986/8 995/16 996/14 996/22 997/4 1006/21 1007/8 1008/4 1008/8 1014/7 1014/15 1014/18 1016/18 1017/22 1025/2 1026/4 1027/6 1027/11 1030/25 1032/9 1034/8 1039/6 1047/25 1050/14 1050/19 1052/17 1054/14 1058/12 1058/15 1058/20 1058/22
Engelbrecht's **[2]** 995/18 1007/3
enough **[2]** 1028/2 1055/2
ensure **[3]** 993/3 993/10 997/16
entered **[1]** 999/24
entire **[1]** 984/18
entirely **[2]** 985/22 1021/1
entitled **[3]** 976/13 1013/5 1031/12
entry **[1]** 1/5
episodes **[1]** 978/10
Eshelman **[20]** 1003/11 1003/16 1004/15 1004/25 1006/11 1006/25 1008/9 1009/16 1010/23 1011/4 1011/6 1011/15 1011/18 1012/8 1012/9 1014/9 1015/19 1015/25 1021/25 1022/4
Eshelman's **[2]** 1008/20 1024/11
especially **[1]** 1061/19
establish **[2]** 977/15 1016/22
established **[5]** 977/1 985/20 986/14 1015/20 1017/17 1025/22
ET **[1]** 957/7
EVANS **[4]** 958/15 980/11 981/24 1028/11
even **[23]** 970/9 973/18 989/5 989/15 994/8 997/22 998/12 998/14 1000/21 1000/23 1002/13 1002/24 1014/3 1015/1 1021/24 1022/22 1023/9 1025/22 1029/18 1045/1 1045/12 1049/22 1052/12
evening **[1]** 972/4
event **[2]** 986/17 989/6
ever **[6]** 1001/9 1009/15 1009/16 1021/24 1047/11 1055/7
every **[8]** 970/11 973/19 989/21 1036/25 1039/10 1039/14 1040/12 1055/25
Everybody **[1]** 962/10
everything **[5]** 1014/20 1044/9 1046/2 1049/17 1049/18
evidence **[19]** 971/14 975/9 985/14 986/13 995/1 996/9 1003/10 1003/12 1005/5 1006/13 1010/10 1012/13 1025/10 1030/14 1030/19 1031/18 1038/20 1051/2 1060/15
evidenced **[1]** 1003/3

exacerbates **[1]** 1025/13
exactly **[6]** 1008/11 1011/1 1014/11 1020/5 1035/4 1046/4
examination **[7]** 959/4 959/5 960/10 1017/18 1028/12 1040/25 1054/12
example **[3]** 1003/23 1043/8 1043/10
Excel **[1]** 967/12
Except **[1]** 1053/10
exception **[4]** 1007/6 1007/7 1025/6 1025/24
excerpts **[1]** 1060/11
exchange **[2]** 989/18 990/9
exchanged **[1]** 991/7
exchanges **[1]** 1002/17
excluded **[3]** 970/9 995/8 1049/21
excuse **[2]** 981/22 1021/6
exhibit **[71]** 960/13 960/14 961/16 961/18 963/12 966/15 966/16 967/2 967/6 967/11 968/2 968/5 971/8 971/9 971/10 971/13 971/20 975/6 975/9 976/5 976/13 978/7 978/8 978/12 979/21 981/21 982/20 983/1 983/2 985/1 985/4 985/5 985/6 986/12 986/14 987/4 995/2 995/3 997/4 999/6 1001/14 1002/11 1002/22 1003/6 1003/8 1003/25 1006/13 1015/17 1017/21 1017/23 1020/21 1020/23 1023/12 1023/24 1031/10 1031/11 1031/18 1032/10 1032/12 1032/20 1032/25 1033/8 1038/13 1038/16 1038/19 1038/23 1038/25 1042/20 1061/12 1061/16 1061/21
Exhibit 1 **[2]** 1003/8 1023/24
Exhibit 2 **[2]** 1017/21 1017/23
Exhibit 22 **[9]** 975/6 978/7 978/8 978/12 981/21 982/20 985/1 985/5 985/6
Exhibit 231 **[1]** 995/2
Exhibit 26 **[4]** 1032/10 1032/11 1032/20 1032/25
Exhibit 27 **[3]** 1020/21 1020/23 1023/12
Exhibit 35 **[5]** 986/12 986/14 987/4 1002/11 1002/22
Exhibit 37 **[4]** 1031/10 1031/11 1031/18 1033/8
Exhibit 42 **[4]** 966/15 966/16 1038/19 1038/25
Exhibit 45 **[4]** 976/13 979/21 983/1 983/2
Exhibit 73 **[2]** 960/13 960/14
Exhibit 80 **[5]** 971/8 971/9 971/10 971/13 971/20
Exhibit 86 **[3]** 967/2 967/6 967/11
Exhibit 90 **[3]** 1003/25 1006/13 1015/17
Exhibit 92 **[5]** 995/3 997/4 999/6 1001/14 1003/6
Exhibit 93 **[2]** 1061/16 1061/21
exhibits **[3]** 985/14 995/23 1060/15
Exhibits 22 **[1]** 985/14
exist **[1]** 1033/12
expenses **[2]** 1023/14 1023/14
experience **[2]** 971/23 974/11
expert **[2]** 969/4 970/5
expert's **[1]** 970/7
expiration **[1]** 1000/20
explain **[3]** 970/11 998/21 1041/1

**E**

**explaining [1]** 1013/9
**explanation [2]** 1041/19 1053/15
**expound [1]** 1052/12
**express [1]** 963/8
**expressed [3]** 964/8 964/19 1024/8
**extended [1]** 999/10
**extensive [3]** 995/25 1001/19 1055/1
**extent [3]** 991/2 998/6 1003/14 1006/7
1006/24 1014/10 1022/9 1047/4
**Eyes [9]** 983/13 983/16 983/19 983/25
984/22 997/7 1018/9 1018/10 1018/13
**eyesonga.org [4]** 994/15 994/23 997/5
997/10

**F**

**Facebook [4]** 975/6 975/11 975/13
976/24
**facilitate [3]** 1035/10 1036/2 1037/7
**fact [8]** 969/21 972/24 980/12 983/25
987/17 1025/21 1048/25 1061/3
**factors [2]** 1037/15 1037/18
**fail [1]** 989/16
**failing [1]** 1057/11
**fair [10]** 957/3 969/13 978/4 983/19
1001/2 1001/5 1001/19 1001/22 1002/6
1028/2
**fall [1]** 1018/12
**familiar [4]** 968/1 968/3 977/2 977/8
**far [4]** 969/9 1020/3 1030/7 1052/6
**favor [1]** 1047/17
**favorite [1]** 991/1
**featuring [2]** 978/10 978/10
**fed [1]** 990/24
**federal [3]** 1023/25 1024/5 1030/20
**feel [1]** 982/9
**feeling [3]** 982/4 982/14 1057/25
**fees [2]** 1011/23 1012/20
**felt [1]** 1046/3
**few [7]** 968/17 1005/20 1012/2 1023/18
1049/24 1054/17 1059/21
**field [2]** 963/15 1045/23
**fifth [1]** 1023/24
**FIGHT [2]** 957/3 983/19
**file [15]** 968/6 968/20 1021/19 1023/25
1024/5 1059/10 1059/16 1060/10
1060/18 1060/19 1060/23 1061/6
1061/9 1061/11 1061/15
**filed [10]** 1/2 1/6 1/8 966/19 973/6
998/12 998/15 998/17 1000/10 1060/9
**files [1]** 969/11
**filing [5]** 966/16 968/10 992/5 1023/14
1061/3
**find [2]** 976/7 981/4
**finding [2]** 996/3 1008/1
**fine [8]** 1005/13 1005/24 1027/15
1027/15 1050/15 1059/18 1059/20
1060/1
**finish [5]** 1021/6 1021/7 1027/16
1027/17 1050/17
**finishes [1]** 1050/12
**first [15]** 971/20 971/21 971/21 972/12
976/10 977/7 995/8 997/6 997/7
1013/13 1031/23 1039/8 1039/8
1044/10 1060/6
**five [3]** 975/17 1047/8 1059/22
**flexible [1]** 1059/11

**flip [1]** 987/13
**focus [1]** 970/12
**focused [1]** 1032/12
**folks [1]** 986/9
**follow [4]** 1019/17 1023/23 1047/19
1051/12
**followed [1]** 989/24
**following [9]** 1/1 962/21 1009/14
1009/16 1010/22 1010/24 1010/25
1011/15 1051/11
**follows [1]** 960/9
**FORD [1]** 958/7
**foregoing [1]** 1063/9
**formed [1]** 987/3
**former [2]** 1009/5 1021/1
**forth [1]** 1053/7
**forward [3]** 961/2 962/23 1008/21
**forwarded [5]** 961/14 961/25 962/7
971/11 972/9
**found [2]** 960/16 966/2
**foundation [4]** 977/1 978/1 985/15
1006/22
**founded [1]** 1054/22
**founder [1]** 1036/19
**four [2]** 975/17 1059/22
**fourth [1]** 1033/1
**frankly [1]** 1044/6
**fraud [15]** 1003/10 1003/12 1005/3
1005/6 1005/8 1005/18 1008/12 1011/2
1011/8 1011/19 1012/13 1014/8 1015/4
1015/6 1031/6
**Fred [2]** 1015/19 1015/25
**free [1]** 1059/2
**Freedom [11]** 976/12 976/14 976/16
976/18 976/19 978/14 982/22 983/3
984/24 985/21 997/8
**fresh [1]** 1050/13
**front [1]** 991/14
**fronts [1]** 1044/7
**full [4]** 1/8 1006/7 1011/21 1012/18
**fuller [1]** 965/21
**function [1]** 1035/21
**fund [3]** 1030/25 1031/2 1031/6
**fundamentally [1]** 1016/11
**funder [1]** 1003/11
**funding [2]** 1011/21 1012/18
**further [11]** 972/21 977/10 986/21
1001/16 1006/14 1018/10 1019/10
1055/23 1057/4 1057/5 1057/7
**furthering [1]** 1056/2
**fuzzy [1]** 1041/22

**G**

**GA [1]** 997/7
**gaelectorchallenge [1]** 1042/16
**gaelectorchallenge.com [3]** 1048/11
1049/2 1051/24
**GAINESVILLE [4]** 957/2 960/2 1063/8
1063/10
**Gasaway [5]** 1046/19 1046/22 1047/2
1047/18 1048/4
**gave [8]** 1002/22 1038/15 1038/16
1043/20 1043/22 1045/12 1045/15
1053/8
**general [6]** 1002/2 1002/4 1018/21
1021/5 1021/9 1033/13
**generally [1]** 1051/16
**gentleman [1]** 1007/20

**gentlemen [1]** 1625/25
**Geoff [1]** 985/7
**GEORGIA [69]** 957/1 957/24 960/2
961/1 962/14 966/17 976/15 983/8
983/10 983/13 983/16 983/19 983/25
984/9 984/16 984/22 984/22 986/9
986/10 986/15 987/14 989/22 1001/21
1001/25 1002/3 1002/4 1002/10
1002/12 1002/21 1003/2 1016/23
1017/10 1017/10 1017/13 1018/9
1018/10 1018/13 1018/20 1019/1
1019/6 1020/1 1020/13 1020/14
1020/16 1020/16 1020/19 1031/2
1031/8 1031/13 1031/14 1032/12
1033/4 1033/10 1033/17 1033/20
1033/24 1034/4 1034/17 1034/19
1034/22 1037/7 1037/22 1038/13
1046/10 1049/7 1049/16 1063/4 1063/8
1063/11
**Georgia's [1]** 1056/17
**Georgians [8]** 962/21 963/1 1039/10
1039/14 1039/21 1039/23 1039/24
1040/12
**geospatial [1]** 1018/24
**get [21]** 976/7 977/10 1003/24 1008/9
1008/10 1008/24 1008/24 1009/13
1010/1 1028/9 1035/24 1036/1 1042/13
1043/23 1044/9 1049/22 1053/11
1058/8 1060/18 1060/19 1061/14
**getting [6]** 975/16 1017/16 1022/3
1028/7 1041/14 1042/12
**give [11]** 963/9 994/3 995/20 1024/11
1043/2 1044/18 1045/18 1057/9
1057/24 1058/7 1058/14
**given [5]** 966/13 988/11 1043/3
1052/23 1053/4
**giving [5]** 963/6 963/23 964/8 964/19
1058/3
**go [17]** 968/11 978/19 981/16 997/12
1000/19 1001/12 1008/18 1010/18
1010/20 1012/22 1019/21 1021/22
1036/12 1043/19 1043/23 1048/16
1048/20
**goal [4]** 1045/22 1055/23 1056/2
1056/12
**goes [5]** 973/24 1008/23 1025/3
1044/19 1049/10
**going [34]** 960/23 961/7 974/3 974/6
980/3 985/24 992/1 996/11 1000/22
1003/14 1006/10 1006/15 1006/21
1010/16 1014/10 1014/21 1016/20
1019/19 1022/9 1022/18 1022/24
1024/19 1025/11 1028/5 1028/25
1040/5 1041/5 1045/13 1045/16
1045/18 1049/12 1049/13 1057/25
1058/10
**gone [1]** 1027/14
**good [5]** 971/24 972/14 1049/18
1054/14 1057/18
**GOP [9]** 986/10 1001/21 1001/25
1002/4 1002/4 1002/10 1002/12
1002/21 1003/2
**got [13]** 977/24 982/1 982/4 982/11
982/13 982/16 986/4 1004/23 1015/15
1016/16 1017/2 1037/13 1059/24
**gotten [2]** 975/24 976/1
**granularity [7]** 1008/10 1008/24
1010/25 1011/19 1012/12 1014/8

**granularity... [1]** 1015/5
**great [1]** 973/22
**GREENBERG [1]** 958/15
**Gregg [6]** 974/19 984/1 984/3 984/6
1016/7 1018/4
**Gregg Phillips [1]** 1016/7
**GREGOR [1]** 958/14
**group [3]** 958/9 974/14 1024/17
**groups [1]** 993/6
**guess [7]** 968/9 980/19 995/17 999/18
1005/13 1009/18 1057/21
**guest [1]** 1055/21
**gut [3]** 982/4 982/14 1057/25

