The following is the PDF of an official transcript. Official transcripts may only be filed in CM/ECF by the Official Court Reporter and will be restricted in CM/ECF for a period of 90 days. You may cite to a portion of the attached transcript by the docket entry number, referencing page and line number, only after the Court Reporter has filed the official transcript; however, you are prohibited from attaching a full or partial transcript to any document filed with the Court.

1            IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF GEORGIA
2                   GAINESVILLE DIVISION

3  FAIR FIGHT, INC., SCOTT           :
   BERSON, JOCELYN HEREDIA, AND      :
4  JANE DOE,                         :
                                     :
5           PLAINTIFFS,              :
                                     :
6  vs.                               :  DOCKET NUMBER
                                     :  2:20-CV-0302-SCJ
7  TRUE THE VOTE, INC., ET AL.,      :
                                     :
8           DEFENDANTS.              :

9

10

11    **TRANSCRIPT OF BENCH TRIAL - VOLUME 5 PM SESSION PROCEEDINGS**

12          **BEFORE THE HONORABLE STEVE C. JONES**

13             **UNITED STATES DISTRICT JUDGE**

14                **NOVEMBER 2, 2023**

15

16

17

18

19

20    *MECHANICAL STENOGRAPHY OF PROCEEDINGS AND COMPUTER-AIDED*

21               *TRANSCRIPT PRODUCED BY:*

22

   *OFFICIAL COURT REPORTER:          SHANNON R. WELCH, RMR, CRR*
23                                    *2394 UNITED STATES COURTHOUSE*
                                      *75 TED TURNER DRIVE, SOUTHWEST*
24                                    *ATLANTA, GEORGIA  30303*
                                      *(404) 215-1383*
25

```
 1              A P P E A R A N C E S   O F   C O U N S E L

 2

 3     FOR THE PLAINTIFFS:

 4
            ALLEGRA J. LAWRENCE-HARDY
 5          MICHELLE L. McCLAFFERTY
            LAWRENCE & BUNDY, LLC
 6
            UZOMA NKWONTA
 7          JACOB SHELLY
            CHRISTINA A. FORD
 8          TINA M. MORRISON
            MARCOS MOCINE-McQUEEN
 9          LESLIE J. BRYAN
            ELIAS LAW GROUP LLP
10

11     FOR THE DEFENDANTS:

12

13          MICHAEL J. WYNNE
            CAMERON POWELL
14          GREGOR WYNNE ARNEY PLLC

15          JAKE EVANS
            GREENBERG TRAURIG, LLP
16

17     FOR THE INTERVENOR (USA):

18

19          DANA PAIKOWSKY
            JENNIFER J. YUN
20          TIM MELLETT
            JUDY BAO
21          AILEEN BELL HUGHES
            UNITED STATES DEPARTMENT OF JUSTICE
22

23

24

25
```

1      **I N D E X   T O   P R O C E E D I N G S**

2

       **WITNESS**                                    **PAGE**
3

   DEREK SOMERVILLE
4

       Cross-Examination
5        By Ms. Ford                                   1122
       Direct Examination
6        By Mr. Powell                                 1212

7                              *  *  *

8  CERTIFICATE                                         1273

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

|   |   |
|---|---|
| 1 | **P R O C E E D I N G S** |
| 2 | **(Gainesville, Hall County, Georgia; November 2, 2023.)** |
| 3 | THE COURT:  You may be seated. |
| 4 | Okay.  Counsel, what -- have you decided how you want |
| 5 | to proceed? |
| 6 | MR. NKWONTA:  Your Honor, unfortunately plaintiffs |
| 7 | cannot rest at this time.  We still have disputes over several |
| 8 | exhibits that are also on defendants' exhibit list but they |
| 9 | will not agree to allow in. |
| 10 | So plaintiffs call Mr. Derek Somerville as an adverse |
| 11 | witness for the purposes of cross-examination. |
| 12 | THE COURT:  Mr. Somerville, come on up. |
| 13 | COURTROOM DEPUTY CLERK:  Raise your right hand |
| 14 | please. |
| 15 | **(Witness sworn)** |
| 16 | COURTROOM DEPUTY CLERK:  Thank you.  Have a seat. |
| 17 | If you could, please state and spell your name for |
| 18 | the record. |
| 19 | THE WITNESS:  Derek Somerville, D-E-R-E-K, |
| 20 | S-O-M-E-R-V-I-L-L-E. |
| 21 | MS. FORD:  Your Honor, can I distribute the |
| 22 | deposition transcripts just in case the witness needs to refer? |
| 23 | THE COURT:  Yes. |
| 24 | MS. FORD:  Okay.  Thank you. |
| 25 | Whereupon, |

|    |    |
|----|----|
| 1  | DEREK SOMERVILLE, |
| 2  | after having been first duly sworn, testified as follows: |
| 3  | CROSS-EXAMINATION |
| 4  | BY MS. FORD: |
| 5  | **Q.**   Good afternoon, Mr. Somerville. |
| 6  | **A.**   Good afternoon. |
| 7  | **Q.**   It's nice to see you again. |
| 8  | **A.**   Good to see you. |
| 9  | **Q.**   Mr. Somerville, Ron Johnson, another defendant in this |
| 10 | case, first introduced you to Ms. Engelbrecht; correct? |
| 11 | **A.**   That is correct. |
| 12 | **Q.**   And then you met with Ms. Engelbrecht and Gregg Phillips |
| 13 | in Atlanta for a dinner on December 15th, 2020? |
| 14 | **A.**   That sounds correct.  Yes. |
| 15 | **Q.**   And at that time -- I should say at that dinner, to be |
| 16 | specific, you-all discussed the idea of filing voter |
| 17 | challenges; correct? |
| 18 | **A.**   It wasn't the thrust of the evening.  It was more of an |
| 19 | introduction.  But there was a cursory discussion about |
| 20 | challenges, amongst many other things. |
| 21 | **Q.**   Okay.  But the topic of voter challenges was discussed at |
| 22 | that dinner; correct? |
| 23 | **A.**   In a minute amount of detail, yes. |
| 24 | **Q.**   And it was your impression that Ms. Engelbrecht and |
| 25 | Mr. Phillips were unfamiliar with the state of Georgia; |

1  correct?

2  **A.**   That was my impression.

3  **Q.**   And your understanding was that one of the primary

4  purposes of that dinner, that meeting, was that Ms. Engelbrecht

5  and Mr. Phillips wanted a better understanding of the political

6  environment in Georgia?

7  **A.**   It was part of what I thought that dinner was about, yes.

8  **Q.**   And although -- I realize you live in Kentucky now; is

9  that correct?

10 **A.**   Yes, ma'am.

11 **Q.**   Although you live in Kentucky now, at the time you thought

12 you had name recognition in the state of Georgia; right?

13 **A.**   Within my general county region, yes.

14 **Q.**   And it was not unusual for people to reach out to you to

15 partner with you to leverage that name recognition?

16 **A.**   During that particular time, there was -- there was calls

17 constantly coming in to talk about a number of topics relative

18 to Georgia.  So it was not unusual.

19    Maybe not for my grand name recognition alone but there

20 was a fair amount of phone calls coming in, yes.

21         MS. FORD:  Your Honor, permission to approach.

22         THE COURT:  Yes.

23         MS. FORD:  This is Plaintiffs' Exhibit 6.

24         THE COURT:  Thanks.

25

1    BY MS. FORD:

2    **Q.**    Mr. Somerville, this is Plaintiffs' Exhibit 6.

3         The title of this meeting is Elector Challenge Alignment;

4    correct?

5    **A.**    That is correct.

6    **Q.**    And this is dated December 16th; correct?

7    **A.**    That's correct.

8    **Q.**    So the morning after your dinner with Ms. Engelbrecht and

9    Mr. Phillips, you accept a meeting invitation from

10   Ms. Engelbrecht titled Elector Challenge Alignment; correct?

11   **A.**    I don't recall accepting the meeting.  But I know it took

12   place.  So I'm not denying the meeting.  I just don't recall

13   whether or not I received and accepted this.

14   **Q.**    Okay.  But you don't dispute that you attended this

15   meeting?

16   **A.**    No, ma'am.  No.

17   **Q.**    And Mark Davis and Gregg Phillips were also on that call;

18   correct?

19   **A.**    Correct.

20   **Q.**    And at the time of that call, yourself and Mr. Davis had

21   already been considering filing your own challenges; right?

22   **A.**    At the time of the dinner, we had already completed our

23   entire file.  So yes.  By the time of the next day, we had

24   already completed all of our analysis on our file.  Yes.

25              THE COURT:  And filed it with the local board of

1    elections?

2          THE WITNESS:  No.  No, sir.  It was the -- the total

3    list of NCOA voters that we had pared down to, we had already

4    locked that down earlier the day before.  They had not --

5    nothing had been submitted yet.

6          THE COURT:  Okay.

7          MS. FORD:  Your Honor, I believe this has been moved

8    into evidence already.

9          THE COURT:  What exhibit number is it?

10         MS. FORD:  6.

11         THE COURT:  Yes.

12         MS. FORD:  Okay.  Thank you.

13         Your Honor, may I approach?

14         THE COURT:  Yes, ma'am.

15         MS. FORD:  Do I need to keep asking you?

16         THE COURT:  We'll say it is a running one just for

17   this witness.

18         MS. FORD:  Okay.  Thank you.

19         THE COURT:  Yeah.

20   BY MS. FORD:

21   Q.   Mr. Somerville, this appears to be a text from

22   Ms. Engelbrecht to you the next day, on December 17th, about a

23   meeting that she had with the Georgia Secretary of State

24   office.

25         Do you recognize this?

```
 1                    MR. POWELL:  I'm sorry.

 2                    THE COURT:  Hold on.

 3                    MR. POWELL:  I don't have the exhibit number.

 4                    MS. FORD:  70.  I apologize.

 5                    THE WITNESS:  I do recognize -- I mean, I didn't have

 6      this memorized, but I do -- it is familiar, yes.

 7      BY MS. FORD:

 8      Q.   Okay.  And do you remember producing this in the discovery

 9      process?

10      A.   I believe I produced everything.  I hope.

11                    MS. FORD:  I believe this has also been admitted.

12                    THE COURT:  Yes, it has.

13                    MS. FORD:  Thank you.

14      BY MS. FORD:

15      Q.   Mr. Somerville, you responded to interrogatories in this

16      case; right?

17      A.   Yes, ma'am.

18      Q.   The written ones?

19           And you recall that in the discovery process you were

20      asked to identify individuals with whom you communicated at

21      True the Vote?

22      A.   I do.

23      Q.   Do you recall responding, on December 17, 2020, I received

24      a text message from Catherine Engelbrecht informing me that

25      TTV, True the Vote, had a meeting with the Georgia Secretary of
```

 1    State's office.

 2        I never had any further conversation with Ms. Engelbrecht

 3    about that meeting.  Nor did that text lead to any coordination

 4    between TTV and myself.

 5        Do you recall answering that in your interrogatories?

 6    **A.**   Not word for word.  But I believe that would have been my

 7    recollection at the time.

 8    **Q.**   Okay.  Do you have any dispute that's what this

 9    interrogatory would have said?

10    **A.**   I don't have it in my hand.  But no, I don't dispute that.

11    **Q.**   And do you recall that in the discovery process you were

12    asked to produce any communications with individuals associated

13    with True the Vote?

14    **A.**   I do.

15    **Q.**   And do you recall that you were asked to produce

16    communications discussing the Georgia elector challenges?

17    **A.**   I do.

18    **Q.**   And in your deposition I asked if you had any

19    communications that you -- that you at one point possessed but

20    could no longer find.

21        And you said no.  Right?

22    **A.**   I don't recall that.

23    **Q.**   Would it refresh your recollection to look at your

24    deposition?

25    **A.**   It would be helpful, yes.

1   **Q.**   Okay.  Why don't you go to your binder to your second

2   deposition, the January 20, 2022.

3        Let's go to Page 16, Lines 6 through 10 and just read that

4   to yourself.

5   **A.**   Six through ten.

6   **Q.**   Does that refresh your recollection?

7   **A.**   It does.  But I also have a recollection that there was a

8   discussion about large files and emails that we did not keep in

9   the emails.

10       We did -- we did submit but they weren't in the email

11  transmission because they're so large.  So that's the only

12  confusion I have.  Because I know -- I believe we did discuss

13  that there were emails that had very large files in it that we

14  didn't traditionally retain.

15  **Q.**   Okay.  But you -- but you do now recall that I asked you

16  if you have any documents that you thought were responsive that

17  you couldn't find and that your answer was no?

18  **A.**   I do.

19  **Q.**   Okay.

20  **A.**   But I'm -- I am adding to the record that I -- my

21  recollection is we also had a conversation where we mentioned

22  those -- those large emails that we didn't traditionally retain

23  independent from this matter.

24  **Q.**   Okay.  And in your deposition I asked if you had withheld

25  any responsive documents.

1        And you also said no.  Right?

2  **A.**   I would not have withheld any.  So I should have said no.

3  **Q.**   Okay.  I'm going to Plaintiffs' Exhibit 92 now.

4        Mr. Somerville, this is what was previously identified as

5  Defendants' Exhibit 231, now Plaintiffs' Exhibit 92, which is

6  about 50 pages of text messages between you and

7  Ms. Engelbrecht, almost exclusively between December 15th and

8  January 6th, 2021.

9        Do you dispute that these are conversations between

10  yourself and Ms. Engelbrecht?

11  **A.**   I have no reason to dispute -- I haven't reviewed your

12  document.  But I don't have any reason to dispute it, no.

13  **Q.**   Would you like to review just so we can confirm on the

14  record that these are your texts?

15  **A.**   Let me do this quick, as the day has not been very

16  efficient.

17  **Q.**   I'll note, if it's helpful, that the defendants' title for

18  this exhibit was Text Messages Between Catherine and Derek.

19  **A.**   In a glance, it looks correct.

20        MS. FORD:  Okay.  Your Honor, yesterday I believe

21  this came in but with the hearsay exception for

22  Ms. Engelbrecht, so I'd also just like to clarify now that it

23  should go to both of them.

24        THE COURT:  Any objection to that?

25        MR. POWELL:  No, Your Honor.

1    THE COURT:  All right.  Accepted in that manner.

2    BY MS. FORD:

3    **Q.**    So, Mr. Somerville, do you agree that these would have

4    been responsive to a request seeking communications relating to

5    the Georgia elector challenges?

6    **A.**    I do.

7    **Q.**    Do you know why they were not produced in discovery?

8    **A.**    I'm of the impression that we produced everything.

9    **Q.**    So you believe that you produced this to your counsel?

10   **A.**    I believe I produced everything to counsel, yes, ma'am.

11   **Q.**    Okay.  So you don't know why the first time I saw these

12   text messages in the three years of litigation was 12 hours

13   before trial?

14   **A.**    Not at all.  There's -- there's no way I would not have

15   produced these to our counsel.

16   **Q.**    Okay.  Well, now that we have them, can you go to Page 3,

17   please?

18   **A.**    I can.  There we go.

19   **Q.**    Do you agree that this text right here, had a really solid

20   meeting, this is the text that we just saw in Plaintiffs'

21   Exhibit 70, except now that you can see your response?

22   **A.**    Yes.

23   **Q.**    And that this conversation continues?

24   **A.**    Yes.

25   **Q.**    Okay.  And immediately afterward you asked Ms. Engelbrecht

1   to call so that you can align your efforts; correct?

2   **A.**   Let me please read to the next page.

3       Well, it says, but good to align.  So that might be a

4   broad interpretation of it.  But I do see that, yes.

5   **Q.**   Okay.  And you don't need to reference this for every

6   question.  If you need to refresh your recollection, you can.

7   But I'm just going to ask you questions, and you can answer.

8   **A.**   Sure.

9   **Q.**   So Mr. -- I'm sorry, Ms. Engelbrecht then asks you if you

10  would be interested in jointly suing the counties if they do

11  not accept your challenges; correct?

12  **A.**   I do recall that.

13  **Q.**   And that you told her, yes, in all capital letters.

14      Why yes, you would be interested in suing the counties

15  with her; right?

16  **A.**   It was a reflexive response, but I do recall that.

17  **Q.**   And on December 18th, Ms. Engelbrecht specifically asks if

18  you want to join a suit in Cobb County about the challenge

19  because you have the same challenger; right?

20  **A.**   I don't believe we have the same challenger.

21      May I read this, please?

22  **Q.**   Yeah.  Why don't you go to Page 12.

23  **A.**   Okay.  I'm not aware that -- my recollection right now,

24  I'm not aware that that's the same challenger.  But I'm

25  familiar with Pamela Reardon for sure.

1   Q.   Okay.  And you're aware she's from Cobb County?

2   A.   She is.

3   Q.   Okay.  On Page 11, Ms. Engelbrecht does ask, though, do

4   you want to join the suit in Cobb County?

5        And at least Ms. Engelbrecht appears to be under the

6   impression you have the same volunteer; correct?

7   A.   I didn't hear the last part of that question.

8   Q.   Ms. Engelbrecht appears under the impression that you have

9   the same volunteer?

10  A.   She states I think we have the same volunteer, yes, she

11  does.

12  Q.   Correct.  Okay.  And then on Page 13, Ms. Engelbrecht

13  writes that in filing suit that you would be joining forces

14  behind the scenes; right?

15  A.   If it's possible, Counsel, I haven't seen this for three

16  years.  So I'm just trying to keep up with you.

17            THE COURT:  Take a look at it.

18            THE WITNESS:  Okay.  That's what she wrote.

19  BY MS. FORD:

20  Q.   I'm sorry?

21  A.   I'm sorry.  That's what she wrote, yes.

22  Q.   Okay.  Thank you.  And then on Page 14 and 15, you and

23  Ms. Engelbrecht make a plan to talk to the Cobb County

24  challenger Pamela at 8:00 P.M. to discuss filing a lawsuit;

25  correct?

1    **A.**   I'm trying to keep up with you, Ms. Ford.  I'm sorry.

2         Yes.  Ms. Engelbrecht asked or indicated that she'd like

3    to talk with her.  I've known Pamela previously.  So yes.  A

4    call was arranged.

5    **Q.**   Okay.  You can go ahead and put this aside for a moment.

6    **A.**   Sure.

7    **Q.**   Mr. Somerville, this is Plaintiffs' Exhibit 75.

8    **A.**   Yes.  It's Representative David Clark.  But yes.

9    **Q.**   Representative David Clark?

10   **A.**   Correct.

11   **Q.**   And this shows that on December 18th at 2:00 P.M., two

12   hours after the call with Ms. Engelbrecht and the Cobb

13   challenger, you tell Mr. Clark that we'll probably file a

14   lawsuit as a result of Cobb County dismissing the challenges;

15   correct?

16   **A.**   That never happened.  But yes, I did write that.

17   **Q.**   I'm sorry.  What was your answer?

18   **A.**   My answer is that no lawsuit ever occurred and never

19   matured but I did write that in the text message.

20   **Q.**   Okay.  But you did write that we'll -- we'll probably file

21   a lawsuit as a result?

22   **A.**   To David Clark, yes.

23   **Q.**   And the we in we'll probably file a lawsuit is a reference

24   to yourself and Ms. Engelbrecht; correct?

25   **A.**   I don't know that I could say that.  I'm not sure that I

1  ever discussed True the Vote with David Clark.  So -- and I

2  don't mean to mix semantics.

3  **Q.**   So David Clark, who had no relation to Cobb -- he was the

4  Gwinnett challenger -- you are suggesting to him that you and

5  David Clark will probably file a lawsuit as a result of Cobb

6  dismissing the challenges?

7  **A.**   No.  That -- that is an improper read of that.  David

8  Clark is a friend and has been for a long time.  At this point

9  in time -- if I can provide some background -- there was just a

10  lot of activity, a lot of things going on, a lot of theories

11  going on.

12      David, as a member of the state legislature, was very

13  interested.  So when I said we'll, there's -- I don't think he

14  would have ever connected that to True the Vote.

15  **Q.**   I -- I take your word at that, Mr. Somerville.

16  **A.**   I did.

17  **Q.**   Okay.  We can move on.

18      On the next page, you invite him to a strategy Zoom call

19  with True the Vote for the next day; right?

20  **A.**   Yes, ma'am.

21          MS. FORD:  I believe, Your Honor, this is also in

22  evidence.

23          THE COURT:  Yes.

24          MS. FORD:  Okay.  Thank you.

25

1 | BY MS. FORD:

2 | **Q.**   Mr. Somerville, on December 18th, True the Vote announces

3 | their plans to challenge 365-ish hundred thousand voters in

4 | Georgia.

5 | **A.**   It was named on the press release, yes.

6 | **Q.**   And that press release was provided to you by

7 | Catherine Engelbrecht in advance of its release?

8 | **A.**   It was.

9 |         MR. POWELL:  Your Honor?

10 |        THE COURT:  Yes.

11 |        MR. POWELL:  I'm sorry.  I'm not sure where this is

12 | leading.  I thought we were going to be discussing the exhibits

13 | that are still at issue.  This seems to be going right into the

14 | cross.

15 |        THE COURT:  That's what I thought too.

16 |        MS. FORD:  It was our understanding that we were not

17 | resting our case and we needed to get all of our exhibits in,

18 | and so that's what we're doing.

19 |        THE COURT:  They didn't rest so they --

20 |        MR. POWELL:  All right, Your Honor.  Thank you.

21 | BY MS. FORD:

22 | **Q.**   The press release we just discussed about announcing the

23 | challenges, you specifically edited that press release to

24 | include Mark Davis's name as well; correct?

25 | **A.**   I did.

1  Q.    Okay.  And, Mr. Somerville, the same day that

2  True the Vote released that press release, you announced on

3  social media that you have been working with other Georgians to

4  submit formal challenges in dozens of counties; correct?

5  A.    I don't know that that's the precise language in it.  I

6  might need to refresh on whether that was the same day.  But I

7  did make a post that shared about the citizen-led effort that

8  we were a part of, yes.

9  Q.    So your concern is whether it was the same day or not?

10 A.    Again, it's three years ago.

11 Q.    Sure.

12 A.    And I wish I had a sharper memory.

13 Q.    Would your Facebook posts help refresh your recollection?

14 A.    Yes.  I just need to see the date.  That's all.

15 Q.    I understand it has been three years.

16 A.    And that's the 19th.  Is that what you were reflecting

17 just now, the 19th?

18 Q.    No.  Mr. Somerville, December 18th is the date that

19 True the Vote announces their challenges.  I believe that is

20 Plaintiffs' Exhibit 42.

21 A.    I don't -- forgive me.  I don't -- I see it.  I see the

22 post on December 19th.

23 Q.    It's on the back of the first page.

24 A.    Oh, I'm sorry.  So -- okay.  So not -- not to be picky

25 here.  So this looks like a news article I shared about it on

1    December 19th.

2        The back of the first page is a continuation of the first

3    page?

4    **Q.**   Yeah.  I'm sorry, Mr. Somerville.  Perhaps I was not

5    clear.

6    **A.**   Well, I'm not trying to--

7    **Q.**   Do you have Plaintiffs' Exhibit 42 on your screen?

8    **A.**   I do, yes.

9    **Q.**   Okay.  And you see this is True the Vote announcing their

10   press -- their challenges?

11   **A.**   I see the --

12   **Q.**   And this is dated December 18th, 2020?

13   **A.**   Where is that date?

14   **Q.**   It should be at the top right before the title.

15   **A.**   Okay.  I'm sorry.  It's even highlighted.  That's the

16   Marine in me coming out.  Yes.

17   **Q.**   Okay.  Can you flip to the second page, please?

18   **A.**   Yeah.

19   **Q.**   Here you have a Facebook post dated December 18th, 2020?

20   **A.**   Yes.  Yep.  I'm sorry.  I thought we were on the top of

21   that first page.

22   **Q.**   Yeah, that's okay.

23   **A.**   Correct.

24   **Q.**   Okay.  And you also shared in the press release from

25   True the Vote the following day; correct?

1    **A.**    I did, yes.

2    **Q.**    Okay.  And you publicly stated that you and True the Vote

3    collaborated on methodology; correct?

4    **A.**    That's what I stated.  But I think -- if I can add some

5    context.

6    **Q.**    All I asked you is:  You publically stated that; correct?

7              THE COURT:  Well, answer her question first.  And

8    then you're allowed to explain your answer.

9              THE WITNESS:  Yes, I did write that.

10             May I answer?

11             THE COURT:  All right.  Explain your answer.

12             THE WITNESS:  Yes.  I think the word collaborated has

13   been largely exaggerated with respect to this.  And the only

14   reason I want to add some context to this is the business I'm

15   in, in the consulting world that I live in, we use collaborate

16   as a buzzword.

17             If I meet somebody and I talk with them for 30

18   minutes, I might describe that as a collaboration, that we

19   collaborated, that we had a discussion.

20             So as we talk about collaborative, I just want to

21   make sure that we frame that properly.  Because that can imply

22   a wide range of coordinated effort.

23             And that's probably not -- especially in response to

24   a comment from Sam Thomas, that's probably not a fair depiction

25   of how he would have interpreted that.

1  BY MS. FORD:

2  **Q.**   Mr. Somerville, the next day you sent Ms. Engelbrecht a

3  list of talking points to defend the challenges if the

4  challengers needed those; right?

5  **A.**   I don't recall.  Do we have that as an exhibit?

6      I know I shared some you documents with them.  I just

7  don't recall if that was the next day and if that was the

8  document.  And by that --

9  **Q.**   You know what, Mr. Somerville?  Your interrogatories are

10  in evidence.  So we can keep moving.

11      You were invited to participate in a citizen challenger

12  Q&A call that True the Vote was hosting; correct?

13  **A.**   Do you have the date of that call?

14  **Q.**   December 20th.

15  **A.**   That sounds correct.  Yes.

16  **Q.**   Okay.  And when you were invited, you asked Mr. -- and I'm

17  so sorry.  I did not mean to do this.  Just a lot of

18  Mr. Phillips, Mr. Davis.

19      You asked Ms. Engelbrecht if you could invite your

20  volunteers to attend that call so that you could, quote,

21  consolidate and expand the armies; correct?

22  **A.**   Is that in a text?

23  **Q.**   Do you not recall?

24  **A.**   Well, I don't recall the exact language.

25  **Q.**   Okay.  Do you want to go back to Plaintiffs' Exhibit 92?

**A.**   Again, I'm not trying to be difficult, but I want to be very careful about making sure that I understand exactly what I'm agreeing to.

**Q.**   Can you take a look at Page 16?

**A.**   I can.

**Q.**   And take a look at Page 15, if you need it for context.

**A.**   Okay.  So it looks like I actually texted her a question, which was should we invite volunteers who delivered ours but not yours, consolidate and expand the armies.

So, number one, that implies that we did not have these groups together when I texted that.  So it's important for context.

But yes, I asked her about bringing others to the call, which never happened.  But I did ask her about it.

**Q.**   This call that you're -- you're saying this citizen challenge Q&A Zoom call did not happen?

**A.**   No.  I'm saying the volunteers that were coordinating with myself and Mark Davis never attended this call.  Not to my knowledge.

**Q.**   Okay.

**A.**   I do believe we made them aware of it.  But I don't know that any attended it.

**Q.**   Okay.  This is Plaintiffs' Exhibit 76.

So, Mr. Somerville, this was an email that you sent to your volunteer challengers on December 19th inviting them to

1    the same True the Vote call; correct?

2    **A.**    Yeah.  Correct.  Yes.  We did make them aware of the call.

3    **Q.**    Okay.  In which you described True the Vote as a group,

4    quote, with whom we have been collaborating; correct?

5    **A.**    Again, another poor use of that word.  We're going to see

6    that word quite a bit.  But yes.

7    **Q.**    Yeah, we are.

8         And you state that True the Vote is holding a Zoom call

9    to, quote, discuss the challenges and the path forward.

10        Did I read that correctly?

11   **A.**    You did.

12            MS. FORD:  Okay.  Your Honor, I believe 76 is also in

13   evidence.

14            THE COURT:  Yeah, it's in.

15   BY MS. FORD:

16   **Q.**    You offered -- well, let me step back.  You attended that

17   call; correct?

18   **A.**    I did.

19   **Q.**    And you offered remarks on the call?

20   **A.**    I spoke topically more on the just, you know, good for

21   people to step up.  It's good that your voice is being heard.

22   I didn't offer any expertise.

23        And I think if you recall from the deposition, I was

24   driving in the rain.  It was very, very difficult to track what

25   was going on.

1  **Q.**   Okay.  But you did offer encouragement to

2  True the Vote's -- True the Vote's volunteer challengers;

3  correct?

4  **A.**   Many of the people I've known personally for quite some

5  time.  That's correct.

6  **Q.**   Okay.  I believe you just said you weren't sure about the

7  overlap in challengers.  But you did know that many of your

8  challenge volunteers were also True the Vote's volunteer

9  challengers; correct?

10  **A.**   No, that's not correct.  I don't believe that's correct at

11  all.  I don't -- there was no point at which I think either

12  group had any intersection of volunteers.

13      What occurred is that many of their volunteers were people

14  I've known for a very long time, which is actually why our

15  paths crossed.  Because there were individuals that actually

16  thought I was associated with the effort and I was not.

17  **Q.**   Okay.  So it's your testimony today that to your knowledge

18  you didn't have overlap in volunteers between your own

19  challenges that you and Mark Davis prepared and the challenges

20  that True the Vote prepared?

21  **A.**   I don't recall that we did.  Again, it's a pretty small

22  pool of people.  But I don't have any direct recollection

23  sitting here today that we did.

24      You brought up Pamela Reardon.  I don't believe she was.

25  **Q.**   Mr. Somerville, you sat for a deposition with me twice;

1  correct?

2  **A.**   Uh-huh (affirmative).  I did.  Yes.

3  **Q.**   Okay.  And you were under oath for that deposition?

4  **A.**   I absolutely was.

5  **Q.**   Okay.  Let's go to Page 100 of your first deposition.

6  **A.**   Okay.

7  **Q.**   I'm sorry, Mr. Somerville.  I have the wrong page.  We can

8  come back to this.

9  **A.**   The page does reference the volunteers.

10 **Q.**   Mr. Somerville, let's go back to Plaintiffs' Exhibit 92,

11 the long text thread.

12       You don't need to read it.  But I'm going to ask you

13 questions about it.

14       So in the following days after the 18th, the 19th, the

15 20th, you have the challenger call.  You provide

16 Ms. Engelbrecht updates on whether your challenges were being

17 accepted; correct?

18 **A.**   When I was made aware of them.  And I don't know that I

19 updated her every time.

20 **Q.**   Okay.  But you did provide some updates when they were

21 accepted or rejected?

22 **A.**   That sounds consistent with my recollection, yes.

23 **Q.**   And you and Ms. Engelbrecht discussed collaborating on a

24 legal strategy in response to counties rejecting your

25 challenges; correct?

1    **A.**   Can you -- can you state that again?  Collaborate on what?

2    **Q.**   You and Ms. Engelbrecht discussed collaborating on a legal

3    strategy in response to counties rejecting your challenges?

4    **A.**   I don't recall any actual collaboration on legal

5    strategies.

6         So is it important that we turn to where you're getting

7    that from?  Because it may have been something that was brought

8    up, but it's not something that ever occurred.

9    **Q.**   Okay.  But you at least discussed the idea that you should

10   collaborate on legal strategy with her in the days filing --

11   after you filed the challenges?

12   **A.**   I don't recall any substantive conversation.  Somebody

13   could have said should we do this.  But I don't -- again, I'm

14   not trying to be difficult.  I just don't -- because no such

15   collaboration ever happened, I don't know if that was just

16   tossed up, like many things, ideas, that were just tossed up

17   that never happened.

18   **Q.**   Can you -- would it refresh your memory to review these?

19   **A.**   Yeah.

20   **Q.**   Okay.

21   **A.**   Is it -- is it one of the ones that I --

22   **Q.**   Yeah.  The long text thread, Plaintiffs' Exhibit 92.

23   **A.**   Sure.

24   **Q.**   Can you take a look at Page -- start with maybe 18.

25   **A.**   Okay.

1   **Q.**   19.   Why don't you read through a couple of those pages.

2   **A.**   I've got you, Ms. Ford.   Thank you.

3   **Q.**   Does this refresh your recollection that you and

4   Ms. Engelbrecht discussed at least the idea of collaborating on

5   a legal strategy in response to counties rejecting challenges?

6   **A.**   It hasn't yet.   I'm going back and forth trying to read

7   it.   I'm trying to get through it very quickly.   I'm sorry.

8        This is the one that discusses where Clayton County

9   accused the submitter of wanting to disenfranchise voters?   Is

10  that the --

11           THE COURT:   Well, let's do this.   Just read it.   And

12  then once you've finished reading it, let Ms. Ford know you've

13  finished reading it and then she will ask you a question about

14  it.

15           THE WITNESS:   Yes, sir.   Okay.

16  BY MS. FORD:

17  **Q.**   Does that refresh your recollection?

18  **A.**   It does.

19  **Q.**   Okay.   So do you agree that you and Ms. Engelbrecht at

20  least discussed the idea of collaborating on a legal strategy

21  in response to the counties rejecting challenges?

22  **A.**   I think we exchanged a couple of texts, but nothing ever

23  came from it.

24  **Q.**   Okay.   Do you remember specifically asking or telling

25  Ms. Engelbrecht that you had asked the challengers to stay in

1    a, quote, holding pattern until you and Ms. Engelbrecht could

2    discuss strategy?

3    **A.**    Do you mind directing me to where that is?

4    **Q.**    Page 24 and 25.

5    **A.**    Okay.  Do you mind restating your question?

6    **Q.**    Sure.  And let me ask a backup question.

7         Someone named Marci here.  You know who Marci is; right?

8    **A.**    I do know Marci, yes.

9    **Q.**    Okay.  We talked about her in the deposition.  I remember.

10   **A.**    Yeah.

11   **Q.**    And you write here, it seems that Marci's challenge has

12   been rejected; correct?

13   **A.**    Something occurred that upset her badly, yes.

14   **Q.**    Okay.  And you write here, as for Marci, I calmed her down

15   earlier and asked her to stay in a holding pattern until we,

16   you and I, could discuss strategy.

17        Those were your words; correct?

18   **A.**    I'm still trying to track.  I'm sorry.

19   **Q.**    Page 24.

20   **A.**    Yeah.  Holding pattern meant -- so yes.

21        May I add some context?

22   **Q.**    Okay.

23   **A.**    Holding pattern just meant calm down.  Marci was very

24   upset.  She felt like she followed the process properly and

25   that she was just summarily dismissed.

1    So as a pilot, holding pattern just meant hold tight,

2    Marci.

3    And the strategy was to determine whether or not there was

4    a reason to view this -- if there -- if this was cause for

5    further legal review of what had happened to her.  And nothing

6    came from this either, by the way.  But Marci was upset.

7    **Q.**   And Marci was your challenger or True the Vote's

8    challenger?

9    **A.**   I don't recall.  I -- I probably can figure this out.  But

10   I don't recall.  Again, it's the same pool of people.  Meaning

11   that this is kind of -- they're geographically in the same

12   area.  So many of these folks that ultimately supported

13   True the Vote I knew personally.  And most of the people that I

14   would have spoke to regarding our efforts would have been

15   people that I knew.

16   **Q.**   Okay.  Thank you.

17   And, Mr. Somerville, you don't dispute that throughout all

18   of these texts in this key period here you and Ms. Engelbrecht

19   are either talking every day or making plans to talk pretty

20   much every day, do you?

21   **A.**   There is a fair amount of back and forth, which wasn't

22   unique for me at the time with a lot of people.

23   **Q.**   Okay.  And on -- let's go to Page 33, 34.

24   So starting on Page 33, Ms. Engelbrecht lets you know that

25   True the Vote has been sued for the voter challenges and that

1  you have been named.

2      And then on Page 34, you respond, not unexpected.

3      Did I read that correctly?

4  **A.**   I am trying to keep up with you.  34.  I don't see the

5  unexpected part.  I'm sorry.  On Page 34?  Oh, there it is.

6      Okay.  I'm sorry.  Yeah.  No.  Absolutely.  I do see that.

7  It certainly was unexpected.

8  **Q.**   Okay.  No.  Here you say not unexpected.

9  **A.**   No.  I -- and I'm correcting myself.  It was certainly --

10 **Q.**   Okay.  But that's not what you said at the time?  Okay.

11 **A.**   Well, that's probably some bravado back to Catherine.  But

12 this was very upsetting.

13 **Q.**   On -- Mr. Somerville, that was my question.

14     On Page 39, you continued to speak with Ms. Engelbrecht.

15 You set up a time to talk.  And then on 39, you talk about a

16 website idea, eyesonga.org, which you describe as an amazing

17 idea; correct?

18 **A.**   In that text, yes.

19 **Q.**   What was eyesonga.org?

20 **A.**   So the context around this communication's actually very

21 important.  Because I know that you have discovery from

22 Mr. Davis as well that speaks to this.

23     When I learned about eyesonga.com, my understanding of

24 what it was was a website that consolidated the publicly

25 available information that was already on the Secretary of

1    State's website.

2        When this was done, during this time, that data was

3    available but it was pretty difficult to get to.  They've

4    actually updated their website since.  So things like absentee

5    ballot files, just information that you don't need an Open

6    Records report for, that's what I understood this to be.

7        About two hours later, I talked to Mark Davis.  And Mark

8    Davis said, no, that's not what this is at all.  And in that, I

9    understood from him that it was actually a much more

10   consolidated effort that pulled in data from a lot of different

11   places.

12       We had an exchange, and then Mark was very upset about it

13   and I think reached out to Catherine.  So there was about a

14   two-hour period where I thought it was an amazing idea until I

15   learned from Mark what he thought it was.

16   **Q.**  Okay.  We'll come back to that later on.

17       And then, Mr. Somerville, you continued to talk about the

18   challenges for the next few days.  But let's jump ahead to

19   Page 44.

20       On January 6, 2021, Ms. Engelbrecht invites you to move

21   your communications on Signal?  You know what Signal is;

22   correct?

23   **A.**  I'm familiar with it, yes.

24   **Q.**  And it's an encrypted app where messages disappear?

25   **A.**  I don't know if they disappear.  I don't use Signal.  This

1   never occurred.  You'll notice I never gave her an affirmative

2   response to that.  I have never communicated with

3   Ms. Engelbrecht on Single.  Or is it is Single?  Signal.

4              THE COURT:  Signal.

5              THE WITNESS:  I'm sorry, sir.  I didn't download it.

6   I didn't use it, and I would have saw no value.  Frankly, I

7   wouldn't have done it.

8   BY MS. FORD:

9   **Q.**   Okay.  Do you agree with me that your last communication

10  with Ms. Engelbrecht is January 6th, 2021, and then you do not

11  appear to text again until Tuesday, March 2nd -- I'll assume

12  it's also 2021?

13  **A.**   Yeah.  There's probably a very good reason for that.  I

14  mean, a private -- yeah.  So I agree that that's what this is.

15  And I'm happy to add some context.

16              With all due respect to Ms. Engelbrecht, I knew her for

17  about five days or so.  It wasn't a long period of time.  I had

18  a dinner with them.  I had a call with them.  I never -- I had

19  not seen her physically since that first dinner until this time

20  in this courtroom.

21              There was not a lot of reason for me to talk to her.  We

22  had been sued, and that was terribly traumatic for us.  We were

23  upset about it.  The only reason our paths had intersected is

24  because there was election integrity efforts going on.  And

25  they had died down, so --

1    Q.    Mr. Somerville, I think you can discuss with your counsel

2    on your direct --

3              THE COURT:  Well, I want to hear this.

4              THE WITNESS:  Well, I think it's important.

5              THE COURT:  Go ahead.  Go ahead.

6              THE WITNESS:  Thank you, sir.

7              There's implications that there are connections here

8    and relationships here that just aren't true.

9              There was no -- I'm a married man.  There is no

10   reason for me to be talking --

11             THE COURT:  We're not saying you're dating her.  But

12   I want to understand the collaboration on doing this.

13             THE WITNESS:  Well, it was very thin.  It -- at the

14   time -- and if I can provide some atmospheric --

15             THE COURT:  Don't go too wide.

16             THE WITNESS:  Okay.  I'll try to stay --

17             THE COURT:  Ms. Ford asked you a question.  I just

18   kind of wanted -- you were going to whether or not y'all

19   collaborated.  So I wanted to hear this.

20             THE WITNESS:  Yeah.  Not in any meaningful way.  I

21   had a lot of conversations with a lot of people.  And I know

22   we'll get into this in my testimony.  There were a lot of

23   people coming into Georgia to -- to participate in election

24   integrity efforts.

25             The reason why you're asking me about Ms. Engelbrecht

1    is because you sued True the Vote and those people in the press

2    release.  But there was a dozen people that I was talking to.

3            Other than the lawsuit, there was really no

4    meaningful reason for me to continue conversation.  There isn't

5    a relationship there.

6            THE COURT:  Fair enough.  Next question.

7    BY MS. FORD:

8    Q.   Mr. Engelbrecht, is there --

9            MS. FORD:  Oh, my gosh.  I'm going to personally

10   write you a letter and apologize after the end of this.  I'm so

11   sorry.

12           THE WITNESS:  Did you call me Mr. Engelbrecht?

13           MS. FORD:  Yeah.

14           THE WITNESS:  Okay.

15           THE COURT:  I think they've both --

16           THE WITNESS:  I think you need to apologize to her.

17   That could be a good thing.  But no.

18   BY MS. FORD:

19   Q.   Mr. Somerville, is there a reason why you did not have any

20   further communications with Ms. Engelbrecht after January 6th,

21   2021?

22   A.   I didn't have anything to say to Ms. Engelbrecht after

23   January 6th is I'm sure why I didn't.  And we may have had

24   calls about, you know, legal matters related to this.  But this

25   is not -- again, no offense.  This is not a friend of mine.

1   It's somebody I met very briefly.

2   **Q.**   Do you recall that in your deposition you said that since

3   the inception of the lawsuit that you had not spoken to

4   Ms. Engelbrecht?

5   **A.**   I don't recall that.  Which deposition?  The --

6   **Q.**   It would have been your second deposition.

7   **A.**   In February of '22?

8   **Q.**   I believe it was January of 2022.

9   **A.**   I'm sorry.  Can I look?  I'm sorry.  January 2022.

10      Can you direct me to that?  Because I don't know if I

11   misspoke.  I don't recall.

12   **Q.**   No.  But we can move on.

13      But I would like to go back to before I had asked you if

14   you had overlap in your volunteers between you and Mark Davis's

15   challenge volunteers and True the Vote's challenge volunteers.

16      And you said that you did not believe that -- you had no

17   reason to believe that you did; correct?

18   **A.**   I said that I don't recall.  But I believe what I

19   explained is that there is overlap in the fact that many of

20   these people are friends of mine.

21      And so that -- that's the overlap, that there is overlap

22   in a lot of people I've known for a long time.  And as I stated

23   before, that's actually why Ron Johnson introduced me to them.

24   Because he thought that I was involved with True the Vote.  And

25   he thought that mistakenly.

1    **Q.**    Mr. Somerville, I'm just trying to clarify your testimony.

2        Your testimony is you don't know whether there was overlap

3    in volunteers or that you believe there were not?

4    **A.**    I don't think either of those are an accurate reflection.

5        What I'm trying to explain is there is a dense population

6    of people I know.  I am not aware of what everybody was doing.

7    I don't know the names of everybody that volunteered with

8    True the Vote.  I never had that level of clarity into their

9    volunteer base.

10        What I knew was all of us were operating in a very

11    confined space on a very specific topic, broadly election

12    integrity.

13        So if overlap is Ron Johnson is a friend of mine and a

14    volunteer of theirs, but I don't -- I don't have any immediate

15    recollection.  And I'm not saying that it didn't happen.  But I

16    don't have any immediate recollection of anybody who was

17    working with myself and Mark also being a volunteer for

18    True the Vote.

19        And the reason I say that is I don't think there would be

20    an individual that would submit two challenges to the same

21    county.  Is it possible?  But I just don't have a recollection

22    of it.

23    **Q.**    Mr. Somerville, would it refresh your recollection if I

24    showed you a list of your challengers for yourself and

25    Mr. Davis?

1  **A.**   Sure.

2          MS. FORD:  I apologize for the delay, Your Honor.  I

3  did not anticipate to be going right now, so I'm getting my

4  papers now.

5  BY MS. FORD:

6  **Q.**   Mr. Somerville, we'll come back to that topic.

7          At some point early on, either at the dinner with

8  Ms. Engelbrecht or shortly afterward, True the Vote shared

9  their challenge numbers with you; correct?

10  **A.**   Not specific numbers.  But they shared the scale of it,

11  yes.

12  **Q.**   The scale and the terms of hundreds of thousands?

13  **A.**   I recall it being large, yes.  I'm very aware of the

14  numbers now.  But at that time they did share that they were

15  going to do a challenge.  And I recall knowing that it was -- I

16  think the language I used with you is broad.  It was large.

17  **Q.**   And you were concerned when True the Vote shared their

18  numbers with you; right?

19  **A.**   I don't know that I voiced it.  And I don't know if

20  concern is the -- again, to frame this, this is literally the

21  first time I'd ever met these individuals.  So I didn't have a

22  lot of insight.  I didn't know what their methodology was.

23  Maybe there was something behind it I didn't understand.  I

24  just recall being -- it was a large number.

25  **Q.**   Did you tell Mark Davis that you were concerned when

1    True the Vote shared their numbers with you?

2    **A.**    I may have had that discussion with him, sure.

3    **Q.**    You have no reason to dispute that?

4    **A.**    No.

5    **Q.**    And you told Mr. Davis that you believed the size of the

6    True the Vote challenge was always too big; correct?

7    **A.**    I don't -- if there's something that can refresh my

8    memory.  Because you're asking very specifically.  So it would

9    help.

10   **Q.**    Okay.

11   **A.**    Thank you.  Again, I'm not trying to be difficult.

12          THE COURT:  Thank you.

13   BY MS. FORD:

14   **Q.**    Mr. Somerville, if you just want to flip to this green

15   tab --

16   **A.**    I've got it.

17   **Q.**    -- which is going to be marked as 192 on this text thread.

18          This is a text thread between yourself and Mark Davis;

19   correct?

20   **A.**    It appears to be, yes, ma'am.

21   **Q.**    Can you read that to yourself?

22   **A.**    We're on Page 191?

23   **Q.**    192.

24   **A.**    Okay.

25   **Q.**    Does that refresh your recollection?

1   **A.**   It does.

2   **Q.**   Okay.  So you told Mr. Davis that you believed the size of

3   the True the Vote challenge was always too big; correct?

4   **A.**   That's correct.

5   **Q.**   And that it would invite the argument that the challenge

6   was systemic?

7   **A.**   Did I use the word systemic?  One moment.

8         THE COURT:  I think you did.

9         THE WITNESS:  I did.  Yes, ma'am.

10  BY MS. FORD:

11  **Q.**   Okay.  And you would not have adopted that methodology

12  yourself?

13  **A.**   No.

14        THE COURT:  Why not?

15        THE WITNESS:  Mark Davis -- I have to speak to

16  what -- there's two of us, Your Honor, if I may.

17        THE COURT:  Okay.

18        THE WITNESS:  We're very disciplined people.  And so

19  the detail and the level that we got into would never have

20  produced those numbers.

21        There were conditions that True the Vote used per my

22  understanding that we did not.  And there were reasons why we

23  excluded some of the individuals that they included.

24        THE COURT:  You know, expand on that a little bit.

25  You said there are things True the Vote did that you-all would

1     not have done.

2               THE WITNESS:  Yes, sir.

3               THE COURT:  Like what?

4               THE WITNESS:  I think True the Vote in -- one of the

5     sources of the significance of the file was the inclusion of

6     inactive voters.  Mark and I didn't concern ourselves with

7     individuals that weren't expressing an interest to participate

8     in the election.  So that's a very big macro chunk of it.

9               And there's probably cuts down throughout there in

10    terms of how we limited the time period of what we were looking

11    at.

12              Later in my testimony, we'll talk about all the

13    things we did.  But it was -- it was a different approach.  And

14    I didn't have a tremendous amount of insight into how it was

15    constructed.  So, generally speaking, I thought it was large.

16              THE COURT:  When you say you didn't have a whole lot

17    of insight as to how it was constructed, did you think it was

18    constructed accurately?

19              THE WITNESS:  Accurate?

20              THE COURT:  It being correct?  In other words, it has

21    been testified that the National Change of Address is one of

22    the main things they got information from.

23              THE WITNESS:  I have a tremendous amount of

24    confidence in the National Change of Address system.

25              THE COURT:  Would you have just used that one aspect

1    to put your list together?

2              THE WITNESS:  We did not.

3              THE COURT:  There was more than one aspect?

4              THE WITNESS:  There were several that I would

5    consider -- imagine, if you will, a funnel.  And you start out

6    with a very large population.  And instead of working on what

7    you're including, you're removing until it comes down and down

8    and down and down.

9              So the National Change of Address was the basis of

10   how you wound up in the funnel.  But from that point forward,

11   then it was an exhaustive effort of pare down, pare down, pare

12   down, pare down.

13             THE COURT:  I like that analogy.  Go ahead.

14   BY MS. FORD:

15   Q.   Mr. Somerville --

16             THE COURT:  I'd like to just ask you one other thing.

17   I apologize.

18             You're wanting to go from the funnel down to it being

19   strained smaller?

20             THE WITNESS:  Absolutely.  The methodology -- may I

21   expand on that?

22             THE COURT:  Yes.  Please do.

23             THE WITNESS:  The -- and this goes to kind of the way

24   that we approached it.  The methodology could have potentially

25   excluded everyone.  So there's a sequence to it that you -- you

1    don't preordain what you think the outcome is going to be.

2          So when you do all of these things, what you're left

3    with is the most -- what you believe the most robust example of

4    the problem that you're trying to articulate.

5          And then once you get to that little piece, there's

6    polishing of that last thing.  Okay.  Let's look now and go

7    even deeper.  It's very difficult to look at 7 million records.

8    And then they become half a million.

9          But when you get them down to a certain number, if

10   you've got the tools, you can really -- you can really scrub

11   them.

12         So that was really the methodology was very

13   disciplined, very methodical and exclusion at all cost until

14   you could defend that final -- if you will, that final product.

15              THE COURT:  Thank you.

16              THE WITNESS:  Yes, sir.

17              THE COURT:  I'm sorry.  Go ahead.

18              MS. FORD:  Thank you, Your Honor.

19   BY MS. FORD:

20   Q.   Mr. Somerville, back to my questions about not your

21   challenges but True the Vote's challenges.

22         Before they were even filed, you expected that

23   True the Vote's challenges would overwhelm the county boards;

24   correct?

25   A.   If I -- so I don't have a recollection.  If I wrote that,

1    then the answer would be yes.  If you could refer me to where I

2    wrote that.  I think you're going to.

3    **Q.**   I am going to.

4    **A.**   Thank you.

5            THE COURT:  The old saying is that lawyers usually

6    don't ask questions they don't know the answers to.

7    BY MS. FORD:

8    **Q.**   Mr. Somerville, would you like to go to your second

9    deposition.  So the second tab in that binder.

10           Page 145.

11   **A.**   145?

12   **Q.**   145, 9 -- starting with Line 9.

13   **A.**   I'm there with you.

14   **Q.**   You're talking about an exhibit that you had produced to

15   Ms. Pamela Reardon, who I believe we spoke about a little bit

16   earlier.

17   **A.**   Uh-huh (affirmative).

18   **Q.**   Would you like to read this again?

19   **A.**   We're on Page 145 of my second deposition?

20   **Q.**   Yes.

21           THE COURT:  Give him a second to read it.

22           MS. FORD:  Sure.  Why don't you read until 147, 7.

23           THE WITNESS:  Do you need me to read -- I'll read all

24   the way through.

25           Okay.  My memory is refreshed.

1  BY MS. FORD:

2  **Q.**   Why don't you read all the way through 147, while you're

3  at it.

4  **A.**   Okay.

5  **Q.**   Okay.  So this was -- this message was dated

6  December 18th, so which is before True the Vote's challenges

7  could have been filed, given the press release.

8       So before they were filed, you expected that

9  True the Vote's challenges would overwhelm the county boards;

10 correct?

11 **A.**   I'm going to answer that question, but I don't know the

12 proximity to -- it's the same day, but I don't know if they

13 started filing them and then did the press release.

14 **Q.**   All right.  Let's say around the time they were filed.

15 **A.**   But you're -- you're accurate in my statement that I was

16 of the impression that that would overwhelm the boards.

17 **Q.**   Okay.  And you knew that the county boards could not

18 possibly be equipped to work through that many allegations?

19 **A.**   I opined on that, but I'm not familiar with how they

20 handle these.

21 **Q.**   Well, you said that you thought that was common sense;

22 right?

23      It was common sense that the county boards could not

24 possibly be equipped to work through that many allegations?

25 **A.**   There's a lot of things I think are common sense that I

1    don't have any expertise behind.  But that was my impression,

2    yes, ma'am.

3    **Q.**   Okay.  You can set this aside.

4    **A.**   Okay.

5    **Q.**   Something we talked about extensively in your deposition

6    that I remember was conspiracy theories in the time of the --

7    this was all going on.

8         You would agree with me that the specter of voter fraud

9    was constantly swirling around Georgia at this time; correct?

10   **A.**   Yes.

11        And can I add some color?

12   **Q.**   Sure.

13   **A.**   Thank you.  It's -- unless people were here and sitting in

14   the quiet of these chambers, it's very difficult to go back in

15   time and remember this -- this cacophony, if you will, of just

16   madness.  There was just -- it was just absolute madness.

17        And so -- and the reason I share that because it was a

18   conspiracy, they were branching out everywhere.  People were

19   chasing rabbits down holes that you couldn't even imagine.  So

20   yes.  Absolutely.

21   **Q.**   Okay.  Yeah.  I remember we talked about the German

22   warehouses and the shootouts and the --

23   **A.**   Normally competent and rational people that I knew in

24   Georgia were buying into and promoting these irrational ideas.

25   **Q.**   Okay.  Mr. Somerville, I wanted to return to a website

1    idea that was potentially referenced in the texts before.  But

2    I just want to ask you about it.

3    **A.**    Uh-huh (affirmative).

4    **Q.**    But at one point you described hearing an idea from

5    True the Vote where they would create a website and put the

6    voter file and NCOA data up to equip citizens to go in there

7    and investigate.

8         Do you remember that?

9    **A.**    I remember that line of questioning with you, yes, ma'am.

10   **Q.**    Okay.  And at that time you didn't know if that website

11   actually existed; right?

12   **A.**    I did not know if it existed, no.

13   **Q.**    Okay.  And you thought that that was a horrible idea but

14   it was fine as long as True the Vote did not act on it;

15   correct?

16   **A.**    I think my testimony was -- and you can correct me -- that

17   if it was just a wild idea that was being tossed up, we toss up

18   all kinds of bad ideas all the time that we don't execute.

19        But as long as that never came to fruition, I thought that

20   was -- it was good that it did not come to fruition.

21   **Q.**    Okay.  Thank you.

22        Mr. Somerville, I want to talk about some of your own

23   challenges now.

24        You and Mr. Davis compiled challenges for all 159 Georgia

25   counties; correct?

1    **A.**    Yes.  At the conclusion of that funnel that represented

2    all -- there were -- there were records for each of the 159

3    counties.

4    **Q.**    Okay.  So there was an individual county file that existed

5    for every county?

6    **A.**    That's not exactly how it works.

7    **Q.**    Am I describing Excel incorrectly or something?

8    **A.**    No.  No.  What happens is you basically consider it a

9    parent/child.  The final list of NCOA electors is present.  And

10   then from that, you create the -- if you will, the children,

11   the 159 children.  So meaning that you have a single source of

12   truth that you can always reconcile back to.

13   **Q.**    Okay.  Let me rephrase my question then.  I think we're

14   talking about the same thing.

15   **A.**    Okay.

16   **Q.**    At the end of the day, you had identified voters in all of

17   Georgia's 159 counties that you believed merited a challenge in

18   advance of the runoff election?

19   **A.**    That's fair.  Yes.

20   **Q.**    Okay.  And in total, that was 39,141 voters; correct?

21   **A.**    It was.

22   **Q.**    Okay.  And you posted on Facebook seeking volunteers from

23   each county to submit those challenges; right?

24   **A.**    On my personal Facebook, yes.

25   **Q.**    Yes.  And then once you got a volunteer, you provided that

1   volunteer with the challenge list and instructions for

2   submitting the challenge; correct?

3   **A.**   There's steps in front of that, if we want to be specific

4   about how it worked.

5   **Q.**   Did you provide them with more just the challenge list and

6   instructions for submitting the challenge?

7   **A.**   Oh, no.  There were steps between where you're talking

8   about providing people with a list.  There was actually some

9   diligence that took place before we gave people a list.

10  **Q.**   Okay.  Well, I'm just saying:  Once the list was

11  finalized, you and Mr. Davis had finalized the list and you --

12  you posted on Facebook.  You said I'm looking for volunteers.

13  Let me know if you'll volunteer.  You get a volunteer.  At that

14  point, you give them the challenge list.  Or you --

15  **A.**   Well, I think you're omitting an important step.

16  **Q.**   Okay.  What step am I omitting?

17  **A.**   So if somebody responded back to that Facebook post, I

18  exchange -- had a conversation with them and explained in very

19  careful detail about what this was, what the legal basis of it

20  was, why -- how it kind of worked within the elector -- you

21  know, within the county, how it had to be by somebody from

22  within the county.

23      But the reason I bring this up is I made sure that they

24  understood exactly what everything was.  And then said, okay,

25  if you still want to participate.  So there was -- there was a

1  decision process.  It's not somebody just raised their hand --

2  **Q.**   Yeah.

3  **A.**   -- and we shot -- and we shot it down to them.

4  **Q.**   I understand that your process --

5  **A.**   Okay.

6  **Q.**   -- was a little different than True the Vote's was --

7  **A.**   Well, I'm just trying to make sure --

8  **Q.**   -- in that regard.

9  **A.**   Okay.

10 **Q.**   But you -- you -- you provided the challenge list to the

11 volunteers; correct?  The volunteers did not come up with the

12 challenge list themselves?

13 **A.**   No.  They didn't come up -- well, we provided them with

14 our file.  But the file that they received, they had the

15 ability -- it was a soft Excel file.  So they had the ability

16 to cut from, add to.  It was something that they could

17 manipulate.

18          THE COURT:  So they didn't have to file it.  If you

19 went to Fulton County, somebody in Fulton County -- let's say

20 you filed 2500 challenges in Fulton County.

21          And an individual contacted you and said, yeah, I

22 want to -- I want to file these challenges but I only want to

23 do 500 of them.  Can you give them all 2500?  They didn't have

24 to file 2500 or they --

25          THE WITNESS:  They didn't have to -- no, sir.  What

1    the hope was and I think happened quite frequently because we

2    have a number of legislators that know their counties very,

3    very well is that they would go into their file and they would

4    review it.

5           And a lot of times -- this is feedback we got -- like

6    they knew that person and they knew that person.  And if they

7    didn't know that person, they would call someone who did.

8           But if somebody -- you know, and we didn't control

9    their process.  But we made it so that -- so that they had the

10   ability to send one, send all.  But they had the ability to

11   manipulate what it is that they ultimately submitted.

12          Now, some people are more diligent than others.

13   Some -- some -- but we didn't have a tremendous amount of

14   insight into that.  But we did make sure that they had a soft

15   copy that they could peel away from if they wanted to.

16          THE COURT:  Thank you.

17   BY MS. FORD:

18   **Q.**   Mr. Somerville, did you produce any documents in discovery

19   that suggested to the challengers that they should be diligent,

20   look through the challenge list and make sure they agree with

21   what's on your list?

22   **A.**   Most of these people I knew personally.  Those are

23   conversations that would not have necessarily been documented.

24   It -- you know --

25   **Q.**   So there are no documents in discovery that would reflect

1  that?

2  **A.**    I don't know.  I don't know.  I know what the spirit of

3  what we were doing was.

4         THE COURT:  Stop and think about it for a second.

5  It's very important whether or not you had any documents

6  specifying what you just explained to me for a lot of different

7  reasons.

8         THE WITNESS:  Okay.

9         I don't -- I don't recall if we have that type of

10  exchange in writing.  Because I spoke to most of these people,

11  sir.

12         THE COURT:  Would it be fair to say all the documents

13  the plaintiffs asked for from you you gave them?

14         THE WITNESS:  Yes, sir.

15         THE COURT:  Okay.

16  BY MS. FORD:

17  **Q.**    Mr. Somerville, the challenges that you and Mr. Davis

18  created, those were uploaded -- I think a couple of terms were

19  used -- but either to a Google Drive or a Dropbox link for

20  people who were interested in access; correct?

21  **A.**    Correct.  Mark had set up a Dropbox because some of

22  these -- you know, it's a lot of material.

23         And then if an individual came forward and wanted to

24  volunteer, there's a couple of ways.  We could email it if it

25  wasn't too big.  Sometimes these files get large.  If they were

1  large, they could get a link and they could pull that out of

2  that Dropbox.

3  **Q.**   Okay.  And you did ultimately use the Google Drive or the

4  Dropbox to distribute the challenge list; correct?

5  **A.**   I don't recall.  I think -- we set up the Google Drive.

6  And I know the files were there.  So my recollection is it was

7  there if needed.  I'm not sure how many times it was used.

8  **Q.**   Okay.  I'm going to bring up Plaintiffs' Exhibit 85.

9       This is an email from yourself to Mr. Davis; correct?

10 **A.**   It is.

11           MS. FORD:  Okay.  I believe this is in evidence, 85?

12           THE COURT:  Yes, ma'am.

13           MS. FORD:  Thank you.

14 BY MS. FORD:

15 **Q.**   So here you write, I think it is wise to limit the shared

16 drive to just you and me as I don't think we want those suing

17 us to gain access.  If you can limit it to just the two of us,

18 that is ideal.  A lot of people have the link, so I'm not sure

19 how best to limit access.

20      Did I read that correctly?

21 **A.**   You did.

22 **Q.**   And that would suggest a lot of your challengers just had

23 the Dropbox link; correct?

24 **A.**   No.  I'm sorry.  What was that statement?

25 **Q.**   That would suggest that several of your volunteer

1  challengers did have access to the Google Drive.

2  **A.**   Well, if they needed it, yes.

3  **Q.**   Okay.  And because you and Mr. Davis made your challenge

4  list generally available to people who were interested, you

5  don't have a full accounting of how many challenges were filed

6  and where they were filed; correct?

7  **A.**   Well, there's some process breakdown after people received

8  it.  I think we have a generally understood idea.  But it

9  wasn't necessarily -- those are -- those are probably some of

10  the weaker parts of our process was making sure we kept track

11  of who received one and certainly what happened after that.

12  **Q.**   So you're not able to state how many counties actually

13  ended up receiving one of your challenges?

14  **A.**   I believe you asked me that in my deposition.  And I think

15  my recollection at that time was roughly 40.

16       And the reason there's some movement in that is we have

17  some legislators that asked for challenge files, elector files

18  to review that have visibility over two and three of the

19  smaller counties.

20       And so there's one state representative that asked for

21  three files to review.  I think there was another state rep

22  that asked for two files.  But I think a directionally accurate

23  estimate is roughly 40 counties.

24  **Q.**   Yeah.  I remember talking about this in your deposition.

25  Your personal knowledge was around 40 counties.

1    **A.**    Yes.

2    **Q.**    Do you recall testifying, though, because we made these

3    files generally available to those who wanted to participate in

4    the process, it would be conjecture on your part to say how

5    many counties they ended up in?

6    **A.**    Well, I think it's for the reasons I just offered.

7    **Q.**    Okay.  You do know that one of your volunteer challengers

8    was Dan Gasaway; correct?

9    **A.**    I do.

10   **Q.**    Okay.  And Dan Gasaway was the challenger for Banks

11   County?

12   **A.**    He was.

13   **Q.**    And you do not dispute that Jocelyn Heredia was on the

14   challenge list for Banks County?

15   **A.**    I do not.

16   **Q.**    Okay.  That saved us three exhibits.  I really appreciate

17   that.

18        And because you and Mr. Davis created challenge files for

19   159 Georgia counties, you also created one for Muscogee County;

20   correct?

21   **A.**    We created them for all 159.  But the Muscogee County one,

22   like 100-plus, never got to a volunteer.  It never left our

23   possession.

24   **Q.**    Your Google Drive had all 159 challenges on it; correct?

25   **A.**    I don't know if all 100 -- so that's one of the things I

1  don't recall.  I don't recall if somebody that I talked to,

2  then I communicated to Mark and he put it in there.

3       But we created, as I mentioned to the Judge earlier, when

4  that funnel was done, we had a file for all 159 counties.  But

5  Muscogee County is not one that we ever filed anything in.

6            THE COURT:  So the name Alton Russell does not ring a

7  bell with you?

8            THE WITNESS:  I have never met -- I don't know

9  Alton Russell.  I've never communicated with Alton Russell.  I

10 have no recollection of being in the same room with Alton

11 Russell.

12           And I can definitively say that none of our work made

13 it to Muscogee County.

14           THE COURT:  Thank you.

15           THE WITNESS:  Yes, sir.

16 BY MS. FORD:

17 **Q.**  Mr. Somerville, your Muscogee County challenge list

18 included Scott Berson and Gamaliel Turner; correct?

19 **A.**  Well, I can't speak to that.  That -- that's a file that

20 never went anywhere.

21 **Q.**  It's a file that you made.

22 **A.**  But I've got a lot of things in my possession that never

23 made it to Muscogee County.

24 **Q.**  Would it refresh your recollection to review yourself and

25 Mr. Davis's challenge list for Muscogee County?

1    **A.**   Well, I guess the question I have is that that is not a

2    file that ever departed our possession.  It may be in there.

3    There were 39,000 people in there.

4        I'm very familiar with both of those individuals now due

5    to these proceedings.

6    **Q.**   Yeah.

7    **A.**   But there was never any work on our part that ever made it

8    to any entity.

9            THE COURT:  You don't deny they're on your list?

10           THE WITNESS:  Well, they may have been on that

11   Muscogee list.  But it would have never left our possession.

12           And the reason, sir, that they would be on the list

13   is that they were in the National Change of Address database

14   and they made it through that funnel.

15           THE COURT:  Could they have been on somebody's list?

16           THE WITNESS:  Well, they most certainly were on

17   somebody else's list.

18           THE COURT:  Let him take a look at it, just to be on

19   the safe side.

20           MS. FORD:  Yeah, sure.

21           THE COURT:  I'd like to look at it as well.  I'd like

22   to look at it as well.

23           MS. FORD:  Yes.

24           THE COURT:  Thank you.

25           THE WITNESS:  Yeah, this is -- this is the results of

1  our Muscogee County.  But this never made it to

2  Muscogee County.

3         THE COURT:  Now, you, in fact, have said this did not

4  make it to Muscogee County.

5         When you say that, what are you basing that on?

6  Because you didn't give it to anyone?

7         THE WITNESS:  There was -- no file went to anyone but

8  through me, sir.

9         THE COURT:  Okay.

10        THE WITNESS:  And Muscogee County is not one of them.

11 We were just as surprised by what we learned.  I think the

12 Muscogee County challenge was some 4,000 individuals.  We -- we

13 watched with everybody else the Ben Hill and all of that.  But

14 we don't have any connection to Muscogee County whatsoever.

15 And certainly not Alton Russell.

16 BY MS. FORD:

17 **Q.**  To be clear, I'm not suggesting that you personally

18 recruited Alton Russell, and he figured out --

19 **A.**  Well, the reason I bring this --

20 **Q.**  What I'd like to explore --

21 **A.**  Yes, the reason -- I'm sorry.  Forgive me.

22 **Q.**  What I'd like to explore is the list that you created for

23 Muscogee County.

24        MR. POWELL:  Your Honor, I'm going to object to

25 relevance.  I mean, she's called the list challenges.  He's

1   clarified they were metaphysical records in a spreadsheet.

2   We've got no connection to these challenges reaching a voter or

3   even reaching a board of election.  So I think this is just

4   beyond anything that's relevant here.

5          THE COURT:  I'm going to give her a little leeway on

6   it and see where we're going.  I have some interest in

7   Mr. Berson and Mr. Turner -- how did Alton Russell come about

8   challenging them.

9   BY MS. FORD:

10  **Q.**   Mr. Somerville, let's back up a few steps so we can make

11  sure we're talking about the same thing here.

12          Do you see this, what's called Bates at the bottom,

13  Defendant Davis 004219?

14  **A.**   I do.

15  **Q.**   Do you have any reason to dispute this is a document that

16  Mr. Davis produced to us as the list that you and he came up

17  with for Muscogee County of the voters that would have been

18  challenged, had you submitted it?

19  **A.**   This is a list of a number of people, yes, from

20  Muscogee County.  It certainly looks like Mark's work.  Yes.

21  **Q.**   Okay.  So you have no reason to dispute that?

22  **A.**   Not that this is a list that would have made it through

23  our proverbial funnel, no.

24  **Q.**   Okay.  Can you go to Page 10 for me, please?

25          THE COURT:  On Plaintiffs' 89?

1           MS. FORD:  Yes, on Exhibit 89.

2           THE WITNESS:  Okay.

3           THE COURT:  All right.  Ms. Ford, are you moving to

4    put 89 into evidence?  I don't have it down as evidence.

5           MS. FORD:  Yes, I am moving Exhibit 89 into evidence.

6           THE COURT:  Any objection, Mr. Powell?

7           MR. POWELL:  I'm sorry, Your Honor?

8           THE COURT:  Any objection to 89 coming into evidence?

9           MR. POWELL:  No, Your Honor.

10          THE COURT:  Admitted without objection.

11   BY MS. FORD:

12   **Q.**   Mr. Somerville, do you see about halfway down the name

13   Gamaliel Turner?

14   **A.**   I do.

15   **Q.**   Okay.  Let's go to Page 40.

16        And do you see this first line, Scott Berson?

17   **A.**   I do.

18   **Q.**   When you posted on Facebook recruiting for challengers in

19   every county in Georgia, you didn't exclude Muscogee County,

20   did you?

21   **A.**   No, I didn't.  But I'd like to add some context here.

22          THE COURT:  Go ahead.

23          THE WITNESS:  This never left our possession.  This

24   never would have been printed had you not asked for it in

25   discovery.  There is at least 110 or so counties that never,

1   ever once left our possession.

2        My -- the people that came forward to volunteer were

3   generally people in my circle.  I don't have a reach in

4   Muscogee County.

5        So I appreciate that there is some confirmation that

6   they were both in the NCOA, that they made our list as well.

7   But this list never left our position -- or our possession.  It

8   never saw the light of day ever.

9   BY MS. FORD:

10  **Q.**   Had you had a volunteer reach out from Muscogee County --

11  **A.**   I don't believe so.

12  **Q.**   No.  No.  I'm asking -- I'm asking you a question.  I'm

13  sorry.  I hadn't finished it.

14       You did not receive any volunteers from Muscogee County;

15  correct?

16  **A.**   I did not.

17  **Q.**   Had you received a Muscogee County challenge volunteer,

18  this is the list that you would have provided them to submit?

19  **A.**   Hypothetically?

20  **Q.**   Hypothetically, yeah, that's fine.

21  **A.**   This is our list, yes.

22  **Q.**   Okay.  Thank you.

23       No.  I'm done with this one.  Thank you.

24       At the end of the day, when you and Mr. Davis had compiled

25  this list, you had confidence that you had identified

1    individuals that had filed a change of address for one reason

2    or another; correct?

3    **A.**    Well, I think the confidence -- the way that I would

4    define that is a little bit different.  We were very confident

5    that we had produced a document -- information that would

6    provide a tremendous amount of benefit and that it represented

7    individuals, because it's very constrained.

8        It's not just that they had an NCOA but that it was

9    individuals that had a very high probability of no longer being

10   a resident in the counties where they had cast their vote.

11   **Q.**    Mr. Somerville, I'm asking --

12   **A.**    Well, I'm trying to actually thoroughly answer your

13   question.  I'm sorry.

14   **Q.**    What I'm asking you is whether you had confidence that

15   what it identified was that they had filed a change of address

16   for some reason.

17   **A.**    Unequivocally.  Every single one of these individuals had

18   a National Change of Address record on file.

19   **Q.**    Okay.  So you believe that you had probable cause that the

20   voter had moved?

21   **A.**    Well, I think at the conclusion of the funnel we did, yes.

22   I'm very confident in that.  And I think our post-analysis

23   review of this absolutely demonstrates that.

24          THE COURT:  So hold on a second.

25          MS. FORD:  Your Honor --

```
 1              THE COURT:  Hold on.

 2              MS. FORD:  Uh-huh (affirmative).

 3              THE COURT:  If I'm understanding you correctly, you

 4    didn't just stop -- once you saw a name on the National Change

 5    of Address, you didn't stop right there and say, okay, this is

 6    good enough?  You say the funnel --

 7              THE WITNESS:  If we stopped right there, that number

 8    was 580,000.

 9              THE COURT:  You were going to say something,

10    Ms. Ford?

11              MS. FORD:  Yes.  I was going to move to strike

12    Mr. Somerville's testimony about his post analysis that somehow

13    concluded that his work and his challenge list was reliable.

14              THE COURT:  Why can't he have that opinion?

15              MS. FORD:  Your Honor, you may remember earlier in

16    this case there was a motion in limine about what

17    Mr. Somerville, Davis, and Phillips could testify to.

18              And I believe the outcome of that order is Your Honor

19    said that they could testify to the steps they took, what they

20    did.  But they could not testify to the accuracy or the

21    reliability of the outcome.  And I think that fits squarely

22    within this.

23              THE COURT:  Yeah.  I'll accept that.  I'll allow you

24    to testify about what you did but not be able to say how

25    accurate it was.  I have already ruled you couldn't do that.
```

1    THE WITNESS:  Okay.

2    BY MS. FORD:

3    **Q.**   Mr. Somerville, you would agree with me that there are

4    thousands of reasons why someone could show up on the NCOA list

5    and still be an eligible Georgia voter; right?

6    **A.**   Well, I don't know what the number are, but there are

7    legitimate reasons why they would.  Yes.

8    **Q.**   And you knew that could include student voters?

9    **A.**   Well, student voters that had not claimed in-state tuition

10   in an out-of-state school.  I mean, there are conditions.  This

11   is where it gets really tricky.  So it's not all students, no,

12   ma'am.

13   **Q.**   Okay.

14   **A.**   Some students.

15   **Q.**   And you understood that some -- at least some military

16   voters could still remain eligible Georgia voters; correct?

17   **A.**   Well, as a Marine myself, I would actually have assumed

18   all of them.

19   **Q.**   Yeah, yeah.  Depending on the circumstances, many would;

20   correct?

21   **A.**   Well, I did the -- we had the kind of err on the side of

22   voter approach from the beginning.  So if there was an

23   association to the military that we could make --

24   **Q.**   Mr. Somerville, what I was -- I appreciate that.  But that

25   was not my question.

1    **A.**   Okay.  Well, I --

2    **Q.**   What I asked you is that you agree with me and you

3    understood that there were military voters who would have moved

4    but remained eligible Georgia voters at the time you compiled

5    this list?

6    **A.**   I assume all of them, yes.

7    **Q.**   Okay.  And you also understood that there would be voters

8    who had relocated temporarily but still remained eligible

9    Georgia voters?

10   **A.**   That condition could exist, yes.

11   **Q.**   Okay.  And you and Mr. Davis at the time you created this

12   list did not have clarity on which voters on your list had

13   moved temporarily and those who had not; correct?

14   **A.**   Well, that plays back to your first question whether there

15   are thousands of reasons.  We don't have clarity into the

16   myriad of reasons.  But there were a number of steps we took to

17   make sure that the individuals that made it to the bottom of

18   that funnel were -- to the absolute best of our sincere ability

19   were permanent movers.

20   **Q.**   All right.  So it's your testimony today that you believe

21   you were able to identify permanent movers and only challenge

22   those voters?

23   **A.**   My testimony is that we did everything we possibly could

24   as citizens to get to that state.

25        But I believe that -- I believe in our deposition in our

1   discussions I acknowledged that there are scenarios where you

2   just can't catch, for example, for the student with the

3   out-of-state tuition.  There are scenarios where the Secretary

4   of State can't find them either.  They need to do a next level

5   of inquiry.  But we really put our best foot forward in order

6   to limit that as much as possible.

7   **Q.**   Mr. Somerville, do you recall in your second deposition

8   when I asked you, and what about individuals as you mentioned

9   who temporarily moved?  How did you remove those individuals

10  from the list?

11       Answer, Well, I'm not sure we would have clarity into

12  those.

13  **A.**   Clarity.  But we still -- I think the cuts that we made

14  greatly reduced that.

15          MS. FORD:  And just for reference, that was Mr.

16  Somerville's deposition from January 2022 at 23, 13 through 24,

17  6.

18  BY MS. FORD:

19  **Q.**   Mr. Somerville, at the time you worked on the challenge

20  list in December 2020, you knew what the NVRA was; right?

21  **A.**   I had familiarized -- I'm not a lawyer.  But I had

22  familiarized myself with the DOJ's web page on it, which is, I

23  think, more of an abridged version.

24       And then I attempted to go to the actual code which gets a

25  little -- little hairy for a guy like me.  But yes, I was

 1    familiar with it.  I tried to familiarize myself with it as

 2    best I could.

 3    **Q.**   Okay.  And just -- I realize for clarity of the record by

 4    NVRA, I mean National Voter Registration Act.  We're talking

 5    about the right -- the same thing?

 6    **A.**   Yes, ma'am.

 7    **Q.**   Okay.  And you understood that NVRA had not -- had

 8    specific protections to make sure that an official didn't

 9    erroneously remove a voter from the voter rolls; correct?

10    **A.**   Understood it and strongly support it.

11    **Q.**   And you understood that the NVRA process on the basis of

12    an NCOA move was not a process that could be completed in a

13    short amount of time; correct?

14    **A.**   Well, there's some clarification that's needed there.  If

15    I may?

16         So my understanding is that there is a blackout period

17    expressly for programs designed to remove individuals from the

18    rolls.  It's 90 days -- there's a 90-day buffer before the

19    elections.  So -- so I was very aware that there's a program

20    which I think in my testimony I said was a good thing.  But

21    those are for programs designed to remove people from the

22    rolls.

23         In that same paragraph I read that there was no

24    prohibition on updating a registrant's information.  In other

25    words, registrant information that was not designed to remove

1   people from the rolls.  We were very consistent that that was

2   never a goal.

3       So I was aware that there are -- there is a prohibition

4   within 90 days of the election which bears on the sequence of

5   our elections as well for another discussion.  But that -- that

6   was expressly for removing people from the rolls, which is not

7   envisioned in Section 230.

8   **Q.**   Okay.  So you understood at the time you filed the

9   challenges that there was this blackout period?

10  **A.**   I did.

11  **Q.**   Under the NVRA?

12  **A.**   For removal of people.

13  **Q.**   For removal?

14  **A.**   Yes, ma'am.

15  **Q.**   Your -- your challenges sought to force that verification

16  anyway; correct?

17  **A.**   I used that language with you.  It was really to force the

18  Government to look I think is the spirit of what I was saying.

19  It is probably strong language.  But the Section 230 is a

20  citizen's tool to engage and petition the Government with their

21  speech.  And I thought it was appropriate.

22      So yes, we were hoping that the individual Board of

23  Elections would review the material and do what the Government

24  does.

25  **Q.**   Mr. Somerville, when the challenge lists were filed, you

1   understood that they would become public record; right?

2   **A.**   We had that conversation.  And I believe the way that I

3   responded was that --

4   **Q.**   Mr. Somerville, I appreciate your trying to recall your

5   deposition.  But I'm just -- I'm just asking.

6   **A.**   Well, because you asked me a broad question in my

7   deposition and you're asking for a narrow answer now and I'm

8   trying to answer your question.

9       I don't understand how -- because I -- I understand that

10  all information with the Government ultimately should become

11  public.

12  **Q.**   Okay.

13  **A.**   So I do acknowledge that.

14  **Q.**   Yes.  That was my question.  Just that you understood that

15  the challenges would become public; correct?

16  **A.**   Subject to protocols and controls that I trust the

17  Government had envisioned with the Section 230.

18  **Q.**   But you also said that you would have never published the

19  list yourself because that would have been too inflammatory;

20  right?

21  **A.**   I would have never -- no.  Mark nor I would have ever

22  published a single name on that.  Ever.  Nor did that ever

23  happen.

24              MS. FORD:  Can I approach, Your Honor?

25              THE COURT:  Yes.

```
 1   BY THE COURT:
 2   Q.   Mr. Somerville, I realize the ink is very faint here.  But
 3   do you agree this is your Facebook post --
 4   A.   It is.
 5   Q.   -- tagged Mark Davis?
 6   A.   It is.
 7           MS. FORD:  And I believe this is already in evidence,
 8   Your Honor.
 9           THE COURT:  I think you're right.  Yes.
10   BY MS. FORD:
11   Q.   Okay.  And, Mr. Somerville, this is from December 5th,
12   2020; right?
13   A.   It's hard to see on your -- I'm going to take your word
14   for that.
15   Q.   That's what I see.  Maybe I have a better copy.
16        Let's look to Page 4.  Let's go about comment Number 1, 2,
17   3, 4, your name.  You tag someone named Brandon.
18        Here you write:  As Mark states, I would anticipate formal
19   challenges being filed in all counties for voters who appear
20   ineligible.  If that happens as planned, all documentation will
21   be public.
22        Did I read that correctly?
23   A.   You did.  Yeah.  That goes back to my belief that
24   ultimately the Government is going to disclose information as
25   it's the public's information.
```

1   **Q.**   Okay.

2   **A.**   But subject to protocol.

3   **Q.**   So we talked about how you and Mr. Davis had prepared

4   challenges for every county, how you sort of created like a

5   cover letter for volunteers to submit with the challenge;

6   right?

7   **A.**   I'm sorry.  I was still reading because there was another

8   section here I didn't know if you were going to that is

9   relevant to --

10  **Q.**   No.  I'm done with that.

11  **A.**   Okay.

12  **Q.**   So you created challenges for every county?

13  **A.**   We created a list that included elector --

14  **Q.**   Voters in every county?

15  **A.**   Correct.

16  **Q.**   Okay.  And you created sort of instructions and a cover

17  letter for the volunteers; correct?

18  **A.**   We did our best to educate everybody on the process,

19  correct, on -- on the governing laws.

20  **Q.**   Okay.  And you had prepared a list of voters to challenge

21  in Forsyth County; correct?

22  **A.**   We did.

23  **Q.**   And at the time of the runoff election, you were a

24  resident of Forsyth County; right?

25  **A.**   Happily so, yes.

1    Q.    And you did not sign your own name to the challenge that

2    was submitted to Forsyth County; correct?

3    A.    I did not submit a challenge in Forsyth County.

4    Q.    You let someone else submit the Forsyth challenge?

5    A.    A volunteer came forward.

6          So this is a part of our deposition that I didn't recall

7    at the time that I can clarify.  Two volunteers came forth for

8    Forsyth County.  One of them was a former employee of mine.

9    She carried that challenge in Forsyth County.

10         If you'll recall when we had that line of questioning, you

11   had first asked me about Fulton County.  And it just threw me

12   off a little bit.  There was a separate challenge -- there was

13   an individual that -- unrelated to all the parties here -- that

14   filed a very large challenge in Forsyth County.  But a lady

15   that worked for me is the one that carried the challenge that

16   we created.

17   Q.    Yeah.  All I'm clarifying is:  You didn't submit your own

18   challenge list to your county; correct?

19   A.    May I explain why?

20   Q.    It's a yes-or-no answer.  The answer is yes?

21   A.    Well, I -- so no, I did not.

22         May I add some additional context?

23              THE COURT:  Briefly explain your answer.

24              THE WITNESS:  Brief.  A big part of this was to give

25   the citizens around us a constructive way to engage in a voter

1   integrity event and not this crazy conspiracy theory.

2          So faced with the option of submitting it myself or

3   allowing somebody to actually engage, the option was very -- or

4   the choice was very easy for me.  I was very happy to see

5   people engaging in something that was tangible and rooted in

6   law and just not all this crazy vitriol that was happening at

7   the time.

8          So that -- that's why.  I would have happily -- I was

9   very confident in our work.  I would have happily done it.  But

10  I was very happy to see this lady come forward and for her to

11  participate.

12  BY MS. FORD:

13  **Q.**   Mr. Somerville, you're a Republican; correct?

14  **A.**   I don't know that I would class myself as a Republican.

15  I'm conservative in value.  But I think I've got a pretty

16  strong record of being critical and pretty tough against the

17  Republican party.

18  **Q.**   Do you recall you referred to yourself as a Republican in

19  your deposition?

20  **A.**   That was probably a mistake.

21  **Q.**   Have you previously supported many Republican candidates

22  for office?

23  **A.**   I've supported Republican candidates, yes.

24  **Q.**   Hosted fundraisers for them?

25  **A.**   For personal friends, yes, ma'am.

1  **Q.**   And you did not support Senator Warnock or Senator Ossoff

2  in the 2021 Senate runoff election; correct?

3  **A.**   I certainly did not.

4  **Q.**   Okay.  I would like to bring up Plaintiffs' Exhibit 29.

5         MS. FORD:  Defendants provided you a copy.  So I only

6  have two copies.

7         THE COURT:  I don't need it.

8         THE WITNESS:  Thank you.

9  BY MS. FORD:

10  **Q.**   Mr. Somerville, this is your Facebook page again; correct?

11  **A.**   This is my private Facebook page, yes.

12  **Q.**   From November 15, 2020?

13  **A.**   Size 2 font here, but that -- I'll take your word for it

14  again.

15  **Q.**   And here you retweeted:  Stacey Abrams, breaking, more

16  than 600,000 Georgians have requested their mail ballots for

17  the January 5th runoff elections.  Help elect Reverend Warnock

18  and Ossoff to the U.S. Senate today by requesting your ballot.

19      And here you've -- you've -- I'm sorry.  It's Facebook so

20  I guess not retweet.  But you've posted it and written:  What

21  we're up against 600,000 mail ballots and counting.  Correct?

22  **A.**   Yes.  The 600,000 ballots was my focus; correct.  I

23  actually didn't recall that the two senators were in there.  It

24  was the 600,000 ballot requests that concerned me.

25         MS. FORD:  Your Honor, I believe -- I apologize that

1    I've lost track, but I believe this one is in evidence.

2              THE COURT:  It's in.

3              MS. FORD:  Okay.  Great.

4              THE WITNESS:  There's an explanation of why I posted

5    this in the comments.

6              MR. POWELL:  We don't have that version in evidence.

7    This is the version with comments; right?

8              MS. FORD:  So if you can -- I also don't have that

9    version.  So if you could give us additional ones, we can give

10   the Judge --

11             THE COURT:  I've looked at it up here.  So I don't

12   need to see it.

13             MR. POWELL:  Oh, here's some.  Who needs one?

14             THE WITNESS:  I'm happy to pass mine to the Judge.

15             THE COURT:  I'm fine.  I got it right here.

16             THE WITNESS:  There's comments below that provide

17   context for this post.

18             THE COURT:  I'll ask -- Ms. Ford is going to give --

19   I don't need one.  Ms. Ford --

20             MS. FORD:  I'm done with that exhibit.

21   BY MS. FORD:

22   **Q.**   I would like to move on to Plaintiffs' Exhibit 36.

23   **A.**   Is it possible to actually discuss the comments in here

24   because there's context that you didn't --

25   **Q.**   I don't have any -- I don't have any more questions.  But

1    if the Judge has any comments --

2           THE COURT:  I don't have any questions on the

3    comments.  I will allow you to do it.  But since I don't have

4    any questions and Ms. Ford doesn't have any questions, you

5    can't really get into it.  If your counsel puts you back up --

6    BY MS. FORD:

7    **Q.**   This is Plaintiffs' Exhibit 36, which I believe is also in

8    evidence.

9       Mr. Somerville, you were the author of this email;

10   correct?

11   **A.**   I am.

12   **Q.**   And here you analyze the challenges based on how they

13   voted.  You write or on the basis of 60 percent or more for

14   Biden whether they voted blue and whether they comprise the

15   Atlanta area; correct?

16   **A.**   Correct.

17   **Q.**   All right.  You can put this away.  I don't have any

18   further questions about this.

19   **A.**   May I offer some context?

20   **Q.**   I'm not asking you for context.

21          THE COURT:  Well, he's allowed to explain his answer

22   briefly and on point.

23          THE WITNESS:  At the conclusion of the file, I

24   analyzed it a number of ways to make sure there was not any

25   significant disparities one way or the other.  One of our

1  biggest fears was that the work we were doing was going to be

2  made political.  And we were very sensitive that -- that we

3  didn't want to be part of that discussion.

4        So the reason I mentioned that is because I ran this

5  analysis to make sure that it did not disproportionately

6  represent those who voted one way or the other because it was

7  very important to us that nobody thought we were targeting

8  anything or any condition in any way.

9        Had this revealed that there was a disproportionate

10 result in here versus the different attributes that we were

11 concerned about, we would not have moved forward with the

12 challenge.

13       So it's important context for why we did this.

14       THE COURT:  Thank you.

15 BY MS. FORD:

16 **Q.**  Mr. Somerville, you don't --

17       THE COURT:  Hold on.  Hold on.

18       MR. POWELL:  Your Honor, I would just like to clarify

19 are plaintiffs objecting to our client's analyses or not?

20 Because this is another example of his analyses of his own

21 data.  Earlier they objected to his talking about his analyses

22 of his own data.

23       THE COURT:  Well, I think what happens is that

24 Ms. Ford really just wanted a yes-or-no answer and the Court

25 allowed your client to explain further.

1    But my ruling -- prior ruling with Ms. Ford still

2    stands.

3    BY MS. FORD:

4    **Q.**   Mr. Somerville, you don't dispute that your analysis

5    showed that 64 percent of your challenges were from blue

6    counties and only 36 percent were from, quote, red counties;

7    correct?

8    **A.**   Which I believe tracked the election, yes, ma'am.

9    **Q.**   Mr. Somerville, you've previously spoken about what you

10   observed as a substantial increase in registered voters and

11   voter participation in Georgia between 2014 and 2018; correct?

12   **A.**   Yes.  It's a very good thing.

13   **Q.**   And you've also publicly suggested that the increase in

14   the percentage of African-Americans and Hispanic voters

15   participating in Georgia's elections is indicative of fraud;

16   correct?

17   **A.**   I don't think I've indicated it's indicative of fraud.  I

18   have met with people and talked about that as a positive.

19   **Q.**   Would it refresh your recollection if I show you a

20   Facebook post for yourself?

21   **A.**   That's fine.  Please.

22   **Q.**   I apologize that the image is not high res.  But if you

23   could take a moment and read it and let me know when you are

24   done.

25   **A.**   Sure.

1       Okay.  I've read it.  I can speak to this.

2   **Q.**   This is your Facebook; correct?

3   **A.**   It is my Facebook.

4   **Q.**   And it provides an analysis of the increase in

5   African-American and Hispanic voters in Georgia elections

6   between 2014 and 2018?

7   **A.**   It does.

8   **Q.**   And you felt this was something you needed to raise the

9   alarm on?

10  **A.**   No, not the increase.  There's -- you've wholly

11  mischaracterized this post.

12      So the point of this post is at the time there were

13  individuals saying that voter suppression was rampant

14  throughout Georgia.  But we were seeing historic registrations

15  of individuals and not only that they were actually

16  participating in the elections.  That was a good thing.

17      So what I'm drawing attention to is I find suspicious that

18  there were individuals that were claiming suppression when we

19  were having records in the state.  And I think that's a very

20  meritorious event.

21      At the bottom of that, what I draw the attention to is

22  there was news coverage sometime before where there was

23  significant registrations of individuals that couldn't recall

24  their last four of their social.  And that concerned me.

25      But what I was trying do is share that there's a very

1    positive trend taking place here and it doesn't align with the

2    message of voter suppression.

3         Now, the insinuation that I would post anything and

4    suggest because it's minority-related that it's fraud is absurd

5    and -- well, I won't make it personal.  But that's not the

6    point of this at all.

7         This is a data-driven piece of information that I actually

8    shared with the state legislature, and then they actually used

9    this to try to argue that we're making progress in the state.

10        That kind of hurts to have that characterized that way.

11   **Q.**   I -- Mr. Somerville, it's your post.  You typically use

12   the words raising the alarm for good trends?

13   **A.**   Well, I mean, my words are down there.  I'm talking about

14   the questionable registrations that were all over the news

15   years prior.  I'm challenging the notion that this is what we

16   would see if we had a problem with voter suppression.

17        Record registered voters, which I thoroughly support and

18   they are actually participating.  We're in a very good trend in

19   this state, except for that period in time during the election

20   where people were saying they weren't going to vote because

21   they all thought the Venezuelans had highjacked our election.

22   That was a bad period.

23   **Q.**   All right.  Thank you, Mr. Somerville.

24        I just have a few more questions for you today.

25        Mr. Somerville, you went searching through aspects of

1    Ms. Jocelyn Heredia's personal life, didn't you?

2    **A.**    After I was sued by her, yes, I did.

3    **Q.**    You took screen --

4    **A.**    Publicly available, yes.

5    **Q.**    All right.  You took screenshots of Jocelyn with her

6    boyfriend?

7    **A.**    Took screenshots -- did I -- did I do as you did on her

8    public Facebook and just took screenshots?  Yes, I alerted my

9    attorneys that I believe that she was living with somebody.

10   Yes.

11   **Q.**    Okay.  And you went through their relationship history as

12   far as seven years ago?

13   **A.**    I think that was made evident on one Facebook post of

14   theirs.  A public one.

15   **Q.**    And you went through your boyfriend's work -- sorry -- her

16   boyfriend's work history?

17   **A.**    I pulled him up on Linkedin.  I was trying to tie the two

18   together.  Yes.

19   **Q.**    Okay.  And you sent all of those to your counsel?

20   **A.**    With the express purpose of trying to understand her

21   residential movements, yes.

22           MS. FORD:  Your Honor, if you'll just give me a

23   minute and make sure I just have only a couple more questions.

24           THE COURT:  Yes.

25           **(There was a brief pause in the proceedings.)**

1  BY MS. FORD:

2  **Q.**   Mr. Somerville, just a few last questions.  And I

3  apologize that they are kind of random all over the place.

4  **A.**   That's fine.

5  **Q.**   You don't actually know what True the Vote's motivation

6  was in filing the challenges, do you?

7  **A.**   My understanding of True the Vote is that they are -- so I

8  think I do.  But I'm not in their heads.  Would you like me to

9  share what I think it is?

10        THE COURT:  Well, I don't want you to speculate or

11  guess.  If you don't have a solid reason, I would prefer,

12  Ms. Ford, he not speculate unless -- unless you have some basis

13  for your reason.

14        THE WITNESS:  How about just a general?  My

15  assumption it's around a passion for election integrity.  But

16  that's -- I don't -- that's all I have.

17  BY MS. FORD:

18  **Q.**   Is that an understanding you've developed in the aftermath

19  of this lawsuit or an understanding that you had at the time

20  all these challenges were filed?

21  **A.**   I had -- I'm not sure I had heard of them before I met

22  them.  So I haven't had an experience yet that doesn't suggest

23  they are not passionate about election integrity.

24  **Q.**   All right.  Mr. Somerville, is your testimony that you

25  believe True the Vote's motivation in filing these challenges

1    was election integrity?

2    **A.**    I hope so.

3    **Q.**    I -- I'm --

4    **A.**    I'm sorry.  My testimony is that I --

5               **(Unintelligible cross-talk)**

6    BY MS. FORD:

7    **Q.**    That's your belief?

8    **A.**    -- that was their motivation.  Well, your question

9    suggests that maybe there is an ulterior motive.  But my belief

10    is that's why they were doing it, yes.

11    **Q.**    Mr. Somerville, let's go to your deposition at -- your

12    first deposition at 113.

13    **A.**    Page 113?

14    **Q.**    Page 113, Line 6 through 7.  Do you agree that this says:

15    I'm completely unaware of what True the Vote's motivation was?

16    Did I read that correctly?

17    **A.**    Well, two years ago.  So --

18    **Q.**    Okay.  Well, whatever you -- whatever understanding you

19    developed post litigation I'm less interested in.  I was asking

20    about your -- your -- what you understood their motivation to

21    be before.

22    And you did not know what it was; correct?

23    **A.**    Well, I'm sorry.  There's -- there's more context in the

24    deposition than there is now.

25    It's -- I think it's consistent with what I'm saying now

1    is my assumption is election integrity, but there could be

2    other motivations.

3    **Q.**   This says you're completely unaware of what True the

4    Vote's motivation was.

5                MR. POWELL:  Your Honor --

6    BY MS. FORD:

7    **Q.**   That's different than hoping that it was election

8    integrity; right?

9                THE COURT:  What's the objection?

10               MR. POWELL:  It's asked and answered.  He already

11   said it would call for speculation.  His deposition indicates

12   speculation.  I think he's quite consistent, and it's asked and

13   answered.

14               THE COURT:  Here is how I'm taking it.  What he said

15   in the deposition is what he said in the deposition.

16               MS. FORD:  That's all I hoped to establish,

17   Your Honor.

18               And just for the record, that was the first

19   deposition at Lines 113 -- I'm sorry -- 113, 6 through 7.

20   BY MS. FORD:

21   **Q.**   Mr. Somerville, you would not consider yourself an expert

22   with the voter file; correct?

23   **A.**   I would not consider myself an expert, no.  But I think

24   after all of this time, I can get around it better than most.

25   **Q.**   Okay.  At the time you prepared the challenges with

1  Mr. Davis, you did not consider yourself an expert with the

2  voter file; correct?

3  **A.**   No, ma'am.  When you're in the company of Mark Davis, you

4  don't need to be an expert with the voter --

5  **Q.**   I'm just asking about yourself.

6  **A.**   Yeah.

7  **Q.**   When you started this enterprise with Mr. Davis, you did

8  not appreciate how large or complicated the voter file was;

9  correct?

10  **A.**   Not how large it was, correct.  Yeah, there was some

11  complications to this that I didn't appreciate when I first met

12  Mark.

13  **Q.**   Okay.  And in fact, you've stated that data is not your

14  forte; correct?

15  **A.**   I am not to the level of Mark's, no.  But I don't -- I

16  don't know that that's a -- as a blanket statement, I live and

17  breathe in data.  But Mark is a data scientist.  So I don't

18  know if that was what I was thinking when I answered that.

19          MS. FORD:  Let's go to Plaintiffs' Exhibit 82.

20          THE COURT:  Thank you.  And it's in.

21  BY MS. FORD:

22  **Q.**   Mr. Somerville, this is an email that you wrote to your

23  volunteer challengers; correct?

24  **A.**   Correct.

25  **Q.**   And you write here in this first paragraph, we recognize

1  participating in these hearings is an intimidating prospect for

2  most.

3      Did I read that correctly?

4  **A.**   You did.

5  **Q.**   Okay.  So you believe that defending against a --

6  defending a challenge could be an intimidating prospect for

7  your volunteers?

8  **A.**   That's not correct.  I think participating in a hearing,

9  which I can attest to right now, can be intimidating.

10  **Q.**   Okay.

11  **A.**   To -- to -- this is to the volunteers that they might find

12  that process standing before a group to be uncomfortable.  Yes.

13  **Q.**   Yeah, I understand.

14  **A.**   Okay.  I just want to be clear on that.

15  **Q.**   Mr. Somerville, in the fall of 2020, I think we

16  established you were a registered voter in Forsyth County;

17  correct?

18  **A.**   That's correct.

19  **Q.**   And you voted in Forsyth, I assume, in the 2020 general

20  and '21 runoff?

21  **A.**   Yes.  I believe so.

22  **Q.**   And you owned property in Kentucky in the fall of 2020;

23  right?

24  **A.**   In the fall -- would you define fall more narrowly?

25  Because we did sell that home.

1   **Q.**   In 2020 you owned property in Kentucky; correct?

2   **A.**   In 2020, yes.

3   **Q.**   Okay.  And you also purchased a home in the fall of 2020

4   in North Carolina?

5   **A.**   I did.

6   **Q.**   Correct?

7   **A.**   Yes.

8   **Q.**   You spent time in both Kentucky and North Carolina in

9   2020?

10  **A.**   I did.

11  **Q.**   And you, in fact, have left Georgia since the runoff

12  election; right?

13  **A.**   We have.  We have moved to Kentucky.

14  **Q.**   And you now consider yourself a resident of Kentucky?

15  **A.**   I admit that, yes.

16  **Q.**   Is it complicated?

17  **A.**   No, it's not.  It's just Kentucky.

18  **Q.**   But you still considered yourself to be an eligible

19  Georgia voter in November 2020 and January 2021; correct?

20  **A.**   Yes.  I'm sorry.  I'm just trying to get dates together

21  because we didn't move until -- we didn't sell our property

22  until 2021.  So yes.

23          MS. FORD:  Okay.  If I can have one second,

24  Your Honor.

25                  **(There was a brief pause in the proceedings.)**

```
1              MS. FORD:  No further questions at this time.

2              THE COURT:  All right.  Thank you, Mr. Somerville.

3              We're going to stop and take a break right here.

4    We'll be back at 3:25.

5              COURTROOM SECURITY OFFICER:  All rise.

6              (A brief break was taken at 3:09 PM.)

7              THE COURT:  Y'all can be seated.

8              Mr. Nkwonta, who is next?

9              MR. NKWONTA:  Your Honor, assuming and giving one

10   last shot that we have not resolved this exhibit situation,

11   given that the very exhibit that we called Mr. Somerville to

12   admit they did not object to, even after all of this -- and it

13   is on their exhibit list.  But if we want to go through this

14   dance again, we will call Mr. Mark Davis as an adverse witness

15   for the purpose of --

16             THE COURT:  What exhibits are you trying to get in

17   through Mr. Davis?

18             MR. WYNNE:  I'd like to address the snide remark in

19   that all we wanted to do was to some get some foundation.  That

20   was laid.  We were asking them to go through the proper

21   procedures.  They did.  So we didn't object.

22             THE COURT:  Okay.

23             MR. NKWONTA:  It's on their exhibit list.

24             THE COURT:  Which one do you want for Mr. Davis to

25   get in through?
```

1          MR. NKWONTA:  Sorry, not Mr. -- not Mark Davis.

2          THE COURT:  Mark Williams.

3          MR. NKWONTA:  Mark Williams.  Mark Williams.

4          THE COURT:  Which exhibit are you talking about?

5     They might have changed their -- changed their mind.  If not,

6     you can call this witness.

7          MR. NKWONTA:  It's Exhibit 86 -- Plaintiffs' Exhibit

8     86.

9          We have a copy with Mr. Williams' Bates stamp.

10          THE COURT:  Okay.  Mr. Powell, are you-all still

11     objecting?  If you are, then Mr. Williams needs to come take

12     the stand.

13          MR. POWELL:  Your Honor, we still don't know who this

14     came from and how it's not hearsay, among other things.  Or if

15     it's even a final version of what it purports to be.

16          THE COURT:  I don't know how to answer that.  The

17     only person that can answer that is Mr. Nkwonta.  Did you --

18     you know, either you can accept this proffer or he can call

19     Mr. Williams.

20          MR. NKWONTA:  They can also question Mr. Williams

21     about whether the document is not fully up to date and that

22     goes to the weight of the document, not to its admissibility.

23     If it's not an up-to-date document, it doesn't make it

24     inadmissible.

25          THE COURT:  Well, here is the question.  You-all are

```
 1   objecting to Number 86 because you don't know where it comes
 2   from.  Correct?
 3           MR. WYNNE:  Your Honor, if I may interject, that's
 4   not the standard under the rules.  Rules are very careful.  We
 5   don't conditionally admit something with this many things --
 6           THE COURT:  Mark Williams, please come take the
 7   stand.  I don't -- I don't know -- he's called as a witness.
 8   Where is he?
 9           MR. WYNNE:  We object.  Same thing:  Foundation,
10   hearsay.  There's things cut off.
11           THE COURT:  All right.  I understand that.  Where is
12   Mark Williams?
13           MR. NKWONTA:  Mr. Williams is a defendant in this
14   case.  If he is not here, then we would request an opportunity
15   to examine him as soon as defendants are able to produce him.
16           MR. WYNNE:  They had subpoena power, Your Honor.
17   They didn't exercise it.
18           THE COURT:  You didn't subpoena him?
19           MR. NKWONTA:  We did not subpoena him.  He was on the
20   will call list and the defendants indicated they are calling
21   him as a witness tomorrow morning.  So we did not feel it was
22   necessary to subpoena him.  We can --
23           THE COURT:  You can rest your case and try to get it
24   in, 86, in through cross.  But if you didn't subpoena him, I
25   can't -- if you had subpoenaed him, I could stop and have the
```

marshals go get him.  But if you didn't subpoena him, there is nothing I can do to help you.

MR. WYNNE:  May I also interject?  I think the word was we expect to call.  I have never personally met Mark Williams.  I am going to meet him tonight.  And I may not decide to call him.  I just don't know, and I'm not going to say I'm going to call him.

THE COURT:  I got -- okay.  No comment.  Again, if you had subpoenaed him, I would call the marshals up right now and say, go find him and bring him here.  But without a subpoena, I can't do that.

Now, I understand what's going through your mind. But if you have got a remedy, I'm willing to hear it.  But without a subpoena on him, I can't make him come.  And I'm not questioning Mr. Wynne's integrity whatsoever, but I got a gut feeling you're not going to see Mr. Williams tomorrow.

MR. NKWONTA:  Understood.  May I have --

THE COURT:  Yes, sir.

MR. NKWONTA:  -- one minute?

MR. WYNNE:  As for my integrity, those redactions and lines cut off, I can't tell what that is.

THE COURT:  I am not -- I have no reason to question your integrity.  I am not questioning your integrity.  My motto is I trust and believe what lawyers tell me until they prove otherwise.

1          MR. WYNNE:  Thank you, Your Honor.

2          MR. NKWONTA:  And I know I asked for a minute.  May

3    we have another two minutes to potentially confer with

4    defendants on another exhibit?

5          THE COURT:  Yes, yes, yes.

6                **(There was a brief pause in the proceedings.)**

7          MR. NKWONTA:  Your Honor, I wanted to make another

8    very brief plea to the Court and cite a couple of different

9    rules that I think are applicable here.

10         The first, under the Court's pretrial order that it

11   issued in this case, Page 9 -- Subsection 18, Page 9 says:  All

12   of the other parties may rely on a representation by a

13   designated party that a witness will present unless notice to

14   the contrary is given 14 days prior to trial to allow the other

15   party to subpoena the witness or to obtain the witness's

16   testimony by other means.

17         We received a representation that Mr. Williams would

18   be appearing, and he's on the will call list.

19         THE COURT:  Is he a may call or will call?

20         MR. NKWONTA:  Will call.

21         THE COURT:  Well, Mr. Wynne, that's a little

22   different.

23         MR. NKWONTA:  So that's the first rule.

24         The second rule, Your Honor, is that their -- their

25   objection appears to be a foundation objection.  There is no

1    hearsay objection because Mr. Williams is a party.  So they are

2    asserting a foundation objection which they have waived under

3    local Rule 16.4 for failing to submit any objection to our

4    exhibit list since May of earlier this year.

5           MR. WYNNE:  Your Honor, yes, we did make a hearsay

6    objection.  We haven't even established it wasn't a matter of

7    authenticity -- authentication because that would go, say, to a

8    public document or so forth.  This I genuinely do not know if

9    Mark Williams wrote it.  I don't know who redacted what.

10          THE COURT:  Which I think you waived that under 16.4.

11   It has come up earlier in this case.  In other words, you know,

12   I think you waived that part, that argument.

13          And the hearsay part, if he's the defendant, how can

14   it be hearsay?

15          MR. WYNNE:  Well, hearsay, first of all, has to be

16   established that, you know, it's hearsay now.  But we have

17   nothing in the record to indicate that he wrote it.  Nothing,

18   except counsel's word.

19          THE COURT:  Well, here is the real point.  If you led

20   counsel, Mr. Nkwonta, to believe that this witness is going to

21   be here or be available and he is not produced, then I do have

22   a means to have to deal with that.  Because they are telling me

23   we didn't subpoena him because they told us he's going to be

24   here.

25          MR. WYNNE:  Okay.  We'll do this.  Obviously I didn't

1  write whatever that was.  We will make him available tomorrow

2  morning.  I don't think he's driving -- he is driving from

3  wherever is he driving from.  He is supposed to be here tonight

4  sometime.

5           THE COURT:  He'll be available for you tomorrow

6  morning to question.

7           MR. NKWONTA:  Thank you, Your Honor.

8           THE COURT:  So here is what we're going to do.  It is

9  3:35.  Is that your last witness?

10          MR. NKWONTA:  That would be our last witness.

11          THE COURT:  Okay.  And you wanted Ron Johnson to

12  testify today; correct?

13          MR. WYNNE:  No.  No.  That was only if we got to him

14  today.  So we were prepared -- Mr. Powell was going to take the

15  next two witnesses.  I'm not sure what order.

16          THE COURT:  All right.  We've still got plenty of

17  time before 5:00.  So I don't want to waste the time.  I'm

18  trying to figure out how to proceed so I can do this.  I

19  can't -- I'm not going to have plaintiffs rest -- unless you

20  strongly disagree, I'm not going to have plaintiffs rest.  But

21  I will allow you to proceed with your case because they have to

22  question Mark Williams.

23          MR. WYNNE:  That's fine with us, Your Honor.

24          THE COURT:  All right.  Let's do it that way.

25          MR. NKWONTA:  Thank you, Your Honor.

```
 1              MR. POWELL:  All right.  We would like to call
 2    Mr. Somerville back to the stand.
 3              THE COURT:  All right.  Mr. Somerville, sorry about
 4    that.
 5              Mr. Somerville, we're not going to give you another
 6    oath because you are still under oath.
 7              THE WITNESS:  Yes, sir.
 8                        DIRECT EXAMINATION
 9    BY MR. POWELL:
10    Q.    Good afternoon, Mr. Somerville.
11    A.    Good afternoon, Mr. Powell.
12    Q.    Let's see.  I think we covered that you were in Georgia at
13    the time of the election but you're now in Kentucky.
14          When did you live in Georgia?
15    A.    We moved to Georgia in 2004.  And then we moved from
16    Georgia in 2022 --
17    Q.    Okay.
18    A.    -- I believe.
19    Q.    What cities did you live in while you were there?
20    A.    We lived over in Cherokee County in -- just north of the
21    area in Canton, and then we lived in Forsyth County in the city
22    of Cumming.
23    Q.    All right.  And what is your profession?
24    A.    I'm the CEO of an organization that's involved in energy
25    and utility consulting.
```

1    **Q.**   Just one?

2    **A.**   I own two companies.

3    **Q.**   Okay.  What are the names of those companies?

4    **A.**   Sure Power Consulting and Sierra Partners.

5    **Q.**   Do they generally do the same thing?

6    **A.**   They generally do the same thing, yes, sir.

7    **Q.**   What's the difference between them?

8    **A.**   Sierra Partners is a certified veteran -- service disabled

9    veteran-owned business.

10   **Q.**   What exactly is the work that they do?

11   **A.**   We specialize in the technologies that utility companies

12   utilize.  It is very unique because the utility companies have

13   a, Number 1, critical infrastructure which is a very unique

14   asset.  And then, secondly, they have very large customer

15   bases.  So they are very voluminous in data.  And they have a

16   very low tolerance for failure.  So it's a very niche market.

17   **Q.**   And what is your role in those organizations?

18   **A.**   I'm co-owner and CEO of both.

19   **Q.**   Okay.  How do those companies work with data?

20   **A.**   As I mentioned earlier, our clients are the largest

21   utilities in North America, so we work internationally.  We

22   have a particular focus in the customer and billing space which

23   doesn't sound very interesting.

24        But if you have 4 million customers and you are billing

25   them every single month, then you have a complex rate schedule.

1   The technology that is involved in that is exceedingly complex

2   and highly regulated.  And then the data underlying that has to

3   be very, very accurate.  And it too is regulated.

4       So it is a very complicated environment that most

5   people -- we like lights.  We take it for granted.  But there

6   is a lot that goes on behind that.

7   **Q.**   Were you doing the same thing three years ago?

8   **A.**   I was.

9   **Q.**   What is your understanding of why your clients hire those

10  companies that you run?

11  **A.**   Well, Sure Power and Sierra have been in business for 13

12  years.  We have a reputation for our disciplined approach.  We

13  have a very good reputation for executions.  So we -- we're

14  very clear about what we're going to do.  We do it well.  We

15  place our principles before profit and our clients see that.

16  We're more -- it is more important to us to serve our clients

17  well.

18      And I think we have generated a very robust reputation

19  throughout the utility sector for our integrity.  We do what we

20  say we're going to do.

21  **Q.**   Let's back up a little bit.  Take us from -- from high

22  school.  Let's go through some of your -- your background

23  starting in, I guess, when you got out of high school.

24      That was in Kentucky as well?

25  **A.**   No.  That wasn't, no.

1    **Q.**    No.

2    **A.**    That wasn't complicated.

3                THE COURT:  Mr. Somerville, I don't think you like

4    Kentucky the way you answer.

5                THE WITNESS:  I like -- I like that my wife likes

6    Kentucky, sir.

7                THE COURT:  That's a good enough reason to like it

8    right there.

9                THE WITNESS:  She's not here today.  Otherwise I

10   would speak a little friendlier.

11               So after high school -- I apologize to the Court.

12   This could get boring.

13               So I spent a year after high school actually in a

14   loss prevention role investigating theft for a retailer and

15   then I joined the Marine Corps.

16   BY MR. POWELL:

17   **Q.**    Why did you do that?

18   **A.**    Because I was looking around and I didn't like what I saw.

19   I didn't see a path.  And I am the son of a retired Air Force

20   pilot.  I'm the grandson of a retired Air Force pilot.  I'm the

21   nephew of a Navy pilot.  My family has served as far back as

22   you can go.  It is woven through our DNA.  And I knew from a

23   long time -- I was actually in Marine Corps Junior ROTC.  So I

24   was in the Junior ROTC program in high school, and I realized

25   this is something I wanted to do.

1    **Q.**   Did you receive any education with the Marine Corps?

2    **A.**   Quite a bit.  Yes, sir.

3    **Q.**   What sort of education did you get?

4    **A.**   When I joined the Marine Corps, I joined just to be an

5    infantryman but I was selected to work in the intelligence

6    community.  So they sent me to the Naval Marine Corps

7    Intelligence Training Center in Dam Neck, Virginia.

8         So I attended and graduated the Intelligence Training

9    Center, and then there was a series of different schools

10   subsequent to that when I wasn't deployed.

11   **Q.**   What did the training consist of?

12   **A.**   Well, most of it was generally classified.  But it was

13   intelligence.  So it's analytic work around battlefield

14   intelligence.  And then there's different sections of that:

15   Human intelligence, signals intelligence.  There was a fair

16   amount of it.  And then, of course, it was all under the veil

17   of the intelligence apparatus.

18   **Q.**   Did you have to go through a background check?

19   **A.**   A significant one.

20   **Q.**   How extensive was that?

21   **A.**   So I was subject to what's called a SSBI.  The Judge may

22   recall an SSBI.

23             THE COURT:  Oh, yeah.

24             THE WITNESS:  They have your neighbor's dog

25   scratching out information about you.  So when I was 19, I went

1   through the SSBI process.  And it is everything from a national

2   agency check, to your colleagues, coworkers, friends, teachers.

3           They do a very comprehensive background to make sure

4   that you have not been corrupted, that you're not unduly

5   influenced, that there aren't obvious signs of a character

6   breach.  It is a very invasive process.

7   BY MR. POWELL:

8   **Q.**   Does every Marine recruit get the training you mentioned

9   with the Intelligence Center and all that?

10  **A.**   No.  At the time that I joined the Marine Corps, you

11  couldn't select that MOS.  They offered it to me.

12  **Q.**   Okay.  How would you characterize what you saw as your

13  mission as a Marine?

14  **A.**   Honor, courage, and commitment.  The -- you know, above

15  the tactical commitment, you take an oath and you become a

16  Marine.  And that's something that you carry with you for life.

17  But it was about standing up to those that would harm us.  That

18  is a very important gene that runs through my family.  And the

19  opportunity to serve in the Marine Corps and to stand in

20  defense was a true honor.

21  **Q.**   How long were you in the Marine Corps?

22  **A.**   Four years.

23  **Q.**   Okay.  What did you do after that?

24  **A.**   I attended college.  So I used the Marine Corps to qualify

25  for the GI bill.  And four months after leaving Mogadishu,

1   Somalia, I was sitting in a freshman class in college.

2   **Q.**   Is that Murray State?

3   **A.**   Murray State University, yes.

4   **Q.**   Mr. Somerville, isn't that in Kentucky?

5   **A.**   It's complicated.

6   **Q.**   What did you study there?

7   **A.**   I got an undergraduate in political science with a minor

8   in psychology.  But I loaded up -- because I was an adult

9   student, I loaded up on not your classic electives.  I was

10  very, very happy after a couple of combat tours to be in

11  college.  So I really tried to do the best I could with it.

12  **Q.**   You did extracurriculars?

13  **A.**   Many of them, yes.

14  **Q.**   What were some of those?

15  **A.**   I served as a student body president for the university

16  and the only veteran in 100 years of that school to do so.  I

17  ran our Greek system prior to that.  And there was a myriad of

18  other activities that I participated in.  I served on the

19  student -- the Board of Regents as well while I was there as a

20  student.

21  **Q.**   Was that appointed, elected?

22  **A.**   It was in conjunction with being a student body

23  president -- being elected student body president.

24  **Q.**   And what did you do after college?

25  **A.**   I got hired by Pepsi -- by the largest family-owned Pepsi

1   bottler in the country.

2   **Q.**   Okay.  What did you do for Pepsi?

3   **A.**   I rose pretty fast.  I wound up as their vice president of

4   finance administration.  Along the way I led their technology.

5   The primary thrust of that work was actually a massive

6   technology upgrade for pre-2K.

7       For those here that are old enough and remember that the

8   world was going to come to an end, I led a very large program

9   to upgrade the technology in advance of that.  But I also had

10   strategic oversight for all of our finance functions, all of

11   our technology, and a myriad of the -- of the customer and

12   revenue management side of the administration.

13   **Q.**   What sorts of technology did you deal with?

14   **A.**   All of it.  All the transactional technology in terms of

15   the customer facing and then all of the back office that

16   manages the myriad of functions that a company needs to run off

17   of.  Whether that's your general ledger, your accounting, your

18   accounts receivable, payable, demand, planning, your

19   manufacturing systems, they are all integrated.  Pretty complex

20   network.  But I was responsible for all of it.

21   **Q.**   Did you have any involvement in the data part of the

22   organization?

23   **A.**   I was responsible for it.

24   **Q.**   What did you do with the data?

25   **A.**   Well, there was a number of things.  I mean, data -- at

1   the end of the day, the point of data is to support your

2   decision-making process.  And so if you can't use it for

3   decision support, then you're not actually using it as a lever

4   to advance your business or minimally maintain it.  So we had

5   to accumulate it.  We had to store it.  We had to maintain the

6   cleanliness of it.  That's -- that's a big discipline around

7   data.  And then, of course, we had to secure the infrastructure

8   that surrounded it to keep it safe.

9   **Q.**   Were you personally manipulating data?

10  **A.**   Every day.

11  **Q.**   What sorts of tools did you use for that?

12  **A.**   Excel and Access mostly.

13  **Q.**   Okay.  Does that involve pivot tables?

14  **A.**   Pivot tables are my best friend.

15  **Q.**   What --

16  **A.**   Next to my wife in Kentucky.  Pivot tables.

17  **Q.**   Okay.  What does a pivot table do?

18  **A.**   So pivot table is just a cross tabulation.  It's just

19  taking a data element that runs down a row and a data element

20  that runs across a column and it's bringing the data out of

21  that.  So effectively what it lets you do is calculation in a

22  moment's notice that could take you days.

23  **Q.**   Is it essentially a way of counting items and rows or

24  columns?

25  **A.**   Absolutely.  Well, the content within the specified -- the

1  rows and columns.  So it just considered a -- by variate:  Two

2  data elements and then what that produces after the fact.

3  **Q.**   So if you had a spreadsheet of a couple hundred thousand

4  names, could you use a pivot table to determine how many middle

5  names there were in it?

6  **A.**   Absolutely, provided there were middle names.

7  **Q.**   How long were you at Pepsi?

8  **A.**   I stayed there until 2000 and -- actually until 2000.  So

9  we got the program over and then I got hired by a larger Pepsi

10  in Chicago where I ran their program office doing a lot of the

11  same work.

12  **Q.**   Until when?

13  **A.**   Until I joined the FBI.  And that would be 2003.

14  **Q.**   What made you leave an executive job for the FBI?

15  **A.**   When the nation was attacked on September 11th, I was in

16  Memphis.  I was part of an integration team, and we were

17  actually letting employees go.  And I got back to my hotel, and

18  I thought that our nation is being attacked.  I'm a Marine.  I

19  have combat experience.  I have an intelligence background.

20  And I'm in the carbonated sugar water business.  And I was very

21  disappointed in that.

22      And I decided then and there that I was going to do

23  something to get back into the business that my family had been

24  in for years, which was defending our country.

25  **Q.**   Did you receive further education at the FBI?

1  **A.**    I did.

2  **Q.**    What was that?

3  **A.**    I would say that the -- probably the world's most

4  acclaimed law enforcement academy, the FBI academy, and then

5  in-services after that -- in-service schooling after that.

6  **Q.**    Okay.  What was your assignment with the FBI?

7  **A.**    I was stationed in St. Louis.  I was assigned to a public

8  corruption and white collar squad.  The primary work that I was

9  involved in were violations of civil liberties inside of

10  intercity St. Louis.  Complicated environment.

11  **Q.**    What did you think about that work?

12  **A.**    It was very fulfilling.  The idea that somebody would use

13  the authority that has been bestowed upon them by the people

14  against the people themselves, that doesn't sit well with me.

15      And I saw a lot of things.  I learned a lot.  I learned a

16  lot being done in that city that changed my perspective on a

17  lot of things.

18  **Q.**    So how -- as a special agent, how would you characterize

19  what you brought to your mission and what your mission was?

20  **A.**    Well, I showed up as a Marine.  And, you know, that

21  doesn't make me better than anybody else.  But I think the

22  discipline and the focus that comes from that, I think, you

23  know, I -- having fought in Iraq and fought in Mogadishu, I

24  have seen what I think is the very worst.  And all of that

25  changed my outlook on -- not to get preachy here -- but

1   humanity, how we should treat one another, the importance and

2   value of life because I saw a lot of loss of it.

3       And so being in downtown St. Louis, I was very happy to be

4   there.  I was one of the few that actually liked being down in

5   some of what I would consider the rougher parts of that town.

6   **Q.**   And what was it that led you to leave that assignment?

7   **A.**   The wife in Kentucky.

8   **Q.**   Okay.  And so what did you do when you left that

9   assignment?

10  **A.**   I took a position with a very large bottled water company

11  integrating two half-billion dollar entities.  And so it was

12  very similar to what I did with Pepsi, where I had strategic

13  oversight of a very large technology process integration.

14  **Q.**   So you were integrating what parts of two companies?

15  **A.**   All of it.  Yeah.  Complicated work.

16      So all of the underlying technology and then the processes

17  that support that technology.  It was a very large merger of

18  two very unique companies.

19  **Q.**   What were the main themes of that work?

20  **A.**   Long days and a little bit of pain.  You know, primarily

21  it isn't just technology.  Technology is enabler to what we do.

22  But the disparate, the differences in cultures of the two

23  organizations, they spanned the entire country.  So that made

24  things complex.

25      We had a number of different union environments.  We had a

 1    lot of resistance.  And so a fair amount of diplomacy as well

 2    as skill was necessary to bring these organizations together.

 3    These -- these types of programs fail frequently, and so it was

 4    very -- it was a very long, arduous process.

 5    **Q.**   What were your titles there?

 6    **A.**   I served as the deputy CIO.  I served -- and I had

 7    director of applications as part of that title.  I served as

 8    the vice president of customer finance.  So that was all the

 9    revenue management.

10        And then ultimately, I ran all of our organizations, our

11    companies in the pacific northwest as the vice president and

12    general manager for our pacific -- our pacific northwest

13    operating companies.

14    **Q.**   How big was the division where you were VP of customer

15    finance?  What was the size of that group?

16    **A.**   We managed a billion dollars in revenue covering about

17    1.2, 1.3 million customers and several hundred employees.

18    **Q.**   Did you deal with mass mailing?

19    **A.**   We lived by mass mailing.

20    **Q.**   How did you work with mass mailing tools?

21    **A.**   That company was a lot like a utility company with a large

22    customer base.  We invoiced our customers every four weeks.

23    And every time we processed those 1.2 to 1.3 million invoices,

24    we had to do a number of quality control checks against them,

25    which included CASS certification.  And most probably don't

1    know what that is.  But then the NCOA.

2    **Q.**   So what -- how did you use NCOA and CASS?

3    **A.**   What CASS certification did for us is confirm that the

4    address that the customer had was a valid address.  There's

5    148 million addresses in America that the Postal Service

6    delivers to.

7         So the first step of CASS certifying was ensuring that

8    that was, in fact, a valid address.  And then the National

9    Change of Address database was, of course, to alert us whether

10   or not the customer had moved.

11   **Q.**   Did you also get expert advice on your practices there?

12   **A.**   We did.  I hired a number of different vendors that worked

13   for us.  And a couple of those specifically were comprised of

14   retired U.S. postal inspectors.  So they were very -- or

15   postmasters.  I'm sorry.  So they were very, very helpful.

16   Very insightful.  I learned a lot.

17   **Q.**   Did you use the NCOA for address verification?

18   **A.**   That's specifically what we used it for.

19   **Q.**   How often?

20   **A.**   Every time we ran an invoice file.  So probably on an

21   annual basis, 13 to 15 million times a year, something on that

22   level.

23   **Q.**   Did you receive reports about the accuracy of the NCOA

24   tool that you were using?

25   **A.**   At my level, generally only if there was a problem.  But

1    as -- as a user of the NCOA link database, we received post

2    processing reports for every single time we ran an invoice

3    file.

4    **Q.**   What beliefs did you form about the ability of the

5    National Change of Address registry to predict whether a move

6    is, in fact -- that's been marked permanent is, in fact, a

7    permanent move?

8    **A.**   We found it highly reliable.

9            THE COURT:  Hold on.

10           MS. FORD:  I have an objection to this line of

11   testimony concerning the reliability or accuracy of what this

12   process would produce.

13           MR. POWELL:  No.

14           THE COURT:  Okay.  I didn't quite understand the

15   question that way.

16           Repeat the question.

17           MR. POWELL:  I asked what beliefs he formed about the

18   NCOA's ability to accurately predict that someone who had

19   filled out a permanent change of address form did, in fact,

20   continue to leave their home permanently.

21           THE COURT:  Well, my opinion was he indicated that he

22   can say accurately what he did.

23           MS. FORD:  I agree, Your Honor, he can speak to what

24   did.  But this is a question that goes to his understanding of

25   how accurate it was and the expected results, which would be

1    the definition in my mind of principles you put into practice

2    and develop hypotheses about and test them.  And that is the

3    definition of expert testimony.

4             MR. POWELL:  No, Your Honor.  There's -- first of

5    all, there's no jury here.  They have -- the plaintiffs chose

6    to sue someone who knows very intimately how to make his way

7    around a spreadsheet and how to handle mailings.  And he's

8    developed beliefs.  And this is a case about state of mind.

9             THE COURT:  Yeah.  But see, there's certain things

10   the expert can testify to that an ordinary regular citizen

11   cannot understand.

12            And I think you are getting to the point where -- I

13   don't question whether or not this witness is qualified to

14   testify to it.  But he has not been qualified as an expert.

15            Now, whether or not he should have, that is a

16   different story because I think he probably can tell us a whole

17   lot more.

18            But I cannot allow him to testify as an expert,

19   because he wasn't qualified that way.  Some of the questions

20   you're asking him, it's not something a regular common citizen

21   would know or understand.  You said that yourself.

22            THE WITNESS:  I understand.

23            THE COURT:  Yeah.  So I can't allow him to do that.

24   He probably could do it.  But he's not an expert, so I can't

25   let him do it.  Sustained.

1    MS. FORD:  Okay.

2    MR. POWELL:  Your Honor, I would just like to clarify

3    that if I'm not asking him for his expert opinion but rather

4    what his beliefs were --

5    THE COURT:  He can give a layperson opinion.  But a

6    layperson can't give an opinion that the regular ordinary

7    citizen could give.  In other words, there are certain

8    things --

9    MR. POWELL:  Your Honor, there's case law with both

10   accountants and police officers able to testify to what they

11   have learned in the course of their work without it being

12   considered an expert opinion.

13   THE COURT:  That's true.  But you've got to lay a

14   foundation for it.  And you haven't done that.

15   Well, in a sense you have.  You have with his

16   educational background.

17   Ms. Ford, this witness might be able to give a

18   layperson's opinion.  They have laid a foundation where he

19   would have some knowledge to give a layperson's opinion based

20   on his training, his education, and his experience.  Not to be

21   accepted by this Court as an expert opinion.  But a layperson

22   can give an opinion.

23   What do you have to say?

24   MS. FORD:  Your Honor, just to clarify our position,

25   we have no objection to Mr. Somerville or Mr. Davis testifying

 1    to the fact that they had used NCOA before, they had used CASS

 2    before.

 3              But what our objection to is talking about what the

 4    actual expected effect of running those processes would be I

 5    think is specialized knowledge.

 6              As Mr. Somerville said, he said the word CASS and

 7    says most people probably don't know what that is, which is

 8    true.  I didn't know what that was before this case began.  I

 9    barely still know it today.

10              So I think this is specialized knowledge that really

11    needed to be disclosed in advance under the proper procedures

12    so that plaintiffs had an opportunity to examine the sort of

13    results or whatever that defendants would say would obtain when

14    they did these things.  And they did not do that in this case.

15              MR. POWELL:  Your Honor, he's a fact witness who's

16    been brought into this case for exercising First Amendment

17    rights, that would depend greatly on what his state of mind was

18    and what he understood about what he was doing.

19              This is within his perception.  These are things that

20    he has learned as part of his job for over 20 years.  I think

21    this is factual testimony.

22              And once again, I don't think the Court is going to

23    be bamboozled by his conclusion and just accept it.

24              THE COURT:  But you've got to understand, I don't

25    question whether or not this witness could testify about it.

```
 1        But how I accept it is important.  Whether I'm accepting it as
 2   a layperson, how much weight I'm going to give the testimony --
 3   I don't have to, as we know.
 4        But usually the testimony of an expert on a certain
 5   matter probably takes a little weight to a layperson.  You
 6   don't have to.  I'm not bound to take it that way.  But you do
 7   look at it different.  That's why you qualify a person as an
 8   expert and not qualify as an expert.
 9        MS. FORD:  Your Honor, if I may?
10        THE COURT:  Yes.
11        MS. FORD:  I think it's not just a question of how
12   much weight you give it in what you hear today, but the fact
13   that plaintiffs were prejudiced by the fact that they did not
14   disclose experts, they did not disclose their opinions about
15   what these processes could be expected to produce.  And we
16   weren't able to test that.
17        So we would be prejudiced today to hear today for the
18   first time detailed testimony about what these -- what
19   defendants believe these processes do.
20        MR. POWELL:  Your Honor, they had two depositions of
21   each of these witnesses who know NCOA very well, who knew mass
22   mailings very well.  They had two cracks at it, months apart.
23   There is no question they haven't -- they have not been
24   prejudiced.
25        THE COURT:  Mr. Powell, at this time, I'm not going
```

1    to allow him to do it.  I'm going to think about it a little

2    bit more.

3              At the rate we're going, you're probably not going to

4    finish this witness today anyway.  But at this time, I'm going

5    to sustain the objection.

6              But, Ms. Ford, I might change it.

7              But I'll sustain it right now.

8              MS. FORD:  Thank you.

9    BY MR. POWELL:

10   Q.  Mr. Somerville, did you use any of those technologies

11   we've discussed -- well, strike that.

12        What are the benefits to -- as you understood it, what are

13   the benefits to a mailer of using a tool like NCOA?

14   A.  From a commercial perspective, the reason why it exists is

15   because the U.S. Postal Service does not want to be encumbered

16   by undeliverable mail.  And neither does somebody who is on the

17   commercial side of it that has to pay for that mail.  It's a

18   very expensive thing to do to put 13 million pieces of mail out

19   every year.

20        So the purpose of that process -- I'm trying to stay at

21   layman.  The purpose of that process is to promote the

22   deliverability of the mail piece.  In other words, get it to

23   the person that it is intended to reach.

24   Q.  And why does that matter to a company like DS Waters?

25   A.  Prior to our -- I'm trying to keep this at a level.

1    Prior to our true exploitation of the NCOA, we would get

2    tens of thousands of pieces of returned mail every month.

3    **Q.**   What -- pieces of what kind of mail exactly?

4    **A.**   Invoices.  So mail that did not reach the intended

5    recipient and came back to us that could have reached the

6    intended recipient.

7    **Q.**   Okay.  And what kind of problems would that cause to the

8    company?

9    **A.**   Overhead expense.  And then a customer on the other end of

10   it that doesn't get an invoice and eventually they get cut off

11   because they haven't paid their bill.  And they probably would

12   have paid their bill.  But it never reaches them.

13   **Q.**   Did you use any of the tools that you've mentioned in an

14   investigative capacity?

15   **A.**   I did.

16   **Q.**   Tell me about that.

17   **A.**   As a civilian, we had an organization that was actually

18   handling part of that process that was embezzling money from us

19   on an arbitrage -- on -- the difference of postal rates between

20   what we were paying, what they were charging and what they were

21   doing with our mail.

22       And we discovered that they had done that.  Confronted

23   them.  It was overseas.  So it was an interesting affair.  But

24   ultimately, we recovered all our monies and severed the

25   relationship and threatened criminal action as well.

**Q.**   How did you come to be involved in that effort?

**A.**   If you've been in FBI, people ask you to do stuff.

**Q.**   All right.  So after DW -- DW Waters; is that right?

**A.**   Yes.  DS Waters.

**Q.**   DS Waters.  I'm sorry.  That is when you became an entrepreneur and founded Sure Power and Sierra?

**A.**   In 2010.

**Q.**   Okay.  So how many days a week would you say you worked with data?

**A.**   In the early days as an entrepreneur, you're working almost every day.  And so -- but minimally five days a week. Again, the value of it for our clients where we're engaged most, I would say, where we have the largest teams working is around the most complex piece, which is that transactional -- the transactional piece around the customer or the meter to cash is what we would call it.  It is extremely large.  We're talking about over the course of a year hundreds of millions of records of data.  Very, very large.

**Q.**   All right.

**A.**   But to be clear, I'm not that smart.  I have a bunch of smart people that work in the company and I let them do their job.

**Q.**   Let's talk about when you were in Georgia.  Did you work in elections or elections administration?

**A.**   I did not.

```
 1   Q.    Were you involved in Georgia politics at all?

 2   A.    Casually I was, yes.

 3   Q.    Were you ever invited to participate further in Georgia

 4   politics?

 5   A.    There was a fair amount of push in my circles for me to

 6   run for office and within the Republican Party.

 7   Q.    What was your understanding of why that was?

 8   A.    That's a difficult question to ask.  I'm a swell guy.

 9   Well, I think people appreciated my background.  I think that

10   people appreciated my interest in trying to improve the

11   universe around me, if you will.

12         You know, I tended to engage people that wanted to speak.

13   I'm very interested in other people.  And so I think that there

14   are just a fair amount of swell started to develop for me to

15   run for office at the federal level.

16   Q.    When are we talking about?

17   A.    2019 -- well, it culminated in 2019.

18   Q.    And did you follow through and become involved in Georgia

19   politics?

20   A.    I did not.

21   Q.    Why not?

22   A.    Well, a couple of reasons.  I find much of it distasteful.

23   When you come off the background that I do, it is -- I believe

24   that service always comes at a cost.  And I heard a lot and

25   learned a lot of individuals who considered themselves as
```

1  servants.  But they were enriching themselves beyond anybody

2  that they were actually there to support.

3      So I met a lot of very good people.  But at the core of

4  it, it just didn't really resonate with me in some regards.

5      In other regards, I was very eager to do it.  I gave

6  serious thought to running for Congress in the district that

7  this courthouse sits in.

8  **Q.**   And so why didn't you?

9  **A.**   I would say, you know, in Georgia probably the number one

10  reason is I took it upon myself to look into a matter of this

11  state's most powerful Republican at the time and that put me at

12  odds with maybe the entire Republican Party.  Not the

13  grassroots people but the Republican Party weren't too happy

14  with me.

15  **Q.**   What were you looking into?

16  **A.**   Back in 2019, I had learned of the then speaker of the

17  house's use of legislative leave.  And he was using that to

18  continue cases for his criminal defendant clients.  There were

19  individuals, victims of those clients that had waited six,

20  seven, ten years.  Children that had been molested that were 24

21  years old that were 14 when it happened.  And when I learned of

22  that, I got involved.

23  **Q.**   So what did that entail exactly?

24  **A.**   Well, the premise of it was I read about this and I didn't

25  actually believe it was something that was possible.  So I

1   called the reporter that wrote the story with the AJC.

2      And he was a nice fellow.  But he just said go into the

3   courthouses.  You can look at the records yourself.

4      So I started going into courthouses and pulling records.

5   And over the next three months -- three to four months, I

6   individually copied the documents from a 1,097 different

7   continuances across 297 cases, none of which were ever making

8   it into court.

9      So what I did with that data after pulling it together and

10  analyzing it, I went public with it.  And that effectively made

11  me persona non grata with the establishment.

12  **Q.**   Why did you think no one else was challenging him?

13          THE COURT:  Hold on.

14          MS. FORD:  Your Honor, I respectfully just do not

15  understand the relevance of this testimony.

16          THE COURT:  I kind of have to agree for that

17  question.  In other words, I can't see how that relates to what

18  we're trying to determine.  I think you've got him on cross.

19  He challenged a very powerful person in the Republican Party

20  that kept him from going further.  Why nobody else challenged

21  him, because he is powerful.

22          MR. POWELL:  Fair enough.

23          One of the things I'm trying to get to is his

24  experience with being a citizen investigator and getting

25  results.  If the Court thinks that --

```
 1              THE COURT:  There are certain judicial things that I
 2    can take judicial notice of.  I have lived in Georgia all my
 3    life.  I have been a judge for 31 years.  I'm quite familiar
 4    with the case he is talking about.  So I don't think you need
 5    to go into a whole lot more detail.
 6              MR. POWELL:  All right.  Can I just finish it up?
 7              THE WITNESS:  I assumed you do, sir.
 8              THE COURT:  Yeah, I do.
 9    BY MR. POWELL:
10    Q.   I would like to ask, are you aware of any changes in the
11    law that came about through that effort?
12    A.   They did ultimately amend the statute that he was using to
13    do that.
14    Q.   All right.
15              THE COURT:  Ms. Ford, I'm taking judicial notice of
16    what he's talking about, without having him go into testimony,
17    unless you have an objection to that.
18              MS. FORD:  No objection.
19              THE COURT:  Okay.
20    BY MR. POWELL:
21    Q.   Let's fast forward a bit to November 2020.
22         How did you come to be interested in the voter rolls in
23    Georgia?
24    A.   So it started first like everybody else.  You know,
25    immediately following the election, things had just gone
```

1    haywire.  And there was a tremendous amount of noise.  And it

2    was not unlike the matter that we discussed earlier.

3        You are hearing all of these allegations.  You are hearing

4    all of these theories.  And the way that I'm wired is I wanted

5    to look for myself.  It's like it's great, I hear all this

6    stuff, but I would like to see it for myself.

7        And so during that time, I was being engaged by a lot of

8    people.  As I mentioned, you know, I think folks in the -- up

9    in this district within a number of circles were well aware of

10   who I was.  I was getting contacted, what do you think.  I was

11   getting invited to calls, a lot of calls.  And I heard a lot of

12   nonsense.

13       But one of those calls that I got invited to, to listen

14   to, had Mark Davis on it.  And during that call, through all of

15   that noise, was this sane voice who had a maniacal passion

16   for -- maybe even an unhealthy passion for voter data.  He has

17   been with this voter file for maybe 30-plus years.

18       And the concern that he had that he was discussing made

19   very good sense to me.  I understood what he was talking about.

20   And I could hear the passion in his voice.  And I could hear

21   the decency in his voice.

22       He wasn't one of these individuals that was trying to

23   develop relevance around all of that nonsense.  He had a

24   sincere desire.  And it was a topic that he had been talking

25   about for a long -- I would later learn for a long time.

1239

1    So, you know, I would say originally it was that I was

2    interested in what was going on.  And then that interest

3    ultimately had my path cross Mark Davis.

4    **Q.**   What was the topic you were saying he had been concerned

5    with for a long time?

6    **A.**   Mark had -- has for a long time been talking about some

7    complications with what happens when people move in the state

8    versus their voter registration.

9    And it isn't just as simple as well, they moved and are

10   being dishonest.  There was a number of procedural

11   vulnerabilities that he's very familiar with.  And when he laid

12   them out for me, that was very interesting to me, that we

13   had -- we had some exposure there.

14   And so instead of engaging in all this other silliness, as

15   I was watching people devolve quickly, and individuals --

16   probably the most concerning is we're not going to vote, we're

17   not going to participate, the whole thing is corrupt.  That

18   concerned me.

19   The discussion Mark was having, I thought, was a cogent

20   and defensible issue around election integrity that maybe we

21   could get people engaged in and bring them back into the

22   discussion.

23   At the same time move something forward in this state that

24   looks like it needed to be addressed and still does.  And

25   again, Mark had such passion for it.  He's infectious.  So I

1   wanted to be part of that.

2   **Q.**   Did you decide to do anything together with Mark Davis?

3   **A.**   I did.  Yeah.

4   **Q.**   And what was that that you initially decided to do?

5   **A.**   So initially Mark had already been working in the Georgia

6   voter file, as he has for decades.  And he had established a

7   set of data that he thought basically demonstrated this concern

8   of his around individuals that have moved and perhaps met no

9   harm or didn't even know and then the incongruence between the

10  90-day blackout of the NVRA and our 30-day period and how that

11  created gaps.  And he asked me -- frankly, he just asked if I

12  would validate his data.

13      And so the initial meeting with Mark is he seemed just

14  excited that there was somebody that would look at his data and

15  take it from him and challenge him on it.  Try to prove him

16  wrong.

17  **Q.**   And about what time was -- of the year was this?

18  **A.**   Mid to late November.

19  **Q.**   And so he had already done some kind of review.

20      What had he reviewed?  The entire voter file?  General

21  election voters?  What was he looking at?

22  **A.**   Well, he was working off of the entire Georgia voter file

23  with this analysis.  But he was looking, again, at the scenario

24  that I explained.

25      So he had created a dataset that he thought represented

1    the issues that we're talking about, were there residency

2    issues.  And there were a number of -- I mean -- well, I'm sure

3    we'll talk about it.  But it wasn't just as simple as that.

4        But he was -- that is what it was.  So he ultimately

5    provided the data to me and asked me to shoot holes through it.

6    **Q.**   Why were you interested in working on that issue?

7    **A.**   Well, as I said before, first, Mark's passion is

8    contagious.

9        And then secondly, it seemed to me in the middle of all of

10   as I described earlier this cacophony of noise, this actually

11   seemed like a practical issue that was affecting Georgians.

12   **Q.**   So did you analyze information that Mark Davis sent you,

13   that he was asking for confirmation?

14       Or were you doing an independent analysis from him?

15   **A.**   I took it from him and independently analyzed it.

16   **Q.**   And how did you do that?

17   **A.**   The cross tabulation technology that we talked about

18   before either in databases or Excel.  Excel is limited in size.

19   And if my memory serves me correctly, I actually took his file

20   and I had a third party process it.  I believe that's what I

21   did with it.

22   **Q.**   All right.  Do you see similarities between the method

23   that you used there with Mark Davis that you also used with

24   Speaker Ralston or DS Waters?

25   **A.**   The exact same deductive reasoning and the deductive

```
 1   funnel.  You start with something large, and you just keep
 2   picking it apart.
 3   Q.   Did you and Mr. Davis have a pet name for the project that
 4   you used?
 5   A.   Mark did.  He called it Boswell.
 6   Q.   Do you know why?
 7   A.   There was a gentleman in -- the very first voter in our
 8   Georgia voter file is a gentleman named Boswell.  He is an
 9   active voter, an elderly gentleman.  And I think Mark actually
10   once met his son.
11        So Mark talks affectionately about Boswell because he is
12   literally the first individual in the Georgia voter file.  And,
13   in fact, Mark told me that every year he checks it to see if
14   Mr. Boswell is still alive.
15   Q.   Is he?
16   A.   I'm proud to say that he is still alive.
17   Q.   When you looked at the data that Mr. Davis had given you,
18   what did that tell you?
19   A.   Well, the first thing is it told me that Mark Davis knew
20   what he was doing.  I've had hundreds and hundreds of employees
21   that do work similar.  And I was very impressed with Mark.
22        But it did suggest that what he was describing was
23   something that needed to be dug into deeper.
24   Q.   Were there any examples of anomalies that you uncovered?
25   A.   Well, once -- once we got into the back-and-forth, we got
```

1243

1    into this rhythm or this flow of working with this data, things

2    really started to speed up.  And so we found a number of issues

3    within that data working together.

4        We identified registrations at commercial mail receiving

5    agencies, for example, which is against the law in this state.

6    So that -- we were very curious about that.

7        And generally how the process works, at least I believe

8    from the forensic approach, is once you find something, you

9    really develop a passion to keep looking.

10       And so we continued to dig into that file.  And we found a

11   lot of anomalies like that.

12   **Q.**   And at that time, what were you planning on doing with

13   your discoveries?

14   **A.**   Well, at that point in time, there's still this whole

15   narrative going on that -- that everything related to our

16   elections has been fully compromised.  That is on one side.

17       Coming out of the Secretary of State's office, we kept

18   hearing everything is perfect.  And we didn't believe either.

19       So at the time I think we were still just digging in the

20   file to try to understand what that universe looked like.

21       Mark already knew.  I mean, there were a few things that I

22   brought to the discussion that he hadn't thought about.  But by

23   and large, Mark had a very good sense of what was going on.

24       But I think ultimately, I'm not sure that we really were

25   thinking about a finish line.  We were just heavily engaged in

1    a steady back-and-forth looking at that voter file.

2    **Q.**   Did you end up talking to anyone with the Government about

3    the results of your analysis?

4    **A.**   Ultimately, yes.  I posted about the commercial mail

5    receiving agencies.  There were several of them.  I believe

6    there was a few thousand registrations across a number of

7    these.  These are the UPS stores, the places like that.

8         I made a post about a UPS store that had 160 people

9    registered at it.  And uniquely that they -- many of the

10   addresses said apartment number as opposed to a box.  And I

11   found that deceptive.

12        And so I had posted that and shared that.  The deputy

13   chief of investigations from the Secretary of State, a

14   gentleman that -- then deputy chief -- a guy by the name of

15   Jimmy Callaway, who I knew through law enforcement circles,

16   reached out to me from Facebook on private -- and private

17   messaged me and said, why is this the first time I'm hearing

18   about this?  We'll open up an investigation, and we'll start

19   looking into it.

20        So it was our assessment that the Secretary of State's

21   office wasn't aware of how to identify what is called a CMRA or

22   a commercial mail receiving agency.

23   **Q.**   Do you know what became of that investigation?

24   **A.**   I don't.

25   **Q.**   Did you have an understanding of why he hadn't heard about

1  that before?

2  **A.**   My general assessment is that those -- that just wasn't a

3  level of experience or skill that was possessed by the

4  Secretary of State's office.

5      And frankly, it concerned me because it wasn't that

6  complex.  It is actually very -- quite simple.  So I did make

7  some assumptions that that -- and I thought very highly of

8  everybody I engaged with there.  But I assumed that that lack

9  of skill extended to other areas.

10 **Q.**   At the time that you began to work with Mr. Davis, were

11 you already thinking about Section 230 citizen eligibility

12 challenges?

13 **A.**   I had never heard of it.  It wasn't a concept that I had

14 ever even come into contact with, no.

15 **Q.**   When did you first become aware of the existence of those

16 challenges?

17 **A.**   During the time that we were working on that file, I was

18 being asked by different organizations to come speak.  And so I

19 was speaking on effectively where the real opportunities were

20 to try to secure the integrity of our elections and

21 specifically speaking down all of the conspiracies, which was

22 not generally popular when I would start.

23     But as I would finish these conversations, I would see

24 people coming back around.  And so it was one of those events

25 that I had been asked to come speak at that a state

1  representative by the name of Sheri Gilligan came up to me and

2  started talking to me about what we were finding and what the

3  data looked like.

4      And, you know -- and it just wasn't -- it wasn't just as I

5  had mentioned at the NCOA.  We were talking about a number of

6  areas where there's opportunity in what we consider relatively

7  low-hanging fruit to shore vulnerable processes.

8      So Representative Gilligan came up and talked to me.  And

9  during that discussion, she had asked me were you aware that

10 there's such a thing as a Section 230.  She probably didn't say

11 230 at the time, but she explained to me the elector challenge

12 process.

13 **Q.**  And how long after that did you decide that was something

14 you wanted to look into?

15 **A.**  Well, I was intrigued by the idea.  Because we're limited

16 as citizens.  We have a limited number of tools available to

17 us.  We're passionate about what we were doing.  We were trying

18 to find ways as citizens and through our speech to engage other

19 citizens.

20     But this was an opportunity to engage the Government.  And

21 so I was definitely interested it in.  But I had a bit of a

22 learning curve.  I didn't -- again, it wasn't a concept in my

23 more years than I care to admit that I'd ever heard of.

24 **Q.**  Did you learn anything in that process about issuing or --

25 I should say facilitating Section 230 challenges at scale, like

1   beyond just with your neighbor?

2   A.    Well, what I asked Representative Gilligan to do was to

3   reach out to the legislative counsel and provide some guidance

4   on it.  Because I was curious again what -- how it worked and

5   what our options were.  And we were looking at very large

6   datasets.  So I didn't know how that fit into it.  And I asked

7   her to get us some guidance on that, which she ultimately did.

8   Q.    And what did you decide to do as a result of that

9   guidance?

10  A.    Well, ultimately, it sounded like a viable way to engage

11  all these people around me that were wanting to be involved in

12  election integrity.  And I was hoping that this was a better

13  alternative to the kraken.  And so we thought this was a good

14  idea.

15        This is a wonderful way for the citizens to participate in

16  a meaningful discussion, a purposeful discussion.  One that we

17  thought was going to benefit everybody.  It wasn't partisan.

18  We really tried to make that clear.  Like, we can do very good

19  for everybody here, not just on partisan levels.  And I thought

20  it was a wonderful way to do it.

21  Q.    And you were asked earlier today about your having looked

22  into the National Voting Rights Act; is that right?

23  A.    I did.

24  Q.    And who did you understand that applied to?

25  A.    Every citizen.

**Q.**    The NVRA?

**A.**    Oh, okay.  I'm sorry.  I misunderstood your question.

    Well, I believe it is federal guidance for Government

entities and how they have to conduct our elections.

**Q.**    And did you see anything in there that gave you pause

about using Section 230?

**A.**    Just the opposite happened.  Mark had mentioned the NVRA,

so I went to go read about it, Section 8 specifically.  And

right there it says safe harbor, NCOA is an acceptable use.  So

it made -- I mean, it was confirming that the approach was

good.  I believe it is the only safe harbor in all of the NVRA.

**Q.**    Did you see any other guidance about the timing or method

of the challenges?

**A.**    I read those sections.  Again, the Department of Justice

has kind of an abridged version for people like me.  And they

were very clear that there was blackout periods for programs

that were intended to remove voters from the rolls.  So I

interpreted that literally.  And it makes perfect sense to me,

a 90-day period leading up to the election.

    But again, I think just a couple of sentences later, it

also talked about it was -- that prohibition did not extend to

updating the registrants' information.

    So I thought perfect.  The problem that we're seeing right

now is that registrants' information needs to be updated.  And

NVRA provides for the NCOA to be used as a tool.  And that was

 1    my interpretation of it at the time.

 2         MS. FORD:  Your Honor, I would just like to make an

 3    objection to the extent that Mr. Somerville is testifying to a

 4    legal conclusion about what the NVRA permits.

 5         THE COURT:  A little bit louder.

 6         MS. FORD:  I apologize.  We're just -- I would like

 7    to put an objection on the record to the extent Mr. Somerville

 8    is testifying to what the NVRA does or does not permit.

 9         THE COURT:  There's a case called *Travelers Prop.*

10    *Cas. Co. of Am. v. Ocean Reef Charters, LLC*, 71 F.4d 894.  It's

11    an Eleventh Circuit case.

12         A lay witness who has a job requiring expertise may

13    acquire firsthand particularized knowledge of probative facts

14    while performing his duties.

15         His beliefs and impressions about the accuracy of the

16    NCOA can be admissible based on the fact that he had a job that

17    required him to have a certain expertise about mass mailings

18    like NCOA does.  So he doesn't have -- Mr. Somerville doesn't

19    have to be qualified as an expert if he has knowledge that was

20    acquired in a field he worked in, based on this case out of the

21    Eleventh Circuit.

22         MS. FORD:  Your Honor, I assume we're going back to

23    my previous -- the previous --

24         THE COURT:  Well, I think it kind of relates a little

25    bit to that though.

1        Go ahead though.

2        MS. FORD:  Your Honor, I'm not sure that I understand

3   the -- at least the connection to the NVRA.  But as it relates

4   to his job and his job performance, it seems like that was

5   related to mass mailings and making sure that mail reached

6   people at the correct place.

7        THE COURT:  Yeah.

8        MS. FORD:  It seems like an entirely different

9   enterprise to say that you have an understanding of how the

10  NCOA would work with regards to a voter file and whether a

11  voter would remain eligible.  And whether you had accurately

12  identified whether that person had permanently moved for the

13  purpose of what this entire case is about.

14        THE COURT:  Do you want to respond?

15        MR. POWELL:  Well, there's a lot packed in there.

16  First, I'll say we'll stipulate that Mr. Somerville's legal

17  conclusions are not binding on the Court.  So we can -- we can

18  dispense of that.

19        But I think it does go to his understanding of his

20  good faith effort.  It goes to reasonableness.  It goes to

21  non-recklessness.  If the -- in the law of petitioning, if

22  someone has a good faith belief that they are trying to stop

23  conduct or behavior that they think might be problematic or

24  illegal, that's a relevant criterion.

25        So as far as talking about his understanding of the

1  legal environment he was working within, I don't think it is

2  reasonable for the plaintiffs to say on the one hand that he

3  was recklessly not considering many factors and then say that

4  he can't talk about how he considered those factors.

5        THE COURT:  The last word is yours, Ms. Ford.

6        MS. FORD:  I think on the stand the other day,

7  defendants' counsel were crossing our expert on facts that he

8  didn't even know about NCOA.  And the fact that he shouldn't be

9  able to testify on them.

10       I think it goes to how complicated these things are.

11 And I think this is -- I think this far beyond knowledge that

12 Mr. Somerville has ever had in his job.

13       THE COURT:  I don't think so.  As I told you earlier,

14 I didn't doubt that Mr. Somerville knew what he was talking

15 about.  As you see, I did not allow it on the basis -- I agreed

16 with you that he had not been qualified as an expert.

17       But based on the case we found here, I think he can.

18 And now, whether or not his opinion and whether or not what he

19 was doing was not reckless or not, that is just a layperson's

20 opinion there.

21       MS. FORD:  Okay.  Your Honor, I just want to get

22 clarification.  To the extent we're talking about, you know,

23 the NVRA, I think Mr. Somerville just testified he learned

24 about the NVRA outside of his job.  He learned about it offhand

25 at some point in this process and started looking into what it

1    required and didn't require.

2         But I would just like to emphasize, you know,

3    defendants' counsel has said, you know, we were able to depose

4    Mr. Somerville, and that is true.

5         But when you typically depose an expert to probe

6    their opinions, you have before you an entire expert report

7    that lays out the conclusions they reached, how they reached

8    those conclusions, and how they could be replicated and the

9    basis for all of those opinions.  And then you get a deposition

10   to prove those opinions.  We did not have any opportunity to do

11   that in this case.

12        THE COURT:  I agree totally with you on that

13   regarding the expert.  But you are raising two things.  On the

14   NCOA part, according to this case, he doesn't have to be an

15   expert, if he has -- if he is in a job that requires a certain

16   part of expertise.

17        So the NCOA part, I am going to allow it.  I kept it

18   out earlier.  I'm going to allow it in.

19        Regarding the NVRA aspect of it, he is giving his

20   opinion as a layperson on what he thinks what he was doing is

21   accurate based on his beliefs.  I don't have -- what weight I

22   give it can be small, little, nothing.  But I'm tempted to

23   allow it in.

24        But I want to give you the last word on this

25   Ms. Ford.

 1          MS. FORD:  Yeah.  Your Honor, I think if it is

 2    limited to his only personal opinions, we --

 3          THE COURT:  That's all I'm taking it on, his own

 4    personal opinions.

 5          MR. POWELL:  If that would help to stipulate, it's

 6    only Mr. Somerville's opinion.

 7          THE COURT:  That's the only way I can take it.

 8          MR. POWELL:  Only his review of the National Voting

 9    Rights Act so that could attempt to determine the design of

10    what he was doing and could he stay within the law.  I think

11    that goes directly to the state of mind that's relevant here.

12          THE COURT:  Ms. Ford, what weight I give this

13    testimony by Mr. Somerville, as you have left it up to the

14    trier of fact, he is giving his -- he is giving the opinion on

15    what he thinks what he did in certain ways to justify what he

16    did.  I may not agree with that totally at all.  But I think he

17    can give his personal opinion.

18          I'm somewhat hesitant when he starts talking about

19    Mark Davis -- what Mark Davis did, how Mark -- what Mark Davis

20    was thinking.  Because then he's going beyond his own personal

21    opinion.

22          So I would say, Mr. Powell, we need to stay away from

23    what Mark Davis thought or what expert opinion Mark Davis had.

24    Because I am more interested in what he was thinking.  I'm

25    going to allow it under that narrow view.

```
 1            If he goes beyond that or if you think he's going
 2    beyond that or that the Court is interpreting it wrong, object
 3    again.
 4            MS. FORD:  Thank you, Your Honor.
 5    BY MR. POWELL:
 6    Q.   Mr. Somerville, you mentioned that you had gotten some
 7    advice from legislative counsel about petitioning.
 8    A.   We did.  I did.
 9            THE COURT:  Don't tell us what he said though.
10            THE WITNESS:  We did, yes.
11    BY MR. POWELL:
12    Q.   As a result of that advice, what changes or procedures did
13    you decide to put in place?
14            THE COURT:  You can do that.
15            THE WITNESS:  Well, it influenced our
16    understanding -- my understanding of a couple of things.
17            One, they confirmed that you could submit
18    electronically.  They confirmed or reiterated that the elector
19    had to be a citizen in the challenge in question.  They
20    provided some language to include in the transmission.  And
21    generally affirmed what Representative Gilligan had told me.
22    BY MR. POWELL:
23    Q.   Initially who did you understand would be filing
24    challenges under Section 230?
25    A.   Well, when she first brought it up to me, I thought she
```

meant a single individual could challenge across the entire

state.  And that sounded bizarre to me.  And obviously that --

she cleared that up pretty quickly.  But again, I had never

even considered such a statute.

**Q.**  Did you believe something positive could come of

Section 230 challenges?

**A.**  At the time and now, I felt that was the only vehicle that

we had to effect a positive outcome.  Again, I mentioned it

earlier.  It is very difficult to replicate the time.  But

there was just so much going on.

And it was so important to me to try to get individuals

back off of all of this distrust.  Our confidence in our

elections, in my lifetime, had never reached a level that

that -- that was that low.  As I mentioned earlier, rational

people that I knew to be intelligent and measured were no

longer being intelligent and measured.

And so with Section 230, I realized this is -- this is a

citizens tool for us to express our speech and use it to bring

this issue forward.

I was very happy to see that somebody had envisioned

giving us such a tool.  I didn't know it existed.  And again,

when you look at where we're looking at, it was almost tailor

fit for the purposes that we had, if not tailor fit.

**Q.**  But, Mr. Somerville, why not just submit a challenge to a

neighbor that you know has moved away to across the country

1 | permanently?  Why use technology?

2 | **A.**    You know, I know there's a lot of conflict wrapped up in

3 | that question.  The challenge here is that if you have a

4 | problem that is at scale, how do you address it.

5 | And I went around and around with that in my head.  If we

6 | had run that deductive funnel, and at the bottom of it dropped

7 | out one voter, nobody would have cared.

8 | But if you use the exact same criteria and out of the

9 | bottom of it drops 39,000 voters, all of a sudden, you get

10 | accused of some really, really bad things.  But nothing

11 | changed.

12 | And maybe next year, we would run that deductive funnel

13 | and ten people would drop out of the bottom of it.  So the

14 | problem at the end of the day is the challenges that we have,

15 | from my perspective, when it comes to the voter file and the

16 | procedural vulnerabilities are that these are problems at

17 | scale.

18 | You have to use technology.  There is no other way.  Lest

19 | we sit down and go line by line through 7.6 million records.

20 | As I said before, I've been working with technology for, you

21 | know, a long time, 25 years, to be an enabler.  It lets you do

22 | things.

23 | THE COURT:  Did you ever consider the possibility

24 | that this process could intimidate legitimate voters?

25 | THE WITNESS:  No, Your Honor.  Not at all.  I've

```
 1   received notices from the state because we moved.  I always
 2   considered that a benign process.
 3          It was like the state -- I got one of those.  I got
 4   one when I moved to Forsyth County.  I got one recently when I
 5   moved to the state that we shall not mention.  And it said we
 6   see that you have filed a change of address and have you moved.
 7          And it was a -- so to me, that's the process that I
 8   envisioned.  I thought this was -- I remember thinking about
 9   it, and I talk about it still.  This is a benign process.
10   Because it's a process that helps ensure that you actually vote
11   in the right place.
12          Never in a million years -- if there was any thought
13   that we had that anybody would find this intimidating, we would
14   have pulled the brakes right then and there.  It's -- I don't
15   want to go too long.  But just to add to the end of that, it's
16   why when we speak about this on my Facebook page, we always
17   redacted everything.  We always were very careful to make sure
18   that nobody felt targeted, that -- and in fact, there were
19   individuals in one of the exhibits that was brought up that
20   said, hey, put all their names out there.  And we explained
21   that that's not how things work.  People have a right to due
22   process.
23          But no, sir.  There is no way we would have engaged
24   in this if we thought it would have resulted in any amount of
25   harm.
```

```
1            THE COURT:  Thank you.

2   BY MR. POWELL:

3   Q.   Well, I guess I would just ask, Mr. Somerville, if you --

4   if you wanted to intimidate or suppress votes, why would you go

5   from 7 million records to 39,000?

6   A.   Well, I think there's a little irony in that question.  If

7   we wanted to expose, we had the names and addresses and voting

8   history of 7 -- 6.9 million people.  And yet not one of those

9   ever saw the day of light.

10       I can't speak to Mark, but I know what kind of man he is.

11  And that's just not consistent with who I am.  And it's not

12  consistent with who he is.

13  Q.   So remind me.  I don't know if you said this.  When did

14  you meet with Representative Gilligan and first learn of the

15  challenge process?

16  A.   It was sometime after I met with Mark because --

17  Q.   Late November?

18  A.   That sounds about right.

19  Q.   Is that about when you decided on the challenge process,

20  looking into it?

21  A.   Well, she introduced the idea.  I think that's when --

22  when we started thinking, okay, this is a viable tool.  We have

23  a tool.  The state has given us a tool.

24  Q.   Did you launch a press release about your efforts?

25  A.   I have never launched a press release.
```

1  **Q.**   Any other broad media release?

2  **A.**   I don't have any vehicle for that.

3  **Q.**   Do you have a significant following on social media?

4  **A.**   I wish I could tell you I did.  But I don't.

5  **Q.**   Once you learned that one person wasn't going to challenge

6  the whole state, that you had to be a resident of the county,

7  did you think that you might file a challenge yourself?

8  **A.**   I did.

9  **Q.**   Okay.  And why didn't you?

10  **A.**   Well, as I mentioned earlier, we had two volunteers come

11  up in the county.  And a part of what we were trying to do was

12  to engage other individuals and get them focused on a

13  constructive process.

14      I have always believed that the citizens need to be

15  engaged.  Our Government works very well when citizens are

16  engaged and hold it accountable.

17      It is foundational -- in addition to law, it is

18  foundational to our republic.  And so as an opportunity to let

19  somebody else -- again, it was a former employee of mine --

20  that just made more sense to me.

21  **Q.**   You mentioned what I think you've called a forensic funnel

22  earlier.  Let's talk a little bit about the funnel from -- and

23  process from your spreadsheet to a voter who finds out they

24  have been challenged.  And I'd like to walk through your

25  understanding of how that worked at the time.

1   How did you understand the process would begin?

2   **A.**   I want to make sure I understand where to begin.  Are you

3   talking at the very top of this funnel?

4   **Q.**   No.  We've got to 39,000 names.

5   **A.**   Uh-huh (affirmative).

6   **Q.**   You've got 159 potential counties.

7   What do you need to do next?

8   **A.**   Well, the first thing was, of course, to see if there were

9   people that were interested in participating.  And I was

10   already having a lot of back-and-forth on my Facebook page with

11   people that were very eager.  You know, there was a lot of

12   discussion around voter integrity.  And so that was the first

13   part, was simply put a message out.  And of course, I was

14   talking to other people.  So my whole life doesn't run through

15   Facebook.

16   But there are other people that I knew and that I was

17   close to that were aware that we were looking at this data.

18   But that was one of the methods was to put that post out there

19   and say -- ask if anybody was interested.  I didn't put any

20   detail around it.  I just said it was a voter integrity effort.

21   You know, let me know if you are interested.

22   **Q.**   And how much time did you view yourself as having to find

23   volunteers?

24   **A.**   Well, not much.  You know, not much.

25   **Q.**   A week?  A month?

1    **A.**    Oh, to locate them?

2         Well, I knew that people were so interested that if we --

3    the second that we said we were looking for volunteers, we

4    would get some reaction, you know, again within the circle that

5    we had.  But I felt a fair amount of urgency to it.

6    **Q.**    Did you expect that you would find a volunteer in all of

7    the 159 counties?

8    **A.**    No.  That's -- that's not a reasonable expectation.  That

9    would have been nice.  That would have suggested that the

10   engagement side of what we were doing was really good.  Because

11   that was maybe the most rewarding part of this, is people were

12   shifting off of a destructive narrative.  We were trying to

13   build confidence again.  But I don't have that kind of reach.

14   **Q.**    So if a voter identified themselves as being interested in

15   looking at your challenge list, you mentioned earlier you put

16   some of them in a Google Drive.

17        Was it by county or was all 159 in one folder?

18        Do you recall?

19   **A.**    Mark managed the drive.  So I don't recall.  But it was --

20   the access was limited to it.  So it wasn't something that you

21   could just stumble upon in the cyberspace.  It was a link that

22   had to be provided.  So it was particular to the individual.

23   **Q.**    And how many different volunteers came forward to at least

24   express interest?

25   **A.**    As I testified earlier, I believe the number was around

1   40.

2   **Q.**   And of those 40, do you know how many looked at your

3   suggested spreadsheet and did anything with it?

4   **A.**   There are a few that talked to me about it.  One in

5   particular, yes.

6   **Q.**   Do you know how many submitted any challenges to their

7   county?

8   **A.**   I can -- I believe I got confirmation back of four or

9   five.  But, you know, that is where the process broke down.

10   Once people took the list and they were educated on them, you

11   know, people went on their path at that point.  You know, we

12   didn't have the ability to necessarily influence what

13   individuals were doing.

14        So if they got back to me, I tried to track that.  But not

15   everybody got back to me.

16   **Q.**   So you had a few people that submitted lists -- challenges

17   who you had given your list to.

18        Do you know if they submitted your list unchanged or if

19   they submitted a variation of it or if they went with their own

20   ideas?

21   **A.**   Now, as I had testified earlier, any volunteer that came

22   forward, you know, provided that they agreed to do this, again,

23   there was a couple -- there was discussion points to make sure

24   that they understood before they got involved.

25        But they were all -- everybody was provided with an Excel

1  spreadsheet.  So there was two files.  There was a PDF and

2  there was an Excel spreadsheet.  And the Excel spreadsheet

3  would permit you to go in and modify and edit to your heart's

4  desire.

5  **Q.**   Did any of those volunteers give you any reason to believe

6  that they would look into it independently?

7  **A.**   Yes.

8  **Q.**   And why did you find that credible?

9  **A.**   Well, I knew most of these individuals.  I knew they were

10  passionate.  A significant number of them were former or

11  sitting members of the legislature.  And it is difficult to

12  know your community better than, you know, someone who has

13  knocked on doors to try to get elected.

14      I don't tend to associate with people that lack character.

15  And I try not to at least.  And there were individuals that

16  were motivationally aligned.  They wanted to be part of a

17  constructive process.

18  **Q.**   I'm sorry.  Did you say there were about four or about six

19  who ended up submitting challenges?

20  **A.**   That confirmed it -- that came back and actually confirmed

21  to me, somewhere within that space, four to six.

22                    **(Unintelligible cross-talk)**

23  **Q.**   -- county --

24  **A.**   Again -- yep.

25  **Q.**   How many of those cases did a board of election accept

```
 1   some -- some or all of those challenges?
 2   A.   I'm aware of one.
 3   Q.   And where is that?
 4   A.   In Banks County.
 5           THE COURT:  Let me make sure I understand this
 6   correctly.
 7           Out of the 39,000, you had six people that actually,
 8   after you talked to them, made challenges?
 9           THE WITNESS:  That confirmed it, yes, sir.  It's
10   possible that others did.  But, you know, we're not directing
11   anybody.  So if they -- not everybody got back to us, sir.
12           THE COURT:  And there was one that was a successful
13   challenge?
14           THE WITNESS:  To my knowledge, only one.
15           THE COURT:  In Banks County?
16           THE WITNESS:  In Banks County, yes, sir.
17   BY MR. POWELL:
18   Q.   And who was the challenger in Banks County?
19   A.   That was Dan Gasaway.
20   Q.   How did you come into contact with him about the
21   challenges?
22   A.   Dan Gasaway, a former state representative, has known Mark
23   for ten-plus years.  And so my recollection is that they had a
24   conversation.  Mark referred him over to me.  And then Dan
25   reached out to me directly.
```

1    **Q.**   And why did he contact you?

2    **A.**   Well, if there is a perfect individual to be engaged in a

3    process like this, it's somebody like Dan Gasaway.

4         I would later learn that he had been working on these

5    exact issues in his own county for quite some time, that he had

6    been engaged in, I think, two different lawsuits in which he

7    was able to overturn elections based on irregularities, the

8    last one involving NCOA data.

9         I think that came at great personal financial expense to

10   him.  I think it came at great social expense to him.  And so

11   he had a great degree of passion and explained to me that he

12   was going to scour that list name by name.

13   **Q.**   Did you understand him to have had any experience with

14   challenges --

15              THE COURT:  Ms. Ford?

16              MS. FORD:  I'd just like to object on two grounds.

17              One is that it feels like Mr. Somerville is

18   testifying outside of his personal knowledge.

19              And second is that we have a -- we had a motion in

20   limine on a variety of documents related to Dan Gasaway and his

21   former challenges and all of that.  And I believe that

22   defendants said that they did not intend to discuss any of it

23   at all.

24              THE COURT:  I think he is talking about the one that

25   Mr. Powell involves Mr. Somerville.  I agree with Ms. Ford, any

1    other challenges that Mr. Gasaway did is irrelevant.

2           And what's the first objection you made?

3           MS. FORD:  Oh, just to the extent that Mr. Somerville

4    is testifying about Mr. Gasaway's own personal experience.

5           THE COURT:  I think we've got enough of that.  We can

6    move on, Mr. Powell.

7    BY MR. POWELL:

8    **Q.**   Well, let me move forward from that conversation to:  Did

9    you provide Mr. Gasaway with your NCOA voter list for

10   Banks County?

11   **A.**   I did.  Yes, sir.

12   **Q.**   Were you aware of what actions he took regarding the list?

13   **A.**   At a high level, yes.

14   **Q.**   What were those?

15   **A.**   It was explained to me that --

16          THE COURT:  Don't tell us what anybody else said.

17          THE WITNESS:  Okay.  Including the gentleman himself?

18          THE COURT:  Mr. Gasaway is not a party in this case.

19   So anything he tells you is hearsay.

20          THE WITNESS:  Understood.  Okay.  Maybe I can --

21   maybe I can answer this question differently.

22          In a process like this, the most ideal scenario would

23   be somebody who participates that knows their county forward

24   and backward.  That is ideal.  That, to me, gave me the

25   greatest amount of comfort.  Somebody who has got a vested

1  interest, knows their neighbors.  They live there.  They're

2  going to live there after this challenge.  That's how I would

3  describe that.

4  BY MR. POWELL:

5  **Q.**   So in addition to creating a list that you provided

6  interested challengers, did you provide them with any templates

7  for what they might say to boards of election?

8  **A.**   We did.  And those were to -- somewhat informed by what we

9  had received from legislative counsel.  We knew we had people

10 that had varying degrees of experience or sophistication with

11 the email and templates.  And we also wanted to provide a very

12 clear basis so that they could understand everything we had

13 talked about and that that was on paper.  And so there were

14 templates for that, yes.

15         MR. POWELL:  Permission to approach the witness.

16         I'm going to show you Exhibit 38, which I believe was

17 admitted earlier.  There's a front and back.

18         THE COURT:  Is this plaintiff or defendants?

19 Defendants' 38?

20         MR. POWELL:  I believe plaintiffs have admitted it,

21 yes.

22         THE COURT:  I don't have Defendants' 38 in, but I'm

23 assuming you all are not objecting to it, according to

24 Mr. Powell.

25         MS. FORD:  I'm not sure that we admitted that one.

1    THE COURT:  It is not in.  According to my records,
2  38 for the defendant is not in.
3    MR. POWELL:  Okay.
4  BY MR. POWELL:
5  **Q.**  Well, let me ask you, Mr. Somerville:  Do you recognize
6  that?
7    MS. FORD:  Yeah.
8    THE COURT:  Hold on.
9    MS. FORD:  Yeah.  Yeah.  We did not move this into
10 evidence, Your Honor.  There is not a basis for him to ask him
11 about the document at this point.
12   THE COURT:  All right.  So I understand Ms. Ford is
13 saying that they have not agreed for it to come in.  My records
14 show it is not in.  So you need to lay the foundation to get it
15 in.
16   MR. POWELL:  Sure.
17 BY MR. POWELL:
18 **Q.**  Do you recognize this document, Mr. Somerville?
19 **A.**  Yes, sir, I do.
20 **Q.**  What is it?
21 **A.**  This is a communication that I would have drafted on
22 December 16th, and had -- would likely have gone to any of the
23 challengers that had come up or we knew were going to
24 volunteer.
25 **Q.**  Does this document say why you believed time was of the

1    essence?

2            MS. FORD:  Yes.  Your Honor, sorry.  I would like to

3    clarify.  This is not one of plaintiffs' exhibits.  And I think

4    it's one of the exhibits that defendants may have put on their

5    list recently, like two days before trial.

6            MR. POWELL:  I don't believe so, Your Honor.  We

7    started at about Number 80 or so.

8            THE COURT:  Well, here is the question, Mr. Powell.

9    Have you-all, previous to getting here on Thursday, last

10   Thursday, provided this exhibit to the plaintiffs?

11           MR. WYNNE:  Your Honor, it is my understanding it was

12   on the thumb drive Ms. Martinez provided.

13           THE COURT:  Mr. Wynne, only Mr. Powell can respond

14   because he is questioning the person.

15           MR. POWELL:  I know that we've provided this not only

16   in discovery but more recently.  And I don't know the date.

17           THE COURT:  Well, normally in a case where there's

18   some disagreement, there's usually some kind of sign off from

19   one party to the other party.

20                   **(There was a brief pause in the proceedings.)**

21           THE COURT:  It was in the pretrial.  All right.  It's

22   in the pretrial, Ms. Ford.

23           MS. FORD:  I'm sorry.  What?

24           THE COURT:  It is in the pretrial order.

25           MS. LAWRENCE-HARDY:  We're looking now, Your Honor.

```
 1              THE COURT:  If it was in the pretrial order, it
 2    probably means that it was provided.
 3              MS. FORD:  Oh, I understand what happened,
 4    Your Honor.  Actually, could we allow Ms. Meng to explain?  Is
 5    that permissible?
 6              THE COURT:  Only with Mr. Powell's permission.
 7    Because it is your witness, so just like I didn't let Mr. Wynne
 8    explain, I can't let --
 9              MS. FORD:  I can explain.
10              MR. NKWONTA:  I think there is some exhibit --
11              THE COURT:  Ms. Ford can explain.
12              MS. FORD:  Yeah.  In the lead-up to finalizing the
13    pretrial order, we disclosed an exhibit list perhaps maybe a
14    week before everything was due.
15              At some point later in time, we amended that to take
16    a few exhibits off.  And we took Exhibit 38 off of our list.
17              Defendants never updated their list.  So I think
18    that's why they believe -- yeah.  And they ended up
19    incorporating our first 59 exhibits in the end.  But this
20    was -- this was never on -- I realize this is complicated, but
21    this was never on our exhibit list that we submitted to the
22    Court.
23              THE COURT:  Well, then why is it in the pretrial
24    order?  The defendants' pretrial order -- it is in the
25    defendants' pretrial order, their portion.
```

```
 1              COURTROOM DEPUTY CLERK:  I'm not sure they are
 2    talking about the same thing.
 3              Are they talking about the Plaintiffs' 38?
 4              THE COURT:  They are talking about Defendants' 38.
 5              MS. FORD:  Okay.  I think the point is this is just
 6    not our exhibit.  So we would object to it as hearsay to the
 7    extent that defendants are --
 8              THE COURT:  No.  I thought they said this was a
 9    defendants' exhibit.
10              MS. FORD:  Yeah.  First they said it was plaintiffs',
11    so we're just --
12              THE COURT:  No.  This is a defendants' exhibit.
13              COURTROOM DEPUTY CLERK:  Are you offering 38?
14              THE COURT:  No.  This is a defendants' exhibit.
15              MR. POWELL:  I was going off the number, Your Honor.
16    I'm sorry.  I thought that this was in the plaintiffs'
17    numbering and I had the word admitted as well, so that's my
18    mistake.
19              THE COURT:  You know what this tells me, ladies and
20    gentlemen?  It's time to adjourn for the day.  We'll take this
21    up tomorrow.
22              Thank y'all.  And have a good evening.  And before
23    you-all leave, let's get this resolved, whose exhibit this is.
24              Thank you, Mr. Powell.
25              MR. POWELL:  Thank you.
```

1          COURTROOM SECURITY OFFICER:  All rise.

2     Court is now adjourned.

3               **(The proceedings were thereby adjourned at 4:54**

4               **PM.)**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT
OFFICIAL CERTIFIED TRANSCRIPT

1                   C E R T I F I C A T E

2

3   UNITED STATES OF AMERICA

4   NORTHERN DISTRICT OF GEORGIA

5

6       I, SHANNON R. WELCH, RMR, CRR, Official Court Reporter of

7   the United States District Court, for the Northern District of

8   Georgia, Gainesville Division, do hereby certify that the

9   foregoing 156 pages constitute a true transcript of proceedings

10  had before the said Court, held in the City of Gainesville,

11  Georgia, in the matter therein stated.

12      In testimony whereof, I hereunto set my hand on this, the

13  2nd day of November, 2023.

14

15

16  _____
        SHANNON R. WELCH, RMR, CRR
17       OFFICIAL COURT REPORTER
        UNITED STATES DISTRICT COURT
18

19

20

21

22

23

24

25

**BY MR. POWELL: [15]**  1212/9 1215/16
1217/7 1231/9 1237/9 1237/20 1254/5
1254/11 1254/22 1258/2 1264/17
1266/7 1267/4 1268/4 1268/17
**BY MS. FORD: [45]**  1122/4 1123/25
1125/20 1126/7 1126/14 1130/2
1132/19 1134/25 1135/21 1139/1
1141/15 1145/16 1150/8 1152/7
1152/18 1155/5 1156/13 1157/10
1159/14 1160/19 1161/7 1162/1
1168/17 1169/16 1170/14 1173/16
1175/16 1176/9 1177/11 1178/9 1181/2
1183/18 1187/10 1190/12 1191/9
1192/21 1193/6 1194/15 1195/3 1199/1
1199/17 1200/6 1201/6 1201/20
1202/21
**BY THE COURT: [1]**  1187/1
**COURTROOM DEPUTY CLERK: [4]**
1121/13 1121/16 1271/1 1271/13
**COURTROOM SECURITY OFFICER:**
**[2]**  1205/5 1272/1
**MR. NKWONTA: [19]**  1121/6 1205/9
1205/23 1206/1 1206/3 1206/7 1206/20
1207/13 1207/19 1208/17 1208/19
1209/2 1209/7 1209/20 1209/23 1211/7
1211/10 1211/25 1270/10
**MR. POWELL: [36]**  1126/1 1126/3
1129/25 1135/9 1135/11 1135/20
1175/24 1177/7 1177/9 1192/6 1192/13
1194/18 1201/5 1201/10 1206/13
1212/1 1226/13 1226/17 1227/4 1228/2
1228/9 1229/15 1230/20 1236/22
1237/6 1250/15 1253/5 1253/8 1267/15
1267/20 1268/3 1268/16 1269/6
1269/15 1271/15 1271/25
**MR. WYNNE: [13]**  1205/18 1207/3
1207/9 1207/16 1208/3 1208/20 1209/1
1210/5 1210/15 1210/25 1211/13
1211/23 1269/11
**MS. FORD: [75]**  1121/21 1121/24
1123/21 1123/23 1125/7 1125/10
1125/12 1125/15 1125/18 1126/4
1126/11 1126/13 1129/20 1134/21
1134/24 1135/16 1141/12 1152/9
1152/13 1155/2 1160/18 1161/22
1170/11 1170/13 1174/20 1174/23
1177/1 1177/5 1179/25 1180/2 1180/11
1180/15 1183/15 1186/24 1187/7
1191/5 1191/25 1192/3 1192/8 1192/20
1198/22 1201/16 1202/19 1204/23
1205/1 1226/10 1226/23 1228/1
1228/24 1230/9 1230/11 1231/8
1236/14 1237/18 1249/2 1249/6
1249/22 1250/2 1250/8 1251/6 1251/21
1253/1 1254/4 1265/16 1266/3 1267/25
1268/7 1268/9 1269/2 1269/23 1270/3
1270/9 1270/12 1271/5 1271/10
**MS. LAWRENCE-HARDY: [1]**  1269/25
**THE COURT: [185]**
**THE WITNESS: [64]**  1121/19 1125/2
1126/5 1132/18 1138/9 1138/12
1145/15 1150/5 1151/4 1151/6 1151/13
1151/16 1151/20 1152/12 1152/14
1152/16 1157/9 1157/15 1157/18
1158/2 1158/4 1158/19 1158/23 1159/2
1159/4 1159/20 1159/23 1160/16

1161/23 1167/25 1169/8 1169/14
1173/8 1173/15 1174/10 1174/16
1174/25 1175/7 1175/10 1177/2
1177/23 1180/7 1181/1 1189/24 1191/8
1192/4 1192/14 1192/16 1193/23
1199/14 1212/7 1215/5 1215/9 1216/24
1227/22 1237/7 1254/10 1254/15
1256/25 1264/9 1264/14 1264/16
1266/17 1266/20

**'**

**'21 [1]**  1203/20
**'22 [1]**  1153/7

**-**

**-- in [1]**  1167/8
**-- was [1]**  1167/6
**-- which [1]**  1156/17

**0**

**004219 [1]**  1176/13

**1**

**1,097 [1]**  1236/6
**1.2 [2]**  1224/17 1224/23
**1.3 million [2]**  1224/17 1224/23
**10 [2]**  1128/3 1176/24
**100 [3]**  1143/5 1172/25 1218/16
**100-plus [1]**  1172/22
**11 [1]**  1132/3
**110 [1]**  1177/25
**113 [5]**  1200/12 1200/13 1200/14
1201/19 1201/19
**11th [1]**  1221/15
**12 [2]**  1130/12 1131/22
**13 [5]**  1132/12 1183/16 1214/11
1225/21 1231/18
**1383 [1]**  1118/24
**14 [3]**  1132/22 1209/14 1235/21
**145 [4]**  1161/10 1161/11 1161/12
1161/19
**147 [2]**  1161/22 1162/2
**148 million [1]**  1225/5
**15 [3]**  1132/22 1140/6 1191/12
**15 million [1]**  1225/21
**156 [1]**  1273/9
**159 [11]**  1164/24 1165/2 1165/11
1165/17 1172/19 1172/21 1172/24
1173/4 1260/6 1261/7 1261/17
**15th [2]**  1122/13 1129/7
**16 [2]**  1128/3 1140/4
**16.4 [2]**  1210/3 1210/10
**160 [1]**  1244/8
**16th [2]**  1124/6 1268/22
**17 [1]**  1126/23
**17th [1]**  1125/22
**18 [2]**  1144/24 1209/11
**18th [8]**  1131/17 1133/11 1135/2
1136/18 1137/12 1137/19 1143/14
1162/6
**19 [2]**  1145/1 1216/25
**191 [1]**  1156/22
**192 [2]**  1156/17 1156/23
**19th [6]**  1136/16 1136/17 1136/22
1137/1 1140/25 1143/14

**2**

**20 [2]**  1128/2 1229/20

**2000 [2]**  1221/8 1221/8
**2003 [1]**  1221/13
**2004 [1]**  1212/15
**2010 [1]**  1233/7
**2014 [2]**  1195/11 1196/6
**2018 [2]**  1195/11 1196/6
**2019 [3]**  1234/17 1234/17 1235/16
**2020 [16]**  1122/13 1126/23 1137/12
1137/19 1183/20 1187/12 1191/12
1203/15 1203/19 1203/22 1204/1
1204/2 1204/3 1204/9 1204/19 1237/21
**2021 [8]**  1129/8 1149/20 1150/10
1150/12 1152/21 1191/2 1204/19
1204/22
**2022 [5]**  1128/2 1153/8 1153/9 1183/16
1212/16
**2023 [3]**  1118/14 1121/2 1273/13
**20th [2]**  1139/14 1143/15
**215-1383 [1]**  1118/24
**23 [1]**  1183/16
**230 [11]**  1185/7 1185/19 1186/17
1245/11 1246/10 1246/11 1246/25
1248/6 1254/24 1255/6 1255/17
**231 [1]**  1129/5
**2394 [1]**  1118/23
**24 [4]**  1146/4 1146/19 1183/16 1235/20
**25 [2]**  1146/4 1256/21
**2500 [3]**  1167/20 1167/23 1167/24
**29 [1]**  1191/4
**297 [1]**  1236/7
**2:00 P.M [1]**  1133/11
**2:20-CV-0302-SCJ [1]**  1118/6
**2K [1]**  1219/6
**2nd [2]**  1150/11 1273/13

**3**

**30 [1]**  1138/17
**30-day [1]**  1240/10
**30-plus [1]**  1238/17
**30303 [1]**  1118/24
**31 [1]**  1237/3
**33 [2]**  1147/23 1147/24
**34 [4]**  1147/23 1148/2 1148/4 1148/5
**36 [2]**  1192/22 1193/7
**36 percent [1]**  1195/6
**365-ish [1]**  1135/3
**38 [8]**  1267/16 1267/19 1267/22 1268/2
1270/16 1271/3 1271/4 1271/13
**39 [2]**  1148/14 1148/15
**39,000 [5]**  1174/3 1256/9 1258/5
1260/4 1264/7
**39,141 [1]**  1165/20
**3:09 [1]**  1205/6
**3:25 [1]**  1205/4
**3:35 [1]**  1211/9

**4**

**4 million [1]**  1213/24
**4,000 [1]**  1175/12
**40 [6]**  1171/15 1171/23 1171/25
1177/15 1262/1 1262/2
**404 [1]**  1118/24
**42 [2]**  1136/20 1137/7
**44 [1]**  1149/19
**4:54 [1]**  1272/3

**5**

**50 [1]**  1129/6

**5**

**500 [1]** 1167/23
**580,000 [1]** 1180/8
**59 [1]** 1270/19
**5:00 [1]** 1211/17
**5th [2]** 1187/11 1191/17

**6**

**6.9 million [1]** 1258/8
**60 percent [1]** 1193/13
**600,000 [4]** 1191/16 1191/21 1191/22
1191/24
**64 percent [1]** 1195/5
**6th [4]** 1129/8 1150/10 1152/20
1152/23

**7**

**7 million [2]** 1160/7 1258/5
**7.6 million [1]** 1256/19
**70 [2]** 1126/4 1130/21
**71 [1]** 1249/10
**75 [2]** 1118/23 1133/7
**76 [2]** 1140/23 1141/12

**8**

**80 [1]** 1269/7
**82 [1]** 1202/19
**85 [2]** 1170/8 1170/11
**86 [4]** 1206/7 1206/8 1207/1 1207/24
**89 [5]** 1176/25 1177/1 1177/4 1177/5
1177/8
**894 [1]** 1249/10
**8:00 P.M [1]** 1132/24

**9**

**90 [3]** 1/4 1184/18 1185/4
**90-day [3]** 1184/18 1240/10 1248/19
**92 [5]** 1129/3 1129/5 1139/25 1143/10
1144/22

**A**

**ability [8]** 1167/15 1167/15 1168/10
1168/10 1182/18 1226/4 1226/18
1262/12
**able [10]** 1171/12 1180/24 1182/21
1207/15 1228/10 1228/17 1230/16
1251/9 1252/3 1265/7
**about [149]** 1122/19 1123/7 1123/17
1125/22 1127/3 1128/8 1129/6 1131/18
1135/22 1136/7 1136/25 1138/20
1140/2 1140/13 1140/14 1142/6
1143/13 1145/13 1146/9 1148/15
1148/23 1149/7 1149/12 1149/13
1149/17 1150/17 1150/23 1151/25
1152/24 1158/12 1160/20 1161/14
1161/15 1163/5 1163/21 1164/2
1164/22 1165/14 1166/4 1166/8
1166/19 1169/4 1171/24 1176/7
1176/11 1177/12 1180/12 1180/16
1180/24 1183/8 1184/5 1187/16 1188/3
1189/11 1193/18 1194/11 1194/21
1195/9 1195/18 1197/13 1199/14
1199/23 1200/20 1202/5 1206/4
1206/21 1212/3 1214/14 1216/25
1217/17 1222/11 1224/16 1225/22
1226/4 1226/17 1227/2 1227/8 1229/3
1229/18 1229/25 1230/14 1230/18
1231/1 1232/16 1233/17 1233/23

1234/18 1235/24 1237/4 1237/11
1237/16 1238/19 1238/25 1239/6
1240/17 1241/1 1241/3 1241/17
1242/11 1243/6 1243/22 1243/25
1244/2 1244/4 1244/8 1244/18 1244/25
1245/11 1246/2 1246/5 1246/17
1246/24 1247/21 1248/6 1248/8
1248/12 1248/21 1249/4 1249/15
1249/17 1250/13 1250/25 1251/4
1251/8 1251/15 1251/22 1251/24
1251/24 1253/18 1254/7 1257/8 1257/9
1257/16 1258/18 1258/19 1258/24
1259/22 1262/4 1263/18 1263/18
1264/20 1265/24 1266/4 1267/13
1268/11 1269/7 1271/2 1271/3 1271/4
**above [1]** 1217/14
**Abrams [1]** 1191/15
**abridged [2]** 1183/23 1248/15
**absentee [1]** 1149/4
**absolute [2]** 1163/16 1182/18
**absolutely [7]** 1143/4 1148/6 1159/20
1163/20 1179/23 1220/25 1221/6
**absurd [1]** 1197/4
**academy [2]** 1222/4 1222/4
**accept [7]** 1124/9 1131/11 1180/23
1206/18 1229/23 1230/1 1263/25
**acceptable [1]** 1248/9
**accepted [5]** 1124/13 1130/1 1143/17
1143/21 1228/21
**accepting [2]** 1124/11 1230/1
**access [6]** 1169/20 1170/17 1170/19
1171/1 1220/12 1261/20
**acclaimed [1]** 1222/4
**according [3]** 1252/14 1267/23 1268/1
**accountable [1]** 1259/16
**accountants [1]** 1228/10
**accounting [2]** 1171/5 1219/17
**accounts [1]** 1219/18
**accumulate [1]** 1220/5
**accuracy [4]** 1180/20 1225/23 1226/11
1249/15
**accurate [8]** 1154/4 1158/19 1162/15
1171/22 1180/25 1214/3 1226/25
1252/21
**accurately [4]** 1158/18 1226/18
1226/22 1250/11
**accused [2]** 1145/9 1256/10
**acknowledge [1]** 1186/13
**acknowledged [1]** 1183/1
**acquire [1]** 1249/13
**acquired [1]** 1249/20
**across [5]** 1220/20 1236/7 1244/6
1255/1 1255/25
**act [4]** 1164/14 1184/4 1247/22 1253/9
**action [1]** 1232/25
**actions [1]** 1266/12
**active [1]** 1242/9
**activities [1]** 1218/18
**activity [1]** 1134/10
**actual [3]** 1144/4 1183/24 1229/4
**actually [38]** 1140/7 1142/14 1142/15
1148/20 1149/4 1149/9 1153/23
1164/11 1166/8 1171/12 1179/2
1181/17 1190/3 1191/23 1192/23
1196/15 1197/7 1197/8 1197/18 1199/5
1215/13 1215/23 1219/5 1220/3 1221/8
1221/17 1223/4 1232/17 1235/2
1235/25 1241/10 1241/19 1242/9

1243/6 1257/10 1263/20 1264/7 1270/4
**add [9]** 1138/4 1138/14 1146/21
1150/15 1163/11 1167/16 1177/21
1189/22 1257/15
**adding [1]** 1128/20
**addition [2]** 1259/17 1267/5
**additional [2]** 1189/22 1192/9
**address [18]** 1158/21 1158/24 1159/9
1174/13 1179/1 1179/15 1179/18
1180/5 1205/18 1225/4 1225/4 1225/8
1225/9 1225/17 1226/5 1226/19 1256/4
1257/6
**addressed [1]** 1239/24
**addresses [2]** 1225/5 1244/10 1258/7
**adjourn [1]** 1271/20
**adjourned [2]** 1272/2 1272/3
**administration [3]** 1219/4 1219/12
1233/24
**admissibility [1]** 1206/22
**admissible [1]** 1249/16
**admit [4]** 1204/15 1205/12 1207/5
1246/23
**admitted [6]** 1126/11 1177/10 1267/17
1267/20 1267/25 1271/17
**adopted [1]** 1157/11
**adult [1]** 1218/8
**advance [5]** 1135/7 1165/18 1219/9
1220/4 1229/11
**adverse [2]** 1121/10 1205/14
**advice [3]** 1225/11 1254/7 1254/12
**affair [1]** 1232/23
**affecting [1]** 1241/11
**affectionately [1]** 1242/11
**affirmative [7]** 1143/2 1150/1 1161/17
1164/3 1180/2 1260/5
**affirmed [1]** 1254/21
**African [2]** 1195/14 1196/5
**African-American [1]** 1196/5
**African-Americans [1]** 1195/14
**after [29]** 1/6 1122/2 1124/8 1133/12
1143/14 1144/11 1152/10 1152/20
1152/22 1171/7 1171/11 1198/2
1201/24 1205/12 1215/11 1215/13
1217/23 1217/25 1218/10 1218/24
1221/2 1222/5 1222/5 1233/3 1236/9
1246/13 1258/16 1264/8 1267/2
**aftermath [1]** 1199/18
**afternoon [4]** 1122/5 1122/6 1212/10
1212/11
**afterward [2]** 1130/25 1155/8
**again [34]** 1122/7 1136/10 1140/1
1141/5 1142/21 1144/1 1144/13
1147/10 1150/11 1152/25 1155/20
1156/11 1161/18 1191/10 1191/14
1205/14 1208/8 1229/22 1233/12
1239/25 1240/23 1246/22 1247/4
1248/14 1248/20 1254/3 1255/3 1255/8
1255/21 1259/19 1261/4 1261/13
1262/22 1263/24
**against [6]** 1190/16 1191/21 1203/5
1222/14 1224/24 1243/5
**agencies [2]** 1243/5 1244/5
**agency [2]** 1217/2 1244/22
**agent [1]** 1222/18
**ago [4]** 1136/10 1198/12 1200/17
1214/7
**agree [17]** 1121/9 1130/3 1130/19
1145/19 1150/9 1150/14 1163/8

**A**

**agree... [10]** 1168/20 1181/3 1182/2 1187/3 1200/14 1226/23 1236/16 1252/12 1253/16 1265/25
**agreed [3]** 1251/15 1262/22 1268/13
**agreeing [1]** 1140/3
**ahead [8]** 1133/5 1149/18 1151/5 1151/5 1159/13 1160/17 1177/22 1250/1
**AIDED [1]** 1118/20
**AILEEN [1]** 1119/21
**Air [2]** 1215/19 1215/20
**AJC [1]** 1236/1
**AL [1]** 1118/7
**alarm [2]** 1196/9 1197/12
**alert [1]** 1225/9
**alerted [1]** 1198/8
**align [3]** 1131/1 1131/3 1197/1
**aligned [1]** 1263/16
**Alignment [2]** 1124/3 1124/10
**alive [2]** 1242/14 1242/16
**all [126]** 1122/16 1124/24 1130/1 1130/14 1131/13 1135/17 1135/20 1136/14 1138/6 1138/11 1142/11 1147/17 1149/8 1150/16 1154/10 1157/25 1158/12 1160/2 1160/13 1161/23 1162/2 1162/14 1163/7 1164/18 1164/18 1164/24 1165/2 1165/16 1167/23 1168/10 1169/12 1172/21 1172/24 1172/25 1173/4 1175/13 1177/3 1181/11 1181/18 1182/6 1182/20 1186/10 1187/19 1187/20 1189/13 1189/17 1190/6 1193/17 1197/6 1197/14 1197/21 1197/23 1198/5 1198/19 1199/3 1199/16 1199/20 1199/24 1201/16 1201/24 1205/2 1205/5 1205/12 1205/19 1206/10 1206/25 1207/11 1209/11 1210/15 1211/16 1211/24 1212/1 1212/3 1212/23 1216/16 1217/9 1219/10 1219/10 1219/14 1219/14 1219/15 1219/19 1219/20 1222/24 1223/15 1223/16 1224/8 1224/10 1227/5 1232/24 1233/3 1233/19 1234/1 1237/2 1237/6 1237/14 1238/3 1238/4 1238/5 1238/14 1238/23 1239/14 1241/9 1241/22 1245/21 1247/11 1248/11 1252/9 1253/3 1253/16 1255/12 1256/9 1256/25 1257/20 1261/6 1261/17 1262/25 1264/1 1265/2 1265/23 1267/23 1268/12 1269/9 1269/21 1271/23 1272/1
**allegations [3]** 1162/18 1162/24 1238/3
**ALLEGRA [1]** 1119/4
**allow [14]** 1121/9 1180/23 1193/3 1209/14 1211/21 1227/18 1227/23 1231/1 1251/15 1252/17 1252/18 1252/23 1253/25 1270/4
**allowed [3]** 1138/8 1193/21 1194/25
**allowing [1]** 1190/3
**almost [3]** 1129/7 1233/11 1255/22
**alone [1]** 1123/19
**Along [1]** 1219/4
**already [4]** 1124/21 1124/22 1124/24 1125/3 1125/8 1148/25 1180/25 1187/7 1201/10 1240/5 1240/19 1243/21

**also [27]** 1121/8 1124/17 1126/11 1128/7 1128/21 1129/1 1129/22 1134/21 1137/24 1141/12 1142/8 1150/12 1154/17 1172/19 1182/7 1186/18 1192/8 1193/7 1195/13 1204/3 1206/20 1208/3 1219/9 1225/11 1241/23 1248/21 1267/11
**alternative [1]** 1247/13
**although [2]** 1123/8 1123/11
**Alton [7]** 1173/6 1173/9 1173/9 1173/10 1175/15 1175/18 1176/7
**Alton Russell [1]** 1173/9
**always [8]** 1156/6 1157/3 1165/12 1234/24 1257/1 1257/16 1257/17 1259/14
**am [17]** 1128/20 1148/4 1154/6 1161/3 1165/7 1166/16 1177/5 1193/11 1202/15 1208/5 1208/22 1208/23 1215/19 1249/10 1252/17 1253/24 1258/11
**amazing [2]** 1148/16 1149/14
**amend [1]** 1237/12
**amended [1]** 1270/15
**Amendment [1]** 1229/16
**America [3]** 1213/21 1225/5 1273/3
**American [1]** 1196/5
**Americans [1]** 1195/14
**among [1]** 1206/14
**amongst [1]** 1122/20
**amount [16]** 1122/23 1123/20 1147/21 1158/14 1158/23 1168/13 1179/6 1184/13 1216/16 1224/1 1234/5 1234/14 1238/1 1257/24 1261/5 1266/25
**analogy [1]** 1159/13
**analyses [3]** 1194/19 1194/20 1194/21
**analysis [9]** 1124/24 1179/22 1180/12 1194/5 1195/4 1196/4 1240/23 1241/14 1244/3
**analytic [1]** 1216/13
**analyze [2]** 1193/12 1241/12
**analyzed [2]** 1193/24 1241/15
**analyzing [1]** 1236/10
**announced [1]** 1136/2
**announces [2]** 1135/2 1136/19
**announcing [2]** 1135/22 1137/9
**annual [1]** 1225/21
**anomalies [2]** 1242/24 1243/11
**another [12]** 1122/9 1141/5 1171/21 1179/2 1185/5 1188/7 1194/20 1209/3 1209/4 1209/7 1212/5 1223/1
**answer [23]** 1128/17 1131/7 1133/17 1133/18 1138/7 1138/8 1138/10 1138/11 1161/1 1162/11 1179/12 1183/11 1186/7 1186/8 1189/20 1189/20 1193/23 1193/21 1194/24 1206/16 1206/17 1215/4 1266/21
**answered [3]** 1201/10 1201/13 1202/18
**answering [1]** 1127/5
**answers [1]** 1161/6
**anticipate [2]** 1155/3 1187/18
**any [64]** 1/8 1127/2 1127/3 1127/8 1127/12 1127/18 1128/16 1128/25 1129/2 1129/12 1129/24 1140/22 1141/22 1142/12 1142/22 1144/4 1144/12 1151/20 1152/19 1154/14

**any [18]** 1163/1 1168/18 1169/5 1174/7 1174/8 1175/14 1176/15 1177/6 1177/8 1178/14 1192/25 1192/25 1193/1 1193/2 1193/4 1193/4 1193/17 1193/24 1194/8 1194/8 1210/3 1216/1 1219/21 1231/10 1232/13 1237/10 1242/24 1248/12 1252/10 1257/12 1257/24 1259/1 1259/2 1260/19 1262/6 1262/21 1263/5 1263/5 1265/13 1265/22 1265/25 1267/6 1268/22
**anybody [27]** 1154/16 1222/21 1235/1 1257/13 1260/19 1264/11 1266/16
**anyone [3]** 1175/6 1175/7 1244/2
**anything [10]** 1152/22 1173/5 1176/4 1194/8 1197/3 1240/2 1246/24 1248/5 1262/3 1266/19
**anyway [2]** 1185/16 1231/4
**anywhere [1]** 1173/20
**apart [2]** 1230/22 1242/2
**apartment [1]** 1244/10
**apologize [10]** 1126/4 1152/10 1152/16 1155/2 1159/17 1191/25 1195/22 1199/3 1215/11 1249/6
**app [1]** 1149/24
**apparatus [1]** 1216/17
**appear [2]** 1150/11 1187/19
**appearing [1]** 1209/18
**appears [5]** 1125/21 1132/5 1132/8 1156/20 1209/25
**applicable [1]** 1209/9
**applications [1]** 1224/7
**applied [1]** 1247/24
**appointed [1]** 1218/21
**appreciate [6]** 1172/16 1178/5 1181/24 1186/4 1202/8 1202/11
**appreciated [2]** 1234/9 1234/10
**approach [9]** 1123/21 1125/13 1158/13 1181/22 1186/24 1214/12 1243/8 1248/10 1267/15
**approached [1]** 1159/24
**appropriate [1]** 1185/21
**arbitrage [1]** 1232/19
**arduous [1]** 1224/4
**are [86]** 1/7 1121/8 1129/9 1129/14 1134/4 1135/13 1139/9 1141/7 1147/19 1151/7 1153/20 1154/4 1157/25 1162/25 1168/12 1168/22 1168/25 1171/9 1171/9 1175/5 1177/3 1181/3 1181/6 1181/6 1181/10 1182/15 1183/1 1183/3 1184/21 1185/3 1194/19 1195/23 1197/13 1197/18 1199/3 1199/7 1199/23 1205/16 1206/4 1206/10 1206/11 1206/25 1207/4 1207/15 1207/20 1209/1 1210/1 1210/22 1212/6 1213/3 1213/15 1213/20 1213/24 1219/7 1219/19 1220/14 1227/12 1228/7 1229/19 1231/12 1231/12 1234/14 1234/16 1237/1 1237/10 1238/3 1238/19 1239/9 1244/7 1250/17 1250/22 1251/10 1252/13 1256/16 1256/16 1259/15 1260/2 1260/16 1260/21 1262/4 1267/23 1271/1 1271/3 1271/4 1271/7 1271/13
**area [3]** 1147/12 1193/15 1212/21
**areas [2]** 1245/9 1246/6
**aren't [2]** 1151/8 1217/5
**argue [1]** 1197/9

## A

**argument [2]** 1157/5 1210/12
**armies [2]** 1139/21 1140/9
**ARNEY [1]** 1119/14
**around [24]** 1148/20 1162/14 1163/9 1171/25 1189/25 1199/15 1201/24 1215/18 1216/13 1220/6 1227/7 1233/14 1233/15 1234/11 1238/23 1239/20 1240/8 1245/24 1247/11 1256/5 1256/5 1260/12 1260/20 1261/25
**arranged [1]** 1133/4
**article [1]** 1136/25
**articulate [1]** 1160/4
**as [129]** 1121/10 1122/2 1129/4 1129/15 1133/14 1133/21 1134/5 1134/12 1135/24 1138/16 1138/18 1138/20 1139/5 1141/3 1146/14 1147/1 1148/16 1148/22 1153/22 1156/17 1158/17 1164/14 1164/14 1164/19 1164/19 1170/16 1173/3 1174/21 1174/22 1175/11 1176/16 1177/4 1178/6 1181/17 1182/24 1183/6 1183/6 1183/8 1184/1 1185/5 1187/18 1187/20 1187/24 1190/14 1190/18 1195/10 1195/18 1198/7 1198/11 1198/12 1202/16 1205/14 1207/7 1207/15 1207/15 1207/21 1208/20 1213/20 1214/24 1215/21 1215/21 1217/12 1217/13 1218/15 1218/19 1218/19 1219/3 1220/3 1222/18 1222/20 1224/1 1224/2 1224/6 1224/7 1224/7 1224/11 1226/1 1226/1 1227/14 1227/18 1228/21 1229/6 1229/20 1230/1 1230/3 1230/7 1230/8 1231/12 1232/17 1232/25 1233/10 1234/25 1238/8 1239/9 1239/9 1239/14 1240/6 1241/3 1241/3 1241/7 1241/10 1244/10 1245/23 1246/4 1246/10 1246/16 1246/18 1247/8 1248/25 1249/19 1250/3 1250/25 1250/25 1251/13 1251/15 1251/16 1252/20 1253/13 1254/12 1255/14 1256/20 1259/10 1259/18 1260/22 1261/14 1261/25 1262/21 1271/6 1271/17
**aside [2]** 1133/5 1163/3
**ask [17]** 1131/7 1132/3 1140/14 1143/12 1145/13 1146/6 1159/16 1161/6 1164/2 1192/18 1233/2 1234/8 1237/10 1258/3 1260/19 1268/5 1268/10
**asked [39]** 1126/20 1127/12 1127/15 1127/18 1128/15 1128/24 1130/25 1133/2 1138/6 1139/16 1139/19 1140/13 1145/25 1146/15 1151/17 1153/13 1169/13 1171/14 1171/17 1171/20 1171/22 1177/24 1182/2 1183/8 1186/6 1189/11 1201/10 1201/12 1209/2 1226/17 1240/11 1240/11 1241/5 1245/18 1245/25 1246/9 1247/2 1247/6 1247/21
**asking [17]** 1125/15 1145/24 1151/25 1156/8 1178/12 1178/12 1179/11 1179/14 1186/5 1186/7 1193/20 1200/19 1202/5 1205/20 1227/20 1228/3 1241/13
**asks [2]** 1131/9 1131/17

**aspect [3]** 1158/25 1189/3 1252/19
**aspects [1]** 1197/25
**asserting [1]** 1210/2
**assessment [2]** 1244/20 1245/2
**asset [1]** 1213/14
**assigned [1]** 1222/7
**assignment [3]** 1222/6 1223/6 1223/9
**associate [1]** 1263/14
**associated [2]** 1127/12 1142/16
**association [1]** 1181/23
**assume [4]** 1150/11 1182/6 1203/19 1249/22
**assumed [3]** 1181/17 1237/7 1245/8
**assuming [2]** 1205/9 1267/23
**assumption [2]** 1199/15 1201/1
**assumptions [1]** 1245/7
**ATLANTA [3]** 1118/24 1122/13 1193/15
**atmospheric [1]** 1151/14
**attached [1]** 1/4
**attaching [1]** 1/7
**attacked [2]** 1221/15 1221/18
**attempt [1]** 1253/9
**attempted [1]** 1183/24
**attend [1]** 1139/20
**attended [6]** 1124/14 1140/18 1140/22 1141/16 1216/8 1217/24
**attention [2]** 1196/17 1196/21
**attest [1]** 1203/9
**attorneys [1]** 1198/9
**attributes [1]** 1194/10
**authentication [1]** 1210/7
**authenticity [1]** 1210/7
**author [1]** 1193/9
**authority [1]** 1222/13
**available [9]** 1148/25 1149/3 1171/4 1172/3 1198/4 1210/21 1211/1 1211/5 1246/16
**aware [18]** 1131/23 1131/24 1132/1 1140/21 1141/2 1143/18 1154/6 1155/13 1184/19 1185/3 1237/10 1238/9 1244/21 1245/15 1246/9 1260/17 1264/2 1266/12
**away [4]** 1168/15 1193/17 1253/22 1255/25

## B

**back [42]** 1136/23 1137/2 1139/25 1141/16 1143/8 1143/10 1145/6 1147/21 1148/11 1149/16 1153/13 1155/6 1160/20 1163/14 1165/12 1166/17 1176/10 1182/14 1187/23 1193/5 1205/4 1212/2 1214/21 1215/21 1219/15 1221/17 1221/23 1232/5 1235/16 1239/21 1242/25 1244/1 1245/24 1249/22 1255/12 1260/10 1262/8 1262/14 1262/15 1263/20 1264/11 1267/17
**background [8]** 1134/9 1214/22 1216/18 1217/3 1221/19 1228/16 1234/9 1234/23
**backup [1]** 1146/6
**backward [1]** 1266/24
**bad [3]** 1164/18 1197/22 1256/10
**badly [1]** 1146/13
**ballot [3]** 1149/5 1191/18 1191/24
**ballots [3]** 1191/16 1191/21 1191/22
**bamboozled [1]** 1229/23

**Banks [7]** 1172/6 1172/14 1264/4 1264/15 1264/16 1264/18 1266/10
**Banks County [1]** 1266/10
**BAO [1]** 1119/20
**barely [1]** 1229/9
**base [2]** 1154/9 1224/22
**based [7]** 1193/12 1228/19 1249/16 1249/20 1251/17 1252/21 1265/7
**bases [1]** 1213/15
**basically [2]** 1165/8 1240/7
**basing [1]** 1175/5
**basis [10]** 1159/9 1166/19 1184/11 1193/13 1199/12 1225/21 1251/15 1252/9 1267/12 1268/10
**Bates [2]** 1176/12 1206/9
**battlefield [1]** 1216/13
**be [107]** 1/2 1/3 1121/3 1122/15 1125/21 1127/25 1131/3 1131/10 1131/14 1132/5 1132/13 1135/12 1135/13 1136/24 1137/14 1140/1 1140/1 1144/14 1149/6 1151/10 1152/17 1154/19 1155/3 1156/11 1156/17 1156/20 1160/1 1161/1 1162/18 1162/24 1166/3 1166/21 1168/19 1169/12 1172/4 1174/2 1174/12 1174/18 1175/17 1180/24 1181/5 1182/7 1184/12 1187/21 1194/1 1194/3 1200/21 1201/1 1202/4 1203/6 1203/9 1203/12 1203/14 1204/18 1205/4 1205/7 1206/15 1209/18 1209/25 1210/14 1210/15 1210/21 1210/21 1210/23 1211/3 1211/5 1211/10 1214/3 1216/4 1218/10 1221/13 1223/3 1226/25 1228/17 1228/20 1229/4 1229/11 1229/23 1230/15 1230/17 1231/15 1233/1 1233/20 1237/22 1239/24 1240/1 1242/23 1247/11 1248/24 1248/25 1249/16 1249/19 1250/23 1251/8 1252/8 1252/14 1252/22 1254/19 1254/24 1255/15 1256/21 1259/6 1259/14 1261/22 1263/16 1265/2 1266/23
**bears [1]** 1185/4
**became [2]** 1233/5 1244/23
**because [62]** 1128/11 1128/12 1131/19 1138/21 1142/15 1144/7 1144/14 1148/21 1150/24 1152/1 1153/10 1153/24 1156/8 1163/17 1168/1 1169/10 1169/21 1171/3 1172/2 1172/18 1175/6 1179/7 1186/6 1186/9 1186/19 1188/7 1192/24 1194/4 1194/6 1194/20 1197/4 1197/20 1203/25 1204/21 1207/1 1210/1 1210/7 1210/22 1210/23 1211/21 1212/6 1213/12 1215/18 1218/8 1223/2 1227/16 1227/19 1231/15 1232/11 1236/21 1242/11 1245/5 1246/15 1247/4 1253/20 1253/24 1257/1 1257/10 1258/16 1261/10 1269/14 1270/7
**become [7]** 1160/8 1186/1 1186/10 1186/15 1217/15 1234/18 1245/15
**been [52]** 1122/2 1124/21 1125/5 1125/7 1126/11 1127/6 1129/15 1130/4 1134/8 1136/3 1136/15 1138/13 1141/4 1144/7 1146/12 1147/14 1147/25 1148/1 1150/22 1153/6 1158/21 1162/7 1168/23 1174/10 1174/15 1176/17

## B

**been... [26]** 1177/24 1186/19 1214/11 1217/4 1221/23 1222/13 1226/6 1227/14 1229/16 1230/23 1233/2 1235/20 1237/3 1238/17 1238/24 1239/4 1239/6 1240/5 1243/16 1245/25 1251/16 1256/20 1259/24 1261/9 1265/4 1265/6
**before [31]** 1118/12 1125/4 1130/13 1137/14 1153/13 1153/23 1160/22 1162/6 1162/8 1164/1 1166/9 1184/18 1196/22 1199/21 1200/21 1203/12 1211/17 1214/15 1229/1 1229/2 1229/8 1241/7 1241/18 1245/1 1252/6 1256/20 1262/24 1269/5 1270/14 1271/22 1273/10
**began [2]** 1229/8 1245/10
**begin [2]** 1260/1 1260/2
**beginning [1]** 1181/22
**behavior [1]** 1250/23
**behind [4]** 1132/14 1155/23 1163/1 1214/6
**being [25]** 1141/21 1143/16 1154/17 1155/13 1155/24 1158/20 1159/18 1164/17 1173/10 1179/9 1187/19 1190/16 1218/22 1218/23 1221/18 1222/16 1223/3 1223/4 1228/11 1236/24 1238/7 1239/10 1245/18 1255/16 1261/14
**belief [7]** 1187/23 1200/7 1200/9 1250/22
**beliefs [6]** 1226/4 1226/17 1227/8 1228/4 1249/15 1252/21
**believe [62]** 1125/7 1126/10 1126/11 1127/6 1128/12 1129/20 1130/9 1130/10 1131/20 1134/21 1136/19 1140/21 1141/12 1142/6 1142/10 1142/24 1153/8 1153/16 1153/17 1153/18 1154/3 1160/3 1161/15 1170/11 1171/14 1178/11 1179/19 1180/18 1182/20 1182/25 1182/25 1186/2 1187/7 1191/25 1192/1 1193/7 1195/8 1198/9 1199/25 1203/5 1203/21 1208/24 1210/20 1212/18 1230/19 1234/23 1235/24 1241/20 1243/7 1243/18 1244/5 1248/3 1248/11 1255/5 1261/25 1262/8 1263/5 1265/21 1267/16 1267/20 1269/6 1270/18
**believed [5]** 1156/5 1157/2 1165/17 1259/14 1268/25
**bell [2]** 1119/21 1173/7
**below [1]** 1192/16
**Ben [1]** 1175/13
**BENCH [1]** 1118/11
**benefit [2]** 1179/6 1247/17
**benefits [2]** 1231/12 1231/13
**benign [2]** 1257/2 1257/9
**BERSON [4]** 1118/3 1173/18 1176/7 1177/16
**best [7]** 1170/19 1182/18 1183/5 1184/2 1188/18 1218/11 1220/14
**bestowed [1]** 1222/13
**better [6]** 1123/5 1187/15 1201/24 1222/21 1247/12 1263/12
**between [15]** 1127/4 1129/6 1129/7 1129/9 1129/18 1142/18 1153/14 1156/18 1166/7 1195/11 1196/6 1213/7 1232/19 1240/9 1241/22
**beyond [7]** 1176/4 1235/1 1247/1 1251/11 1253/20 1254/1 1254/2
**Biden [1]** 1193/14
**big [7]** 1156/6 1157/3 1158/8 1169/25 1189/24 1220/6 1224/14
**biggest [1]** 1194/1
**bill [3]** 1217/25 1232/11 1232/12
**billing [2]** 1213/22 1213/24
**billion [2]** 1223/11 1224/16
**binder [2]** 1128/1 1161/9
**binding [1]** 1250/17
**bit [14]** 1141/6 1157/24 1161/15 1179/4 1189/12 1214/21 1216/2 1223/20 1231/2 1237/21 1246/21 1249/5 1249/24 1259/22
**bizarre [1]** 1255/2
**blackout [4]** 1184/16 1185/9 1240/10 1248/16
**blanket [1]** 1202/16
**blue [2]** 1193/14 1195/5
**board [5]** 1124/25 1176/3 1185/22 1218/19 1263/25
**boards [6]** 1160/23 1162/9 1162/16 1162/17 1162/23 1267/7
**body [3]** 1128/15 1218/22 1218/23
**boring [1]** 1215/12
**Boswell [4]** 1242/5 1242/8 1242/11 1242/14
**both [7]** 1129/23 1152/15 1174/4 1178/6 1204/8 1213/18 1228/9
**bottled [1]** 1223/10
**bottler [1]** 1219/1
**bottom [6]** 1176/12 1182/17 1196/21 1256/6 1256/9 1256/13
**bound [1]** 1230/6
**box [1]** 1244/10
**boyfriend [1]** 1198/6
**boyfriend's [2]** 1198/15 1198/16
**brakes [1]** 1257/14
**branching [1]** 1163/18
**Brandon [1]** 1187/17
**bravado [1]** 1148/11
**breach [1]** 1217/6
**break [2]** 1205/3 1205/6
**breakdown [1]** 1171/7
**breaking [1]** 1191/15
**breathe [1]** 1202/17
**brief [7]** 1189/24 1198/25 1204/25 1205/6 1209/6 1209/8 1269/20
**briefly [3]** 1153/1 1189/23 1193/22
**bring [8]** 1166/23 1170/8 1175/19 1191/4 1208/10 1224/2 1239/21 1255/18
**bringing [2]** 1140/13 1220/20
**broad [4]** 1131/4 1155/16 1186/6 1259/1
**broadly [1]** 1154/11
**broke [1]** 1262/9
**brought [7]** 1142/24 1144/7 1222/19 1229/16 1243/22 1254/25 1257/19
**BRYAN [1]** 1119/9
**buffer [1]** 1184/18
**build [1]** 1261/13
**bunch [1]** 1233/20
**BUNDY [1]** 1119/5
**business [6]** 1138/14 1213/9 1214/11 1220/4 1221/20 1221/23
**buying [1]** 1165/24
**buzzword [1]** 1138/16

## C

**cacophony [2]** 1163/15 1241/10
**calculation [1]** 1220/21
**call [39]** 1121/10 1124/17 1124/20 1131/1 1133/4 1133/12 1134/18 1139/12 1139/13 1139/20 1140/13 1140/15 1140/16 1140/18 1141/1 1141/2 1141/8 1141/17 1141/19 1143/15 1150/18 1152/12 1168/7 1201/11 1205/14 1206/6 1206/18 1207/20 1208/4 1208/6 1208/7 1208/9 1209/18 1209/19 1209/19 1209/20 1212/1 1233/16 1238/14
**Callaway [1]** 1244/15
**called [10]** 1175/25 1176/12 1205/11 1207/7 1216/21 1236/1 1242/5 1244/21 1249/9 1259/21
**calling [1]** 1207/20
**calls [6]** 1123/16 1123/20 1152/24 1238/11 1238/11 1238/13
**calm [1]** 1146/23
**calmed [1]** 1146/14
**came [19]** 1129/21 1145/23 1147/6 1164/19 1169/23 1176/16 1178/2 1189/5 1189/7 1206/14 1232/5 1237/11 1246/1 1246/8 1261/23 1262/21 1263/20 1265/9 1265/10
**CAMERON [1]** 1119/13
**can [88]** 1121/21 1129/13 1130/16 1130/18 1130/21 1131/1 1131/6 1131/7 1133/5 1134/9 1134/17 1137/17 1138/4 1138/21 1139/10 1140/4 1140/5 1143/7 1144/1 1144/1 1144/18 1144/24 1147/9 1151/1 1151/14 1153/9 1153/10 1153/12 1156/7 1156/21 1160/10 1160/10 1163/3 1163/11 1164/16 1165/12 1167/23 1170/17 1173/12 1176/10 1176/24 1186/24 1189/7 1192/8 1192/9 1193/17 1196/1 1201/24 1203/9 1203/19 1204/23 1205/7 1206/6 1206/17 1206/18 1206/18 1207/22 1207/23 1208/2 1210/13 1211/18 1215/22 1226/22 1226/23 1236/3 1237/2 1237/6 1247/18 1249/16 1250/17 1250/17 1251/17 1252/22 1253/7 1253/17 1254/14 1262/8 1266/5 1266/20 1266/21 1269/13 1270/9 1270/11
**can't [18]** 1173/19 1180/14 1183/2 1183/4 1193/5 1207/25 1208/11 1208/14 1208/21 1211/19 1220/2 1227/23 1227/24 1228/6 1236/17 1251/4 1258/10 1270/8
**candidates [2]** 1190/21 1190/23
**cannot [3]** 1121/7 1227/11 1227/18
**Canton [1]** 1212/21
**capacity [1]** 1232/14
**capital [1]** 1131/13
**carbonated [1]** 1221/20
**care [1]** 1246/23
**cared [1]** 1256/7
**careful [4]** 1140/2 1166/19 1207/4 1257/17
**Carolina [2]** 1204/4 1204/8

C

carried [2] 1189/9 1189/15
carry [1] 1217/16
Cas [1] 1249/10
case [25] 1121/22 1122/10 1126/16
1135/17 1180/16 1207/14 1207/23
1209/11 1210/11 1211/21 1227/8
1228/9 1229/8 1229/14 1229/16 1237/4
1249/9 1249/11 1249/20 1250/13
1251/17 1252/11 1252/14 1266/18
1269/17
cases [3] 1235/18 1236/7 1263/25
cash [1] 1233/16
CASS [6] 1224/25 1225/2 1225/3
1225/7 1229/1 1229/6
cast [1] 1179/10
Casually [1] 1234/2
catch [1] 1183/2
Catherine [5] 1126/24 1129/18 1135/7
1148/11 1149/13
Catherine Engelbrecht [1] 1135/7
cause [3] 1147/4 1179/19 1232/7
Center [3] 1216/7 1216/9 1217/9
CEO [2] 1212/24 1213/18
certain [8] 1160/9 1227/9 1228/7
1230/4 1237/1 1249/17 1252/15
1253/15
certainly [7] 1148/7 1148/9 1171/11
1174/16 1175/15 1176/20 1191/3
certification [2] 1224/25 1225/3
certified [1] 1213/8
certify [1] 1273/8
certifying [1] 1225/7
challenge [61] 1124/3 1124/10
1131/18 1135/3 1140/16 1142/8
1146/11 1153/15 1153/15 1155/9
1155/15 1156/6 1157/3 1157/5 1165/17
1166/1 1166/2 1166/5 1166/6 1166/14
1167/10 1167/12 1168/20 1170/4
1171/3 1171/17 1172/14 1172/18
1173/17 1173/25 1175/12 1178/17
1180/13 1182/21 1183/19 1185/25
1188/5 1188/20 1189/1 1189/3 1189/4
1189/9 1189/12 1189/14 1189/15
1189/18 1194/12 1203/6 1240/15
1246/11 1254/19 1255/1 1255/24
1256/3 1258/15 1258/19 1259/5 1259/7
1261/15 1264/13 1267/2
challenged [4] 1176/18 1236/19
1236/20 1259/24
challenger [12] 1131/19 1131/20
1131/24 1132/24 1133/13 1134/4
1139/11 1143/15 1147/7 1147/8
1172/10 1264/18
challengers [15] 1139/4 1140/25
1142/2 1142/7 1142/9 1145/25 1154/24
1168/19 1170/22 1171/1 1172/7
1177/18 1202/23 1267/6 1268/23
challenges [70] 1122/17 1122/20
1122/21 1124/21 1127/16 1130/5
1131/11 1133/14 1134/6 1135/23
1136/4 1136/19 1137/10 1139/3 1141/9
1142/19 1142/19 1143/16 1143/25
1144/3 1144/11 1145/5 1145/21
1147/25 1149/18 1154/24 1160/21
1160/21 1160/23 1162/6 1162/9
1164/23 1164/24 1165/23 1167/20

1167/23 1169/17 1171/15 1171/15
1172/24 1175/25 1176/2 1185/9
1185/15 1186/15 1187/19 1188/4
1188/12 1193/12 1195/5 1199/6
1199/20 1199/25 1201/25 1245/12
1245/16 1246/25 1248/13 1254/24
1255/6 1256/14 1262/6 1262/16
1263/19 1264/1 1264/8 1264/21
1265/14 1265/21 1266/1
challenging [3] 1176/8 1197/15
1236/12
chambers [1] 1163/14
change [13] 1158/21 1158/24 1159/9
1174/13 1179/1 1179/15 1179/18
1180/4 1225/9 1226/5 1226/19 1231/6
1257/6
changed [5] 1206/5 1206/5 1222/16
1222/25 1256/11
changes [2] 1237/10 1254/12
character [2] 1217/5 1263/14
characterize [2] 1217/12 1222/18
characterized [1] 1197/10
charging [1] 1232/20
Charters [1] 1249/10
chasing [1] 1163/19
check [2] 1216/18 1217/2
checks [2] 1224/24 1242/13
Cherokee [1] 1212/20
Chicago [1] 1221/10
chief [2] 1244/13 1244/14
child [1] 1165/9
children [3] 1165/10 1165/11 1235/20
choice [1] 1190/4
chose [1] 1227/5
CHRISTINA [1] 1119/7
chunk [1] 1158/8
CIO [1] 1224/6
circle [2] 1178/3 1261/4
circles [3] 1234/5 1238/9 1244/15
Circuit [2] 1249/11 1249/21
circumstances [1] 1181/19
cite [2] 1/4 1209/8
cities [1] 1212/19
citizen [10] 1136/7 1139/11 1140/15
1227/10 1227/20 1228/7 1236/24
1245/11 1247/25 1254/19
citizen's [1] 1185/20
citizen-led [1] 1136/7
citizens [10] 1164/6 1182/24 1189/25
1246/16 1246/18 1246/19 1247/15
1255/18 1259/14 1259/15
city [3] 1212/21 1222/16 1273/10
civil [1] 1222/9
civilian [1] 1232/17
claimed [1] 1181/9
claiming [1] 1196/18
clarification [2] 1184/14 1251/22
clarified [1] 1176/1
clarify [7] 1129/22 1154/1 1189/7
1194/18 1228/2 1228/24 1269/3
clarifying [1] 1189/17
clarity [6] 1154/8 1182/12 1182/15
1183/11 1183/13 1184/3
Clark [8] 1133/8 1133/9 1133/13
1133/22 1134/1 1134/3 1134/5 1134/8
class [2] 1190/14 1218/1
classic [1] 1218/9
classified [1] 1216/12

Clayton [1] 1145/8
cleanliness [1] 1220/6
clear [8] 1137/5 1175/17 1203/14
1214/14 1233/20 1247/18 1248/16
1267/12
cleared [1] 1255/3
client [1] 1194/25
client's [1] 1194/19
clients [7] 1213/20 1214/9 1214/15
1214/16 1233/12 1235/18 1235/19
close [1] 1260/17
CM [2] 1/2 1/3
CM/ECF [2] 1/2 1/3
CMRA [1] 1244/21
co [2] 1213/18 1249/10
co-owner [1] 1213/18
Cobb [8] 1131/18 1132/1 1132/4
1132/23 1133/12 1133/14 1134/3
1134/5
code [1] 1183/24
cogent [1] 1239/19
collaborate [3] 1138/15 1144/1
1144/10
collaborated [4] 1138/3 1138/12
1138/19 1151/19
collaborating [5] 1141/4 1143/23
1144/2 1145/4 1145/20
collaboration [4] 1138/18 1144/4
1144/15 1151/12
collaborative [1] 1138/20
collar [1] 1222/8
colleagues [1] 1217/2
college [4] 1217/24 1218/1 1218/11
1218/24
color [1] 1163/11
column [1] 1220/20
columns [2] 1220/24 1221/1
combat [1] 1218/10 1221/19
come [25] 1121/12 1143/8 1149/16
1155/6 1164/20 1167/11 1167/13
1176/7 1190/10 1206/11 1207/6
1208/14 1210/11 1219/8 1233/1
1234/23 1237/22 1245/14 1245/18
1245/25 1255/5 1259/10 1264/20
1268/13 1268/23
come up [1] 1167/13
comes [5] 1159/7 1207/1 1222/22
1234/24 1256/15
comfort [1] 1266/25
coming [7] 1123/17 1123/20 1137/16
1151/23 1177/8 1243/17 1245/24
comment [3] 1138/24 1187/16 1208/8
comments [6] 1192/5 1192/7 1192/16
1192/23 1193/1 1193/3
commercial [5] 1231/14 1231/17
1243/4 1244/4 1244/22
commitment [2] 1217/14 1217/15
common [4] 1162/21 1162/23 1162/25
1227/20
communicated [4] 1126/20 1150/2
1173/2 1173/9
communication [2] 1150/9 1268/21
communication's [1] 1148/20
communications [6] 1127/12 1127/16
1127/19 1130/4 1149/21 1152/20
community [2] 1216/6 1263/12
companies [10] 1213/2 1213/3
1213/11 1213/12 1213/19 1214/10

**companies... [4]**  1223/14 1223/18 1224/11 1224/13
**company [8]**  1202/3 1219/16 1223/10 1224/21 1224/21 1231/24 1232/8 1233/21
**competent [1]**  1163/23
**compiled [3]**  1164/24 1178/24 1182/4
**completed [3]**  1124/22 1124/24 1184/12
**completely [2]**  1200/15 1201/3
**complex [6]**  1213/25 1214/1 1219/19 1223/24 1233/14 1245/6
**complicated [9]**  1202/8 1204/16 1214/4 1215/2 1218/5 1222/10 1223/15 1251/10 1270/20
**complications [2]**  1202/11 1239/7
**comprehensive [1]**  1217/3
**comprise [1]**  1193/14
**comprised [1]**  1225/13
**compromised [1]**  1243/16
**COMPUTER [1]**  1118/20
**COMPUTER-AIDED [1]**  1118/20
**concept [2]**  1245/13 1246/22
**concern [5]**  1136/9 1155/20 1158/6 1238/18 1240/7
**concerned [8]**  1155/17 1155/25 1191/24 1194/11 1196/24 1239/4 1239/18 1245/5
**concerning [2]**  1226/11 1239/16
**concluded [1]**  1180/13
**conclusion [5]**  1165/1 1179/21 1193/23 1229/23 1249/4
**conclusions [3]**  1250/17 1252/7 1252/8
**condition [2]**  1182/10 1194/8
**conditionally [1]**  1207/5
**conditions [2]**  1157/21 1181/10
**conduct [2]**  1248/4 1250/23
**confer [1]**  1209/3
**confidence [6]**  1158/24 1178/25 1179/3 1179/14 1255/12 1261/13
**confident [3]**  1179/4 1179/22 1190/9
**confined [1]**  1154/11
**confirm [2]**  1129/13 1225/3
**confirmation [3]**  1178/5 1241/13 1262/8
**confirmed [5]**  1254/17 1254/18 1263/20 1263/20 1264/9
**confirming [1]**  1248/10
**conflict [1]**  1256/2
**Confronted [1]**  1232/22
**confusion [1]**  1128/12
**Congress [1]**  1235/6
**conjecture [1]**  1172/4
**conjunction [1]**  1218/22
**connected [1]**  1134/14
**connection [3]**  1175/14 1176/2 1250/3
**connections [1]**  1151/7
**conservative [1]**  1190/15
**consider [9]**  1159/5 1165/8 1201/21 1201/23 1202/1 1204/14 1223/5 1246/6 1256/23
**considered [7]**  1204/18 1221/1 1228/12 1234/25 1251/4 1255/4 1257/2
**considering [2]**  1124/21 1251/3
**consist [1]**  1216/11

**consistent [6]**  1143/21 1165/1 1200/25 1201/12 1258/11 1258/12
**consolidate [2]**  1139/21 1140/9
**consolidated [2]**  1148/24 1149/10
**conspiracies [1]**  1245/21
**conspiracy [3]**  1163/6 1163/18 1190/1
**constantly [2]**  1123/17 1163/9
**constitute [1]**  1273/9
**constrained [1]**  1179/7
**constructed [3]**  1158/15 1158/17 1158/18
**constructive [3]**  1189/25 1259/13 1263/17
**consulting [3]**  1138/15 1212/25 1213/4
**contact [3]**  1245/14 1264/20 1265/1
**contacted [2]**  1167/21 1238/10
**contagious [1]**  1241/8
**content [1]**  1220/25
**context [15]**  1138/5 1138/14 1140/6 1140/12 1146/21 1148/20 1150/15 1177/21 1189/22 1192/17 1192/24 1193/19 1193/20 1194/13 1200/23
**continuances [1]**  1236/7
**continuation [1]**  1137/2
**continue [3]**  1152/4 1226/20 1235/18
**continued [2]**  1148/14 1149/17 1243/10
**continues [1]**  1130/23
**contrary [1]**  1209/14
**control [2]**  1168/8 1224/24
**controls [1]**  1186/16
**conversation [9]**  1127/2 1128/21 1130/23 1144/12 1152/4 1166/18 1186/2 1264/24 1266/8
**conversations [4]**  1129/9 1151/21 1168/23 1245/23
**coordinated [1]**  1138/22
**coordinating [1]**  1140/17
**coordination [1]**  1127/3
**copied [1]**  1236/6
**copies [1]**  1191/6
**copy [4]**  1168/15 1187/15 1191/5 1206/9
**core [1]**  1235/3
**Corps [9]**  1215/15 1215/23 1216/1 1216/4 1216/6 1217/10 1217/19 1217/21 1217/24
**correct [118]**  1122/10 1122/11 1122/14 1122/17 1122/22 1123/1 1123/9 1124/4 1124/5 1124/6 1124/7 1124/10 1124/18 1124/19 1129/19 1131/1 1131/11 1132/6 1132/12 1132/25 1133/10 1133/15 1133/24 1135/24 1136/4 1137/23 1137/25 1138/3 1138/6 1139/12 1139/15 1139/21 1141/1 1141/2 1141/4 1141/17 1142/3 1142/5 1142/9 1142/10 1142/10 1143/1 1143/17 1143/25 1146/12 1146/17 1148/17 1149/22 1153/17 1155/9 1156/6 1156/19 1157/3 1157/4 1158/20 1160/24 1162/10 1163/9 1164/15 1164/16 1164/25 1165/20 1166/2 1167/11 1169/20 1169/21 1170/4 1170/9 1170/23 1171/6 1172/8 1172/20 1172/24 1173/18 1178/15 1179/2 1181/16 1181/20 1182/13 1184/9 1184/13 1185/16 1186/15 1188/15 1188/17 1188/19 1188/21 1189/2

**1189/17 1190/13 1191/2 1191/10 1191/21 1191/22 1193/10 1193/15 1193/16 1195/7 1195/11 1195/16 1196/2 1200/22 1201/22 1202/2 1202/9 1202/10 1202/14 1202/23 1202/24 1203/8 1203/17 1203/18 1204/1 1204/6 1204/19 1207/2 1211/12 1250/6**
**correcting [1]**  1148/9
**correctly [9]**  1141/10 1148/3 1170/20 1180/3 1187/22 1200/16 1203/3 1241/19 1264/6
**corrupt [1]**  1239/17
**corrupted [1]**  1217/4
**corruption [1]**  1222/8
**cost [2]**  1160/13 1234/24
**could [60]**  1121/17 1127/20 1133/25 1139/19 1139/20 1144/13 1146/1 1146/16 1152/17 1159/24 1160/14 1161/1 1162/7 1162/17 1162/23 1167/16 1168/15 1169/24 1170/1 1170/1 1174/15 1180/17 1180/19 1180/20 1181/4 1181/8 1181/16 1181/23 1182/10 1182/23 1184/2 1184/12 1192/9 1195/23 1201/1 1203/6 1207/25 1215/12 1218/11 1220/22 1221/4 1227/24 1228/7 1229/25 1230/15 1232/5 1238/20 1238/20 1239/21 1252/8 1253/9 1253/10 1254/17 1255/1 1255/5 1256/24 1259/4 1261/21 1267/12 1270/4
**couldn't [5]**  1128/17 1163/19 1180/25 1196/23 1217/11
**counsel [14]**  1121/4 1130/9 1130/10 1130/15 1132/15 1151/1 1193/5 1198/19 1210/20 1247/3 1251/7 1252/3 1254/7 1267/9
**counsel's [1]**  1210/18
**counties [25]**  1131/10 1131/14 1136/4 1143/24 1144/3 1145/5 1145/21 1164/25 1165/3 1165/17 1168/2 1171/12 1171/19 1171/23 1171/25 1172/5 1172/19 1173/4 1177/25 1179/10 1187/19 1195/6 1195/6 1260/6 1261/7
**counting [2]**  1191/21 1220/23
**country [4]**  1219/1 1221/24 1223/23 1255/25
**county [73]**  1121/2 1123/13 1131/18 1132/1 1132/4 1132/23 1133/14 1145/8 1154/21 1160/23 1162/9 1162/17 1162/23 1165/4 1165/5 1165/23 1166/21 1166/22 1167/19 1167/19 1167/20 1172/11 1172/14 1172/19 1172/21 1173/5 1173/13 1173/17 1173/23 1173/25 1175/1 1175/2 1175/4 1175/10 1175/12 1175/14 1175/23 1176/17 1176/20 1177/19 1177/19 1178/4 1178/10 1178/14 1178/17 1188/4 1188/12 1188/14 1188/21 1188/24 1189/2 1189/3 1189/8 1189/9 1189/11 1189/14 1189/18 1203/16 1212/20 1212/21 1257/4 1259/6 1259/11 1261/17 1262/7 1263/23 1264/4 1264/15 1264/16 1264/18 1265/5 1266/10 1266/23
**couple [13]**  1145/1 1145/22 1169/18 1169/24 1198/23 1209/8 1218/10 1221/3 1225/13 1234/22 1248/20

**C**

couple... **[2]**  1254/16 1262/23
courage **[1]**  1217/14
course **[7]**  1216/16 1220/7 1225/9
 1228/11 1233/17 1260/8 1260/13
court **[21]**  1/3 1/6 1/9 1118/1 1118/22
 1194/24 1209/8 1215/11 1228/21
 1229/22 1236/8 1236/25 1250/17
 1254/2 1270/22 1272/2 1273/6 1273/7
 1273/10 1273/17 1273/17
Court's **[1]**  1209/10
courthouse **[1]**  1118/23 1235/7
courthouses **[2]**  1236/3 1236/4
courtroom **[1]**  1150/20
cover **[2]**  1188/5 1188/16
coverage **[1]**  1196/22
covered **[1]**  1212/12
covering **[1]**  1224/16
coworkers **[1]**  1217/2
cracks **[1]**  1230/22
crazy **[2]**  1190/1 1190/6
create **[2]**  1164/5 1165/10
created **[14]**  1169/18 1172/18 1172/19
 1172/21 1173/3 1175/22 1182/11
 1188/4 1188/12 1188/13 1188/16
 1189/16 1240/11 1240/25
creating **[1]**  1267/5
credible **[1]**  1263/8
criminal **[2]**  1232/25 1235/18
criteria **[1]**  1256/8
criterion **[1]**  1250/24
critical **[2]**  1190/16 1213/13
cross **[11]**  1120/4 1121/11 1122/3
 1135/14 1200/5 1207/24 1220/18
 1236/18 1239/3 1241/17 1263/22
cross-examination **[3]**  1120/4 1121/11
 1122/3
cross-talk **[2]**  1200/5 1263/22
crossed **[1]**  1142/15
crossing **[1]**  1251/7
CRR **[3]**  1118/22 1273/6 1273/16
culminated **[1]**  1234/17
cultures **[1]**  1223/22
Cumming **[1]**  1212/22
curious **[2]**  1243/6 1247/4
cursory **[1]**  1122/19
curve **[1]**  1246/22
customer **[1]**  1213/14 1213/22
 1219/11 1219/15 1224/8 1224/14
 1224/22 1225/4 1225/10 1232/9
 1233/15
customers **[3]**  1213/24 1224/17
 1224/22
cut **[4]**  1167/16 1207/10 1208/21
 1232/10
cuts **[2]**  1158/9 1183/13
CV **[1]**  1118/6
cyberspace **[1]**  1261/21

**D**

D-E-R-E-K **[1]**  1121/19
Dam **[1]**  1216/7
Dan **[7]**  1172/8 1172/10 1264/19
 1264/22 1264/24 1265/3 1265/20
DANA **[1]**  1119/19
dance **[1]**  1205/14
data **[36]**  1149/2 1149/10 1164/6
 1194/25 1194/2 1197/7 1202/13
 1202/17 1202/17 1213/15 1213/19
 1214/2 1219/21 1219/24 1219/25
 1220/1 1220/7 1220/9 1220/19 1220/19
 1220/20 1221/2 1233/9 1233/18 1236/9
 1238/16 1240/7 1240/12 1240/14
 1241/5 1242/17 1243/1 1243/3 1246/3
 1260/17 1265/8
data-driven **[1]**  1197/7
database **[3]**  1174/13 1225/9 1226/1
databases **[1]**  1241/18
dataset **[1]**  1240/25
datasets **[1]**  1247/6
date **[7]**  1136/14 1136/18 1137/13
 1139/13 1206/21 1206/23 1269/16
dated **[4]**  1124/6 1137/12 1137/19
 1162/5
dates **[1]**  1204/20
dating **[1]**  1151/11
David **[8]**  1133/8 1133/9 1133/22
 1134/1 1134/3 1134/5 1134/7 1134/12
Davis **[49]**  1124/17 1124/20 1139/18
 1140/18 1142/19 1148/22 1149/7
 1149/8 1154/25 1155/25 1156/5
 1156/18 1157/2 1157/15 1164/24
 1166/11 1169/17 1170/9 1171/3
 1172/18 1176/13 1176/16 1178/24
 1180/17 1182/11 1187/5 1188/3 1202/1
 1202/3 1202/7 1205/14 1205/17
 1205/24 1206/1 1228/25 1238/14
 1239/3 1240/2 1241/12 1241/23 1242/3
 1242/17 1242/19 1245/10 1253/19
 1253/19 1253/19 1253/23 1253/23
Davis's **[3]**  1135/24 1153/14 1173/25
day **[29]**  1124/23 1125/4 1125/22
 1129/15 1134/19 1136/1 1136/6 1136/9
 1137/25 1139/2 1139/7 1147/19
 1147/20 1162/12 1165/16 1178/8
 1178/24 1184/18 1220/1 1220/10
 1233/11 1240/10 1240/10 1248/19
 1251/6 1256/14 1258/9 1271/20
 1273/13
days **[14]**  1/4 1143/14 1144/10 1149/18
 1150/17 1184/18 1185/4 1209/14
 1220/22 1223/20 1233/8 1233/10
 1233/11 1269/5
deal **[3]**  1210/22 1219/13 1224/18
decades **[1]**  1240/6
December **[19]**  1122/13 1124/6
 1125/22 1126/23 1129/7 1131/17
 1133/11 1135/2 1136/18 1136/22
 1137/1 1137/12 1137/19 1139/14
 1140/25 1162/6 1183/20 1187/11
 1268/22
December 15th **[2]**  1122/13 1129/7
December 16th **[2]**  1124/6 1268/22
December 17 **[1]**  1126/23
December 17th **[1]**  1125/22
December 18th **[7]**  1131/17 1133/11
 1135/2 1136/18 1137/12 1137/19
 1162/6
December 19th **[3]**  1136/22 1137/1
 1140/25
December 2020 **[1]**  1183/20
December 20th **[1]**  1139/14
December 5th **[1]**  1187/11
decency **[1]**  1238/21
deceptive **[1]**  1244/11
decide **[3]**  1206/6 1240/2 1246/13
 1247/8 1254/13
decided **[4]**  1121/4 1221/22 1240/4
 1258/19
decision **[3]**  1167/1 1220/2 1220/3
decision-making **[1]**  1220/2
deductive **[4]**  1241/25 1241/25 1256/6
 1256/12
deeper **[2]**  1160/7 1242/23
defend **[2]**  1139/3 1160/14
defendant **[6]**  1122/9 1176/13 1207/13
 1210/13 1235/18 1268/2
defendants **[13]**  1118/8 1119/11
 1191/5 1207/15 1207/20 1209/4
 1229/13 1230/19 1265/22 1267/18
 1269/4 1270/17 1271/7
defendants' **[13]**  1121/8 1129/5
 1129/17 1251/7 1252/3 1267/19
 1267/22 1270/24 1270/25 1271/4
 1271/9 1271/12 1271/14
Defendants' 38 **[2]**  1267/22 1271/4
defendants' counsel **[1]**  1252/3
defending **[3]**  1203/5 1203/6 1221/24
defense **[1]**  1217/20
defensible **[1]**  1239/20
define **[2]**  1179/4 1203/24
definitely **[1]**  1246/21
definition **[2]**  1227/1 1227/3
definitively **[1]**  1173/12
degree **[1]**  1265/11
degrees **[1]**  1267/10
delay **[1]**  1155/2
deliverability **[1]**  1231/22
delivered **[1]**  1140/8
delivers **[1]**  1225/6
demand **[1]**  1219/18
demonstrated **[1]**  1240/7
demonstrates **[1]**  1179/23
dense **[1]**  1154/5
deny **[1]**  1174/9
denying **[1]**  1124/12
departed **[1]**  1174/2
DEPARTMENT **[2]**  1119/21 1248/16
depend **[1]**  1229/17
Depending **[1]**  1181/19
depiction **[1]**  1138/24
deployed **[1]**  1216/10
depose **[2]**  1252/3 1252/5
deposition **[33]**  1121/22 1127/18
 1127/24 1128/2 1128/24 1141/23
 1142/25 1143/3 1143/5 1146/9 1153/2
 1153/5 1153/6 1161/9 1161/19 1163/5
 1171/14 1171/24 1182/25 1183/7
 1183/16 1186/5 1186/7 1189/6 1190/19
 1200/11 1200/12 1200/24 1201/11
 1201/15 1201/15 1201/19 1252/9
depositions **[1]**  1230/20
deputy **[3]**  1224/6 1244/12 1244/14
DEREK **[5]**  1120/3 1121/10 1121/19
 1122/1 1129/18
describe **[3]**  1138/18 1148/16 1267/3
described **[3]**  1141/3 1164/4 1241/10
describing **[2]**  1165/7 1242/22
design **[1]**  1253/9
designated **[1]**  1209/13
designed **[3]**  1184/17 1184/21 1184/25
desire **[2]**  1238/24 1263/4
destructive **[1]**  1261/12

**detail [5]** 1122/23 1157/19 1166/19 1237/5 1260/20
**detailed [1]** 1230/18
**determine [4]** 1147/3 1221/4 1236/18 1253/9
**develop [4]** 1227/2 1234/14 1238/23 1243/9
**developed [3]** 1199/18 1200/19 1227/8
**devolve [1]** 1239/15
**did [209]**
**didn't [69]** 1126/5 1128/14 1128/22 1132/7 1135/19 1141/22 1142/18 1150/5 1150/6 1152/22 1152/23 1154/15 1155/21 1155/22 1155/23 1158/6 1158/14 1158/16 1164/10 1167/13 1167/18 1167/23 1167/25 1168/7 1168/8 1168/13 1175/6 1177/19 1177/21 1180/4 1180/5 1184/8 1188/8 1189/6 1189/17 1191/23 1192/24 1194/3 1198/1 1202/11 1204/21 1204/21 1205/21 1207/17 1207/18 1207/24 1208/1 1210/23 1210/25 1215/18 1215/19 1226/14 1229/8 1235/4 1235/8 1235/24 1240/9 1243/18 1246/10 1246/22 1247/6 1251/8 1251/14 1252/1 1255/21 1259/9 1260/19 1262/12 1270/7
**died [1]** 1150/25
**difference [2]** 1213/7 1232/19
**differences [1]** 1223/22
**different [20]** 1149/10 1158/13 1167/6 1169/6 1179/4 1194/10 1201/7 1209/8 1209/22 1216/9 1216/14 1223/25 1225/12 1227/16 1230/7 1236/6 1245/18 1250/8 1261/23 1265/6
**differently [1]** 1266/21
**difficult [10]** 1140/1 1141/24 1144/14 1149/3 1156/11 1160/7 1163/14 1234/8 1255/9 1263/11
**dig [1]** 1243/10
**digging [1]** 1243/19
**diligence [1]** 1166/9
**diligent [2]** 1168/12 1168/19
**dinner [10]** 1122/13 1122/15 1122/22 1123/4 1123/7 1124/8 1124/22 1150/18 1150/19 1155/7
**diplomacy [1]** 1224/1
**direct [5]** 1120/5 1142/22 1151/2 1153/10 1212/8
**directing [2]** 1146/3 1264/10
**directionally [1]** 1171/22
**directly [2]** 1253/11 1264/25
**director [1]** 1224/7
**disabled [1]** 1213/8
**disagree [1]** 1211/20
**disagreement [1]** 1269/18
**disappear [2]** 1149/24 1149/25
**disappointed [1]** 1221/21
**discipline [2]** 1220/6 1222/22
**disciplined [3]** 1157/18 1160/13 1214/12
**disclose [3]** 1187/24 1230/14 1230/14
**disclosed [2]** 1229/11 1270/13
**discovered [1]** 1232/22
**discoveries [1]** 1243/13
**discovery [9]** 1126/8 1126/19 1127/11

1130/7 1148/21 1158/16 1168/25 1177/25 1269/16
**discuss [8]** 1128/12 1132/24 1141/9 1146/2 1146/16 1151/1 1192/23 1265/22
**discussed [11]** 1122/16 1122/21 1134/1 1135/22 1143/23 1144/2 1144/9 1145/4 1145/20 1231/11 1238/2
**discusses [1]** 1145/8
**discussing [3]** 1127/16 1135/12 1238/18
**discussion [14]** 1122/19 1128/8 1138/19 1156/2 1185/5 1194/3 1239/19 1239/22 1243/22 1246/9 1247/16 1247/16 1260/12 1262/23
**discussions [1]** 1183/1
**disenfranchise [1]** 1145/9
**dishonest [1]** 1239/10
**dismissed [1]** 1146/25
**dismissing [2]** 1133/14 1134/6
**disparate [1]** 1223/22
**disparities [1]** 1193/25
**dispense [1]** 1250/18
**disproportionate [1]** 1194/9
**disproportionately [1]** 1194/5
**dispute [12]** 1124/14 1127/8 1127/10 1129/9 1129/11 1129/12 1147/17 1156/3 1172/13 1176/15 1176/21 1195/4
**disputes [1]** 1121/7
**distasteful [1]** 1234/22
**distribute [2]** 1121/21 1170/4
**district [9]** 1118/1 1118/1 1118/13 1235/6 1238/9 1273/4 1273/7 1273/17
**distrust [1]** 1255/12
**division [3]** 1118/2 1224/14 1273/8
**DNA [1]** 1215/22
**do [158]**
**docket [2]** 1/5 1118/6
**document [12]** 1/8 1129/12 1139/8 1176/15 1179/5 1206/21 1206/22 1206/23 1210/8 1268/11 1268/18 1268/25
**documentation [1]** 1187/20
**documented [1]** 1168/23
**documents [9]** 1128/16 1128/25 1139/6 1168/18 1168/25 1169/5 1169/12 1236/6 1265/20
**DOE [1]** 1118/4
**does [25]** 1128/6 1128/7 1132/3 1132/11 1143/9 1145/3 1145/17 1145/18 1156/25 1157/1 1173/6 1185/24 1196/7 1217/8 1220/13 1220/17 1231/15 1231/16 1231/24 1239/24 1249/8 1249/8 1249/18 1250/19 1268/25
**doesn't [12]** 1193/4 1197/1 1199/22 1206/23 1213/23 1222/14 1222/21 1232/10 1249/18 1249/18 1252/14 1260/14
**dog [1]** 1216/24
**doing [19]** 1135/18 1151/12 1154/6 1169/3 1194/1 1200/10 1214/7 1221/10 1229/18 1232/21 1241/14 1242/20 1243/12 1246/17 1251/19 1252/20 1253/10 1261/10 1262/13
**DOJ's [1]** 1183/22

**dollar [1]** 1223/11
**dollars [1]** 1224/16
**don't [145]** 1124/11 1124/12 1124/14 1126/3 1127/10 1127/10 1127/22 1128/1 1129/12 1130/11 1131/5 1131/20 1131/22 1133/25 1134/2 1134/13 1136/5 1136/21 1136/21 1139/5 1139/7 1139/24 1140/21 1142/10 1142/11 1142/21 1142/22 1142/24 1143/12 1143/18 1144/4 1144/12 1144/13 1144/14 1144/15 1145/1 1147/9 1147/10 1147/17 1148/4 1149/5 1149/25 1149/25 1151/15 1153/5 1153/10 1153/11 1153/18 1154/2 1154/4 1154/7 1154/14 1154/14 1154/16 1154/19 1154/21 1155/19 1155/19 1156/7 1160/1 1160/25 1161/6 1161/6 1161/22 1162/2 1162/11 1162/12 1163/1 1164/18 1169/2 1169/2 1169/9 1169/9 1169/10 1170/16 1171/5 1172/25 1173/1 1173/1 1173/8 1174/9 1175/14 1177/4 1178/3 1178/11 1181/6 1182/15 1186/9 1190/14 1191/7 1192/6 1192/8 1192/11 1192/19 1192/25 1192/25 1193/2 1193/3 1193/17 1194/16 1195/4 1195/11 1199/5 1199/10 1199/11 1199/16 1199/16 1202/4 1202/15 1202/16 1202/17 1206/13 1206/16 1207/1 1207/5 1207/7 1207/7 1208/6 1210/9 1211/2 1211/17 1215/3 1224/25 1227/13 1229/7 1229/22 1229/24 1230/3 1230/6 1237/4 1244/24 1251/1 1251/13 1252/21 1254/9 1257/14 1258/13 1259/2 1259/4 1261/13 1261/19 1263/14 1266/16 1267/22 1269/6 1269/16
**done [13]** 1149/2 1150/7 1158/1 1173/4 1178/23 1188/10 1190/9 1192/20 1195/24 1222/16 1228/14 1232/22 1240/19
**doors [1]** 1263/13
**doubt [1]** 1251/14
**down [26]** 1125/3 1125/4 1146/14 1146/23 1150/25 1158/9 1159/7 1159/7 1159/8 1159/8 1159/11 1159/11 1159/12 1159/12 1159/18 1160/9 1163/19 1167/3 1177/4 1177/12 1197/13 1220/19 1223/4 1245/21 1256/19 1262/9
**download [1]** 1150/5
**downtown [1]** 1223/3
**dozen [1]** 1152/2
**dozens [1]** 1136/4
**drafted [1]** 1268/21
**draw [1]** 1196/21
**drawing [1]** 1196/17
**drive [10]** 1118/23 1169/19 1170/3 1170/5 1170/16 1171/1 1172/24 1261/16 1261/19 1269/12
**driven [1]** 1197/7
**driving [4]** 1141/24 1211/2 1211/2 1211/3
**drop [1]** 1256/13
**Dropbox [5]** 1169/19 1169/21 1170/2 1170/4 1170/23
**dropped [1]** 1256/6
**drops [1]** 1256/9
**DS [4]** 1231/24 1233/4 1233/5 1241/24

**D**

**due [4]**  1150/16 1174/4 1257/21 1270/14
**dug [1]**  1242/23
**duly [1]**  1122/2
**during [7]**  1123/16 1149/2 1197/19 1238/7 1238/14 1245/17 1246/9
**duties [1]**  1249/14
**DW [2]**  1233/3 1233/3

**E**

**each [3]**  1165/2 1165/23 1230/21
**eager [2]**  1235/5 1260/11
**earlier [22]**  1125/4 1146/15 1161/16 1173/3 1180/15 1194/21 1210/4 1210/11 1213/20 1238/2 1241/10 1247/21 1251/13 1252/18 1255/9 1255/14 1259/10 1259/22 1261/15 1261/25 1262/21 1267/17
**early [2]**  1155/7 1233/10
**easy [1]**  1190/4
**ECF [2]**  1/2 1/3
**edit [1]**  1263/3
**edited [1]**  1135/23
**educate [1]**  1188/18
**educated [1]**  1262/10
**education [4]**  1216/1 1216/3 1221/25 1228/20
**educational [1]**  1228/16
**effect [2]**  1229/4 1255/8
**effectively [3]**  1220/21 1236/10 1245/19
**efficient [1]**  1129/16
**effort [9]**  1136/7 1138/22 1142/16 1149/10 1159/11 1233/1 1237/11 1250/20 1260/20
**efforts [5]**  1131/1 1147/14 1150/24 1151/24 1258/24
**either [10]**  1142/11 1147/6 1147/19 1154/4 1155/7 1169/19 1183/4 1206/18 1241/18 1243/18
**elderly [1]**  1242/9
**elect [1]**  1191/17
**elected [3]**  1218/21 1218/23 1263/13
**election [26]**  1150/24 1151/23 1154/11 1158/8 1165/18 1176/3 1185/4 1188/23 1191/2 1195/8 1197/19 1197/21 1199/15 1199/23 1200/1 1201/1 1201/7 1204/12 1212/13 1237/25 1239/20 1240/21 1247/12 1248/19 1263/25 1267/7
**elections [15]**  1125/1 1184/19 1185/5 1185/23 1191/17 1195/15 1196/5 1196/16 1233/24 1233/24 1243/16 1245/20 1248/4 1255/13 1265/7
**electives [1]**  1218/9
**elector [9]**  1124/3 1124/10 1127/16 1130/5 1166/20 1171/17 1188/13 1246/11 1254/18
**electors [1]**  1165/9
**electronically [1]**  1254/18
**element [2]**  1220/19 1220/19
**elements [1]**  1221/2
**Eleventh [2]**  1249/11 1249/21
**ELIAS [1]**  1119/9
**eligibility [1]**  1245/11
**eligible [6]**  1181/5 1181/16 1182/4

1182/8 1204/16 1250/11
**else [8]**  1175/13 1189/4 1222/21 1236/12 1236/20 1237/24 1259/19 1266/16
**else's [1]**  1174/17
**email [7]**  1128/10 1140/24 1169/24 1170/9 1193/9 1202/22 1267/11
**emails [4]**  1128/8 1128/9 1128/13 1128/22
**embezzling [1]**  1232/18
**emphasize [1]**  1252/2
**employee [2]**  1189/8 1259/19
**employees [3]**  1221/17 1224/17 1242/20
**enabler [2]**  1223/21 1256/21
**encouragement [1]**  1142/1
**encrypted [1]**  1149/24
**encumbered [1]**  1231/15
**end [10]**  1152/10 1165/16 1178/24 1219/8 1220/1 1232/9 1244/2 1256/14 1257/15 1270/19
**ended [4]**  1171/13 1172/5 1263/19 1270/18
**energy [1]**  1212/24
**enforcement [2]**  1222/4 1244/15
**engage [8]**  1185/20 1189/25 1190/3 1234/12 1246/18 1246/20 1247/10 1259/12
**engaged [10]**  1233/12 1238/7 1239/21 1243/25 1245/8 1257/23 1259/15 1259/16 1265/2 1265/6
**engagement [1]**  1261/10
**engaging [2]**  1190/5 1239/14
**Engelbrecht [47]**  1122/10 1122/12 1122/24 1123/4 1124/8 1124/10 1125/22 1126/24 1127/2 1129/7 1129/10 1129/22 1130/25 1131/9 1131/17 1132/3 1132/5 1132/8 1132/12 1132/23 1133/2 1133/12 1133/24 1135/7 1139/2 1139/19 1143/16 1143/23 1144/2 1145/4 1145/19 1145/25 1146/1 1147/18 1147/24 1148/14 1149/20 1150/3 1150/10 1150/16 1151/25 1152/8 1152/12 1152/20 1152/22 1153/4 1155/8
**enough [6]**  1152/6 1180/6 1215/7 1219/7 1236/22 1266/5
**enriching [1]**  1235/1
**ensure [1]**  1257/10
**ensuring [1]**  1225/7
**entail [1]**  1235/23
**enterprise [2]**  1202/7 1250/9
**entire [8]**  1124/23 1223/23 1235/12 1240/20 1240/22 1250/13 1252/6 1255/1
**entirely [1]**  1250/8
**entities [2]**  1223/11 1248/4
**entity [1]**  1174/8
**entrepreneur [2]**  1233/6 1233/10
**entry [1]**  1/5
**environment [4]**  1123/6 1214/4 1222/10 1251/1
**environments [1]**  1223/25
**envisioned [4]**  1185/7 1186/17 1255/20 1257/8
**equip [1]**  1164/6
**equipped [2]**  1162/18 1162/24
**err [1]**  1181/21

**erroneously [1]**  1184/9
**especially [1]**  1138/23
**essence [1]**  1269/1
**essentially [1]**  1220/23
**establish [1]**  1201/16
**established [4]**  1203/16 1210/6 1210/16 1240/6
**establishment [1]**  1236/11
**estimate [1]**  1171/23
**ET [1]**  1118/7
**EVANS [1]**  1119/15
**even [13]**  1137/15 1160/7 1160/22 1163/19 1176/3 1205/12 1206/15 1210/6 1238/16 1240/9 1245/14 1251/8 1255/4
**evening [1]**  1122/18 1271/22
**event [2]**  1190/1 1196/20
**events [1]**  1245/24
**eventually [1]**  1232/10
**ever [22]**  1133/18 1134/1 1134/14 1144/8 1144/15 1145/22 1155/21 1173/5 1174/2 1174/7 1178/1 1178/8 1186/21 1186/22 1186/22 1234/3 1236/7 1245/14 1246/23 1251/12 1256/23 1258/9
**every [22]**  1131/5 1143/19 1147/19 1147/20 1165/5 1177/19 1179/17 1188/4 1188/12 1188/14 1213/25 1217/8 1220/10 1224/22 1224/23 1225/20 1226/2 1231/19 1232/2 1233/11 1242/13 1247/25
**everybody [11]**  1154/6 1154/7 1175/13 1188/18 1237/24 1245/8 1247/17 1247/19 1262/15 1262/25 1264/11
**everyone [1]**  1159/25
**everything [11]**  1126/10 1130/8 1130/10 1166/24 1182/23 1217/1 1243/15 1243/18 1257/17 1267/12 1270/14
**everywhere [1]**  1163/18
**evidence [14]**  1125/8 1134/22 1139/10 1141/13 1170/11 1177/4 1177/4 1177/5 1177/8 1187/7 1192/1 1192/6 1193/8 1268/10
**evident [1]**  1198/13
**exact [4]**  1139/24 1241/25 1256/8 1265/5
**exactly [6]**  1140/2 1165/6 1166/24 1213/10 1232/3 1235/23
**exaggerated [1]**  1138/13
**examination [5]**  1120/4 1120/5 1121/11 1122/3 1212/8
**examine [2]**  1207/15 1229/12
**example [4]**  1160/3 1183/2 1194/20 1243/5
**examples [1]**  1242/24
**exceedingly [1]**  1214/1
**Excel [8]**  1165/7 1167/15 1220/12 1241/18 1241/18 1262/25 1263/2 1263/2
**except [3]**  1130/21 1197/19 1210/14
**exception [1]**  1129/21
**exchange [3]**  1149/12 1166/18 1169/10
**exchanged [1]**  1145/22
**excited [1]**  1240/14
**exclude [1]**  1177/19
**excluded [2]**  1157/23 1159/25

**E**

**exclusion [1]** 1160/13
**exclusively [1]** 1129/7
**execute [1]** 1164/18
**executions [1]** 1214/13
**executive [1]** 1207/17
**exercise [1]** 1207/17
**exercising [1]** 1229/16
**exhaustive [1]** 1159/11
**exhibit [47]** 1121/8 1123/23 1124/2
1125/9 1126/3 1129/3 1129/5 1129/5
1129/18 1130/21 1133/7 1136/20
1137/7 1139/5 1139/25 1140/23
1143/10 1144/22 1161/14 1170/8
1177/1 1177/5 1191/4 1192/20 1192/22
1193/7 1202/19 1205/10 1205/11
1205/13 1205/23 1206/4 1206/7 1206/7
1209/4 1210/4 1267/16 1269/10
1270/10 1270/13 1270/16 1270/21
1271/6 1271/9 1271/12 1271/14
1271/23
**Exhibit 231 [1]** 1129/5
**Exhibit 36 [1]** 1193/7
**Exhibit 38 [2]** 1267/16 1270/16
**Exhibit 42 [2]** 1136/20 1137/7
**Exhibit 6 [2]** 1123/23 1124/2
**Exhibit 70 [1]** 1130/21
**Exhibit 75 [1]** 1133/7
**Exhibit 76 [1]** 1140/23
**Exhibit 86 [1]** 1206/7
**Exhibit 89 [1]** 1177/1
**Exhibit 92 [5]** 1129/3 1129/5 1139/25
1143/10 1144/22
**exhibit are [1]** 1206/4
**exhibits [10]** 1121/8 1135/12 1135/17
1172/16 1205/16 1257/19 1269/3
1269/4 1270/16 1270/19
**exist [1]** 1182/10
**existed [4]** 1164/11 1164/12 1165/4
1255/21
**existence [1]** 1245/15
**exists [1]** 1231/14
**expand [4]** 1139/21 1140/9 1157/24
1159/21
**expect [2]** 1208/4 1261/6
**expectation [1]** 1261/8
**expected [5]** 1160/22 1162/8 1226/25
1229/4 1230/15
**expense [3]** 1232/9 1265/9 1265/10
**expensive [1]** 1231/18
**experience [8]** 1199/22 1221/19
1228/20 1236/24 1245/3 1265/13
1266/4 1267/10
**expert [24]** 1201/21 1201/23 1202/1
1202/4 1225/11 1227/3 1227/10
1227/14 1227/18 1227/24 1228/3
1228/12 1228/21 1230/4 1230/8 1230/8
1249/19 1251/7 1251/16 1252/5 1252/6
1252/13 1252/15 1253/23
**expertise [5]** 1141/22 1163/1 1249/12
1249/17 1252/16
**experts [1]** 1230/14
**explain [11]** 1138/8 1138/11 1154/5
1189/19 1189/23 1193/21 1194/25
1270/4 1270/8 1270/9 1267/10
**explained [8]** 1153/19 1166/18 1169/6
1240/24 1246/11 1257/20 1265/11

1260/15
**explanation [1]** 1192/4
**exploitation [1]** 1232/1
**explore [2]** 1175/20 1175/22
**expose [1]** 1258/7
**exposure [1]** 1239/13
**express [3]** 1198/20 1255/18 1261/24
**expressing [1]** 1158/7
**expressly [2]** 1184/17 1185/6
**extend [1]** 1248/21
**extended [1]** 1245/9
**extensive [1]** 1216/20
**extensively [1]** 1163/5
**extent [5]** 1249/3 1249/7 1251/22
1266/3 1271/7
**extracurriculars [1]** 1218/12
**extremely [1]** 1233/16
**eyesonga.com [1]** 1148/23
**eyesonga.org [2]** 1148/16 1148/19

**F**

**F.4d [1]** 1249/10
**Facebook [20]** 1136/13 1137/19
1165/22 1165/24 1166/12 1166/17
1177/18 1187/3 1191/10 1191/11
1191/19 1195/20 1196/2 1196/3 1198/8
1198/13 1244/16 1257/16 1260/10
1260/15
**faced [1]** 1190/2
**facilitating [1]** 1246/25
**facing [1]** 1219/15
**fact [18]** 1153/19 1175/3 1202/13
1204/11 1221/2 1225/8 1226/6 1226/6
1226/19 1229/1 1229/15 1230/12
1230/13 1242/13 1249/16 1251/8
1253/14 1257/18
**factors [2]** 1251/3 1251/4
**facts [2]** 1249/13 1251/7
**factual [1]** 1229/21
**fail [1]** 1224/3
**failing [1]** 1210/3
**failure [1]** 1213/16
**faint [1]** 1187/2
**fair [13]** 1118/3 1123/20 1138/24
1147/21 1152/6 1165/19 1169/12
1216/15 1224/1 1234/5 1234/14
1236/22 1261/5
**faith [2]** 1250/20 1250/22
**fall [5]** 1203/15 1203/22 1203/24
1203/24 1204/3
**familiar [8]** 1126/6 1131/25 1149/23
1162/19 1174/4 1184/1 1237/3 1239/11
**familiarize [1]** 1184/1
**familiarized [2]** 1183/21 1183/22
**family [4]** 1215/21 1217/18 1218/25
1221/23
**family-owned [1]** 1218/25
**far [4]** 1198/12 1215/21 1250/25
1257/10
**fast [2]** 1219/3 1237/21
**FBI [6]** 1221/13 1221/14 1221/25
1222/4 1226/2 1233/2
**fears [1]** 1194/1
**February [1]** 1153/7
**federal [2]** 1234/15 1248/3
**feedback [1]** 1168/5
**feel [1]** 1207/21
**feeling [1]** 1208/16

1260/15
**fellow [1]** 1236/2
**felt [5]** 1146/24 1196/8 1255/7 1257/18
1261/5
**few [10]** 1149/18 1176/10 1197/24
1199/2 1223/4 1243/21 1244/6 1262/4
1262/16 1270/16
**field [1]** 1249/20
**FIGHT [1]** 1118/3
**figure [2]** 1147/9 1211/18
**figured [1]** 1175/18
**file [42]** 1124/3 1124/24 1133/13
1133/20 1133/23 1134/5 1158/5 1164/6
1165/4 1167/14 1167/14 1167/15
1167/18 1167/22 1167/24 1168/3
1173/4 1173/19 1173/21 1174/2 1175/7
1179/18 1193/23 1201/22 1202/2
1202/8 1225/20 1226/3 1238/17 1240/6
1240/20 1240/22 1241/19 1242/8
1242/12 1243/10 1243/20 1244/1
1245/17 1250/10 1256/15 1259/7
**filed [21]** 1/2 1/6 1/8 1124/25 1144/11
1160/22 1162/7 1162/8 1162/14
1167/20 1171/5 1171/6 1173/5 1179/1
1179/15 1185/8 1185/25 1187/19
1189/14 1199/25 1254/23
**filed [1]** 1226/19
**files [12]** 1128/8 1128/13 1149/5
1169/25 1170/6 1171/17 1171/17
1171/21 1171/22 1172/3 1172/18
1263/1
**filing [9]** 1122/16 1124/21 1132/13
1132/24 1144/10 1162/13 1199/6
1199/25 1254/23
**filled [1]** 1226/19
**final [4]** 1160/14 1160/14 1165/9
1206/15
**finalized [2]** 1166/11 1166/11
**finalizing [1]** 1270/12
**finance [4]** 1219/4 1219/10 1224/8
1224/15
**financial [1]** 1265/9
**find [13]** 1127/20 1128/17 1183/4
1196/17 1203/11 1208/10 1234/22
1243/8 1246/18 1257/13 1260/22
1261/6 1263/8
**finding [1]** 1246/2
**finds [1]** 1259/23
**fine [6]** 1164/14 1178/20 1192/15
1195/21 1199/4 1233/11 1262/9
**finish [4]** 1231/4 1237/6 1243/25
1245/23
**finished [3]** 1145/12 1145/13 1178/13
**first [40]** 1122/2 1122/10 1130/11
1136/23 1137/2 1137/2 1137/21 1138/7
1143/5 1150/19 1155/21 1177/16
1182/14 1189/11 1200/12 1201/18
1202/11 1202/25 1209/10 1209/23
1210/15 1225/7 1227/4 1229/16
1230/18 1237/24 1241/7 1242/7
1242/12 1242/19 1244/17 1245/15
1250/16 1254/25 1258/14 1260/8
1260/12 1266/2 1270/19 1271/10
**firsthand [1]** 1249/13
**fit [3]** 1247/6 1255/23 1255/23
**fits [1]** 1180/21
**five [3]** 1150/17 1233/11 1262/9
**flip [2]** 1137/17 1156/14
**flow [1]** 1243/1

**F**

**focus [3]** 1191/22 1213/22 1222/22
**focused [1]** 1259/12
**folder [1]** 1261/17
**folks [2]** 1147/12 1238/8
**follow [1]** 1234/18
**followed [1]** 1146/24
**following [5]** 1/1 1137/25 1143/14 1237/25 1259/3
**follows [1]** 1122/2
**font [1]** 1191/13
**foot [1]** 1183/5
**force [4]** 1185/15 1185/17 1215/19 1215/20
**forces [1]** 1132/13
**FORD [25]** 1119/7 1120/5 1133/1 1145/2 1145/12 1151/17 1177/3 1180/10 1192/18 1192/19 1193/4 1194/24 1195/1 1199/12 1228/17 1231/6 1237/15 1251/5 1252/25 1253/12 1265/15 1265/25 1268/12 1269/22 1270/11
**foregoing [1]** 1273/9
**forensic [2]** 1243/8 1259/21
**forgive [2]** 1136/21 1175/21
**form [2]** 1226/4 1226/19
**formal [2]** 1136/4 1187/18
**formed [1]** 1226/17
**former [5]** 1189/8 1259/19 1263/10 1264/22 1265/21
**Forsyth [12]** 1188/21 1188/24 1189/2 1189/3 1189/4 1189/8 1189/9 1189/14 1203/16 1203/19 1212/21 1257/4
**forte [1]** 1202/14
**forth [7]** 1145/6 1147/21 1189/7 1210/8 1242/25 1244/1 1260/10
**forward [15]** 1141/9 1159/10 1169/23 1178/2 1183/5 1189/5 1190/10 1194/11 1237/21 1239/23 1255/19 1261/23 1262/22 1266/8 1266/23
**fought [2]** 1222/23 1222/23
**found [6]** 1236/8 1243/2 1243/10 1244/11 1251/17
**foundation [7]** 1205/19 1207/9 1209/25 1210/2 1228/14 1228/18 1268/14
**foundational [2]** 1259/17 1259/18
**founded [1]** 1233/6
**four [8]** 1196/24 1217/22 1217/25 1224/22 1236/5 1262/8 1263/18 1263/21
**frame [2]** 1138/21 1155/20
**frankly [3]** 1150/6 1240/11 1245/5
**fraud [4]** 1163/8 1195/15 1195/17 1197/4
**frequently [2]** 1168/1 1224/3
**freshman [1]** 1218/1
**friend [4]** 1134/8 1152/25 1154/13 1220/14
**friendlier [1]** 1215/10
**friends [3]** 1153/20 1190/25 1217/2
**front [2]** 1166/3 1267/17
**fruit [1]** 1246/7
**fruition [2]** 1164/19 1164/20
**fulfilling [1]** 1222/12
**full [2]** 1/8 1171/5
**fully [2]** 1206/21 1243/16

**Fulton [4]** 1167/19 1167/19 1167/20 1189/11
**functions [2]** 1219/10 1219/16
**fundraisers [1]** 1190/24
**funnel [16]** 1159/5 1159/10 1159/18 1165/1 1173/4 1174/14 1176/23 1179/21 1180/6 1182/18 1242/1 1256/6 1256/12 1259/21 1259/22 1260/3
**further [9]** 1127/2 1147/5 1152/20 1193/18 1194/25 1205/1 1221/25 1234/3 1236/20

**G**

**gain [1]** 1170/17
**GAINESVILLE [4]** 1118/2 1121/2 1273/8 1273/10
**Gamaliel [2]** 1173/18 1177/13
**gaps [1]** 1240/11
**Gasaway [9]** 1172/8 1172/10 1264/19 1264/22 1265/3 1265/20 1266/1 1266/9 1266/18
**Gasaway's [1]** 1266/4
**gave [6]** 1150/1 1166/9 1169/13 1235/5 1248/5 1266/24
**gene [1]** 1217/18
**general [7]** 1123/13 1199/14 1203/19 1219/17 1224/12 1240/20 1245/2
**generally [12]** 1158/15 1171/4 1171/8 1172/3 1178/3 1213/5 1213/6 1216/12 1225/25 1243/7 1245/22 1254/21
**generated [1]** 1214/18
**gentleman [5]** 1242/7 1242/8 1242/9 1244/14 1266/17
**gentlemen [1]** 1271/20
**genuinely [1]** 1210/8
**geographically [1]** 1147/11
**GEORGIA [45]** 1118/1 1118/24 1121/2 1122/25 1123/6 1123/12 1123/18 1125/23 1126/25 1127/16 1130/5 1135/4 1151/23 1163/9 1163/24 1164/24 1172/19 1177/19 1181/5 1181/16 1182/4 1182/9 1195/11 1196/5 1196/14 1204/11 1204/19 1212/12 1212/14 1212/15 1212/16 1233/23 1234/1 1234/3 1234/18 1235/9 1237/2 1237/23 1240/5 1240/22 1242/8 1242/12 1273/4 1273/8 1273/11
**Georgia's [2]** 1165/17 1195/15
**Georgians [3]** 1136/3 1191/16 1241/11
**German [1]** 1163/21
**get [40]** 1135/17 1145/7 1149/3 1151/22 1160/5 1160/9 1166/13 1169/25 1170/1 1182/24 1193/5 1201/24 1204/20 1205/16 1205/19 1205/25 1207/23 1208/1 1215/12 1216/3 1217/8 1221/23 1222/25 1225/11 1231/22 1232/1 1232/10 1232/10 1236/23 1239/21 1247/7 1251/21 1252/9 1255/11 1256/9 1259/12 1261/4 1263/13 1268/14 1271/23
**gets [2]** 1181/11 1183/24
**getting [7]** 1144/6 1155/3 1227/12 1236/24 1238/10 1238/11 1269/9
**GI [1]** 1217/25
**Gilligan [5]** 1246/1 1246/8 1247/2 1254/21 1258/14
**give [24]** 1161/21 1166/14 1167/23

1173/6 1176/5 1189/24 1192/9 1192/9 1192/18 1198/22 1212/5 1228/5 1228/6 1228/7 1228/17 1228/19 1228/22 1230/2 1230/12 1252/22 1252/24 1253/12 1253/17 1263/5
**given [6]** 1162/7 1205/11 1209/14 1242/17 1258/23 1262/17
**giving [5]** 1205/9 1252/19 1253/14 1253/14 1255/21
**glance [1]** 1129/19
**go [49]** 1128/1 1128/3 1129/23 1130/16 1130/18 1131/22 1133/5 1139/25 1143/5 1143/10 1147/23 1151/5 1151/5 1151/15 1153/13 1159/13 1159/18 1160/6 1160/17 1161/8 1163/14 1164/6 1168/3 1176/24 1177/15 1177/22 1183/24 1187/16 1200/11 1202/19 1205/13 1205/20 1208/1 1208/10 1210/7 1214/22 1215/22 1216/18 1221/17 1236/2 1237/5 1237/16 1248/8 1250/1 1250/19 1256/19 1257/15 1258/4 1263/3
**goal [1]** 1185/2
**goes [10]** 1159/23 1187/23 1206/22 1214/6 1226/24 1250/20 1250/20 1251/10 1253/11 1254/1
**going [78]** 1129/3 1131/7 1134/10 1134/11 1135/12 1135/13 1141/5 1141/25 1143/12 1145/6 1150/24 1151/18 1152/9 1155/3 1155/15 1156/17 1160/1 1161/2 1161/3 1162/11 1163/7 1170/8 1175/24 1176/5 1176/6 1180/9 1180/11 1187/13 1187/24 1188/8 1192/18 1194/1 1197/20 1205/3 1208/5 1208/6 1208/7 1208/12 1208/16 1210/20 1210/23 1211/8 1211/14 1211/19 1211/20 1212/5 1214/14 1214/20 1219/8 1221/22 1229/22 1230/2 1230/25 1231/1 1231/3 1231/3 1231/4 1236/4 1236/20 1239/2 1239/16 1239/17 1243/15 1243/23 1247/17 1249/22 1252/17 1252/18 1253/20 1253/25 1254/1 1255/10 1259/5 1265/12 1267/2 1267/16 1268/23 1271/15
**gone [2]** 1237/25 1268/22
**good [29]** 1122/5 1122/6 1122/8 1131/3 1141/20 1141/21 1150/13 1152/17 1164/20 1180/6 1184/20 1195/12 1196/16 1197/12 1197/18 1212/10 1212/11 1214/13 1215/7 1235/3 1238/19 1243/23 1247/13 1247/18 1248/11 1250/20 1250/22 1261/10 1271/22
**Google [6]** 1169/19 1170/3 1170/5 1171/1 1172/24 1261/16
**gosh [1]** 1152/9
**got [42]** 1145/2 1156/16 1157/19 1158/22 1160/10 1165/25 1168/5 1172/22 1173/22 1176/2 1190/15 1192/15 1208/8 1208/13 1208/15 1211/13 1211/16 1214/16 1214/23 1218/7 1218/25 1221/9 1221/9 1221/17 1228/13 1229/24 1235/22 1236/18 1238/13 1242/25 1242/25 1257/3 1257/3 1257/4 1260/4 1260/6 1262/8 1262/14 1262/15 1262/24 1264/11 1266/5 1266/25

**G**

**gotten** [1]  1254/6
**governing** [1]  1188/19
**Government** [10]  1185/18 1185/20
1185/23 1186/10 1186/17 1187/24
1244/2 1246/20 1248/3 1259/15
**graduated** [1]  1216/8
**grand** [1]  1123/19
**grandson** [1]  1215/20
**granted** [1]  1214/5
**grassroots** [1]  1235/13
**grata** [1]  1236/11
**great** [5]  1192/3 1238/5 1265/9
1265/10 1265/11
**greatest** [1]  1266/25
**greatly** [2]  1183/14 1229/17
**Greek** [1]  1218/17
**green** [1]  1156/14
**GREENBERG** [1]  1119/15
**Gregg** [2]  1122/12 1124/17
**GREGOR** [1]  1119/14
**grounds** [1]  1265/16
**group** [5]  1119/9 1141/3 1142/12
1203/12 1224/15
**groups** [1]  1140/11
**guess** [5]  1174/1 1191/20 1199/11
1214/23 1258/3
**guidance** [5]  1247/3 1247/7 1247/9
1248/3 1248/12
**gut** [1]  1208/15
**guy** [3]  1183/25 1234/8 1244/14
**Gwinnett** [1]  1134/4

**H**

**had** [189]
**hadn't** [1]  1178/13 1243/22 1244/25
**hairy** [1]  1183/25
**half** [2]  1160/8 1223/11
**half-billion** [1]  1223/11
**halfway** [1]  1177/12
**Hall** [1]  1121/2
**hand** [5]  1121/13 1127/10 1167/1
1251/2 1273/12
**handle** [2]  1162/20 1227/7
**handling** [1]  1232/18
**hanging** [1]  1246/7
**happen** [3]  1140/16 1154/15 1186/23
**happened** [10]  1133/16 1140/14
1144/15 1144/17 1147/5 1168/1
1171/11 1235/21 1248/7 1270/3
**happening** [1]  1190/6
**happens** [4]  1165/8 1187/20 1194/23
1239/7
**happily** [3]  1188/25 1190/8 1190/9
**happy** [8]  1150/15 1190/4 1190/10
1192/14 1218/10 1223/3 1235/13
1255/20
**harbor** [2]  1248/9 1248/11
**hard** [1]  1187/13
**HARDY** [1]  1119/4
**harm** [3]  1217/17 1240/9 1257/25
**has** [36]  1/6 1125/7 1126/11 1126/12
1129/15 1134/8 1136/15 1138/12
1146/11 1147/25 1158/20 1193/1
1210/11 1210/15 1214/2 1215/21
1222/13 1227/14 1229/20 1231/17
1238/16 1239/6 1240/6 1243/16

1246/16 1249/12 1249/19 1250/22
1251/12 1252/3 1252/15 1255/25
1258/23 1263/12 1264/22 1266/25
**hasn't** [1]  1145/6
**have** [234]
**haven't** [7]  1129/11 1132/15 1199/22
1210/6 1228/14 1230/23 1232/11
**having** [8]  1122/2 1196/19 1222/23
1237/16 1239/19 1247/21 1260/10
1260/22
**haywire** [1]  1238/1
**he** [129]  1134/3 1134/13 1138/25
1149/15 1153/24 1153/25 1172/12
1173/2 1175/18 1176/16 1180/14
1199/12 1201/10 1201/14 1201/15
1206/18 1207/8 1207/14 1207/19
1209/19 1210/17 1210/21 1211/2
1211/3 1211/3 1226/17 1226/21
1226/21 1226/22 1226/23 1227/14
1227/15 1227/16 1227/19 1227/24
1228/5 1228/18 1229/6 1229/18
1229/18 1229/20 1235/17 1236/2
1236/2 1236/19 1236/21 1237/4
1237/12 1238/16 1238/18 1238/18
1238/19 1238/22 1238/23 1238/24
1239/4 1239/11 1240/6 1240/6 1240/7
1240/11 1240/11 1240/13 1240/19
1240/20 1240/21 1240/22 1240/23
1240/25 1240/25 1241/4 1241/4
1241/13 1242/5 1242/8 1242/11
1242/13 1242/15 1242/16 1242/20
1242/22 1243/22 1244/25 1249/16
1249/18 1249/19 1249/20 1251/1
1251/2 1251/4 1251/4 1251/7 1251/8
1251/14 1251/16 1251/17 1251/18
1251/23 1251/24 1252/14 1252/15
1252/15 1252/19 1252/20 1252/20
1253/10 1253/10 1253/14 1253/14
1253/15 1253/15 1253/15 1253/16
1253/18 1253/24 1254/1 1254/9
1258/10 1258/12 1265/1 1265/4 1265/5
1265/6 1265/11 1265/11 1265/24
1266/12 1266/19 1269/14
**He'll** [1]  1211/5
**he's** [16]  1175/25 1193/21 1201/12
1207/7 1209/18 1210/13 1210/23
1211/2 1227/7 1227/24 1229/15
1237/16 1239/11 1239/25 1253/20
1254/1
**head** [1]  1256/5
**heads** [1]  1199/8
**hear** [9]  1132/7 1151/3 1151/19
1208/13 1230/12 1230/17 1238/5
1238/20 1238/20
**heard** [7]  1141/21 1199/21 1234/24
1238/11 1244/25 1245/13 1246/23
**hearing** [6]  1164/4 1203/8 1238/3
1238/3 1243/18 1244/17
**hearings** [1]  1203/1
**hearsay** [11]  1129/21 1206/14 1207/10
1210/1 1210/5 1210/13 1210/14
1210/15 1210/16 1266/19 1271/6
**heart's** [1]  1263/3
**heavily** [1]  1243/25
**held** [1]  1273/10
**help** [5]  1136/13 1156/9 1191/17
1208/2 1253/5
**helpful** [3]  1127/25 1129/17 1225/15

**helps** [1]  1257/10
**her** [28]  1131/13 1131/15 1133/3
1138/7 1140/7 1140/13 1140/14
1143/19 1144/10 1146/9 1146/13
1146/14 1146/15 1147/5 1150/1
1150/16 1150/19 1150/21 1151/11
1152/16 1176/5 1190/10 1198/2 1198/5
1198/7 1198/15 1198/20 1247/7
**here** [51]  1130/19 1136/25 1137/19
1142/23 1146/7 1146/11 1146/14
1147/18 1148/8 1151/7 1151/8 1163/13
1170/15 1176/4 1176/11 1177/21
1187/2 1187/18 1188/8 1189/13
1191/13 1191/15 1191/19 1192/11
1192/15 1192/23 1193/12 1194/10
1197/1 1201/14 1202/25 1205/3
1206/25 1207/14 1208/10 1209/9
1210/19 1210/21 1210/24 1211/3
1211/8 1215/9 1219/7 1222/25 1227/5
1247/19 1251/17 1253/11 1256/3
1269/8 1269/9
**here's** [1]  1192/13
**hereby** [1]  1273/8
**HEREDIA** [2]  1118/3 1172/13
**Heredia's** [1]  1198/1
**hereunto** [1]  1273/12
**hesitant** [1]  1253/18
**hey** [1]  1257/20
**high** [8]  1179/9 1195/22 1214/21
1214/23 1215/11 1215/13 1215/24
1266/13
**highjacked** [1]  1197/21
**highlighted** [1]  1137/15
**highly** [3]  1214/2 1226/8 1245/7
**Hill** [1]  1175/13
**him** [52]  1134/4 1134/18 1149/9
1156/2 1161/21 1174/18 1198/17
1207/15 1207/15 1207/18 1207/19
1207/21 1207/22 1207/24 1207/25
1208/1 1208/1 1208/5 1208/6 1208/7
1208/9 1208/10 1208/10 1208/14
1208/14 1210/23 1211/1 1211/13
1227/18 1227/20 1227/23 1227/25
1228/3 1231/1 1236/12 1236/18
1236/20 1236/21 1237/16 1240/15
1240/15 1240/15 1241/14 1241/15
1249/17 1264/20 1264/24 1265/10
1265/10 1265/13 1268/10 1268/10
**himself** [1]  1266/17
**hire** [1]  1214/9
**hired** [3]  1218/25 1221/9 1225/12
**his** [52]  1180/12 1180/13 1180/13
1193/21 1194/20 1194/20 1194/21
1194/21 1194/22 1201/11 1226/24
1227/6 1228/3 1228/4 1228/15 1228/20
1228/20 1228/20 1229/17 1229/19
1229/20 1229/23 1235/18 1236/23
1238/20 1238/21 1240/8 1240/12
1240/14 1241/19 1242/10 1249/14
1249/15 1250/4 1250/4 1250/19
1250/19 1250/25 1251/12 1251/18
1251/24 1252/19 1253/12 1253/17
1253/3 1253/8 1253/14 1253/17
1253/20 1265/5 1265/18 1265/20
**Hispanic** [2]  1195/14 1196/5
**historic** [1]  1196/14
**history** [3]  1198/11 1198/16 1258/8
**hold** [10]  1126/2 1147/1 1179/24

**H**

**hold... [7]** 1180/1 1194/17 1194/17 1226/9 1236/13 1259/16 1268/8
**holding [6]** 1141/8 1146/1 1146/15 1146/20 1146/23 1147/1
**holes [2]** 1163/19 1241/5
**home [3]** 1203/25 1204/3 1226/20
**honor [64]** 1121/6 1121/21 1123/21 1125/7 1125/13 1129/20 1129/25 1134/21 1135/9 1135/20 1141/12 1155/2 1157/16 1160/18 1175/24 1177/7 1177/9 1179/25 1180/15 1180/18 1186/24 1187/8 1191/25 1194/18 1198/22 1201/5 1201/17 1204/24 1205/9 1206/13 1207/3 1207/16 1209/1 1209/7 1209/24 1210/5 1211/7 1211/23 1211/25 1217/14 1217/20 1226/23 1227/4 1228/2 1228/9 1228/24 1229/15 1230/9 1230/20 1236/14 1249/2 1249/22 1250/2 1251/21 1253/1 1254/4 1256/25 1268/10 1269/2 1269/6 1269/11 1269/25 1270/4 1271/15
**HONORABLE [1]** 1118/12
**hope [1]** 1126/10 1168/1 1200/2
**hoped [1]** 1201/16
**hoping [3]** 1185/22 1201/7 1247/12
**horrible [1]** 1164/13
**Hosted [1]** 1190/24
**hosting [1]** 1139/12
**hotel [1]** 1221/17
**hour [1]** 1149/14
**hours [3]** 1130/12 1133/12 1149/7
**house's [1]** 1235/17
**how [79]** 1121/4 1138/25 1158/10 1158/14 1158/17 1159/10 1162/19 1165/6 1166/4 1166/20 1166/21 1170/7 1170/19 1171/5 1171/12 1172/4 1176/7 1180/24 1183/9 1186/9 1188/3 1188/4 1193/12 1199/14 1201/14 1202/8 1202/10 1206/14 1206/16 1210/13 1211/18 1213/19 1216/20 1217/12 1217/21 1221/4 1221/7 1222/18 1222/18 1223/1 1224/14 1224/20 1225/2 1225/19 1226/25 1227/6 1227/7 1230/1 1230/2 1230/11 1233/1 1233/8 1236/17 1237/22 1240/10 1241/16 1243/7 1244/21 1246/13 1247/4 1247/6 1248/4 1250/9 1251/4 1251/10 1252/7 1252/8 1253/19 1256/4 1257/21 1259/25 1260/1 1260/22 1261/23 1262/2 1262/6 1263/25 1264/20 1267/2
**however [1]** 1/7
**HUGHES [1]** 1119/21
**huh [5]** 1143/2 1161/17 1164/3 1180/2 1260/5
**Human [1]** 1216/15
**humanity [1]** 1223/1
**hundred [3]** 1135/3 1221/3 1224/17
**hundreds [4]** 1155/12 1233/17 1242/20 1242/20
**hurts [1]** 1197/10
**hypotheses [1]** 1227/2
**Hypothetically [2]** 1178/19 1178/20

**I**

**I'd [12]** 1129/22 1155/21 1159/16

1174/2 1174/2 1175/20 1175/22 1177/21 1205/18 1246/23 1259/24 1265/16
**I'll [10]** 1129/17 1150/11 1151/16 1161/23 1180/23 1180/23 1191/13 1192/18 1231/7 1250/16
**I'm [164]**
**I've [17]** 1133/3 1142/4 1142/14 1145/2 1153/22 1156/16 1173/9 1173/22 1190/15 1190/23 1192/1 1192/11 1195/17 1196/1 1242/20 1256/20 1256/25
**idea [16]** 1122/16 1144/9 1145/4 1145/20 1148/16 1148/17 1149/14 1164/1 1164/4 1164/13 1164/17 1171/8 1222/12 1246/15 1247/14 1258/21
**ideal [3]** 1170/18 1266/22 1266/24
**ideas [4]** 1144/16 1163/24 1164/18 1262/20
**identified [7]** 1129/4 1165/16 1178/25 1179/15 1243/4 1250/12 1261/14
**identify [3]** 1126/20 1182/21 1244/21
**illegal [1]** 1250/24
**image [1]** 1195/22
**imagine [2]** 1159/5 1163/19
**immediate [2]** 1154/14 1154/16
**immediately [2]** 1130/25 1237/25
**implications [1]** 1151/7
**implies [1]** 1140/10
**imply [1]** 1138/21
**importance [1]** 1223/1
**important [12]** 1140/11 1144/6 1148/21 1151/4 1166/15 1169/5 1194/7 1194/13 1214/16 1217/18 1230/1 1255/11
**impressed [1]** 1242/21
**impression [7]** 1122/24 1123/2 1130/8 1132/6 1132/8 1162/16 1163/1
**impressions [1]** 1249/15
**improper [1]** 1134/7
**improve [1]** 1234/10
**inactive [1]** 1158/6
**inadmissible [1]** 1206/24
**INC [2]** 1118/3 1118/7
**inception [1]** 1153/3
**include [3]** 1135/24 1181/8 1254/20
**included [4]** 1157/23 1173/18 1188/13 1224/25
**including [2]** 1159/7 1266/17
**inclusion [1]** 1158/5
**incongruence [1]** 1240/9
**incorporating [1]** 1270/19
**incorrectly [1]** 1165/7
**increase [4]** 1195/10 1195/13 1196/4 1196/10
**independent [2]** 1128/23 1241/14
**independently [2]** 1241/15 1263/6
**indicate [1]** 1210/17
**indicated [4]** 1133/2 1195/17 1207/20 1226/21
**indicates [1]** 1201/11
**indicative [2]** 1195/15 1195/17
**individual [10]** 1154/20 1165/4 1167/21 1169/23 1185/22 1189/13 1242/12 1255/1 1261/22 1265/2
**individually [1]** 1236/6
**individuals [31]** 1126/20 1127/12 1142/15 1155/21 1157/23 1158/7

1174/4 1175/12 1179/1 1179/7 1179/9 1179/12 1182/17 1183/8 1183/9 1184/17 1196/13 1196/15 1196/18 1196/23 1234/25 1235/19 1238/22 1239/15 1240/8 1255/11 1257/19 1259/12 1262/13 1263/9 1263/15
**ineligible [1]** 1187/20
**infantryman [1]** 1216/5
**infectious [1]** 1239/25
**inflammatory [1]** 1186/19
**influence [1]** 1262/12
**influenced [2]** 1217/5 1254/15
**information [14]** 1148/25 1149/5 1158/22 1179/5 1184/24 1184/25 1186/10 1187/24 1187/25 1197/7 1216/25 1241/12 1248/22 1248/24
**informed [1]** 1267/8
**informing [1]** 1126/24
**infrastructure [2]** 1213/13 1220/7
**initial [1]** 1240/13
**initially [3]** 1240/4 1240/5 1254/23
**ink [1]** 1187/2
**inquiry [1]** 1183/5
**inside [1]** 1222/9
**insight [4]** 1155/22 1158/14 1158/17 1168/14
**insightful [1]** 1225/16
**insinuation [1]** 1197/3
**inspectors [1]** 1225/14
**instead [2]** 1159/6 1239/14
**instructions [3]** 1166/1 1166/6 1188/16
**integrated [1]** 1219/19
**integrating [1]** 1223/1 1223/14
**integration [2]** 1221/16 1223/13
**integrity [19]** 1150/24 1151/24 1154/12 1190/1 1199/15 1199/23 1200/1 1201/1 1201/8 1208/15 1208/20 1208/23 1208/25 1214/19 1239/20 1245/20 1247/12 1260/12 1260/20
**intelligence [10]** 1216/5 1216/7 1216/8 1216/13 1216/14 1216/15 1216/15 1216/17 1217/9 1221/19
**intelligent [2]** 1255/15 1255/16
**intend [1]** 1265/22
**intended [4]** 1231/23 1232/4 1232/6 1248/17
**intercity [1]** 1222/10
**interest [6]** 1158/7 1176/6 1234/10 1239/2 1261/24 1267/1
**interested [18]** 1131/10 1131/14 1134/13 1169/20 1171/4 1200/19 1234/13 1237/22 1239/2 1241/6 1246/21 1253/24 1260/9 1260/19 1260/21 1261/2 1261/14 1267/6
**interesting [3]** 1213/23 1232/23 1239/12
**interject [2]** 1207/3 1208/3
**internationally [1]** 1213/21
**interpretation [1]** 1131/4 1249/1
**interpreted [2]** 1138/25 1248/18
**interpreting [1]** 1254/2
**interrogatories [3]** 1126/15 1127/5 1139/9
**interrogatory [1]** 1127/9
**intersected [1]** 1150/23
**intersection [1]** 1142/12
**INTERVENOR [1]** 1119/17

**I**

**intimately [1]** 1227/6
**intimidate [2]** 1256/24 1258/4
**intimidating [1]** 1203/1 1203/6 1203/9
1257/13
**intrigued [1]** 1246/15
**introduced [3]** 1122/10 1153/23
1258/21
**introduction [1]** 1122/19
**invasive [1]** 1217/6
**investigate [1]** 1164/7
**investigating [1]** 1215/14
**investigation [2]** 1244/18 1244/23
**investigations [1]** 1244/13
**investigative [1]** 1232/14
**investigator [1]** 1236/24
**invitation [1]** 1124/9
**invite [4]** 1134/18 1139/19 1140/8
1157/5
**invited [5]** 1139/11 1139/16 1234/3
1238/11 1238/13
**invites [1]** 1149/20
**inviting [1]** 1140/25
**invoice [3]** 1225/20 1226/2 1232/10
**invoiced [1]** 1224/22
**invoices [2]** 1224/23 1232/4
**involve [1]** 1220/13
**involved [10]** 1153/24 1212/24 1214/1
1222/9 1233/1 1234/1 1234/18 1235/22
1247/11 1262/24
**involvement [1]** 1219/21
**involves [1]** 1265/25
**involving [1]** 1265/8
**Iraq [1]** 1222/23
**irony [1]** 1258/6
**irrational [1]** 1163/24
**irregularities [1]** 1265/7
**irrelevant [1]** 1266/1
**is [366]**
**ish [1]** 1135/3
**isn't [4]** 1152/4 1218/4 1223/21 1239/9
**issue [5]** 1135/13 1239/20 1241/6
1241/11 1255/19
**issued [1]** 1209/11
**issues [4]** 1241/1 1241/2 1243/2
1265/5
**issuing [1]** 1246/24
**it [471]**
**it's [78]** 1122/7 1129/17 1132/15
1133/8 1136/10 1136/23 1137/15
1140/1 1141/14 1141/21 1142/17
1142/21 1144/8 1147/10 1149/24
1150/12 1151/4 1153/1 1160/7 1162/12
1163/13 1163/14 1167/1 1169/5
1169/22 1172/6 1173/21 1179/7 1179/8
1181/11 1182/20 1184/18 1187/13
1187/25 1189/20 1191/19 1192/2
1194/13 1195/12 1195/17 1197/4
1197/4 1197/11 1199/15 1200/25
1200/25 1201/10 1201/12 1202/20
1204/17 1204/17 1205/23 1206/7
1206/14 1206/15 1206/23 1210/16
1213/16 1216/13 1218/5 1220/18
1220/20 1227/20 1230/11 1231/17
1238/5 1238/5 1249/10 1253/5 1257/10
1257/14 1257/15 1258/11 1264/9
1265/3 1269/4 1269/21 1271/20

**items [1]** 1226/23
**its [2]** 1135/7 1206/22

**J**

**JACOB [1]** 1119/7
**JAKE [1]** 1119/15
**JANE [1]** 1118/4
**January [11]** 1128/2 1129/8 1149/20
1150/10 1152/20 1152/23 1153/8
1153/9 1183/16 1191/17 1204/19
**January 20 [1]** 1128/2
**January 2022 [2]** 1153/9 1183/16
**January 5th [1]** 1191/17
**January 6 [1]** 1149/20
**January 6th [4]** 1129/8 1150/10
1152/20 1152/23
**JENNIFER [1]** 1119/19
**Jimmy [1]** 1244/15
**job [10]** 1221/14 1229/20 1233/22
1249/12 1249/16 1250/4 1250/4
1251/12 1251/24 1252/15
**JOCELYN [4]** 1118/3 1172/13 1198/1
1198/5
**Johnson [4]** 1122/9 1153/23 1154/13
1211/11
**join [2]** 1131/18 1132/4
**joined [5]** 1215/15 1216/4 1216/4
1217/10 1221/13
**joining [1]** 1132/13
**jointly [1]** 1131/10
**JONES [1]** 1118/12
**judge [7]** 1118/3 1173/3 1192/10
1192/14 1193/1 1216/21 1237/3
**judicial [3]** 1237/1 1237/2 1237/15
**JUDY [1]** 1119/20
**jump [1]** 1149/18
**Junior [2]** 1215/23 1215/24
**jury [1]** 1227/5
**just [125]** 1121/22 1124/12 1125/16
1128/3 1129/13 1129/22 1130/20
1131/7 1132/16 1134/9 1135/22
1136/14 1136/17 1138/20 1139/6
1139/17 1141/20 1142/6 1144/14
1144/15 1144/16 1145/11 1146/23
1146/25 1147/1 1149/5 1151/8 1151/17
1154/1 1154/21 1155/24 1156/14
1158/25 1159/16 1163/15 1163/16
1163/16 1164/2 1164/17 1166/5
1166/10 1167/1 1167/7 1169/6 1170/16
1170/17 1170/22 1172/6 1174/18
1175/11 1176/3 1179/8 1180/4 1183/2
1183/15 1184/3 1186/5 1186/5 1186/14
1189/11 1190/6 1194/18 1194/24
1197/24 1198/8 1198/22 1198/23
1199/2 1199/14 1201/18 1202/5
1203/14 1204/17 1204/20 1208/6
1212/20 1213/1 1216/4 1220/18
1220/18 1221/1 1223/21 1228/2
1228/24 1229/23 1230/11 1234/14
1235/4 1236/2 1236/14 1237/6 1237/25
1239/9 1240/11 1240/13 1241/3 1242/1
1243/19 1243/25 1245/2 1246/4 1246/4
1247/1 1247/19 1248/7 1248/20 1249/2
1249/6 1251/19 1251/21 1251/23
1252/2 1255/10 1255/24 1257/15
1258/3 1258/11 1259/20 1260/20
1261/21 1265/16 1266/3 1270/7 1271/5
1271/11

**JUSTICE [2]** 1119/21 1248/14
**justify [1]** 1253/15

**K**

**keep [10]** 1125/15 1128/8 1132/16
1133/1 1139/10 1148/4 1220/8 1231/25
1242/1 1243/9
**Kentucky [15]** 1123/8 1123/11 1203/22
1204/1 1204/8 1204/13 1204/14
1204/17 1212/13 1214/24 1215/4
1215/6 1218/4 1220/16 1223/7
**kept [4]** 1171/10 1236/20 1243/17
1252/17
**key [1]** 1147/18
**kind [16]** 1147/11 1151/18 1159/23
1166/20 1181/21 1197/10 1199/3
1232/3 1232/7 1236/16 1240/19
1248/15 1249/24 1258/10 1261/13
1269/18
**kinds [1]** 1164/18
**knew [24]** 1147/13 1147/15 1150/16
1154/10 1162/17 1163/23 1168/6
1168/6 1168/22 1181/8 1183/20
1215/22 1230/21 1242/19 1243/21
1244/15 1251/14 1255/15 1260/16
1261/2 1263/9 1263/9 1267/9 1268/23
**knocked [1]** 1263/13
**know [118]** 1124/11 1128/12 1130/7
1130/11 1133/25 1136/5 1139/6 1139/9
1140/21 1141/20 1142/7 1143/18
1144/15 1145/12 1146/7 1146/8
1147/24 1148/21 1149/21 1149/25
1151/21 1152/24 1153/10 1154/2
1154/6 1154/7 1155/19 1155/19
1155/22 1157/24 1161/6 1162/11
1162/12 1164/10 1164/12 1166/13
1166/21 1168/2 1168/7 1168/8 1168/24
1169/2 1169/2 1169/2 1169/22 1170/6
1172/7 1172/25 1173/8 1181/6 1188/8
1190/14 1195/23 1199/5 1200/22
1202/16 1202/18 1206/13 1206/16
1206/18 1207/1 1207/7 1208/6 1209/2
1210/8 1210/9 1210/11 1210/16
1217/14 1222/20 1222/23 1223/20
1225/1 1227/21 1229/7 1229/8 1229/9
1230/3 1230/21 1234/12 1235/9
1237/24 1238/8 1239/1 1240/9 1242/6
1244/23 1246/4 1247/6 1251/8 1251/22
1252/2 1252/3 1255/21 1255/25 1256/2
1256/2 1256/21 1258/10 1258/13
1260/11 1260/21 1260/21 1260/24
1261/4 1262/2 1262/6 1262/9 1262/11
1262/11 1262/18 1262/22 1263/12
1263/12 1264/10 1269/15 1269/16
1271/19
**knowing [1]** 1155/15
**knowledge [11]** 1140/19 1142/17
1171/25 1228/19 1229/5 1229/10
1249/13 1249/19 1251/11 1264/14
1265/18
**known [5]** 1133/3 1142/4 1142/14
1153/22 1264/22
**knows [3]** 1227/6 1266/23 1267/1
**kraken [1]** 1247/13

**L**

**lack [2]** 1245/8 1263/14
**ladies [1]** 1271/19

**L**

**lady [2]** 1189/14 1190/10
**laid [3]** 1205/20 1228/18 1239/11
**language [6]** 1136/5 1139/24 1155/16
1185/17 1185/19 1254/20
**large [25]** 1128/8 1128/11 1128/13
1128/22 1155/13 1155/16 1155/24
1158/15 1159/6 1169/25 1170/1
1189/14 1202/8 1202/12 1213/14
1219/8 1223/10 1223/13 1223/17
1224/21 1233/16 1233/18 1242/1
1243/23 1247/5
**largely [2]** 1138/13
**larger [1]** 1221/9
**largest [3]** 1213/20 1218/25 1233/13
**last [12]** 1132/7 1150/9 1160/6 1196/24
1199/2 1205/10 1211/9 1211/10 1251/5
1252/24 1265/8 1269/9
**late [2]** 1240/18 1258/17
**later [7]** 1149/7 1149/16 1158/12
1238/25 1248/20 1265/4 1270/15
**launch [1]** 1258/24
**launched [1]** 1258/25
**law [10]** 1119/9 1190/6 1222/4 1228/9
1237/11 1243/5 1244/15 1250/21
1253/10 1259/17
**LAWRENCE [2]** 1119/4 1119/5
**LAWRENCE-HARDY [1]** 1119/4
**laws [1]** 1188/19
**lawsuit [9]** 1132/24 1133/14 1133/18
1133/21 1133/23 1134/5 1152/3 1153/3
1199/19
**lawsuits [1]** 1265/6
**lawyer [1]** 1183/21
**lawyers [2]** 1161/5 1208/24
**lay [3]** 1228/13 1249/12 1268/14
**layman [1]** 1231/21
**layperson [6]** 1228/5 1228/6 1228/21
1230/2 1230/5 1252/20
**layperson's [3]** 1228/18 1228/19
1251/19
**lays [1]** 1252/7
**lead [2]** 1127/3 1270/12
**lead-up [1]** 1270/12
**leading [2]** 1135/12 1248/19
**learn [4]** 1238/25 1246/24 1258/14
1265/4
**learned [14]** 1148/23 1149/15 1175/11
1222/15 1222/15 1225/16 1228/11
1229/20 1234/25 1235/16 1235/21
1251/23 1251/24 1259/5
**learning [1]** 1246/22
**least [10]** 1132/5 1144/9 1145/4
1145/20 1177/25 1181/15 1243/7
1250/3 1261/23 1263/15
**leave [5]** 1221/14 1223/6 1226/20
1235/17 1271/23
**leaving [1]** 1217/25
**led [5]** 1136/7 1210/19 1219/4 1219/8
1223/6
**ledger [1]** 1219/17
**leeway [1]** 1176/5
**left [9]** 1160/2 1172/22 1174/11
1177/23 1178/1 1178/7 1204/11 1223/8
1253/13
**legal [12]** 1143/24 1144/2 1144/4
1144/10 1145/5 1145/20 1147/5

1152/25 1160/19 1234/4 1250/16
1251/1
**legislative [4]** 1235/17 1247/3 1254/7
1267/9
**legislators [2]** 1168/2 1171/17
**legislature [3]** 1134/12 1197/8 1263/11
**legitimate [2]** 1181/7 1256/24
**LESLIE [1]** 1119/9
**less [1]** 1200/19
**Lest [1]** 1256/18
**let [19]** 1129/15 1131/2 1141/16
1145/12 1146/6 1165/13 1166/13
1174/18 1189/4 1195/23 1227/25
1233/21 1259/18 1260/21 1264/5
1266/8 1268/5 1270/7 1270/8
**let's [23]** 1128/3 1143/5 1143/10
1145/11 1147/23 1149/18 1160/6
1162/14 1167/19 1176/10 1177/15
1187/16 1187/16 1200/11 1202/19
1211/24 1212/12 1214/21 1214/22
1233/23 1237/21 1259/22 1271/23
**lets [3]** 1147/24 1220/21 1256/21
**letter [3]** 1152/10 1188/5 1188/17
**letters [1]** 1131/13
**letting [1]** 1221/17
**level [11]** 1154/8 1157/19 1183/4
1202/15 1225/22 1225/25 1231/25
1234/13 1245/3 1255/13 1266/13
**levels [1]** 1247/19
**lever [1]** 1220/3
**leverage [1]** 1123/15
**liberties [1]** 1222/9
**life [5]** 1198/1 1217/16 1223/2 1237/3
1260/14
**lifetime [1]** 1255/13
**light [2]** 1178/8 1258/9
**lights [1]** 1214/5
**like [70]** 1129/13 1129/22 1133/2
1136/25 1140/7 1144/16 1146/24
1149/4 1153/13 1158/3 1159/13
1159/16 1161/8 1161/18 1168/5
1172/22 1174/21 1174/21 1175/20
1175/22 1176/20 1177/21 1183/25
1188/4 1191/4 1192/22 1194/18 1199/8
1205/18 1212/1 1214/5 1215/3 1215/5
1215/5 1215/7 1215/18 1224/21 1228/2
1231/13 1231/24 1237/10 1237/24
1238/5 1238/6 1239/24 1241/11
1243/11 1243/20 1244/7 1246/3
1246/25 1247/10 1247/18 1248/15
1249/2 1249/6 1249/18 1250/4 1250/8
1252/2 1257/3 1259/24 1265/3 1265/3
1265/16 1265/17 1266/22 1269/2
1269/5 1270/7
**liked [1]** 1223/4
**likely [1]** 1268/22
**likes [1]** 1215/5
**limine [2]** 1180/16 1265/20
**limit [4]** 1170/15 1170/17 1170/19
1183/6
**limited [6]** 1158/10 1241/18 1246/15
1246/16 1253/2 1261/20
**line [10]** 1/6 1161/12 1164/9 1177/16
1189/10 1200/14 1226/10 1243/25
1256/19 1256/19
**Line 6 [1]** 1200/14
**lines [3]** 1128/3 1201/19 1208/21
**Lines 113 [1]** 1201/19

**Lines 6 [1]** 1128/3
**link [6]** 1169/19 1170/1 1170/18
1170/23 1226/1 1261/21
**Linkedin [1]** 1198/17
**list [66]** 1121/8 1125/3 1139/3 1154/24
1159/1 1165/9 1166/1 1166/5 1166/8
1166/9 1166/10 1166/11 1166/14
1167/10 1167/12 1168/20 1168/21
1170/4 1171/4 1172/14 1173/17
1173/25 1174/9 1174/11 1174/12
1174/15 1174/17 1175/22 1175/25
1176/16 1176/19 1176/22 1178/6
1178/7 1178/18 1178/21 1178/25
1180/13 1181/4 1182/5 1182/12
1182/12 1183/10 1183/20 1186/19
1188/13 1188/20 1189/18 1205/13
1205/23 1207/20 1209/18 1210/4
1261/15 1262/10 1262/17 1262/18
1265/12 1266/9 1266/12 1267/5 1269/5
1270/13 1270/16 1270/17 1270/21
**listen [1]** 1238/13
**lists [2]** 1185/25 1262/16
**literally [3]** 1155/20 1242/12 1248/18
**litigation [2]** 1130/12 1200/19
**little [20]** 1157/24 1160/5 1161/15
1167/6 1176/5 1179/4 1183/25 1183/25
1189/12 1209/21 1214/21 1215/10
1223/20 1230/5 1231/1 1249/5 1249/24
1252/22 1258/6 1259/22
**live [8]** 1123/8 1123/11 1138/15
1202/16 1212/14 1212/19 1267/1
1267/2
**lived [4]** 1212/20 1212/21 1224/19
1237/2
**living [1]** 1198/9
**LLC [2]** 1119/5 1249/10
**LLP [2]** 1119/9 1119/15
**loaded [2]** 1218/8 1218/9
**local [2]** 1124/25 1210/3
**locate [1]** 1261/1
**locked [1]** 1125/4
**long [20]** 1134/8 1142/14 1143/11
1144/22 1150/17 1153/22 1164/14
1164/19 1215/23 1217/21 1221/7
1223/20 1224/4 1238/25 1238/25
1239/5 1239/6 1246/13 1256/21
1257/15
**longer [3]** 1127/20 1179/9 1255/16
**look [22]** 1127/23 1132/17 1140/4
1140/6 1144/24 1153/9 1160/6 1160/7
1168/20 1174/18 1174/21 1174/22
1185/18 1187/16 1230/7 1235/10
1236/3 1238/5 1240/14 1246/14
1255/22 1263/6
**looked [6]** 1192/11 1242/17 1243/20
1246/3 1247/21 1262/2
**looking [17]** 1158/10 1166/12 1215/18
1235/15 1240/21 1240/23 1243/9
1244/1 1244/19 1247/5 1251/25
1255/22 1258/20 1260/17 1261/3
1261/15 1269/25
**looks [5]** 1129/19 1136/25 1140/7
1176/20 1239/24
**loss [2]** 1215/14 1223/2
**lost [1]** 1192/1
**lot [43]** 1134/10 1134/10 1134/10
1139/17 1147/22 1149/10 1150/21
1151/21 1151/21 1151/22 1153/22

**L**

**lot... [32]** 1155/22 1158/16 1162/25
1168/5 1169/6 1169/22 1170/18
1170/22 1173/22 1214/6 1221/10
1222/15 1222/15 1222/16 1222/17
1223/2 1224/1 1224/21 1225/16
1227/17 1234/24 1234/25 1235/3
1237/5 1238/7 1238/11 1238/11
1243/11 1250/15 1256/2 1260/10
1260/11
**louder [1]** 1249/5
**Louis [3]** 1222/7 1222/10 1223/3
**low [3]** 1213/16 1246/7 1255/14
**low-hanging [1]** 1246/7

**M**

**ma'am [17]** 1123/10 1124/16 1125/14
1126/17 1130/10 1134/20 1156/20
1157/9 1163/2 1164/9 1170/12 1181/12
1184/6 1185/14 1190/25 1195/8 1202/3
**macro [1]** 1158/8
**made [27]** 1140/21 1143/18 1166/23
1168/9 1171/3 1172/2 1173/12 1173/21
1173/23 1174/7 1174/14 1175/1
1176/22 1178/6 1182/17 1183/13
1194/2 1198/13 1221/14 1223/23
1236/10 1238/18 1244/8 1248/10
1259/20 1264/8 1266/2
**madness [2]** 1163/16 1163/16
**mail [14]** 1191/16 1191/21 1231/16
1231/17 1231/18 1231/22 1232/2
1232/3 1232/4 1232/21 1243/4 1244/4
1244/22 1250/5
**mailer [1]** 1231/13
**mailing [3]** 1224/18 1224/19 1224/20
**mailings [4]** 1227/7 1230/22 1249/17
1250/5
**main [2]** 1158/22 1223/19
**maintain [2]** 1220/4 1220/5
**make [31]** 1132/23 1136/7 1138/21
1141/2 1167/7 1168/14 1168/20 1175/4
1176/10 1181/23 1182/17 1184/8
1193/24 1194/5 1197/5 1198/23
1206/23 1208/14 1209/7 1210/5 1211/1
1217/3 1222/21 1227/6 1245/6 1247/18
1249/2 1257/17 1260/2 1262/23 1264/5
**makes [1]** 1248/18
**making [7]** 1140/2 1147/19 1171/10
1197/9 1220/2 1236/7 1250/5
**man [2]** 1151/9 1258/10
**managed [2]** 1224/16 1261/19
**management [2]** 1219/12 1224/9
**manager [1]** 1224/12
**manages [1]** 1219/16
**maniacal [1]** 1238/15
**manipulate [2]** 1167/17 1168/11
**manipulating [1]** 1220/9
**manner [1]** 1130/1
**manufacturing [1]** 1219/19
**many [25]** 1122/20 1142/4 1142/7
1142/13 1144/16 1147/12 1153/19
1162/18 1162/24 1170/7 1171/5
1171/12 1172/5 1181/19 1190/21
1207/5 1218/13 1221/4 1233/8 1244/9
1251/3 1261/23 1262/2 1262/6 1263/25
**March [1]** 1150/11
**Marci [8]** 1146/7 1146/7 1146/8

**Marci's [1]** 1146/11
**MARCOS [1]** 1119/8
**Marine [16]** 1137/16 1181/17 1215/15
1215/23 1216/1 1216/4 1216/6 1217/8
1217/10 1217/13 1217/16 1217/19
1217/21 1217/24 1221/18 1222/20
**Mark [62]** 1124/17 1135/24 1140/18
1142/19 1149/7 1149/7 1149/12
1149/15 1153/14 1154/17 1155/25
1156/18 1157/15 1158/6 1169/21
1173/2 1186/21 1187/5 1187/18 1202/3
1202/12 1202/17 1205/14 1206/1
1206/2 1206/3 1206/3 1207/6 1207/12
1208/4 1210/9 1211/22 1238/14 1239/3
1239/6 1239/19 1239/25 1240/2 1240/5
1240/13 1241/12 1241/23 1242/5
1242/9 1242/11 1242/13 1242/19
1242/21 1243/21 1243/23 1248/7
1253/19 1253/19 1253/19 1253/19
1253/23 1253/23 1258/10 1258/16
1261/19 1264/22 1264/24
**Mark's [3]** 1176/20 1202/15 1241/7
**marked [2]** 1177/14 1226/6
**market [1]** 1213/16
**married [1]** 1151/9
**marshals [2]** 1208/1 1208/9
**Martinez [1]** 1269/12
**mass [6]** 1224/18 1224/19 1224/20
1230/21 1249/17 1250/5
**massive [1]** 1219/5
**material [2]** 1169/22 1185/23
**matter [7]** 1128/23 1210/6 1230/5
1231/24 1235/10 1238/2 1273/11
**matters [1]** 1152/24
**matured [1]** 1133/19
**may [32]** 1/2 1/4 1121/3 1125/13
1131/21 1138/10 1144/7 1146/21
1152/23 1156/2 1157/16 1159/20
1174/2 1174/10 1180/15 1184/15
1189/19 1189/22 1193/19 1207/3
1208/3 1208/5 1208/17 1209/2 1209/7
1209/19 1210/4 1216/21 1230/9
1249/12 1253/16 1269/4
**maybe [14]** 1123/19 1144/24 1155/23
1187/15 1200/9 1235/12 1238/16
1238/17 1239/20 1256/12 1261/11
1266/20 1266/21 1270/13
**McCLAFFERTY [1]** 1119/5
**McQUEEN [1]** 1119/8
**me [101]** 1126/24 1129/15 1131/2
1136/21 1137/16 1141/16 1142/25
1146/3 1146/6 1147/22 1150/9 1150/21
1151/10 1151/25 1152/4 1152/12
1153/10 1153/23 1161/1 1161/23
1163/8 1164/16 1165/13 1166/13
1169/6 1170/16 1171/14 1175/8
1175/21 1176/24 1181/3 1182/2
1183/25 1186/6 1189/11 1189/11
1189/15 1190/4 1191/24 1195/23
1196/24 1198/22 1199/8 1208/24
1210/22 1216/6 1217/11 1222/14
1222/21 1232/16 1234/5 1234/11
1234/14 1235/4 1235/11 1235/14
1236/11 1238/19 1239/12 1239/12
1239/18 1240/11 1241/5 1241/5 1241/9
1241/19 1242/13 1242/19 1244/16
1244/17 1245/5 1246/1 1246/2 1246/8

**me [46]...** 1248/23 1172/22 1147/9 1147/7
1248/9 1248/11 1247/11 1248/15
1248/18 1254/21 1254/25 1255/2
1255/11 1257/7 1258/13 1259/20
1260/21 1262/4 1262/14 1262/15
1263/21 1264/5 1264/24 1264/25
1265/11 1266/8 1266/15 1266/24
1266/24 1268/5 1271/19
**mean [12]** 1126/5 1134/2 1139/17
1150/14 1175/25 1181/10 1184/4
1197/13 1219/25 1241/2 1243/21
1248/10
**meaning [2]** 1147/10 1165/11
**meaningful [3]** 1151/20 1152/4
1247/16
**means [3]** 1209/16 1210/22 1270/2
**meant [4]** 1146/20 1146/23 1147/1
1255/1
**measured [2]** 1255/15 1255/16
**MECHANICAL [1]** 1118/20
**media [3]** 1136/3 1259/1 1259/3
**meet [3]** 1138/17 1208/5 1258/14
**meeting [11]** 1123/4 1124/3 1124/9
1124/11 1124/12 1124/15 1125/23
1126/25 1127/3 1130/20 1240/13
**MELLETT [1]** 1119/20
**member [1]** 1154/12
**members [1]** 1263/11
**memorized [1]** 1126/6
**memory [5]** 1136/12 1144/18 1156/8
1161/25 1241/19
**Memphis [1]** 1221/16
**Meng [1]** 1270/4
**mention [1]** 1257/5
**mentioned [16]** 1128/21 1173/3 1183/8
1194/4 1213/20 1217/8 1232/13 1238/8
1246/5 1248/7 1254/6 1255/8 1255/14
1259/10 1259/21 1261/15
**merger [1]** 1223/17
**merited [1]** 1165/17
**meritorious [1]** 1196/20
**message [5]** 1126/24 1133/19 1162/5
1197/2 1260/13
**messaged [1]** 1244/17
**messages [4]** 1129/6 1129/18 1130/12
1149/24
**met [12]** 1122/12 1153/1 1155/21
1173/8 1195/18 1199/21 1202/11
1208/4 1235/3 1240/8 1242/10 1258/16
**metaphysical [1]** 1176/1
**meter [1]** 1233/15
**method [2]** 1241/22 1248/12
**methodical [1]** 1160/13
**methodology [6]** 1138/3 1155/22
1157/11 1159/20 1159/24 1160/12
**methods [1]** 1260/18
**MICHAEL [1]** 1119/13
**MICHELLE [1]** 1119/5
**Mid [1]** 1240/18
**middle [3]** 1221/4 1221/6 1241/9
**might [10]** 1131/3 1136/6 1138/18
1203/1 1206/5 1228/17 1231/6
1250/23 1259/7 1267/7
**military [3]** 1181/15 1181/23 1182/3
**million [12]** 1160/7 1160/8 1213/24
1224/17 1224/23 1225/5 1225/21
1231/18 1256/19 1257/12 1258/5
1258/8
**millions [1]** 1233/17

**mind [8]**  1146/3 1146/5 1206/5
1208/12 1227/1 1227/8 1229/17
1253/11
**mine [6]**  1152/25 1153/20 1154/13
1189/8 1192/14 1259/19
**minimally [2]**  1220/4 1233/11
**minor [1]**  1218/7
**minority [1]**  1197/4
**minority-related [1]**  1197/4
**minute [4]**  1122/23 1198/23 1208/19
1209/2
**minutes [2]**  1138/18 1209/3
**mischaracterized [1]**  1196/11
**mission [3]**  1217/13 1222/19 1222/19
**misspoke [1]**  1153/11
**mistake [2]**  1190/20 1271/18
**mistakenly [1]**  1153/25
**misunderstood [1]**  1248/2
**mix [1]**  1134/2
**MOCINE [1]**  1119/8
**MOCINE-McQUEEN [1]**  1119/8
**modify [1]**  1263/3
**Mogadishu [2]**  1217/25 1222/23
**molested [1]**  1235/20
**moment [3]**  1133/5 1157/7 1195/23
**moment's [1]**  1220/22
**money [1]**  1232/18
**monies [1]**  1232/24
**month [3]**  1213/25 1232/2 1260/25
**months [4]**  1217/25 1230/22 1236/5
1236/5
**more [23]**  1122/18 1141/20 1149/9
1159/3 1166/5 1168/12 1183/23
1191/15 1192/25 1193/13 1197/24
1198/23 1200/23 1203/24 1214/16
1214/16 1227/17 1231/2 1237/5
1246/23 1253/24 1259/20 1269/16
**morning [4]**  1124/8 1207/21 1211/2
1211/6
**MORRISON [1]**  1119/8
**MOS [1]**  1217/11
**most [20]**  1147/13 1160/3 1160/3
1168/22 1169/10 1174/16 1201/24
1203/2 1214/4 1216/12 1222/3 1224/25
1229/7 1233/13 1233/14 1235/11
1239/16 1261/11 1263/9 1266/22
**mostly [1]**  1220/12
**motion [2]**  1180/16 1265/19
**motivation [6]**  1199/5 1199/25 1200/8
1200/15 1200/20 1201/4
**motivationally [1]**  1263/16
**motivations [1]**  1201/2
**motive [1]**  1200/9
**motto [1]**  1208/23
**move [14]**  1134/17 1149/20 1153/12
1180/11 1184/12 1192/22 1204/21
1226/5 1226/7 1239/7 1239/23 1266/6
1266/8 1268/9
**moved [18]**  1125/7 1179/20 1182/3
1182/13 1183/9 1194/11 1204/13
1212/15 1212/15 1225/10 1239/9
1240/8 1250/12 1255/25 1257/1 1257/4
1257/5 1257/6
**movement [1]**  1171/16
**movements [1]**  1198/21
**movers [2]**  1182/19 1182/21

**moving [3]**  1139/10 1177/3 1177/3
**Mr [8]**  1120/6 1131/9 1139/16 1183/15
1205/8 1206/1 1206/19 1215/3
**Mr. [160]**
**Mr. Berson [1]**  1176/7
**Mr. Boswell [1]**  1242/14
**Mr. Clark [1]**  1133/13
**Mr. Davis [24]**  1124/20 1139/18
1148/22 1154/25 1156/5 1157/2
1164/24 1166/11 1169/17 1170/9
1171/3 1172/18 1176/16 1178/24
1182/11 1188/3 1202/1 1202/7 1205/17
1205/24 1228/25 1242/3 1242/17
1245/10
**Mr. Davis's [1]**  1173/25
**Mr. Derek [1]**  1121/10
**Mr. Engelbrecht [2]**  1152/8 1152/12
**Mr. Gasaway [3]**  1266/1 1266/9
1266/18
**Mr. Gasaway's [1]**  1266/4
**Mr. Mark [1]**  1205/14
**Mr. Nkwonta [2]**  1206/17 1210/20
**Mr. Phillips [4]**  1122/25 1123/5 1124/9
1139/18
**Mr. Powell [12]**  1177/6 1206/10
1211/14 1212/11 1230/25 1253/22
1265/25 1266/6 1267/24 1269/8
1269/13 1271/24
**Mr. Powell's [1]**  1270/6
**Mr. Somerville [90]**  1121/12 1122/5
1122/9 1124/2 1125/21 1126/15 1129/4
1130/3 1133/7 1134/15 1135/2 1136/1
1136/18 1137/4 1139/2 1139/9 1140/24
1142/25 1143/7 1143/10 1147/17
1148/13 1149/17 1151/1 1152/19
1154/1 1154/23 1155/6 1156/14
1159/15 1160/20 1161/8 1163/25
1164/22 1168/18 1169/17 1173/17
1176/10 1177/12 1179/11 1180/17
1181/3 1181/24 1183/7 1183/19
1185/25 1186/4 1187/2 1187/11
1190/13 1191/10 1193/9 1194/16
1195/4 1195/9 1197/11 1197/23
1197/25 1199/2 1199/24 1200/11
1201/21 1202/22 1203/15 1205/2
1205/11 1212/2 1212/3 1212/5 1212/10
1218/4 1228/25 1229/6 1231/10 1249/3
1249/7 1249/18 1251/12 1251/14
1251/23 1252/4 1253/13 1254/6
1255/24 1258/3 1265/17 1265/25
1266/3 1268/5 1268/18
**Mr. Somerville's [3]**  1180/12 1250/16
1253/6
**Mr. Turner [1]**  1176/7
**Mr. Williams [6]**  1206/11 1206/20
1207/13 1208/16 1209/17 1210/1
**Mr. Williams' [1]**  1206/9
**Mr. Wynne [3]**  1209/21 1269/13 1270/7
**Mr. Wynne's [1]**  1208/15
**Ms [7]**  1120/5 1145/12 1192/18
1192/19 1237/15 1268/12 1270/11
**Ms. [64]**  1122/10 1122/12 1122/24
1123/4 1124/8 1124/10 1125/22 1127/2
1129/7 1129/10 1129/22 1130/25
1131/9 1131/17 1132/3 1132/5 1132/8
1132/12 1132/23 1133/1 1133/2
1133/12 1133/24 1139/2 1139/19
1143/16 1143/23 1144/2 1145/2 1145/4

**Ms./9 [13]**  1145/23 1146/1 1147/18
1147/24 1148/14 1149/20 1150/3
1150/10 1150/16 1151/17 1151/25
1152/20 1152/22 1153/4 1155/8
1161/15 1177/3 1180/10 1193/4
1194/24 1195/1 1196/9 1198/1 1199/12
1228/17 1231/6 1251/5 1252/25
1253/12 1265/15 1265/25 1269/12
1269/22 1270/4
**Ms. Engelbrecht [43]**  1122/10 1122/12
1122/24 1123/4 1124/8 1124/10
1125/22 1127/2 1129/7 1129/10
1129/22 1130/25 1131/9 1131/17
1132/3 1132/5 1132/8 1132/12 1132/23
1133/2 1133/12 1133/24 1139/2
1139/19 1143/16 1143/23 1144/2
1145/4 1145/19 1145/25 1146/1
1147/18 1147/24 1148/14 1149/20
1150/3 1150/10 1150/16 1151/25
1152/20 1152/22 1153/4 1155/8
**Ms. Ford [17]**  1133/1 1145/2 1151/17
1177/3 1180/10 1193/4 1194/24 1195/1
1199/12 1228/17 1231/6 1251/5
1252/25 1253/12 1265/15 1265/25
1269/22
**Ms. Jocelyn [1]**  1198/1
**Ms. Martinez [1]**  1269/12
**Ms. Meng [1]**  1270/4
**Ms. Pamela [1]**  1161/15
**much [10]**  1147/20 1149/9 1183/6
1230/2 1230/12 1234/22 1255/10
1260/22 1260/24 1260/24
**Murray [2]**  1218/2 1218/3
**Muscogee [22]**  1172/19 1172/21
1173/5 1173/13 1173/17 1173/23
1173/25 1174/11 1175/1 1175/2 1175/4
1175/10 1175/12 1175/14 1175/23
1176/17 1176/20 1177/19 1178/4
1178/10 1178/14 1178/17
**Muscogee County [20]**  1172/19
1172/21 1173/5 1173/13 1173/17
1173/23 1173/25 1175/1 1175/2 1175/4
1175/10 1175/12 1175/14 1175/23
1176/17 1176/20 1177/19 1178/4
1178/10 1178/14
**my [88]**  1123/2 1123/13 1123/19
1127/6 1127/10 1128/20 1131/23
1133/18 1140/18 1143/22 1148/13
1148/23 1151/22 1152/9 1155/3 1156/7
1157/21 1158/12 1160/20 1161/19
1161/25 1162/15 1163/1 1164/16
1165/13 1165/24 1170/6 1171/14
1171/15 1173/22 1178/2 1178/3
1181/25 1182/23 1184/16 1184/24
1186/6 1186/14 1187/23 1191/11
1191/22 1195/1 1196/3 1197/13 1198/8
1199/7 1199/14 1200/4 1200/9 1201/1
1208/20 1208/23 1215/5 1215/21
1217/18 1220/14 1220/16 1221/17
1221/23 1222/16 1222/25 1225/25
1226/21 1227/1 1234/5 1234/9 1234/10
1237/2 1239/3 1241/19 1245/2 1246/22
1249/1 1249/23 1254/16 1255/13
1256/5 1256/15 1257/16 1260/10
1260/14 1264/14 1264/23 1268/1
1268/13 1269/11 1271/17 1273/12
**myriad [4]**  1182/16 1218/17 1219/11
1219/16

**M**

**myself [13]**  1127/4 1140/18 1148/9
1154/17 1181/17 1183/22 1184/1
1190/2 1190/14 1201/23 1235/10
1238/5 1238/6

**N**

**name [16]**  1121/17 1123/12 1123/15
1123/19 1135/24 1173/6 1177/12
1180/4 1186/22 1187/17 1189/1 1242/3
1244/14 1246/1 1265/12 1265/12
**named [5]**  1135/5 1146/7 1148/1
1187/17 1242/8
**names [8]**  1154/7 1213/3 1221/4
1221/5 1221/6 1257/20 1258/7 1260/4
**narrative [2]**  1243/15 1261/12
**narrow [2]**  1186/7 1253/25
**narrowly [1]**  1203/24
**nation [2]**  1221/15 1221/18
**national [12]**  1158/21 1158/24 1159/9
1174/13 1179/18 1180/4 1184/4 1217/1
1225/8 1226/5 1247/22 1253/8
**Naval [1]**  1216/6
**Navy [1]**  1215/21
**NCOA [27]**  1125/3 1164/6 1165/9
1178/6 1179/8 1181/4 1184/12 1225/1
1225/2 1225/17 1225/23 1226/1 1229/1
1230/21 1231/13 1232/1 1246/5 1248/9
1248/25 1249/16 1249/18 1250/10
1251/8 1252/14 1252/17 1265/8 1266/9
**NCOA's [1]**  1226/18
**necessarily [3]**  1168/23 1171/9
1262/12
**necessary [2]**  1207/22 1224/2
**Neck [1]**  1216/7
**need [20]**  1125/15 1131/5 1131/6
1136/6 1136/14 1140/6 1143/12 1149/5
1152/16 1161/23 1183/4 1191/7
1192/12 1192/19 1202/4 1237/4
1253/22 1259/14 1260/7 1268/14
**needed [9]**  1135/17 1139/4 1170/7
1171/2 1184/14 1196/8 1229/11
1239/24 1242/23
**needs [5]**  1121/22 1192/13 1206/11
1219/16 1248/24
**neighbor [2]**  1247/1 1255/25
**neighbor's [1]**  1216/24
**neighbors [1]**  1267/1
**neither [1]**  1231/16
**nephew [1]**  1215/21
**network [1]**  1219/20
**never [40]**  1127/2 1133/16 1133/18
1140/14 1140/18 1144/17 1150/1
1150/1 1150/2 1150/18 1154/8 1157/19
1164/19 1172/22 1172/22 1173/8
1173/9 1173/20 1173/22 1174/7
1174/11 1175/1 1177/23 1177/24
1177/25 1178/7 1178/8 1185/2 1186/18
1186/21 1208/4 1232/12 1245/13
1255/3 1255/13 1257/12 1258/25
1270/17 1270/20 1270/21
**news [3]**  1136/25 1196/22 1197/14
**next [16]**  1124/23 1125/22 1131/2
1134/18 1134/19 1139/2 1139/7
1149/18 1152/6 1183/4 1205/8 1211/15
1220/16 1236/5 1256/12 1260/7
**nice [3]**  1122/7 1236/2 1261/9

**niche [1]**  1215/16
**NKWONTA [4]**  1119/6 1205/8 1206/17
1210/20
**no [97]**  1124/16 1124/16 1125/2
1125/2 1127/10 1127/20 1127/21
1128/17 1129/1 1129/2 1129/11
1129/12 1129/25 1130/14 1133/18
1134/3 1134/7 1136/18 1140/17
1142/10 1142/11 1144/14 1148/6
1148/8 1148/9 1149/8 1150/6 1151/9
1151/9 1152/3 1152/17 1152/25
1153/12 1153/16 1156/3 1156/4
1157/13 1164/12 1165/8 1165/8 1166/7
1167/13 1167/25 1168/25 1170/24
1173/10 1175/7 1176/2 1176/21
1176/23 1177/9 1177/21 1178/12
1178/12 1178/23 1179/9 1181/11
1184/23 1186/21 1188/10 1189/20
1189/21 1194/24 1196/10 1201/23
1202/3 1202/15 1204/17 1205/1 1208/8
1208/22 1209/25 1211/13 1211/13
1214/25 1214/25 1215/1 1217/10
1226/13 1227/4 1227/5 1228/25
1230/23 1236/12 1237/18 1240/8
1245/14 1255/15 1256/18 1256/25
1257/23 1257/23 1260/4 1261/8 1271/8
1271/12 1271/14
**nobody [4]**  1194/7 1236/20 1256/7
1257/18
**noise [3]**  1238/1 1238/15 1241/10
**non [2]**  1236/11 1250/21
**non-recklessness [1]**  1250/21
**none [2]**  1173/12 1236/7
**nonsense [2]**  1238/12 1238/23
**normally [2]**  1163/23 1269/17
**north [4]**  1204/4 1204/8 1212/20
1213/21
**NORTHERN [3]**  1118/1 1273/4 1273/7
**northwest [2]**  1224/11 1224/12
**not [243]**
**note [1]**  1129/17
**nothing [8]**  1125/5 1145/22 1147/5
1208/2 1210/17 1210/17 1252/22
1256/10
**notice [5]**  1150/1 1209/13 1220/22
1237/2 1237/15
**notices [1]**  1257/1
**notion [1]**  1197/15
**NOVEMBER [8]**  1118/14 1121/2
1191/12 1204/19 1237/21 1240/18
1258/17 1273/13
**November 15 [1]**  1191/12
**November 2020 [2]**  1204/19 1237/21
**now [36]**  1123/8 1123/11 1128/15
1129/3 1129/5 1129/22 1130/16
1130/21 1131/23 1136/17 1155/3
1155/4 1155/14 1160/6 1164/23
1168/12 1174/4 1175/3 1186/7 1197/3
1200/24 1200/25 1203/9 1204/14
1208/9 1208/12 1210/16 1212/13
1227/15 1231/7 1248/24 1251/18
1255/7 1262/21 1269/25 1272/2
**number [35]**  1/5 1/6 1118/6 1123/17
1125/9 1126/3 1140/10 1155/24 1160/9
1168/2 1176/19 1180/7 1181/6 1182/16
1187/16 1193/24 1207/1 1213/13
1219/25 1223/25 1224/24 1225/12
1235/9 1238/9 1239/10 1241/2 1243/2

1244/6 1244/16 1246/5 1246/16
1261/25 1263/10 1269/7 1271/15
**Number 1 [2]**  1187/16 1213/13
**Number 80 [1]**  1269/7
**Number 86 [1]**  1207/1
**number one [2]**  1140/10 1235/9
**numbering [1]**  1271/17
**numbers [6]**  1155/9 1155/10 1155/14
1155/18 1156/1 1157/20
**NVRA [16]**  1183/20 1184/4 1184/7
1184/11 1185/11 1240/10 1248/1
1248/7 1248/11 1248/25 1249/4 1249/8
1250/3 1251/23 1251/24 1252/19

**O**

**oath [4]**  1143/3 1212/6 1212/6 1217/15
**object [7]**  1175/24 1205/12 1205/21
1207/9 1254/2 1265/16 1271/6
**objected [1]**  1194/21
**objecting [4]**  1194/19 1206/11 1207/1
1267/23
**objection [20]**  1129/24 1177/6 1177/8
1177/10 1201/9 1209/25 1209/25
1210/1 1210/2 1210/3 1210/6 1226/10
1228/25 1229/3 1231/5 1237/17
1237/18 1249/3 1249/7 1266/2
**observed [1]**  1195/10
**obtain [2]**  1209/15 1229/13
**obvious [1]**  1217/5
**obviously [2]**  1210/25 1255/2
**occurred [5]**  1133/18 1142/13 1144/8
1146/13 1150/1
**Ocean [1]**  1249/10
**odds [1]**  1235/12
**off [13]**  1189/12 1207/10 1208/21
1219/16 1232/10 1234/23 1240/22
1255/12 1261/12 1269/18 1270/16
1270/16 1271/15
**offense [1]**  1152/25
**offer [3]**  1141/22 1142/1 1193/19
**offered [4]**  1141/16 1141/19 1172/6
1217/11
**offering [1]**  1271/13
**offering 38 [1]**  1271/13
**offhand [1]**  1251/24
**office [10]**  1125/24 1127/1 1190/22
1219/15 1221/10 1234/6 1234/15
1243/17 1244/21 1245/4
**officers [1]**  1228/10
**official [8]**  1/1 1/2 1/3 1/7 1118/22
1184/8 1273/6 1273/17
**often [1]**  1225/19
**Oh [10]**  1136/24 1148/5 1152/9 1166/7
1192/13 1216/23 1248/2 1261/1 1266/3
1270/3
**okay [170]**
**old [3]**  1161/5 1219/7 1235/21
**omitting [2]**  1166/15 1166/16
**once [13]**  1145/12 1160/5 1165/25
1166/10 1178/1 1180/4 1229/22
1242/10 1242/25 1242/25 1243/8
1259/5 1262/10
**one [74]**  1123/3 1125/16 1127/19
1140/10 1144/21 1145/8 1157/7 1158/4
1158/21 1158/25 1159/3 1159/16
1164/4 1168/10 1171/11 1171/13
1171/20 1172/7 1172/19 1172/21
1172/25 1173/5 1175/10 1178/23

**O**

**one... [50]** 1179/1 1179/17 1189/8 1189/15 1192/1 1192/13 1192/19 1193/25 1193/25 1194/6 1198/13 1198/14 1204/23 1205/9 1205/24 1208/19 1213/1 1216/19 1223/1 1223/4 1235/9 1236/12 1236/23 1238/13 1238/22 1243/16 1245/24 1247/16 1251/2 1254/17 1256/7 1257/3 1257/4 1257/4 1257/19 1258/8 1259/5 1260/18 1261/17 1262/4 1264/2 1264/12 1264/14 1265/8 1265/17 1265/24 1267/25 1269/3 1269/4 1269/19
**ones [3]** 1126/18 1144/21 1149/9
**only [25]** 1/2 1/6 1128/11 1138/13 1150/23 1167/22 1182/21 1191/5 1195/6 1196/15 1198/23 1206/17 1211/13 1218/16 1225/25 1248/11 1253/2 1253/6 1253/7 1253/8 1255/7 1264/14 1269/13 1269/15 1270/6
**open [2]** 1149/5 1244/18
**operating [2]** 1154/10 1224/13
**opined [1]** 1162/19
**opinion [18]** 1180/14 1226/21 1228/3 1228/5 1228/6 1228/12 1228/18 1228/19 1228/21 1228/22 1251/18 1251/20 1252/20 1253/6 1253/14 1253/17 1253/21 1253/23
**opinions [6]** 1230/14 1252/6 1252/9 1252/10 1253/2 1253/4
**opportunities [1]** 1245/19
**opportunity [7]** 1207/14 1217/19 1229/12 1246/6 1246/20 1252/10 1259/18
**opposed [1]** 1244/10
**opposite [1]** 1248/7
**option [2]** 1190/2 1190/3
**options [1]** 1247/5
**order [10]** 1180/18 1183/5 1209/10 1211/15 1269/24 1270/1 1270/13 1270/24 1270/24 1270/25
**ordinary [2]** 1227/10 1228/6
**organization [3]** 1212/24 1219/22 1232/17
**organizations [5]** 1213/17 1223/23 1224/2 1224/10 1245/18
**originally [1]** 1239/1
**Ossoff [2]** 1191/1 1191/18
**other [33]** 1122/20 1136/3 1152/3 1158/20 1159/16 1184/24 1193/25 1194/6 1201/2 1206/14 1209/12 1209/14 1209/16 1210/11 1218/18 1228/7 1231/22 1232/9 1234/13 1235/5 1236/17 1239/14 1245/9 1246/18 1248/12 1251/6 1256/18 1259/1 1259/12 1260/14 1260/16 1266/1 1269/19
**others [3]** 1140/13 1168/12 1264/10
**otherwise [2]** 1208/25 1215/9
**our [83]** 1124/22 1124/24 1124/24 1130/15 1135/16 1135/17 1135/17 1142/14 1147/14 1150/23 1167/14 1171/10 1172/22 1173/12 1174/2 1174/7 1174/11 1175/1 1176/23 1177/23 1178/1 1178/6 1178/7 1178/7 1178/21 1179/22 1182/18 1182/25 1182/25 1183/5 1185/5 1188/18 1189/6

**190/9 1193/25 1194/19 1197/21** 1204/21 1210/3 1211/10 1213/20 1214/12 1214/15 1214/15 1214/16 1214/19 1215/22 1218/17 1219/10 1219/11 1221/18 1221/24 1224/10 1224/10 1224/12 1224/12 1224/22 1228/24 1229/3 1231/25 1232/1 1232/21 1232/24 1233/12 1240/10 1242/7 1243/15 1244/20 1245/20 1246/18 1247/5 1248/4 1251/7 1254/15 1255/12 1255/12 1255/18 1259/15 1259/18 1270/16 1270/19 1270/21 1271/6
**ours [1]** 1140/8
**ourselves [1]** 1158/6
**out [33]** 1123/14 1137/16 1147/9 1149/13 1159/5 1163/18 1170/1 1175/18 1178/10 1181/10 1183/3 1211/18 1214/23 1216/25 1220/20 1226/19 1231/18 1239/12 1243/17 1244/16 1247/3 1249/20 1252/7 1252/18 1256/7 1256/8 1256/13 1257/20 1259/23 1260/13 1260/18 1264/7 1264/25
**outcome [4]** 1160/1 1180/18 1180/21 1255/8
**outlook [1]** 1222/25
**outside [2]** 1251/24 1265/18
**over [10]** 1121/7 1171/18 1197/14 1199/3 1212/20 1221/9 1229/20 1233/17 1236/5 1264/24
**Overhead [1]** 1232/9
**overlap [8]** 1142/7 1142/18 1153/14 1153/19 1153/21 1153/21 1154/2 1154/13
**overseas [1]** 1232/23
**oversight [2]** 1219/10 1223/13
**overturn [1]** 1265/7
**overwhelm [3]** 1160/23 1162/9 1162/16
**own [13]** 1124/21 1142/18 1164/22 1189/1 1189/17 1194/20 1194/22 1213/2 1253/3 1253/20 1262/19 1265/5 1266/4
**owned [4]** 1203/22 1204/1 1213/9 1218/25
**owner [1]** 1213/18

**P**

**P.M [2]** 1132/24 1133/11
**pacific [3]** 1224/11 1224/12 1224/12
**packed [2]** 1250/15
**page [44]** 1/5 1120/2 1128/3 1130/16 1131/2 1131/22 1132/3 1132/12 1132/22 1134/18 1136/23 1137/2 1137/3 1137/17 1137/21 1140/4 1140/6 1143/5 1143/7 1143/9 1144/24 1146/4 1146/19 1147/23 1147/24 1148/2 1148/5 1148/14 1149/19 1156/22 1161/10 1161/19 1176/24 1177/15 1183/22 1187/16 1191/10 1191/11 1200/13 1200/14 1209/11 1209/11 1257/16 1260/10
**Page 10 [1]** 1176/24
**Page 100 [1]** 1143/5
**Page 11 [1]** 1132/3
**Page 113 [2]** 1200/13 1200/14
**Page 12 [1]** 1131/22

**Page 13 [1]** 1132/12
**Page 14 [1]** 1132/22
**Page 145 [2]** 1161/10 1161/19
**Page 15 [1]** 1140/6
**Page 16 [2]** 1128/3 1140/4
**Page 191 [1]** 1156/22
**Page 24 [2]** 1146/4 1146/19
**Page 3 [1]** 1130/16
**Page 33 [2]** 1147/23 1147/24
**Page 34 [2]** 1148/2 1148/5
**Page 39 [1]** 1148/14
**Page 4 [1]** 1187/16
**Page 40 [1]** 1177/15
**Page 44 [1]** 1148/14
**Page 9 [1]** 1209/11
**pages [3]** 1129/6 1145/1 1273/9
**paid [2]** 1232/11 1232/12
**PAIKOWSKY [1]** 1119/19
**pain [1]** 1223/20
**Pamela [5]** 1131/25 1132/24 1133/3 1142/24 1161/15
**paper [1]** 1267/13
**papers [1]** 1155/4
**paragraph [2]** 1184/23 1202/25
**pare [4]** 1159/11 1159/11 1159/11 1159/12
**pared [1]** 1125/3
**parent [1]** 1165/9
**parent/child [1]** 1165/9
**part [24]** 1123/7 1132/7 1136/8 1148/5 1172/4 1174/7 1189/6 1189/24 1194/3 1210/12 1210/13 1219/21 1221/16 1224/7 1229/20 1232/18 1240/1 1252/14 1252/16 1252/17 1259/11 1260/13 1261/11 1263/16
**partial [1]** 1/8
**participate [9]** 1139/11 1151/23 1158/7 1166/25 1172/3 1190/11 1234/3 1239/17 1247/15
**participated [1]** 1218/18
**participates [1]** 1266/23
**participating [6]** 1195/15 1196/16 1197/18 1203/1 1203/8 1260/9
**participation [1]** 1195/11
**particular [4]** 1123/16 1213/22 1261/22 1262/5
**particularized [1]** 1249/13
**parties [2]** 1189/13 1209/12
**partisan [2]** 1247/17 1247/19
**partner [1]** 1123/15
**Partners [2]** 1213/4 1213/8
**parts [3]** 1171/10 1223/5 1223/14
**party [12]** 1190/17 1209/13 1209/15 1210/1 1234/6 1235/12 1235/13 1236/19 1241/20 1266/18 1269/19 1269/19
**pass [1]** 1192/14
**passion [8]** 1199/15 1238/15 1238/16 1238/20 1239/25 1241/7 1243/9 1265/11
**passionate [3]** 1199/23 1246/17 1263/10
**path [4]** 1141/9 1215/19 1239/3 1262/11
**paths [2]** 1142/15 1150/23
**pattern [5]** 1146/1 1146/15 1146/20 1146/23 1147/1
**pause [5]** 1198/25 1204/25 1209/6

**pause... [2]**  1248/5 1269/20
**pay [1]**  1231/17
**payable [1]**  1219/18
**paying [1]**  1232/20
**PDF [2]**  1/1 1263/1
**peel [1]**  1168/15
**people [77]**  1123/14 1141/21 1142/4
1142/13 1142/22 1147/10 1147/13
1147/15 1147/22 1151/21 1151/23
1152/1 1152/2 1153/20 1153/22 1154/6
1157/18 1163/13 1163/18 1163/23
1166/8 1166/9 1168/12 1168/22
1169/10 1169/20 1170/18 1171/4
1171/7 1174/3 1176/19 1178/2 1178/3
1184/21 1185/1 1185/6 1185/12 1190/5
1195/18 1197/20 1214/5 1222/13
1222/14 1229/7 1233/2 1233/21 1234/9
1234/10 1234/12 1234/13 1235/3
1235/13 1238/8 1239/7 1239/15
1239/21 1244/8 1245/24 1247/11
1248/15 1256/6 1255/15 1256/13
1257/21 1258/8 1260/9 1260/11
1260/14 1260/16 1261/2 1261/11
1262/10 1262/11 1262/16 1263/14
1264/7 1267/9
**Pepsi [6]**  1218/25 1218/25 1219/2
1221/7 1221/9 1223/12
**per [1]**  1157/21
**percent [3]**  1193/13 1195/5 1195/6
**percentage [1]**  1195/14
**perception [1]**  1229/19
**perfect [4]**  1243/18 1248/18 1248/23
1265/2
**performance [1]**  1250/4
**performing [1]**  1249/14
**perhaps [3]**  1137/4 1240/8 1270/13
**period [11]**  1/4 1147/18 1149/14
1150/17 1158/10 1184/16 1185/9
1197/19 1197/22 1240/10 1248/19
**periods [1]**  1248/16
**permanent [5]**  1182/19 1182/21
1226/6 1226/7 1226/19
**permanently [3]**  1226/20 1250/12
1256/1
**permissible [1]**  1270/5
**permission [3]**  1123/21 1267/15
1270/6
**permit [2]**  1249/8 1263/3
**permits [1]**  1249/4
**person [10]**  1168/6 1168/6 1168/7
1206/17 1230/7 1231/23 1236/19
1250/12 1259/5 1269/14
**persona [1]**  1236/11
**personal [12]**  1165/24 1171/25
1190/25 1197/5 1198/1 1253/2 1253/4
1253/17 1253/20 1265/9 1265/18
1266/4
**personally [7]**  1142/4 1147/13 1152/9
1168/22 1175/17 1208/4 1220/9
**perspective [3]**  1222/16 1231/14
1256/15
**pet [1]**  1242/3
**petition [1]**  1185/20
**petitioning [2]**  1250/21 1254/7
**Phillips [7]**  1122/12 1122/25 1123/5
1124/9 1124/17 1139/18 1180/17

**phone [1]**  1123/20
**physically [1]**  1150/19
**picking [1]**  1242/2
**picky [1]**  1136/24
**piece [5]**  1160/5 1197/7 1231/22
1233/14 1233/15
**pieces [3]**  1231/18 1232/2 1232/3
**pilot [4]**  1147/1 1215/20 1215/20
1215/21
**pivot [3]**  1220/13 1220/14 1220/16
1220/17 1220/18 1221/4
**place [8]**  1124/12 1166/9 1197/1
1199/3 1214/15 1250/6 1254/13
1257/11
**places [2]**  1149/11 1244/7
**plaintiff [1]**  1267/18
**plaintiffs [14]**  1118/5 1119/3 1121/6
1121/10 1169/13 1194/19 1211/19
1211/20 1227/5 1229/12 1230/13
1251/2 1267/20 1269/10
**plaintiffs' [23]**  1123/23 1124/2 1129/3
1129/5 1130/20 1133/7 1136/20 1137/7
1139/25 1140/23 1143/10 1144/22
1170/8 1176/25 1191/4 1192/22 1193/7
1202/19 1206/7 1269/3 1271/3 1271/10
1271/16
**Plaintiffs' 38 [1]**  1271/3
**plan [1]**  1132/23
**planned [1]**  1187/20
**planning [2]**  1219/18 1243/12
**plans [2]**  1135/3 1147/19
**plays [1]**  1182/14
**plea [1]**  1209/8
**please [10]**  1121/14 1121/17 1130/17
1131/2 1131/21 1137/17 1159/22
1176/24 1195/21 1207/6
**plenty [1]**  1211/16
**PLLC [1]**  1119/14
**plus [3]**  1172/22 1238/17 1264/23
**PM [3]**  1118/11 1205/6 1272/4
**point [19]**  1127/19 1134/8 1142/11
1155/7 1159/10 1164/4 1166/14
1193/22 1196/12 1197/6 1210/19
1220/1 1227/12 1243/14 1251/25
1262/11 1268/11 1270/15 1271/5
**points [2]**  1139/3 1262/23
**police [1]**  1228/10
**polishing [1]**  1160/6
**political [3]**  1123/5 1194/2 1218/7
**politics [3]**  1234/1 1234/4 1234/19
**pool [2]**  1142/22 1147/10
**poor [1]**  1141/5
**popular [1]**  1245/22
**population [2]**  1154/5 1159/6
**portion [2]**  1/4 1270/25
**position [3]**  1178/7 1223/10 1228/24
**positive [4]**  1195/18 1197/1 1255/5
1255/8
**possessed [2]**  1127/19 1245/3
**possession [7]**  1172/23 1173/22
1174/2 1174/11 1177/23 1178/1 1178/7
**possibility [1]**  1256/23
**possible [6]**  1132/15 1154/21 1183/6
1192/23 1235/25 1264/10
**possibly [3]**  1162/18 1162/24 1182/23
**post [18]**  1136/7 1136/22 1137/19
1166/17 1179/22 1180/12 1187/3
1192/17 1195/20 1196/11 1196/12

1197/3 1197/1 1198/13 1200/19
1226/1 1244/8 1260/18
**post-analysis [1]**  1179/22
**postal [4]**  1225/5 1225/14 1231/15
1232/19
**Postal Service [1]**  1225/5
**posted [7]**  1165/22 1166/12 1177/18
1191/20 1192/4 1244/4 1244/12
**postmasters [1]**  1225/15
**posts [1]**  1136/13
**potential [1]**  1260/6
**potentially [3]**  1159/24 1164/1 1209/3
**POWELL [14]**  1119/13 1120/6 1177/6
1206/10 1211/14 1212/11 1230/25
1253/22 1265/25 1266/6 1267/24
1269/8 1269/13 1271/24
**Powell's [1]**  1270/6
**power [4]**  1207/16 1213/4 1214/11
1233/6
**powerful [3]**  1235/11 1236/19 1236/21
**practical [1]**  1241/11
**practice [1]**  1227/1
**practices [1]**  1225/11
**pre [1]**  1219/6
**pre-2K [1]**  1219/6
**preachy [1]**  1222/25
**precise [1]**  1136/5
**predict [2]**  1226/5 1226/18
**prefer [1]**  1199/11
**prejudiced [3]**  1230/13 1230/17
1230/24
**premise [1]**  1235/24
**preordain [1]**  1160/1
**prepared [6]**  1142/19 1142/20 1188/3
1188/20 1201/25 1211/14
**present [2]**  1165/9 1209/13
**president [4]**  1218/15 1218/23 1218/23
1219/3 1224/8 1224/11
**press [12]**  1135/5 1135/6 1135/22
1135/23 1136/2 1137/10 1137/24
1152/1 1162/7 1162/13 1258/24
1258/25
**pretrial [9]**  1209/10 1269/21 1269/22
1269/24 1270/1 1270/13 1270/23
1270/24 1270/25
**pretty [8]**  1142/21 1147/19 1149/3
1190/15 1190/16 1219/3 1219/19
1255/3
**prevention [1]**  1215/14
**previous [3]**  1249/23 1249/23 1269/9
**previously [4]**  1129/4 1133/3 1190/21
1195/9
**primarily [1]**  1223/20
**primary [3]**  1123/3 1219/5 1222/8
**principles [2]**  1214/15 1227/1
**printed [1]**  1177/24
**prior [6]**  1195/1 1197/15 1209/14
1218/17 1231/25 1232/1
**private [4]**  1150/14 1191/11 1244/16
1244/16
**probability [1]**  1179/9
**probable [1]**  1179/19
**probably [26]**  1133/13 1133/20
1133/23 1134/5 1138/23 1138/24
1147/9 1148/11 1150/13 1158/9 1171/9
1185/19 1190/20 1222/3 1224/25
1225/20 1227/16 1227/24 1229/7
1230/5 1231/3 1232/11 1235/9 1239/16

**P**

**probably... [2]** 1246/10 1270/2
**probative [1]** 1249/13
**probe [1]** 1252/5
**problem [6]** 1160/4 1197/16 1225/25
1248/23 1256/4 1256/14
**problematic [1]** 1250/23
**procedural [2]** 1209/10 1256/16
**procedures [3]** 1205/21 1229/11
1254/12
**proceed [3]** 1121/5 1211/18 1211/21
**proceedings [9]** 1118/11 1118/20
1174/5 1198/25 1204/25 1209/6
1269/20 1272/3 1273/9
**process [43]** 1126/9 1126/19 1127/11
1146/24 1167/1 1167/4 1168/9 1171/7
1171/10 1172/4 1184/11 1184/12
1188/18 1203/12 1217/1 1217/6 1220/2
1223/13 1224/4 1226/12 1231/20
1231/21 1232/18 1241/20 1243/7
1246/12 1246/24 1251/25 1256/24
1257/2 1257/7 1257/9 1257/10 1257/22
1258/15 1258/19 1259/13 1259/23
1260/1 1262/9 1263/17 1265/3 1266/22
**processed [1]** 1224/23
**processes [5]** 1223/16 1229/4 1230/15
1230/19 1246/7
**processing [1]** 1226/2
**produce [6]** 1127/12 1127/15 1168/18
1207/15 1226/12 1230/15
**produced [12]** 1118/21 1126/10
1130/7 1130/8 1130/9 1130/10 1130/15
1157/20 1161/14 1176/16 1179/5
1210/21
**produces [1]** 1221/2
**producing [1]** 1126/8
**product [1]** 1160/14
**profession [1]** 1212/23
**proffer [1]** 1206/18
**profit [1]** 1214/15
**program [5]** 1184/19 1215/24 1219/8
1221/9 1221/10
**programs [4]** 1184/17 1184/21 1224/3
1248/16
**progress [1]** 1197/9
**prohibited [1]** 1/7
**prohibition [3]** 1184/24 1185/3
1248/21
**project [1]** 1242/3
**promote [1]** 1231/21
**promoting [1]** 1163/24
**Prop [1]** 1249/9
**proper [2]** 1205/20 1229/11
**properly [2]** 1138/21 1146/24
**property [3]** 1203/22 1204/1 1204/21
**prospect [2]** 1203/1 1203/6
**protections [1]** 1184/8
**protocol [1]** 1188/2
**protocols [1]** 1186/16
**proud [1]** 1242/16
**prove [3]** 1208/24 1240/15 1252/10
**proverbial [1]** 1176/23
**provide [11]** 1134/9 1143/15 1143/20
1151/14 1166/5 1179/6 1192/16 1247/3
1266/9 1267/6 1267/11
**provided [17]** 1135/6 1165/25 1167/10

1167/19 1178/18 1193/5 1221/6 1241/5
1254/20 1261/22 1262/22 1262/25
1267/5 1269/10 1269/12 1269/15
1270/2
**provides [2]** 1196/4 1248/25
**providing [1]** 1166/8
**proximity [1]** 1162/12
**psychology [1]** 1218/8
**public [9]** 1186/1 1186/11 1186/15
1187/21 1198/8 1198/14 1210/8 1222/7
1236/10
**public's [1]** 1187/25
**publically [1]** 1138/6
**publicly [4]** 1138/2 1148/24 1195/13
1198/4
**published [2]** 1186/18 1186/22
**pull [1]** 1170/1
**pulled [3]** 1149/10 1198/17 1257/14
**pulling [2]** 1236/4 1236/9
**purchased [1]** 1204/3
**purports [1]** 1206/15
**purpose [5]** 1198/20 1205/15 1231/20
1231/21 1250/13
**purposeful [1]** 1247/16
**purposes [3]** 1121/11 1123/4 1255/23
**push [1]** 1234/5
**put [18]** 1133/5 1159/1 1164/5 1173/2
1177/4 1183/5 1193/17 1227/1 1231/18
1235/11 1249/7 1254/13 1257/20
1260/13 1260/18 1260/19 1261/15
1269/4
**puts [1]** 1193/5

**Q**

**qualified [5]** 1227/13 1227/14 1227/19
1249/19 1251/16
**qualify [3]** 1217/24 1230/7 1230/8
**quality [1]** 1224/24
**question [41]** 1131/6 1132/7 1138/7
1140/7 1145/13 1146/5 1146/6 1148/13
1151/17 1152/6 1162/11 1165/13
1174/1 1178/12 1179/13 1181/25
1182/14 1186/6 1186/8 1186/14 1200/8
1206/20 1206/25 1208/22 1211/6
1211/22 1226/15 1226/16 1226/24
1227/13 1229/25 1230/11 1230/23
1234/8 1236/17 1248/2 1254/19 1256/3
1258/6 1266/21 1269/8
**question Mark [1]** 1211/22
**questionable [1]** 1197/14
**questioning [5]** 1164/9 1189/10
1208/15 1208/23 1269/14
**questions [14]** 1131/7 1143/13
1160/20 1161/6 1192/25 1193/2 1193/4
1193/4 1193/18 1197/24 1198/23
1199/2 1205/1 1227/19
**quick [1]** 1129/15
**quickly [3]** 1145/7 1239/15 1255/3
**quiet [1]** 1163/14
**quite [9]** 1141/6 1142/4 1168/1
1201/12 1216/2 1226/14 1237/3 1245/6
1265/5
**quote [5]** 1139/20 1141/4 1141/9
1146/1 1195/6

**R**

**rabbits [1]** 1163/19
**rain [1]** 1141/24

**rate [2]** 1121/13 1196/8
**raised [1]** 1167/1
**raising [2]** 1197/12 1252/13
**Ralston [1]** 1241/24
**rampant [1]** 1196/13
**ran [6]** 1194/4 1218/17 1221/10
1224/10 1225/20 1226/2
**random [1]** 1199/3
**range [1]** 1138/22
**rate [2]** 1213/25 1231/3
**rates [1]** 1232/19
**rather [1]** 1228/3
**rational [2]** 1163/23 1255/14
**reach [7]** 1123/14 1178/3 1178/10
1231/23 1232/4 1247/3 1261/13
**reached [8]** 1149/13 1232/5 1244/16
1250/5 1252/7 1252/7 1255/13 1264/25
**reaches [1]** 1232/12
**reaching [2]** 1176/2 1176/3
**reaching [1]** 1261/4
**reaction [1]** 1261/4
**read [27]** 1128/3 1131/2 1131/21
1134/7 1141/10 1143/12 1145/1 1145/6
1145/11 1148/3 1156/21 1161/18
1161/21 1161/22 1161/23 1161/23
1162/2 1170/20 1184/23 1187/22
1195/23 1196/1 1200/16 1203/3
1235/24 1248/8 1248/14
**reading [3]** 1145/12 1145/13 1188/7
**real [2]** 1210/19 1245/19
**realize [4]** 1123/8 1184/3 1187/2
1270/20
**realized [2]** 1215/24 1255/17
**really [21]** 1130/19 1152/3 1160/10
1160/10 1160/12 1172/16 1181/11
1183/5 1185/17 1193/5 1194/24
1218/11 1229/10 1235/4 1243/2 1243/9
1243/24 1247/18 1256/10 1256/10
1261/10
**Reardon [3]** 1131/25 1142/24 1161/15
**reason [32]** 1129/11 1129/12 1138/14
1147/4 1150/13 1150/21 1150/23
1151/10 1151/25 1152/4 1152/19
1153/17 1154/19 1156/3 1163/17
1166/23 1171/16 1174/12 1175/19
1175/21 1176/15 1176/21 1179/1
1179/16 1194/4 1199/11 1199/13
1208/22 1215/7 1231/14 1235/10
1263/5
**reasonable [2]** 1251/2 1261/8
**reasonableness [1]** 1250/20
**reasoning [1]** 1241/25
**reasons [8]** 1157/22 1169/7 1172/6
1181/4 1181/7 1182/15 1182/16
1234/22
**recall [43]** 1124/11 1124/12 1126/19
1126/23 1127/5 1127/11 1127/15
1127/22 1128/15 1131/12 1131/16
1139/5 1139/7 1139/23 1139/24
1141/23 1142/21 1144/4 1144/12
1147/9 1147/10 1153/2 1153/5 1153/11
1153/18 1155/13 1155/15 1155/24
1169/9 1170/5 1172/2 1173/1 1173/1
1183/7 1186/4 1189/6 1189/10 1190/18
1191/23 1196/23 1216/22 1261/18
1261/19
**receivable [1]** 1219/18
**receive [4]** 1178/14 1216/1 1221/25
1225/23

**R**

**received [10]** 1124/13 1126/23
1167/14 1171/7 1171/11 1178/17
1209/17 1226/1 1257/1 1267/9
**receiving [4]** 1171/13 1243/4 1244/5
1244/22
**recently [3]** 1257/4 1269/5 1269/16
**recipient [2]** 1232/5 1232/6
**reckless [1]** 1251/19
**recklessly [1]** 1251/3
**recklessness [1]** 1250/21
**recognition [3]** 1123/12 1123/15
1123/19
**recognize [5]** 1125/25 1126/5 1202/25
1268/5 1268/18
**recollection [24]** 1127/7 1127/23
1128/6 1128/7 1128/21 1131/6 1131/23
1136/13 1142/22 1143/22 1145/8
1145/17 1154/15 1154/16 1154/2
1154/23 1156/25 1160/25 1170/6
1171/15 1173/10 1173/24 1195/19
1264/23
**reconcile [1]** 1165/12
**record [11]** 1121/18 1128/20 1129/14
1179/18 1184/3 1186/1 1190/16
1197/17 1201/18 1210/17 1249/7
**records [12]** 1149/6 1160/7 1165/2
1176/1 1196/19 1233/18 1236/3 1236/4
1256/19 1258/5 1268/1 1268/13
**recovered [1]** 1232/24
**recruit [1]** 1217/8
**recruited [1]** 1175/18
**recruiting [1]** 1177/18
**red [1]** 1195/6
**redacted [2]** 1210/9 1257/17
**redactions [1]** 1208/20
**reduced [1]** 1183/14
**Reef [1]** 1249/10
**refer [2]** 1121/22 1161/1
**reference [4]** 1131/5 1133/23 1143/9
1183/15
**referenced [1]** 1164/1
**referencing [1]** 1/5
**referred [2]** 1190/18 1264/24
**reflect [1]** 1168/25
**reflecting [1]** 1136/16
**reflection [1]** 1154/4
**reflexive [1]** 1131/16
**refresh [13]** 1127/23 1128/6 1131/6
1136/6 1136/13 1144/18 1145/3
1145/17 1154/23 1156/7 1156/8
1173/24 1195/19
**refreshed [1]** 1161/25
**regard [1]** 1167/8
**regarding [4]** 1147/14 1252/13
1252/19 1266/12
**regards [3]** 1235/4 1235/5 1250/10
**Regents [1]** 1218/19
**region [1]** 1123/13
**registered [4]** 1195/10 1197/17
1203/16 1244/9
**registrant [1]** 1184/25
**registrant's [1]** 1184/24
**registrants' [2]** 1248/22 1248/24
**registration [2]** 1184/4 1239/8
**registrations [5]** 1196/14 1196/23
1197/14 1243/4 1244/6

**registry [1]** 1226/9
**regular [3]** 1227/10 1227/20 1228/6
**regulated [2]** 1214/2 1214/3
**reiterated [1]** 1254/18
**rejected [2]** 1143/21 1146/12
**rejecting [4]** 1143/24 1144/3 1145/5
1145/21
**related [5]** 1152/24 1197/4 1243/15
1250/5 1265/20
**relates [3]** 1236/17 1249/24 1250/3
**relating [1]** 1130/4
**relation [1]** 1134/3
**relationship [3]** 1152/5 1198/11
1232/25
**relationships [1]** 1151/8
**relative [1]** 1123/17
**relatively [1]** 1246/6
**release [13]** 1135/5 1135/6 1135/7
1135/22 1135/23 1136/2 1137/24
1152/2 1162/7 1162/13 1258/24
1258/25 1259/1
**released [1]** 1136/2
**relevance [3]** 1175/25 1236/15
1238/23
**relevant [4]** 1176/4 1188/9 1250/24
1253/11
**reliability [2]** 1180/21 1226/11
**reliable [2]** 1180/13 1226/8
**relocated [1]** 1182/8
**rely [1]** 1209/12
**remain [2]** 1181/16 1250/11
**remained [2]** 1182/4 1182/8
**remark [1]** 1205/18
**remarks [1]** 1141/19
**remedy [1]** 1208/13
**remember [12]** 1126/8 1145/24 1146/9
1163/6 1163/15 1163/21 1164/8 1164/9
1171/24 1180/15 1219/7 1257/8
**remind [1]** 1258/13
**removal [2]** 1185/12 1185/13
**remove [6]** 1183/9 1184/9 1184/17
1184/21 1184/25 1248/17
**removing [2]** 1159/7 1185/6
**rep [1]** 1171/21
**Repeat [1]** 1226/16
**rephrase [1]** 1165/13
**replicate [1]** 1255/9
**replicated [1]** 1252/8
**report [2]** 1149/6 1252/6
**reporter [6]** 1/3 1/6 1118/22 1236/1
1273/6 1273/17
**reports [2]** 1225/23 1226/2
**represent [1]** 1194/6
**representation [2]** 1209/12 1209/17
**representative [9]** 1133/8 1133/9
1171/20 1246/1 1246/8 1247/2 1254/21
1258/14 1264/22
**represented [3]** 1165/1 1179/6
1240/25
**republic [1]** 1259/18
**Republican [11]** 1190/13 1190/14
1190/17 1190/18 1190/21 1190/23
1234/6 1235/11 1235/12 1235/13
1236/19
**reputation [3]** 1214/12 1214/13
1214/18
**request [2]** 1130/4 1207/14
**requested [1]** 1191/16

**requesting [1]** 1191/18
**requests [1]** 1191/24
**require [1]** 1252/1
**required [2]** 1249/17 1252/1
**requires [1]** 1252/15
**requiring [1]** 1249/12
**res [1]** 1195/22
**residency [1]** 1241/1
**resident [4]** 1179/10 1188/24 1204/14
1259/6
**residential [1]** 1198/21
**resistance [1]** 1224/1
**resolved [2]** 1205/10 1271/23
**resonate [1]** 1235/4
**respect [2]** 1138/13 1150/16
**respectfully [1]** 1236/14
**respond [3]** 1148/2 1250/14 1269/13
**responded [3]** 1126/15 1166/17
1186/3
**responding [1]** 1126/23
**response [8]** 1130/21 1131/16 1138/23
1143/24 1144/3 1145/5 1145/21 1150/2
**responsible [2]** 1219/20 1219/23
**responsive [3]** 1128/16 1128/25
1130/4
**rest [5]** 1121/7 1135/19 1207/23
1211/19 1211/20
**restating [1]** 1146/5
**resting [1]** 1135/17
**restricted [1]** 1/3
**result [6]** 1133/14 1133/21 1134/5
1194/10 1247/8 1254/12
**resulted [1]** 1257/24
**results [5]** 1174/25 1226/25 1229/13
1236/25 1244/3
**retailer [1]** 1215/14
**retain [2]** 1128/14 1128/22
**retired [3]** 1215/19 1215/20 1225/14
**return [1]** 1163/25
**returned [1]** 1232/2
**retweet [1]** 1191/20
**retweeted [1]** 1191/15
**revealed [1]** 1194/9
**revenue [3]** 1219/12 1224/9 1224/16
**Reverend [1]** 1191/17
**review [11]** 1129/13 1144/18 1147/5
1168/4 1171/18 1171/21 1173/24
1179/23 1185/23 1240/19 1253/8
**reviewed [2]** 1129/11 1240/20
**rewarding [1]** 1261/11
**rhythm [1]** 1243/1
**right [74]** 1121/13 1123/12 1124/21
1126/16 1127/21 1129/1 1130/1
1130/19 1131/15 1131/19 1131/23
1132/14 1134/19 1135/13 1135/20
1137/14 1138/11 1139/4 1146/7 1155/3
1155/18 1162/14 1162/22 1164/11
1165/23 1177/3 1180/5 1180/7 1181/5
1182/20 1183/20 1184/5 1186/1
1186/20 1187/9 1187/12 1188/6
1188/24 1192/7 1192/15 1193/17
1197/23 1198/5 1199/24 1201/8 1203/9
1203/23 1204/12 1205/2 1205/3
1207/11 1208/9 1211/16 1211/24
1212/1 1212/3 1212/23 1215/8 1231/7
1233/3 1233/3 1233/19 1237/6 1237/14
1241/22 1247/22 1248/9 1248/23
1257/11 1257/14 1257/21 1258/18

**R**

right... [2]  1268/12 1269/21
rights [3]  1229/17 1247/22 1253/9
ring [1]  1173/6
rise [2]  1205/5 1272/1
RMR [3]  1118/22 1273/6 1273/16
robust [2]  1160/3 1214/18
role [2]  1213/17 1215/14
rolls [7]  1184/9 1184/18 1184/22
 1185/1 1185/6 1237/22 1248/17
Ron [4]  1122/9 1153/23 1154/13
 1211/11
room [1]  1173/10
rooted [1]  1190/5
rose [1]  1219/3
ROTC [2]  1215/23 1215/24
rougher [1]  1223/5
roughly [2]  1171/15 1171/23
row [1]  1220/19
rows [2]  1220/23 1221/1
rule [3]  1209/23 1209/24 1210/3
Rule 16.4 [1]  1210/3
ruled [1]  1180/25
rules [3]  1207/4 1207/4 1209/9
ruling [2]  1195/1 1195/1
run [7]  1214/10 1219/16 1234/6
 1234/15 1256/6 1256/12 1260/14
running [3]  1125/16 1229/4 1235/6
runoff [6]  1165/18 1188/23 1191/2
 1191/17 1203/20 1204/11
runs [3]  1217/18 1220/19 1220/20
Russell [7]  1173/6 1173/9 1173/9
 1173/11 1175/15 1175/18 1176/7

**S**

S-O-M-E-R-V-I-L-L-E [1]  1121/20
safe [4]  1174/19 1220/8 1248/9
 1248/11
said [44]  1127/9 1127/21 1129/1
 1129/2 1134/13 1142/6 1144/13
 1148/10 1149/8 1153/2 1153/16
 1153/18 1157/25 1162/21 1166/12
 1166/24 1167/21 1175/3 1180/19
 1184/20 1186/18 1201/11 1201/14
 1201/15 1227/21 1229/6 1229/6 1236/2
 1241/7 1244/10 1244/17 1252/3 1254/9
 1256/20 1257/5 1257/20 1258/13
 1260/20 1261/3 1265/22 1266/16
 1271/8 1271/10 1273/10
Sam [1]  1138/24
same [28]  1131/19 1131/20 1131/24
 1132/6 1132/9 1132/10 1136/1 1136/6
 1136/9 1141/1 1147/10 1147/11
 1154/20 1162/12 1165/14 1173/10
 1176/11 1184/5 1184/23 1207/9 1213/5
 1213/6 1214/7 1221/11 1239/23
 1241/25 1256/8 1271/2
sane [1]  1238/15
sat [1]  1142/25
saved [1]  1172/16
saw [10]  1130/11 1130/20 1150/6
 1178/8 1180/4 1215/18 1217/12
 1222/15 1223/2 1258/9
say [41]  1122/15 1125/16 1133/25
 1148/8 1152/22 1154/19 1158/16
 1162/14 1167/19 1169/12 1172/4
 1173/12 1175/5 1180/5 1180/6 1180/9

180/25 1208/10 1210/7
1214/20 1222/3 1226/22 1228/23
1229/13 1233/8 1233/13 1235/9 1239/1
1242/16 1246/10 1246/25 1250/9
1250/16 1251/2 1251/3 1253/22
1260/19 1263/18 1267/7 1268/25
saying [12]  1140/15 1140/17 1151/11
1154/15 1161/5 1166/10 1185/18
1196/13 1197/20 1200/25 1239/4
1268/13
says [6]  1131/3 1200/14 1201/3
1209/11 1229/7 1248/9
scale [5]  1155/10 1155/12 1246/25
1256/4 1256/17
scenario [2]  1240/23 1266/22
scenarios [2]  1183/1 1183/3
scenes [1]  1132/14
schedule [1]  1213/25
school [7]  1181/10 1214/22 1214/23
1215/11 1215/13 1215/24 1218/16
schooling [1]  1222/5
schools [1]  1216/9
science [1]  1218/7
scientist [1]  1202/17
SCJ [1]  1118/6
SCOTT [3]  1118/3 1173/18 1177/16
scour [1]  1265/12
scratching [1]  1216/25
screen [2]  1137/7 1198/3
screenshots [3]  1198/5 1198/7 1198/8
scrub [1]  1160/10
searching [1]  1197/25
seat [1]  1121/16
seated [2]  1121/3 1205/7
second [14]  1128/1 1137/17 1153/6
1161/8 1161/9 1161/19 1161/21 1169/4
1179/24 1183/7 1204/23 1209/24
1261/3 1265/19
secondly [2]  1213/14 1241/9
Secretary [8]  1125/23 1126/25 1148/25
1183/3 1243/17 1244/13 1244/20
1245/4
section [12]  1185/7 1185/19 1186/17
1188/8 1245/11 1246/10 1246/25
1248/6 1248/8 1254/24 1255/6 1255/17
Section 230 [10]  1185/7 1185/19
1186/17 1245/11 1246/10 1246/25
1248/6 1254/24 1255/6 1255/17
Section 8 [1]  1248/8
sections [2]  1216/14 1248/14
sector [1]  1214/19
secure [2]  1220/7 1245/20
see [38]  1122/7 1122/8 1130/21 1131/4
1136/14 1136/21 1136/21 1137/9
1137/11 1141/5 1148/4 1148/6 1176/6
1176/12 1177/12 1177/16 1187/13
1187/15 1190/4 1190/10 1192/12
1197/16 1208/16 1212/12 1214/15
1215/19 1227/9 1236/17 1238/6
1241/22 1242/13 1245/23 1248/5
1248/12 1251/15 1255/20 1257/6
1260/8
seeing [2]  1196/14 1248/23
seeking [2]  1130/4 1165/22
seemed [3]  1240/13 1241/9 1241/11
seems [4]  1135/13 1146/11 1250/4
1250/8
seen [3]  1132/15 1150/19 1222/24

select [1]  1217/11
selected [1]  1216/5
sell [2]  1203/25 1204/21
semantics [1]  1134/2
Senate [2]  1191/2 1191/18
Senator [2]  1191/1 1191/1
senators [1]  1191/23
send [2]  1168/10 1168/10
sense [8]  1162/21 1162/23 1162/25
1228/15 1238/19 1243/23 1248/18
1259/20
sensitive [1]  1194/2
sent [5]  1139/2 1140/24 1198/19
1216/6 1241/12
sentences [1]  1248/20
separate [1]  1189/12
September [1]  1221/15
September 11th [1]  1221/15
sequence [2]  1159/25 1185/4
series [1]  1216/9
serious [1]  1235/6
servants [1]  1235/1
serve [2]  1214/16 1217/19
served [6]  1215/21 1218/15 1218/18
1224/6 1224/6 1224/7
serves [1]  1241/19
service [3]  1213/8 1222/5 1225/5
1231/15 1234/24
services [1]  1222/5
SESSION [1]  1118/11
set [6]  1148/15 1163/3 1169/21 1170/5
1240/7 1273/12
seven [2]  1198/12 1235/20
several [5]  1121/7 1159/4 1170/25
1224/17 1244/5
severed [1]  1232/24
shall [1]  1257/5
SHANNON [3]  1118/22 1273/6 1273/16
share [4]  1155/14 1163/17 1196/25
1199/9
shared [11]  1136/7 1136/25 1137/24
1139/6 1155/8 1155/10 1155/17 1156/1
1170/15 1197/8 1244/12
sharper [1]  1136/12
she [21]  1125/23 1132/2 1132/10
1132/10 1132/18 1132/21 1142/24
1145/13 1146/24 1146/24 1146/25
1189/9 1198/9 1246/9 1246/10 1246/11
1247/7 1254/25 1254/25 1255/3
1258/21
she'd [1]  1133/2
she's [3]  1132/1 1175/25 1215/9
SHELLY [1]  1119/7
Sheri [1]  1246/1
shifting [1]  1261/12
shoot [1]  1241/5
shootouts [1]  1163/22
shore [1]  1246/7
short [1]  1184/13
shortly [1]  1155/8
shot [3]  1167/3 1167/3 1205/10
should [12]  1122/15 1129/2 1129/23
1137/14 1140/8 1144/9 1144/13
1168/19 1186/10 1223/1 1227/15
1246/25
shouldn't [1]  1251/8
show [4]  1181/4 1195/19 1267/16
1268/14

**S**

showed [3]  1154/24 1195/5 1222/20
shows [1]  1133/11
side [6]  1174/19 1181/21 1219/12
1231/17 1243/16 1261/10
Sierra [4]  1213/4 1213/8 1214/11
1233/6
sign [2]  1189/1 1269/18
Signal [5]  1149/21 1149/21 1149/25
1150/3 1150/4
signals [1]  1216/15
significance [1]  1158/5
significant [5]  1193/25 1196/23
1216/19 1259/3 1263/10
signs [1]  1217/5
silliness [1]  1239/14
similar [2]  1223/12 1242/21
similarities [1]  1241/22
simple [3]  1239/9 1241/3 1245/6
simply [1]  1260/13
since [6]  1149/4 1150/19 1153/2
1193/3 1204/11 1210/4
sincere [2]  1182/18 1238/24
single [8]  1150/3 1150/3 1165/11
1179/17 1186/22 1213/25 1226/2
1255/1
sir [24]  1125/2 1145/15 1150/5 1151/6
1158/2 1160/16 1167/25 1169/11
1169/14 1173/15 1174/12 1175/8
1208/18 1212/7 1213/6 1215/6 1216/2
1237/7 1257/23 1264/9 1264/11
1264/16 1266/11 1268/19
sit [2]  1222/14 1256/19
sits [1]  1235/7
sitting [4]  1142/23 1163/13 1218/1
1263/11
situation [1]  1205/10
six [5]  1128/5 1235/19 1263/18
1263/21 1264/7
size [5]  1156/5 1157/2 1191/13
1224/15 1241/18
skill [3]  1224/7 1245/3 1245/9
small [2]  1142/21 1252/22
smaller [2]  1159/19 1171/19
smart [2]  1233/20 1233/21
snide [1]  1205/18
so [264]
social [4]  1136/3 1196/24 1259/3
1265/10
soft [2]  1167/15 1168/14
solid [2]  1130/19 1199/11
Somalia [1]  1218/1
some [64]  1134/9 1138/4 1138/14
1139/6 1142/4 1143/20 1146/21
1148/11 1150/15 1151/14 1155/7
1157/23 1163/11 1164/22 1166/8
1168/12 1168/13 1168/13 1169/21
1171/7 1171/9 1171/16 1171/17
1175/12 1176/6 1177/21 1178/5
1179/16 1181/14 1181/15 1181/15
1184/14 1189/22 1192/13 1193/19
1199/12 1202/10 1205/19 1205/19
1214/22 1218/14 1223/5 1227/19
1228/19 1235/4 1239/6 1239/13
1240/19 1245/7 1247/3 1247/7 1251/25
1254/6 1254/20 1256/10 1261/4
1261/16 1264/1 1264/1 1265/5 1269/18

somebody [20]  1138/17 1144/12
1153/1 1166/17 1166/21 1167/1
1167/19 1168/8 1173/1 1174/17 1190/3
1198/9 1222/12 1231/16 1240/14
1255/20 1259/19 1265/3 1266/23
1266/25
somebody's [1]  1174/15
somehow [1]  1180/12
someone [9]  1146/7 1168/7 1181/4
1187/17 1189/4 1226/18 1227/6
1250/22 1263/12
SOMERVILLE [95]  1120/3 1121/10
1121/12 1121/19 1122/1 1122/5 1122/9
1124/2 1125/21 1126/15 1129/4 1130/3
1133/7 1134/15 1135/2 1136/1 1136/18
1137/4 1139/2 1139/9 1140/24 1142/25
1143/7 1143/10 1147/17 1148/13
1149/17 1151/1 1152/19 1154/1
1154/23 1155/6 1156/14 1159/15
1160/20 1161/8 1163/25 1164/22
1168/18 1169/17 1173/17 1176/10
1177/12 1179/11 1180/17 1181/3
1181/24 1183/7 1183/19 1185/25
1186/4 1187/2 1187/11 1190/13
1191/10 1193/9 1194/16 1195/4 1195/9
1197/11 1197/23 1197/25 1199/2
1199/24 1200/11 1201/21 1202/22
1203/15 1205/2 1205/11 1212/2 1212/3
1212/5 1212/10 1215/3 1218/4 1228/25
1229/6 1231/10 1249/3 1249/7 1249/18
1251/12 1251/14 1251/23 1252/4
1253/13 1254/6 1255/24 1258/3
1265/17 1265/25 1266/3 1268/5
1268/18
Somerville's [4]  1180/12 1183/16
1250/16 1253/6
something [25]  1144/7 1144/8 1146/13
1155/23 1156/7 1163/5 1165/7 1167/16
1180/9 1190/5 1196/8 1207/5 1215/25
1217/16 1221/23 1225/21 1227/20
1235/25 1239/23 1242/1 1242/23
1243/8 1246/13 1255/5 1261/20
sometime [3]  1196/22 1211/4 1258/16
Sometimes [1]  1169/25
somewhat [2]  1253/18 1267/8
somewhere [1]  1263/21
son [2]  1215/19 1242/10
soon [1]  1207/15
sophistication [1]  1267/10
sorry [43]  1126/1 1131/9 1132/20
1132/21 1133/1 1133/17 1135/11
1136/24 1137/4 1137/15 1137/20
1139/17 1143/7 1145/7 1146/18 1148/5
1148/6 1150/5 1152/11 1153/9 1153/9
1160/17 1170/24 1175/21 1177/7
1178/13 1179/13 1188/7 1191/19
1198/15 1200/4 1200/23 1201/19
1204/20 1206/1 1212/3 1225/15 1233/5
1248/2 1263/18 1269/2 1269/23
1271/16
sort [4]  1188/4 1188/16 1216/3
1229/12
sorts [2]  1219/13 1220/11
sought [1]  1185/15
sound [1]  1213/23
sounded [2]  1247/10 1255/2
sounds [4]  1122/14 1139/15 1143/22

source [1]  1165/11
sources [1]  1158/5
SOUTHWEST [1]  1118/23
space [3]  1154/4 1213/22 1263/21
spanned [1]  1223/23
speak [11]  1148/14 1157/15 1173/19
1196/1 1215/10 1226/23 1234/12
1245/18 1245/25 1257/16 1258/10
speaker [2]  1235/16 1241/24
Speaker Ralston [1]  1241/24
speaking [3]  1158/15 1245/19 1245/21
speaks [1]  1148/22
special [1]  1222/18
specialize [1]  1213/11
specialized [2]  1229/5 1229/10
specific [5]  1122/16 1154/11 1155/10
1166/3 1184/8
specifically [8]  1131/17 1135/23
1145/24 1156/8 1225/13 1225/18
1245/21 1248/8
specified [1]  1220/25
specifying [1]  1169/6
specter [1]  1163/8
speculate [2]  1199/10 1199/12
speculation [2]  1201/11 1201/12
speech [3]  1185/21 1246/18 1255/18
speed [1]  1243/2
spell [1]  1121/17
spent [2]  1204/8 1215/13
spirit [2]  1169/2 1185/18
spoke [4]  1141/20 1147/14 1161/15
1169/10
spoken [2]  1153/3 1195/9
spreadsheet [8]  1176/1 1221/3 1227/7
1259/23 1262/3 1263/1 1263/2 1263/2
squad [1]  1222/8
squarely [1]  1180/21
SSBI [3]  1216/21 1216/22 1217/1
St [3]  1222/7 1222/10 1223/3
Stacey [1]  1191/15
stamp [1]  1206/9
stand [5]  1206/12 1207/7 1212/2
1217/19 1251/6
standard [1]  1207/4
standing [2]  1203/12 1217/17
stands [1]  1195/2
start [5]  1144/24 1159/5 1242/1
1244/18 1245/22
started [10]  1162/13 1202/7 1234/14
1236/4 1237/24 1243/2 1246/2 1251/25
1258/22 1269/7
starting [3]  1147/24 1161/12 1214/23
starts [1]  1253/18
state [36]  1121/17 1122/25 1123/12
1125/23 1134/12 1141/8 1144/1
1171/12 1171/20 1171/21 1181/9
1181/10 1182/24 1183/3 1183/4
1196/19 1197/8 1197/9 1197/19 1218/2
1218/3 1227/8 1229/17 1239/7 1239/23
1243/5 1244/13 1245/25 1253/11
1255/2 1257/1 1257/3 1257/5 1258/23
1259/6 1264/22
state's [6]  1127/1 1149/1 1235/11
1243/17 1244/20 1245/4
stated [6]  1138/2 1138/4 1138/6
1153/22 1202/13 1273/11
statement [3]  1162/15 1170/24

**S**

**statement... [1]** 1202/16
**states [9]** 1118/1 1118/13 1118/23
1119/21 1132/10 1187/18 1273/3
1273/7 1273/17
**stationed [1]** 1222/7
**statute [2]** 1237/12 1255/4
**stay [6]** 1145/25 1146/15 1151/16
1231/20 1253/10 1253/22
**stayed [1]** 1221/8
**steady [1]** 1244/1
**STENOGRAPHY [1]** 1118/20
**step [5]** 1141/16 1141/21 1166/15
1166/16 1225/7
**steps [5]** 1166/3 1166/7 1176/10
1180/19 1182/16
**STEVE [1]** 1118/12
**still [22]** 1121/7 1135/13 1146/18
1166/25 1181/5 1181/16 1182/8
1183/13 1188/7 1195/1 1204/18
1206/10 1206/13 1211/16 1212/6
1229/9 1239/24 1242/14 1242/16
1243/14 1243/19 1257/9
**stipulate [2]** 1250/16 1253/5
**stop [6]** 1169/4 1180/4 1180/5 1205/3
1207/25 1250/22
**stopped [1]** 1180/7
**store [2]** 1220/5 1244/8
**stores [1]** 1244/7
**story [2]** 1227/16 1236/1
**strained [1]** 1159/19
**strategic [2]** 1219/10 1223/12
**strategies [1]** 1144/5
**strategy [9]** 1134/18 1143/24 1144/3
1144/10 1145/5 1145/20 1146/2
1146/16 1147/3
**strike [2]** 1180/11 1231/11
**strong [2]** 1185/19 1190/16
**strongly [2]** 1184/10 1211/20
**student [9]** 1181/8 1181/9 1183/2
1218/9 1218/15 1218/19 1218/20
1218/22 1218/23
**students [2]** 1181/11 1181/14
**study [1]** 1218/6
**stuff [2]** 1233/2 1238/6
**stumble [1]** 1261/21
**subject [3]** 1186/16 1188/2 1216/21
**submit [12]** 1128/10 1136/4 1154/20
1165/23 1178/18 1188/5 1189/3 1189/4
1189/17 1210/3 1254/17 1255/24
**submitted [9]** 1125/5 1168/11 1176/18
1189/2 1262/6 1262/16 1262/18
1262/19 1270/21
**submitter [1]** 1145/9
**submitting [4]** 1166/2 1166/6 1190/2
1263/19
**subpoena [10]** 1207/16 1207/18
1207/19 1207/22 1207/24 1208/1
1208/11 1208/14 1209/15 1210/23
**subpoenaed [2]** 1207/25 1208/9
**Subsection [1]** 1209/11
**subsequent [1]** 1216/10
**substantial [1]** 1195/10
**substantive [1]** 1144/12
**successful [1]** 1264/12
**such [5]** 1144/14 1239/25 1246/10
1255/4 1255/21

**sudden [1]** 1256/9
**sue [1]** 1227/6
**sued [4]** 1147/25 1150/22 1152/1
1198/2
**sugar [1]** 1221/20
**suggest [5]** 1170/22 1170/25 1197/4
1199/22 1242/22
**suggested [4]** 1168/19 1195/13 1261/9
1262/3
**suggesting [2]** 1134/4 1175/17
**suggests [1]** 1200/9
**suing [3]** 1131/10 1131/14 1170/16
**suit [3]** 1131/18 1132/4 1132/13
**summarily [1]** 1146/25
**support [7]** 1184/10 1191/1 1197/17
1220/1 1220/3 1223/17 1235/2
**supported [3]** 1147/12 1190/21
1190/23
**supposed [1]** 1211/3
**suppress [1]** 1258/4
**suppression [4]** 1196/13 1196/18
1197/2 1197/16
**sure [49]** 1131/8 1131/25 1133/6
1133/25 1135/11 1136/11 1138/21
1140/2 1142/6 1144/23 1146/6 1152/23
1155/1 1156/2 1161/22 1163/12
1166/23 1167/7 1168/14 1168/20
1170/7 1170/18 1171/10 1174/20
1176/11 1182/17 1183/11 1184/8
1193/24 1194/5 1195/25 1198/23
1199/21 1211/15 1213/4 1214/11
1217/3 1233/6 1241/2 1243/24 1250/2
1250/5 1257/17 1260/2 1262/23 1264/5
1267/25 1268/16 1271/1
**surprised [1]** 1175/11
**surrounded [1]** 1220/8
**suspicious [1]** 1196/17
**sustain [1]** 1231/5 1231/7
**Sustained [1]** 1227/25
**swell [2]** 1234/8 1234/14
**swirling [1]** 1163/9
**sworn [2]** 1121/15 1122/2
**system [2]** 1158/24 1218/17
**systemic [2]** 1157/6 1157/7
**systems [1]** 1219/19

**T**

**tab [2]** 1156/15 1161/9
**table [3]** 1220/17 1220/18 1221/4
**tables [3]** 1220/13 1220/14 1220/16
**tabulation [2]** 1220/18 1241/17
**tactical [1]** 1217/15
**tag [1]** 1187/17
**tagged [1]** 1187/5
**tailor [2]** 1255/22 1255/23
**take [23]** 1132/17 1134/15 1140/4
1140/6 1144/24 1174/18 1187/13
1191/13 1195/23 1205/3 1206/11
1207/6 1211/14 1214/5 1214/21
1217/15 1220/22 1230/6 1237/2
1240/15 1253/7 1270/15 1271/20
**taken [1]** 1205/6
**takes [1]** 1230/5
**taking [3]** 1197/1 1201/14 1220/19
1237/15 1253/3
**talk [19]** 1123/17 1132/23 1133/3
1138/17 1138/20 1147/19 1148/15
1148/15 1149/17 1150/21 1158/12

1164/22 1200/5 1233/23 1241/3 1251/4
1257/9 1259/22 1263/22
**talked [13]** 1146/9 1149/7 1163/5
1163/21 1173/1 1188/3 1195/18
1241/17 1246/8 1248/21 1262/4 1264/8
1267/13
**talking [35]** 1139/3 1147/19 1151/10
1152/2 1161/14 1165/14 1166/7
1171/24 1176/11 1184/4 1194/21
1197/13 1206/4 1229/3 1233/17
1234/16 1237/4 1237/16 1238/19
1238/24 1239/6 1241/1 1244/2 1246/2
1246/5 1250/25 1251/4 1251/22
1253/18 1260/3 1260/14 1265/24
1271/2 1271/3 1271/4
**talks [1]** 1242/11
**tangible [1]** 1190/5
**targeted [1]** 1257/18
**targeting [1]** 1194/7
**teachers [1]** 1217/2
**team [1]** 1221/16
**teams [1]** 1233/13
**technologies [2]** 1213/11 1231/10
**technology [16]** 1214/1 1219/4 1219/6
1219/9 1219/11 1219/13 1219/14
1223/13 1223/16 1223/17 1223/21
1223/21 1241/17 1256/1 1256/18
1256/20
**TED [1]** 1118/23
**tell [10]** 1133/13 1155/25 1208/21
1208/24 1227/16 1232/16 1242/18
1254/9 1259/4 1266/16
**telling [2]** 1145/24 1210/22
**tells [2]** 1266/19 1271/19
**templates [3]** 1267/6 1267/11 1267/14
**temporarily [3]** 1182/8 1182/13 1183/9
**tempted [1]** 1252/22
**ten [4]** 1128/5 1235/20 1256/13
1264/23
**ten-plus [1]** 1264/23
**tend [1]** 1263/14
**tended [1]** 1234/12
**tens [1]** 1232/2
**terms [4]** 1155/12 1158/10 1169/18
1219/14
**terribly [1]** 1150/22
**test [2]** 1227/2 1230/16
**testified [5]** 1122/2 1158/21 1251/23
1261/25 1262/21
**testify [11]** 1180/17 1180/19 1180/20
1180/24 1211/12 1227/10 1227/14
1227/18 1228/10 1229/25 1251/9
**testifying [6]** 1172/2 1228/25 1249/3
1249/8 1265/18 1266/4
**testimony [23]** 1142/17 1151/22
1154/1 1154/2 1158/12 1164/16
1180/12 1182/20 1182/23 1184/20
1199/24 1200/4 1209/16 1226/11
1227/3 1229/21 1230/2 1230/4 1230/18
1236/15 1237/16 1253/13 1273/12
**text [16]** 1125/21 1126/24 1127/3
1129/6 1129/18 1130/12 1130/19
1130/20 1133/19 1139/22 1143/11
1144/22 1148/18 1150/11 1156/17
1156/18
**texted [2]** 1140/7 1140/11
**texts [4]** 1129/14 1145/22 1147/18
1164/1

**than [11]** 1152/3 1159/3 1167/6
1168/12 1191/16 1200/24 1201/7
1201/24 1222/21 1246/23 1263/12
**Thank [38]** 1121/16 1121/24 1125/12
1125/18 1126/13 1132/22 1134/24
1135/20 1145/2 1147/16 1151/6
1156/11 1156/12 1160/15 1160/18
1161/4 1163/13 1164/21 1168/16
1170/13 1173/14 1174/24 1178/22
1178/23 1191/8 1194/14 1197/23
1202/20 1205/2 1209/1 1211/7 1211/25
1231/8 1254/4 1258/1 1271/22 1271/24
1271/25
**Thanks [1]** 1123/24
**that [1053]**
**that's [79]** 1124/7 1127/8 1128/11
1131/24 1132/18 1132/21 1135/15
1135/18 1136/5 1136/14 1136/16
1137/15 1137/22 1138/4 1138/23
1138/24 1142/5 1142/10 1142/10
1148/10 1148/11 1149/6 1149/8
1150/14 1153/21 1153/23 1157/4
1158/8 1165/6 1165/19 1172/25
1173/19 1176/4 1178/20 1184/14
1187/15 1190/8 1195/21 1196/19
1197/5 1199/4 1199/16 1199/16 1200/7
1200/10 1201/7 1201/16 1202/16
1203/8 1203/18 1207/3 1209/21
1209/23 1211/23 1212/24 1215/7
1217/16 1219/17 1220/6 1220/6
1225/18 1226/6 1228/13 1230/7 1234/8
1241/20 1250/24 1253/3 1253/7
1253/11 1257/7 1257/21 1258/11
1258/21 1261/8 1261/8 1267/2 1270/18
1271/17
**theft [1]** 1215/14
**their [50]** 1135/3 1136/19 1137/9
1137/10 1142/13 1149/4 1154/8 1155/9
1155/17 1155/22 1156/1 1167/1 1168/2
1168/3 1168/9 1179/10 1185/20
1191/16 1196/24 1196/24 1198/11
1199/8 1200/8 1200/20 1205/13
1205/23 1206/5 1206/5 1209/24
1209/24 1219/3 1219/4 1221/10
1226/20 1228/11 1230/14 1232/11
1232/12 1233/21 1239/8 1252/6
1257/20 1262/6 1262/11 1262/19
1266/23 1267/1 1269/4 1270/17
1270/25
**theirs [2]** 1154/14 1198/14
**them [54]** 1129/23 1130/16 1138/17
1139/6 1140/21 1140/25 1141/2
1143/18 1150/18 1150/18 1153/23
1160/9 1160/11 1162/13 1166/5
1166/14 1166/18 1167/3 1167/13
1167/23 1167/23 1169/13 1172/21
1175/10 1176/8 1178/18 1181/18
1182/6 1183/4 1189/8 1190/24 1199/21
1199/22 1205/20 1213/7 1213/25
1218/13 1222/13 1224/24 1227/2
1232/12 1232/23 1233/21 1239/12
1239/21 1244/5 1251/9 1259/12 1261/1
1261/16 1262/10 1263/10 1264/8
1267/6
**themes [1]** 1223/19
**themselves [5]** 1167/12 1222/14

**then [60]** 1122/12 1131/9 1132/12
1132/22 1138/8 1145/12 1145/13
1148/2 1148/15 1149/12 1149/17
1150/10 1159/11 1160/5 1160/8 1161/1
1162/13 1165/10 1165/13 1165/25
1166/24 1169/23 1173/2 1183/24
1197/8 1206/11 1207/14 1210/21
1212/15 1212/21 1213/14 1213/25
1214/2 1215/15 1216/9 1216/14
1216/16 1219/15 1220/3 1220/7 1221/2
1221/9 1221/22 1222/4 1223/16
1224/10 1225/1 1225/8 1232/9 1235/16
1239/2 1240/9 1241/9 1244/14 1251/3
1252/9 1253/20 1257/14 1264/24
1270/23
**theories [3]** 1134/10 1163/6 1238/4
**theory [1]** 1190/1
**there [171]**
**there's [43]** 1130/14 1130/14 1134/13
1150/13 1151/7 1156/7 1157/16 1158/9
1159/25 1160/5 1162/25 1166/3
1169/24 1171/7 1171/16 1171/20
1184/14 1184/18 1184/19 1192/4
1192/16 1192/24 1196/10 1196/25
1200/23 1200/23 1207/10 1216/14
1225/4 1227/4 1227/5 1227/9 1228/9
1243/14 1246/6 1246/10 1249/9
1250/15 1256/2 1258/6 1267/17
1269/17 1269/18
**thereby [1]** 1272/3
**therein [1]** 1273/11
**these [47]** 1129/9 1129/14 1130/3
1130/11 1130/15 1140/10 1144/18
1147/12 1147/18 1153/20 1155/21
1160/2 1162/20 1163/14 1163/24
1167/22 1168/22 1169/10 1169/22
1169/25 1172/2 1174/5 1176/2 1179/17
1199/20 1199/25 1203/1 1224/2 1224/3
1224/3 1229/14 1229/19 1230/15
1230/18 1230/19 1230/21 1238/3
1238/4 1238/22 1244/7 1244/7 1245/23
1247/11 1251/10 1256/16 1263/9
1265/4
**they [175]**
**they're [4]** 1128/11 1147/11 1174/9
1267/1
**they've [2]** 1149/3 1152/15
**thin [1]** 1151/13
**thing [19]** 1152/17 1159/16 1160/6
1165/14 1176/11 1184/5 1184/20
1195/12 1196/16 1207/9 1213/5 1213/6
1214/7 1231/18 1239/17 1242/19
1246/10 1260/8 1271/2
**things [33]** 1122/20 1134/10 1144/16
1149/4 1157/25 1158/13 1158/22
1160/2 1162/25 1172/25 1173/22
1206/14 1207/5 1207/10 1219/25
1222/15 1222/17 1223/24 1227/9
1228/8 1229/14 1229/19 1236/23
1237/1 1237/25 1243/1 1243/21
1251/10 1252/13 1254/16 1256/10
1256/22 1257/21
**think [118]** 1132/10 1134/13 1138/4
1138/12 1141/23 1142/11 1145/22
1149/13 1151/1 1151/4 1152/15
1152/16 1154/4 1154/19 1155/16
1157/8 1158/4 1158/17 1160/1 1161/2

1162/23 1164/16 1165/13 1166/15
1168/1 1169/4 1169/18 1170/5 1170/15
1170/16 1171/8 1171/14 1171/21
1171/22 1172/6 1175/11 1176/3 1179/3
1179/21 1179/22 1180/21 1183/13
1183/23 1184/20 1185/18 1187/9
1190/15 1194/23 1195/17 1196/19
1198/13 1199/8 1199/9 1200/25
1201/12 1201/23 1203/8 1203/15
1208/3 1209/9 1210/10 1210/12 1211/2
1212/12 1214/18 1215/3 1222/11
1222/21 1222/22 1222/24 1227/12
1227/16 1229/5 1229/10 1229/20
1229/22 1230/11 1231/1 1234/9 1234/9
1234/13 1236/12 1236/18 1237/4
1238/8 1238/10 1242/9 1243/19
1243/24 1248/20 1249/24 1250/19
1250/23 1251/1 1251/6 1251/10
1251/11 1251/11 1251/13 1251/17
1251/23 1253/1 1253/10 1253/16
1254/1 1258/6 1258/21 1259/7 1259/21
1265/6 1265/9 1265/10 1265/24 1266/5
1269/3 1270/10 1270/17 1271/5
**thinking [7]** 1202/18 1243/25 1245/11
1253/20 1253/24 1257/8 1258/22
**thinks [3]** 1236/25 1252/20 1253/15
**third [1]** 1241/20
**this [280]**
**Thomas [1]** 1138/24
**thoroughly [2]** 1179/12 1197/17
**those [53]** 1128/22 1128/22 1139/4
1145/1 1146/17 1152/1 1154/4 1157/20
1165/23 1168/22 1169/18 1170/16
1171/9 1171/9 1172/3 1174/4 1182/13
1182/22 1183/9 1183/12 1184/21
1194/6 1198/19 1208/20 1213/3
1213/17 1213/19 1214/9 1217/17
1218/14 1219/7 1224/23 1225/13
1229/4 1231/10 1235/19 1238/13
1245/2 1245/15 1245/24 1248/14
1251/4 1252/8 1252/9 1252/10 1257/3
1258/8 1262/2 1263/5 1263/25 1264/1
1266/14 1267/8
**though [5]** 1132/3 1172/2 1249/25
1250/1 1254/9
**thought [36]** 1123/7 1123/11 1128/16
1135/12 1135/15 1137/20 1142/16
1149/14 1149/15 1153/24 1153/25
1158/15 1162/21 1164/13 1164/19
1185/21 1194/7 1197/21 1221/18
1235/6 1239/19 1240/7 1240/25
1243/22 1245/7 1247/13 1247/17
1247/19 1248/23 1253/23 1254/25
1257/8 1257/12 1257/24 1271/8
1271/16
**thousand [3]** 1135/3 1221/3 1244/6
**thousands [4]** 1155/12 1181/4 1182/15
1232/2
**thread [4]** 1143/11 1144/22 1156/17
1156/18
**threatened [1]** 1232/25
**three [10]** 1130/12 1132/15 1136/10
1136/15 1171/18 1171/21 1172/16
1214/7 1236/5 1236/5
**threw [1]** 1189/11
**through [38]** 1128/3 1128/5 1145/1
1145/7 1161/24 1162/2 1162/18
1162/24 1168/20 1174/14 1175/8

**T**

**through... [27]**  1176/22 1183/16
1197/25 1198/11 1198/15 1200/14
1201/19 1205/13 1205/17 1205/20
1205/25 1207/24 1208/12 1214/22
1215/22 1216/18 1217/1 1217/18
1234/18 1237/11 1238/14 1241/5
1244/15 1246/18 1256/19 1259/24
1260/14
**throughout [4]**  1147/17 1158/9
1196/14 1214/19
**thrust [2]**  1122/18 1219/5
**thumb [1]**  1269/12
**Thursday [2]**  1269/9 1269/10
**tie [1]**  1198/17
**tight [1]**  1147/1
**TIM [1]**  1119/20
**time [82]**  1121/7 1122/15 1123/11
1123/16 1124/20 1124/22 1124/23
1127/7 1130/11 1134/8 1134/9 1142/5
1142/14 1143/19 1147/22 1148/10
1148/15 1149/2 1150/17 1150/19
1151/14 1153/22 1155/14 1155/21
1158/10 1162/14 1163/6 1163/9
1163/15 1164/10 1164/18 1171/15
1182/4 1182/11 1183/19 1184/13
1185/8 1188/23 1189/7 1190/7 1196/12
1197/19 1199/19 1201/24 1201/25
1204/8 1205/1 1211/17 1211/17
1212/13 1215/23 1217/10 1224/23
1225/20 1226/2 1230/18 1230/25
1231/4 1235/11 1238/7 1238/25 1239/5
1239/6 1239/23 1240/17 1243/12
1243/14 1243/19 1244/17 1245/10
1245/17 1246/11 1249/1 1255/7 1255/9
1256/21 1259/25 1260/22 1265/5
1268/25 1270/15 1271/20
**times [3]**  1168/5 1170/7 1225/21
**timing [1]**  1248/12
**TINA [1]**  1119/8
**title [4]**  1124/3 1129/17 1137/14
1224/7
**titled [1]**  1124/10
**titles [1]**  1224/5
**today [14]**  1142/17 1142/23 1182/20
1191/18 1197/24 1211/12 1211/14
1215/9 1229/9 1230/12 1230/17
1230/17 1231/4 1247/21
**together [8]**  1140/11 1159/1 1198/18
1204/20 1224/2 1236/9 1240/2 1243/3
**told [8]**  1131/13 1156/5 1157/2
1210/23 1242/13 1242/19 1251/13
1254/21
**tolerance [1]**  1213/16
**tomorrow [5]**  1207/21 1208/16 1211/1
1211/5 1271/21
**tonight [2]**  1208/5 1211/3
**too [9]**  1135/15 1151/15 1156/6 1157/13
1169/25 1186/19 1214/3 1235/13
1257/15
**took [15]**  1124/11 1166/9 1180/19
1182/16 1198/3 1198/5 1198/7 1198/8
1223/10 1235/10 1241/15 1241/19
1262/10 1266/12 1270/16
**tool [9]**  1185/20 1225/24 1231/13
1248/25 1255/18 1255/21 1258/22
1258/23 1258/23

**tools [5]**  1166/10 1226/11 1224/20
1232/13 1246/16
**top [3]**  1137/14 1137/20 1260/3
**topic [5]**  1122/21 1154/11 1155/6
1238/24 1239/4
**topically [1]**  1141/20
**topics [1]**  1123/17
**toss [1]**  1164/17
**tossed [3]**  1144/16 1144/16 1164/17
**total [2]**  1125/2 1165/20
**totally [2]**  1252/12 1253/16
**tough [1]**  1190/16
**tours [1]**  1218/10
**town [1]**  1223/5
**track [5]**  1141/24 1146/18 1171/10
1192/1 1262/14
**tracked [1]**  1195/8
**traditionally [2]**  1128/14 1128/22
**training [5]**  1216/7 1216/8 1216/11
1217/8 1228/20
**transactional [3]**  1219/14 1233/14
1233/15
**transcript [7]**  1/1 1/5 1/7 1/8 1118/11
1118/21 1273/9
**transcripts [2]**  1/2 1121/22
**transmission [2]**  1128/11 1254/20
**traumatic [1]**  1150/22
**TRAURIG [1]**  1119/15
**Travelers [1]**  1249/9
**treat [1]**  1223/1
**tremendous [5]**  1158/14 1158/23
1168/13 1179/6 1238/1
**trend [2]**  1197/1 1197/18
**trends [1]**  1197/12
**trial [4]**  1118/11 1130/13 1209/14
1269/5
**tricky [1]**  1181/11
**tried [4]**  1184/1 1218/11 1247/18
1262/14
**trier [1]**  1253/14
**true [56]**  1118/7 1126/21 1126/25
1127/13 1134/1 1134/14 1134/19
1135/2 1136/2 1136/19 1137/9 1137/25
1138/2 1139/12 1141/1 1141/3 1141/8
1142/2 1142/2 1142/8 1142/20 1147/7
1147/13 1147/25 1151/8 1152/1
1153/15 1153/24 1154/8 1154/18
1155/8 1155/17 1156/1 1156/6 1157/3
1157/21 1157/25 1158/4 1160/21
1160/23 1162/6 1162/9 1164/5 1164/14
1167/6 1199/5 1199/7 1199/25 1200/15
1201/3 1217/20 1228/13 1229/8 1232/1
1252/4 1273/9
**trust [2]**  1186/16 1208/24
**truth [1]**  1165/12
**try [9]**  1151/16 1197/9 1207/23
1240/15 1243/20 1245/20 1255/11
1263/13 1263/15
**trying [33]**  1132/16 1133/1 1137/6
1140/1 1144/14 1145/6 1145/7 1146/18
1148/4 1154/1 1154/5 1156/11 1160/4
1167/7 1179/12 1186/4 1186/8 1196/25
1198/17 1198/20 1204/20 1205/16
1211/18 1230/21 1231/25 1234/10
1236/18 1236/23 1238/22 1246/17
1250/22 1259/11 1261/12
**TTV [2]**  1126/25 1127/4
**Tuesday [1]**  1150/11

**tuition [2]**  1181/9 183/3
**turn [1]**  1144/6
**TURNER [4]**  1118/23 1173/18 1176/7
1177/13
**twice [1]**  1142/25
**two [29]**  1133/11 1149/7 1149/14
1154/20 1157/16 1170/17 1171/14
1171/22 1189/7 1191/6 1191/23
1198/17 1200/17 1209/3 1211/15
1213/2 1221/1 1223/11 1223/14
1223/18 1223/22 1230/20 1230/22
1252/13 1259/10 1263/1 1265/6
1265/16 1269/5
**two-hour [1]**  1149/14
**type [1]**  1169/9
**types [1]**  1224/3
**typically [2]**  1197/11 1252/5

**U**

**U.S [3]**  1191/18 1225/14 1231/15
**Uh [5]**  1143/2 1161/17 1164/3 1180/2
1260/5
**Uh-huh [5]**  1143/2 1161/17 1164/3
1180/2 1260/5
**ulterior [1]**  1200/9
**ultimately [14]**  1147/12 1168/11
1170/3 1186/10 1187/24 1224/10
1232/24 1237/12 1239/3 1241/4
1243/24 1244/4 1247/7 1247/10
**unaware [2]**  1200/15 1201/3
**unchanged [1]**  1262/18
**uncomfortable [1]**  1203/12
**uncovered [1]**  1242/24
**undeliverable [1]**  1231/16
**under [13]**  1132/5 1132/8 1143/3
1185/11 1207/4 1209/10 1210/2
1210/10 1212/6 1216/16 1229/11
1253/25 1254/24
**undergraduate [1]**  1218/7
**underlying [2]**  1214/2 1223/16
**understand [28]**  1136/15 1140/2
1151/12 1155/23 1167/4 1186/9 1186/9
1198/20 1203/13 1207/11 1208/12
1226/14 1227/11 1227/21 1227/22
1229/24 1236/15 1243/20 1247/24
1250/2 1254/23 1260/1 1260/2 1264/5
1265/13 1267/12 1268/12 1270/3
**understanding [22]**  1123/3 1123/5
1135/16 1148/23 1157/22 1180/3
1184/16 1199/7 1199/18 1199/19
1200/18 1214/9 1226/24 1234/7
1244/25 1250/9 1250/19 1250/25
1254/16 1254/16 1259/25 1269/11
**understood [20]**  1149/6 1149/9
1166/24 1171/8 1181/15 1182/3 1182/7
1184/7 1184/10 1184/11 1185/8 1186/1
1186/14 1200/20 1208/17 1229/18
1231/12 1238/19 1262/24 1266/20
**unduly [1]**  1217/4
**Unequivocally [1]**  1179/17
**unexpected [4]**  1148/2 1148/5 1148/7
1148/8
**unfamiliar [1]**  1122/25
**unfortunately [1]**  1121/6
**unhealthy [1]**  1238/16
**Unintelligible [2]**  1200/5 1263/22
**union [1]**  1223/25
**unique [4]**  1147/22 1213/12 1213/13

**U**

**unique... [1]** 1223/18
**uniquely [1]** 1244/9
**UNITED [7]** 1118/1 1118/13 1118/23
 1119/21 1273/3 1273/7 1273/17
**universe [2]** 1234/11 1243/20
**university [2]** 1218/3 1218/15
**unless [6]** 1163/13 1199/12 1199/12
 1209/13 1211/19 1237/17
**unlike [1]** 1238/2
**unrelated [1]** 1189/13
**until [15]** 1146/1 1146/15 1149/14
 1150/11 1150/19 1159/7 1160/13
 1161/22 1204/21 1204/22 1208/24
 1221/8 1221/8 1221/12 1221/13
**unusual [2]** 1123/14 1123/18
**up [59]** 1121/12 1132/16 1133/1
 1141/21 1142/24 1144/8 1144/16
 1144/16 1148/4 1148/15 1159/10
 1164/6 1164/17 1164/17 1166/23
 1167/11 1167/13 1169/21 1170/5
 1170/8 1171/13 1172/5 1176/10
 1176/16 1181/4 1191/4 1191/21
 1192/11 1193/5 1198/17 1206/21
 1206/23 1208/9 1210/11 1214/21
 1217/17 1218/8 1218/9 1219/3 1222/20
 1237/6 1238/8 1243/2 1244/2 1244/18
 1246/1 1246/8 1248/19 1253/13
 1254/25 1255/3 1256/2 1257/19
 1259/11 1263/19 1268/23 1270/12
 1270/18 1271/21
**updated [4]** 1143/19 1149/4 1248/24
 1270/17
**updates [2]** 1143/16 1143/20
**updating [2]** 1184/24 1248/22
**upgrade [2]** 1219/6 1219/9
**uploaded [1]** 1169/18
**upon [3]** 1222/13 1235/10 1261/21
**UPS [2]** 1244/7 1244/8
**upset [5]** 1146/13 1146/24 1147/6
 1149/12 1150/23
**upsetting [1]** 1148/12
**urgency [1]** 1261/5
**us [29]** 1150/22 1154/10 1157/16
 1170/17 1170/17 1172/16 1176/16
 1189/25 1192/9 1194/7 1210/23
 1211/23 1214/16 1214/21 1217/17
 1225/3 1225/9 1225/13 1227/16 1232/5
 1232/18 1246/17 1247/7 1254/9
 1255/18 1255/21 1258/23 1264/11
 1266/16
**USA [1]** 1119/17
**use [21]** 1138/15 1141/5 1149/25
 1150/6 1157/7 1170/3 1197/11 1220/2
 1220/11 1221/4 1222/12 1225/2
 1225/17 1231/10 1232/13 1235/17
 1248/9 1255/18 1256/1 1256/8 1256/18
**used [15]** 1155/16 1157/21 1158/25
 1169/19 1170/7 1185/17 1197/8
 1217/24 1225/18 1229/1 1229/1
 1241/23 1241/23 1242/4 1248/25
**user [1]** 1226/1
**using [6]** 1220/3 1225/24 1231/13
 1235/17 1237/12 1248/6
**usually [3]** 1161/5 1230/4 1269/18
**utilities [1]** 1213/21
**utility [5]** 1212/25 1213/11 1213/12

 1214/14 1224/21
**utilize [1]** 1213/12
**UZOMA [1]** 1119/6

**V**

**valid [2]** 1225/4 1225/8
**validate [1]** 1240/12
**value [4]** 1150/6 1190/15 1223/2
 1233/12
**variate [1]** 1221/1
**variation [1]** 1262/19
**variety [1]** 1265/20
**varying [1]** 1267/10
**vehicle [2]** 1255/7 1259/2
**veil [1]** 1216/16
**vendors [1]** 1225/12
**Venezuelans [1]** 1197/21
**verification [2]** 1185/15 1225/17
**version [6]** 1183/23 1192/6 1192/7
 1192/9 1206/15 1248/15
**versus [2]** 1194/10 1239/8
**very [116]** 1128/3 1129/15 1134/12
 1140/2 1141/24 1141/24 1142/14
 1145/7 1146/23 1148/12 1148/20
 1149/12 1150/13 1151/13 1153/1
 1154/10 1154/11 1155/13 1156/8
 1157/18 1158/8 1159/6 1160/7 1160/12
 1160/13 1163/14 1166/18 1168/2
 1168/3 1169/5 1174/4 1179/4 1179/7
 1179/9 1179/22 1184/19 1185/1 1187/2
 1189/14 1190/3 1190/4 1190/4 1190/9
 1190/10 1194/2 1194/7 1195/12
 1196/19 1196/25 1197/18 1205/11
 1207/4 1209/8 1213/12 1213/13
 1213/14 1213/15 1213/16 1213/16
 1213/23 1214/3 1214/3 1214/4 1214/13
 1214/14 1214/18 1217/3 1217/6
 1217/18 1218/10 1218/10 1219/8
 1221/20 1222/12 1222/24 1223/3
 1223/10 1223/12 1223/13 1223/17
 1223/18 1224/4 1224/4 1225/14
 1225/15 1225/15 1225/16 1227/6
 1230/21 1230/22 1231/18 1233/18
 1233/18 1234/13 1235/3 1235/5
 1236/19 1238/19 1239/11 1239/12
 1242/7 1242/21 1243/6 1243/23 1245/6
 1245/7 1247/5 1247/18 1248/16 1255/9
 1255/20 1257/17 1259/15 1260/3
 1260/11 1267/11
**vested [1]** 1266/25
**veteran [3]** 1213/8 1213/9 1218/16
**veteran-owned [1]** 1213/9
**viable [2]** 1247/10 1258/22
**vice [3]** 1219/3 1224/8 1224/11
**victims [1]** 1235/19
**view [3]** 1147/4 1253/25 1260/22
**violations [1]** 1222/9
**Virginia [1]** 1216/7
**visibility [1]** 1171/18
**vitriol [1]** 1190/6
**voice [4]** 1141/21 1238/15 1238/20
 1238/21
**voiced [1]** 1155/19
**VOLUME [1]** 1118/11
**voluminous [1]** 1213/15
**volunteer [25]** 1132/6 1132/9 1132/10
 1140/25 1142/2 1142/8 1154/9 1154/14
 1154/17 1165/25 1166/1 1166/13

 1166/13 1169/24 1170/25 1172/7
 1172/22 1178/2 1178/10 1178/17
 1189/5 1202/23 1261/6 1262/21
 1268/24
**volunteered [1]** 1154/7
**volunteers [27]** 1139/20 1140/8
 1140/17 1142/8 1142/12 1142/13
 1142/18 1143/9 1153/14 1153/15
 1153/15 1154/3 1165/22 1166/12
 1167/11 1167/11 1178/14 1188/5
 1188/17 1189/7 1203/7 1203/11
 1259/10 1260/23 1261/3 1261/23
 1263/5
**vote [39]** 1118/7 1126/21 1126/25
 1127/13 1134/1 1134/14 1134/19
 1135/2 1136/2 1136/19 1137/9 1137/25
 1138/2 1139/12 1141/1 1141/3 1141/8
 1142/20 1147/13 1147/25 1152/1
 1153/24 1154/8 1154/18 1155/8
 1155/17 1156/1 1156/6 1157/3 1157/21
 1157/25 1158/4 1164/5 1164/14
 1179/10 1197/20 1199/7 1239/16
 1257/10
**Vote's [14]** 1142/2 1142/2 1142/8
 1147/7 1153/15 1160/21 1160/23
 1162/6 1162/9 1167/6 1199/5 1199/25
 1200/15 1201/4
**voted [4]** 1193/13 1193/14 1194/6
 1203/19
**voter [44]** 1122/16 1122/21 1147/25
 1163/8 1164/6 1176/2 1179/20 1181/5
 1181/22 1184/4 1184/9 1184/9 1189/25
 1195/11 1196/13 1197/2 1197/16
 1201/22 1202/2 1202/4 1202/8 1203/16
 1204/19 1237/22 1238/16 1238/17
 1239/8 1240/6 1240/20 1240/22 1242/7
 1242/8 1242/9 1242/12 1244/1 1250/10
 1250/11 1256/7 1256/15 1259/23
 1260/12 1260/20 1261/14 1266/9
**voters [28]** 1125/3 1135/3 1145/9
 1158/6 1165/16 1165/20 1176/17
 1181/8 1181/9 1181/16 1181/16 1182/3
 1182/4 1182/7 1182/9 1182/12 1182/22
 1187/19 1188/14 1188/20 1195/10
 1195/14 1196/5 1197/17 1240/21
 1248/17 1256/9 1256/24
**votes [1]** 1258/4
**voting [3]** 1247/22 1253/8 1258/7
**VP [1]** 1224/14
**vs [1]** 1118/6
**vulnerabilities [2]** 1239/11 1256/16
**vulnerable [1]** 1246/7

**W**

**waited [1]** 1235/19
**waived [3]** 1210/2 1210/10 1210/12
**walk [1]** 1259/24
**want [30]** 1121/4 1131/18 1132/4
 1138/14 1138/20 1139/25 1140/1
 1151/3 1151/12 1156/14 1164/2
 1164/22 1166/3 1166/25 1167/22
 1172/2 1167/22 1170/16 1194/3
 1199/10 1203/14 1205/13 1205/24
 1211/17 1231/15 1250/14 1251/21
 1252/24 1257/15 1260/2
**wanted [20]** 1123/5 1151/18 1151/19
 1163/25 1168/15 1169/23 1172/3
 1194/24 1205/19 1209/7 1211/11

**W**

wanted... [9]  1215/25 1234/12 1238/4
1240/1 1246/14 1258/4 1258/7 1263/16
1267/11
wanting [3]  1145/9 1159/18 1247/11
warehouses [1]  1163/22
Warnock [2]  1191/1 1191/17
was [456]
wasn't [22]  1122/18 1147/21 1150/17
1169/25 1171/9 1210/6 1214/25 1215/2
1216/10 1227/19 1238/22 1241/3
1244/21 1245/2 1245/5 1245/13 1246/4
1246/4 1246/22 1247/17 1259/5
1261/20
waste [1]  1211/17
watched [1]  1175/13
watching [1]  1239/15
water [2]  1221/20 1223/10
Waters [5]  1231/24 1233/3 1233/4
1233/5 1241/24
way [28]  1130/14 1147/6 1151/20
1159/23 1161/24 1162/2 1179/3 1186/2
1189/25 1193/25 1194/6 1194/8
1197/10 1211/24 1215/4 1219/4
1220/23 1226/15 1227/6 1227/19
1230/6 1238/4 1247/10 1247/15
1247/20 1253/7 1256/18 1257/23
ways [4]  1169/24 1193/24 1246/18
1253/15
we [306]
we'll [17]  1125/16 1133/13 1133/20
1133/20 1133/23 1134/13 1149/16
1151/22 1155/6 1158/12 1205/4
1210/25 1241/3 1244/18 1244/18
1250/16 1271/20
we're [37]  1135/18 1141/5 1151/11
1156/22 1157/18 1161/19 1165/13
1176/6 1176/11 1184/4 1191/21 1197/9
1197/18 1205/3 1211/8 1212/5 1214/13
1214/14 1214/16 1214/20 1231/3
1233/12 1233/16 1236/18 1239/16
1239/16 1241/1 1246/15 1246/17
1248/23 1249/6 1249/22 1251/22
1255/22 1264/10 1269/25 1271/11
we've [6]  1176/2 1211/16 1231/11
1260/4 1266/5 1269/15
weaker [1]  1171/10
web [1]  1183/22
website [7]  1148/16 1148/24 1149/1
1149/4 1163/25 1164/5 1164/10
week [4]  1233/8 1233/11 1260/25
1270/14
weeks [1]  1224/22
weight [6]  1206/22 1230/2 1230/5
1230/12 1252/21 1253/12
WELCH [3]  1118/22 1273/6 1273/16
well [110]  1130/16 1131/3 1135/24
1137/6 1138/7 1139/24 1141/16
1145/11 1148/11 1148/22 1151/3
1151/4 1151/13 1162/21 1166/10
1166/15 1167/7 1167/13 1168/3 1171/2
1171/7 1172/6 1173/19 1174/1 1174/10
1174/16 1174/21 1174/22 1175/19
1178/6 1179/3 1179/12 1179/12 1181/6
1181/9 1181/17 1181/21 1182/1
1182/14 1183/11 1184/14 1185/5
1186/6 1189/21 1193/21 1194/23

1197/5 1197/13 1159/10 1200/6
1200/17 1200/18 1200/23 1206/25
1209/21 1210/15 1210/19 1214/11
1214/14 1214/17 1214/24 1216/12
1218/19 1219/25 1220/25 1222/14
1222/20 1224/1 1226/21 1228/15
1230/21 1230/22 1231/11 1232/25
1234/9 1234/17 1234/22 1235/24
1238/9 1239/9 1240/22 1241/2 1241/7
1242/19 1242/25 1243/14 1246/15
1247/2 1247/10 1248/3 1249/24
1250/15 1254/15 1254/25 1258/3
1258/6 1258/21 1259/10 1259/15
1260/8 1260/24 1261/2 1263/9 1265/2
1266/8 1268/5 1269/8 1269/17 1270/23
1271/17
went [12]  1167/19 1173/20 1175/7
1197/25 1198/11 1198/15 1216/25
1236/10 1248/8 1256/5 1262/11
1262/19
were [187]
weren't [6]  1128/10 1142/6 1158/7
1197/20 1230/16 1235/13
what [233]
what's [7]  1168/21 1176/12 1201/9
1208/12 1213/7 1216/21 1266/2
whatever [4]  1200/18 1200/18 1211/1
1229/13
whatsoever [2]  1175/14 1208/15
when [58]  1134/13 1139/16 1140/11
1143/18 1143/20 1148/23 1149/2
1155/17 1155/25 1158/16 1160/2
1160/9 1173/3 1175/5 1177/18 1178/24
1183/8 1185/25 1189/10 1195/23
1196/18 1202/3 1202/7 1202/11
1202/18 1212/14 1214/23 1216/4
1216/10 1216/25 1221/12 1221/15
1223/8 1229/13 1233/5 1233/23
1234/16 1234/23 1235/21 1235/21
1239/7 1239/11 1242/17 1245/15
1245/22 1252/5 1253/18 1254/25
1255/22 1256/15 1257/4 1257/4
1257/16 1258/13 1258/19 1258/21
1258/22 1259/15
where [36]  1128/21 1135/11 1137/13
1144/6 1145/8 1146/3 1149/14 1149/24
1161/1 1164/5 1166/7 1171/6 1176/6
1179/10 1181/11 1183/1 1183/3
1196/22 1197/20 1207/1 1207/8
1207/11 1221/10 1223/12 1224/14
1227/12 1228/18 1233/12 1233/13
1245/19 1246/6 1255/22 1260/2 1262/9
1264/3 1269/17
whereof [1]  1273/12
Whereupon [1]  1121/25
wherever [1]  1211/3
whether [25]  1124/13 1136/6 1136/9
1143/16 1147/3 1151/18 1154/2 1169/5
1179/14 1182/14 1193/14 1193/14
1206/21 1219/17 1225/9 1226/5
1227/13 1227/15 1229/25 1230/1
1250/10 1250/11 1250/12 1251/4
1251/18
which [38]  1129/5 1140/8 1140/14
1141/3 1142/11 1142/14 1147/21
1148/16 1153/5 1156/17 1162/6
1182/12 1183/22 1183/24 1184/20
1185/4 1185/6 1193/7 1195/8 1197/17

1203/9 1205/24 1206/4 1210/2 1210/17
1213/9 1213/22 1221/24 1224/25
1226/25 1229/7 1233/14 1236/7 1243/5
1245/21 1247/7 1265/6 1267/16
while [4]  1162/2 1212/19 1218/19
1249/14
white [1]  1222/8
who [41]  1134/3 1140/8 1146/7
1154/16 1161/15 1168/7 1169/20
1171/4 1171/11 1172/3 1182/3 1182/8
1182/13 1183/9 1187/19 1192/13
1194/6 1205/8 1206/13 1210/9 1226/18
1227/6 1230/21 1230/21 1231/16
1234/25 1238/10 1238/15 1244/15
1247/24 1249/12 1254/23 1258/11
1258/12 1259/23 1262/17 1263/12
1263/19 1264/18 1266/23 1266/25
who's [1]  1229/15
whole [7]  1158/16 1227/16 1237/5
1239/17 1243/14 1259/6 1260/14
wholly [1]  1196/10
whom [2]  1126/20 1141/4
whose [1]  1271/23
why [48]  1128/1 1130/7 1130/11
1131/14 1131/22 1142/14 1145/1
1151/25 1152/19 1152/23 1153/23
1157/14 1157/22 1161/22 1162/2
1166/20 1180/14 1181/4 1181/7
1189/19 1190/8 1192/4 1194/13
1200/10 1214/9 1215/17 1230/7
1231/14 1231/24 1234/7 1234/21
1235/8 1236/12 1236/20 1241/6 1242/6
1244/17 1244/25 1255/24 1256/1
1257/16 1258/4 1259/9 1263/8 1265/1
1268/25 1270/18 1270/23
wide [2]  1138/22 1151/15
wife [3]  1215/5 1220/16 1223/7
wild [1]  1164/17
will [19]  1/3 1121/9 1134/5 1145/13
1159/5 1160/14 1163/15 1165/10
1187/20 1193/3 1205/14 1207/20
1209/13 1209/18 1209/19 1209/20
1211/1 1211/21 1234/11
Williams [15]  1206/2 1206/3 1206/3
1206/11 1206/19 1206/20 1207/6
1207/12 1207/13 1208/5 1208/16
1209/17 1210/1 1210/9 1211/22
Williams' [1]  1206/9
willing [1]  1208/13
wired [1]  1238/4
wise [1]  1170/15
wish [2]  1136/12 1259/4
withheld [2]  1128/24 1129/2
within [22]  1123/13 1166/20 1166/21
1166/22 1180/22 1185/4 1220/25
1229/19 1234/6 1238/9 1243/3 1251/1
1253/10 1261/4 1263/21
without [5]  1177/10 1208/10 1208/14
1228/11 1237/16
witness [22]  1120/2 1121/11 1121/15
1121/22 1125/17 1205/14 1206/6
1207/7 1207/21 1209/13 1209/15
1210/20 1211/9 1211/10 1227/13
1228/17 1229/5 1229/15 1229/25 1231/4
1249/12 1267/15 1270/7
witness's [1]  1209/15
witnesses [2]  1211/15 1230/21
won't [1]  1197/5

## W

**wonderful [2]** 1247/15 1247/20
**word [15]** 1127/6 1127/6 1134/15
1138/12 1141/5 1141/6 1157/7 1187/13
1191/13 1208/3 1210/18 1229/6 1251/5
1252/24 1271/17
**words [9]** 1146/17 1158/20 1184/25
1197/12 1197/13 1210/11 1228/7
1231/22 1236/17
**work [29]** 1162/18 1162/24 1173/12
1174/7 1176/20 1180/13 1190/9 1194/1
1198/15 1198/16 1213/10 1213/19
1213/21 1216/5 1216/13 1219/5
1221/11 1222/8 1222/11 1223/15
1223/19 1224/20 1228/11 1233/21
1233/23 1242/21 1245/10 1250/10
1257/21
**worked [9]** 1166/4 1166/20 1183/19
1189/15 1225/12 1233/8 1247/4
1249/20 1259/25
**working [14]** 1136/3 1154/17 1159/6
1233/10 1233/13 1240/5 1240/22
1241/6 1243/1 1243/3 1245/17 1251/1
1256/20 1265/4
**works [3]** 1165/6 1243/7 1259/15
**world [2]** 1138/15 1219/8
**world's [1]** 1222/3
**worst [1]** 1222/24
**would [158]**
**wouldn't [1]** 1150/7
**wound [2]** 1159/10 1219/3
**woven [1]** 1215/22
**wrapped [1]** 1256/2
**write [12]** 1133/16 1133/19 1133/20
1138/9 1146/11 1146/14 1152/10
1170/15 1187/18 1193/13 1202/25
1211/1
**writes [1]** 1132/13
**writing [1]** 1169/10
**written [2]** 1126/18 1191/20
**wrong [3]** 1143/7 1240/16 1254/2
**wrote [8]** 1132/18 1132/21 1160/25
1161/2 1202/22 1210/9 1210/17 1236/1
**WYNNE [5]** 1119/13 1119/14 1209/21
1269/13 1270/7
**Wynne's [1]** 1208/15

## Y

**y'all [3]** 1151/18 1205/7 1271/22
**yeah [47]** 1125/19 1131/22 1137/4
1137/18 1137/22 1141/2 1141/7
1141/14 1144/19 1144/22 1146/10
1146/20 1148/6 1150/13 1150/14
1151/20 1152/13 1163/21 1167/2
1167/21 1171/24 1174/6 1174/24
1174/25 1178/20 1180/23 1181/19
1181/19 1187/23 1189/17 1202/6
1202/10 1203/13 1216/23 1223/15
1227/9 1227/23 1237/8 1240/3 1250/7
1253/1 1268/7 1268/9 1268/9 1270/12
1270/18 1271/10
**year [8]** 1210/4 1215/13 1225/21
1231/19 1233/17 1240/17 1242/13
1256/12
**years [21]** 1130/12 1132/16 1136/10
1136/15 1197/15 1198/12 1200/17
1214/7 1214/12 1217/22 1218/16

**yep [2]** 1137/20 1263/24
**yes [145]** 1121/23 1122/14 1122/23
1123/7 1123/10 1123/13 1123/20
1123/22 1124/23 1124/24 1125/11
1125/14 1126/6 1126/12 1126/17
1127/25 1130/10 1130/22 1130/24
1131/4 1131/13 1131/14 1132/10
1132/21 1133/2 1133/3 1133/8 1133/8
1133/16 1133/22 1134/20 1134/23
1135/5 1135/10 1136/8 1136/14 1137/8
1137/16 1137/20 1138/1 1138/9
1138/12 1139/15 1140/13 1141/2
1141/6 1143/2 1143/22 1145/15 1146/8
1146/13 1146/20 1148/18 1149/23
1155/11 1155/13 1156/20 1157/9
1158/2 1159/22 1160/16 1161/1
1161/20 1163/2 1163/10 1163/20
1164/9 1165/1 1165/19 1165/24
1165/25 1169/14 1170/12 1171/2
1172/1 1173/15 1174/23 1175/21
1176/19 1176/20 1177/1 1177/5
1178/21 1179/21 1180/11 1181/7
1182/6 1182/10 1183/25 1184/6
1185/14 1185/22 1186/14 1186/25
1187/9 1188/25 1189/20 1189/20
1190/23 1190/25 1191/11 1191/22
1194/24 1195/8 1195/12 1198/2 1198/4
1198/8 1198/10 1198/18 1198/21
1198/24 1200/10 1203/12 1203/21
1204/2 1204/7 1204/15 1204/20
1204/22 1208/18 1209/5 1209/5 1209/5
1210/5 1212/7 1213/6 1216/2 1218/3
1218/13 1230/10 1233/4 1234/2 1244/4
1254/10 1262/5 1263/7 1264/9 1264/16
1266/11 1266/13 1267/14 1267/21
1268/19 1269/2
**yesterday [1]** 1129/20
**yet [4]** 1125/5 1145/6 1199/22 1258/8
**you [795]**
**you'll [4]** 1150/1 1166/13 1189/10
1198/22
**you're [33]** 1132/1 1138/8 1140/15
1140/15 1144/6 1151/11 1151/25
1156/8 1159/7 1159/7 1159/18 1160/2
1160/4 1161/2 1161/14 1162/2 1162/15
1162/15 1166/7 1166/15 1171/12
1186/7 1187/9 1190/13 1201/3 1202/3
1208/16 1212/13 1217/4 1220/3
1227/20 1231/3 1233/10
**you've [18]** 1145/12 1145/12 1160/10
1191/19 1191/19 1191/20 1195/9
1195/13 1196/10 1199/18 1202/13
1228/13 1229/24 1232/13 1233/2
1236/18 1259/21 1260/6
**you-all [6]** 1122/16 1157/25 1206/10
1206/25 1269/9 1271/23
**your [227]**
**Your Honor [47]** 1121/6 1121/21
1123/21 1125/7 1125/13 1129/20
1129/25 1134/21 1135/9 1135/20
1141/12 1155/2 1157/16 1175/24
1177/9 1180/15 1180/18 1186/24
1187/8 1194/18 1198/22 1201/17
1204/24 1206/13 1207/3 1207/16
1209/7 1209/24 1210/5 1211/23

1226/23 1227/4 1228/2 1228/9 1230/9
1230/20 1236/14 1249/2 1249/22
1250/2 1251/21 1256/25 1268/10
1269/6 1269/11 1269/25 1270/4
**yours [2]** 1140/9 1251/5
**yourself [22]** 1124/20 1128/4 1129/10
1133/24 1154/24 1156/18 1156/21
1157/12 1170/9 1173/24 1186/19
1190/18 1195/20 1201/21 1202/1
1202/5 1204/14 1204/18 1227/21
1236/3 1259/7 1260/22
**YUN [1]** 1119/19

## Z

**Zoom [3]** 1134/18 1140/16 1141/8