The following is the PDF of an official transcript. Official transcripts may only be filed in CM/ECF by the Official Court Reporter and will be restricted in CM/ECF for a period of 90 days. You may cite to a portion of the attached transcript by the docket entry number, referencing page and line number, only after the Court Reporter has filed the official transcript; however, you are prohibited from attaching a full or partial transcript to any document filed with the Court.

```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
 2                     GAINESVILLE DIVISION

 3   FAIR FIGHT, INC., SCOTT          :
     BERSON, JOCELYN HEREDIA, AND     :
 4   JANE DOE,                        :
                                      :
 5          PLAINTIFFS,               :
                                      :
 6   vs.                              :   DOCKET NUMBER
                                      :   2:20-CV-0302-SCJ
 7   TRUE THE VOTE, INC., ET AL.,     :
                                      :
 8          DEFENDANTS.               :

 9

10

11    TRANSCRIPT OF BENCH TRIAL - VOLUME 6 PM SESSION PROCEEDINGS

12          BEFORE THE HONORABLE STEVE C. JONES

13             UNITED STATES DISTRICT JUDGE

14                  NOVEMBER 3, 2023

15

16

17

18

19

20    MECHANICAL STENOGRAPHY OF PROCEEDINGS AND COMPUTER-AIDED

21                 TRANSCRIPT PRODUCED BY:

22

     OFFICIAL COURT REPORTER:        SHANNON R. WELCH, RMR, CRR
23                                   2394 UNITED STATES COURTHOUSE
                                     75 TED TURNER DRIVE, SOUTHWEST
24                                   ATLANTA, GEORGIA  30303
                                     (404) 215-1383
25
```

1              **A P P E A R A N C E S   O F   C O U N S E L**

2

3    **FOR THE PLAINTIFFS:**

4

5         ALLEGRA J. LAWRENCE-HARDY
          MICHELLE L. McCLAFFERTY
          LAWRENCE & BUNDY, LLC
6
          UZOMA NKWONTA
7         JACOB SHELLY
          CHRISTINA A. FORD
8         TINA M. MORRISON
          MARCOS MOCINE-McQUEEN
9         LESLIE J. BRYAN
          ELIAS LAW GROUP LLP
10

11
     **FOR THE DEFENDANTS:**
12

13        MICHAEL J. WYNNE
          CAMERON POWELL
14        GREGOR WYNNE ARNEY PLLC

15        JAKE EVANS
          GREENBERG TRAURIG, LLP
16

17
     **FOR THE INTERVENOR (USA):**
18

19        DANA PAIKOWSKY
          JENNIFER J. YUN
20        TIM MELLETT
          JUDY BAO
21        AILEEN BELL HUGHES
          UNITED STATES DEPARTMENT OF JUSTICE
22

23

24

25

1    **I N D E X   T O   P R O C E E D I N G S**

2

3       **WITNESS**                                        **PAGE**

    DEREK SOMERVILLE

4

5       Direct Examination (Continued)
          By Mr. Powell                              1464
        Examination
6         By Ms. Paikowsky                           1530
        Recross-Examination
7         By Ms. Ford                                1532
        Redirect Examination
8         By Mr. Powell                              1560
        Recross-Examination (Further)
9         By Ms. Ford                                1565

10                              * * *

11   CERTIFICATE                                       1571

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT
OFFICIAL CERTIFIED TRANSCRIPT

```
 1            P R O C E E D I N G S

 2    (Gainesville, Hall County, Georgia; November 3, 2023.)

 3              THE COURT:  Y'all can be seated.

 4              MS. PAIKOWSKY:  Your Honor --

 5              THE COURT:  Hold on.  Yes, ma'am.

 6              MS. PAIKOWSKY:  If I may, just before we begin.

 7              Your Honor, if I may, very quickly before we begin.

 8    The United States wanted to be clear, very clear, that we have

 9    not taken any position on any of the facts in this case.

10              THE COURT:  I agree.

11              MS. PAIKOWSKY:  About any of the evidence in this

12    case, including any Facebook posts.  And to the extent that we

13    were discussing them, it was merely as an illustrative example,

14    just to be very clear again for the record.

15              THE COURT:  I understand y'all take no position.  And

16    you are responding to a question I asked you.  Again, I see

17    you-all are here solely to determine whether or not or to

18    defend the right of Section 11b of the Constitution.

19              MS. PAIKOWSKY:  Thank you very much, Your Honor.

20              THE COURT:  All right.

21              Yes, sir?

22              MR. NKWONTA:  Your Honor, I would like to raise one

23    issue very briefly that might -- that might impact the upcoming

24    examinations.

25              Yesterday -- I believe last night -- defendants filed
```

1    a trial brief relating to the examination of Mr. Somerville and

2    the scope of his opinions and --

3              THE COURT:  I'll be honest with you.  Thank you.  But

4    I didn't see it.  But go ahead.

5              MR. NKWONTA:  So I was wondering if the Court wanted

6    to address it now what -- and try to come to some pathway or

7    some -- you know, some -- to give some direction to the parties

8    as to what the scope is.

9              Because, otherwise it just leaves a lot of

10   uncertainty as we go question by question.

11             THE COURT:  Mr. Nkwonta, I was working on issues

12   regarding what came out of my summary judgment last night, and

13   I didn't go on the docket to look at it.

14             So first of all, thank you for bringing it to my

15   attention.  And I apologize.  I didn't see it.  And I didn't

16   read it.  So you may have to give me a second to get it and

17   read it.

18             MR. NKWONTA:  And if the Court would prefer to deal

19   with it question by question, we're fine with that as well.  I

20   just wanted to give you the opportunity to discuss it with the

21   parties before --

22             THE COURT:  While you're standing there, give me a

23   two-minute synopsis of what it says.

24             And I'll give y'all the same opportunity.

25             MR. NKWONTA:  Sure.  I'll try my best to accurately

 1    represent the brief.  But it basically makes the point that

 2    Mr. Somerville has developed, you know, experience in some of

 3    the -- in NCOA analysis and some of the other types of analysis

 4    discussed yesterday through his work experience.  And based on

 5    that experience -- and it cited some Eleventh Circuit case law

 6    as well.

 7              So based on that experience, he should be able to

 8    offer his lay witness opinion on the impact of those running

 9    those processes, but also, he should be able to offer a

10    response to some of the claims that have been made about True

11    the Vote's challenge list and the accuracy of True the Vote's

12    challenge list.

13              And I'll invite opposing counsel to supplement what I

14    said if I --

15              THE COURT:  Thank you.  Thank you.

16              MR. POWELL:  Sure.  Your Honor, I mean, a couple of

17    things.  We think that these things are within the witness'

18    capability under Rule 602.  They are fact witnesses.  They

19    prepared their own spreadsheets.  They analyzed their own

20    spreadsheets.  They counted up what was in them.  Curious about

21    Dr. Mayer's report.

22              Derek Somerville also looked at True the Vote's

23    spreadsheets, counted up rows, found errors.  This is within

24    his perception.

25              But some of this goes not even to what is -- you

1    know, what's in a spreadsheet, but simply a defendant's belief

2    about what they were doing and whether it was compliant with

3    the law as they understood it.  This goes to recklessness.

4         So I think they need to be able to talk about what

5    they were doing.  Were they collaborating?  This has been a big

6    point of the plaintiffs, was that there was some kind of

7    collaboration.

8         So we'd like to have them be able to talk about what

9    they -- what they knew at the time, what they were doing and

10   thinking.

11        THE COURT:  Mr. Powell, I'm not going to allow -- I'm

12   very respectful of Mr. Somerville, as I am all the witnesses.

13        First of all, I'm not going to allow Mr. Somerville

14   to start telling me what True the Vote meant to do and

15   interpreting what they were doing.

16        The extent I'll allow Mr. Somerville to testify I

17   allowed yesterday when Ms. Ford had him on cross.  I'm not

18   going beyond that.  It wouldn't be fair to the plaintiffs to

19   allow Mr. Somerville to go beyond what I allowed yesterday.

20        I haven't read it.  But based on what I hear you say,

21   you're almost asking me to allow Mr. Somerville indirectly as a

22   very knowledgeable layperson to testify as an expert.

23        So what I allowed Mr. Somerville to do yesterday is

24   the extent I'm going to allow him to go.  Not beyond that.  Any

25   questions that get beyond that, I will sustain any objections

1   on that matter.  And I note your exceptions to my ruling.

2         What's next?

3         MR. POWELL:  I think we are resuming with

4   Mr. Somerville.

5         THE COURT:  All right.

6         Mr. Nkwonta, who is going to be crossing

7   Mr. Somerville?

8         MS. FORD:  I am.

9         THE COURT:  Ms. Ford, if they go beyond that, you

10  stand up and object.

11        MS. FORD:  Thank you, your Honor.

12        THE COURT:  I really don't want to stop for 15

13  minutes to read this.  I think I know what's in it, so let's go

14  with what I just said.  I think Mr. Powell knows where I'm

15  coming from.

16        Mr. Somerville, come have a seat back up here.

17        Mr. Somerville, come have a seat back up here.

18        Good afternoon, sir.

19        Mr. Somerville, I remind you, you're still under

20  oath.

21        THE WITNESS:  Yes, sir.

22     Whereupon,

23                     DEREK SOMERVILLE,

24     after having been previously duly sworn, testified as

25  follows:

```
 1                    DIRECT EXAMINATION (Continued)

 2    BY MR. POWELL:

 3    Q.   Good afternoon, Mr. Somerville.

 4    A.   Good afternoon.

 5    Q.   We left off yesterday, I believe, talking about the

 6    challenge Mr. Gasaway submitted in his county.

 7         Are you familiar with what county that was?

 8    A.   I am.

 9    Q.   Do you know if he actually submitted the names that you

10    gave him?

11         Or do you have any idea what he did with the names that

12    you gave him?

13    A.   I do not.

14    Q.   Do you know if he -- strike that.

15         You created some templates for challengers to potentially

16    use with their county boards of election; is that right?

17    A.   Yes.

18    Q.   Are you aware of Mr. Gasaway using one of your templates?

19    A.   No.

20    Q.   Are you aware of whether he sent his own email to his

21    county board of election?

22    A.   There is an exhibit on file of the email that he used to

23    communicate the challenge, and it is not our language.

24              MS. FORD:  Your Honor, we have an objection to the

25    extent that he's testifying to an exhibit that is not in
```

```
1   evidence.
2           THE COURT:  Sustained.  If it's not in evidence, you
3   can't testify about it.  Sustained.
4           MR. POWELL:  Your Honor, may I show the witness the
5   exhibit that he's referring to?
6           THE COURT:  Yes.  Yes.
7           MS. FORD:  What number is this?
8           MR. POWELL:  This is Defendants' Exhibit 77.
9           MS. FORD:  Your Honor, we -- we objected to this on
10  the basis of hearsay and authenticity.  And we still object on
11  that basis.
12          MR. POWELL:  Neither of those objections, Your Honor,
13  pertains to the question I'm about to ask him, which is whether
14  this reflects any language he's ever used with any of the
15  challengers.
16          THE COURT:  He's trying to use it to refresh his
17  memory?
18          MR. POWELL:  Yes, Your Honor.
19          MS. FORD:  This is not his email, so I'm not really
20  sure how it could refresh his memory.
21          THE COURT:  You can refresh somebody's memory with
22  something they didn't produce.  And there's law directly on
23  that.  So it doesn't have to be something they produced to
24  refresh their memory.
25          I'll allow you to let Mr. Somerville look at it.
```

1    And one thing -- and I haven't been enforcing this --

2    is that you need to take it back after rather than just leaving

3    it up there.

4    BY MR. POWELL:

5    **Q.**   Mr. Somerville, does this email resemble the language that

6    you gave to challengers to submit?

7    **A.**   It does not.

8    **Q.**   Does it contain any of the attachments that you gave to

9    challengers to submit?

10   **A.**   I don't know what was attached to this email.

11   **Q.**   Does it refer to you or Mark Davis anywhere?

12   **A.**   It does not.

13        THE COURT:  He can't testify from it.  He's supposed

14   to use it to refresh his memory.

15        MR. POWELL:  All right.  That's all for that,

16   Your Honor.

17   BY MR. POWELL:

18   **Q.**   To your knowledge, Mr. Somerville, was any voter made

19   aware of a challenge that you know to have come from your list?

20   **A.**   To my knowledge, no.

21        MS. FORD:  Your Honor, that calls for speculation.

22        MR. POWELL:  Not to his knowledge.

23        THE COURT:  I think he said to his knowledge.  I

24   think he said to his knowledge.  I'll allow that.

25

1   BY MR. POWELL:

2   **Q.**   Were you surprised that no board of election accepted your

3   challenges?

4   **A.**   I've been asked this question before.  I generally respond

5   it's difficult to know what the government is going to do, when

6   it's going to do it, why it's going to do it.

7        So I don't know if I'd characterize it as surprised.  It

8   might also be my personality.  When somebody asks me if I'm

9   surprised, I don't know that I was surprised.

10       I simply don't know how the individual boards are going to

11  make their determinations.  And I also understand that they

12  have -- per Mr. Germany, they have subjective discretion over

13  that decision.

14  **Q.**   Uh-huh (affirmative).

15  **A.**   So it is very difficult to know how one county would

16  respond versus another.

17  **Q.**   Did you ever look into what became of the voters on your

18  NCOA voter list?

19  **A.**   In terms of a post election analysis?  Yes, I did.

20  **Q.**   When did you do that?

21  **A.**   On a couple occasions, but most recently in August of this

22  year.

23  **Q.**   And would counting up the whereabouts of the different

24  voters tell you about what they had done after your challenges,

25  where your challenge file was created?

1   **A.**   So it may be helpful to just give the Court a little

2   explanation.

3            THE COURT:  I hear an objection.

4            MS. FORD:  Your Honor, I think we have multiple

5   objections to this that we'll get to, but I think we can start

6   with that this is calling for hearsay.

7            THE COURT:  I'll allow Mr. Somerville to testify to

8   he checked up on it.  But he can't say what it says because

9   it's hearsay.

10           MR. POWELL:  I'm sorry.  Can't say what, Judge?

11           THE COURT:  He can't say what the results was.  He

12  can say he checked up on what happened with his challenges, but

13  he can't say what it was because he'd have to read it off of

14  something else and that's hearsay.

15           MR. POWELL:  Your Honor, I believe he testified that

16  he had prepared his own analysis.

17           THE COURT:  He prepared them -- well --

18           MS. FORD:  Yeah, Your Honor.  He had to get the

19  information from somewhere.

20  BY MR. POWELL:

21  **Q.**   Well, let me ask you:  Did you do any -- make any effort

22  to find out what had become of the various challenges on your

23  list?

24  **A.**   I did.

25  **Q.**   And what did that entail?

1    **A.**   It's actually a pretty simple process.  I won't discuss

2    the results unless --

3             THE COURT:  Yeah.  No, don't get into the results.

4    You can tell us what the process was.

5             THE WITNESS:  Yes, sir.

6             So it's really quite simple.  If you have a point in

7    time -- it's effectively confirming your predictive assumption.

8             If there's a point in time in -- towards the end of

9    2020, where you had established that you believe somebody had

10   moved, you can go to the current voter file -- almost three

11   years later -- and check and see if that, in fact, had

12   happened.  Has there been a change with that voter from the

13   period that you looked at them, in December of 2020, and where

14   are they now?

15            And it was a simple matter of just looking at them

16   both and going, okay, Person A, this is not a result.  Person A

17   was in this status at this location, and Person A is still at

18   this status at that location.

19            Or conversely, they're not at that status anymore or

20   they're not at that location anymore.

21            And so what I did is a row-by-row account of --

22            THE COURT:  Does that not leave out a couple of

23   steps?  Person A is at this location in 2019.  Okay?

24            THE WITNESS:  Sure.

25            THE COURT:  On 2021, Person A is still there.  But

1  what if Person A is going to college?  They would still be

2  there.  That doesn't mean that they are not a valid and legal

3  voter where they are voting at.

4          THE WITNESS:  Right.

5          THE COURT:  Or as I was discussing at lunch today, we

6  live in a cosmopolitan world now.  You know?

7          THE WITNESS:  Yes, sir.

8          THE COURT:  Person A could be -- could have their

9  mail sent to Location A.  But they're still a registered,

10  legal, valid voter.

11          THE WITNESS:  Absolutely, sir.

12          THE COURT:  So is it that simple then when you look

13  at it; say, well, they are still here, so it still should be

14  valid?

15          THE WITNESS:  Well, it isn't, sir.

16          THE COURT:  Okay.

17          THE WITNESS:  As you might not be surprised to hear,

18  there's another funnel.

19          THE COURT:  All right.  Go ahead.  Knowing you.

20  Okay.

21          THE WITNESS:  There's another funnel.

22          THE COURT:  All right.

23          THE WITNESS:  So there are some conclusions that are

24  unequivocal.  If somebody were an active voter at that point in

25  time and the state has since removed them, that's just clear,

1    that's done.

2           If that state -- if that individual were an active

3    voter and now they are an inactive voter, the state gives you a

4    reason why they're an inactive voter.

5           So if you indicated that there was an issue on the

6    basis of NCOA and the state later shows that they agreed with

7    you, they engaged in the process as was -- as the DOJ

8    intimated, then, you know, the state has actually engaged that

9    individual and also to determine that they are an inactive

10   person due to NCOA.

11          And there's a few reasons why you can become

12   inactive.  And they gave those to you in the file, which is

13   available for $250.

14          Another scenario is when you identified that voter,

15   and you said -- and you saw that they are registered at

16   Location A, but you believe they've permanently moved to

17   Location B, now you go to the current file, and sure enough,

18   they've since gone back and updated their registration to the

19   address that you suggested they had moved to.  That is also a

20   form of self-confirmation by the voter.

21          And then the scenarios you talk about, sir, those

22   just don't give you much insight at all.  Right?  So they are

23   not necessarily providing confirmation.  But those first three

24   buckets do provide confirmation.

25          THE COURT:  I can see that.

1       THE WITNESS:  Okay.

2       MR. POWELL:  Your Honor, Mr. Somerville essentially

3  verified the predictions that he had made previously, which the

4  plaintiffs have said were unreasonable predictions.

5       MS. FORD:  Your Honor, this is the essence of our

6  objection, that he cannot testify to the reliability or

7  accuracy of his challenges.  That was something that would have

8  needed to be disclosed before now.

9       THE COURT:  I think I heard the testimony from

10  Mr. Somerville, and it's up to me to give it what weight I want

11  to give it.

12       I don't think you can go into more detail than that

13  without violating what I've already kind of indicated I would

14  not allow.

15       But Mr. Somerville has made his steps and procedures

16  quite understandable to the Court.  Let me put it that way.

17       MR. POWELL:  Thank you, Your Honor.

18  BY MR. POWELL:

19  **Q.**   Mr. Somerville, did you contact any of the voters on your

20  challenge list?

21  **A.**   I did not.

22  **Q.**   Did you communicate in any way?

23  **A.**   I did not.

24  **Q.**   Back in November of 2020, you've indicated a number of

25  problems you saw with the voter rolls and with, I believe, the

```
 1    confluence of a stale voter roll and an absentee ballot form
 2    sent out by the state.
 3         Were you comfortable that the state was handling that
 4    process in a way that made sense to you?
 5    A.   I wasn't.
 6         And can I expand?
 7              THE COURT:  Yeah.
 8              THE WITNESS:  It may not have been reasonable to
 9    assume them to have been able -- to be prepared.  I don't
10    believe there is a playbook for what happened to us in 2020.
11    Because there's -- that confluence is a number of variables.
12              COVID pushed our elections into a reliance on the
13    U.S. mail that we've never seen.  We had a 6.2 -- 6.5 time
14    increase in absentee ballots.  So we went from about 200 to
15    250,000 rough absentee ballots in the 2016 election.  And we
16    soared past 1.2 or 1.3.
17              So the boards were over -- I mean, there was just --
18    not the boards, because I'm not quite sure where those go.  But
19    the capacity had been exceeded.  Because it is kind of like
20    when we get snow and it shuts everything down, because we don't
21    need to have equipment for it, because it happens seldom.
22              So COVID drives an unprecedented reliance on U.S.
23    mail, which forces reliance on the addresses.  Much of the
24    issues that we discovered probably wouldn't have manifested if
25    it was a normal election cycle.  But I hope we can agree it
```

```
 1   wasn't a normal election cycle.
 2          At the same time, it was still legal for
 3   non-Government entities in this state to send absentee ballot
 4   requests.  So all of us were getting those.  And the request --
 5   a form to request your absentee ballot.
 6          At the same time, the Secretary of State issued
 7   6.9 million unsolicited absentee ballot requests, and this --
 8          MS. FORD:  Your Honor, I object to stuff that is not
 9   in evidence.
10          THE WITNESS:  Well, this is my take on what was
11   occurring at the time.
12          MR. POWELL:  Your Honor, this gentleman is accused of
13   recklessness in his thinking.
14          THE COURT:  I'm going to allow him to answer that
15   question, Ms. Ford.  I'm going to allow him to answer this
16   question.  And you can cross him on some of it.
17          Let's don't get too far afield.
18          THE WITNESS:  I'm trying to get to that question.
19          THE COURT:  I'll allow it.
20          THE WITNESS:  So COVID, absentee ballot growth.  6.9
21   million unsolicited absentee ballots.  Then we had the
22   provocators that are coming in and espousing their theories.
23   So there was a lot going on.
24          But from a mechanical perspective, what that resulted
25   in -- and all of this is public information, and we haven't
```

 1    touched on this.  But I think that Mr. Turner is a good example

 2    of it and Ms. Heredia as well.

 3           What happens when you have an absentee ballot and you

 4    have -- and it's to be forwarded.  In that election,

 5    Fulton County alone had 50,000 absentee ballots that were

 6    canceled.  And in the runoff election, there were 150,000

 7    absentee ballots that were canceled.

 8           THE COURT:  Let me say this to Ms. Ford.  The numbers

 9    that Mr. Somerville is giving, I'm not accepting them as true.

10           Okay?

11           MS. FORD:  Thank you.

12           THE COURT:  Not that I'm saying you're not -- it's

13    just Ms. Ford is right, you have to have some evidence of it.

14           THE WITNESS:  I understand.

15           THE COURT:  But I'm allowing you to say it to explain

16    how we got to where we're at.

17           THE WITNESS:  Thank you.  Because it goes to my state

18    of mind.

19           So when you look at those volumes, it just really did

20    create what I would consider this perfect storm.

21           And most of us and most organizations don't have a

22    manual on the shelf that says perfect storm.  But that is what

23    happened.  And I think -- I think the Secretary of State was

24    well intended.

25           But what that decision did is it meant that people

1   were being mailed an absentee ballot request -- request, not

2   the ballot, which would get forwarded.

3           So somebody who recently moved, a good citizen, an

4   honest person got an unsolicited official piece of

5   correspondence from the Secretary of State that said you can

6   request your absentee ballot.  It didn't say anything other

7   than that.

8           So why not request it?  What if they thought, oh, I

9   can still vote.  I won't go register at my new place.  I don't

10  need to do that just yet.  And I'm a stickler for the law.  But

11  I understand why somebody would not rush out and update their

12  driver's license.

13          And so there was this scenario where could people

14  have inadvertently voted because of the best intention of the

15  Secretary of State sending all these absentee ballot request

16  forms out.

17          And the last thing I'd add is subsequently, the

18  legislature removed the ability for him to do that because of

19  some of the problems that that caused.

20  BY MR. POWELL:

21  **Q.**   Let's talk about a minute the timeline of you and

22  Mr. Davis.

23      You began your NCOA voter list project, I believe you

24  said, mid-November or late November?

25  **A.**   Mid to late -- late November is when I met Mark.  But it

1    launched in earnest.

2    **Q.**    And were you working on that every day?  Every other day?

3          How much time did you put in?

4    **A.**    We were relatively obsessive about it.  And again, as I

5    talked about, the genesis of the effort was just to understand

6    what was going on.  Section 230 had not been envisioned as a

7    potential vehicle to address it.

8          But there was just so much within the data that we were

9    finding that was really bad.  And I think it's worth noting

10   when Mark ran the NCOA on the file and it returned some 580,000

11   records, that's -- that's not insignificant.

12         And so that alone raised curiosity, as well as the other

13   factual elements that come out of that processing, the post

14   offices and those sort of things.

15         So I think at that time -- I hate to -- it's a bad

16   analogy, but it's a couple of eager kids with their Halloween

17   candy.  We really wanted to unpackage it and try to understand

18   what was going on.

19   **Q.**    So by what point was your list whittled down to the

20   eventual 39,000 or so names?

21   **A.**    Well, it was -- it was a heck of a process.  There's a

22   number of steps.  But a lot of activity happened within those

23   steps.

24         And you can go back up the funnel.  You go down the

25   funnel.  You go back up the funnel.  You know, it isn't -- it

1  is not a serial process where just you go A, B, C, and D.  Not

2  if you're -- not if you're going to be truthful in the process.

3  There's a lot of back and forth.

4      But we arrived at that final number after a lot of

5  scrutiny, including third-party review, the morning of the day

6  that Ron Johnson called me to inform me of True the Vote.

7  **Q.**   That was December 15?

8  **A.**   I believe so, yeah.  And it's memorialized on our

9  documents.  But it was prior to me knowing that True the Vote

10 was in the state.

11 **Q.**   And when did you begin making lists available to potential

12 challengers?

13 **A.**   If my memory serves me correct -- you know, again there

14 were a lot of individuals that I knew that were aware of the

15 broader -- Boswell is what -- as Mark called it, that we

16 were -- we were looking in the data.  And so there were

17 individuals that knew we were directionally headed that way.

18     But, you know, I think the stamp on my public Facebook, I

19 believe, was the 18th.  I believe.  This is 2020.

20 **Q.**   And what happened on the 18th?

21 **A.**   Well, I believe that's the day that I put the volunteers

22 post up.

23 **Q.**   Seeking volunteers?

24 **A.**   Correct.  Yeah.  Just anybody that was interested in

25 participating.  And that didn't -- it didn't articulate

```
 1   Section 230.  It just had a voter integrity project.

 2   Q.   And is that when you put files in a Dropbox?

 3   A.   Well, I have never put any files in a Dropbox.  But the

 4   Dropbox was established by Mark.  And he was its custodian,

 5   so -- and that link was never made public.  It was given to

 6   individuals if that is how they wanted to receive their file.

 7        And it was a specific link that was given to you.  It was

 8   a key.  So it's not -- it wasn't a wide open door that people

 9   could come walking through.  If you didn't have the link that

10   was provided to you, you wouldn't have any idea that that

11   Dropbox existed in the universe.

12        Nor did we ever reference a Dropbox in any of the

13   postings.  That wasn't part of it.

14   Q.   Do you recall when you first sent a communication to

15   interested challengers to discuss the challenge process?

16   A.   I'm sorry.  Could you repeat that.

17   Q.   Do you recall when you first sent a communication to the

18   interested challengers to discuss what was going to happen

19   next?

20   A.   Well, as soon as I put the message out that we were

21   looking for volunteers, the response was pretty quick.  Again

22   from largely people I know, because it is my private Facebook.

23   And Jake is correct.  I do not have 5,000 followers.  I don't.

24        So it was pretty -- it was pretty quick.

25   Q.   What media did you use to send out that communication to
```

1   the potential challengers?

2   **A.**   It was the private messaging app in Facebook.

3   **Q.**   Okay.

4   **A.**   In other words, unless you get onto my Facebook, you would

5   not see these messages.

6   **Q.**   Did you also use email with them?

7   **A.**   After we had the discourse about what this is, you know,

8   what we believed, we were -- all of that exchange.

9        Again, as I think I have already testified, it wasn't they

10  raised their hand and you sent them it.  There was an

11  explanation of all of it prior to.  But if there was interest,

12  then most of the time, it resulted in an email.

13  **Q.**   Do you recall sending an email on December 16?

14  **A.**   Do I recall?

15  **Q.**   Do you recall sending an email to them on December 16

16  about their challenges?

17  **A.**   I don't have a recollection of December 16.

18  **Q.**   Would seeing the email refresh your recollection?

19  **A.**   It would.

20       MR. POWELL:  All right.  Do you have one?

21       MS. FORD:  Yeah, and we -- Mr. Powell, we don't

22  really have an objection.

23       MR. POWELL:  Your Honor, I am one copy short.

24       THE COURT:  I don't need it.  I don't need it.  If

25  you're just going to refresh his memory, I don't need it.

```
 1            THE WITNESS:  Thank you.

 2   BY MR. POWELL:

 3   Q.   Just to begin with, do you recognize that?

 4   A.   I do.  Yes, sir.

 5   Q.   Does that help you to recall the date?

 6   A.   It is -- it does.  December 16.

 7   Q.   Without looking at the document, do you recall what you

 8   were trying to convey to them in generality or even more

 9   specifically?

10            THE WITNESS:  May I refresh just a second more?

11            THE COURT:  Yes.

12            THE WITNESS:  Thank you.  Okay.

13            Yeah.  It was largely an overview of, I believe --

14   and I need to look at it again.  The premise behind the

15   election challenge, it references the statute.

16            There's some bullets on there about -- that describe

17   the funnel that we've talked about, those that came out.  It

18   wasn't exhaustive, but it gave individuals a good sense of what

19   that was.

20            There was a disclaimer on it in bold, because we

21   wanted to be very clear about this in all of our communication

22   that we weren't accusing anybody of doing -- of any wrongdoing

23   or anything deliberate.  I think that's a common theme that ran

24   through our communication with anyone that volunteered and our

25   communication publicly.  And it's in bold.  It can't be missed.
```

1    　　　　　But that was generally an overview.  I don't know --

2    I don't recall how often or how many times that went out, but

3    that's definitely my email.

4    BY MR. POWELL:

5    **Q.**   And on the back page, do you recall the different

6    documents that you ended up sending the challengers for their

7    use?

8    **A.**   There are a number of documents listed, yep.

9    　　　　So file types, as we talked about, the Excel spreadsheet,

10   there was a PDF version of it.  There's other instructions in

11   there.  And it's quite possible that this was refined a little

12   bit over time.  But I believe this is the initial draft.

13   **Q.**   And this is your draft?

14   **A.**   Yes, sir.

15   　　　　　MR. POWELL:  Your Honor, I'd like to move this into

16   evidence.

17   　　　　　MS. FORD:  No objection.

18   　　　　　THE COURT:  Which number is that?

19   　　　　　MR. POWELL:  Number 38 of defendants, Your Honor.

20   　　　　　THE COURT:  It is admitted without objection.

21   BY MR. POWELL:

22   **Q.**   You mentioned you -- well, I don't want to mischaracterize

23   it.

24   　　　　When did you first become aware of True the Vote?

25   **A.**   It was December 15th, I believe.  Again, I believe it was

```
1    the 15th.  But I could be wrong.  It's three years ago.

2    Q.   Had you heard of True the Vote at that point?

3    A.   I had not.

4    Q.   And walk us through the process of being introduced to

5    them.

6    A.    It wasn't terribly remarkable.  I got a call from

7    Ron Johnson, and he said the group was in the state.  And he

8    brokered an introduction, which I had no reason to reject.  So

9    we were introduced.

10   Q.   And when did you first speak to someone from

11   True the Vote?

12   A.   On that same day.

13   Q.   Who was that?

14   A.   Catherine Engelbrecht.

15   Q.   Did you make any plans after that?

16   A.   We had dinner that evening.

17   Q.   Why did you think that True the Vote wanted to talk to

18   you?

19   A.   Well, at the time -- I mean, there's more clarity now post

20   event.  But at the time, my perspective was that there was a

21   lot of individuals talking about election integrity.  Mark and

22   I were very interested in election integrity.  Ron knew that

23   about me.  Ron and I have been personal friends for quite some

24   time.

25        So I assume it was just individuals who assumed there was
```

1    a common purpose or a common interest.  It wasn't very unusual,

2    and it wasn't very remarkable at the time.

3    **Q.**    Why did you agree to talk to True the Vote?

4    **A.**    Well, there were a couple of reasons.  I was interested --

5    as I said before, I was sensitive to groups that were coming in

6    from out of the state.  I had exposure to a number of them, and

7    I found -- that I found objectionable, right, individuals that

8    tried to recruit, you know, myself or Mark into their efforts

9    and, you know, we were not interested in.

10       I care deeply for my state.  You know, I know I should

11   care about Kentucky now, but I care deeply for the state.  I

12   felt an obligation to the people that I knew around me.  And I

13   was interested in whether or not these individuals had the best

14   interest in the state or why they were there, so I didn't see

15   any reason not to meet with them.

16   **Q.**    What was the extent of the dinner conversation that you

17   had?

18   **A.**    You know, it was your typical the first time you've ever

19   met somebody dinner.  So there's a fair amount of introduction,

20   a fair amount of casual conversation.

21       The topics ranged from, you know, perceptions of what was

22   going on just -- I mean, at that point in time, everybody is

23   talking about the election.  So it's hard to sort that from all

24   the conversations that were taking place at that time.

25       But I learned a little bit about who they were.  They

1  learned a little bit about -- from me on what I thought the
2  general political landscape was.  Nothing specific.  And I
3  don't believe I made any introductions to any politicians that
4  evening or ever, for that matter.
5      But it was a pleasant -- it was a pleasant evening.  I
6  learned a little bit about the fact that they were
7  contemplating challenges, but we didn't go into great detail
8  about that.
9      I remember one factor about the challenge, their challenge
10 from that evening, and I'm certain that we suggested that we
11 were going to file them too, but it didn't go past that.  These
12 are people that up until that point in time, I had never heard
13 of and had never met.
14 **Q.**  Did you ever come to learn about their process or
15 rationale in great detail?
16 **A.**  Not in detail, no, sir.
17 **Q.**  As a result of that meeting, did you change anything about
18 your own strategy with your list and your volunteer effort?
19 **A.**  Well, as I testified earlier, Mark and I had stamped our
20 file done earlier that day.  And so there was never any
21 modification of our approach.
22     There was never -- you know, our -- the NCOA list was
23 never touched after that.  And there was no adjustment
24 whatsoever to our language, the discourse that we had with
25 volunteers, our approach.  None at all.

1486

```
 1          The reality is, it's just individuals that we had just
 2    met, so there was no reason for them to have that level of
 3    influence over us.
 4    Q.    Was there ever a point where you examined any part of
 5    True the Vote's lists or spreadsheets?
 6    A.    There was.
 7    Q.    When was that?
 8    A.    Four weeks ago.  So up until prepping for trial, I had
 9    never laid my eyes on their data.  I wasn't familiar with it at
10    all.
11    Q.    How long after that dinner did you get sued in this case?
12    A.    Nine or ten days.
13    Q.    During that time between the dinner and its concomitant
14    lawsuit, did you ever set up a war room with True the Vote?
15    A.    I did not.
16    Q.    Did you do daily stand-up meetings?
17    A.    I did not.
18    Q.    Did you compare your NCOA voter list?
19    A.    Never once.
20    Q.    Did you coordinate volunteers?
21    A.    Not once.
22    Q.    Did you do phone calls with OPSEC group?
23    A.    We had -- no.
24          Well, I didn't know OPSEC group existed until recently.
25    We spoke with Gregg Phillips the next day, and it was really an
```

1    introduction between Gregg and Mark because they're both data

2    guys.  So there wasn't a lot of utility for me.

3         But that was a call that lasted 40 minutes, 45 minutes.

4    But we -- that was more around data definitions.  And I think I

5    described it at the time as a nerd-to-nerd chat.

6         But no, that was the extent of it.  I had never seen

7    Gregg Phillips and, candidly, Catherine again until we arrived

8    here in Gainesville.

9    **Q.**   Well, I know it hurts to feel left out of the nerd group,

10   Mr. Somerville, but I think you qualify.

11   **A.**   I don't think you've ever been left out of that group,

12   so...

13   **Q.**   Did you ever have meetings or calls one-on-one with anyone

14   from True the Vote?

15   **A.**   I think Catherine and I spoke a few times, yes.

16   **Q.**   Did you talk about preparing the list and the criteria for

17   your challenges?

18   **A.**   We did not.

19   **Q.**   After that dinner, what is the next --

20   **A.**   Can you -- can you repeat that question?  I want to make

21   sure I answered that properly.

22   **Q.**   Well, I will try.

23   **A.**   Yeah.

24   **Q.**   I think I asked if you had had any one-on-one meetings or

25   phone calls with anyone from True the Vote.

**A.**     Okay.  So yeah.  Again, I had spoken to Catherine a couple

of times.  But there was -- nothing from that altered any

course of action that we were taking.

**Q.**     So after the dinner on December 15, what is the next

interaction you had with True the Vote?

**A.**     It was pretty limited.  So the next morning, there was

that discussion between Mark and Gregg.  There was -- I believe

I facilitated a call between Catherine and Pamela Reardon,

because Pamela was upset about something.  So that wasn't -- I

wasn't coordinating Pamela as a volunteer.

     But Pamela was upset about something.  And I thought, if I

can remember correctly, that True the Vote might have some

experience in the area, because I did not.

     The last organized call, a few days later, there was a

conference call that I think I've already testified to that I

attended.  But I was, again, driving down the road in the rain.

So I don't recall the whole substance of that call because it

was difficult to track.  It wasn't centered on us.

     That was about the extent of it.  And then -- and a fair

amount of text exchanges.

**Q.**     Do you recall when True the Vote issued its press release

about their challenges?

**A.**     Well, I certainly remember when they launched it.  But I

think it was the 18th.  So about two and a half days or so

after I met them.

1     So I met them on a -- I think it was a Tuesday night, so a

2  Wednesday, and then, I think, Thursday, that went out.

3  **Q.**   At dinner, had you discussed issuing a press release

4  yourself or in conjunction with True the Vote?

5  **A.**   No.  No.

6  **Q.**   Were you sent a draft of the press release?

7  **A.**   I was.

8  **Q.**   Did you provide any input?

9  **A.**   I did.

10  **Q.**   What was that?

11  **A.**   I wanted to include Mark.  I think -- you know, obviously,

12  I've looked back on that press release a few times since then

13  because that might have something to do with why I'm sitting

14  here.

15     Probably a moment of vanity.

16        THE COURT:  Do you think so?

17        THE WITNESS:  It may, sir, yes.  It's got a little

18  role.

19        Mark has been trying to bring attention to this issue

20  for a long time.  And the idea of that press release, including

21  Mark in it, to highlight him as somebody who's working on voter

22  integrity, perhaps a bad judgment at the time, but I was -- I

23  was -- I thought that was a good idea.

24        And I went back and I read it, because, candidly, I

25  didn't remember what it said.  But it did indicate that they

1   were working alongside with us as people.  It didn't say they

2   were working with us or we were working for them.

3             But, you know, again, maybe it was a moment of

4   vanity.  It was like, oh, we can be in a press release.  And

5   let's get Mark in it.  Because he's the guy that has been the

6   evangelist for this problem for a long time and nobody would

7   listen to him, but...

8             So that was the motivation.  And I don't know if I

9   adjusted some language to make sure we were framed properly.

10  But I think that the most meaningful point of feedback was,

11  hey, Mark deserves some recognition.  He's been working hard at

12  this.

13  BY MR. POWELL:

14  Q.   Was it your impression that anyone at True the Vote at

15  that point knew of Mark Davis' background and expertise?

16  A.   No.  The only discussion that Mark had ever had was that

17  brief dialogue with Mr. Phillips.  So he didn't attend the

18  dinner, and I'm -- no.

19       So I don't imagine they had any depth with Mark.

20  Q.   Considering all that you know now about True the Vote's

21  methodology, what insight into that methodology did you have on

22  December 18th?

23  A.   And I testified to this.  A, I knew it was large.  I knew

24  that the challenge was large.  And I knew that they had

25  included inactive voters.  But I didn't have a lot of

1  visibility past that, if any.

2      I'm trying to make sure I can testify about -- Mark Davis

3  is a guy that doesn't need help.  I tend to be a guy that I

4  didn't need help for what we were doing.  So there wasn't any

5  real cause to do anything more than stay alert to what other

6  people were doing.

7      And again, I was aware of what a lot of people were doing.

8  I mean, there were a lot of groups that were out there that

9  were trying to -- whether they were productive or not -- be a

10  part of the election integrity discussion.  And I was trying to

11  keep an eye on as many of them as I could.

12  Q.  Did you look at a cut of your list that included inactive

13  voters?

14  A.  Well, the -- at the top of that deductive funnel, that had

15  everybody in the Georgia voter file, which is, at the time, I

16  think, about 7.6 million.  So at the top of it, they were in

17  there.  But we cut them out.

18  Q.  Do you remember how many there were?

19  A.  It was a lot.  I don't remember the exact number, but it

20  was a significant number.

21  Q.  What was your understanding of what would happen if an

22  inactive voter were challenged?

23  A.  Well, largely, an uneventful process, because these are

24  individuals that if you were inactive at the time of the

25  general, my understanding is you could not vote in the runoff,

1    so --

2              MS. FORD:  Your Honor, we object to this testimony.

3              THE COURT:  Yeah.  It's -- let's move on from this

4    part, Mr. Powell.

5    BY MR. POWELL:

6    Q.    Were you aware of how True the Vote did quality assurance?

7    A.    No.

8    Q.    Were you aware of how they found volunteers?

9    A.    No.  Well, let me rephrase that.  I knew Ron Johnson had

10   met them.  But I wasn't aware of what Ron was specifically

11   doing.  So I can connect that piece.

12         But no.  Beyond that, no.

13   Q.    Did you know how names in their challenge list were being

14   delivered to the county boards of election?

15   A.    At some point in time, I did learn.  I don't remember

16   precisely when.

17   Q.    Did True the Vote offer any assistance in these areas to

18   you?

19   A.    No.

20   Q.    To your knowledge, did True the Vote have any insight into

21   Mr. Davis' methodology?

22   A.    I don't believe they did at all, no, sir.

23   Q.    Did you discuss with True the Vote the timing of the

24   challenges?

25   A.    I believe -- well, I believe -- I would have been aware of

1   when their challenges were going to drop.  That may have

2   been -- you know, it was connected to the press release.  I was

3   probably aware of that, yes.

4           THE COURT:  Did you say anything to them about it?

5           THE WITNESS:  I'm sorry, sir?

6           THE COURT:  Did you make any comments to them about

7   it -- about the timing of their release?

8           THE WITNESS:  I don't recall.  It is -- it is a

9   sliver of what was happening at the time.  I simply don't

10  recall, sir.

11          THE COURT:  Okay.

12  BY MR. POWELL:

13  **Q.**   Mr. Somerville, were you aware of True the Vote's

14  announcement of a Georgia election integrity hotline?

15  **A.**   I was not.

16  **Q.**   Did you hear any of the defendants talk about plans to

17  monitor absentee ballot drop boxes?

18  **A.**   I did not.

19  **Q.**   Were you aware of True the Vote's Validate the Vote's

20  initiative?

21  **A.**   I was not.

22  **Q.**   What about their whistleblower fund?

23  **A.**   I had never heard of it.

24  **Q.**   Were you aware of anyone's use of the word bounty?

25  **A.**   I was not.

1    **Q.**    Did you see the press release announcing the Validate the

2    Vote initiative and the whistleblower fund?

3    **A.**    I've never seen those.

4    **Q.**    Were you aware they launched a whistleblower fund?

5    **A.**    I was not.

6    **Q.**    I want to turn to the voters that we have heard from.  And

7    let's start with Muscogee County.

8         Do you recall the size of your challenge list -- potential

9    challenge list from Muscogee?

10   **A.**    I reviewed the list that came out of the bottom of that

11   process, yes.  The size or the number of records in it, I

12   believe.  And I believe I looked at that last night.  It was

13   534.

14   **Q.**    Were you familiar with how many challenges

15   Mr. Alton Russell filed in Muscogee?

16   **A.**    I read it in the newspaper, yes, sir.

17   **Q.**    Do you recall what that number was?

18             MS. FORD:  Your Honor?

19             THE COURT:  Well, if he read it, it's hearsay.

20             MS. FORD:  That was our objection.  Thank you.

21             THE COURT:  Oh, okay.

22   BY MR. POWELL:

23   **Q.**    Did you contribute in any way to elector challenges filed

24   in Muscogee County?

25   **A.**    Not in any way at all.

```
 1    Q.    What about any involvement with Ralph Alton Russell?

 2    A.    I have never met the man.  Never spoken to the man.

 3    Learned about him in this complaint.

 4    Q.    Did you or anyone you were talking to submit an elector

 5    challenge to Scott Berson?

 6    A.    No, not at all.

 7    Q.    How do you know that?

 8              THE COURT:  Hold on.

 9              MS. FORD:  Your Honor, I think we're very into

10    speculation, given yesterday's testimony that these challenge

11    files went on the Dropbox or the Google Drive or whatever we

12    call it at this point.

13              THE WITNESS:  That's not accurate.

14              MS. FORD:  And that he --

15              THE COURT:  Well, he's asking what he personally

16    knows, not what the -- so he can say what he knows about Berson

17    and whether or not he knows Alton Russell.

18              THE WITNESS:  May I address --

19              THE COURT:  Yes.

20              THE WITNESS:  -- what plaintiffs' counsel --

21              THE COURT:  Well, no.  Respond to Mr. Powell.

22              THE WITNESS:  So no.  We had -- there's no role in

23    Mr. Berson's challenge whatsoever.

24    BY MR. POWELL:

25    Q.    Have you any -- have you heard any evidence in this trial
```

1  that suggests that you could have been involved with that?

2  **A.**    There is no evidence because it never happened.  So no,

3  sir.

4  **Q.**    Did you personally challenge the voter eligibility of

5  Gamaliel Turner?

6  **A.**    I did not.

7  **Q.**    Were you working with anyone who did?

8  **A.**    I was not.

9  **Q.**    Did you provide an NCOA voter list to anyone who ended up

10  doing so?

11  **A.**    I did not.

12  **Q.**    About how many people from your potential NCOA voter list

13  were, to your knowledge, informed they had been challenged?

14          MS. FORD:  Objection.  This calls for hearsay and

15  speculation.

16          THE COURT:  How would he know this without somebody

17  else telling him, Mr. Powell?  I think you asked this question

18  earlier, and there was an objection.  And I sustained it.  So I

19  think --

20          MR. POWELL:  I'm just asking to his knowledge.

21          THE COURT:  Yeah, but he can't give an answer.

22  That's the thing.  In other words, it is really -- let's just

23  move from this question.  In other words, he could say I have

24  knowledge about it, but he can't say what it is, which doesn't

25  really help the Court.

1    MR. POWELL:  Thanks, Your Honor.

2    BY MR. POWELL:

3    **Q.**   Did you believe that voters whose names were on your NCOA

4    voter list would become aware of their presence on your list?

5    **A.**   The only way that I understood for anyone to become aware

6    that they had been challenged is if the board of elections

7    reviewed the data and under their judgment agreed with the

8    probable cause and then that individual showed up to vote.

9    **Q.**   What would happen if they didn't show up to vote, as far

10   as you knew?

11   **A.**   It is a tree that falls in the woods.  With nobody around

12   it, nothing happens.

13   **Q.**   How did you understand that process of notifying a

14   challenged voter at the polls from Section 230 would compare to

15   what the state of Georgia itself might do to notify people

16   about residency issues?

17   MS. FORD:  Your Honor, we object to the foundation

18   for this question in that it calls for a legal conclusion.

19   THE COURT:  Unless he understands the legal process

20   of what they have to do -- and Ryan Germany testified to it --

21   I'm going to sustain the objection.

22   But if he has direct personal knowledge of the

23   process, I'll allow it.  But other than that, I'll sustain the

24   objection.

25   MR. POWELL:  Well, Your Honor, just to be clear, I

```
 1    think it would be our position that if defendants' state of

 2    mind is fully at issue, then without it being the truth of the

 3    belief asserted, it is very important what they believe they

 4    were doing and how the laws worked.  And it is -- in that

 5    context, we don't think it is --

 6            THE COURT:  Well, the problem is that they don't have

 7    to have an intent to intimidate or attempt to intimidate.  If

 8    they are so reckless in what they are doing, it results in an

 9    attempt.

10            So I could ask Mr. Somerville, well, did you

11    intend -- well, I did ask him the other day, did you intend to

12    intimidate?  And he directly said no.  Added more to that.

13            I'm trying to think how you could ask this question

14    without violating what Ms. Ford is objecting to.

15            MR. POWELL:  Well, I think it goes to -- again, if a

16    citizen is trying to take advantage of available laws and those

17    laws require them to make a lay interpretation -- that is not

18    binding on the Court, of course -- then I don't think that

19    there is any way to say that state of mind cannot include

20    something because it might otherwise be a legal conclusion or

21    in a different context.

22            Or state of mind cannot include what might otherwise

23    be an expert opinion if the witness has a belief at the time

24    that could establish they are not reckless.

25            THE COURT:  Well, for one thing, I think you
```

```
1   established earlier in his direct what -- yesterday what was

2   the purpose that Mr. Somerville and Mr. Davis was trying to

3   accomplish.  And Mr. Somerville answered that question.

4            So does that not kind of address what you're trying

5   to do?  In other words, I can't remember the exact question and

6   his exact answer.

7            But I remember you asking Mr. Somerville something

8   along the line, what were you trying to accomplish?  Why were

9   you doing this?

10           And Mr. Somerville -- and I'm not quoting him

11  exactly -- in his words indicated he was truly trying to make

12  sure that someone that was not eligible to vote in this

13  election did not vote.

14           He was not trying to -- and I asked, were you trying

15  to intimidate somebody?  He said, no, he was trying to make

16  sure that the voter rolls were accurate and only people that

17  were supposed to be voting were voting.

18           So I don't know how much more I'm going to gain in

19  knowledge by Mr. Somerville explaining how he understood what

20  the system was.  Because I think he's made it quite clear what

21  he was trying to accomplish and not accomplish.

22           But, Ms. Ford, I think he can say what he understood

23  to a certain degree.  He can't tell me what the system was.  I

24  agree with you.

25           But why can he not tell me how he understood it to
```

```
1   be?
2              MS. FORD:  Your Honor, we do recognize there is a
3   difference there.
4              THE COURT:  Yeah.
5              MS. FORD:  But we would -- we would offer that -- you
6   know, a misunderstanding of what the law allows you to do or
7   doesn't allow you to do would not absolve him of intent.
8              THE COURT:  I agree with you there.  And I think
9   after about six years of doing this, I understand what the
10  procedures are very well.  But I think Mr. Somerville can
11  testify about what he -- only Mr. Somerville thought the system
12  allowed him to do.
13             MR. POWELL:  That's all I'm going to --
14             THE COURT:  But I'm not going to accept this as being
15  accurate, Ms. Ford, because he can't do that.
16             MR. POWELL:  Yeah.  We can stipulate that not
17  everything is objective truth that comes from him.
18             THE COURT:  And I'm only allowing it, because
19  Ms. Ford is right.  I won't say it's irrelevant whether or not
20  he did it, right?  Because you can not intend to do it and do
21  it so reckless and so bad that it becomes like an attempt to
22  intimidate.
23             MR. POWELL:  Thank you, Your Honor.
24  BY MR. POWELL:
25  Q.   Mr. Somerville, do you believe that your process that is
```

1    at issue here led to any beneficial results?

2    **A.**    I do.

3    **Q.**    Tell us about those.

4              THE COURT:  Say that again.  I didn't hear that last

5    part.

6              MR. POWELL:  Did the process lead to any beneficial

7    results?

8              THE COURT:  Thank you.

9              THE WITNESS:  I would exclude sitting here today from

10   that list of beneficial results.

11             But there was a lot of good that came.  This is why

12   this experience has been so traumatic.

13             We highlighted a significant issue that is imperially

14   demonstrable.  You can look at it.  You can see it.

15             MS. FORD:  Your Honor, I think this is getting to the

16   accuracy and reliability of his results.

17             THE WITNESS:  I was just speaking to what I

18   believe --

19             MR. POWELL:  It is not proving anything, Your Honor.

20             THE COURT:  Hold on.  Let me think about what the

21   objection is.

22             Why can't he say why he thinks it was a positive

23   effort?

24             MS. FORD:  I have no objection to him saying why he

25   thinks it is a positive effort.  If his answer is I think it

1    was a positive effort because we showed that there were

2    ineligible voters in the -- like when he makes that leap, I

3    think that goes to accuracy and reliability of the challenges.

4             MR. POWELL:  Your Honor can consider all of these

5    things.  I think that the objections don't consider that this

6    is not a jury trial, that you're not going to be bamboozled and

7    overwhelmed.

8             It is better to get a complete record for any Court

9    of Appeals than to have an incomplete record.  Because one of

10   those has prejudice to the defendants.  The other has no

11   prejudice to the plaintiff.

12            THE COURT:  I'm going to allow Mr. Somerville,

13   Ms. Ford, to testify why he thinks his efforts with Mr. Davis

14   had positive results.

15            I will take into consideration anything that goes

16   beyond what is actually accurate and fact and disregard.  And

17   if you think it is going too far, object.

18            MS. FORD:  Thank you.

19            THE WITNESS:  Thank you, sir.

20            So as I mentioned, number one -- and I think I've

21   already testified to this -- there were so many conspiracy

22   theories going on that we were able to hook into something that

23   was tangible.  It was real.  It was measurable.

24            And we were able to start engaging in a discussion

25   with other people that I had mentioned were moving off of the

1  rational reservation and following these conspiracy theories

2  and not wanting to vote.

3           One of the things that just has not gotten enough, I

4  think, attention to this is a large motivator -- and I think

5  this was effective -- is it was something to talk to people

6  about to try to bring their confidence back so that they would

7  vote.  There was a huge upswelling of people that didn't want

8  to vote.

9           So one of the benefits was that it gave us a way to

10  engage our fellow citizens in what was actually a meaningful

11  effort under the rule of law, as we interpreted it at the time.

12           Secondly, it brought this to the attention of

13  legislators, both in the House and the State Senate that had

14  never considered the state of the voter files.

15           That was very significant advance in the discussion

16  of election integrity to the benefit of everybody in that voter

17  file.  Because who is talking about large data up until that

18  point?

19           Nobody is.

20           Who is talking about the importance of the accurate

21  addresses?

22           Nobody is.

23           So we had a lot of conversations with members, again,

24  of the House and of the Senate that asked a lot of questions.

25           And, of course, my partner in this effort is very

1    articulate as well, and he was speaking to people.

2            So it engaged -- you know, again, one of the goals --

3    another goal was, of course, to use our free speech to engage

4    the Government.  And that was happening, which made me very

5    happy.  And it wasn't about Venezuelan -- you know, it wasn't

6    all of this stuff.  This was our -- this was Georgia's voter

7    file; nobody else's.  These are our names in this file; nobody

8    else's.

9            And we're playing a role in trying to improve it and

10   using the experience and expertise that we developed to do it.

11   That was a huge positive.  It gave me something to talk about

12   when I was being invited to speak.  And again, people didn't

13   like the initial part when I said these conspiracy theories.

14   But you could start moving people back.

15           It was a very difficult time.  And when you have that

16   perfect storm, anything you can do to moor yourself to

17   something sane and then start grabbing people and pulling them

18   in -- I think that was a huge upside to this.

19           And if I might just finish -- this is the last

20   sentence.  And we went so far out of our way to communicate the

21   nonpartisan nature of this, used that language everywhere.

22   Everybody should vote.  This benefits everybody.

23           The last thing that I was going to do -- I've already

24   made clear my suspect of the establishment politician -- was to

25   allow anybody to highjack this and make it partisan.

1          People tried.  But I really felt like we were being

2    the type of citizens that we should be.  And I felt like we

3    were demonstrating for others how -- how to properly engage in

4    very complex problems, sometimes at scale.

5    BY MR. POWELL:

6    **Q.**   Do you recall which state legislators you talked to about

7    the issues you're talking about here?

8    **A.**   Many of them, yes.

9    **Q.**   Did any of them end up carrying challenges or attempting

10   to?

11   **A.**   At least seven or eight did in their own counties.

12   **Q.**   Did you have any sense that you might be influencing

13   legislation?

14   **A.**   It's always difficult to know what you're influencing or

15   not until time passes.  But I knew that we -- that we were

16   being listened to.  I knew that the disciplined methodology

17   that we had was lending credibility, and so those discussions

18   were -- I think were sinking in.

19         I think in the end, it proved to be impactful on a policy

20   level.  But, you know, at the time, we were just having

21   conversations, and individuals were sincerely engaged.

22   **Q.**   Are you aware of any amendments to Section 230 that

23   followed your conversations and were related to the

24   conversations?

25   **A.**   Yes, I am.

```
1            MS. FORD:  Your Honor?

2            THE COURT:  Well, go ahead.  I think I know what your

3    objection is going to be.  Go ahead.

4            MS. FORD:  We object that this calls for speculation.

5            THE COURT:  It is speculation, Mr. Powell, unless you

6    can put somebody on the stand and say, as a result of my

7    conversation with Mr. Somerville, I dropped this bill at

8    Georgia Senate.

9            I am aware there was a change to 230.  No disrespect

10   to Mr. Somerville, but I can't at this point say it was

11   directly because of a conversation that he had with Somerville.

12           MR. POWELL:  Sure, Your Honor.

13           THE COURT:  And if they told Mr. Somerville, it would

14   be hearsay.  The law is a crazy thing sometimes.

15           THE WITNESS:  And that wasn't one I was going to

16   cite.  So thank you, sir.

17   BY MR. POWELL:

18   Q.   Would you say that you're proud of the effort that you

19   made?

20   A.   I am very proud of it.

21           THE COURT:  Well, here's the 64-dollar question.

22   Would you do it again?  Knowing what you know now and where

23   you're sitting right now, would you do it again?

24           THE WITNESS:  It's a much less expensive question

25   than that.  I am not interested in being in this position ever
```

1  again.  I have never been, and I am not -- I don't want to do

2  this again, no, sir.

3            THE COURT:  Thank you.  Thank you.

4  BY MR. POWELL:

5  **Q.**   When you were talking about some of the results from your

6  conversations and your challenges, your Facebook posts, I don't

7  recall if you mentioned the Secretary of State.

8       Did you have some interactions with them as a result of

9  your efforts?

10  **A.**   I did.

11  **Q.**   With which people?

12  **A.**   I won't go back over that part of the testimony, but I

13  mentioned that the now-deceased deputy chief of investigations

14  reached out to me.

15       The Deputy Secretary Of State, Jordan Fuchs, at the time

16  called, reached out, so there was communication with her.

17       The chief of investigations, Frances Watson -- again, I

18  didn't reach out to these individuals, but they reached out to

19  me.

20       So Frances Watson reached out to me, and I believe that is

21  it.

22  **Q.**   Did any of these people ask for further meetings or

23  information from you?

24  **A.**   Ms. Watson asked for our data, yes, sir.

25  **Q.**   And what did you do in response to that?

1   **A.**   I advised her that we got it from her office.

2   **Q.**   Did you provide your data -- their data back to them?

3   **A.**   I did not.  What I viewed that as is, is some confirmation

4   that they were behind the curve because they were asking for

5   data that we had secured from them.  But it didn't go anywhere

6   past that discussion.

7   **Q.**   Just briefly, how did you and Mr. Davis divide up the

8   work?  Was there a bright line of roles?

9   **A.**   I mean, it wasn't defined, but it played to the -- each

10  other's strengths.  So Mark has the computing resources to

11  handle the large, large files.  And then my estimation is that

12  he's very talented with database work, which is what's required

13  to operate in files of that size.

14      So he was very analytical in nature.  I'm very analytical

15  in nature.  I think Mark likes to take more of the number two

16  slot.  And so I think I had a fair amount of more discussion

17  with individuals.  Although Mark testified at some point

18  before -- I think it was a Senate-House meeting or maybe a

19  House.  I can't recall.

20      But it was very -- it was what a true collaboration is,

21  and it was -- it was a very productive and very enjoyable one.

22  He's a very honest man.  I enjoyed working with him.

23  **Q.**   So what was the first step that either of you took to

24  begin to develop your list?

25  **A.**   The -- well -- and initially, it was, as I mentioned, Mark

1  had taken his first cut, asked me if I would take a look at it.

2  Again, we're at the very top of that very, very wide funnel.

3      And then there's just a series of steps after that, so --

4  but the first one was just when he provided the data to me and

5  in an email I think he titled it independent verification, and

6  he was just eager to have somebody shoot holes through his

7  work.

8  **Q.**   And did he define the list as everyone who had filed the

9  change of address, or was it limited by where they moved or any

10  timing considerations?

11  **A.**   So there's a lot of exclusionary logic added to this.  So

12  as we talked about before, the population of inactive voters

13  were removed.  I won't do this in any one sequence, but I'll

14  try to track what you're asking.

15      And then with respect to the NCOA, we were cognizant of

16  the fact that if somebody moves within 30 days of an election,

17  they can still vote in their own county.

18      So we made sure that the move happened more than 30 days.

19  And in our case, we actually had the NCOA more than 30 days

20  before the general election.  So it was -- there was a lot of

21  space in between, if that makes sense.

22      It wasn't -- the NCOA return, as Dr. Mayer, I believe,

23  shared, has a move date.  Somebody shared that.  And it does.

24  So we were aware of when the move date was.  And we blocked out

25  a period for that move date that went from October backwards.

1   And then we only went 18 months because we were aware,

2   based on our understanding of looking at the data the last time

3   the Secretary of State had done this review.  And there was no

4   reason to -- for us to do the -- to include NCOA moves that

5   fell within a period that we thought the Secretary of State had

6   already -- had already identified.  So it was a very defined

7   block on the NCOA.

8   **Q.**   If someone filled out a change of address form and marked

9   temporary, would they have ended up on your NCOA voter list?

10  **A.**   There's no way for them to.

11  **Q.**   What if they had moved within their county?

12  **A.**   They would not have.  So the change of address had to be

13  to a different county.  And it had to be prior to November of

14  2020.

15  **Q.**   In addition to what you've testified yesterday about your

16  experience with NCOA from your executive career, did you review

17  any of the U.S. Postal Service's manuals and regulations about

18  how it worked?

19  **A.**   I did.

20  **Q.**   Do you recall which ones you reviewed?

21  **A.**   There's two primary ones that if you're not happy with

22  yourself and you want to punish yourself, you sit down and you

23  read those.

24      One is a technical manual.  They're both technical

25  manuals.  One speaks to the actual inner machinations.  And

1   then the other talks about the quality control and what's

2   required of the licensee in terms of how the U.S. Postal

3   Service can audit them and what the standards are.

4       So that's a long answer of saying yes.

5   **Q.**   Can you walk us through the process of how the change of

6   address form works and the different fields that are available?

7   **A.**   Sure.  It's a publicly available form.  Most people have

8   used it.  Right out of the bat, it's a U.S. Postal Service

9   form.  It will ask you if you want to update your voter

10  registration.  So there is a button right there.  It says, do

11  you want to update your voter registration with this address

12  change?

13      You don't have to elect that.

14      When you get into the form, it asks you precisely what you

15  would think.  It asks you your first name, middle name, last

16  name.

17      If there is a gender-specific that you want, Mr. or Mrs.,

18  it has that.  If there's a suffix, it includes that.

19      It asks you for your old address.  And they're very clear

20  about this, the address you're moving from.  It will ask the

21  new address.  And it will say the address you are moving to.

22      It will ask you if this is a permanent or a temporary.  On

23  the temporary, it will tell you if you plan to move -- if you

24  plan to be -- move for -- to be -- want your mail forwarded, I

25  believe, less than six months, but maybe less than 12 months,

```
1    you choose temporary.  It's just a button.  If it's more than
2    that, you choose permanent.
3         If you choose temporary, it will give you a date range to
4    identify.  And then you have a category of individual,
5    business, or family change of address, which is pretty
6    important to the process because it behaves differently when
7    you run the process.
8         And I don't believe I've missed any more -- I think that
9    is all of it, short of submitting your form.
10   Q.   In the types of moves, you mentioned family, individual,
11   business.
12        Is it possible that electing any of those could create
13   what appear to be duplicates?
14   A.   It has a massive impact on that.  And it is primarily
15   this.  If you file an individual change of address, when
16   somebody runs NCOA to get a return on an individual, it has to
17   match the first name, the last name.  It wants to match a
18   middle name.  And I can speak about that later.  And it has to
19   match the address.  And all of that has to match to get
20   individual back.
21        But if you file a family change of address, which we did
22   when we moved to that place that I don't mention all the time,
23   all it will do is it will only reference the last name.
24   Because everybody with the same last name is moving.  And so
25   that's made clear that if you are filing a family, then all
```

1  mail that shows up with the last name and that address is going

2  to come back.

3      So if you had parents and a couple of voting-age children

4  and they all move, you don't -- let's say there's four.

5  There's two parents and two kids.  You don't do -- the

6  Postal Service envisioned this.  You don't do four individual

7  ones; you would do one family.

8      So any mail that went to the old address with that last

9  name is going to assume that all four family members -- and it

10  could -- anybody with the same last name at that address.

11  **Q.**   And you said you've filled out changes of address

12  yourself?

13  **A.**   Every time we've moved.

14  **Q.**   How many times is that?

15  **A.**   A lot.  Eight.  Seven or eight in the last 20 years.

16  **Q.**   After you filled out the form, are there any steps the

17  Postal Service took?

18  **A.**   Yeah, there are.  So they want to validate that you're not

19  having somebody else's mail forwarded as a prank; right?

20      So the way the process works is they do -- I believe it's

21  a $1.10 charge on your credit card.  And that credit card's

22  address has to match either your from or your to address in

23  order to validate your identity.

24      In addition to that, they communicate an email to you to

25  make sure that you are -- and again, email is not the most

1   secure thing, but the credit card is a very secure way of

2   validating identity.

3       And I believe there's some text message protocol.  But

4   frankly, the one that's most effective is the credit card

5   charge.

6   **Q.**   When you were working with Mr. Davis on your NCOA voter

7   list, did you want to change anything in particular about the

8   voting behavior of the people on it or even off it?

9   **A.**   Not at all.

10  **Q.**   To change the voting behavior?

11  **A.**   No.

12  **Q.**   Would the appearance of someone on your list mean that

13  they are not eligible to vote?

14  **A.**   No, not at all.  Well, not -- not -- the appearance on the

15  list indicated to us that the eligibility in question was in

16  the county.  But not -- not -- I want to make sure I'm clear.

17  But not ineligible to vote in our state.

18      Because I hear this -- these lines get crossed a lot.

19  There was no expectation of removal.  There was no expectation

20  of denying anyone the right to vote.  Not at all.

21  **Q.**   Did you think that -- or let me strike that.

22      Did you feel that it was a good chance that you would

23  affect any updates to the voter rolls or addresses before the

24  runoff?

25  **A.**   Well, what I had read was that the blackout period, as we

1    talked about, not a legal opinion, just what I had researched

2    was for programs that were designed to remove.

3         And I had read on the DOJ's website, maybe the next

4    paragraph, that that did not extend -- that prohibition did not

5    extend to updating the registrants' information.  And the

6    updating of the registrants' information is dead bull's eye to

7    what you are trying to accomplish, what we were trying to

8    accomplish, and what Mark has been trying to highlight for a

9    long, long time.

10   **Q.**   If a board did not accept your challenge, did you think

11   anything positive could still come of what you had sent them?

12   **A.**   Well, they were made aware, you know, it's -- again, so

13   the way that I work, I tend to be rather practical, is I try to

14   focus on what is within our control.

15        And what was in our control was the quality, the

16   disciplined approach to execution, the methodology around that.

17   But what is not in our control is how the different counties

18   would behave.

19        But we were aware of counties that -- or I was aware -- I

20   was made -- I don't want to say we.

21        I was made aware of counties that didn't accept challenges

22   but subsequently looked into the data to see if there was any

23   validity to them.  And so at the end of the day, it is --

24             MS. FORD:  Your Honor, we object that this is hearsay

25   testimony.

                    UNITED STATES DISTRICT COURT
                    OFFICIAL CERTIFIED TRANSCRIPT

```
 1              THE COURT:  I think what he read is obviously
 2    hearsay, Mr. Powell.
 3              MR. POWELL:  I'm sorry?
 4              THE COURT:  What the witness read is hearsay.  So I
 5    sustain that objection.
 6    BY MR. POWELL:
 7    Q.   Anything further to your answer?
 8    A.   No, sir.
 9    Q.   All right.
10              THE WITNESS:  I'll learn this sooner or later.
11              THE COURT:  You don't have to.  If you are like most
12    people, you will forget it as soon as possible.
13    BY MR. POWELL:
14    Q.   So what was your understanding of what NCOA processing
15    would consider in making a match between the voter file you
16    input and the NCOA registry?
17    A.   So every record that you enter in the form is used as an
18    artifact to match.  Else, there is no reason to include it.
19         So it matches gender, if there is a Mr. and Mrs.  It
20    matches first name.  It matches middle name.  It matches last
21    name.  It will match suffix, if it is involved.  It will match
22    the primary address; if there is a secondary, so an apartment
23    number, a suite.  And then it matches, of course, the balance
24    of the address.
25    Q.   Are those the same factors you mentioned that are put into
```

1   the form itself?

2   **A.**   Those are the factors that are in the form.  And those are

3   all fields that exist in the voter file.

4   **Q.**   And what are NCOA codes, and why are they used?

5   **A.**   So NCOA codes are -- they're return codes.  So it is an

6   NCOA RC.  Those are return codes.  And what -- there are 25 of

7   them.  And what they tell you is how the different fields -- or

8   how the different matches or non-matches -- why they were a

9   match or why they weren't a match.

10  **Q.**   How many of the codes tell you about matches?

11          MS. FORD:  Your Honor, I think this is venturing into

12  more specialized knowledge that we would object to within the

13  motion in limine we had previously filed.

14          MR. POWELL:  I don't know how it's specialized,

15  Your Honor, for someone to read manuals and apply them in his

16  work.

17          THE COURT:  I don't think this is specialized

18  knowledge.  You can just read this.  Mr. Somerville is right,

19  you can just pick up the manual and read this.  So there is no

20  specialized knowledge.

21          MR. POWELL:  Your Honor, I would think they would

22  want to get all of this on the record so they could prove that

23  it's wrong in their next brief.  And I invite them to do that.

24          THE COURT:  Well, they don't have to prove that it's

25  wrong because I'm not accepting it.  As I pointed out, I'm

```
1   accepting it as Mr. Somerville's interpretation, his opinion.

2   It is not being offered, I don't think, as being completely

3   accurate.  So then Ms. Ford has an objection with him saying

4   it.

5          Ms. Ford, I'm accepting it as Mr. Somerville's

6   opinion on how he understands it.  I'm not accepting it as

7   being accurate.  No disrespect.  But because if I am taking it

8   that way, then I've got to sustain Ms. Ford's objection.

9          MR. POWELL:  You know, again, I think there's an

10  analogy.  It is similar to this isn't for the truth of the

11  matter asserted.  This is for what he understood, so that is

12  all it is for.

13         THE COURT:  It explains why he did what he did and

14  why he did it.

15  BY MR. POWELL:

16  Q.   So how many codes relate to matches?

17  A.   So as I mentioned, there are 25 return codes for the

18  return records that you get.  There are only six that relate to

19  a match.  And the other 19 are non-matches.

20  Q.   Are there different match levels that return an address?

21  A.   There are.  Within those six matches, only three actually

22  will return a record.  And why this is important is the only

23  way to get a record back is if it is one of the three of the 25

24  match categories.  And then within those three, they match --

25  there are different levels of match.
```

Q.   What are the three?

A.   There is what is called an A match, so just like a grade A.  And that is basically everything matched.  It was able to get a match across all records.  And there is some contextual algorithms that go into that, but it's -- from the manuals.

     And then there are two others.  There is what is called a Code 91 and a 92.  And basically that is about the middle name. It is very simple.

     If you submit a request to NCOA that has a middle name and the record doesn't -- let's say that you don't include your middle name when you file your change of address.  The system will drop the middle name from the input record.

     And the other one is just inverse.  If you submit an NCOA that you forgot to put -- or not forgot, but it just didn't contain a middle record.  Let's say somebody registered to vote and didn't give them their middle name, but they had a change of address that did have one.  The other of the 91 and 92 will drop that one and then make sure it can match.

          THE COURT:  Let me ask a question here.  There is no question that Mr. Somerville and the other fellows used NCOA; correct?

          And no disrespect, why do I need to know how it operates?

          MR. POWELL:  Why do you need to know what?

          THE COURT:  Why do I need to know how NCOA operates?

```
1              MR. POWELL:  Well, I think it goes to the defendants'

2     expectation that it's reasonably accurate in predicting moves.

3     To the extent that they understand it and what they believe it

4     to do.

5              THE COURT:  Well, even this witness has testified

6     that he didn't just rely on NCOA.  In other words, one of the

7     main points in this case is that you are not supposed to rely

8     on just that one mechanism to determine whether somebody should

9     be a challenged voter.

10             So whereas there's probably not ten people in all of

11    Hall County that understands how it works as well as you do.

12             THE WITNESS:  I'm sorry, sir.

13             THE COURT:  No.  It's no problem.  I meant it is a

14    compliment.

15             I don't need to know the specifics.  I need to know

16    whether he used it or not.  And I think that has been

17    established.

18             MR. POWELL:  All right.

19             THE COURT:  Hold on.

20             Ms. Ford?

21             MS. FORD:  I just want to -- and you might tell me

22    this is better addressed on cross, and I'm perfectly happy to

23    sit down if so.

24             But I just wanted to clarify that.  I do think the

25    NCOA is still very relevant to Mr. Somerville's testimony.  To
```

```
 1   the extent we're discussing a funnel today, the funnel, as I
 2   understand it, was still just all NCOA voters.  It was just
 3   when they submitted an NCOA address was the exclusion.
 4            THE COURT:  Well, maybe I understood the funnel to be
 5   something different.  So maybe if that -- is the funnel just
 6   NCOA?
 7            THE WITNESS:  It starts with NCOA, sir.  So everybody
 8   that was in there was in NCOA.  But then we cut out individuals
 9   that were electronic, so there was a series of cuts.
10            THE COURT:  But it was -- you still -- your funnel
11   eliminated people with other means other than NCOA; correct?
12            THE WITNESS:  It eliminated individuals that had
13   other characteristics unrelated to the NCOA, yes, sir.
14            THE COURT:  So does that mean he used something else?
15   Am I not correct?
16            Do it on cross.
17            MS. FORD:  I'll just do it on cross, Your Honor.
18            THE COURT:  Do it on cross.
19   BY MR. POWELL:
20   Q.   Well, Mr. Somerville, taking off from there, how many
21   records out of the Georgia voter file did using NCOA eliminate
22   right off the bat?
23   A.   7 million, 7.1 million, something along those lines.  The
24   overwhelming share of it.
25   Q.   In building your list, did you consider party affiliation?
```

1  **A.**   No.  No, I don't -- I don't believe that's a field in the

2  voter file.

3  **Q.**   Did you notice any disparity by party?

4  **A.**   Not at -- when there was a post, after it was done and in

5  stone, I think we saw that in testimony yesterday that I had

6  analyzed it.  But it didn't -- there was no great swing in it.

7  But that was after it was done.  I believe it was after it was

8  done.

9  **Q.**   In preparing your list, did race or gender play any part?

10 **A.**   It did not.

11 **Q.**   Why not?

12 **A.**   What is the relevance to the effort?

13 **Q.**   Did you ever look at your list for any of these

14 demographic factors?

15 **A.**   No.  Prior to creation, no.  Prior to the effort, those

16 were not considered.  Once it was done, I've gone back and

17 taken -- I have taken several cuts of the data, analyzed were

18 there any trends that would have suggested that it was out of

19 balance with either the voter file demographics or the state

20 demographics.

21 **Q.**   What did you find?

22 **A.**   It was right on par.

23 **Q.**   What do you mean by par?

24 **A.**   If the -- for example, as Dr. Mayer pointed out,

25 African-Americans are 29.9 percent of the voter file.  And I

1    believe they were roughly 29.9 to 30 percent of our voter file.

2    They were right inside of each other.

3        And that was important.  As I said, we need to understand

4    whether or not the effort had any -- any -- if there is any

5    movement in there that suggested there was an anomaly, we

6    wanted to understand it.

7    Q.   Did you decline to submit a challenge in your own name

8    because --

9        MS. FORD:  We just want to object to any testimony

10   that's going to the data analysis of the challenge as not on

11   the record.

12       MR. POWELL:  Your Honor, I think the witness worked

13   inside the spreadsheets and can count the rows in them.  I

14   think that's perfectly within a layperson's knowledge.  It's

15   certainly within his knowledge.  He looked at the rows.  That's

16   all it is.  It is pivot tables.  It's not complicated.

17       MS. FORD:  Yeah, Your Honor.  He just said that he

18   didn't look at any of this, so any of this analysis is post

19   analysis of --

20       MR. POWELL:  Your Honor, that's what a defendant does

21   when they've been sued.  They look at things.  They study what

22   they did.  They develop additional conclusions.

23       THE COURT:  Let me hear the question again, what you

24   wanted him to answer.

25       MR. POWELL:  Well, I think -- I'm actually not sure

```
 1   what the prior question was.  I think I was asking what your
 2   findings were in looking at your list.
 3              THE COURT:  And your objection is?
 4              MS. FORD:  To do this analysis, you would have to
 5   have looked at the voter file and make an analysis on the basis
 6   of the voter file.  And I'm not aware of any voting rights case
 7   where we allow lay witnesses to testify to analysis of what's
 8   in the voter file or --
 9              THE WITNESS:  That's not actually accurate.
10              THE COURT:  Hold on.
11              THE WITNESS:  Oh, I'm sorry, sir.
12              THE COURT:  Hold on.  Mr. Powell can respond.
13   BY MR. POWELL:
14   Q.   Will you tell us what you looked at?
15              THE COURT:  Well, you have to respond to Ms. Ford's
16   objection, unless you're withdrawing your previous question.
17              MR. POWELL:  Your Honor, I'm not sure the objection
18   is submitting evidence.  She's talking about a process which I
19   think Mr. Somerville is entirely able to clear up, but I don't
20   think she's accurately stating what --
21              THE COURT:  Are you asking Mr. Somerville to give
22   analysis of what he did or analysis of a report issued by some
23   other --
24              MR. POWELL:  No.  Of his own files.
25              THE COURT:  Why can't he give analysis of his own
```

1   files, Ms. Ford?

2           He's not asking him to give analysis of a

3   state-sponsored file or a federal government-sponsored file.

4   He's giving an analysis of his own files created by him.  I

5   think he can do that.

6           MR. POWELL:  Your Honor, if I thought I hit somebody

7   in my car, I'd get out and I'd look around.

8           THE COURT:  You're ahead right now.  You're ahead.

9   Don't say anything.

10          MS. FORD:  Your Honor, I think what we're struggling

11  with, or I'm struggling with, is I don't know where he could

12  have gotten that information if it didn't come from the voter

13  file.

14          THE WITNESS:  I can answer that.

15          THE COURT:  Let's see what he says.

16          Where did you get the information?

17          THE WITNESS:  The very data that we analyzed at the

18  top of the funnel to the bottom of the funnel.

19          THE COURT:  That you created?

20          THE WITNESS:  That we created, yes, sir, which is

21  from the voter file.

22          THE COURT:  I'll let him answer this question.

23          MS. FORD:  Yeah, from the voter file.

24          THE COURT:  Did you get this information from the

25  voter file?

```
 1            THE WITNESS:  From the state voter file, yes.  That's
 2    what we started with.
 3            So basically, the same data we started up here that
 4    we're just looking at the same tools and skill -- or
 5    experience, sorry, that we used to create the list is the same
 6    tools and experience used to analyze what you just did.
 7    Otherwise, you just come up with a result and send it out and
 8    you have no idea if there was any quality to it.
 9            THE COURT:  I'm trying -- you got information from
10    the state's data files and then you put it in your system, and
11    as a result of that, you said this is what my system shows?
12            THE WITNESS:  Well, not as a comparison.  So I
13    understand where you're going, sir.
14            You can't use your own work to judge your own work.
15    So there are publicly available just statistics right now on
16    the Secretary of State's website that will say what these
17    demographics are.
18            So you don't have to arrive at them.  The Secretary
19    of State has already arrived at them.  You don't have to
20    analyze anything.  You just have to be able to go to a website
21    and read them.  They're there.
22            And so that -- there is -- there is an objective
23    marker to look at and go, are we out of line with what the
24    Secretary of State says?
25            THE COURT:  I'm going to allow it.  I'm going -- just
```

1    tell me what your analysis is, what you came up with.

2              THE WITNESS:  I'll keep it really layperson.

3              We simply wanted to check and make sure that the --

4    on a number of fronts that we could measure, that again, the

5    racial demographics.  Were they out of concert with what the

6    Secretary of State says the racial demographics of the voter

7    file that they have?

8              We didn't analyze that the voter file is -- and then

9    there's statistics on that for the state.  And if there was a

10   wild deviation from that, that would have drawn a lot of

11   attention.  For us, it was a quality error, something happened.

12             So it's a benchmark.  And if there's a deviation from

13   it, you go, well, there shouldn't be because if it's random,

14   then it should generally track.  Same thing with gender.

15             THE COURT:  In other words, you looked at what you

16   had and you said, let's look at what we have and compare it

17   with what the state has?

18             THE WITNESS:  Yes, sir.  That's precisely what it

19   was.

20             THE COURT:  All right.  I think we can move on.

21   BY MR. POWELL:

22   **Q.**   Mr. Somerville, did you decline to submit a challenge in

23   your own county because you were trying to distance yourself

24   from your own process?

25   **A.**   No.  No.

```
 1          I explained this yesterday.  I feel very confident in our
 2    work.  I have no reason not to feel confident in our work.  And
 3    I'm very active in my community.
 4          But as I said before, one of the stated objectives was to
 5    give people a meaningful role in a citizen effort that involved
 6    election integrity.  And it's not inconsequential that that
 7    individual was a former employee of mine.
 8    Q.   Did you attend a TRO hearing in this case?
 9    A.   Remotely, I believe I did.
10    Q.   And you were deposed by plaintiffs' attorneys?
11    A.   Twice.
12    Q.   And you've read their briefs?
13    A.   The best I can, yes.
14    Q.   In the depositions conducted by plaintiffs' lawyers, your
15    reading of their briefs, your attendance at the hearing for the
16    TRO, did you ever hear anything suggested by plaintiffs that
17    you should have done to your list but didn't?
18    A.   No.
19               THE COURT:  Hold on.
20               MS. FORD:  I'm struggling with my objection because I
21    don't --
22               THE COURT:  You could just let it ride.
23               MS. FORD:  What?
24               THE COURT:  What's your objection?
25               MS. FORD:  My objection is that it's not a proper
```

```
 1    question that goes to what he did, has knowledge of, or

 2    anything like that.  Do the plaintiffs have evidence is --

 3            THE COURT:  I think he can give his opinion of

 4    whether or not he thinks he did what was right.  The question

 5    was, after listening to TRO, doing the depositions -- what are

 6    the other ones?

 7            MR. POWELL:  Reading the briefs.

 8            THE COURT:  Reading the briefs -- he's basically

 9    asking you, do you think what you did was right?

10            He can answer that.

11            THE WITNESS:  I think what we did was right.

12            MR. POWELL:  Thank you.

13            THE COURT:  Let's take a break before we start your

14    cross.

15            15-minute break.  Start at 3:30.

16                (A brief break was taken at 3:15 PM.)

17            THE COURT:  Y'all can be seated.

18            Ms. Ford, you may proceed.

19            MS. FORD:  Your Honor, it's my understanding that the

20    Department of Justice would like to proceed.

21            THE COURT:  The Department of Justice may proceed.

22            MS. PAIKOWSKY:  Thank you very much, Your Honor.

23            THE COURT:  Yeah.

24            MS. PAIKOWSKY:  And also, thanks to the parties.  We

25    asked for the opportunity to take -- or to ask these questions
```

1    out of time because we have a scheduling conflict, so we

2    appreciate it.

3              THE COURT:  Proceed.

4                          EXAMINATION

5    BY MS. PAIKOWSKY:

6    **Q.**   Good afternoon, Mr. Somerville.

7    **A.**   Good afternoon.

8    **Q.**   So you just testified that you're very active in your

9    community; correct?

10   **A.**   In my community when I lived in Georgia.  Not so much in

11   my current community.

12   **Q.**   I appreciate the correction.

13        You were active in your community in Georgia; correct?

14   **A.**   Yes, ma'am, I was.

15   **Q.**   And you had conversations with folks in the Secretary of

16   State's office and in the legislature about election integrity

17   issues; is that correct?

18   **A.**   Informally, but yes, ma'am.

19   **Q.**   And did you also have those conversations before November

20   of 2020?

21   **A.**   I did.  Not necessarily with the Secretary of State, but I

22   knew a number of the legislators.

23   **Q.**   And have you given presentations and spoken publicly about

24   election integrity issues?

25   **A.**   The events surrounding the 2020 election prompted me to do

1    so.  But it was more speaking against the -- what I believed

2    were the conspiratorial theories that were degrading people's

3    confidence in the election.  So I would say that those events

4    prompted that.

5    **Q.**   But you did do public speaking around election integrity

6    after that time?

7    **A.**   Generally focused around that period.  I was happy when it

8    died down.

9    **Q.**   So yesterday, you may remember that your counsel asked you

10   some questions about a theoretical voter challenge from, say, a

11   neighbor who called you.  They moved to another state, and they

12   told you they weren't going to come back.

13       My question today is:  During the 2020 runoff election,

14   could you have submitted a voter challenge like that based on

15   that kind of information?

16   **A.**   Can you do the first part of that?  I didn't hear it

17   fully.  I'm sorry.

18   **Q.**   Yeah, I'm sorry.

19   **A.**   No.  You're okay.

20   **Q.**   So during the 2020 runoff election, if your neighbor had

21   called you and told you, I've moved to another state, I'm not

22   coming back, could you have challenged their eligibility to

23   vote?

24   **A.**   I could have, yes, ma'am.

25   **Q.**   Thank you very much.

1    THE COURT:  All right.  Thank you.

2    MS. PAIKOWSKY:  No further questions, Your Honor.

3    THE COURT:  All right.  Thanks.

4    Ms. Ford?

5                    RECROSS-EXAMINATION

6  BY MS. FORD:

7  **Q.**  Thank you, Mr. Somerville.

8    I will endeavor to keep this around ten minutes so you can

9  have your weekend free and clear.

10  **A.**  Thank you.

11  **Q.**  My attempt.

12    THE COURT:  I've learned a long time ago,

13  Mr. Somerville -- not Ms. Ford.  But when a lawyer tells me we

14  need just another hour, that's two hours.

15    THE WITNESS:  I know.

16    THE COURT:  So not Ms. Ford now.

17    THE WITNESS:  Well, if it pleases counsel, I will try

18  to do the same.

19    MS. FORD:  Well, if I go 20 minutes, then that's

20  allowed.

21    THE COURT:  Honest lawyers.

22  BY MS. FORD:

23  **Q.**  Mr. Somerville, you talked with Mr. Powell, I believe it

24  was, yesterday, that -- about this kind of idea that, you know,

25  the challengers had access to the list, they could look at the

1  list, and, you know, maybe decide for themselves who they knew

2  in their county and who they wanted to challenge.

3       Does that kind of accurately summarize the idea you were

4  getting at yesterday?

5  **A.**   Well, I think the idea was that the data was provided to

6  individuals such that they could do that.

7  **Q.**   Right.

8       Okay.  So they could?

9  **A.**   And if I may just add real quick, in the spirit of ten

10  minutes, and I was aware that many did.

11  **Q.**   Okay.  You did describe the project that you wanted to

12  help out with, that you wanted volunteers for was a 15-minute

13  effort; correct?

14  **A.**   Well, the setup was 15 minutes.  That's not a very

15  articulate email.  Mark gave me some grief for that.

16       The process of speaking with us, getting the files,

17  answering questions, you know, that was the -- that was the

18  premise of the 15 minutes.  It wasn't articulated well.  But by

19  the time I put it up and people were reacting to it, I didn't

20  want to correct it.  Because that would have meant deleting

21  people that were saying, I'm going to reach out to you.

22       But I understand the confusion.  It's not a very

23  articulate post.

24  **Q.**   Mr. Somerville, I'd like to go to Defendants' Exhibit 38.

25  I only have --

```
1              MS. FORD:  Your Honor, I don't have a copy.
2              THE COURT:  I don't need one.
3    BY MS. FORD:
4    Q.   So, Mr. Somerville, I believe you described this as the
5    instructions that went out to volunteer electors.
6         Would you agree with that?
7    A.   Well, I don't agree with that.  What -- I don't remember
8    if this is -- I think this went to a few people.  And there may
9    have been -- the documents matured a little bit, so I'm not
10   entirely certain.  As is indicated, I had said to Mark, this
11   went to a few people.
12        But I'm not sure if this was the end-end of the
13   communication that went to the majority of the people.
14   Q.   Okay.  Would you agree with me this includes a large
15   number of instructions for the volunteer -- the in-person
16   submission instructions, the email instructions, the cover
17   letter, the form they should use, the county PDF list, the
18   Excel list?
19        And here you write, these PDF files contain the names of
20   the voters, in parentheses, electors to be challenged, and must
21   be submitted with the cover letter.
22        Did I read all of that correctly?
23   A.   Yeah, you're reading it correctly.  But it doesn't -- the
24   context for that -- the must isn't -- we're not demanding that
25   they must submit this PDF and it cannot be amended.  I want to
```

1  make sure that you're not bending that to that because that's

2  not the case.

3  **Q.**   Right.  My primary question for you, though, is:  There's

4  no instruction here whatsoever that the volunteer should look

5  at the list, scrutinize it carefully, think about if you know

6  of any of these people, do some investigation, and then submit

7  it; right?  That is not at all your instructions that are

8  included here?

9  **A.**   It isn't on this document.  So again, for context, if I

10  may, I don't know anybody that's in my world -- and most of the

11  people that were involved in this I know personally.  And

12  Excel -- the very reason that the Excel file was provided was

13  for exactly that, had we not had any interest in people

14  modifying or being able to inspect.

15        And incidentally, they could inspect the PDF as well.  So

16  the Excel was a step beyond that.  Otherwise, there would be no

17  point in providing it.  We provided two files for a reason.

18  **Q.**   So next I want to talk about this funnel, this idea of

19  what was in the funnel, up and down the funnel, all the

20  descriptions to this big funnel.

21        Can you tell me what data you considered that went into

22  that funnel?

23  **A.**   Yeah.  And I consider this serious.  I don't know if the

24  chuckle -- but the funnel was serious.  The first step -- the

25  first cut at the voter file -- and I -- it's been three years,

1    so I'm in my 50s, if you will.

2        But the first cut was NCOA.  So there had to be a change

3    of address as we -- I can walk through that if I need to.

4        But that's the first cut and not a qualifier on the NCOA,

5    just NCOA.

6        And then the NCOA criteria gets narrowed down.  So that's

7    a very specific time so that it conforms to the Georgia

8    statutes, which permit people to vote in their old county

9    within inside of the 30 days.

10   **Q.**   So I want to clarify.

11       When you say you cut down several times --

12   **A.**   Well, I've got a lot to go yet.

13           THE COURT:  Well, let Ms. Ford finish her question.

14   BY MS. FORD:

15   **Q.**   Let me ask some more direct questions, and I think we'll

16   get at what I'm getting at.

17       The first layer, top layer of your funnel is just NCOA

18   data; correct?

19   **A.**   That, or it could have been active voters with inactive --

20   the sequencing may not be perfect.  But at the very top

21   somewhere, top one or two, it's NCOA.

22   **Q.**   Okay.

23   **A.**   Yes.

24   **Q.**   You take the NCOA data.  You take the state's voter file.

25   **A.**   No.  You run the whole voter file -- and this may be

```
 1    important because some knowledge about this process might cure
 2    some of the -- if there's confusion about this.
 3         You don't take an NCOA -- well, may I?  I've been very
 4    patient.  It's been three years.
 5         You don't take the NCOA file and the voter file and
 6    somehow combine them.  That's not what happens.
 7         And it may be important to you, sir.  I won't go long.  We
 8    have a 10-minute, 20-minute window.
 9              THE COURT:  Forget about this 10-minute thing.
10    Ms. Ford was joking with the Court.  She knows she gets to do
11    this.
12              THE WITNESS:  No.  No.  I wanted that to be --
13              THE COURT:  She saw the look on my face, and I needed
14    a good laugh.  She knows what --
15              MS. FORD:  It's a white lie.
16              THE COURT:  This white lie thing.
17              THE WITNESS:  I'm not going there.
18              THE COURT:  Don't get me started.  That will take 20
19    minutes.
20              THE WITNESS:  Ms. Ford, this may help.
21         So what happens is you build an input record that has
22    the information in the voter file, especially that voter ID
23    number, and it goes into the NCOA universe, and they add the
24    records to it and give it back to you.  So it's not as if you
25    have two forms of data and you combine them.
```

1          And so what happens is you run the entire file.  You

2     take the -- you create this structure.  I know this is kind of

3     nerd speak.  But it has the unique voter identification number

4     in it.  And then you pass that into the NCOA database.

5          They match -- and it has the first name, middle name,

6     all the stuff I presume people understand.  And then they

7     update that record and hand it back to you.

8          So the first pass you get is an NCOA pass of the

9     entire voter file as a single return.  I don't know if that

10    helps.

11    BY MS. FORD:

12    **Q.**    It does.  I think so.  I probably asked the question

13    inartfully.

14         What I'm trying to get at is ask you what your sources of

15    data was to compile your challenge list.

16         And my understanding is you had NCOA data, you had the

17    voter file.

18    **A.**    Correct.  This is -- this is a process of omission, not

19    inclusion.

20    **Q.**    Right.  Did you have any other sources of data that you

21    applied on top of that?

22         I realize you then excluded some people based on factors

23    I'll ask you about in a second.

24         But those were the sources of data that you had to compile

25    your challenge list; correct?

1  **A.**    Can you ask that maybe more succinctly what that question

2  is?

3       Was there more sources of data?

4  **Q.**    Yes.

5  **A.**    Yes.

6  **Q.**    What were those sources of data?

7  **A.**    The only way to identify UOCAVA voters, so the electric --

8  electronic voters, is you have to take the absentee ballot file

9  and you have to merge that with the voter file.  And then that

10  will let you know if any of those voters are electronic or

11  UOCAVA voters.

12       So you do have to -- that's how we cut out UOCAVA was

13  using the state's absentee voter files, which is not an

14  insignificant effort.

15       So it was a very focused effort to remove -- Ms. Stinetorf

16  is a perfect example.  She's a UOCAVA voter from

17  Muscogee County.

18       So the absentee ballot files contain the UOCAVA

19  information.  So that cut happened up there near the top of the

20  funnel, but -- so you're relying on state data and NCOA.

21       So fundamentally, you have three sources of data.  All are

22  Government.  The Georgia absentee voter file, which is a large

23  document.  And they're updated for every election.  They're

24  available right on your computer.

25       You have the state's voter file, which is -- the stewards

1    of which are the Secretary of State.

2        And then you have U.S. Postal Service's NCOA link, which

3    is under the custodial responsibility of the postal service.

4        So those are the three areas.

5    **Q.**   Okay.  So we've got NCOA, we've got the state's regular

6    voter file, and we've got the absentee voter file?

7    **A.**   That is correct.

8    **Q.**   Okay.  Those are the three sources of data --

9    **A.**   No.

10   **Q.**   -- that -- I realize that you --

11   **A.**   There's more.

12   **Q.**   -- took specific steps then with certain of them?

13       But those are the three sources of data that you had?

14   **A.**   No, that's not correct.  There's actually a fourth.

15   **Q.**   What's the fourth?

16   **A.**   It is geospatial data.  So you need GIS data, which is --

17   for those that aren't familiar that -- that translates an

18   address to a point in space because your address may not

19   include your county.

20       So in order to understand what county somebody is coming

21   back from the postal service's NCOA link, that's not in your

22   change of address.  You have to actually use a GIS system to

23   identify the county.

24       So again, there's a lot of steps to this.  So you have

25   geospatial data, GIS data, which has to add a county, because

1  there's no way for your change of address to know what county

2  it's in; the voter file, which does have the county; the

3  absentee voter file, which has the UOCAVA information and also

4  identifies absentee ballot voters which we didn't include.  And

5  then, of course, you have -- I missed one.

6      What did I get the last one?  The voter file, absentee --

7          THE COURT:  UOCAVA.

8          THE WITNESS:  GEO coding, and I just -- I just gave

9  them to you, but now I forgot the last one.  There's four.

10          THE COURT:  Absentee ballot, address, voter file.

11          THE WITNESS:  NCOA, the big one.  I'm sorry.

12  BY MS. FORD:

13  **Q.**    And the NCOA universe that you used was voters who had

14  filed an NCOA in the past, say, 18 months, excluding, I

15  believe, the month of October; is that -- of October 2020; is

16  that correct?

17  **A.**    The -- yes.  The Georgia voters who filed a permanent

18  change of address, because temporary changes of address are not

19  included in the NCOA link database, so there's a measure of

20  security there.  There's no temporary in that database at all.

21      And so it would have been from October -- looking

22  backwards, October '20 to, I think -- I could get this wrong,

23  but June.  18 months from October back.  So prior to the

24  general.

25  **Q.**    Okay.  And just to clarify, a permanent request in NCOA

1    does not mean permanent in the lay sense?  It means you need

2    your mail forwarded for more than six months or more; correct?

3    **A.**    Well, my interpretation of it.  And what the U.S. Postal

4    Service says is it's permanent.  That you don't envision that

5    your move is temporary.  So there's no blocked date.

6         So if you do temporary, you can tell it from here to here,

7    but permanent is -- it indicates on the form that you intend to

8    have your mail forwarded permanently.

9         So I don't know if that answers your question.  But to me,

10   there is not -- and I understand, and I don't disagree with

11   you.  There are scenarios where permanent -- but this is a

12   different thing.

13   **Q.**    Would you disagree with me that on the NCOA website, it

14   says, if you need your mail forwarded for more than six months,

15   select permanent move?

16   **A.**    Well, I think what I testified is it could be less than

17   12.  There's a lot to remember.  So somebody could run and fact

18   check me.

19             THE COURT:  Do you disagree with Ms. Ford that it

20   says if you need your mail forwarded for more than six months,

21   check the permanent box?

22             THE WITNESS:  I believe what it says, sir, is -- I

23   think the limiting language -- and we could pull it up -- is on

24   the temporary.

25             THE COURT:  I think they just did.

```
 1              THE WITNESS:  I think it's temporary, and I think
 2    it's --
 3    BY MS. FORD:
 4    Q.   Well, would you like to refresh your recollection, given
 5    that we have it?
 6    A.   Yeah, that would be wonderful.
 7         Well, this looks different than the online form, so
 8    there's -- what would you like me to look at?
 9              THE COURT:  Look at Page 2 of 4.
10    BY MS. FORD:
11    Q.   Yeah.  Let's go to Page 2.  See here, are you planning on
12    returning to your old address in six months or less?
13         Selecting yes will classify your change of address as
14    temporary.
15    A.   Okay.
16    Q.   Selecting no will classify your change of address as
17    permanent.
18    A.   Yeah.  That's -- I mean, this isn't how it is printed on
19    the form.  So this is a textual version of this.  This is not
20    what you'll see when you go online.
21         But I believe I testified earlier, I thought it was six
22    months, so that seems correct.  And then if you did select
23    that, it will give you an option to put date ranges in there as
24    well, because you have to set an effective date and an end
25    date.
```

1    But if I could just add one more, the significance to the
2  process is the NCOA link database, those 160 million records do
3  not include temporary.  Those don't go in there.
4  **Q.**    They don't include people who selected temporary on the
5  NCOA when they filled out this form?
6  **A.**    That is correct.
7  **Q.**    Okay.  That is an important distinction that I fear is
8  getting lost.
9    Okay.  So when you compiled your challenge list, you did
10  not know anything about these voters in that 39,000 pool other
11  than, one, they had filed an NCOA request that is classified as
12  permanent in the NCOA system at some point in the past 18
13  months, excluding October.
14    That they had voted in the general election in 2020.
15    We'll take you at your word right now that they were a
16  UOCAVA voter.
17    And that they didn't have a P.O. box address.
18    And then I believe your final step according to your rogs
19  is they didn't live on a military base.
20    That is the universe of things that you knew about the
21  voters in that pile of 39,000?
22  **A.**    No.  I don't believe that's accurate at all.  I think
23  you're prematurely narrowing and simplifying what we did.
24  **Q.**    What more --
25  **A.**    I'm happy to answer.

1    So first off, you can take me for my word.  I've swore
2    under oath.  We removed UOCAVA.  That was very important to me.
3    Yeah.  I'm a military veteran.  I'm going to take great lengths
4    to exclude those people.  So UOCAVA were removed.  And that was
5    an effort that required some focus.
6        Within the universe of NCOA, I just suggested that we
7    narrowed it to more than just that, by the way.  So not only
8    did we narrow the timeframe, but -- and I know I got deep into
9    the weeds on the return types.  But we had only A record
10   matches.  So we had only the most pristine match that the U.S.
11   Postal Service offers back.
12       We removed -- when you mentioned military people, it's not
13   a function of just military bases.  We went to great lengths in
14   understanding the universe of where human beings were not
15   perfect.
16       But not only did we go to great lengths to remove military
17   bases, so Air Force base, Marine Corps, air stations, Naval air
18   stations, Army air bases, but communities around those.  We
19   removed everybody that was around those for fear -- I grew up
20   as a dependent, so we -- I just think it's fair after being
21   under the yoke of this for three years that I explain how much
22   diligence went into this.
23       So you asked how many steps.  So we removed the military
24   people.  And it would be great to have my notes because there's
25   a lot of steps.

1    And as I suggested earlier, we sought out to try to

2    identify duplicates.  And because we knew what kind of NCOA

3    record it was, if it was a duplicate on an individual versus a

4    family, that drew attention to us.  There was a tremendous

5    amount of diligence to this.

6  **Q.**   Mr. Somerville, you filled out a second set of

7    interrogatories; correct?

8  **A.**   I'm sure I did.

9  **Q.**   And we asked you for your process that you and Mr. Davis

10   performed to come up with your challenge file; correct?

11 **A.**   I did.  Or you did.

12 **Q.**   At the time, I assume you believed those to be accurate?

13 **A.**   To my knowledge at the time, yes.

14 **Q.**   You listed out 15 steps that you took -- I'm sorry.  18

15   steps.

16 **A.**   I'd appreciate a copy of that.  That's a lot of steps to

17   remember.

18 **Q.**   I'm looking at Page 9, carrying over to 11.

19 **A.**   Okay.

20   Okay.  Some of these steps were performed by Mr. Davis,

21   which is indicated in the initial paragraph of the response.

22   I think it indicates that based upon my review of this

23   research and my discussions with Mr. Davis, I understood the

24   research identification process to be as follows.

25   So again, it was a collaboration.  So we both undertook

1    different parts of this process and some we both did.

2    Q.    Mr. Somerville, your list of 39,000 -- I realize you've

3    talked today about how not all of those were filed.

4          But at the end of the day, you did have a list of 39,000

5    voters; correct?

6    A.    We did have a list of 39,000 voters, yes.

7    Q.    You had no information about those voters, about whether

8    they had any intention to return to their original address, did

9    you?

10   A.    I disagree with that.  We excluded people that we thought

11   intended to return.  We just discussed -- we just discussed

12   several of the groups that we presumed were going to return.

13   Q.    No.  No.  I'm talking about you said you had funneled

14   those out.  You had funneled out the UOCAVA.  You had funneled

15   out the military.

16   A.    You're talking about --

17   Q.    I'm talking about the list of 39,000.

18   A.    Yes.  I'm sorry.

19         When we got to the final list, those were the ones -- our

20   best faith effort that we believed most likely had moved

21   permanently to another county or outside of their county.  That

22   was our best and most focused effort to get to that.

23   Q.    That was not my question, Mr. Somerville.

24         My question was:  In that pool of 39,000, you had no

25   information about those voters about whether they had an

1    intention to return to their prior address, did you?

2        Mr. Somerville, you're answering the opposite of my

3    question.  You're saying you thought you removed people when

4    you were pretty sure that it was a temporary move, if I am

5    understanding your testimony.

6    **A.**   No, I'm actually --

7    **Q.**   UOCAVA and with military.

8        But once you got to that pool of 39,000, you did not have

9    information about those people, about whether their move was

10   also temporary or whether it was permanent.

11       You couldn't distinguish between those in that pool of

12   39,000?

13   **A.**   Yeah.  I'm sorry.  I was trying to track you.  That -- I

14   didn't understand what you were actually asking me.

15       And as I answered, when we got to the 39,141, we had

16   exhausted all of the resources available to us as citizens in

17   order to investigate or analyze that any further.

18       If I may continue just briefly.  I've had a job with the

19   Government.  I worked for the same employers as the folks on

20   the other side.  I know what it's like to have other tools.

21       But I can't go into the driver's license database.  I

22   can't go into Social Security.  And had I done as two of the

23   witnesses suggested, you had to talk to me in order to know

24   more, I think that would rise to a level that's not intended

25   under Section 230.

```
 1        So I would agree with you that at that point, there were
 2   individuals in there that without a more invasive approach we
 3   could not know if, in fact, they were coming back.
 4        Unfortunately, you've excluded the ability for me to talk
 5   about what came of those lists, but that's as far as we get.
 6   Q.   Yeah, Mr. Somerville, I'm not -- I'm not asking you about
 7   that.
 8        And I just want to clarify that for those 39,000 voters
 9   that we just talked about, you were relying only on the NCOA --
10   A.   No.
11   Q.   -- to determine.  No, no, no.  I haven't finished my
12   question.  Let me start it over.
13        For that pool of 39,000 voters, you were relying only on
14   the NCOA to make a determination about whether that move was
15   temporary or permanent?
16   A.   I disagree.
17        So let me state this differently.  I could have gone into
18   the voter file and removed all of the electronic voters without
19   NCOA.
20        I could have removed all of the APO, FPO, Marine Corps
21   bases without NCOA and presumed that they were going to return.
22        So I understand your role, but I don't agree with that
23   characterization.  As I said before, we had a number of data
24   elements that gave us confidence in our list --
25   Q.   But all --
```

1    **A.**    -- that they were permanent.

2    **Q.**    But it all tied back to NCOA data?

3    **A.**    Well, NCOA was the basis, but what I'm suggesting is that

4    we could conclude without NCOA individuals that we thought were

5    temporary, and we -- we didn't need NCOA to make those cuts.

6        I would offer that we can all agree UOCAVA voters are

7    coming back.

8    **Q.**    But you said you excluded UOCAVA voters.

9        What I'm asking you is about the 39,000 pool that you did

10   think should be subject to a challenge, your knowledge about

11   whether their move was temporary or permanent, whether that

12   voter had any intent to come back, that was rooted in NCOA.

13           THE COURT:  Hold on.  We have an objection.

14           MR. POWELL:  Your Honor, this is about the fifth or

15   sixth ask.  It's been answered.  If there's an argument they'd

16   like to make, they should put it in their brief.

17           THE COURT:  I'll allow this question.  Overruled.

18   I'm allowing the question.

19           THE WITNESS:  Well, I think then the standard that we

20   had in mind is important.  Because the standard that we had in

21   mind, which I believe is indicated in 230, was the probable

22   cause.

23           And I believe the language we used that was we had

24   reason to believe that there was probable cause, that there was

25   an issue with the voter's residency.  So if we -- if we felt

1    that we had more information -- you know, absolutes are very

2    complicated -- right? -- which I think is where you're getting

3    to.

4              But how do you -- we had individuals that haven't

5    lived in their prior home in 40 -- if I may, I'm just going to

6    explain why this is difficult -- that sat up here and explained

7    that there was 46 months of continuous apartment leases that

8    say they still lived in their old place.

9              I don't know how you determine that once you get to

10   that stage.  There is a point at which -- I will conclude here.

11   There is a point at which you have to look at your effort and

12   go, this is as good as we can do.  It's what the law allows us

13   to do.  We've erred on the side of the voter.

14             You acknowledged that in your depositions with me.

15   And it was our best and honest belief that we really had

16   compiled, and I believe it proved out -- I'm not permitted to

17   talk about results of it, but that we had really put together a

18   very honest and accurate assessment of who had moved

19   permanently.

20   BY MS. FORD:

21   **Q.**   Mr. Somerville, how did you remove students from your

22   list?

23   **A.**   That's very complicated.

24       I'll give you an example, Morehouse.  So there's no flag

25   in the voter file that says if somebody is a student, so that's

1    problematic and it's difficult.  That would be a wonderful

2    policy change if we did that.

3         But for example, in Morehouse, what you could do is you

4    would run the cross-tabulations -- I'll keep it at a lay

5    level -- and if there were a lot of addresses -- and I will

6    concede this is an imperfect science when you're talking about

7    universe.

8         But if there are a lot of addresses that are in one spot,

9    you're going to -- you're going to get drawn your attention to

10   it.  And the way that the cross-tabulation works is that you

11   can say, tell me how many times this address shows up.  And if

12   it showed up a bunch of times, as it did in Morehouse, not just

13   in the dormitories, but in areas around it, then we just wiped

14   them clean.

15        I specifically remember some 60-plus voters that were in

16   that file that were sitting on top of Morehouse and you remove

17   them.  But there is no -- that is -- that's something that the

18   state could absolutely improve upon.

19        The next problem with students, by the way, is that if

20   they accept in-state tuition as their school, Georgia doesn't

21   recognize them as a resident anymore.  There's nothing that

22   indicates that.

23        I will share one of the options was to say, well,

24   everybody under 22.  The problem is, everybody under 22 is not

25   a college student, just as there's .4 percent of the population

1    is military.

2        So when you get into that, it's very difficult.  And

3    unfortunately, the statute doesn't really provide any -- any

4    constructive direction around what to do with that.

5        So what you do is the very best you can.  And I feel very

6    confident in the effort that we had.  We cared deeply about

7    trying to get to all of that.  But I will concede I don't know

8    of a way to get to everybody.

9    **Q.**  Mr. Somerville, yesterday, Judge Jones asked you whether

10   you had -- you thought that your effort would intimidate

11   voters.  And I believe you responded, no, not at all.  I've

12   gotten an NCOA mailer myself.  It's not a scary experience.

13   You just change your address.

14       Does that accurately summarize your testimony from

15   yesterday?

16   **A.**   I believe so.

17   **Q.**   Okay.  But that is not what your -- what filing a

18   challenge -- the effect of filing a challenge is; correct?

19       The effect of filing a challenge is that that voter is

20   identified as a challenged voter; if they go to vote, they are

21   told they are a challenged voter, and then they have to provide

22   residency.

23       Would you agree with me that is quite different than

24   getting a mailer at your house that says, hey, we see you've

25   changed your address, would you like to update your voter

```
 1   registration?
 2           THE COURT:  Hold on a second.  We have an objection.
 3           MR. POWELL:  Could we break this down into
 4   noncompound parts, Your Honor?
 5           I'm going to object.
 6           THE COURT:  Yeah.  Let's break it down to
 7   subsections.
 8   BY MS. FORD:
 9   Q.   You understood, did you not, that if your challenge had
10   been processed, the voter would find out that they had been
11   challenged?
12   A.   I understood that, yes.
13   Q.   Okay.  And you understand that the outcome of being a
14   challenged voter, when that voter goes to the poll, is not
15   that -- is not that they're given an NCOA mailer form to fill
16   out?
17   A.   I understand that they're not getting a mail piece, yes.
18   Q.   Okay.  They are told, you -- your eligibility to vote has
19   been challenged?
20           MR. POWELL:  Your Honor, this calls for speculation.
21   I don't think he's testified he knows what they're told, or it
22   varies by board of election.
23           THE COURT:  Ask that question again, Ms. Ford.
24           MS. FORD:  I can rephrase my question.
25           THE COURT:  All right.
```

BY MS. FORD:

Q.   Would you agree with me that arriving at a polling location and being told by someone that you -- your eligibility to vote is in question, you have been challenged, is very different than getting an NCOA mailer at your house that asks if you would like to change your address?

A.   No, I would not agree with that.  I gave this some consideration, if I can expand.

THE COURT:  Sure.

THE WITNESS:  As you aptly pointed out, your people discovered I have a home in North Carolina.  It's a nice place. I like to be there.  And I thought, maybe every once in a while, I'll go and I'll stay for six months.  I haven't done it yet.

But if I left for six months or I left for a year and my neighbor noticed I hadn't been around for a year, and when the election came -- and I thought this through.  This is important.  I did think this through.

That if I returned back to vote and I was informed that I had been challenged, based on my residency, I would have thought that was reasonable, that somebody saw me leave.  And I had an NCOA forwarding my mail out to North Carolina, so I received it.  I did consider that.

The other thing that informed that decision is I don't know the 159 counties of people that work in the

1  elections.  But I knew some of the ones at mine.  And they

2  tended to be very kind, very polite people that serve the

3  public.

4          So I never assumed this was a confrontational issue.

5  I understand someone might be alarmed.  The Judge made a very

6  good point earlier today:  You might be taken aback, hey, I've

7  been challenged.

8          But what was in my mind at the time was, what would I

9  feel like?  And the people that I do know, how would they --

10  how would they behave?  How would they treat you when I come to

11  the poll?

12          So I agree it would be different, but I'm not -- I

13  don't think it rises to the level where you're taking it.  That

14  wasn't my belief, no, ma'am.

15  BY MS. FORD:

16  **Q.**   Mr. Somerville, no one on your challenge list was a

17  neighbor that you knew, was it?

18  **A.**   I can't definitively say that.

19  **Q.**   Mr. Somerville, you testified, I believe, that other than

20  someone showing up at the polls to vote and learning that they

21  had been challenged, a voter challenge would be like a tree

22  falling in the forest that no one hears.

23      Do you remember saying that?

24  **A.**   Oh, I do.

25  **Q.**   Did you hear the testimony of Ms. Stephanie Stinetorf?

**A.**   I did.

**Q.**   Did you hear the testimony of Ms. -- of Mr. Gamaliel Turner?

**A.**   I certainly did.

**Q.**   Okay.  Neither of them had to turn up at the polls to find out they had been challenged; correct?

**A.**   May I offer an explanation for why?

**Q.**   That was just my question.

          THE WITNESS:  Sir, may I explain --

          THE COURT:  Answer your question.  Then you can explain.

          THE WITNESS:  I'm sorry.

          May I explain why?

BY MS. FORD:

**Q.**   Well, what was your answer?

**A.**   No.  I'm agreeing with you that they found out, even though they didn't show up at the polls.  But it is for a very specific reason that's important to these proceedings.

          THE COURT:  What is it?

          THE WITNESS:  It was the ruling in the Ben Hill, Muscogee.  So effectively, that ruling -- no, this is very important.

          MS. FORD:  Your Honor, I don't think that Mr. Somerville has personal knowledge of the Ben Hill County case.  That foundation has not been established.

```
 1              THE COURT:  I have --

 2              MS. FORD:  He's been here to listen to what other

 3  people have testified about the Ben Hill case.

 4              THE COURT:  How do you know about the Ben Hill case?

 5              THE WITNESS:  I've read the proceedings.  And I'm

 6  familiar with the way that the statutes work with notification.

 7  This is an extremely important distinction.

 8              THE COURT:  He's read the statutes.

 9              What's the distinction?

10              THE WITNESS:  The distinction is, under the law as it

11  is, if you are challenged and you don't arrive -- I'll wait

12  until counsel -- this is important, Ms. Ford.  You may want to

13  hear this.

14              THE COURT:  Please go forward.

15              THE WITNESS:  Under the current statute --

16              THE COURT:  Hold on.  Hold on.

17              MS. FORD:  Your Honor, the parties that litigated the

18  Ben Hill case are here in this room on this side of the room,

19  and no one who was on this side of the room was present for the

20  Ben Hill County case.

21              So to the extent that Mr. Somerville is trying to

22  testify to the direct causation of how and why

23  Mr. Gamaliel Turner and Ms. Stephanie Stinetorf were

24  challenged, found out about their challenge, I think that is

25  far outside the scope of his knowledge.
```

```
 1            THE COURT:  I don't think he can testify, Mr. Powell,
 2    about what happened in the Ben Hill case.  He can testify about
 3    a hypothetical on redirect if you allow it on how it may
 4    differ.
 5            But he's really -- if he wasn't there or
 6    participated, it's really based on hearsay.  But let's not keep
 7    him -- keep Mr. Somerville from testifying about it in a
 8    hypothetical.  If a person got this way, that way, you know.
 9            THE WITNESS:  May I answer it, sir?
10            THE COURT:  You'll probably get asked this question
11    on redirect in another manner.
12            THE WITNESS:  Okay.
13            THE COURT:  But Ms. Ford is right.  If you were not
14    there, you're basing it on what you read.  That's hearsay.  And
15    I told you it is hearsay.  But I think Mr. Powell is going to
16    ask it to you another way.
17            MR. POWELL:  Your Honor, the Court can also take
18    judicial notice of the fact as well.
19            THE COURT:  Believe it or not, I know what happened
20    in the Ben Hill case.
21            THE WITNESS:  Well, then in redirect, there is a
22    distinction that explains why that happened.
23            MS. FORD:  Okay.  Thank you.
24            No further questions, Mr. Somerville.
25            THE COURT:  Thank you.
```

1           It was ten minutes, like you said.

2           MS. FORD:  What was I at?

3           THE WITNESS:  It was my fault, Ms. Ford.  It wasn't

4  yours.

5           THE COURT:  You did fine, Ms. Ford.

6           Redirect?

7                     REDIRECT EXAMINATION

8  BY MR. POWELL:

9  Q.   Mr. Somerville, what was the distinction you just referred

10  to?

11           THE COURT:  Well, you need to ask it to him in a

12  hypothetical.  He can't give a distinction based on what he

13  knows from the Ben Hill situation.

14           In other words, if you have a situation where a

15  person is told about their challenge at the -- when they go to

16  vote as opposed to a person who is contacted before they go to

17  vote, how is that distinguished if you have a hypothetical

18  situation?

19           Is that the question you were going to ask?

20           MR. POWELL:  Yes, Your Honor.

21           THE WITNESS:  I can answer that question.

22           THE COURT:  All right.

23           THE WITNESS:  Under the statute, not -- as I

24  understand the statute, an individual is not notified of a

25  challenge unless they arrive at the polls.

1            I'm trying to figure out how to say this properly

2    because I read all the documents.

3            In the matter with --

4            THE COURT:  Don't talk about Ben Hill.

5            THE WITNESS:  No, I'm not there.

6            If a county was instructed to notify everybody that

7    was challenged, whether or not they arrived to vote, then they

8    would have been notified unusually.  It would have been an

9    abnormal process.

10           So let's pretend that you are a UOCAVA voter.  There

11   is no county in the state that's going to uphold a challenge to

12   a UOCAVA voter because they are electric, it's right --

13   electronic.  But if you are required to notify everybody, then

14   people that should have never been notified because they never

15   would have been approved, because they never should have been

16   challenged, now have that notification which would not have

17   happened.

18           THE COURT:  Could -- there are some counties in this

19   state that when 364,000 -- some of those were filed, some

20   counties in the state elected to notify the people before they

21   got there.  So there's three options, really.

22           THE WITNESS:  So to my belief at the time and as the

23   statute is written, there was no -- we absolutely assumed that

24   tree would always fall without a sound.

25

```
 1   BY MR. POWELL:
 2   Q.   Mr. Somerville, Ms. Ford indicated that your challenge
 3   process wasn't reasonable.
 4        Did you look into the voters who were challenged in this
 5   case as to whether those challenges they got might have been
 6   reasonable?
 7   A.   Extensively, yes, sir.
 8   Q.   What did you do?
 9   A.   Well, the information that lays out the narrative of what
10   occurred -- and I'm trying to be conscious because I now
11   understand there are guardrails -- is all publicly available.
12   So it -- and because I had been sued by these individuals or
13   some of them --
14             MS. FORD:  Your Honor --
15             THE WITNESS:  -- I want to know --
16             THE COURT:  Hold on.  Hold on.
17             MS. FORD:  I just want to object.  I think this is
18   indirectly going to the accuracy and reliability of his
19   challenges.  This is just like a back door version of this.
20             THE COURT:  Well, it does kind of sound that way,
21   Mr. Powell.
22             MR. POWELL:  I'm sorry, Your Honor?
23             THE COURT:  It sounds like you're trying to do
24   something indirectly that you can't do directly.
25             MR. POWELL:  Your Honor, the cross suggested
```

 1   frivolity and speculated about recklessness, and Mr. Somerville

 2   went beyond speculation to actually investigate facts, and I

 3   think it would be fair to let him talk about what he found

 4   about the people that had been on his list.

 5           THE COURT:  I understand what you want to bring out

 6   to me, but I have to agree with Ms. Ford on this objection.

 7   You can't do this indirectly either.

 8           MR. POWELL:  All right.  Thanks, Your Honor.

 9   BY MR. POWELL:

10   **Q.**   Mr. Somerville, did you believe a petitioner had to have

11   probable cause to submit a petition to the board of elections

12   in the county?

13   **A.**   No, I did not.  I believe they had to have -- to propose

14   their reasoning for probable cause.  And I want to make sure

15   I'm articulate about this.  At the end of the day, it isn't the

16   petitioner who determines probable cause.  They have to go

17   express themselves and share their justification for why they

18   believe it.  It almost sounds silly.  But it's like, do I have

19   probable cause to believe there's probable cause?

20       That was our mindset throughout that.  Is this enough

21   information to defend believing there's probable cause that

22   there was a residency issue with the voter?

23   **Q.**   Did you understand Section 230 to require the petitioner

24   to have probable cause that there was probable cause?

25   **A.**   No.  If it did, then the petitioner could make the

1  determination of the challenge.

2  **Q.**  Do you understand to be probable cause at the level of

3  beyond a reasonable doubt?

4  **A.**  I have a law enforcement background.  No.  Probable cause

5  is probable cause.

6  **Q.**  Does it mean you're certain?

7  **A.**  Seldom.

8  But I think, if I may, it was important to us to be as

9  certain as we could.  And I stated this over and over, err on

10  the side of the voter.  It is a precarious line that you walk.

11  You're trying to do something good, but you want to make sure

12  you don't inadvertently damage anything along the way, and you

13  don't want to not be engaged because, you know, it's a very,

14  very delicate balance if you care about what you are doing.

15  **Q.**  Counsel for the United States asked you if you had found

16  out that your neighbor was moving away permanently if you could

17  have issued a Section 230 challenge and you said yes.

18  Would your ability to do that depend on the timing?

19  **A.**  No.  Well, not -- again, I'm not going to debate federal

20  law with the people on that side of the room or anybody.  But

21  Section 230 permits challenges, I believe, up to the day of

22  voting.

23  But again, the premise isn't the removal.  If we sought

24  the removal of people from the rolls, there's a statute right

25  before 230 for that, 229.  So it isn't as if we just happened

1   onto 230.  Number 1, we were informed about it.  And that

2   seemed to serve the purposes of updating the registrants'

3   information.

4   **Q.**   Thank you, Mr. Somerville.

5           MR. POWELL:  No further questions, Your Honor.

6           THE COURT:  Thank you.

7           Recross?

8                   RECROSS-EXAMINATION (Further)

9   BY MS. FORD:

10  **Q.**   Mr. Somerville, you spoke about this sort of like publicly

11  available data that you used after you filed your challenge

12  list to look into Ms. Jocelyn Heredia and perhaps some other

13  witnesses to conclude that it would have been reasonable to

14  think this person had moved; correct?

15  **A.**   No.  I didn't look into publicly available information

16  after the fact to see if it was reasonable to move.  That's

17  part of it, but that's not the sole reason.  I mean, these are

18  Facebook posts and LinkedIn.  But no, that's not the reason.

19  That wasn't the sole reason.

20  **Q.**   I just want to clarify that what you looked at to

21  investigate our plaintiffs' residency, the Facebook, the

22  LinkedIn, CARFAX reports -- you didn't look at any of those

23  things when you were compiling your challenge list; correct?

24  **A.**   Nobody on that challenge list sued me, so no.  I was being

25  sued by people.  I wanted to understand by whom.

1   Q.   I understand that.  My question is different.

2        I'm saying:  At the time you were filing these challenge

3   lists and you had the pool of 39,000 --

4   A.   Right.

5   Q.   -- you had not looked at other publicly available data,

6   their social media, their work history, their leases, their

7   CARFAX report?

8        You didn't know any of that about the 39,000?

9   A.   Well, I wouldn't have looked at the CARFAX because we

10  didn't have a VIN --

11  Q.   Mr. Somerville, you didn't answer my question.

12       Can you please answer my question?

13            MR. POWELL:  If the question were not compound, I

14  think it might be a little simpler.

15            THE WITNESS:  I can answer this.

16            THE COURT:  Hold on.  Hold on.

17            Ask your question in sections.

18  BY MS. FORD:

19  Q.   Mr. Somerville, you did not look at the social media of

20  any of the 39,000 before you determined they should be

21  challenged; correct?

22  A.   Correct.  With context, I did not --

23            THE COURT:  Let's go through her whole -- Ms. Ford's

24  whole list and then you can.

25            THE WITNESS:  I'm sorry.  I didn't know there was a

```
 1   list.
 2   BY MS. FORD:
 3   Q.   You didn't look at these voters' LinkedIns?
 4   A.   I may have looked at some, but not en masse, no.
 5   Q.   That was not on the list of steps that you said you took
 6   in your interrogatories; correct?
 7   A.   There's a fair amount of polishing that I testified that
 8   happened that isn't actually one of these articulated steps
 9   because there was stuff that we looked into at the beginning
10   enough to understand.  I'm answering -- I going to concede your
11   point.
12        The en masse, we did not look at LinkedIn.
13             THE COURT:  What's the next one?
14   BY MS. FORD:
15   Q.   You didn't have any information about their leases?
16   A.   I did not.
17   Q.   You didn't have any information about their car
18   registration?
19   A.   Well, that wouldn't be available to me, so no.
20   Q.   You didn't have any information about whether they had
21   updated their driver's license?
22   A.   Again, that's not publicly available.
23   Q.   Okay.  So all of those things that you learned about
24   Ms. Jocelyn Heredia are things that you learned about after you
25   had determined that she should be a challenged voter; correct?
```

**A.**   As a consequence of defending myself in this matter, yes.

MS. FORD:  Thank you.

THE COURT:  All right.  I only give one recross and one direct.

MR. POWELL:  All right.

THE WITNESS:  Thank you.

THE COURT:  You can step down now.  I'm laughing because something was said and Mr. Somerville said "thank you."

You can step down now.

All right.  For scheduling purposes, Mr. Wynne, just a rough estimate, how many more witnesses do you think you're going to be calling?

While he's thinking about that, Mr. Nkwonta, do you think there's any possibility you might be recalling any rebuttal witnesses?

I know you can't give me the right answer on that.  But based on what you've heard so far, be thinking about that I'm trying to figure out where we're at in this case.

MR. WYNNE:  Yeah.  We -- an outside estimate of six, Your Honor.

THE COURT:  Okay.

MR. WYNNE:  Between four and six, but I'll say six for purposes of today.

THE COURT:  So it would be fair to say we probably won't -- you probably won't be resting your case until sometime

```
 1    Tuesday afternoon?
 2              MR. WYNNE:  Yeah, at the earliest.  The earliest.
 3              THE COURT:  Probably Wednesday?
 4              MR. WYNNE:  Probably Wednesday.
 5              THE COURT:  Okay.  All right.  Thank you.  That's all
 6    I needed to know.
 7              MR. NKWONTA:  At this time without committing my
 8    clients to anything, I don't anticipate we'll be recalling
 9    witnesses at this time.
10              But if I may add an additional question, we spoke
11    earlier about briefing on defendants' Rule 52 motion, and I
12    wanted -- for our planning purposes and scheduling and resource
13    allocation wanted to get a sense of when the Court --
14              THE COURT:  Can you have it ready by 5:00 P.M.
15    Monday?
16              MR. NKWONTA:  By 5:00 P.M. Monday?  I think we can
17    make that happen.
18              If we could have until Tuesday --
19              MR. EVANS:  Well, Judge, the sooner the better.
20    Because depending on the Court's ruling on that motion, that
21    will depend on what witnesses that we call.  And we will have
22    our motion filed today, so we would respect -- I mean, lunch
23    Monday.  I mean, this is a trial.
24              THE COURT:  Lunch Tuesday.  You already had yours
25    ready.
```

```
 1              MR. EVANS:  Okay.

 2              THE COURT:  Noon Tuesday.

 3              MR. NKWONTA:  Thank you, Your Honor.

 4              THE COURT:  If the DOJ wishes to file a motion, noon

 5    Tuesday.

 6              MR. MELLETT:  Thank you, Your Honor.

 7              THE COURT:  Anything else?

 8              Everybody have a great weekend.

 9              And, remember, go Dawgs.

10              COURTROOM SECURITY OFFICER:  All rise.

11                   (The proceedings were thereby adjourned at 4:25

12                   PM.)

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1           C E R T I F I C A T E

2

3    UNITED STATES OF AMERICA

4    NORTHERN DISTRICT OF GEORGIA

5

6        I, SHANNON R. WELCH, RMR, CRR, Official Court Reporter of

7    the United States District Court, for the Northern District of

8    Georgia, Gainesville Division, do hereby certify that the

9    foregoing 116 pages constitute a true transcript of proceedings

10   had before the said Court, held in the City of Gainesville,

11   Georgia, in the matter therein stated.

12       In testimony whereof, I hereunto set my hand on this, the

13   3rd day of November, 2023.

14

15

16   _____
     SHANNON R. WELCH, RMR, CRR
17   OFFICIAL COURT REPORTER
     UNITED STATES DISTRICT COURT
18

19

20

21

22

23

24

25

**BY MR. POWELL: [29]** 1464/2 1466/4
1466/17 1466/25 1468/20 1472/18
1476/20 1481/2 1482/4 1482/21
1490/13 1492/5 1493/12 1494/22
1495/24 1497/2 1500/24 1505/5
1506/17 1507/4 1516/6 1516/13
1518/15 1521/19 1524/13 1527/21
1560/8 1561/25 1563/9
**BY MS. FORD: [17]** 1532/6 1532/22
1534/3 1536/14 1538/11 1541/12
1543/3 1543/10 1551/20 1554/8 1555/1
1556/15 1557/14 1565/9 1566/18
1567/2 1567/14
**BY MS. PAIKOWSKY: [1]** 1530/5
**COURTROOM SECURITY OFFICER:**
**[1]** 1570/10
**MR. EVANS: [2]** 1569/19 1570/1
**MR. MELLETT: [1]** 1570/6
**MR. NKWONTA: [7]** 1459/22 1460/5
1460/18 1460/25 1569/7 1569/16
1570/3
**MR. POWELL: [54]** 1461/16 1463/3
1465/4 1465/8 1465/12 1465/18
1466/15 1466/22 1468/10 1468/15
1472/2 1472/17 1474/12 1480/20
1480/23 1482/15 1489/12 1496/20
1497/1 1497/25 1498/15 1500/13
1500/16 1500/23 1501/6 1501/19
1502/4 1506/12 1516/3 1517/14
1517/21 1518/9 1519/24 1520/1
1520/18 1523/12 1523/20 1523/25
1524/17 1524/24 1525/6 1529/7
1529/12 1550/14 1554/3 1554/20
1559/17 1560/20 1562/22 1562/25
1563/8 1565/5 1566/13 1568/5
**MR. WYNNE: [4]** 1568/19 1568/22
1569/2 1569/4
**MS. FORD: [53]** 1463/8 1463/11
1464/24 1465/7 1465/9 1465/19
1466/21 1468/4 1468/18 1472/5 1474/8
1475/11 1480/21 1482/17 1492/2
1494/18 1494/20 1495/9 1495/14
1496/14 1497/17 1500/2 1500/5
1501/15 1501/24 1502/18 1506/1
1506/4 1515/24 1517/11 1520/21
1521/17 1523/9 1523/17 1524/4
1525/10 1525/23 1528/20 1528/23
1528/25 1529/19 1532/19 1534/1
1537/15 1554/24 1557/23 1558/2
1558/17 1559/23 1560/2 1562/14
1562/17 1568/2
**MS. PAIKOWSKY: [7]** 1459/4 1459/6
1459/11 1459/19 1529/22 1529/24
1532/2
**THE COURT: [173]**
**THE WITNESS: [75]** 1463/21 1469/5
1469/24 1470/4 1470/7 1470/11
1470/15 1470/17 1470/21 1470/23
1472/1 1473/8 1474/10 1474/18
1474/20 1475/14 1475/17 1481/1
1481/10 1481/12 1489/17 1493/5
1493/8 1495/13 1495/18 1495/20
1495/22 1501/9 1501/17 1502/19
1506/15 1506/24 1516/10 1520/12
1521/7 1521/12 1524/9 1524/11
1525/14 1525/17 1525/20 1526/1

1526/10 1527/2 1527/18 1529/11
1532/15 1532/17 1537/12 1537/17
1537/20 1541/8 1541/11 1542/22
1543/1 1550/19 1555/10 1557/9
1557/12 1557/20 1558/5 1558/10
1558/15 1559/9 1559/12 1559/21
1560/3 1560/21 1560/23 1561/5
1561/22 1562/15 1566/15 1566/25
1568/6

**$**

**$1.10 [1]** 1513/21
**$250 [1]** 1471/13

**'**

**'20 [1]** 1541/22

**-**

**-- what [1]** 1495/20

**.**

**.4 [1]** 1552/25
**.4 percent [1]** 1552/25

**1**

**1.2 [1]** 1473/16
**1.3 [1]** 1473/16
**10-minute [1]** 1537/8 1537/9
**11 [1]** 1546/18
**116 [1]** 1571/9
**11b [1]** 1459/18
**12 [2]** 1511/25 1542/17
**1383 [1]** 1456/24
**15 [6]** 1463/12 1478/7 1488/4 1533/14
1533/18 1546/14
**15-minute [2]** 1529/15 1533/12
**150,000 [1]** 1475/6
**159 [1]** 1555/25
**15th [2]** 1482/25 1483/1
**16 [4]** 1480/13 1480/15 1480/17 1481/6
**160 million [1]** 1544/2
**18 [5]** 1510/1 1541/14 1541/23 1544/12
1546/14
**18th [4]** 1478/19 1478/20 1488/24
1490/22
**19 [1]** 1518/19

**2**

**20 [3]** 1513/15 1532/19 1537/18
**20-minute [1]** 1537/8
**200 [1]** 1473/14
**2016 [1]** 1473/15
**2019 [1]** 1469/23
**2020 [12]** 1469/9 1469/13 1472/24
1473/10 1478/19 1510/14 1530/20
1530/25 1531/13 1531/20 1541/15
1544/14
**2021 [1]** 1469/25
**2023 [3]** 1456/14 1459/2 1571/13
**215-1383 [1]** 1456/24
**22 [2]** 1552/24 1552/24
**229 [1]** 1564/25
**230 [12]** 1477/6 1479/1 1497/14
1505/22 1506/9 1548/25 1550/21
1563/23 1564/17 1564/21 1564/25
1565/1
**2394 [1]** 1456/23
**25 [3]** 1517/6 1518/17 1518/23

**290,000 [1]** 1473/15
**29.9 [1]** 1523/1
**29.9 percent [1]** 1522/25
**2:20-CV-0302-SCJ [1]** 1456/6

**3**

**30 [4]** 1509/16 1509/18 1509/19 1536/9
**30 percent [1]** 1523/1
**30303 [1]** 1456/24
**364,000 [1]** 1561/19
**38 [2]** 1482/19 1533/24
**39,000 [16]** 1477/20 1544/10 1544/21
1547/2 1547/4 1547/6 1547/17 1547/24
1548/8 1548/12 1549/8 1549/13 1550/9
1566/3 1566/8 1566/20
**39,141 [1]** 1548/15
**3:15 [1]** 1529/16
**3:30 [1]** 1529/15
**3rd [1]** 1571/13

**4**

**40 [2]** 1487/3 1551/5
**404 [1]** 1456/24
**45 [1]** 1487/3
**46 [1]** 1551/7
**4:25 [1]** 1570/11

**5**

**5,000 [1]** 1479/23
**50,000 [1]** 1475/5
**50s [1]** 1536/1
**52 [1]** 1569/11
**534 [1]** 1494/13
**580,000 [1]** 1477/10
**5:00 P.M [2]** 1569/14 1569/16

**6**

**6.2 [1]** 1473/13
**6.5 [1]** 1473/13
**6.9 [1]** 1474/20
**6.9 million [1]** 1474/7
**60-plus [1]** 1552/15
**602 [1]** 1461/18
**64-dollar [1]** 1506/21

**7**

**7 million [1]** 1521/23
**7.1 million [1]** 1521/23
**7.6 million [1]** 1491/16
**75 [1]** 1456/23
**77 [1]** 1465/8

**9**

**90 [1]** 1/4
**91 [2]** 1519/7 1519/17
**92 [2]** 1519/7 1519/17

**A**

**aback [1]** 1556/6
**ability [3]** 1476/18 1549/4 1564/18
**able [11]** 1461/7 1461/9 1462/4 1462/8
1473/9 1502/22 1502/24 1519/3
1524/19 1526/20 1535/14
**abnormal [1]** 1561/9
**about [131]**
**absentee [24]** 1473/1 1473/14 1473/15
1474/3 1474/5 1474/7 1474/20 1474/21
1475/3 1475/5 1475/7 1476/1 1476/6

**absentee... [11]** 1476/15 1493/17
1539/8 1539/13 1539/18 1539/22
1540/6 1541/3 1541/4 1541/6 1541/10
**absolutely [3]** 1470/11 1552/18
1561/23
**absolutes [1]** 1551/1
**absolve [1]** 1500/7
**accept [4]** 1500/14 1515/10 1515/21
1552/20
**accepted [1]** 1467/2
**accepting [5]** 1475/9 1517/25 1518/1
1518/5 1518/6
**access [1]** 1532/25
**accomplish [6]** 1499/3 1499/8 1499/21
1499/21 1515/7 1515/8
**according [1]** 1544/18
**account [1]** 1469/21
**accuracy [5]** 1461/11 1472/7 1501/16
1502/3 1562/18
**accurate [12]** 1495/13 1499/16
1500/15 1502/16 1503/20 1518/3
1518/7 1520/2 1524/9 1544/22 1546/12
1551/18
**accurately [4]** 1460/25 1524/20 1533/3
1553/14
**accused [1]** 1474/12
**accusing [1]** 1481/22
**acknowledged [1]** 1551/14
**across [1]** 1519/4
**action [1]** 1488/3
**active [4]** 1470/24 1471/2 1528/3
1530/8 1530/13 1536/19
**activity [1]** 1477/22
**actual [1]** 1510/25
**actually [15]** 1464/9 1469/1 1471/8
1502/16 1503/10 1509/19 1518/21
1523/25 1524/9 1540/14 1540/22
1548/6 1548/14 1563/2 1567/8
**add [6]** 1476/17 1533/9 1537/23
1540/25 1544/1 1569/10
**added [2]** 1498/12 1509/11
**addition [2]** 1510/15 1513/24
**additional [2]** 1523/22 1569/10
**address [48]** 1460/6 1471/19 1477/7
1495/18 1499/4 1509/9 1510/8 1510/12
1511/6 1511/11 1511/19 1511/20
1511/21 1511/21 1512/5 1512/15
1512/19 1512/21 1513/1 1513/8
1513/10 1513/11 1513/22 1513/22
1516/22 1516/24 1518/20 1519/11
1519/17 1521/3 1536/3 1540/18
1540/18 1540/22 1541/1 1541/10
1541/18 1541/18 1543/12 1543/13
1543/16 1544/17 1547/8 1548/1
1552/11 1553/13 1553/25 1555/6
**addressed [1]** 1520/22
**addresses [5]** 1473/23 1503/21
1514/23 1552/5 1552/8
**adjourned [1]** 1570/11
**adjusted [1]** 1490/9
**adjustment [1]** 1485/23
**admitted [1]** 1482/20
**advance [1]** 1503/15
**advantage [1]** 1498/16
**advised [1]** 1508/1
**affect [1]** 1514/23

**affiliation [1]** 1521/25
**affirmative [1]** 1467/14
**afield [1]** 1474/17
**African [1]** 1522/25
**African-Americans [1]** 1522/25
**after [24]** 1/6 1463/24 1466/2 1467/24
1478/4 1480/7 1483/15 1485/23
1486/11 1487/19 1488/4 1488/25
1500/9 1509/3 1513/16 1522/4 1522/7
1522/7 1529/5 1531/6 1545/20 1565/11
1565/16 1567/24
**afternoon [6]** 1463/18 1464/3 1464/4
1530/6 1530/7 1569/1
**again [36]** 1459/14 1459/16 1477/4
1478/13 1479/21 1480/9 1481/14
1482/25 1487/7 1488/1 1488/16 1490/3
1491/7 1498/15 1501/4 1503/23 1504/2
1504/12 1506/22 1506/23 1507/1
1507/2 1507/17 1509/2 1513/25
1515/12 1518/9 1523/23 1527/4 1535/9
1540/24 1546/25 1554/23 1564/19
1564/23 1567/22
**against [1]** 1531/1
**age [1]** 1513/3
**ago [3]** 1483/1 1486/8 1532/12
**agree [16]** 1459/10 1473/25 1484/3
1499/24 1500/8 1534/6 1534/7 1534/14
1549/1 1549/22 1550/6 1553/23 1555/2
1555/7 1556/12 1563/6
**agreed [2]** 1471/6 1497/7
**agreeing [1]** 1557/16
**ahead [6]** 1460/4 1470/19 1506/2
1506/3 1525/8 1525/8
**AIDED [1]** 1456/20
**AILEEN [1]** 1457/21
**air [4]** 1545/17 1545/17 1545/17
1545/18
**AL [1]** 1456/7
**alarmed [1]** 1556/5
**alert [1]** 1491/5
**algorithms [1]** 1519/5
**all [78]** 1459/17 1459/20 1460/14
1462/12 1462/13 1463/5 1466/15
1466/15 1470/19 1470/22 1471/22
1474/4 1474/25 1476/15 1480/8
1480/11 1480/20 1481/21 1484/23
1485/25 1486/10 1490/20 1492/22
1494/25 1495/6 1500/13 1502/4 1504/6
1512/9 1512/19 1512/22 1512/23
1512/25 1513/4 1513/9 1514/9 1514/14
1514/20 1516/9 1517/3 1517/22
1518/12 1519/4 1520/10 1520/18
1521/2 1523/16 1527/20 1532/1 1532/3
1534/22 1535/7 1535/19 1538/6
1539/21 1541/20 1544/22 1547/3
1548/16 1549/18 1549/20 1549/25
1550/2 1550/6 1553/7 1553/11 1554/25
1560/22 1561/2 1562/11 1563/8
1567/23 1568/3 1568/5 1568/10 1569/5
1569/5 1570/10
**ALLEGRA [1]** 1457/4
**allocation [1]** 1569/13
**allow [21]** 1462/11 1462/13 1462/16
1462/19 1462/21 1462/24 1465/25
1466/24 1468/7 1472/14 1474/14
1474/15 1474/19 1497/23 1500/7
1502/12 1504/25 1524/7 1526/25
1550/17 1559/3

**allowed [3]** 1462/17 1462/19 1462/23
1500/12 1532/20
**allowing [3]** 1475/15 1500/18 1550/18
**allows [2]** 1500/6 1551/12
**almost [3]** 1462/21 1469/10 1563/18
**alone [2]** 1475/5 1477/12
**along [3]** 1499/8 1521/23 1564/12
**alongside [1]** 1490/1
**already [9]** 1472/13 1480/9 1488/15
1502/21 1504/23 1510/6 1510/6
1526/19 1569/24
**also [12]** 1461/9 1461/22 1467/8
1467/11 1471/9 1471/19 1480/6
1529/24 1530/19 1541/3 1548/10
1559/17
**altered [1]** 1488/2
**Although [1]** 1508/17
**Alton [3]** 1494/15 1495/1 1495/17
**always [2]** 1505/14 1561/24
**am [12]** 1462/12 1463/8 1464/8
1480/23 1505/25 1506/9 1506/20
1506/25 1507/1 1518/7 1521/15 1548/4
**amended [1]** 1534/25
**amendments [1]** 1505/22
**AMERICA [1]** 1571/3
**Americans [1]** 1522/25
**amount [6]** 1484/19 1484/20 1488/20
1508/16 1546/5 1567/7
**analogy [1]** 1477/16 1518/10
**analysis [16]** 1461/3 1461/3 1467/19
1468/16 1523/10 1523/18 1523/19
1524/4 1524/5 1524/7 1524/22 1524/22
1524/25 1525/2 1525/4 1527/1
**analytical [2]** 1508/14 1508/14
**analyze [4]** 1526/6 1526/20 1527/8
1548/17
**analyzed [4]** 1461/19 1522/6 1522/17
1525/17
**announcement [1]** 1493/14
**announcing [1]** 1494/1
**anomaly [1]** 1523/5
**another [11]** 1467/16 1470/18 1470/21
1471/14 1504/3 1531/11 1531/21
1532/14 1547/21 1559/11 1559/16
**answer [20]** 1474/14 1474/15 1496/21
1499/6 1501/25 1511/4 1516/7 1523/24
1525/14 1525/22 1529/10 1544/25
1557/10 1557/15 1559/9 1560/21
1566/11 1566/12 1566/15 1568/16
**answered [4]** 1487/21 1499/3 1548/15
1550/15
**answering [3]** 1533/17 1548/2 1567/10
**answers [1]** 1542/9
**anticipate [1]** 1569/8
**any [87]** 1/8 1459/9 1459/9 1459/11
1459/12 1462/24 1462/25 1464/11
1465/14 1465/14 1466/8 1466/18
1468/21 1468/21 1472/19 1472/22
1479/3 1479/10 1479/12 1481/22
1483/15 1484/15 1485/3 1485/3
1485/20 1486/4 1487/24 1488/2 1489/8
1490/19 1491/1 1491/4 1492/17
1492/20 1493/6 1493/16 1494/23
1494/25 1495/1 1495/25 1495/25
1498/19 1501/1 1501/6 1502/8 1505/9
1505/12 1505/22 1507/22 1509/9
1509/13 1510/17 1512/8 1512/12
1513/8 1513/16 1514/23 1515/22

**A**

**any... [29]**  1522/3 1522/9 1522/13
1522/18 1523/4 1523/4 1523/9
1523/18 1523/18 1524/6 1526/8 1535/6
1535/13 1538/20 1539/10 1547/8
1548/17 1550/12 1553/3 1553/3
1565/22 1566/8 1566/20 1567/15
1567/17 1567/20 1568/14 1568/14
**anybody [6]**  1478/24 1481/22 1504/25
1513/10 1535/10 1564/20
**anymore [3]**  1469/19 1469/20 1552/21
**anyone [9]**  1481/24 1487/13 1487/25
1490/14 1495/4 1496/7 1496/9 1497/5
1514/20
**anyone's [1]**  1493/24
**anything [19]**  1476/6 1481/23 1485/17
1491/5 1493/4 1501/19 1502/15
1504/16 1514/7 1515/11 1516/7 1525/9
1526/20 1528/16 1529/2 1544/10
1564/12 1569/8 1570/7
**anywhere [2]**  1466/11 1508/5
**apartment [2]**  1516/22 1551/7
**APO [1]**  1549/20
**apologize [1]**  1460/15
**app [1]**  1480/2
**Appeals [1]**  1502/9
**appear [1]**  1512/13
**appearance [2]**  1514/12 1514/14
**applied [1]**  1538/21
**apply [1]**  1517/15
**appreciate [3]**  1530/2 1530/12 1546/16
**approach [4]**  1485/21 1485/25 1515/16
1549/2
**approved [1]**  1561/15
**aptly [1]**  1555/10
**are [92]**  1/7 1459/16 1459/17 1461/17
1461/18 1463/3 1464/7 1464/18
1464/20 1467/10 1469/14 1470/2
1470/3 1470/13 1470/23 1470/23
1471/3 1471/9 1471/15 1471/22
1474/22 1482/8 1485/12 1491/23
1498/8 1498/8 1498/24 1500/10 1504/7
1505/22 1511/3 1511/6 1511/21
1512/25 1513/16 1513/18 1513/25
1514/13 1515/7 1516/11 1516/25
1516/25 1517/2 1517/2 1517/2 1517/4
1517/4 1517/5 1517/6 1517/6 1518/17
1518/18 1518/19 1518/20 1518/21
1518/25 1519/1 1519/6 1520/7 1522/25
1524/21 1526/15 1526/17 1526/23
1529/5 1535/7 1539/10 1539/21 1540/1
1540/4 1540/8 1540/13 1541/18
1542/11 1543/11 1550/6 1551/1 1552/8
1552/8 1553/20 1553/21 1554/18
1558/11 1558/18 1561/10 1561/12
1561/13 1561/18 1562/11 1564/14
1565/17 1567/24
**area [1]**  1488/13
**areas [3]**  1492/17 1540/4 1552/13
**aren't [1]**  1540/17
**argument [1]**  1550/15
**Army [1]**  1545/18
**ARNEY [1]**  1457/14
**around [13]**  1484/12 1487/4 1497/11
1515/16 1525/7 1531/5 1531/7 1532/8
1545/18 1545/19 1552/13 1553/4
1555/16
**arrive [3]**  1526/18 1558/11 1560/23
**arrived [4]**  1478/4 1487/7 1526/19
1561/7
**arriving [1]**  1555/2
**articulate [5]**  1478/25 1504/1 1533/15
1533/23 1563/15
**articulated [2]**  1533/18 1567/8
**artifact [1]**  1516/18
**as [106]**  1459/13 1460/8 1460/10
1460/19 1461/6 1462/3 1462/12
1462/21 1462/22 1463/24 1467/7
1470/5 1470/17 1471/7 1471/7 1475/2
1475/9 1477/4 1477/6 1477/12 1477/12
1478/15 1479/20 1479/20 1480/9
1482/9 1484/5 1485/17 1485/19 1487/5
1488/10 1489/21 1490/1 1491/11
1491/11 1497/9 1497/10 1500/14
1502/20 1503/11 1504/1 1506/6 1507/8
1508/3 1508/25 1509/8 1509/12
1509/22 1513/19 1514/25 1516/12
1516/12 1516/17 1517/25 1518/1
1518/2 1518/5 1518/6 1518/17 1520/11
1520/11 1521/1 1522/24 1523/3
1523/10 1526/11 1526/12 1528/4
1534/4 1534/10 1535/15 1536/3
1537/24 1538/9 1543/13 1543/16
1543/23 1544/11 1545/20 1546/1
1546/24 1548/15 1548/16 1548/19
1548/22 1549/5 1549/5 1549/23
1551/12 1551/12 1552/12 1552/20
1552/21 1552/25 1553/20 1555/10
1558/10 1559/18 1560/16 1560/23
1561/22 1562/5 1564/8 1564/9 1564/25
1568/1
**ask [21]**  1465/13 1468/21 1498/10
1498/11 1498/13 1507/22 1511/9
1511/20 1511/22 1519/19 1529/25
1536/15 1538/14 1538/23 1539/1
1550/15 1554/23 1559/16 1560/11
1560/19 1566/17
**asked [16]**  1459/16 1467/4 1487/24
1496/17 1499/14 1503/24 1507/24
1509/1 1529/25 1531/9 1538/12
1545/23 1546/9 1553/9 1559/10
1564/15
**asking [13]**  1462/21 1495/15 1496/20
1499/7 1508/4 1509/14 1524/1 1524/21
1525/2 1529/9 1548/14 1549/6 1550/9
**asks [5]**  1467/8 1511/14 1511/15
1511/19 1555/5
**asserted [2]**  1498/3 1518/11
**assessment [1]**  1551/18
**assistance [1]**  1492/17
**assume [4]**  1473/9 1483/25 1513/9
1546/12
**assumed [3]**  1483/25 1556/4 1561/23
**assumption [1]**  1469/7
**assurance [1]**  1492/6
**ATLANTA [1]**  1456/24
**attached [2]**  1/4 1466/10
**attaching [1]**  1/7
**attachments [1]**  1466/8
**attempt [4]**  1498/7 1498/9 1500/21
1532/11
**attempting [1]**  1505/9
**attend [2]**  1490/17 1528/8
**attendance [1]**  1528/15
**attended [1]**  1488/16
**attention [7]**  1460/15 1489/19 1503/4
1503/12 1527/11 1546/4 1552/9
**attorneys [1]**  1528/10
**audit [1]**  1511/3
**August [1]**  1467/21
**authenticity [1]**  1465/10
**available [14]**  1471/13 1478/11
1498/16 1511/6 1511/7 1526/15
1539/24 1548/16 1562/11 1565/11
1565/15 1566/5 1567/19 1567/22
**aware [27]**  1464/18 1464/20 1466/19
1478/14 1482/24 1491/7 1492/6 1492/8
1492/10 1492/25 1493/3 1493/13
1493/19 1493/24 1494/4 1497/4 1497/5
1505/22 1506/9 1509/24 1510/1
1515/12 1515/19 1515/19 1515/21
1524/6 1533/10
**away [1]**  1564/16

**B**

**back [32]**  1463/16 1463/17 1466/2
1471/18 1472/24 1477/24 1477/25
1478/3 1482/5 1489/12 1489/24 1503/6
1504/14 1507/12 1508/2 1512/20
1513/2 1518/23 1522/16 1531/12
1531/22 1537/24 1538/7 1540/21
1541/23 1545/11 1549/3 1550/2 1550/7
1550/12 1555/19 1562/19
**background [2]**  1490/15 1564/4
**backwards [2]**  1509/25 1541/22
**bad [4]**  1477/9 1477/15 1489/22
1500/21
**balance [3]**  1516/23 1522/19 1564/14
**ballot [15]**  1473/1 1474/3 1474/5
1474/7 1474/20 1475/3 1476/1 1476/2
1476/6 1476/15 1493/17 1539/8
1539/18 1541/4 1541/10
**ballots [5]**  1473/14 1473/15 1474/21
1475/5 1475/7
**bamboozled [1]**  1502/6
**BAO [1]**  1457/20
**base [2]**  1544/19 1545/17
**based [11]**  1461/4 1461/7 1462/20
1510/2 1531/14 1538/22 1546/22
1555/20 1559/6 1560/12 1568/17
**bases [4]**  1545/13 1545/17 1545/18
1549/21
**basically [5]**  1461/1 1519/3 1519/7
1526/3 1529/8
**basing [1]**  1559/14
**basis [5]**  1465/10 1465/11 1471/6
1524/5 1550/3
**bat [2]**  1511/8 1521/22
**be [89]**  1/2 1/3 1459/3 1459/8 1459/14
1460/3 1461/7 1461/9 1462/4 1462/8
1462/18 1463/6 1465/23 1467/8 1468/1
1470/1 1470/8 1470/13 1470/17 1472/8
1473/9 1475/4 1478/2 1481/21 1481/25
1483/1 1490/4 1491/3 1491/9 1497/25
1498/1 1498/20 1498/23 1499/17
1500/1 1502/6 1505/2 1505/12 1505/19
1505/3 1506/14 1510/12 1510/13
1511/24 1511/24 1512/13 1515/13
1520/9 1521/4 1526/20 1527/13
1529/17 1534/20 1534/21 1534/25
1535/16 1536/2 1536/20 1536/25
1537/7 1537/12 1542/16 1543/6
1545/24 1546/12 1546/24 1550/10

**B**

**be... [22]** 1552/1 1555/12 1556/2 1556/5 1556/6 1556/12 1556/21 1562/10 1563/3 1564/2 1564/8 1564/13 1566/14 1566/20 1567/19 1567/25 1568/12 1568/14 1568/17 1568/24 1568/25 1569/8
**became [1]** 1467/17
**because [64]** 1460/9 1468/8 1468/13 1473/11 1473/18 1473/19 1473/20 1473/21 1475/17 1476/14 1476/18 1479/22 1481/20 1487/1 1488/9 1488/13 1488/17 1489/13 1489/24 1490/5 1491/23 1496/2 1498/20 1499/20 1500/15 1500/18 1500/20 1502/1 1502/9 1503/17 1506/11 1508/4 1510/1 1512/6 1512/24 1514/18 1517/25 1518/7 1523/8 1527/13 1527/23 1528/20 1530/1 1533/20 1535/1 1537/1 1540/18 1540/25 1541/18 1543/24 1545/24 1546/2 1550/20 1561/2 1561/12 1561/14 1561/15 1562/10 1562/12 1564/13 1566/9 1567/9 1568/8 1569/20
**become [5]** 1468/22 1471/11 1482/24 1497/4 1497/5
**becomes [1]** 1500/21
**been [52]** 1461/10 1462/5 1463/24 1466/1 1467/4 1469/12 1473/8 1473/9 1473/19 1477/6 1483/23 1487/11 1489/19 1490/5 1490/11 1492/25 1493/2 1496/1 1496/13 1497/6 1501/12 1507/1 1515/8 1520/16 1523/21 1534/9 1535/25 1536/19 1537/3 1537/4 1541/21 1550/15 1554/10 1554/10 1554/19 1555/4 1555/16 1555/20 1556/7 1556/21 1557/6 1557/25 1558/2 1561/8 1561/8 1561/14 1561/15 1561/15 1562/5 1562/12 1563/4 1565/13
**before [20]** 1456/12 1459/6 1459/7 1460/21 1467/4 1472/8 1484/5 1508/18 1509/12 1509/20 1514/23 1528/4 1529/13 1530/19 1549/23 1560/16 1561/20 1564/25 1566/20 1571/10
**began [1]** 1476/23
**begin [5]** 1459/6 1459/7 1478/11 1481/3 1508/24
**beginning [1]** 1567/9
**behave [2]** 1515/18 1556/10
**behaves [1]** 1512/6
**behavior [2]** 1514/8 1514/10
**behind [2]** 1481/14 1508/4
**being [17]** 1476/1 1483/4 1492/13 1498/2 1500/14 1504/12 1505/1 1505/16 1506/25 1518/2 1518/2 1518/7 1535/14 1545/20 1554/13 1555/3 1565/24
**beings [1]** 1545/14
**belief [6]** 1462/1 1498/3 1498/23 1551/15 1556/14 1561/22
**believe [58]** 1459/25 1464/5 1468/15 1469/9 1471/16 1472/25 1473/10 1476/23 1478/8 1478/19 1478/19 1478/21 1481/13 1482/12 1482/25 1482/25 1485/3 1488/7 1492/22 1492/25 1492/25 1494/12 1494/12

**believed [4]** 1480/8 1531/1 1546/12 1547/20
**believing [1]** 1563/21
**BELL [1]** 1457/21
**Ben [10]** 1557/20 1557/24 1558/3 1558/4 1558/18 1558/20 1559/2 1559/20 1560/13 1561/4
**BENCH [1]** 1456/11
**benchmark [1]** 1527/12
**bending [1]** 1535/1
**beneficial [3]** 1501/1 1501/6 1501/10
**benefit [1]** 1503/16
**benefits [2]** 1503/9 1504/22
**BERSON [3]** 1456/3 1495/5 1495/16
**Berson's [1]** 1495/23
**best [8]** 1460/25 1476/14 1484/13 1528/13 1547/20 1547/22 1551/15 1553/5
**better [3]** 1502/8 1520/22 1569/19
**between [8]** 1486/13 1487/1 1488/7 1488/8 1509/21 1516/15 1548/11 1568/22
**beyond [10]** 1462/18 1462/19 1462/24 1462/25 1463/9 1492/12 1502/16 1535/16 1563/2 1564/3
**big [3]** 1462/5 1535/20 1541/11
**bill [1]** 1506/7
**binding [1]** 1498/18
**bit [5]** 1482/12 1484/25 1485/1 1485/6 1534/9
**blackout [1]** 1514/25
**block [1]** 1510/7
**blocked [2]** 1509/24 1542/5
**board [6]** 1464/21 1467/2 1497/6 1515/10 1554/22 1563/11
**boards [5]** 1464/16 1467/10 1473/17 1473/18 1492/14
**bold [2]** 1481/20 1481/25
**Boswell [1]** 1478/15
**both [6]** 1469/16 1487/1 1503/13 1510/24 1546/25 1547/1
**bottom [2]** 1494/10 1525/18
**bounty [1]** 1493/24
**box [2]** 1542/21 1544/17
**boxes [1]** 1493/17
**break [5]** 1529/13 1529/15 1529/16 1554/3 1554/6
**brief [6]** 1460/1 1461/1 1490/17 1517/23 1529/16 1550/16
**briefing [1]** 1569/11
**briefly [3]** 1459/23 1508/7 1548/18
**briefs [4]** 1528/12 1528/15 1529/7 1529/8
**bright [1]** 1508/8
**bring [3]** 1489/19 1503/6 1563/5
**bringing [1]** 1460/14
**broader [1]** 1478/15
**brokered [1]** 1483/8
**brought [1]** 1503/12

1497/3 1498/3 1500/25 1501/18 1507/20 1509/22 1511/25 1512/8 1513/20 1514/3 1520/3 1522/1 1522/7 1523/1 1528/9 1532/23 1534/4 1541/15 1542/22 1543/21 1544/18 1544/22 1550/21 1550/23 1550/24 1551/16 1553/11 1553/16 1556/19 1559/19 1563/10 1563/13 1563/18 1563/19 1564/21

**BRYAN [1]** 1457/9
**buckets [1]** 1471/24
**build [1]** 1537/21
**building [1]** 1521/25
**bull's [1]** 1515/6
**bullets [1]** 1481/16
**bunch [1]** 1552/12
**BUNDY [1]** 1457/5
**business [2]** 1512/5 1512/11
**button [2]** 1511/10 1512/1

**C**

**call [8]** 1483/6 1487/3 1488/8 1488/14 1488/15 1488/17 1495/12 1569/21
**called [7]** 1478/6 1478/15 1507/16 1519/2 1519/6 1531/11 1531/21
**calling [2]** 1468/6 1568/12
**calls [8]** 1466/21 1486/22 1487/13 1487/25 1496/14 1497/18 1506/4 1554/20
**came [7]** 1460/12 1481/17 1494/10 1501/11 1527/1 1549/5 1555/17
**CAMERON [1]** 1457/13
**can [73]** 1459/3 1465/21 1468/5 1468/12 1469/4 1469/10 1471/11 1471/25 1472/12 1473/6 1473/25 1474/16 1476/5 1476/9 1477/24 1487/20 1487/20 1488/12 1490/4 1491/2 1492/11 1495/16 1499/22 1499/25 1500/10 1500/16 1500/20 1501/14 1501/14 1502/4 1504/16 1506/6 1509/17 1511/3 1511/5 1512/18 1517/18 1517/19 1519/18 1523/13 1524/12 1525/5 1525/14 1527/20 1528/13 1529/3 1529/10 1529/17 1531/16 1532/8 1535/21 1536/3 1539/1 1542/6 1545/1 1550/6 1551/12 1552/11 1553/5 1554/24 1555/8 1557/10 1559/1 1559/2 1559/17 1560/21 1560/22 1566/12 1566/15 1566/24 1568/7 1568/9 1569/14 1569/16
**can't [24]** 1465/3 1466/13 1468/8 1468/10 1468/11 1468/13 1481/25 1496/21 1496/24 1499/5 1499/23 1500/15 1501/22 1506/10 1508/19 1524/25 1526/14 1548/21 1548/22 1556/18 1560/12 1562/24 1563/7 1568/16
**canceled [2]** 1475/6 1475/7
**candidly [2]** 1487/7 1489/24
**candy [1]** 1477/17
**cannot [4]** 1472/6 1498/19 1498/22 1534/25
**capability [1]** 1461/18
**capacity [1]** 1473/19
**car [2]** 1525/7 1567/17
**card [1]** 1513/21 1514/1 1514/4
**card's [1]** 1513/21
**care [4]** 1484/10 1484/11 1484/11 1564/14
**cared [1]** 1553/6
**career [1]** 1510/16
**carefully [1]** 1535/5
**CARFAX [3]** 1565/22 1566/7 1566/9
**Carolina [1]** 1555/11 1555/22
**carrying [2]** 1505/9 1546/18
**case [19]** 1459/9 1459/12 1461/5 1486/11 1509/19 1520/7 1524/6 1528/8

**case... [11]**  1535/2 1557/25 1558/3 1558/4 1558/18 1558/20 1559/2 1559/20 1562/5 1568/18 1568/25
**casual [1]**  1484/20
**categories [1]**  1518/24
**category [1]**  1512/4
**Catherine [5]**  1483/14 1487/7 1487/15 1488/1 1488/8
**causation [1]**  1558/22
**cause [15]**  1491/5 1497/8 1550/22 1550/24 1563/11 1563/14 1563/16 1563/19 1563/19 1563/21 1563/24 1563/24 1564/2 1564/4 1564/5
**caused [1]**  1476/19
**centered [1]**  1488/18
**certain [6]**  1485/10 1499/23 1534/10 1540/12 1564/6 1564/9
**certainly [3]**  1488/23 1523/15 1557/4
**certify [1]**  1571/8
**challenge [48]**  1461/11 1461/12 1464/6 1464/23 1466/19 1467/25 1472/20 1479/15 1481/15 1485/9 1485/9 1490/24 1492/13 1494/8 1494/9 1495/5 1495/10 1495/23 1496/4 1515/10 1523/7 1523/10 1527/22 1531/10 1531/14 1533/2 1538/15 1538/25 1544/9 1546/10 1550/10 1553/18 1553/18 1553/19 1554/9 1556/16 1556/21 1558/24 1560/15 1560/25 1561/11 1562/2 1564/1 1564/17 1565/11 1565/23 1565/24 1566/2
**challenged [24]**  1491/22 1496/13 1497/6 1497/14 1520/9 1531/22 1534/20 1553/20 1553/21 1554/11 1554/14 1554/19 1555/4 1555/20 1556/7 1556/21 1557/6 1558/11 1558/24 1561/7 1561/16 1562/4 1566/21 1567/25
**challengers [10]**  1464/15 1465/15 1466/6 1466/9 1478/12 1479/15 1479/18 1480/1 1482/6 1532/25
**challenges [20]**  1467/3 1467/24 1468/12 1468/22 1472/7 1480/16 1485/7 1487/17 1488/22 1492/24 1493/1 1494/14 1494/23 1502/3 1505/9 1507/6 1515/21 1562/5 1562/19 1564/21
**chance [1]**  1514/22
**change [24]**  1469/12 1485/17 1506/9 1509/9 1510/8 1510/12 1511/5 1511/12 1512/5 1512/15 1512/21 1514/7 1514/10 1519/11 1519/16 1536/2 1540/22 1541/1 1541/18 1543/13 1543/16 1552/2 1553/13 1555/6
**changed [1]**  1553/25
**changes [2]**  1513/11 1541/18
**characteristics [1]**  1521/13
**characterization [1]**  1549/23
**characterize [1]**  1467/7
**charge [2]**  1513/21 1514/5
**chat [1]**  1487/5
**check [4]**  1469/11 1527/3 1542/18 1542/21
**checked [2]**  1468/8 1468/12
**chief [2]**  1507/13 1507/17

**children [1]**  1513/5
**choose [3]**  1512/1 1512/2 1512/3
**CHRISTINA [1]**  1457/7
**chuckle [1]**  1535/24
**Circuit [1]**  1461/5
**cite [2]**  1/4 1506/16
**cited [1]**  1461/5
**citizen [3]**  1476/3 1498/16 1528/5
**citizens [3]**  1503/10 1505/2 1548/16
**City [1]**  1571/10
**claims [1]**  1461/10
**clarify [5]**  1520/24 1536/10 1541/25 1549/8 1565/20
**clarity [1]**  1483/19
**classified [1]**  1544/11
**classify [2]**  1543/13 1543/16
**clean [1]**  1552/14
**clear [13]**  1459/8 1459/8 1459/14 1470/25 1481/21 1497/25 1499/20 1504/24 1511/19 1512/25 1514/16 1524/19 1532/9
**clients [1]**  1569/8
**CM [2]**  1/2 1/3
**CM/ECF [2]**  1/2 1/3
**Code [1]**  1519/7
**codes [7]**  1517/4 1517/5 1517/5 1517/6 1517/10 1518/16 1518/17
**coding [1]**  1541/8
**cognizant [1]**  1509/15
**collaborating [1]**  1462/5
**collaboration [3]**  1462/7 1508/20 1546/25
**college [2]**  1470/1 1552/25
**combine [2]**  1537/6 1537/25
**come [15]**  1460/6 1463/16 1463/17 1466/19 1477/13 1479/9 1485/14 1513/2 1515/11 1525/12 1526/7 1531/12 1546/10 1550/12 1556/10
**comes [1]**  1500/17
**comfortable [1]**  1473/3
**coming [7]**  1463/15 1474/22 1484/5 1531/22 1540/20 1549/3 1550/7
**comments [1]**  1493/6
**committing [1]**  1569/7
**common [3]**  1481/23 1484/1 1484/1
**communicate [4]**  1464/23 1472/22 1504/20 1513/24
**communication [8]**  1479/14 1479/17 1479/25 1481/21 1481/24 1481/25 1507/16 1534/13
**communities [1]**  1545/18
**community [5]**  1528/3 1530/9 1530/10 1530/11 1530/13
**compare [3]**  1486/18 1497/14 1527/16
**comparison [1]**  1526/12
**compile [2]**  1538/15 1538/24
**compiled [2]**  1544/9 1551/16
**compiling [1]**  1565/23
**complaint [1]**  1495/3
**complete [1]**  1502/8
**completely [1]**  1518/2
**complex [1]**  1505/4
**compliant [1]**  1462/2
**complicated [3]**  1523/16 1551/2 1551/23
**compliment [1]**  1520/14
**compound [1]**  1566/13
**computer [2]**  1456/20 1539/24

**COMPUTER-AIDED [1]**  1456/20
**computing [1]**  1508/10
**concede [3]**  1552/6 1553/7 1567/10
**concert [1]**  1527/5
**conclude [3]**  1550/4 1551/10 1565/13
**conclusion [2]**  1497/18 1498/20
**conclusions [2]**  1470/23 1523/22
**concomitant [1]**  1486/13
**conducted [1]**  1528/14
**conference [1]**  1488/15
**confidence [3]**  1503/6 1531/3 1549/24
**confident [3]**  1528/1 1528/2 1553/6
**confirmation [4]**  1471/20 1471/23 1471/24 1508/3
**confirming [1]**  1469/7
**conflict [1]**  1530/1
**confluence [2]**  1473/1 1473/11
**conforms [1]**  1536/7
**confrontational [1]**  1556/4
**confusion [2]**  1533/22 1537/2
**conjunction [1]**  1489/4
**connect [1]**  1492/11
**connected [1]**  1493/2
**conscious [1]**  1562/10
**consequence [1]**  1568/1
**consider [3]**  1475/20 1502/4 1502/5 1516/15 1521/25 1535/23 1555/23
**consideration [2]**  1502/15 1555/8
**considerations [1]**  1509/10
**considered [3]**  1503/14 1522/16 1535/21
**Considering [1]**  1490/20
**conspiracy [3]**  1502/21 1503/1 1504/13
**conspiratorial [1]**  1531/2
**constitute [1]**  1571/9
**Constitution [1]**  1459/18
**constructive [1]**  1553/4
**contact [1]**  1472/19
**contacted [1]**  1560/16
**contain [4]**  1466/8 1519/15 1534/19 1539/18
**contemplating [1]**  1485/7
**context [5]**  1498/5 1498/21 1534/24 1535/9 1566/22
**contextual [1]**  1519/4
**continue [1]**  1548/18
**Continued [2]**  1458/4 1464/1
**continuous [1]**  1551/7
**contribute [1]**  1494/23
**control [4]**  1511/1 1515/14 1515/15 1515/17
**conversation [4]**  1484/16 1484/20 1506/7 1506/11
**conversations [8]**  1484/24 1503/23 1505/21 1505/23 1505/24 1507/6 1530/15 1530/19
**conversely [1]**  1469/19
**convey [1]**  1481/8
**coordinate [1]**  1486/20
**coordinating [1]**  1488/10
**copy [3]**  1480/23 1534/1 1546/16
**Corps [2]**  1545/17 1549/20
**correct [31]**  1478/13 1478/24 1479/23 1519/21 1521/11 1521/15 1530/9 1530/13 1530/17 1533/13 1533/20 1536/18 1538/18 1538/25 1540/7 1540/14 1541/16 1542/2 1543/22

**C**

correct... **[12]**  1544/6 1546/7 1546/10
1547/5 1553/18 1557/6 1565/14
1565/23 1566/21 1566/22 1567/6
1567/25
correction **[1]**  1530/12
correctly **[3]**  1488/12 1534/22 1534/23
correspondence **[1]**  1476/5
cosmopolitan **[1]**  1470/6
could **[47]**  1465/20 1470/8 1470/8
1476/13 1479/9 1479/16 1483/1
1491/11 1491/25 1496/1 1496/23
1498/10 1498/13 1498/24 1504/14
1512/12 1513/10 1515/11 1517/22
1525/11 1527/4 1528/22 1531/14
1531/22 1531/24 1532/25 1533/6
1533/8 1535/15 1536/19 1541/22
1542/16 1542/17 1542/23 1544/1
1549/3 1549/17 1549/20 1550/4 1552/3
1552/18 1554/3 1561/18 1563/25
1564/9 1564/16 1569/18
couldn't **[1]**  1548/11
counsel **[6]**  1461/13 1495/20 1531/9
1532/17 1558/12 1564/15
count **[1]**  1523/13
counted **[2]**  1461/20 1461/23
counties **[7]**  1505/11 1515/17 1515/19
1515/21 1555/25 1561/18 1561/20
counting **[1]**  1467/23
county **[33]**  1459/2 1464/6 1464/7
1464/16 1464/21 1467/15 1475/5
1492/14 1494/7 1494/24 1509/17
1510/11 1510/13 1514/16 1520/11
1527/23 1533/2 1534/17 1536/8
1539/17 1540/19 1540/20 1540/23
1540/25 1541/1 1541/2 1547/21
1547/21 1557/24 1558/20 1561/6
1561/11 1563/12
couple **[7]**  1461/16 1467/21 1469/22
1477/16 1484/4 1488/1 1513/3
course **[6]**  1488/3 1498/18 1503/25
1504/3 1516/23 1541/5
Court **[20]**  1/3 1/6 1/9 1456/1 1456/22
1460/5 1460/18 1468/1 1472/16
1496/25 1498/18 1502/8 1537/10
1559/17 1569/13 1571/6 1571/7
1571/10 1571/17 1571/17
Court's **[1]**  1569/20
COURTHOUSE **[1]**  1456/23
cover **[2]**  1534/16 1534/21
COVID **[3]**  1473/12 1473/22 1474/20
crazy **[1]**  1506/14
create **[4]**  1475/20 1512/12 1526/5
1538/2
created **[5]**  1464/15 1467/25 1525/4
1525/19 1525/20
creation **[1]**  1522/15
credibility **[1]**  1505/17
credit **[4]**  1513/21 1513/21 1514/1
1514/4
criteria **[2]**  1487/16 1536/6
cross **[10]**  1462/17 1474/16 1520/22
1521/16 1521/17 1521/14 1529/14
1552/4 1552/10 1562/25
cross-tabulation **[1]**  1552/10
cross-tabulations **[1]**  1552/4
crossed **[1]**  1514/18

crossing **[1]**  1463/6
CRR **[3]**  1456/22 1571/6 1571/16
cure **[1]**  1537/1
curiosity **[1]**  1477/12
Curious **[1]**  1461/20
current **[4]**  1469/10 1471/17 1530/11
1558/15
curve **[1]**  1508/4
custodial **[1]**  1540/3
custodian **[1]**  1479/4
cut **[10]**  1491/12 1491/17 1509/1
1521/8 1535/25 1536/2 1536/4 1536/11
1539/12 1539/19
cuts **[3]**  1521/9 1522/17 1550/5
CV **[1]**  1456/6
cycle **[2]**  1473/25 1474/1

**D**

daily **[1]**  1486/16
damage **[1]**  1564/12
DANA **[1]**  1457/19
data **[42]**  1477/8 1478/16 1486/9
1487/1 1487/4 1497/7 1503/17 1507/24
1508/2 1508/2 1508/5 1509/4 1510/2
1515/22 1522/17 1523/10 1525/17
1526/3 1526/10 1533/5 1535/21
1536/18 1536/24 1537/25 1538/15
1538/16 1538/20 1538/24 1539/3
1539/6 1539/20 1539/21 1540/8
1540/13 1540/16 1540/16 1540/25
1540/25 1549/23 1550/2 1565/11
1566/5
database **[6]**  1508/12 1538/4 1541/19
1541/20 1544/2 1548/21
date **[9]**  1481/5 1509/23 1509/24
1509/25 1512/3 1542/5 1543/23
1543/24 1543/25
Davis **[10]**  1466/11 1476/22 1491/2
1499/2 1502/13 1508/7 1514/6 1546/9
1546/20 1546/23
Davis' **[2]**  1490/15 1492/21
Dawgs **[1]**  1570/9
day **[13]**  1477/2 1477/2 1478/5 1478/21
1483/12 1485/20 1486/25 1498/11
1515/23 1547/4 1563/15 1564/21
1571/13
days **[8]**  1/4 1486/12 1488/14 1488/24
1509/16 1509/18 1509/19 1536/9
dead **[1]**  1515/6
deal **[1]**  1460/18
debate **[1]**  1564/19
deceased **[1]**  1507/13
December **[9]**  1469/13 1478/7 1480/13
1480/15 1480/17 1481/6 1482/25
1488/4 1490/22
December 15 **[2]**  1478/7 1488/4
December 15th **[1]**  1482/25
December 16 **[4]**  1480/13 1480/15
1480/17 1481/6
December 18th **[1]**  1490/22
decide **[1]**  1533/1
decision **[3]**  1467/13 1475/25 1555/24
decline **[2]**  1523/7 1527/22
deductive **[1]**  1491/14
deep **[1]**  1545/8
deeply **[3]**  1484/10 1484/11 1553/6
defend **[2]**  1459/18 1563/21
defendant **[1]**  1523/20

defendant's **[1]**  1462/1
defendants **[6]**  1456/8 1457/11
1459/25 1482/19 1493/16 1502/10
defendants' **[5]**  1465/8 1498/1 1520/1
1533/24 1569/11
defendants' state **[1]**  1498/1
defending **[1]**  1568/1
define **[1]**  1509/8
defined **[2]**  1508/9 1510/6
definitely **[1]**  1482/3
definitions **[1]**  1487/4
definitively **[1]**  1556/18
degrading **[1]**  1531/2
degree **[1]**  1499/23
deleting **[1]**  1533/20
deliberate **[1]**  1481/23
delicate **[1]**  1564/14
delivered **[1]**  1492/14
demanding **[1]**  1534/24
demographic **[1]**  1522/14
demographics **[5]**  1522/19 1522/20
1526/17 1527/5 1527/6
demonstrable **[1]**  1501/14
demonstrating **[1]**  1505/3
denying **[1]**  1514/20
DEPARTMENT **[3]**  1457/21 1529/20
1529/21
depend **[2]**  1564/18 1569/21
dependent **[1]**  1545/20
depending **[1]**  1569/20
deposed **[1]**  1528/10
depositions **[3]**  1528/14 1529/5
1551/14
depth **[1]**  1490/19
deputy **[2]**  1507/13 1507/15
DEREK **[3]**  1458/3 1461/22 1463/23
describe **[2]**  1481/16 1533/11
described **[2]**  1487/5 1534/4
descriptions **[1]**  1535/20
deserves **[1]**  1490/11
designed **[1]**  1515/2
detail **[4]**  1472/12 1485/7 1485/15
1485/16
determination **[2]**  1549/14 1564/1
determinations **[1]**  1467/11
determine **[5]**  1459/17 1471/9 1520/8
1549/11 1551/9
determined **[1]**  1566/20 1567/25
determines **[1]**  1563/16
develop **[2]**  1508/24 1523/22
developed **[2]**  1461/2 1504/10
deviation **[2]**  1527/10 1527/12
dialogue **[1]**  1490/17
did **[161]**
didn't **[51]**  1460/4 1460/13 1460/15
1460/15 1465/22 1476/6 1478/25
1478/25 1479/9 1484/14 1485/7
1485/11 1486/24 1489/25 1490/1
1490/17 1490/25 1491/4 1497/9 1501/4
1503/7 1504/12 1507/18 1508/5
1515/21 1519/14 1519/16 1520/6
1522/6 1523/18 1525/12 1527/8
1528/17 1531/16 1533/19 1541/4
1544/17 1544/19 1548/14 1550/5
1557/17 1565/15 1565/22 1566/8
1566/10 1566/11 1566/25 1567/3
1567/15 1567/17 1567/20
died **[1]**  1531/8

**D**

**differ** [1]  1559/4
**difference** [1]  1500/3
**different** [20]  1467/23 1482/5 1498/21
1510/13 1511/6 1515/17 1517/7 1517/8
1518/20 1518/25 1521/5 1542/12
1543/7 1547/1 1553/23 1555/5 1556/12
1566/1
**differently** [2]  1512/6 1549/17
**difficult** [8]  1467/5 1467/15 1488/18
1504/15 1505/14 1551/6 1552/1 1553/2
**diligence** [2]  1545/22 1546/5
**dinner** [9]  1483/16 1484/16 1484/19
1486/11 1486/13 1487/19 1488/4
1489/3 1490/18
**direct** [7]  1458/4 1464/1 1497/22
1499/1 1536/15 1558/22 1568/4
**direction** [2]  1460/7 1553/4
**directionally** [1]  1478/17
**directly** [4]  1465/22 1498/12 1506/11
1562/24
**disagree** [5]  1542/10 1542/13 1542/19
1547/10 1549/16
**disciplined** [2]  1505/16 1515/16
**disclaimer** [1]  1481/20
**disclosed** [1]  1472/8
**discourse** [2]  1480/7 1485/24
**discovered** [2]  1473/24 1555/11
**discretion** [1]  1467/12
**discuss** [5]  1460/20 1469/1 1479/15
1479/18 1492/23
**discussed** [4]  1461/4 1489/3 1547/11
1547/11
**discussing** [3]  1459/13 1470/5 1521/1
**discussion** [7]  1488/7 1490/16
1491/10 1502/24 1503/15 1508/6
1508/16
**discussions** [2]  1505/17 1546/23
**disparity** [1]  1522/3
**disregard** [1]  1502/16
**disrespect** [3]  1506/9 1518/7 1519/22
**distance** [1]  1527/23
**distinction** [7]  1544/7 1558/7 1558/9
1558/10 1559/22 1560/9 1560/12
**distinguish** [1]  1548/11
**distinguished** [1]  1560/17
**DISTRICT** [7]  1456/1 1456/1 1456/13
1571/4 1571/7 1571/7 1571/17
**divide** [1]  1508/7
**DIVISION** [2]  1456/2 1571/8
**do** [111]  1462/14 1462/23 1464/9
1464/11 1464/13 1464/14 1467/5
1467/6 1467/6 1467/20 1468/21
1471/24 1476/10 1476/18 1479/14
1479/17 1479/23 1480/13 1480/14
1480/15 1480/20 1481/3 1481/4 1481/7
1482/5 1486/16 1486/22 1488/21
1489/13 1489/16 1491/5 1491/13
1494/8 1494/17 1495/7 1497/15
1497/20 1499/5 1500/2 1500/6 1500/7
1500/12 1500/15 1500/20 1500/20
1500/25 1501/2 1504/10 1504/16
1504/23 1505/6 1506/22 1506/23
1507/1 1507/25 1509/13 1510/4
1510/20 1511/10 1512/23 1513/5
1513/6 1513/7 1513/20 1517/23
1519/22 1519/24 1519/25 1520/4

1520/11 1520/23 1521/16 1521/17
1521/18 1522/23 1524/4 1525/5 1529/2
1529/9 1530/25 1531/5 1531/16
1532/18 1533/6 1535/6 1537/10
1539/12 1542/6 1542/19 1544/2 1551/4
1551/12 1551/13 1552/3 1553/4 1553/5
1556/9 1556/23 1556/24 1558/4 1562/8
1562/23 1562/24 1563/7 1563/18
1564/2 1564/11 1564/18 1568/11
1568/13 1571/8
**docket** [3]  1/5 1456/6 1460/13
**document** [4]  1/8 1481/7 1535/9
1539/23
**documents** [5]  1478/9 1482/6 1482/8
1534/9 1561/2
**DOE** [1]  1456/4
**does** [19]  1466/5 1466/7 1466/8
1466/11 1466/12 1469/22 1481/5
1481/6 1499/4 1509/23 1521/14
1523/20 1533/3 1538/12 1541/2 1542/1
1553/14 1562/20 1564/6
**doesn't** [9]  1465/23 1470/2 1491/3
1496/24 1500/7 1519/10 1534/23
1552/20 1553/3
**doing** [16]  1462/2 1462/5 1462/9
1462/15 1481/22 1491/4 1491/6 1491/7
1492/11 1496/10 1498/4 1498/8 1499/9
1500/9 1529/5 1564/14
**DOJ** [2]  1471/7 1570/4
**DOJ's** [1]  1515/3
**dollar** [1]  1506/21
**don't** [90]  1463/12 1466/10 1467/7
1467/9 1467/10 1469/3 1471/22
1472/12 1473/9 1473/20 1474/17
1475/21 1476/9 1479/23 1480/17
1480/21 1480/24 1480/24 1480/25
1482/1 1482/2 1482/22 1485/3 1487/11
1488/17 1490/8 1490/19 1491/19
1492/15 1492/22 1493/8 1493/9 1498/5
1498/6 1498/18 1499/18 1502/5 1507/1
1507/6 1511/13 1512/8 1512/22 1513/4
1513/5 1513/6 1515/20 1516/11
1517/14 1517/17 1517/24 1518/2
1519/10 1520/15 1522/1 1522/1
1524/19 1525/9 1525/11 1526/18
1526/19 1528/21 1534/1 1534/2 1534/7
1534/7 1535/10 1535/23 1537/3 1537/5
1537/18 1538/9 1542/4 1542/9 1542/10
1544/3 1544/4 1544/22 1549/22 1551/9
1553/7 1554/21 1555/25 1556/13
1557/23 1558/11 1559/1 1561/4
1564/12 1564/13 1569/8
**done** [11]  1467/24 1471/1 1485/20
1510/3 1522/4 1522/7 1522/8 1522/16
1528/17 1548/22 1555/13
**door** [2]  1479/8 1562/19
**dormitories** [1]  1552/13
**doubt** [1]  1564/3
**down** [14]  1473/20 1477/19 1477/24
1488/16 1510/22 1520/23 1531/8
1535/19 1536/6 1536/11 1554/3 1554/6
1568/7 1568/9
**Dr.** [3]  1461/21 1509/22 1522/24
**Dr. Mayer** [2]  1509/22 1522/24
**Dr. Mayer's** [1]  1461/21
**draft** [3]  1482/12 1482/13 1489/6
**drawn** [2]  1527/10 1552/9
**drew** [1]  1546/4

**DRIVE** [2]  1456/23 1495/11
**driver's** [3]  1476/12 1548/21 1567/21
**drives** [1]  1473/22
**driving** [1]  1488/16
**drop** [4]  1493/1 1493/17 1519/12
1519/18
**Dropbox** [6]  1479/2 1479/3 1479/4
1479/11 1479/12 1495/11
**dropped** [1]  1506/7
**due** [1]  1471/10
**duly** [1]  1463/24
**duplicate** [1]  1546/3
**duplicates** [2]  1512/13 1546/2
**during** [3]  1486/13 1531/13 1531/20

**E**

**each** [2]  1508/9 1523/2
**eager** [2]  1477/16 1509/6
**earlier** [8]  1485/19 1485/20 1496/18
1499/1 1543/21 1546/1 1556/6 1569/11
**earliest** [2]  1569/2 1569/2
**earnest** [1]  1477/1
**ECF** [2]  1/2 1/3
**effect** [2]  1553/18 1553/19
**effective** [3]  1503/5 1514/4 1543/24
**effectively** [2]  1469/7 1557/21
**effort** [22]  1468/21 1477/5 1485/18
1501/23 1501/25 1502/1 1503/11
1503/25 1506/18 1522/12 1522/15
1523/4 1528/5 1533/13 1539/14
1539/15 1545/5 1547/20 1547/22
1551/11 1553/6 1553/10
**efforts** [3]  1484/8 1502/13 1507/9
**eight** [3]  1505/11 1513/15 1513/15
**either** [4]  1508/23 1513/22 1522/19
1563/7
**elect** [1]  1511/13
**elected** [1]  1561/20
**electing** [1]  1512/12
**election** [32]  1464/16 1464/21 1467/2
1467/19 1473/15 1473/25 1474/1
1475/4 1475/6 1481/15 1483/21
1483/22 1484/23 1491/10 1492/14
1493/14 1499/13 1503/16 1509/16
1509/20 1528/6 1530/16 1530/24
1530/25 1531/3 1531/5 1531/13
1531/20 1539/23 1544/14 1554/22
1555/17
**elections** [4]  1473/12 1497/6 1556/1
1563/11
**elector** [2]  1494/23 1495/4
**electors** [2]  1534/5 1534/24
**electric** [2]  1539/7 1561/12
**electronic** [5]  1521/9 1539/8 1539/10
1549/18 1561/13
**elements** [2]  1477/13 1549/24
**Eleventh** [1]  1461/5
**ELIAS** [1]  1457/9
**eligibility** [5]  1496/4 1514/15 1531/22
1554/18 1555/3
**eligible** [2]  1499/12 1514/13
**eliminate** [1]  1521/21
**eliminated** [2]  1521/11 1521/12
**else** [5]  1468/14 1496/17 1516/18
1521/14 1570/7
**else's** [3]  1504/7 1504/8 1513/19
**email** [16]  1464/20 1464/22 1465/19
1466/5 1466/10 1480/6 1480/12

**E**

email... **[9]** 1480/13 1480/15 1480/18 1482/3 1509/5 1513/24 1513/25 1533/15 1534/16
employee **[1]** 1528/7
employers **[1]** 1548/19
en **[2]** 1567/4 1567/12
end **[9]** 1469/8 1505/9 1505/19 1515/23 1534/12 1534/12 1543/24 1547/4 1563/15
end-end **[1]** 1534/12
endeavor **[1]** 1532/8
ended **[3]** 1482/6 1496/9 1510/9
enforcement **[1]** 1564/4
enforcing **[1]** 1466/1
engage **[3]** 1503/10 1504/3 1505/3
engaged **[5]** 1471/7 1471/8 1504/2 1505/21 1564/13
engaging **[1]** 1502/24
Engelbrecht **[1]** 1483/14
enjoyable **[1]** 1508/21
enjoyed **[1]** 1508/22
enough **[4]** 1471/17 1503/3 1563/20 1567/10
entail **[1]** 1468/25
enter **[1]** 1516/17
entire **[2]** 1538/1 1538/9
entirely **[1]** 1524/19 1534/10
entities **[1]** 1474/3
entry **[1]** 1/5
envision **[1]** 1542/4
envisioned **[2]** 1477/6 1513/6
equipment **[1]** 1473/21
err **[1]** 1564/9
erred **[1]** 1551/13
error **[1]** 1527/11
errors **[1]** 1461/23
especially **[1]** 1537/22
espousing **[1]** 1474/22
essence **[1]** 1472/5
essentially **[1]** 1472/2
establish **[1]** 1498/24
established **[5]** 1469/9 1479/4 1499/1 1520/17 1557/25
establishment **[1]** 1504/24
estimate **[2]** 1568/11 1568/19
estimation **[1]** 1508/11
ET **[1]** 1456/7
evangelist **[1]** 1490/6
EVANS **[1]** 1457/15
even **[5]** 1461/25 1481/8 1514/8 1520/5 1557/16
evening **[4]** 1483/16 1485/4 1485/5 1485/10
event **[1]** 1483/20
events **[2]** 1530/25 1531/3
eventual **[1]** 1477/20
ever **[14]** 1465/14 1467/17 1479/12 1484/18 1485/4 1485/14 1486/4 1486/14 1487/11 1487/13 1490/16 1506/25 1522/13 1528/16
every **[6]** 1477/2 1477/2 1513/13 1516/17 1539/23 1555/12
everybody **[14]** 1484/22 1491/15 1503/16 1504/22 1504/22 1512/24 1521/7 1545/19 1552/24 1552/24 1553/8 1561/6 1561/13 1570/8

everyone **[1]** 1509/8
everything **[3]** 1473/20 1500/17 1519/3
everywhere **[1]** 1504/21
evidence **[10]** 1459/11 1465/1 1465/2 1474/9 1475/13 1482/16 1495/25 1496/2 1524/18 1529/2
exact **[3]** 1491/19 1499/5 1499/6
exactly **[2]** 1499/11 1535/13
examination **[11]** 1458/4 1458/5 1458/6 1458/7 1458/8 1460/1 1464/1 1530/4 1532/5 1560/7 1565/8
examinations **[1]** 1459/24
examined **[1]** 1486/4
example **[6]** 1459/13 1475/1 1522/24 1539/16 1551/24 1552/3
exceeded **[1]** 1473/19
Excel **[5]** 1482/9 1534/18 1535/12 1535/12 1535/16
exceptions **[1]** 1463/1
exchange **[1]** 1480/8
exchanges **[1]** 1488/20
exclude **[2]** 1501/9 1545/4
excluded **[4]** 1538/22 1547/10 1549/4 1550/8
excluding **[2]** 1541/14 1544/13
exclusion **[1]** 1521/3
exclusionary **[1]** 1509/11
execution **[1]** 1515/16
executive **[1]** 1510/16
exhausted **[1]** 1548/16
exhaustive **[1]** 1481/18
exhibit **[5]** 1464/22 1464/25 1465/5 1465/8 1533/24
Exhibit 38 **[1]** 1533/24
Exhibit 77 **[1]** 1465/8
exist **[1]** 1517/3
existed **[2]** 1479/11 1486/24
expand **[2]** 1473/6 1555/8
expectation **[3]** 1514/19 1514/19 1520/2
expensive **[1]** 1506/24
experience **[11]** 1461/2 1461/4 1461/5 1461/7 1488/13 1501/12 1504/10 1510/16 1526/5 1526/6 1553/12
expert **[2]** 1462/22 1498/23
expertise **[2]** 1490/15 1504/10
explain **[6]** 1475/15 1545/21 1551/6 1557/9 1557/11 1557/13
explained **[2]** 1528/1 1551/6
explaining **[1]** 1499/19
explains **[2]** 1518/13 1559/22
explanation **[3]** 1468/2 1480/11 1557/7
exposure **[1]** 1484/6
express **[1]** 1563/17
extend **[2]** 1515/4 1515/5
Extensively **[1]** 1562/7
extent **[10]** 1459/12 1462/16 1462/24 1464/25 1484/16 1487/6 1488/19 1520/3 1521/1 1558/2 1558/19
extremely **[1]** 1558/7
eye **[2]** 1491/11 1515/6
eyes **[1]** 1486/9

**F**

face **[1]** 1537/13
Facebook **[8]** 1459/12 1478/18 1479/12 1480/2 1480/4 1507/6 1565/18 1565/21

facilitated **[1]** 1488/8
fact **[9]** 1461/18 1469/11 1485/6 1502/16 1509/16 1542/17 1549/3 1559/18 1565/16
factor **[1]** 1485/9
factors **[4]** 1516/25 1517/2 1522/14 1538/22
facts **[2]** 1459/9 1563/2
factual **[1]** 1477/13
fair **[10]** 1456/3 1462/18 1484/19 1484/20 1488/19 1508/16 1545/20 1563/3 1567/7 1568/24
faith **[1]** 1547/20
fall **[1]** 1561/24
falling **[1]** 1556/22
falls **[1]** 1497/11
familiar **[5]** 1464/7 1486/9 1494/14 1540/17 1558/6
family **[7]** 1512/5 1512/10 1512/21 1512/25 1513/7 1513/9 1546/4
far **[7]** 1474/17 1497/9 1502/17 1504/20 1549/5 1558/25 1568/17
fault **[1]** 1560/3
fear **[2]** 1544/7 1545/19
federal **[2]** 1525/3 1564/19
feedback **[1]** 1490/10
feel **[6]** 1487/9 1514/22 1528/1 1528/2 1553/5 1556/9
fell **[1]** 1510/5
fellow **[1]** 1503/10
fellows **[1]** 1519/20
felt **[4]** 1484/12 1505/1 1505/2 1550/25
few **[6]** 1471/11 1487/15 1488/14 1489/12 1534/8 1534/11
field **[1]** 1522/1
fields **[3]** 1511/6 1517/3 1517/7
fifth **[1]** 1550/14
FIGHT **[1]** 1456/3
figure **[2]** 1561/1 1568/18
file **[61]** 1464/22 1467/25 1469/10 1471/12 1471/17 1477/10 1479/6 1482/9 1485/11 1485/20 1491/15 1503/17 1504/7 1504/7 1512/15 1512/21 1516/15 1517/3 1519/11 1521/21 1522/2 1522/19 1522/25 1523/1 1524/5 1524/6 1524/8 1525/3 1525/3 1525/13 1525/21 1525/23 1525/25 1526/1 1527/7 1527/8 1535/12 1535/25 1536/24 1536/25 1537/5 1537/5 1537/22 1538/1 1538/9 1538/17 1539/8 1539/9 1539/22 1539/25 1540/6 1540/6 1541/2 1541/3 1541/6 1541/10 1546/10 1549/18 1551/25 1552/16 1570/4
filed **[15]** 1/2 1/6 1/8 1459/25 1494/15 1494/23 1509/8 1517/13 1541/14 1541/17 1544/11 1547/3 1561/19 1565/11 1569/22
files **[15]** 1479/2 1479/3 1495/11 1503/14 1508/11 1508/13 1524/24 1525/1 1525/4 1526/10 1533/16 1534/19 1535/17 1539/13 1539/18
filing **[5]** 1512/25 1553/17 1553/18 1553/19 1566/2
fill **[1]** 1554/15
filled **[5]** 1510/8 1513/11 1513/16 1544/5 1546/6
final **[3]** 1478/4 1544/18 1547/19

**F**

**find [4]** 1468/22 1522/21 1554/10
1557/5
**finding [1]** 1477/9
**findings [1]** 1524/2
**fine [2]** 1460/19 1560/5
**finish [2]** 1504/19 1536/13
**finished [1]** 1549/11
**first [23]** 1460/14 1462/13 1471/23
1479/14 1479/17 1482/24 1483/10
1484/18 1508/23 1509/1 1509/4
1511/15 1512/17 1516/20 1531/16
1535/24 1535/25 1536/2 1536/4
1536/17 1538/5 1538/8 1545/1
**flag [1]** 1551/24
**focus [2]** 1515/14 1545/5
**focused [3]** 1531/7 1539/15 1547/22
**folks [2]** 1530/15 1548/19
**followed [1]** 1505/23
**followers [1]** 1479/23
**following [2]** 1/1 1503/1
**follows [2]** 1463/25 1546/24
**Force [1]** 1545/17
**forces [1]** 1473/23
**FORD [32]** 1457/7 1458/7 1458/9
1462/17 1463/9 1474/15 1475/8
1475/13 1498/14 1499/22 1500/15
1500/19 1502/13 1518/3 1518/5
1520/20 1525/1 1529/18 1532/4
1532/13 1532/16 1536/13 1537/10
1537/20 1542/19 1554/23 1558/12
1559/13 1560/3 1560/5 1562/2 1563/6
**Ford's [3]** 1518/8 1524/15 1566/23
**foregoing [1]** 1571/9
**forest [1]** 1556/22
**forget [2]** 1516/12 1537/9
**forgot [3]** 1519/14 1519/14 1541/9
**form [19]** 1471/20 1473/1 1474/5
1510/8 1511/6 1511/7 1511/9 1511/14
1512/9 1513/16 1516/17 1517/1 1517/2
1534/17 1542/7 1543/7 1543/19 1544/5
1554/15
**former [1]** 1528/7
**forms [2]** 1476/16 1537/25
**forth [1]** 1478/3
**forward [1]** 1558/14
**forwarded [8]** 1475/4 1476/2 1511/24
1513/19 1542/2 1542/8 1542/14
1542/20
**forwarding [1]** 1555/22
**found [8]** 1461/23 1484/7 1484/7
1492/8 1557/16 1558/24 1563/3
1564/15
**foundation [2]** 1497/17 1557/25
**four [6]** 1486/8 1513/4 1513/6 1513/9
1541/9 1568/22
**fourth [2]** 1540/14 1540/15
**FPO [1]** 1549/20
**framed [1]** 1490/9
**Frances [2]** 1507/17 1507/20
**frankly [1]** 1514/4
**free [2]** 1504/3 1532/9
**friends [1]** 1483/23
**frivolity [1]** 1563/1
**fronts [1]** 1527/4
**Fuchs [1]** 1507/15
**full [1]** 1/8

**fully [2]** 1498/2 1551/17
**Fulton [1]** 1475/5
**Fulton County [1]** 1475/5
**function [1]** 1545/13
**fund [3]** 1493/22 1494/2 1494/4
**fundamentally [1]** 1539/21
**funnel [23]** 1470/18 1470/21 1477/24
1477/25 1477/25 1481/17 1491/14
1509/2 1521/1 1521/1 1521/4 1521/5
1521/10 1525/18 1525/18 1535/18
1535/19 1535/19 1535/20 1535/22
1535/24 1536/17 1539/20
**funneled [3]** 1547/13 1547/14 1547/14
**further [8]** 1458/8 1507/22 1516/7
1532/2 1548/17 1559/24 1565/5 1565/8

**G**

**gain [1]** 1499/18
**GAINESVILLE [5]** 1456/2 1459/2
1487/8 1571/8 1571/10
**Gamaliel [1]** 1496/5 1557/2 1558/23
**Gasaway [2]** 1464/6 1464/18
**gave [12]** 1464/10 1464/12 1466/6
1466/8 1471/12 1481/18 1503/9
1504/11 1533/15 1541/8 1549/24
1555/7
**gender [4]** 1511/17 1516/19 1522/9
1527/14
**gender-specific [1]** 1511/17
**general [5]** 1485/2 1491/25 1509/20
1541/24 1544/14
**generality [1]** 1481/8
**generally [4]** 1467/4 1482/1 1527/14
1531/7
**genesis [1]** 1477/5
**gentleman [1]** 1474/12
**GEO [1]** 1541/8
**GEORGIA [17]** 1456/1 1456/24 1459/2
1491/15 1493/14 1497/15 1506/8
1521/21 1530/10 1530/13 1536/7
1539/22 1541/17 1552/20 1571/4
1571/8 1571/11
**Georgia's [1]** 1504/6
**geospatial [2]** 1540/16 1540/25
**Germany [2]** 1467/12 1497/20
**get [39]** 1460/16 1462/25 1468/5
1468/18 1469/3 1473/20 1474/17
1474/18 1476/2 1480/4 1486/11 1490/5
1502/8 1511/14 1512/16 1512/19
1514/18 1517/22 1518/18 1518/23
1519/4 1525/7 1525/16 1525/24
1536/16 1537/18 1538/8 1538/14
1541/6 1541/22 1547/22 1549/5 1551/9
1552/9 1553/2 1553/7 1553/8 1559/10
1569/13
**gets [2]** 1536/6 1537/10
**getting [10]** 1474/4 1501/15 1533/4
1533/16 1536/16 1544/8 1551/2
1553/24 1554/17 1555/5
**GIS [3]** 1540/16 1540/22 1540/25
**give [23]** 1460/7 1460/16 1460/20
1460/22 1464/20 1468/1 1471/22
1472/10 1472/11 1496/21 1512/3
1519/16 1524/21 1524/25 1525/2
1528/5 1529/3 1537/24 1543/23
1551/24 1560/12 1568/3 1568/16
**given [6]** 1479/5 1479/7 1495/10
1530/23 1543/4 1554/15

**gives [1]** 1471/5
**giving [2]** 1475/9 1525/4
**go [46]** 1460/4 1460/10 1460/13
1462/19 1462/24 1463/9 1463/13
1469/10 1470/19 1471/17 1472/12
1473/18 1476/9 1477/24 1477/24
1477/25 1478/1 1485/7 1485/11 1506/2
1506/3 1507/12 1508/5 1519/5 1526/20
1526/23 1527/13 1532/19 1533/24
1536/12 1537/7 1543/11 1543/20
1544/3 1545/16 1548/21 1548/22
1551/12 1553/20 1555/13 1558/14
1560/15 1560/16 1563/16 1566/23
1570/9
**goal [1]** 1504/3
**goals [1]** 1504/2
**goes [10]** 1461/25 1462/3 1475/17
1498/15 1502/3 1502/15 1520/1 1529/1
1537/23 1554/14
**going [56]** 1462/11 1462/13 1462/18
1462/24 1463/6 1467/5 1467/6 1467/6
1467/10 1469/16 1470/1 1474/14
1474/15 1474/23 1477/6 1477/18
1478/2 1479/18 1480/25 1484/22
1485/11 1493/1 1497/21 1499/18
1500/13 1500/14 1502/6 1502/12
1502/17 1502/22 1504/23 1506/3
1506/15 1513/1 1513/9 1523/10
1526/13 1526/25 1526/25 1531/12
1533/21 1537/17 1545/3 1547/12
1549/21 1551/5 1552/9 1552/9 1554/5
1559/15 1560/19 1561/11 1562/18
1564/19 1567/10 1568/12
**gone [3]** 1471/18 1522/16 1549/17
**good [15]** 1463/18 1464/3 1464/4
1475/1 1476/3 1481/18 1489/23
1501/11 1514/22 1530/6 1530/7
1537/14 1551/12 1556/6 1564/11
**Google [1]** 1495/11
**got [18]** 1475/16 1476/4 1483/6
1489/17 1508/1 1518/8 1526/9 1536/12
1540/5 1540/5 1540/6 1545/8 1547/19
1548/8 1548/15 1559/8 1561/21 1562/5
**gotten [3]** 1503/3 1525/12 1553/12
**government [6]** 1467/5 1474/3 1504/4
1525/3 1539/22 1548/19
**government-sponsored [1]** 1525/3
**grabbing [1]** 1504/17
**grade [1]** 1519/2
**great [8]** 1485/7 1485/15 1522/6
1545/3 1545/13 1545/16 1545/24
1570/8
**GREENBERG [1]** 1457/15
**Gregg [4]** 1486/25 1487/1 1487/7
1488/7
**Gregg Phillips [1]** 1487/7
**GREGOR [1]** 1457/14
**grew [1]** 1545/19
**grief [1]** 1533/15
**group [6]** 1457/9 1483/7 1486/22
1486/24 1487/9 1487/11
**groups [3]** 1484/5 1491/8 1547/12
**growth [1]** 1474/20
**guardrails [1]** 1562/11
**guy [3]** 1490/5 1491/3 1491/3
**guys [1]** 1487/2

**H**

**hadn't [1]** 1555/16
**half [1]** 1488/24
**Hall [2]** 1459/2 1520/11
**Halloween [1]** 1477/16
**hand [3]** 1480/10 1538/7 1571/12
**handle [1]** 1508/11
**handling [1]** 1473/3
**happen [4]** 1479/18 1491/21 1497/9 1569/17
**happened [16]** 1468/12 1469/12 1473/10 1475/23 1477/22 1478/20 1496/2 1509/18 1527/11 1539/19 1559/2 1559/19 1559/22 1561/17 1564/25 1567/8
**happening [2]** 1493/9 1504/4
**happens [6]** 1473/21 1475/3 1497/12 1537/6 1537/21 1538/1
**happy [5]** 1504/5 1510/21 1520/22 1531/7 1544/25
**hard [2]** 1484/23 1490/11
**HARDY [1]** 1457/4
**has [39]** 1/6 1461/2 1462/5 1469/12 1470/25 1471/8 1472/15 1489/19 1490/5 1497/22 1498/23 1501/12 1502/10 1502/10 1503/3 1508/10 1509/23 1511/18 1512/14 1512/16 1512/18 1512/19 1513/22 1515/8 1518/3 1519/9 1520/5 1520/16 1526/19 1527/17 1529/1 1537/21 1538/3 1538/5 1540/25 1541/3 1554/18 1557/24 1557/25
**hate [1]** 1477/15
**have [161]**
**haven't [6]** 1462/20 1466/1 1474/25 1549/11 1551/4 1555/13
**having [3]** 1463/24 1505/20 1513/19
**he [94]** 1461/7 1461/9 1464/9 1464/11 1464/14 1464/20 1464/22 1466/13 1466/23 1466/24 1468/8 1468/8 1468/11 1468/11 1468/12 1468/13 1468/15 1468/16 1468/17 1468/18 1472/3 1472/6 1479/4 1483/7 1483/7 1490/17 1494/19 1495/14 1495/15 1495/16 1495/16 1495/17 1496/16 1496/21 1496/23 1496/24 1497/19 1497/22 1498/12 1499/11 1499/14 1499/15 1499/19 1499/21 1499/22 1499/22 1499/23 1499/25 1499/25 1500/11 1500/15 1500/20 1501/22 1501/22 1501/24 1502/2 1502/13 1504/1 1506/11 1508/14 1509/4 1509/5 1509/6 1509/8 1516/1 1518/6 1518/11 1518/13 1518/13 1518/14 1520/6 1520/16 1521/14 1523/15 1523/17 1523/17 1524/22 1524/25 1525/5 1525/11 1525/15 1529/1 1529/3 1529/4 1529/4 1529/11 1554/21 1559/1 1559/2 1559/5 1560/12 1560/12 1563/3
**he'd [1]** 1468/13
**he's [19]** 1464/25 1465/5 1465/14 1465/16 1466/13 1490/5 1490/7 1495/15 1499/20 1508/12 1508/22 1525/2 1525/4 1529/8 1554/21 1558/2 1558/8 1559/5 1568/13
**headed [1]** 1478/17

**hear [12]** 1462/20 1468/3 1476/17 1493/16 1501/4 1514/18 1523/23 1528/16 1531/16 1556/25 1557/2 1558/13
**heard [7]** 1472/9 1483/2 1485/12 1493/23 1494/6 1495/25 1568/17
**hearing [2]** 1528/8 1528/15
**hears [1]** 1556/22
**hearsay [13]** 1465/10 1468/6 1468/9 1468/14 1494/19 1496/14 1506/14 1515/24 1516/2 1516/4 1559/6 1559/14 1559/15
**heck [1]** 1477/21
**held [1]** 1571/10
**help [6]** 1481/5 1491/3 1491/4 1496/25 1533/12 1537/20
**helpful [1]** 1468/1
**helps [1]** 1538/10
**her [5]** 1507/16 1508/1 1508/1 1536/13 1566/23
**here [21]** 1459/17 1463/16 1463/17 1470/13 1487/8 1489/14 1501/1 1501/9 1505/7 1519/19 1526/3 1534/19 1535/4 1535/8 1542/6 1542/6 1543/11 1551/6 1551/10 1558/2 1558/18
**here's [1]** 1506/21
**hereby [1]** 1571/8
**HEREDIA [4]** 1456/3 1475/2 1565/12 1567/24
**hereunto [1]** 1571/12
**hey [3]** 1490/11 1553/24 1556/6
**highjack [1]** 1504/25
**highlight [2]** 1489/21 1515/8
**highlighted [1]** 1501/13
**Hill [10]** 1557/20 1557/24 1558/3 1558/4 1558/18 1558/20 1559/2 1559/20 1560/13 1561/4
**him [28]** 1462/17 1462/24 1464/10 1464/12 1465/13 1474/14 1474/15 1474/16 1476/18 1489/21 1490/7 1495/3 1496/17 1498/11 1499/10 1507/7 1500/12 1500/17 1501/24 1508/22 1518/3 1523/24 1525/2 1525/4 1525/22 1559/7 1560/11 1563/3
**his [39]** 1460/2 1461/4 1461/8 1461/24 1464/6 1464/20 1464/20 1465/16 1465/19 1465/20 1466/14 1466/22 1466/23 1466/24 1468/12 1468/16 1472/7 1472/15 1474/13 1480/25 1496/20 1499/1 1499/6 1499/11 1501/16 1501/25 1502/13 1509/1 1509/6 1517/15 1518/1 1523/15 1524/24 1524/25 1525/4 1529/3 1558/25 1562/18 1563/4
**history [1]** 1566/6
**hit [1]** 1525/6
**Hold [15]** 1459/5 1495/8 1501/20 1520/19 1524/10 1524/12 1528/19 1550/13 1554/2 1558/16 1558/16 1562/16 1562/16 1566/16 1566/16
**holes [1]** 1509/6
**home [2]** 1551/5 1555/11
**honest [6]** 1460/3 1476/4 1508/22 1532/21 1551/15 1551/18
**Honor [67]** 1459/4 1459/7 1459/19 1459/22 1461/16 1463/11 1464/24 1465/4 1465/9 1465/12 1465/18 1466/16 1466/21 1468/4 1468/15

**Honor [18]** 1472/2 1472/5 1472/17 1474/8 1474/12 1480/23 1482/15 1482/19 1492/2 1494/18 1495/9 1497/1 1497/17 1497/25 1500/2 1500/23 1501/15 1501/19 1502/4 1506/1 1506/12 1515/24 1517/11 1517/15 1517/21 1521/17 1523/12 1523/17 1523/20 1524/17 1525/6 1525/10 1529/19 1529/22 1532/2 1534/1 1550/14 1554/4 1554/20 1557/23 1558/17 1559/17 1560/20 1562/14 1562/22 1562/25 1563/8 1565/5 1568/20 1570/3 1570/6
**HONORABLE [1]** 1456/12
**hook [1]** 1502/22
**hope [1]** 1473/25
**hotline [1]** 1493/14
**hour [1]** 1532/14
**hours [1]** 1532/14
**house [6]** 1512/3 1503/24 1508/18 1508/19 1553/24 1555/5
**how [59]** 1465/20 1467/10 1467/15 1475/16 1477/3 1479/6 1482/2 1482/2 1486/11 1491/18 1492/6 1492/8 1492/13 1494/14 1495/7 1496/12 1496/16 1497/13 1498/4 1498/13 1499/18 1499/19 1499/25 1505/3 1505/3 1508/7 1510/18 1511/2 1511/5 1513/14 1515/17 1517/7 1517/8 1517/10 1517/14 1518/6 1518/16 1519/22 1519/25 1520/1 1521/20 1539/12 1543/18 1545/21 1545/23 1547/3 1551/4 1551/9 1551/21 1552/11 1556/9 1556/10 1556/10 1558/4 1558/22 1559/3 1560/17 1561/1 1568/11
**however [1]** 1/7
**huge [3]** 1503/7 1504/11 1504/23
**HUGHES [1]** 1457/21
**huh [1]** 1467/14
**human [1]** 1545/14
**hurts [1]** 1487/9
**hypothetical [4]** 1559/3 1559/8 1560/12 1560/17

**I**

**I'd [7]** 1467/7 1476/17 1482/15 1525/7 1525/7 1533/24 1546/16
**I'll [24]** 1460/3 1460/24 1460/25 1461/13 1462/16 1465/25 1466/24 1468/7 1474/19 1497/23 1497/23 1509/13 1516/10 1521/17 1525/22 1527/2 1538/23 1550/17 1551/24 1552/4 1555/13 1555/13 1558/11 1568/22
**I'm [97]** 1462/11 1462/11 1462/13 1462/17 1462/24 1463/14 1465/13 1465/19 1467/8 1468/10 1473/18 1474/14 1474/15 1474/18 1475/9 1475/12 1475/15 1476/10 1479/16 1485/10 1489/13 1490/18 1491/2 1493/5 1496/20 1497/21 1498/13 1499/10 1499/18 1500/13 1500/14 1500/18 1502/12 1508/14 1514/16 1516/3 1517/25 1517/25 1518/5 1518/6 1520/12 1520/22 1523/25 1524/6 1524/11 1524/17 1525/11 1526/9 1526/25 1526/25 1528/3 1528/20 1531/17 1531/18 1531/21 1533/21

**I**

**I'm... [41]** 1534/9 1534/12 1536/1 1536/16 1537/17 1538/14 1541/11 1544/25 1545/3 1545/3 1546/8 1546/14 1546/18 1547/13 1547/17 1547/18 1548/6 1548/13 1549/6 1549/6 1550/3 1550/9 1550/18 1551/5 1551/16 1554/5 1556/12 1557/12 1557/16 1558/5 1561/1 1561/5 1562/10 1562/22 1563/15 1564/19 1566/2 1566/25 1567/10 1568/7 1568/18

**I've [19]** 1467/4 1472/13 1488/15 1489/12 1494/3 1502/20 1504/23 1512/8 1518/8 1522/16 1531/21 1532/12 1536/12 1537/3 1545/1 1548/18 1553/11 1556/6 1558/5

**ID [1]** 1537/22

**idea [9]** 1464/11 1479/10 1489/20 1489/23 1526/8 1532/24 1533/3 1533/5 1535/18

**identification [2]** 1538/3 1546/24

**identified [3]** 1471/14 1510/6 1553/20

**identifies [1]** 1541/4

**identify [4]** 1512/4 1539/7 1540/23 1546/2

**identity [2]** 1513/23 1514/2

**illustrative [1]** 1459/13

**imagine [1]** 1490/19

**impact [3]** 1459/23 1461/8 1512/14

**impactful [1]** 1505/19

**imperfect [1]** 1552/6

**imperially [1]** 1501/13

**importance [1]** 1503/20

**important [15]** 1498/3 1512/6 1518/22 1523/3 1537/1 1537/7 1544/7 1545/2 1550/20 1555/18 1557/18 1557/22 1558/7 1558/12 1564/8

**impression [1]** 1490/14

**improve [2]** 1504/9 1552/18

**inactive [10]** 1471/3 1471/4 1471/9 1471/12 1490/25 1491/12 1491/22 1491/24 1509/12 1536/19

**inadvertently [2]** 1476/14 1564/12

**inartfully [1]** 1538/13

**INC [2]** 1456/3 1456/7

**incidentally [1]** 1535/15

**include [10]** 1489/11 1498/19 1498/22 1510/4 1516/18 1519/10 1540/19 1541/4 1544/3 1544/4

**included [4]** 1490/25 1491/12 1535/8 1541/19

**includes [2]** 1511/18 1534/14

**including [3]** 1459/12 1478/5 1489/20

**inclusion [1]** 1538/19

**incomplete [1]** 1502/9

**inconsequential [1]** 1528/6

**increase [1]** 1473/14

**independent [1]** 1509/5

**indicate [1]** 1489/25

**indicated [9]** 1471/5 1472/13 1472/24 1499/11 1514/15 1534/10 1546/21 1550/21 1562/2

**indicates [3]** 1542/7 1546/22 1552/22

**indirectly [4]** 1462/21 1562/18 1562/24 1563/7

**individual [13]** 1467/10 1471/2 1471/9 1497/8 1512/4 1512/10 1512/15

1512/16 1512/20 1516/9 1528/7 1546/3 1560/24

**individuals [20]** 1478/14 1478/17 1479/6 1481/18 1483/21 1483/25 1484/7 1484/13 1486/1 1491/24 1505/21 1507/18 1508/17 1521/8 1521/12 1533/6 1549/2 1550/4 1551/4 1562/12

**ineligible [2]** 1502/2 1514/17

**influence [1]** 1486/3

**influencing [2]** 1505/12 1505/14

**inform [1]** 1478/6

**Informally [1]** 1530/18

**information [24]** 1468/19 1474/25 1507/23 1515/5 1515/6 1525/12 1525/16 1525/24 1526/9 1531/15 1537/22 1539/19 1541/3 1547/7 1547/25 1548/9 1551/1 1562/9 1563/21 1565/3 1565/15 1567/15 1567/17 1567/20

**informed [4]** 1496/13 1555/19 1555/24 1565/1

**initial [3]** 1482/12 1504/13 1546/21

**initially [1]** 1508/25

**initiative [2]** 1493/20 1494/2

**inner [1]** 1510/25

**input [4]** 1489/8 1516/16 1519/12 1537/21

**inside [3]** 1523/2 1523/13 1536/9

**insight [3]** 1471/22 1490/21 1492/20

**insignificant [2]** 1477/11 1539/14

**inspect [2]** 1535/14 1535/15

**instructed [1]** 1561/6

**instruction [1]** 1535/4

**instructions [6]** 1482/10 1534/5 1534/15 1534/16 1534/16 1535/7

**integrity [11]** 1479/1 1483/21 1483/22 1489/22 1491/10 1493/14 1503/16 1528/6 1530/16 1530/24 1531/5

**intend [4]** 1498/11 1498/11 1500/20 1542/7

**intended [3]** 1475/24 1547/11 1548/24

**intent [3]** 1498/7 1500/7 1550/12

**intention [3]** 1476/14 1547/8 1548/1

**interaction [1]** 1488/5

**interactions [1]** 1507/8

**interest [4]** 1480/11 1484/1 1484/14 1535/13

**interested [8]** 1478/24 1479/15 1479/18 1483/22 1484/4 1484/9 1484/13 1506/25

**interpretation [3]** 1498/17 1518/1 1542/3

**interpreted [1]** 1503/11

**interpreting [1]** 1462/15

**interrogatories [2]** 1546/7 1567/6

**INTERVENOR [1]** 1457/17

**intimated [1]** 1471/8

**intimidate [6]** 1498/7 1498/7 1498/12 1499/15 1500/22 1553/10

**introduced [2]** 1483/4 1483/9

**introduction [3]** 1483/8 1484/19 1487/1

**introductions [1]** 1485/3

**invasive [1]** 1549/2

**inverse [1]** 1519/13

**investigate [3]** 1548/17 1563/2 1565/21

**investigation [1]** 1535/6

**investigations [2]** 1507/13 1507/17

**invite [2]** 1461/13 1517/23

**invited [1]** 1504/12

**involved [4]** 1496/1 1516/21 1528/5 1535/11

**involvement [1]** 1495/1

**irrelevant [1]** 1500/19

**is [296]**

**isn't [10]** 1470/15 1477/25 1518/10 1534/24 1535/9 1543/18 1563/15 1564/23 1564/25 1567/8

**issue [9]** 1459/23 1471/5 1489/19 1498/2 1501/1 1501/13 1550/25 1556/4 1563/22

**issued [4]** 1474/6 1488/21 1524/22 1564/17

**issues [6]** 1460/11 1473/24 1497/16 1505/7 1530/17 1530/24

**issuing [1]** 1489/3

**it [438]**

**it's [69]** 1465/2 1467/5 1467/6 1467/6 1468/9 1469/1 1469/6 1469/7 1472/10 1475/4 1475/12 1477/9 1477/15 1477/16 1478/8 1479/8 1481/25 1482/11 1483/1 1484/23 1486/1 1489/17 1492/3 1494/19 1500/19 1505/14 1506/24 1511/7 1511/8 1512/1 1512/1 1513/20 1515/12 1517/14 1517/23 1517/24 1519/5 1520/2 1520/13 1523/14 1523/16 1527/12 1527/13 1528/6 1528/25 1529/19 1533/22 1535/25 1536/21 1537/4 1537/15 1537/24 1541/2 1542/4 1543/1 1543/2 1545/12 1545/20 1548/20 1550/15 1551/12 1552/1 1553/2 1553/12 1555/11 1559/6 1561/12 1563/18 1564/13

**its [3]** 1479/4 1486/13 1488/21

**itself [2]** 1497/15 1517/1

**J**

**JACOB [1]** 1457/7

**JAKE [2]** 1457/15 1479/23

**JANE [1]** 1456/4

**JENNIFER [1]** 1457/19

**job [1]** 1548/18

**JOCELYN [3]** 1456/3 1565/12 1567/24

**Johnson [3]** 1478/6 1483/7 1492/9

**joking [1]** 1537/10

**JONES [2]** 1456/12 1553/9

**Jordan [1]** 1507/15

**judge [6]** 1456/13 1468/10 1526/14 1553/9 1556/5 1569/19

**judgment [3]** 1460/12 1489/22 1497/7

**judicial [1]** 1559/18

**JUDY [1]** 1457/20

**June [1]** 1541/23

**jury [1]** 1502/6

**just [92]** 1459/2 1459/14 1460/9 1460/20 1463/14 1466/2 1468/1 1469/15 1470/25 1471/22 1473/17 1475/13 1475/19 1476/10 1477/5 1477/8 1478/1 1478/24 1479/1 1480/25 1481/3 1481/10 1483/25 1484/22 1486/1 1486/1 1496/20 1496/22 1497/25 1501/17 1503/3 1504/19 1505/20 1508/7 1509/3 1509/4 1509/6

## J

**just... [55]** 1512/1 1515/1 1517/18 1517/19 1519/2 1519/13 1519/14 1520/6 1520/8 1520/21 1520/24 1521/2 1521/2 1521/5 1521/17 1523/9 1523/17 1526/4 1526/6 1526/7 1526/15 1526/20 1526/25 1528/22 1530/8 1532/14 1533/9 1536/5 1536/17 1541/8 1541/8 1541/25 1542/25 1544/1 1545/6 1545/7 1545/13 1545/20 1547/11 1547/11 1548/18 1549/8 1549/9 1551/5 1552/12 1552/13 1552/25 1553/13 1557/8 1560/9 1562/17 1562/19 1564/25 1565/20 1568/10
**JUSTICE [3]** 1457/21 1529/20 1529/21
**justification [1]** 1563/17

## K

**keep [6]** 1491/11 1527/2 1532/8 1552/4 1559/6 1559/7
**Kentucky [1]** 1484/11
**key [1]** 1479/8
**kids [2]** 1477/16 1513/5
**kind [11]** 1462/6 1472/13 1473/19 1499/4 1531/15 1532/24 1533/3 1538/2 1546/2 1556/2 1562/20
**knew [19]** 1462/9 1478/14 1478/17 1483/22 1484/12 1490/15 1490/23 1490/23 1490/24 1492/9 1497/10 1505/15 1505/16 1530/22 1533/1 1544/20 1546/2 1556/1 1556/17
**know [87]** 1460/7 1461/2 1462/1 1463/13 1464/9 1464/14 1466/10 1466/19 1467/5 1467/7 1467/9 1467/10 1467/15 1470/6 1471/8 1477/25 1478/13 1478/18 1479/22 1480/7 1482/1 1484/8 1484/9 1484/10 1484/10 1484/18 1484/21 1485/22 1486/24 1487/9 1489/11 1490/3 1490/8 1490/20 1492/13 1492/3 1495/7 1496/16 1499/18 1500/6 1504/2 1504/5 1505/14 1505/20 1506/2 1506/22 1515/12 1517/14 1518/9 1519/22 1519/24 1519/25 1520/15 1520/15 1525/11 1532/15 1532/24 1533/1 1533/17 1535/5 1535/10 1535/11 1535/23 1538/2 1538/9 1539/10 1541/1 1542/9 1544/10 1545/8 1548/20 1548/23 1549/3 1551/1 1551/9 1553/7 1555/25 1556/9 1558/4 1559/8 1559/19 1562/15 1564/13 1566/8 1566/25 1568/16 1569/6
**knowing [3]** 1470/19 1478/9 1506/22
**knowledge [22]** 1466/18 1466/20 1466/22 1466/23 1466/24 1492/20 1496/13 1496/20 1496/24 1497/22 1499/19 1517/12 1517/18 1517/20 1523/14 1523/15 1529/1 1537/1 1546/13 1550/10 1557/24 1558/25
**knowledgeable [1]** 1462/22
**knows [8]** 1463/14 1495/16 1495/16 1495/17 1537/10 1537/14 1554/21 1560/13

## L

**laid [1]** 1486/9
**landscape [1]** 1485/2
**language [8]** 1464/23 1465/14 1466/5

1485/23 1490/9 1504/21 1542/23 1550/23
**large [8]** 1490/23 1490/24 1503/4 1503/17 1508/11 1508/11 1534/14 1539/22
**largely [1]** 1479/22 1481/13 1491/23
**last [20]** 1459/25 1460/12 1476/17 1488/14 1494/12 1501/4 1504/19 1504/23 1510/2 1511/15 1512/17 1512/23 1512/24 1513/1 1513/8 1513/10 1513/15 1516/20 1541/6 1541/9
**lasted [1]** 1487/3
**late [3]** 1476/24 1476/25 1476/25
**later [5]** 1469/11 1471/6 1488/14 1512/18 1516/10
**laugh [1]** 1537/14
**laughing [1]** 1568/7
**launched [3]** 1477/1 1488/23 1494/4
**law [12]** 1457/9 1461/5 1462/3 1465/22 1476/10 1500/6 1503/11 1506/14 1551/12 1558/10 1564/4 1564/20
**LAWRENCE [2]** 1457/4 1457/5
**LAWRENCE-HARDY [1]** 1457/4
**laws [3]** 1498/4 1498/16 1498/17
**lawsuit [1]** 1486/14
**lawyer [1]** 1532/13
**lawyers [2]** 1528/14 1532/21
**lay [5]** 1461/8 1498/17 1524/7 1542/1 1552/4
**layer [2]** 1536/17 1536/17
**layperson [2]** 1462/22 1527/2
**layperson's [1]** 1523/14
**lays [1]** 1562/9
**lead [1]** 1501/6
**leap [1]** 1502/2
**learn [3]** 1485/14 1492/15 1516/10
**learned [7]** 1484/25 1485/1 1485/6 1495/3 1532/12 1567/23 1567/24
**learning [1]** 1556/20
**leases [3]** 1551/7 1566/6 1567/15
**least [1]** 1505/11
**leave [2]** 1469/22 1555/21
**leaves [1]** 1460/9
**leaving [1]** 1466/2
**led [1]** 1501/1
**left [5]** 1464/5 1487/9 1487/11 1555/15 1555/15
**legal [7]** 1470/2 1470/10 1474/2 1497/18 1497/19 1498/20 1515/1
**legislation [1]** 1505/13
**legislators [3]** 1503/13 1505/6 1530/22
**legislature [2]** 1476/18 1530/16
**lending [1]** 1505/17
**lengths [3]** 1545/12 1545/13 1545/16
**LESLIE [1]** 1457/9
**less [5]** 1506/24 1511/25 1511/25 1542/16 1543/12
**let [17]** 1465/25 1468/21 1472/16 1475/8 1492/9 1501/20 1514/21 1519/19 1523/23 1525/22 1528/22 1536/13 1536/15 1539/10 1549/12 1549/17 1563/3
**let's [18]** 1463/13 1474/17 1476/21 1490/5 1492/3 1494/7 1496/22 1513/4 1519/10 1519/15 1525/15 1527/16 1529/13 1543/11 1554/6 1559/6 1561/10 1566/23

**letter [2]** 1534/17 1534/21
**level [6]** 1486/2 1505/20 1548/24 1552/5 1556/13 1564/2
**levels [2]** 1518/20 1518/25
**license [3]** 1476/12 1548/21 1567/21
**licensee [1]** 1511/2
**lie [2]** 1537/13 1537/16
**like [30]** 1459/22 1462/8 1473/19 1482/15 1490/4 1500/21 1502/2 1504/13 1505/1 1505/2 1516/11 1519/2 1529/2 1529/20 1531/14 1533/24 1543/4 1543/8 1548/20 1550/16 1553/25 1555/6 1555/12 1556/9 1556/21 1560/1 1562/19 1562/23 1563/18 1565/10
**likely [1]** 1547/20
**likes [1]** 1508/15
**limine [1]** 1517/13
**limited [2]** 1488/6 1509/9
**limiting [1]** 1542/23
**line [5]** 1/6 1499/8 1508/8 1526/23 1564/10
**lines [2]** 1514/18 1521/23
**link [7]** 1479/5 1479/7 1479/9 1540/2 1540/21 1541/19 1544/2
**LinkedIn [3]** 1565/18 1565/22 1567/12
**LinkedIns [1]** 1567/3
**list [57]** 1461/11 1461/12 1466/19 1467/18 1468/23 1472/20 1476/23 1477/19 1485/18 1485/22 1486/18 1487/16 1491/12 1492/13 1494/8 1494/9 1494/10 1496/9 1496/12 1497/4 1497/4 1501/10 1508/24 1509/8 1510/9 1514/7 1514/12 1514/15 1521/25 1522/9 1522/13 1524/2 1526/5 1528/17 1532/25 1533/1 1534/17 1534/18 1535/5 1538/15 1538/25 1544/9 1547/2 1547/4 1547/6 1547/17 1547/19 1549/24 1551/22 1556/16 1563/4 1565/12 1565/23 1565/24 1566/24 1567/1 1567/5
**listed [2]** 1482/8 1546/14
**listen [2]** 1490/7 1558/2
**listened [1]** 1505/16
**listening [1]** 1529/5
**lists [4]** 1478/11 1486/5 1549/5 1566/3
**litigated [1]** 1558/17
**little [8]** 1468/1 1482/11 1484/25 1485/1 1485/6 1489/17 1534/9 1566/14
**live [2]** 1470/6 1544/19
**lived [3]** 1530/10 1551/5 1551/8
**LLC [1]** 1457/5
**LLP [2]** 1457/9 1457/15
**location [8]** 1469/17 1469/18 1469/20 1469/23 1470/9 1471/16 1471/17 1555/3
**logic [1]** 1509/11
**long [8]** 1486/11 1489/20 1490/6 1511/4 1515/9 1515/9 1532/12 1537/7
**look [28]** 1460/13 1465/25 1467/17 1470/12 1475/19 1481/14 1491/12 1501/14 1509/1 1522/13 1523/18 1523/21 1525/7 1526/23 1527/16 1532/25 1535/4 1537/13 1543/8 1543/9 1551/11 1562/4 1565/12 1565/15 1565/22 1566/19 1567/3 1567/12
**looked [14]** 1461/22 1469/13 1489/12 1494/12 1515/22 1523/15 1524/5

## L

**looked... [7]**  1524/14 1527/15 1565/20 1566/5 1566/9 1567/4 1567/9
**looking [9]**  1469/15 1478/16 1479/21 1481/7 1510/2 1524/2 1526/4 1541/21 1546/18
**looks [1]**  1543/7
**lost [1]**  1544/8
**lot [27]**  1460/9 1474/23 1477/22 1478/3 1478/4 1478/14 1483/21 1487/2 1490/25 1491/7 1491/8 1491/19 1501/11 1503/23 1503/24 1509/11 1509/20 1513/15 1514/18 1527/10 1536/12 1540/24 1542/17 1545/25 1546/16 1552/5 1552/8
**lunch [3]**  1470/5 1569/22 1569/24

## M

**ma'am [5]**  1459/5 1530/14 1530/18 1531/24 1556/14
**machinations [1]**  1510/25
**made [17]**  1461/10 1466/18 1472/3 1472/15 1473/4 1479/5 1485/3 1499/20 1504/4 1504/24 1506/19 1509/18 1512/25 1515/12 1515/20 1515/21 1556/5
**mail [11]**  1470/9 1473/13 1473/23 1511/24 1513/1 1513/8 1513/19 1542/2 1542/8 1542/14 1542/20 1554/17 1555/22
**mailed [1]**  1476/1
**mailer [4]**  1553/12 1553/24 1554/15 1555/5
**main [1]**  1520/7
**majority [1]**  1534/13
**make [24]**  1467/11 1468/21 1483/15 1487/20 1490/9 1491/2 1493/6 1498/17 1499/11 1499/15 1504/25 1513/25 1514/16 1519/18 1524/5 1527/3 1535/1 1549/14 1550/5 1550/16 1563/14 1563/25 1564/11 1569/17
**makes [3]**  1461/1 1502/2 1509/21
**making [2]**  1478/11 1516/15
**man [3]**  1495/2 1495/2 1508/22
**manifested [1]**  1473/24
**manner [1]**  1559/11
**manual [3]**  1475/22 1510/24 1517/19
**manuals [4]**  1510/17 1510/25 1517/15 1519/5
**many [15]**  1482/2 1491/11 1491/18 1494/14 1496/12 1502/21 1505/8 1513/14 1517/10 1518/16 1521/20 1533/10 1545/23 1552/11 1568/11
**MARCOS [1]**  1457/8
**Marine [2]**  1545/17 1549/20
**Mark [26]**  1466/11 1476/25 1477/10 1478/15 1479/4 1483/21 1484/8 1485/19 1487/1 1488/7 1489/11 1489/19 1489/21 1490/5 1490/11 1490/15 1490/16 1490/19 1491/2 1508/10 1508/15 1508/17 1508/25 1515/8 1533/15 1534/10
**marked [1]**  1510/8
**marker [1]**  1526/23
**masse [2]**  1567/4 1567/12
**massive [1]**  1512/14
**match [21]**  1512/17 1512/17 1512/19

**matched [1]**  1519/3
**matches [12]**  1516/19 1516/20 1516/20 1516/20 1516/23 1517/8 1517/8 1517/10 1518/16 1518/19 1518/21 1545/10
**matter [7]**  1463/1 1469/15 1485/4 1518/11 1561/3 1568/1 1571/11
**matured [1]**  1534/9
**may [35]**  1/2 1/4 1459/6 1459/7 1460/16 1465/4 1468/1 1473/8 1481/10 1489/17 1493/1 1495/18 1529/18 1529/21 1531/9 1533/9 1534/8 1535/10 1536/20 1536/25 1537/3 1537/7 1537/20 1540/18 1548/18 1551/5 1557/7 1557/9 1557/13 1558/12 1559/3 1559/9 1564/8 1567/4 1569/10
**maybe [9]**  1490/3 1508/18 1511/25 1515/3 1521/4 1521/5 1533/1 1539/1 1555/12
**Mayer [2]**  1509/22 1522/24
**Mayer's [1]**  1461/21
**McCLAFFERTY [1]**  1457/5
**McQUEEN [1]**  1457/8
**me [60]**  1460/16 1460/22 1462/14 1462/21 1467/8 1468/21 1472/10 1472/16 1475/8 1478/6 1478/6 1478/9 1478/13 1483/23 1484/12 1485/1 1487/2 1492/9 1499/23 1499/25 1501/20 1504/4 1504/11 1507/14 1507/19 1507/20 1509/1 1509/4 1514/21 1519/19 1520/21 1523/23 1527/1 1530/25 1532/13 1533/15 1534/14 1535/21 1536/15 1537/18 1542/9 1542/13 1542/18 1543/8 1545/1 1545/2 1548/14 1548/23 1549/4 1549/12 1549/17 1551/14 1552/11 1553/23 1555/2 1555/21 1563/6 1565/24 1567/19 1568/16
**mean [16]**  1461/16 1470/2 1473/17 1483/19 1484/22 1491/8 1508/9 1514/12 1521/14 1522/23 1542/1 1543/18 1564/6 1565/17 1569/22 1569/23
**meaningful [3]**  1490/10 1503/10 1528/5
**means [2]**  1521/11 1542/1
**meant [4]**  1462/14 1475/25 1520/13 1533/20
**measurable [1]**  1502/23
**measure [2]**  1527/4 1541/19
**mechanical [2]**  1456/20 1474/24
**mechanism [1]**  1520/8
**media [3]**  1479/25 1566/6 1566/19
**meet [1]**  1484/15
**meeting [2]**  1485/17 1508/18
**meetings [4]**  1486/16 1487/13 1487/24 1507/22
**MELLETT [1]**  1457/20
**members [2]**  1503/23 1513/9
**memorialized [1]**  1478/8
**memory [7]**  1465/17 1465/20 1465/21 1465/24 1466/14 1478/13 1480/25
**mention [1]**  1512/22

**mentioned [10]**  1482/22 1502/20 1502/25 1507/7 1507/13 1508/25 1512/10 1516/25 1518/17 1545/12
**merely [1]**  1459/13
**merge [1]**  1539/9
**message [2]**  1479/20 1514/3
**messages [1]**  1480/5
**messaging [1]**  1480/2
**met [8]**  1476/25 1484/19 1485/13 1486/2 1488/25 1489/1 1492/10 1495/2
**methodology [5]**  1490/21 1490/21 1492/21 1505/16 1515/16
**MICHAEL [1]**  1457/13
**MICHELLE [1]**  1457/5
**mid [2]**  1476/24 1476/25
**mid-November [1]**  1476/24
**middle [10]**  1511/15 1512/18 1516/20 1519/7 1519/9 1519/11 1519/12 1519/15 1519/16 1538/5
**might [18]**  1459/23 1459/23 1467/8 1470/17 1488/12 1489/13 1497/15 1498/20 1498/22 1504/19 1505/12 1520/21 1537/1 1556/5 1556/6 1562/5 1566/14 1568/14
**military [9]**  1544/19 1545/3 1545/12 1545/13 1545/16 1545/23 1547/15 1548/7 1553/1
**million [6]**  1474/7 1474/21 1491/16 1521/23 1521/23 1544/2
**mind [7]**  1475/18 1498/2 1498/19 1498/22 1550/20 1550/21 1556/8
**mindset [1]**  1563/20
**mine [2]**  1528/7 1556/1
**minute [7]**  1460/23 1476/21 1529/15 1533/12 1537/8 1537/8 1537/9
**minutes [10]**  1463/13 1487/3 1487/3 1532/8 1532/19 1533/10 1533/14 1533/18 1537/19 1560/1
**mischaracterize [1]**  1482/22
**missed [3]**  1481/25 1512/8 1541/5
**misunderstanding [1]**  1500/6
**MOCINE [1]**  1457/8
**MOCINE-McQUEEN [1]**  1457/8
**modification [1]**  1485/21
**modifying [1]**  1535/14
**moment [2]**  1489/15 1490/3
**Monday [3]**  1569/15 1569/16 1569/23
**monitor [1]**  1493/17
**month [1]**  1541/15
**months [14]**  1510/1 1511/25 1511/25 1541/14 1541/23 1542/2 1542/14 1542/20 1543/12 1543/22 1544/13 1551/7 1555/13 1555/15
**moor [1]**  1504/16
**more [31]**  1472/12 1481/8 1481/10 1483/19 1487/4 1491/5 1498/12 1499/18 1508/15 1508/16 1509/18 1509/19 1512/1 1512/8 1517/12 1531/1 1536/15 1539/1 1539/3 1540/11 1542/2 1542/2 1542/14 1542/20 1544/1 1544/24 1545/7 1548/24 1549/2 1551/1 1568/11
**Morehouse [4]**  1551/24 1552/3 1552/12 1552/16
**morning [2]**  1478/5 1488/6
**MORRISON [1]**  1457/8
**most [13]**  1467/21 1475/21 1475/21 1480/12 1490/10 1511/7 1513/25

## M

**most... [6]** 1514/4 1516/11 1535/10 1545/10 1547/20 1547/22
**motion [5]** 1517/13 1569/11 1569/20 1569/22 1570/4
**motivation [1]** 1490/8
**motivator [1]** 1503/4
**move [18]** 1482/15 1492/3 1496/23 1509/18 1509/23 1509/24 1509/25 1511/23 1511/24 1513/4 1527/20 1542/5 1542/15 1548/4 1548/9 1549/14 1550/11 1565/16
**moved [13]** 1469/10 1471/16 1471/19 1476/3 1509/9 1510/11 1512/22 1513/13 1531/11 1531/21 1547/20 1551/18 1565/14
**movement [1]** 1523/5
**moves [4]** 1509/16 1510/4 1512/10 1520/2
**moving [6]** 1502/25 1504/14 1511/20 1511/21 1512/24 1564/16
**Mr [5]** 1458/5 1458/8 1480/21 1500/25 1511/17
**Mr. [109]** 1460/1 1460/11 1461/2 1462/11 1462/12 1462/13 1462/16 1462/19 1462/21 1462/23 1463/4 1463/6 1463/7 1463/14 1463/16 1463/17 1463/19 1464/3 1464/6 1464/18 1465/25 1466/5 1466/18 1467/12 1468/7 1472/2 1472/10 1472/15 1472/19 1475/1 1475/9 1476/22 1487/10 1490/17 1492/4 1492/21 1493/13 1494/15 1495/21 1495/23 1496/17 1498/10 1499/2 1499/2 1499/3 1499/7 1499/10 1499/19 1500/10 1500/11 1502/12 1502/13 1506/5 1506/7 1506/10 1506/13 1508/7 1514/6 1516/2 1516/19 1517/18 1518/1 1518/5 1519/20 1520/25 1521/20 1524/12 1524/19 1524/21 1527/22 1530/6 1532/7 1532/13 1532/23 1532/23 1533/24 1534/4 1546/6 1546/9 1546/20 1546/23 1547/2 1547/23 1548/2 1549/6 1551/21 1553/9 1556/16 1556/19 1557/24 1557/24 1558/21 1558/23 1559/1 1559/7 1559/15 1559/24 1560/9 1562/2 1562/21 1563/1 1563/10 1565/4 1565/10 1566/11 1566/19 1566/19 1568/8 1568/10 1568/13
**Mr. Alton Russell [1]** 1494/15
**Mr. and [1]** 1516/19
**Mr. Berson's [1]** 1495/23
**Mr. Davis [8]** 1476/22 1499/2 1502/13 1508/7 1514/6 1546/9 1546/20 1546/23
**Mr. Davis' [1]** 1492/21
**Mr. Gamaliel [1]** 1557/2
**Mr. Gamaliel Turner [1]** 1558/23
**Mr. Gasaway [2]** 1464/6 1464/18
**Mr. Germany [1]** 1467/12
**Mr. Nkwonta [3]** 1460/11 1463/6 1568/13
**Mr. Phillips [1]** 1490/17
**Mr. Powell [12]** 1462/11 1463/14 1492/4 1495/21 1496/17 1506/5 1516/2 1524/12 1532/23 1559/1 1559/15 1562/21
**Mr. Somerville [71]** 1460/1 1461/2

1462/11 1462/13 1462/16 1462/19 1462/21 1462/23 1463/4 1463/7 1463/16 1463/17 1463/19 1464/3 1465/25 1466/5 1466/18 1468/7 1472/2 1472/10 1472/15 1472/19 1475/9 1487/10 1493/13 1498/10 1499/2 1499/3 1499/7 1499/10 1499/19 1500/10 1500/11 1502/12 1506/7 1506/10 1506/13 1517/18 1519/20 1521/20 1524/19 1524/21 1527/22 1530/6 1532/7 1532/13 1532/23 1533/24 1534/4 1546/6 1547/2 1547/23 1548/2 1549/6 1551/21 1553/9 1556/16 1556/19 1557/24 1558/21 1559/7 1559/24 1560/9 1562/2 1563/1 1563/10 1565/4 1565/10 1566/11 1566/19 1568/8
**Mr. Somerville's [3]** 1518/1 1518/5 1520/25
**Mr. Turner [1]** 1475/1
**Mr. Wynne [1]** 1568/10
**Mrs [2]** 1511/17 1516/19
**Ms [5]** 1458/6 1458/7 1458/9 1520/20 1557/2
**Ms. [38]** 1462/17 1463/9 1474/15 1475/2 1475/8 1475/13 1498/14 1499/22 1500/15 1500/19 1502/13 1507/24 1518/3 1518/5 1518/8 1524/15 1525/1 1529/18 1532/4 1532/13 1532/16 1536/13 1537/10 1537/20 1539/15 1542/19 1554/23 1556/25 1558/12 1558/23 1559/13 1560/3 1560/5 1562/2 1563/6 1565/12 1566/23 1567/24
**Ms. Ford [28]** 1462/17 1463/9 1474/15 1475/8 1475/13 1498/14 1499/22 1500/15 1500/19 1502/13 1518/3 1518/5 1525/1 1529/18 1532/4 1532/13 1532/16 1536/13 1537/10 1537/20 1542/19 1554/23 1558/12 1559/13 1560/3 1560/5 1562/2 1563/6
**Ms. Ford's [3]** 1518/8 1524/15 1566/23
**Ms. Heredia [1]** 1475/2
**Ms. Jocelyn [2]** 1565/12 1567/24
**Ms. Stephanie [2]** 1556/25 1558/23
**Ms. Stinetorf [1]** 1539/15
**Ms. Watson [1]** 1507/24
**much [11]** 1459/19 1471/22 1473/23 1477/3 1477/8 1499/18 1506/24 1529/22 1530/10 1531/25 1545/21
**multiple [1]** 1468/4
**Muscogee [6]** 1494/7 1494/9 1494/15 1494/24 1539/17 1557/21
**Muscogee County [3]** 1494/7 1494/24 1539/17
**must [3]** 1534/20 1534/24 1534/25
**my [61]** 1460/12 1460/14 1460/25 1463/1 1466/20 1467/8 1474/10 1475/17 1476/9 1478/13 1478/18 1479/22 1480/4 1482/3 1483/20 1484/10 1486/9 1491/25 1503/25 1504/24 1506/6 1508/11 1525/7 1526/11 1528/3 1528/20 1528/25 1529/19 1530/10 1530/11 1531/13 1532/11 1535/3 1535/10 1536/1 1537/13 1538/16 1542/3 1545/1 1545/24 1546/13 1546/22 1546/23 1547/23 1547/24 1548/2 1549/11

1564/24 1555/16 1555/20 1555/22 1556/8 1556/14 1557/8 1560/3 1561/22 1566/1 1566/11 1566/12 1569/7 1571/12
**myself [3]** 1484/8 1553/12 1568/1

## N

**name [22]** 1511/15 1511/15 1511/16 1512/17 1512/17 1512/18 1512/23 1512/24 1513/1 1513/9 1513/10 1516/20 1516/20 1516/21 1519/7 1519/9 1519/11 1519/12 1519/16 1523/7 1538/5 1538/5
**names [7]** 1464/9 1464/11 1477/20 1492/13 1497/3 1504/7 1534/19
**narrative [1]** 1562/9
**narrow [1]** 1545/8
**narrowed [2]** 1536/6 1545/7
**narrowing [1]** 1544/23
**nature [3]** 1504/21 1508/14 1508/15
**Naval [1]** 1545/17
**NCOA [81]** 1461/3 1467/18 1471/6 1471/10 1476/23 1477/10 1485/22 1486/18 1496/9 1496/12 1497/3 1509/15 1509/19 1509/22 1510/4 1510/7 1510/9 1510/16 1512/16 1514/6 1516/14 1516/16 1517/4 1517/5 1517/6 1519/9 1519/13 1519/20 1519/25 1520/6 1520/25 1521/2 1521/3 1521/6 1521/7 1521/8 1521/11 1521/13 1521/21 1536/2 1536/4 1536/5 1536/6 1536/17 1536/21 1536/24 1537/3 1537/5 1537/23 1538/4 1538/8 1538/16 1539/20 1540/2 1540/5 1540/21 1541/11 1541/13 1541/14 1541/19 1541/25 1542/13 1544/2 1544/5 1544/11 1544/12 1545/6 1546/2 1549/9 1549/14 1549/19 1549/21 1550/2 1550/3 1550/4 1550/5 1550/12 1553/12 1554/15 1555/5 1555/22
**near [1]** 1539/19
**necessarily [2]** 1471/23 1530/21
**need [25]** 1462/4 1466/2 1473/21 1476/10 1480/24 1480/24 1480/25 1481/14 1491/3 1491/4 1519/22 1519/24 1519/25 1520/15 1520/15 1523/3 1532/14 1534/2 1536/3 1540/16 1542/1 1542/14 1542/20 1550/5 1560/11
**needed [3]** 1472/8 1537/13 1569/6
**neighbor [5]** 1531/11 1531/20 1555/16 1556/17 1564/16
**Neither [2]** 1465/12 1557/5
**nerd [4]** 1487/5 1487/5 1487/9 1538/3
**never [22]** 1473/13 1479/3 1479/5 1485/12 1485/13 1485/20 1485/22 1485/23 1486/9 1486/19 1487/6 1493/23 1494/3 1495/2 1495/2 1496/2 1503/14 1507/1 1556/4 1561/14 1561/14 1561/15
**new [2]** 1476/9 1511/21
**newspaper [1]** 1494/16
**next [11]** 1463/2 1479/19 1486/25 1487/19 1488/4 1488/6 1515/3 1517/23 1535/18 1552/19 1567/13
**nice [1]** 1555/11
**night [4]** 1459/25 1460/12 1489/1 1494/12

**N**

**Nine [1]** 1486/12
**NKWONTA [4]** 1457/6 1460/11 1463/6
1568/13
**no [106]** 1459/15 1464/19 1466/20
1467/2 1469/3 1482/17 1483/8 1485/16
1485/23 1486/2 1486/23 1487/6 1489/5
1489/5 1490/16 1490/18 1492/7 1492/9
1492/12 1492/12 1492/19 1492/22
1495/6 1495/21 1495/22 1495/22
1501/24 1502/10 1506/9 1507/2 1510/3
1510/10 1514/11 1514/14 1514/19
1514/19 1516/8 1516/18 1517/19
1518/7 1519/19 1519/22 1520/13
1520/13 1522/1 1522/1 1522/6 1522/15
1522/15 1524/24 1526/8 1527/25
1527/25 1528/2 1528/18 1531/19
1532/2 1535/4 1535/16 1536/25
1537/12 1537/12 1540/9 1540/14
1541/1 1541/20 1542/5 1543/16
1544/22 1547/7 1547/13 1547/13
1547/24 1548/6 1549/10 1549/11
1549/11 1549/11 1551/24 1552/17
1553/11 1555/7 1556/14 1556/16
1556/22 1557/16 1557/21 1558/19
1559/24 1561/5 1561/11 1561/23
1563/13 1563/25 1564/4 1564/19
1565/5 1565/15 1565/18 1565/24
1567/4 1567/19
**nobody [7]** 1490/6 1497/11 1503/19
1503/22 1504/7 1504/7 1565/24
**non [3]** 1474/3 1517/8 1518/19
**non-Government [1]** 1474/3
**non-matches [2]** 1517/8 1518/19
**noncompound [1]** 1554/4
**None [1]** 1485/25
**nonpartisan [1]** 1504/21
**noon [2]** 1570/2 1570/4
**normal [2]** 1473/25 1474/1
**North [2]** 1555/11 1555/22
**NORTHERN [3]** 1456/1 1571/4 1571/7
**not [212]**
**note [1]** 1463/1
**notes [1]** 1545/24
**nothing [4]** 1485/2 1488/2 1497/12
1552/21
**notice [2]** 1522/3 1559/18
**noticed [1]** 1555/16
**notification [2]** 1558/6 1561/16
**notified [3]** 1560/24 1561/8 1561/14
**notify [4]** 1497/15 1561/6 1561/13
1561/20
**notifying [1]** 1497/13
**noting [1]** 1477/9
**NOVEMBER [9]** 1456/14 1459/2
1472/24 1476/24 1476/24 1476/25
1510/13 1530/19 1571/13
**now [21]** 1460/6 1469/14 1470/6
1471/3 1471/17 1472/8 1483/19
1484/11 1490/20 1506/22 1506/23
1507/13 1525/8 1526/15 1532/16
1541/9 1544/15 1561/16 1562/10
1568/7 1568/9
**now-deceased [1]** 1507/13
**number [26]** 1/5 1/6 1456/6 1465/7
1472/24 1473/11 1477/22 1478/4

1482/8 1482/18 1482/19 1484/6
1491/19 1491/20 1494/11 1494/17
1502/20 1508/15 1516/23 1527/4
1530/22 1534/15 1537/23 1538/3
1549/23 1565/1
**Number 1 [1]** 1565/1
**Number 38 [1]** 1482/19
**number two [1]** 1508/15
**numbers [1]** 1475/8

**O**

**oath [2]** 1463/20 1545/2
**object [12]** 1463/10 1465/10 1474/8
1492/2 1497/17 1502/17 1506/4
1515/24 1517/12 1523/9 1554/5
1562/17
**objected [1]** 1465/9
**objecting [1]** 1498/14
**objection [26]** 1464/24 1468/3 1472/6
1480/22 1482/17 1482/20 1494/20
1496/14 1496/18 1497/21 1497/24
1501/21 1501/24 1506/3 1516/5 1518/3
1518/8 1524/3 1524/16 1524/17
1528/20 1528/24 1528/25 1550/13
1554/2 1563/6
**objectionable [1]** 1484/7
**objections [4]** 1462/25 1465/12 1468/5
1502/5
**objective [2]** 1500/17 1526/22
**objectives [1]** 1528/4
**obligation [1]** 1484/12
**obsessive [1]** 1477/4
**obviously [2]** 1489/11 1516/1
**occasions [1]** 1467/21
**occurred [1]** 1562/10
**occurring [1]** 1474/11
**October [7]** 1509/25 1541/15 1541/15
1541/21 1541/22 1541/23 1544/13
**off [7]** 1464/5 1468/13 1502/25 1514/8
1521/20 1521/22 1545/1
**offer [6]** 1461/8 1461/9 1492/17 1500/5
1500/6 1557/7
**offered [1]** 1518/2
**offers [1]** 1545/11
**office [2]** 1508/1 1530/16
**offices [1]** 1477/14
**official [8]** 1/1 1/2 1/3 1/7 1456/22
1476/4 1571/6 1571/17
**often [1]** 1482/2
**oh [5]** 1476/8 1490/4 1494/21 1524/11
1556/24
**okay [34]** 1469/16 1469/23 1470/16
1470/20 1472/1 1475/10 1480/3
1481/12 1488/1 1493/11 1494/21
1531/19 1533/8 1533/11 1534/14
1536/22 1540/5 1540/8 1541/25
1543/15 1544/7 1544/9 1546/19
1546/20 1553/17 1554/13 1554/18
1557/5 1559/12 1559/23 1567/23
1568/21 1569/5 1570/1
**old [5]** 1511/19 1513/8 1536/8 1543/12
1551/8
**omission [1]** 1538/18
**once [6]** 1486/19 1486/21 1522/16
1548/8 1551/9 1555/12
**one [49]** 1459/22 1464/18 1466/1
1467/15 1480/20 1480/23 1485/9
1487/13 1487/13 1487/24 1487/24

1498/25 1502/9 1502/20 1503/2 1503/9
1504/2 1506/15 1508/21 1509/4
1509/13 1510/24 1510/25 1513/7
1514/4 1518/23 1519/13 1519/17
1519/18 1520/6 1520/8 1528/4 1534/2
1536/21 1541/5 1541/6 1541/9 1541/11
1544/1 1544/11 1552/8 1552/23
1556/16 1556/22 1558/19 1567/8
1567/13 1568/3 1568/4
**ones [6]** 1510/20 1510/21 1513/7
1529/6 1547/19 1556/1
**online [2]** 1543/7 1543/20
**only [21]** 1/2 1/6 1490/16 1497/5
1499/16 1500/11 1500/18 1510/1
1512/23 1518/18 1518/21 1518/22
1533/25 1539/7 1545/7 1545/9 1545/10
1545/16 1549/9 1549/13 1568/3
**open [1]** 1479/8
**operate [1]** 1508/13
**operates [2]** 1519/23 1519/25
**opinion [6]** 1461/8 1498/23 1515/1
1518/1 1518/6 1529/3
**opinions [1]** 1460/2
**opportunity [3]** 1460/20 1460/24
1529/25
**opposed [1]** 1560/16
**opposing [1]** 1461/13
**opposite [1]** 1548/2
**OPSEC [2]** 1486/22 1486/24
**option [1]** 1543/23
**options [2]** 1552/23 1561/21
**order [4]** 1513/23 1540/20 1548/17
1548/23
**organizations [1]** 1475/21
**organized [1]** 1488/14
**original [1]** 1547/8
**other [37]** 1461/3 1476/6 1477/2
1477/12 1480/4 1482/10 1491/5
1496/22 1496/23 1497/23 1498/11
1499/5 1502/10 1502/25 1511/1
1518/19 1519/13 1519/17 1519/20
1520/6 1521/11 1521/11 1521/13
1523/2 1524/23 1527/15 1529/6
1538/20 1544/19 1548/20 1548/20
1555/24 1556/19 1558/2 1560/14
1565/12 1566/5
**other's [1]** 1508/10
**others [2]** 1505/3 1519/6
**otherwise [5]** 1460/9 1498/20 1498/22
1526/7 1535/16
**our [37]** 1464/23 1472/5 1473/12
1478/8 1481/21 1481/24 1481/24
1485/19 1485/21 1485/22 1485/24
1485/25 1494/20 1498/1 1503/10
1504/3 1504/6 1504/7 1504/20 1507/24
1509/19 1510/2 1514/17 1515/14
1515/15 1515/17 1523/1 1528/1 1528/2
1547/19 1547/22 1549/24 1551/15
1563/20 1565/21 1569/12 1569/22
**out [63]** 1460/12 1468/22 1469/22
1473/2 1476/11 1476/16 1477/13
1479/20 1479/25 1481/17 1482/2
1484/6 1487/9 1487/11 1489/2 1491/8
1491/17 1494/10 1504/20 1507/14
1507/16 1507/18 1507/18 1507/20
1509/24 1510/8 1511/8 1513/11
1513/16 1517/25 1521/8 1521/21
1522/18 1522/24 1525/7 1526/7

**O**

**out... [27]** 1526/23 1527/5 1530/1
1533/12 1533/21 1534/5 1539/12
1544/5 1546/1 1546/6 1546/14 1547/14
1547/14 1547/15 1551/16 1554/10
1554/16 1555/10 1555/22 1557/6
1557/16 1558/24 1561/1 1562/9 1563/5
1564/16 1568/18
**outcome [1]** 1554/13
**outside [3]** 1547/21 1558/25 1568/19
**over [9]** 1467/12 1473/17 1482/12
1486/3 1507/12 1546/18 1549/12
1564/9 1564/9
**Overruled [1]** 1550/17
**overview [2]** 1481/13 1482/1
**overwhelmed [1]** 1502/7
**overwhelming [1]** 1521/24
**own [15]** 1461/19 1461/19 1464/20
1468/16 1485/18 1505/11 1509/17
1523/7 1524/24 1524/25 1525/4
1526/14 1526/14 1527/23 1527/24

**P**

**P.M [2]** 1569/14 1569/16
**P.O [1]** 1544/17
**page [6]** 1/5 1458/2 1482/5 1543/9
1543/11 1546/18
**Page 2 [2]** 1543/9 1543/11
**Page 9 [1]** 1546/18
**pages [1]** 1571/9
**PAIKOWSKY [2]** 1457/19 1458/6
**Pamela [4]** 1488/8 1488/9 1488/10
1488/11
**par [2]** 1522/22 1522/23
**paragraph [2]** 1515/4 1546/21
**parentheses [1]** 1534/20
**parents [2]** 1513/3 1513/5
**part [10]** 1479/13 1486/4 1491/10
1492/4 1501/5 1504/13 1507/12 1522/9
1531/16 1565/17
**partial [1]** 1/8
**participated [1]** 1559/6
**participating [1]** 1478/25
**particular [1]** 1514/7
**parties [4]** 1460/7 1460/21 1529/24
1558/17
**partisan [1]** 1504/25
**partner [1]** 1503/25
**parts [2]** 1547/1 1554/4
**party [3]** 1478/5 1521/25 1522/3
**pass [3]** 1538/4 1538/8 1538/8
**passes [1]** 1505/15
**past [6]** 1473/16 1485/11 1491/1
1508/6 1541/14 1544/12
**pathway [1]** 1460/6
**patient [1]** 1537/4
**PDF [6]** 1/1 1482/10 1534/17 1534/19
1534/25 1535/15
**people [57]** 1475/25 1476/13 1479/8
1479/22 1484/12 1485/12 1490/1
1491/6 1491/7 1496/12 1497/15
1499/16 1502/25 1503/5 1503/7 1504/1
1504/12 1504/14 1504/17 1505/1
1507/11 1507/22 1511/7 1514/8
1516/12 1520/10 1521/11 1528/5
1533/19 1533/21 1534/8 1534/11
1534/13 1535/6 1535/11 1535/13

1536/8 1538/6 1538/22 1544/4 1545/4
1545/12 1545/24 1547/10 1548/3
1548/9 1555/10 1555/25 1556/2 1556/9
1558/3 1561/14 1561/20 1563/4
1564/20 1564/24 1565/25
**people's [1]** 1531/2
**per [1]** 1467/12
**percent [3]** 1522/25 1523/1 1552/25
**perception [1]** 1461/24
**perceptions [1]** 1484/21
**perfect [6]** 1475/20 1475/22 1504/16
1536/20 1539/16 1545/15
**perfectly [2]** 1520/22 1523/14
**performed [2]** 1546/10 1546/20
**perhaps [2]** 1489/22 1565/12
**period [8]** 1/4 1469/13 1509/25 1510/5
1514/25 1531/7
**permanent [16]** 1511/22 1512/2
1541/17 1541/25 1542/1 1542/4 1542/7
1542/11 1542/15 1542/21 1543/17
1544/12 1548/10 1549/15 1550/1
1550/11
**permanently [5]** 1471/16 1542/8
1547/21 1551/19 1564/16
**permit [1]** 1536/8
**permits [1]** 1564/21
**permitted [1]** 1551/16
**person [14]** 1469/16 1469/16 1469/17
1469/23 1469/25 1470/1 1470/8
1471/10 1476/4 1534/15 1559/8
1560/15 1560/16 1565/14
**personal [3]** 1483/23 1497/22 1557/24
**personality [1]** 1467/8
**personally [3]** 1495/15 1496/4 1535/11
**perspective [2]** 1474/24 1483/20
**pertains [1]** 1465/13
**petition [1]** 1563/11
**petitioner [2]** 1563/10 1563/16
1563/23 1563/25
**Phillips [3]** 1486/25 1487/7 1490/17
**phone [2]** 1486/22 1487/25
**pick [1]** 1517/19
**piece [3]** 1476/4 1492/11 1554/17
**pile [1]** 1544/21
**pivot [1]** 1523/16
**place [5]** 1476/9 1484/24 1512/22
1551/8 1555/11
**plaintiff [1]** 1502/11
**plaintiffs [7]** 1456/5 1457/3 1462/6
1462/18 1472/4 1528/16 1529/2
**plaintiffs' [4]** 1495/20 1528/10 1528/14
1565/21
**plan [2]** 1511/23 1511/24
**planning [2]** 1543/11 1569/12
**plans [2]** 1483/15 1493/16
**play [1]** 1522/9
**playbook [1]** 1473/10
**played [1]** 1508/9
**playing [1]** 1504/9
**pleasant [2]** 1485/5 1485/5
**please [2]** 1558/14 1566/12
**pleases [1]** 1532/17
**PLLC [1]** 1457/14
**plus [1]** 1552/15
**PM [3]** 1456/11 1529/16 1570/12
**point [25]** 1461/1 1462/6 1469/6
1469/8 1470/24 1477/19 1483/2
1484/22 1485/12 1486/4 1490/10

1490/15 1492/15 1495/12 1503/18
1506/10 1508/17 1535/17 1540/18
1544/12 1549/1 1551/10 1551/11
1556/6 1567/17
**pointed [3]** 1517/25 1522/24 1555/10
**points [1]** 1520/7
**policy [2]** 1505/19 1552/2
**polishing [1]** 1567/7
**polite [1]** 1556/2
**political [1]** 1485/2
**politician [1]** 1504/24
**politicians [1]** 1485/3
**poll [2]** 1554/14 1556/11
**polling [1]** 1555/2
**polls [5]** 1497/14 1556/20 1557/5
1557/17 1560/25
**pool [7]** 1544/10 1547/24 1548/8
1548/11 1549/13 1550/9 1566/3
**population [2]** 1509/12 1552/25
**portion [1]** 1/4
**position [4]** 1459/9 1459/15 1498/1
1506/25
**positive [6]** 1501/22 1501/25 1502/1
1502/14 1504/11 1515/11
**possibility [1]** 1568/14
**possible [3]** 1482/11 1512/12 1516/12
**post [7]** 1467/19 1477/13 1478/22
1483/19 1522/4 1523/18 1533/23
**postal [10]** 1510/17 1511/2 1511/8
1513/6 1513/17 1540/2 1540/3 1540/21
1542/3 1545/11
**Postal Service [2]** 1513/6 1513/17
**postal service's [1]** 1540/21
**postings [1]** 1479/13
**posts [3]** 1459/12 1507/6 1565/18
**potential [5]** 1477/7 1478/11 1480/1
1494/8 1496/12
**potentially [1]** 1464/15
**POWELL [16]** 1457/13 1458/5 1458/8
1462/11 1463/14 1480/21 1492/4
1495/21 1496/17 1506/5 1516/2
1524/12 1532/23 1559/1 1559/15
1562/21
**practical [1]** 1515/13
**prank [1]** 1513/19
**precarious [1]** 1564/10
**precisely [3]** 1492/16 1511/14 1527/18
**predicting [1]** 1520/2
**predictions [2]** 1472/3 1472/4
**predictive [1]** 1469/7
**prefer [1]** 1460/18
**prejudice [2]** 1502/10 1502/11
**prematurely [1]** 1544/23
**premise [3]** 1481/14 1533/18 1564/23
**prepared [4]** 1461/19 1468/16 1468/17
1473/9
**preparing [2]** 1487/16 1522/9
**prepping [1]** 1486/8
**presence [1]** 1497/4
**present [1]** 1558/19
**presentations [1]** 1530/23
**press [8]** 1488/21 1489/3 1489/6
1489/12 1489/20 1490/4 1493/2 1494/1
**presume [1]** 1538/6
**presumed [2]** 1547/12 1549/21
**pretend [1]** 1561/10
**pretty [7]** 1469/1 1479/21 1479/24
1479/24 1488/6 1512/5 1548/4

**P**

**previous [1]** 1524/16
**previously [3]** 1463/24 1472/3 1517/13
**primarily [1]** 1512/14
**primary [3]** 1510/21 1516/22 1535/3
**printed [1]** 1543/18
**prior [9]** 1478/9 1480/11 1510/13
1522/15 1522/15 1524/1 1541/23
1548/1 1551/5
**pristine [1]** 1545/10
**private [2]** 1479/22 1480/2
**probable [14]** 1497/8 1550/21 1550/24
1563/11 1563/14 1563/16 1563/19
1563/19 1563/21 1563/24 1563/24
1564/2 1564/4 1564/5
**probably [10]** 1473/24 1489/15 1493/3
1520/10 1538/12 1559/10 1568/24
1568/25 1569/3 1569/4
**problem [5]** 1490/6 1498/6 1520/13
1552/19 1552/24
**problematic [1]** 1552/1
**problems [3]** 1472/25 1476/19 1505/4
**procedures [2]** 1472/15 1500/10
**proceed [4]** 1529/18 1529/20 1529/21
1530/3
**proceedings [6]** 1456/11 1456/20
1557/18 1558/5 1570/11 1571/9
**process [32]** 1469/1 1469/4 1471/7
1473/4 1477/21 1478/1 1478/2 1479/15
1483/4 1485/14 1491/23 1494/11
1497/13 1497/19 1497/23 1500/25
1501/6 1511/5 1512/6 1512/7 1513/20
1524/18 1527/24 1533/16 1537/1
1538/18 1544/2 1546/9 1546/24 1547/1
1561/9 1562/3
**processed [1]** 1554/10
**processes [1]** 1461/9
**processing [2]** 1477/13 1516/14
**produce [1]** 1465/22
**produced [2]** 1456/21 1465/23
**productive [2]** 1491/9 1508/21
**programs [1]** 1515/2
**prohibited [1]** 1/7
**prohibition [1]** 1515/4
**project [3]** 1476/23 1479/1 1533/11
**prompted [2]** 1530/25 1531/4
**proper [1]** 1528/25
**properly [4]** 1487/21 1490/9 1505/3
1561/1
**propose [1]** 1563/13
**protocol [1]** 1514/3
**proud [2]** 1506/18 1506/20
**prove [2]** 1517/22 1517/24
**proved [2]** 1505/19 1551/16
**provide [6]** 1471/24 1489/8 1496/9
1508/2 1553/3 1553/21
**provided [5]** 1479/10 1509/4 1533/5
1535/12 1535/17
**providing [2]** 1471/23 1535/17
**proving [1]** 1501/19
**provocators [1]** 1474/22
**public [5]** 1474/25 1478/18 1479/5
1531/5 1556/3
**publicly [9]** 1481/25 1511/7 1526/15
1530/23 1562/11 1565/10 1565/15
1566/5 1567/22
**pull [1]** 1542/23

**pulling [1]** 1504/17

**punish [1]** 1510/22
**purpose [2]** 1484/1 1499/2
**purposes [4]** 1565/2 1568/10 1568/23
1569/12
**pushed [1]** 1473/12
**put [14]** 1472/16 1477/3 1478/21
1479/2 1479/3 1479/20 1506/6 1516/25
1519/14 1526/10 1533/19 1543/23
1550/16 1551/17

**Q**

**qualifier [1]** 1536/4
**qualify [1]** 1487/10
**quality [5]** 1492/6 1511/1 1515/15
1526/8 1527/11
**question [54]** 1459/16 1460/10
1460/10 1460/19 1460/19 1465/13
1467/4 1474/15 1474/16 1474/18
1487/20 1496/17 1496/23 1497/18
1498/13 1499/3 1499/5 1506/21
1506/24 1514/15 1519/19 1519/20
1523/23 1524/1 1524/16 1525/22
1529/1 1529/4 1531/13 1535/3 1536/13
1538/12 1539/1 1542/9 1547/23
1547/24 1548/3 1549/12 1550/17
1550/18 1554/23 1554/24 1555/4
1557/8 1557/10 1559/10 1560/19
1560/21 1566/1 1566/1 1566/12
1566/13 1566/17 1569/10
**questions [9]** 1462/25 1503/24
1529/25 1531/10 1532/2 1533/17
1536/15 1559/24 1565/5
**quick [3]** 1479/21 1479/24 1533/9
**quickly [1]** 1459/7
**quite [7]** 1469/6 1472/16 1473/18
1482/11 1483/23 1499/20 1553/23
**quoting [1]** 1499/10

**R**

**race [1]** 1522/9
**racial [2]** 1527/5 1527/6
**rain [1]** 1488/16
**raise [1]** 1459/22
**raised [2]** 1477/12 1480/10
**Ralph [1]** 1495/1
**ran [2]** 1477/10 1481/23
**random [1]** 1527/13
**range [1]** 1512/3
**ranged [1]** 1484/21
**ranges [1]** 1543/23
**rather [2]** 1466/2 1515/13
**rational [1]** 1503/1
**rationale [1]** 1485/15
**RC [1]** 1517/6
**reach [1]** 1507/18 1533/21
**reached [4]** 1507/14 1507/16 1507/18
1507/20
**reacting [1]** 1533/19
**read [23]** 1460/16 1460/17 1462/20
1463/13 1468/13 1489/24 1494/16
1494/19 1510/23 1514/25 1515/3
1516/1 1516/4 1517/15 1517/18
1517/19 1526/21 1528/12 1534/22
1558/5 1558/8 1559/14 1561/2
**reading [4]** 1528/15 1529/7 1529/8
1534/23
**ready [2]** 1569/14 1569/25

**real [3]** 1497/5 1502/23 1533/9
**reality [1]** 1486/1
**realize [3]** 1538/22 1540/10 1547/2
**really [18]** 1462/12 1465/19 1469/6
1475/19 1477/9 1477/17 1480/22
1486/25 1496/22 1496/25 1505/1
1527/2 1551/15 1551/17 1553/3 1559/5
1559/6 1561/21
**Reardon [1]** 1488/8
**reason [14]** 1471/4 1483/8 1484/15
1486/2 1510/4 1516/18 1528/2 1535/12
1535/17 1550/24 1557/18 1565/17
1565/18 1565/19
**reasonable [7]** 1473/8 1555/21 1562/3
1562/6 1564/3 1565/13 1565/16
**reasonably [1]** 1520/2
**reasoning [1]** 1563/14
**reasons [2]** 1471/11 1484/4
**rebuttal [1]** 1568/15
**recall [19]** 1479/14 1479/17 1480/13
1480/14 1480/15 1481/5 1481/7 1482/2
1482/5 1488/17 1488/21 1493/8
1493/10 1494/8 1494/17 1505/6 1507/7
1508/19 1510/20
**recalling [2]** 1568/14 1569/8
**receive [1]** 1479/6
**received [1]** 1555/23
**recently [3]** 1467/21 1476/3 1486/24
**reckless [3]** 1498/8 1498/24 1500/21
**recklessness [3]** 1462/3 1474/13
1563/1
**recognition [1]** 1490/11
**recognize [3]** 1481/3 1500/2 1552/21
**recollection [3]** 1480/17 1480/18
1543/4
**record [15]** 1459/14 1502/8 1502/9
1516/17 1517/22 1518/22 1518/23
1519/10 1519/12 1519/15 1523/11
1537/21 1538/7 1545/9 1546/3
**records [7]** 1477/11 1494/11 1518/18
1519/4 1521/21 1537/24 1544/2
**recross [3]** 1458/6 1458/8 1532/5
1565/7 1565/8 1568/3
**Recross-Examination [4]** 1458/6
1458/8 1532/5 1565/8
**recruit [1]** 1484/8
**redirect [3]** 1458/7 1559/3 1559/11
1559/21 1560/6 1560/7
**refer [1]** 1466/11
**reference [1]** 1479/12 1512/23
**references [1]** 1481/15
**referencing [1]** 1/5
**referred [1]** 1560/9
**referring [1]** 1465/5
**refined [1]** 1482/11
**reflects [1]** 1465/14
**refresh [9]** 1465/16 1465/20 1465/21
1465/24 1466/14 1480/18 1480/25
1481/10 1543/4
**regarding [1]** 1460/12
**register [1]** 1476/9
**registered [3]** 1470/9 1471/15 1519/15
**registrants' [3]** 1515/5 1515/6 1565/2
**registration [5]** 1471/18 1511/10
1511/11 1554/1 1567/18
**registry [1]** 1516/16
**regular [1]** 1540/5
**regulations [1]** 1510/17

**reject** [1]  1483/8
**relate** [2]  1518/16 1518/18
**related** [1]  1505/23
**relating** [1]  1460/1
**relatively** [1]  1477/4
**release** [9]  1488/21 1489/3 1489/6
1489/12 1489/20 1490/4 1493/2 1493/7
1494/1
**relevance** [1]  1522/12
**relevant** [1]  1520/25
**reliability** [4]  1472/6 1501/16 1502/3
1562/18
**reliance** [3]  1473/12 1473/22 1473/23
**rely** [2]  1520/6 1520/7
**relying** [3]  1539/20 1549/9 1549/13
**remarkable** [2]  1483/6 1484/2
**remember** [16]  1485/9 1488/12
1488/23 1489/25 1491/18 1491/19
1492/15 1499/5 1499/7 1531/9 1534/7
1542/17 1546/17 1552/15 1556/23
1570/9
**remind** [1]  1463/19
**Remotely** [1]  1528/9
**removal** [3]  1514/19 1564/23 1564/24
**remove** [5]  1515/2 1539/15 1545/16
1551/21 1552/16
**removed** [11]  1470/25 1476/18
1509/13 1545/2 1545/4 1545/12
1545/19 1545/23 1548/3 1549/18
1549/20
**repeat** [2]  1479/16 1487/20
**rephrase** [2]  1492/9 1554/24
**report** [3]  1461/21 1524/22 1566/7
**Reporter** [5]  1/3 1/6 1456/22 1571/6
1571/17
**reports** [1]  1565/22
**represent** [1]  1461/1
**request** [10]  1474/4 1474/5 1476/1
1476/1 1476/6 1476/8 1476/15 1519/9
1541/25 1544/11
**requests** [2]  1474/4 1477/4
**require** [1]  1498/17 1563/23
**required** [4]  1508/12 1511/2 1545/5
1561/13
**research** [2]  1546/23 1546/24
**researched** [1]  1515/1
**resemble** [1]  1466/5
**reservation** [1]  1503/1
**residency** [6]  1497/16 1550/25
1553/22 1555/20 1563/22 1565/21
**resident** [1]  1552/21
**resource** [1]  1569/12
**resources** [2]  1508/10 1548/16
**respect** [2]  1509/15 1569/22
**respectful** [1]  1462/12
**respond** [5]  1467/4 1467/16 1495/21
1524/12 1524/15
**responded** [1]  1553/11
**responding** [1]  1459/16
**response** [4]  1461/10 1479/21 1507/25
1546/21
**responsibility** [1]  1540/3
**resting** [1]  1568/25
**restricted** [1]  1/3
**result** [6]  1469/16 1485/17 1506/6
1507/8 1526/7 1526/11

**resulted** [2]  1474/24 1460/17
**results** [11]  1468/11 1469/2 1469/3
1498/8 1501/1 1501/7 1501/10 1501/16
1502/14 1507/5 1551/17
**resuming** [1]  1463/3
**return** [15]  1509/22 1512/16 1517/5
1517/6 1518/17 1518/18 1518/20
1518/22 1538/9 1545/9 1547/8 1547/11
1547/12 1548/1 1549/21
**returned** [2]  1477/10 1555/19
**returning** [1]  1543/12
**review** [4]  1478/5 1510/3 1510/16
1546/22
**reviewed** [3]  1494/10 1497/7 1510/20
**ride** [1]  1528/22
**right** [52]  1459/18 1459/20 1463/5
1464/16 1466/15 1470/4 1470/19
1470/22 1471/22 1475/13 1480/20
1484/7 1500/19 1500/20 1506/23
1511/8 1511/10 1513/19 1514/20
1516/9 1517/18 1520/18 1521/22
1522/22 1523/2 1525/8 1526/15
1527/20 1529/4 1529/9 1529/11 1532/1
1532/3 1533/7 1535/3 1535/7 1538/20
1539/24 1544/15 1551/2 1554/25
1559/13 1560/22 1561/12 1563/8
1564/24 1566/4 1568/3 1568/5 1568/10
1568/16 1569/5
**rights** [1]  1524/6
**rise** [2]  1548/24 1570/10
**rises** [1]  1556/13
**RMR** [3]  1456/22 1571/6 1571/16
**road** [1]  1488/16
**rogs** [1]  1544/18
**role** [5]  1489/18 1495/22 1504/9
1528/5 1549/22
**roles** [1]  1508/8
**roll** [1]  1473/1
**rolls** [4]  1472/25 1499/16 1514/23
1564/24
**Ron** [6]  1478/6 1483/7 1483/22
1483/23 1492/9 1492/10
**Ron Johnson** [1]  1483/7
**room** [5]  1486/14 1558/18 1558/18
1558/19 1564/20
**rooted** [1]  1550/12
**rough** [2]  1473/15 1568/11
**roughly** [1]  1523/1
**row** [2]  1469/21 1469/21
**rows** [3]  1461/23 1523/13 1523/15
**rule** [3]  1461/18 1503/11 1569/11
**Rule 52** [1]  1569/11
**Rule 602** [1]  1461/18
**ruling** [4]  1463/1 1557/20 1557/21
1569/20
**run** [5]  1512/7 1536/25 1538/1 1542/17
1552/4
**running** [1]  1461/8
**runoff** [5]  1475/6 1491/25 1514/24
1531/13 1531/20
**runs** [1]  1512/16
**rush** [1]  1476/11
**Russell** [3]  1494/15 1495/1 1495/17
**Ryan** [1]  1497/20

S

**said** [30]  1461/14 1463/14 1466/23
1466/24 1471/15 1472/4 1476/5

**resulted** [2]  1483/7 1484/5 1489/25
1498/12 1499/15 1504/13 1513/11
1523/3 1523/17 1526/11 1527/16
1528/4 1534/10 1547/13 1549/23
1550/8 1560/1 1564/17 1567/5 1568/8
1568/8 1571/10
**same** [13]  1460/24 1474/2 1474/6
1483/12 1512/24 1513/10 1516/25
1526/3 1526/4 1526/5 1527/14 1532/18
1548/19
**sane** [1]  1504/17
**sat** [1]  1551/6
**saw** [5]  1471/15 1472/25 1522/5
1537/13 1555/21
**say** [41]  1462/20 1468/8 1468/10
1468/11 1468/12 1468/13 1470/13
1475/8 1475/15 1476/6 1490/1 1493/4
1495/16 1496/23 1496/24 1498/19
1499/22 1500/19 1501/4 1501/22
1506/6 1506/10 1506/18 1511/21
1513/4 1515/20 1519/10 1519/15
1525/9 1526/16 1531/3 1531/10
1536/11 1541/14 1551/8 1552/11
1552/23 1556/18 1561/1 1568/22
1568/24
**saying** [8]  1475/12 1501/24 1511/4
1518/3 1533/21 1548/3 1556/23 1566/2
**says** [13]  1460/23 1468/8 1475/22
1511/10 1525/15 1526/24 1527/6
1542/4 1542/14 1542/20 1542/22
1551/25 1553/24
**scale** [1]  1505/4
**scary** [1]  1553/12
**scenario** [2]  1471/14 1476/13
**scenarios** [2]  1471/21 1542/11
**scheduling** [3]  1530/1 1568/10
1569/12
**school** [1]  1552/20
**science** [1]  1552/6
**SCJ** [1]  1456/6
**scope** [3]  1460/2 1460/8 1558/25
**SCOTT** [2]  1456/3 1495/5
**scrutinize** [1]  1535/5
**scrutiny** [1]  1478/5
**seat** [2]  1463/16 1463/17
**seated** [2]  1459/3 1529/17
**second** [4]  1460/16 1481/10 1538/23
1546/6 1554/2
**secondary** [1]  1516/22
**Secondly** [1]  1503/12
**Secretary** [15]  1474/6 1475/23 1476/5
1476/15 1507/7 1507/15 1510/3 1510/5
1526/16 1526/18 1526/24 1527/6
1530/15 1530/21 1540/1
**Section** [9]  1459/18 1477/6 1479/1
1497/14 1505/22 1548/25 1563/23
1564/17 1564/21
**Section 11b** [1]  1459/18
**Section 230** [7]  1479/1 1497/14
1505/22 1548/25 1563/23 1564/17
1564/21
**sections** [1]  1566/17
**secure** [2]  1514/1 1514/1
**secured** [1]  1508/5
**security** [2]  1541/20 1548/22
**see** [15]  1459/16 1460/4 1460/15
1469/11 1471/25 1480/5 1484/14
1494/1 1501/14 1515/22 1525/15

**see... [4]** 1543/11 1543/20 1553/24 1565/16
**seeing [1]** 1480/18
**Seeking [1]** 1478/23
**seemed [1]** 1565/2
**seems [1]** 1543/22
**seen [3]** 1473/13 1487/6 1494/3
**seldom [2]** 1473/21 1564/7
**select [2]** 1542/15 1543/22
**selected [1]** 1544/4
**Selecting [2]** 1543/13 1543/16
**self [1]** 1471/20
**self-confirmation [1]** 1471/20
**Senate [1]** 1503/13 1503/24 1506/8 1508/18
**Senate-House [1]** 1508/18
**send [3]** 1474/3 1479/25 1526/7
**sending [4]** 1476/15 1480/13 1480/15 1482/6
**sense [6]** 1473/4 1481/18 1505/12 1509/21 1542/1 1569/13
**sensitive [1]** 1484/5
**sent [8]** 1464/20 1470/9 1473/2 1479/14 1479/17 1480/10 1489/6 1515/11
**sentence [1]** 1504/20
**sequence [1]** 1509/13
**sequencing [1]** 1536/20
**serial [1]** 1478/1
**series [2]** 1509/3 1521/9
**serious [2]** 1535/23 1535/24
**serve [2]** 1556/2 1565/2
**serves [1]** 1478/13
**service [7]** 1511/3 1511/8 1513/6 1513/17 1540/3 1542/4 1545/11
**service's [3]** 1510/17 1540/2 1540/21
**SESSION [1]** 1456/11
**set [4]** 1486/14 1543/24 1546/6 1571/12
**setup [1]** 1533/14
**seven [2]** 1565/11 1513/15
**several [3]** 1522/17 1536/11 1547/12
**SHANNON [3]** 1456/22 1571/6 1571/16
**share [3]** 1521/24 1552/23 1563/17
**shared [2]** 1509/23 1509/23
**she [5]** 1537/10 1537/10 1537/13 1537/14 1567/25
**she's [3]** 1524/18 1524/20 1539/16
**shelf [1]** 1475/22
**SHELLY [1]** 1457/7
**shoot [1]** 1509/6
**short [2]** 1480/23 1512/9
**should [17]** 1461/7 1461/9 1470/13 1484/10 1504/22 1505/2 1520/8 1527/14 1528/17 1534/17 1535/4 1550/10 1550/16 1561/14 1561/15 1566/20 1567/25
**shouldn't [1]** 1527/13
**show [3]** 1465/4 1497/9 1557/17
**showed [3]** 1497/8 1502/1 1552/12
**showing [1]** 1556/20
**shows [4]** 1471/6 1513/1 1526/11 1552/11
**shuts [1]** 1473/20
**side [6]** 1548/20 1551/13 1558/18 1558/19 1564/10 1564/20

**significance [1]** 1544/7
**significant [3]** 1491/20 1501/13 1503/15
**silly [1]** 1563/18
**similar [1]** 1518/10
**simple [5]** 1469/1 1469/6 1469/15 1470/12 1519/8
**simpler [1]** 1566/14
**simplifying [1]** 1544/23
**simply [4]** 1462/1 1467/10 1493/9 1527/3
**since [3]** 1470/25 1471/18 1489/12
**sincerely [1]** 1505/21
**single [1]** 1538/9
**sinking [1]** 1505/18
**sir [34]** 1459/21 1463/18 1463/21 1469/5 1470/7 1470/11 1470/15 1471/21 1481/4 1482/14 1485/16 1489/17 1492/22 1493/5 1493/10 1494/16 1496/3 1502/19 1506/16 1507/2 1507/24 1516/8 1520/12 1521/7 1521/13 1524/11 1525/20 1526/13 1527/18 1537/7 1542/22 1557/9 1559/9 1562/7
**sit [2]** 1510/22 1520/23
**sitting [4]** 1489/13 1501/9 1506/23 1552/16
**situation [3]** 1560/13 1560/14 1560/18
**six [14]** 1500/9 1511/25 1518/18 1518/21 1542/2 1542/14 1542/20 1543/12 1543/21 1555/13 1555/15 1568/19 1568/22 1568/22
**sixth [1]** 1550/15
**size [3]** 1494/8 1494/11 1508/13
**skill [1]** 1526/4
**sliver [1]** 1493/9
**slot [1]** 1508/16
**snow [1]** 1473/20
**so [223]**
**soared [1]** 1473/16
**social [1]** 1548/22 1566/6 1566/19
**sole [2]** 1557/12 1565/19
**solely [1]** 1459/17
**some [49]** 1460/6 1460/7 1460/7 1460/7 1461/2 1461/3 1461/5 1461/10 1461/25 1462/6 1464/15 1470/23 1474/16 1475/13 1476/19 1477/10 1481/16 1483/23 1488/12 1490/9 1490/11 1492/15 1507/5 1507/8 1508/3 1508/17 1514/3 1519/4 1524/22 1531/10 1533/15 1535/6 1536/15 1537/1 1537/2 1538/22 1544/12 1545/5 1546/20 1547/1 1552/15 1555/7 1556/1 1561/18 1561/19 1561/19 1562/13 1565/12 1567/4
**somebody [22]** 1467/8 1469/9 1470/24 1476/3 1476/11 1484/19 1489/21 1496/16 1499/15 1506/6 1509/6 1509/16 1509/23 1512/16 1513/19 1519/15 1520/8 1525/6 1540/20 1542/17 1551/25 1555/21
**somebody's [1]** 1465/21
**somehow [1]** 1537/6
**someone [8]** 1483/10 1499/12 1510/8 1514/12 1517/15 1555/3 1556/5 1556/20
**SOMERVILLE [76]** 1458/3 1460/1 1461/2 1461/22 1462/12 1462/13

1462/16 1462/19 1462/21 1462/23 1463/4 1463/7 1463/16 1463/17 1463/19 1463/23 1464/3 1465/25 1466/5 1466/18 1468/7 1472/2 1472/10 1472/15 1472/19 1475/9 1487/10 1493/13 1498/10 1499/2 1499/3 1499/7 1499/10 1499/19 1500/10 1500/11 1500/25 1502/12 1506/7 1506/10 1506/11 1506/13 1517/18 1519/20 1521/20 1524/19 1524/21 1527/22 1530/6 1532/7 1532/13 1532/23 1533/24 1534/4 1546/6 1547/2 1547/23 1548/2 1549/6 1551/21 1553/9 1556/16 1556/19 1557/24 1558/21 1559/7 1559/24 1560/9 1562/2 1563/1 1563/10 1565/4 1565/10 1566/11 1566/19 1568/8
**Somerville's [3]** 1518/1 1518/5 1520/25
**something [21]** 1465/22 1465/23 1468/14 1472/7 1488/9 1488/11 1489/13 1498/20 1499/7 1502/22 1503/5 1504/11 1504/17 1521/5 1521/14 1521/23 1527/11 1552/17 1562/24 1564/11 1568/8
**sometime [1]** 1568/25
**sometimes [2]** 1505/4 1506/14
**somewhere [2]** 1468/19 1536/21
**soon [2]** 1479/20 1516/12
**sooner [2]** 1516/10 1569/19
**sorry [16]** 1468/10 1479/16 1493/5 1516/3 1520/12 1524/11 1526/5 1531/17 1531/18 1541/11 1546/14 1547/18 1548/13 1557/12 1562/22 1566/25
**sort [3]** 1477/14 1484/23 1565/10
**sought [2]** 1546/1 1564/23
**sound [2]** 1561/24 1562/20
**sounds [2]** 1562/23 1563/18
**sources [8]** 1538/14 1538/20 1538/24 1539/3 1539/6 1539/21 1540/8 1540/13
**SOUTHWEST [1]** 1456/23
**space [2]** 1509/21 1540/18
**speak [4]** 1483/10 1504/12 1512/18 1538/3
**speaking [5]** 1501/17 1504/1 1531/1 1531/5 1533/16
**speaks [1]** 1510/25
**specialized [4]** 1517/12 1517/14 1517/17 1517/20
**specific [6]** 1479/7 1485/2 1511/17 1536/7 1540/12 1557/8
**specifically [3]** 1481/9 1492/10 1552/15
**specifics [1]** 1520/15
**speculated [1]** 1563/1
**speculation [7]** 1466/21 1495/10 1496/15 1506/4 1506/5 1554/20 1563/2
**speech [1]** 1504/3
**spirit [1]** 1533/9
**spoke [4]** 1486/25 1487/15 1565/10 1569/10
**spoken [3]** 1488/1 1495/2 1530/23
**sponsored [2]** 1525/3 1525/3
**spot [1]** 1552/8
**spreadsheet [2]** 1462/1 1482/9
**spreadsheets [5]** 1461/19 1461/20 1461/23 1486/5 1523/13

**S**

**stage [1]** 1551/10
**stale [1]** 1473/1
**stamp [1]** 1478/18
**stamped [1]** 1485/19
**stand [3]** 1463/10 1486/16 1506/6
**stand-up [1]** 1486/16
**standard [2]** 1550/19 1550/20
**standards [1]** 1511/3
**standing [1]** 1460/22
**start [9]** 1462/14 1468/5 1494/7
1502/24 1504/14 1504/17 1529/13
1529/15 1549/12
**started [3]** 1526/2 1526/3 1537/18
**starts [1]** 1521/7
**state [50]** 1470/25 1471/2 1471/3
1471/6 1471/8 1473/2 1473/3 1474/3
1474/6 1475/17 1475/23 1476/5
1476/15 1478/10 1483/7 1484/6
1484/10 1484/11 1484/14 1497/15
1498/1 1498/19 1498/22 1503/13
1503/14 1505/6 1507/7 1507/15 1510/3
1510/5 1514/17 1522/19 1525/3 1526/1
1526/19 1526/24 1527/6 1527/9
1527/17 1530/21 1531/11 1531/21
1539/20 1540/1 1549/17 1552/18
1552/20 1561/11 1561/19 1561/20
**state's [7]** 1526/10 1526/16 1530/16
1536/24 1539/13 1539/25 1540/5
**state-sponsored [1]** 1525/3
**stated [3]** 1528/4 1564/9 1571/11
**STATES [9]** 1456/1 1456/13 1456/23
1457/21 1459/8 1564/15 1571/3 1571/7
1571/17
**stating [1]** 1524/20
**stations [2]** 1545/17 1545/18
**statistics [2]** 1526/15 1527/9
**status [3]** 1469/17 1469/18 1469/19
**statute [7]** 1481/15 1553/3 1558/15
1560/23 1560/24 1561/23 1564/24
**statutes [3]** 1536/8 1558/6 1558/8
**stay [2]** 1491/5 1555/13
**STENOGRAPHY [1]** 1456/20
**step [6]** 1508/23 1535/16 1535/24
1544/18 1568/7 1568/9
**Stephanie [2]** 1556/25 1558/23
**steps [16]** 1469/23 1472/15 1477/22
1477/23 1509/3 1513/16 1540/12
1540/24 1545/23 1545/25 1546/14
1546/15 1546/16 1546/20 1567/5
1567/8
**STEVE [1]** 1456/12
**stewards [1]** 1539/25
**stickler [1]** 1476/10
**still [16]** 1463/19 1465/10 1469/17
1469/25 1470/1 1470/9 1470/13
1470/13 1474/2 1476/9 1509/17
1515/11 1520/25 1521/2 1521/10
1551/8
**Stinetorf [3]** 1539/15 1556/25 1558/23
**stipulate [1]** 1500/16
**stone [1]** 1522/5
**stop [1]** 1463/12
**storm [3]** 1475/20 1475/22 1504/16
**strategy [1]** 1485/18
**strengths [1]** 1508/10
**strike [2]** 1464/14 1514/21

**structure [1]** 1338/2
**struggling [3]** 1525/10 1525/11
1528/20
**student [2]** 1551/25 1552/25
**students [2]** 1551/21 1552/19
**study [1]** 1523/21
**stuff [4]** 1474/8 1504/6 1538/6 1567/9
**subject [1]** 1550/10
**subjective [1]** 1467/12
**submission [1]** 1534/16
**submit [10]** 1466/6 1466/9 1495/4
1519/9 1519/13 1523/7 1527/22
1534/25 1535/6 1563/11
**submitted [5]** 1464/6 1464/9 1521/3
1531/14 1534/21
**submitting [2]** 1512/9 1524/18
**subsections [1]** 1554/7
**subsequently [2]** 1476/17 1515/22
**substance [1]** 1488/17
**succinctly [1]** 1539/1
**such [1]** 1533/6
**sued [5]** 1486/11 1523/21 1562/12
1565/24 1565/25
**suffix [2]** 1511/18 1516/21
**suggested [9]** 1471/19 1485/10
1522/18 1523/5 1528/16 1545/6 1546/1
1548/23 1562/25
**suggesting [1]** 1550/3
**suggests [1]** 1496/1
**suite [1]** 1516/23
**summarize [2]** 1533/3 1553/14
**summary [1]** 1460/12
**supplement [1]** 1461/13
**supposed [3]** 1466/13 1499/17 1520/7
**sure [27]** 1460/25 1461/16 1465/20
1469/24 1471/17 1473/18 1487/21
1490/9 1491/2 1499/12 1499/16
1506/12 1509/18 1511/7 1513/25
1514/16 1519/18 1523/25 1524/17
1527/3 1534/12 1535/1 1546/8 1548/4
1555/9 1563/14 1564/11
**surprised [5]** 1467/2 1467/7 1467/9
1467/9 1470/17
**surrounding [1]** 1530/25
**suspect [1]** 1504/24
**sustain [5]** 1462/25 1497/21 1497/23
1516/5 1518/8
**sustained [3]** 1465/2 1465/3 1496/18
**swing [1]** 1522/6
**swore [1]** 1545/1
**sworn [1]** 1463/24
**synopsis [1]** 1460/23
**system [8]** 1499/20 1499/23 1500/11
1519/11 1526/10 1526/11 1540/22
1544/12

**T**

**tables [1]** 1523/16
**tabulation [1]** 1552/10
**tabulations [1]** 1552/4
**take [20]** 1459/15 1466/2 1474/10
1498/16 1502/15 1508/15 1509/1
1529/13 1529/25 1536/24 1536/24
1537/3 1537/5 1537/18 1538/2 1539/8
1544/15 1545/1 1545/3 1559/17
**taken [6]** 1459/9 1509/1 1522/17
1522/17 1529/16 1556/6
**taking [5]** 1484/24 1488/3 1518/7

**t-2/20** 1550/13
**talented [1]** 1508/12
**talk [16]** 1462/4 1462/8 1471/21
1476/21 1483/17 1484/3 1487/16
1493/16 1503/5 1504/11 1535/18
1548/23 1549/9 1561/4 1561/4 1563/3
**talked [9]** 1477/5 1481/17 1482/9
1505/6 1509/12 1515/1 1532/23 1547/3
1549/9
**talking [13]** 1464/5 1483/21 1484/23
1495/4 1503/17 1503/20 1505/7 1507/5
1524/18 1547/13 1547/16 1547/17
1552/6
**talks [1]** 1511/1
**tangible [1]** 1502/23
**technical [2]** 1510/24 1510/24
**TED [1]** 1456/23
**tell [14]** 1467/24 1469/4 1499/23
1499/25 1501/3 1511/23 1517/7
1517/10 1520/21 1524/14 1527/1
1535/21 1542/6 1552/11
**telling [2]** 1462/14 1496/17
**tells [1]** 1532/13
**templates [2]** 1464/15 1464/18
**temporary [19]** 1510/9 1511/22
1511/23 1512/1 1512/3 1541/18
1541/20 1542/5 1542/6 1542/24 1543/1
1543/14 1544/3 1544/4 1548/4 1548/10
1549/15 1550/5 1550/11
**ten [5]** 1486/12 1520/10 1532/8 1533/9
1560/1
**tend [2]** 1491/3 1515/13
**tended [1]** 1556/2
**terms [2]** 1467/19 1511/2
**terribly [1]** 1483/6
**testified [18]** 1463/24 1468/15 1480/9
1485/19 1488/15 1490/23 1497/20
1502/21 1508/17 1510/15 1520/5
1530/8 1542/16 1543/21 1554/21
1556/19 1558/3 1567/7
**testify [13]** 1462/16 1462/22 1465/3
1466/13 1468/7 1472/6 1491/2 1500/11
1502/13 1524/7 1558/22 1559/1 1559/2
**testifying [2]** 1464/25 1559/7
**testimony [13]** 1472/9 1492/2 1495/10
1507/12 1515/25 1520/25 1522/5
1523/9 1548/5 1553/14 1556/25 1557/2
1571/12
**text [2]** 1488/20 1514/3
**textual [1]** 1543/19
**than [23]** 1466/2 1472/12 1476/7
1491/5 1497/23 1502/9 1506/25
1509/18 1509/19 1511/25 1511/25
1512/1 1521/11 1542/2 1542/14
1542/16 1542/20 1543/7 1544/11
1545/7 1553/23 1555/5 1556/19
**thank [35]** 1459/19 1460/3 1460/14
1461/15 1461/15 1463/11 1472/17
1475/11 1475/17 1481/1 1481/12
1494/20 1500/23 1501/8 1502/18
1502/19 1506/16 1507/3 1507/3
1529/12 1529/22 1531/25 1532/1
1532/7 1532/10 1559/23 1559/25
1565/4 1565/6 1568/2 1568/6 1568/8
1569/5 1570/3 1570/6
**thanks [4]** 1497/1 1529/24 1532/3
1563/8
**that [725]**

**T**

**that's [50]** 1466/15 1468/14 1470/25
1471/1 1477/11 1477/11 1478/21
1481/23 1482/3 1495/13 1496/22
1500/13 1511/4 1512/25 1514/4 1522/1
1523/10 1523/14 1523/15 1523/20
1524/9 1526/1 1527/18 1532/14
1532/19 1533/14 1535/1 1535/10
1536/4 1536/6 1537/6 1539/12 1540/14
1540/21 1543/18 1544/22 1546/16
1548/24 1549/5 1551/23 1551/25
1552/17 1557/18 1559/14 1561/11
1565/16 1565/17 1565/18 1567/22
1569/5

**their [57]** 1461/19 1461/19 1464/16
1465/24 1467/11 1470/8 1471/18
1474/22 1476/11 1477/16 1479/6
1480/10 1480/16 1482/6 1484/8 1485/9
1485/14 1486/9 1488/22 1492/13
1493/1 1493/7 1493/22 1497/4 1497/7
1503/6 1505/11 1508/2 1509/17
1510/11 1517/23 1519/16 1528/12
1528/15 1531/22 1533/2 1536/8 1547/8
1547/21 1548/1 1548/9 1550/11
1550/16 1551/5 1551/8 1552/20
1558/24 1560/15 1563/14 1563/17
1566/6 1566/6 1566/6 1566/6 1567/15
1567/17 1567/21

**them [54]** 1459/13 1461/20 1462/8
1468/17 1469/13 1469/15 1470/25
1473/9 1475/9 1480/6 1480/10 1480/15
1481/8 1483/5 1484/6 1484/15 1485/11
1486/2 1488/25 1489/1 1490/2 1491/11
1491/17 1492/10 1493/4 1493/6
1498/17 1504/17 1505/8 1505/9 1507/8
1508/2 1508/5 1510/10 1511/3 1515/11
1515/23 1517/7 1517/15 1517/23
1519/16 1523/13 1526/18 1526/19
1526/21 1537/6 1537/25 1540/12
1541/9 1552/14 1552/17 1552/21
1557/5 1562/13

**theme [1]** 1481/23

**themselves [2]** 1533/1 1563/17

**then [50]** 1470/12 1471/8 1471/21
1474/21 1480/12 1488/19 1489/2
1489/12 1497/8 1498/2 1498/18
1504/17 1508/11 1509/3 1509/15
1510/1 1511/1 1512/4 1512/25 1516/23
1518/3 1518/8 1518/24 1519/6 1519/18
1521/8 1526/10 1527/8 1527/14
1532/19 1535/6 1536/6 1538/4 1538/6
1538/22 1539/9 1540/2 1540/12 1541/5
1543/22 1544/18 1550/19 1552/13
1553/21 1557/10 1559/21 1561/7
1561/13 1563/25 1566/24

**theoretical [1]** 1531/10

**theories [5]** 1474/22 1502/22 1503/1
1504/13 1531/2

**there [134]**

**there's [48]** 1465/22 1469/8 1470/18
1470/21 1471/11 1473/11 1477/21
1478/3 1481/16 1482/10 1483/19
1484/19 1495/22 1509/3 1509/11
1510/10 1510/21 1511/18 1513/4
1513/5 1513/3 1518/9 1520/10 1527/9
1527/12 1535/3 1537/22 1540/11
1540/14 1540/24 1541/1 1541/9

**thereby [1]** 1570/4

**therein [1]** 1571/11

**these [28]** 1461/17 1476/15 1480/5
1484/13 1485/11 1491/23 1492/17
1495/10 1502/4 1503/1 1504/7 1504/13
1507/18 1507/22 1514/18 1522/13
1526/16 1529/25 1534/19 1535/6
1544/10 1546/20 1557/18 1562/12
1565/17 1566/2 1567/3 1567/8

**they [154]**

**they'd [1]** 1550/15

**they're [14]** 1469/19 1469/20 1470/9
1471/4 1487/1 1510/24 1511/19 1517/5
1526/21 1539/23 1539/23 1554/15
1554/17 1554/21

**they've [3]** 1471/16 1471/18 1523/21

**thing [12]** 1466/1 1476/17 1496/22
1498/25 1504/23 1506/14 1514/1
1527/14 1537/9 1537/16 1542/12
1555/24

**things [10]** 1461/17 1461/17 1477/14
1502/5 1503/3 1523/21 1544/20
1565/23 1567/23 1567/24

**think [122]**

**thinking [4]** 1462/10 1474/13 1568/13
1568/17

**thinks [4]** 1501/22 1501/25 1502/13
1529/4

**third [1]** 1478/5

**third-party [1]** 1478/5

**this [198]**

**those [56]** 1461/8 1461/9 1465/12
1471/12 1471/21 1471/23 1473/18
1474/4 1475/19 1477/14 1477/22
1481/17 1494/3 1498/16 1501/3
1502/10 1505/17 1510/23 1512/12
1516/25 1517/2 1517/2 1517/6 1518/21
1518/24 1521/23 1522/15 1530/19
1531/3 1538/24 1539/6 1539/10 1540/4
1540/8 1540/13 1540/17 1544/2 1544/3
1545/4 1545/18 1545/19 1546/12
1547/3 1547/7 1547/14 1547/19
1547/25 1548/9 1548/11 1549/5 1549/8
1550/5 1561/19 1562/5 1565/22
1567/23

**though [2]** 1535/3 1557/17

**thought [15]** 1476/8 1485/1 1488/11
1489/23 1500/11 1510/5 1525/6
1543/21 1547/10 1548/3 1550/4
1553/10 1555/12 1555/17 1555/21

**three [15]** 1469/10 1471/23 1483/1
1518/21 1518/23 1518/24 1519/1
1535/25 1537/4 1539/21 1540/4 1540/8
1540/13 1545/21 1561/21

**through [10]** 1461/4 1479/9 1481/24
1483/4 1509/6 1511/5 1536/3 1555/17
1555/18 1566/23

**throughout [1]** 1563/20

**Thursday [1]** 1489/2

**tied [1]** 1550/2

**TIM [1]** 1457/20

**time [51]** 1462/9 1469/7 1469/8
1470/25 1473/13 1474/2 1474/6
1474/11 1477/3 1477/15 1480/12

**times [8]** 1482/2 1487/15 1488/2
1489/12 1513/14 1536/11 1552/11
1552/12

**timing [4]** 1492/23 1493/7 1509/10
1564/18

**TINA [1]** 1457/8

**titled [1]** 1509/5

**today [8]** 1470/5 1501/9 1521/1
1531/13 1547/3 1556/6 1568/23
1569/22

**together [1]** 1551/17

**told [9]** 1506/13 1531/12 1531/21
1553/21 1554/18 1554/21 1555/3
1559/15 1560/15

**too [3]** 1474/17 1485/11 1502/17

**took [5]** 1508/23 1513/17 1540/12
1546/14 1567/5

**tools [3]** 1526/4 1526/6 1548/20

**top [10]** 1491/14 1491/16 1509/2
1525/18 1536/17 1536/20 1536/21
1538/21 1539/19 1552/16

**topics [1]** 1484/21

**touched [2]** 1475/1 1485/23

**towards [1]** 1469/8

**track [4]** 1488/18 1509/14 1527/14
1548/13

**transcript [7]** 1/1 1/5 1/7 1/8 1456/11
1456/21 1571/9

**transcripts [1]** 1/2

**translates [1]** 1540/17

**traumatic [1]** 1501/12

**TRAURIG [1]** 1457/15

**treat [1]** 1556/10

**tree [3]** 1497/11 1556/21 1561/24

**tremendous [1]** 1546/4

**trends [1]** 1522/18

**trial [6]** 1456/11 1460/1 1486/8
1495/25 1502/6 1569/23

**tried [2]** 1484/8 1505/1

**TRO [3]** 1528/8 1528/16 1529/5

**true [31]** 1456/7 1461/10 1461/11
1461/22 1462/14 1475/9 1478/6 1478/9
1482/24 1483/2 1483/11 1483/17
1484/3 1486/5 1486/14 1487/14
1487/25 1488/5 1488/12 1488/21
1489/4 1490/14 1490/20 1492/6
1492/17 1492/20 1492/23 1493/13
1493/19 1508/20 1571/9

**truly [1]** 1499/11

**truth [3]** 1498/2 1500/17 1518/10

**truthful [1]** 1478/2

**try [9]** 1460/6 1460/25 1477/17
1487/22 1503/6 1509/14 1515/13
1532/17 1546/1

**trying [32]** 1465/16 1474/18 1481/8
1489/19 1491/2 1491/9 1491/10

**T**

**trying... [25]**  1498/13 1498/16 1499/2 1499/4 1499/8 1499/11 1499/14 1499/14 1499/15 1499/21 1504/9 1515/7 1515/7 1515/8 1526/9 1527/23 1538/14 1548/13 1553/7 1558/21 1561/1 1562/10 1562/23 1564/11 1568/18
**Tuesday [6]**  1489/1 1569/1 1569/18 1569/24 1570/2 1570/5
**tuition [1]**  1552/20
**turn [2]**  1494/6 1557/5
**TURNER [5]**  1456/23 1475/1 1496/5 1557/3 1558/23
**Twice [1]**  1528/11
**two [12]**  1460/23 1488/24 1508/15 1510/21 1513/5 1513/5 1519/6 1532/14 1535/17 1536/21 1537/25 1548/22
**two-minute [1]**  1460/23
**type [1]**  1505/2
**types [4]**  1461/3 1482/9 1512/10 1545/9
**typical [1]**  1484/18

**U**

**U.S [8]**  1473/13 1473/22 1510/17 1511/2 1511/8 1540/2 1542/3 1545/10
**Uh [1]**  1467/14
**Uh-huh [1]**  1467/14
**uncertainty [1]**  1460/10
**under [13]**  1461/18 1463/19 1497/7 1503/11 1540/3 1545/2 1545/21 1548/25 1552/24 1552/24 1558/10 1558/15 1560/23
**understand [30]**  1459/15 1467/11 1475/14 1476/11 1477/5 1477/17 1497/13 1500/9 1520/3 1521/2 1523/3 1523/6 1526/13 1533/22 1538/6 1540/20 1542/10 1548/14 1549/22 1554/13 1554/17 1556/5 1560/24 1562/11 1563/5 1563/23 1564/2 1565/25 1566/1 1567/10
**understandable [1]**  1472/16
**understanding [8]**  1491/21 1491/25 1510/2 1516/14 1529/19 1538/16 1545/14 1548/5
**understands [3]**  1497/19 1518/6 1520/11
**understood [10]**  1462/3 1497/5 1499/19 1499/22 1499/25 1518/11 1521/4 1546/23 1554/9 1554/12
**undertook [1]**  1546/25
**unequivocal [1]**  1470/24
**uneventful [1]**  1491/23
**unfortunately [2]**  1549/4 1553/3
**unique [1]**  1538/3
**UNITED [9]**  1456/1 1456/13 1456/23 1457/21 1459/8 1564/15 1571/3 1571/7 1571/17
**universe [1]**  1479/11 1537/23 1541/13 1544/20 1545/6 1545/14 1552/7
**unless [6]**  1469/2 1480/4 1497/19 1506/5 1524/16 1560/25
**unpackage [1]**  1477/17
**unprecedented [1]**  1473/22
**unreasonable [1]**  1472/4
**unrelated [1]**  1521/13

**unsolicited [3]**  1474/9 1474/21 1476/4
**until [9]**  1485/12 1486/8 1486/24 1487/7 1503/17 1505/15 1558/12 1568/25 1569/18
**unusual [1]**  1484/1
**unusually [1]**  1561/8
**UOCAVA [16]**  1539/7 1539/11 1539/12 1539/16 1539/18 1541/3 1541/7 1544/16 1545/2 1545/4 1547/14 1548/7 1550/6 1550/8 1561/10 1561/12
**up [44]**  1461/20 1461/23 1463/10 1463/16 1463/17 1466/3 1467/23 1468/8 1468/12 1472/10 1477/24 1477/25 1478/22 1482/6 1485/12 1486/8 1486/14 1486/16 1496/9 1497/8 1497/9 1503/17 1505/9 1508/7 1510/9 1513/1 1517/19 1524/19 1526/3 1526/7 1527/1 1533/19 1535/19 1539/19 1542/23 1545/19 1546/10 1551/6 1552/11 1552/12 1556/20 1557/5 1557/17 1564/21
**upcoming [1]**  1459/23
**update [5]**  1476/11 1511/9 1511/11 1538/7 1553/25
**updated [3]**  1471/18 1539/23 1567/21
**updates [1]**  1514/23
**updating [3]**  1515/5 1515/6 1565/2
**uphold [1]**  1561/11
**upon [2]**  1546/22 1552/18
**upset [2]**  1488/9 1488/11
**upside [1]**  1504/18
**upswelling [1]**  1503/7
**us [22]**  1469/4 1473/10 1474/4 1475/21 1483/4 1486/3 1488/18 1490/1 1490/2 1501/3 1503/9 1510/4 1511/5 1514/15 1524/14 1527/11 1533/16 1546/4 1548/16 1549/24 1551/12 1564/8
**USA [1]**  1457/17
**use [11]**  1464/16 1465/16 1466/14 1479/25 1480/6 1482/7 1493/24 1504/3 1526/14 1534/17 1540/22
**used [14]**  1464/22 1465/14 1504/21 1511/8 1516/17 1517/4 1519/20 1520/16 1521/14 1526/5 1526/6 1541/13 1550/23 1565/11
**using [4]**  1464/18 1504/10 1521/21 1539/13
**utility [1]**  1487/2
**UZOMA [1]**  1457/6

**V**

**valid [3]**  1470/2 1470/10 1470/14
**validate [4]**  1493/19 1494/1 1513/18 1513/23
**validating [1]**  1514/2
**validity [1]**  1515/23
**vanity [2]**  1489/15 1490/4
**variables [1]**  1473/11
**varies [1]**  1554/22
**various [1]**  1468/22
**vehicle [1]**  1477/7
**Venezuelan [1]**  1504/5
**venturing [1]**  1517/11
**verification [1]**  1509/5
**verified [1]**  1472/3
**version [3]**  1482/10 1543/19 1562/19
**versus [2]**  1467/16 1546/3
**very [64]**  1459/7 1459/8 1459/14

1459/15 1459/23 1462/12 1462/22 1467/15 1481/21 1483/22 1484/1 1484/2 1495/9 1498/3 1500/10 1503/15 1503/25 1504/4 1504/15 1505/4 1506/20 1508/12 1508/14 1508/14 1508/20 1508/21 1508/21 1508/22 1509/2 1509/2 1509/2 1510/6 1511/19 1514/1 1519/8 1520/25 1525/17 1528/1 1528/3 1529/22 1530/8 1531/25 1533/14 1533/22 1535/12 1536/7 1536/20 1537/3 1539/15 1545/2 1551/1 1551/18 1551/23 1553/2 1553/5 1553/5 1555/4 1556/2 1556/2 1556/5 1557/17 1557/21 1564/13 1564/14
**veteran [1]**  1545/3
**viewed [1]**  1508/3
**VIN [1]**  1566/10
**violating [2]**  1472/13 1498/14
**visibility [1]**  1491/1
**VOLUME [1]**  1456/11
**volumes [1]**  1475/19
**volunteer [5]**  1485/18 1488/10 1534/5 1534/15 1535/4
**volunteered [1]**  1481/24
**volunteers [7]**  1478/21 1478/23 1479/21 1485/25 1486/20 1492/8 1533/12
**vote [47]**  1456/7 1462/14 1476/9 1478/6 1478/9 1482/24 1483/2 1483/11 1483/17 1484/3 1486/14 1487/14 1487/25 1488/5 1488/12 1488/21 1489/4 1490/14 1491/25 1492/6 1492/17 1492/20 1492/23 1494/2 1497/8 1497/9 1499/12 1499/13 1503/2 1503/7 1503/8 1504/22 1509/17 1514/13 1514/17 1514/20 1519/15 1531/23 1536/8 1553/20 1554/18 1555/4 1555/19 1556/20 1560/16 1560/17 1561/7
**Vote's [8]**  1461/11 1461/11 1461/22 1486/5 1490/20 1493/13 1493/19 1493/19
**voted [2]**  1476/14 1544/14
**voter [92]**  1466/18 1467/18 1469/10 1469/12 1470/3 1470/10 1470/24 1471/3 1471/3 1471/4 1471/14 1471/20 1472/25 1473/1 1476/23 1479/1 1486/18 1489/21 1491/15 1491/22 1496/4 1496/9 1496/12 1497/4 1497/14 1499/16 1503/14 1503/16 1504/6 1510/9 1511/9 1511/11 1514/6 1514/23 1516/15 1517/3 1520/9 1521/21 1522/2 1522/19 1522/25 1523/1 1524/5 1524/6 1524/8 1525/12 1525/21 1525/23 1525/25 1526/1 1527/6 1527/8 1531/10 1531/14 1535/25 1536/24 1536/25 1537/5 1537/22 1537/22 1538/3 1538/9 1538/17 1539/9 1539/13 1539/16 1539/22 1539/25 1540/6 1540/6 1541/2 1541/3 1541/25 1541/6 1541/10 1544/16 1549/18 1550/12 1551/13 1551/25 1553/19 1553/20 1553/21 1553/25 1554/10 1554/14 1554/14 1556/21 1561/10 1561/12 1563/22 1564/10 1567/25
**voter's [1]**  1550/25
**voters [33]**  1467/17 1467/24 1472/19 1490/25 1491/13 1494/6 1497/3 1502/2

**V**

**voters... [25]** 1509/12 1521/2 1534/20
1536/19 1539/7 1539/8 1539/10
1539/11 1541/4 1541/13 1541/17
1544/10 1544/21 1547/5 1547/6 1547/7
1547/25 1549/8 1549/13 1549/18
1550/6 1550/8 1552/15 1553/11 1562/4
**voters' [1]** 1567/3
**voting [8]** 1470/3 1499/17 1499/17
1513/3 1514/8 1514/10 1524/6 1564/22
**voting-age [1]** 1513/3
**vs [1]** 1456/6

**W**

**wait [1]** 1558/11
**walk [4]** 1483/4 1511/5 1536/3 1564/10
**walking [1]** 1479/9
**want [32]** 1463/12 1472/10 1482/22
1487/20 1494/6 1503/7 1507/1 1510/22
1511/9 1511/11 1511/17 1511/24
1513/18 1514/7 1514/16 1515/20
1517/22 1520/21 1523/9 1533/20
1534/25 1535/18 1536/10 1549/8
1558/12 1562/15 1562/17 1563/5
1563/14 1564/11 1564/13 1565/20
**wanted [19]** 1459/8 1460/5 1460/20
1477/17 1479/6 1481/21 1483/17
1489/11 1520/24 1523/6 1523/24
1527/3 1533/2 1533/11 1533/12
1537/12 1565/25 1569/12 1569/13
**wanting [1]** 1503/2
**wants [1]** 1512/17
**war [1]** 1486/14
**was [317]**
**wasn't [27]** 1473/5 1474/1 1479/8
1479/13 1480/9 1481/18 1483/6 1484/1
1484/2 1486/9 1487/2 1488/9 1488/10
1488/18 1491/4 1492/10 1504/5 1504/5
1506/15 1508/9 1509/22 1533/18
1556/14 1559/5 1560/3 1562/3 1565/19
**Watson [3]** 1507/17 1507/20 1507/24
**way [28]** 1472/16 1472/22 1473/4
1478/17 1494/23 1494/25 1497/5
1498/19 1503/9 1504/20 1510/10
1513/20 1514/1 1515/13 1518/8
1518/23 1539/7 1541/1 1545/7 1552/10
1552/19 1553/8 1558/6 1559/8 1559/8
1559/16 1562/20 1564/12
**we [209]**
**we'd [1]** 1462/8
**we'll [4]** 1468/5 1536/15 1544/15
1569/8
**we're [10]** 1460/19 1475/16 1495/9
1504/9 1509/2 1521/1 1525/10 1526/4
1534/24 1568/18
**we've [7]** 1473/13 1481/17 1513/13
1540/5 1540/5 1540/6 1551/13
**website [4]** 1515/3 1526/16 1526/20
1542/13
**Wednesday [3]** 1489/2 1569/3 1569/4
**weeds [1]** 1545/9
**weekend [2]** 1532/9 1570/8
**weeks [1]** 1486/8
**weight [1]** 1472/10
**WELCH [3]** 1456/22 1571/6 1571/16
**well [81]** 1460/19 1461/6 1468/17
1468/21 1470/13 1470/15 1474/10

1475/2 1475/4 1475/24 1477/12 1477/21
1478/21 1479/3 1479/20 1482/22
1483/19 1484/4 1485/19 1486/24
1487/9 1487/22 1488/23 1491/14
1491/23 1492/9 1492/25 1494/19
1495/15 1495/21 1497/25 1498/6
1498/10 1498/11 1498/15 1498/25
1500/10 1504/1 1506/2 1506/21
1508/25 1514/14 1514/25 1515/12
1517/24 1520/1 1520/5 1520/11 1521/4
1521/20 1523/25 1524/15 1526/12
1527/13 1532/17 1532/19 1533/5
1533/14 1533/18 1534/7 1535/15
1536/12 1536/13 1537/3 1542/3
1542/16 1543/4 1543/7 1543/24 1550/3
1550/19 1552/23 1557/15 1559/18
1559/21 1560/11 1562/9 1562/20
1564/19 1566/9 1567/19 1569/19
**went [17]** 1473/14 1482/2 1489/2
1489/24 1495/11 1504/20 1509/25
1510/1 1513/8 1534/5 1534/8 1534/11
1534/13 1535/21 1545/13 1545/22
1563/2
**were [149]**
**weren't [3]** 1481/22 1517/9 1531/12
**what [223]**
**what's [10]** 1462/1 1463/2 1463/13
1508/12 1511/1 1524/7 1528/24
1540/15 1558/9 1567/13
**whatever [1]** 1495/11
**whatsoever [3]** 1485/24 1495/23
1535/4
**when [58]** 1462/17 1467/5 1467/8
1467/20 1470/12 1471/14 1473/20
1475/3 1475/19 1476/25 1477/10
1478/11 1479/2 1479/14 1479/17
1482/24 1483/10 1486/7 1488/21
1488/23 1492/16 1493/1 1502/2
1504/12 1504/13 1504/15 1507/5
1509/4 1509/24 1511/14 1512/6
1512/15 1512/22 1514/6 1519/11
1521/3 1522/4 1523/21 1530/10 1531/7
1532/13 1536/11 1543/20 1544/5
1544/9 1545/12 1547/19 1548/3
1548/15 1552/6 1553/2 1554/14
1555/16 1556/10 1560/15 1561/19
1565/23 1569/13
**where [22]** 1463/14 1467/25 1469/9
1469/13 1470/3 1473/18 1475/16
1476/13 1478/1 1486/4 1506/22 1509/9
1524/7 1525/11 1525/16 1526/13
1542/11 1545/14 1551/2 1556/13
1560/14 1568/18
**whereabouts [1]** 1467/23
**whereas [1]** 1520/10
**whereof [1]** 1571/12
**Whereupon [1]** 1463/22
**whether [23]** 1459/17 1462/2 1464/20
1465/13 1484/13 1491/9 1495/17
1500/19 1520/8 1520/16 1523/4 1529/4
1547/7 1547/25 1548/9 1548/10
1549/14 1550/11 1550/11 1553/9
1561/7 1562/5 1567/20
**which [35]** 1465/13 1471/12 1472/3
1473/23 1476/2 1482/18 1483/8
1491/15 1496/24 1504/4 1505/6
1507/11 1508/12 1510/20 1512/5
1512/21 1524/18 1525/20 1536/8

1539/13 1539/22 1539/25 1540/1
1540/2 1540/16 1540/25 1541/2 1541/3
1541/4 1546/21 1550/21 1551/2
1551/10 1551/11 1561/16
**while [3]** 1460/22 1555/13 1568/13
**whistleblower [3]** 1493/22 1494/2
1494/4
**white [2]** 1537/15 1537/16
**whittled [1]** 1477/19
**who [21]** 1463/6 1476/3 1483/13
1483/25 1484/25 1496/7 1496/9
1503/17 1503/20 1509/8 1531/11
1533/1 1533/2 1541/13 1541/17 1544/4
1551/18 1558/19 1560/16 1562/4
1563/16
**who's [1]** 1489/21
**whole [4]** 1488/17 1536/25 1566/23
1566/24
**whom [1]** 1565/25
**whose [1]** 1497/3
**why [33]** 1467/6 1471/4 1471/11
1476/8 1476/11 1483/17 1484/3
1484/14 1489/13 1499/8 1499/25
1501/11 1501/22 1501/22 1501/24
1502/13 1517/4 1517/8 1517/9 1518/13
1518/14 1518/22 1519/22 1519/24
1519/25 1522/11 1524/25 1551/6
1557/7 1557/13 1558/22 1559/22
1563/17
**wide [2]** 1479/8 1509/2
**wild [1]** 1527/10
**will [34]** 1/3 1462/25 1487/22 1502/15
1511/9 1511/20 1511/21 1511/22
1511/23 1512/3 1512/23 1512/23
1516/12 1516/21 1516/21 1518/22
1519/12 1519/17 1524/14 1526/16
1532/8 1532/17 1536/1 1537/18
1539/10 1543/13 1543/16 1543/23
1551/10 1552/5 1552/23 1553/7
1569/21 1569/21
**window [1]** 1537/8
**wiped [1]** 1552/13
**wishes [1]** 1570/4
**withdrawing [1]** 1524/16
**within [15]** 1461/17 1461/23 1477/8
1477/22 1509/16 1510/5 1510/11
1515/14 1517/12 1518/21 1518/24
1523/14 1523/15 1536/9 1545/6
**without [12]** 1472/13 1481/7 1482/20
1496/16 1498/2 1498/14 1549/2
1549/18 1549/21 1550/4 1561/24
1569/7
**witness [7]** 1458/2 1461/8 1465/4
1498/23 1516/4 1520/5 1523/12
**witness' [1]** 1461/17
**witnesses [9]** 1461/18 1462/12 1524/7
1548/23 1565/13 1568/11 1568/15
1569/9 1569/21
**won't [8]** 1469/1 1476/9 1500/19
1507/12 1509/13 1537/7 1568/25
1568/25
**wonderful [2]** 1543/6 1552/1
**wondering [1]** 1460/5
**woods [1]** 1497/11
**word [3]** 1493/24 1544/15 1545/1
**words [8]** 1480/4 1496/22 1496/23
1499/5 1499/11 1520/6 1527/15
1560/14

# W

**work [13]**  1461/4 1508/8 1508/12
1509/7 1515/13 1517/16 1526/14
1526/14 1528/2 1528/2 1555/25 1558/6
1566/6
**worked [4]**  1498/4 1510/18 1523/12
1548/19
**working [10]**  1460/11 1477/2 1489/21
1490/1 1490/2 1490/2 1490/11 1496/7
1508/22 1514/6
**works [4]**  1511/6 1513/20 1520/11
1552/10
**world [2]**  1470/6 1535/10
**worth [1]**  1477/9
**would [86]**  1459/22 1460/18 1467/15
1467/23 1470/1 1472/7 1472/13
1475/20 1476/2 1476/11 1480/4
1480/18 1480/19 1490/6 1491/21
1492/25 1496/16 1497/4 1497/9
1497/14 1498/1 1500/5 1500/5 1500/7
1501/9 1503/6 1506/13 1506/18
1506/22 1506/23 1509/1 1510/9
1510/12 1511/15 1513/7 1514/12
1514/22 1515/18 1516/15 1517/12
1517/21 1517/21 1522/18 1524/4
1527/10 1529/20 1531/3 1533/20
1534/6 1534/14 1535/16 1541/21
1542/13 1543/4 1543/6 1543/8 1545/24
1548/24 1549/1 1550/6 1552/1 1552/4
1553/10 1553/23 1553/25 1554/10
1555/2 1555/6 1555/7 1555/20 1556/8
1556/9 1556/10 1556/10 1556/12
1556/21 1561/8 1561/8 1561/15
1561/16 1561/24 1563/3 1564/18
1565/13 1568/24 1569/22
**wouldn't [5]**  1462/18 1473/24 1479/10
1566/9 1567/19
**write [1]**  1534/19
**written [1]**  1561/23
**wrong [4]**  1483/1 1517/23 1517/25
1541/22
**wrongdoing [1]**  1481/22
**WYNNE [3]**  1457/13 1457/14 1568/10

# Y

**y'all [4]**  1459/3 1459/15 1460/24
1529/17
**yeah [29]**  1468/18 1469/3 1473/7
1478/8 1478/24 1480/21 1481/13
1487/23 1488/1 1492/3 1496/21 1500/4
1500/16 1513/18 1523/17 1525/23
1529/23 1531/18 1534/23 1535/23
1543/6 1543/11 1543/18 1545/3
1548/13 1549/6 1554/6 1568/19 1569/2
**year [3]**  1467/22 1555/15 1555/16
**years [7]**  1469/11 1483/1 1500/9
1513/15 1535/25 1537/4 1545/21
**yep [1]**  1482/8
**yes [45]**  1459/5 1459/21 1463/21
1464/17 1465/6 1465/6 1465/18
1467/19 1469/5 1470/7 1481/4 1481/11
1482/14 1487/15 1489/17 1493/3
1494/11 1494/16 1495/19 1505/8
1505/25 1507/24 1511/4 1521/13
1525/20 1526/1 1527/18 1528/13
1530/14 1530/18 1531/24 1536/23
1539/4 1539/5 1541/17 1543/13

1546/19 1547/6 1547/18 1554/12
1554/17 1560/20 1562/7 1564/17
1568/1
**yesterday [15]**  1459/25 1461/4
1462/17 1462/19 1462/23 1464/5
1499/1 1510/15 1522/5 1528/1 1531/9
1532/24 1533/4 1553/9 1553/15
**yesterday's [1]**  1495/10
**yet [3]**  1476/10 1536/12 1555/14
**yoke [1]**  1545/21
**you [623]**
**you'll [2]**  1543/20 1559/10
**you're [40]**  1460/22 1462/21 1463/19
1475/12 1478/2 1478/2 1480/25 1499/4
1502/6 1505/7 1505/14 1506/18
1506/23 1509/14 1510/21 1511/20
1513/18 1524/16 1525/8 1525/8
1526/13 1530/8 1531/19 1534/23
1535/1 1539/20 1544/23 1547/16
1548/2 1548/3 1551/2 1552/6 1552/9
1552/9 1556/13 1559/14 1562/23
1564/6 1564/11 1568/11
**you've [10]**  1472/24 1484/18 1487/11
1510/15 1513/11 1528/12 1547/2
1549/4 1553/24 1568/17
**you-all [1]**  1459/17
**your [212]**
**Your Honor [53]**  1459/4 1459/7
1459/19 1459/22 1461/16 1464/24
1465/4 1465/9 1465/12 1466/16
1466/21 1468/4 1468/15 1468/18
1472/2 1472/5 1474/8 1474/12 1482/15
1482/19 1492/2 1494/18 1495/9 1497/1
1497/17 1497/25 1500/2 1501/15
1502/4 1506/1 1506/12 1515/24
1517/11 1517/15 1523/12 1523/17
1523/20 1524/17 1525/6 1525/10
1529/19 1534/1 1550/14 1554/4
1554/20 1557/23 1558/17 1559/17
1562/14 1562/25 1563/8 1565/5
1568/20
**yours [2]**  1560/4 1569/24
**yourself [6]**  1489/4 1504/16 1510/22
1510/22 1513/12 1527/23
**YUN [1]**  1457/19