The following is the PDF of an official transcript. Official transcripts may only be filed in CM/ECF by the Official Court Reporter and will be restricted in CM/ECF for a period of 90 days. You may cite to a portion of the attached transcript by the docket entry number, referencing page and line number, only after the Court Reporter has filed the official transcript; however, you are prohibited from attaching a full or partial transcript to any document filed with the Court.

```
1                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE NORTHERN DISTRICT OF GEORGIA
2                          GAINESVILLE DIVISION

3    FAIR FIGHT, INC., SCOTT         :
     BERSON, JOCELYN HEREDIA, AND    :
4    JANE DOE,                       :
                                     :
5              PLAINTIFFS,           :
                                     :
6    vs.                             :   DOCKET NUMBER
                                     :   2:20-CV-0302-SCJ
7    TRUE THE VOTE, INC., ET AL.,    :
                                     :
8              DEFENDANTS.           :

9

10


11     TRANSCRIPT OF BENCH TRIAL - VOLUME 7 AM SESSION PROCEEDINGS

12             BEFORE THE HONORABLE STEVE C. JONES

13                UNITED STATES DISTRICT JUDGE

14                    NOVEMBER 6, 2023

15

16

17

18

19

20      MECHANICAL STENOGRAPHY OF PROCEEDINGS AND COMPUTER-AIDED

21                    TRANSCRIPT PRODUCED BY:

22

     OFFICIAL COURT REPORTER:        SHANNON R. WELCH, RMR, CRR
23                                   2394 UNITED STATES COURTHOUSE
                                     75 TED TURNER DRIVE, SOUTHWEST
24                                   ATLANTA, GEORGIA  30303
                                     (404) 215-1383
25
```

**A P P E A R A N C E S   O F   C O U N S E L**

**FOR THE PLAINTIFFS:**

    ALLEGRA J. LAWRENCE-HARDY
    MICHELLE L. McCLAFFERTY
    LAWRENCE & BUNDY, LLC

    UZOMA NKWONTA
    JACOB SHELLY
    CHRISTINA A. FORD
    TINA M. MORRISON
    MARCOS MOCINE-McQUEEN
    LESLIE J. BRYAN
    ELIAS LAW GROUP LLP


**FOR THE DEFENDANTS:**

    MICHAEL J. WYNNE
    CAMERON POWELL
    GREGOR WYNNE ARNEY PLLC

    JAKE EVANS
    GREENBERG TRAURIG, LLP


**FOR THE INTERVENOR (USA):**

    DANA PAIKOWSKY
    JENNIFER J. YUN
    TIM MELLETT
    JUDY BAO
    AILEEN BELL HUGHES
    UNITED STATES DEPARTMENT OF JUSTICE

1598

1    **I N D E X   T O   P R O C E E D I N G S**

2

3        **WITNESS**                                      **PAGE**

     MARK ALAN DAVIS
4
         Direct Examination
5          By Mr. Powell                               1601
         Cross-Examination
6          By Ms. Morrison                             1663
         Examination
7          By Ms. Bao                                  1685

8                                    *  *  *

9    CERTIFICATE                                       1690

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| | |
|---|---|
| 1 | **P R O C E E D I N G S** |
| 2 | **(Gainesville, Hall County, Georgia; November 6, 2023.)** |
| 3 | THE COURT:  Before we get started this morning, to |
| 4 | the defendants, I received your brief and your motion for |
| 5 | judicial notice. |
| 6 | Have you-all reviewed the notice they filed for |
| 7 | judicial notice? |
| 8 | MR. NKWONTA:  Your Honor, we have started to review |
| 9 | it.  It was filed late last night, and we at least want the |
| 10 | opportunity to respond, perhaps by the end of the day, if that |
| 11 | is possible. |
| 12 | THE COURT:  Noon. |
| 13 | MR. NKWONTA:  Noon today? |
| 14 | THE COURT:  Noon today. |
| 15 | MR. NKWONTA:  Okay.  Thank you. |
| 16 | THE COURT:  All right.  Anything else? |
| 17 | MR. EVANS:  And, Judge, we do have the request for in |
| 18 | chambers with you.  And then we would just request that myself |
| 19 | and Mr. Nkwonta and then also Heather Martinez have an |
| 20 | opportunity.  Thank you. |
| 21 | THE COURT:  Ms. Conkel, take them back to my |
| 22 | conference room. |
| 23 | Ms. Wright -- |
| 24 | Mr. Evans, do we need a court reporter at this point? |
| 25 | MR. EVANS:  No, Judge. |

```
 1          THE COURT:  Okay.  Ms. Wright will let you know.
 2   They will take you back this way.
 3               (A brief break was taken at 9:05 AM.)
 4          THE COURT:  Y'all can remain seated.
 5          The Court has to deal with something that's come up.
 6   So we're going to take a ten-minute break and start back at
 7   9:25.
 8          All right?
 9          Thank you-all.
10               (A brief break was taken at 9:14 AM.)
11          THE COURT:  Y'all be seated.
12          Okay.  Is there anything from the plaintiffs or
13   defendants before we get started with the first witness?
14          If not, defendants can call the next witness.
15          MR. POWELL:  Your Honor, we're trying to get some
16   tech issues resolved with Mr. Mark Davis.
17               (A discussion ensued off the record.)
18          MR. POWELL:  Good morning, Mr. Davis.
19          THE WITNESS:  Good morning.
20          MR. POWELL:  It looks like we have a slight delay.
21   So I will try not to speak too quickly and make sure that
22   you've been able to hear my full question.
23          Can you tell us --
24          COURTROOM DEPUTY CLERK:  I have to swear him in.
25          MR. POWELL:  Oh, I'm sorry.
```

1    COURTROOM DEPUTY CLERK:  Sir, could you please raise

2    your right hand.  I need to swear you in.

3                    **(Witness sworn)**

4                    COURTROOM DEPUTY CLERK:  Thank you.

5                    Could you please state your name for the record?

6                    THE WITNESS:  Mark Alan Davis.

7                    COURTROOM DEPUTY CLERK:  Thank you.

8    Whereupon,

9                         MARK ALAN DAVIS,

10    after having been first duly sworn, testified as follows:

11                         DIRECT EXAMINATION

12    BY MR. POWELL:

13    **Q.**   Mr. Davis, where do you live?

14    **A.**   Suwanee, Georgia.

15    **Q.**   What county is that in?

16    **A.**   Gwinnett.

17    **Q.**   And are you in your home now?

18    **A.**   I am.

19    **Q.**   Is there a reason you preferred to testify from home

20    today?

21    **A.**   I have experienced some somewhat serious health issues

22    this year, and I can no longer drive.  And I lack the physical

23    stamina to be in a courtroom every day.  And I'm grateful for

24    the opportunity to be able to do it from home.

25    **Q.**   Mr. Davis, do you have concerns if we go too long without

```
1   giving you a break?
2   A.    Well, just to kind of sum up my issues, I've been
3   diagnosed with advanced cardiomyopathy.  I believe that's also
4   known as chronic heart failure.  I have -- one chamber of my
5   heart is only pumping at about 25 percent as opposed to the
6   usual 55 or 60 percent.
7        And I also have -- I believe the word is orthostatic blood
8   pressure, which means sometimes it can be too low and I can
9   faint.  I can have falls.  I can get hurt.  At other times,
10  it's too high.
11       I am receiving medication for that.  And the doctors seem
12  to have got me mostly stabilized recently.  And in recent weeks
13  I seem to kind of be rallying a bit.
14       But -- yeah.  If I expend too much energy, I can get
15  light-headed, I can get a little dizzy, I can get a little
16  nauseous, and I can experience a little bit of cognitive
17  decline as well.
18       So yeah, I do have concerns about that.  But if we're
19  looking at me testifying between now and lunch, when I get a
20  break, I'm willing to go forward.
21       If I start acting loopy, I guess maybe we'll reevaluate, I
22  suppose.
23  Q.    Will you let us know if you think you need a break?
24  A.    Yes.
25  Q.    All right.  And, Mr. Davis, are you registered to vote in
```

Georgia?

**A.**   I am.

**Q.**   Is that also in Gwinnett County?

**A.**   Yes.

**Q.**   How long have you been registered to vote in Georgia?

**A.**   I believe since I was 18.

**Q.**   Mr. Davis, what's your occupation?

**A.**   I'm the president of Data Productions, Incorporated.

**Q.**   And how long have you been working through Data Productions, Incorporated?

**A.**   Since June of 1991.

**Q.**   What does the company do?

**A.**   Data processing and project management.  Our clients are political, commercial, and nonprofit.

**Q.**   What do your clients typically ask you to do for them?

**A.**   Essentially data processing and reporting, those kinds of things.  And we do a tremendous amount of communication, a lot of it through either first class or bulk mail.  That is primarily what pays the bills around here.

**Q.**   What's a typical data processing service you perform?

**A.**   I built an enhanced version of the Georgia voter database, and I have done that for a number of years -- well, decades, I suppose.

     But on the commercial work that I do, often working with either commercial data, commercially available data, or

1   customer data.  And the same is true of the nonprofit work that

2   I do.

3   **Q.**   What types of organizations tend to be your clients?

4   **A.**   It can vary widely.  So many businesses have the need to

5   distribute a message of some sort to a customer base or

6   prospects or what have you.

7        One of my largest customers for, I guess, 26 years or so

8   has been a large financial institution here in Georgia.  And

9   many, many political campaigns over the years.  I lost count a

10  long time ago.

11       And as I mentioned, some nonprofits that I have assisted

12  with primarily fundraising and things like that.

13  **Q.**   Do you do the data processing yourself, or do you have

14  employees or contractors who handle that?

15  **A.**   I tend to handle the data processing myself.  I shifted my

16  business model a few years back, and I basically outsource a

17  lot of my production work.  I handle my own project management

18  primarily.  But I have a production facility about five minutes

19  from here that I work with that handles a great deal of my

20  production work on a day-to-day basis.  And then I have another

21  one that is down in Lawrenceville that I work with.  Both are

22  fairly close.

23  **Q.**   What's the range of sizes of the mailings that you are

24  helping to facilitate?

25  **A.**   It could be from a few hundred to a few hundred thousand

1    to a million, million and a half, or more.  It's really all

2    over the map.

3         One of the production facilities that I work with has

4    extremely high production capability.  The other less so.  But

5    still pretty substantial.

6         So it's hard to really put a number on the average job, I

7    suppose.

8    **Q.**   Do you know about how many address records you process

9    every year as part of your work?

10   **A.**   I'm sorry.  Can you repeat?

11   **Q.**   Do you know about how many address records you would

12   process every year as a part of your work?

13   **A.**   I have a license -- software license that allows me to run

14   CASS and DPV on an unlimited basis and NCOA up to 100 million

15   records a year.  It really depends on the year.

16        But I think it's rare that I go above 50 million or so.

17   But that really depends on how many times that year I process

18   the voter file.

19        The voter database has physical addresses and mailing

20   addresses.  And where there is not a different mailing address,

21   which we drop in the physical address -- so basically I'm

22   processing two addresses for each record.  And I think the

23   voter file is about eight million or so right now.

24        So each time I process some updates to the voter database,

25   I am processing about 15 million records through multiple

1    functions.  There's a lot of processes that are involved.

2        So I may make many, many passes through that data.  But as

3    far as the NCOA processing goes, generally I would say in an

4    even numbered year, an election cycle year, I would say

5    probably in excess of 50 million records or so.

6    **Q.**   Mr. Davis, you have used three acronyms just recently, and

7    I want to break those down a bit.  Let's start with NCOA.

8        And will you tell us a little bit about that.  And maybe

9    CASS and DPV get worked into that, but those are the three I

10   would like us to clarify.

11   **A.**   Pardon me.  NCOA is National Change of Address processing.

12       CASS is an acronym for Coding Accuracy Support System.

13       And Delivery Point Validation is an acronym for Delivery

14   Point Validation.  And that is sort of part of the CASS

15   process.  The first coding accuracy -- Coding Accuracy Support

16   System processing is done, which assigns the plus four and the

17   delivery point and then that 11 digit ZIP code serves as kind

18   of a pointer to a specific address.  And that is called the

19   delivery point.

20       And the Postal Service maintains a database of all known

21   delivery points and different data points about those delivery

22   points.

23   **Q.**   All right.  Thank you.

24       You mentioned that you've had experience with the Georgia

25   voter base.

1    When did that experience begin?

2  **A.**   1986.

3  **Q.**   And how did you become involved at that time?

4  **A.**   My father became the Republican nominee for governor.  And

5  we received a magnetic tape from the RNC to obtain voter data.

6  But I'm not sure that it's fair to actually call that the voter

7  database.

8    Because at the time there were a lot of Georgia counties

9  where the voter data wasn't even in a computer.  Sometimes it

10 was maintained on a typewriter in a probate judge's office.

11   And the RNC would go around to, I guess, as many counties

12 as they could at the time and gather up data and normalize the

13 format and standardize them and then put them together into a

14 voter database.

15 **Q.**   How were you able to work with the results of those

16 different visits to each county?

17 **A.**   Well, I didn't start those until later.  What happened was

18 I -- I got annoyed with the magnetic tape that we got because

19 there really wasn't anything to do with it other than to hire a

20 mainframe service bureau.  I did know one in Doraville that I

21 could work with.  But it was annoying that we received it in

22 that format.  And it was also annoying that the RNC had so much

23 control over who got access to that data and who didn't.

24   And so after the campaign was over, I put together a

25 computer system that would allow me to read those mainframe

1    reel-to-reel tapes.  So I took the mainframe tape reader, and I

2    attached it to a PC via a block channel interface.

3        And the driver for that interface card also was -- also

4    had the capability of translating the character set from actual

5    data, which is what a mainframe used, to ASCII, which is what

6    PCs used.

7        And that allowed me to start going around to the different

8    counties.  And a lot of the larger counties at the time used

9    mainframes.  So I could obtain voter data on all those great

10   big giant reel-to-reel tapes.  Some of these used stack tapes,

11   which is the smaller tape cartridges.  Some of them just put

12   them on floppy discs.  They were starting to change and use

13   PCs.

14       Basically, I kind of cobbled together this Frankenstein

15   type of computer system where I could get data from almost any

16   platform.  And then I had to standardize and normalize it and

17   put it into a format that I could work with in common.

18       And when I did that, initially I could only really do the

19   Metro Atlanta area.  And next thing I knew, I had candidates

20   and campaigns coming out the wazoo wanting to getting voter

21   data, because there really -- back then, at least on the

22   Republican side, there wasn't an alternative.

23   **Q.**   When did you begin to work with the voter rolls

24   professionally, as you just mentioned?

25   **A.**   Well, of course, the 1993 NVRA passed.  And it took a

1   little while to get it rolled out here in Georgia.  I believe

2   the very first time that I was able to actually go to the

3   Secretary of State's office and obtain a CD with the entirety

4   of the data on it was in 1996.

5       And that was really pretty revolutionary.  It was

6   expensive.  It was about $6,000 to get a copy of it at the

7   time.  But all of a sudden, I could work anywhere in the state

8   with a campaign, large or small.  It could be a school board

9   race in, you know, a tiny little south Georgia county or it

10  could be a state senate race in one of the larger metro

11  counties.  It didn't matter.  It was really quite a game

12  changer.

13  **Q.**   Did the NVRA change the process of working with the

14  Georgia counties voter files?

15  **A.**   Yes.  Basically it created a standardized structure, and

16  the county coordinated with the state to get their data to the

17  state.  And the state basically would put together the entire

18  statewide voter database, all in the same format.

19      And so once I had defined that format, I was able to

20  import basically the entire state.  And I didn't have to

21  normalize formats anymore.  I didn't have to standardize

22  things.  That was all basically done.  So it was really

23  wonderful, actually, from that point of view.

24      I mean, the NVRA has issues.  But that was one aspect of

25  it that was really great.

1  **Q.**   What is the cost of the Georgia voter file now compared to

2  the early '90s?

3  **A.**   Now, it's only $250.  And that's really kind of an

4  interesting story.  But I won't sideline everybody with it,

5  unless you really want to hear it.

6       But yeah, it used to be a lot more expensive.

7  **Q.**   When did you first begin working with the NCOA on the

8  Georgia voter file?

9  **A.**   It is difficult for me to remember the exact time frame.

10  But I believe it would have been the early to mid '90s.

11  **Q.**   And how do you use the two together?

12  **A.**   Well, as I mentioned earlier, the voter data has a

13  predefined structure.  And up until recently, that hadn't

14  changed in many, many years, not substantially anyway.

15       And so I defined an import structure, and then I also

16  defined a structure for my enhanced version of the motor voter

17  data.  And once I import the state's version of the voter data,

18  then I import it into my enhanced structure and then perform

19  CASS, DPV, and then NCOA on that.

20  **Q.**   How many addresses per voter record does the NCOA feature

21  or -- I'm sorry.  The Georgia voter file, how many addresses

22  per voter record?

23  **A.**   Well, it has a physical address.  And there should be a

24  physical address for every single record in the file.  Some of

25  them have a mailing address that may be different from the

 1   physical address.

 2        So what I would typically do is drop the physical address

 3   into the mailing address wherever it's linked.  And then that

 4   way I could process both the physical address and the mailing

 5   address through DPV and NCOA.  That way the vote is cleaned up

 6   and in the correct format and good to go for use by -- well,

 7   heading towards being good to go for use by the campaigns that

 8   I work with.

 9        The -- there is a distinction I kind of need to make in

10   the processing here.  The Secretary of State is constrained by

11   the NVRA.  And there is a limit to what they can and can't do

12   with the voter database.

13        The campaigns that I work with, typically their main

14   concern is just getting their messages into the hands of

15   voters.

16        So where a Secretary of State may be prohibited from

17   making changes to a voter record or removing a voter record or

18   what have you, I don't have those constraints with my enhanced

19   version of the file.

20        If a voter tells the post office that they're leaving the

21   state, my candidates tend to not want to mail to them if they

22   are not around anymore.

23        If they have moved, say, within the county or even to

24   another county, then my candidates may want to mail them where

25   they are.  They often do.

1       So there's a difference between what the Secretary of

2   State does with voter data and what I can do with my enhanced

3   version of it.

4       Now, that changes if I'm testifying in a case where I'm

5   working with the voter data as is, that kind of thing.  So it

6   depends on the context.

7       And I'm not trying to be vague.  It's just that -- that is

8   the situation.

9   **Q.**   How often do you process the Georgia voter file through

10  the NCOA registry?

11  **A.**   In an odd -- I'm sorry.  In an even numbered year, I may

12  do it two, three, four times.  I may do part of that

13  processing, so I run certain kinds of queries on it for

14  different purposes.

15      But in an even numbered year, I typically do it more often

16  than in an odd numbered years.  In an odd numbered year, we've

17  got municipal elections going on and whatnot.  But there is a

18  lot less going on in odd numbered years.  So I do less updates.

19  **Q.**   All right.  What are the benefits to your clients of using

20  NCOA?

21  **A.**   Well, their main concern -- whether it is a political

22  campaign or a commercial marketing effort or a nonprofit

23  fundraising effort, their main concern revolves around getting

24  their message into the hands of the person they intend it for.

25      And one of the things to keep in mind, a lot of my

1  customers tend to mail at bulk rates -- well, what we used to

2  call bulk rates.  These days it's called either presort

3  standard or marketing mail.

4      But that mail is not forwarded when it's mailed at a bulk

5  rate.  That's part of the reason you get a discount is because

6  the Postal Service doesn't have to do that.

7      And one of the primary goals of NCOA processing is to cut

8  down on the billions of dollars that the post office was

9  spending on undeliverable mail.  It does no one any good to

10  spend a whole bunch of money only to have their messages wind

11  up in the dead letter bin.

12  **Q.**   Have you ever seen your NCOA processing produce a false

13  match?

14  **A.**   I never have.  I have never had a customer come back to me

15  and say, you know, you ran NCOA on my data and it was all wrong

16  or, you know, anything like that.

17      I have heard occasional oddball stories about, you know,

18  somebody going through a divorce and they file an NCOA to try

19  to deprive their former spouse of mail or things like that.

20  But that is intentional.  I wouldn't put that in the error

21  category.

22  **Q.**   Does the NCOA use middle names for its matching?

23  **A.**   Yes.

24  **Q.**   Does it use gender?

25  **A.**   Yes.

1    **Q.**    Okay.  Mr. Davis, have you provided expert testimony about

2    voter data analytics and residency issues?

3    **A.**    Yes.  Five times.

4    **Q.**    How many of those cases --

5    **A.**    Five times.  Excuse me.

6    **Q.**    I'm sorry.  Could you repeat your answer?  I think I might

7    have interrupted you.

8    **A.**    I have been qualified and admitted to testify as an expert

9    witness on voter data analytics and residency issues five times

10   over the last 20 or so years.

11   **Q.**    And what were you asked to do in those cases?

12   **A.**    Four of them involved redistricting issues where there

13   were voters that were placed improperly into the wrong

14   aperture.  One of them was a --

15           MS. MORRISON:  Your Honor?

16           THE COURT:  Hold on.  Hold on.

17           Mr. Davis, hold on.

18           MS. MORRISON:  If I could just object.  Mr. Davis has

19   not been offered as an expert.  And so his experience as an

20   expert in other cases is irrelevant.

21           MR. POWELL:  I'm not talking about his experience as

22   an expert, but just rather what he has done with the Georgia

23   voter file and the residency issues.

24           MS. MORRISON:  The question that Mr. Powell asked was

25   have you been an expert in previous cases.

 1          And Mr. Davis said he has in five.

 2          THE COURT:  It is irrelevant whether he's been an

 3  expert on other cases, because we haven't been given notice

 4  here.

 5          I think you established that he has worked in other

 6  cases.  But just as far as this line of questioning about him

 7  being an expert, that is irrelevant.  I sustain that part.

 8          MS. MORRISON:  Thank you, Your Honor.

 9          MR. POWELL:  Well, I don't want to ask him about his

10  expertise.  I just want to ask him how these -- what he did in

11  these situations, what he learned.

12          THE COURT:  I'll allow that.  Because I think I see

13  where you're going with this line of questioning.  Just leave

14  the expert out.

15  BY MR. POWELL:

16  **Q.**  One thing I just want to know is:  Do you typically do an

17  investigation before you decide to take a case?

18  **A.**  Yes.  They're a lot of hard work.  There's a lot of long,

19  hard hours putting together corroborating evidence and all of

20  that kind of thing.

21          And so what I -- when I'm asked to get involved with one,

22  I do typically pull the district and go through and run some

23  queries and see if there is data there.

24          If the case is not legitimate and I'm not sure I can win

25  it, then I don't want it.  My -- the reason that I've gotten

1    involved in those cases in the past is because I want to

2    highlight issues to the voters and to elected officials and

3    election officials because I'm trying to highlight issues that

4    I see in the voter data.

5         Sorry.  My Alexa turned on.  I don't know why.

6    **Q.**   What sort of issues were you seeing in the voter data?

7              MS. MORRISON:  Objection, Your Honor.  This is

8    getting into, again, his expertise or experience in the last

9    five cases.

10             THE COURT:  I don't think -- obviously, you can't get

11   into expertise.  I'm trying to figure out where you're going

12   with this part.  I understood the first part of your

13   questioning, but now I'm kind of not seeing where you're going.

14             MR. POWELL:  Well, this goes to his motivation in

15   getting involved in the challenges, the analyses that he's done

16   over the years and what concerns he had and whether he had a

17   good faith belief in there being issues.

18             THE COURT:  I think you have established that.  That

19   is why I sustained the expert part a few minutes ago.  I think

20   you've established that he's not your regular person when it

21   comes to this type of thing.  But he's not an expert.

22             MR. POWELL:  I understand.

23             THE COURT:  I think you've established he has an

24   interest in this.

25             MR. POWELL:  Yeah.  Well, can I ask him why he was

```
 1    interested in the issues with the Georgia voter file in the
 2    first place?
 3              THE COURT:  Yeah.  You can ask him.  You can ask him
 4    that.  You can ask why he got involved in it.
 5              MS. MORRISON:  I believe that has been asked and
 6    answered.  But I wouldn't object if he wants to ask it again.
 7              THE COURT:  He can ask that again, if he asks him --
 8    BY MR. POWELL:
 9    Q.  Can you talk to me about what concerns you've had over the
10    years?
11    A.  Yes.  Before I get into that, if I could briefly make you
12    aware that --
13              THE COURT:  Oh, no.  No.  No.
14              THE WITNESS:  -- I can hear you speak clearly.  But I
15    have trouble hearing folks -- other folks in the courtroom,
16    including the Judge, so...
17              THE COURT:  Mr. Powell, tell him -- just tell him to
18    concentrate on what you say because you're the one talking to
19    him.
20              MR. POWELL:  Yeah.
21    BY MR. POWELL:
22    Q.  Let's just try to focus on what I say.  If you need to
23    know what someone else says, we'll repeat it for you.
24    A.  Okay.  All right.  Can you repeat your question?
25    Q.  I was just asking about what -- how did you develop
```

1   concerns with the Georgia voter file?

2   **A.**   Well, after motor voter came along and the data was

3   standardized and normalized by the state and I no longer had to

4   do it and it was all nice and tidy in that structure, I began

5   to spot issues with it.

6      And as time went on, I became more and more concerned

7   about those kind of issues.  And I realized at some point that

8   I had kind of a unique set of tools.  I had data processing

9   tools.  I had postal processing tools.

10      And then a little bit later, I also had geocoding and

11   digital mapping tools.  And with all of those tools in my

12   toolbox, I was able to run a lot of queries, do a lot of

13   studies and, you know, to gain insight that could be used for

14   political campaigns but also to study these issues that I was

15   spotting with the voter data.

16      And I started to feel a sense of responsibility because

17   not too many people have all those tools or that understanding.

18   And then I felt an obligation to try to do something about

19   these issues.  Because if somebody like me with those kind of

20   tools doesn't get involved with trying to fix issues, who is

21   going to, was the way I felt about it.  And I still feel that

22   way.

23   **Q.**   Well, what were the issues that concerned you?

24   **A.**   I saw a lot of voters who no longer lived where they were

25   registered.  That was a concern for a wide variety of reasons.

1    And I also saw redistricting errors or just plain old

2  residency issues.  Many, many examples come to mind.  But

3  primarily those are the biggest categories.

4    And I guess what I'm trying to get across is I'm not one

5  of these folks that popped up just recently and became

6  concerned about all of this kind of stuff.

7    This is stuff I've been concerned about for decades.  In

8  fact, back in 2002, I met with a couple of members of the state

9  board of elections and we discussed these issues.  And they

10  recommended that I go before the state board of elections.

11         MS. MORRISON:  Objection, Your Honor.  That's hear --

12         THE COURT:  Hold on.

13         MS. MORRISON:  To the extent he's --

14         THE COURT:  Mr. Powell, in other words, he can't tell

15  you or tell the Court what somebody else told him, unless

16  you've got a hearsay exception.

17         MR. POWELL:  Well, I'm not offering these things for

18  the truth of the matter asserted but rather what interactions

19  he's had and what he's taken away from that that left him

20  motivated to work with the Georgia voter rolls.

21         THE COURT:  Well, why can't we accept it that way?

22  It explains his actions.  Not so much for the truth of the

23  matter, but it explains his actions.

24         MS. MORRISON:  Your Honor, we wouldn't object to

25  that.  However, he is testifying to conversations that took

```
 1    place over 20 years ago, in 2002.

 2              THE COURT:  Overruled.  I'll allow it.

 3    BY MR. POWELL:

 4    Q.   Mr. Davis, do you remember the question?

 5    A.   I didn't hear the Judge's ruling.  I'm sorry.

 6    Q.   You can answer the question.

 7    A.   Can you repeat the question?

 8    Q.   Well, I think one of them was -- well, you were actually

 9    answering, talking about meeting with the state elections

10    board.  And they, I think, asked you to talk to the Secretary

11    of State?

12    A.   Well, I met with two of the members of the board.  And

13    they suggested that I come to their next board meeting and do a

14    brief presentation on these issues.

15         They warned me that the Secretary of State might get a bit

16    defensive.  The Secretary of State at the time was Cathy Cox.

17    She was a Democrat, and I'm a Republican.  She did become a bit

18    defensive.

19         But then later that year, the election for House District

20    1 up in northwest Georgia got tossed out twice.  It had to be

21    redone a total of three times.

22         And after that, to my great surprise, I got a call from

23    her assistant who invited me in to speak with the elections

24    division at the Secretary of State's office, the Georgia

25    Technological Authority, the Voter Fraud Unit at the Burris
```

1  Institute, and other stakeholders to go over the issues I had

2  raised before the state board of elections and talk about

3  potential solutions.

4      And, you know, to my surprise, everybody was very open and

5  eager to hear what I said.  And I made two primary

6  recommendations.  I recommended that --

7          THE COURT:  I think we're going -- we're going a

8  little bit too far on that, Mr. Powell.

9          MR. POWELL:  All right.

10 BY MR. POWELL:

11 **Q.**   Mr. Davis, have you also worked with the Georgia

12 legislature regarding the voter rolls?

13 **A.**   I testified in 2020 before the Senate Government Oversight

14 Committee at the invitation of Senator William Wiggins.

15 **Q.**   And what --

16 **A.**   But I have -- to further answer your question, over the

17 years, I have worked for many, many, many campaigns.  And I

18 have bored my own clients to tears talking about issues

19 regarding the voter database and election integrity, those kind

20 of things.

21     For a lot of campaigns, they're always talking about that

22 stuff.  And, you know, now people have a lot of interest in

23 those topics.  But back then, it was kind of hard to get people

24 to take that stuff seriously.

25 **Q.**   Mr. Davis, in 2020 did you run NCOA on the voter file

before the general election?

**A.**   Yes, I did I think at least a couple of updates that year.
I would have to go back and look.  But I did run NCOA both
before and after the election.

**Q.**   And what were you looking for in that process?

**A.**   Well, after the election, I just got curious.  As I
mentioned before, a lot of the cases that I testified in
involved much smaller geographic areas, a house district or a
small south Georgia county, those kind of things.

But that year -- I have a son who works in IT.  And I
asked him to build me a hotrod of a computer.  And he and his
guild got together and designed it.  And I had them actually
build it for me.  And I realized I had enough firepower that I
could run that same kind of analysis that I usually do on a
smaller scale on the entire state.  And so I did.

I decided I was going to start running some queries, just
if nothing else just because I was personally curious.  And I
was utterly shocked by the issues that I came across when I did
that.

The story that the data told me was that we had thousands
of Georgia voters who were voting out of their county.  And
aside from the 30-day grace period immediately before an
election, we're not supposed to be doing that.  We're supposed
to be casting our ballots in the county and municipality where
we actually live.

1  Q.  And what are the consequences of voting out of your county

2  that you are registered in?

3  A.  Well, a number of really big ones come to mind.  And if it

4  pleases the Court to give me a minute, I'll go into those.

5          THE COURT:  Well, Mr. Powell -- Mr. Powell, this case

6  is not about what the consequences are.  I think the Court is

7  quite aware of what the consequences are when you vote

8  illegally.  So I don't need him to tell me that.  He can tell

9  me something else.  But that's not really needed.

10  BY MR. POWELL:

11  Q.  Mr. Davis, let me ask you:  Could the Secretary of State

12  have done anything about the voters that you've identified?

13  A.  Not that I'm aware of.  And to clarify, when I saw that,

14  you know, it was after the general election but before the

15  runoff election.

16          And my concern at the time was that the conduct that I saw

17  that had happened in the general election would be repeated for

18  the runoff election.  And there was nothing I was aware of that

19  the Secretary of State could do about that.  There is nothing

20  that I'm aware of that the State Board of Elections could do

21  about that.

22          The only venue that I was aware of where something could

23  potentially be done was by a county board of elections and

24  that's if they received a challenge that they chose to accept.

25  Q.  But without a challenge, what would happen if one of these

UNITED STATES DISTRICT COURT
OFFICIAL CERTIFIED TRANSCRIPT

1    voters showed up at their polling station?

2    **A.**   Well, if I could give a hypothetical scenario, it would

3    probably help to illustrate the issues.

4        Say John Doe moves from Cobb County to Gwinnett County.

5    He sells his home in Cobb County.  He buys a new home in

6    Gwinnett County.

7        He files a change of address with the Postal Service.  He

8    gives the Postal Service the move effective date; in other

9    words, when he wants to started receiving his mail in Gwinnett

10   County.  And he moves.  And he gets settled into his new home.

11       And he is required by Georgia law to update his driver's

12   license within 60 days.  But he doesn't get around to doing

13   that.  And, you know, if he had, then that would typically

14   trigger an update to his voter registration as well.  But he

15   never got around to updating his driver's license or his voter

16   registration.

17       So when it comes time to vote and he realizes, well, heck

18   I'm not registered here in Gwinnett County.  And then he

19   decides that he'll just go back and vote in his old precinct in

20   Cobb County.  And he walks in with a driver's license that he

21   hasn't updated.  He hands it to the poll worker.  The poll

22   worker looks at it and then flips it over, scans the barcode on

23   the back, and pulls up the voter's record.  The voter's record

24   still matches the address on the driver's license.

25       That poll worker has absolutely no way to know that that

1    voter doesn't actually live in that county anymore.  So that

2    poll worker green lights that voter.

3          And then it is time to review the voter certificate.  Now,

4    the voter certificate carries a warning, a very clear warning

5    that providing false information on that certificate is a

6    violation of OCGA 21-2-562, which is a felony and carries a

7    penalty, I believe, of up to ten years or a $100,000 fine.

8          But that voter apparently has chosen to either not take

9    that seriously or what have you.  And the poll worker has no

10   way of knowing that they have just been kind of hoodwinked.

11         And they give that voter a little yellow card.  The voter

12   goes over and puts it into the machine and creates a ballot and

13   goes over to the scanner, puts it in there.

14         Arguably, if that voter knows that they are doing that,

15   then it is an unqualified elector.  Then that is a violation

16   also of 21-2-571.  So just the sheer scale that I saw of this

17   was very disturbing.

18         There were about 110,000 voters, according to my analysis,

19   that had moved from County A to County B and had not

20   reregistered by the deadline in order to vote in the upcoming

21   election.

22         And the vast majority of those people did not attempt to

23   go back and vote in their old county.  But the voter data that

24   I was looking at showed me that there were up to approximately

25   35,000 that did.

1   And I say up to because sometimes a student who is going

2   away for four years of college or a soldier who is going away

3   for a tour of duty -- sometimes they will file a permanent

4   change of address when they leave and another permanent change

5   of address when they come back.

6   And the reason for that is the Postal Service only allows

7   a temporary change of address for six months, and I think you

8   can extend it to a year.  But no longer than that is my

9   understanding.  And so these folks that know they're going to

10  be gone longer than that often will file permanent changes of

11  address.

12  Now, the folks who file temporary changes of address --

13  say you're going to the beach for the summer, okay?  You can

14  file a temporary change of address.  And the Postal Service

15  will forward the mail.

16  But they are not going to turn around and tell NCOA

17  subscribers, like me and my customers, change the address for

18  that person.  In fact, they don't -- they don't provide a new

19  address at all for a temporary change of address.  We only get

20  those if they are filed as permanent changes of address.

21  **Q.**   Mr. Davis, are there, to your knowledge, duplicates in the

22  Georgia voter file?

23  **A.**   Yes.  There are two different kinds of double voting in

24  Georgia.  One of those Mr. Evans and I discovered in

25  Long County when a voter was running around town telling folks

1    that he voted twice.

2         And when Mr. Evans asked me about that, I said he might be

3    a character.  I don't even think that's possible.  And he said,

4    well, let's just call him.  And so we did.

5         And he boasted that he voted twice.  He said that he went

6    and voted early but his wife didn't.  So he took her to vote on

7    election day.  And after checking her in, the clerk turned and

8    asked do you want to vote, too, and he said --

9              MS. MORRISON:  Your Honor, I would just like --

10             THE COURT:  Hold on.

11             MS. MORRISON:  I would just like to object to hearsay

12   to the extent that he's speaking about what another voter in

13   Georgia told him.

14             And I'm not exactly sure what the relevancy is

15   either.

16             MR. POWELL:  I'd like to just get back to the

17   duplicates in general, Mr. Davis.

18             THE COURT:  And I'll sustain that objection, because

19   I didn't see any relevance.  And I know you can't let the

20   hearsay in.