**H**

**hacked [1]** 999/16
**had [78]** 960/25 962/13 962/16 964/23
965/1 965/24 965/24 966/12 966/20
967/5 967/13 967/22 970/1 973/14
978/23 979/2 981/10 986/16 990/4
990/6 990/21 991/3 991/25 1000/4
1000/10 1001/6 1001/11 1001/19
1001/21 1001/23 1001/25 1002/2
1002/3 1002/10 1002/12 1002/21
1008/19 1008/19 1008/21 1008/25
1009/13 1009/15 1009/16 1010/22
1011/1 1011/10 1011/22 1012/9 1014/2
1014/23 1015/1 1015/1 1015/22 1017/1
1017/1 1019/18 1021/23 1022/5 1022/6
1022/13 1022/14 1023/6 1023/8 1024/4
1025/23 1031/6 1039/13 1039/19
1039/23 1041/21 1041/22 1042/13
1047/20 1051/11 1053/5 1058/11
1058/13 1063/10
**hadn't [3]** 1029/17 1045/3 1049/22
**Hall [1]** 960/2
**hand [2]** 1047/10 1063/12
**handed [2]** 988/16 1051/8
**handle [1]** 984/16
**handled [3]** 980/10 980/11 1005/19
**handling [1]** 980/9
**happen [1]** 1048/19
**happened [5]** 989/20 1037/2 1043/12
1043/17 1044/21
**happening [1]** 1037/14
**happy [2]** 1059/7 1059/9
**hard [1]** 1004/7
**HARDY [1]** 958/4
**has [24]** 1/6 963/20 966/7 971/23 976/5
977/3 977/8 983/16 985/18 986/13
988/11 996/14 999/15 1004/25 1033/3
1035/10 1035/13 1036/11 1046/15
1052/20 1055/11 1055/25 1056/20
1059/19
**hashtag [3]** 984/9 984/21 997/8
**hashtags [4]** 977/24 977/25 983/13
983/13
**hasn't [1]** 985/20
**have [124]**
**haven't [7]** 976/1 976/3 977/1 996/5
1010/7 1025/22 1047/11
**having [6]** 960/9 996/16 1011/21
1012/17 1057/24 1058/15
**he [56]** 962/16 962/21 962/21 962/24
963/3 964/1 972/14 973/2 976/5 976/6
978/2 981/4 982/8 984/2 985/20 990/25

991/11 991/13 991/25 991/25 994/14
994/23 995/14 995/14 995/14 998/3
1000/12 1001/11 1003/17 1003/18
1003/19 1003/20 1005/7 1005/23
1005/25 1007/15 1008/17 1008/23
1008/24 1014/11 1018/14 1021/10
1027/3 1027/22 1028/4 1028/13 1040/6
1040/21 1041/3 1041/4 1043/1 1045/12
1045/16 1047/3 1047/18 1051/11
**he'll [1]** 972/24
**he's [3]** 1007/18 1027/12 1047/4
**head [1]** 1035/17
**heading [1]** 1018/12
**hear [3]** 979/22 995/11 1038/24
**heard [3]** 974/16 1010/7 1024/1
**hearing [8]** 1009/9 1009/20 1009/21
1010/13 1027/14 1027/20 1030/1
1049/7
**hearings [2]** 1029/14 1030/5
**hearsay [22]** 985/16 995/19 996/12
996/13 996/15 996/17 1003/15 1005/14
1006/19 1006/19 1006/23 1006/25
1007/6 1007/23 1010/5 1016/9 1016/11
1016/19 1017/15 1025/5 1025/6
1025/16
**held [1]** 1063/10
**help [2]** 963/1 989/25
**helping [1]** 1046/16
**her [27]** 977/10 977/12 977/15 978/1
978/2 979/12 980/2 980/6 980/25
981/12 985/22 998/21 1000/13 1006/7
1006/7 1007/12 1009/20 1010/15
1010/16 1013/9 1017/4 1025/22 1027/3
1027/8 1042/21 1050/3 1058/24
**here [31]** 961/15 965/2 965/8 965/22
967/15 967/16 970/4 985/22 991/7
992/19 993/20 999/14 1000/2 1005/1
1005/11 1006/4 1007/20 1008/18
1008/23 1010/15 1016/6 1019/25
1020/9 1025/24 1027/19 1027/21
1028/5 1047/4 1053/22 1058/9 1059/14
**Here's [1]** 1044/11
**hereby [1]** 1063/8
**HEREDIA [4]** 957/3 1042/20 1042/22
1042/23
**hereunto [1]** 1063/12
**Hero [13]** 974/16 975/7 975/21 976/17
976/22 977/9 978/17 978/22 978/24
979/19 982/21 984/7 985/2
**Hi [1]** 1054/15
**highly [1]** 977/18
**him [20]** 986/18 987/19 1009/2 1009/3
1015/8 1021/19 1023/7 1028/14 1043/2
1043/3 1043/22 1044/18 1045/12
1045/15 1047/5 1047/10 1047/10
1047/11 1047/12 1048/21
**himself [1]** 985/22
**his [14]** 971/2 972/11 972/12 976/10
1003/23 1009/11 1010/23 1011/4
1011/6 1021/13 1023/2 1027/22 1029/7
1047/9
**history [2]** 983/11 1031/14
**hold [13]** 972/1 972/6 972/15 981/24
982/6 998/19 998/20 998/25 1000/11
1011/25 1013/20 1013/20 1016/8
**holding [2]** 980/17 980/19
**Honor [52]** 964/6 971/13 975/8 975/17
976/4 976/23 977/16 979/3 979/13

978/23 981/17 985/13 986/5 986/6
988/7 994/3 994/5 994/25 995/5 995/21
995/22 996/18 1000/12 1004/23 1005/2
1006/12 1008/6 1009/24 1009/25
1013/5 1017/17 1025/8 1025/17 1026/2
1027/12 1028/7 1028/17 1030/9
1030/12 1031/17 1032/19 1040/16
1047/1 1050/1 1050/9 1054/8 1057/4
1057/8 1059/5 1060/3 1060/10 1061/24
**HONORABLE [1]** 957/12
**hopefully [1]** 1037/2
**host [1]** 1055/19
**hotline [11]** 1023/6 1031/6 1031/13
1031/23 1033/2 1033/4 1033/10
1033/12 1037/23 1038/9 1038/10
**hours [1]** 961/19
**how [22]** 964/2 965/21 966/21 967/24
977/20 977/22 990/19 991/1 993/6
997/18 997/23 1001/10 1002/17
1005/18 1010/14 1020/5 1020/24
1044/5 1051/2 1051/20 1054/2 1055/6
**however [4]** 1/7 965/21 967/24 1054/1
**HUGHES [1]** 958/21
**huh [5]** 977/21 998/7 1002/23 1011/3
1046/23
**Humans [1]** 968/15
**hypothetical [1]** 1041/6
**hypothetically [1]** 1045/15

**I**

**I'd [14]** 960/13 963/12 967/2 971/8
971/19 974/14 980/1 1012/19 1013/4
1032/7 1038/4 1050/4 1052/16 1053/15
**I'll [29]** 962/19 964/3 964/6 972/15
976/9 976/10 979/22 985/25 988/11
988/21 989/14 992/1 994/5 996/19
997/24 1009/6 1016/15 1019/17
1024/12 1026/8 1026/23 1027/16
1029/3 1058/6 1058/23 1058/24
1058/24 1059/12 1061/20
**I'm [104]** 960/23 961/7 961/15 961/15
961/21 964/21 965/8 965/12 965/13
967/12 967/25 975/16 976/3 977/11
980/14 980/14 980/17 982/1 982/8
985/4 985/24 987/9 987/19 990/1
993/17 993/25 994/1 996/11 996/23
996/25 997/18 997/22 997/22 997/22
997/24 998/13 1002/19 1002/19
1003/14 1004/2 1004/3 1004/6 1004/6
1005/16 1006/10 1006/15 1006/19
1006/21 1007/1 1007/1 1007/2 1007/16
1007/19 1007/20 1007/21 1008/2
1008/4 1009/9 1009/21 1009/23 1010/4
1010/15 1010/16 1013/5 1013/11
1013/22 1014/10 1015/24 1016/13
1017/3 1019/13 1019/15 1019/19
1019/24 1020/2 1027/14 1028/5
1028/15 1028/25 1029/21 1035/21
1035/21 1036/18 1037/1 1038/6 1040/5
1040/11 1041/14 1043/9 1043/13
1043/16 1044/20 1045/10 1045/13
1045/16 1049/12 1049/13 1051/19
1054/1 1055/16 1056/11 1057/19
1059/11 1059/18
**I've [16]** 982/1 982/3 982/11 982/13
986/3 995/13 1003/1 1004/23 1009/15
1009/16 1011/20 1012/16 1016/19
1023/4 1040/4 1055/25

**I**

**idea [4]** 997/5 997/11 1021/17 1045/5
**identification [1]** 1030/13
**identified [7]** 968/17 994/9 996/14 1018/1 1020/20 1020/24 1030/13
**identify [7]** 962/3 976/12 976/16 996/12 1011/19 1020/25 1045/6
**III [2]** 1021/15 1021/15
**illegal [3]** 963/7 963/9 963/21
**image [2]** 982/25 1048/8
**immediately [2]** 989/20 1042/7
**impact [2]** 968/8 968/14
**implement [1]** 1036/20
**implicated [1]** 1050/3
**implies [2]** 1000/15 1028/23
**implying [1]** 962/25
**important [5]** 973/21 974/6 1023/11 1042/4 1044/25
**importantly [1]** 985/15
**impressions [2]** 1017/2 1017/2
**inaccurate [1]** 1045/2
**inactive [2]** 1045/24 1045/25
**INC [2]** 957/3 957/7
**include [4]** 995/25 1007/23 1018/25 1059/23
**included [1]** 995/22
**includes [1]** 984/9
**including [4]** 983/18 1018/20 1031/7 1057/15
**inconsistent [3]** 967/14 979/24 980/5
**incorrect [3]** 970/6 1031/25 1044/17
**indicated [3]** 963/5 1052/6 1058/11
**indicates [2]** 1030/6 1052/13
**indicating [1]** 1027/19
**individual [2]** 998/4 1048/6
**individual's [1]** 1010/2
**individuals [16]** 960/20 962/8 962/12 962/22 967/18 968/19 969/21 969/25 972/4 1015/20 1016/1 1033/17 1035/11 1035/18 1036/3 1049/14
**ineligible [6]** 984/17 1039/4 1039/11 1040/13 1040/14 1045/7
**inference [9]** 979/10 979/11 979/17 979/24 980/4 980/5 980/25 981/6 981/7
**inferences [1]** 981/8
**information [8]** 972/3 972/8 1003/24 1035/11 1035/19 1035/24 1036/1 1042/14
**initially [1]** 967/23
**ink [4]** 1004/4 1004/9 1004/10 1011/14
**install [1]** 1001/12
**instance [2]** 968/17 1052/21
**instances [1]** 1005/12
**instead [5]** 1011/20 1012/16 1012/25 1013/2 1059/14
**instructed [2]** 962/11 1030/4
**instructing [1]** 999/2
**integrity [19]** 986/22 1023/6 1031/13 1031/23 1033/2 1033/4 1033/9 1033/10 1033/12 1034/23 1037/23 1038/9 1054/19 1054/25 1055/6 1055/24 1056/3 1056/6 1056/7
**intend [5]** 1036/16 1036/20 1050/9 1060/23 1061/2
**intent [4]** 963/9 1025/20 1037/4 1041/23
**intention [2]** 973/3 973/5

**interchange [1]** 1015/3
**interest [4]** 979/12 980/25 981/9 981/12
**interested [1]** 1003/20
**interim [1]** 1009/5
**interject [3]** 1004/23 1005/13 1006/5
**interpret [1]** 1039/15
**interpreting [1]** 1006/1
**interrupted [1]** 979/7
**INTERVENOR [1]** 958/17
**intimidation [1]** 1025/13
**introduce [1]** 1030/18
**introduced [3]** 986/16 1042/7 1044/7
**invitation [3]** 999/10 1001/11 1010/1
**invited [2]** 999/7 1001/15
**invoice [13]** 984/1 1014/24 1017/23 1018/6 1018/14 1018/15 1018/16 1018/19 1018/19 1018/22 1019/5 1019/8 1020/7
**invoices [1]** 1020/8
**involved [8]** 977/3 977/19 1005/10 1016/1 1016/3 1046/17 1055/7 1056/6
**involvement [1]** 1022/8
**involving [1]** 1018/23
**irrelevant [4]** 1025/12 1025/18 1025/18 1025/20
**is [275]**
**isn't [4]** 977/3 986/16 1003/11 1018/19
**isolated [1]** 1030/7
**issue [4]** 964/13 1001/12 1005/1 1055/7
**issued [2]** 1039/13 1052/20
**issues [1]** 979/5
**it [260]**
**it's [70]** 961/17 963/17 970/21 973/25 979/23 980/4 984/21 985/8 985/11 985/12 990/25 991/21 991/25 992/20 997/19 999/15 1002/6 1004/3 1004/3 1004/7 1004/7 1005/7 1005/13 1005/17 1005/24 1007/7 1010/4 1010/5 1010/9 1014/25 1014/25 1017/16 1018/15 1019/20 1021/20 1023/11 1024/21 1025/8 1025/9 1025/17 1025/18 1025/18 1025/18 1025/20 1025/20 1025/20 1025/21 1025/22 1027/22 1028/18 1028/18 1028/19 1028/21 1030/19 1036/4 1036/14 1036/14 1036/25 1042/4 1043/19 1044/25 1045/1 1048/22 1052/8 1053/20 1053/20 1054/18 1061/3 1061/5 1061/9
**item [3]** 1018/6 1018/8 1018/9
**items [2]** 1010/3 1011/7
**its [8]** 990/4 992/4 992/9 994/9 999/23 1048/10 1051/17 1055/12
**itself [1]** 1048/16
**IV3 [5]** 1035/13 1035/16 1036/1 1037/6 1037/11

**J**

**JACOB [1]** 958/7
**JAKE [1]** 958/15
**James [8]** 960/14 960/18 960/20 960/23 962/11 964/23 965/23 1021/15
**JANE [1]** 957/4
**January [12]** 993/23 997/24 999/11 999/25 999/25 1000/5 1001/7 1001/13 1001/15 1019/3 1038/4 1052/16
**January 2022 [4]** 993/23 997/24