21   BY MR. POWELL:

22   Q.  We'll want to be a bit limited in talking about what other

23   people said.  There are some exceptions that might come up.

24   But at the moment, I just want to understand how do duplicates

25   get in there and what do they look like.

**A.**   All right.  I hear you.

So there are two different kinds of double voting.
There's the kind where people vote more than once on the same
registration number.

And I don't really like to talk about the second kind,
because I don't want to teach people how to do it.  But what
happens is people register more than once.  Sometimes two or
three different times.  And --

MS. MORRISON:  Your Honor?

THE COURT:  Hold on.  Hold on.  We have an objection.

MS. MORRISON:  His testimony about duplicates with
regards to people registering twice is irrelevant to the
matters in this case.

THE COURT:  How is this relevant, Mr. Powell?

MR. POWELL:  Well, again, I think it's going to why
he made the decisions he did in narrowing down the 7.6 million
Georgia voter list.  And we're going to get to how he made the
decisions to narrow that down to a much smaller list.

THE COURT:  I think you have laid plenty of
foundation on why he did what he did.  I really do.  I'm going
to sustain it because I don't think it's relevant at this
point.

MR. POWELL:  All right.

THE COURT:  Sustained.

1  BY MR. POWELL:

2  **Q.**   Mr. Davis, how did you come to meet Derek Somerville and

3  when was that?

4  **A.**   Following the 2020 election, the results, they were so

5  unexpected that there was a flurry of activity.  There were a

6  lot of conference calls going on.  And I was invited on a lot

7  of those.

8      And on one of them I talked about the issues that I had

9  found in the voter data and that I was completely shocked by

10  what I had seen and that it was my intention to maybe look

11  around and try to get another analyst to replicate my work,

12  just to double-check me.

13      And when I found out Mr. Somerville was a former FBI

14  special agent and was well versed in statistics and white

15  collar crime and investigations of that nature, that had a lot

16  of appeal to me.  And I asked him if he would be interested in

17  double-checking my work.

18      I would rather have someone point out errors in private

19  than embarrass myself in public.  And the idea of having a

20  former FBI special agent deliberately poking holes at the

21  analysis that I had done sounded like a great idea to me.

22      And so we sort of partnered up.  And I gave him a copy of

23  the data and asked him to just kind of go through, take random

24  samples or however he wanted to approach it, and just see what

25  kind of holes he could poke in it.

1      And it seemed that the harder he looked, the more

2  convinced he became about the quality of the analysis.

3  **Q.**   And when did you start working with him on this data?

4  **A.**   Sometime around November 25th or so.  Somewhere in that

5  range.  I'm not 100 percent sure when the conference call was

6  that we met on or what the exact date was that we started

7  collaborating.

8      But it was somewhere right around there because the NCOA

9  analysis that I ran, the certifications are dated for, I

10  believe, November 25th.  So somewhere right around that area.

11  **Q.**   So between November 25th and let's say the runoff, about

12  how much did you communicate with Mr. Somerville?

13  **A.**   A tremendous amount.  We -- other than -- other than the

14  main issue that I asked him to take a look at, there were a lot

15  of other interests that we had in terms of examining the voter

16  data.

17      One of those was we got interested in looking at people

18  that were -- multiple people that were registered at the same

19  address.  And there were some -- there was one address in

20  downtown Atlanta that had over 2,000 folks registered at it.

21  And it was a pretty small building.  And there was just many,

22  many, many examples of that.

23      And I had the same concern over that that I had over

24  people registering at commercial mail receiving agencies, which

25  we also found.  And that is whether or not those folks could

1    even possibly be properly districted.

2        I mean, if you've got over 2,000 people registered at an

3    address that can't possibly house that many folks, you know, it

4    looks like it was a nonprofit.  And I don't have any issues

5    whatsoever with, you know, homeless people having a mailing

6    address at a nonprofit somewhere.  That is not a problem that I

7    have.

8        However, when they use that as a physical registration

9    address and they may actually be living, or laying their head

10   at night, anyway, miles away, they could be in a completely

11   different district than those facilities are located in.

12       And the same thing with the commercial mail receiving

13   agencies.  Somebody can rent a box and disguise it as an

14   apartment in the address and register to vote there.  And

15   nobody actually lives at a UPS store.  They live somewhere

16   else.  They may live in the same building.  They may live miles

17   away and have a box there because it is convenient to their

18   business or something.

19       But there's just no way to rest assured that they are

20   properly districted.  And I think it is one of the reasons that

21   Georgia law requires us to be registered at our actual physical

22   address.

23   **Q.**   Did you have a name for this particular analysis or

24   project?

25   **A.**   Well, it is CMRA.  That stands for commercial mail

1  receiving agency.

2  **Q.**  I'm sorry, Mr. Davis.  The general project of looking

3  through this data, I believe you had a certain pet name for it?

4  **A.**  Oh, yeah.  Operation Boswell.

5  **Q.**  Can you say that again?

6  **A.**  Yeah.  Operation Boswell.

7  **Q.**  Why did you name it that?

8        MS. MORRISON:  Objection, Your Honor.  Relevancy to

9  the reason for why he named it that.

10        THE COURT:  That's fine.  I would like to hear why he

11  named it that.

12  BY MR. POWELL:

13  **Q.**  You can answer.

14  **A.**  It was kind of a tongue-in-cheek reference to the voter

15  and voter rolls that hold the lowest voter registration number.

16  I think Mr. Boswell was voter registration number two.  And he

17  has been a Georgia voter for many, many, many years.  And

18  because the voter database usually --

19        THE COURT:  I think that's all I need to know right

20  there.  I know.  He's told me why he did it.

21        MR. POWELL:  All right.

22  BY MR. POWELL:

23  **Q.**  Mr. Davis, did you do anything with this Boswell analysis?

24  **A.**  It was a series of queries.  The CMRA itself was one.

25  Multiple people registered at the same address.  We had a great

1   big long list of addresses where there were at least 50 people

2   registered at the same address.

3        And we did all kinds of other queries, just looking at

4   different potential issues.  And when we found them, we would

5   sometimes boast about them on social media, to try to make

6   people aware of what we were looking at and what we're

7   studying.

8        But the idea was to protect Mr. Boswell's votes from being

9   degraded by anybody that was voting in the county that was

10  unqualified to do so.

11  Q.   Did you give your analysis to anyone in the Government?

12  A.   The analysis that I did of the 2020 general election

13  eventually went to the Secretary of State's office.  It was a

14  few months later.  And the reason for that was because I

15  continued to monitor those voters.

16       And what happened was after the election, thousands and

17  thousands of them started coming in and formally updating

18  either their driver's license, their voter registration --

19            MS. MORRISON:  Objection, Your Honor.

20            THE COURT:  Hold on.  Hold on.

21            MR. POWELL:  Mr. Davis, hold on a moment.

22            MS. MORRISON:  To the extent that Mr. Davis is

23  talking about analyses, that -- that's hearsay.

24            THE COURT:  Was it his analysis?

25            MR. POWELL:  Yeah.  That's my understanding.

1        THE COURT:  That's my understanding.  It was his

2   analysis.

3        MS. MORRISON:  But what underlying data related to

4   where those voters moved and the data about where their

5   addresses would be, would be hearsay.  And that's not

6   Mr. Davis' analysis.

7        THE COURT:  Well, but he's -- yeah, she's right about

8   that.  If you're getting information from somewhere else, then

9   that's hearsay.

10        MR. POWELL:  Well, Your Honor, again, it's not

11   offered for the truth of the matter, but just to walk him

12   through his process of dealing with the file.  We're going to

13   get to what decisions that led him to make about the

14   challenges.

15        THE COURT:  He can testify about it, but he can't use

16   the information.  He can't say, well, there was 50 people here,

17   60 people there.  He can say based on the analysis I made, this

18   is what I did.

19        MS. MORRISON:  Your Honor, can I say one other thing?

20        THE COURT:  Sure.

21        MS. MORRISON:  As Mr. Davis just testified, this

22   analysis was sent to the Secretary of State months after the

23   election.  So I'm not entirely sure how that's relevant to the

24   challenges that he filed before the runoff election.

25        MR. POWELL:  Well, I think it's relevant to the fact

1    the Secretary of State respects his work enough to ask for it.

2              MS. MORRISON:  That's not -- there is no foundation

3    to that, Your Honor.

4              THE COURT:  I don't remember him saying -- he said

5    Cathy Cox asked for it in 2002.  But he didn't say that

6    Brad Raffensperger asked for it in 2020.

7              MR. POWELL:  All right.  Well, we can --

8              THE COURT:  So I'm sustaining the objection on the

9    basis that he can't get into numbers because it's hearsay.  But

10   he can say based on the analysis that I did, this is what I

11   did.  But he just can't get into the specific information.

12   BY MR. POWELL:

13   **Q.**   So based on the analysis that you had done on Operation

14   Boswell, what did that lead you to do next?

15   **A.**   Well, as I -- as I spoke about earlier, we realized that

16   the issues that we saw with the general election were very

17   likely to repeat going into the runoff election unless

18   something was done.  And the only avenue that I saw that could

19   potentially get something done about it was through voter

20   challenges.

21        And so we began to discuss seriously the idea of trying to

22   coordinate some voter challenges and then how that would look,

23   what form it would take, who we would and would not challenge,

24   those kinds of issues.

25        And gradually it kind of took shape.  We ran a whole lot

1636

```
 1   of queries.  We did a lot of studies of the data and sort of

 2   formulated our plan.  And that plan was to basically very

 3   narrowly tailor challenges.

 4       And the theme was that we would try to limit our

 5   challenges to folks who had arguably already cast ballots in

 6   the general election with potential residency issues.  And that

 7   way, it would limit the size of the challenge and hopefully

 8   make it more likely that a county board of elections might

 9   actually accept the challenge.

10       Ultimately, it is not really what happened very often.

11   But we tried.  We did our best.

12   Q.   When was it you decided to look into supporting potential

13   Section 230 challenges?

14            MS. MORRISON:  Objection, Your Honor, to the extent

15   that Mr. Davis hasn't stated what section of the code he has

16   filed the challenges, so there is just lack of foundation as to

17   that point.

18            THE COURT:  Okay.  Ask him what section.  Sustained.

19   BY MR. POWELL:

20   Q.   Mr. Davis, what section of the Georgia code relates to

21   elector challenges?

22   A.   Well, there's two different kinds.  There's OCGA 21-2-229

23   and OCGA 21-2-230.  And 229 is a challenge to a voter's

24   registration.  And 230 is a challenge to their qualifications

25   to cast a ballot in a particular election.  And we chose to
```

1  encourage voters that we were working with to do 230

2  challenges.

3  **Q.**   And when did you decide to do that?

4  **A.**   I couldn't give you a specific date.  But I think the idea

5  of doing that started to take shape in early December.

6  **Q.**   And by what date were your challenges narrowed down and

7  ready to go?

8  **A.**   The files were output between about 10:30 and 11:00 A.M.,

9  on December the 15th.  In other words, our plans, our criteria,

10 all of that stuff was basically cast in stone and memorialized

11 before noon on December 15th, 2020.

12 **Q.**   What were your goals regarding facilitating potential

13 challenges?

14 **A.**   The primary one was to draw attention from our elected

15 officials and boards of elections, Secretary of State's office,

16 the state board of elections, legislators.  We wanted to draw

17 attention to these residency issues because, for a number of

18 reasons, I think they are very serious.  And they need

19 attention.  And we need to keep voters from being in that

20 situation that they were in.

21      As I said before, there were about 110,000 voters who,

22 according to the data, had moved from one county to another and

23 had not reregistered in time in their new county.

24      And under the NVRA, when the Secretary of State does his

25 usual list maintenance, he is required to notify voters who

change jurisdictions, which in our case is a county or
municipality -- he is required to notify them about how they
can update their registration and continue voting.

So one of the potential solutions that I've advocated for
is to get proactive with that.  The Secretary of State's office
could do the exact same analysis that I did before the
election, well before the election, and they could send a
letter to these folks that says, hey, look, you may have moved
to a new county.  If so, we want to make sure you knew that
under Georgia law you have got to reregister.  You will be
assigned to a new precinct and all of this.

And hopefully get those folks to take a few minutes just
to jump online and update their voter registration so that all
110,000 of them can vote.

So the thing that really galled me about this is that you
had folks who were willing to break the law who got to vote and
folks who were obeying the law that didn't.  And that just
seemed categorically unfair to me.

So I want to try to fix the problem to where everybody can
vote lawfully where they are supposed to vote and for the
people who actually represent them.

Because one of the other biggest problems here is that
when folks vote in the wrong county, they are often voting in
the wrong legislative district.  94 percent of these folks
would have been offered a ballot in a house district they don't

```
 1   live in.  86.5 percent in senate --
 2            MS. MORRISON:  Objection, Your Honor.
 3            THE COURT:  Hold on.
 4            MR. POWELL:  Hold on, Mr. Davis.
 5            THE COURT:  Mr. Powell, tell him he can't quote the
 6   numbers because he's getting the numbers from someone else,
 7   which makes it hearsay.
 8            MR. POWELL:  Understood.
 9            THE COURT:  He needs to testify to what he did based
10   on what he's seen.
11            MR. POWELL:  Yeah.  We don't need further elaboration
12   of --
13            THE COURT:  Hold on.  Hold on.
14            MR. POWELL:  -- the actual numbers.
15            MS. MORRISON:  Just for the record, I would like
16   that -- Your Honor's ruling to also apply to the statement
17   Mr. Davis made a couple of sentences ago about 110,000 voters
18   that had moved between counties as well.
19            THE COURT:  So noted.
20            MR. POWELL:  Thank you.
21   BY MR. POWELL:
22   Q.   Mr. Davis, you mentioned the NVRA and I think its
23   limitations that it imposed on the Secretary of State.
24        Did you develop an understanding of how the NVRA applied
25   to what you were trying to do?
```

**A.**    What was that last part?

**Q.**    Did you develop an understanding of how the NVRA applied
to what you were trying to do?

**A.**    I'm very familiar with the NVRA.  And I'm very familiar
with the limitations that it places on a Secretary of State.
There's a delicate balancing act between our state laws and the
NVRA.

     Does that answer your question?

     Or I'm not sure where we're going with this.

**Q.**    Well, I just wanted to have an understanding of what you
thought the NVRA's applicability was to what you were trying to
do.

**A.**    I didn't see that it applied.  The NVRA prohibits a
Secretary of State from performing certain list maintenance
activities within 90 days of an election.

     I don't see where that applies to OCGA 21-2-230, which
permits a voter's qualifications to be challenged right up
until the date of the election.  So I don't really see where
that applies.

     Now, there was kind of a meme that went around from county
to county to county where they declined to take challenges
because they claimed that to do so would constitute list
maintenance under the NVRA.

     But I didn't think that was accurate.  And there were a
lot of attorneys out there also who didn't think that was

```
 1   accurate.
 2   Q.   Did you intend for any voters to be removed from the voter
 3   rolls through your challenges?
 4   A.   No.
 5   Q.   Did you think they could be?
 6   A.   No, they can't be.  Under the NVRA, you can't remove
 7   people from rolls during that blackout period.  And there is an
 8   entire process that you have to go through before that can even
 9   happen.
10        Typically, if you verify certain information about a
11   voter's change of residency status, you may be able to remove
12   them immediately.  But by and large, a lot of them are on
13   inactive status for two federal election cycles.  So it can
14   take years to remove a voter from the rolls.
15   Q.   Does a voter's appearance on the NCOA mean that they are
16   ineligible to vote?
17   A.   No, it does not.  And we've never made that argument.
18   What we have said is that when NCOA information provided by
19   that voter to the Postal Service is in conflict with the
20   information on file with voter registration, the argument we
21   made basically is that that constitutes probable cause for a
22   board of elections to do their own inquiry into these issues
23   and find out what is going on to try to get to the bottom of
24   it.
25   Q.   What did you understand Section 230's challenge -- I'm
```

1    sorry -- standard for filing a petition was?  What's the 230

2    standard for filing a petition, in your view?

3    **A.**   Well, the filing has to be in writing and it has to state

4    an argument for probable cause.  And that is my understanding.

5    And at that point, it is really up to the county to determine

6    whether or not they find probable cause or not.  It is entirely

7    up to their purview.

8    **Q.**   Did you interact with any of the potential challengers who

9    came forward to speak with your group?

10   **A.**   I heard from people that were interested in doing it.  But

11   I was so busy doing data processing work and queries and all of

12   this other kind of stuff that was going on, Derek and I kind of

13   divided up our areas of responsibility and coordinating with

14   who was going to do a challenge where because sometimes we had

15   more than one volunteer for a particular county.

16        And so we felt like it would be best if one person kind of

17   coordinated that to a point.  And that was kind of Derek's

18   designated area of responsibility.

19   **Q.**   Let's talk a little bit about the scale of your

20   challenges.

21        Did you make a decision about how much time you would

22   spend researching the background and personal information of

23   the voters on your list?

24   **A.**   Well, I thought we had to be very careful there because if

25   we got too intrusive into somebody's business, then the

argument could be made that we were harassing people or that we were intimidating people, or, you know, any of that kind of stuff.

And, you know, we didn't -- we didn't feel like that was the appropriate way to handle this stuff. We felt like we would just follow the statute and make an argument for probable cause.

Because the boards of elections, they have a lot of tools that we don't have. And they can lawfully use those tools without getting a whole lot of questions about, you know, their methods or any of that kind of stuff.

You know, at the time, in 2020, Georgia was still using the eNet system. And there is quite a bit of information in there. You've got driver's license information. You've got notes that people have made. You've got changes that people have made over the years.

And it logs who made the changes and why and -- and they had contact information. There's phone numbers, and there's emails. There's just a -- there is a wealth of information that the boards of elections have access to that we don't.

Now, we may have been able to spend some money and get access to some of that kind of information. But again, I feel like it can get a bit intrusive to get too far into that kind of stuff.

And, you know, we never set out to hassle anybody or

1    intimidate anybody or cause anybody distress or anything of

2    that nature.  So we didn't talk to anybody.  We didn't contact

3    them.  We didn't mail them anything.  You know, we didn't do

4    anything beyond basically deciding who should and shouldn't be

5    involved in the challenge data.

6        And then when we had a volunteer that was wanting to file

7    it in their particular county, we would turn it over and

8    basically just let the board of elections handle it from there.

9    We felt like that was the appropriate way to handle things.

10   **Q.**   Given what you were saying about the boards of election

11   looking into making inquiries to determine probable cause, did

12   you have any concern that a couple hundred thousand potential

13   challenges could overwhelm the boards of elections or

14   precincts?

15   **A.**   Georgia has great big counties, and it has got

16   little-bitty counties.  And the challenge data tended to

17   reflect that.  It was typically a large file for a large county

18   and a smaller file for a smaller county.

19       And all in all, through the data, I believe that our

20   average challenge was about 250 voters per county.  Of course

21   in the larger counties, it would have been larger.

22       But, you know, at one point I remember taking note of the

23   fact that there were precincts in Fulton County that were

24   larger than some actual counties in their entirety.

25       And so I felt like that was again something to leave to

1   the boards of elections to make their own decisions on whether

2   or not they felt like they had the capability to take on a

3   particular challenge and had the will to do it and just kind of

4   left that decision to them.

5   Q.   At the time you were preparing your potential challenges,

6   did you think that a board of election could get any use from

7   the information if they didn't accept the challenge?

8   A.   I think a lot of them, even if they didn't accept our

9   challenge, were very interested in what we had given them.  And

10   I think if nothing else, it generated a lot of talk and had a

11   lot of people interested in this set of issues that the

12   challenges had raised.

13        And a lot of the legislators, a lot of elected officials,

14   a lot of county people, so I think even if -- even if some of

15   the counties -- well, a lot of the counties -- well, most of

16   the counties, even if they didn't accept the challenges, I

17   think they benefited from becoming aware of them.

18   Q.   What did you understand would happen to any voter whose

19   board of election accepted the challenge when they showed up to

20   vote?

21   A.   They would just simply be asked to provide additional

22   information to verify their residency.

23        Different boards of elections handled it different ways.

24   I believe, for example, some boards, if they had received the

25   challenge and there was a UOCAVA possibility on there, I think

1  they might actually clear that challenge, maybe without even

2  talking to that voter.

3       Other counties might request additional communication from

4  the voters to confirm that they actually do live where they are

5  registered.  And again, it's really up to the board of

6  elections how they approached that stuff.

7  **Q.**   Did it occur to you that a voter who showed up at the

8  polling station to vote after having filed an NCOA and having

9  the board of elections accept the challenge that that voter

10 would be surprised by what they heard?

11           THE COURT:  Hold on.

12           MS. MORRISON:  Objection, Your Honor.  That's a

13 leading question.

14           THE COURT:  That is a leading question.

15           Rephrase your question.

16 BY MR. POWELL:

17 **Q.**   Did you expect any particular amount of surprise to a

18 voter from receiving a challenge?

19 **A.**   Not really.  They knew they had moved, especially if they

20 knew they had moved to a new county.  I don't see why that

21 would be a big surprise.  In many instances, they may have

22 already received contact from the Secretary of State's office.

23      As an example, last year, my understanding is -- between

24 the runoff and the beginning of that 90-day blackout period, my

25 understanding is that the Secretary of State did their own NCOA

1  run.  And then they mailed out those confirmation letters where

2  they asked the voter, hey, did you move, you know, that kind of

3  thing.

4          MS. MORRISON:  Objection, Your Honor.

5          THE COURT:  Hold on.

6          MS. MORRISON:  His testimony about what the Secretary

7  of State's office did in terms of sending out letters to voters

8  is also hearsay.

9          THE COURT:  It is.  Sustained.

10  BY MR. POWELL:

11  Q.   Mr. Davis, did you communicate with Mark Williams about

12  any potential petitions?

13  A.   About what?

14  Q.   About filing any petitions or challenges.

15  A.   Not that I recall, no.

16  Q.   Did you communicate with Ron Johnson about filing any

17  challenges?

18  A.   No.

19  Q.   Did you communicate with James Cooper about filing any

20  challenges?

21  A.   No.

22  Q.   Do you know in about how many counties your list was used

23  as a starting point for any potential challengers to develop

24  their own challenges?

25  A.   I don't think it was very many.  I don't personally know

 1    that.  Derek coordinated that kind of thing.  And I don't know

 2    exactly how many -- in how many counties the attempt to file a

 3    challenge was made.  I'm only aware of one where it was

 4    actually accepted.

 5              THE COURT:  Mr. Powell, ask him did he contact or

 6    have any communication with Representative Boling or

 7    Dan Gasaway.

 8              MR. POWELL:  Gasaway?

 9              THE COURT:  Gasaway.

10              MR. POWELL:  I'm sorry.  I didn't hear the first part

11    of your question.

12              THE COURT:  Boling.  The first person is

13    Representative Boling.  I forgot Boling's first name.

14    BY MR. POWELL:

15    Q.   Did you have any communications with Representative Boling

16    about challenges?

17    A.   No.

18    Q.   Do you know where he carried challenges?

19    A.   I'm wanting to say Banks.  But I'm not certain about that.

20    I think it was Banks.

21    Q.   And did you have any communications with Dan Gasaway about

22    challenges?

23    A.   Yes.  He did contact me and told me that he was interested

24    in potentially filing a challenge in Banks, which is his

25    county.  And I referred him to Derek.  I had no idea whether we

1   already had somebody in Banks or not.  But I just left that

2   between him and Derek.

3   **Q.**   Do you know whether he filed a challenge based on your

4   list?

5   **A.**   My understanding is that he filed a challenge.  It may or

6   may not have been the same as we designed it.  When I output

7   the challenge data, I output PDFs that people could file,

8   that's if they wanted to do that after reviewing the challenge

9   data.

10      But I also output Excel spreadsheets so people could

11   delete folks off the challenge list on their own if they knew

12   that that person had moved away temporarily or what have you.

13   We made both available.

14      And, you know, what exactly Dan did, I'm not entirely

15   certain.  You know, we also had suggested a transmittal letter

16   that, you know, was again just a suggestion.  It was optional.

17      People could write their own.  People could basically do

18   their own thing if they chose to do that.  Exactly what Dan

19   did, I -- did or did not do, I don't know for sure.

20   **Q.**   Mr. Davis, what did you believe about the NCOA being able

21   to have any bearing on someone's intent to move out of their

22   county permanently?

23   **A.**   I think it had a great deal.  People like to talk about

24   NCOA being unverified and all these kind of claims.  But the

25   problem with NCOA, it costs $1.10, and you can pay for that

1    with a debit or credit card so they can verify your identity.

2        And then after that, the Postal Service emails and snail

3    mails, if they an email address for you, a confirmation letter.

4    And it contains a link and a code that the postal customer can

5    use to control their own change of address information,

6    including the move effective date.

7        And then shortly before the move effective date, they send

8    another round of confirmation emails and letters.  And so

9    there's a number of steps they take to confirm the change of

10   address information.  And I think that it winds up being very

11   accurate.

12       Getting our mail is very important to all of us.  We want

13   our bills so we can pay them on time.  We want to get checks,

14   if we're owed money from somebody.  We have a lot of really

15   good reason to ensure that our change of address information is

16   accurate.  And, of course, if it is not accurate, we can change

17   it or cancel it.

18   **Q.**   Did you consider simply having a challenge list made up of

19   NCOA results?

20   **A.**   Not really.  We -- we combined -- well, we used a lot of

21   other data sources to help refine our challenge list.  We

22   deliberately made a whole lot of cuts.  Our goal was to

23   challenge as few people as possible.  But the ones we were

24   going to challenge, we wanted to make sure were as legitimate

25   as possible.

1       And we didn't want to be a burden on either voters or

2   county boards of elections any more than we thought was

3   necessary.  So our goal was to be as accurate as possible.

4       So we didn't see a reason to challenge inactive voters.

5   We didn't see a reason to challenge a number of other

6   categories.

7       When it comes to people moving, there's really three

8   tranches.  There's folks who tell the post office they are

9   moving out of state, folks who tell the post office they are

10  moving within the state from one county to another, and then

11  there's folks who move within the same county.

12      That last tranche is not really an issue.  If you move

13  within the same county, you can just update your information

14  and vote.  Because if -- and one of the things that our

15  residency laws are trying to ensure is that, you know, we're

16  voting for the folks in our county.  Like, when we elect a

17  sheriff or a district attorney or county commissioner or school

18  board, you know, we're supposed to be voting for the ones that

19  represent us in our county, not somebody else's county.

20      So when we vote for a tax increase, you know, it is

21  supposed to be on us, not on somebody else's county, so anyway

22  ...

23  Q.  Mr. Davis, did you -- would you have viewed it as a

24  sufficient basis to have a board of election do an inquiry of

25  just a few -- you had the National Change of Address Registry

1    as your source?

2    **A.**    I think it demonstrates probable cause for an inquiry if

3    the board of elections sees that.  If they don't agree, they

4    can simply reject the challenge.

5        But, yeah, I think when a voter tells the United States

6    Postal Service that they are moving out of state or to a new

7    county and that doesn't jibe with how they are registered to

8    vote, then I think that a county of board elections might see

9    probable cause to do an inquiry and try to get to the bottom of

10   exactly what is the rest of the situation.

11   **Q.**    Mr. Davis, you mentioned that you had removed inactive

12   voters.

13       Do you recall how many?

14   **A.**    Off the top of my head, I believe it to be in the hundreds

15   of thousands.  I don't know the exact number.  I tried to

16   memorize all these facts and figures, but it is difficult and

17   sometimes they escape me.

18       But the -- when we ran NCOA on the voter database

19   originally, we had about 580,000 records that came back with a

20   really good clean pass on CASS certification and also a good

21   clean match to an NCOA change of address.

22       And we whittled that 580,000 down -- for various reasons

23   down to about 49,000 and some change.  And we did that by

24   taking out the inactive voters, people who had not voted in the

25   general election, people who had moved within the same county

1    that they originally were living in.  We did a pass against the

2    absentee voter database so that we could eliminate UOCAVA

3    voters who are all military or spouses.

4        We -- we made a number of cuts.  I can't even remember all

5    the cuts.  But we tried to whittle it down as best we could so

6    that our challenges were just as credible as possible.  We

7    didn't want the county boards of elections to receive them and

8    feel like we were wasting their time.

9    **Q.**   Mr. Davis, if an inactive voter were to show up at the

10   voter -- voter -- voting station, what did you expect would

11   happen?

12   **A.**   My understanding is that they basically clear that status.

13   You know, if they are --

14            THE COURT:  Why are we talking about inactive voters?

15            MR. POWELL:  Just -- just why he was excluding them

16   from his list.

17            THE COURT:  Why don't you ask him that question

18   rather than what's going to happen if they show up to vote.

19            MR. POWELL:  All right.

20   BY MR. POWELL:

21   **Q.**   Well, let me -- let me ask why you excluded inactive

22   voters and what your understanding was of why that would make a

23   difference.

24   **A.**   Well, in order to return to active status, the county

25   would -- would want to speak to them potentially about their

1    residency.  It depends on why they were put in inactive status.

2        If it was for NCOA, then the county would want to confirm

3    their residency, which is what we would be asking them to do in

4    a challenge anyway.  So I didn't see any purpose in challenging

5    inactive voters.  That -- I don't suppose it hurts anything.

6        I mean, there were about 20,000, by my count, that

7    returned from inactive status to active status in the general

8    election of 2020.  So it -- I don't think it hurt anything.

9        But it doesn't seem like to me there was a really good

10   reason to do it.  And, again, our idea was we wanted to

11   challenge folks who had arguably already cast the ballot with

12   residency issues in the general election.

13       Now, there were a few that prior to the general election

14   were classed as inactive.  But if they cast a ballot in the

15   general election, they had to have been returned to active

16   status in order to do so.

17       So by definition there were a few that were on our list

18   that were previously classed as inactive but would have been

19   returned to active status by the time we had cast our challenge

20   data in stone, if that makes sense.

21   **Q.**   Why did you remove from your list any voters who had not

22   voted in the 2020 general election?

23   **A.**   We didn't feel like people would be likely to vote in the

24   runoff.  In fact, I'm not even certain that they could vote in

25   the runoff if they didn't vote in the general.

```
 1        I did a little bit of a study on that.  I pulled the voter

 2   history trailers for the runoff and for the general and

 3   compared them.  And I --

 4             MS. MORRISON:  Objection, Your Honor.

 5             THE COURT:  Hold on.

 6             MS. MORRISON:  Hearsay to his testimony about the

 7   voter history trailers and all the other data that we don't

 8   have.

 9             THE COURT:  He can't testify to the data, Mr. Powell.

10   That would be hearsay.

11             MR. POWELL:  All right.  It's still not for the

12   truth, but we can move on.

13             THE COURT:  He can say he looked at the data and

14   based on the data this is what he did.

15   BY MR. POWELL:

16   Q.   Over what period of time were you working on the challenge

17   list with Mr. Somerville?

18   A.   I would say maybe a week or two at the beginning of

19   December.  And I don't mean to be intentionally vague.  I don't

20   remember when the conversation shifted from the theoretical to

21   let's get busy and work on this.

22   Q.   About how many --

23   A.   I don't remember exactly.

24   Q.   I'm sorry.  Go ahead.

25   A.   I just don't remember exactly when that took place.  But I
```

1  believe it was in the first couple of weeks of December.

2  Because by December 15th, we had it in the can.

3  **Q.**   Do you remember about how many hours a day you were

4  working on the issue?

5  **A.**   Well, I have a business to run as well.  And I was very

6  busy with business, especially campaign work at the time.  So

7  it all kind of became a blur.  But I spent a lot of time during

8  the day when it was available, a lot of evenings, a lot of

9  weekends.

10     We spent -- we spent a lot of time on all of this stuff.

11  And, again, a lot of it was devoted to understanding the issues

12  that happened with the general election.  But then even when we

13  shifted towards our challenge data, we checked and checked and

14  rechecked and checked again.

15     And, you know, we ran queries for this, that, and the

16  other thing and debated, you know, do we cut this group or do

17  we cut that group.  You know, again, our goal was to try to

18  hone it down to kind of a fine point, you know.

19     We wanted to challenge people that we thought legitimately

20  deserved to be challenged.  We felt like the board of elections

21  should take an interest in doing an inquiry as to some of this

22  data.  It was compelling.  And we found it compelling.  We

23  thought they would find it compelling and that they would --

24  they would want to inquire about the residency status of these

25  folks.

1    Q.    Did you target specific counties for any particular

2    challenges?

3    A.    No.  No.  I generated a PDF and Excel spreadsheet for all

4    159 counties.  And if you will check the discovery documents

5    that were provided, it is easy to note that they were all

6    generated in sequence in order by county, if you look at the

7    date and timestamp.

8         I basically had a little program that went into a loop,

9    spit them out one after the other in order by county.  And

10   obviously we were hoping to have volunteers in all the

11   counties, but we didn't get them.  And even the counties where

12   we did have volunteers, they didn't always accept them.

13        And, you know, the effort was nowhere near as successful

14   as we had hoped.  But it is what it is.

15   Q.    Did you target voters on the basis of any demographic

16   factors like race?

17   A.    No.

18   Q.    What about gender?

19   A.    No.

20   Q.    Political party?

21   A.    No.  But one of the great ironies was Banks County was, I

22   believe, the top Trump county in 2016.  And so I think most of

23   the votes that were challenged in Banks County were probably

24   Trump voters.

25   Q.    Mr. Davis, did you know anything about True the Vote's

1  list-building process?

2  **A.**    No.  I heard something about it later.

3      But Derek met them for dinner on December the 15th in the

4  evening, and I was unable to attend.  So I didn't go.

5      The next day we had a conference call with Gregg Phillips.

6  It was fairly brief and kind of introductory.  And the press

7  release that they issued went out a few days later.  I'm

8  wanting to say on the 18th.  I may be wrong about that.

9      And then as far as I can tell, it looks like Fair Fight

10  decided who to sue based on who was named in that press release

11  and a few days later filed suit.  And then we were served with

12  the lawsuit on Christmas Eve.

13      So you're talking about, I guess, a nine-day period there.

14  So it was really a short duration.  And I really don't know

15  those folks very well.

16      I got on a conference call that Catherine hosted.  I was

17  just interested in kind of keeping up with what they were

18  doing.

19      The analogy that I used in the deposition was a homeless

20  charity.  There was a lot charities that one helps the

21  homeless.  And some people, you know, want to feed them.  Some

22  people want to clothe them.  Some people want to help them get

23  jobs.

24      You know, and they all have kind of different philosophies

25  but a shared kind of common goal.  It might be friendly,

1  quote-unquote, competitors for resources or donations or

2  donors, that kind of thing.

3      But -- and that was the way I viewed them.  I was

4  interested in what they were doing because I was generally

5  interested in the election integrity period.

6      And so, you know, I wanted to keep up with what they were

7  doing.  But what they were doing had no influence on what we

8  were doing and vice versa.

9  **Q.**   Did you have concerns about the potential size of their

10 challenge list?

11 **A.**   It was broader than I would have personally done myself.

12 But that was -- that was their decision.  I felt like the

13 larger the challenge the more likely the board of elections

14 might be to turn it down.  And so, you know, there was that

15 danger.

16      But I never -- I never got the feeling that their

17 challenges were, you know, completely illegitimate or, you

18 know, anything like that.  Again, it's not quite what I would

19 have done.  But that is their business.  You know, we did our

20 thing.  They did their thing.  And I know folks would like to

21 conflate the two.  But that's how it was.

22 **Q.**   Mr. Davis, how is your energy doing right now?

23 **A.**   I think I'm doing okay.  If I start acting loopy, let me

24 know.  But I can -- I can end up there without realizing it.

25 But right now I think I'm doing all right.

1   **Q.**   Thank you.  Please let us know.

2   **A.**   I would like to use a brief bathroom break.

3          MR. POWELL:  Your Honor, I have just a couple of

4   minutes, and then we can do that break.

5          THE COURT:  That's what I was trying to do, yeah, get

6   finished with your direct.  And then we can take the break and

7   then the cross.

8          Ask him can he handle about four more minutes.

9   BY MR. POWELL:

10  **Q.**   Can you take about four more minutes of this, Mr. Davis?

11  **A.**   Sure.  Oh, yeah.  Sure.

12  **Q.**   Okay.  Did you have interactions with the Georgia state

13  legislature about your residency challenges?