**January 6th [7]** 999/11 999/25 999/25 1000/5 1001/7 1001/13 1001/15
**JENNIFER [2]** 958/19 1054/16
**Jerry [10]** 968/3 1026/4 1026/9 1026/13 1026/20 1026/23 1028/2 1029/5 1029/8 1050/19
**Jim [2]** 1022/14 1022/16
**job [1]** 1037/4
**JOCELYN [2]** 957/3 1042/20
**Joe [2]** 971/4 971/11
**Joe Martin [1]** 971/11
**joint [1]** 995/14
**JONES [1]** 957/12
**Joseph [3]** 1059/6 1060/4 1061/21
**judge [7]** 957/13 982/4 982/14 996/16 1008/19 1044/13 1058/16
**judgment [1]** 1061/4
**JUDY [1]** 958/20
**July [3]** 978/13 982/20 985/2
**July 19 [1]** 985/2
**July 19th [2]** 978/13 982/20
**jury [2]** 996/16 1060/5
**just [94]** 965/6 965/7 965/10 965/16 970/12 970/21 976/17 976/24 977/15 977/20 977/22 978/2 979/25 981/23 983/6 983/23 983/24 985/1 986/3 987/19 988/16 990/21 992/24 993/5 994/2 994/9 995/5 996/3 996/23 997/7 999/15 999/16 999/19 999/23 1001/11 1002/2 1003/17 1004/3 1005/20 1007/15 1007/18 1007/22 1007/25 1008/25 1009/6 1009/10 1010/4 1012/2 1014/24 1016/24 1019/9 1022/23 1023/10 1023/23 1027/15 1030/15 1032/6 1033/12 1033/13 1034/7 1036/25 1037/13 1040/7 1041/5 1044/7 1044/22 1044/22 1046/11 1046/12 1046/16 1047/4 1047/6 1047/6 1047/21 1048/16 1048/20 1049/8 1049/20 1050/1 1050/3 1053/11 1053/15 1053/20 1054/2 1054/17 1055/2 1055/4 1055/5 1057/21 1059/10 1060/22 1060/22 1061/11
**JUSTICE [1]** 958/21

**K**

**keep [3]** 999/22 1024/19 1053/1
**keeping [1]** 1002/17
**kept [1]** 1000/7
**key [1]** 1024/9
**kind [6]** 961/15 980/4 986/3 1004/7 1009/1 1054/24
**kinds [2]** 1036/10 1055/4
**knew [5]** 1015/8 1022/6 1022/7 1049/19 1049/19
**know [88]** 960/16 964/11 966/11 966/20 967/24 968/23 969/5 973/20 973/25 976/23 977/5 977/14 977/24 978/3 980/2 980/20 990/9 990/10 990/18 991/7 992/2 992/15 992/16 997/11 997/19 997/21 998/5 998/25 999/19 1000/8 1000/22 1000/23 1001/9 1003/18 1003/19 1005/12 1006/4 1006/5 1006/22 1007/22 1008/4 1008/24 1013/3 1014/3 1014/23 1015/10 1016/4 1022/5 1022/7 1023/10 1027/22 1029/9 1030/7 1030/15

**K**

**know... [34]** 1030/15 1037/9 1037/9 1040/6 1043/11 1044/8 1045/1 1045/2 1045/9 1045/20 1045/21 1046/4 1046/24 1047/10 1047/11 1047/15 1048/22 1048/23 1049/8 1049/9 1049/21 1049/24 1050/8 1052/5 1052/8 1052/8 1052/11 1052/13 1052/24 1053/5 1053/14 1056/5 1058/8 1058/11
**knowledge [5]** 967/8 967/9 977/8 985/23 1029/16
**known [4]** 984/14 1011/22 1012/18 1022/14

**L**

**lack [1]** 1006/22
**laid [2]** 962/19 976/4
**large [2]** 973/25 974/2
**Largest [1]** 983/10
**laser [1]** 1032/12
**last [9]** 960/13 971/20 980/13 982/3 1009/14 1009/15 1012/2 1032/9 1033/1
**lasted [1]** 1024/12
**Lastly [1]** 1038/19
**late [1]** 996/4
**later [3]** 1005/1 1030/14 1059/13
**launch [9]** 989/3 991/5 991/20 1036/11 1036/16 1036/20 1036/24 1037/6 1037/11
**launched [6]** 990/4 990/6 991/4 992/9 1031/23 1036/12
**launches [1]** 1031/12
**launching [6]** 987/17 988/1 988/15 988/23 990/15 997/15
**law [3]** 958/9 984/17 1030/4
**LAWRENCE [2]** 958/4 958/5
**LAWRENCE-HARDY [1]** 958/4
**lawsuit [6]** 998/17 1020/14 1020/16 1020/18 1020/20 1020/23
**lawsuits [6]** 1019/25 1021/4 1023/25 1024/5 1024/9 1056/20
**lead [3]** 986/9 987/12 987/13
**lead-up [3]** 986/9 987/12 987/13
**learn [1]** 1060/6
**least [7]** 971/1 994/8 994/9 994/23 1020/2 1023/5 1044/8
**leave [5]** 962/19 980/24 1009/6 1024/12 1059/4
**leaving [1]** 1041/17
**led [2]** 1014/21 1018/4
**left [1]** 1061/17
**legal [5]** 1011/23 1012/20 1021/13 1022/23 1023/14
**LESLIE [1]** 958/9
**let [19]** 960/16 967/15 980/14 981/22 995/12 996/11 1005/20 1005/20 1013/14 1023/3 1023/3 1027/3 1032/2 1044/11 1050/8 1051/1 1056/5 1058/10 1060/6
**let's [11]** 983/1 1010/18 1010/19 1013/14 1024/20 1040/7 1041/6 1045/15 1050/11 1050/12 1058/4
**letter [9]** 989/24 1026/13 1026/16 1027/19 1030/6 1042/15 1049/6 1049/6 1050/24
**letters [4]** 972/1 972/3 972/7 989/21
**level [1]** 1045/22

**levelheaded [1]** 1042/17
**lie [4]** 1040/3 1040/3 1040/3 1040/4
**lie-lie [1]** 1040/3
**like [33]** 960/13 963/12 967/2 970/12 971/8 971/19 974/14 975/5 975/10 975/13 978/6 979/20 980/12 986/8 986/12 993/22 994/25 995/2 1008/9 1015/16 1015/18 1019/3 1022/6 1038/4 1040/3 1042/10 1046/3 1049/17 1050/4 1052/16 1057/16 1059/5 1060/23
**likely [4]** 961/1 962/14 973/21 1060/14
**limited [1]** 986/25
**line [25]** 1/6 962/4 964/15 964/16 971/21 971/22 993/25 997/6 1004/24 1018/6 1018/8 1018/9 1025/15 1038/5 1038/5 1038/7 1038/7 1039/8 1039/22 1051/5 1051/12 1052/19 1052/19 1059/15 1059/16
**Line 12 [1]** 964/15
**Line 145 [1]** 993/25
**Line 15 [1]** 1038/5
**Line 17 [2]** 1038/5 1038/7
**Line 22 [1]** 1052/19
**Line 3 [2]** 1038/5 1038/7
**Line 5 [1]** 964/16
**lines [6]** 972/12 993/23 1008/1 1019/4 1019/14 1019/23
**Lines 2 [3]** 1019/4 1019/14 1019/23
**list [40]** 966/4 970/22 970/23 971/1 972/4 972/17 972/22 973/4 975/23 976/14 976/15 984/18 994/10 1043/5 1043/6 1046/1 1046/19 1048/12 1048/15 1048/21 1051/17 1051/22 1052/2 1052/3 1052/9 1052/21 1052/23 1053/4 1053/13 1053/18 1053/19 1053/23 1054/5 1055/12 1056/9 1056/13 1056/18 1057/2 1059/16 1060/11
**listen [1]** 1059/12
**listing [1]** 1019/9
**lists [8]** 966/1 966/8 966/9 967/20 969/22 970/15 1022/19 1051/19
**litigate [1]** 1021/11
**litigation [3]** 1020/18 1037/8 1037/11
**little [12]** 965/8 970/13 981/2 981/15 986/11 993/7 1010/18 1010/19 1041/22 1044/22 1045/1 1053/1
**live [1]** 1036/12
**lived [2]** 1034/15 1034/17
**lives [2]** 969/5 970/5
**living [1]** 1034/9
**LLC [1]** 958/5
**LLP [2]** 958/9 958/15
**local [1]** 1035/14
**log [1]** 1036/15
**logo [1]** 985/1
**logos [1]** 975/21
**long [4]** 961/16 1000/22 1054/19 1061/14
**long-time [1]** 1054/19
**look [13]** 961/2 961/2 961/12 962/23 972/15 972/24 975/10 984/24 989/9 1004/9 1015/1 1022/16 1033/1
**looked [5]** 969/17 973/23 981/3 991/13 1038/13
**looking [2]** 988/3 1005/11
**looks [1]** 975/13
**lose [3]** 968/20 969/12 969/19

**lost [2]** 981/15 1053/11
**lot [10]** 966/23 968/15 974/3 974/8 1012/5 1041/5 1042/24 1043/11 1060/7 1061/7
**lots [1]** 1055/3

**M**

**ma'am [2]** 960/4 1025/1
**Maddie [1]** 1047/14
**made [13]** 966/11 969/6 970/4 982/8 986/17 986/18 994/9 994/15 1001/11 1025/10 1031/1 1034/4 1055/14
**Madison [2]** 1046/20 1047/14
**maintenance [5]** 1055/12 1056/10 1056/13 1056/18 1057/2
**major [1]** 1035/4
**majors [1]** 1035/6
**make [26]** 962/18 970/13 973/22 973/22 977/11 982/4 982/11 985/25 986/2 992/22 1006/18 1007/13 1013/11 1013/18 1013/21 1022/23 1030/20 1032/6 1040/19 1040/20 1040/21 1041/14 1042/12 1043/17 1060/17 1060/19
**makes [1]** 966/16
**making [1]** 982/1
**mandates [1]** 1030/4
**manner [1]** 1019/9
**many [11]** 966/22 989/19 1002/17 1005/10 1014/24 1037/13 1037/13 1046/11 1048/15 1048/18 1049/22
**MARCOS [1]** 958/8
**marginally [1]** 1037/3
**mark [5]** 967/17 967/18 987/7 987/14 995/2
**marked [5]** 995/1 1030/13 1030/15 1030/21 1032/7
**marketing [4]** 1035/1 1035/3 1035/5 1035/6
**markings [1]** 985/9
**Martian's [1]** 972/15
**Martin [9]** 971/4 971/11 973/7 1021/16 1045/20 1059/6 1060/5 1060/7 1061/21
**Martin's [1]** 972/6
**Marvin [1]** 1021/15
**mass [4]** 962/13 962/25 983/21 992/4
**master [4]** 1018/16 1018/23 1018/25 1020/12
**match [3]** 975/21 976/21 1006/16
**matches [2]** 976/8 984/25
**matter [18]** 980/12 1005/12 1005/24 1007/2 1007/4 1007/7 1007/11 1007/12 1007/16 1007/20 1008/3 1009/19 1010/6 1013/2 1025/9 1025/15 1054/5 1063/11
**may [32]** 1/2 1/4 960/3 960/5 968/8 977/23 988/7 988/9 990/1 995/5 996/15 1005/25 1020/5 1021/21 1022/12 1026/1 1027/5 1028/10 1029/2 1029/11 1030/8 1030/9 1030/12 1043/7 1044/22 1046/11 1046/19 1047/1 1047/7 1051/1 1052/12 1053/10
**maybe [11]** 962/2 977/7 977/10 977/14 982/14 1005/21 1012/4 1018/10 1027/14 1041/4 1059/22
**McCLAFFERTY [1]** 958/5
**McQUEEN [1]** 958/8
**me [48]** 960/16 964/23 964/24 964/25

**M**

**me... [44]** 964/25 965/1 967/15 973/14
975/17 979/10 979/11 979/15 980/24
981/22 981/22 989/8 991/22 992/19
994/3 995/10 995/12 996/11 1005/20
1007/18 1015/1 1017/4 1017/7 1021/6
1023/1 1023/3 1023/3 1023/11 1023/13
1032/3 1038/1 1041/1 1043/15 1044/11
1047/17 1050/6 1051/1 1051/8 1058/7
1058/10 1059/12 1059/13 1059/14
1060/6
**mean [33]** 962/16 964/25 965/19 970/1
970/14 991/25 998/25 1000/8 1000/19
1000/20 1002/16 1006/3 1008/19
1009/6 1015/1 1015/9 1016/4 1020/9
1027/22 1036/15 1037/2 1039/15
1040/23 1043/7 1043/7 1049/22
1051/19 1052/12 1052/13 1054/1
1056/4 1056/14 1056/15
**meaning [2]** 962/12 1025/17
**means [1]** 1053/16
**meant [2]** 1006/1 1041/19
**MECHANICAL [1]** 957/20
**media [3]** 1055/14 1055/17 1055/25
**meet [2]** 974/6 987/19
**meeting [3]** 986/21 987/1 1003/1
**MELLETT [1]** 958/20
**memorize [1]** 1035/25
**memory [3]** 968/4 988/3 1052/5
**mentioned [8]** 965/25 973/10 994/23
995/15 1001/3 1001/3 1022/8 1033/16
**message [3]** 988/5 999/6 1007/9
**messages [1]** 999/14
**met [8]** 973/24 987/17 987/21 997/13
997/14 1003/1 1055/11 1056/17
**methodologies [1]** 992/17
**methodology [2]** 992/25 993/2
**MICHAEL [1]** 958/13
**MICHELLE [1]** 958/5
**middle [1]** 979/14
**might [9]** 962/2 962/2 968/9 981/8
985/17 998/21 1003/15 1010/12
1057/17
**military [8]** 968/18 968/20 968/23
969/1 969/5 969/6 969/11 969/16
**million [1]** 1014/23
**million-dollar [1]** 1014/23
**mind [2]** 980/4 1047/6
**mind-boggling [1]** 980/4
**mine [1]** 972/14
**minute [2]** 1050/1 1058/7
**minutes [4]** 961/19 1047/8 1058/1
1059/16
**mischaracterized [1]** 1000/13
**mischaracterizes [1]** 1012/24
**misgiving [1]** 1016/3
**misleading [1]** 1013/3
**misplaced [1]** 1013/3
**mispronouncing [1]** 1046/19
**miss [1]** 1013/12
**MOCINE [1]** 958/8
**MOCINE-McQUEEN [1]** 958/8
**moment [2]** 976/6 995/5
**Monday [1]** 1028/11
**money [2]** 1022/3 1024/11
**month [1]** 1005/1
**months [2]** 1001/17 1045/5