14  **A.**   Well, that was discussed before the Senate Government

15  Oversight Committee.  But I did wind up also talking to a

16  number of interested parties.  Some were staff.  Some were

17  actual legislators.

18      But yeah, there was -- in general, there was quite a bit

19  of interest.

20  **Q.**   Did you speak with any legislators one on one?

21  **A.**   Yes.

22  **Q.**   Do you remember how many?

23  **A.**   Probably not more than a handful, at most.

24      Derek primarily was dealing with that stuff.  You know, I

25  tend to be at my desk more.

1  **Q.**   Did you have communications with anyone in the media about

2  the issues you've been bringing up?

3  **A.**   I did.

4      I was interviewed by Mollie Hemingway for her book that

5  she's published called Rigged.

6      And then Margot Hemmingway [sic] with the Federalist, who

7  is an attorney and adjunct law professor and is now a reporter,

8  she did a number of stories on these issues.

9      There were some bloggers that asked me to come on and talk

10  with them.  There were various other publications that ran

11  stories.  I really can't remember them all.  It was kind of a

12  blur at the time.

13      But in general, I'm happy to talk about election integrity

14  to anybody that will listen.  You know, I think the issues that

15  I see are legitimate.  I think they deserve attention.

16      And, you know, I'm all too happy to -- you know, there's

17  groups I've gone and talked with.  But yes, I have done a lot

18  to try to get the message out about the importance of these

19  issues.

20  **Q.**   Did you speak with a reporter named Justin Gray?

21  **A.**   I did.  Mr. Gray filed an Open Records request to get the

22  data that I had given to the Secretary of State's office.

23          MS. MORRISON:  Objection, Your Honor.  Hearsay.

24          THE COURT:  Hold on.

25          When did he talk to Mr. Gray?  When did he talk to

```
 1   Mr. Gray?

 2   BY MR. POWELL:

 3   Q.   When did you talk to Mr. Gray?

 4   A.   It would have been after May of 2021.  I don't remember

 5   exactly.

 6           THE COURT:  First of all, it's hearsay.

 7           Second of all, it's irrelevant.

 8           MR. POWELL:  That's fine, Your Honor.

 9   BY MR. POWELL:

10   Q.   Mr. Davis, would you ever consider utilizing Section 230

11   to do challenges at scale again?

12   A.   I would not, for a variety of reasons.

13       Number one, congratulations, Fair Fight, you have

14   intimidated this voter.  I will no longer exercise my

15   constitutional right to petition my Government to redress their

16   grievances because it's not worth it.  If I had to pay my own

17   legal fees in this situation, I probably wouldn't be able to

18   retire.

19       Number two, my health isn't so great.  I'm not sure I have

20   another effort in me.  I've had to limit the amount of hours

21   that I can work.  And I'm gradually working towards wrapping up

22   my business and retiring early.

23       But no, I wouldn't.

24   Q.   Well, thank you, Mr. Davis.

25           MR. POWELL:  I think it would be a good time for a
```

    1    break.

    2            How long, Your Honor?

    3            THE COURT:  Let's take a 15-minute break.

    4            Start back at 11:25.

    5            MR. POWELL:  11:25, Mr. Davis.

    6            COURTROOM SECURITY OFFICER:  All rise.  The Court

    7    stands in recess.

    8                **(A brief break was taken at 11:08 AM.)**

    9            THE COURT:  Y'all can be seated.

   10            You may proceed with your cross.

   11                          CROSS-EXAMINATION

   12    BY MS. MORRISON:

   13    **Q.**   Good afternoon, Mr. Davis.

   14        How are you?

   15        Good to see you again.

   16    **A.**   Good to see you as well.

   17    **Q.**   Just before we get started, Mr. Davis, I know it is hard

   18    for you to hear everything going on in the courtroom.  So just

   19    like Mr. Powell was doing, if your counsel interjects or the

   20    Court has something to say, I'll just hold my hand up so that

   21    you'll know to pause.  And then we'll proceed after that.

   22        Does that work for you?

   23    **A.**   Thank you.

   24    **Q.**   Mr. Davis, you're not formally trained in quantitative

   25    analysis or statistics; isn't that right?

1    **A.**    That's correct.

2    **Q.**    And as part of your professional activities, you testified

3    that you engage in direct mailing.

4         But isn't it right that the analysis your company runs and

5    the analysis that you would do for voter integrity matters is

6    quite different?

7    **A.**    They're done for different purposes.  So to that extent,

8    they are different, yes.

9    **Q.**    Thank you.  And as you've testified, you've previously

10   been involved in analyzing disputed elections and issues

11   related to residency and redistricting; right?

12   **A.**    Yes.

13   **Q.**    And would you agree another phrase for disputed elections

14   might be challenged elections?

15   **A.**    Yes.

16   **Q.**    And you would agree it is a different process for

17   analyzing how people moving impact their eligibility to vote

18   when compared to residency and redistricting issues; isn't that

19   right?

20   **A.**    There is a lot of overlap there.

21   **Q.**    But in general, the processes can be different?

22   **A.**    Can you restate the question again?

23   **Q.**    Sure.

24        You previously stated that, you know, you've worked in

25   several cases about redistricting and residency issues.

```
 1        Would you say that running NCOA processing for remapping
 2   individuals where they say they currently live, for those
 3   purposes, is different than analyzing individuals for
 4   understanding whether or not they're residents for a future
 5   election?
 6   A.   I'm having trouble hearing you clearly.  But if I
 7   understand you correctly, I would say that there's a lot of
 8   overlap there, a lot of -- a lot of residency issues happen
 9   that don't involve moving.
10        I have a seen a lot of voters that were improperly
11   districted that stay where they are for years and years.  That
12   kind of thing happens.  But residency issues can and are
13   created when voters move as well.
14   Q.   Up until the 2020 election in November, you had never done
15   statewide data analysis in the context of elections and voting
16   as you testified earlier; isn't that right?
17   A.   This was the first time that I did statewide -- the kind
18   of statewide analysis that I typically do on a smaller scale.
19   That's correct.
20   Q.   And that was a lot more data to process than you have
21   currently worked with?
22   A.   Well, I have always -- not always.  But for many, many,
23   many years I have worked with statewide voter data.  This was
24   just the first time that I took a particular look at a
25   particular set of queries that I normally run on a smaller
```

1   scale.  But I have been building a statewide voter database for

2   going on 30 years now.

3   **Q.**   And you would agree that November 2020 was the first time

4   that you looked broadly at how people moving impacted their

5   eligibility to vote; isn't that right?

6   **A.**   The first time I did it on a statewide basis.

7   **Q.**   Mr. Davis, you would agree that no one independently

8   verified the analysis that gave rise to the challenges you

9   filed; right?

10  **A.**   We did have another party run NCOA on the same voter data.

11  Unfortunately, the NCOA that I used goes back 48 months.  And

12  the NCOA that they used went back like 18 months.

13       So while they found somewhat similar results, that effort

14  was not particularly valuable.  It was interesting.  But it

15  wasn't -- it wasn't really apples and apples.  It was more

16  apples and figs.

17  **Q.**   Mr. Davis, do you recall responding to interrogatories in

18  this case?

19  **A.**   Yes.

20  **Q.**   So if we could just pull up Plaintiffs' Exhibit 56, which

21  has already been admitted.

22            MS. MORRISON:  Your Honor, may I approach?

23            THE COURT:  Yes.  You can hand it to Ms. Wright.

24  BY MS. MORRISON:

25  **Q.**   So, Mr. Davis, can you see your -- the screen with the

1  document in front of you?

2  **A.**    I can.

3  **Q.**    Okay.

4         MS. MORRISON:  And if we can go to Page 8.

5  BY MS. MORRISON:

6  **Q.**    At the bottom of the page, Mr. Davis, do you see an

7  interrogatory asking you to describe in detail what research,

8  if any, you conducted for purposes of identifying voters to

9  include in the Georgia elector challenges?

10        Do you see that?

11 **A.**    Yes.

12 **Q.**    And on the subsequent page, Pages 9 and 10, you list out a

13 series of steps that you took; isn't that right?

14 **A.**    Yes.

15 **Q.**    And if we go to Page 11 in that first paragraph, you then

16 again summarize the steps you took as laid out in

17 Interrogatory 2; isn't that right?

18 **A.**    Yes.

19 **Q.**    And so, Mr. Davis, based on your answers here you used

20 NCOA data.

21        Two, you limited voters based on those who cast ballots in

22 the general election.

23        Three, you removed voters whose change of address had

24 likely already been evaluated by the Secretary of State prior

25 to June of 2019.

1       Four, you identified UOCAVA voters.

2       And, five, you identified military voters on bases that --

3   to the best of your ability.

4       That's right; correct?

5   **A.**   There were more cuts than that.  But yeah, those cuts were

6   made.

7   **Q.**   And so you were referring to other cuts.

8       Why did you feel it wasn't necessary to disclose that in

9   your interrogatory responses here?

10  **A.**   I'm not for certain that I didn't.  If you go back to the

11  steps that you showed a minute ago --

12  **Q.**   Sure.

13  **A.**   -- I'm not sure I didn't disclose that.

14      Can you go to the next page?

15      It says here that we removed P.O. Boxes.  We removed

16  UOCAVA voters.  And I contacted Derek so he could remove as

17  many military bases as he could.

18      I may have neglected to put all the cuts we did in there.

19  **Q.**   Thank you, Mr. Davis.

20  **A.**   Yeah, we --

21  **Q.**   So you did not screen or scrub for student voters; isn't

22  that right?

23  **A.**   I'm sorry.  I'm having trouble hearing you.

24  **Q.**   Did you screen or remove student voters from your voter

25  list?

1    **A.**    Some, yes.  The issue with students is that many of them

2    file permanent change of addresses when they are really

3    intending to move temporarily.  And the only way to really get

4    to the bottom of that is to allow the board of elections to

5    look into it.

6    **Q.**    So, Mr. Davis, your testimony today is that you did remove

7    student voters from the voter challenge lists?

8    **A.**    I'm not saying we removed all of the student voters, but

9    we did remove some, yes.

10   **Q.**    So, Mr. Davis, do you recall giving a deposition in this

11   case, two, in fact?

12   **A.**    Excuse me?

13   **Q.**    Do you recall giving two depositions in this case?

14   **A.**    Yes.

15   **Q.**    And you were present at both depositions?

16   **A.**    Yes.

17   **Q.**    There was a court reporter there as well?

18   **A.**    Yes.

19   **Q.**    And you were under oath?

20   **A.**    Yes.

21         MS. MORRISON:  So if we could pull up the deposition

22   transcript from October 2021.  And if we go to Page 149, Lines

23   18 through 22, and then 150, to Line 1.

24   BY MS. MORRISON:

25   **Q.**    Mr. Davis, you were asked starting on Line 19 -- 18, and

1  did you do any similar scrubbing for other reasons, a person

2  who could be in a similar situation?

3       For example, people who are registered and on a college

4  campus?

5            And then you responded, not that I recall.

6            So as of October 2021, about just a couple of months

7  after you put together the challenge list, you could not recall

8  removing student voters.

9            And yet your testimony today is that you can now

10 recall removing student voters; is that right?

11 **A.**   Well, your question is, did you do any similar scrubbing

12 for other reasons.  So in context, perhaps I misunderstood the

13 question.  We made a lot of cuts to the challenge list.  We

14 tried to be as less burdensome on the voters and the boards of

15 elections as we could be.

16 **Q.**   But, Mr. Davis, up until today's testimony, you never

17 disclosed what other categories of voters were removed aside

18 from the steps that we just reviewed in your interrogatory?

19      Yes or no?

20 **A.**   I recall discussing this kind of stuff repeatedly.  I'm

21 confused by your question.

22 **Q.**   Mr. Davis, other than removing P.O. Boxes, UOCAVA voters,

23 and voters who were from military bases, you have not at any

24 point in this case disclosed removing other voters such as

25 students; isn't that right?

1          MR. POWELL:  Your Honor?

2          THE COURT:  Hold on.

3          MR. POWELL:  I would like to maybe be a little more

4    clear with the question of whether when she says you she means

5    him personally or his effort with Derek, the two of them.  It

6    is not entirely clear to me which one either of them were

7    referring to.

8          THE COURT:  Be a little more specific on those.

9    BY MS. MORRISON:

10   **Q.**   Sure.  Mr. Davis, when I'm referring to you in this

11   instance, I'm talking about the efforts you and Mr. Somerville

12   took together.

13   **A.**   I know Derek removed some students.  Again, it's really

14   difficult to identify them.  You can have a student who is

15   going after a Ph.D. that is in their late 20s.

16        We had very few young what you would typically consider

17   college-age people on our challenge list from the get-go.  But

18   I know that Derek specifically went through and also removed a

19   number of areas that he thought that folks were more likely to

20   be students in.

21        I don't think we got them all.  There is no field in the

22   voter data or anywhere else that indicates somebody is a

23   student.

24        And at some point you have to just kind of let the board

25   of elections do their inquiry.  And if they learn that a voter

1    is a student, then they can clear their challenge.

2    **Q.**   So just to be clear, Mr. Davis, in your Interrogatory

3    Number 11, you describe Mr. Somerville removing voters based on

4    military bases.

5         But there is no other steps that you disclosed as to other

6    removals that he would have done, as you just described?

7         Yes or no?

8    **A.**   I may not have remembered them all at the time.

9    **Q.**   Thank you.

10   **A.**   That is possible.

11   **Q.**   Now, Mr. Davis, if we can go back to Page 10 of your

12   interrogatories and look at Number 13.

13        Would you agree that the 39,000 voters that you and

14   Mr. Somerville identified would have resulted after the

15   completion of Step 13?

16   **A.**   That was on the cuts that we made.  I don't -- I don't

17   recall clearly exactly what order we made those cuts in.  So

18   I'm hesitant to answer your question in the affirmative.

19        We made quite a bit of cuts.  And I don't remember the

20   exact order they were all made in.  I was basically just trying

21   to list as many as I could remember when I responded to that.

22   **Q.**   Sure.  That's fair.  Let me rephrase my question then,

23   Mr. Davis.

24        For all steps from 1 through 13, after the conclusion of

25   those 13 steps, the resulting voter challenge list would have

1    been the 39,000 that you and Mr. Somerville put together; isn't

2    that right?

3    **A.**   I can't say that for sure, because, again, I don't

4    remember exactly what order we made those cuts.  But yes, our

5    final list was approximately 39,000 voters.

6    **Q.**   And after you identified those 39,000 voters, you did not

7    consult or use any other data sources or information to further

8    determine if those on that list were residents of Georgia;

9    isn't that right?

10   **A.**   We cross-referenced quite a few different sources when we

11   made some of our cuts.  But as far as determining the final

12   determination of residency, we left that in the hands of the

13   board of elections.

14   **Q.**   So that's a yes then, Mr. Davis?

15       You did not consult any other sources after you arrived at

16   your 39,000 list?

17   **A.**   No.

18   **Q.**   Mr. Davis, you had a call with Catherine Engelbrecht at

19   one point in the fall of 2020; right?

20   **A.**   The group call or an individual call?

21   **Q.**   An individual call.

22   **A.**   I believe we did, yes.

23   **Q.**   And you talked about perceived voter irregularities at the

24   time?

25   **A.**   I thought we were talking about the web page.

1     Can you refresh my memory?

2   **Q.**   Sure.

3         MS. MORRISON:  If we could pull up your transcript,

4   Page 35, Lines 7 through 10.

5   BY MS. MORRISON:

6   **Q.**   I'll just show this to you so you can refresh your

7   recollection.

8     Lines 7 through 10, Mr. Davis, if you want to just take a

9   quick read.

10  **A.**   Okay.

11  **Q.**   So I can ask my question again, Mr. Davis.

12    Did you have a call with Ms. Engelbrecht about perceived

13  voting irregularities in Georgia?

14  **A.**   Looking at this, I'm thinking that that's referring to the

15  group call that she hosted because that was the topic of

16  conversation.

17  **Q.**   Do you recall having a conversation with Ms. Engelbrecht

18  one-on-one before those group calls started taking place?

19  **A.**   I don't recall.  I don't recall a one-on-one call until I

20  discussed the website with her.  I may have just forgotten.

21  **Q.**   Mr. Davis, you had a call with Gregg Phillips in the fall

22  of 2020 as well; isn't that right?

23  **A.**   Yes.  I believe that call took place on December 16th.

24  **Q.**   And that was with -- those present were you,

25  Mr. Somerville, and Mr. Gregg Phillips?

1    **A.**    Correct.

2    **Q.**    And on that call, you discussed your backgrounds in data

3    processing and data analytics and you gave Mr. Phillips a

4    primer on voter and election data in Georgia.

5         Does that accurately summarize the conversation?

6    **A.**    There was more to it than that.  But as far as the primer

7    goes, I didn't know what he did and didn't know or exactly

8    where he was in his process as far as putting together their

9    data work.

10        So I did mention where some of the data sources were and

11   what the data looked like and broad topics like that.  Yes.

12   **Q.**    You also discussed efforts to challenge voters on that

13   conversation; right?

14   **A.**    I told him that we were working on a challenge, yes.

15   **Q.**    Do you recall attending a Zoom call with True the Vote on

16   December 20th?

17   **A.**    I don't recall the date.  But I did -- I did attend a Zoom

18   call at one point that I remember.

19   **Q.**    And was that like a town hall situation with some

20   True the Vote volunteers?

21   **A.**    That's my recollection, yes.

22   **Q.**    And do you remember being invited to a second

23   True the Vote call about a week later?

24        The call was titled the True the Vote legal update.

25   **A.**    I don't remember.  It's possible that I was invited.  I

```
 1    don't recall.
 2    Q.   Would it refresh your recollection if I showed you the
 3    invite for that call?
 4    A.   I don't know that it would or wouldn't.  But feel free.
 5    Q.   Sure.
 6              MS. MORRISON:  If we could pull up Plaintiffs'
 7    Exhibit 7.
 8    BY MS. MORRISON:
 9    Q.   Does this refresh your recollection, Mr. Davis?
10    A.   Not really.  I'm not sure that call ever took place.
11    Q.   But you were invited to the call; isn't that right?
12    A.   I'm assuming that I was.  I don't particularly recall it.
13    But I'm assuming that I was.
14    Q.   And, Mr. Davis, you were invited to a third True the Vote
15    Zoom call a couple of days later on December 30th.
16         Do you recall that?
17    A.   I have been getting invited to True the Vote Zoom calls
18    for three years now.  They are like spam in my -- I'm sorry.
19    I'm not trying to be unkind here.  But I get these invitations
20    all the time.  I assume I'm on their list.
21    Q.   Sure.  But at the time, around December 30th, right after
22    these voter challenges were filed, you were invited to another
23    call to discuss the challenge efforts in a town hall setting.
24         Isn't that right?
25    A.   I'm not sure.  I'm inclined to believe that I would have
```

1  avoided anything like that because you guys had served these

2  lawsuits on Christmas Eve.  And this was after that.

3      I think I probably would have wanted to shy away from that

4  kind of thing.  But I don't doubt that I received the

5  invitation.  But I don't recall accepting any.

6  **Q.**   Mr. Davis, you cannot name or identify every True the Vote

7  supporter in the state of Georgia; would you agree with that?

8  **A.**   I would agree with that.

9  **Q.**   So you wouldn't be able to say with any confidence whether

10  certain individuals are or are not associated with

11  True the Vote; correct?

12  **A.**   Some I may know about.

13  **Q.**   Would you be able to --

14  **A.**   I'm not sure --

15  **Q.**   Apologies.  You can finish your answer.

16  **A.**   I was just saying I'm not sure where this is going.  I

17  know some of them.  I don't know all of them.

18  **Q.**   So you cannot say for certain whether an individual named

19  Alton Russell is affiliated with True the Vote?

20  **A.**   My understanding is that he is not.

21  **Q.**   And what is your basis for your understanding that he is

22  not?

23  **A.**   Just people who know him.  I have asked about him.  I had

24  heard that he called a challenge down, I think it was, in

25  Muscogee or Ben Hill.

1    **Q.**   Mr. Davis, you previously testified that you would have

2    limited the scope of individuals on a challenge list like

3    True the Vote's to only those who voted in the general

4    election; isn't that right?

5    **A.**   I chose to limit our challenge in that way.  I think

6    True the Vote was likely well down the road in defining their

7    own challenges by the time we met them.  I didn't have input

8    into who they did or didn't challenge.

9    **Q.**   But you previously stated that you would have taken

10   exception with some of the logic they used in filing their

11   challenge; isn't that right?

12   **A.**   Well, we did take exceptions in our own challenges.  We

13   chose different criteria.  I think I used language like I

14   wouldn't have done it that way, that kind of thing.

15        But at the end of the day, their challenge was their

16   challenge.  And our challenge was our challenge.  And they

17   didn't have input into ours and vice versa.  They chose who to

18   challenge, and we chose who to challenge.

19   **Q.**   And you would agree that more than just NCOA information

20   comes into play when determining whether or not a voter is

21   properly registered to vote in Georgia; right?

22   **A.**   I was having trouble hearing you.  Can you repeat that?

23   **Q.**   I'll move on.  I'll ask another question.

24        Mr. Davis, you would agree that after you generated files

25   for each county, as you testified, you placed those in an -- a

place where interested parties could download those files;

right?

**A.**   I placed them in a Google Drive that we controlled access

to.

**Q.**   But you have no idea how many people actually had access

to that folder on Google Drive; right?

**A.**   Derek handled who did and didn't get access to those

files.  So I don't know.

But my understanding is that it was extremely limited.

And I don't think anybody could have guessed that URL.  I don't

know if you've ever actually used Google Drive.  But when you

get one of those links, it's a great big long alphanumeric

string.  And you basically have to be given the link to be able

to access the folder.

**Q.**   So just to clarify, Mr. Davis, you're testifying that you

do not know how many people accessed your Google Drive folder;

correct?

You personally do not know?

**A.**   I personally don't know how many did.  I heard estimates

of a handful.

**Q.**   Thank you.

**A.**   To my knowledge, there was no unauthorized access of that

folder.

**Q.**   And you recognize that once a challenge list is submitted

to a county, it's subject to Open Records requests of that

1  county; right?

2  **A.**    I would think it would be.

3  **Q.**    So, Mr. Davis, you and Mr. Somerville created all of the

4  materials a volunteer would need to file a challenge including

5  the spreadsheets and the template letters or forms they would

6  use and yet you didn't file a challenge in the county you

7  reside in; isn't that right?

8  **A.**    There was no reason for me to.  There was a volunteer

9  waiting to do Gwinnett County.  And as busy as I was, I was

10  quite content to allow them to handle it.  I didn't feel the

11  need to file a challenge myself.  I felt like I was doing

12  enough work on my own.

13  **Q.**    Mr. Davis, you would agree it would be highly burdensome

14  to parade tens of thousands of voters through hearings to

15  determine their intent for residency; right?

16  **A.**    I think I was talking about a different subject when I

17  used that phrase.

18      But it is not really practical to parade tens of thousands

19  of witnesses in and out of a courtroom in an election case.  I

20  think that was the context that I said that.

21      But if you want to refresh my memory on that, I'm all

22  ears.

23  **Q.**    Would you say it's also burdensome to parade tens of

24  thousands of voters through county boards of election hearings

25  about their intent for residency?

1    **A.**   Not particularly, no.  People -- people know they have

2    moved.  I wouldn't think they would be overly surprised by

3    getting asked about it.

4    **Q.**   Mr. Davis, that wasn't my question.

5              THE COURT:  Well -- well, let him finish his answer.

6    BY MS. MORRISON:

7    **Q.**   You can proceed, Mr. Davis.

8    **A.**   I wouldn't think it would be overly burdensome for a voter

9    who knows they moved to be asked about it by the county board

10   of elections.  I wouldn't think that would be intimidating or

11   burdensome or anything else.

12       But to whatever extent someone might argue that it is, I

13   would argue that it was anticipated by the legislature when

14   they enacted the statute.

15       Obviously, an inquiry is an inquiry.  And, you know, if

16   you believe that it is overly burdensome, then I think the

17   appropriate venue for those concerns would be the legislature.

18   **Q.**   Mr. Davis, would it be overly burdensome on the counties

19   to hold tens of thousands of hearings regarding voter residency

20   challenges?

21   **A.**   That is really up to the county board of elections to

22   determine.  Personally, I think that a lot of counties would

23   look at that and throw their hands up and say, can't do it, no

24   can do.  But that really is within their purview.

25   **Q.**   And you would agree that the larger the number of

1  challenges filed, the more difficult it would be for counties

2  to investigate those; correct?

3  **A.**  Well, I think there's a natural lineup there.  The larger

4  the county, the larger the staff at the board of elections and

5  the more employees they have to devote to the task.

6  And the opposite is true.  The smaller the county, the

7  smaller the staff that they have to devote to the task.

8  But at the end of the day, determining what their

9  capabilities are in terms of handling a challenge of X amount,

10  it again falls to the board of elections.  As far as I'm aware,

11  they can reject the challenge for any reason or no reason.

12  **Q.**  So, Mr. Davis, is it your testimony that you would

13  disagree that the larger the challenge is, the less -- the more

14  difficult it would be for counties to resolve them?

15  **A.**  Not necessarily.  Again, the larger counties have large

16  staff.  And, you know, also they have more precincts.  And, you

17  know, they can -- they can basically subdivide it down at the

18  precinct level.

19  So when people come in to vote, it is handled by the staff

20  at that particular precinct.  So, again, I defer to the county

21  boards of elections to make the call on what they can and can't

22  handle.

23  **Q.**  So, Mr. Davis, if we could go back to your October

24  transcript, Page 151, Lines 11 through 13.

25  You stated, I would agree the larger the number is, the

1    more difficult it is on the counties.

2        Do you see that?

3        I'll give you a second for the screen to load.

4            MS. MORRISON:  151.  I'm sorry.  Lines 11 through 13.

5    Yeah.

6    BY MS. MORRISON:

7    Q.   Mr. Davis, would you agree that you made that statement I

8    just quoted to you?

9    A.   Yes.  Yes.

10   Q.   Mr. Davis, is it correct that by filing challenges you

11   hoped there would be increased scrutiny on voters regarding

12   their eligibility to vote?

13   A.   Yes.

14   Q.   Mr. Davis, you've also recognized that --

15   A.   To be clear -- one second.

16        To be clear on that, I'm talking about voters that were

17   challenged.  Not all voters.

18   Q.   You recognize that individuals who file what the USPS

19   categorizes as a permanent change of address can also intend to

20   go away temporarily from Georgia; isn't that right?

21   A.   Yes.

22   Q.   And so students, for instance, if they have to move for

23   four years would be forced to file a permanent change of

24   address despite potentially returning to Georgia?

25   A.   They are not forced to.  They choose to typically.  But

1    yeah, I have stated repeatedly that that happens quite a bit.

2    **Q.**   And same with military voters?

3    **A.**   Again, not forced to but choose to.  And so yes, it

4    becomes difficult to separate out the temporary moves from the

5    permanent moves because you've got both types which are

6    essentially long-term temporary moves as permanent moves.

7    **Q.**   In other words, voters or individuals who file what the

8    USPS deems a permanent change of address does not actually

9    refer to whether or not they have permanently moved out of

10   Georgia?

11        Is that your testimony?

12   **A.**   They have told the Postal Service that they are moving

13   permanently out of the state of Georgia.  That much we know.

14        And because they have made that statement to the

15   Postal Service, I think it could be considered probable cause

16   for a board of elections to inquire about it.

17   **Q.**   Mr. Davis, that wasn't the question I asked.  I'll ask the

18   question again.

19        Individuals who file what the USPS categorizes as a

20   permanent change of address does not necessarily permanently

21   leave the state and could return in the future; isn't that

22   right?

23   **A.**   Correct.

24   **Q.**   And you recognize that individuals who file what you've

25   called the long-term temporary change of address can still be

```
 1   eligible to vote in Georgia?

 2   A.    Correct.

 3              MS. MORRISON:  Your Honor, if I could just have a

 4   second.

 5              THE COURT:  Yes.

 6                   (There was a brief pause in the proceedings.)

 7              MS. MORRISON:  Those are all the questions I have.

 8              I appreciate your time, Mr. Davis.

 9              And I hope you feel better soon.

10              THE COURT:  Thank you.

11              THE WITNESS:  Thank you.

12              THE COURT:  Redirect?

13              MR. POWELL:  Your Honor, I'm not sure if I'll have

14   any questions.

15              MS. BAO:  Your Honor, before Mr. Powell does his

16   redirect, may we ask questions?

17              MR. POWELL:  I'm happy to let them go, Your Honor.

18              THE COURT:  Yeah.

19              MR. POWELL:  I'm not sure I'll have questions.  We

20   might just wait until after lunch and probably rest.

21              THE COURT:  Okay.  Let's do your questions.

22                              EXAMINATION

23   BY MS. BAO:

24   Q.    Hi, Mr. Davis.

25         My name is Judy Bao.  And I represent the United States.
```

1       Can you hear me okay?

2   **A.**   I can.

3   **Q.**   Great.  Mr. Davis, you consider yourself a long-time

4   advocate for election integrity; right?

5   **A.**   Yes.

6   **Q.**   And prior to the November of 2020 election, you met with

7   elected officials to voice your concerns about election

8   integrity issues in Georgia; correct?

9   **A.**   Yes.

10  **Q.**   And these concerns included cleaning the voter rolls?

11  **A.**   Yes.

12  **Q.**   And also residency issues for Georgia voters?

13  **A.**   Yes.

14  **Q.**   You also discussed these issues independent of your

15  campaign work; is that right?

16  **A.**   Yes.

17  **Q.**   The rest of my questions pertain to the time period before

18  the November 2020 election and events independent of your

19  campaign work.

20      Can you agree to answer my questions with that

21  understanding in mind?

22  **A.**   Can you repeat that?

23  **Q.**   Sure.

24      The rest of my questions pertain to the time period before

25  the November 2020 election and those that are independent --

**A.**    You said -- did you say before the election or --

**Q.**    Yes.  Before.  Prior to the November 2020 election.

**A.**    Okay.  So prior to November 2020 election.

And the question is?

**Q.**    And events that are independent of your campaign work.

My question is:  Can you agree to answer my questions with that understanding in mind?

THE COURT:  With your what in mind?  Standing?

MS. BAO:  Understanding, Your Honor.

THE COURT:  Understanding, okay.

BY MS. BAO:

**Q.**    So prior to the November 2020 election and independent of your campaign work, you met with former Georgia Secretary of State to discuss election integrity issues; right?

**A.**    Yes.

**Q.**    And this was specifically Secretary of State Cathy Cox?

**A.**    And Brad Raffensperger.

**Q.**    You also met with the Georgia Elections Division to talk about these election integrity issues; right?

**A.**    The elections division of the Secretary of State's office, yes.

**Q.**    And prior to the 2020 election and independent of your campaign work, you have been involved in lawsuits about election integrity issues in Georgia; correct?

**A.**    I don't know that I would put it quite that way.  I have

1    been involved in challenged elections.  But I don't know that

2    the lawsuit was about election integrity, per se.  It was more

3    about a particular election.

4    Q.    Thank you for the clarification.

5          You've also talked to members of the media about voter

6    residency issues; right?

7    A.    Yes.

8    Q.    You've given multiple presentations about these voter

9    residency issues in Georgia?

10   A.    Yes.

11   Q.    You've also appeared on podcasts to discuss election

12   integrity issues; correct?

13   A.    Yes.

14   Q.    And you did all of these things to further the goal of

15   promoting election integrity; right?

16   A.    Yes.

17   Q.    You also did these things to promote the goal of letting

18   the American public know about election integrity issues;

19   correct?

20   A.    Correct.

21   Q.    And to promote the goal of increasing awareness of

22   election integrity issues among our elected officials?

23   A.    Correct.

24         MS. BAO:  Thank you, Mr. Davis.

25         I have no further questions for you.

```
 1              THE COURT:  Thank you.
 2              Mr. Powell, do you want to wait until after lunch, or
 3       do you want to announce now what you want to do?
 4              MR. POWELL:  Let's wait until after lunch,
 5       Your Honor.
 6              THE COURT:  Okay.  I was informed this morning that
 7       the parking deck across the street is full, which means there's
 8       probably jurors that have been brought in by the Superior Court
 9       of Hall County to try cases, which also means that they're
10       probably just about now finished selecting some of their
11       jurors.  What I'm getting to is that when you go to lunch
12       today, you're probably going to have to stand in line.
13              So I'm going to give y'all a little extra time to
14       stand in line and hope you won't have to.  It is now roughly
15       seven after 12:00.  We'll start back -- I'm going to give y'all
16       basically about 25 extra minutes.
17              We'll start back at 1:30.
18              Okay.  Thank you.
19                     **(A lunch break was taken.)**
20
21
22
23
24
25
```

1                 C E R T I F I C A T E

2

3  UNITED STATES OF AMERICA

4  NORTHERN DISTRICT OF GEORGIA

5

6      I, SHANNON R. WELCH, RMR, CRR, Official Court Reporter of

7  the United States District Court, for the Northern District of

8  Georgia, Gainesville Division, do hereby certify that the

9  foregoing 95 pages constitute a true transcript of proceedings

10 had before the said Court, held in the City of Gainesville,

11 Georgia, in the matter therein stated.

12     In testimony whereof, I hereunto set my hand on this, the

13 6th day of November, 2023.