**more [28]** 961/2 981/15 982/6 987/19
1001/19 1001/23 1002/1 1002/2 1002/7
1002/13 1002/15 1002/24 1003/3
1003/24 1005/20 1015/15 1016/11
1019/23 1021/20 1023/18 1025/4
1027/18 1028/23 1054/17 1058/1
1058/25
**morning [6]** 1009/17 1050/13 1057/11
1058/5 1060/14 1062/1
**MORRISON [1]** 958/8
**most [3]** 985/15 1031/13 1047/25
**motion [4]** 979/4 979/5 985/24 1061/4
**motivations [3]** 968/9 968/13 968/15
**move [18]** 968/5 969/19 970/13 971/13
975/8 985/13 994/5 995/1 999/7 999/10
999/13 999/17 1001/15 1006/13
1017/19 1017/19 1031/17 1032/19
**moved [3]** 1000/9 1000/9 1022/2
**Mr [4]** 959/5 965/9 1050/10 1050/11
**Mr. [137]**
**Mr. Bopp [17]** 979/7 980/9 980/15
980/16 980/20 981/25 982/2 982/8
982/8 1021/14 1021/16 1021/23 1022/4
1022/5 1023/1 1024/10 1024/11
**Mr. Bopp's [1]** 1023/14
**Mr. Cooper [4]** 961/8 961/13 972/9
972/24
**Mr. Cooper's [1]** 961/3
**Mr. Derek Somerville [2]** 987/8 987/15
**Mr. Engelbrecht [2]** 982/19 1058/22
**Mr. Eshelman [18]** 1003/11 1003/16
1004/15 1004/25 1006/11 1006/25
1008/9 1009/16 1010/23 1011/4 1011/6
1011/15 1011/18 1012/8 1012/9 1014/9
1021/25 1022/4
**Mr. Eshelman's [2]** 1008/20 1024/11
**Mr. Evans [3]** 980/11 981/24 1028/11
**Mr. Gasaway [3]** 1047/2 1047/18
1048/4
**Mr. Gregg [2]** 974/19 1018/4
**Mr. James [1]** 962/11
**Mr. Jerry [1]** 1026/20
**Mr. Joseph [1]** 1059/6
**Mr. Mark [3]** 967/17 987/7 987/14
**Mr. Martian's [1]** 972/15
**Mr. Martin [3]** 973/7 1045/20 1060/7
**Mr. Martin's [1]** 972/6
**Mr. Phillips [6]** 974/24 975/2 978/17
978/21 985/21 987/23
**Mr. Phillips' [1]** 1024/17
**Mr. Powell [2]** 980/10 981/24
**Mr. Somerville [45]** 987/17 987/25
988/5 988/14 988/22 989/6 989/16
990/7 990/11 990/15 990/22 991/4
991/10 991/18 991/23 992/5 992/10
992/18 993/2 993/9 994/8 994/14
994/18 994/22 995/13 997/5 997/13
997/14 998/1 998/11 998/14 999/7
999/13 999/25 1000/5 1001/6 1001/15
1001/20 1001/24 1002/3 1002/7
1002/13 1002/16 1002/24 1003/3
**Mr. Somerville's [2]** 993/11 996/15
**Mr. Williams [1]** 967/21
**Mr. Wynne [14]** 977/13 979/22 980/7
995/4 1005/7 1005/23 1006/15 1025/3
1027/7 1057/9 1057/18 1057/20
1058/10 1060/21
**Ms [3]** 959/6 1025/2 1054/14

**Ms [44]** 960/12 968/6 969/8 977/8
978/6 979/8 979/18 980/23 981/4
981/10 981/20 985/17 986/8 995/16
995/18 996/14 996/22 996/22 997/4
1006/21 1007/3 1007/8 1008/4 1008/8
1014/7 1014/15 1014/18 1016/18
1017/22 1026/4 1027/6 1027/11
1030/25 1032/9 1034/8 1039/6 1042/20
1047/25 1050/14 1050/19 1052/17
1058/12 1058/15 1058/20
**Ms. Engelbrecht [40]** 960/12 968/6
969/8 977/8 978/6 979/8 979/18 980/23
981/4 981/10 981/20 985/17 986/8
995/16 996/14 996/22 997/4 1006/21
1007/8 1008/4 1008/8 1014/7 1014/15
1014/18 1016/18 1017/22 1026/4
1027/6 1027/11 1030/25 1032/9 1034/8
1039/6 1047/25 1050/14 1050/19
1052/17 1058/12 1058/15 1058/20
**Ms. Engelbrecht's [2]** 995/18 1007/3
**Ms. Jocelyn [1]** 1042/20
**Ms. Somerville [1]** 996/22
**much [3]** 1009/17 1042/6 1046/11
**Muscogee [2]** 1043/11 1045/10
**Muscogee County [1]** 1043/11
**must [2]** 961/2 1032/4
**my [54]** 963/20 963/21 965/20 967/8
967/9 968/4 969/9 969/10 970/12
970/19 972/13 974/11 978/24 981/22
982/11 988/3 988/11 988/11 988/13
989/14 991/1 993/7 995/12 995/13
995/14 999/15 999/22 1004/24 1005/9
1009/18 1011/22 1012/19 1013/15
1013/18 1014/6 1014/15 1021/24
1022/20 1022/22 1027/14 1028/2
1029/16 1030/18 1032/2 1032/5 1036/7
1043/19 1051/21 1054/16 1058/17
1058/20 1058/24 1060/25 1063/12

**N**

**name [10]** 968/3 976/18 1024/2
1024/14 1024/14 1024/17 1027/23
1042/21 1046/18 1054/16
**named [1]** 976/11
**names [14]** 975/22 1025/12 1042/19
1042/24 1043/1 1043/2 1043/7 1043/21
1043/22 1044/18 1045/12 1045/16
1045/18 1045/18
**nationwide [1]** 1031/24
**nature [1]** 966/10
**NCOA [5]** 968/6 968/20 969/1 969/11
970/1
**nearly [1]** 965/22
**necessarily [9]** 968/14 969/12 969/14
969/18 969/20 970/1 1022/23 1037/12
1037/15
**necessary [1]** 968/11
**need [13]** 961/8 977/5 981/15 986/3
1006/8 1030/21 1033/21 1033/25
1037/23 1038/10 1043/16 1058/14
1060/8
**negative [2]** 974/9 974/10
**never [3]** 975/12 1022/6 1034/17
**next [7]** 971/25 974/14 978/12 978/13
986/8 1024/2 1059/15
**Nicole [1]** 1021/16
**NKWONTA [4]** 958/6 959/5 965/9
1050/10

**N**

**no [61]** 962/19 963/11 965/2 967/8 970/10 970/10 971/16 973/5 973/6 978/19 979/2 986/24 990/6 991/7 991/21 992/20 992/24 993/21 995/17 1001/16 1007/13 1008/1 1012/15 1018/15 1018/22 1019/2 1019/7 1019/24 1021/17 1023/6 1023/15 1023/17 1024/5 1028/18 1030/2 1031/20 1032/6 1032/22 1034/16 1034/18 1034/19 1034/20 1034/21 1035/7 1035/9 1035/22 1039/15 1039/18 1039/21 1040/2 1040/15 1044/4 1045/19 1046/25 1047/13 1047/16 1049/12 1051/25 1054/1 1057/4 1061/11
**nobody [1]** 1049/21
**nods [1]** 1035/17
**non [2]** 1007/23 1025/16
**non-hearsay [2]** 1007/23 1025/16
**none [4]** 980/8 1033/20 1037/22 1038/8
**nonexistent [3]** 963/24 964/9 964/20
**nonresidents [3]** 963/24 964/10 964/20
**normal [2]** 1056/14 1061/5
**normally [2]** 1000/20 1046/17
**NORTHERN [4]** 957/1 1061/4 1063/4 1063/7
**not [167]**
**notations [1]** 967/16
**note [3]** 977/23 982/25 985/17
**notes [2]** 1021/25 1032/2
**nothing [5]** 973/23 1004/25 1027/21 1027/23 1057/7
**notice [5]** 970/1 998/19 998/20 998/25 999/2
**noticed [1]** 1042/19
**NOVEMBER [13]** 957/14 960/2 1004/14 1004/21 1006/11 1008/8 1010/24 1011/21 1012/8 1012/17 1031/24 1032/11 1063/13
**November 10th [1]** 1032/11
**November 15 [1]** 1008/8
**November 15th [4]** 1004/14 1004/21 1006/11 1010/24
**November 16th [1]** 1012/8
**November 5th [2]** 1011/21 1012/17
**now [34]** 961/2 965/25 966/23 971/10 971/19 972/6 973/10 977/24 979/10 979/16 979/16 981/1 981/14 982/9 986/14 987/6 987/25 991/18 995/13 996/3 996/9 1008/16 1015/17 1023/4 1024/20 1026/8 1028/13 1036/15 1039/8 1042/18 1045/2 1047/2 1058/12 1061/20
**number [14]** 1/5 1/6 957/6 966/18 966/20 973/22 973/25 974/3 981/7 982/12 985/18 1025/5 1028/12 1045/25
**number 364,000 [1]** 985/18
**Number 45 [1]** 1025/5
**numbers [4]** 1059/15 1059/15 1059/16 1059/16
**nuts [1]** 1055/6
**NVRA [2]** 969/16 1056/24

**O**

**object [16]** 961/7 996/24 1003/14

1006/8 1006/8 1006/24 1012/22 1012/24 1014/10 1016/19 1028/5 1028/15 1028/16 1028/22 1040/5 1059/20
**objecting [4]** 976/2 976/3 996/9 1006/19
**objection [36]** 961/10 964/1 964/3 965/4 971/15 971/16 971/17 976/10 985/15 995/17 996/15 996/19 996/25 997/1 1000/11 1004/24 1005/9 1005/14 1011/25 1012/1 1012/23 1016/8 1016/9 1016/16 1016/24 1016/25 1025/3 1025/5 1028/20 1029/1 1031/19 1031/20 1032/22 1032/23 1061/11 1061/21
**objections [4]** 975/14 1028/12 1031/21 1032/21
**observation [1]** 993/6
**obviously [1]** 1003/18
**occasions [1]** 1034/2
**occur [1]** 1002/17
**occurred [3]** 996/4 1014/2 1029/10
**October [2]** 961/1 962/14
**Odds [1]** 1058/22
**off [5]** 1050/13 1052/24 1053/5 1058/21 1061/17
**offer [3]** 975/24 976/5 1057/12
**offered [7]** 986/18 1007/7 1007/10 1007/13 1010/5 1010/5 1030/14
**offering [1]** 1007/19
**official [7]** 1/1 1/2 1/3 1/7 957/22 1063/6 1063/17
**officials [4]** 1055/11 1056/10 1056/13 1056/17
**often [4]** 1011/22 1012/18 1056/2 1056/4
**Oh [5]** 982/13 982/13 989/8 1043/25 1045/19
**Okay [26]** 964/17 968/2 991/15 993/21 994/2 994/21 997/1 997/2 1006/2 1007/17 1011/14 1029/21 1046/18 1050/5 1050/16 1052/18 1057/13 1058/21 1059/4 1059/25 1060/12 1060/17 1060/20 1060/21 1061/8 1061/19
**once [5]** 976/5 1003/2 1003/3 1008/17 1052/16
**one [41]** 960/20 967/18 971/1 972/14 974/22 978/10 979/5 982/6 984/6 985/18 986/25 994/3 994/8 994/9 1000/17 1003/23 1005/11 1006/10 1007/1 1010/2 1011/6 1011/7 1016/22 1018/6 1018/8 1019/8 1020/2 1026/5 1026/9 1037/15 1037/18 1037/21 1045/25 1048/9 1048/14 1049/16 1050/1 1050/3 1050/4 1057/15 1058/7
**one's [1]** 968/14
**one-way [1]** 1049/16
**ones [1]** 995/19
**only [16]** 1/2 1/6 966/4 967/12 969/16 973/17 980/6 995/15 1008/25 1008/25 1009/4 1015/9 1018/6 1022/9 1023/13 1045/16
**onward [3]** 999/25 1000/1 1000/5
**open [1]** 1057/19
**operations [2]** 978/17 978/21
**opinion [3]** 973/17 1022/20 1058/17
**opportunity [1]** 970/11

**opposed [3]** 1000/14 1014/11 1028/23
**opposing [2]** 1059/7 1059/19
**OPSEC [8]** 984/3 1017/23 1018/1 1018/20 1020/3 1020/18 1022/13 1024/17
**option [3]** 1057/10 1057/12 1057/14
**optional [1]** 1059/21
**order [2]** 1028/8 1036/2
**organization [7]** 974/16 974/19 975/1 975/3 978/18 1005/10 1049/11
**other [27]** 962/25 963/8 963/23 964/1 964/4 965/1 972/21 980/22 985/4 995/18 1005/12 1006/20 1007/24 1014/20 1017/5 1018/10 1018/12 1021/25 1023/15 1023/17 1028/11 1034/20 1034/21 1034/23 1035/6 1037/13 1045/15
**others [3]** 964/8 983/18 1011/6
**Otherwise [1]** 980/3
**our [21]** 969/7 973/17 973/18 989/22 990/6 993/4 996/1 996/8 1011/21 1011/23 1012/17 1012/19 1012/21 1022/8 1033/4 1043/4 1043/6 1052/24 1053/5 1056/10 1056/13
**out [18]** 962/19 964/22 986/1 992/1 996/2 996/3 996/6 1006/17 1021/23 1023/2 1023/7 1025/23 1041/17 1044/13 1045/9 1045/17 1047/6 1058/8
**outcome [1]** 1037/8
**outreach [1]** 1055/5
**oversaw [2]** 978/17 979/18
**oversee [1]** 978/21
**oversight [1]** 1032/5
**overturn [1]** 1020/19
**own [16]** 999/23 1023/2 1036/3 1036/8 1042/18 1048/10
**owns [1]** 984/3

**P**

**P.M [3]** 960/15 1008/9 1012/9
**packages [1]** 966/21
**page [51]** 1/5 959/2 960/13 961/12 961/20 963/12 964/15 964/16 965/19 967/6 971/20 975/6 975/11 975/13 976/11 976/25 978/6 978/9 978/12 978/13 981/20 982/19 985/2 985/5 985/6 989/8 994/1 994/2 994/19 994/20 997/4 999/6 1001/13 1004/1 1004/5 1004/10 1004/10 1011/14 1015/17 1015/19 1019/4 1019/13 1032/25 1038/5 1038/5 1038/6 1038/7 1039/8 1052/19 1059/15 1059/16
**Page 145 [2]** 994/1 994/2
**Page 182 [1]** 1019/4
**Page 19 [2]** 978/6 978/9
**Page 20 [4]** 981/20 985/2 985/5 985/6
**Page 238 [1]** 964/15
**Page 239 [1]** 964/16
**Page 257 [1]** 1052/19
**Page 301 [1]** 1004/5
**Page 314 [1]** 1011/14
**Page 39 [2]** 994/20 997/4
**Page 44 [2]** 999/6 1001/13
**Page 799 [2]** 1015/17 1015/19