14

15

16                              _____

17                              SHANNON R. WELCH, RMR, CRR
                                OFFICIAL COURT REPORTER

18                              UNITED STATES DISTRICT COURT

19

20

21

22

23

24

25

**BY MR. POWELL: [22]** 1601/12
1615/15 1617/8 1617/21 1620/3
1621/10 1623/10 1627/21 1628/25
1632/12 1632/22 1635/12 1636/19
1639/21 1646/16 1647/10 1648/14
1653/20 1655/15 1660/9 1662/2 1662/9
**BY MS. BAO: [2]** 1685/23 1687/11
**BY MS. MORRISON: [9]** 1663/12
1666/24 1667/5 1669/24 1671/9 1674/5
1676/8 1681/6 1683/6
**COURTROOM DEPUTY CLERK: [4]**
1600/24 1601/1 1601/4 1601/7
**COURTROOM SECURITY OFFICER:**
**[1]** 1663/6
**MR. EVANS: [2]** 1599/17 1599/25
**MR. NKWONTA: [3]** 1599/8 1599/13
1599/15
**MR. POWELL: [41]** 1600/15 1600/18
1600/20 1600/25 1614/21 1615/9
1616/14 1616/22 1616/25 1617/20
1619/17 1621/9 1627/16 1628/15
1628/23 1632/21 1633/21 1633/25
1634/10 1634/25 1635/7 1639/4 1639/8
1639/11 1639/14 1639/20 1648/8
1648/10 1653/15 1653/19 1655/11
1660/3 1662/8 1662/25 1663/5 1671/1
1671/3 1685/13 1685/17 1685/19
1689/4
**MS. BAO: [3]** 1685/15 1687/9 1688/24
**MS. MORRISON: [37]** 1614/15
1614/18 1614/24 1615/8 1616/7 1617/5
1619/11 1619/13 1619/24 1627/9
1627/11 1628/9 1628/11 1632/8
1633/19 1633/22 1634/3 1634/19
1634/21 1635/2 1636/14 1639/2
1639/15 1646/12 1647/4 1647/6 1655/4
1655/6 1661/23 1666/22 1667/4
1669/21 1674/3 1676/6 1683/4 1685/3
1685/7
**THE COURT: [76]** 1599/3 1599/12
1599/14 1599/16 1599/21 1600/1
1600/4 1600/11 1614/16 1615/2
1615/12 1616/10 1616/18 1616/23
1617/3 1617/7 1617/13 1617/17
1619/12 1619/14 1619/21 1620/2
1621/7 1623/5 1627/10 1627/18
1628/10 1628/14 1628/19 1628/24
1632/10 1632/19 1633/20 1633/24
1634/1 1634/7 1634/15 1634/20 1635/4
1635/8 1636/18 1639/3 1639/5 1639/9
1639/13 1639/19 1646/11 1646/14
1647/5 1647/9 1648/5 1648/9 1648/12
1653/14 1653/17 1655/5 1655/9
1655/13 1660/5 1661/24 1662/6 1663/3
1663/9 1666/23 1671/2 1671/8 1681/5
1685/5 1685/10 1685/12 1685/18
1685/21 1687/8 1687/10 1689/1 1689/6
**THE WITNESS: [4]** 1600/19 1601/6
1617/14 1685/11

**$**

**$1.10 [1]** 1649/25
**$100,000 [1]** 1625/7
**$250 [1]** 1610/3
**$6,000 [1]** 1609/6

**'90s [2]** 1610/2 1610/10

**-**

**-- I'm [1]** 1668/13

**1**

**10 [4]** 1667/12 1672/11 1674/4 1674/8
**100 million [1]** 1605/14
**100 percent [1]** 1630/5
**10:30 and [1]** 1637/8
**11 [5]** 1606/17 1667/15 1672/3 1682/24
1683/4
**110,000 [4]** 1625/18 1637/21 1638/14
1639/17
**11:00 A.M [1]** 1637/8
**11:08 [1]** 1663/8
**11:25 [2]** 1663/4 1663/5
**12:00 [1]** 1689/15
**13 [6]** 1672/12 1672/15 1672/24
1672/25 1682/24 1683/4
**1383 [1]** 1596/24
**149 [1]** 1669/22
**15 million [1]** 1605/25
**15-minute [1]** 1663/3
**150 [1]** 1669/23
**151 [2]** 1682/24 1683/4
**159 [1]** 1657/4
**15th [4]** 1637/9 1637/11 1656/2 1658/3
**16th [1]** 1674/23
**18 [4]** 1603/6 1666/12 1669/23 1669/25
**18th [1]** 1658/8
**19 [1]** 1669/25
**1986 [1]** 1607/2
**1991 [1]** 1603/11
**1993 [1]** 1608/25
**1996 [1]** 1609/4
**1:30 [1]** 1689/17

**2**

**2,000 [2]** 1630/20 1631/2
**20 [2]** 1614/10 1620/1
**20,000 [1]** 1654/6
**2002 [3]** 1619/8 1620/1 1635/5
**2016 [1]** 1657/22
**2019 [1]** 1667/25
**2020 [20]** 1621/13 1621/25 1629/4
1633/12 1635/6 1637/11 1643/12
1654/8 1654/22 1665/14 1666/3
1673/19 1674/22 1686/6 1686/18
1686/25 1687/2 1687/3 1687/12
1687/22
**2021 [3]** 1662/4 1669/22 1670/6
**2023 [3]** 1596/14 1599/2 1690/13
**20s [1]** 1671/15
**20th [1]** 1675/16
**21-2-229 [1]** 1636/22
**21-2-230 [2]** 1636/23 1640/16
**21-2-562 [1]** 1625/6
**21-2-571 [1]** 1625/16
**215-1383 [1]** 1596/24
**22 [1]** 1669/23
**229 [2]** 1636/22 1636/23
**230 [7]** 1636/13 1636/23 1636/24
1637/1 1640/16 1642/1 1662/10
**230's [1]** 1641/25
**2394 [1]** 1596/23
**25 [1]** 1689/16

**25 percent [1]** 1602/5
**250 [1]** 1644/20
**25th [3]** 1630/4 1630/10 1630/11
**26 [1]** 1604/7
**2:20-CV-0302-SCJ [1]** 1596/6

**3**

**30 [1]** 1666/2
**30-day [1]** 1622/22
**30303 [1]** 1596/24
**30th [2]** 1676/15 1676/21
**35 [1]** 1674/4
**35,000 [1]** 1625/25
**39,000 [5]** 1672/13 1673/1 1673/5
1673/6 1673/16

**4**

**404 [1]** 1596/24
**48 [1]** 1666/11
**49,000 [1]** 1652/23

**5**

**50 [2]** 1633/1 1634/16
**50 million [2]** 1605/16 1606/5
**55 [1]** 1602/6
**56 [1]** 1666/20
**562 [1]** 1625/6
**571 [1]** 1625/16
**580,000 [2]** 1652/19 1652/22

**6**

**60 [2]** 1624/12 1634/17
**60 percent [1]** 1602/6
**6th [1]** 1690/13

**7**

**7.6 million [1]** 1628/16
**75 [1]** 1596/23

**8**

**86.5 percent [1]** 1639/1

**9**

**90 [2]** 1/4 1640/15
**90-day [1]** 1646/24
**94 percent [1]** 1638/24
**95 [1]** 1690/9
**9:05 [1]** 1600/3
**9:14 [1]** 1600/10
**9:25 [1]** 1600/7

**A**

**A.M [1]** 1637/8
**ability [1]** 1668/3
**able [13]** 1600/22 1601/24 1607/15
1609/2 1609/19 1618/12 1641/11
1643/21 1649/20 1662/17 1677/9
1677/13 1679/13
**about [116]**
**above [1]** 1605/16
**absentee [1]** 1653/2
**absolutely [1]** 1624/25
**accept [8]** 1619/21 1623/24 1636/9
1645/7 1645/8 1645/16 1646/9 1657/12
**accepted [2]** 1645/19 1648/4
**accepting [1]** 1677/5
**access [8]** 1607/23 1643/20 1643/22
1679/3 1679/5 1679/7 1679/14 1679/22
**accessed [1]** 1679/16

**A**

**according [2]** 1625/18 1637/22
**accuracy [3]** 1606/12 1606/15 1606/15
**accurate [4]** 1640/24 1641/1 1650/11
1650/16 1650/16 1651/3
**accurately [1]** 1675/5
**acronym [2]** 1606/12 1606/13
**acronyms [1]** 1606/6
**across [3]** 1619/4 1622/18 1689/7
**act [1]** 1640/6
**acting [2]** 1602/21 1659/23
**actions [2]** 1619/22 1619/23
**active [4]** 1653/24 1654/7 1654/15
1654/19
**activities [2]** 1640/15 1664/2
**activity [1]** 1629/5
**actual [5]** 1608/4 1631/21 1639/14
1644/24 1660/17
**actually [17]** 1607/6 1609/2 1609/23
1620/8 1622/12 1622/25 1625/1 1631/9
1631/15 1636/9 1638/21 1646/1 1646/4
1648/4 1679/5 1679/11 1684/8
**additional [2]** 1645/21 1646/3
**address [47]** 1605/8 1605/11 1605/20
1605/21 1606/11 1606/18 1610/23
1610/24 1610/25 1611/1 1611/2 1611/3
1611/4 1611/5 1624/7 1624/24 1626/4
1626/5 1626/7 1626/11 1626/12
1626/14 1626/17 1626/19 1626/19
1626/20 1630/19 1630/19 1631/3
1631/6 1631/9 1631/14 1631/22
1632/25 1633/2 1650/3 1650/5 1650/10
1650/15 1651/25 1652/21 1667/23
1683/19 1683/24 1684/8 1684/20
1684/25
**addresses [8]** 1605/19 1605/20
1605/22 1610/20 1610/21 1633/1
1634/5 1669/2
**adjunct [1]** 1661/7
**admitted [2]** 1614/8 1666/21
**advanced [1]** 1602/3
**advocate [1]** 1686/4
**advocated [1]** 1638/4
**affiliated [1]** 1677/19
**affirmative [1]** 1672/18
**after [30]** 1/6 1601/10 1607/24 1618/2
1620/22 1622/4 1622/6 1623/14 1627/7
1633/16 1634/22 1646/8 1649/8 1650/2
1657/9 1662/4 1663/21 1670/7 1671/15
1672/14 1672/24 1673/6 1673/15
1676/21 1677/2 1678/24 1685/20
1689/2 1689/4 1689/15
**afternoon [1]** 1663/13
**again [27]** 1616/8 1617/6 1617/7
1628/15 1632/5 1634/10 1643/22
1644/25 1646/6 1649/16 1654/10
1656/11 1656/14 1656/17 1659/18
1662/11 1663/15 1664/22 1667/16
1671/13 1673/3 1674/11 1682/10
1682/15 1682/20 1684/3 1684/18
**against [1]** 1653/1
**age [1]** 1671/17
**agencies [2]** 1630/24 1631/13
**agency [1]** 1632/1
**agent [2]** 1629/14 1629/20
**ago [5]** 1604/10 1616/19 1620/1
1639/17 1668/11

**agree [16]** 1652/3 1664/13 1664/16
1666/3 1666/7 1672/13 1677/7 1677/8
1678/19 1678/24 1680/13 1681/25
1682/25 1683/7 1686/20 1687/6
**ahead [1]** 1655/24
**AIDED [1]** 1596/20
**AILEEN [1]** 1597/21
**AL [1]** 1596/7
**ALAN [3]** 1598/3 1601/6 1601/9
**Alexa [1]** 1616/5
**all [67]** 1599/16 1599/16 1600/8 1600/9
1602/25 1605/1 1606/20 1606/23
1608/9 1609/7 1609/18 1609/22
1612/19 1613/15 1615/19 1617/24
1618/4 1618/11 1618/17 1619/6 1621/9
1626/19 1628/1 1628/23 1632/19
1632/21 1633/3 1635/7 1637/10
1638/11 1638/13 1642/11 1644/19
1644/19 1649/24 1650/12 1652/16
1653/3 1653/4 1653/19 1655/7 1655/11
1656/7 1656/10 1657/3 1657/5 1657/10
1658/24 1659/25 1661/11 1661/16
1662/6 1662/7 1663/6 1668/18 1669/8
1671/21 1672/8 1672/20 1672/24
1676/20 1677/17 1680/3 1680/21
1683/17 1685/7 1688/14
**ALLEGRA [1]** 1597/4
**allow [5]** 1607/25 1615/12 1620/2
1669/4 1680/10
**allowed [1]** 1608/7
**allows [2]** 1605/13 1626/6
**almost [1]** 1608/15
**along [1]** 1618/2
**alphanumeric [1]** 1679/12
**already [6]** 1636/5 1646/22 1649/1
1654/11 1666/21 1667/24
**also [34]** 1599/19 1602/3 1602/7
1603/3 1607/22 1608/3 1608/3 1610/15
1618/10 1618/14 1619/1 1621/11
1625/16 1630/25 1639/16 1640/25
1647/8 1649/10 1649/15 1652/20
1660/15 1671/18 1675/12 1680/23
1682/16 1683/14 1683/19 1686/12
1686/14 1687/18 1688/5 1688/11
1688/17 1689/9
**alternative [1]** 1608/22
**Alton [2]** 1627/1 1677/19
**always [4]** 1621/21 1657/12 1665/22
1665/22
**am [8]** 1596/11 1600/3 1600/10
1601/18 1602/11 1603/2 1605/25
1663/8
**AMERICA [1]** 1690/3
**American [1]** 1688/18
**among [1]** 1688/22
**amount [5]** 1603/17 1630/13 1646/17
1662/20 1682/9
**analogy [1]** 1658/19
**analyses [2]** 1616/15 1633/23
**analysis [23]** 1622/14 1625/18 1629/21
1630/2 1630/9 1631/23 1632/23
1633/11 1633/12 1633/24 1634/2
1634/6 1634/17 1634/22 1635/10
1635/13 1638/6 1663/25 1664/4 1664/5
1665/15 1665/18 1666/8
**analyst [1]** 1629/11
**analytics [3]** 1614/2 1614/9 1675/3
**analyzing [3]** 1664/10 1664/17 1665/3

**announce [1]** 1689/3
**annoyed [1]** 1607/18
**annoying [2]** 1607/21 1607/22
**another [13]** 1602/20 1611/24 1626/4
1627/12 1629/11 1637/22 1650/8
1651/10 1662/20 1664/13 1666/10
1676/22 1678/23
**answer [10]** 1614/6 1620/6 1621/16
1632/13 1640/8 1672/18 1677/15
1681/5 1686/20 1687/6
**answered [1]** 1617/6
**answering [1]** 1620/9
**answers [1]** 1667/19
**anticipated [1]** 1681/13
**any [38]** 1/8 1608/15 1613/9 1627/19
1631/4 1641/2 1642/8 1643/2 1643/11
1644/12 1645/6 1645/18 1646/17
1647/12 1647/14 1647/16 1647/19
1647/23 1648/6 1648/15 1648/21
1649/21 1651/2 1654/4 1654/21 1657/1
1657/15 1660/20 1667/8 1670/1
1670/11 1670/23 1673/7 1673/15
1677/5 1677/9 1682/11 1685/14
**anybody [7]** 1633/9 1643/25 1644/1
1644/1 1644/2 1661/14 1679/10
**anymore [3]** 1609/21 1611/22 1625/1
**anyone [2]** 1633/11 1661/1
**anything [15]** 1599/16 1600/12
1607/19 1613/16 1623/12 1632/23
1644/1 1644/3 1644/4 1654/5 1654/8
1657/25 1659/18 1677/1 1681/11
**anyway [4]** 1610/14 1631/10 1651/21
1654/4
**anywhere [2]** 1609/7 1671/22
**apartment [1]** 1631/14
**aperture [1]** 1614/14
**Apologies [1]** 1677/15
**apparently [1]** 1625/8
**appeal [1]** 1629/16
**appearance [1]** 1641/15
**appeared [1]** 1688/11
**apples [3]** 1666/15 1666/15 1666/16
**applicability [1]** 1640/11
**applied [3]** 1639/24 1640/2 1640/13
**applies [2]** 1640/16 1640/19
**apply [1]** 1639/16
**appreciate [1]** 1685/8
**approach [2]** 1629/24 1666/22
**approached [1]** 1646/6
**appropriate [3]** 1643/5 1644/9 1681/17
**approximately [2]** 1625/24 1673/5
**are [57]** 1/7 1601/17 1602/25 1603/13
1604/21 1604/23 1606/1 1606/9
1611/22 1611/25 1612/19 1619/3
1623/1 1623/2 1623/6 1623/7 1625/14
1626/16 1626/20 1626/21 1626/23
1627/23 1628/2 1630/9 1631/11
1631/19 1637/18 1638/20 1638/23
1641/12 1641/15 1646/4 1651/8 1651/9
1651/15 1652/6 1652/7 1653/3 1653/3
1653/14 1661/15 1663/14 1664/8
1665/1 1665/12 1669/2 1670/3
1676/18 1677/10 1677/10 1682/9
1683/25 1684/5 1684/12 1685/7
1686/25 1687/5
**area [3]** 1608/19 1630/10 1642/18
**areas [3]** 1622/8 1642/13 1671/19
**arguably [3]** 1625/14 1636/5 1654/11

# A

**argue [2]** 1681/12 1681/13
**argument [5]** 1641/17 1641/20 1642/4 1643/1 1643/6
**ARNEY [1]** 1597/14
**around [15]** 1603/19 1607/11 1608/7 1611/22 1612/23 1624/12 1624/15 1626/16 1626/25 1629/11 1630/4 1630/8 1630/10 1640/20 1676/21
**arrived [1]** 1673/15
**as [87]** 1601/10 1602/4 1602/5 1602/17 1604/11 1605/9 1605/12 1606/2 1606/3 1606/17 1607/11 1607/12 1608/24 1610/12 1612/5 1614/8 1614/19 1614/19 1614/21 1615/6 1615/6 1618/6 1622/6 1624/14 1626/20 1631/8 1631/13 1634/21 1635/15 1635/15 1636/16 1637/21 1639/18 1646/23 1647/23 1649/6 1650/23 1650/23 1650/24 1650/25 1651/3 1651/3 1651/23 1652/1 1653/5 1653/6 1653/6 1654/14 1654/18 1656/5 1656/21 1657/13 1657/14 1658/9 1658/9 1663/16 1664/2 1664/9 1665/13 1665/16 1667/16 1668/16 1668/17 1669/17 1670/6 1670/14 1670/15 1670/24 1672/5 1672/6 1672/21 1672/21 1673/11 1673/11 1674/22 1675/6 1675/6 1675/8 1675/8 1678/25 1680/9 1680/9 1682/10 1682/10 1683/19 1684/6 1684/19
**ASCII [1]** 1608/5
**aside [2]** 1622/22 1670/17
**ask [20]** 1603/15 1615/9 1615/10 1616/25 1617/3 1617/3 1617/4 1617/6 1617/7 1623/11 1635/1 1636/18 1648/5 1653/17 1653/21 1660/8 1674/11 1678/23 1684/17 1685/16
**asked [21]** 1614/11 1614/24 1615/21 1617/5 1620/10 1622/11 1627/2 1627/8 1629/16 1629/23 1630/14 1635/5 1635/6 1645/21 1647/2 1661/9 1669/25 1677/23 1681/3 1681/9 1684/17
**asking [3]** 1617/25 1654/3 1667/7
**asks [1]** 1617/7
**aspect [1]** 1609/24
**asserted [1]** 1619/18
**assigned [1]** 1638/11
**assigns [1]** 1606/16
**assistant [1]** 1620/23
**assisted [1]** 1604/11
**associated [1]** 1677/10
**assume [1]** 1676/20
**assuming [2]** 1676/12 1676/13
**assured [1]** 1631/19
**ATLANTA [3]** 1596/24 1608/19 1630/20
**attached [2]** 1/4 1608/2
**attaching [1]** 1/7
**attempt [2]** 1625/22 1648/2
**attend [2]** 1658/4 1675/17
**attending [1]** 1675/15
**attention [4]** 1637/14 1637/17 1637/19 1661/15
**attorney [2]** 1651/17 1661/7
**attorneys [1]** 1640/25
**Authority [1]** 1620/25

**available [3]** 1603/25 1649/15 1656/8
**avenue [1]** 1635/18
**average [2]** 1605/6 1644/20
**avoided [1]** 1677/1
**aware [10]** 1617/12 1623/7 1623/13 1623/18 1623/20 1623/22 1633/6 1645/17 1648/3 1682/10
**awareness [1]** 1688/21
**away [8]** 1619/19 1626/2 1626/2 1631/10 1631/17 1649/12 1677/3 1683/20

# B

**back [23]** 1599/21 1600/2 1600/6 1604/16 1608/21 1613/14 1619/8 1621/23 1622/3 1624/19 1624/23 1625/23 1626/5 1627/16 1652/19 1663/4 1666/11 1666/12 1668/10 1672/11 1682/23 1689/15 1689/17
**background [1]** 1642/22
**backgrounds [1]** 1675/2
**balancing [1]** 1640/6
**ballot [5]** 1625/12 1636/25 1638/25 1654/11 1654/14
**ballots [3]** 1622/24 1636/5 1667/21
**Banks [6]** 1648/19 1648/20 1648/24 1649/1 1657/21 1657/23
**BAO [3]** 1597/20 1598/7 1685/25
**barcode [1]** 1624/22
**base [2]** 1604/5 1606/25
**based [10]** 1634/17 1635/10 1635/13 1639/9 1649/3 1655/14 1658/10 1667/19 1667/21 1672/3
**bases [4]** 1668/2 1668/17 1670/23 1672/4
**basically [19]** 1604/16 1605/21 1608/14 1609/15 1609/17 1609/20 1609/22 1636/2 1637/10 1641/21 1644/4 1644/8 1649/17 1653/12 1657/8 1672/20 1679/13 1682/17 1689/16
**basis [7]** 1604/20 1605/14 1635/9 1657/24 1657/25 1666/6 1677/21
**bathroom [1]** 1660/2
**be [93]** 1/2 1/3 1600/11 1601/23 1601/24 1602/8 1602/13 1604/3 1604/25 1609/8 1609/10 1610/6 1610/23 1610/25 1611/16 1612/7 1618/13 1620/20 1622/23 1622/24 1623/17 1623/23 1626/10 1627/2 1627/22 1629/16 1631/1 1631/9 1631/10 1631/21 1634/5 1634/5 1638/10 1640/17 1641/2 1641/5 1641/6 1641/11 1642/3 1642/16 1642/24 1643/1 1644/4 1645/21 1646/10 1646/21 1651/1 1651/3 1651/18 1651/21 1652/14 1654/3 1654/23 1655/10 1655/19 1656/20 1658/8 1658/25 1659/14 1660/25 1662/17 1662/25 1663/9 1664/14 1664/23 1670/2 1670/14 1670/15 1671/3 1671/8 1671/20 1672/2 1676/19 1677/9 1677/13 1679/13 1679/13 1680/2 1680/13 1681/2 1681/8 1681/9 1681/10 1681/17 1681/18 1682/1 1682/14 1683/11 1683/15 1683/16 1683/23 1684/15 1684/25
**beach [1]** 1626/13
**bearing [1]** 1649/21

**became [5]** 1607/4 1618/6 1619/5 1630/2 1656/7
**because [37]** 1607/8 1607/18 1608/21 1613/5 1615/5 1615/12 1616/1 1616/3 1617/18 1618/16 1618/19 1622/17 1626/1 1627/18 1628/6 1628/21 1630/8 1631/17 1632/18 1633/14 1635/9 1637/17 1638/22 1639/6 1640/22 1642/14 1642/24 1643/8 1651/14 1656/2 1659/4 1662/16 1673/3 1674/15 1677/1 1684/5 1684/14
**become [2]** 1607/3 1620/17
**becomes [1]** 1684/4
**becoming [1]** 1645/17
**been [33]** 1600/22 1601/10 1602/2 1603/5 1603/9 1604/8 1610/10 1614/8 1614/19 1614/25 1615/2 1615/3 1617/5 1619/7 1625/10 1632/17 1638/25 1643/21 1644/21 1649/6 1654/15 1654/18 1661/2 1662/4 1664/10 1666/1 1666/21 1667/24 1673/1 1676/17 1687/23 1688/1 1689/8
**before [29]** 1596/12 1599/3 1600/13 1615/17 1617/11 1619/10 1621/2 1621/13 1622/1 1622/4 1622/7 1622/22 1623/14 1634/24 1637/11 1637/21 1638/6 1638/7 1641/8 1650/7 1660/14 1663/17 1674/18 1685/15 1686/17 1686/24 1687/1 1687/2 1690/10
**began [2]** 1618/4 1635/17
**begin [3]** 1607/1 1608/23 1610/7
**beginning [2]** 1646/24 1655/18
**being [9]** 1611/7 1615/7 1616/17 1633/8 1637/19 1649/20 1649/24 1650/10 1675/22
**belief [1]** 1616/17
**believe [19]** 1602/3 1602/7 1603/6 1609/1 1610/10 1617/5 1625/7 1630/10 1632/3 1644/19 1645/24 1649/20 1652/14 1656/1 1657/22 1673/22 1674/23 1676/25 1681/16
**BELL [1]** 1597/21
**Ben [1]** 1677/25
**BENCH [1]** 1596/11
**benefited [1]** 1645/17
**benefits [1]** 1612/19
**BERSON [1]** 1596/3
**best [4]** 1636/11 1642/16 1653/5 1668/3
**better [1]** 1685/9
**between [8]** 1602/19 1612/1 1630/11 1637/8 1639/18 1640/6 1646/23 1649/2
**beyond [1]** 1644/4
**big [6]** 1608/10 1623/3 1633/1 1644/15 1646/21 1679/12
**biggest [2]** 1619/3 1638/22
**billions [1]** 1613/8
**bills [2]** 1603/19 1650/13
**bin [1]** 1613/11
**bit [16]** 1602/13 1602/16 1606/7 1606/8 1618/10 1620/15 1620/17 1621/8 1627/22 1642/19 1643/13 1643/23 1655/1 1660/18 1672/19 1684/1
**bitty [1]** 1644/16
**blackout [2]** 1641/7 1646/24
**block [1]** 1608/2
**bloggers [1]** 1661/9

**B**

**blood [1]** 1602/7
**blur [2]** 1656/7 1661/12
**board [31]** 1609/8 1619/9 1619/10
1620/10 1620/12 1620/13 1621/2
1623/20 1623/23 1636/8 1637/16
1641/22 1644/8 1645/6 1645/19 1646/5
1646/9 1651/18 1651/24 1652/3 1652/8
1656/20 1659/13 1669/4 1671/24
1673/13 1681/9 1681/21 1682/4
1682/10 1684/16
**boards [13]** 1637/15 1643/8 1643/20
1644/10 1644/13 1645/1 1645/23
1645/24 1651/2 1653/7 1670/14
1680/24 1682/21
**boast [1]** 1633/5
**boasted [1]** 1627/5
**Boling [4]** 1648/6 1648/12 1648/13
1648/15
**Boling's [1]** 1648/13
**book [1]** 1661/4
**bored [1]** 1621/18
**Boswell [5]** 1632/4 1632/6 1632/16
1632/23 1635/14
**Boswell's [1]** 1633/8
**both [6]** 1604/21 1611/4 1622/3
1649/13 1669/15 1684/5
**bottom [4]** 1641/23 1652/9 1667/6
1669/4
**box [2]** 1631/13 1631/17
**Boxes [2]** 1668/15 1670/22
**Brad [2]** 1635/6 1687/17
**Brad Raffensperger [1]** 1635/6
**break [15]** 1600/3 1600/6 1600/10
1602/1 1602/20 1602/23 1606/7
1638/16 1660/2 1660/4 1660/6 1663/1
1663/3 1663/8 1689/19
**brief [8]** 1599/4 1600/3 1600/10
1620/14 1658/6 1660/2 1663/8 1685/6
**briefly [1]** 1617/11
**bringing [1]** 1661/2
**broad [1]** 1675/11
**broader [1]** 1659/11
**broadly [1]** 1666/4
**brought [1]** 1689/8
**BRYAN [1]** 1597/9
**build [2]** 1622/11 1622/13
**building [1]** 1630/21 1631/16 1658/1
1666/1
**built [1]** 1603/21
**bulk [4]** 1603/18 1613/1 1613/2 1613/4
**bunch [1]** 1613/10
**BUNDY [1]** 1597/5
**burden [1]** 1651/1
**burdensome [7]** 1670/14 1680/13
1680/23 1681/8 1681/11 1681/16
1681/18
**bureau [1]** 1607/20
**Burris [1]** 1620/25
**business [7]** 1604/16 1631/18 1642/25
1656/5 1656/6 1659/19 1662/22
**businesses [1]** 1604/4
**busy [4]** 1642/11 1655/21 1656/6
1680/9
**buys [1]** 1624/5

---

**C**

**call [28]** 1600/14 1607/6 1613/2

1620/23 1627/4 1650/9 1658/5 1658/16
1673/18 1673/20 1673/20 1673/21
1674/12 1674/15 1674/19 1674/21
1674/23 1675/2 1675/15 1675/18
1675/23 1675/24 1676/3 1676/10
1676/11 1676/15 1676/23 1682/21
**called [5]** 1606/18 1613/2 1661/5
1677/24 1684/25
**calls [5]** 1629/6 1674/18 1676/17
**came [4]** 1618/2 1622/18 1642/9
1652/19
**CAMERON [1]** 1597/13
**campaign [9]** 1607/24 1609/8 1612/22
1656/6 1686/15 1686/19 1687/5
1687/13 1687/23
**campaigns [7]** 1604/9 1608/20 1611/7
1611/13 1618/14 1621/17 1621/21
**campus [1]** 1670/4
**can [94]** 1600/4 1600/14 1600/23
1601/22 1602/8 1602/8 1602/9 1602/9
1602/14 1602/15 1602/15 1602/16
1604/4 1605/10 1611/11 1612/2
1615/24 1616/25 1617/3 1617/3 1617/4
1617/7 1617/9 1617/14 1617/24 1620/6
1620/7 1623/8 1626/8 1626/13 1631/13
1632/5 1632/13 1634/15 1634/17
1634/19 1635/7 1635/10 1638/3
1638/14 1638/19 1641/8 1641/13
1643/9 1643/23 1649/25 1650/1 1650/4
1650/13 1650/16 1651/13 1652/4
1655/12 1655/13 1656/2 1658/9
1659/24 1659/24 1660/4 1660/6 1660/8
1660/10 1662/21 1663/9 1664/21
1664/22 1665/12 1666/23 1666/25
1667/2 1667/4 1668/14 1670/9 1671/14
1672/1 1672/11 1674/1 1674/6 1674/11
1677/15 1678/22 1681/7 1681/24
1682/11 1682/17 1682/17 1682/21
1683/19 1684/25 1686/1 1686/2
1686/20 1686/22 1687/6
**can't [19]** 1611/11 1616/10 1619/14
1619/21 1627/19 1631/3 1634/15
1634/16 1635/9 1635/11 1639/5 1641/6
1641/6 1653/4 1655/9 1661/11 1673/3
1681/23 1682/21
**cancel [1]** 1650/17
**candidates [3]** 1608/19 1611/21
1611/24
**cannot [2]** 1677/6 1677/18
**capabilities [1]** 1682/9
**capability [3]** 1605/4 1608/4 1645/2
**card [3]** 1608/3 1625/11 1650/1
**cardiomyopathy [1]** 1602/3
**careful [1]** 1642/24
**carried [1]** 1648/18
**carries [2]** 1625/4 1625/6
**cartridges [1]** 1608/11
**case [11]** 1612/4 1615/17 1615/24
1623/5 1628/13 1638/1 1666/18
1669/11 1669/13 1670/24 1680/19
**cases [11]** 1614/4 1614/11 1614/20
1614/25 1615/3 1615/6 1616/1 1616/9
1622/7 1664/25 1689/9
**CASS [6]** 1605/14 1606/9 1606/12
1606/14 1610/19 1652/20
**cast [7]** 1636/5 1636/25 1637/10
1654/11 1654/14 1654/19 1667/21
**casting [1]** 1622/24

**categorically [1]** 1635/18
**categories [3]** 1619/3 1651/6 1670/17
**categorizes [2]** 1683/19 1684/19
**category [1]** 1613/21
**Catherine [2]** 1658/16 1673/18
**Cathy [3]** 1620/16 1635/5 1687/16
**cause [9]** 1641/21 1642/4 1642/6
1643/7 1644/1 1644/11 1652/2 1652/9
1684/15
**CD [1]** 1609/3
**certain [10]** 1612/13 1632/3 1640/14
1641/10 1648/19 1649/15 1654/24
1668/10 1677/10 1677/18
**certificate [3]** 1625/3 1625/4 1625/5
**certification [1]** 1652/20
**certifications [1]** 1630/9
**certify [1]** 1690/8
**challenge [69]** 1623/24 1623/25
1635/23 1636/7 1636/9 1636/23
1636/24 1641/25 1642/14 1644/5
1644/16 1644/20 1645/3 1645/7 1645/9
1645/19 1645/25 1646/1 1646/9
1646/18 1648/3 1648/24 1649/3 1649/5
1649/7 1649/8 1649/11 1650/18
1650/21 1650/23 1650/24 1651/4
1651/5 1652/4 1654/4 1654/11 1654/19
1655/16 1656/13 1656/19 1659/10
1659/13 1669/7 1670/7 1670/13
1671/17 1672/1 1672/12 1675/12
1675/14 1676/23 1677/24 1678/2
1678/5 1678/8 1678/11 1678/15
1678/16 1678/16 1678/16 1678/18
1678/18 1679/24 1680/4 1680/6
1680/11 1682/9 1682/11 1682/13
**challenged [6]** 1640/17 1656/20
1657/23 1664/14 1683/17 1688/1
**challengers [2]** 1642/8 1645/8
**challenges [40]** 1616/15 1634/14
1634/24 1635/20 1635/22 1636/3
1636/5 1636/13 1636/16 1636/21
1637/2 1637/6 1637/13 1640/21 1641/3
1642/20 1644/13 1645/5 1645/12
1645/16 1647/14 1647/17 1647/20
1647/24 1648/16 1648/18 1648/22
1653/6 1657/2 1659/17 1660/13
1662/11 1666/8 1667/9 1676/22 1678/7
1678/12 1681/20 1682/1 1683/10
**challenging [1]** 1654/4
**chamber [1]** 1602/4
**chambers [1]** 1599/18
**change [26]** 1606/11 1608/12 1609/13
1624/7 1626/4 1626/4 1626/7 1626/14
1626/17 1626/19 1638/1 1641/11
1650/5 1650/9 1650/15 1650/16
1651/25 1652/21 1652/23 1667/23
1669/2 1683/19 1683/23 1684/8
1684/20 1684/25
**changed [1]** 1610/14
**changer [1]** 1609/12
**changes [7]** 1611/17 1612/4 1626/10
1626/12 1626/20 1643/15 1643/17
**channel [1]** 1608/2
**character [2]** 1608/4 1627/3
**charities [1]** 1658/20
**charity [1]** 1658/20
**check [2]** 1629/12 1657/4
**checked [3]** 1656/13 1656/13 1656/14
**checking [2]** 1627/7 1629/17

**C**

checks [1] 1650/13
cheek [1] 1632/14
choose [2] 1635/25 1684/3
chose [7] 1623/24 1636/25 1649/18
1678/5 1678/13 1678/17 1678/18
chosen [1] 1625/8
CHRISTINA [1] 1597/7
Christmas [2] 1658/12 1677/2
chronic [1] 1602/4
cite [1] 1/4
City [1] 1690/10
claimed [1] 1640/22
claims [1] 1649/24
clarification [1] 1688/4
clarify [3] 1606/10 1623/13 1679/15
class [1] 1603/18
classed [2] 1654/14 1654/18
clean [2] 1652/20 1652/21
cleaned [1] 1611/5
cleaning [1] 1686/10
clear [9] 1625/4 1646/1 1653/12 1671/4
1671/6 1672/1 1672/2 1683/15 1683/16
clearly [3] 1617/14 1665/6 1672/17
clerk [1] 1627/7
clients [5] 1603/13 1603/15 1604/3
1612/19 1621/18
close [1] 1604/22
clothe [1] 1658/22
CM [2] 1/2 1/3
CM/ECF [2] 1/2 1/3
CMRA [2] 1631/25 1632/24
Cobb [3] 1624/4 1624/5 1624/20
cobbled [1] 1608/14
code [4] 1606/17 1636/15 1636/20
1650/4
coding [3] 1606/12 1606/15 1606/15
cognitive [1] 1602/16
collaborating [1] 1630/7
collar [1] 1629/15
college [3] 1626/2 1670/3 1671/17
college-age [1] 1671/17
combined [1] 1650/20
come [10] 1600/5 1613/14 1619/2
1620/13 1623/3 1626/5 1627/23 1629/2
1661/9 1682/19
comes [4] 1616/21 1624/17 1651/7
1678/20
coming [2] 1608/20 1633/17
commercial [7] 1603/14 1603/24
1603/25 1612/22 1630/24 1631/12
1631/25
commercially [1] 1603/25
commissioner [1] 1651/17
Committee [2] 1621/14 1660/15
common [2] 1608/17 1658/25
communicate [4] 1630/12 1647/11
1647/16 1647/19
communication [3] 1603/17 1646/3
1648/6
communications [3] 1648/15 1648/21
1661/1
company [2] 1603/12 1664/4
compared [3] 1610/1 1655/3 1664/18
compelling [3] 1656/22 1656/22
1656/23
competitors [1] 1659/1

completely [3] 1629/9 1631/16
1659/17
completion [1] 1672/15
computer [5] 1596/20 1607/9 1607/25
1608/15 1622/11
COMPUTER-AIDED [1] 1596/20
concentrate [1] 1617/18
concern [7] 1611/14 1612/21 1612/23
1618/25 1623/16 1630/23 1644/12
concerned [4] 1618/6 1618/23 1619/6
1619/7
concerns [9] 1601/25 1602/18 1616/16
1617/9 1618/1 1659/9 1681/17 1686/7
1686/10
conclusion [1] 1672/24
conduct [1] 1623/16
conducted [1] 1667/8
conference [5] 1599/22 1629/6 1630/5
1658/5 1658/16
confidence [1] 1677/9
confirm [3] 1646/4 1650/9 1654/2
confirmation [1] 1647/1 1650/3 1650/8
conflate [1] 1659/21
conflict [1] 1641/19
confused [1] 1670/21
congratulations [1] 1662/13
Conkel [1] 1599/21
consequences [3] 1623/1 1623/6
1623/7
consider [4] 1650/18 1662/10 1671/16
1686/3
considered [1] 1684/15
constitute [2] 1640/22 1690/9
constitutes [1] 1641/21
constitutional [1] 1662/15
constrained [1] 1611/10
constraints [1] 1611/18
consult [2] 1673/7 1673/15
contact [5] 1643/18 1644/2 1646/22
1648/5 1648/23
contacted [1] 1668/16
contains [1] 1650/4
content [1] 1680/10
context [4] 1612/6 1665/15 1670/12
1680/20
continue [1] 1638/3
continued [1] 1633/15
contractors [1] 1604/14
control [2] 1607/23 1650/5
controlled [1] 1679/3
convenient [1] 1631/17
conversation [5] 1655/20 1674/16
1674/17 1675/5 1675/13
conversations [1] 1619/25
convinced [1] 1630/2
Cooper [1] 1647/19
coordinate [1] 1635/22
coordinated [3] 1609/16 1642/17
1648/1
coordinating [1] 1642/13
copy [2] 1609/6 1629/22
correct [17] 1611/6 1664/1 1665/19
1668/4 1675/1 1677/11 1679/17 1682/2
1683/10 1684/23 1685/2 1686/8
1687/24 1688/12 1688/19 1688/20
1688/23
correctly [1] 1665/7
corroborating [1] 1615/19

cost [1] 1610/1
costs [1] 1649/25
could [56] 1601/1 1601/5 1604/25
1607/12 1607/21 1608/9 1608/15
1608/17 1608/18 1609/7 1609/8
1609/10 1611/4 1614/6 1614/18
1617/11 1618/13 1622/14 1623/11
1623/19 1623/20 1623/22 1624/2
1629/25 1630/25 1631/10 1635/18
1638/6 1638/7 1641/5 1643/1 1644/13
1645/6 1649/7 1649/10 1649/17
1649/17 1653/2 1653/5 1654/24
1666/20 1668/16 1668/17 1669/21
1670/2 1670/7 1670/15 1672/21 1674/3
1676/6 1679/1 1679/10 1682/23
1684/15 1684/21 1685/3
couldn't [1] 1637/4
counsel [1] 1663/19
count [2] 1604/9 1654/6
counties [27] 1607/8 1607/11 1608/8
1608/8 1609/11 1609/14 1639/18
1644/15 1644/16 1644/21 1644/24
1645/15 1645/15 1645/16 1646/3
1647/22 1648/2 1657/1 1657/4 1657/11
1657/11 1681/18 1681/22 1682/1
1682/14 1682/15 1683/1
county [78] 1599/24 1601/15 1603/2
1607/16 1609/9 1609/16 1611/23
1611/24 1622/9 1622/21 1622/24
1623/1 1623/23 1624/4 1624/4 1624/5
1624/6 1624/10 1624/18 1624/20
1625/1 1625/19 1625/19 1625/23
1626/25 1633/9 1636/8 1637/22
1637/23 1638/1 1638/9 1638/23
1640/20 1640/21 1640/21 1642/5
1642/15 1644/7 1644/17 1644/18
1644/20 1644/23 1645/14 1646/20
1648/25 1649/22 1651/2 1651/10
1651/11 1651/13 1651/16 1651/17
1651/19 1651/19 1651/21 1652/7
1652/8 1652/25 1653/7 1653/24 1654/2
1657/6 1657/9 1657/21 1657/22
1657/23 1678/25 1679/25 1680/1
1680/6 1680/9 1680/24 1681/9 1681/21
1682/4 1682/6 1682/20 1689/9
couple [8] 1619/8 1622/2 1639/17
1644/12 1656/1 1660/3 1670/6 1676/15
course [3] 1608/25 1644/20 1650/16
court [19] 1/3 1/6 1/9 1596/1 1596/22
1599/24 1600/5 1619/15 1623/4 1623/6
1663/6 1663/20 1669/17 1689/8 1690/6
1690/7 1690/10 1690/17 1690/17
COURTHOUSE [1] 1596/23
courtroom [4] 1601/23 1617/15
1663/18 1680/19
Cox [3] 1620/16 1635/5 1687/16
created [3] 1609/15 1665/13 1680/3
creates [1] 1625/12
credible [1] 1653/6
credit [1] 1650/1
crime [1] 1629/15
criteria [2] 1637/9 1678/13
cross [5] 1598/5 1660/7 1663/10
1663/11 1673/10
Cross-Examination [2] 1598/5
1663/11
cross-referenced [1] 1673/10
CRR [3] 1596/22 1690/6 1690/16