**P**

**Page 94 [2]** 1038/5 1038/6
**Page 95 [2]** 1038/5 1038/7
**pages [6]** 988/16 988/19 989/9 991/14 997/25 1063/9
**Pages 145 [1]** 997/25
**Pages 3 [2]** 988/16 988/19
**Pages 4 [1]** 989/9
**Pages 8 [1]** 991/14
**paid [2]** 1021/11 1021/13
**PAIKOWSKY [1]** 958/19
**paper [1]** 1024/16
**paragraph [2]** 960/24 1033/1
**part [16]** 966/12 981/1 981/14 990/3 991/1 996/15 1006/21 1006/23 1012/2 1014/5 1014/6 1016/13 1031/13 1032/5 1033/10 1047/25
**partial [2]** 1/8 990/1
**participate [1]** 990/24
**particular [3]** 979/15 1006/20 1009/9
**particularly [1]** 1023/12
**Parties [1]** 1061/6
**partner [2]** 1039/16 1039/16
**partnered [3]** 1039/14 1039/23 1040/12
**partnering [1]** 1039/21
**partners [2]** 1039/9 1039/22
**partnership [8]** 986/15 987/4 1002/7 1002/7 1002/10 1002/12 1002/16 1002/18
**party [5]** 985/22 986/15 986/17 986/23 1006/20
**pass [3]** 1040/16 1040/18 1054/8
**passed [1]** 988/12
**passing [1]** 983/23
**pause [3]** 994/4 995/7 1050/2
**pay [1]** 1023/14
**payment [1]** 1018/22
**PDF [1]** 1/1
**pending [1]** 979/5
**people [12]** 964/4 968/6 973/22 990/25 1008/21 1016/4 1023/8 1025/12 1044/17 1044/20 1046/12 1049/13
**perception [1]** 1007/12
**perfectly [1]** 1030/23
**period [3]** 1/4 1000/20 1016/5
**Perkins [1]** 989/21
**Perkins Coie [1]** 989/21
**permanent [1]** 968/10
**permission [5]** 963/6 963/21 963/23 964/8 964/19
**permitted [1]** 1061/3
**person [6]** 963/20 987/18 995/15 1027/19 1045/14 1046/24
**personally [1]** 981/23
**Phillips [12]** 974/19 974/24 975/2 978/17 978/21 984/3 984/6 985/21 987/23 1016/7 1016/11 1018/4
**Phillips' [2]** 984/1 1024/17
**phone [8]** 999/15 1008/10 1008/24 1009/15 1010/22 1011/4 1011/7 1011/15
**phrase [1]** 983/25
**picture [1]** 1044/12
**pieces [1]** 1044/13
**place [2]** 1022/3 1035/10
**places [1]** 1059/21

**plain [1]** 979/13
**plaintiffs [17]** 957/5 958/3 971/13 975/8 980/13 980/16 980/21 982/7 982/7 985/13 994/25 995/2 1006/13 1023/2 1031/17 1032/19 1061/24
**plaintiffs' [30]** 960/12 967/2 967/6 967/10 971/9 975/5 975/10 978/7 981/21 982/20 983/1 995/3 996/20 997/4 1001/14 1002/11 1002/22 1003/8 1003/25 1017/21 1017/23 1020/20 1021/3 1023/12 1023/23 1031/10 1031/11 1032/10 1038/19 1038/25
**Plaintiffs' 22 [1]** 975/10
**plan [10]** 984/17 988/1 988/14 988/23 1023/25 1024/2 1024/7 1024/7 1024/10 1024/14
**planning [1]** 990/3
**plans [8]** 1016/23 1017/10 1017/10 1017/12 1021/24 1035/10 1036/11 1036/12
**platform [5]** 999/15 1001/10 1035/16 1035/18 1036/1
**play [6]** 967/25 1014/24 1057/16 1059/6 1059/17 1060/2
**played [2]** 1023/13 1060/5
**playing [1]** 1045/23
**please [6]** 971/8 972/1 972/14 1021/22 1029/3 1031/10
**PLLC [1]** 958/14
**plus [2]** 966/16 976/15
**PM [3]** 957/11 1024/24 1062/3
**podcast [2]** 978/10 1055/19
**podcasts [1]** 1055/21
**point [14]** 977/13 978/23 979/3 995/19 1005/14 1010/13 1013/8 1015/10 1017/17 1028/8 1028/13 1036/7 1049/23 1050/7
**pointed [1]** 1025/23
**polls [1]** 1055/3
**portion [1]** 1/4
**posed [1]** 1006/10
**position [1]** 1012/21
**possibility [1]** 985/21
**possible [3]** 1048/23 1052/8 1053/20
**post [26]** 966/14 966/15 975/20 976/24 977/2 977/3 977/25 978/9 978/14 979/20 982/20 982/22 985/2 989/1 989/2 991/5 991/19 1031/5 1031/11 1032/11 1032/16 1032/18 1033/16 1038/21 1039/3 1039/9
**Postal [1]** 968/11
**posting [1]** 977/4
**posts [3]** 976/17 979/18 1045/7
**potential [1]** 961/5
**potentially [7]** 970/15 992/5 1039/4 1039/11 1040/14 1045/6 1045/7
**POWELL [3]** 958/13 980/10 981/24
**powerful [1]** 991/1
**practice [1]** 1052/1
**predicate [2]** 976/4 1000/12
**preemptive [1]** 1039/4
**preemptively [5]** 989/6 989/16 1039/10 1039/19 1040/13
**prepare [2]** 967/19 1015/21
**prepared [1]** 966/21
**preparing [1]** 1015/23
**present [2]** 1006/24 1045/8
**presentation [1]** 1006/4

**presented [1]** 1038/17
**presenting [1]** 1003/10
**preserve [2]** 1001/2 1001/5
**president [5]** 974/23 974/23 978/16 978/16 1036/19
**presidents [2]** 984/6 984/7
**press [16]** 966/14 966/15 991/5 991/10 991/11 991/18 991/24 1031/5 1031/11 1032/11 1032/16 1034/6 1038/21 1039/3 1039/8 1039/13
**pretty [2]** 1046/1 1061/5
**prevent [1]** 1013/8
**previous [1]** 961/20
**previously [5]** 960/8 1022/15 1032/3 1051/8 1056/21
**primary [1]** 995/12
**principle [2]** 1005/13 1005/24
**print [2]** 967/19 967/22
**printout [1]** 975/6
**prior [2]** 998/20 1021/24
**probabilities [1]** 1022/21
**probable [1]** 1027/20
**probably [2]** 1058/7 1058/8
**problem [2]** 980/7 1032/6
**procedure [1]** 1041/10
**proceed [3]** 960/5 1026/1 1043/23
**proceeded [2]** 974/12 974/13
**proceedings [7]** 957/11 957/20 994/4 995/7 1050/2 1062/2 1063/9
**process [17]** 969/1 970/21 987/6 987/12 989/7 989/17 990/4 990/8 990/12 990/13 993/5 1041/12 1041/13 1041/21 1042/11 1055/6 1055/8
**processes [1]** 1056/6
**processing [1]** 970/9
**produce [1]** 996/7
**produced [4]** 957/21 961/18 967/17 995/24
**production [1]** 1038/12
**professionally [1]** 981/24
**program [9]** 991/6 991/20 1018/23 1036/12 1036/16 1036/20 1036/24 1037/6 1037/11
**programs [1]** 986/18
**prohibited [1]** 1/7
**project [5]** 973/16 1018/17 1020/2 1037/1 1046/17
**promote [1]** 1056/9 1056/18
**promoting [4]** 1055/24 1056/3 1056/6 1056/12
**pronouncing [1]** 1042/21
**properly [1]** 997/18
**proposal [7]** 1003/9 1015/22 1015/23 1016/2 1018/2 1023/24 1024/8
**propose [1]** 1011/20
**prospective [1]** 963/4
**prospectively [1]** 983/7
**provide [8]** 991/23 1012/12 1020/18 1022/9 1035/11 1048/7 1051/17 1051/22
**provided [10]** 966/4 966/8 966/9 1012/17 1014/7 1023/7 1052/2 1053/23 1054/4 1059/6
**providing [1]** 1053/17
**public [2]** 994/10 1056/5
**publicized [1]** 1025/21
**publicly [1]** 1036/4
**publishing [1]** 1031/5

**P**

**pull [1]** 1006/17
**punish [4]** 980/13 980/16 980/20 982/7
**punished [1]** 980/1
**purge [3]** 963/24 964/9 964/19
**purported [1]** 1007/11
**purpose [6]** 992/13 993/8 993/9 997/16
1035/18 1054/22
**purposes [11]** 992/23 993/3 993/12
993/13 997/17 997/20 998/5 1005/14
1030/14 1053/6 1058/20
**pursuant [1]** 963/15
**put [15]** 968/2 968/5 977/25 981/23
985/25 1003/7 1006/16 1013/1 1018/14
1019/11 1027/5 1029/11 1030/8
1035/23 1051/2
**puzzle [1]** 1044/13

**Q**

**QC [1]** 984/18
**qualify [1]** 1037/16
**quality [3]** 972/2 972/8 972/20
**question [60]** 961/21 964/6 965/4
965/13 969/9 969/10 970/12 976/10
977/7 977/17 977/18 978/4 979/14
980/23 980/24 981/5 981/6 981/11
987/9 988/11 988/13 988/21 989/14
993/7 997/12 1002/20 1009/18 1013/6
1013/12 1013/15 1013/17 1013/17
1013/18 1014/5 1014/6 1014/13
1014/15 1015/24 1016/14 1019/8
1020/5 1020/13 1020/15 1021/6 1021/7
1027/4 1027/16 1028/2 1028/21
1028/25 1029/3 1029/21 1029/23
1032/9 1036/7 1038/1 1044/11 1050/8
1051/21 1060/22
**questioning [5]** 979/8 1004/24 1026/1
1028/11 1029/9
**questions [19]** 975/17 976/2 977/11
981/2 1005/20 1013/10 1023/18 1028/9
1034/7 1037/21 1043/13 1047/19
1047/20 1047/21 1050/10 1050/12
1054/17 1057/4 1057/5
**quick [1]** 1047/21
**quicker [1]** 970/13
**quickly [1]** 1022/2
**quite [3]** 966/12 1028/24 1028/24
**quote [2]** 977/5 1012/2

**R**

**raised [1]** 979/5
**ran [1]** 975/12
**rather [1]** 996/16
**reached [1]** 1023/7
**react [1]** 1013/16
**reacted [1]** 1008/4
**reaction [1]** 1007/3
**read [26]** 960/23 963/19 964/5 964/23
965/6 965/7 965/10 965/16 971/21
971/25 972/12 981/3 1004/7 1006/10
1007/1 1013/14 1013/20 1016/18
1017/4 1019/18 1023/4 1030/21 1059/7
1059/10 1059/12 1059/13
**reading [9]** 964/21 964/25 982/14
1016/20 1016/21 1017/7 1030/16
1039/25 1059/15
**ready [2]** 960/5 1060/14
**real [2]** 1008/10 1008/24

**realize [1]** 997/1
**really [11]** 997/20 997/22 998/6 1007/4
1025/12 1037/20 1040/24 1043/12
1044/25 1049/12 1054/7
**reason [7]** 965/2 965/16 965/18 965/19
967/10 969/24 1036/23
**reasonable [1]** 1045/9
**reasons [4]** 968/7 982/12 1007/1
1045/25
**Rebecca [1]** 1021/15
**Rebecca Brooks [1]** 1021/15
**recall [33]** 964/11 966/6 966/7 966/9
966/10 966/12 970/25 972/19 972/20
972/23 986/24 987/2 991/12 994/16
997/11 998/9 999/5 1000/7 1014/19
1020/4 1020/5 1020/17 1026/6 1026/7
1026/11 1029/17 1031/3 1031/4 1031/5
1031/9 1033/8 1040/24 1042/3
**receive [2]** 998/19 999/2
**received [5]** 963/5 972/18 1031/7
1033/3 1033/17
**receiving [2]** 972/22 1007/8
**recently [2]** 995/23 1001/3
**recipient [1]** 1026/16
**recklessness [1]** 970/10
**recognize [4]** 967/16 969/10 969/25
1004/17
**recognized [1]** 968/19
**Recognizing [1]** 973/20
**recollection [17]** 964/12 964/18 970/19
988/4 988/19 989/10 989/12 991/13
991/16 994/17 1026/12 1026/19
1029/19 1030/20 1041/18 1050/23
1051/7
**recommendation [1]** 992/1
**recommended [1]** 1041/4
**record [19]** 980/14 981/23 982/11
982/14 996/23 1005/14 1006/18
1007/25 1011/10 1016/20 1030/12
1030/14 1030/22 1036/10 1059/8
1060/23 1061/1 1061/10 1061/16
**records [1]** 1045/8
**recruited [1]** 1023/2
**recruiting [1]** 962/8
**recruitment [2]** 990/8 990/12
**red [3]** 1004/4 1004/8 1004/10
**redacted [1]** 963/15
**reduced [1]** 1022/20
**reference [2]** 966/16 994/15
**referencing [2]** 1/5 1016/6
**referring [3]** 965/7 978/7 990/20
**reflect [3]** 980/14 1018/19 1020/7
**reflects [4]** 971/10 978/9 1018/22
1025/19
**reframe [1]** 1044/22
**refresh [15]** 964/12 964/18 968/4 988/3
988/4 988/19 989/12 991/13 991/16
994/17 1026/12 1026/19 1029/19
1050/23 1051/7
**refreshes [1]** 989/10
**refreshing [1]** 1030/19
**refuse [2]** 984/16 989/16
**regard [2]** 977/23 1006/20
**regarding [6]** 1001/20 1004/25
1008/16 1015/4 1056/9 1056/12
**registration [1]** 1055/5
**regular [1]** 1060/23
**rejecting [1]** 992/6