**C**

curious [2] 1622/6 1622/17
currently [2] 1665/2 1665/21
customer [4] 1604/1 1604/5 1613/14
 1650/4
customers [3] 1604/7 1613/1 1626/17
cut [3] 1613/7 1656/16 1656/17
cuts [13] 1650/22 1653/4 1653/5
 1668/5 1668/5 1668/7 1668/18 1670/13
 1672/16 1672/17 1672/19 1673/4
 1673/11
CV [1] 1596/6
cycle [1] 1606/4
cycles [1] 1641/13

**D**

Dan [4] 1648/7 1648/21 1649/12
 1649/18
Dan Gasaway [1] 1648/7
DANA [1] 1597/19
danger [1] 1659/15
data [75] 1603/8 1603/9 1603/13
 1603/16 1603/20 1603/25 1603/25
 1604/1 1604/13 1604/15 1606/2
 1606/21 1607/5 1607/9 1607/12
 1607/23 1608/5 1608/9 1608/15
 1608/21 1609/4 1609/16 1610/12
 1610/17 1610/17 1612/2 1612/5
 1613/15 1614/2 1614/9 1615/23 1616/4
 1616/6 1618/2 1618/8 1618/15 1622/20
 1625/23 1629/9 1629/23 1630/3
 1630/16 1632/3 1634/3 1634/4 1636/1
 1637/22 1642/11 1644/5 1644/16
 1644/19 1649/7 1649/9 1650/21
 1654/20 1655/7 1655/9 1655/13
 1655/14 1656/13 1656/22 1661/22
 1665/15 1665/20 1665/23 1666/10
 1667/20 1671/22 1673/7 1675/2 1675/3
 1675/4 1675/9 1675/10 1675/11
database [13] 1603/21 1605/19
 1605/24 1606/20 1607/7 1607/14
 1609/18 1611/12 1621/19 1632/18
 1652/18 1653/2 1666/1
date [9] 1624/8 1630/6 1637/4 1637/6
 1640/18 1650/6 1650/7 1657/7 1675/17
dated [1] 1630/9
DAVIS [86] 1598/3 1600/16 1600/18
 1601/6 1601/9 1601/13 1601/25
 1602/25 1603/7 1606/6 1614/1 1614/17
 1614/18 1615/1 1620/4 1621/11
 1621/25 1623/11 1626/21 1627/17
 1629/2 1632/2 1632/23 1633/21
 1633/22 1634/21 1636/15 1636/20
 1639/4 1639/17 1639/22 1647/11
 1649/20 1651/23 1652/11 1653/9
 1657/25 1659/22 1660/10 1662/10
 1662/24 1663/5 1663/13 1663/17
 1663/24 1666/7 1666/17 1666/25
 1667/6 1667/19 1668/19 1669/6
 1669/10 1669/25 1670/16 1670/22
 1671/10 1672/2 1672/11 1672/23
 1673/14 1673/18 1674/8 1674/11
 1674/21 1676/9 1676/14 1677/6 1678/1
 1678/24 1679/15 1680/3 1680/13
 1681/4 1681/7 1681/18 1682/12
 1682/23 1683/7 1683/10 1683/14
 1684/17 1685/8 1685/24 1686/3

Davis' [1] 1634/6
day [14] 1599/10 1601/23 1604/20
 1604/20 1622/22 1627/7 1646/24
 1656/3 1656/8 1658/5 1658/13 1678/15
 1682/8 1690/13
days [7] 1/4 1613/2 1624/12 1640/15
 1658/7 1658/11 1676/15
dead [1] 1613/11
deadline [1] 1625/20
deal [3] 1600/5 1604/19 1649/23
dealing [2] 1634/12 1660/24
debated [1] 1656/16
debit [1] 1650/1
decades [2] 1603/22 1619/7
December [11] 1637/5 1637/9 1637/11
 1655/19 1656/1 1656/2 1658/3 1674/23
 1675/16 1676/15 1676/21
December 15th [2] 1637/11 1656/2
December 20th [1] 1675/16
December 30th [2] 1676/15 1676/21
decide [2] 1615/17 1637/3
decided [3] 1622/16 1636/12 1658/10
decides [1] 1624/19
deciding [1] 1644/4
decision [3] 1642/21 1645/4 1659/12
decisions [4] 1628/16 1628/18
 1634/13 1645/1
deck [1] 1689/7
decline [1] 1602/17
declined [1] 1640/21
deems [1] 1684/8
defendants [5] 1596/8 1597/11 1599/4
 1600/13 1600/14
defensive [2] 1620/16 1620/18
defer [1] 1682/20
defined [3] 1609/19 1610/15 1610/16
defining [1] 1678/6
definition [1] 1654/17
degraded [1] 1633/9
delay [1] 1600/20
delete [1] 1649/11
deliberately [2] 1629/20 1650/22
delicate [1] 1640/6
delivery [6] 1606/13 1606/13 1606/17
 1606/19 1606/21 1606/21
Democrat [1] 1620/17
demographic [1] 1657/15
demonstrates [1] 1652/2
DEPARTMENT [1] 1597/21
depends [4] 1605/15 1605/17 1612/6
 1654/1
deposition [3] 1658/19 1669/10
 1669/21
depositions [2] 1669/13 1669/15
deprive [1] 1613/19
Derek [12] 1629/2 1642/12 1648/1
 1648/25 1649/2 1658/3 1660/24
 1668/16 1671/5 1671/13 1671/18
 1679/7
Derek's [1] 1642/17
describe [2] 1667/7 1672/3
described [1] 1672/6
deserve [1] 1661/15
deserved [1] 1656/20
designated [1] 1642/18
designed [2] 1622/12 1649/6
desk [1] 1660/25

despite [1] 1683/24
detail [1] 1667/7
determination [1] 1673/12
determine [5] 1642/5 1644/11 1673/8
 1680/15 1681/22
determining [3] 1673/11 1678/20
 1682/8
develop [4] 1617/25 1639/24 1640/2
 1647/23
devote [2] 1682/5 1682/7
devoted [1] 1656/11
diagnosed [1] 1602/3
did [119]
didn't [43] 1607/17 1607/23 1609/11
 1609/20 1609/21 1620/5 1627/6
 1627/19 1635/6 1638/17 1640/13
 1640/24 1640/25 1643/4 1643/4 1644/2
 1644/2 1644/3 1644/3 1645/7 1645/8
 1645/16 1648/10 1651/1 1651/4 1651/5
 1653/7 1654/4 1654/23 1654/25
 1657/11 1657/12 1658/4 1668/10
 1668/13 1675/7 1675/7 1678/7 1678/8
 1678/17 1679/7 1680/6 1680/10
difference [2] 1612/1 1653/23
different [24] 1605/20 1606/21
 1607/16 1608/7 1610/25 1612/14
 1626/23 1628/2 1628/8 1631/11 1633/4
 1636/22 1645/23 1645/23 1658/24
 1664/6 1664/7 1664/8 1664/16 1664/21
 1665/3 1673/10 1678/13 1680/16
difficult [7] 1610/9 1652/16 1671/14
 1682/1 1682/14 1683/1 1684/4
digit [1] 1606/17
digital [1] 1618/11
dinner [1] 1658/3
direct [4] 1598/4 1601/11 1660/6
 1664/3
disagree [1] 1682/13
disclose [2] 1668/8 1668/13
disclosed [3] 1670/17 1670/24 1672/5
discount [1] 1613/5
discovered [1] 1626/24
discovery [1] 1657/4
discs [1] 1608/12
discuss [4] 1635/21 1676/23 1687/14
 1688/11
discussed [6] 1619/9 1660/14 1674/20
 1675/2 1675/12 1686/14
discussing [1] 1670/20
discussion [1] 1600/17
disguise [1] 1631/13
disputed [2] 1664/10 1664/13
distinction [1] 1611/9
distress [1] 1644/1
distribute [1] 1604/5
district [14] 1596/1 1596/1 1596/13
 1615/22 1620/19 1622/8 1631/11
 1638/24 1638/25 1651/17 1690/4
 1690/7 1690/7 1690/17
districted [3] 1631/1 1631/20 1665/11
disturbing [1] 1625/17
divided [1] 1642/13
division [5] 1596/2 1620/24 1687/18
 1687/20 1690/8
divorce [1] 1613/18
dizzy [1] 1602/15
do [107]
docket [2] 1/5 1596/6

**D**

**doctors [1]**  1602/11
**document [2]**  1/8 1667/1
**documents [1]**  1657/4
**DOE [2]**  1596/4 1624/4
**does [16]**  1603/12 1610/20 1612/2
1613/9 1613/22 1613/24 1637/24
1640/8 1641/15 1641/17 1663/22
1675/5 1676/9 1684/8 1684/20 1685/15
**doesn't [6]**  1613/6 1618/20 1624/12
1625/1 1652/7 1654/9
**doing [17]**  1622/23 1624/12 1625/14
1637/5 1642/10 1642/11 1656/21
1658/18 1659/4 1659/7 1659/7 1659/8
1659/22 1659/23 1659/25 1663/19
1680/11
**dollars [1]**  1613/8
**don't [59]**  1611/18 1615/9 1615/25
1616/5 1616/10 1623/8 1626/18
1626/18 1627/3 1628/5 1628/6 1628/21
1631/4 1635/4 1638/25 1639/11
1640/16 1640/18 1643/9 1643/20
1646/20 1647/25 1647/25 1648/1
1649/19 1652/3 1652/15 1653/17
1654/5 1654/8 1655/7 1655/19 1655/19
1655/23 1655/25 1658/14 1662/4
1665/9 1671/21 1672/16 1672/16
1672/19 1673/3 1674/19 1674/19
1675/17 1675/25 1676/1 1676/4
1676/12 1677/4 1677/5 1677/17 1679/8
1679/10 1679/10 1679/19 1687/25
1688/1
**donations [1]**  1659/1
**done [18]**  1603/22 1606/16 1609/22
1614/22 1616/15 1623/12 1623/23
1629/21 1635/13 1635/18 1635/19
1659/11 1659/19 1661/17 1664/7
1665/14 1672/6 1678/14
**donors [1]**  1659/2
**Doraville [1]**  1607/20
**double [4]**  1626/23 1628/2 1629/12
1629/17
**double-check [1]**  1629/12
**double-checking [1]**  1629/17
**doubt [1]**  1677/4
**down [14]**  1604/21 1606/7 1613/8
1628/16 1628/18 1637/6 1652/22
1652/23 1653/5 1656/18 1659/14
1677/24 1678/6 1682/17
**download [1]**  1679/1
**downtown [1]**  1630/20
**DPV [4]**  1605/14 1606/9 1610/19
1611/5
**draw [2]**  1637/14 1637/16
**drive [4]**  1596/23 1601/22 1679/3
1679/6 1679/11 1679/16
**driver [1]**  1608/3
**driver's [6]**  1624/11 1624/15 1624/20
1624/24 1633/18 1643/14
**drop [2]**  1605/21 1611/2
**duly [1]**  1601/10
**duplicates [4]**  1626/21 1627/17
1627/24 1628/11
**duration [1]**  1658/14
**during [2]**  1641/7 1656/7
**duty [1]**  1626/3

**E**

**each [4]**  1605/22 1605/24 1607/16
1678/25
**eager [1]**  1621/5
**earlier [3]**  1610/12 1635/15 1665/16
**early [5]**  1610/2 1610/10 1627/6 1637/5
1662/22
**ears [1]**  1680/22
**easy [1]**  1657/5
**ECF [2]**  1/2 1/3
**effective [3]**  1624/8 1650/6 1650/7
**effort [2]**  1612/22 1612/23 1657/13
1662/20 1666/13 1671/5
**efforts [1]**  1671/11 1675/12 1676/23
**eight [1]**  1605/23
**either [8]**  1603/18 1603/25 1613/2
1625/8 1627/15 1633/18 1651/1 1671/6
**elaboration [1]**  1639/11
**elect [1]**  1651/16
**elected [5]**  1616/2 1637/14 1645/13
1686/7 1688/22
**election [67]**  1606/4 1616/3 1620/19
1621/19 1622/1 1622/4 1622/6 1622/23
1623/14 1623/15 1623/17 1623/18
1625/21 1627/7 1629/4 1633/12
1633/16 1634/23 1634/24 1635/16
1635/17 1636/6 1636/25 1638/7 1638/7
1640/15 1640/18 1641/13 1644/10
1645/6 1645/19 1651/24 1652/25
1654/8 1654/12 1654/13 1654/15
1654/22 1656/12 1659/5 1661/13
1665/5 1665/14 1667/22 1675/4 1678/4
1680/19 1680/24 1686/4 1686/6 1686/7
1686/18 1686/25 1687/1 1687/2 1687/3
1687/12 1687/14 1687/19 1687/22
1687/24 1688/2 1688/3 1688/11
1688/15 1688/18 1688/22
**elections [43]**  1612/17 1619/9 1619/10
1620/9 1620/23 1621/2 1623/20
1623/23 1636/8 1637/15 1637/16
1641/22 1643/8 1643/20 1644/8
1644/13 1645/1 1645/23 1646/6 1646/9
1651/2 1652/3 1652/8 1653/7 1656/20
1659/13 1664/10 1664/13 1664/14
1665/15 1669/4 1670/15 1671/25
1673/13 1681/10 1681/21 1682/4
1682/10 1682/21 1684/16 1687/18
1687/20 1688/1
**elector [3]**  1625/15 1636/21 1667/9
**ELIAS [1]**  1597/9
**eligibility [3]**  1664/17 1666/5 1683/12
**eligible [1]**  1685/1
**eliminate [1]**  1653/2
**else [11]**  1599/16 1617/23 1619/15
1622/17 1623/9 1631/16 1634/8 1639/6
1645/10 1671/22 1681/11
**else's [2]**  1651/19 1651/21
**email [1]**  1650/3
**emails [3]**  1643/19 1650/2 1650/8
**embarrass [1]**  1629/19
**employees [2]**  1604/14 1682/5
**enacted [1]**  1681/14
**encourage [1]**  1637/1
**end [4]**  1599/10 1659/24 1678/15
1682/8
**energy [2]**  1602/14 1659/22
**eNet [1]**  1643/13

**engage [1]**  1664/3
**Engelbrecht [3]**  1673/18 1674/12
1674/17
**enhanced [5]**  1603/21 1610/16
1610/18 1611/18 1612/2
**enough [3]**  1622/13 1635/1 1680/12
**ensued [1]**  1600/17
**ensure [2]**  1650/15 1651/15
**entire [4]**  1609/17 1609/20 1622/15
1641/8
**entirely [4]**  1634/23 1642/6 1649/14
1671/6
**entirety [3]**  1609/3 1644/24
**entry [1]**  1/5
**error [1]**  1613/20
**errors [2]**  1619/1 1629/18
**escape [1]**  1652/17
**especially [2]**  1646/19 1656/6
**essentially [2]**  1603/16 1684/6
**established [4]**  1615/5 1616/18
1616/20 1616/23
**estimates [1]**  1679/19
**ET [1]**  1596/7
**evaluated [1]**  1667/24
**EVANS [4]**  1597/15 1599/24 1626/24
1627/2
**Eve [2]**  1658/12 1677/2
**even [17]**  1606/4 1607/9 1611/23
1612/11 1612/15 1627/3 1631/1 1641/8
1645/8 1645/14 1645/14 1645/16
1646/1 1653/4 1654/24 1656/12
1657/11
**evening [1]**  1658/4
**evenings [1]**  1656/8
**events [2]**  1686/18 1687/5
**eventually [1]**  1633/13
**ever [4]**  1613/12 1662/10 1676/10
1679/11
**every [5]**  1601/23 1605/9 1605/12
1610/24 1677/6
**everybody [3]**  1610/4 1621/4 1638/19
**everything [1]**  1663/18
**evidence [1]**  1615/19
**exact [5]**  1610/9 1630/6 1638/6
1652/15 1672/20
**exactly [11]**  1627/14 1648/2 1649/14
1649/18 1652/10 1655/23 1655/25
1662/5 1672/17 1673/4 1675/7
**Examination [6]**  1598/4 1598/5 1598/6
1601/11 1663/11 1685/22
**examining [1]**  1630/15
**example [3]**  1645/24 1646/23 1670/3
**examples [2]**  1619/2 1630/22
**Excel [2]**  1649/10 1657/3
**exception [2]**  1619/16 1678/10
**exceptions [2]**  1627/23 1678/12
**excess [1]**  1606/5
**excluded [1]**  1653/21
**excluding [1]**  1653/15
**Excuse [2]**  1614/5 1669/12
**exercise [1]**  1662/14
**Exhibit [2]**  1666/20 1676/7
**expect [2]**  1646/17 1653/10
**expend [1]**  1602/14
**expensive [2]**  1609/6 1610/6
**experience [6]**  1602/16 1606/24
1607/1 1614/19 1614/21 1616/8
**experienced [1]**  1601/21

**E**

**expert [11]**  1614/1 1614/8 1614/19 1614/20 1614/22 1614/25 1615/3 1615/7 1615/14 1616/19 1616/21
**expertise [3]**  1615/10 1616/8 1616/11
**explains [2]**  1619/22 1619/23
**extend [1]**  1626/8
**extent [6]**  1619/13 1627/12 1633/22 1636/14 1664/7 1681/12
**extra [2]**  1689/13 1689/16
**extremely [2]**  1605/4 1679/9

**F**

**facilitate [1]**  1604/24
**facilitating [1]**  1637/12
**facilities [2]**  1605/3 1631/11
**facility [1]**  1604/18
**fact [6]**  1619/8 1626/18 1634/25 1644/23 1654/24 1669/11
**factors [1]**  1657/16
**facts [1]**  1652/16
**failure [1]**  1602/4
**faint [1]**  1602/9
**fair [5]**  1596/3 1607/6 1658/9 1662/13 1672/22
**fairly [2]**  1604/22 1658/6
**faith [1]**  1616/17
**fall [2]**  1673/19 1674/21
**falls [2]**  1602/9 1682/10
**false [2]**  1613/12 1625/5
**familiar [2]**  1640/4 1640/4
**far [9]**  1606/3 1615/6 1621/8 1643/23 1658/9 1673/11 1675/6 1675/8 1682/10
**father [1]**  1607/4
**FBI [2]**  1629/13 1629/20
**feature [1]**  1610/20
**federal [1]**  1641/13
**Federalist [1]**  1661/6
**feed [1]**  1658/21
**feel [10]**  1618/16 1618/21 1643/4 1643/22 1653/8 1654/23 1668/8 1676/4 1680/10 1685/9
**feeling [1]**  1659/16
**fees [1]**  1662/17
**felony [1]**  1625/6
**felt [10]**  1618/18 1618/21 1642/16 1643/5 1644/9 1644/25 1645/2 1656/20 1659/12 1680/11
**few [14]**  1604/16 1604/25 1604/25 1616/19 1633/14 1638/12 1650/23 1651/25 1654/13 1654/17 1658/7 1658/11 1671/16 1673/10
**field [1]**  1671/21
**FIGHT [3]**  1596/3 1658/9 1662/13
**figs [1]**  1666/16
**figure [1]**  1616/11
**figures [1]**  1652/16
**file [34]**  1605/18 1605/23 1610/1 1610/8 1610/21 1610/24 1611/19 1612/9 1613/18 1614/23 1617/1 1618/1 1621/25 1626/3 1626/10 1626/12 1626/14 1626/22 1634/12 1641/20 1644/6 1644/17 1644/18 1648/2 1649/7 1669/2 1680/4 1680/6 1680/11 1683/18 1683/23 1684/7 1684/19 1684/24
**filed [16]**  1/2 1/6 1/8 1599/6 1599/9 1626/20 1634/24 1636/16 1646/8

1649/3 1649/9 1658/11 1661/21 1666/9 1676/22 1682/1
**files [6]**  1609/14 1624/7 1637/8 1678/24 1679/1 1679/8
**filing [9]**  1642/1 1642/2 1642/3 1647/14 1647/16 1647/19 1648/24 1678/10 1683/10
**final [2]**  1673/5 1673/11
**financial [1]**  1604/8
**find [3]**  1641/23 1642/6 1656/23
**fine [4]**  1625/7 1632/10 1656/18 1662/8
**finish [2]**  1677/15 1681/5
**finished [6]**  1660/6 1689/10
**firepower [1]**  1622/13
**first [18]**  1600/13 1601/10 1603/18 1606/15 1609/2 1610/7 1616/12 1617/2 1648/10 1648/12 1648/13 1656/1 1662/6 1665/17 1665/24 1666/3 1666/6 1667/15
**five [7]**  1604/18 1614/3 1614/5 1614/9 1615/1 1616/9 1668/2
**fix [2]**  1618/20 1638/19
**flips [1]**  1624/22
**floppy [1]**  1608/12
**flurry [1]**  1629/5
**focus [1]**  1617/22
**folder [4]**  1679/6 1679/14 1679/16 1679/23
**folks [26]**  1617/15 1617/15 1619/5 1626/9 1626/12 1626/25 1630/20 1630/25 1631/3 1636/5 1638/8 1638/12 1638/16 1638/17 1638/23 1638/24 1649/11 1651/8 1651/9 1651/11 1651/16 1654/11 1656/25 1658/15 1659/20 1671/19
**follow [1]**  1643/6
**following [2]**  1/1 1629/4
**follows [1]**  1601/10
**forced [3]**  1683/23 1683/25 1684/3
**FORD [1]**  1597/7
**foregoing [1]**  1690/9
**forgot [1]**  1648/13
**forgotten [1]**  1674/20
**form [1]**  1635/23
**formally [2]**  1633/17 1663/24
**format [6]**  1607/13 1607/22 1608/17 1609/18 1609/19 1611/6
**formats [1]**  1609/21
**former [4]**  1613/19 1629/13 1629/20 1687/13
**forms [1]**  1680/5
**formulated [1]**  1636/2
**forward [3]**  1602/20 1626/15 1642/9
**forwarded [1]**  1613/4
**found [6]**  1629/9 1629/13 1630/25 1633/4 1656/22 1666/13
**foundation [3]**  1628/20 1635/2 1636/16
**four [8]**  1606/16 1612/12 1614/12 1626/2 1660/8 1660/10 1668/1 1683/23
**frame [1]**  1610/9
**Frankenstein [1]**  1608/14
**Fraud [1]**  1620/25
**free [1]**  1676/4
**friendly [1]**  1658/25
**front [1]**  1667/1
**full [3]**  1/8 1600/22 1689/7

**Fulton [1]**  1644/25
**functions [1]**  1606/1
**fundraising [2]**  1604/12 1612/23
**further [5]**  1621/16 1639/11 1673/7 1688/14 1688/25
**future [2]**  1665/4 1684/21

**G**

**gain [1]**  1618/13
**GAINESVILLE [4]**  1596/2 1599/2 1690/8 1690/10
**galled [1]**  1638/15
**game [1]**  1609/11
**Gasaway [4]**  1648/7 1648/8 1648/9 1648/21
**gather [1]**  1607/12
**gave [3]**  1629/22 1666/8 1675/3
**gender [2]**  1613/24 1657/18
**general [22]**  1622/1 1623/14 1623/17 1627/17 1632/2 1633/12 1635/16 1636/6 1652/25 1654/7 1654/12 1654/13 1654/15 1654/22 1654/25 1655/2 1656/12 1660/18 1661/13 1664/21 1667/22 1678/3
**generally [2]**  1606/3 1659/4
**generated [4]**  1645/10 1657/3 1657/6 1678/24
**geocoding [1]**  1618/10
**geographic [1]**  1622/8
**GEORGIA [58]**  1596/1 1596/24 1599/2 1601/14 1603/1 1603/5 1603/21 1604/8 1606/24 1607/8 1609/1 1609/9 1609/14 1610/1 1610/8 1610/21 1612/9 1614/22 1617/1 1618/1 1619/20 1620/20 1620/24 1621/11 1622/9 1622/21 1624/11 1626/22 1626/24 1627/13 1628/17 1631/21 1632/17 1636/20 1638/10 1643/12 1644/15 1660/12 1667/9 1673/8 1674/13 1675/4 1677/7 1678/21 1683/20 1683/24 1684/10 1684/13 1685/1 1686/8 1686/12 1687/13 1687/18 1687/24 1688/9 1690/4 1690/8 1690/11
**get [52]**  1599/3 1600/13 1600/15 1602/9 1602/14 1602/15 1602/15 1602/19 1606/9 1608/15 1609/1 1609/6 1609/16 1613/5 1615/21 1616/10 1617/11 1618/20 1619/4 1620/15 1621/23 1624/12 1626/19 1627/16 1627/25 1628/17 1629/11 1634/13 1635/9 1635/11 1635/19 1638/5 1638/12 1641/23 1643/21 1643/23 1643/23 1645/6 1650/13 1652/9 1655/21 1657/11 1658/22 1660/5 1661/18 1661/21 1663/17 1669/3 1671/17 1676/19 1679/7 1679/12
**get-go [1]**  1671/17
**gets [1]**  1624/10
**getting [12]**  1608/20 1611/14 1612/23 1616/8 1616/15 1634/8 1639/6 1643/10 1650/12 1676/17 1681/3 1689/11
**giant [1]**  1608/10
**give [8]**  1623/4 1624/2 1625/11 1633/11 1637/4 1683/3 1689/13 1689/15
**given [6]**  1615/3 1644/10 1645/9 1661/22 1679/13 1688/8
**gives [1]**  1624/8

**G**

giving [3]  1602/1 1669/10 1669/13
go [30]  1601/25 1602/20 1605/16
  1607/11 1609/2 1611/6 1611/7 1615/22
  1619/10 1621/1 1622/3 1623/4 1624/19
  1625/23 1629/23 1637/7 1641/8
  1655/24 1658/4 1667/4 1667/15
  1668/10 1668/14 1669/22 1671/17
  1672/11 1682/23 1683/20 1685/17
  1689/11
goal [7]  1650/22 1651/3 1656/17
  1658/25 1688/14 1688/17 1688/21
goals [2]  1613/7 1637/12
goes [6]  1606/3 1616/14 1625/12
  1625/13 1666/11 1675/7
going [36]  1600/6 1608/7 1612/17
  1612/18 1613/18 1615/13 1616/11
  1616/13 1618/21 1621/7 1621/7
  1622/16 1626/1 1626/2 1626/9 1626/13
  1626/16 1628/15 1628/17 1628/20
  1629/6 1634/12 1635/17 1640/9
  1641/23 1642/12 1642/14 1650/24
  1653/18 1663/18 1666/2 1671/15
  1677/16 1689/12 1689/13 1689/15
gone [2]  1626/10 1661/17
good [14]  1600/18 1600/19 1611/6
  1611/7 1613/9 1616/17 1650/15
  1652/20 1652/20 1654/9 1662/25
  1663/13 1663/15 1663/16
Google [4]  1679/3 1679/6 1679/11
  1679/16
got [25]  1602/12 1607/18 1607/18
  1607/23 1612/17 1617/4 1619/16
  1620/20 1620/22 1622/6 1622/12
  1624/15 1630/17 1631/2 1638/10
  1638/16 1642/25 1643/14 1643/14
  1643/15 1644/15 1658/16 1659/16
  1671/21 1684/5
gotten [1]  1615/25
Government [4]  1621/13 1633/11
  1660/14 1662/15
governor [1]  1607/4
grace [1]  1622/22
gradually [2]  1635/25 1662/21
grateful [1]  1601/23
Gray [5]  1661/20 1661/21 1661/25
  1662/1 1662/3
great [12]  1604/19 1608/9 1609/25
  1620/22 1629/21 1632/25 1644/15
  1649/23 1657/21 1662/19 1679/12
  1686/3
green [1]  1625/2
GREENBERG [1]  1597/15
Gregg [3]  1658/5 1674/21 1674/25
GREGOR [1]  1597/14
grievances [1]  1662/16
group [7]  1597/9 1642/9 1656/16
  1656/17 1673/20 1674/15 1674/18
groups [1]  1661/17
guess [5]  1602/21 1604/7 1607/11
  1619/4 1658/13
guessed [1]  1679/10
guild [1]  1622/12
guys [1]  1677/1
Gwinnett [7]  1601/16 1603/3 1624/4
  1624/6 1624/9 1624/18 1680/9

**H**

had [84]  1606/24 1607/22 1608/4
  1608/16 1608/19 1609/19 1613/14
  1616/16 1616/16 1617/9 1618/3 1618/8
  1618/8 1618/9 1618/10 1619/19
  1620/20 1621/1 1622/12 1622/13
  1622/20 1623/17 1624/13 1625/19
  1625/19 1629/8 1629/10 1629/15
  1629/21 1630/15 1630/20 1630/23
  1630/23 1632/3 1632/25 1635/13
  1636/5 1637/22 1637/23 1638/16
  1639/18 1642/14 1642/24 1643/18
  1644/6 1645/2 1645/3 1645/9 1645/10
  1645/12 1645/24 1646/19 1646/20
  1648/25 1649/1 1649/12 1649/15
  1649/23 1651/25 1652/11 1652/19
  1652/24 1652/25 1654/11 1654/15
  1654/19 1654/21 1656/2 1657/8
  1657/14 1658/5 1659/7 1661/22
  1662/16 1662/20 1665/14 1667/23
  1671/16 1673/18 1674/21 1677/1
  1677/23 1679/5 1690/10
hadn't [1]  1610/13
half [1]  1605/1
hall [4]  1599/2 1675/19 1676/23 1689/9
hand [3]  1601/2 1663/20 1666/23
  1690/12
handful [2]  1660/23 1679/20
handle [9]  1604/14 1604/15 1604/17
  1643/5 1644/8 1644/9 1660/8 1680/10
  1682/22
handled [3]  1645/23 1679/7 1682/19
handles [1]  1604/19
handling [1]  1682/9
hands [5]  1611/14 1612/24 1624/21
  1673/12 1681/23
happen [6]  1623/25 1641/9 1645/18
  1653/11 1653/18 1665/8
happened [5]  1607/17 1623/17
  1633/16 1636/10 1656/12
happens [3]  1628/7 1665/12 1684/1
happy [3]  1661/13 1661/16 1685/17
harassing [1]  1643/1
hard [5]  1605/6 1615/18 1615/19
  1621/23 1663/17
harder [1]  1630/1
HARDY [1]  1597/4
has [25]  1/6 1600/5 1604/8 1605/3
  1605/19 1609/24 1610/12 1610/23
  1614/18 1614/22 1615/1 1615/5
  1616/23 1617/5 1624/25 1625/8 1625/9
  1632/17 1636/15 1642/3 1642/3
  1644/15 1644/15 1663/20 1666/21
hasn't [2]  1624/21 1636/15
hassle [1]  1643/25
have [150]
haven't [1]  1615/3
having [10]  1601/10 1629/19 1631/5
  1646/8 1646/8 1650/18 1665/6 1668/23
  1674/17 1678/22
he [95]  1614/22 1615/1 1615/5 1615/10
  1615/11 1616/16 1616/16 1616/23
  1616/25 1617/4 1617/6 1617/7 1617/7
  1619/14 1619/25 1622/11 1623/8
  1624/5 1624/5 1624/7 1624/7 1624/8
  1624/10 1624/10 1624/11 1624/12
  1624/13 1624/14 1624/17 1624/18

he'll [1]  1624/19
he's [12]  1615/2 1616/15 1616/20
  1616/21 1619/13 1619/19 1619/19
  1627/12 1632/20 1634/7 1639/6
  1639/10
head [2]  1631/9 1652/14
headed [1]  1602/15
heading [1]  1611/7
health [2]  1601/21 1662/19
hear [11]  1600/22 1610/5 1617/14
  1619/11 1620/5 1621/5 1628/1 1632/10
  1648/10 1663/18 1686/1
heard [6]  1613/17 1642/10 1646/10
  1658/2 1677/24 1679/19
hearing [4]  1617/15 1665/6 1668/23
  1678/22
hearings [3]  1680/14 1680/24 1681/19
hearsay [13]  1619/16 1627/11 1627/20
  1633/23 1634/5 1634/9 1635/9 1639/7
  1647/8 1655/6 1655/10 1661/23 1662/6
heart [2]  1602/4 1602/5
Heather [1]  1599/19
heck [1]  1624/17
held [1]  1690/10
help [3]  1624/3 1650/21 1658/22
helping [1]  1604/24
helps [1]  1658/20
Hemingway [1]  1661/4
Hemmingway [1]  1661/6
her [5]  1620/23 1627/6 1627/7 1661/4
  1674/20
here [13]  1603/19 1604/8 1604/19
  1609/1 1611/10 1615/4 1624/18
  1634/16 1638/22 1667/19 1668/9
  1668/15 1676/19
hereby [1]  1690/8
HEREDIA [1]  1596/3
hereunto [1]  1690/12
hesitant [1]  1672/18
hey [2]  1638/8 1647/2
Hi [1]  1685/24
high [2]  1602/10 1605/4
highlight [2]  1616/2 1616/3
highly [1]  1680/13
Hill [1]  1677/25
him [37]  1600/24 1615/6 1615/9
  1615/10 1616/25 1617/3 1617/3 1617/7
  1617/17 1617/17 1617/19 1619/15
  1619/19 1622/11 1623/8 1627/4
  1627/13 1629/16 1629/22 1629/23
  1630/3 1630/14 1634/11 1634/13
  1635/4 1636/18 1639/5 1648/5 1648/25
  1649/2 1653/17 1660/8 1671/5 1675/14