**relate [1]** 1056/2
**related [2]** 983/21 1056/1
**relates [1]** 1020/11
**relationship [3]** 1015/13 1015/14
1041/1
**release [24]** 966/14 966/15 975/22
976/14 984/18 988/25 989/1 989/2
991/5 991/8 991/10 991/11 991/19
991/24 1025/11 1031/6 1031/11
1032/12 1032/16 1034/6 1038/22
1039/3 1039/9 1039/13
**released [1]** 1022/20
**releasing [2]** 988/14 988/23
**relevance [10]** 975/15 975/16 975/20
977/18 1004/24 1005/9 1005/16 1006/5
1006/19 1006/22
**relevant [5]** 977/18 999/3 1005/17
1010/9 1025/13
**reluctance [1]** 1058/13
**remember [6]** 974/25 979/9 992/21
1015/3 1042/20 1052/6
**remind [1]** 979/4
**reminded [1]** 1058/10
**removing [3]** 969/21 969/24 1042/8
**repeat [6]** 965/1 988/11 988/21 989/14
1029/3 1056/11
**repeated [1]** 985/18
**repeating [1]** 965/13
**rephrase [1]** 964/6
**report [5]** 1033/21 1033/25 1034/2
1037/24 1038/11
**reported [2]** 1034/3 1038/17
**Reporter [5]** 1/3 1/6 957/22 1063/6
1063/17
**reports [6]** 1033/3 1033/17 1033/20
1033/24 1037/22 1038/9
**represent [2]** 1006/7 1054/16
**representation [1]** 967/7
**Representative [15]** 1040/19 1040/20
1040/21 1041/2 1041/8 1042/25
1043/20 1044/15 1044/18 1045/11
1046/7 1048/19 1048/25 1049/4 1052/7
**Republican [3]** 986/15 986/17 986/23
**request [12]** 968/7 968/20 969/11
1007/4 1007/5 1010/11 1010/22
1030/17 1038/12 1053/18 1053/24
1054/3
**requested [6]** 966/5 1010/25 1029/12
1029/13 1051/18 1052/22
**requesting [1]** 1029/25
**requests [6]** 963/16 996/1 996/8
1003/15 1003/23 1006/10
**required [1]** 1061/3
**reserve [1]** 1058/24
**residence [1]** 970/2
**residency [5]** 968/8 968/14 968/21
969/12 969/19
**resident [1]** 1034/11
**respect [4]** 964/13 1016/23 1031/1
1034/3
**respectful [1]** 1009/7
**respectfully [1]** 1039/25
**respective [1]** 992/18
**responded [8]** 963/20 964/22 965/22
972/9 990/25 1004/10 1004/21 1010/14
**response [23]** 963/19 972/6 972/11
972/12 973/3 977/4 996/7 998/3
1003/24 1007/3 1007/13 1009/20

**R**

**response... [11]** 1010/6 1010/10
1010/16 1010/17 1013/6 1013/9 1014/4
1020/4 1028/9 1030/17 1030/18
**responses [2]** 996/3 1050/3
**responsible [2]** 977/17 985/20
**responsive [1]** 996/1
**restricted [1]** 1/3
**result [7]** 1005/4 1008/8 1009/20
1009/21 1010/7 1010/8 1010/13
**resulted [5]** 1033/20 1033/25 1037/23
1037/23 1038/10
**results [1]** 1020/19
**retainer [1]** 1018/17 1018/22
**return [7]** 993/22 997/24 1003/8
1034/6 1038/4 1038/19 1052/16
**review [9]** 964/12 988/16 991/8 994/17
1026/12 1026/15 1029/19 1036/4
1053/6
**revisit [2]** 1005/21 1019/3
**right [50]** 966/5 971/6 971/7 973/12
974/4 977/6 981/18 982/2 994/6 995/12
1010/15 1010/18 1013/20 1023/18
1024/21 1025/15 1025/25 1028/14
1028/15 1028/24 1032/7 1036/6
1036/15 1039/22 1041/25 1043/19
1044/14 1044/14 1045/11 1045/13
1045/16 1046/20 1047/2 1047/4 1047/8
1047/17 1049/17 1050/16 1054/20
1055/12 1055/24 1056/18 1056/21
1056/24 1057/2 1058/23 1058/23
1059/4 1060/17 1061/20
**rise [2]** 1002/22 1024/23
**RMR [3]** 957/22 1063/6 1063/16
**road [2]** 981/16 1049/16
**role [4]** 974/14 1023/13 1023/15
1023/17
**roles [1]** 974/25
**rolls [12]** 963/24 964/9 964/19 973/14
974/1 1035/14 1037/4 1042/8 1045/3
1045/3 1055/9 1056/16
**roughly [2]** 966/21 1018/10
**row [1]** 962/5
**rows [1]** 967/14
**rule [1]** 1037/10
**rules [2]** 979/14 1030/20
**ruling [2]** 985/25 1006/14
**running [1]** 975/2
**runoff [8]** 986/10 987/13 1018/21
1019/1 1019/6 1033/11 1033/14
1038/13
**Russell [1]** 1047/15

**S**

**sad [1]** 1023/16
**said [37]** 963/20 964/1 964/25 972/14
972/24 973/2 979/11 982/3 990/23
991/7 992/1 992/25 995/10 995/1
1000/13 1003/1 1003/15 1003/17
1005/24 1007/15 1007/20 1008/17
1011/20 1013/2 1017/6 1017/12
1020/17 1027/13 1028/13 1037/15
1041/9 1044/4 1044/5 1046/6 1046/6
1058/16 1063/10
**same [15]** 969/15 972/25 977/4 985/1
985/8 992/3 993/20 997/7 1005/11
1018/1 1028/15 1028/19 1045/6 1046/1

**sanctions [3]** 979/4 979/6 996/6
**save [4]** 961/2 962/23 963/1 1059/9
**saw [3]** 985/1 997/8 1045/20
**say [58]** 970/4 970/14 973/13 980/22
981/2 982/1 983/13 985/8 990/9 990/13
990/18 992/24 993/21 996/11 996/24
1001/2 1001/5 1001/19 1001/22
1004/10 1005/4 1008/18 1008/23
1009/4 1009/4 1009/9 1013/15 1017/5
1017/14 1019/20 1022/10 1022/10
1022/24 1023/9 1025/24 1025/24
1027/7 1040/23 1042/2 1043/22
1043/23 1044/13 1044/14 1045/1
1045/7 1045/12 1045/13 1045/15
1045/16 1045/23 1048/18 1049/12
1051/1 1052/23 1053/22 1055/25
1060/6 1061/20
**saying [12]** 980/14 980/15 982/8
989/24 1007/20 1013/24 1013/25
1017/6 1019/24 1028/13 1039/15
1058/4
**says [27]** 960/25 961/9 978/14 978/15
982/22 983/6 983/6 984/16 984/19
984/20 985/18 985/19 991/22 991/25
1004/4 1005/7 1008/14 1011/9 1018/9
1023/25 1024/4 1024/6 1033/3 1039/9
1039/22 1044/16 1044/20
**SCJ [1]** 957/6
**scope [1]** 973/12
**SCOTT [1]** 957/3
**SCOTUS [1]** 1024/1
**screen [5]** 962/2 962/3 963/17 1019/11
1036/4
**scrub [1]** 970/23
**scrubbing [2]** 970/15 970/22
**seated [2]** 960/3 1024/25
**sec [1]** 1003/7
**second [10]** 960/24 962/5 962/5 981/1
981/14 984/19 994/3 1014/5 1014/6
1032/25
**seconds [1]** 1058/8
**Secretary [2]** 973/24 974/7
**Section [4]** 1041/20 1042/9 1046/9
1046/13
**Section 230 [4]** 1041/20 1042/9 1046/9
1046/13
**security [1]** 1031/14
**see [18]** 961/3 961/13 962/4 963/17
976/6 983/4 986/2 989/10 994/2 997/6
1004/12 1004/12 1010/19 1023/4
1031/15 1032/14 1039/6 1062/1
**seeing [1]** 1029/17
**seek [3]** 993/1 1060/13 1060/14
**seem [1]** 1038/18
**seemed [1]** 967/14
**seen [2]** 1011/10 1022/6
**select [3]** 1021/14 1021/16 1021/19
**selected [1]** 1006/6
**Senate [3]** 961/2 962/23 963/1
**send [5]** 1013/22 1013/22 1014/1
1014/1 1054/2
**sense [2]** 980/19 1007/13
**sent [13]** 989/21 1011/12 1011/15
1011/18 1013/6 1013/24 1015/14
1027/22 1029/8 1051/13 1051/14
1052/9 1054/1
**sentence [5]** 960/23 962/21 993/16

**sentences [1]** 971/25
**separate [1]** 965/25
**series [1]** 971/10
**servers [1]** 1048/17
**service [2]** 968/11 968/18
**serving [1]** 968/19
**session [2]** 957/11 1004/24
**set [5]** 969/1 969/16 1000/20 1020/6
1063/12
**set-asides [1]** 969/1
**several [1]** 1034/2
**shake [1]** 1047/9
**SHANNON [3]** 957/22 1063/6 1063/16
**shared [2]** 990/7 1009/1
**she [41]** 964/3 964/4 964/4 964/5 965/6
965/7 965/14 965/14 977/2 977/3
977/16 978/2 980/1 1000/13 1009/20
1009/21 1009/25 1009/25 1010/1
1010/7 1010/9 1010/14 1010/14 1013/2
1013/6 1013/12 1013/15 1013/16
1014/12 1014/14 1016/21 1017/5
1017/7 1017/9 1017/12 1017/14
1025/23 1025/24 1027/8 1027/13
1051/2
**she's [7]** 977/2 977/8 985/20 1016/11
1016/20 1017/6 1050/17
**sheet [1]** 1024/16
**SHELLY [1]** 958/7
**short [1]** 1000/20
**shortly [1]** 1057/17
**should [8]** 1004/10 1009/18 1024/19
1030/21 1030/21 1040/6 1056/16
1059/3
**shouldn't [1]** 1022/10
**show [10]** 992/19 1003/23 1007/8
1008/3 1009/19 1009/20 1010/6
1010/13 1010/15 1050/4
**showed [2]** 988/4 1050/23
**showing [1]** 1010/7
**shown [1]** 1011/8
**shows [1]** 1035/13
**shut [1]** 978/23
**sic [1]** 961/17
**side [1]** 968/5
**Signal [14]** 999/8 999/11 999/14
999/17 999/20 999/22 999/23 1000/4
1000/10 1000/19 1001/6 1001/8
1001/10 1001/16
**Signal's [1]** 1001/10
**signature [5]** 963/9 963/21 1042/12
1048/7 1048/8
**signatures [1]** 963/6
**signed [2]** 1052/24 1053/5
**significant [2]** 1002/13 1002/25
**similar [3]** 985/9 985/11 985/12
**since [2]** 973/14 999/21
**single [6]** 965/21 965/22 983/10
986/17 989/21 1028/22
**singling [1]** 964/22
**sir [15]** 995/6 1004/12 1030/11 1039/7
1041/7 1041/12 1046/25 1047/6
1047/13 1047/16 1047/23 1048/9
1053/14 1054/10 1059/1
**sit [2]** 965/2 1053/22
**site [1]** 1036/15
**sitting [1]** 1043/16
**situation [4]** 980/24 1008/19 1030/7

**S**

**situation... [1]** 1042/7
**situations [2]** 1014/20 1015/8
**size [1]** 973/11
**slight [1]** 1016/3
**slogan [4]** 983/16 983/20 983/25 984/12
**slogans [2]** 976/20 976/21
**Slow [1]** 1053/1
**so [115]**
**solicit [1]** 1040/20
**some [19]** 967/16 969/21 969/24 986/8 995/20 999/18 1000/20 1003/24 1004/8 1021/25 1028/8 1028/8 1029/14 1044/6 1056/23 1057/1 1057/14 1058/13 1060/15
**somebody [9]** 964/22 969/10 972/25 977/4 977/13 1016/15 1030/16 1041/11 1047/17
**somehow [2]** 1030/13 1035/23
**someone [5]** 968/9 972/15 979/1 1050/8 1053/25
**someone's [1]** 1025/19
**Somerville [48]** 987/8 987/15 987/17 987/25 988/5 988/14 988/22 989/6 989/16 990/7 990/11 990/15 990/22 991/4 991/10 991/18 991/23 992/5 992/10 992/18 993/2 993/9 994/8 994/14 994/18 994/22 995/13 996/22 997/5 997/13 997/14 998/1 998/11 998/14 999/7 999/13 999/25 1000/5 1001/6 1001/15 1001/20 1001/24 1002/3 1002/7 1002/13 1002/16 1002/24 1003/3
**Somerville's [2]** 993/11 996/15
**something [11]** 977/4 977/23 980/20 982/2 1000/16 1000/21 1006/1 1045/21 1046/13 1049/23 1052/14
**someway [1]** 1035/23
**somewhat [2]** 1016/13 1044/12
**soon [2]** 978/14 982/22
**sorry [25]** 961/15 961/21 965/8 985/4 987/9 987/13 993/25 994/1 996/22 996/23 998/13 1004/2 1004/3 1004/6 1005/16 1013/22 1015/24 1019/13 1027/14 1029/21 1038/6 1040/11 1045/10 1055/16 1056/11
**sort [3]** 1041/22 1046/17 1057/21
**sought [1]** 967/4
**sour [1]** 1015/15
**soured [2]** 1015/13 1015/14
**SOUTHWEST [1]** 957/23
**space [1]** 1004/11
**speak [1]** 992/16
**speaking [1]** 1020/23
**specific [6]** 964/13 966/10 1007/1 1019/6 1020/24 1038/12
**specifically [17]** 964/9 966/5 974/8 984/12 993/23 1005/2 1005/5 1019/4 1020/15 1031/9 1038/5 1038/8 1051/5 1052/19 1053/18 1053/22 1057/1
**speculation [7]** 961/7 961/10 964/1 1014/11 1016/9 1016/13 1017/6
**speculative [1]** 1017/1
**spreadsheet [6]** 963/5 967/7 967/11 967/12 967/13 967/17
**stamped [1]** 1004/1

**standard [2]** 1042/19 1046/2
**standards [2]** 973/18 1045/23
**standing [2]** 1028/19 1059/14
**start [6]** 1018/17 1050/13 1053/10 1057/10 1058/4 1058/21
**started [3]** 974/19 974/25 1055/1
**starting [2]** 986/10 997/25
**state [6]** 973/25 974/1 974/7 989/21 1036/25 1045/6
**stated [1]** 1063/11
**statement [16]** 961/5 995/18 1006/20 1007/1 1007/9 1009/8 1009/11 1009/22 1010/5 1010/8 1012/21 1013/19 1013/21 1025/20 1025/23 1040/10
**statements [2]** 1006/25 1007/23
**states [12]** 957/1 957/13 957/23 958/21 1024/9 1036/9 1037/3 1054/17 1056/20 1063/3 1063/7 1063/17
**statistical [3]** 1022/21 1035/1 1035/3
**statuses [1]** 1045/24
**STENOGRAPHY [1]** 957/20
**step [2]** 1042/12 1058/8 1059/2
**stepping [1]** 1047/6
**steps [4]** 968/11 1041/17 1048/9 1049/22
**STEVE [1]** 957/12
**stick [1]** 1040/7
**still [3]** 990/3 999/20 1011/18
**Stop [1]** 1041/25
**stopped [1]** 1027/13
**straight [4]** 968/24 1016/20 1048/16 1048/20
**straightforward [1]** 1028/25
**strategic [2]** 982/9 982/9
**strategy [1]** 1022/23
**straying [1]** 969/8
**strike [5]** 973/10 1022/11 1022/11 1022/12 1032/9
**Stuart [1]** 1021/15
**student [1]** 970/6
**students [6]** 969/15 969/17 969/18 970/16 970/22 970/24
**subject [2]** 1006/13 1026/15
**submit [13]** 962/9 967/4 967/19 972/25 1026/20 1026/24 1026/24 1028/3 1029/6 1035/11 1035/19 1036/8 1061/16
**submitted [14]** 966/22 966/23 972/3 1026/13 1036/10 1044/3 1048/1 1049/1 1049/4 1049/24 1050/20 1050/20 1051/11 1052/13
**submitting [8]** 971/1 1007/2 1007/3 1036/3 1051/10 1051/23 1052/3 1059/20
**subsequently [1]** 1013/19
**subsets [1]** 968/25
**substantial [1]** 1046/1
**substantiate [1]** 1003/10
**substantiating [1]** 1015/6
**substantive [2]** 1001/23 1002/1
**sue [3]** 989/22 1020/24 1020/25
**sufficient [1]** 977/1
**suggest [7]** 973/3 973/5 976/6 980/1 1000/3 1013/3 1059/21
**suggested [1]** 991/23
**suggesting [2]** 980/5 1012/25
**suggestion [3]** 999/16 999/19 1001/11
**suggestions [1]** 991/23