**H**

him... **[3]**  1677/23 1677/23 1681/5
**hire [1]**  1607/19
**his [31]**  1614/19 1614/21 1615/9
1616/8 1616/14 1619/22 1619/23
1622/11 1624/5 1624/9 1624/10
1624/11 1624/14 1624/15 1624/15
1624/19 1627/6 1628/11 1633/24
1634/1 1634/12 1635/1 1637/24 1647/6
1648/24 1653/16 1655/6 1671/5 1675/8
1681/5 1685/15
**history [2]**  1655/2 1655/7
**hold [22]**  1614/16 1614/16 1614/17
1619/12 1627/10 1628/10 1628/10
1632/15 1633/20 1633/20 1633/21
1639/3 1639/4 1639/13 1639/13
1646/11 1647/5 1655/5 1661/24
1663/20 1671/2 1681/19
**holes [2]**  1629/20 1629/25
**home [6]**  1601/17 1601/19 1601/24
1624/5 1624/5 1624/10
**homeless [3]**  1631/5 1658/19 1658/21
**hone [1]**  1656/18
**Honor [31]**  1599/8 1600/15 1614/15
1615/8 1616/7 1619/11 1619/24 1627/9
1628/9 1632/8 1633/19 1634/10
1634/19 1635/3 1636/14 1639/2
1646/12 1647/4 1655/4 1660/3 1661/23
1662/8 1663/2 1666/22 1671/1 1685/3
1685/13 1685/15 1685/17 1687/9
1689/5
**Honor's [1]**  1639/16
**HONORABLE [1]**  1596/12
**hoodwinked [1]**  1625/10
**hope [2]**  1685/9 1689/14
**hoped [2]**  1657/14 1683/11
**hopefully [2]**  1636/7 1638/12
**hoping [1]**  1657/10
**hosted [2]**  1658/16 1674/15
**hotrod [1]**  1622/11
**hours [3]**  1615/19 1656/3 1662/20
**house [4]**  1620/19 1622/8 1631/3
1638/25
**how [44]**  1603/5 1603/9 1605/8
1605/11 1605/17 1607/3 1607/15
1610/11 1610/20 1610/21 1612/9
1614/4 1615/10 1617/25 1627/24
1628/6 1628/14 1628/17 1629/2
1639/24 1640/2 1642/21 1646/6
1647/22 1648/2 1648/2 1652/7 1652/13
1655/22 1656/3 1659/21 1659/22
1660/22 1663/2 1663/14 1664/17
1666/4 1679/5 1679/16 1679/19
**however [4]**  1/7 1619/25 1629/24
1631/8
**HUGHES [1]**  1597/21
**hundred [3]**  1604/25 1604/25 1644/12
**hundreds [1]**  1652/14
**hurt [2]**  1602/9 1654/8
**hurts [1]**  1654/5
**hypothetical [1]**  1624/2

**I**

**I'd [1]**  1627/16
**I'll [12]**  1615/12 1620/2 1623/4 1627/18
1663/20 1674/6 1678/23 1678/23

1683/3 1684/17 1685/19 1685/19
**I'm [82]**  1600/25 1601/23 1602/20
1603/8 1605/10 1605/21 1607/6
1610/21 1612/4 1612/4 1612/7 1612/11
1614/6 1614/21 1615/21 1615/24
1616/3 1616/11 1616/13 1619/4 1619/4
1619/17 1620/5 1620/17 1623/13
1623/20 1624/18 1627/14 1628/20
1630/5 1632/2 1634/23 1635/8 1640/4
1640/4 1640/9 1641/25 1648/3 1648/10
1648/19 1648/19 1649/14 1654/24
1655/24 1658/7 1659/23 1659/25
1661/13 1661/16 1662/19 1662/21
1665/6 1668/10 1668/13 1668/23
1668/23 1669/8 1670/20 1671/10
1671/11 1672/18 1674/14 1676/10
1676/12 1676/13 1676/18 1676/19
1676/20 1676/25 1676/25 1677/14
1677/16 1680/21 1682/10 1683/4
1683/16 1685/13 1685/17 1685/19
1689/11 1689/13 1689/15
**I've [6]**  1602/2 1615/25 1619/7 1638/4
1661/17 1662/20
**idea [8]**  1629/19 1629/21 1633/8
1635/21 1637/4 1648/25 1654/10
1679/5
**identified [5]**  1623/12 1668/1 1668/2
1672/14 1673/6
**identify [2]**  1671/14 1677/6
**identifying [1]**  1667/8
**identity [1]**  1650/1
**illegally [1]**  1623/8
**illegitimate [1]**  1659/17
**illustrate [1]**  1624/3
**immediately [2]**  1622/22 1641/12
**impact [1]**  1664/17
**impacted [1]**  1666/4
**import [4]**  1609/20 1610/15 1610/17
1610/18
**importance [1]**  1661/18
**important [1]**  1650/12
**imposed [1]**  1639/23
**improperly [1]**  1614/13 1665/10
**inactive [12]**  1641/13 1651/4 1652/11
1652/24 1653/9 1653/14 1653/11
1654/1 1654/5 1654/7 1654/14 1654/18
**INC [2]**  1596/3 1596/7
**inclined [1]**  1676/25
**include [1]**  1667/9
**included [1]**  1686/10
**including [3]**  1617/16 1650/6 1680/4
**Incorporated [2]**  1603/8 1603/10
**increase [1]**  1651/20
**increased [1]**  1683/11
**increasing [1]**  1688/21
**independent [6]**  1686/14 1686/18
1686/25 1687/5 1687/12 1687/22
**independently [1]**  1666/7
**indicates [1]**  1671/22
**individual [3]**  1673/20 1673/21
1677/18
**individuals [8]**  1665/2 1665/3 1677/10
1678/2 1683/18 1684/7 1684/19
1684/24
**ineligible [1]**  1641/16
**influence [1]**  1659/7
**information [21]**  1625/5 1634/8
1634/16 1635/11 1641/10 1641/18

1641/20 1642/22 1643/13 1643/14
1643/18 1643/19 1643/22 1645/7
1645/22 1650/5 1650/10 1650/15
1651/13 1673/7 1678/19
**informed [1]**  1689/6
**initially [1]**  1608/18
**input [2]**  1678/7 1678/17
**inquire [2]**  1656/24 1684/16
**inquiries [1]**  1644/11
**inquiry [8]**  1641/22 1651/24 1652/2
1652/9 1656/21 1671/25 1681/15
1681/15
**insight [1]**  1618/13
**instance [2]**  1671/11 1683/22
**instances [1]**  1646/21
**Institute [1]**  1621/1
**institution [1]**  1604/8
**integrity [14]**  1621/19 1659/5 1661/13
1664/5 1686/4 1686/8 1687/14 1687/19
1687/24 1688/2 1688/12 1688/15
1688/18 1688/22
**intend [3]**  1612/24 1641/2 1683/19
**intending [1]**  1669/3
**intent [3]**  1649/21 1680/15 1680/25
**intention [1]**  1629/10
**intentional [1]**  1613/20
**intentionally [1]**  1655/19
**interact [1]**  1642/8
**interactions [2]**  1619/18 1660/12
**interest [4]**  1616/24 1621/22 1656/21
1660/19
**interested [12]**  1617/1 1629/16
1630/17 1642/10 1645/9 1645/11
1648/23 1658/17 1659/4 1659/5
1660/16 1679/1
**interesting [2]**  1610/4 1666/14
**interests [1]**  1630/15
**interface [2]**  1608/2 1608/3
**interjects [1]**  1663/19
**interrogatories [2]**  1666/17 1672/12
**interrogatory [5]**  1667/7 1667/17
1668/9 1670/18 1672/2
**Interrogatory 2 [1]**  1667/17
**interrupted [1]**  1614/7
**INTERVENOR [1]**  1597/17
**interviewed [1]**  1661/4
**intimidate [1]**  1644/1
**intimidated [1]**  1662/14
**intimidating [2]**  1643/2 1681/10
**introductory [1]**  1658/6
**intrusive [2]**  1642/25 1643/23
**investigate [1]**  1682/2
**investigation [1]**  1615/17
**investigations [1]**  1629/15
**invitation [2]**  1621/14 1677/5
**invitations [1]**  1676/19
**invite [1]**  1676/3
**invited [8]**  1620/23 1629/6 1675/22
1675/25 1676/11 1676/14 1676/17
1676/22
**involve [1]**  1665/9
**involved [13]**  1606/1 1607/3 1614/12
1615/21 1616/1 1616/15 1617/4
1618/20 1622/8 1644/5 1664/10
1687/23 1688/1
**ironies [1]**  1657/21
**irregularities [2]**  1673/23 1674/13
**irrelevant [5]**  1614/20 1615/2 1615/7

## I

**irrelevant...** [2]  1628/12 1662/7
**is** [172]
**isn't** [20]  1662/19 1663/25 1664/4
  1664/18 1665/16 1666/5 1667/13
  1667/17 1668/21 1670/25 1673/1
  1673/9 1674/22 1676/11 1676/24
  1678/4 1678/11 1680/7 1683/20
  1684/21
**issue** [4]  1630/14 1651/12 1656/4
  1669/1
**issued** [1]  1658/7
**issues** [57]  1600/16 1601/21 1602/2
  1609/24 1614/2 1614/9 1614/12
  1614/23 1616/2 1616/3 1616/6 1616/17
  1617/1 1618/5 1618/7 1618/14 1618/19
  1618/20 1618/23 1619/2 1619/9
  1620/14 1621/1 1621/18 1622/18
  1624/3 1629/8 1631/4 1633/4 1635/16
  1635/24 1636/6 1637/17 1641/22
  1645/11 1654/12 1656/11 1661/2
  1661/8 1661/14 1661/19 1664/10
  1664/18 1664/25 1665/8 1665/12
  1686/8 1686/12 1686/14 1687/14
  1687/19 1687/24 1688/6 1688/9
  1688/12 1688/18 1688/22
**it** [238]
**it's** [26]  1602/10 1605/1 1605/6
  1605/16 1607/6 1610/3 1611/3 1612/7
  1613/2 1613/4 1628/15 1628/21
  1634/10 1634/25 1635/9 1646/5
  1655/11 1659/18 1662/6 1662/7
  1662/16 1671/13 1675/25 1679/12
  1679/25 1680/23
**its** [2]  1613/22 1639/22
**itself** [1]  1632/24

## J

**JACOB** [1]  1597/7
**JAKE** [1]  1597/15
**James** [1]  1647/19
**JANE** [1]  1596/4
**JENNIFER** [1]  1597/19
**jibe** [1]  1652/7
**job** [1]  1605/6
**jobs** [1]  1658/23
**JOCELYN** [1]  1596/3
**John** [1]  1624/4
**Johnson** [1]  1647/16
**JONES** [1]  1596/12
**JUDGE** [4]  1596/13 1599/17 1599/25
  1617/16
**judge's** [2]  1607/10 1620/5
**judicial** [2]  1599/5 1599/7
**JUDY** [2]  1597/20 1685/25
**jump** [1]  1638/13
**June** [2]  1603/11 1667/25
**jurisdictions** [1]  1638/1
**jurors** [2]  1689/8 1689/11
**just** [80]  1599/18 1602/2 1606/6
  1608/11 1608/24 1611/14 1612/7
  1614/18 1614/22 1615/6 1615/10
  1615/13 1615/16 1617/17 1617/22
  1617/25 1619/1 1619/5 1622/6 1622/16
  1622/17 1624/19 1625/10 1625/16
  1627/4 1627/9 1627/11 1627/16
  1627/24 1629/12 1629/23 1629/24

1650/25 1631/9 1633/5 1634/11
1634/21 1635/11 1636/16 1638/12
1638/17 1639/15 1640/10 1643/6
1643/19 1644/8 1645/3 1645/21 1649/1
1649/16 1651/13 1651/25 1653/6
1653/15 1653/15 1655/25 1658/17
1660/3 1663/17 1663/18 1663/20
1665/24 1666/20 1670/6 1670/18
1671/24 1672/2 1672/6 1672/20 1674/6
1674/8 1674/20 1677/16 1677/23
1678/19 1679/15 1683/8 1685/3
1685/20 1689/10
**JUSTICE** [1]  1597/21
**Justin** [1]  1661/20

## K

**keep** [3]  1612/25 1637/19 1659/6
**keeping** [1]  1658/17
**kind** [51]  1602/2 1602/13 1606/17
  1608/14 1610/3 1611/9 1612/5 1615/20
  1616/13 1618/7 1618/8 1618/19 1619/6
  1621/19 1621/23 1622/9 1622/14
  1625/10 1628/3 1628/5 1629/23
  1629/25 1632/14 1635/25 1640/20
  1642/12 1642/12 1642/16 1642/17
  1643/2 1643/11 1643/22 1643/23
  1645/3 1647/2 1648/1 1649/24 1656/7
  1656/18 1658/6 1658/17 1658/24
  1658/25 1659/2 1661/11 1665/12
  1665/17 1670/20 1671/24 1677/4
  1678/14
**kinds** [7]  1603/16 1612/13 1626/23
  1628/2 1633/3 1635/24 1636/22
**knew** [5]  1608/19 1638/9 1646/19
  1646/20 1649/11
**know** [92]  1600/1 1602/23 1605/8
  1605/11 1607/20 1609/9 1613/15
  1613/16 1613/17 1615/16 1616/5
  1617/23 1618/13 1621/4 1621/22
  1623/14 1624/13 1624/25 1626/9
  1627/19 1631/3 1631/5 1632/19
  1632/20 1643/2 1643/4 1643/10
  1643/12 1643/25 1644/3 1644/22
  1647/2 1647/22 1647/25 1648/1
  1648/18 1649/3 1649/14 1649/15
  1649/16 1649/19 1651/15 1651/18
  1651/20 1652/15 1653/13 1656/15
  1656/16 1656/17 1656/18 1657/13
  1657/25 1658/14 1658/21 1658/24
  1659/6 1659/14 1659/17 1659/18
  1659/19 1659/20 1659/24 1660/1
  1660/24 1661/14 1661/16 1661/16
  1663/17 1663/21 1664/24 1671/13
  1671/18 1675/7 1675/7 1676/4 1677/12
  1677/17 1677/17 1677/23 1679/8
  1679/11 1679/16 1679/18 1679/19
  1681/1 1681/15 1682/16 1682/17
  1684/13 1687/25 1688/1 1688/18
**knowing** [1]  1625/10
**knowledge** [2]  1626/21 1679/22
**known** [2]  1602/4 1606/20
**knows** [2]  1625/14 1681/9

## L

**lack** [2]  1601/22 1636/16
**laid** [2]  1628/19 1667/16
**language** [1]  1678/13
**large** [6]  1604/8 1609/8 1641/12

1644/17 1641/17 1682/15
**larger** [12]  1608/8 1609/10 1644/21
  1644/21 1644/24 1659/13 1681/25
  1682/3 1682/4 1682/13 1682/15
  1682/25
**largest** [1]  1604/7
**last** [6]  1599/9 1614/10 1616/8 1640/1
  1646/23 1651/12
**late** [2]  1599/9 1671/15
**later** [9]  1607/17 1618/10 1620/19
  1633/14 1658/2 1658/7 1658/11
  1675/23 1676/15
**law** [7]  1597/9 1624/11 1631/21
  1638/10 1638/16 1638/17 1661/7
**lawfully** [2]  1638/20 1643/9
**LAWRENCE** [2]  1597/4 1597/5
**LAWRENCE-HARDY** [1]  1597/4
**Lawrenceville** [1]  1604/21
**laws** [2]  1640/6 1651/15
**lawsuit** [2]  1658/12 1688/2
**lawsuits** [2]  1677/2 1687/23
**laying** [1]  1631/9
**lead** [1]  1635/14
**leading** [2]  1646/13 1646/6
**learn** [1]  1671/25
**learned** [1]  1615/11
**least** [4]  1599/9 1608/21 1622/2 1633/1
**leave** [4]  1615/13 1626/4 1644/25
  1684/21
**leaving** [1]  1611/20
**led** [1]  1634/13
**left** [4]  1619/19 1645/4 1649/1 1673/12
**legal** [2]  1662/17 1675/24
**legislative** [1]  1638/24
**legislators** [4]  1637/16 1645/13
  1660/17 1660/20
**legislature** [4]  1621/12 1660/13
  1681/13 1681/17
**legitimate** [3]  1615/24 1650/24
  1661/15
**legitimately** [1]  1656/19
**LESLIE** [1]  1597/9
**less** [5]  1605/4 1612/18 1612/18
  1670/14 1682/13
**let** [13]  1600/1 1602/23 1623/11
  1627/19 1644/8 1653/21 1653/21
  1659/23 1660/1 1671/24 1672/22
  1681/5 1685/17
**let's** [9]  1606/7 1617/22 1627/4
  1630/11 1642/19 1655/21 1663/3
  1685/21 1689/4
**letter** [4]  1613/11 1638/8 1649/15
  1650/3
**letters** [4]  1647/1 1647/7 1650/8
  1680/5
**letting** [1]  1688/17
**level** [1]  1682/18
**license** [8]  1605/13 1605/13 1624/12
  1624/15 1624/20 1624/24 1633/18
  1643/14
**light** [1]  1602/15
**light-headed** [1]  1602/15
**lights** [1]  1625/2
**like** [46]  1600/20 1604/12 1606/10
  1613/16 1613/19 1618/19 1626/17
  1627/9 1627/11 1627/16 1627/25
  1628/5 1629/21 1631/4 1632/10
  1639/15 1642/16 1643/4 1643/5

## L

like... [27]  1643/23 1644/9 1644/25
1645/2 1649/23 1651/16 1653/8 1654/9
1654/23 1656/20 1657/16 1658/9
1659/12 1659/18 1659/20 1660/2
1663/19 1666/12 1671/3 1675/11
1675/11 1675/19 1676/18 1677/1
1678/2 1678/13 1680/11
likely [7]  1635/17 1636/8 1654/23
1659/13 1667/24 1671/19 1678/6
limit [5]  1611/11 1636/4 1636/7
1662/20 1678/5
limitations [2]  1639/23 1640/5
limited [4]  1627/22 1667/21 1678/2
1679/9
line [7]  1/6 1615/6 1615/13 1669/23
1669/25 1689/12 1689/14
Line 1 [1]  1669/23
Line 19 [1]  1669/25
Lines [5]  1669/22 1674/4 1674/8
1682/24 1683/4
Lines 11 [2]  1682/24 1683/4
Lines 7 [2]  1674/4 1674/8
lineup [1]  1682/3
link [2]  1650/4 1679/13
linked [1]  1611/3
links [1]  1679/12
list [31]  1628/17 1628/18 1633/1
1637/25 1640/14 1640/22 1642/23
1647/22 1649/4 1649/11 1650/18
1650/21 1653/16 1654/17 1654/21
1655/17 1658/1 1659/10 1667/12
1668/25 1670/7 1670/13 1671/17
1672/21 1672/25 1673/5 1673/8
1673/16 1676/20 1678/2 1679/24
list-building [1]  1658/1
listen [1]  1661/14
lists [1]  1669/7
little [16]  1602/15 1602/15 1602/16
1606/8 1609/1 1609/9 1618/10 1621/8
1625/11 1642/19 1644/16 1655/1
1657/8 1671/3 1671/8 1689/13
little-bitty [1]  1644/16
live [9]  1601/13 1622/25 1625/1
1631/15 1631/16 1631/16 1639/1
1646/4 1665/2
lived [1]  1618/24
lives [1]  1631/15
living [2]  1631/9 1653/1
LLC [1]  1597/5
LLP [2]  1597/9 1597/15
load [1]  1683/3
located [1]  1631/11
logic [1]  1678/10
logs [1]  1643/17
long [12]  1601/25 1603/5 1603/9
1604/10 1615/18 1626/25 1633/1
1663/2 1679/12 1684/6 1684/25 1686/3
Long County [1]  1626/25
long-term [2]  1684/6 1684/25
long-time [1]  1686/3
longer [6]  1601/22 1618/3 1618/24
1626/8 1626/10 1662/14
look [12]  1622/3 1627/25 1629/10
1630/14 1635/22 1636/12 1638/8
1657/6 1665/24 1669/5 1672/12
1681/23

looked [4]  1630/1 1655/13 1666/23
1675/11
looking [9]  1602/19 1622/5 1625/24
1630/17 1632/2 1633/3 1633/6 1644/11
1674/14
looks [4]  1600/20 1624/22 1631/4
1658/9
loop [1]  1657/8
loopy [2]  1621/21 1659/23
lost [1]  1604/9
lot [51]  1603/17 1604/17 1606/1
1607/8 1608/8 1610/6 1612/18 1612/25
1615/18 1615/18 1618/12 1618/12
1618/24 1621/21 1621/22 1622/7
1629/6 1629/6 1629/15 1630/14
1635/25 1636/1 1640/25 1641/12
1643/8 1643/10 1643/8 1645/10
1645/11 1645/13 1645/13 1645/14
1645/15 1650/14 1650/20 1650/22
1656/7 1656/8 1656/8 1656/10 1656/11
1658/20 1661/17 1664/20 1665/7
1665/8 1665/8 1665/10 1665/20
1670/13 1681/22
low [1]  1602/8
lowest [1]  1632/15
lunch [6]  1602/19 1685/20 1689/2
1689/4 1689/11 1689/19

## M

machine [1]  1625/12
made [26]  1621/5 1628/16 1628/17
1634/17 1639/17 1641/17 1641/21
1643/1 1643/15 1643/16 1643/17
1648/3 1649/13 1650/18 1650/22
1653/4 1668/6 1670/13 1672/16
1672/17 1672/19 1672/20 1673/4
1673/11 1683/7 1684/14
magnetic [2]  1607/5 1607/18
mail [15]  1603/18 1611/21 1611/24
1613/1 1613/3 1613/4 1613/9 1613/19
1624/9 1626/15 1630/24 1631/12
1631/25 1644/3 1650/12
mailed [2]  1613/4 1647/1
mailing [7]  1605/19 1605/20 1610/25
1611/3 1611/4 1631/5 1664/3
mailings [1]  1604/23
mails [1]  1650/3
main [4]  1611/13 1612/21 1612/23
1630/14
mainframe [4]  1607/20 1607/25 1608/1
1608/5
mainframes [1]  1608/9
maintained [1]  1607/10
maintains [1]  1606/20
maintenance [3]  1637/25 1640/14
1640/23
majority [1]  1625/22
make [14]  1600/21 1606/2 1611/9
1617/11 1633/5 1634/13 1636/8 1638/9
1642/21 1643/6 1645/1 1650/24
1653/22 1682/21
makes [2]  1639/7 1654/20
making [2]  1611/17 1644/11
management [2]  1603/13 1604/17
many [45]  1604/4 1604/9 1604/9
1605/8 1605/11 1605/17 1606/2 1606/2
1607/11 1610/14 1610/14 1610/20
1610/21 1614/4 1618/17 1619/2 1619/2

looked [4]  1621/17 1621/17 1630/21
1630/22 1630/22 1631/3 1632/17
1632/17 1632/17 1646/21 1647/22
1647/25 1648/2 1648/2 1652/13
1655/22 1656/3 1660/22 1665/22
1665/22 1665/23 1668/17 1669/1
1672/21 1679/5 1679/16 1679/19
map [1]  1605/2
mapping [1]  1618/11
MARCOS [1]  1597/8
Margot [1]  1661/6
MARK [5]  1598/3 1600/16 1601/6
1601/9 1647/11
marketing [2]  1612/22 1613/3
Martinez [1]  1599/19
match [2]  1613/13 1652/21
matches [1]  1624/24
matching [1]  1613/22
materials [1]  1680/4
matter [5]  1609/11 1619/18 1619/23
1634/11 1690/11
matters [2]  1628/13 1664/5
may [26]  1/2 1/4 1606/2 1610/25
1611/16 1611/24 1612/11 1612/12
1631/9 1631/16 1631/16 1638/8
1641/11 1643/21 1646/21 1649/5
1649/6 1658/8 1662/4 1663/10 1666/22
1668/18 1672/8 1674/20 1677/12
1685/16
maybe [6]  1602/21 1606/8 1629/10
1646/1 1655/18 1671/3
McCLAFFERTY [1]  1597/5
McQUEEN [1]  1597/8
me [43]  1602/12 1602/19 1605/13
1606/11 1607/25 1608/7 1610/9
1613/14 1614/5 1617/9 1618/19
1620/15 1620/23 1622/11 1622/13
1622/20 1623/4 1623/8 1623/9 1623/11
1625/24 1626/17 1627/2 1629/12
1629/16 1629/21 1632/20 1638/15
1638/18 1648/23 1648/23 1652/17
1653/21 1653/21 1654/9 1659/23
1661/9 1662/20 1669/12 1671/6
1672/22 1680/8 1686/1
mean [5]  1609/24 1631/2 1641/15
1654/6 1655/19
means [4]  1602/8 1671/4 1689/7
1689/9
MECHANICAL [1]  1596/20
media [3]  1633/5 1661/1 1688/5
medication [1]  1602/11
meet [1]  1629/2
meeting [2]  1620/9 1620/13
MELLETT [1]  1597/20
members [3]  1619/8 1620/12 1688/5
meme [1]  1640/20
memorialized [1]  1637/10
memorize [1]  1652/16
memory [2]  1674/1 1680/21
mention [1]  1675/10
mentioned [7]  1604/11 1606/24
1608/24 1610/12 1622/7 1639/22
1652/11
message [3]  1604/5 1612/24 1661/18
messages [2]  1611/14 1613/10
met [8]  1619/8 1620/12 1630/6 1658/3
1678/7 1686/6 1687/13 1687/18
methods [1]  1643/11

**M**

metro [2] 1608/19 1609/10
MICHAEL [1] 1597/13
MICHELLE [1] 1597/5
mid [1] 1610/10
middle [1] 1613/22
might [13] 1614/6 1620/15 1627/2
 1627/23 1636/8 1646/1 1646/3 1652/8
 1658/25 1659/14 1664/14 1681/12
 1685/20
miles [2] 1631/10 1631/16
military [6] 1653/3 1668/2 1668/17
 1670/23 1672/4 1684/2
million [8] 1605/1 1605/1 1605/14
 1605/16 1605/23 1605/25 1606/5
 1628/16
mind [6] 1612/25 1619/2 1623/3
 1686/21 1687/7 1687/8
minute [4] 1600/6 1623/4 1663/3
 1668/11
minutes [7] 1604/18 1616/19 1638/12
 1660/4 1660/8 1660/10 1689/16
misunderstood [1] 1670/12
MOCINE [1] 1597/8
MOCINE-McQUEEN [1] 1597/8
model [1] 1604/16
Mollie [1] 1661/4
Mollie Hemingway [1] 1661/4
moment [2] 1627/24 1633/21
money [3] 1613/10 1643/21 1650/14
monitor [1] 1633/15
months [6] 1626/7 1633/14 1634/22
 1666/11 1666/12 1670/6
more [30] 1605/1 1610/6 1612/15
 1618/6 1618/6 1628/3 1628/7 1630/1
 1636/8 1642/15 1651/2 1659/13 1660/8
 1660/10 1660/23 1660/25 1665/20
 1666/15 1668/5 1671/3 1671/8 1671/19
 1675/6 1678/19 1682/1 1682/5 1682/13
 1682/16 1683/1 1688/2
morning [4] 1599/3 1600/18 1600/19
 1689/6
MORRISON [2] 1597/8 1598/6
most [3] 1645/15 1657/22 1660/23
mostly [1] 1602/12
motion [1] 1599/4
motivated [1] 1619/20
motivation [1] 1616/14
motor [2] 1610/16 1618/2
move [12] 1624/8 1647/2 1649/21
 1650/6 1650/7 1651/11 1651/12
 1655/12 1665/13 1669/3 1678/23
 1683/22
moved [13] 1611/23 1625/19 1634/4
 1637/22 1638/8 1639/18 1646/19
 1646/20 1649/12 1652/25 1681/2
 1681/9 1684/9
moves [6] 1624/4 1624/10 1684/4
 1684/5 1684/6 1684/6
moving [8] 1651/7 1651/9 1651/10
 1652/6 1664/17 1665/9 1666/4 1684/12
Mr [6] 1598/5 1599/24 1615/1 1621/8
 1685/15 1685/24
Mr. [113]
Mr. Boswell [1] 1632/16
Mr. Boswell's [1] 1633/8
Mr. Davis [80] 1600/18 1601/13

1601/25 1602/25 1603/7 1606/6 1614/11
 1614/17 1614/18 1620/4 1621/11
 1621/25 1623/11 1626/21 1627/17
 1629/2 1632/2 1632/23 1633/21
 1633/22 1634/21 1636/15 1636/20
 1639/4 1639/17 1639/22 1647/11
 1649/20 1651/23 1652/11 1653/9
 1657/25 1659/22 1660/10 1662/10
 1662/24 1663/5 1663/13 1663/17
 1663/24 1666/7 1666/17 1666/25
 1667/6 1667/19 1668/19 1669/6
 1669/10 1669/25 1670/16 1670/22
 1671/10 1672/2 1672/11 1672/23
 1673/14 1673/18 1674/8 1674/11
 1674/21 1676/9 1676/14 1677/6 1678/1
 1678/24 1679/15 1680/3 1680/13
 1681/4 1681/7 1681/18 1682/12
 1682/23 1683/7 1683/10 1683/14
 1684/17 1685/8 1686/3 1688/24
Mr. Davis' [1] 1634/6
Mr. Evans [2] 1626/24 1627/2
Mr. Gray [4] 1661/21 1661/25 1662/1
 1662/3
Mr. Gregg [1] 1674/25
Mr. Mark [1] 1600/16
Mr. Nkwonta [1] 1599/19
Mr. Phillips [1] 1675/3
Mr. Powell [11] 1614/24 1617/17
 1619/14 1623/5 1623/5 1628/14 1639/5
 1648/5 1655/9 1663/19 1689/2
Mr. Somerville [9] 1629/13 1630/12
 1655/17 1671/11 1672/3 1672/14
 1673/1 1674/25 1680/3
Ms [3] 1598/6 1598/7 1599/21
Ms. [5] 1599/23 1600/1 1666/23
 1674/12 1674/17
Ms. Engelbrecht [2] 1674/12 1674/17
Ms. Wright [3] 1599/23 1600/1
 1666/23
much [8] 1602/14 1607/22 1619/22
 1622/8 1628/18 1630/12 1642/21
 1684/13
multiple [4] 1605/25 1630/18 1632/25
 1688/8
municipal [1] 1612/17
municipality [2] 1622/24 1638/2
Muscogee [1] 1677/25
my [65] 1599/21 1600/22 1602/2
 1602/4 1604/7 1604/15 1604/17
 1604/17 1604/19 1607/4 1610/16
 1610/18 1611/18 1611/21 1611/24
 1612/2 1612/25 1613/15 1615/25
 1616/5 1618/11 1620/22 1621/4
 1621/18 1623/16 1625/18 1626/8
 1626/17 1629/10 1629/11 1629/17
 1633/25 1634/1 1642/4 1646/23
 1646/24 1649/5 1652/14 1653/12
 1654/6 1660/25 1662/14 1662/15
 1662/16 1662/19 1662/22 1663/20
 1672/22 1674/1 1674/11 1675/21
 1676/18 1677/20 1679/9 1679/22
 1680/12 1680/21 1681/4 1685/25
 1686/17 1686/20 1686/24 1687/6
 1687/6 1690/12
myself [5] 1599/18 1604/15 1629/19
 1659/11 1680/11

**N**

name [7] 1601/5 1631/23 1632/3
 1632/7 1648/13 1677/6 1685/25
named [5] 1632/9 1632/11 1658/10
 1661/20 1677/18
names [1] 1613/22
narrow [1] 1628/18
narrowed [1] 1637/6
narrowing [1] 1628/16
narrowly [1] 1636/3
National [2] 1606/11 1651/25
natural [1] 1682/3
nature [2] 1629/15 1644/2
nauseous [1] 1602/16
NCOA [36] 1605/14 1606/3 1606/7
 1606/11 1610/7 1610/19 1610/20
 1611/5 1612/10 1612/20 1613/7
 1613/12 1613/15 1613/18 1613/22
 1621/25 1622/3 1626/16 1630/8
 1641/15 1641/18 1646/8 1646/25
 1649/20 1649/24 1649/25 1650/19
 1652/18 1652/21 1654/2 1665/1
 1666/10 1666/11 1666/12 1667/20
 1678/19
near [1] 1657/13
necessarily [2] 1682/15 1684/20
necessary [2] 1651/3 1668/8
need [13] 1599/24 1601/2 1602/23
 1604/4 1611/9 1617/22 1623/8 1632/19
 1637/18 1637/19 1639/11 1680/4
 1680/11
needed [1] 1623/9
needs [1] 1639/9
neglected [1] 1668/18
never [9] 1613/14 1613/14 1624/15
 1641/17 1643/25 1659/16 1659/16
 1665/14 1670/16
new [8] 1624/5 1624/10 1626/18
 1637/23 1638/9 1638/11 1646/20
 1652/6
next [6] 1600/14 1608/19 1620/13
 1635/14 1658/5 1668/14
nice [1] 1618/4
night [2] 1599/9 1631/10
nine [1] 1658/13
nine-day [1] 1658/13
NKWONTA [2] 1597/6 1599/19
no [43] 1599/25 1601/22 1613/9
 1617/13 1617/13 1617/13 1618/3
 1618/24 1624/25 1625/9 1626/8
 1631/19 1635/2 1641/4 1641/6 1641/17
 1647/15 1647/18 1647/21 1648/17
 1648/25 1657/3 1657/3 1657/17
 1657/19 1657/21 1658/2 1659/7
 1662/14 1662/23 1666/7 1670/19
 1671/21 1672/5 1672/7 1673/17 1679/5
 1679/22 1680/8 1681/1 1681/23
 1682/11 1688/25
nobody [1] 1631/15
nominee [1] 1607/4
nonprofit [5] 1603/14 1604/1 1612/22
 1631/4 1631/6
nonprofits [1] 1604/11
noon [4] 1599/12 1599/13 1599/14
 1637/11
normalize [3] 1607/12 1608/16
 1609/21

**N**

**normalized [1]** 1618/3
**normally [1]** 1665/25
**NORTHERN [3]** 1596/1 1690/4 1690/7
**northwest [1]** 1620/20
**not [104]**
**note [2]** 1644/22 1657/5
**noted [1]** 1639/19
**notes [1]** 1643/15
**nothing [4]** 1622/17 1623/18 1623/19 1645/10
**notice [4]** 1599/5 1599/6 1599/7 1615/3
**notify [2]** 1637/25 1638/2
**NOVEMBER [14]** 1596/14 1599/2 1630/4 1630/10 1630/11 1665/14 1666/3 1686/6 1686/18 1686/25 1687/2 1687/3 1687/12 1690/13
**November 2020 [6]** 1666/3 1686/18 1686/25 1687/2 1687/3 1687/12
**November 25th [3]** 1630/4 1630/10 1630/11
**now [23]** 1601/17 1602/19 1605/23 1610/1 1610/3 1612/4 1616/13 1621/22 1625/3 1626/12 1640/20 1643/21 1654/13 1659/22 1659/25 1661/7 1666/2 1670/9 1672/11 1676/18 1689/3 1689/10 1689/14
**nowhere [1]** 1657/13
**number [23]** 1/5 1/6 1596/6 1603/22 1605/6 1623/3 1628/4 1632/15 1632/16 1637/17 1650/9 1651/5 1652/15 1653/4 1660/16 1661/8 1662/13 1662/19 1671/19 1672/3 1672/12 1681/25 1682/25
**Number 11 [1]** 1672/3
**Number 13 [1]** 1672/12
**Number one [1]** 1662/13
**number two [2]** 1632/16 1662/19
**numbered [6]** 1606/4 1612/11 1612/15 1612/16 1612/16 1612/18
**numbers [5]** 1635/9 1639/6 1639/6 1639/14 1643/18
**NVRA [13]** 1608/25 1609/13 1609/24 1611/11 1637/24 1639/22 1639/24 1640/2 1640/4 1640/7 1640/14 1640/23 1641/6
**NVRA's [1]** 1640/11