**suggests [2]** 1027/21 1027/23
**suing [2]** 989/6 989/16
**suit [2]** 992/5 1020/1
**summary [1]** 1061/4
**support [3]** 1020/18 1024/7 1024/9
**supported [1]** 973/21
**supporters [1]** 961/6
**sure [35]** 961/24 964/14 965/12 978/4 981/7 981/13 987/11 987/19 988/6 992/22 997/18 997/22 998/23 1002/19 1002/19 1006/19 1012/6 1015/25 1019/19 1026/14 1032/6 1035/21 1036/18 1036/20 1037/1 1040/19 1040/20 1041/14 1042/1 1042/13 1043/14 1043/17 1051/20 1060/17 1060/19
**suspending [1]** 1057/21
**sustain [3]** 961/10 964/3 1016/15
**sustained [2]** 1016/24 1016/25
**sustaining [1]** 976/6
**switched [1]** 1001/7
**sworn [1]** 960/8
**symbol [2]** 976/18 982/25
**sync [1]** 989/20

**T**

**take [16]** 974/11 975/17 982/25 985/24 986/4 989/9 1023/19 1024/10 1024/20 1032/25 1044/16 1044/13 1057/16 1057/25 1058/6
**taken [4]** 960/25 962/13 965/20 1024/24
**Taliaferro [8]** 971/6 972/2 972/5 972/16 972/17 972/21 973/1 973/6
**Taliaferro County [8]** 971/6 972/2 972/5 972/16 972/17 972/21 973/1 973/6
**talk [6]** 986/8 990/14 992/24 993/2 1014/3 1056/4
**talked [3]** 993/8 1003/2 1011/11
**talking [8]** 960/12 992/21 1005/8 1009/5 1014/19 1016/10 1021/24 1030/15
**talks [2]** 1018/23 1033/1
**tally [1]** 1002/17
**targeting [1]** 970/10
**team [1]** 1024/15
**TED [1]** 957/23
**tell [20]** 964/4 964/4 965/22 966/22 969/4 982/6 995/10 1003/17 1009/2 1009/3 1017/4 1017/7 1017/9 1017/12 1020/23 1023/16 1028/14 1054/7 1058/17 1059/13
**telling [4]** 1008/21 1023/1 1023/13 1028/15
**ten [2]** 1024/21 1059/15
**tense [1]** 1009/17
**term [5]** 983/24 997/21 998/10 1000/22 1021/10
**terms [3]** 975/21 1052/25 1053/6
**testified [8]** 960/8 979/25 998/8 998/9 998/10 1016/2 1020/10 1042/24
**testify [2]** 961/8 1003/19
**testimony [15]** 964/13 979/21 980/6 993/1 1000/13 1012/25 1019/10 1033/24 1038/15 1038/16 1052/1 1053/17 1059/5 1059/17 1063/12
**Texas [3]** 1034/9 1034/11 1034/13

T

**text [9]**  988/4 989/18 992/19 992/20 994/17 997/6 999/6 999/14 1001/17
**texts [5]**  990/10 992/16 999/22 1000/2 1003/3
**than [16]**  965/1 996/16 1001/21 1001/25 1002/3 1002/17 1002/13 1002/25 1003/1 1006/1 1006/20 1025/4 1034/20 1034/21 1034/23 1058/1
**Thank [29]**  981/17 986/5 986/6 988/9 996/18 997/1 997/2 1003/5 1008/6 1023/20 1023/21 1024/22 1025/25 1026/2 1029/11 1030/8 1039/1 1040/16 1047/22 1047/23 1048/4 1051/3 1054/8 1054/10 1057/5 1059/1 1060/3 1061/22 1062/1
**Thanks [1]**  1061/19
**that [568]**
**that's [67]**  961/19 962/10 962/16 962/24 969/20 969/23 971/3 973/9 978/4 978/15 979/24 986/20 987/2 991/1 991/2 995/9 997/6 997/7 997/9 997/21 1001/22 1007/6 1007/6 1008/14 1008/23 1009/15 1009/23 1011/13 1017/15 1018/14 1018/18 1022/10 1023/9 1027/15 1027/15 1029/17 1030/6 1031/25 1033/7 1035/16 1036/22 1037/2 1039/3 1039/21 1039/25 1042/9 1042/16 1043/9 1043/13 1044/6 1044/10 1044/14 1044/14 1045/9 1046/15 1046/15 1048/3 1049/23 1055/18 1055/22 1056/22 1056/25 1056/25 1058/23 1058/23 1060/1 1060/25
**their [27]**  963/6 963/8 963/8 964/10 964/20 968/8 968/21 969/12 969/19 969/25 970/2 970/15 993/5 996/4 1016/23 1017/2 1029/14 1035/14 1036/3 1036/8 1037/4 1042/13 1042/18 1048/7 1048/8 1050/12 1051/22
**them [23]**  966/5 966/11 966/23 979/2 989/22 989/25 996/7 996/8 999/18 1000/8 1000/8 1008/21 1014/19 1023/10 1050/12 1051/23 1052/22 1053/24 1054/6 1056/15 1056/23 1057/1 1059/7
**themselves [2]**  992/16 1035/19
**then [42]**  964/24 976/5 976/10 978/12 979/20 989/24 990/25 991/3 991/9 992/3 992/8 993/21 1003/25 1004/4 1005/21 1007/12 1008/4 1011/14 1013/15 1019/17 1022/20 1023/19 1033/8 1035/14 1042/13 1042/15 1042/16 1044/18 1044/19 1046/3 1048/10 1049/11 1049/19 1050/13 1052/8 1058/12 1058/22 1059/17 1059/25 1060/2 1061/16 1061/20
**there [68]**  962/8 962/19 968/13 968/17 970/10 970/10 973/5 975/24 976/1 976/7 976/9 976/11 977/15 978/1 983/1 987/23 994/4 995/7 995/17 995/18 996/12 997/6 998/3 1001/16 1002/15 1004/14 1005/18 1008/25 1008/25 1010/19 1012/2 1013/14 1014/20 1014/24 1018/6 1018/8 1019/24 1020/2 1020/9 1020/11 1022/24 1022/24 1022/25 1024/13 1025/5 1028/12

1028/16 1030/23 1041/25 1042/4 1042/6 1042/10 1042/24 1043/16 1043/19 1044/4 1046/11 1046/18 1049/22 1050/2 1052/7 1052/13 1053/12 1053/12 1054/1 1055/2 1059/4 1059/25
**there's [9]**  967/16 968/15 968/22 981/7 1000/2 1007/25 1019/23 1043/11 1043/24 1058/23
**thereby [1]**  1062/2
**therefore [1]**  1028/22
**therein [1]**  1063/11
**these [46]**  962/11 962/25 962/25 963/5 969/6 969/21 969/24 977/19 978/1 979/1 979/18 995/8 995/15 995/18 995/22 995/25 996/3 996/6 998/15 1003/3 1012/25 1013/9 1015/20 1016/4 1024/11 1028/3 1028/5 1028/6 1028/23 1030/5 1036/10 1043/13 1043/20 1043/22 1044/13 1044/20 1045/7 1045/17 1045/18 1049/13 1049/13
**they [57]**  963/6 963/8 963/23 964/8 964/19 966/11 966/13 968/7 969/1 969/11 969/14 969/19 970/1 977/1 977/14 989/7 989/22 989/25 991/1 993/5 995/24 996/6 998/11 998/17 999/20 1000/3 1006/25 1016/6 1017/2 1017/12 1020/7 1020/22 1023/5 1023/7 1025/11 1025/15 1027/19 1028/14 1028/15 1030/5 1035/14 1035/15 1035/22 1035/25 1036/1 1036/4 1045/19 1045/21 1051/17 1052/24 1053/5 1054/5 1059/22 1060/18 1060/19 1060/22
**they'd [1]**  1000/13
**they're [4]**  967/15 985/8 1016/10 1016/10
**they've [2]**  977/24 1000/7
**thing [10]**  969/16 977/5 990/25 1001/12 1014/22 1015/1 1028/15 1028/19 1037/2 1042/18
**things [11]**  969/2 989/19 1007/24 1009/17 1012/2 1013/1 1014/24 1019/9 1037/14 1044/6 1046/5
**think [31]**  965/9 966/21 975/24 976/23 977/17 977/25 978/23 979/10 979/23 986/3 1000/12 1005/17 1005/25 1005/25 1007/10 1009/25 1010/9 1025/3 1027/3 1027/8 1043/25 1044/16 1044/25 1046/8 1052/7 1057/17 1057/23 1058/3 1058/16 1058/24 1059/22
**thinking [6]**  964/4 964/5 1003/18 1003/19 1016/10 1016/15
**third [3]**  960/13 1057/12 1057/14
**this [203]**
**thorough [1]**  1041/18
**those [20]**  965/18 966/22 966/23 969/2 969/6 974/22 992/13 993/10 999/20 1008/1 1015/25 1018/12 1019/25 1022/19 1036/3 1043/1 1043/7 1055/23 1056/2 1059/22
**though [6]**  962/18 981/14 1011/12 1022/22 1045/1 1045/12
**thought [12]**  963/23 964/2 967/21 974/5 974/6 974/10 998/5 1003/16 1014/14 1022/7 1045/22 1049/20

**thoughtful [1]**  1044/9
**thousands [3]**  1031/7 1033/3 1033/17
**threat [5]**  1025/10 1025/13 1025/17 1025/18 1025/19
**threatened [2]**  975/22 976/14
**threatening [1]**  989/22
**three [3]**  972/3 980/8 996/2
**through [13]**  968/12 970/1 977/15 998/4 1001/12 1010/16 1033/13 1033/15 1038/5 1044/10 1048/1 1048/10 1049/1
**throughout [1]**  1017/17
**Thursday [1]**  972/3
**tie [2]**  978/1 1010/4
**tied [1]**  1022/16
**ties [4]**  1018/16 1018/16 1034/19 1034/21
**TIM [1]**  958/20
**time [33]**  974/16 975/7 975/20 975/21 976/17 976/22 977/9 978/17 978/22 978/24 979/19 980/9 980/17 982/2 982/6 982/21 984/7 985/2 988/11 1000/21 1005/11 1008/22 1016/5 1041/16 1050/7 1054/19 1055/25 1057/7 1057/18 1058/14 1058/18 1059/9 1061/6
**times [2]**  993/19 1061/7
**TINA [1]**  958/8
**titled [2]**  983/2 1032/12
**today [7]**  965/3 997/19 1053/17 1053/22 1057/10 1059/12 1059/12
**together [1]**  978/1
**told [7]**  977/20 977/22 980/12 1007/18 1015/8 1040/4 1058/13
**Tom [4]**  1011/21 1012/17 1015/19 1015/25
**tomorrow [4]**  1008/10 1058/14 1058/22 1060/14
**too [2]**  1016/19 1042/18
**took [2]**  989/22 1023/5
**tools [1]**  1045/6
**top [2]**  985/18 995/25
**topic [2]**  979/7 987/19
**towards [1]**  961/5
**town [2]**  969/5 970/5
**tracked [1]**  967/3
**training [2]**  1055/1 1055/3
**transcript [9]**  1/1 1/5 1/7 1/8 957/11 957/21 981/3 993/22 1063/9
**transcripts [1]**  1/2
**transition [1]**  961/17
**transmission [1]**  961/18
**TRAURIG [1]**  958/15
**travel [1]**  1025/7
**traveling [1]**  1025/6
**trial [3]**  957/11 995/24 1061/12
**tried [3]**  1041/20 1044/9 1053/15
**troubling [2]**  973/13 974/1
**true [134]**
**truethevote.org [1]**  1042/16
**truly [1]**  1021/17
**Trump [4]**  961/1 962/14 1011/24 1012/20
**truth [10]**  980/6 1007/2 1007/7 1007/10 1007/12 1007/14 1007/16 1007/19 1025/9 1025/14
**truthfulness [3]**  1008/3 1009/19 1010/6

**T**

**try [4]** 992/1 996/16 1022/15 1049/16
**trying [14]** 970/8 974/11 974/11 977/11 986/2 1009/2 1009/3 1009/7 1009/23 1010/4 1013/8 1013/11 1054/1 1057/23
**turn [15]** 961/12 963/12 967/2 978/6 978/12 983/1 985/6 1000/8 1003/25 1004/1 1030/25 1031/10 1032/10 1032/25 1037/21
**turned [2]** 1000/24 1043/12
**TURNER [1]** 957/23
**turning [3]** 981/20 982/19 1008/8
**turns [1]** 1021/23
**tweet [14]** 975/22 976/8 976/11 976/12 976/13 976/19 976/21 978/3 982/2 983/6 984/15 984/19 984/25 997/8
**Twitter [4]** 976/11 977/5 983/2 983/6
**two [9]** 961/13 971/25 972/12 974/22 978/1 995/23 996/2 1006/25 1012/25
**type [4]** 960/25 962/12 996/5 1028/8