**O**

**oath [1]** 1669/19
**obeying [1]** 1638/17
**object [4]** 1614/18 1617/6 1619/24 1627/11
**objection [13]** 1616/7 1619/11 1627/18 1628/10 1632/8 1633/19 1635/8 1636/14 1639/2 1646/12 1647/4 1655/4 1661/23
**obligation [1]** 1618/18
**obtain [3]** 1607/5 1608/9 1609/3
**obviously [3]** 1616/10 1657/10 1681/15
**occasional [1]** 1613/17
**occupation [1]** 1603/7
**occur [1]** 1646/7
**OCGA [4]** 1625/6 1636/22 1636/23 1640/16

**October [3]** 1669/22 1670/6 1682/23
**October 2021 [1]** 1669/22
**odd [4]** 1612/11 1612/16 1612/16 1612/18
**oddball [1]** 1613/17
**off [3]** 1600/17 1649/11 1652/14
**offered [3]** 1614/19 1634/11 1638/25
**offering [1]** 1619/17
**office [14]** 1607/10 1609/3 1611/20 1613/8 1620/24 1633/13 1637/15 1638/5 1646/12 1647/7 1651/8 1651/9 1661/22 1687/20
**official [7]** 1/1 1/2 1/3 1/7 1596/22 1690/6 1690/17
**officials [6]** 1616/2 1616/3 1637/15 1645/13 1686/7 1688/22
**often [7]** 1603/24 1611/25 1612/9 1612/15 1626/10 1636/10 1638/23
**Oh [4]** 1600/25 1617/13 1632/4 1660/11
**okay [17]** 1599/15 1600/1 1600/12 1614/1 1617/16 1623/16 1636/18 1659/23 1660/12 1667/3 1674/10 1685/21 1686/1 1687/3 1687/10 1689/6 1689/18
**old [3]** 1619/1 1624/19 1625/23
**once [5]** 1609/19 1610/17 1628/3 1628/7 1679/24
**one [50]** 1602/4 1604/7 1604/21 1605/3 1607/20 1609/10 1609/24 1612/25 1613/7 1613/9 1614/14 1615/16 1615/21 1617/18 1619/4 1620/8 1623/25 1626/24 1629/8 1630/17 1630/19 1631/20 1632/24 1634/19 1637/14 1637/22 1638/4 1638/22 1642/15 1642/16 1644/22 1648/3 1651/10 1651/14 1657/9 1657/21 1658/20 1660/20 1660/20 1662/13 1666/7 1671/6 1673/19 1674/18 1674/18 1674/19 1674/19 1675/18 1679/12 1683/15
**ones [3]** 1623/3 1650/23 1651/18
**online [1]** 1638/13
**only [13]** 1/2 1/6 1602/5 1608/18 1610/3 1613/10 1623/22 1626/6 1626/19 1635/18 1648/3 1669/3 1678/3
**open [3]** 1621/4 1661/21 1679/25
**Operation [3]** 1632/4 1632/6 1635/13
**opportunity [3]** 1599/10 1599/20 1601/24
**opposed [1]** 1602/5
**opposite [1]** 1682/6
**optional [1]** 1649/16
**order [8]** 1625/20 1653/24 1654/16 1657/6 1657/9 1672/17 1672/20 1673/4
**organizations [1]** 1604/3
**originally [2]** 1652/19 1653/1
**orthostatic [1]** 1602/7
**other [37]** 1602/9 1605/4 1607/19 1614/20 1615/3 1615/5 1617/15 1619/14 1621/1 1624/8 1627/22 1630/13 1630/13 1630/15 1633/3 1634/19 1637/9 1638/22 1642/12 1646/3 1650/21 1651/5 1655/7 1656/16 1657/9 1661/10 1668/7 1670/1 1670/12 1670/17 1670/22 1670/24 1672/5 1672/5 1673/7 1673/15 1684/7
**our [38]** 1603/13 1622/24 1631/21

1680/2 1636/4 1636/11 1637/9 1637/9 1637/14 1638/1 1640/6 1642/13 1644/19 1645/8 1650/12 1650/13 1650/15 1650/21 1650/22 1651/3 1651/14 1651/16 1651/19 1653/6 1654/10 1654/17 1654/19 1656/13 1656/17 1659/19 1671/17 1673/4 1673/11 1678/5 1678/12 1678/16 1678/16 1688/22
**ours [1]** 1678/17
**out [27]** 1608/20 1609/1 1615/14 1616/11 1620/20 1622/21 1623/1 1629/13 1629/18 1640/25 1641/23 1643/25 1647/1 1647/7 1649/21 1651/9 1652/6 1652/24 1657/9 1658/7 1661/18 1667/12 1667/16 1680/19 1684/4 1684/9 1684/13
**output [4]** 1637/8 1649/6 1649/7 1649/10
**outsource [1]** 1604/16
**over [20]** 1604/9 1605/2 1607/23 1607/24 1614/10 1616/16 1617/9 1620/1 1621/1 1621/16 1624/22 1625/12 1625/13 1630/20 1630/23 1630/23 1631/2 1643/16 1644/7 1655/16
**overlap [2]** 1664/20 1665/8
**overly [4]** 1681/2 1681/8 1681/16 1681/18
**Overruled [1]** 1620/2
**Oversight [2]** 1621/13 1660/15
**overwhelm [1]** 1644/13
**owed [1]** 1650/14
**own [14]** 1604/17 1621/18 1641/22 1645/1 1646/25 1647/24 1649/11 1649/17 1649/18 1650/5 1662/16 1678/7 1678/12 1680/12

**P**

**P.O [2]** 1668/15 1670/22
**page [12]** 1/5 1598/2 1667/4 1667/6 1667/12 1667/15 1668/14 1669/22 1672/11 1673/25 1674/4 1682/24
**Page 10 [1]** 1672/11
**Page 11 [1]** 1667/15
**Page 149 [1]** 1669/22
**Page 151 [1]** 1682/24
**Page 35 [1]** 1674/4
**Page 8 [1]** 1667/4
**pages [2]** 1667/12 1690/9
**Pages 9 [1]** 1667/12
**PAIKOWSKY [1]** 1597/19
**parade [3]** 1680/14 1680/18 1680/23
**paragraph [1]** 1667/15
**Pardon [1]** 1606/11
**parking [1]** 1689/7
**part [12]** 1605/9 1605/12 1606/14 1612/12 1613/6 1615/7 1616/12 1616/12 1616/19 1640/1 1648/10 1664/2
**partial [1]** 1/8
**particular [11]** 1631/23 1636/25 1642/15 1644/7 1645/3 1646/17 1657/1 1665/24 1665/25 1682/20 1688/3
**particularly [3]** 1666/14 1676/12 1681/1
**parties [2]** 1660/16 1679/1
**partnered [1]** 1629/22

**party [2]** 1657/20 1666/10
**pass [2]** 1652/20 1653/1
**passed [1]** 1608/25
**passes [1]** 1606/2
**past [1]** 1616/1
**pause [2]** 1663/21 1685/6
**pay [3]** 1649/25 1650/13 1662/16
**pays [1]** 1603/19
**PC [1]** 1608/2
**PCs [2]** 1608/6 1608/13
**PDF [2]** 1/1 1657/3
**PDFs [1]** 1649/7
**penalty [1]** 1625/7
**people [52]** 1618/17 1621/22 1621/23
1625/22 1627/23 1628/3 1628/6 1628/7
1628/12 1630/17 1630/18 1630/24
1631/2 1631/5 1632/25 1633/1 1633/6
1634/16 1634/17 1638/21 1641/7
1642/10 1643/1 1643/2 1643/15
1643/15 1645/11 1645/14 1649/7
1649/10 1649/17 1649/17 1649/23
1650/23 1651/7 1652/24 1652/25
1654/23 1656/19 1658/21 1658/22
1658/22 1664/7 1666/4 1670/3
1671/17 1677/23 1679/5 1679/16
1681/1 1681/1 1682/19
**per [4]** 1610/20 1610/22 1644/20
1688/2
**perceived [2]** 1673/23 1674/12
**percent [5]** 1602/5 1602/6 1630/5
1638/24 1639/1
**perform [2]** 1603/20 1610/18
**performing [1]** 1640/14
**perhaps [2]** 1599/10 1670/12
**period [9]** 1/4 1622/22 1641/7 1646/24
1655/16 1658/13 1659/5 1686/17
1686/24
**permanent [11]** 1626/3 1626/4
1626/10 1626/20 1669/2 1683/19
1683/23 1684/5 1684/6 1684/8 1684/20
**permanently [4]** 1649/22 1684/9
1684/13 1684/20
**permits [1]** 1640/17
**person [7]** 1612/24 1616/20 1626/18
1642/16 1648/12 1649/12 1670/1
**personal [1]** 1642/22
**personally [7]** 1622/17 1647/25
1659/11 1671/5 1679/18 1679/19
1681/22
**pertain [2]** 1686/17 1686/24
**pet [1]** 1632/3
**petition [3]** 1642/1 1642/2 1662/15
**petitions [2]** 1647/12 1647/14
**Ph.D [1]** 1671/15
**Phillips [4]** 1658/5 1674/21 1674/25
1675/3
**philosophies [1]** 1658/24
**phone [1]** 1643/18
**phrase [2]** 1664/13 1680/17
**physical [10]** 1601/22 1605/19 1605/21
1610/23 1610/24 1611/1 1611/2 1611/4
1631/8 1631/21
**place [7]** 1617/2 1620/1 1655/25
1674/18 1674/23 1676/10 1679/1
**placed [3]** 1614/13 1678/25 1679/3
**places [1]** 1640/5

**plain [1]** 1619/7
**plaintiffs [3]** 1596/5 1597/3 1600/12
**Plaintiffs' [2]** 1666/20 1676/6
**Plaintiffs' Exhibit [1]** 1666/20
**plan [2]** 1636/2 1636/2
**plans [1]** 1637/9
**platform [1]** 1608/16
**play [1]** 1678/20
**please [3]** 1601/1 1601/5 1660/1
**pleases [1]** 1623/4
**plenty [1]** 1628/19
**PLLC [1]** 1597/14
**plus [1]** 1606/16
**podcasts [1]** 1688/11
**point [19]** 1599/24 1606/13 1606/14
1606/17 1606/19 1609/23 1618/7
1628/22 1629/18 1636/17 1642/5
1642/17 1644/22 1647/23 1656/18
1670/24 1671/24 1673/19 1675/18
**pointer [1]** 1606/18
**points [3]** 1606/21 1606/21 1606/22
**poke [1]** 1629/25
**poking [1]** 1629/20
**political [5]** 1603/14 1604/9 1612/21
1618/14 1657/20
**poll [5]** 1624/21 1624/21 1624/25
1625/2 1625/9
**polling [2]** 1624/1 1646/8
**popped [1]** 1619/5
**portion [1]** 1/4
**possibility [1]** 1645/25
**possible [8]** 1599/11 1627/3 1650/23
1650/25 1651/3 1653/6 1672/10
1675/25
**possibly [2]** 1631/1 1631/3
**post [4]** 1611/20 1613/8 1651/8 1651/9
**postal [13]** 1606/20 1613/6 1618/9
1624/7 1624/8 1626/6 1626/14 1641/19
1650/2 1650/4 1652/6 1684/12 1684/15
**Postal Service [10]** 1606/20 1613/6
1624/7 1624/8 1626/6 1626/14 1641/19
1652/6 1684/12 1684/15
**potential [12]** 1621/3 1633/4 1636/6
1636/12 1637/12 1638/4 1642/8
1644/12 1645/5 1647/12 1647/23
1659/9
**potentially [5]** 1623/23 1635/19
1648/24 1653/25 1683/24
**POWELL [15]** 1597/13 1598/5 1614/24
1617/17 1619/14 1621/8 1623/5 1623/5
1628/14 1639/5 1648/5 1655/9 1663/19
1685/15 1689/2
**practical [1]** 1680/18
**precinct [4]** 1624/19 1638/11 1682/18
1682/20
**precincts [3]** 1644/14 1644/23 1682/16
**predefined [1]** 1610/13
**preferred [1]** 1601/19
**preparing [1]** 1645/5
**present [2]** 1669/15 1674/24
**presentation [1]** 1620/14
**presentations [1]** 1688/8
**president [1]** 1603/8
**presort [1]** 1613/2
**press [2]** 1658/6 1658/10
**pressure [1]** 1602/8
**pretty [3]** 1605/5 1609/5 1630/21
**previous [1]** 1614/25

**previously [5]** 1654/18 1664/9 1664/24
1678/1 1678/9
**primarily [5]** 1603/19 1604/12 1604/18
1619/3 1660/24
**primary [3]** 1613/7 1621/5 1637/14
**primer [2]** 1675/4 1675/6
**prior [7]** 1654/13 1667/24 1686/6
1687/2 1687/3 1687/12 1687/22
**private [1]** 1629/18
**proactive [1]** 1638/5
**probable [8]** 1641/21 1642/4 1642/6
1643/6 1644/11 1652/2 1652/9 1684/15
**probably [10]** 1606/5 1624/3 1657/23
1660/23 1662/17 1677/3 1685/20
1689/8 1689/10 1689/12
**probate [1]** 1607/10
**problem [3]** 1631/6 1638/19 1649/25
**problems [1]** 1638/22
**proceed [2]** 1663/10 1663/21 1681/7
**proceedings [4]** 1596/11 1596/20
1685/6 1690/9
**process [15]** 1605/8 1605/12 1605/17
1605/24 1606/15 1609/13 1611/4
1612/9 1622/5 1634/12 1641/8 1658/1
1664/16 1665/20 1675/8
**processes [2]** 1606/1 1664/21
**processing [19]** 1603/13 1603/16
1603/20 1604/13 1604/15 1605/22
1605/25 1606/3 1606/11 1606/16
1611/10 1612/13 1613/7 1613/12
1618/8 1618/9 1642/11 1665/1 1675/3
**produce [1]** 1613/12
**PRODUCED [1]** 1596/21
**production [5]** 1604/17 1604/18
1604/20 1605/3 1605/4
**Productions [2]** 1603/8 1603/10
**professional [1]** 1664/2
**professionally [1]** 1608/24
**professor [1]** 1661/7
**program [1]** 1657/8
**prohibited [2]** 1/7 1611/16
**prohibits [1]** 1640/13
**project [3]** 1603/13 1604/17 1631/24
1632/2
**promote [2]** 1688/17 1688/21
**promoting [1]** 1688/15
**properly [3]** 1631/1 1631/20 1678/21
**prospects [1]** 1604/6
**protect [1]** 1633/8
**provide [2]** 1626/18 1645/21
**provided [3]** 1614/1 1641/18 1657/5
**providing [1]** 1625/5
**public [2]** 1629/19 1688/18
**publications [1]** 1661/10
**published [1]** 1661/5
**pull [5]** 1615/22 1666/20 1669/21
1674/3 1676/6
**pulled [1]** 1655/1
**pulls [1]** 1624/23
**pumping [1]** 1602/5
**purpose [1]** 1654/4
**purposes [4]** 1612/14 1664/7 1665/3
1667/8
**purview [2]** 1642/7 1681/24
**put [12]** 1605/6 1607/13 1607/24
1608/11 1608/17 1609/17 1613/20
1654/1 1668/18 1670/7 1673/1 1687/25
**puts [2]** 1625/12 1625/13

**P**

putting [2]  1615/19 1675/8

**Q**

qualifications [2]  1636/24 1640/17
qualified [1]  1614/8
quality [1]  1630/2
quantitative [1]  1663/24
queries [10]  1612/13 1615/23 1618/12
1622/16 1632/24 1633/3 1636/1
1642/11 1656/15 1665/25
question [27]  1600/22 1614/24
1617/24 1620/4 1620/6 1620/7 1621/16
1640/8 1646/13 1646/14 1646/15
1648/11 1653/17 1664/22 1670/11
1670/13 1670/21 1671/4 1672/18
1672/22 1674/11 1678/23 1681/4
1684/17 1684/18 1687/4 1687/6
questioning [3]  1615/6 1615/13
1616/13
questions [11]  1643/10 1685/7
1685/14 1685/16 1685/19 1685/21
1686/17 1686/20 1686/24 1687/6
1688/25
quick [1]  1674/9
quickly [1]  1600/21
quite [11]  1609/11 1623/7 1643/13
1659/18 1660/18 1664/6 1672/19
1673/10 1680/10 1684/1 1687/25
quote [2]  1639/5 1659/1
quote-unquote [1]  1659/1
quoted [1]  1683/8

**R**

race [3]  1609/9 1609/10 1657/16
Raffensperger [2]  1635/6 1687/17
raise [1]  1601/1
raised [2]  1621/2 1645/12
rallying [1]  1602/13
ran [6]  1613/15 1630/9 1635/25
1652/18 1656/15 1661/10
random [1]  1629/23
range [2]  1604/23 1630/5
rare [1]  1605/16
rate [1]  1613/5
rates [2]  1613/1 1613/2
rather [4]  1614/22 1619/18 1629/18
1653/18
read [2]  1607/25 1674/9
reader [1]  1608/1
ready [1]  1637/7
realized [3]  1618/7 1622/13 1635/15
realizes [1]  1624/17
realizing [1]  1659/24
really [40]  1605/1 1605/6 1605/15
1605/17 1607/19 1608/18 1608/21
1609/5 1609/11 1609/22 1609/25
1610/3 1610/5 1623/3 1623/9 1628/5
1628/20 1636/10 1638/15 1640/18
1642/5 1646/5 1646/19 1650/14
1650/20 1651/7 1651/12 1652/20
1654/9 1658/14 1658/14 1661/11
1666/15 1669/2 1669/3 1671/13
1676/10 1680/18 1681/21 1681/24
reason [13]  1601/19 1613/5 1615/25
1626/6 1632/9 1633/14 1650/15 1651/4
1651/5 1654/10 1680/8 1682/11
1682/11

reasons [7]  1618/23 1631/20 1637/18
1652/22 1662/12 1670/1 1670/12
recall [19]  1647/15 1652/13 1666/17
1669/10 1669/13 1670/5 1670/7
1670/10 1670/20 1672/17 1674/17
1674/19 1674/19 1675/15 1675/17
1676/1 1676/12 1676/16 1677/5
receive [1]  1653/7
received [7]  1599/4 1607/5 1607/21
1623/24 1645/24 1646/22 1677/4
receiving [6]  1602/11 1624/9 1630/24
1631/12 1632/1 1646/18
recent [1]  1602/12
recently [4]  1602/12 1606/6 1610/13
1619/5
recess [1]  1663/7
rechecked [1]  1656/14
recognize [3]  1679/24 1683/18
1684/24
recognized [1]  1683/14
recollection [4]  1674/7 1675/21 1676/2
1676/9
recommendations [1]  1621/6
recommended [2]  1619/10 1621/6
record [11]  1600/17 1601/5 1605/22
1610/20 1610/22 1610/24 1611/17
1611/17 1624/23 1624/23 1639/15
records [8]  1605/8 1605/11 1605/15
1605/25 1606/5 1652/19 1661/21
1679/25
redirect [2]  1685/12 1685/16
redistricting [5]  1614/12 1619/1
1664/11 1664/18 1664/25
redone [1]  1620/21
redress [1]  1662/15
reel [4]  1608/1 1608/1 1608/10 1608/10
reevaluate [1]  1602/21
refer [1]  1684/9
reference [1]  1632/14
referenced [1]  1673/10
referencing [1]  1/5
referred [1]  1648/25
referring [4]  1668/7 1671/7 1671/10
1674/14
refine [1]  1650/21
reflect [1]  1644/17
refresh [5]  1674/1 1674/6 1676/2
1676/9 1680/21
regarding [5]  1621/12 1621/19
1637/12 1681/19 1683/11
regards [1]  1628/12
register [2]  1628/7 1631/14
registered [15]  1602/25 1603/5
1618/25 1623/2 1624/18 1630/18
1630/20 1631/2 1631/21 1632/25
1633/2 1646/5 1652/7 1670/3 1678/21
registering [2]  1628/12 1630/24
registration [11]  1624/14 1624/16
1628/4 1631/8 1632/15 1632/16
1633/18 1636/24 1638/3 1638/13
1641/20
registry [2]  1612/10 1651/25
regular [1]  1616/20
reject [2]  1652/4 1682/11
related [2]  1634/3 1664/11
relates [1]  1636/20
release [2]  1658/7 1658/10
relevance [1]  1627/19

relevancy [2]  1627/14 1632/8
relevant [4]  1628/14 1628/14 1634/23
1634/25
remain [1]  1600/4
remapping [1]  1665/1
remember [9]  1610/9 1620/4 1635/4
1644/22 1653/4 1655/20 1655/23
1655/25 1656/3 1660/22 1661/11
1662/4 1672/19 1672/21 1673/4
1675/18 1675/22 1675/25
remembered [1]  1672/8
removals [1]  1672/6
remove [8]  1641/6 1641/11 1641/14
1654/21 1668/16 1668/24 1669/6
1669/9
removed [9]  1641/2 1652/11 1667/23
1668/15 1668/15 1669/8 1670/17
1671/13 1671/18
removing [6]  1611/17 1670/8 1670/10
1670/22 1670/24 1672/3
rent [1]  1631/13
repeat [8]  1605/10 1614/6 1617/23
1617/24 1620/7 1635/10 1678/22
1686/22
repeated [1]  1623/17
repeatedly [2]  1670/20 1684/1
rephrase [1]  1646/15 1672/22
replicate [1]  1629/11
reporter [9]  1/3 1/6 1596/22 1599/24
1661/7 1661/20 1669/17 1690/6
1690/17
reporting [1]  1603/16
represent [3]  1638/21 1651/19 1685/25
Representative [3]  1648/6 1648/13
1648/15
Republican [3]  1607/4 1608/22
1620/17
request [4]  1599/17 1599/18 1646/3
1661/21
requests [1]  1679/25
required [3]  1624/11 1637/25 1638/2
requires [1]  1631/21
reregister [1]  1638/10
reregistered [2]  1625/20 1637/23
research [1]  1667/7
researching [1]  1642/22
reside [1]  1680/7
residency [26]  1614/2 1614/9 1614/23
1619/2 1636/6 1637/17 1641/11
1645/22 1651/15 1654/1 1654/3
1654/12 1656/24 1660/13 1664/11
1664/18 1664/25 1665/8 1665/12
1673/12 1680/15 1680/25 1681/19
1686/12 1688/6 1688/9
residents [2]  1665/4 1673/8
resolve [1]  1682/14
resolved [1]  1600/16
resources [1]  1659/1
respects [1]  1635/1
respond [1]  1599/10
responded [2]  1670/5 1672/21
responding [1]  1666/17
responses [1]  1668/9
responsibility [3]  1618/16 1642/13
1642/18
rest [5]  1631/19 1652/10 1685/20
1686/17 1686/24
restate [1]  1664/22

**R**

**restricted [1]** 1/3
**resulted [1]** 1672/14
**resulting [1]** 1672/25
**results [4]** 1607/15 1629/4 1650/19 1666/13
**retire [1]** 1662/18
**retiring [1]** 1662/22
**return [2]** 1653/24 1684/21
**returned [1]** 1654/7 1654/15 1654/19
**returning [1]** 1683/24
**review [2]** 1599/8 1625/3
**reviewed [2]** 1599/6 1670/18
**reviewing [1]** 1649/8
**revolutionary [1]** 1609/5
**revolves [1]** 1612/23
**Rigged [1]** 1661/5
**right [61]** 1599/16 1600/8 1601/2
1602/25 1605/23 1606/23 1612/19
1617/24 1621/9 1628/1 1628/23 1630/8
1630/10 1632/19 1632/21 1634/7
1635/7 1640/17 1653/19 1655/11
1659/22 1659/25 1659/25 1662/15
1663/25 1664/4 1664/11 1664/19
1665/16 1666/5 1666/9 1667/13
1667/17 1668/4 1668/22 1670/10
1670/25 1673/2 1673/9 1673/19
1674/22 1675/13 1676/11 1676/21
1676/24 1678/4 1678/11 1678/21
1679/2 1679/6 1680/1 1680/7 1680/15
1683/20 1684/22 1686/4 1686/15
1687/14 1687/19 1688/6 1688/15
**rise [2]** 1663/6 1666/8
**RMR [3]** 1596/22 1690/6 1690/16
**RNC [3]** 1607/5 1607/11 1607/22
**road [1]** 1678/6
**rolled [1]** 1609/1
**rolls [8]** 1608/23 1619/20 1621/12
1632/15 1641/3 1641/7 1641/14
1686/10
**Ron [1]** 1647/16
**room [1]** 1599/22
**roughly [1]** 1689/14
**round [1]** 1650/8
**ruling [2]** 1620/5 1639/16
**run [11]** 1605/13 1612/13 1615/22
1618/12 1621/25 1622/3 1622/14
1647/1 1656/5 1665/25 1666/10
**running [3]** 1622/16 1626/25 1665/1
**runoff [9]** 1623/15 1623/18 1630/11
1634/24 1635/17 1646/24 1654/24
1654/25 1655/2
**runs [1]** 1664/4
**Russell [1]** 1677/19

**S**

**said [13]** 1615/1 1621/5 1627/2 1627/3
1627/5 1627/8 1627/23 1635/4 1637/21
1641/18 1680/20 1687/1 1690/10
**same [17]** 1604/1 1609/18 1622/14
1628/3 1630/18 1630/23 1631/12
1631/16 1632/25 1633/2 1638/6 1649/6
1651/11 1651/13 1652/25 1666/10
1684/2
**samples [1]** 1629/24
**saw [7]** 1618/24 1619/1 1623/13
1623/16 1625/16 1635/16 1635/18

**say [30]** 1606/3 1606/9 1611/23
1613/15 1617/18 1617/22 1624/4
1626/1 1626/13 1630/11 1632/5
1634/16 1634/17 1634/19 1635/5
1635/10 1648/19 1655/13 1655/18
1658/8 1663/20 1665/1 1665/2 1665/7
1673/3 1677/9 1677/18 1680/23
1681/23 1687/1
**saying [4]** 1635/4 1644/10 1669/8
1677/16
**says [4]** 1617/23 1638/8 1668/15
1671/4
**scale [6]** 1622/15 1625/16 1642/19
1662/11 1665/18 1666/1
**scanner [1]** 1625/13
**scans [1]** 1624/22
**scenario [1]** 1624/2
**school [2]** 1609/8 1651/17
**SCJ [1]** 1596/6
**scope [1]** 1678/2
**SCOTT [1]** 1596/3
**screen [4]** 1666/25 1668/21 1668/24
1683/3
**scrub [1]** 1668/21
**scrubbing [2]** 1670/1 1670/11
**scrutiny [1]** 1683/11
**se [1]** 1688/2
**seated [3]** 1600/4 1600/11 1663/9
**second [6]** 1628/5 1662/7 1675/22
1683/3 1683/15 1685/4
**Secretary [27]** 1609/3 1611/10 1611/16
1612/1 1620/10 1620/15 1620/16
1620/24 1623/11 1623/19 1633/13
1634/22 1635/1 1637/15 1637/24
1638/5 1639/23 1640/5 1640/14
1646/22 1646/25 1647/6 1661/22
1667/24 1687/13 1687/16 1687/20
**section [6]** 1636/13 1636/15 1636/18
1636/20 1641/25 1662/10
**Section 230 [2]** 1636/13 1662/10
**Section 230's [1]** 1641/25
**see [20]** 1615/12 1615/23 1616/4
1627/19 1629/24 1640/13 1640/16
1640/18 1646/20 1651/4 1651/5 1652/8
1654/4 1661/15 1663/15 1663/16
1666/25 1667/6 1667/10 1683/2
**seeing [2]** 1616/6 1616/13
**seem [3]** 1602/11 1602/13 1654/9
**seemed [2]** 1630/1 1638/18
**seen [4]** 1613/12 1629/10 1639/10
1665/10
**sees [1]** 1652/3
**selecting [1]** 1689/10
**sells [1]** 1624/5
**senate [4]** 1609/10 1621/13 1639/1
1660/14
**Senator [1]** 1621/14
**send [2]** 1638/7 1650/7
**sending [1]** 1647/7
**sense [2]** 1618/16 1654/20
**sent [1]** 1634/22
**sentences [1]** 1639/17
**separate [1]** 1684/4
**sequence [1]** 1657/6
**series [2]** 1632/24 1667/13
**serious [2]** 1601/21 1637/18
**seriously [3]** 1621/24 1625/9 1635/21
**served [2]** 1658/11 1677/1

**serves [1]** 1606/17
**service [13]** 1603/20 1606/20 1607/20
1613/6 1624/7 1624/8 1626/6 1626/14
1641/19 1650/2 1652/6 1684/12
1684/15
**SESSION [1]** 1596/11
**set [6]** 1608/4 1618/8 1643/25 1645/11
1665/25 1690/12
**setting [1]** 1676/20
**settled [1]** 1624/10
**seven [1]** 1689/15
**several [1]** 1664/25
**SHANNON [3]** 1596/22 1690/6 1690/16
**shape [2]** 1635/25 1637/5
**shared [1]** 1658/25
**she [6]** 1620/17 1620/17 1661/8 1671/4
1671/4 1674/15
**she's [2]** 1634/7 1661/5
**sheer [1]** 1625/16
**SHELLY [1]** 1597/7
**sheriff [1]** 1651/17
**shifted [1]** 1604/15 1655/20 1656/13
**shocked [2]** 1622/18 1629/9
**short [1]** 1658/14
**shortly [1]** 1650/7
**should [3]** 1610/23 1644/4 1656/21
**shouldn't [1]** 1644/4
**show [3]** 1653/9 1653/18 1674/6
**showed [6]** 1624/1 1625/24 1645/19
1646/7 1668/11 1676/2
**shy [1]** 1677/3
**sic [1]** 1661/6
**side [1]** 1608/22
**sideline [1]** 1610/4
**similar [4]** 1666/13 1670/1 1670/2
1670/11
**simply [3]** 1645/21 1650/18 1652/4
**since [2]** 1603/6 1603/11
**single [1]** 1610/24
**Sir [1]** 1601/1
**situation [6]** 1612/8 1637/20 1652/10
1662/17 1670/2 1675/19
**situations [1]** 1615/11
**six [1]** 1626/7
**size [2]** 1636/7 1659/9
**sizes [1]** 1604/23
**slight [1]** 1600/20
**small [3]** 1609/8 1622/9 1630/21
**smaller [10]** 1608/11 1622/8 1622/15
1628/18 1644/18 1644/18 1665/18
1665/25 1682/6 1682/7
**snail [1]** 1650/2
**so [122]**
**social [1]** 1633/5
**software [1]** 1605/13
**soldier [1]** 1626/2
**solutions [2]** 1621/3 1638/4
**some [38]** 1600/15 1601/21 1604/5
1604/11 1605/24 1608/10 1608/11
1610/24 1615/22 1618/7 1622/16
1627/23 1630/19 1635/22 1643/21
1643/22 1644/24 1645/14 1645/24
1652/23 1656/21 1658/21 1658/21
1658/22 1660/16 1660/16 1661/9
1669/1 1669/9 1671/13 1671/24
1673/11 1675/10 1675/19 1677/12
1677/17 1678/10 1689/10
**somebody [9]** 1613/18 1618/19

**S**

**somebody... [7]**  1619/15 1631/13
1649/1 1650/14 1651/19 1651/21
1671/22
**somebody's [1]**  1642/25
**someone [4]**  1617/23 1629/18 1639/6
1681/12
**someone's [1]**  1649/21
**Somerville [10]**  1629/2 1629/13
1630/12 1655/17 1671/11 1672/3
1672/14 1673/1 1674/25 1680/3
**something [10]**  1600/5 1618/18 1623/9
1623/22 1631/18 1635/18 1635/19
1644/25 1658/2 1663/20
**Sometime [1]**  1630/4
**sometimes [8]**  1602/8 1607/9 1626/1
1626/3 1628/7 1633/5 1642/14 1652/17
**somewhat [2]**  1601/21 1666/13
**somewhere [6]**  1630/4 1630/8 1630/10
1631/6 1631/15 1634/8
**son [1]**  1622/10
**soon [1]**  1685/9
**sorry [14]**  1600/25 1605/10 1610/21
1612/11 1614/6 1616/5 1620/5 1632/2
1642/1 1648/10 1655/24 1668/23
1676/18 1683/4
**sort [5]**  1604/5 1606/14 1616/6
1629/22 1636/1
**sounded [1]**  1629/21
**source [1]**  1652/1
**sources [5]**  1650/21 1673/7 1673/10
1673/15 1675/10
**south [2]**  1609/9 1622/9
**SOUTHWEST [1]**  1596/23
**spam [1]**  1676/18
**speak [7]**  1600/21 1617/14 1620/23
1642/9 1653/25 1660/20 1661/20
**speaking [1]**  1627/12
**special [2]**  1629/14 1629/20
**specific [5]**  1606/18 1635/11 1637/4
1657/1 1671/8
**specifically [2]**  1671/18 1687/16
**spend [3]**  1613/10 1642/22 1643/21
**spending [1]**  1613/9
**spent [3]**  1656/7 1656/10 1656/10
**spit [1]**  1657/9
**spoke [1]**  1635/15
**spot [1]**  1618/5
**spotting [1]**  1618/15
**spouse [1]**  1613/19
**spouses [1]**  1653/3
**spreadsheet [1]**  1657/3
**spreadsheets [2]**  1649/10 1680/5
**stabilized [1]**  1602/12
**stack [1]**  1608/10
**staff [5]**  1660/16 1682/4 1682/7
1682/16 1682/19
**stakeholders [1]**  1621/1
**stamina [1]**  1601/23
**stand [2]**  1689/12 1689/14
**standard [3]**  1613/3 1642/1 1642/2
**standardize [3]**  1607/13 1608/16
1609/21
**standardized [2]**  1609/15 1618/3
**Standing [1]**  1687/8
**stands [2]**  1631/25 1663/7
**start [11]**  1600/6 1602/21 1606/7

1607/11 1608/7 1622/16 1630/3
1659/23 1663/4 1689/15 1689/17
**started [10]**  1599/3 1599/8 1600/13
1618/16 1624/9 1630/6 1633/17 1637/5
1663/17 1674/18
**starting [3]**  1608/12 1647/23 1669/25
**state [43]**  1601/5 1609/7 1609/10
1609/16 1609/17 1609/17 1609/20
1611/10 1611/16 1611/21 1612/2
1618/3 1619/8 1619/10 1620/9 1620/11
1620/15 1620/16 1621/2 1622/15
1623/11 1623/19 1623/20 1634/22
1635/1 1637/16 1637/24 1639/23
1640/5 1640/6 1640/14 1642/3 1646/25
1651/9 1651/10 1652/6 1660/12
1667/24 1677/7 1684/13 1684/21
1687/14 1687/16
**state's [10]**  1609/3 1610/17 1620/24
1633/13 1637/15 1638/5 1646/22
1647/7 1661/22 1687/20
**stated [6]**  1636/15 1664/24 1678/9
1682/25 1684/1 1690/11
**statement [3]**  1639/16 1683/7 1684/14
**STATES [9]**  1596/1 1596/13 1596/23
1597/21 1652/5 1685/25 1690/3 1690/7
1690/17
**statewide [7]**  1609/18 1665/15
1665/17 1665/18 1665/23 1666/1
1666/6
**station [3]**  1624/1 1646/8 1653/10
**statistics [2]**  1629/14 1663/25
**status [10]**  1641/11 1641/13 1653/12
1653/24 1654/1 1654/7 1654/7 1654/16
1654/19 1656/24
**statute [2]**  1643/6 1681/14
**stay [1]**  1665/11
**STENOGRAPHY [1]**  1596/20
**Step [1]**  1672/15
**steps [8]**  1650/9 1667/13 1667/16
1668/11 1670/18 1672/5 1672/12
1672/25
**STEVE [1]**  1596/12
**still [6]**  1605/5 1618/21 1624/24
1643/12 1655/11 1684/25
**stone [2]**  1637/10 1654/20
**store [1]**  1631/15
**stories [3]**  1613/17 1661/8 1661/11
**story [2]**  1610/4 1622/20
**street [1]**  1689/7
**string [1]**  1679/13
**structure [6]**  1609/15 1610/13 1610/15
1610/16 1610/18 1618/4
**student [10]**  1626/1 1668/21 1668/24
1669/7 1669/8 1670/8 1670/10 1671/14
1671/23 1672/1
**students [5]**  1669/1 1670/25 1671/13
1671/20 1683/22
**studies [2]**  1618/13 1636/1
**study [2]**  1618/14 1655/1
**studying [1]**  1633/7
**stuff [14]**  1619/6 1619/7 1621/22
1621/24 1637/10 1642/12 1643/3
1643/5 1643/11 1643/24 1646/6
1656/10 1660/24 1670/20
**subdivide [1]**  1682/17
**subject [2]**  1679/25 1680/16
**submitted [1]**  1679/24
**subscribers [1]**  1626/17