**U**

**U.S [1]** 968/10
**Uh [4]** 998/7 1002/23 1011/3 1046/23
**Uh-huh [4]** 998/7 1002/23 1011/3 1046/23
**ultimately [5]** 970/23 971/11 973/5 973/7 1049/23
**unavailable [1]** 1057/16
**uncertain [1]** 1036/23
**unclear [1]** 1028/22
**under [9]** 977/25 985/25 986/4 1018/12 1023/25 1024/15 1025/6 1025/7 1025/16
**understand [16]** 980/8 982/11 993/7 996/14 997/20 1002/19 1005/23 1013/12 1016/14 1020/5 1023/12 1040/19 1043/17 1043/25 1045/4 1054/2
**understanding [5]** 981/22 1014/15 1043/20 1045/17 1060/25
**understood [6]** 973/16 1005/22 1014/12 1014/13 1029/18 1030/23
**undertaking [1]** 973/16
**unilaterally [1]** 973/17
**UNITED [8]** 957/1 957/13 957/23 958/21 1054/16 1063/3 1063/7 1063/17
**unless [4]** 961/9 1051/17 1054/5 1057/18
**until [1]** 1057/11
**untruth [1]** 1025/14
**unusual [1]** 1061/9
**up [29]** 960/4 986/9 987/12 987/13 987/20 989/22 989/24 990/24 991/1 1006/16 1010/10 1019/11 1019/17 1020/6 1023/23 1025/1 1025/2 1028/11 1036/14 1036/14 1036/15 1037/4 1043/1 1047/7 1047/19 1051/11 1053/1 1057/24 1059/14
**upcoming [1]** 1035/12
**updated [1]** 1056/16
**updates [3]** 990/7 990/9 1036/10
**upholding [1]** 1034/23
**upon [3]** 967/22 1046/5 1046/9
**urging [2]** 962/21 962/22
**us [11]** 967/21 992/21 996/7 996/9 1003/17 1015/1 1020/24 1023/9

1024/16 1047/3 1057/17
**USA [1]** 958/17
**use [6]** 963/6 963/21 973/4 992/15 996/8 1002/16
**used [19]** 976/18 976/20 976/21 979/1 983/16 983/19 983/23 984/14 993/16 993/18 993/19 997/21 1000/23 1021/10 1022/15 1027/21 1041/21 1042/15 1053/6
**uses [1]** 1045/6
**using [5]** 983/20 996/9 998/9 1045/5 1049/15
**UZOMA [1]** 958/6

**V**

**vague [1]** 965/4
**valid [1]** 977/13
**Validate [10]** 984/9 984/21 1003/9 1015/21 1015/23 1016/1 1018/2 1023/24 1024/8 1038/10
**validated [5]** 1008/11 1011/1 1012/13 1014/8 1015/6
**validating [1]** 1042/13
**variations [2]** 967/13 968/22
**variety [3]** 968/7 1044/7 1055/4
**various [1]** 993/6
**verify [2]** 995/14 995/15
**very [22]** 960/25 961/1 962/12 962/14 969/8 970/9 970/20 973/22 973/25 979/7 1016/5 1022/2 1022/2 1023/11 1023/23 1028/17 1036/25 1041/18 1041/18 1041/20 1042/11 1044/9
**vice [3]** 974/23 978/16 984/6
**video [2]** 978/10 1057/16
**videotaped [1]** 1060/4
**violating [2]** 1056/23 1056/24
**violation [1]** 979/14
**voice [1]** 1055/11
**VOLUME [1]** 957/11
**volunteer [13]** 965/21 965/22 966/11 990/8 990/11 992/11 1044/3 1048/6 1048/16 1049/11 1052/4 1052/4 1055/3
**volunteered [1]** 1041/4
**volunteering [1]** 1041/19
**volunteers [13]** 973/21 990/14 990/16 990/17 990/22 990/23 1032/13 1039/18 1040/2 1040/15 1042/18 1049/17 1055/2
**vote [114]**
**Vote's [12]** 966/14 966/15 972/8 986/22 993/10 1021/2 1021/5 1021/9 1024/14 1050/21 1051/13 1051/14
**voted [1]** 1022/17
**voter [16]** 988/15 988/23 991/20 992/18 1026/24 1031/23 1035/14 1037/7 1045/2 1055/5 1055/9 1055/12 1056/9 1056/13 1056/16 1056/18
**voters [19]** 964/2 964/8 964/18 975/23 976/15 983/7 984/17 1031/7 1031/7 1034/21 1036/8 1039/4 1039/11 1039/14 1039/20 1040/14 1041/9 1045/24 1052/21
**votes [3]** 963/7 963/9 963/21
**vs [1]** 957/6

**W**

**wait [2]** 1057/10 1058/19
**waiting [1]** 1037/10

**wake [1]** 990/25
**walk [1]** 1010/16
**want [43]** 962/18 970/21 977/15 977/20 977/22 982/25 984/15 990/24 997/7 997/12 998/21 1003/6 1003/8 1003/23 1006/3 1006/18 1007/22 1007/25 1017/21 1030/25 1032/25 1034/7 1037/1 1037/21 1038/19 1040/18 1040/20 1041/9 1041/14 1043/18 1044/12 1044/16 1044/17 1047/9 1050/8 1051/1 1053/11 1058/8 1058/16 1059/11 1059/12 1061/1 1061/13
**wanted [9]** 979/10 979/11 1022/16 1029/5 1032/6 1042/10 1054/17 1058/11 1058/14
**wants [2]** 1008/24 1059/9
**was [225]**
**wasn't [11]** 970/7 970/8 983/24 983/24 1000/23 1011/11 1022/22 1022/24 1022/25 1027/20 1041/24
**way [14]** 962/18 967/15 968/23 973/17 976/7 980/11 1007/21 1008/4 1022/10 1044/21 1049/16 1053/20 1059/11 1061/14
**ways [1]** 1000/19
**we [148]**
**we'd [4]** 1014/23 1015/9 1057/15 1059/5
**we'll [13]** 968/5 976/6 1003/6 1005/21 1006/15 1023/19 1024/21 1034/6 1047/8 1060/14 1061/15 1061/15 1061/16
**we're [12]** 970/8 980/3 980/4 988/3 1002/19 1005/8 1005/11 1019/19 1030/15 1057/21 1059/9 1060/13
**we've [6]** 975/24 991/8 1015/20 1037/13 1037/13 1055/1
**web [1]** 1035/13
**website [1]** 1036/14
**week [4]** 980/13 980/13 1015/9 1024/12
**weight [1]** 1025/4
**WELCH [3]** 957/22 1063/6 1063/16
**well [63]** 961/12 962/19 964/21 965/6 965/18 967/17 968/17 970/7 970/8 978/2 978/25 980/19 982/13 985/24 987/23 991/10 991/13 993/14 995/8 997/18 1000/2 1000/17 1002/10 1003/1 1005/15 1007/15 1008/18 1009/6 1009/13 1009/15 1010/9 1010/12 1011/22 1012/18 1016/3 1016/22 1016/25 1017/16 1018/18 1019/23 1020/13 1021/3 1021/20 1023/3 1023/11 1024/10 1024/12 1027/7 1027/18 1028/10 1029/19 1035/23 1036/25 1037/17 1037/20 1049/3 1049/6 1049/10 1051/1 1051/12 1053/10 1053/14 1059/25
**well-known [2]** 1011/22 1012/18
**went [2]** 1023/2 1042/12 1042/17
**were [93]** 960/12 962/8 963/6 963/23 964/4 964/8 964/19 966/13 966/22 966/23 967/23 968/25 968/25 969/2 969/6 969/6 971/11 973/6 973/11 973/22 974/1 974/3 974/8 974/23 975/2 979/1 979/6 980/8 980/8 986/25 987/7 987/14 993/3 993/11 993/14 995/22 995/23 996/1 996/2 997/17 998/1 998/3

**W**

**were... [51]** 998/4 998/12 998/15
1001/16 1002/15 1007/11 1008/21
1009/2 1009/2 1009/3 1009/17 1014/20
1014/24 1015/20 1016/1 1016/4
1017/11 1017/13 1019/5 1019/24
1019/24 1022/9 1022/16 1022/19
1022/21 1024/12 1025/6 1025/11
1027/10 1028/12 1029/24 1034/13
1038/8 1039/21 1041/18 1042/10
1042/24 1043/7 1044/9 1046/5 1046/11
1046/12 1047/25 1049/22 1051/19
1052/20 1053/17 1056/23 1057/1
1058/10 1062/2
**weren't [2]** 1022/24 1055/2
**what [174]**
**what is [1]** 1035/4
**what's [5]** 964/5 1013/14 1025/12
1028/20 1041/13
**whatever [6]** 1002/10 1002/11 1002/21
1038/16 1043/3 1045/20
**when [24]** 960/16 967/21 969/10
970/14 979/6 987/10 989/20 990/25
993/18 997/13 1001/7 1022/18 1028/11
1030/16 1032/1 1039/13 1040/23
1042/20 1043/16 1043/22 1050/12
1060/13 1060/18 1061/3
**Whenever [1]** 960/5
**where [10]** 969/1 976/16 980/24
986/17 991/7 1019/19 1028/8 1041/21
1042/17 1047/3
**whereof [1]** 1063/12
**Whereupon [1]** 960/6
**wherever [1]** 1061/16
**whether [29]** 964/18 966/7 977/16
980/10 982/2 993/8 993/8 993/9
1005/18 1007/4 1014/7 1020/2 1025/11
1025/19 1025/20 1026/4 1026/19
1028/2 1035/24 1035/24 1036/20
1036/24 1037/1 1037/6 1037/11 1042/7
1043/6 1053/22 1058/11
**which [30]** 960/14 961/16 966/18
967/3 967/22 971/11 975/6 984/15
986/10 986/13 990/20 993/8 997/12
997/19 999/6 1000/17 1003/9 1012/9
1012/20 1013/1 1018/17 1022/13
1023/6 1024/12 1028/23 1037/22
1038/19 1038/23 1045/24 1046/5
**While [1]** 1025/2
**whistleblower [3]** 1030/25 1031/2
1031/6
**whistleblowers [9]** 1005/3 1005/6
1005/8 1008/11 1011/1 1011/19
1012/13 1014/8 1015/5
**white [2]** 1040/3 1040/4
**who [17]** 963/5 963/20 966/5 967/18
968/6 968/19 970/8 972/4 973/22
985/21 1006/21 1016/1 1021/11
1022/16 1043/12 1048/6 1052/21
**whole [7]** 1001/12 1008/19 1010/13
1013/12 1042/24 1046/9 1046/9
**whom [1]** 1015/22
**why [11]** 973/24 974/6 978/2 981/4
999/13 1016/21 1017/4 1036/23
1043/13 1044/6 1049/23
**width [1]** 967/14
**will [20]** 1/3 961/10 964/15 970/4

976/11 975/17 976/16 976/20 979/3
982/4 996/12 1013/15 1026/15 1036/24
1039/16 1057/9 1057/16 1058/21
1060/10 1060/13
**Williams [3]** 967/17 967/18 967/21
**willing [1]** 1046/10
**withdraw [1]** 971/2
**withdrew [2]** 972/19 973/7
**without [8]** 971/17 985/22 996/24
1031/21 1032/23 1054/3 1058/15
1061/21
**witness [18]** 959/2 979/24 988/7
1013/6 1013/9 1013/14 1027/12
1035/17 1040/17 1040/18 1047/7
1050/4 1050/17 1054/9 1054/11 1057/6
1057/16 1057/22
**witness's [2]** 1010/6 1030/19
**won [2]** 961/1 962/14
**word [6]** 992/15 993/16 1002/16
1012/25 1013/13 1016/3
**words [6]** 962/25 963/8 965/19 980/22
1017/5 1045/15
**work [7]** 1018/20 1018/21 1022/14
1026/23 1034/20 1054/2 1055/2
**worked [10]** 967/21 986/9 1022/5
1026/5 1026/9 1026/20 1028/3 1029/5
1029/8 1029/13
**working [6]** 960/20 967/18 998/4
1009/3 1029/24 1030/3
**works [3]** 969/5 1001/10 1055/6
**would [95]** 961/1 961/8 961/9 962/14
963/1 964/12 965/23 967/24 969/14
969/18 970/12 973/13 974/8 975/5
976/6 978/6 979/11 979/12 979/20
980/10 980/11 980/24 980/25 981/2
981/4 981/9 981/11 981/11 984/25
985/11 986/8 986/12 988/4 989/7
989/24 989/25 990/9 990/13 990/18
990/19 991/13 991/18 992/15 992/22
992/23 993/21 993/22 994/17 994/20
994/25 995/2 1000/2 1001/11 1001/23
1002/9 1007/8 1007/17 1008/9 1011/23
1012/20 1013/3 1015/16 1015/18
1019/3 1024/4 1026/12 1029/19
1029/23 1030/2 1030/3 1031/10
1033/23 1038/14 1041/3 1041/10
1043/3 1044/4 1046/17 1048/7 1048/11
1048/16 1049/20 1050/15 1050/15
1050/23 1051/12 1051/16 1051/21
1051/25 1053/14 1053/25 1054/2
1058/25 1059/22 1061/11
**wouldn't [7]** 973/20 991/21 991/21
992/24 1046/8 1053/25 1054/3
**write [1]** 984/2
**writes [1]** 997/5
**writing [1]** 1015/11
**written [7]** 962/16 964/5 964/25
1011/22 1012/19 1024/10 1030/1
**wrong [2]** 980/15 982/3
**wrote [4]** 962/24 963/3 990/23 1012/16
**WYNNE [17]** 958/13 958/14 977/13
979/22 980/7 995/4 1005/7 1005/23
1006/15 1025/3 1027/7 1050/11 1057/9
1057/18 1057/20 1058/10 1060/21

**Y**

**y'all [4]** 960/3 1024/25 1040/4 1062/1
**yeah [22]** 965/9 979/9 982/13 982/13

982/17 989/16 995/12 1001/18 1006/18
1018/14 1019/9 1020/4 1024/20
1028/21 1042/5 1042/6 1044/24
1050/15 1056/15 1057/23 1058/3
1060/22
**year [1]** 1033/15
**years [1]** 996/2
**yes [110]**
**yesterday [2]** 1028/10 1047/10
**yet [3]** 990/5 990/6 1033/20
**you [482]**
**you'll [3]** 968/4 988/3 1033/8
**you're [11]** 965/7 981/15 986/2 1006/1
1006/6 1016/14 1017/4 1028/19
1028/24 1045/18 1061/3
**you've [10]** 960/16 968/17 968/19
974/15 974/16 982/3 982/16 1006/6
1034/17 1054/19
**you-all [17]** 961/18 980/8 992/22
1021/14 1040/20 1040/21 1040/22
1040/23 1041/10 1043/2 1043/20
1044/18 1045/12 1050/8 1059/11
1059/12 1059/24
**your [157]**
**Your Honor [25]** 975/17 995/21 995/22
1000/12 1004/23 1005/2 1006/12
1009/24 1009/25 1013/5 1017/17
1025/8 1025/17 1027/12 1028/7
1028/17 1030/19 1032/10 1032/19
1047/1 1050/1 1050/9 1059/5 1060/10
1061/24
**yours [1]** 1021/7
**yourself [3]** 973/11 988/5 1055/14
**YouTube [1]** 978/9
**YUN [3]** 958/19 959/6 1054/16