**subsequent [1]**  1667/12
**substantial [1]**  1605/5
**substantially [1]**  1610/14
**successful [1]**  1657/13
**such [1]**  1670/24
**sudden [1]**  1609/7
**sue [1]**  1658/10
**sufficient [1]**  1651/24
**suggested [2]**  1620/13 1649/15
**suggestion [1]**  1649/16
**suit [1]**  1658/11
**sum [1]**  1602/2
**summarize [2]**  1667/16 1675/5
**summer [1]**  1626/13
**Superior [1]**  1689/8
**Support [2]**  1606/12 1606/15
**supporter [1]**  1677/7
**supporting [1]**  1636/12
**suppose [4]**  1602/22 1603/23 1605/7
1654/5
**supposed [3]**  1622/23 1622/23
1638/20 1651/18 1651/21
**sure [30]**  1600/21 1607/6 1615/24
1627/14 1630/5 1634/20 1634/23
1638/9 1640/9 1649/19 1650/24
1660/11 1660/11 1662/19 1664/23
1668/12 1668/13 1671/10 1672/22
1673/3 1674/2 1676/5 1676/10 1676/21
1676/25 1677/14 1677/16 1685/13
1685/19 1686/23
**surprise [4]**  1620/22 1621/4 1646/17
1646/21
**surprised [2]**  1646/10 1681/2
**sustain [3]**  1615/7 1627/18 1628/21
**sustained [4]**  1616/19 1628/24
1636/18 1647/9
**sustaining [1]**  1635/8
**Suwanee [1]**  1601/14
**swear [2]**  1600/24 1601/2
**sworn [2]**  1601/3 1601/10
**system [5]**  1606/12 1606/16 1607/25
1608/15 1643/13

**T**

**tailor [1]**  1636/3
**take [21]**  1599/21 1600/2 1600/6
1615/17 1621/24 1625/8 1629/23
1630/14 1635/23 1637/5 1638/12
1640/21 1644/14 1645/2 1650/9
1656/21 1660/6 1660/10 1663/3 1674/2
1678/12
**taken [6]**  1600/3 1600/10 1619/19
1663/8 1678/9 1689/19
**taking [3]**  1644/22 1652/24 1674/18
**talk [14]**  1617/3 1620/10 1621/2 1628/5
1642/19 1644/2 1645/10 1649/23
1661/9 1661/13 1661/25 1661/25
1662/3 1687/18
**talked [3]**  1629/8 1661/17 1673/23
1688/5
**talking [15]**  1614/21 1617/18 1620/9
1621/18 1621/21 1627/22 1633/23
1646/2 1653/14 1658/13 1660/15
1671/11 1673/25 1680/16 1683/16
**tape [4]**  1607/5 1607/18 1608/1
1608/11
**tapes [3]**  1608/1 1608/10 1608/10
**target [2]**  1657/1 1657/15

**T**

task [2]  1682/5 1682/7
tax [1]  1651/20
teach [1]  1628/6
tears [1]  1621/18
tech [1]  1600/16
Technological [1]  1620/25
TED [1]  1596/23
tell [13]  1600/23 1606/8 1617/17
1617/17 1619/14 1619/15 1623/8
1623/8 1626/16 1639/5 1651/8 1651/9
1658/9
telling [1]  1626/25
tells [2]  1611/20 1652/5
template [1]  1680/5
temporarily [3]  1649/12 1669/3
1683/20
temporary [7]  1626/7 1626/12 1626/14
1626/19 1684/4 1684/6 1684/25
ten [2]  1600/6 1625/7
ten-minute [1]  1600/6
tend [5]  1604/3 1604/15 1611/21
1613/1 1660/25
tended [1]  1644/16
tens [4]  1680/14 1680/18 1680/23
1681/19
term [2]  1684/6 1684/25
terms [3]  1630/15 1647/7 1682/9
testified [9]  1601/10 1621/13 1622/7
1634/21 1664/2 1664/9 1665/16 1678/1
1678/25
testify [5]  1601/19 1614/8 1634/15
1639/9 1655/9
testifying [4]  1602/19 1612/4 1619/25
1679/15
testimony [10]  1614/1 1628/11 1647/6
1655/6 1669/6 1670/9 1670/16 1682/12
1684/11 1690/12
than [22]  1607/19 1612/16 1626/8
1626/10 1628/3 1628/7 1629/19
1630/13 1630/13 1631/11 1642/15
1644/24 1651/2 1653/18 1659/11
1660/23 1665/3 1665/20 1668/5
1670/22 1675/6 1678/19
thank [21]  1599/15 1599/20 1600/9
1601/4 1601/7 1606/23 1615/8 1639/20
1660/1 1662/24 1663/23 1664/9
1668/19 1672/9 1679/21 1685/10
1685/11 1688/4 1688/24 1689/1
1689/18
that [578]
that's [29]  1600/5 1602/3 1610/3
1613/5 1619/11 1623/9 1623/24 1627/3
1632/10 1632/19 1633/23 1633/25
1634/1 1634/5 1634/9 1634/23 1635/2
1646/12 1649/8 1659/21 1660/5 1662/8
1664/1 1665/19 1668/4 1672/22
1673/14 1674/14 1675/21
their [62]  1609/16 1611/13 1611/14
1612/21 1612/23 1612/24 1613/10
1613/19 1620/13 1622/21 1624/1
1625/23 1631/9 1631/17 1633/18
1633/18 1634/4 1636/24 1637/23
1638/3 1638/13 1641/22 1642/7
1643/10 1644/7 1644/24 1649/11
1645/22 1646/25 1647/24 1649/11
1649/17 1649/18 1649/21 1650/5

1653/18 1653/25 1654/9 1659/9 1659/12
1659/16 1659/19 1659/20 1662/15
1664/17 1666/4 1671/15 1671/25
1672/1 1675/8 1676/20 1678/6 1678/10
1678/15 1678/15 1680/15 1680/25
1681/23 1681/24 1682/8 1683/12
1689/10
them [57]  1599/21 1603/15 1607/13
1607/13 1608/11 1608/12 1610/25
1611/21 1611/24 1614/12 1614/14
1620/8 1622/12 1629/8 1633/4 1633/5
1633/17 1638/2 1638/14 1638/21
1641/12 1641/12 1644/3 1644/3 1645/4
1645/8 1645/9 1645/17 1650/13 1653/7
1653/15 1653/25 1654/3 1655/3 1657/9
1657/11 1657/12 1658/3 1658/21
1658/22 1658/22 1659/3 1661/10
1661/11 1669/1 1671/5 1671/6 1671/14
1671/21 1672/8 1677/17 1677/17
1678/7 1679/3 1680/10 1682/14
1685/17
theme [1]  1636/4
then [49]  1599/18 1599/19 1604/20
1606/17 1607/13 1608/16 1608/21
1610/15 1610/18 1610/18 1610/19
1611/3 1611/24 1615/25 1618/10
1618/18 1620/19 1621/23 1624/13
1624/18 1624/22 1625/3 1625/15
1625/15 1634/8 1635/22 1642/25
1644/6 1647/1 1650/2 1650/7 1651/10
1652/8 1654/2 1656/12 1658/9 1658/11
1660/4 1660/6 1660/7 1661/6 1663/21
1667/15 1669/23 1670/5 1672/1
1672/22 1673/14 1681/16
theoretical [1]  1655/20
there [81]  1600/12 1601/19 1605/20
1607/8 1607/19 1608/21 1608/22
1610/23 1611/9 1611/11 1612/17
1614/12 1615/23 1615/23 1616/17
1623/18 1623/19 1625/13 1625/18
1625/24 1626/21 1626/23 1627/23
1627/25 1628/2 1629/5 1629/5 1630/8
1630/14 1630/19 1630/19 1630/21
1631/14 1631/17 1632/20 1633/1
1634/16 1634/17 1635/2 1636/16
1637/21 1640/20 1640/24 1640/25
1641/7 1642/24 1643/13 1643/14
1643/19 1644/8 1644/23 1645/25
1645/25 1654/6 1654/9 1654/13
1654/17 1658/13 1658/20 1659/14
1659/24 1660/18 1660/18 1661/9
1661/10 1664/20 1664/20 1665/8
1668/5 1668/18 1669/17 1669/17
1671/21 1672/5 1675/6 1679/22 1680/8
1680/8 1682/3 1683/11 1685/6
there's [19]  1606/1 1612/1 1615/18
1628/3 1631/19 1636/22 1636/22
1640/6 1643/18 1643/18 1643/19
1650/9 1651/7 1651/8 1651/11 1661/16
1665/7 1682/3 1689/7
therein [1]  1690/11
these [30]  1608/10 1613/2 1615/10
1615/11 1618/14 1618/19 1619/5
1619/9 1619/17 1620/14 1623/25
1626/9 1637/17 1638/8 1638/24
1641/22 1649/24 1652/16 1656/24
1661/8 1661/18 1676/19 1676/22
1677/1 1686/10 1686/14 1687/19

1688/6 1688/14 1688/17
they [145]
they're [7]  1611/20 1615/18 1621/21
1626/9 1664/7 1665/4 1689/9
thing [18]  1608/19 1612/5 1615/10
1615/20 1616/21 1631/12 1634/19
1638/15 1647/3 1648/1 1649/18
1656/16 1659/2 1659/20 1659/20
1665/12 1677/4 1678/14
things [12]  1603/17 1604/12 1609/22
1612/25 1613/19 1619/17 1621/20
1622/9 1644/9 1651/14 1688/14
1688/17
think [66]  1602/23 1605/16 1605/22
1614/6 1615/5 1615/12 1616/10
1616/18 1616/19 1616/23 1620/8
1620/10 1621/7 1622/2 1623/6 1626/7
1627/3 1628/15 1628/19 1628/21
1631/20 1632/16 1632/19 1634/25
1637/4 1637/18 1639/22 1640/24
1640/25 1641/5 1645/6 1645/8 1645/10
1645/14 1645/17 1645/25 1647/25
1648/20 1649/23 1650/10 1652/2
1652/5 1652/8 1654/8 1657/22 1659/23
1659/25 1661/14 1661/15 1662/25
1671/21 1677/3 1677/24 1678/5
1678/13 1679/10 1680/2 1680/16
1680/20 1681/2 1681/8 1681/10
1681/16 1681/22 1682/3 1684/15
thinking [1]  1674/14
third [1]  1676/14
this [57]  1599/3 1599/24 1600/2
1601/22 1608/14 1615/6 1615/13
1616/7 1616/12 1616/14 1616/21
1616/24 1619/6 1619/7 1623/5 1625/16
1628/13 1628/14 1628/21 1630/3
1631/23 1632/3 1632/23 1634/17
1634/21 1635/10 1638/11 1638/15
1640/9 1642/12 1643/5 1645/11
1655/14 1655/21 1656/10 1656/15
1656/16 1656/21 1660/10 1662/14
1662/17 1665/17 1665/23 1666/18
1669/10 1669/13 1670/20 1670/24
1671/10 1674/6 1674/14 1676/9 1677/2
1677/10 1687/16 1689/6 1690/12
those [55]  1603/16 1606/7 1606/9
1606/21 1607/15 1607/17 1607/25
1608/9 1611/18 1614/4 1614/11 1616/1
1618/7 1618/11 1618/17 1618/19
1619/3 1621/19 1621/23 1622/9 1623/4
1625/22 1626/20 1626/24 1629/7
1630/17 1630/25 1631/11 1633/15
1634/4 1635/24 1638/12 1643/9 1647/1
1658/15 1665/2 1667/21 1668/5 1671/8
1672/17 1672/25 1673/4 1673/6 1673/8
1674/18 1674/24 1678/3 1678/25
1679/1 1679/7 1679/12 1681/17 1682/2
1685/7 1686/25
thought [7]  1640/11 1642/24 1651/2
1656/19 1656/23 1671/19 1673/25
thousand [2]  1604/25 1644/12
thousands [8]  1622/20 1633/16
1633/17 1652/15 1680/14 1680/18
1680/24 1681/19
three [8]  1606/6 1606/9 1612/12
1620/21 1628/8 1651/7 1667/23
1676/18
through [24]  1603/9 1603/18 1605/25

**T**

**through... [21]**  1606/2 1611/5 1612/9
1613/18 1615/22 1629/23 1632/3
1634/12 1635/19 1641/3 1641/8
1644/19 1669/23 1671/18 1672/24
1674/4 1674/8 1680/14 1680/24
1682/24 1683/4
**throw [1]**  1681/23
**tidy [1]**  1618/4
**TIM [1]**  1597/20
**time [41]**  1604/10 1605/24 1607/3
1607/8 1607/12 1608/8 1609/2 1609/7
1610/9 1618/6 1620/16 1623/16
1624/17 1625/3 1637/23 1642/21
1643/12 1645/5 1650/13 1653/8
1654/19 1655/16 1656/6 1656/7
1656/10 1661/12 1662/25 1665/17
1665/24 1666/3 1666/6 1672/8 1673/24
1676/20 1676/24 1677/8 1685/8 1686/3
1686/17 1686/24 1689/13
**times [8]**  1602/9 1605/17 1612/12
1614/3 1614/5 1614/9 1620/21 1628/8
**timestamp [1]**  1657/7
**TINA [1]**  1597/8
**tiny [1]**  1609/9
**titled [1]**  1675/24
**today [6]**  1599/13 1599/14 1601/20
1669/6 1670/9 1689/12
**today's [1]**  1670/16
**together [11]**  1607/13 1607/24
1608/14 1609/17 1610/11 1615/19
1622/12 1670/7 1671/12 1673/1 1675/8
**told [7]**  1619/15 1622/20 1627/13
1632/20 1648/23 1675/14 1684/12
**tongue [1]**  1632/14
**too [11]**  1600/21 1601/25 1602/8
1602/10 1602/14 1618/17 1621/8
1627/8 1642/25 1643/23 1661/16
**took [12]**  1608/1 1608/25 1619/25
1627/6 1635/25 1655/25 1665/24
1667/13 1667/16 1671/12 1674/23
1676/10
**toolbox [1]**  1618/12
**tools [9]**  1618/8 1618/9 1618/9
1618/11 1618/11 1618/17 1618/20
1643/8 1643/9
**top [2]**  1652/14 1657/22
**topic [1]**  1674/15
**topics [2]**  1621/23 1675/11
**tossed [1]**  1620/20
**total [1]**  1620/21
**tour [1]**  1626/3
**towards [3]**  1611/7 1656/13 1662/21
**town [3]**  1626/25 1675/19 1676/23
**trailers [2]**  1655/2 1655/7
**trained [1]**  1663/24
**tranche [1]**  1651/12
**tranches [1]**  1651/8
**transcript [10]**  1/1 1/5 1/7 1/8 1596/11
1596/21 1669/22 1674/3 1682/24
1690/9
**transcripts [1]**  1/2
**translating [1]**  1608/4
**transmittal [1]**  1649/15
**TRAURIG [1]**  1597/15
**tremendous [2]**  1603/17 1630/13
**TRIAL [1]**  1596/11

**tried [4]**  1630/11 1632/15 1653/5
1670/14
**trigger [1]**  1624/14
**trouble [4]**  1617/15 1665/6 1668/23
1678/22
**true [16]**  1596/7 1604/1 1657/25
1675/15 1675/20 1675/23 1675/24
1676/14 1676/17 1677/6 1677/11
1677/19 1678/3 1678/6 1682/6 1690/9
**Trump [2]**  1657/22 1657/24
**truth [4]**  1619/18 1619/22 1634/11
1655/12
**try [13]**  1600/21 1613/18 1617/22
1618/18 1629/11 1633/5 1636/4
1638/19 1641/23 1652/9 1656/17
1661/18 1689/9
**trying [14]**  1600/15 1612/7 1616/3
1616/11 1618/20 1619/4 1635/21
1639/25 1640/3 1640/11 1651/15
1660/5 1672/20 1676/19
**turn [3]**  1626/16 1644/7 1659/14
**turned [2]**  1616/5 1627/7
**TURNER [1]**  1596/23
**twice [4]**  1620/20 1627/1 1627/5
1628/12
**two [18]**  1605/22 1610/11 1612/12
1620/12 1621/5 1626/23 1628/2 1628/7
1632/16 1636/22 1641/13 1655/18
1659/21 1662/19 1667/21 1669/11
1669/13 1671/5
**type [2]**  1608/15 1616/21
**types [2]**  1604/3 1684/5
**typewriter [1]**  1607/10
**typical [1]**  1603/20
**typically [12]**  1603/15 1611/2 1611/13
1612/15 1615/16 1615/22 1624/13
1641/10 1644/17 1665/18 1671/14
1683/25

**U**

**Ultimately [1]**  1636/10
**unable [1]**  1658/4
**unauthorized [1]**  1679/22
**undeliverable [1]**  1613/9
**under [5]**  1637/24 1638/10 1640/2
1641/6 1669/19
**underlying [1]**  1634/3
**understand [5]**  1616/22 1627/24
1641/25 1645/18 1665/7
**understanding [22]**  1618/17 1626/9
1633/25 1634/1 1639/24 1640/2
1640/10 1642/4 1646/23 1646/25
1649/5 1653/12 1653/22 1656/11
1665/4 1677/20 1677/21 1679/9
1686/21 1687/7 1687/9 1687/10
**understood [2]**  1616/12 1639/8
**unexpected [1]**  1629/5
**unfair [1]**  1638/18
**Unfortunately [1]**  1666/11
**unique [1]**  1618/8
**Unit [1]**  1620/25
**UNITED [9]**  1596/1 1596/13 1596/23
1597/21 1652/5 1685/25 1690/3 1690/7
1690/17
**unkind [1]**  1676/19
**unless [3]**  1610/5 1619/15 1635/17
**unlimited [1]**  1605/14
**unqualified [2]**  1625/15 1633/10

**unquote [1]**  1659/1
**until [9]**  1607/17 1610/13 1640/18
1665/14 1670/16 1674/19 1685/20
1689/2 1689/4
**unverified [1]**  1649/24
**UOCAVA [5]**  1645/25 1653/2 1668/1
1668/16 1670/22
**up [42]**  1600/5 1602/2 1605/14
1607/12 1610/13 1611/5 1613/11
1619/5 1620/20 1624/1 1624/23 1625/7
1625/24 1626/1 1627/23 1629/22
1640/17 1642/5 1642/7 1642/13
1645/19 1646/5 1646/7 1650/10
1650/18 1653/9 1653/18 1658/17
1659/6 1659/24 1660/15 1661/2
1662/21 1663/20 1665/14 1666/20
1669/21 1670/16 1674/3 1676/6
1681/21 1681/23
**upcoming [1]**  1625/20
**update [6]**  1624/11 1624/14 1638/3
1638/13 1651/13 1675/24
**updated [1]**  1624/21
**updates [3]**  1605/24 1612/18 1622/2
**updating [2]**  1624/15 1633/17
**UPS [1]**  1631/15
**URL [1]**  1624/10
**us [9]**  1600/23 1602/23 1606/8 1606/10
1631/21 1650/12 1651/19 1651/21
1660/1
**USA [1]**  1597/17
**use [14]**  1608/12 1610/11 1611/6
1611/7 1613/22 1613/24 1631/8
1634/15 1643/9 1645/6 1650/5 1660/2
1673/7 1680/6
**used [18]**  1606/6 1608/5 1608/6
1608/8 1608/10 1610/6 1613/1 1618/13
1647/22 1650/20 1658/19 1666/11
1666/12 1667/19 1678/10 1678/13
1679/11 1680/17
**using [2]**  1612/19 1643/12
**USPS [3]**  1683/18 1684/8 1684/19
**usual [2]**  1602/6 1637/25
**usually [2]**  1622/14 1632/18
**utilizing [1]**  1662/10
**utterly [1]**  1622/18
**UZOMA [1]**  1597/6

**V**

**vague [2]**  1612/7 1655/19
**Validation [2]**  1606/13 1606/14
**valuable [1]**  1666/14
**variety [2]**  1618/25 1662/12
**various [1]**  1652/22 1661/10
**vary [1]**  1604/4
**vast [1]**  1625/22
**venue [2]**  1623/22 1681/17
**verified [1]**  1666/8
**verify [3]**  1641/10 1645/22 1650/1
**versa [2]**  1659/8 1678/17
**versed [1]**  1629/14
**version [5]**  1603/21 1610/16 1610/17
1611/19 1612/3
**very [18]**  1609/2 1621/4 1625/4
1625/17 1635/16 1636/2 1636/10
1637/18 1640/4 1640/4 1642/24 1645/9
1647/25 1650/10 1650/12 1656/5
1658/15 1671/16
**via [1]**  1608/2

**V**

**vice [2]**  1659/8 1678/17
**view [2]**  1609/23 1642/2
**viewed [2]**  1651/23 1659/3
**violation [2]**  1625/6 1625/15
**visits [1]**  1607/16
**voice [1]**  1686/7
**VOLUME [1]**  1596/11
**volunteer [4]**  1642/15 1644/6 1680/4 1680/8
**volunteers [3]**  1657/10 1657/12 1675/20
**vote [44]**  1596/7 1602/25 1603/5 1611/5 1623/7 1624/17 1624/19 1625/20 1625/23 1627/6 1627/8 1628/3 1631/14 1638/14 1638/16 1638/20 1638/20 1638/23 1641/16 1645/20 1646/8 1651/14 1651/20 1652/8 1653/18 1654/23 1654/24 1654/25 1664/17 1666/5 1675/15 1675/20 1675/23 1675/24 1676/14 1676/17 1677/6 1677/11 1677/19 1678/6 1678/21 1682/19 1683/12 1685/1
**Vote's [2]**  1657/25 1678/3
**voted [6]**  1627/1 1627/5 1627/6 1652/24 1654/22 1678/3
**voter [108]**
**voter's [6]**  1624/23 1624/23 1636/23 1640/17 1641/11 1641/15
**voters [53]**  1611/15 1614/13 1616/2 1618/24 1622/21 1623/12 1624/1 1625/18 1633/15 1634/4 1637/1 1637/19 1637/21 1637/25 1639/17 1641/2 1642/23 1644/20 1646/4 1647/7 1651/1 1651/4 1652/12 1652/24 1653/3 1653/14 1653/22 1654/5 1654/21 1657/15 1657/24 1665/10 1665/13 1667/8 1667/21 1667/23 1668/1 1668/2 1668/16 1668/21 1668/24 1669/7 1669/8 1670/8 1670/10 1670/14 1670/17 1670/22 1670/23 1670/24 1672/3 1672/13 1673/5 1673/6 1675/12 1680/14 1680/24 1683/11 1683/16 1683/17 1684/2 1684/7 1686/12
**votes [2]**  1633/8 1657/23
**voting [12]**  1622/21 1623/1 1626/23 1628/2 1633/9 1638/3 1638/23 1651/16 1651/18 1653/10 1665/15 1674/13
**vs [1]**  1596/6

**W**

**wait [3]**  1685/20 1689/2 1689/4
**waiting [1]**  1680/9
**walk [1]**  1634/11
**walks [1]**  1624/20
**want [31]**  1599/9 1606/7 1610/5 1611/21 1611/24 1615/9 1615/10 1615/16 1615/25 1616/1 1627/8 1627/22 1627/24 1628/6 1638/9 1638/19 1650/12 1650/13 1651/1 1653/7 1653/25 1654/2 1656/24 1658/21 1658/22 1658/22 1674/8 1680/21 1689/2 1689/3 1689/3
**wanted [9]**  1629/24 1637/16 1640/10 1649/8 1650/24 1654/10 1656/19 1659/6 1677/3
**wanting [4]**  1608/20 1644/6 1648/19

**1696**
**wants [2]**  1617/6 1624/9
**warned [1]**  1620/15
**warning [2]**  1625/4 1625/4
**was [197]**
**wasn't [8]**  1607/9 1607/19 1608/22 1666/15 1666/15 1668/8 1681/4 1684/17
**wasting [1]**  1653/8
**way [17]**  1600/2 1611/4 1611/5 1618/21 1618/22 1619/21 1624/25 1625/10 1631/19 1636/7 1643/5 1644/9 1659/3 1669/3 1678/5 1678/14 1687/25
**ways [1]**  1645/23
**wazoo [1]**  1608/20
**we [180]**
**we'll [6]**  1602/21 1617/23 1627/22 1663/21 1689/15 1689/17
**we're [14]**  1600/6 1600/15 1602/18 1621/7 1621/7 1622/23 1622/23 1628/17 1633/6 1634/12 1640/9 1650/14 1651/15 1651/18
**we've [2]**  1612/16 1641/17
**wealth [1]**  1643/19
**web [1]**  1673/25
**website [1]**  1674/20
**week [2]**  1655/18 1675/23
**weekends [1]**  1656/9
**weeks [2]**  1602/12 1656/1
**WELCH [3]**  1596/22 1690/6 1690/16
**well [63]**  1602/2 1602/17 1603/22 1607/17 1608/25 1610/12 1610/23 1611/6 1612/21 1613/1 1615/9 1616/14 1616/25 1618/2 1618/23 1619/17 1619/21 1620/8 1620/8 1620/12 1622/6 1623/3 1623/5 1624/2 1624/14 1624/17 1627/4 1628/15 1629/14 1631/25 1634/7 1634/10 1634/16 1634/25 1635/7 1635/15 1636/22 1638/7 1639/18 1640/10 1642/3 1642/24 1645/15 1645/15 1650/20 1653/21 1653/24 1656/5 1656/5 1658/15 1660/14 1662/24 1663/16 1665/13 1665/22 1669/17 1670/11 1674/22 1678/6 1678/12 1681/5 1681/5 1682/3
**went [8]**  1618/6 1627/5 1633/13 1640/20 1657/8 1658/7 1666/12 1671/18
**were [96]**  1607/8 1607/15 1608/12 1614/11 1614/13 1614/13 1616/6 1618/23 1618/24 1620/8 1622/5 1622/21 1625/18 1625/24 1629/4 1629/5 1630/14 1630/18 1630/18 1630/19 1633/1 1633/6 1635/16 1637/1 1637/6 1637/8 1637/12 1637/20 1637/21 1638/16 1638/17 1639/25 1640/3 1640/11 1640/24 1642/10 1643/1 1643/2 1644/10 1644/23 1644/23 1645/5 1645/9 1650/23 1650/24 1653/1 1653/6 1653/8 1653/9 1654/1 1654/6 1654/13 1654/14 1654/17 1654/17 1654/18 1655/16 1656/3 1657/5 1657/5 1657/10 1657/23 1657/23 1658/11 1658/17 1659/4 1659/7 1659/8 1659/17 1660/16 1660/16 1661/9 1661/10 1665/10 1668/5 1668/5 1668/7 1669/15 1669/19 1669/25 1670/17 1670/23 1671/6

**1691/19**  1672/20 1673/8 1673/25 1674/24 1675/10 1675/14 1676/11 1676/14 1676/22 1676/22 1683/16
**what [118]**
**what's [5]**  1603/7 1603/20 1604/23 1642/1 1653/18
**whatever [1]**  1681/12
**whatnot [1]**  1612/17
**whatsoever [1]**  1631/5
**when [56]**  1602/19 1607/1 1608/18 1608/23 1610/7 1613/4 1615/21 1616/20 1622/18 1623/7 1623/13 1624/9 1624/17 1626/4 1626/5 1626/25 1627/2 1629/3 1629/13 1630/3 1630/5 1631/8 1633/4 1636/12 1637/3 1637/24 1638/23 1641/18 1644/6 1647/19 1649/6 1651/7 1651/16 1651/20 1652/5 1652/18 1655/20 1655/25 1656/8 1656/12 1661/25 1661/25 1662/3 1664/18 1665/13 1669/2 1671/4 1671/10 1672/21 1673/10 1678/20 1679/11 1680/16 1681/13 1682/19 1689/11
**where [36]**  1601/13 1605/20 1607/9 1608/15 1611/16 1611/24 1612/4 1614/12 1615/13 1616/11 1616/13 1618/24 1622/24 1623/22 1628/3 1633/1 1634/4 1634/4 1638/19 1638/20 1640/9 1640/16 1640/18 1640/21 1642/14 1646/4 1647/1 1648/3 1648/18 1657/11 1665/2 1665/11 1675/8 1675/10 1677/16 1679/1
**whereof [1]**  1690/12
**Whereupon [1]**  1601/8
**wherever [1]**  1611/3
**whether [14]**  1612/21 1615/2 1616/16 1630/25 1642/6 1645/1 1648/25 1649/3 1665/4 1671/4 1677/9 1677/18 1678/20 1684/9
**which [18]**  1602/8 1605/21 1606/16 1608/5 1608/5 1608/11 1625/6 1630/24 1638/1 1639/7 1640/16 1648/24 1654/3 1666/20 1671/6 1684/5 1689/7 1689/9
**while [2]**  1609/1 1666/13
**white [1]**  1629/14
**whittle [1]**  1653/5
**whittled [1]**  1652/22
**who [52]**  1604/14 1607/23 1607/23 1618/20 1618/24 1620/23 1622/10 1622/21 1626/1 1626/2 1626/12 1635/23 1636/5 1637/21 1637/25 1638/16 1638/16 1638/17 1640/25 1640/25 1642/8 1642/14 1643/17 1644/4 1646/7 1651/8 1651/9 1651/11 1652/24 1652/25 1653/3 1654/11 1654/21 1658/10 1658/10 1661/6 1667/21 1670/2 1670/3 1670/23 1671/14 1677/23 1678/3 1678/8 1678/17 1678/18 1678/19 1681/9 1683/18 1684/7 1684/19 1684/24
**whole [4]**  1613/10 1635/25 1643/10 1650/22
**whose [2]**  1645/18 1667/23
**why [21]**  1616/5 1616/19 1616/25 1617/4 1619/21 1628/15 1628/20 1632/7 1632/9 1632/10 1632/20 1643/17 1646/20 1653/14 1653/15 1653/17 1653/21 1653/22 1654/1

**W**

**why... [2]**  1654/21 1668/8
**wide [1]**  1618/25
**widely [1]**  1604/4
**wife [1]**  1627/6
**Wiggins [1]**  1621/14
**will [14]**  1/3 1600/1 1600/2 1600/21
1602/23 1606/8 1626/3 1626/10
1626/15 1638/10 1645/3 1657/4
1661/14 1662/14
**William [1]**  1621/14
**Williams [1]**  1647/11
**willing [2]**  1602/20 1638/16
**win [1]**  1615/24
**wind [2]**  1613/10 1660/15
**winds [1]**  1650/10
**within [8]**  1611/23 1624/12 1640/15
1651/10 1651/11 1651/13 1652/25
1681/24
**without [5]**  1601/25 1623/25 1643/10
1646/1 1659/24
**witness [5]**  1598/2 1600/13 1600/14
1601/3 1614/9
**witnesses [1]**  1680/19
**won't [2]**  1610/4 1689/14
**wonderful [1]**  1609/23
**word [1]**  1602/7
**words [4]**  1619/14 1624/9 1637/9
1684/7
**work [33]**  1603/24 1604/1 1604/17
1604/19 1604/20 1604/21 1605/3
1605/9 1605/12 1607/15 1607/21
1608/17 1608/23 1609/7 1611/8
1611/13 1615/18 1619/20 1629/11
1629/17 1635/1 1642/11 1655/21
1656/6 1662/21 1663/22 1675/9
1680/12 1686/15 1686/19 1687/5
1687/13 1687/23
**worked [7]**  1606/9 1615/5 1621/11
1621/17 1664/24 1665/21 1665/23
**worker [5]**  1624/21 1624/22 1624/25
1625/2 1625/9
**working [11]**  1603/9 1603/24 1609/13
1610/7 1612/5 1630/3 1637/1 1655/16
1656/4 1662/21 1675/14
**works [1]**  1622/10
**worth [1]**  1662/16
**would [110]**
**wouldn't [11]**  1613/20 1617/6 1619/24
1662/17 1662/23 1676/4 1677/9
1678/14 1681/2 1681/8 1681/10
**wrapping [1]**  1662/21
**Wright [3]**  1599/22 1600/1 1666/23
**write [1]**  1649/17
**writing [1]**  1642/3
**wrong [5]**  1613/15 1614/13 1638/23
1638/24 1658/8
**WYNNE [2]**  1597/13 1597/14

**Y**

**y'all [5]**  1600/4 1600/11 1663/9
1689/13 1689/15
**yeah [20]**  1602/14 1602/18 1610/6
1616/25 1617/3 1617/20 1632/4 1632/6
1633/25 1634/7 1639/11 1652/5 1660/5
1660/11 1660/18 1668/5 1668/20
1683/5 1684/1 1685/18

**year [16]**  1601/22 1603/9 1605/12
1605/15 1605/15 1605/17 1606/4
1606/4 1612/11 1612/15 1612/16
1620/19 1622/2 1622/10 1626/8
1646/23
**years [23]**  1603/22 1604/7 1604/9
1604/16 1610/14 1612/16 1612/18
1614/10 1616/16 1617/10 1620/1
1621/17 1625/7 1626/2 1632/17
1641/14 1643/16 1665/11 1665/11
1665/23 1666/2 1676/18 1683/23
**yellow [1]**  1625/11
**yes [54]**  1602/24 1603/4 1609/15
1613/23 1613/25 1614/3 1615/18
1617/11 1622/2 1626/23 1648/23
1660/21 1661/17 1664/8 1664/12
1664/15 1666/19 1666/23 1667/11
1667/14 1667/18 1669/1 1669/9
1669/14 1669/16 1669/18 1669/20
1670/19 1672/7 1673/4 1673/14
1673/22 1674/23 1675/11 1675/14
1675/21 1683/9 1683/9 1683/13
1683/21 1684/3 1685/5 1686/5 1686/9
1686/11 1686/13 1686/16 1687/2
1687/15 1687/21 1688/7 1688/10
1688/13 1688/16
**yet [2]**  1670/9 1680/6
**you [406]**
**you'll [1]**  1663/21
**you're [10]**  1615/13 1616/11 1616/13
1617/18 1626/13 1634/8 1658/13
1663/24 1679/15 1689/12
**you've [22]**  1600/22 1606/24 1616/20
1616/23 1617/9 1619/16 1623/12
1631/2 1643/14 1643/14 1643/15
1661/2 1664/9 1664/9 1664/24 1679/11
1683/14 1684/5 1684/24 1688/5 1688/8
1688/11
**you-all [2]**  1599/6 1600/9
**young [1]**  1671/16
**your [112]**
**Your Honor [30]**  1599/8 1600/15
1614/15 1615/8 1616/7 1619/11
1619/24 1627/9 1628/9 1632/8 1633/19
1634/10 1634/19 1635/3 1636/14
1639/2 1646/12 1647/4 1655/4 1660/3
1661/23 1662/8 1663/2 1666/22 1671/1
1685/3 1685/13 1685/17 1687/9 1689/5
**Your Honor's [1]**  1639/16
**yourself [2]**  1604/13 1686/3
**YUN [1]**  1597/19

**Z**

**ZIP [1]**  1606/17
**Zoom [4]**  1675/15 1675/17 1676/15
1676/17