The following is the PDF of an official transcript. Official transcripts may only be filed in CM/ECF by the Official Court Reporter and will be restricted in CM/ECF for a period of 90 days. You may cite to a portion of the attached transcript by the docket entry number, referencing page and line number, only after the Court Reporter has filed the official transcript; however, you are prohibited from attaching a full or partial transcript to any document filed with the Court.

1              IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGIA
2                    GAINESVILLE DIVISION

3   FAIR FIGHT, INC., SCOTT        :
    BERSON, JOCELYN HEREDIA, AND   :
4   JANE DOE,                      :
                                   :
5           PLAINTIFFS,            :
                                   :
6   vs.                            :  DOCKET NUMBER
                                   :  2:20-CV-0302-SCJ
7   TRUE THE VOTE, INC., ET AL.,   :
                                   :
8           DEFENDANTS.            :

9

10

11   **TRANSCRIPT OF BENCH TRIAL – VOLUME 7 PM SESSION PROCEEDINGS**

12          **BEFORE THE HONORABLE STEVE C. JONES**

13             **UNITED STATES DISTRICT JUDGE**

14                 **NOVEMBER 6, 2023**

15

16

17

18

19

20    *MECHANICAL STENOGRAPHY OF PROCEEDINGS AND COMPUTER-AIDED*

21                *TRANSCRIPT PRODUCED BY:*

22

    *OFFICIAL COURT REPORTER:*        *SHANNON R. WELCH, RMR, CRR*
23                                    *2394 UNITED STATES COURTHOUSE*
                                      *75 TED TURNER DRIVE, SOUTHWEST*
24                                    *ATLANTA, GEORGIA  30303*
                                      *(404) 215-1383*
25

**A P P E A R A N C E S   O F   C O U N S E L**

**FOR THE PLAINTIFFS:**

    ALLEGRA J. LAWRENCE-HARDY
    MICHELLE L. McCLAFFERTY
    LAWRENCE & BUNDY, LLC

    UZOMA NKWONTA
    JACOB SHELLY
    CHRISTINA A. FORD
    TINA M. MORRISON
    MARCOS MOCINE-McQUEEN
    LESLIE J. BRYAN
    ELIAS LAW GROUP LLP

**FOR THE DEFENDANTS:**

    MICHAEL J. WYNNE
    CAMERON POWELL
    GREGOR WYNNE ARNEY PLLC

    JAKE EVANS
    GREENBERG TRAURIG, LLP

**FOR THE INTERVENOR (USA):**

    DANA PAIKOWSKY
    JENNIFER J. YUN
    TIM MELLETT
    JUDY BAO
    AILEEN BELL HUGHES
    UNITED STATES DEPARTMENT OF JUSTICE

UNITED STATES DISTRICT COURT
OFFICIAL CERTIFIED TRANSCRIPT

1    **I N D E X   T O   P R O C E E D I N G S**

2

        **WITNESS**                                    **PAGE**
3

    MARK WILLIAMS
4

        Direct Examination
5         By Mr. Evans                                  1717
        Cross-Examination
6         By Ms. Ford                                   1745
        Redirect Examination
7         By Mr. Evans                                  1747

8    CATHERINE ENGELBRECHT

9        Direct Examination
          By Mr. Evans                                  1749
10
                              *  *  *
11

    CERTIFICATE                                        1857
12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT
OFFICIAL CERTIFIED TRANSCRIPT

**P R O C E E D I N G S**

**(Gainesville, Hall County, Georgia; November 6, 2023.)**

1
2
3          THE COURT:  You-all may be seated.
4          I hope everyone had a good lunch.
5          Mr. Powell, did you decide whether you are going to
6    redirect Mr. Davis?
7          MR. POWELL:  Your Honor, we don't have any further
8    questions.
9          THE COURT:  Can Mr. Davis be excused?
10          MR. POWELL:  He may by us, Your Honor.
11          MS. MORRISON:  Yes, Your Honor.
12          THE COURT:  Mr. Powell, you -- he can't hear me.
13          Will you tell him he's excused and the Court says
14    thank you.
15          MR. POWELL:  Mr. Davis, can you hear me?
16          THE WITNESS:  Yes.
17          MR. POWELL:  Okay.  You're excused now.
18          Thank you for your testimony today.
19          THE WITNESS:  Thank you.
20          THE COURT:  Okay.  You are in the seat there.
21          So, Mr. Evans, are you going to call the next
22    witness?
23          MR. EVANS:  Yes, Judge.  Mark Williams.
24          THE COURT:  Mark Williams.  All right.
25          Mr. Williams, you are still under oath.  You don't

1    have to take another oath.  Just have a seat.

2              THE WITNESS:  Yes, sir.  Thank you.

3         Whereupon,

4                        MARK WILLIAMS,

5         after having been previously duly sworn, testified as

6    follows:

7                        DIRECT EXAMINATION

8    BY MR. EVANS:

9    **Q.**   Mr. Williams, thank you for joining us again.  I know you

10   were here Friday.  And I appreciate you coming.

11        If you could please state your name for the record, and

12   Madam Court Reporter will get that down.

13   **A.**   Mark Williams.

14   **Q.**   And, Mr. Williams, where do you reside?

15   **A.**   3312 Canary Trail, Duluth, Georgia.

16   **Q.**   And what county is that in?

17   **A.**   Gwinnett.

18   **Q.**   And how long have you lived in Gwinnett County?

19   **A.**   All my life.

20   **Q.**   And what -- what do you do for a living?

21   **A.**   I own a printing and mailing company.

22   **Q.**   And what is your role in that company?

23   **A.**   I am -- it's a family business.  And I'm family now.  I am

24   the family.

25   **Q.**   And what's the name of that business?

**A.**    Printing Trade Company.

**Q.**    And what was your role?

**A.**    Well, I run the company basically.

**Q.**    And in that role, running the company, what do you do day-to-day?

**A.**    I have a lot of contact with clients and things like that, make sure that everything is running smoothly, everything comes to me when there is a question or anything, and stuff like that.

**Q.**    Does the company do mailing?

**A.**    Yes.

**Q.**    And on average, how many pieces of mail does the company mail out a day?

**A.**    A day?  Off political seasons, probably 15 to 20,000 a day.  During political seasons, we do a lot of political mailing.  So it's probably in the 150 to 200,000 a day average.

**Q.**    Does the company deal with data?

**A.**    Yes.

**Q.**    What does the company do with data?

**A.**    Well, on any mailing whether the -- whether the client provides it or not -- let's say a client provides the data.  We would take it, and we would run it through deduping, which would mean deduping the address, taking out duplicate addresses and things.

          And then we would run it through NCOA.  That's a

1    requirement of the post office to run every list through it.

2         And then there's the times when we provide the list, we'll

3    run those lists.  A lot of times on, let's say, voter data, a

4    lot of times we'll get an order for, let's say, hard Rs or

5    something like that.  And that would be somebody that voted in

6    two or three Republican elections.

7         Or the other way, the Democratic elections, whichever.

8    And that is what we would base our data on.

9    **Q.**   Earlier you mentioned NCOA.

10        Does your job give you unique knowledge about NCOA?

11   **A.**   Absolutely.

12   **Q.**   And what knowledge is it that you have gained about NCOA?

13   **A.**   Well, it is -- it's the most trusted thing -- not only

14   that --

15             MS. FORD:  Your Honor.

16   **A.**   -- but we're required to --

17             THE COURT:  Hold on.

18             MS. FORD:  Your Honor, we have an objection to this

19   line of testimony to the extent he's about to testify to the

20   reliability or accuracy of using NCOA.

21             THE COURT:  He can testify how he used it, Mr. Evans.

22   How reliable it is, I think they -- I entered an order at the

23   beginning of this case about that.  But he can testify to his

24   use of it.

25             MS. FORD:  Your Honor, I think we have a separate

1  objection as well to the extent he has already testified he did

2  not compile the challenges at issue --

3           MR. EVANS:  Judge, can --

4           MS. FORD:  -- that this is irrelevant testimony.

5           MR. EVANS:  Can I respond, Judge?

6           THE COURT:  Yes.

7           MR. EVANS:  First of all, I asked him in his role

8  does he deal with NCOA.  The Court's order says he may offer

9  lay testimony about personal observations in making a voter

10  challenge list and general results obtained from that.

11           As with Mr. Somerville, he, in his job, deals with

12  data, deals with NCOA.  He can -- therefore, based upon his

13  personal knowledge, can offer testimony about NCOA.  That is

14  exactly what he is doing.

15           THE COURT:  A, I'm not accepting him as an expert.

16  He has never been qualified as an expert.

17           B, his opinions is based on a foundation that he

18  knows something about NCOA.

19           And, C, I go back to what I originally said to you,

20  which is that he cannot get to analyst -- analyzing, excuse me,

21  the data.

22           Does that address your objection?

23           MS. FORD:  Almost, Your Honor.  Just with the caveat

24  that I believe Your Honor's limitation was he -- that a witness

25  could talk about what they personally observed in compiling the

```
 1  challenges but --
 2          THE COURT:  He can't say how accurate it is.  He
 3  cannot say NCOA, in my opinion, is very accurate.  He can't say
 4  that.
 5          MS. FORD:  Okay.  I think, Your Honor, the
 6  fundamental basis of my objection is that Mr. Williams has
 7  previously testified in this case, including on Friday, that he
 8  did not compile any of the challenges at issue, that he was the
 9  printer.
10          MR. EVANS:  Judge, we're getting way ahead right now.
11  I asked Mr. Williams if he in his daily job deals with NCOA.
12          THE COURT:  Let's just stick to one thing at a time.
13  He was called by the plaintiffs, and now he's being called by
14  the defendants.
15          So I allowed the plaintiffs to question him.
16          And I'm going to allow the defendants to question
17  him.
18          And if he crosses over my order, then you object.
19  BY MR. EVANS:
20  Q.  Okay.  Mr. Williams, does your job give you a unique
21  knowledge about the NCOA?
22  A.  Yes.
23  Q.  And what is the NCOA?
24  A.  It is the National Change of Address list.  So when
25  somebody changes their address and they go to the post office
```

1    and say, oh, my address is changing, it goes into that.

2        Now that list is updated once a week.  So it's the most

3    accurate list that we can find or that we have found to use.

4            MS. FORD:  Your Honor --

5            THE WITNESS:  And we're required to use it anyway.

6            THE COURT:  Mr. Evans, I'm not going to accept his

7    testimony that it's the most accurate list.  Everything else he

8    said is acceptable.

9            MR. EVANS:  Thank you.

10   BY MR. EVANS:

11   **Q.**   What is deduping a list?

12   **A.**   Okay.  That would be when we get a list -- and we -- we do

13   this on -- some things you don't want to dedupe, because let's

14   say you have a husband and wife that live in the same house and

15   they are both registered voters.  And I'm going to use

16   registered voters as an accurate point for me because we deal

17   with so much of that.

18       So in this particular case, so you have a voter female and

19   male in the house.  Well, we only want to send them one mailer.

20   We don't want to send them two.  So what you would do is dedupe

21   the list by address.  So it would kick one of those out and you

22   would send it to that address.

23   **Q.**   Is election integrity important to you?

24   **A.**   Absolutely.

25   **Q.**   Why?

1    **A.**   Well, I mean -- and I'm big on this.  I believe that when

2    we have an election, and even though it's not the person that I

3    wanted in an election, they are still our elected official at

4    that point.

5         So I believe that the accuracy of the election is very

6    important to find representatives for our area.

7         I'm friends with a lot of legislators and stuff like that.

8    So I want to know who my legislators are.  I know them

9    personally and stuff.  So I want to make sure that we're

10   electing the right people and stuff to represent our area.  And

11   I do.  I get to know my legislators and my representatives.

12   **Q.**   How long has election integrity -- how long has election

13   integrity been an important issue to you?

14   **A.**   It's -- well, I guess it always has been.  But I guess I

15   started having more questions the last few years of that

16   integrity.

17   **Q.**   What were those questions?

18   **A.**   Well, especially in the 2020 election, we started seeing

19   the numbers that just didn't seem to add up to what we knew or

20   we expected them to be.  So I started questioning it.

21        And that was to the point when I went and ran data -- the

22   voter data through NCOA because that was the best way I knew to

23   kind of question that.  And it kicked out an astronomical

24   number.  And to me, it was questionable.

25   **Q.**   Did your concerns about these issues lead you to take

1   action in the January 5th, 2021, senate runoff?

2   **A.**   Yes.  I questioned those.  And as I said, I ran the list

3   through the NCOA and it kicked out an astronomical number.

4        So I called representatives at the Secretary of State's

5   office and questioned them about how they cleaned up voter data

6   files and things like that and how this number could be so

7   high.

8   **Q.**   Who did you speak with at the Georgia Secretary of State's

9   office?

10  **A.**   Mainly Jordan Fuchs.

11  **Q.**   And did this conversation happen before you spoke to

12  True the Vote or any representative at True the Vote?

13  **A.**   Yes.  Before and after, actually.

14  **Q.**   Was your understanding after speaking with

15  Ms. Jordan Fuchs that eligibility challenges are the proper way

16  to ensure only eligible people voted in an election?

17        THE COURT:  Hold on.  Hold on.

18        MS. FORD:  Just a hearsay objection.

19        MR. EVANS:  Judge, if I --

20        THE COURT:  Well, he asked the question after talking

21  to her, did he come to the conclusion.  He didn't say -- ask

22  Mr. Williams what she said.  He said after talking with her,

23  what conclusions did you come to.

24        That is not hearsay.  Overruled.

25        MR. EVANS:  Thank you, Judge.

1    BY MR. EVANS:

2    **Q.**   Now I'll read the question again just so you hear it.

3         Was your understanding after speaking with Ms. Jordan

4    Fuchs that eligibility challenges are the proper way to ensure

5    only eligible people voted in an election?

6    **A.**   It was -- and that was my main question was how do you --

7    how can the NCOA kick out so many names because that is the

8    most recent --

9         THE COURT:  Well, he's not responding to the question

10   you asked.

11   BY MR. EVANS:

12   **Q.**   Make sure you answer the question I ask.

13   **A.**   Yes.  I'm getting there.

14   **Q.**   Okay.

15        THE WITNESS:  I felt like there was some lead-up.  Is

16   that okay?

17        THE COURT:  Well, your lead-up is going off to an

18   area where you're going to get an objection.  So that's --

19        THE WITNESS:  Can you object to the answer?  I know

20   you can object to the question.

21        THE COURT:  Just respond to the question asked by

22   Mr. Evans.  That's the simplest way of doing it.

23        THE WITNESS:  Yeah.  I don't know.  I'm still wanting

24   to take a shower.

25        It was my understanding that they didn't clean the

```
 1    files up because of laws and things like that.  So the NCOA
 2    would have different data than they would as far as accurate
 3    rolls.  And that would be very questionable.  And it would
 4    be -- the way to question it would be through challenges.
 5    BY MR. EVANS:
 6    Q.   Was it your understanding after speaking with Ms. Fuchs
 7    that the Secretary of State could not clean the rolls and that
 8    private citizen challenges would be appreciated?
 9              THE COURT:  Hold on one second.  I have an objection.
10              MS. FORD:  Leading.  That's a leading question.
11              THE COURT:  That is leading, Mr. Evans.  Rephrase, if
12    you don't mind.
13              MR. EVANS:  Sure.  Well, it's very similar to my last
14    one.  But I'll rephrase it.
15    BY MR. EVANS:
16    Q.   Was it your understanding after speaking with Ms. Fuchs
17    that the Secretary of State's office was limited in their
18    ability to clean the voter rolls?
19              THE COURT:  We have an objection.  I think --
20              MS. FORD:  Same objection.
21              Same objection, Your Honor.
22              THE COURT:  That sounds leading, Mr. Evans.  It leads
23    him to one answer.
24    BY MR. EVANS:
25    Q.   After speaking with Ms. Fuchs, what understandings did you
```

1  walk away with?

2  **A.**   The understanding I came away with was that they don't

3  really have a good way that they clean their rolls.  So the

4  voter data that they use and have is actually way behind.

5       And that led me to run or to pay more attention to the

6  NCOA challenges, because, again, it was the -- it was the most

7  accurate thing that we could find as far as a true list of

8  names and addresses.

9            MS. FORD:  Your Honor, just renewing the objection to

10  the extent it's --

11            THE COURT:  I couldn't hear you.  Say that again.

12            MS. FORD:  Renewing my objection to any discussion of

13  accuracy.

14            THE COURT:  Okay.  I didn't accept it as -- if he

15  said it, the Court did not accept it as him knowing what is

16  accurate or not.  He talked to the Secretary of State's office.

17  And in his opinion, the information was not accurate.  That is

18  his opinion.

19            MR. EVANS:  Okay.  Thank you, Judge.

20  BY MR. EVANS:

21  **Q.**   After speaking with Ms. Fuchs, did you believe that

22  private citizen challenges would be appreciated?

23  **A.**   Yes.

24  **Q.**   Why?

25  **A.**   Or a way to be able to scrub the list -- their lists.

 1          THE COURT:  Mr. Evans, I need you to follow up on

 2   that question because I'm getting a different response.  I

 3   don't know how to interpret it.  I want to make sure I

 4   interpret it the right way.

 5          Did he believe that the Secretary of State was saying

 6   that's the best -- that's one of the ways of doing it or is it

 7   that that is a way of doing it?  That is important.

 8          MR. EVANS:  Yeah.

 9   BY MR. EVANS:

10   **Q.**   After speaking with Ms. Fuchs, did you walk away with an

11   understanding that private citizen challenges were the best way

12   to do it or one way to do it?

13   **A.**   It was my understanding that that would be the best way

14   for us to address the situation at hand, which was trying to

15   figure out if the voter data was good.

16   **Q.**   If Ms. Fuchs told you the eligibility challenges were not

17   a proper method, would you have submitted any eligibility

18   challenges under Section 230?

19          THE COURT:  Hold on.

20          MS. FORD:  Just a hearsay objection, Your Honor, to

21   the extent it is indirectly --

22          MR. EVANS:  Judge --

23          MS. FORD:  -- calling for what --

24          MR. EVANS:  Well, first, it's a hypothetical.

25          THE COURT:  I can't hear both of y'all at the same

1    time.

2          Let Ms. Ford finish her objection, and then you can

3    respond.

4          MS. FORD:  The question is indirectly asking the

5    witness what Ms. Fuchs told him.

6          THE COURT:  Somebody coughed.  Say that again.  I'm

7    sorry.

8          MS. FORD:  I'm sorry, Your Honor.

9          The question that Mr. Evans is asking is indirectly

10   asking the witness what Ms. Fuchs told him.

11         MR. EVANS:  And, Judge, if I --

12         THE COURT:  Yeah.

13         MR. EVANS:  It's a hypothetical.  I said if Ms. Fuchs

14   had told you that, would you have done this.

15         THE COURT:  Well, it is not asking what she said.

16   It's if -- he just said that if you had got the information --

17   let's take Ms. Fuchs out of the question.

18         If you had got information, what would you have done.

19   Not what they said.  It's a hypothetical.  I take it she did

20   not say this.  She was not even in the conversation.  I'll go

21   that way.

22         MR. EVANS:  Thank you, Judge.

23         Do you understand the question?

24         THE WITNESS:  All right.  Yeah.  Let me answer it by

25   saying this.  That didn't happen.  And I usually don't answer

1    hypothetical questions.  But, anyway, in this case --

2              THE COURT:  Okay.  I --

3              THE WITNESS:  I like to deal with what is, not what

4    could be.

5              But, anyway, that's not what happened.  And she

6    answered the questions that I had and I went forward with the

7    information that I had, so which was that we should

8    challenge -- challenge the voters that NCOA kicked out.

9    BY MR. EVANS:

10   **Q.**   Did you believe it was important to voice your opinions

11   that elections would be fair and secure through your actions in

12   the January 5th, 2021, senate runoff?

13   **A.**   Yes.

14   **Q.**   And what actions did you take?

15   **A.**   Well -- and I was concerned because we were running that

16   on the 2020 election data, knowing that we were about to have

17   another election that was very -- going to affect our state

18   very, very heavily.

19        So there was some very big concerns there.  So the actions

20   that I took was to take that NCOA list and start preparing for

21   challenges and start getting the answers of how to do that and

22   things along those lines.

23   **Q.**   Did you create your own list through an NCOA search?

24   **A.**   Yes, we did.

25   **Q.**   And was this list independent and separate from any other

1   list, including a list provided by True the Vote?

2   **A.**   Yes.

3   **Q.**   Did you have confidence in the list that you generated?

4   **A.**   Yes.

5   **Q.**   Why?

6   **A.**   Well, again, I've got to go back to NCOA.  It was the most

7   trusted thing that we know of that we use in my business.  And

8   it's what we do.  So it was the most trusted thing that I know

9   to run any list through.  And that's what we did.  So yes I had

10  the utmost trust in that list.

11          THE COURT:  So you created the list?  You created the

12  list?

13          THE WITNESS:  You're asking leading questions.

14          MR. EVANS:  He's the Judge.  He can do what he wants.

15          THE COURT:  Let's get something straight right here

16  and now.  I just need you to answer the question.  I don't need

17  the editorial.

18          THE WITNESS:  Yeah.

19          THE COURT:  Did you create the list?

20          THE WITNESS:  I created a list.

21          THE COURT:  What list did you create?

22          THE WITNESS:  We created the list of voters that had

23  voted in the election.  We took the whole voters' list from the

24  state of Georgia 2020 election and ran it through NCOA.

25          THE COURT:  And is that the list you gave to

1    Gwinnett County?

2              THE WITNESS:  No.  Should I -- well, let me go ahead

3    and tell it.  I'll just tell it.

4              Shortly after we had gone down this road and started

5    working on this, David Shafer sent True the Vote to me because

6    they were trying to print all these things.

7              THE COURT:  I don't need all the extra.  The list you

8    created, who did you file a challenge -- what county did you

9    file a challenge with?

10             THE WITNESS:  I did not file a challenge with that

11   particular list.

12             THE COURT:  What did you do with that list?

13             THE WITNESS:  It just got set aside.  And the reason

14   being --

15             THE COURT:  That's all I need.

16             Go ahead.

17             THE WITNESS:  Well, all right.

18             MR. EVANS:  Thank you, Judge.

19   BY MR. EVANS:

20   Q.   Did you take the eligibility challenge list that you

21   created seriously?

22   A.   Yes.

23   Q.   Why?

24   A.   Well, like I said, it was the most accurate way we knew to

25   create the list that we needed to use for challenges.

```
 1              THE COURT:  Why are we talking about a list he didn't
 2   use?
 3              MR. EVANS:  Well, I'm going get to that in one
 4   second, Judge.
 5              THE COURT:  All right.
 6   BY MR. EVANS:
 7   Q.   Did True the Vote provide you a list of eligibility
 8   challenges?
 9   A.   Yes.
10   Q.   Did you compare the list that you created with the list
11   that True the Vote created for eligibility challenges?
12   A.   Yes.  And after discussions with True the Vote
13   representatives, they were doing exactly the same thing I was
14   when I created my list.  And their numbers were dead nuts on
15   the same as mine when we looked at the numbers and stuff.  So I
16   had trust in -- that their list was the same because it was the
17   same numbers.  And I had discussed how they had created their
18   list.
19   Q.   Would you have any reason to disagree with the fact that
20   True the Vote added additional layers of list distillation,
21   including removing military addresses, Social Security, death
22   events --
23              MS. FORD:  Objection, Your Honor.  This is extremely
24   leading.
25              THE COURT:  Hold on.  That is leading.  Sustained.
```

```
 1              MR. EVANS:  Okay.  I'll strike that.

 2    BY MR. EVANS:

 3    Q.    From the list that True the Vote sent you, could you

 4    remove names?

 5    A.    Could we and did we?  We didn't.  We did not adjust their

 6    list at all.  But what we did was we compared it to -- they

 7    were updating their list a little bit more than we were.  So I

 8    did have trust in theirs.

 9          And, again, the NCOA list is updated once a week.

10    Q.    In what county did you submit eligibility challenges in?

11    A.    Gwinnett.

12    Q.    Was -- is Gwinnett County the only county that you

13    submitted eligibility challenges in?

14    A.    Yes.

15    Q.    Did you submit any eligibility challenges in Banks County?

16    A.    No.

17    Q.    Did you submit any eligibility challenges in

18    Muscogee County?

19    A.    No.

20    Q.    What was your goal in submitting the eligibility

21    challenges?

22    A.    I had questions.  I was questioning the -- the list of

23    voters compared to what I knew was real.  And I felt like they

24    needed to be challenged and vetted.  So my goal was to see that

25    happen.
```

1    **Q.**   What is your understanding of what happens when you submit

2    an eligibility challenge?

3    **A.**   It's brought before the elections board of that county,

4    and they are -- they vet that.  They take it and match it up

5    with -- with the data that they have.

6         They have better, I guess, access to things than we do.

7    And they question -- they question the roll or their role in it

8    is to question if that person actually has the right to vote in

9    that election.  So they vet that out.

10   **Q.**   Did you ever speak directly to a voter regarding any

11   eligibility challenge?

12   **A.**   No.

13   **Q.**   Did you ever direct a communication of any sort to a voter

14   regarding an eligibility challenge?

15   **A.**   No.

16   **Q.**   Did you ever intend to talk to any person that you

17   challenged?

18   **A.**   No.

19   **Q.**   Did you ever make a social media post mentioning any

20   person that was on an eligibility list that you submitted to a

21   county --

22   **A.**   No.

23   **Q.**   -- board of elections?

24        Wait.  Wait for me to finish and then -- go ahead.

25   **A.**   No, I did not.

1   **Q.**   Did you ever in any way make a public statement about the

2   eligibility list that you submitted to the Gwinnett County

3   board of elections?

4   **A.**   Can you clarify the question a little bit more?

5   **Q.**   Sure.

6   **A.**   Because I'm not quite sure what you're asking.

7        I mean, did I speak about it to people?  Yes.  Did I --

8   **Q.**   Well, I'll strike that last one.

9   **A.**   Okay.

10   **Q.**   Did you ever attempt or intend to threaten a voter?

11   **A.**   No.

12   **Q.**   Did you ever attempt or intend to coerce a voter?

13   **A.**   No.

14   **Q.**   Did you ever attempt or intend to intimidate a voter?

15   **A.**   No.

16   **Q.**   Do you know who Scott Berson is?

17   **A.**   No.

18   **Q.**   Have you ever communicated in any way with a person named

19   Scott Berson?

20   **A.**   Not that I'm aware of.

21   **Q.**   Have you ever challenged the voter eligibility of a person

22   named Scott Berson?

23   **A.**   No.

24   **Q.**   Do you know who Gamaliel Warren Turner is?

25   **A.**   No.

1    **Q.**   Have you ever communicated in any way with a person named

2    Gamaliel Turner?

3    **A.**   Not that I'm aware of.

4    **Q.**   Have you ever challenged the voter eligibility of a person

5    named Gamaliel Turner?

6    **A.**   No.

7    **Q.**   Do you know who Jacqueline -- Jacqueline {sic} Heredia is?

8    **A.**   No.

9    **Q.**   Have you ever communicated in any way with a person named

10   Jacqueline Heredia?

11   **A.**   Not that I'm aware of.

12   **Q.**   Have you ever challenged the voter eligibility of a person

13   named Jacqueline Heredia?

14   **A.**   No.

15        Can I clarify that a little bit?

16   **Q.**   You can.

17   **A.**   I did not review every name on the list that I challenged.

18   So if they were one of the people that might have been on that

19   list, then -- then I could have.

20        But if there was -- I didn't ever pick out anybody in

21   particular or anything like that and never looked at the list

22   per name or anything.  It was more -- it was all data-driven,

23   not name-driven.

24             MR. EVANS:  And, Madam Court Reporter, it is actually

25   Jocelyn, J-O-C-E-L-Y-N.  So thank you for that -- make me look

1  good on that one, please.

2  BY MR. EVANS:

3  **Q.**   Do you know who Stephanie Stinetorf is?

4  **A.**   No.

5  **Q.**   Have you ever communicated in any way with a person named

6  Stephanie Stinetorf?

7  **A.**   Not that I'm aware of.

8  **Q.**   Did you print anything for True the Vote?

9  **A.**   Yes.

10  **Q.**   Did you send out any documents at any point that you

11  printed for True the Vote?

12  **A.**   No.

13  **Q.**   In December of 2020, how many different groups to your

14  knowledge were submitting eligibility challenges?

15  **A.**   There was several.  And I don't even know.  I got several

16  calls asking -- again, it's what we do a lot of times, the data

17  and the mailings and things along those lines.  And we deal

18  with a lot of data.  So I had several calls of different people

19  or different groups asking me questions about the challenges

20  and things.

21  **Q.**   Was it more than three groups that were submitting

22  eligibility challenges?

23  **A.**   Yes.  Definitely.

24  **Q.**   In December of 2020, how many individuals were submitting

25  eligibility challenges?

```
1   A.   I have no idea.  But like I said, I've gotten several

2   calls and people working on lists and things along those lines

3   and asking my opinion on this and that and things like that.

4   Q.   Was it more than ten that were submitting eligibility

5   challenges in December 2020?

6   A.   I don't think so.  I don't think it was more than ten.  It

7   was more than five.

8   Q.   Given that there were numerous individuals submitting

9   eligibility challenges in 2020, can anyone tie you to any

10  single challenge?

11          MS. FORD:  Your Honor, objection.  That calls for

12  speculation, and it's also leading.

13          THE COURT:  Let me hear that question again.

14          MR. EVANS:  Well, I'll strike the first part.

15          THE COURT:  All right.

16  BY MR. EVANS:

17  Q.   Can anyone tie you to a single eligibility challenge?

18  A.   Well, I did make the challenges in Gwinnett County.

19          And as far as per -- the individual person, is that what

20  you're asking?

21  Q.   Uh-huh (affirmative).

22  A.   No.  If they could, I wouldn't know how.

23          THE COURT:  Do you have an objection?

24          MS. FORD:  Your Honor, I'm sorry.  I couldn't hear

25  the whole answer.
```

1          But I'll let you know if I have a renewed objection.

2          THE COURT:  Okay.

3  BY MR. EVANS:

4  **Q.**   Do you know an individual named Alton Russell?

5  **A.**   No.

6  **Q.**   Do you know if Alton Russell was in any way involved with

7  True the Vote?

8          MS. FORD:  Your Honor, he just said he doesn't not

9  know Alton Russell.  So how could he offer an opinion on any

10 relationships he does or doesn't have?

11         MR. EVANS:  Judge, what I would like to know -- if

12 you have an objection, object and tell me the basis of the

13 objection.

14         That's not a basis of an objection.  He's testifying.

15 He can answer that question.

16         THE COURT:  Basically, she says it's irrelevant.  It

17 probably is relevant.  Just because -- you could not know

18 somebody but know of them.  In other words --

19         MS. FORD:  Your Honor, I was just trying to convey

20 that my objection is that the question calls for speculation if

21 he doesn't know the individual.

22         THE COURT:  I've forgotten the question.

23         What was the question?

24         MR. EVANS:  The question is does he know if

25 Alton Russell was affiliated with True the Vote.

```
 1              THE COURT:  Why can't he answer that?

 2              MS. FORD:  Because the question came after if he knew

 3    who he was and the witness answered no.  But --

 4              THE COURT:  Well, he could not know who he is but

 5    still know whether he is affiliated with somebody.

 6              I need to take a two-minute --

 7              MR. EVANS:  Okay.  Sure, Judge.

 8              THE COURT:  I've got an email about something that

 9    has come up in another case that I've got to answer very

10    quickly.

11              Let's take a quick five-minute break.

12              We'll be right back.

13              MR. EVANS:  Thank you, Judge.

14              COURTROOM SECURITY OFFICER:  All rise.

15              (A brief break was taken at 2:03 PM.)

16              THE COURT:  Y'all may be seated.

17              Mr. Evans, you may proceed.

18              MR. EVANS:  Thank you, Judge.

19    BY MR. EVANS:

20    Q.   Mr. Williams, do you know if an individual named

21    Alton Russell was involved with True the Vote?

22    A.   I have no knowledge of that at all.

23    Q.   Were you in any way involved with an individual named

24    Alton Russell and his actions regarding the January 5th, 2021,

25    runoff?
```

1  **A.**   No.

2  **Q.**   Do you know an individual named Jerry Boling?

3  **A.**   No.

4  **Q.**   Were you involved with any actions regarding the

5  January 5th, 2020 {sic}, election taken by Jerry Boling?

6  **A.**   No.

7  **Q.**   Do you know an individual named Dan Gasaway?

8  **A.**   No.

9  **Q.**   Were you involved in any way with any actions taken by

10  Dan Gasaway regarding the January 5th, 2021, senate runoff?

11  **A.**   No.

12  **Q.**   Do you believe that the challenge list generated by

13  True the Vote in December of 2020 was diligently created?

14  **A.**   Yes.

15  **Q.**   Why do you think that?

16  **A.**   I guess my main reference to that would be the --

17           THE COURT:  Hold on.

18           MS. FORD:  Your Honor, I think this goes to accuracy

19  and reliability.

20           MR. EVANS:  Judge --

21           THE COURT:  Go ahead.  I can hear your response.

22           MR. EVANS:  I've got a request that if we're going to

23  have one counsel make objections, we can't be whispering

24  objections to co-counsel.

25           THE COURT:  Mr. Evans --

```
 1              MR. EVANS:  I mean --
 2              THE COURT:  -- as long as the one that's doing the
 3   questioning is making the objections, I can't tell them they
 4   can't say -- any -- that they can't tell them what they should
 5   be objecting to, as long as it's not slowing down the process.
 6              I think it is asking for this person to give -- say
 7   how accurate something was.  So I'll sustain that.  I think you
 8   can ask it another way, though.
 9              MR. EVANS:  Sure.
10              THE COURT:  But I'll sustain Ms. Ford's objections.
11              MR. EVANS:  Sure.
12   BY MR. EVANS:
13   Q.   Well, why do you believe based upon your personal
14   knowledge that the eligibility challenge list generated by
15   True the Vote that you submitted was diligently created?
16   A.   My initial discussions with them was about what they were
17   trying to accomplish and what they were doing.  And, of course,
18   with my own knowledge of running my own lists the same way,
19   they were right on target with what I was doing.
20              Well, then so we were -- our job was to take their list
21   and print challenge -- at the time, it was believed that a copy
22   of each challenge had to be actually printed in a hard copy,
23   had to be turned in.
24              So our job in our company was to print those challenges,
25   the actual letters.  And as we were going through the process,
```

1    they were submitting each county or whatever to us to do.

2         And it was several cases where they would stop us in the

3    middle of one or something and say we had to scrub this --

4    scrub something out of it or whatever.  So here's -- we need

5    you to stop that list and replace it with this one.

6         So there were several times where they actually replaced

7    the list.  So I would say that they were pretty diligent about

8    continuing to scrub the list as best they could.

9    **Q.**   When were you served with this lawsuit?

10   **A.**   Which one is this?  It was -- I was served with two.  One

11   of them was on Christmas Eve day about 6:00 at night.  And the

12   second one was New Year's Eve day while we were dealing with

13   the proceeding for the first one.

14   **Q.**   Would you submit eligibility challenges again under

15   Section 230?

16   **A.**   Yes.

17   **Q.**   Why?

18   **A.**   Because it's the best way that I know that if there are

19   questions that they could be cleaned up.

20        And yes, I believe in my right to question that as set up

21   by the laws and stuff.  And yes, I would do it again.  Because

22   I think it is the best way that I've found to actually get

23   answers about it.

24   **Q.**   And did you comply with Georgia law in submitting your

25   eligibility challenges under Section 230?

1   **A.**   To the very best of my knowledge, yes.

2   **Q.**   Has this lawsuit affected your willingness to voice your

3   First Amendment right as to integrity in elections?

4   **A.**   My willingness, probably no.  But it was intimidating to

5   have lawsuits filed on me to do -- when we did the process as

6   best we -- I mean, we questioned the processes and how to do it

7   and things like that and got the best answers we knew how and

8   then submitted the challenges.  And then I'm getting sued for

9   it and things.  Yes, it definitely intimidated me, especially

10  the way that I was served the lawsuits and things.

11          MR. EVANS:  No further questions, Judge.

12          THE COURT:  Your witness.

13                    CROSS-EXAMINATION

14  BY MS. FORD:

15  **Q.**   Good afternoon, Mr. Williams.

16  **A.**   Hey.

17  **Q.**   So I understand that your testimony today is that you

18  compared your list that you had earlier compiled to

19  True the Vote's list and you examined it and you thought that

20  it was accurate; correct?

21  **A.**   Correct.

22  **Q.**   Do you recall doing a deposition in this case?

23  **A.**   Yes.

24  **Q.**   And you were under oath for that deposition?

25  **A.**   I believe so, yes.

1   **Q.**   Okay.  Do you recall testifying when you were asked at

2   Page 36, what steps did you take to ensure that the challenges

3   you submitted were accurate?

4        Answer, none.

5        Question, you didn't do any verification --

6             THE COURT:  Say that again.  Read that again.

7             MS. FORD:  Sure.  I'm reading from Page 36, Line 22.

8   BY MS. FORD:

9   **Q.**   Question, what steps did you take to ensure that the

10  challenges you submitted were accurate?

11            THE COURT:  Hold on one second.  I have an objection.

12            MR. EVANS:  And I would just -- if Mr. Williams could

13  get a copy of the deposition, that would be helpful for him to

14  follow.

15            THE COURT:  Let him take a look at the deposition.

16            THE WITNESS:  Thank you.

17            THE COURT:  Ms. Ford, would you read that again.

18            MS. FORD:  Yes, Your Honor.

19            I'm at Page 36, starting at Line 22.

20            Question, what steps did you take to ensure the

21  challenges you submitted were accurate?

22            Answer, none.

23            Question, you didn't do any verification on your end?

24            Answer, no.

25            Question, did you edit the list at all after you

1    received them?

2              Answer, not that I'm aware of in any -- any way, no.

3              THE COURT:  Page 36, Line 32 through what?

4              MS. FORD:  Page 37, Line 9.

5              THE COURT:  Thank you.

6              MS. FORD:  I have no further questions, Your Honor.

7              THE COURT:  Redirect?

8              THE WITNESS:  Was there a question I needed to

9    answer?

10             THE COURT:  Just wait until Mr. Evans says something

11   to you.

12             THE WITNESS:  Okay.

13                       REDIRECT EXAMINATION

14   BY MR. EVANS:

15   **Q.**   Mr. Williams, just a couple of questions.

16        Did you create your own list for eligibility challenges in

17   the 2020 --

18   **A.**   Yes.

19   **Q.**   -- December?

20        And did you compare that with True the Vote's list --

21   **A.**   Yes.

22   **Q.**   -- that they created -- let me finish -- that they created

23   in December of 2020?

24   **A.**   Yes.

25   **Q.**   And by comparing those, did you come to the -- strike

1   that.

2       Did you conclude that the two of those lists were similar?

3   **A.**   Yes.  Almost dead nuts on it.

4   **Q.**   Could you have edited True the Vote's list that they sent

5   to you for eligibility challenges?

6   **A.**   I could have.  I didn't.

7           MS. FORD:  Your Honor?

8           THE WITNESS:  I felt it was --

9           THE COURT:  Hold on.

10          MS. FORD:  This is outside the scope of my cross.

11          THE COURT:  She's right, Mr. Evans.  It is outside of

12   the scope.  Hers was quite to the point.

13          MR. EVANS:  Yeah.  That's fine, Judge.  I'm good with

14   it.  I think I asked it on my direct anyway.

15          So no further questions.

16          THE COURT:  All right.  Recross?

17          MS. FORD:  No, Your Honor.

18          THE COURT:  All right.

19          Mr. Evans, you can call your next witness.

20          MR. EVANS:  Judge, I'll call Ms. Engelbrecht.

21          THE COURT:  You say what?

22          THE WITNESS:  I'm done; right?

23          THE COURT:  Talk to your attorney.

24          You can step down.  And then Mr. Evans and Mr. Wynne

25   can tell you whether you are done or not.

1          Ms. Engelbrecht, come on up.

2          I'll remind you that you are still under oath.  You

3    can just leave that right there.  Somebody will get it.

4          Thank you.

5          No, you can't sit in the courtroom.  You've got to

6    step out in the hall.  They have not excused you.  The

7    plaintiffs have not excused you.

8          The defense -- did you excuse Mr. Williams?

9          MR. EVANS:  I have excused him, yes.

10          THE COURT:  Plaintiffs have not excused you.

11          MR. EVANS:  He is a party as well.

12          THE COURT:  Is he a party?  He can stay in.  You're a

13    party.

14          MR. EVANS:  And just -- she is still under oath?

15          THE COURT:  She is still under oath.

16          MR. EVANS:  Okay.  Great.

17      Whereupon,

18                      CATHERINE ENGELBRECHT,

19      after having been previously duly sworn, testified as

20    follows:

21                      DIRECT EXAMINATION

22    BY MR. EVANS:

23    **Q.**   Ms. Engelbrecht, where did you grow up?

24    **A.**   I grew up in a little town called Rosenberg, Texas.

25    **Q.**   And where did you go to school?

1   **A.**   I went to school in Rosenberg and then graduated high

2   school in Rosenberg and went on to college at

3   University of Houston.

4   **Q.**   And when did you graduate from University of Houston?

5   **A.**   '93 or -- 1993, 1994, somewhere in there.

6   **Q.**   And what was your first job?

7   **A.**   Oh, my first real job?  My first real job out of

8   college -- well, I've been working a long time.  My first real

9   job out of college, I sold copiers.  I worked -- I was always

10   working more than one job.

11       But I sold copiers.  That was my very first job.

12   **Q.**   And what did you do after selling copiers?

13   **A.**   I got married, and we started a family business, a

14   manufacturing company.  I had had a -- my mom and dad had

15   worked together, and that was just a model I really -- I really

16   appreciated.

17       And so although I had no experience whatsoever in

18   manufacturing or machining, I jumped in with boots on and we

19   started a company that became pretty successful.

20   **Q.**   And what was your role in that company?

21   **A.**   I was the president of the company.

22   **Q.**   What were your duties as president?

23   **A.**   Well, Engelbrecht Manufacturing is still a high precision

24   manufacturing company making component parts for downhole oil

25   field applications.

1    That means you're working with a lot of exotic materials.

2  You're working with extremely tight tolerances.  You're running

3  lots of parts that -- temperature room fluctuation or room

4  temperature fluctuation could throw off a whole lot because the

5  tolerance could be, you know, plus or minus an eighth of a

6  human hair kind of stuff.

7    So my job in all of that was to manage the workflow in the

8  shop.  All of our machines were computer driven, so finding

9  good coders, managing the throughput.  Quality control was

10  huge.  And then customer acquisition and development.

11  **Q.**   Uh-huh (affirmative).

12    Did you generate any unique skills or knowledge in that

13  role?

14  **A.**   Definitely.  I became fairly adept in metallurgy and how

15  to identify good stock to buy and what would hold the tolerance

16  necessary in pre- and post-processing.

17    I learned to some degree how to -- you know, how to run

18  the machines.  When times were tough, I was running the

19  machines myself.  And certainly an appreciation for quality

20  control.  Because that was ultimately what -- you know, what

21  our name and our reputation was based on.

22  **Q.**   Uh-huh (affirmative).

23    And how long were you in that role with Engelbrecht

24  Manufacturing?

25  **A.**   16 years.

1   **Q.**   What was the year range?

2   **A.**   Started in -- gosh, I just got out of college.  I guess we

3   started in '94.  And then that would put it through whatever 16

4   years plus that is.  So 2020 -- no, wait.  1994 and 16 is 2010.

5   Yes.  That's about -- that's when my mom passed away.  That's

6   right.

7   **Q.**   And what did you do next?

8   **A.**   Well, it was in 2009 that I -- that I started

9   True the Vote.

10          And, you know, I misspoke.  That is not right.  I

11   apologize.  I was -- I was still with Engelbrecht Manufacturing

12   through 2013.  So that would have been 19 years, not 16 years.

13          And I started True the Vote in 2009.  But that was sort of

14   quite by accident that that happened.

15   **Q.**   Why did you start True the Vote?

16   **A.**   I started True the Vote because I -- as a practical

17   matter, there were just not enough volunteers that -- that were

18   available to cover an upcoming election.  And this was before

19   it was called True the Vote.  This was just when there were

20   people trying to figure out what we can do to make a positive

21   difference and give back in some way that had substance.

22          So that was in 2009.  And 2010 was really after we --

23   after we had that one turn in that off-year election and saw

24   what we saw.  Then 2010 was when I recognized that this is

25   something that more people should know about.

1   I became acutely aware of the shortage of volunteers, not
2   just in -- to localize this a bit, we were working in Fort Ben
3   County and then in Harris County, which at the time was the
4   second largest voting block in the country.  The greater
5   Houston area -- Houston and Fort Ben is roughly 3, 3.2 million
6   people.  So it's a big county.  And the need was great.
7   And it was just such a gratifying thing because there
8   weren't enough volunteers and citizens could serve, and it
9   seemed to, you know, check a whole lot of boxes.
10  Q.   Did you have a passion that drove you to start
11  True the Vote?
12  A.   It -- yes.  Absolutely.  It -- but it was born more of --
13  not just starting True the Vote.  I mean, that was certainly a
14  passion.  But the real underlying passion was service --
15  citizens service.  And that is really where all of this started
16  for me.
17  I -- you know, I had not been involved in politics and
18  really government of any sort to speak of.  I mean, my father
19  had served in city council for 20 years.  And I was just -- I
20  was always driven by service.
21  And it was in -- right around the time of the presidential
22  election and I was also a caregiver for both my parents, which
23  really has left an indelible print on my life and why I have
24  done many of the things that I have done.  But healthcare was
25  becoming a real big issue for everybody.

1    And I began to more keenly connect restrictions on

2 healthcare with things that were happening in the Government.

3 That led to my getting broadly involved.

4    And then just not knowing what -- where to even jump in.

5 And to me, elections seemed to be -- to use a word I have

6 learned here over the last couple of weeks -- foundational.  It

7 laid the foundation for everything else.

8    And so you could talk about any subject.  But you had to

9 presuppose that elections are free and fair and reflective of

10 the direction that you -- you, as a voter, want to see your

11 country go.

12    And to that end, yes, it was an absolute passion.  Plus my

13 kids were young.  And I -- I just -- then and now, I'm just

14 passionate about citizens serving.

15 **Q.**  Uh-huh (affirmative).

16    How do you distill down True the Vote's mission in a short

17 form sentence?

18 **A.**  Support of voters' rights and empowering citizens to

19 serve.

20 **Q.**  What are some of the initiatives that True the Vote has

21 been engaged in over the years?

22 **A.**  The very first thing -- very first project we ever took

23 on, which, you know, sitting at that table over these past many

24 days and thinking about how did I find myself here and the

25 things that have happened along the way, to answer -- oh, I'll

1  try to be brief, but I think it's relevant because it really

2  sort of ties all of this together.

3      A group of us that went to go work at the polls -- there

4  weren't enough volunteers.  We served.  Most everybody had a

5  fabulous experience, the kind of experience you would hope you

6  would have, where you're -- you know, you're proud to be a part

7  of just the fabric of our democracy.

8      But there were people that came back and said, you know --

9  this is before Texas had voter photo identification.  You just

10  voted by showing a card.  And people were showing more than one

11  card and still being allowed to vote.  You know, or coming in

12  and saying they didn't remember who to vote for and being

13  told -- not -- not just how to vote, because that's okay -- or

14  excuse me.  Let me say it differently.

15      It's okay to be assisted to show how to work the machines

16  or things like that but not instructed who to vote for.

17      So those were the kinds of things that we observed.  That

18  led to the very first project, which was a closer look at why

19  many of the problems that -- as our little tiny group came back

20  and talked, why many of those problems seemed to revolve around

21  bad data in the voter rolls.

22      And this, again, is before Texas had, you know, voter ID.

23  And so that was clearly -- you know, we thought that was a way

24  to improve that process.  But there seemed to be more to it.

25      And there was a group that had come to town that was going

```
1    to -- that was making headlines saying they were going to

2    register huge numbers of voters very quickly.

3         That is where we learned about how to file Open Records

4    requests and evaluate those incoming voter registrations and

5    see if there was anything that suggested they weren't being

6    filled out diligently, that there was a problem.

7         We turned all of that data over to the county.  And that

8    is where I learned about the power of citizen engagement.

9    Because what we learned from the -- it's the very first project

10   we ever did back in 2010.

11        And the tax assessor collector, which back then is who

12   used to run elections in Harris County, said, oh, my gosh, this

13   is great.  We can't challenge any incoming voter registration

14   application on the basis of residency because we are under a

15   consent decree.

16             MR. NKWONTA:  Objection, Your Honor.  This is

17   hearsay.

18             THE WITNESS:  Oh, I'm sorry.

19             THE COURT:  Sustained.

20             THE WITNESS:  That's -- that's -- you're right.  How

21   do I get back --

22   BY MR. EVANS:

23   Q.   Just keep going.  Just don't say what other people are

24   saying so that the Court --

25   A.   Yeah, okay.  So I learned -- so I learned in that process
```

1   that Harris County had been under a consent decree that was

2   preventing them from evaluating incoming voter registration

3   applications.

4        And I further learned that they appreciated citizens

5   providing that information.  They called a press conference.

6   And that's what put us on the map.

7        Because suddenly people from all over the country were

8   reaching out and saying, hey, can we work with you to try to

9   figure out what's going on in our communities.

10        And I would have never imagined back then that this would

11   have become what it has.  But nonetheless, that is -- that is

12   one such project.

13        From that, we have done all manner of things.  We've put

14   together all manner of trainings for encouraging people to

15   serve, to recognize that, yes, you need to vote, but you need

16   to do more.  There is value in that service.  There is value in

17   working on behalf of -- of course, as a nonprofit 501(c)(3), we

18   cannot place people in the polls.  But we can encourage them to

19   go and work on behalf of the party or the county or the

20   candidate of their choice.

21        We've provided training for just broad election worker

22   training, election integrity, just familiarizing yourself with

23   the basic architecture of the legislation that gives the

24   framework to process.

25        Voter registration, how to host a voter registration

 1   drive.

 2       Absentee ballot review; how to serve on an absentee ballot

 3   review board.

 4       Signature verification, just so you don't go in cold and

 5   you understand slants and loops.  And, of course, AI has taken

 6   over a lot of that.  But back in the day that was relevant.

 7   It's still relevant, but less so now, I guess.  All manner of

 8   trainings such as that.

 9       We absolutely encouraged citizens to look at their voter

10   rolls to identify issues that they may see.  I think 45 states

11   have provisions that allow citizens to file -- yeah, I --

12   personally, I'll get this on the record, I don't like the word

13   challenge.  I wish that that wasn't the word that is used.  I

14   think it sort of sets a negative connotation that's

15   unnecessary.

16       I would prefer it to be called, you know, an inquiry or an

17   update or something like that.  Because it's just data.

18       But we, you know, hosted efforts to let citizens look at

19   rolls and to educate on those -- on those points.

20       We, for a period of years, ran an initiative called Voto

21   Honesto, which is an effort to reach out to the Latino

22   community and ensure that it was as understood as we could help

23   it to be that they absolutely -- that the Latino community

24   absolutely is a desired and vital part, particularly in the

25   areas of Texas where we were really working hard to encourage

```
 1    participate, participate.
 2         There was so much -- again, this is going back now into
 3    2012, 2013, before photo voter identification.  There was a lot
 4    of -- there was a lot of ugliness about the Latino community
 5    and participating.
 6         I went to Mexico City for a while to understand how
 7    elections are conducted there and then came back with a boarder
 8    understanding.  So that was a -- that was a great initiative.
 9         Ten years ago last month worked with Prairie View A&M to
10    make sure that that was one of -- I came to learn back then
11    that that was one of the few colleges that didn't have on-site
12    or on-campus voting, which I couldn't -- I just couldn't
13    believe.  And so we worked with the student body to get that --
14    that in Montgomery County -- get that addressed.  And now they
15    have on-campus voting.
16         So it's just been all over the board.  But the commonality
17    across all of those initiatives is just engage.  Yes, you need
18    to vote.  But you need to serve.  You need to stay engaged.  We
19    are better when we are all engaged.
20         And I'll just add one more thing.  We haven't done this in
21    a long time.  But back years ago, you could look in the Texas
22    rolls and you -- we don't have to register by party in Texas.
23         But you can kind of tell the proclivity of how somebody is
24    going to vote if you looked at how they voted in a primary.
25    What party they -- that much of it is in Texas rolls.
```

1    And it was a personal point of pride that the people that

2    were going through trainings, they were so new that they were

3    just sort of like me, they didn't even have a primary voting

4    record.

5    These were absolute independents.  It was some 70-some

6    percent of the people that we were training were just first

7    time, like, just trying to figure things out.  And I think it

8    just speaks to the best of who we are in this country to try to

9    figure things out.  And when there are problems, citizens

10   engage and then we work together to solve them.

11   **Q.**   Uh-huh (affirmative).

12   Is empowering citizens to have a voice an important

13   mission of True the Vote's?

14   **A.**   Oh, my word, absolutely, yes.  Yes.

15   **Q.**   Why is that?

16   **A.**   Well, it's everything we are as a country in this

17   experiment that we all live in.  It's making sure that you

18   can -- you can advance your government in the ways that reflect

19   the will of the people.

20   And, of course, that's why it's critically important that

21   you have trustworthy elections and that you have participation

22   in those elections.  But you also have to be there to support

23   the process.

24   And in elections, you know, it was always -- elections

25   were always built upon the supposition that people would serve.

1    You know, it's only in the recent years that we've seen, you

2    know, states go to full mail-in where limited citizen

3    participation.  Or states or counties that are hiring out to

4    staffing agencies that -- I mean, the ideal is you are voting

5    in -- I mean, ideal, you are voting in person seeing, you know,

6    the inner workings between you and people of your community.

7    And it just -- it's everything.  It's empowerment through

8    service is key to who we are.

9    **Q.**    Does True the Vote focus on a particular geographic area?

10   **A.**    No.

11   **Q.**    Why not?

12   **A.**    It's -- elections are important everywhere.  There's

13   different -- I mean, I have learned so much about the very

14   different standards of every state.  And even county to county

15   can be very different inside of a state.  But it's your voice.

16   It's -- it's your identity.  And it's important.  It doesn't

17   matter what state or what county.  It's important that you feel

18   confident that your voice matters in this country.

19   **Q.**    In 2009, when True the Vote was founded, was election

20   integrity a widely discussed issue?

21   **A.**    No, it was not.

22   **Q.**    Why did you make election integrity a big issue as a part

23   of True the Vote?

24   **A.**    Well, again, we sort of came into it backwards.  Because

25   it wasn't -- I didn't start out to start True the Vote.  I

1   started out recognizing that there was just not enough

2   volunteers to work in the upcoming election.  And then one

3   thing led to the next.

4       But election integrity was -- it was -- it was just

5   fundamental to the process.  You have to believe that your

6   elections are trustworthy and you -- and that requires

7   transparency and engagement and everything else that we -- that

8   we were endeavoring to do.

9   **Q.**   Are you proud of the organization that you've built

10  True the Vote to become?

11  **A.**   Yes.

12  **Q.**   Why?

13  **A.**   I think that over the years and, you know, through the

14  test of time, True the Vote has become a safe harbor for many

15  people who don't know how to get involved, who don't -- I mean,

16  you know, maybe no greater example could be given than after

17  2020.

18      People just didn't know what to believe or where to turn

19  or how to -- how to engage.  And so I think that True the Vote

20  is -- is that safe space that people can come to and can be --

21  can be supported.

22  **Q.**   Is one part of running a nonprofit fundraising?

23  **A.**   Yes.  Unfortunately.

24  **Q.**   How does fundraising play into your role as president of

25  True the Vote?

1   **A.**   Well, we -- we just -- that's how you keep the lights on.

2   You've got to raise -- you've got to raise funds.  And then to

3   that -- to that end, you've got to let your supporters know

4   what you're doing.  And it has to be meaningful to deserve

5   their support.

6   **Q.**   Have you heard of a company called CoverMe?

7   **A.**   Yes.  Yes.

8   **Q.**   What is CoverMe?

9   **A.**   CoverMe is a healthcare software fin-tech company, so

10   financial technology company that I co-founded in 2014.

11   **Q.**   And what is your role with CoverMe?

12   **A.**   I am the -- new title is co-CEO.  But for the last many

13   years, I've been the CXO, chief experience officer.  But I'm

14   also an owner/founder.

15   **Q.**   What skill sets and knowledge have you developed serving

16   in the role that you have with CoverMe?

17   **A.**   Well, what CoverMe does is we find healthcare coverage for

18   uninsured or underinsured patients in realtime.

19       And the knowledge that has come from that -- and it's

20   interesting how it has blended over into a greater appreciation

21   for the possibilities on the election side.  But just as a

22   practical matter, what the software does is it takes a little

23   bit of information from patients and pulls in information from

24   third-party data providers and then pushes that through engines

25   that have been curated for our clients, which are hospitals and

1    long-term care facilities and states.

2        And then depending upon where you are, what state or what

3    the portfolio of programs might be, we make realtime

4    determinations.

5        The first thing that that requires, of course, is that you

6    resolve identity, residency, and you get as close as you can on

7    citizenship because that determines what kind of programs

8    you're going to be eligible for.

9        And then we take those patients as fully through the

10   process as we can.  It really gained steam after the Affordable

11   Care Act was passed.  Because for the first time hospitals were

12   able to make realtime determinations about Medicaid.  And we

13   had worked with, at the state level in previous years, helping

14   them to orient their incoming applications on the basis of a

15   scoring system so that they knew proper allocation for the

16   various programs.

17       So CoverMe has exposed -- exposed me to a great many

18   things in the ways of data.  Certainly, the ways of big data.

19   The ways of identity resolution.  NCOA is also used.

20       You know, it's -- and it's a very -- it's also a very,

21   very gratifying part of my life.

22   **Q.**   Prior to 2020, as CEO of True the Vote, do you wish that

23   election integrity would have been a bigger, a more widely

24   discussed issue?

25   **A.**   Yes.

1   **Q.**   Why?

2   **A.**   I think had -- you know, had there been better education

3   about the process, which I want to re -- you know, I want to

4   spend a little bit of time on that word process.  As much as

5   citizen empowerment is at the core, it's citizen empowerment to

6   work inside of a functional process.

7       And I think that what we saw in 2020 was certainly due to

8   the pandemic and things changing very, very rapidly, it led --

9   it helped to create an environment of just confusion.

10      And I believe that going into 2020, of course, nobody

11  expected the pandemic.  But had we had a more informed

12  electorate about the process, then I think that some of the

13  things that happened in 2020 would not have led to the levels

14  of chaos that it did.

15  **Q.**   Let's go back to 2020.

16      What was it like?

17      If you need take a sip of water, go ahead and do that.

18  **A.**   Yeah.  Let me do that.

19      Well, I mean, we all have our 2020 stories.  Speaking just

20  from True the Vote, just that perspective -- and then there's a

21  whole other aspect of this on the healthcare side to be

22  certain, and data on both sides of that.

23      But in 2020, what -- what -- with True the Vote what we

24  observed was sweeping changes in process to respond to the

25  national health issues.

1    And that led, in our opinion, to changes being made that

2  we questioned the constitutionality of.  Not that changes

3  couldn't be made.  They certainly can.  It's just the process

4  of how they were being made and leaving out the legislatures in

5  very just broad-based, wholesale changes that it was our

6  opinion really threatened to undermine the -- the procedural

7  requirements around elections in what we all knew was going to

8  be, you know, a historic election of 2020 for the presidential

9  election and everything down ballot.  I mean, it was such --

10  such an intense time.

11    People were contacting us by the tens of thousands, just

12  what can we do?  How can we help?  Of course, we're all, you

13  know, in various states, various levels of quarantine.

14    How do you -- how do you manage inside of that?  There

15  were so many things that were in play.

16    We began to -- in the spring and summer of 2020, we began

17  to help defend voters who were concerned about what was going

18  on in their states.  And that led to some filings of lawsuits

19  and amicus briefs trying to get a clearer understanding of the

20  actual process, what that was really going to be for the

21  primaries and the general.

22    And then we began doing advertising.  Like, we built memes

23  for every single state that laid out just the basics of here

24  are the election dates and here is how you can vote and here --

25  if you're going to vote in person, here's what you need to

1    bring.  And if you're going to vote by mail, here is what you

2    need to do.  Just trying to -- because things were changing so

3    quickly.  So those were the things that were happening.

4    **Q.**   How specifically did COVID-19 impact voting in 2020?

5    **A.**   Well, we saw a massive push to mail-in ballots.  And that

6    introduced other -- other elements that were unexpected, like

7    the use of drop boxes.  It certainly required changes at the

8    polling places.  So there were a number of, you know, again

9    procedurally altered processes.

10        But the way that I was reviewing this or looking at this

11   from sort of the 40,000-foot level was particularly as it

12   relates to mail-in ballots, and we saw states sending out

13   mail-in ballots, or ballot requests, anyway, for active and

14   inactive.

15        Wiping away standards around signature verification or

16   changing standards around signature verification.  Changing

17   standards around postmarks.  This was not just in Georgia.  It

18   was happening nationwide.

19        But the -- all of those things were being catalyzed by

20   what we had observed for the ten years previous, which was --

21   which was just inaccurate voter rolls.  And so it was -- it was

22   a compound problem.

23   **Q.**   Did the impacts created by COVID-19 by -- on voting affect

24   public sentiment and confidence in elections?

25             MR. NKWONTA:  Objection, Your Honor.

1    Calls for speculation.  And it's a leading question

2    as well.

3    THE COURT:  I'll overrule speculation on her part.

4    She can answer how she felt.  But she can't say without

5    statistics.  And statistics become hearsay.  So I sustain the

6    objection.

7    BY MR. EVANS:

8    **Q.**   Did the changes in laws brought about by COVID-19 affect

9    your confidence in elections in 2020?

10   **A.**   Yes.  It affected my confidence and -- well, I'll leave it

11   at that, I guess.  Yes.

12   **Q.**   Why?

13   **A.**   But just because the -- there were -- there were so many

14   new variables being introduced into a process.  And there

15   weren't sufficient underpinnings in law to guide --

16   THE COURT:  What were these variables that were being

17   changed to put in the system?  What were they?  What were they?

18   THE WITNESS:  The drop box piece comes to mind first.

19   We were trying to determine, okay, broadly, like, okay, well,

20   how do we -- how is it being determined where drop boxes are

21   being put?  How is that -- how is that distribution being

22   handled?

23   What is the chain of custody requirement around

24   picking up those ballots?

25   Certainly with the security or surveillance cameras,

1    how are those being monitored?  That's one -- you know, one

2    piece of it.

3            You know, for the three months before the general

4    election, the USPS started changing their process.  There was

5    confusion around the ballots and even updates in NCOA into

6    August.  That changed radically later.

7            But, I mean, it -- there was just a limited

8    workforce.  People not being able to function normally.

9    Everybody starting to work from -- or at that point, we're

10   working from home.  And how to get volunteers.  What -- you

11   know, if you volunteer, do you have to wear a mask?  Is that an

12   option?  It all created this sense of anxiety, I think,

13   around -- around the whole thing.

14           THE COURT:  Well, other than the drop boxes, what

15   else did state governments do that made this variable change to

16   cause concern by you?

17           THE WITNESS:  I -- the push to mail ballots, which as

18   a practical matter, I could -- I can see.  Right?  We're in,

19   you know, quarantine and it's -- you're trying to figure out

20   how to still encourage people to vote.

21           But when you -- when you -- at least in our position,

22   we're concerned about the accuracy of the voter rolls.  And

23   knowing that active and inactive are now being included in

24   this -- sorry -- included in that, it just -- it felt very

25   tenuous.

1        It was, you know, uncertain about what pushing that

2   much mail into the system.  Then not having the people staffed

3   up in the counties to handle that much mail coming back in or

4   that -- you know, or with the drop boxes.

5        And then further, you know, how do you separate out

6   what is coming in here.  Pennsylvania was a big state for us,

7   where Justice Alito came out and said, okay, postmarks,

8   remember -- you know, that was a big issue as well.

9        And if it comes in after the 3rd, those need to be

10  separated.  But then that wasn't actually done.  And it was --

11  there were so many new things, so many new rules, so many new

12  processes.  There were things that were being changed by the

13  Secretaries of State.  Things that were being changed by

14  consent decrees.  Things that are being changed by emergency

15  decree.  Things are being changed by lawsuits.  It was just a

16  lot.

17        THE COURT:  Thank you.

18        Mr. Evans?

19        MR. EVANS:  Thank you, Judge.

20  BY MR. EVANS:

21  **Q.**  Did you feel that the environment in 2020 presented a

22  unique opportunity for True the Vote?

23  **A.**  I don't know that I would characterize it as a unique

24  opportunity.

25        I would characterize it, though, as a responsibility.

1  We've been around for a long time.  And people were

2  legitimately concerned and worried and did not know what was

3  accurate.  And it was -- I mean, and it was tough to figure out

4  in many instances what was really accurate because things were

5  changing so quickly.

6          So I absolutely felt an obligation to do the best

7  that we could to help be sort of a pressure release by engaging

8  people and getting -- you know, getting them -- encouraging

9  them to serve so that they could be a part of the constructive

10  process.

11  BY MR. EVANS:

12  **Q.**   You've been asked about voter fraud previously in the

13  case.

14          In your opinion, and based upon your experience as CEO of

15  True the Vote, what is the least secure way to vote?

16  **A.**   Absentee ballots.  Mail-in ballots.

17  **Q.**   And why is that?

18  **A.**   There's just the fewest checkpoints.  Your ballot passes

19  through hand after hand after hand if it's -- if it's being

20  sent out to inaccurate voter rolls.  I mean, we've heard

21  testimony here over these last couple of weeks about the

22  difficulty in getting ballots into the right hands of the right

23  voters.  And certainly in a mobile culture in which we live,

24  that problem is compounded.

25          There's very little way to know if, in fact, you -- your

1  ballot is -- there are just -- there are a lot of -- there are

2  a lot of problems that can be caused by mail-in ballots and

3  the -- well, I'll leave it at that.  There are a lot of

4  problems.

5  **Q.**   Is voter fraud hard to prove?

6  **A.**   Yes.  It is very -- I liken it to harvesting fog.  You can

7  see process problems or broadly just problems of all kinds.

8  But to actually get to the point of what we call -- if we're

9  going to define proof as indictment or of that sort, then --

10  then yes.  It's very, very difficult.

11  **Q.**   Does one fraudulent vote disenfranchise a legally cast

12  vote, in your opinion?

13  **A.**   Yes.  Yes.

14  **Q.**   Why?

15  **A.**   Well, it dilutes the vote.  If you have -- it's a

16  one-for-one.  If you have an illegally cast vote, it cancels

17  out -- you know, and not only does it cancel out in a

18  one-for-one, but it also breeds distrust.  And that's -- that's

19  the -- that's that very slippery slope.

20      If citizens start to lose trust and then choose not to

21  engage because they don't believe it matters, then that's a --

22  that problem gets exponentially bigger very quickly.

23  **Q.**   Earlier you testified that citizen engagement is part of

24  True the Vote's mission.

25      Did you see heightened citizen engagement for election

1    integrity in 2020?

2    **A.**   Yes.  But it was -- it was different in that the needs

3    were different.  There were far, far greater needs to evaluate

4    or serve in the evaluation or review of absentee ballots.

5        Of course, the pandemic rules changed everything in the

6    way that even that happened.  The need for volunteers was still

7    there.  But there were -- it was unclear about the requirements

8    and service.

9        So there was -- there was absolutely the need.  But it --

10   there was a lot of confusion around what that really meant.

11   **Q.**   And based upon your personal experience as CEO of

12   True the Vote and its hotline, were you getting more interest

13   and concern with election integrity in 2020?

14   **A.**   Yes.

15   **Q.**   How so?

16   **A.**   The calls -- the call numbers were significant.  Thousands

17   upon thousands of calls came in.  And a lot of the calls that

18   came in were just -- just confusion.

19       I requested my ballot.  I didn't get the ballot.  What

20   should I do?  Or I got two ballots.  What should I do?

21           MR. NKWONTA:  Objection, Your Honor.  This calls for

22   hearsay.

23           THE COURT:  That's sustained.  Because if she's

24   telling us what somebody is telling her, that's hearsay.

25           MR. EVANS:  That's fine, Judge.  It -- I'm not

1    looking for the truth of the matter -- of the statement.

2    BY MR. EVANS:

3    **Q.**   What -- did True the Vote get more calls in 2020 than any

4    point prior?

5    **A.**   Yes.  Definitely in 2020.  I was just trying to add it up.

6    But yes, definitely more than any year previous.

7    **Q.**   And I want to shift gears now to Georgia.

8        What was the margin of victory in the general elections in

9    Georgia in 2020?

10   **A.**   Scant.  The top of the ticket divided by or decided by

11   some 11,000 votes after I think --

12           THE COURT:  Would you agree it's 11,780 votes?

13           THE WITNESS:  Yes, I do.  You heard that once or

14   twice.

15           THE COURT:  Yes.

16           THE WITNESS:  Yes, I imagine.

17           It was tight.  It was tight.  It clearly led to a

18   runoff.  So every -- every -- and it goes to the -- it goes to

19   the saying every vote counts.  Every vote matters.  And it

20   really does.

21   BY MR. EVANS:

22   **Q.**   Did these very close elections increase your interest in

23   Georgia in 2020?

24   **A.**   Yes, it -- there were many, many changes.

25       Secretary Raffensperger had -- had long been very vocal

1    about his concerns around the limitations of NVRA.  And it was

2    known that the rolls hadn't been cleaned coming into 2020.  And

3    so I was aware of all of that.  And then there was 2020.  And

4    yes.

5    **Q.**   Did the two senate runoffs in Georgia increase interest in

6    Georgia in 2020?

7    **A.**   Yes.

8    **Q.**   Was it important to ensure these January 5th, 2020 {sic},

9    runoffs were secure and fair?

10   **A.**   Absolutely, yes.

11   **Q.**   Why?

12   **A.**   Well, it -- from a -- from a practical matter, again, it

13   was determinative of the outcome of the senate in the eyes of

14   the country.  I mean, Georgia was sort of the epicenter of the

15   country at that point.

16        But going back to what motivates True the Vote, we had so

17   many people saying, how can we serve?  What can we do?

18             MR. NKWONTA:  Objection, Your Honor.  Hearsay.

19             THE COURT:  Sustained.  You can't -- I know it is

20   hard to keep up with what somebody says.  But sustained.

21             Mr. Evans, do you want to rephrase the question?

22             MR. EVANS:  Uh-huh (affirmative).

23   BY MR. EVANS:

24   **Q.**   Did the -- based upon your conversations with people, did

25   you walk away with an understanding that there was low

1  confidence in elections in Georgia in December of 2020?

2  **A.**   Absolutely, yes.  Low confidence, lack of -- lack of

3  desire to continue to participate, and despondency about

4  what -- what -- you know, how can we serve?  What can we do?

5  **Q.**   Why did True the Vote consider Georgia as a place to take

6  action in December of 2020?

7  **A.**   Well, we had long been aware of citizen challenges, just

8  nationally, and the opportunity for citizens to engage in that

9  way.

10      But Georgia had a very unique characteristic in that they

11  had a provision -- two provisions, you know, as we've all come

12  to know them here, 229 and 230.

13      And I don't remember where I -- where the -- where the

14  first idea came.  I don't know if it was from people who were

15  calling in and asking about challenges, because there were so

16  many -- so many people were talking about challenges.

17      But I do remember listening, which is not even something I

18  normally do, but somehow I was listening to Erick Erickson on

19  the radio and he started talking about section --

20  **Q.**   Don't say what he said.

21  **A.**   I'm sorry.  I'm sorry.

22      Okay.  I was listening to Erick Erickson on the radio.

23  And my takeaway from his commentary was -- it was just

24  illuminating again on Section 230 challenges.

25      And it caused me to reach out to our then counsel and ask

1  about the possibility of that as a way for citizens to serve

2  and just to get opinion on it.

3  **Q.**   Before you took any action in Georgia, did you do

4  diligence?

5  **A.**   Yes.  Yes.

6  **Q.**   And what diligence did you do?

7  **A.**   I spoke to our then counsel.  I spoke to at least two

8  Georgia law firms about -- specifically about Section 230

9  challenges.

10      I have two acquaintances who are commissioners at the

11  Election Assistance Commission.  I spoke with both of them

12  about their thoughts on Section 230 challenges or just

13  challenges in this -- in this manner, which they were wholly

14  supportive of.  So that was encouraging.

15      One of the commissioners actually directed me to a then --

16  she's since retired, was about to retire, but then was a

17  Department of Justice attorney in the Civil Rights Division,

18  Election Integrity Department.  Again, ran that past her.

19  Spoke with legislators from Georgia.  And just tried to sound

20  it out as many ways as we -- as we could.

21  **Q.**   Uh-huh (affirmative).

22      And just to break that down, who was the first attorney

23  that you spoke with?

24  **A.**   Jim Bopp was the first.

25  **Q.**   And without telling me any attorney/client communications,

1   what was your understanding of Section 230 -- 230 eligibility

2   challenges after that conversation?

3   **A.**   My understanding was that Georgia law allowed for citizens

4   to file challenges based upon their belief of potential

5   ineligibility and that they could file those challenges up

6   until 5:00 the day before the election.  And that -- that was

7   essentially -- essentially it.  I mean, that was my

8   understanding.

9   **Q.**   After Mr. Bopp, did you talk to any other attorney?

10  **A.**   I did, yes.

11  **Q.**   Who?

12  **A.**   Oh, I talked with some -- may I name the names or --

13  there's -- one was -- attorneys from Hall Booth Smith.  And

14  then the second I'm drawing a blank on.  But two different

15  firms.

16  **Q.**   And based upon your conversation with those two lawyers,

17  what was your understanding about using 230 challenges in

18  Georgia?

19  **A.**   Yes, that section -- well, my understanding was that

20  Section 230 challenges were just as Mr. Bopp had indicated and

21  that it was --

22          THE COURT:  Hold on.

23          MR. NKWONTA:  Objection, Your Honor.  I think this

24  either calls for hearsay or it calls for the witness to reveal

25  what she had discussed with her counsel.  And if that's what

1  the witness is doing and it's not hearsay, then that opens the

2  door for us to explore that.

3         THE COURT:  Well, I was going to say, I'm surprised

4  you are objecting.  I would think you would want that door

5  opened up so you can run right through it.

6         MR. NKWONTA:  Well, what I don't want to do is let

7  this testimony go by and then get up there to open it only to

8  get an objection that it's privileged.  So I do want us to

9  resolve this now.

10        THE COURT:  He's putting you on notice, Mr. Evans,

11 that you are about to open the door.  So let's move on.  It's

12 up to you what you want to do after that.

13        MR. EVANS:  That's fine, Judge.  Thank you.

14 BY MR. EVANS:

15 **Q.**   Did you request a meeting with the Georgia Secretary of

16 State?

17 **A.**   I did, yes.

18 **Q.**   Why?

19 **A.**   I wanted to be as certain as possible that before filing

20 any challenges that we understood and -- or had understood

21 correctly, and not just the legal interpretation but the

22 practical interpretation of what that filing would look like.

23     I wanted to walk through the workflow as we understood it.

24 The impact, if any, to the counties; the impact, if any, to the

25 state; the impact, if any, to potential challengers or

1    volunteers.  I just wanted to understand the end to end, to get

2    the opinion of -- because the climate was certainly, you know,

3    intense.

4        I wanted to -- I wanted the -- the goal was to be a value

5    add and to be an outlet for citizens who wanted to serve.  And

6    at the time I had a -- we had retained the services of a

7    communications expert who was able to help me facilitate that

8    meeting.  And was very important to me, yes.

9    **Q.**   When was that meeting?

10   **A.**   That was December the 16th.

11           THE COURT:  Mr. Evans, I think this is a good point

12   for a break right here.  Let's start back at 3:25.

13           You may step down.

14           THE WITNESS:  Thank you.

15           COURTROOM SECURITY OFFICER:  All rise.  The Court

16   stands in recess.

17           **(A brief break was taken at 3:07 PM.)**

18           THE COURT:  Y'all be seated.

19           Mr. Evans, you can proceed.  You may proceed, sir.

20           MR. EVANS:  Okay.  Thank you, Judge.

21   BY MR. EVANS:

22   **Q.**   And let's go back just so we can get back to -- lay the

23   foundation of where we were.

24       Did you request a meeting with the Georgia Secretary of

25   State in December of 2020?

1   **A.**   Yes.

2   **Q.**   And why did you request this meeting?

3   **A.**   I wanted to -- a function of trying to do everything we

4   could do to make sure that we were following to the letter of

5   the law, that -- that they were well informed of every aspect

6   of the challenges or the inquiries that we were about to file

7   on behalf of Georgia citizens or with Georgia citizens.

8       And just, as I said, going through our workflow, going

9   through our understanding of the Section 230 challenge.

10  Talking through the process of filing.  And what we should be

11  concerned about.

12      So it was -- it was extensive, but it was incredibly

13  important to me to make sure that that meeting occurred and

14  that we covered as much as we could.

15  **Q.**   Who all was in this meeting?

16  **A.**   It was me and Ryan Germany, Jordan Fuchs,

17  Brad Raffensperger, and Brian Johnson.  I think.  Yes.

18  Correct.

19  **Q.**   What were your takeaways from the meeting?

20  **A.**   My takeaways -- one of the things that I came away with a

21  clear understanding on process of was it was unclear to me

22  whether or not we would actually have to print out a letter and

23  a spreadsheet for -- in hard copy or if it was sufficient to

24  execute this with digital sends.  And so that was clarified by

25  Mr. Germany, which was very helpful.

```
 1           I also came away with the understanding of Secretary
 2   Raffensperger's frustration around limited -- limits around
 3   what he could --
 4           MR. NKWONTA:  Objection.  This calls for hearsay.
 5           THE COURT:  You can't say what he said.  But if she's
 6   looking at him, she can testify about his physical expression,
 7   but not what he says.
 8           THE WITNESS:  I came away with a renewed
 9   understanding of Secretary Raffensperger's frustrations around
10   limits in what he could do in the 2020 year due to NVRA, his
11   endorsement of Section 230 challenges, and encouragement.
12   There is nothing --
13           MR. NKWONTA:  Objection.  Same objection.
14   Endorsement, encouragement, those are all hearsay.
15           THE COURT:  Sustained.
16   BY MR. EVANS:
17   Q.   You can keep answering.  Just don't say what he said.
18   A.   I left the meeting with the belief that we were -- we had
19   done everything that we could and should do to support Georgia
20   citizens to the fullest of the law and in transparency with
21   everybody in that room.
22   Q.   Did you come away from the meeting with the impression
23   that the county boards of elections could handle the inquiries
24   that True the Vote was proposing to submit?
25   A.   Absolutely, yes.  In talking through the workflow, that
```

1  was -- that was a big concern.  And making sure -- and one of

2  the things that I addressed was the size of the challenge or

3  the inquiries.  The size of the -- the size of the project.

4       And it was very, very important to understand what the

5  steps would be in the transference of that and how to

6  streamline that.  And so yes, it was my understanding that -- I

7  can describe the process that I was -- that I was given to

8  understand would be appropriate.

9       Files were to be sent.  Counties would then determine

10  whether or not to move forward with the inquiries.  Then if

11  they chose to move forward, they would send -- and this was all

12  very specific.  They would send the files to the state vendor.

13  The state vendor would tag in accordance with what the --

14            MR. NKWONTA:  Objection, Your Honor.  All of this

15  testimony is relaying what she heard, I believe.  And it is

16  hearsay.

17            THE COURT:  I think the only way she would know,

18  Mr. Evans, is someone would have to tell her or she would have

19  to read.  Not that she was -- you would have to be told or read

20  it.  So it would be hearsay.

21  BY MR. EVANS:

22  Q.  What was your understanding of the Section 230 process in

23  December of 2020?

24  A.  My understanding of the process was that a citizen of a

25  county could file an inquiry within their -- the county of

1  residence and registration based on their belief of potential

2  ineligibility and that they can do this up until 5:00 the day

3  before an election with -- with no limit on number and no --

4  and -- and submitting it to the county was sufficient to the --

5  to uphold the section.

6  **Q.**  Did your meeting with the Secretary of State confirm this

7  understanding?

8  **A.**  Yes.

9  **Q.**  Did you come away from the meeting with the Secretary of

10  State with the impression that True the Vote would be violating

11  the law if it proceeded with submitting the Section 230

12  challenges that it proposed?

13  **A.**  No, absolutely not.

14  **Q.**  Would you have submitted the Section 230 challenges had

15  the Secretary of State reacted in a negative way in the meeting

16  in December?

17       MR. NKWONTA:  Objection, Your Honor.  This calls for

18  hearsay.  And it does so indirectly.  Because the way she

19  answers the question will dictate what the Secretary of State

20  said or what was said in that meeting.

21       THE COURT:  Once again, you can't say what the

22  Secretary of State said.  You can't say anything you read.  If

23  he gave a facial expression, you can say that, but -- you know,

24  because you were looking at that.  But other than that, you

25  can't say what he said.

```
 1              THE WITNESS:  I'm sorry.  Can you repeat the
 2    question?
 3    BY MR. EVANS:
 4    Q.   Yes.
 5         Would you have submitted -- or strike that.
 6         Would True the Vote have submitted or facilitated the
 7    submission of any Section 230 challenges had the Secretary of
 8    State or his staff reacted negatively to the proposal?
 9              MR. NKWONTA:  Same, objection, your Honor.
10         We know that True the Vote submitted the challenges.
11    So what they're asking is to reveal what was said in that
12    meeting.
13              MR. EVANS:  Judge, if I could respond this time.
14              THE COURT:  Yes.
15              MR. EVANS:  I'm asking would she have done it.  I'm
16    not asking anything about what the Secretary of State said.
17    I'm not asking about any statements that were made for the
18    truth of the matter asserted therein.  I'm asking would she
19    have done it if he would have reacted negatively.
20              THE COURT:  Don't say -- don't say what he said.  But
21    based on what he said, without you saying it, would you have
22    still filed the challenges?
23              THE WITNESS:  The pressure is on.
24              THE COURT:  Yeah.  Based on the conversation you had
25    with him, without saying what he said, would you have filed the
```

 1    challenges?

 2              THE WITNESS:  Based on the conversation I had with

 3    Secretary Raffensperger and his staff, had I understood

 4    anything negative or wrong, we would not have filed.

 5              THE COURT:  Now, what do you qualify as wrong?  And I

 6    don't believe in trying to set people up.  I like to be upfront

 7    and honest.

 8              I'm looking at Ryan Germany's testimony from Friday,

 9    a week ago.  And in it, he indicated he had told you-all -- I'm

10    trying to find the exact wording -- that he thought that what

11    you were doing was wrong.

12              So what do you classify as wrong?

13              THE WITNESS:  Well, had -- I'm just going to --

14              THE COURT:  Yeah.

15              THE WITNESS:  Yeah.  So -- so it was -- it was

16    Mr. Germany who was -- in that meeting was very helpful in

17    walking through the steps of the process.

18              And I guess to use the word wrong, what I would

19    have -- what I meant by that was if they would have said you

20    are approaching this incorrectly, your standards -- you've made

21    wrong assumptions.

22              I mean, we went through the methodology that we had

23    used.  We went through, you know, the distinction between does

24    it -- paper copy or hard copy, paper copy or digital.

25              Admittedly, I was -- the number was large.  And I was

1    concerned about is it easy enough -- I mean, because we -- our

2    goal was to create a uniform dataset.

3            And I'm sure we're going to get into it.  But, you

4    know, what -- what that meant for us was create a uniform

5    dataset that then the counties can determine if they have

6    certain characteristics that they don't want to consider, we

7    included inactive voters, because in the 2020 cycle there was

8    not a procedural distinction between active and inactive.  You

9    could just vote and it was just like you were active.

10           So we thought, well, we shouldn't eliminate those.

11   Same with there was some confusion about whether or not you

12   could vote in the runoff if you had not voted in November.

13   But, in fact, you could.

14           So the thought was just even across the board.  And

15   then if the county wants to make a change, my understanding was

16   that was just a -- you could -- the counties could direct the

17   state vendor how they want to have that brought back to them,

18   once they've -- once they've elected to move those challenges

19   forward.

20           So I guess all the way back to your question, if any

21   step thereof -- and I -- honestly, I don't remember -- I'm

22   certainly not suggesting it wasn't said.  I just don't remember

23   anything negative at all coming out of that meeting.

24           Is that --

25           THE COURT:  You answered the question.  And I'll be

1  more specific later.  But you answered the question.

2        THE WITNESS:  Great.  Thank you.

3  BY MR. EVANS:

4  **Q.**   Are you familiar with a case that was filed in Ben Hill

5  County in December of 2020?

6  **A.**   Yes.

7  **Q.**   Why are you familiar with that case?

8  **A.**   True the Vote was named.  Not named as a party.  But just

9  named in the briefing, the initial complaint.  They had -- they

10  named True the Vote.

11  **Q.**   And what were your personal takeaways from that case?

12  **A.**   Well, there were many.  The first was recognizing that the

13  things that were being laid out were on a timeline before we

14  had -- we had started with any -- with any of our volunteers to

15  file.  So that was of note.

16        The second thing that I noted was that in Muscogee County,

17  specifically, you know, we hadn't filed in Muscogee County

18  because it's so close to Fort Benning, and that was just -- you

19  know, our -- we did have a file that was roughly

20  400-and-some-odd names.

21        Whatever challenge that had been was over 4,000 or

22  approximately 4,000.  So there -- there was some distinctions

23  there that I'm thinking what is -- you know, what's happening.

24        But then further from that, when the election supervisor

25  talked in the case about their process that they went through

1  and how they -- after they elected to move the challenges

2  forward, they told the state vendor what elements they wanted

3  to look at.  They made some notable refinements to the filter.

4  They didn't want to look at anybody that was over 65.

5  Disabled, they wanted to eliminate.  So they made some

6  distinctions.  And then they just started the process.

7      So it was very methodical, and it echoed back to what my

8  takeaway had been from that meeting was that counties have a

9  process, you submit it, the county does -- follows their

10  process and it was up to the county.  And I thought they made

11  some very -- some -- I mean, they made choices relevant to what

12  was happening in their county.  So I was watching it very

13  closely, and those were some of my takeaways.

14  **Q.**  Was your understanding of the findings in the Ben Hill

15  case consistent with the meeting with the Secretary of State?

16  **A.**  Yes.

17  **Q.**  How so?

18  **A.**  Well, the -- again, going back over the process as I

19  understood it seemed to be what the election supervisor in

20  specifically Muscogee County, how she described what they did

21  once they got the challenges.  And so that was consistent.

22      Frankly, just the fact that the county could handle it.

23  That they could take a challenge and manage it through, plus be

24  sued, that they managed it.  It just -- it was -- it comported

25  with everything that had been discussed in that meeting and all

1   of my takeaways in what that process would look like.

2           MR. EVANS:  This is Defendants' Exhibit 234.

3           Your Honor, if I may approach?

4           THE COURT:  Yes, sir.

5   BY MR. EVANS:

6   **Q.**   I'm now going to hand you Defendants' Exhibit 234.

7        And do you recognize that document?

8   **A.**   Yes.

9           MR. NKWONTA:  Your Honor, the plaintiff objects to

10  this exhibit.  It was disclosed less than 48 hours before

11  trial.  And per Your Honor's prior rulings, this should be

12  excluded.

13          MR. EVANS:  Do we know?  Do you know that?

14          MR. POWELL:  Which one is it?

15          MR. EVANS:  234.

16          THE COURT:  When did you give it to the plaintiff?

17          MR. EVANS:  Judge, it may be belatedly disclosed.  So

18  I'll --

19          THE COURT:  I'll say one thing about you, Mr. Evans.

20  You get right to the point.  You don't waste time.

21  BY MR. EVANS:

22  **Q.**   Do you recall sending an email on or around late December

23  that discussed what happened in the meeting with the Secretary

24  of State's office?

25  **A.**   I'm sure I sent several, yes.

1    Q.   And in that email do you recall what you said about that

2    meeting with the Secretary of State?

3              MR. NKWONTA:  Objection.  It calls for hearsay.

4              THE COURT:  Do you mind repeating the question,

5    Mr. Evans?  I was thinking about something else.  I'm sorry.

6              MR. EVANS:  I'm asking what she said in the email.

7              THE COURT:  What she said is hearsay?

8              MR. EVANS:  Uh-huh (affirmative).

9              THE COURT:  I'm talking to Mr. Nkwonta.

10             MR. NKWONTA:  What she said in the email about the

11   meeting with the Secretary of State's office.

12             THE COURT:  Oh.  I'm trying to figure out how you can

13   get her part in without --

14             MR. EVANS:  I can just ask what she said in the email

15   and see what she remembers.

16             MR. NKWONTA:  What she said in the email -- so this

17   is like hearsay within hearsay.  So she can --

18             THE COURT:  The email is the problem.  I can't

19   quite -- I know it can be kind of done.  But I'm trying to

20   think of how to do it, Mr. Evans.  But right now, you've got to

21   give me a second.

22             Do you want to ask another question and come back to

23   this one?

24             MR. EVANS:  Yeah.

25

1    BY MR. EVANS:

2    **Q.**    Do you today have personal knowledge of what you said in

3    an email to Amy Holsworth in late December of 2020?

4    **A.**    Yes.  I repeated many -- many of the same themes.  So yes.

5    **Q.**    Would it refresh your recollection if I gave you a

6    document?

7    **A.**    Yeah.  That would be helpful.

8          Thank you.

9    **Q.**    And does that document refresh your recollection about if

10   you said anything to Amy about the meeting with the Secretary

11   of State's office?

12   **A.**    Yes.

13   **Q.**    And what did you say about the meeting with the Secretary

14   of State's office?

15              MR. NKWONTA:  Objection, Your Honor.

16              May I ask that the witness return the document?

17              THE COURT:  You can just hand it to me.

18              THE WITNESS:  Sure.

19              THE COURT:  I'll get it back to you, Mr. Evans.

20              MR. EVANS:  Okay.

21   BY MR. EVANS:

22   **Q.**    Go ahead.

23   **A.**    I made comment that it was our understanding and my

24   takeaway from that meeting that NCOA, by itself, was sufficient

25   for challenges.  We had done more.  But that that was our

1    takeaway.

2    **Q.**    Did you do any other actions to perform diligence before

3    you took any action in Georgia regarding elections in December

4    of 2020?

5    **A.**    Yes.

6    **Q.**    What did you do?

7    **A.**    I want to clarify.  Are you asking me the data management

8    process or are you -- are we talking more about the

9    confirmation that -- that -- before we even started the process

10    that we were --

11    **Q.**    Uh-huh (affirmative).

12       Did you meet with any state senators?

13    **A.**    Oh, yes, we did do that.

14    **Q.**    And what was the purpose of the meeting with state

15    senators?

16    **A.**    Again, just sounding board, just understanding Section 230

17    and thoughts on it and understandings of it and what the

18    legislature was -- was thinking about it.

19    **Q.**    And what was your takeaway from those meetings with state

20    senators?

21    **A.**    That Section 230 challenges were the only way in non-odd

22    year elections for voter rolls to be updated and it had to be

23    done by citizens.

24    **Q.**    Did you talk to any Election Assistance Commissioners?

25    **A.**    I did.

1    Q.    Why?

2    A.    Same reason.  Coming out of 2020, tensions were high.  And

3    I wanted to be sure that anybody I knew that could give

4    counsel -- or maybe that's not the right word -- that could

5    just give guidance, I was talking with.

6          And so the Election Assistance Commissioners had, you

7    know, a 40,000-foot view of the nation.  And specifically

8    looking at Georgia, they understood the concept of challenges,

9    because most states have them.  And that was the purpose.

10   Q.    And what was your takeaway from your meetings with the

11   Election Assistance Commissioners?

12   A.    That Section 230 challenges in the way that I explained

13   that we were considering processing in accordance with that

14   standard was -- was appropriate.

15   Q.    Did you talk to anyone at the Department of Justice?

16   A.    I did.

17   Q.    Why?

18   A.    I had been referred to someone who worked in the Civil

19   Rights Division -- referred by an Election Assistance

20   Commissioner.  And same thing.  I just said, you know, we're

21   considering helping Georgians file these Section 230

22   challenges.  And just what are -- do you have any comment?

23   Q.    And what was your takeaway from the meeting -- your

24   meeting with the Department of Justice personnel?

25   A.    That -- that the plan, as I had explained it, was -- would

1     be appropriate and comport with law and acceptable.

2     **Q.**   Did all of this diligence take time?

3     **A.**   Yes.

4     **Q.**   How long did it take?

5     **A.**   All -- all of that took weeks because, of course, it was

6     during the holidays, and it was trying to -- you know, one --

7     one conversation begot the next.  And then ultimately leading

8     to the December 16th meeting with the Secretary of State.

9     **Q.**   Was the December -- strike that.

10         Was the general election in 2020 the first Tuesday in

11    November?

12    **A.**   Yes.

13    **Q.**   Was the Georgia senate runoff on January 5th, 2021?

14    **A.**   Yes.

15    **Q.**   How many days is between -- around between the general

16    election date and the senate runoff date?

17    **A.**   Let's say.  27 and 5 is 32, plus 31 is 60 -- 63.

18    Something like that.  Roughly.

19    **Q.**   Is the reason why you didn't submit any eligibility

20    inquiry sooner because you were doing diligence?

21             MR. NKWONTA:  Objection.  Leading.

22             MR. EVANS:  I'll rephrase it, Judge.

23             THE COURT:  Thank you.

24    BY MR. EVANS:

25    **Q.**   Did doing diligence delay you in submitting eligibility

1  inquiries?

2  **A.**   Yes.  We wanted to be certain what we were doing was going

3  to be, you know, a value add to the greater community.

4  **Q.**   Did the shortened period between the general election and

5  runoff require you to submit eligibility inquiries closer to

6  the election?

7  **A.**   Yes.

8  **Q.**   Earlier you talked about inquiry -- the Section 230

9  process.  And we'll go there.

10     Based upon your personal understanding, can any elector

11  living in a county challenge a voter in that county?

12  **A.**   Yes.

13  **Q.**   Once a challenge, or as you call it, an inquiry is made,

14  what happens?

15  **A.**   My understanding was that the county board would assemble

16  in some way to evaluate whether or not the challenge as

17  presented was accepted.  And that was their -- their decision

18  based on their observations and preferences and approach.

19     From that, or from that point, my understanding was -- is

20  this what you want?  Is this -- do you want me to go through

21  the full thing?

22  **Q.**   Uh-huh (affirmative).

23  **A.**   From that point, my understanding was that the list would

24  be sent by the county to the state vendor for flagging with

25  whatever particulars the county may request and then provided

1  back to the county for distribution to all the precincts and at

2  the appropriate checkpoints across the process.

3  **Q.**   Under what circumstances does a county board of elections

4  accept a challenge?

5  **A.**   My understanding was that they made the determination of

6  probable cause and that that is very much subjective.  There is

7  guidance.  But they -- they make that determination.

8  **Q.**   If a county board of elections does not find probable

9  cause, what happens?

10  **A.**   My understanding is that nothing happens.

11  **Q.**   Is there a limit on how many inquiries that an elector can

12  submit under 230?

13  **A.**   My understanding is that there was no limit.

14  **Q.**   Do you know what a firewall is?

15  **A.**   Yes.

16  **Q.**   Do county boards of elections operate as a firewall under

17  230?

18  **A.**   My belief is that yes, very much they do.

19  **Q.**   What was the purpose of any eligibility inquiry, as you

20  call it, that was submitted by True the Vote or anyone

21  affiliated with True the Vote?

22  **A.**   The purpose?  Well, the purpose was to support Georgia

23  citizens who had come to us saying we -- you know, what can we

24  do?  So we were the data provider and tried to create a process

25  that would -- that would be efficient and observant of chain of

1    custody and give citizens a way to feel that their involvement

2    made a difference.

3        And then, of course, you know, beyond that, if a county

4    was to accept the challenge, then the hope would be that it

5    would -- it would improve the voter rolls, which was the reason

6    citizens wanted to participate in the first place.

7        But that was the goal is in the immediate and in the --

8    and in the broader sense, just increased participation and

9    increased awareness and better outcomes in the election process

10   that really can only happen when citizens are engaged.

11   **Q.**   I'm going to ask a question that's a little different, a

12   little similar.  Your answers may be similar.  They may not be.

13   You decide.

14   **A.**   Okay.

15   **Q.**   What was True the Vote's motivation in facilitating the

16   submission of any eligibility inquiry in December of 2020?

17   **A.**   To support citizens, to support election integrity, and to

18   create -- to help to foster an environment of greater

19   confidence.

20   **Q.**   Did True the Vote take its role seriously in facilitating

21   the submission of any eligibility inquiry in December of 2020?

22   **A.**   Yes.  Very seriously.

23   **Q.**   What acts did True the Vote take that showed it took its

24   role seriously?

25   **A.**   Going all the way back to seeking counsel to make sure

1   that we were correctly interpreting the standard, reaching out

2   to every election expert that we -- that we could to, again,

3   assure that we were approaching it correctly, the methodology

4   and the preparation.

5       Everything from the way that as volunteers came to us, we

6   worked to make sure they understood what it was that they were

7   wanting to participate in, the process that we would be going

8   through.

9       We created a standalone email so that it would be an

10  unbroken chain of custody.  And I'm sure we'll get into that as

11  well.  But there was the balance between making sure that

12  citizens that were participating, volunteers, could review the

13  list and have access to the list.

14      But ultimately, when the -- when the button was sent to

15  the county, that it -- we knew what was in those files,

16  presenting them in different formats so that we -- we

17  offered -- I mean, a CSV file, an Excel file so that -- and, I

18  mean, offers of alternatives if that's what the county wanted.

19      But we did -- every single step we tried to anticipate

20  how -- how to achieve an efficient process.

21  **Q.**   In submitting eligibility inquiries, was True the Vote's

22  or your motivation to intimidate any voter?

23  **A.**   Absolutely not, no.

24  **Q.**   In submitting eligibility inquiries, was True the Vote's

25  or your motivation to threaten any voter?

1    **A.**   Absolutely not, no.

2    **Q.**   In submitting eligibility inquiries, was True the Vote's

3    or your motivation to coerce any voter?

4    **A.**   No.

5    **Q.**   At any point in your involvement or True the Vote's

6    involvement with the submission or facilitation of any

7    eligibility inquiry, did you or True the Vote attempt to

8    intimidate, threaten, or coerce a voter?

9    **A.**   No.

10   **Q.**   Why not?

11   **A.**   Just we wouldn't do anything like that.  That is not part

12   of who we are as an organization.  I have too much respect for

13   fellow citizens in the process.  I would just -- not a part of

14   anything that I'd ever want to be associated with.

15   **Q.**   So now I want to shift gears to the list and how

16   True the Vote came to its list.

17        Was True the Vote concerned with persons moving outside of

18   a county or state and becoming ineligible to vote?

19   **A.**   Yes.

20   **Q.**   Why?

21   **A.**   Because it was our understanding that the state of Georgia

22   had not done roll updates, registry maintenance, if you will,

23   since sometime in early 2019.

24        And that understanding in a mobile society how often

25   people move, that the chance of large numbers of registrations

1    being incorrect was significant.  And, you know, updating your

2    voter rolls every -- you know, the first six months of every

3    odd year in a sophisticated mobile society just isn't

4    sufficient.  So we were very concerned, yes.

5    **Q.**   Do you know what the NVRA is?

6    **A.**   Yes.

7    **Q.**   What is it?

8    **A.**   It is the National Voter Registration Act.

9    **Q.**   How does the NVRA affect voter rolls?

10   **A.**   The NVRA gives guidance to states to encourage them to

11   perform regular maintenance, but leaves it to the state to

12   determine when and how.

13        There are some guidelines and steps that must be followed

14   in accordance with the NVRA.  They give standards.  It's my

15   understanding, you know, to my reading of the NVRA, that NCOA

16   is an acceptable standard, but that's one of its primary

17   functions.

18   **Q.**   Did True the Vote generate a list of potentially

19   ineligible voters that True the Vote believed warranted inquiry

20   by Georgia county boards of elections?

21   **A.**   Yes.

22   **Q.**   What was the distillation process that True the Vote went

23   through to generate that list?

24   **A.**   So the first thing we did -- in any big data project, the

25   first thing you have to do is clean up the data.  It's --

1    80 percent of any project is making sure your data is good.

2    And what I mean by good is that -- is that when you begin to

3    work with that data in concert with other databases, that it

4    marries up tightly so that you get good results.

5        This is something I'm very familiar with from years of

6    doing scale projects with True the Vote and also with CoverMe.

7    This is -- the concept around data management is my daily life.

8        So the first thing we did was take the Georgia voter rolls

9    and --

10               MR. NKWONTA:  Your Honor?

11               THE COURT:  Yes.

12               MR. NKWONTA:  I want to object to this testimony.

13               Ms. Engelbrecht has previously testified that OPSEC

14   prepared the challenge list.  So I don't believe sufficient

15   foundation has been laid for her personal knowledge as to how

16   the challenge lists were created.

17               MR. EVANS:  Judge, I'm happy to lay the foundation.

18               THE COURT:  All right.  Lay the foundation.

19   BY MR. EVANS:

20   **Q.**   Were you involved in the generation of a list that would

21   be used to -- strike that.

22       Were you involved with generating a list of potentially

23   ineligible voters that True the Vote believed warranted inquiry

24   by Georgia county boards of elections?

25   **A.**   Yes.  I defined the methodology, the process, and

1  ultimately took responsibility for the outcome.

2  **Q.**   Do you have personal knowledge of how that list was

3  generated?

4  **A.**   Yes.

5  **Q.**   Were you personally involved with the generation of that

6  list?

7  **A.**   Yes.  Inasmuch as you've got to begin with a methodology

8  that I was -- that I defined.

9  **Q.**   Would you please discuss for the Court how that list was

10  generated.

11          MR. NKWONTA:  Your Honor, I want to renew my

12  objection.

13          Because I believe she stopped short there.  She

14  talked about how she developed the methodology.

15          But we're talking about the actual creation of the

16  list, which I don't believe she said she was personally

17  involved in.

18          MR. EVANS:  Judge, she just said yes.

19          MR. NKWONTA:  She said she defined the methodology.

20  She did not say she created the list or was personally involved

21  --

22          THE COURT:  I thought I heard her say she did.  But

23  I'm not sure.  Ask her again.

24          MR. NKWONTA:  Okay.

25

1    BY MR. EVANS:

2    **Q.**    Okay.  Were you involved with the generation of the list

3    that would be used for eligibility inquiries in Georgia?

4    **A.**    Yes.

5              MR. EVANS:  Okay.  Thank you, Judge.

6    BY MR. EVANS:

7    **Q.**    Would you please walk the Court through how that list was

8    created.

9    **A.**    Certainly.  So we first got the Georgia voter rolls.

10   There are inconsistencies in the rolls and in the process.  And

11   so we -- both in True the Vote and in CoverMe, I am very

12   familiar with NCOA and the standards around NCOA and accredited

13   providers working with NCOALink.

14        So the -- we used to different sources.  The first was a

15   group called TrueNCOA.  And inside of TrueNCOA, they go through

16   a multivariate process that starts with CASS, which we've all

17   become familiar with.

18        It starts with CASS, which is taking the rolls where the

19   address as provided by the voter at the point of registration

20   may not comport with the United States Postal Service,

21   something that they could recognize.

22        So it goes through the CASS process for normalizing.  And

23   then evaluates through Delivery Point Validation to make sure,

24   okay, yes, we know this address.  And, yes, this is an address

25   recognized by USPS.

1    From there, the NCOALink kicks in looking at moves on the

2    basis of data provided by the United States Postal Service.

3    Once we had that level, then we ran a parallel with another

4    provider called -- then was called SmartyStreets.  Now it's

5    just called Smarty.  But it's effectively the same thing.

6        It goes through CASS, DPV, and then to the NCOALink and

7    making sure that everything was there.

8        TrueNCOA has additional functionality in that it --

9    integrated within it is the Social Security Death Index.  It

10   runs demographics in a process called TrueAppend, which once

11   this was all done, we ran, and I believe is an exhibit, all the

12   characteristics of the file just to make sure that it seemed as

13   though there was a normal distribution as compared to the state

14   file.

15       You learn some interesting things there too.  But we just

16   made sure that we hadn't missed anything.

17       Once we had that set, then it became a function of it

18   is -- you know, at that point you had various

19   functionalities -- or not -- that's not the right word.

20       Various databases that had been engaged.  And then it

21   became a process of editing out with one exception.  Military,

22   when you are going through the Data Point Validation inside of

23   the NCOALink data construct, they have different filters that

24   you can select.  And if DPV returned an M -- what's called an

25   M1, which is basically saying, okay, USPS recognizes M1, we

 1  removed all of those.  So that was sort of the first culling

 2  of -- and filtering inside of the process.

 3      Then you had the dataset.  From there, we began to -- we

 4  removed all international addresses.  We removed certain ZIP

 5  codes for military.  We were -- I want to make this very --

 6  this will become important in a little bit.  But we -- we

 7  matched the data.  It had to be a perfect match with NCOA to be

 8  included.  And that match needed to include first, middle,

 9  last, and suffix.  So that was key.

10      We removed P.O. Boxes.  We removed -- even though there's

11  a lesson to be learned in P.O. Boxes and commercially available

12  addresses, that wasn't the point of this project.  So those

13  were removed.

14      We removed duplicates.  But, again, there's a lesson to be

15  learned there.  And this is another important point.  Every

16  record was anchored with the VUID.  So every registration

17  record has a unique identifier.  And that is the -- that's the

18  key to everything.  You had to have that to compare across any

19  other field.

20      So what you find in the Georgia voter rolls is there are a

21  lot of duplicates that appear to be errors.  Now, I think

22  it's -- the number is around 85,000, which statistically, given

23  7.7 million in the state file is really statistically what

24  is -- you know, statistically insignificant.  But when you have

25  very close races, 85,000 is a lot.  So it's relevant, but it's

1    statistically insignificant.

2        We did, though, leave in records that appeared to have

3    people registered more than once.  Meaning they had -- they had

4    different -- what appeared to be the same person but different

5    VUIDs.

6        We -- I'm trying to think if there's anything else that we

7    did.  With students, which has been discussed at great length,

8    it's very difficult.  We did what we -- what we could to

9    identify addresses where -- addresses of universities, I mean,

10   dorms.  What seemed to be central.

11       But you can't -- you know, if it's a college town, it's

12   very difficult to know where those lines begin and end.  So we

13   removed what we could.  But there aren't -- unfortunately,

14   because student voting is incredibly important to me.  But

15   there aren't filters like there are for military that are

16   inherent within the commercial databases.  So we did what we

17   could with students.

18       Again military.  We did another scrub of trying to

19   remove -- with military, trying to remove -- it was the M1

20   returns, then removing ZIP codes.  Any of the -- of the sort of

21   standard military nomenclature that we could just keyword

22   search and try to remove.  We tried to catch everything that we

23   could there.

24       Again, we removed doubles.  Internationals.  That was our

25   approach to just try to take out all the UOCAVA.  But we left

1    in -- and this is, again, important, and I've already mentioned

2    this to the Court.

3        But we left in inactives.  We left in people who had not

4    voted in November with -- because our understanding of -- our

5    understanding was that they -- strike the word understanding.

6        Our goal was to create a uniform dataset that was clear

7    what was included and excluded that the county could then, with

8    a click of a button, again, coming out of that meeting and my

9    understanding about how all of this was going to work, if a

10   county, for example, would have said we're not worried about

11   inactives or we interpret the law to suggest that if you

12   haven't voted in the general, you can't vote in the runoff,

13   which was not our understanding.  But had it been, click, it's

14   out.  It's done.  But we wanted to give them the fullest look

15   possible.  That was the methodology.

16   **Q.**   Got it.  That was a lot of information --

17   **A.**   Sorry.  Well, yeah.  Thank you.

18   **Q.**   -- for me and I'm sure the Court.  So let's back it up a

19   little bit.

20       So NCOA -- what is NCOA?

21   **A.**   NCOA is National Change of Address registry.  And it is

22   the database maintained by the United States Postal Service.

23   **Q.**   Why did you view permanent COAs as a reliable index of

24   someone having moved?

25   **A.**   In my line of work, both with True the Vote and with

1    CoverMe in healthcare, it is looked at as the -- as the gold

2    standard.

3        And as it relates to CoverMe and what we do with

4    healthcare applications, it's critical that you are resolving

5    identity and able to reach a patient at the appropriate

6    address.  And so we have great familiarity with the accuracy of

7    NCOA, or we've all had the experience when you go, you know,

8    online to -- Amazon comes to mind and you put your -- or a

9    place that you're buying something for the first time and you

10   put in your address and you get a popup that says, you put in

11   this address, but this is what we show.  Which one do you want

12   to use?  That's CASS.  That's the beginning -- it's a CASS/DPV

13   combo.  So NCOA, you know, allows for all of that in order to

14   make the decisions.

15   Q.   And based upon your personal observations both with

16   True the Vote and -- let me get your other -- CoverMe, why is

17   NCOA accurate?

18           MR. NKWONTA:  Objection, Your Honor.

19           Asking why NCOA is accurate, this goes headlong into

20   your ruling.

21           MR. EVANS:  Judge, I'm going to read the motion in

22   limine.  Courts may offer lay testimony about their personal

23   observations in making the voter challenge list.  I just used

24   the word what's her personal observation in True the Vote and

25   CoverMe.

1          MR. NKWONTA:  Your Honor, the question he asked is

2    why is NCOA accurate.

3          THE COURT:  Listen, Ms. Engelbrecht is a highly

4    intelligent person.  She knows why.  I'm not questioning it

5    whatsoever.

6          Do you understand?

7          THE WITNESS:  Thank you.

8          THE COURT:  But the ruling is, Mr. Evans,

9    Ms. Engelbrecht nor anyone else can testify about the accuracy

10   of these things.

11         THE WITNESS:  I did forget -- oh, I'm so sorry.

12         THE COURT:  Go ahead.

13         THE WITNESS:  I did forget an element of our

14   methodology, which was the QC.  If I can add on to that bit of

15   it.

16         Do you have to ask me something again, or can I just

17   say that?

18         THE COURT:  He's trying to think of another way to

19   ask you the question he wants to get an answer to.

20         Mr. Evans is asking how can I get around this Judge's

21   sustaining this objection.

22         THE WITNESS:  I just want to cover the quality

23   control at some point, because there's the methodology and then

24   there's the quality control checks.  So as long as -- I just

25   want to make sure we get to that.

1    BY MR. EVANS:

2    **Q.**   What other points are relevant for the Court in knowing

3    about how the list was generated?

4    **A.**   In addition to everything else I stated, the quality

5    control piece was, okay, now we've done everything.  Now let's

6    do a sampling.

7         And we chose a sampling of 2500 randomly selected records.

8    And we evaluated those in full with every tool at our disposal.

9    And we are licensed with all of the major data providers,

10   LexisNexis, Experian, TransUnion.

11        Of course, all of that is available online anyway.  But to

12   see -- what -- our goal was to make sure that what -- you know,

13   if you did a deep dive, were you going to find what NCOA and

14   the other elements returned.

15        And we got into plus or minus 3 percent, which is

16   acceptable.  And we said, okay, then -- then we've done as well

17   as we can do.  It was not going to be perfect.  We knew that.

18   But it was as well as we could do.

19        And I just wanted to make sure that was included for

20   the -- for consideration.

21   **Q.**   Earlier you mentioned NCOALink.  What is that?

22   **A.**   So NCOALink is the term for the database that is used and

23   that a provider or a service provider engaging in NCOA data

24   services, data-related services must become accredited to use.

25        And then there are variations you can use.  And different

1    levels of accreditations are inherent within NCOALink.  You can

2    be accredited for only 18 months or 48 months or both.  But

3    that's what NCOALink is.

4    **Q.**   What is a CASS filter?

5    **A.**   A CASS filter is a reference to coding normalization.  And

6    as I described, it's that moment when you are -- when the

7    dataset is -- or the database is trying to match what the

8    United States Postal Service recognizes and what may have been

9    put in.

10         And that's very important inside of voter rolls because

11   voters write their address -- you know, write their address

12   in -- sometimes in ways that aren't recognized.  And so you've

13   got to normalize that.  The CASS is the first step in that

14   process.

15   **Q.**   What is Delivery Point verification?

16   **A.**   Delivery Point verification or validation is ensuring that

17   what has come out of CASS is now recognized as a deliverable

18   address.  And other reports that can be generated just through

19   that process talk about, you know, ineligible addresses or P.O.

20   Boxes or commercial addresses.  That wasn't what we did in this

21   project.  But you could use those three elements just to get to

22   those kinds of answers.

23   **Q.**   Did True the Vote use NCOALink, a CASS filter, and a

24   Delivery Point verification in making its list for any

25   eligibility inquiries?

1   **A.**   Yes.

2   **Q.**   Did True the Vote remove international addresses from its

3   list --

4   **A.**   Yes.  I'm sorry.

5   **Q.**   Yep.  Let me finish.

6   **A.**   Sure.

7   **Q.**   Because she'll get mad.  Trust me.

8        Did True the Vote remove international addresses in making

9   its list for eligibility inquiries?

10  **A.**   Yes.

11  **Q.**   How?

12  **A.**   Looking for addresses that were not in the United States.

13  **Q.**   Did True the Vote look at the Social Security Death Index

14  in making this list for eligibility inquiries?

15  **A.**   Yes.

16  **Q.**   What is Smarty?

17  **A.**   Smarty is -- as TrueNCOA is, such as Smarty.  It's an

18  accredited provider of NCOALink data and the expanded or

19  advanced version of that, which includes CASS and DPV and other

20  elements.

21       But Smarty is more -- is more around addresses and

22  deliveries where TrueNCOA also rolls in, as I mentioned, the

23  Social Security Death Index and more demographic information.

24  **Q.**   Did True the Vote remove military addresses in creating

25  its list for eligibility --

**A.**    Yes.  I'm sorry.

**Q.**    -- inquiries?

**A.**    Yes, we did.

**Q.**    How?

**A.**    Inside of that CASS, DPV, NCOALink look, when you get to the DPV stage, if you have selected that you do not want to include what are called M1 records, military records, that is an option.  And so that was step one.

    Step two was removing specific ZIP codes entirely.

    And then step three was -- well, I guess there were four steps.

    Step three was any what I could call military nomenclature, like APO, things that suggested a base residence -- we endeavored to remove those.  And then just spot checks.

    Particularly in counties -- you know, again, where we knew that there were, you know, military bases or higher concentrations, just attempting to do what we could to remove them.

**Q.**    Did True the Vote remove duplicates in creating its list for eligibility inquiries?

**A.**    Yes.

**Q.**    How?

**A.**    What appeared to be -- if a record appeared to be a true end-to-end duplicate, same information, we -- we would remove

1    that.  If it appeared that it was the same information but with

2    a different VUID, then we -- then we left it.

3    **Q.**    Did True the Vote attempt to remove college dorm addresses

4    in generating its list that would be used for eligibility

5    inquiries?

6    **A.**    Yes.

7    **Q.**    How?

8    **A.**    We looked at colleges and addresses, on-campus addresses,

9    and removed those.

10   **Q.**    Did True the Vote examine its lists for any potential

11   biases?

12   **A.**    Once we run everything -- because we -- again, it's a very

13   important point.  We just ran the entire list.  So they're --

14   we -- and we did that so that we would not introduce bias.  If

15   you begin to say, oh, we only -- in our opinion, this is just

16   our opinion, just our methodology.  But if you begin to say,

17   well, we only want to look at people who behave in certain

18   ways, that introduces bias.

19        So by -- by creating a uniform dataset, that's certainly

20   one way.

21        And then in the aftermath of the run, we did look back to

22   see if the distribution patterns were consistent with what the

23   state's rolls looked like and they were broadly -- although it

24   did -- it did -- I mean, it did skew white Republican.  You

25   know, Georgia is one of the few states that has the option of

1    identifying a race so that's just one of the things that came

2    back.

3    **Q.**    Was the list distillation process that you just described

4    partisan in any way?

5    **A.**    No.

6    **Q.**    Was the list distillation process that you just described

7    racial in any way?

8    **A.**    No.

9    **Q.**    Did eligibility inquirers have the option to change any

10   list that they were provided?

11   **A.**    Yes.

12   **Q.**    How could they have been edited?

13   **A.**    This is again a very important distinction.  So the

14   communication with volunteers, people who were coming to us --

15   and again, this all started because they were coming to us --

16   was robust is the word that comes to mind.  It was constant.

17   Explaining, you know, what the process would be.  How we

18   understood it.  Their understanding.  Synching up on all of

19   those things.

20       The lists were made available and people could provide

21   feedback.  If they chose to remove or not participate at all,

22   that would have been absolutely fine.  But once the lists were

23   sent, we sent them, with their knowledge, a blind copy and, of

24   course, their information, but so that it would be consistent.

25       So -- but to answer your question, yes, they absolutely

1  could have.

2  **Q.**   Other than the layers that we have discussed, were there

3  any other distillation processes that True the Vote did in

4  creating its list?

5  **A.**   Not that I can -- not that I can recall.  There were other

6  security measures.  But not in terms of the distillation that I

7  can recall.

8  **Q.**   Are you proud of the list that True the Vote created in

9  its eligibility inquiries in 2020?

10  **A.**   Yes.

11  **Q.**   Why?

12  **A.**   I'm proud of the work product.  I think that the

13  distillation methodology was sound.  I'm proud of the approach

14  that was taken.  I'm proud of the weeks leading up to the

15  actual execution of the methodology to feel as though we had a

16  concrete understanding of operating within the bounds of

17  Section 230, in doing something that was constructive.

18      The thing I'm most proud of, though, is that in the

19  immediate aftermath of the general election, when people were

20  just checking out or spinning out, that we were able to -- and

21  Georgia -- to Georgia's great credit to even have this as an

22  outlet, it was just an opportunity to see citizens engage in a

23  meaningful way, which is the reason we exist.

24  **Q.**   Was True the Vote diligent in creating its list for

25  eligibility inquiries?

1    **A.**    Yes.

2    **Q.**    Was True the Vote methodological -- help me out court

3    reporter -- in creating its list and eligibility inquiries?

4    **A.**    Yes.

5    **Q.**    Did True the Vote achieve its purpose in creating its list

6    for eligibility inquiries?

7    **A.**    Yes.

8    **Q.**    Would you regard True the Vote's list and eligibility

9    inquiries as reckless in any way?

10   **A.**    No.

11   **Q.**    Why not?

12   **A.**    For every step that we took, from seeking counsel and

13   guidance, an absolute willingness to take constructive

14   criticism or to, you know, call it off entirely, I mean, all of

15   that was always on the table.  And then through the

16   methodology, which I believe was reasonable and sound, for all

17   of those reasons.

18   **Q.**    All right.  I now want to shift gears to Derek Somerville

19   and Mark Davis.

20   **A.**    Okay.

21   **Q.**    Do you know Derek Somerville and Mark Davis?

22   **A.**    Yes.

23   **Q.**    How do you know them?

24   **A.**    I was given the phone number by -- of Derek Somerville by

25   Ron Johnson as somebody that was working on a Section 230

1    project.  And so as we have all heard, I reached out to Derek.

2    And we went to dinner.  Had a few phone calls after that.

3    That's it.

4    **Q.**   Are you familiar with the methodologies Mr. Somerville and

5    Mr. Davis did in forming their list for inquiry -- eligibility

6    inquiries?

7    **A.**   Only inasmuch as I have heard here and some broad

8    observations.  So, you know, their choice to exclude inactives

9    and exclude people who hadn't voted in November, which was just

10   a choice, just a process choice.

11   **Q.**   Based upon your personal knowledge of the methodologies

12   Mr. Somerville and Mr. Davis used, how is their methodology

13   similar to that used by True the Vote in generating its

14   eligibility inquiries?

15   **A.**   I think different words have been used throughout the

16   course of testimonies.  But very similar in the -- with the

17   underlying goal to exclude.

18        Interestingly, if you take -- and I have run the numbers.

19   If you take inactives or the subset of inactives of people who

20   also had not voted in November, you add -- you add -- and add

21   that back in, our numbers are almost exact.

22   **Q.**   How are the methodologies of Mr. Somerville's and

23   Mr. Davis' list dissimilar to True the Vote's eligibility

24   inquiry list?

25   **A.**   I didn't hear whether or not they had used a Social

1    Security Death Index.  They had a different standard or a

2    different process -- if I understood correctly, they had a

3    different process for removing international addresses, where

4    we just went after, you know, is there a state.

5        I mean, we just went after basic -- you know, where they

6    looked at electronic voting so that was a little different.

7        They -- in their concatenation, they geofenced -- not

8    geofenced.  They geocoded to get the county additional field in

9    where -- where we just used the state has a list of counties by

10   number and we created our standard categorically by that.

11       So that's a little different process for that.  But in the

12   end, we arrived at, you know, the same -- nearly the same

13   outcome.

14   **Q.**   One distinction you said was True the Vote included

15   inactive voters but Mark and Derek did not.

16       Why did True the Vote include inactive voters?

17   **A.**   Well, I'll answer that specific question.  Two reasons.

18       First of all, because it was our understanding and had

19   been publicized -- so I was fairly comfortable in this

20   understanding -- that in -- in the landscape of the 2020

21   election, inactives were held to no higher standard than

22   actives.  They all received their absentee ballot request

23   forms.  They were not required to provide any additional layer

24   of identification, which is typical in an inactive status.  You

25   have to do something else to activate.  But in this instance,

1    it was just to show up and it activates without any additional.

2        That said, we thought it would be best to leave it all in,

3    additionally, because of my understanding of the process of the

4    list being provided to the county, county sending it to state

5    vendor, it would have been one click to say take all the

6    inactives out.

7        But we wanted to give them the benefit of that choice

8    as -- whether to use the term.  They were the firewall.  And

9    they could make that choice.  It made the number significantly

10   larger.  But it was -- it still was, I felt like, reflective of

11   the land -- to again use the word, the landscape of what was

12   happening in that time period where standards had changed and

13   it, I believe, required looking at things like inactive for

14   consideration.

15   **Q.**   Did True the Vote include inactive voters to reduce any

16   appearance of targeting?

17   **A.**   Yes.

18   **Q.**   Why?

19   **A.**   Because any time you start to remove selectively, it

20   introduces bias.

21   **Q.**   Did True the Vote in their list include voters who did not

22   vote in the general election in 2020?

23   **A.**   Yes.

24   **Q.**   Did --

25   **A.**   I'm sorry.  Can you ask that again?  I want to make sure I

1    answered that correctly.

2    **Q.**   Did True the Vote include voters --

3    **A.**   Yes.

4    **Q.**   -- who did not vote in the 2020 general election --

5    **A.**   Yes.

6    **Q.**   -- in its eligibility inquiry list?

7    **A.**   Yes.

8    **Q.**   She's going to hit you in the head, if you don't wait.

9    I've had it happen.  Make sure I finish my question and then go

10   ahead.

11       Did Mr. Somerville and Mr. Davis include voters who did

12   not vote in the 2020 general election in their list based upon

13   your personal knowledge?

14   **A.**   My personal knowledge is that they did not include voters

15   who had not voted in the November election.

16   **Q.**   Why did True the Vote include voters who did not vote in

17   the general election in their eligibility inquiry list?

18   **A.**   Because it was our understanding -- we included those

19   voters because it was our understanding that it was not a

20   requirement to vote in the -- it was not a requirement to vote

21   in the runoff election to first have voted in the general

22   election.

23       That's clumsily worded.  But you didn't have to vote in

24   the general in order to vote in the runoff.  It was a function

25   of whether or not you were in the voter roll for the general

1    election that determined whether or not you could vote in the

2    runoff.

3        You could have just voted in the runoff.  There again, we

4    didn't want to eliminate that status or that element of the

5    voter's history.  We just felt like it could potentially

6    introduce a level of targeting or bias or it just wasn't

7    necessary.  It was -- it could have been removed or

8    reinterpreted by the county.

9    **Q.**   Once you account for inactive voters and voters who did

10   not vote in the general election, did the total number of

11   eligibility inquiries between True the Vote's list and

12   Mr. Somerville's and Mr. Davis' list practically even out?

13   **A.**   Yes.

14   **Q.**   Earlier you testified about Brian Robinson.

15       How did True the Vote become introduced to Brian Robinson?

16   **A.**   As I generally recall, he was recommended to us by a

17   Georgia legislator.  That's my best recollection.  And I just

18   called him.  I don't --

19   **Q.**   And why was the introduction made between True the Vote

20   and Brian Robinson?

21   **A.**   I was looking for someone who could help oversee, just

22   broadly, Georgia communications.  Anything that was going to be

23   published in any format, we wanted it to be put through the

24   lens of somebody that knew well the environment.

25       And I didn't know it at the time, but I came to understand

```
 1    that he also worked with the Secretary of State, which I saw as
 2    a plus.  Because then I thought, well, he will help us stay in
 3    the road.
 4        Mr. Robinson and I have -- I worked with Mr. Robinson
 5    from -- or True the Vote worked with Mr. Robinson from October
 6    of 2020 through April of 2021.  I found him to be very even
 7    keeled, very thoughtful.  And that was exactly what we were
 8    looking for.
 9        And I enjoyed working with him a great deal.
10    Q.   What was Brian Robinson's reputation as far as a
11    communication specialist in Georgia?
12    A.   Very highly regarded and --
13            MR. NKWONTA:  Objection, Your Honor.
14            His representation is irrelevant, and it is
15    inadmissible.
16            THE COURT:  I think it might be relevant.  But it is
17    hearsay.
18            MR. EVANS:  Well, I'm asking her personal knowledge
19    of his reputation.
20            MR. NKWONTA:  The issue is not personal knowledge.
21    The issue is the out-of-court statements that are used to
22    inform that that she's testifying to.
23            THE COURT:  She's --
24            MR. EVANS:  If I could respond, Judge.
25            THE COURT:  Well, Ms. Engelbrecht is from Texas.  How
```

```
 1   would she know about his reputation unless somebody told her or
 2   she read about it?
 3              MR. EVANS:  Well, it would be her personal knowledge
 4   based upon -- everything eventually comes in from
 5   externalities.  Over time, you -- if I ask -- what is Georgia
 6   Bulldogs' reputation, I mean --
 7              THE COURT:  That's an easy question, though.
 8              MR. EVANS:  I agree.  I agree it is an easy one.  But
 9   my point is just that I'm asking her personal knowledge of what
10   his reputation is.
11              THE COURT:  Here is how we can handle it.
12              Do you think Brian Robinson has an excellent
13   reputation?
14              THE WITNESS:  Absolutely, yes.
15              THE COURT:  Good enough.
16              MR. EVANS:  All right.  Thank you, Judge.
17   BY MR. EVANS:
18   Q.   Is Brian Robinson's excellent reputation -- or strike
19   that.
20              Did True the Vote engage Brian Robinson in December
21   of 2020?
22   A.   He had been engaged previously.  But he was engaged during
23   that period, yes.
24   Q.   When did True the Vote engage Brian Robinson?
25   A.   At some point in October.  That is what my payroll
```

1    indicates.

2    **Q.**    And why did True the Vote engage Brian Robinson?

3    **A.**    Because we want -- again, coming out of 2020, and being

4    very sensitive to appropriate communication that would not

5    be -- that would be -- that would be thoughtful and

6    appropriate, and I don't want to say middle of the road, but

7    just grounded, that's what we were looking for.

8          And I have worked with many communications professionals.

9    And I would say that, in my experience, Mr. Robinson was among

10   the finest in all -- in all fronts.

11   **Q.**    Did True the Vote engage Brian Robinson because it wanted

12   to exercise utmost diligence in its communications?

13               MR. NKWONTA:  Objection.

14               THE COURT:  Hold on.  We have an objection.

15               MR. NKWONTA:  Objection.  Leading.

16               THE COURT:  Rephrase.

17   BY MR. EVANS:

18   **Q.**    Did True the Vote want to be -- exercise utmost diligence

19   in its communication?

20               MR. NKWONTA:  Objection.  Leading.

21               MR. EVANS:  It's a did.  It's a did.

22               THE COURT:  It could be a --

23               MR. NKWONTA:  It's a leading question if I ever heard

24   one.

25               THE COURT:  It could be an answer of yes or no.  Most

```
 1   leading questions only lead to one answer.  This question does
 2   give an option of yes and no.
 3           MR. NKWONTA:  That's what makes it leading,
 4   Your Honor.
 5           THE COURT:  Well, you probably know more about it
 6   than I do.  But I'm going to allow it.
 7   BY MR. EVANS:
 8   Q.   Did you hear the question?  Do you want me to --
 9   A.   Yes.  And yes.
10   Q.   I'm going to hand you Plaintiffs' Exhibit 42.
11           MR. EVANS:  If I may approach, Judge.
12           THE COURT:  Yes.
13   BY MR. EVANS:
14   Q.   And do you recognize that document?
15   A.   I do, yes.
16   Q.   What is that document?
17   A.   This is a blog post that was printed from our website.
18   Q.   And who wrote this language?
19   A.   Brian Robinson wrote all of the Georgia language.
20   Q.   And in the last paragraph of the body --
21        Do you see that paragraph?
22   A.   Yes.
23   Q.   And if you could read that last sentence.
24           MR. EVANS:  I believe this has been admitted, Judge.
25           THE COURT:  Well, I'm trying to check before she --
```

1    before Ms. Engelbrecht reads it.

2              MR. EVANS:  42.

3              THE COURT:  42.  Ms. Wright, do you have 42 in?

4              COURTROOM DEPUTY CLERK:  Yes, sir.  It was admitted

5    on the 26th.

6              THE COURT:  She can read from it.

7              MR. EVANS:  Okay.  Thank you.

8    BY MR. EVANS:

9    **Q.**   If you could read that last sentence there.

10   **A.**   The last sentence, this is a quote from Secretary of State

11   Brad Raffensperger, who was quoted as saying, I support any

12   effort that builds faith in our election system that follows

13   the proper legal --

14   **Q.**   I meant -- I'm sorry about that.  I meant the sentence

15   before that one.  Second to last sentence.

16   **A.**   Okay.  Though federal law restricts our ability to update

17   our voter registration lists, the elector challenge is a

18   vehicle under our law to ensure voter integrity.

19   **Q.**   Uh-huh (affirmative).

20        And the next sentence.

21   **A.**   I support any effort that builds faith in our election

22   system that follows the proper legal procedure.

23   **Q.**   And is that sentence consistent with the understanding

24   that you left when you met with the Secretary of State and his

25   staff in mid-December?

1   A.   Yes.

2   Q.   Does this Plaintiffs' Exhibit 42 reference a 364,000

3   number?

4   A.   Yes.

5   Q.   Did True the Vote submit or facilitate the submission of

6   364,000 eligibility inquiries?

7   A.   No.

8   Q.   Why was 364,000 mentioned in Plaintiffs' Exhibit 30 -- 42?

9   A.   This was the number across the entire state.  And the

10  recommendation of Mr. Robinson, and just in light of bringing

11  attention to the number, I think a number that he was -- based

12  upon my takeaway from the meeting and the participants in the

13  meeting and my understandings, it was -- it was recognized that

14  that number was -- was a big number and something needed to be

15  done.  And so he didn't want to shy away from that number.

16  Q.   Did you defer to his judgment?

17  A.   I did.

18  Q.   Why?

19  A.   I felt as he had a -- he had a -- first of all, I just --

20  I broadly trusted him.  He was a professional.  And he

21  understood all of the dynamics in play, including having worked

22  with the Secretary of State.  So I just -- I felt like this was

23  appropriate.

24  Q.   Did Brian Robinson in December of 2020 work with Secretary

25  of State Brad Raffensperger?

1  **A.**    My understanding is that yes, he was.

2  **Q.**    Did you believe that was positive?

3  **A.**    Yes, I did.

4  **Q.**    Why?

5  **A.**    I felt like it would -- because we were absolutely

6  inclusive or -- that's not the right word.  We absolutely

7  shared every aspect of this project.  And clearly the numbers

8  and the overall approach and the knowledge that -- I mean, he

9  was the one that helped facilitate the meeting with the

10  Secretary of State.

11      The knowledge that he sort of had a -- you know, an ear

12  to -- into both camps, if you will, gave me added confidence

13  that -- that it would -- that the messaging would be well

14  received.

15  **Q.**   In your personal capacity or on behalf of True the Vote,

16  did you ever speak to a voter regarding an eligibility

17  challenge?

18  **A.**    The volunteers that submitted them, who were voters, yes.

19  But --

20  **Q.**    Let me rephrase that, just so it's clear.

21  **A.**    Sure.

22  **Q.**    In your personal capacity or on behalf of True the Vote,

23  did you ever speak to a voter that's eligibility was being

24  inquired about?

25  **A.**    No, not to the best of my knowledge.

1  **Q.**   In your personal capacity or on behalf of True the Vote,

2  did you ever direct a communication of any sort to a voter

3  regarding an eligibility challenge?

4  **A.**   No.

5  **Q.**   In your capacity or on behalf of True the Vote, did you

6  ever make a social media post mentioning any person that was on

7  an eligibility inquiry list that True the Vote facilitated the

8  submission of?

9  **A.**   No.

10  **Q.**   In your personal capacity or on behalf of True the Vote,

11  did you ever attempt or intend to threaten a voter?

12  **A.**   No.

13  **Q.**   In your personal capacity or on behalf of True the Vote,

14  did you ever attempt or intend to coerce a voter?

15  **A.**   No.

16  **Q.**   In your personal capacity or on behalf of True the Vote,

17  did you ever attempt or intend to intimidate a voter?

18  **A.**   No.

19  **Q.**   Prior to this trial, did you know who Scott Berson was?

20  **A.**   No.

21  **Q.**   In your personal capacity or on behalf of True the Vote,

22  have you ever communicated in any way with Scott Berson?

23  **A.**   No.

24  **Q.**   In your personal capacity or on behalf of True the Vote,

25  have you ever facilitated the eligibility inquiry regarding

1     Scott Berson?

2     **A.**    No.

3     **Q.**    Do you know who Gamaliel Warren Turner is prior to this

4     trial?

5     **A.**    No.

6     **Q.**    In your personal capacity or on behalf of True the Vote,

7     have you ever communicated in any way with Gamaliel Turner?

8     **A.**    No.

9     **Q.**    In your personal capacity or on behalf of True the Vote,

10    have you ever challenged the voter eligibility of

11    Gamaliel Turner?

12    **A.**    No.

13    **Q.**    Do you know who Jocelyn Heredia is?

14    **A.**    Yes.

15    **Q.**    Other than this trial, do you know who Jocelyn Heredia is?

16    **A.**    No.

17    **Q.**    In your personal capacity or on behalf of True the Vote,

18    have you ever communicated in any way with Jocelyn Heredia?

19    **A.**    No.

20    **Q.**    In your personal capacity or on behalf of True the Vote,

21    have you ever personally challenged the voter eligibility of a

22    person named Jocelyn Heredia?

23    **A.**    I'm sorry.  Can you repeat that question?

24    **Q.**    In your personal capacity or on behalf of True the Vote,

25    have you ever personally challenged the voter eligibility of a

1  person named Jocelyn Heredia?

2  **A.**  No.

3  **Q.**  Do you know who Stephanie Stinetorf is prior to the trial?

4  **A.**  No.

5  **Q.**  In your personal capacity or on behalf of True the Vote,

6  have you ever communicated in any way with Stephanie Stinetorf?

7  **A.**  No.

8  **Q.**  In your personal capacity or on behalf of True the Vote,

9  have you ever challenged the voter eligibility of

10  Stephanie Stinetorf?

11  **A.**  No.

12  **Q.**  In your personal capacity or on behalf of True the Vote,

13  did you ever attempt or intend to intimidate Scott Berson,

14  Gamaliel Turner, Jocelyn Heredia, or Stephanie Stinetorf?

15  **A.**  No.

16  **Q.**  So now I want to go to discussion of bounties.

17      Did you create a bounty for the prosecution of any voter?

18  **A.**  No.

19  **Q.**  Would you have ever under any circumstances created a

20  bounty of any sort?

21  **A.**  No.

22  **Q.**  There has been comments about your use of the word bounty.

23      Would you like to provide the context of your use of that

24  word?

25  **A.**  Yes.  I used that word in describing what we had thought

1   we were going to set up, which was a -- the hopes of some kind

2   of a -- just a support for whistleblowers.  And I used that

3   word one time in a live podcast.  And the minute I uttered

4   it -- it was in my head for a couple of reasons.

5       The IRS has a bounty program that they use the word bounty

6   in.  And I was familiar with that.

7       And I had -- as the Court has heard, I had a -- I don't

8   know, I hate to use the word donor, but someone who had come to

9   us with a large amount of money.  And he -- he was using that

10  word, so that was in my head.

11      And I can remember as -- the word coming out of my mouth

12  and then saying that's not -- immediately revising it to say

13  some kind of fund where people could come forward that we could

14  help cover their litigation fees.

15      We had people reporting all kinds of things.  As the

16  process went further and looking into some things, there were

17  people that needed -- you know, that needed support.

18      And so that -- that was it.  And to the best of my

19  knowledge, that is the only time that word was used.  I wish it

20  would have never come out of my mouth.  But it did.

21  **Q.**   When you testified this week, last week, I can't even

22  remember when it was, there was mention of reimbursement for

23  medical bills.

24      What was that?

25  **A.**   We had had -- we had someone come forward as an informant.

1        Also I have learned through this process that even the

2   word whistleblower is not the proper word, because that

3   typically means a federal government employee.  But regardless,

4   I used that word improperly, too.

5        Come forward and described in great detail his involvement

6   in an arrangement where he was --

7             MR. NKWONTA:  Objection.  Hearsay.

8             THE COURT:  You can't say what he said or what you

9   read of what he said.  Sustained.

10  BY MR. EVANS:

11  **Q.**   You can talk about this.

12  **A.**   So --

13  **Q.**   Just don't say what someone said outside of court.

14            THE COURT:  Hold on.

15            MR. NKWONTA:  I object to that instruction, because

16  not only can she not say what he said, she cannot paraphrase

17  what he said or talk about reflections of what he said.

18            So, in other words, she can't get in what he said

19  by -- simply by avoiding the terms, he said.  And I think

20  that's what they're trying to do right now.

21            THE COURT:  Thank you for telling us.

22            MR. EVANS:  I'm just asking for her personal

23  knowledge.  I can re-ask a question, if that makes it clear.

24            Thank you, Judge.  I'm happy to do that.

25

```
 1   BY MR. EVANS:
 2   Q.   Has it -- have you ever suggested the offer of
 3   reimbursement for medical bills?
 4   A.   Yes.
 5   Q.   When?
 6   A.   In an email that -- well, I guess in two ways.
 7        One was in an email sent to -- by -- from me to an
 8   individual who had -- who had given us a donation.
 9        And there was -- there was a lot of uncertainty about
10   whether or not -- how dollars were going to be used or
11   considered.
12        And I used the -- I described needing to set aside what
13   I -- what I perceived to be set aside for medical bills.  And
14   then, of course, the medical bills that actually were paid, and
15   so it was described -- it was discussed at that moment when
16   things were paid.
17   Q.   Is it an unfair characterization for anyone to suggest
18   that you offered a bounty?
19   A.   Yes.
20   Q.   Why?
21   A.   Well, it's taken out of context.  I was echoing back a
22   word that I felt like this individual would respond to.  And I
23   was deeply concerned about what was happening with this
24   informant.  And it was just my hope that no matter where
25   everything else landed that we would be able to cover those
```

1    expenses.

2        And I was -- you know, I could -- I certainly could have

3    explained it more clearly and used better language.  But I

4    was -- that's what I -- that's why that went the way it did.

5    **Q.**   I next want to talk about the comments that have been

6    brought by Navy SEALs.

7        Did Navy SEALs ever act as agents or recruit of you or

8    True the Vote?

9    **A.**   I had a former -- to the degree that you're ever a former

10   Navy SEAL, I guess -- I had a former Navy SEAL who was a

11   spokesperson for a program called Continue To Serve.  So in

12   that respect, yes.

13       And then the -- and then the goal was to -- for him to go

14   and speak to groups of first responders or veterans.

15   **Q.**   What is the context of the Navy SEAL comment that is the

16   subject in this case?

17   **A.**   I was invited to give a presentation to the Council for

18   National Policy in February of 2020 in Dana Point, California.

19   And during the course of my presentation, I described

20   initiatives that True the Vote was going to be part of.

21       One was Continue To Serve.  And another was Intercessory

22   Prayer.  Another was online training, things that we've long

23   been involved in.

24       But that one line that is at issue here was clipped out of

25   my comments when, as I was describing the program.  And I

```
1    didn't see it as a negative.  I meant it as a compliment to

2    veterans who are, first of all, always about service.

3         Secondly are very good at following process and upholding

4    the law.  And I thought it was a compliment.

5         I was very shocked some months later to see an article

6    that appeared -- and by the way, the CNP, to the degree that

7    anything is private any longer, was a private meeting.

8         I was very shocked to see the audiotape appear as an embed

9    in an article written by a publication called The Intercept.

10        And so they talked about this ominous program and, you

11   know, using -- using their narrative.  And then they embedded

12   the audio clip, which is now -- the link has been long since

13   broken, I imagine.  But it's still -- it's still there on the

14   page.  It just doesn't work.

15        That's where that audio came from.  It's taken entirely

16   out of context.  It had nothing to do with any matter in

17   this -- other than what, you know, is before the Court now

18   is -- it had nothing else to do -- I was -- I was very

19   disappointed to see it presented in such a way, such an

20   honorable opportunity to -- you know, to work with veterans and

21   first responders and it caused quite a stir.

22   Q.   Would you ever recruit a Navy SEAL to intimidate a voter?

23   A.   Absolutely not.

24   Q.   Would you ever recruit a Navy SEAL to threaten a voter?

25   A.   No.
```

| | |
|---|---|
| 1 | **Q.**   Would you ever recruit a Navy SEAL to coerce a voter? |
| 2 | **A.**   No. |
| 3 | **Q.**   Have you ever recruited a Navy SEAL to intimidate, |
| 4 | threaten, or coerce a voter? |
| 5 | **A.**   No. |
| 6 | **Q.**   I next want to talk about a gentleman that has been named |
| 7 | a lot in the trial, which is Alton Russell. |
| 8 |      Do you know Alton Russell? |
| 9 | **A.**   No. |
| 10 | **Q.**   In 2020 of December, or at any point, is Alton Russell -- |
| 11 | was Alton -- strike that. |
| 12 |      Has Alton Russell ever been affiliated with True the Vote |
| 13 | in any way? |
| 14 | **A.**   Not to the best of my knowledge. |
| 15 | **Q.**   Did Alton Russell submit an eligibility inquiry in |
| 16 | Muscogee County that True the Vote did not have -- strike that. |
| 17 |      Was True the Vote involved with Mr. Russell's submission |
| 18 | of an eligibility inquiry in Muscogee County? |
| 19 | **A.**   No. |
| 20 | **Q.**   How do you know that? |
| 21 | **A.**   A few reasons.  The first is when news broke of that |
| 22 | challenge, it was before we had begun to file anything on |
| 23 | behalf of Georgia citizens.  So I knew something was not right. |
| 24 |      Additionally, the number of challenges was almost ten |
| 25 | times what our list was.  It didn't -- our list didn't go |

 1   anywhere, but it was still created, as we did for all of the

 2   counties in the entire state.

 3         That was supported ultimately in the Ben Hill case when

 4   they defined the nature of, you know, the numbers and the dates

 5   and all of that was not in alignment with our project.

 6   **Q.**   What day did -- based upon your personal knowledge, did

 7   Mr. Russell submit his eligibility inquiry in Muscogee County?

 8               MR. NKWONTA:  Objection, Your Honor.

 9               THE COURT:  That has got to be hearsay.  She would

10   have to read it.

11               MR. EVANS:  Well, she may know it, Judge.  And we --

12               THE COURT:  Do you know it without someone telling

13   you or you reading it?

14               THE WITNESS:  I do, actually.

15               THE COURT:  I want to hear this answer.  I don't see

16   how she can explain it.  But I want to hear this answer.  I can

17   always strike it.

18               THE WITNESS:  Well, and I may be -- it may be a

19   compound that may still be --

20               THE COURT:  How do you know when Alton Russell filed

21   his charges?

22               THE WITNESS:  Because it was listed -- December 14th

23   was listed in the -- I don't know which filing it was in the

24   Ben Hill, Muscogee County.

25               THE COURT:  That's hearsay.

```
 1            MR. EVANS:  And, Judge, we filed the motion for
 2    judicial notice on that and also one of the articles.
 3            THE COURT:  Well, there's been a challenge to it --
 4    not a challenge to it.  An objection to it.  So the judicial
 5    notice is not in evidence.
 6            So the only way Ms. Engelbrecht can know is somebody
 7    telling her or she had to read about it.  And both ways are
 8    hearsay.
 9            MR. EVANS:  Yes.  So can we get an expedited ruling
10    on that motion?
11            THE COURT:  No.  Good try, though, Mr. Evans.
12            Mr. Nkwonta?
13            MR. NKWONTA:  I think you've covered it.
14            I would just add that even if the Court does take
15    judicial notice, that does not cure the hearsay within the
16    document.
17            THE COURT:  Okay.  Let's go to another question,
18    Mr. Evans.
19            MR. EVANS:  Sure, Judge.  Not a problem.
20    BY MR. EVANS:
21    Q.   If you could go back -- and I know you're in the middle
22    and then we kind of went sideways -- of all the reasons why you
23    know Mr. Russell was not affiliated with True the Vote?
24    A.   Again, the timeline -- and there was more than just the
25    filings.  There was also a newspaper article that was before we
```

 1   had done anything and so that was of note.  The --

 2            MR. NKWONTA:  Objection.

 3            Sorry, Your Honor.

 4            THE COURT:  The newspaper article is hearsay.

 5            Would it be fair to say you know that he was not

 6   associated with True the Vote because you are the CEO or

 7   president of True the Vote and you didn't ask him to challenge

 8   anyone and you never had any contact with him and True the Vote

 9   has no working relationship with him?

10            THE WITNESS:  That -- I couldn't have said it better

11   myself.

12            THE COURT:  Smart lady.

13            THE WITNESS:  That is correct.

14            THE COURT:  Next question.

15   BY MR. EVANS:

16   **Q.**   So let's shift to True the Vote's partnerships.

17        Did the True the Vote in December of 2020 in its actions

18   in Georgia try to have cooperative relationships with any

19   organizations?

20   **A.**   Yes.

21   **Q.**   And what organizations were those?

22   **A.**   Initially, it was only going to be Intercessors for

23   America, which is a national intercessory prayer group with a

24   Georgia affiliate so -- and we were doing an initiative called

25   Vote Serve Pray.  So that was it.

1    And then as -- as we were -- I was introduced to
2    David Shafer, that opportunity of just a happenchance
3    conversation turned into a representation of the partnership.
4    And the hope then immediately was, okay, well, let's stop
5    using that term, which again, was very, you know, loosely
6    defined, but for both parties.
7    And the idea was just to, you know, take advantage of the
8    things that we had already publicly posted.  It just felt very
9    cooperative.
10   I mean, I'm over answering, but those were the two parties
11   and then Intercessors for America were the -- and we have a
12   partnership, like a button on our website.  It's just a word we
13   use a lot.
14   **Q.**   Did True the Vote give any preference to either
15   political -- or any political party in its cooperative
16   relationships in December of 2020?
17   **A.**   No.
18   **Q.**   Did True the Vote reach out to the Democrat party about a
19   partnership in its efforts in Georgia in 2020?
20   **A.**   Yes.
21   **Q.**   And what resulted from that outreach?
22   **A.**   There was no -- no response.  But that's --
23   THE COURT:  I think we're repeating some of the
24   questions that were asked of Ms. Engelbrecht on cross.  And
25   that was definitely one that was asked on cross by plaintiffs'

 1  counsel.

 2         MR. EVANS:  That's right, Judge.  I'm just trying to

 3  clean it up because I didn't have an opportunity to direct on

 4  that.

 5         THE COURT:  Well, but it has already been asked and

 6  answered.  I don't think it needs to be asked again, unless you

 7  have got a double area on it.

 8  BY MR. EVANS:

 9  **Q.**   So Time for a Hero, what is Time for a Hero?

10  **A.**   Time for a Hero was a nonprofit organization that was

11  created to support special forces, veterans with traumatic

12  brain injuries in getting adipose stem cell tissue treatments

13  overseas.

14  **Q.**   And what happened to Time for a Hero?

15  **A.**   In 2019, the clinic that -- the only clinic that we used,

16  which was in the Bahamas, was flattened by a hurricane.  And so

17  in the -- as the program -- I mean, it was always small because

18  it was very, very expensive, and it was -- it was just a small

19  program.

20         But it really didn't get much wind in the sails because --

21  at least for our purposes and way of thinking that stem cell

22  focus, which was adipose stem cell to be clear, it's taken from

23  your own fat and spun and sort of body heal thyself, which was

24  not illegal -- not legal here in the United States.

25         So anyway, the -- it was -- when that clinic -- which was

1  a one of a kind.  I think there was maybe one other in Japan.

2  When it was destroyed, that was it.

3  **Q.**   Did you have access to Time for a Hero's social media

4  accounts?

5  **A.**   No.

6  **Q.**   Do you know what Crusaders for Freedom is?

7  **A.**   Just in the course of this -- these proceedings.

8  **Q.**   Other than this trial, did you know what Crusaders for

9  Freedom is?

10  **A.**   No.

11  **Q.**   Did you have any access to Crusaders for Freedom's social

12  media accounts?

13  **A.**   No.

14  **Q.**   Did you ever at any point post or instruct anyone to post

15  on Crusaders for Freedom's social media account?

16  **A.**   No, I did not.

17  **Q.**   What was Validate the Vote?

18  **A.**   Validate the Vote was a term given to me by a consultant

19  of an individual who donated a large amount of money to

20  True the Vote.

21     The consultant had already purchased the URL, had a

22  website plan.  It was a name they wanted to use.  I adopted

23  that name for the purposes of explaining, publicly explaining,

24  the lawsuits that were filed in the immediate aftermath of the

25  general election of 2020, and shortly after filing were -- were

 1   withdrawn.

 2   **Q.**   What was the Validate the Vote Georgia?

 3   **A.**   Validate the Vote Georgia was the reuse of a logo

 4   inserting the word Georgia and trying to reframe.  Because now

 5   the whole country was looking at Georgia and trying to reframe

 6   the -- all the same tools and services that True the Vote

 7   offered was now focused on and trying to raise awareness around

 8   its -- you know, Georgia is still working and that was it.

 9   **Q.**   Was Validate the Vote or Validate the Vote Georgia in any

10   way affiliated with the eligibility inquiries that are the

11   subject of this case?

12   **A.**   No.

13   **Q.**   How do you know?

14   **A.**   Because I'm the president and CEO of True the Vote.  And

15   that was never a part of it.  It was -- it was meant to say,

16   you know, focus on the election integrity hotline as an outlet

17   for people and the available tools on the website.

18   **Q.**   Do you know who Fred Eshelman is?

19   **A.**   Yes.

20   **Q.**   Was Fred Eshelman in any way involved with the eligibility

21   inquiries that are the subject of this case?

22   **A.**   No.

23   **Q.**   Was any money donated by Fred Eshelman to True the Vote

24   conditioned upon any work done by True the Vote?

25   **A.**   No.

**Q.**   Was any money donated by Fred Eshelman conditioned upon any work done that is the subject of this case?

**A.**   No.

**Q.**   Do you know how many people filed eligibility challenges in Georgia in December of 2020?

**A.**   I am not certain.  Based upon our records, it appears that approximately 62 -- 62, 63 inquiries were filed.

**Q.**   How many people filed eligibility inquiries in Georgia that were unaffiliated with True the Vote?

**A.**   Many.  I do not know the number.

**Q.**   Given that countless people filed eligibility inquiries in Georgia, is there any way to causally link a challenge to True the Vote?

MR. NKWONTA:  Objection.  Calls for a legal conclusion.  Causally link and lack of personal knowledge.

Calls for a legal conclusion in asking her whether she can causally link anything to True the Vote.  And it calls for an answer that is not based on her personal knowledge.

THE COURT:  Well, I think he is right on both accounts, Mr. Evans.  So I'm sustaining that objection.

BY MR. EVANS:

**Q.**   Next I want to go into --

MR. EVANS:  Judge, I can keep going or I'm at a breaking point.

THE COURT:  I'll tell you when to stop.

1    MR. EVANS:  Okay.  I'm totally good with that.  I'm

2    just making sure, being respectful to Your Honor.  I don't want

3    to go too late and be forcing anything.

4    And this is our final witness too, just so the Court

5    knows.

6    THE COURT:  Okay.

7    BY MR. EVANS:

8    **Q.**   Manner -- I want to go to manner of submission of

9    eligibility inquiries.

10   For True the Vote, how were eligibility inquiries

11   submitted?

12   **A.**   We submitted them via email.  We did not submit -- because

13   we thought we were going to have to do paper copies.  But that

14   was not -- we submitted via email.  And we created a -- an

15   email called GA Elector Challenge.  And they were sent via that

16   email address with the cover letter in the body of the email

17   and then the attached -- two forms of the attached data.

18   **Q.**   Why -- why did you submit them that way?

19   **A.**   We wanted to establish a chain of custody.  So we knew,

20   and as we've seen, there is a lot of back and forth.  We wanted

21   to be able to say that came from us.  We wanted to submit it in

22   two forms, both CSV and Excel.

23   And it was our belief that that was efficient, that that

24   would be helpful for any kind of potential future determination

25   of what -- who sent what to whom.  Security.

1      Although the challengers were being copied in and blind

2  copied and their information was there, putting their personal

3  email out, because it is so quick, I mean, I can tell you that

4  at Georgia -- that Georgia email, just to give you an example,

5  was sent to 60-some counties.

6      You would think one way out, maybe they have a response

7  back to us, maybe a little bit of traffic there.  Within the

8  first few days, that email address had over 2,000 emails.  And

9  I think all submitted into discovery.  And that's just -- it's

10  just cautious.  That's why we did it that way.

11  **Q.**   Could individuals also submit them individually on their

12  own?

13  **A.**   Yes.

14  **Q.**   Why did True the Vote also give individuals the ability to

15  submit them on their own?

16  **A.**   It's not so much giving them the ability.  I mean, they

17  can do what they want to do.  We had a preferred process that

18  we shared with them.  But that is not necessarily what they

19  did.  And we just tried to keep the lines as clean as we could

20  for all the reasons that we've already covered.

21  **Q.**   Did individuals who submitted eligibility inquiries have

22  the ability to change the list?

23  **A.**   They would have had the ability to change the list or

24  provide feedback.  But then once we sent them, and we did

25  receive a lot of feedback, but once we sent those, that -- we

1  wanted to make sure that everybody knew that those were the

2  ones that were sent.  So that's how that was handled.

3  **Q.**   I next want to talk about Joe Martin.

4      Do you know an individual named Joe Martin?

5  **A.**   Not outside of this situation.

6  **Q.**   What is your knowledge of Joe Martin, to the extent you

7  have any?

8          THE COURT:  I don't understand that question.

9          She just answered she doesn't know him outside of

10  this situation.  So either I didn't understand the answer or I

11  didn't understand the question.

12  BY MR. EVANS:

13  **Q.**   What do you know about Joe Martin?

14  **A.**   I know that, according to all of our records, Joe Martin

15  came to us as a volunteer for Taliaferro County.

16      And Joe Martin, according to all we can see, was doing at

17  least two other challenges.  So I don't -- that's -- I'm not

18  sure how to really answer that.  I mean, his role with us was

19  that.  But he was also doing a lot of other stuff.

20          MR. EVANS:  And Judge, I've got Plaintiffs' Exhibit

21  69, if I may approach.

22          THE COURT:  Yeah.

23          THE WITNESS:  Thank you.

24  BY MR. EVANS:

25  **Q.**   I just handed you Plaintiffs' Exhibit 69.

```
 1            Whose name is at the bottom of that document?

 2   A.    Clair Joseph Martin.  So Joe Martin.

 3   Q.    Do you find anything unusual about -- strike that.

 4         From True the Vote's perspective, is there anything

 5   unusual about that document?

 6   A.    Oh, yes.  This was not the format that we used.  Clearly

 7   not -- you know, not our affiliation.  It's a two-sided

 8   document.  There is no reference to the different file types or

 9   the indication of the Georgia Elector Challenge email.

10         But most significantly is that this date is December 17th,

11   which is the day before challenges were filed on Mr. Martin's

12   behalf and at his request with True the Vote or through

13   True the Vote's email.

14   Q.    Is this document consistent with eligibility inquiries

15   submitted by True the Vote affiliates?

16   A.    No.  This is not the format that we used.

17   Q.    How does it look different?

18   A.    Well, letterhead.  The overall layout of the styling of

19   the opening addresses and references, attachments.  As I

20   mentioned, there was -- you know, he lists the number here.

21   Talks about his own attachment.  Does not include the reference

22   to CSV, which was a standard in all of our communications, a

23   CSV or an XML and request for any other feedback.  That kind of

24   language is absent.

25         The digital signature at the bottom is inconsistent.  We
```

 1    had all the voters' information at the bottom.  And then on the

 2    backside where they -- the recitation of 21-230, which we

 3    didn't include.

 4    **Q.**   Were there any other interactions with Joe Martin that

 5    True the Vote felt -- felt were unusual?

 6    **A.**   Yes.

 7    **Q.**   What were those interactions?

 8    **A.**   You know, I don't know if I used the word unusual.  But I

 9    mean -- well, yeah.  Maybe unusual is the right word.

10         So clearly this was already all happening and there were

11    other exhibits that have already been submitted that show he

12    was also doing individual challenges.

13         And then we submitted -- there is an email thread showing

14    that, you know, we submitted at his behest on the 18th, and

15    then he responded.  That was on a Friday, the 18th.

16         On a Sunday, he said that the impact of the challenges was

17    not good and that he wanted to withdraw.  And so we immediately

18    withdrew the challenges, again at his -- at his behest.  And

19    that was the end of it as far as we were concerned.  It was

20    sort of it happened and then it stopped.

21    **Q.**   Uh-huh (affirmative).

22         I next want to talk about your observations about

23    Dr. Mayer.

24         Based upon the testimony you heard, did you have any

25    layperson observations about his testimony?

```
1    A.    Yes.  Many.

2    Q.    What were those?

3    A.    The most concerning was where did the data come from.

4              MR. NKWONTA:  Objection, Your Honor.

5              This is not within the realm of lay witness opinion.

6              THE COURT:  How can this witness critique Dr. Mayer's

7    testimony or report?

8              MR. EVANS:  Well, she will just go to the data

9    from -- I mean, not getting into reliability, technicalities,

10   but based upon, for example, there being no middle names.

11             THE COURT:  The what?  Names?

12             MR. EVANS:  There being no middle names in the data.

13   I mean, that is just -- it doesn't -- I am not an expert, but

14   if it doesn't have middle names, I can tell you that's a

15   blatant inconsistency of the data.

16             MR. NKWONTA:  I renew my objection that a lay witness

17   cannot offer that type of testimony.

18             If the Court is going to allow it, then I request an

19   opportunity to voir dire her before she gives this testimony.

20             THE COURT:  I'm not going to allow it.

21             There are certain things this witness might be able

22   to talk about regarding Dr. Mayer, but so far I haven't heard

23   anything that you would offer based -- again, highly

24   intelligent witness, not questioning your intelligence.  But

25   she can't do that.
```

```
 1              MR. EVANS:  Well, what about the data?  I mean, I'm
 2    just -- as far as nothing about the expert findings.  But in
 3    completeness of the -- for example, like I said, no middle
 4    names.  I mean, that --
 5              THE COURT:  I think this witness can testify about
 6    the incompleteness of the data.  But she's going to have to
 7    have personal knowledge, not about something she read about the
 8    incompleteness of the data.
 9              MR. EVANS:  Uh-huh (affirmative).
10              What I would propose, Judge, is I ask her that
11    question.  If she gets into any technicalities, and I said
12    what's your layperson, personal observations about his
13    testimony and see what -- see what happens.
14              THE COURT:  If you disagree, you can obviously
15    object.
16              MR. EVANS:  Thank you, Judge.
17    BY MR. EVANS:
18    Q.   Go ahead.  I can reask the question.
19    A.   Yeah.  I just want to answer it properly in the proper
20    context, I guess.
21    Q.   What were your -- hearing Dr. Mayer's testimony, did you
22    have any layperson observations from what you heard?
23    A.   Yes.  And I'll start with something else that was
24    concerning.  And I don't know if this is -- you guys will tell
25    me.
```

1        But in his testimony, he described that he took 65

2   separate files and concatenated them together and couldn't

3   address his own margin of error or even address where that came

4   from.  Maybe I've overstepped.  I'm not sure.

5              THE COURT:  Again, with all due respect --

6              THE WITNESS:  Yeah.

7              THE COURT:  -- this witness can't -- that line of

8   answer cannot be accepted.  I will sustain the objection.

9              You were making an objection; correct?

10             MR. NKWONTA:  Yes, Your Honor.

11   BY MR. EVANS:

12   **Q.**   Did you review the data that True the Vote used in

13   generating its list?

14   **A.**   Yes.

15   **Q.**   Did that data have middle names?

16   **A.**   Yes.

17   **Q.**   And initials?

18       Did Dr. Mayer's data that he referenced have middle names?

19             MR. NKWONTA:  Objection, Your Honor.

20   BY MR. EVANS:

21   **Q.**   Middle initials?

22             THE COURT:  I tell you what.  Again, I don't think

23   this witness can testify.  But I think it's getting a little

24   dark.  So I'm going to stop right here for the day.

25             We'll start back in the morning at 9:00.

1       Thank you-all.

2       MR. EVANS:  Thank you, Judge.

3       COURTROOM SECURITY OFFICER:  All rise.

4           **(The proceedings were thereby adjourned at 5:25**

5           **PM.)**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT
OFFICIAL CERTIFIED TRANSCRIPT

```
 1                    C E R T I F I C A T E

 2

 3   UNITED STATES OF AMERICA

 4   NORTHERN DISTRICT OF GEORGIA

 5

 6        I, SHANNON R. WELCH, RMR, CRR, Official Court Reporter of

 7   the United States District Court, for the Northern District of

 8   Georgia, Gainesville Division, do hereby certify that the

 9   foregoing 145 pages constitute a true transcript of proceedings

10   had before the said Court, held in the City of Gainesville,

11   Georgia, in the matter therein stated.

12        In testimony whereof, I hereunto set my hand on this, the

13   6th day of November, 2023.

14

15

16   _____
                                         SHANNON R. WELCH, RMR, CRR
17                                       OFFICIAL COURT REPORTER
                                         UNITED STATES DISTRICT COURT
18

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT
OFFICIAL CERTIFIED TRANSCRIPT

**BY MR. EVANS: [60]**  1717/8 1721/19
1722/10 1725/1 1725/11 1726/5
1726/15 1726/24 1727/20 1728/9
1730/9 1732/19 1733/6 1734/2 1738/2
1739/16 1740/3 1741/19 1743/12
1747/14 1749/22 1756/22 1768/7
1770/20 1771/11 1774/2 1774/21
1775/23 1779/14 1780/21 1782/16
1783/21 1785/3 1788/3 1790/5 1790/21
1791/25 1792/21 1795/24 1802/19
1803/25 1804/6 1811/1 1825/17
1826/17 1827/7 1827/13 1828/8
1835/10 1835/25 1841/20 1842/15
1844/8 1847/21 1848/7 1850/12
1850/24 1854/17 1855/11 1855/20
**BY MS. FORD: [2]**  1745/14 1746/8
**COURTROOM DEPUTY CLERK: [1]**
1828/4
**COURTROOM SECURITY OFFICER:**
**[3]**  1741/14 1780/15 1856/3
**MR. EVANS: [86]**  1716/23 1720/3
1720/5 1720/7 1721/10 1722/9 1724/19
1724/25 1726/13 1727/19 1728/8
1728/22 1728/24 1729/11 1729/13
1729/22 1731/14 1732/18 1733/3
1734/1 1737/24 1739/14 1740/11
1740/24 1741/7 1741/13 1741/18
1742/20 1742/22 1743/1 1743/9
1743/11 1745/11 1746/12 1748/13
1748/20 1749/9 1749/11 1749/14
1749/16 1770/19 1773/25 1775/22
1779/13 1780/20 1785/13 1785/15
1790/2 1790/13 1790/15 1790/17
1791/6 1791/8 1791/14 1791/24
1792/20 1795/22 1802/17 1803/18
1804/5 1809/21 1824/18 1824/24
1825/3 1825/8 1825/16 1826/21
1827/11 1827/24 1828/2 1828/7
1835/22 1840/11 1841/1 1841/9
1841/19 1844/2 1847/23 1848/1
1850/20 1853/8 1853/12 1854/1 1854/9
1854/16 1856/2
**MR. NKWONTA: [41]**  1756/16 1767/25
1773/21 1775/18 1778/23 1779/6
1782/4 1782/13 1783/14 1784/17
1785/9 1790/9 1791/3 1791/10 1791/16
1792/15 1795/21 1802/10 1802/12
1803/11 1803/19 1803/24 1809/18
1810/1 1824/13 1824/20 1826/13
1826/15 1826/20 1826/23 1827/3
1835/7 1835/15 1840/8 1841/13 1842/2
1847/14 1853/4 1853/16 1855/10
1855/19
**MR. POWELL: [5]**  1716/7 1716/10
1716/15 1716/17 1790/14
**MS. FORD: [30]**  1719/15 1719/18
1719/25 1720/4 1720/23 1721/5 1722/4
1724/18 1726/10 1726/20 1727/9
1727/12 1728/20 1728/23 1729/4
1729/8 1733/23 1739/11 1739/24
1740/8 1740/19 1741/2 1742/18 1746/7
1746/18 1747/4 1747/6 1748/7 1748/10
1748/17
**MS. MORRISON: [1]**  1716/11
**THE COURT: [160]**
**THE WITNESS: [49]**  1716/16 1716/19

1717/17 1722/1 1725/16 1725/19
1725/23 1729/24 1730/3 1731/13
1731/18 1731/20 1731/22 1732/2
1732/10 1732/13 1732/17 1746/16
1747/8 1747/12 1748/8 1748/22
1756/18 1756/20 1768/18 1769/17
1774/13 1774/16 1780/14 1782/8
1785/1 1785/23 1786/2 1786/13
1786/15 1788/2 1792/18 1810/7
1810/11 1810/13 1810/22 1825/14
1840/14 1840/18 1840/22 1842/10
1842/13 1850/23 1855/6

**'**

**'93 [1]**  1750/5
**'94 [1]**  1752/3

**-**

**-- as [1]**  1743/2
**-- that [1]**  1720/4
**-- this [1]**  1855/7

**1**

**11,000 [1]**  1774/11
**11,780 [1]**  1774/12
**1383 [1]**  1713/24
**145 [1]**  1857/9
**14th [1]**  1840/22
**15 [1]**  1718/14
**150 [1]**  1718/16
**16 [4]**  1751/25 1752/3 1752/4 1752/12
**16th [2]**  1780/10 1795/8
**17th [1]**  1851/10
**18 [1]**  1812/2
**18th [2]**  1852/14 1852/15
**19 [4]**  1752/12 1767/4 1767/23 1768/8
**1993 [1]**  1750/5
**1994 [2]**  1750/5 1752/4

**2**

**2,000 [1]**  1849/8
**20 [1]**  1753/19
**20,000 [1]**  1718/14
**200,000 [1]**  1718/16
**2009 [4]**  1752/8 1752/13 1752/22
1761/19
**2010 [4]**  1752/4 1752/22 1752/24
1756/10
**2012 [1]**  1759/3
**2013 [2]**  1752/12 1759/3
**2014 [1]**  1763/10
**2019 [2]**  1800/23 1844/15
**2020 [64]**  1723/18 1730/16 1731/24
1738/13 1738/24 1739/5 1739/9 1742/5
1742/13 1747/17 1747/23 1752/4
1762/17 1764/22 1765/7 1765/10
1765/13 1765/15 1765/19 1765/23
1766/8 1766/16 1767/4 1768/9 1770/21
1773/1 1773/13 1774/3 1774/5 1774/9
1774/23 1775/2 1775/3 1775/6 1775/8
1776/1 1776/6 1780/25 1782/10
1783/23 1787/7 1788/5 1792/3 1793/4
1794/2 1795/10 1798/16 1798/21
1817/9 1820/20 1821/22 1822/4
1822/12 1824/6 1825/21 1826/3
1829/24 1837/18 1839/10 1842/17
1843/16 1843/19 1845/25 1847/5
**2021 [6]**  1724/1 1730/12 1741/24

1742/10 1795/13 1824/6
**2023 [3]**  1713/14 1716/2 1857/13
**21-230 [1]**  1852/2
**215-1383 [1]**  1713/24
**22 [2]**  1746/7 1746/19
**229 [1]**  1776/12
**230 [27]**  1728/18 1744/15 1744/25
1776/12 1776/24 1777/8 1777/12
1778/1 1778/1 1778/17 1778/20 1781/9
1782/11 1783/22 1784/11 1784/14
1785/7 1793/16 1793/21 1794/12
1794/21 1796/8 1797/12 1797/17
1817/17 1818/25 1852/2
**234 [3]**  1790/2 1790/6 1790/15
**2394 [1]**  1713/23
**2500 [1]**  1811/7
**26th [1]**  1828/5
**27 [1]**  1795/17
**2:03 [1]**  1741/15
**2:20-CV-0302-SCJ [1]**  1713/6

**3**

**3 percent [1]**  1811/15
**3.2 million [1]**  1753/5
**30 [1]**  1829/8
**30303 [1]**  1713/24
**31 [1]**  1795/17
**32 [2]**  1747/3 1795/17
**3312 [1]**  1717/15
**36 [4]**  1746/2 1746/7 1746/19 1747/3
**364,000 [3]**  1829/2 1829/6 1829/8
**37 [1]**  1747/4
**3:07 [1]**  1780/17
**3:25 [1]**  1780/12
**3rd [1]**  1770/9

**4**

**4,000 [2]**  1788/21 1788/22
**40,000-foot [2]**  1767/11 1794/7
**404 [1]**  1713/24
**42 [6]**  1827/10 1828/2 1828/3 1828/3
1829/2 1829/8
**45 [1]**  1758/10
**48 [2]**  1790/10 1812/2

**5**

**501 [1]**  1757/17
**5:00 [2]**  1778/6 1784/2
**5:25 [1]**  1856/4
**5th [7]**  1724/1 1730/12 1741/24 1742/5
1742/10 1775/8 1795/13

**6**

**60 [1]**  1795/17
**60-some [1]**  1849/5
**62 [2]**  1847/7 1847/7
**63 [2]**  1795/17 1847/7
**65 [2]**  1789/4 1855/1
**69 [2]**  1850/21 1850/25
**6:00 at [1]**  1744/11
**6th [1]**  1857/13

**7**

**7.7 million [1]**  1806/23
**70-some [1]**  1760/5
**75 [1]**  1713/23

**8**

**85,000 [2]** 1806/22 1806/25

**9**

**90 [1]** 1/4
**9:00 [1]** 1855/25

**A**

**ability [6]** 1726/18 1828/16 1849/14
1849/16 1849/22 1849/23
**able [9]** 1727/25 1764/12 1769/8
1780/7 1809/5 1817/20 1836/25
1848/21 1853/21
**about [110]** 1719/10 1719/12 1719/19
1719/23 1720/9 1720/13 1720/18
1720/25 1721/21 1723/25 1724/5
1730/16 1733/1 1736/1 1736/7 1738/19
1741/8 1743/16 1744/7 1744/11
1744/23 1752/5 1752/25 1754/8
1754/14 1754/24 1756/3 1756/8 1759/4
1761/13 1764/12 1765/3 1765/12
1766/17 1768/8 1769/22 1770/1
1771/12 1771/21 1773/7 1775/1 1776/3
1776/15 1776/16 1776/19 1777/1
1777/8 1777/8 1777/12 1777/16
1778/17 1779/11 1781/6 1781/11
1782/6 1785/16 1785/17 1787/1
1787/11 1788/25 1790/19 1791/1
1791/5 1791/10 1792/9 1792/10
1792/13 1793/8 1793/18 1796/8
1803/14 1803/15 1808/9 1808/10
1809/22 1810/9 1811/3 1812/19
1823/14 1825/1 1825/2 1827/5 1828/14
1830/24 1833/22 1835/11 1835/17
1836/9 1836/23 1837/5 1838/2 1838/10
1839/6 1841/7 1843/18 1850/3 1850/13
1851/3 1851/5 1851/21 1852/22
1852/22 1852/25 1853/22 1854/1
1854/2 1854/5 1854/7 1854/7 1854/12
**absent [1]** 1851/24
**absentee [5]** 1758/2 1758/2 1771/16
1773/4 1820/22
**absolute [3]** 1754/12 1760/5 1818/13
**absolutely [21]** 1719/11 1722/24
1753/12 1758/9 1758/23 1758/24
1760/14 1771/6 1773/9 1775/10 1776/2
1782/25 1784/13 1799/23 1800/1
1816/22 1816/25 1825/14 1830/5
1830/6 1838/23
**accept [5]** 1722/6 1727/14 1727/15
1797/4 1798/4
**acceptable [4]** 1722/8 1795/1 1801/16
1811/16
**accepted [2]** 1796/17 1855/8
**accepting [1]** 1720/15
**access [4]** 1735/6 1799/13 1845/3
1845/11
**accident [1]** 1752/14
**accomplish [1]** 1743/17
**accordance [3]** 1783/13 1794/13
1801/14
**according [2]** 1850/14 1850/16
**account [2]** 1823/9 1845/15
**accounts [3]** 1845/4 1845/12 1847/20
**accreditations [1]** 1812/1
**accredited [4]** 1804/12 1811/24 1812/2
1813/18
**accuracy [7]** 1719/20 1723/5 1727/13

**accurate [20]** 1721/2 1721/3 1722/3
1722/7 1722/16 1726/2 1727/7 1727/16
1727/17 1732/24 1743/7 1745/20
1746/3 1746/10 1746/21 1771/3 1771/4
1809/17 1809/19 1810/2
**achieve [2]** 1799/20 1818/5
**acquaintances [1]** 1777/10
**acquisition [1]** 1751/10
**across [5]** 1759/17 1787/14 1797/2
1806/18 1829/9
**act [3]** 1764/11 1801/8 1837/7
**action [4]** 1724/1 1776/6 1777/3
1793/3
**actions [8]** 1730/11 1730/14 1730/19
1741/24 1742/4 1742/9 1793/2 1842/17
**activate [1]** 1820/25
**activates [1]** 1821/1
**active [4]** 1767/13 1769/23 1787/8
1787/9
**actives [1]** 1820/22
**acts [1]** 1798/23
**actual [4]** 1743/25 1766/20 1803/15
1817/15
**actually [13]** 1724/13 1727/4 1735/8
1737/24 1743/22 1744/6 1744/22
1770/10 1772/8 1777/15 1781/22
1836/14 1840/14
**acutely [1]** 1753/1
**add [10]** 1723/19 1759/20 1774/5
1780/5 1796/3 1810/14 1819/20
1819/20 1819/20 1841/14
**added [2]** 1733/20 1830/12
**addition [1]** 1811/4
**additional [5]** 1733/20 1805/8 1820/8
1820/23 1821/1
**additionally [2]** 1821/3 1839/24
**address [22]** 1718/23 1720/22 1721/24
1721/25 1722/1 1722/21 1722/22
1728/14 1804/19 1804/24 1804/24
1808/21 1809/6 1809/10 1809/11
1812/11 1812/11 1812/18 1848/16
1849/8 1855/3 1855/3
**addressed [2]** 1759/14 1783/2
**addresses [19]** 1718/23 1727/8
1733/21 1806/4 1806/12 1807/9 1807/9
1812/19 1812/20 1813/2 1813/8
1813/12 1813/21 1813/24 1815/3
1815/8 1815/8 1820/3 1851/19
**adept [1]** 1751/14
**adipose [2]** 1844/12 1844/22
**adjourned [1]** 1856/4
**adjust [1]** 1734/5
**admitted [2]** 1827/24 1828/4
**Admittedly [1]** 1786/25
**adopted [1]** 1845/22
**advance [1]** 1760/18
**advanced [1]** 1813/19
**advantage [1]** 1843/7
**advertising [1]** 1766/22
**affect [4]** 1730/17 1767/23 1768/8
1801/9
**affected [2]** 1745/2 1768/10
**affiliate [1]** 1842/24
**affiliated [4]** 1740/25 1741/5 1797/21
1839/12 1841/23 1846/10
**affiliates [1]** 1851/15
**affiliation [1]** 1851/7

**affirmative [13]** 1739/21 1751/11
1751/22 1754/15 1760/11 1775/22
1777/21 1791/8 1793/11 1796/22
1828/19 1852/21 1854/9
**Affordable [1]** 1764/10
**after [34]** 1/6 1717/5 1724/13 1724/14
1724/20 1724/22 1725/3 1726/6
1726/16 1726/25 1727/21 1728/10
1732/4 1733/12 1741/2 1746/25
1749/19 1750/12 1752/22 1752/23
1762/16 1764/10 1770/9 1771/19
1771/19 1774/11 1778/2 1778/9
1779/12 1789/1 1819/2 1820/4 1820/5
1845/25
**aftermath [3]** 1815/21 1817/19 1845/24
**afternoon [1]** 1745/15
**again [47]** 1717/9 1725/2 1727/6
1727/11 1729/6 1731/6 1734/9 1738/16
1739/13 1744/14 1744/21 1746/6
1746/6 1746/17 1755/22 1759/2
1761/24 1767/8 1775/12 1776/24
1777/18 1784/21 1789/18 1793/16
1799/2 1803/23 1806/14 1807/18
1807/24 1808/1 1808/8 1810/16
1814/16 1815/12 1816/13 1816/15
1821/1 1821/25 1823/3 1826/3
1841/24 1843/5 1844/6 1852/18
1853/23 1855/5 1855/22
**agencies [1]** 1761/4
**agents [1]** 1837/7
**ago [3]** 1759/9 1759/21 1786/9
**agree [3]** 1774/12 1825/8 1825/8
**ahead [10]** 1721/10 1732/2 1732/16
1735/24 1742/21 1765/17 1792/22
1810/12 1822/10 1854/18
**AI [1]** 1758/5
**AIDED [1]** 1713/20
**AILEEN [1]** 1714/21
**AL [1]** 1713/7
**alignment [1]** 1840/5
**Alito [1]** 1770/7
**all [98]** 1716/3 1716/24 1717/19 1720/7
1729/24 1732/6 1732/7 1732/15
1732/17 1733/5 1734/6 1737/22
1739/15 1741/14 1741/22 1746/25
1748/16 1748/18 1751/7 1751/8
1753/15 1755/2 1756/7 1757/7 1757/13
1757/14 1758/7 1759/16 1759/17
1759/19 1760/17 1765/19 1766/7
1766/12 1767/19 1769/12 1772/7
1775/3 1776/11 1780/15 1781/15
1782/14 1783/11 1783/14 1786/9
1787/20 1787/23 1789/25 1795/2
1795/5 1795/5 1797/1 1798/25 1802/18
1804/16 1805/11 1805/11 1806/1
1806/4 1807/25 1808/9 1809/7 1809/13
1811/9 1811/11 1816/15 1816/18
1816/21 1818/14 1818/16 1818/18
1819/1 1820/18 1820/22 1821/2 1821/5
1825/16 1826/10 1826/10 1827/19
1829/19 1829/21 1834/15 1838/2
1840/1 1840/5 1841/22 1846/6 1849/9
1849/20 1850/14 1850/16 1851/22
1852/1 1852/10 1855/5 1856/1 1856/3
**ALLEGRA [1]** 1714/4
**allocation [1]** 1764/15
**allow [5]** 1721/16 1758/11 1827/6
1853/18 1853/20

**A**

**allowed [3]**  1721/15 1755/11 1778/3
**allows [1]**  1809/13
**almost [4]**  1720/23 1748/3 1819/21 1839/24
**along [4]**  1730/22 1738/17 1739/2 1754/25
**already [8]**  1720/1 1808/1 1843/8 1844/5 1845/21 1849/20 1852/10 1852/11
**also [19]**  1739/12 1753/22 1760/22 1763/14 1764/19 1764/20 1772/18 1782/1 1802/6 1813/22 1819/20 1824/1 1835/1 1841/2 1841/25 1849/11 1849/14 1850/19 1852/12
**altered [1]**  1767/9
**alternatives [1]**  1799/18
**although [3]**  1750/17 1815/23 1849/1
**Alton [13]**  1740/4 1740/6 1740/9 1740/25 1741/21 1741/24 1839/7 1839/8 1839/10 1839/11 1839/12 1839/15 1840/20
**Alton Russell [2]**  1740/25 1741/21
**always [9]**  1723/14 1750/9 1753/20 1760/24 1760/25 1818/15 1838/2 1840/17 1844/17
**am [6]**  1717/23 1717/23 1763/12 1804/11 1847/6 1853/13
**Amazon [1]**  1809/8
**Amendment [1]**  1745/3
**America [3]**  1842/23 1843/11 1857/3
**amicus [1]**  1766/19
**among [1]**  1826/9
**amount [2]**  1834/9 1845/19
**Amy [2]**  1792/3 1792/10
**analyst [1]**  1720/20
**analyzing [1]**  1720/20
**anchored [1]**  1806/16
**another [12]**  1717/1 1730/17 1741/9 1743/8 1791/22 1805/3 1806/15 1807/18 1810/18 1837/21 1837/22 1841/17
**answer [29]**  1725/12 1725/19 1726/23 1729/24 1729/25 1731/16 1739/25 1740/15 1741/1 1741/9 1746/4 1746/22 1746/24 1747/2 1747/9 1754/25 1768/4 1810/19 1816/25 1820/17 1826/25 1827/1 1840/15 1840/16 1847/18 1850/10 1850/18 1854/19 1855/8
**answered [7]**  1730/6 1741/3 1787/25 1788/1 1822/1 1844/6 1850/9
**answering [2]**  1782/17 1843/10
**answers [6]**  1730/21 1744/23 1745/7 1784/19 1798/12 1812/22
**anticipate [1]**  1799/19
**anxiety [1]**  1769/12
**any [120]**  1/8 1716/7 1718/20 1721/8 1724/12 1727/12 1728/17 1730/25 1731/9 1733/19 1734/15 1734/17 1735/10 1735/13 1735/16 1735/19 1736/1 1736/18 1737/1 1737/9 1738/5 1738/10 1738/10 1739/9 1740/6 1740/9 1741/23 1742/4 1742/9 1742/9 1743/4 1746/5 1746/23 1747/2 1747/2 1751/12 1753/18 1754/8 1756/13 1774/3 1774/6 1777/3 1777/25 1778/9 1779/20 1779/24 1779/24 1779/25 1785/7

1755/11 1787/20 1788/14 1788/14 1793/2 1793/3 1793/12 1793/24 1794/22 1795/19 1796/10 1797/19 1798/16 1798/21 1799/22 1799/25 1800/3 1800/5 1800/6 1801/24 1802/1 1806/18 1807/20 1812/24 1814/12 1815/10 1816/4 1816/7 1816/9 1817/3 1818/9 1820/23 1821/1 1821/15 1821/19 1823/23 1828/11 1828/21 1831/2 1831/6 1831/22 1832/7 1832/18 1833/6 1833/17 1833/19 1833/20 1838/7 1838/16 1839/10 1839/13 1842/8 1842/18 1843/14 1843/15 1845/11 1845/14 1846/9 1846/20 1846/23 1846/24 1847/1 1847/2 1847/12 1848/24 1850/7 1851/23 1852/4 1852/24 1854/11 1854/22
**anybody [3]**  1737/20 1789/4 1794/3
**anyone [8]**  1739/9 1739/17 1794/15 1797/20 1810/9 1836/17 1842/8 1845/14
**anything [23]**  1718/8 1737/21 1737/22 1738/8 1756/5 1784/22 1785/16 1786/4 1787/23 1792/10 1800/11 1800/14 1805/16 1807/6 1823/22 1838/7 1839/22 1842/1 1847/17 1848/3 1851/3 1851/4 1853/23
**anyway [7]**  1722/5 1730/1 1730/5 1748/14 1767/13 1811/11 1844/25
**anywhere [1]**  1840/1
**APO [1]**  1814/13
**apologize [1]**  1752/11
**appear [2]**  1806/21 1838/8
**appearance [1]**  1821/16
**appeared [6]**  1807/2 1807/4 1814/24 1814/24 1815/1 1838/6
**appears [1]**  1847/6
**application [1]**  1756/14
**applications [4]**  1750/25 1757/3 1764/14 1809/4
**appreciate [1]**  1717/10
**appreciated [4]**  1726/8 1727/22 1750/16 1757/4
**appreciation [2]**  1751/19 1763/20
**approach [7]**  1790/3 1796/18 1807/25 1817/13 1827/11 1830/8 1850/21
**approaching [2]**  1786/20 1799/3
**appropriate [8]**  1783/8 1794/14 1795/1 1797/2 1809/5 1826/4 1826/6 1829/23
**approximately [2]**  1788/22 1847/7
**April [1]**  1824/6
**architecture [1]**  1757/23
**are [82]**  1/7 1716/5 1716/20 1716/21 1716/25 1722/15 1723/3 1723/8 1724/15 1725/4 1733/1 1735/4 1744/18 1748/25 1749/2 1754/9 1754/20 1756/14 1756/23 1759/7 1759/19 1759/19 1760/8 1760/9 1760/16 1761/3 1761/4 1761/5 1761/8 1761/12 1762/6 1762/9 1763/25 1764/2 1766/24 1768/20 1769/1 1769/23 1770/14 1770/15 1772/1 1772/1 1772/3 1777/10 1779/4 1779/11 1782/14 1786/20 1788/4 1788/7 1793/7 1793/8 1793/8 1794/22 1798/10 1800/12 1801/13 1804/10 1805/22 1806/20 1807/15 1807/15 1809/4 1811/2 1811/9 1811/25 1812/1 1812/6 1814/7 1817/8

1818/4 1819/21 1819/22 1824/21 1838/2 1838/3 1841/7 1842/6 1846/10 1846/21 1853/21
**area [2]**  1723/6 1723/10 1725/18 1753/5 1761/9 1844/7
**areas [1]**  1758/25
**aren't [3]**  1807/13 1807/15 1812/12
**ARNEY [1]**  1714/14
**around [24]**  1753/21 1755/20 1766/7 1767/15 1767/16 1767/17 1768/23 1769/5 1769/13 1769/13 1771/1 1773/10 1775/1 1782/2 1782/2 1782/9 1790/22 1795/15 1802/7 1804/12 1806/22 1810/20 1813/21 1846/7
**arrangement [1]**  1835/6
**arrived [1]**  1820/12
**article [4]**  1838/5 1838/9 1841/25 1842/4
**articles [1]**  1841/2
**as [136]**  1717/5 1720/1 1720/11 1720/15 1720/16 1722/16 1724/2 1726/2 1726/2 1727/7 1727/7 1727/14 1727/15 1733/15 1739/19 1739/19 1743/2 1743/2 1743/5 1743/5 1743/25 1744/8 1744/20 1745/3 1745/5 1749/11 1749/19 1750/22 1752/16 1754/10 1755/19 1757/17 1758/8 1758/22 1758/22 1760/16 1761/22 1762/24 1763/21 1764/6 1764/6 1764/9 1764/10 1764/22 1765/4 1765/4 1767/11 1768/2 1769/17 1770/8 1770/23 1770/25 1771/14 1772/9 1773/11 1776/5 1776/11 1777/1 1777/20 1777/20 1777/20 1778/20 1779/19 1779/19 1779/23 1781/8 1781/14 1781/14 1786/5 1786/12 1788/8 1789/18 1794/25 1796/13 1796/16 1797/16 1797/19 1799/5 1799/10 1800/12 1802/15 1803/7 1804/19 1805/12 1805/13 1808/23 1809/1 1809/1 1809/3 1810/24 1810/24 1811/16 1811/17 1811/18 1811/18 1812/6 1812/17 1813/17 1813/17 1813/22 1817/15 1817/21 1818/9 1818/25 1819/11 1819/7 1821/8 1823/16 1824/1 1824/10 1824/10 1828/11 1829/19 1834/7 1834/11 1834/15 1834/25 1837/7 1837/25 1838/1 1838/1 1838/8 1840/1 1843/1 1843/1 1844/17 1846/16 1848/20 1849/19 1849/19 1850/15 1851/19 1852/19 1852/19 1854/2 1854/2
**aside [3]**  1732/13 1836/12 1836/13
**ask [16]**  1724/21 1725/12 1743/8 1776/25 1791/14 1791/22 1792/16 1798/11 1803/23 1810/16 1810/19 1821/25 1825/5 1835/23 1842/7 1854/10
**asked [13]**  1720/7 1721/11 1724/20 1725/10 1725/21 1746/1 1748/14 1771/12 1810/1 1843/24 1843/25 1844/5 1844/6
**asking [25]**  1729/4 1729/9 1729/10 1729/15 1731/13 1736/6 1738/16 1738/19 1739/3 1843/16 1776/15 1785/11 1785/15 1785/16 1785/17 1785/18 1791/6 1793/7 1809/19 1810/20 1824/18 1825/9

# A

**asking... [2]** 1835/22 1847/6
**aspect [3]** 1765/21 1781/5 1830/7
**assemble [1]** 1796/15
**asserted [1]** 1785/18
**assessor [1]** 1756/11
**Assistance [5]** 1777/11 1793/24
1794/6 1794/11 1794/19
**assisted [1]** 1755/15
**associated [2]** 1800/14 1842/6
**assumptions [1]** 1786/21
**assure [1]** 1799/3
**astronomical [2]** 1723/23 1724/3
**ATLANTA [1]** 1713/24
**attached [1]** 1/4 1848/17 1848/17
**attaching [1]** 1/7
**attachment [1]** 1851/21
**attachments [1]** 1851/19
**attempt [9]** 1736/10 1736/12 1736/14
1800/7 1815/3 1831/11 1831/14
1831/17 1833/13
**attempting [1]** 1814/18
**attention [2]** 1727/5 1829/11
**attorney [5]** 1748/23 1777/17 1777/22
1777/25 1778/9
**attorney/client [1]** 1777/25
**attorneys [1]** 1778/13
**audio [2]** 1838/12 1838/15
**audiotape [1]** 1838/8
**August [1]** 1769/6
**available [5]** 1752/18 1806/11 1811/11
1816/20 1846/17
**average [2]** 1718/12 1718/16
**avoiding [1]** 1835/19
**aware [8]** 1736/20 1737/3 1737/11
1738/7 1747/2 1753/1 1775/3 1776/7
**awareness [2]** 1798/9 1846/7
**away [12]** 1727/1 1727/2 1728/10
1752/5 1767/15 1775/25 1781/20
1782/1 1782/8 1782/22 1784/9 1829/15

# B

**back [38]** 1720/19 1731/6 1741/12
1752/21 1755/8 1755/19 1756/10
1756/11 1756/21 1757/10 1758/6
1759/2 1759/7 1759/10 1759/21
1765/15 1770/3 1775/16 1780/12
1780/22 1780/22 1787/17 1787/20
1789/7 1789/18 1791/22 1792/19
1797/1 1798/25 1808/18 1815/21
1816/2 1819/21 1836/21 1841/21
1848/20 1849/7 1855/25
**backside [1]** 1852/2
**backwards [1]** 1761/24
**bad [1]** 1755/21
**Bahamas [1]** 1844/16
**balance [1]** 1799/11
**ballot [9]** 1758/2 1758/2 1766/9
1767/13 1771/18 1772/1 1773/19
1773/19 1820/22
**ballots [12]** 1767/5 1767/12 1767/13
1768/24 1769/5 1769/17 1771/16
1771/16 1771/22 1772/2 1773/4
1773/20
**Banks [1]** 1734/15
**BAO [1]** 1714/20
**base [2]** 1719/8 1814/13

**based [27]** 1720/12 1720/17 1743/13
1751/21 1766/5 1771/14 1773/11
1775/24 1778/4 1778/16 1784/1
1785/21 1785/24 1786/2 1796/10
1796/18 1809/15 1819/11 1822/12
1825/4 1829/11 1840/6 1847/6 1847/18
1852/24 1853/10 1853/23
**bases [1]** 1814/17
**basic [2]** 1757/23 1820/5
**basically [3]** 1718/3 1740/16 1805/25
**basics [1]** 1766/23
**basis [6]** 1721/6 1740/12 1740/14
1756/14 1764/14 1805/2
**be [133]** 1/2 1/3 1716/3 1716/9 1719/5
1722/12 1723/20 1724/6 1726/3 1726/4
1726/4 1726/8 1727/22 1727/25
1728/13 1730/4 1730/11 1734/24
1741/12 1741/16 1742/16 1742/23
1743/5 1743/22 1743/23 1744/19
1746/13 1751/5 1754/5 1755/1 1755/6
1755/15 1755/24 1758/16 1758/23
1760/22 1761/15 1762/16 1762/20
1762/21 1763/4 1764/3 1764/8 1765/21
1766/3 1766/8 1766/20 1770/9 1771/7
1771/9 1772/2 1779/19 1780/4 1780/5
1780/18 1781/10 1783/5 1783/8 1783/9
1783/19 1783/20 1784/10 1786/6
1787/25 1789/19 1789/23 1790/11
1790/17 1791/19 1792/7 1793/22
1793/22 1794/3 1795/1 1796/2 1796/3
1796/24 1797/25 1798/4 1798/12
1798/12 1799/7 1799/9 1800/14
1801/13 1802/21 1804/3 1806/7 1806/7
1806/11 1806/14 1806/21 1807/4
1807/10 1811/17 1812/2 1812/18
1814/24 1814/24 1815/4 1816/17
1816/24 1821/2 1823/22 1823/23
1824/6 1824/16 1825/3 1826/5 1826/5
1826/5 1826/18 1826/22 1826/25
1829/14 1830/13 1836/10 1836/13
1836/25 1837/20 1840/9 1840/18
1840/18 1840/19 1842/5 1842/22
1844/6 1844/22 1848/3 1848/21
1848/24 1853/21 1855/8
**became [5]** 1750/19 1751/14 1753/1
1805/17 1805/21
**because [72]** 1722/13 1722/16 1723/22
1725/7 1726/1 1727/6 1728/2 1730/15
1732/5 1733/16 1736/6 1740/17 1741/2
1744/18 1744/21 1751/4 1751/20
1752/16 1753/7 1755/1 1755/13 1756/9
1756/14 1757/7 1758/17 1761/24
1764/7 1764/11 1767/2 1768/13 1771/4
1772/21 1773/23 1776/15 1780/2
1784/18 1784/24 1787/1 1787/7
1788/18 1794/9 1795/5 1795/20
1800/21 1803/13 1807/14 1808/4
1810/23 1812/10 1813/7 1815/12
1816/15 1820/18 1821/3 1821/19
1822/18 1822/19 1824/2 1826/3
1826/11 1830/5 1835/2 1835/15
1840/22 1842/6 1844/3 1844/17
1844/20 1846/4 1846/14 1848/12
1849/3
**become [8]** 1757/11 1762/10 1762/14
1768/5 1804/17 1806/6 1811/24
1823/15
**becoming [2]** 1753/25 1800/18

**been [47]** 1/1 1/5 1720/16 1723/13
1723/14 1737/18 1749/19 1750/8
1752/12 1753/17 1754/21 1757/1
1759/16 1763/13 1763/25 1764/23
1765/2 1771/1 1771/12 1774/25 1775/2
1776/7 1788/21 1789/8 1789/25
1794/18 1802/15 1805/20 1807/7
1808/13 1812/8 1816/12 1816/22
1819/15 1820/19 1821/5 1823/7
1825/22 1827/24 1833/22 1837/5
1837/23 1838/12 1839/6 1839/12
1841/3 1844/5 1852/11
**before [26]** 1713/12 1724/11 1724/13
1735/3 1752/18 1755/9 1755/22 1759/3
1769/3 1777/3 1778/6 1779/19 1784/3
1788/13 1790/10 1793/2 1793/9
1827/25 1828/1 1828/15 1838/17
1839/22 1841/25 1851/11 1853/19
1857/10
**began [5]** 1754/1 1766/16 1766/16
1766/22 1806/3
**begin [5]** 1802/2 1803/7 1807/12
1815/15 1815/16
**beginning [2]** 1719/23 1809/12
**begot [1]** 1795/7
**begun [1]** 1839/22
**behalf [22]** 1757/17 1757/19 1781/7
1830/15 1830/22 1831/1 1831/5
1831/10 1831/13 1831/16 1831/21
1831/24 1832/6 1832/9 1832/17
1832/20 1832/24 1833/5 1833/8
1833/12 1839/23 1851/12
**behave [1]** 1815/17
**behest [2]** 1852/14 1852/18
**behind [1]** 1727/4
**being [30]** 1721/13 1732/14 1755/11
1755/12 1756/5 1766/1 1766/4 1767/19
1768/14 1768/16 1768/20 1768/21
1768/21 1769/1 1769/8 1769/23
1770/12 1770/13 1770/14 1770/15
1771/19 1788/13 1801/1 1821/4 1826/3
1830/23 1848/2 1849/1 1853/10
1853/12
**belatedly [1]** 1790/17
**belief [5]** 1778/4 1782/18 1784/1
1797/18 1848/23
**believe [25]** 1720/24 1723/1 1723/5
1727/21 1728/5 1730/10 1742/12
1743/13 1744/20 1745/25 1759/13
1762/5 1762/18 1765/10 1772/21
1783/15 1786/6 1802/14 1803/13
1803/16 1805/11 1818/16 1821/13
1827/24 1830/2
**believed [3]** 1743/21 1801/19 1802/23
**BELL [1]** 1714/21
**Ben [6]** 1753/2 1753/5 1788/4 1789/14
1840/3 1840/24
**BENCH [1]** 1713/11
**benefit [1]** 1821/7
**Benning [1]** 1788/18
**BERSON [8]** 1713/3 1736/16 1736/19
1736/22 1831/19 1831/22 1832/1
1833/13
**best [17]** 1723/22 1728/6 1728/11
1728/13 1744/8 1744/18 1744/22
1745/1 1745/6 1745/7 1760/8 1771/6
1821/2 1823/17 1830/25 1834/18
1839/14

**B**

**better [6]** 1735/6 1759/19 1765/2 1798/9 1837/3 1842/10
**between [9]** 1761/6 1786/23 1787/8 1795/15 1795/15 1796/4 1799/11 1823/11 1823/19
**beyond [1]** 1798/3
**bias [4]** 1815/14 1815/18 1821/20 1823/6
**biases [1]** 1815/11
**big [11]** 1723/1 1730/19 1753/6 1753/25 1761/22 1764/18 1770/6 1770/8 1783/1 1801/24 1829/14
**bigger [2]** 1764/23 1772/22
**bills [4]** 1834/23 1836/3 1836/13 1836/14
**bit [10]** 1734/7 1736/4 1737/15 1753/2 1763/23 1765/4 1806/6 1808/19 1810/14 1849/7
**blank [1]** 1778/14
**blatant [1]** 1853/15
**blended [1]** 1763/20
**blind [2]** 1816/23 1849/1
**block [1]** 1753/4
**blog [1]** 1827/17
**board [10]** 1735/3 1735/23 1736/3 1758/3 1759/16 1787/14 1793/16 1796/15 1797/3 1797/8
**boarder [1]** 1759/7
**boards [4]** 1782/23 1797/16 1801/20 1802/24
**body [4]** 1759/13 1827/20 1844/23 1848/16
**Boling [2]** 1742/2 1742/5
**Booth [1]** 1778/13
**boots [1]** 1750/18
**Bopp [3]** 1777/24 1778/9 1778/20
**born [1]** 1753/12
**both [14]** 1722/15 1728/25 1753/22 1765/22 1777/11 1804/11 1808/25 1809/15 1812/2 1830/12 1841/7 1843/6 1847/19 1848/22
**bottom [3]** 1851/1 1851/25 1852/1
**bounds [1]** 1817/16
**bounties [1]** 1833/16
**bounty [6]** 1833/17 1833/20 1833/2 1834/5 1834/5 1836/18
**box [1]** 1768/18
**boxes [8]** 1753/9 1767/7 1768/20 1769/14 1770/4 1806/10 1806/11 1812/20
**Brad [3]** 1781/17 1828/11 1829/25
**Brad Raffensperger [1]** 1781/17
**brain [1]** 1844/12
**break [5]** 1741/11 1741/15 1777/22 1780/12 1780/17
**breaking [1]** 1847/24
**breeds [1]** 1772/18
**Brian [13]** 1781/17 1823/14 1823/15 1823/20 1824/10 1825/12 1825/18 1825/20 1825/24 1826/2 1826/11 1827/19 1829/24
**Brian Robinson [1]** 1829/24
**brief [3]** 1741/15 1755/1 1780/17
**briefing [1]** 1788/9
**briefs [1]** 1766/9
**bring [1]** 1767/1

**bringing [1]** 1829/10
**broad [3]** 1757/21 1766/5 1819/7
**broad-based [1]** 1766/5
**broader [1]** 1798/8
**broadly [6]** 1754/3 1768/19 1772/7 1815/23 1823/22 1829/20
**broke [1]** 1839/21
**broken [1]** 1838/13
**brought [3]** 1735/3 1768/8 1787/17 1837/6
**BRYAN [1]** 1714/9
**builds [2]** 1828/12 1828/21
**built [3]** 1760/25 1762/9 1766/22
**Bulldogs' [1]** 1825/6
**BUNDY [1]** 1714/5
**business [4]** 1717/23 1717/25 1731/7 1750/13
**button [3]** 1799/14 1808/8 1843/12
**buy [1]** 1751/15
**buying [1]** 1809/9

**C**

**California [1]** 1837/18
**call [9]** 1716/21 1748/19 1748/20 1772/8 1773/16 1796/13 1797/20 1814/12 1818/14
**called [21]** 1721/13 1721/13 1724/4 1749/24 1752/19 1757/5 1758/16 1758/20 1763/6 1804/15 1805/4 1805/4 1805/5 1805/10 1805/24 1814/7 1823/18 1837/11 1838/9 1842/24 1848/15
**calling [2]** 1728/23 1776/15
**calls [20]** 1738/16 1738/18 1739/2 1739/11 1740/20 1768/1 1773/16 1773/17 1773/17 1773/21 1774/3 1778/24 1778/24 1782/4 1784/17 1791/3 1819/2 1847/14 1847/16 1847/17
**came [22]** 1727/2 1741/2 1755/8 1755/19 1759/7 1759/10 1761/24 1770/7 1773/17 1773/18 1776/14 1781/20 1782/1 1782/8 1799/5 1800/16 1816/1 1823/25 1838/15 1848/21 1850/15 1855/3
**cameras [1]** 1768/25
**CAMERON [1]** 1714/13
**camps [1]** 1830/12
**campus [3]** 1759/12 1759/15 1815/8
**can [105]** 1716/9 1716/15 1719/21 1719/23 1720/3 1720/5 1720/12 1720/13 1722/3 1725/7 1725/19 1725/20 1729/2 1731/14 1736/4 1737/15 1737/16 1739/9 1739/17 1740/15 1742/21 1743/8 1748/19 1748/24 1748/25 1749/3 1749/12 1752/20 1757/8 1757/18 1759/23 1760/18 1760/18 1761/15 1762/20 1762/20 1762/21 1764/6 1764/10 1766/3 1766/12 1766/12 1766/24 1768/4 1769/18 1772/2 1772/6 1775/17 1775/17 1776/4 1776/4 1779/5 1780/19 1780/22 1782/6 1782/17 1783/7 1784/2 1784/23 1785/1 1787/5 1791/12 1791/14 1791/17 1791/19 1792/17 1796/10 1797/11 1797/23 1798/10 1805/24 1810/9 1810/14 1810/16 1810/20 1811/17 1811/25 1812/1

**can't [25]** 1716/12 1721/2 1721/3 1728/25 1741/1 1742/23 1743/3 1743/4 1743/4 1749/5 1756/13 1768/4 1775/19 1782/5 1784/21 1784/22 1784/25 1791/18 1807/11 1808/12 1834/21 1835/8 1835/18 1853/25 1855/7
**Canary [1]** 1717/15
**cancel [1]** 1772/17
**cancels [1]** 1772/16
**candidate [1]** 1757/20
**cannot [6]** 1720/20 1721/3 1757/11 1835/16 1853/17 1855/8
**capacity [17]** 1830/15 1830/22 1831/1 1831/5 1831/10 1831/13 1831/16 1831/21 1831/24 1832/6 1832/9 1832/17 1832/20 1832/24 1833/5 1833/8 1833/12
**card [2]** 1755/10 1755/11
**care [2]** 1764/1 1764/11
**caregiver [1]** 1753/22
**case [17]** 1719/23 1721/7 1722/18 1730/1 1741/9 1745/22 1771/13 1788/4 1788/7 1788/11 1788/25 1789/15 1837/16 1840/3 1846/11 1846/21 1847/2
**cases [1]** 1744/2
**CASS [13]** 1804/16 1804/18 1804/22 1805/6 1809/12 1809/12 1812/4 1812/5 1812/13 1812/17 1812/23 1813/19 1814/5
**CASS/DPV [1]** 1809/12
**cast [2]** 1772/11 1772/16
**catalyzed [1]** 1767/19
**catch [1]** 1807/22
**categorically [1]** 1820/10
**CATHERINE [2]** 1715/8 1749/18
**causally [3]** 1847/12 1847/15 1847/17
**cause [3]** 1769/16 1797/6 1797/9
**caused [3]** 1772/2 1776/25 1838/21
**cautious [1]** 1849/10
**caveat [1]** 1720/23
**cell [3]** 1844/12 1844/21 1844/22
**central [1]** 1807/10
**CEO [6]** 1763/12 1764/22 1771/14 1773/11 1842/6 1846/14
**certain [8]** 1765/22 1779/19 1787/6 1796/2 1806/4 1815/17 1847/6 1853/21
**certainly [13]** 1751/19 1753/13 1764/18 1765/7 1766/3 1767/7 1768/25 1771/23 1780/2 1787/22 1804/9 1815/19 1837/2
**certify [1]** 1857/8
**chain [4]** 1768/23 1797/25 1799/10 1848/19
**challenge [40]** 1720/10 1730/8 1730/8 1732/8 1732/9 1732/10 1732/20 1735/2 1735/11 1735/14 1739/10 1739/17 1742/12 1743/14 1743/21 1743/22 1756/13 1758/13 1781/9 1783/2 1788/21 1789/23 1796/11 1796/13 1796/16 1797/4 1798/4 1802/14

**challenge... [12]** 1802/16 1809/23 1828/17 1830/17 1831/3 1839/22 1841/3 1841/4 1842/7 1847/12 1848/15 1851/9
**challenged [10]** 1734/24 1735/17 1736/21 1737/4 1737/12 1737/17 1832/10 1832/21 1832/25 1833/9
**challengers [2]** 1779/25 1849/1
**challenges [73]** 1720/2 1721/1 1721/8 1724/15 1725/4 1726/4 1726/8 1727/6 1727/22 1728/11 1728/16 1728/18 1730/21 1732/25 1733/8 1733/11 1734/10 1734/13 1734/15 1734/17 1734/21 1738/14 1738/19 1738/22 1738/25 1739/5 1739/9 1739/18 1743/24 1744/14 1744/25 1745/8 1746/2 1746/10 1746/21 1747/16 1748/5 1776/7 1776/15 1776/16 1776/24 1777/9 1777/12 1777/13 1778/2 1778/4 1778/5 1778/17 1778/20 1779/20 1781/6 1782/11 1784/12 1784/14 1785/7 1785/10 1785/22 1786/1 1787/18 1789/1 1789/21 1792/25 1793/21 1794/8 1794/12 1794/22 1839/24 1847/4 1850/17 1851/11 1852/12 1852/16 1852/18
**chance [1]** 1800/25
**change [7]** 1721/24 1769/15 1787/15 1808/21 1816/9 1849/22 1849/23
**changed [8]** 1768/17 1769/6 1770/12 1770/13 1770/14 1770/15 1773/5 1821/12
**changes [8]** 1721/25 1765/24 1766/1 1766/2 1766/5 1767/7 1768/8 1774/24
**changing [7]** 1722/1 1765/8 1767/2 1767/16 1767/16 1769/4 1771/5
**chaos [1]** 1765/14
**characteristic [1]** 1776/10
**characteristics [2]** 1787/6 1805/12
**characterization [1]** 1836/17
**characterize [2]** 1770/23 1770/25
**charges [1]** 1840/21
**check [2]** 1753/9 1827/25
**checking [1]** 1817/20
**checkpoints [2]** 1771/18 1797/2
**checks [2]** 1810/24 1814/15
**chief [1]** 1763/13
**choice [6]** 1757/20 1819/8 1819/10 1819/10 1821/7 1821/9
**choices [1]** 1789/11
**choose [1]** 1772/20
**chose [3]** 1783/11 1811/7 1816/21
**CHRISTINA [1]** 1714/7
**Christmas [1]** 1744/11
**circumstances [1]** 1797/3 1833/19
**cite [1]** 1/4
**citizen [11]** 1726/8 1727/22 1728/11 1756/18 1761/2 1765/5 1765/5 1772/23 1772/25 1776/7 1783/24
**citizens [28]** 1753/8 1753/15 1754/14 1754/18 1757/4 1758/9 1758/11 1758/18 1760/9 1760/12 1772/20 1776/8 1777/1 1778/3 1780/5 1781/7 1781/7 1782/20 1793/23 1797/23 1798/1 1798/6 1798/10 1798/17 1799/12 1800/13 1817/22 1839/23

**citizenship [1]** 1764/7
**city [3]** 1753/19 1759/6 1857/10
**Civil [2]** 1777/17 1794/18
**Clair [1]** 1851/2
**clarified [1]** 1781/24
**clarify [3]** 1736/4 1737/15 1793/7
**classify [1]** 1786/12
**clean [7]** 1725/25 1726/7 1726/18 1727/3 1801/25 1844/3 1849/19
**cleaned [3]** 1724/5 1744/19 1775/2
**clear [5]** 1781/21 1808/6 1830/20 1835/23 1844/22
**clearer [1]** 1766/19
**clearly [6]** 1755/23 1774/17 1830/7 1837/3 1851/6 1852/10
**click [3]** 1808/8 1808/13 1821/5
**client [3]** 1718/20 1718/21 1777/25
**clients [2]** 1718/6 1763/25
**climate [1]** 1780/2
**clinic [3]** 1844/15 1844/15 1844/25
**clip [1]** 1838/12
**clipped [1]** 1837/24
**close [4]** 1764/6 1774/22 1788/18 1806/25
**closely [1]** 1789/13
**closer [2]** 1755/18 1796/5
**clumsily [1]** 1822/23
**CM [2]** 1/2 1/3
**CM/ECF [2]** 1/2 1/3
**CNP [1]** 1838/6
**co [3]** 1742/24 1763/10 1763/12
**co-CEO [1]** 1763/12
**co-counsel [1]** 1742/24
**co-founded [1]** 1763/10
**COAs [1]** 1808/23
**coders [1]** 1751/9
**codes [3]** 1806/5 1807/20 1814/9
**coding [1]** 1812/5
**coerce [6]** 1736/12 1800/3 1800/8 1831/14 1839/1 1839/4
**cold [1]** 1758/4
**collector [1]** 1756/11
**college [6]** 1750/2 1750/8 1750/9 1752/2 1807/11 1815/3
**colleges [2]** 1759/11 1815/8
**combo [1]** 1809/13
**come [20]** 1724/21 1724/23 1741/9 1747/25 1749/1 1755/25 1762/20 1763/19 1776/11 1782/22 1784/9 1791/22 1797/23 1812/17 1834/8 1834/13 1834/20 1834/25 1835/5 1853/3
**comes [6]** 1718/7 1768/18 1770/9 1809/8 1816/16 1825/4
**comfortable [1]** 1820/19
**coming [12]** 1717/10 1755/11 1770/3 1770/6 1775/2 1787/23 1794/2 1808/8 1816/14 1816/15 1826/3 1834/11
**comment [3]** 1792/23 1794/22 1837/15
**commentary [1]** 1776/23
**comments [3]** 1833/22 1837/5 1837/25
**commercial [2]** 1807/16 1812/20
**commercially [1]** 1806/11
**Commission [1]** 1777/11
**Commissioner [1]** 1794/20
**commissioners [5]** 1777/10 1777/15 1793/24 1794/6 1794/11
**commonality [1]** 1759/16

**communicated [8]** 1736/18 1737/1 1737/9 1738/5 1831/22 1832/7 1832/18 1833/6
**communication [6]** 1735/13 1816/14 1824/11 1826/4 1826/19 1831/2
**communications [6]** 1777/25 1780/7 1823/22 1826/8 1826/12 1851/22
**communities [1]** 1757/9
**community [5]** 1758/22 1758/23 1759/4 1761/6 1796/3
**company [18]** 1717/21 1717/22 1718/1 1718/3 1718/4 1718/10 1718/12 1718/17 1718/19 1743/24 1750/14 1750/19 1750/20 1750/21 1750/24 1763/6 1763/9 1763/10
**compare [3]** 1733/10 1747/20 1806/18
**compared [4]** 1734/6 1734/23 1745/14 1805/13
**comparing [1]** 1747/25
**compile [2]** 1720/2 1721/8
**compiled [1]** 1745/18
**compiling [1]** 1720/25
**complaint [1]** 1788/9
**completeness [1]** 1854/3
**compliment [2]** 1838/1 1838/4
**comply [1]** 1744/24
**component [1]** 1750/24
**comport [2]** 1795/1 1804/20
**comported [1]** 1789/24
**compound [2]** 1767/22 1840/19
**compounded [1]** 1771/24
**computer [2]** 1713/20 1751/8
**COMPUTER-AIDED [1]** 1713/20
**concatenated [1]** 1855/2
**concatenation [1]** 1820/7
**concentrations [1]** 1814/18
**concept [2]** 1794/8 1802/7
**concern [3]** 1769/16 1773/13 1783/1
**concerned [10]** 1730/15 1766/17 1769/22 1771/2 1781/11 1787/1 1800/17 1801/4 1836/23 1852/19
**concerning [2]** 1853/3 1854/24
**concerns [3]** 1723/25 1730/19 1775/1
**concert [1]** 1802/3
**conclude [1]** 1748/2
**conclusion [3]** 1724/21 1847/15 1847/16
**conclusions [1]** 1724/23
**concrete [1]** 1817/16
**conditioned [1]** 1846/24 1847/1
**conducted [1]** 1759/7
**conference [1]** 1757/5
**confidence [8]** 1731/3 1767/24 1768/9 1768/10 1776/1 1776/2 1798/19 1830/12
**confident [1]** 1761/18
**confirm [1]** 1784/6
**confirmation [1]** 1793/9
**confusion [5]** 1765/9 1769/5 1773/10 1773/18 1787/11
**connect [1]** 1754/1
**connotation [1]** 1758/14
**consent [3]** 1756/15 1757/1 1770/14
**consider [2]** 1776/5 1787/6
**consideration [2]** 1811/20 1821/14
**considered [1]** 1836/11
**considering [2]** 1794/13 1794/21
**consistent [6]** 1789/15 1789/21

**consistent... [4]** 1815/22 1816/24 1828/23 1851/14
**constant [1]** 1816/16
**constitute [1]** 1857/9
**constitutionality [1]** 1766/2
**construct [1]** 1805/23
**constructive [3]** 1771/9 1817/17 1818/13
**consultant [2]** 1845/18 1845/21
**contact [2]** 1718/6 1842/8
**contacting [1]** 1766/11
**context [5]** 1833/23 1836/21 1837/15 1838/16 1854/20
**continue [3]** 1776/3 1837/11 1837/20
**continuing [1]** 1744/8
**control [5]** 1751/9 1751/20 1810/23 1810/24 1811/5
**conversation [8]** 1724/11 1729/20 1778/2 1778/16 1785/24 1786/2 1795/7 1843/3
**conversations [1]** 1775/24
**convey [1]** 1740/19
**cooperative [3]** 1842/18 1843/9 1843/15
**copied [2]** 1849/1 1849/2
**copiers [3]** 1750/9 1750/11 1750/12
**copies [1]** 1848/13
**copy [8]** 1743/21 1743/22 1746/13 1781/23 1786/24 1786/24 1786/24 1816/23
**core [1]** 1765/5
**correct [5]** 1745/20 1745/21 1781/18 1842/13 1855/9
**correctly [5]** 1779/21 1799/1 1799/3 1820/2 1822/1
**coughed [1]** 1729/6
**could [81]** 1717/11 1720/25 1724/6 1726/7 1727/7 1730/4 1734/3 1734/5 1737/19 1739/22 1740/9 1740/17 1741/4 1744/8 1744/19 1746/12 1748/4 1748/6 1751/4 1751/5 1753/8 1754/8 1758/22 1759/21 1762/16 1769/18 1771/7 1771/9 1777/20 1778/5 1781/4 1781/14 1782/3 1782/10 1782/19 1782/23 1783/25 1785/13 1787/9 1787/12 1787/13 1787/16 1787/16 1789/22 1789/23 1794/3 1794/4 1799/2 1799/12 1804/21 1807/8 1807/13 1807/17 1807/21 1807/23 1808/7 1811/18 1812/21 1814/12 1814/18 1816/12 1816/20 1817/1 1821/9 1823/1 1823/3 1823/5 1823/7 1823/21 1824/24 1826/22 1826/25 1827/23 1828/9 1834/13 1834/13 1837/2 1837/2 1841/21 1849/11 1849/19
**couldn't [7]** 1727/11 1739/24 1759/12 1759/12 1766/3 1842/10 1855/2
**council [2]** 1753/19 1837/17
**counsel [9]** 1742/23 1742/24 1776/25 1777/7 1778/25 1794/4 1798/25 1818/12 1844/1
**counties [11]** 1761/3 1770/3 1779/24 1783/9 1787/5 1787/16 1789/8 1814/16 1820/9 1840/2 1849/5
**countless [1]** 1847/11
**country [9]** 1753/4 1754/11 1757/7

1760/8 1760/16 1761/18 1775/14 1775/15 1846/5
**counts [1]** 1774/19
**county [65]** 1716/2 1717/16 1717/18 1732/1 1732/8 1734/10 1734/12 1734/12 1734/15 1734/18 1735/3 1735/21 1736/2 1739/18 1744/1 1753/3 1753/3 1753/6 1756/7 1756/12 1757/1 1757/19 1759/14 1761/14 1761/14 1761/17 1782/23 1783/25 1783/25 1784/4 1787/15 1788/5 1788/16 1788/17 1789/9 1789/10 1789/12 1789/20 1789/22 1796/11 1796/11 1796/15 1796/24 1796/25 1797/1 1797/3 1797/8 1797/16 1798/3 1799/15 1799/18 1800/18 1801/20 1802/24 1808/7 1808/10 1820/8 1821/4 1821/4 1823/8 1839/16 1839/18 1840/7 1840/24 1850/15
**couple [4]** 1747/15 1754/6 1771/21 1834/4
**course [16]** 1743/17 1757/17 1758/5 1760/20 1764/5 1765/10 1766/12 1773/5 1795/5 1798/3 1811/11 1816/24 1819/16 1836/14 1837/19 1845/7
**court [29]** 1/3 1/6 1/9 1713/1 1713/22 1716/13 1717/12 1727/15 1737/24 1756/24 1780/15 1803/9 1804/7 1808/2 1808/18 1811/2 1818/2 1824/21 1834/7 1835/13 1838/17 1841/14 1848/4 1853/18 1857/6 1857/7 1857/10 1857/17 1857/17
**Court's [1]** 1720/8
**COURTHOUSE [1]** 1713/23
**courtroom [1]** 1749/5
**Courts [1]** 1809/22
**cover [5]** 1752/18 1810/22 1834/14 1836/25 1848/16
**coverage [1]** 1763/17
**covered [3]** 1781/14 1841/13 1849/20
**CoverMe [13]** 1763/6 1763/8 1763/9 1763/11 1763/16 1763/17 1764/17 1802/6 1804/11 1809/1 1809/3 1809/16 1809/25
**COVID [3]** 1767/4 1767/23 1768/8
**COVID-19 [3]** 1767/4 1767/23 1768/8
**create [12]** 1730/23 1731/19 1731/21 1732/25 1747/16 1765/9 1787/2 1787/4 1797/24 1798/18 1808/6 1833/17
**created [26]** 1731/11 1731/11 1731/20 1731/22 1732/8 1732/21 1733/10 1733/11 1733/14 1733/17 1742/13 1743/15 1747/22 1747/22 1767/23 1769/12 1799/9 1802/16 1803/20 1804/8 1817/8 1820/10 1833/19 1840/1 1844/11 1848/14
**creating [7]** 1813/24 1814/20 1815/19 1817/4 1817/24 1818/3 1818/5
**creation [1]** 1803/15
**credit [1]** 1817/21
**critical [1]** 1809/4
**critically [1]** 1760/20
**criticism [1]** 1818/14
**critique [1]** 1853/6
**cross [5]** 1715/5 1745/13 1748/10 1843/24 1843/25
**Cross-Examination [2]** 1715/5 1745/13

**crosses [1]** 1721/18
**CRR [3]** 1713/22 1857/6 1857/16
**Crusaders [4]** 1845/6 1845/8 1845/11 1845/15
**CSV [4]** 1799/17 1848/22 1851/22 1851/23
**culling [1]** 1806/1
**culture [1]** 1771/23
**curated [1]** 1763/25
**cure [1]** 1841/15
**custody [4]** 1768/23 1798/1 1799/10 1848/19
**customer [1]** 1751/10
**CV [1]** 1713/6
**CXO [1]** 1763/13
**cycle [1]** 1787/7

**D**

**dad [1]** 1750/14
**daily [2]** 1721/11 1802/7
**Dan [2]** 1742/7 1742/10
**Dan Gasaway [1]** 1742/10
**DANA [2]** 1714/19 1837/18
**dark [1]** 1855/24
**data [51]** 1718/17 1718/19 1718/21 1719/3 1719/8 1720/12 1720/21 1723/21 1723/22 1724/5 1726/22 1727/4 1728/15 1730/16 1735/5 1737/22 1738/16 1738/18 1755/21 1756/7 1758/17 1763/24 1764/18 1764/18 1765/22 1793/7 1797/24 1801/24 1801/25 1802/1 1802/3 1802/7 1805/2 1805/22 1805/23 1806/7 1811/9 1811/23 1811/24 1813/18 1848/17 1853/3 1853/8 1853/12 1853/15 1854/1 1854/6 1854/8 1855/12 1855/15 1855/18
**data-driven [1]** 1737/22
**data-related [1]** 1811/24
**database [3]** 1808/22 1811/22 1812/7
**databases [3]** 1802/3 1805/20 1807/16
**dataset [6]** 1787/2 1787/5 1806/3 1808/6 1812/7 1815/19
**date [3]** 1795/16 1795/16 1851/10
**dates [2]** 1766/24 1840/4
**David [2]** 1732/5 1843/2
**David Shafer [1]** 1843/2
**Davis [8]** 1716/6 1716/9 1716/15 1818/19 1818/21 1819/5 1819/12 1822/11
**Davis' [2]** 1819/23 1823/12
**day [15]** 1718/5 1718/5 1718/13 1718/14 1718/15 1718/16 1744/11 1744/12 1758/6 1778/6 1784/2 1840/6 1851/11 1855/24 1857/13
**days [4]** 1/4 1754/24 1795/15 1849/8
**dead [2]** 1733/14 1748/3
**deal [6]** 1718/17 1720/8 1722/16 1730/3 1738/17 1824/9
**dealing [1]** 1744/12
**deals [3]** 1720/11 1720/12 1721/11
**death [5]** 1733/21 1805/9 1813/13 1813/23 1820/1
**December [29]** 1738/13 1738/24 1739/5 1742/13 1747/19 1747/23 1776/1 1776/6 1780/10 1780/25 1783/23 1784/16 1788/5 1790/22 1792/3 1793/3 1795/8 1795/9 1798/10

**D**

December... **[10]**  1798/21 1825/20
1828/25 1829/24 1839/10 1840/22
1842/17 1843/16 1847/5 1851/10
**December 14th [1]**  1840/22
**December 16th [1]**  1795/8
**December 17th [1]**  1851/10
**December 2020 [1]**  1739/5
**decide [2]**  1716/5 1798/13
**decided [1]**  1774/10
**decision [1]**  1796/17
**decisions [1]**  1809/14
**decree [3]**  1756/15 1757/1 1770/15
**decrees [1]**  1770/14
**dedupe [2]**  1722/13 1722/20
**deduping [3]**  1718/22 1718/23 1722/11
**deep [1]**  1811/13
**deeply [1]**  1836/23
**defend [1]**  1766/17
**defendants [4]**  1713/8 1714/11
1721/14 1721/16
**Defendants' [2]**  1790/2 1790/6
**defense [1]**  1749/8
**defer [1]**  1829/16
**define [1]**  1772/9
**defined [5]**  1802/25 1803/8 1803/19
1840/4 1843/6
**definitely [6]**  1738/23 1745/9 1751/14
1774/5 1774/6 1843/25
**degree [3]**  1751/17 1837/9 1838/6
**delay [1]**  1795/25
**deliverable [1]**  1812/17
**deliveries [1]**  1813/22
**Delivery [4]**  1804/23 1812/15 1812/16
1812/24
**democracy [1]**  1755/7
**Democrat [1]**  1843/18
**Democratic [1]**  1719/7
**demographic [1]**  1813/23
**demographics [1]**  1805/10
**DEPARTMENT [5]**  1714/21 1777/17
1777/18 1794/15 1794/24
**depending [1]**  1764/2
**deposition [4]**  1745/22 1745/24
1746/13 1746/15
**Derek [5]**  1818/18 1818/21 1818/24
1819/1 1820/15
**describe [1]**  1783/7
**described [9]**  1789/20 1812/6 1816/3
1816/6 1835/5 1836/12 1836/15
1837/19 1855/1
**describing [2]**  1833/25 1837/25
**deserve [1]**  1763/4
**desire [1]**  1776/3
**desired [1]**  1758/24
**despondency [1]**  1776/3
**destroyed [1]**  1845/2
**detail [1]**  1835/5
**determination [3]**  1797/5 1797/7
1848/24
**determinations [2]**  1764/4 1764/12
**determinative [1]**  1775/13
**determine [4]**  1768/19 1783/9 1787/5
1801/12
**determined [2]**  1768/20 1823/1
**determines [1]**  1764/7
**developed [2]**  1763/15 1803/14

development **[1]**  1795/10
**dictate [1]**  1784/19
**did [220]**
**didn't [33]**  1723/19 1724/21 1725/25
1727/14 1729/25 1733/1 1734/5
1737/20 1746/5 1746/23 1748/6
1755/12 1759/11 1760/3 1761/25
1762/18 1773/19 1789/4 1795/19
1819/25 1822/23 1823/4 1823/25
1829/15 1838/1 1839/25 1839/25
1842/7 1844/3 1844/20 1850/10
1850/11 1852/3
**difference [2]**  1752/21 1798/2
**different [27]**  1726/2 1728/2 1738/13
1738/18 1738/19 1761/13 1761/14
1761/15 1773/2 1773/3 1778/14
1798/11 1799/16 1804/14 1805/23
1807/4 1807/4 1811/25 1815/2 1819/15
1820/1 1820/2 1820/3 1820/6 1820/11
1851/8 1851/17
**differently [1]**  1755/14
**difficult [3]**  1772/10 1807/8 1807/12
**difficulty [1]**  1771/22
**digital [3]**  1781/24 1786/24 1851/25
**diligence [8]**  1777/4 1777/6 1793/2
1795/2 1795/20 1795/25 1826/12
1826/18
**diligent [2]**  1744/7 1817/24
**diligently [3]**  1742/13 1743/15 1756/6
**dilutes [1]**  1772/15
**dinner [1]**  1819/2
**dire [1]**  1853/19
**direct [9]**  1715/4 1715/9 1717/7
1735/13 1748/14 1749/21 1787/16
1831/2 1844/3
**directed [1]**  1777/15
**direction [1]**  1754/10
**directly [1]**  1735/10
**Disabled [1]**  1789/5
**disagree [2]**  1733/19 1854/14
**disappointed [1]**  1838/19
**disclosed [2]**  1790/10 1790/17
**discovery [1]**  1849/9
**discuss [1]**  1803/9
**discussed [9]**  1733/17 1761/20
1764/24 1778/25 1789/25 1790/23
1807/7 1817/2 1836/15
**discussion [2]**  1727/12 1833/16
**discussions [2]**  1733/12 1743/16
**disenfranchise [1]**  1772/11
**disposal [1]**  1811/8
**dissimilar [1]**  1819/23
**distill [1]**  1754/16
**distillation [7]**  1733/20 1801/22 1816/3
1816/6 1817/3 1817/6 1817/13
**distinction [4]**  1786/23 1787/8 1816/17
1820/14
**distinctions [2]**  1788/22 1789/6
**distribution [4]**  1768/21 1797/1
1805/13 1815/22
**DISTRICT [7]**  1713/1 1713/1 1713/13
1857/4 1857/7 1857/7 1857/17
**distrust [1]**  1772/18
**dive [1]**  1811/13
**divided [1]**  1774/10
**DIVISION [4]**  1713/2 1777/17 1794/19
1857/8
**do [148]**

docket **[2]**  1/5 1713/6
**document [12]**  1/8 1790/7 1792/6
1792/9 1792/16 1827/14 1827/16
1841/16 1851/1 1851/5 1851/8 1851/14
**documents [1]**  1738/10
**DOE [1]**  1713/4
**does [30]**  1718/10 1718/12 1718/17
1718/19 1719/10 1720/8 1720/22
1721/20 1740/10 1740/24 1761/9
1762/24 1763/17 1763/22 1772/11
1772/17 1774/20 1784/18 1786/23
1789/9 1792/9 1797/3 1797/8 1801/9
1827/1 1829/2 1841/14 1841/15
1851/17 1851/21
**doesn't [8]**  1740/8 1740/10 1740/21
1761/16 1838/14 1850/9 1853/13
1853/14
**doing [22]**  1720/14 1725/22 1728/6
1728/7 1733/13 1743/2 1743/17
1743/19 1745/22 1763/4 1766/22
1779/1 1786/11 1795/20 1795/25
1796/2 1802/6 1817/17 1842/24
1850/16 1850/19 1852/12
**dollars [1]**  1836/10
**don't [50]**  1716/7 1716/25 1722/13
1722/20 1725/23 1726/12 1727/2
1728/3 1729/25 1731/16 1732/7
1738/15 1739/6 1739/6 1756/23 1758/4
1758/12 1759/22 1762/15 1762/15
1770/23 1772/21 1776/13 1776/14
1776/20 1779/6 1782/17 1785/20
1785/20 1786/6 1787/6 1787/21
1787/22 1790/20 1802/14 1803/16
1822/8 1823/18 1826/6 1834/7 1835/13
1840/15 1840/23 1844/6 1848/2 1850/8
1850/17 1852/8 1854/24 1855/22
**donated [3]**  1845/19 1846/23 1847/1
**donation [1]**  1836/8
**done [24]**  1729/14 1729/18 1748/22
1748/25 1753/24 1753/24 1757/13
1759/20 1770/10 1782/19 1785/15
1785/19 1791/19 1792/25 1793/23
1800/22 1805/11 1808/14 1811/5
1811/16 1829/15 1842/1 1846/24
1847/2
**donor [1]**  1834/8
**door [3]**  1779/2 1779/4 1779/11
**dorm [1]**  1815/3
**dorms [1]**  1807/10
**double [1]**  1844/7
**doubles [1]**  1807/24
**down [8]**  1717/12 1732/4 1743/5
1748/24 1754/16 1766/9 1777/22
1780/13
**downhole [1]**  1750/24
**DPV [6]**  1805/6 1805/24 1809/12
1813/19 1814/5 1814/6
**Dr. [5]**  1852/23 1853/6 1853/22
1854/21 1855/18
**Dr. Mayer [2]**  1852/23 1853/22
**Dr. Mayer's [3]**  1853/6 1854/21
1855/18
**drawing [1]**  1778/14
**drive [2]**  1713/23 1758/1
**driven [4]**  1737/22 1737/23 1751/8
1753/20
**drop [5]**  1767/7 1768/18 1768/20
1769/14 1770/4

**D**

drove [1]  1753/10
due [3]  1765/7 1782/10 1855/5
Duluth [2]  1717/15
duly [2]  1717/9 1749/19
duplicate [2]  1718/23 1814/25
duplicates [3]  1806/14 1806/21
1814/20
during [4]  1718/15 1795/6 1825/22
1837/19
duties [1]  1750/22
dynamics [1]  1829/21

**E**

each [2]  1743/22 1744/1
ear [1]  1830/11
earlier [6]  1719/9 1745/18 1772/23
1796/8 1811/21 1823/14
early [1]  1800/23
easy [3]  1787/1 1825/7 1825/8
ECF [2]  1/2 1/3
echoed [1]  1789/7
echoing [1]  1836/21
edit [2]  1746/25
edited [2]  1748/4 1816/12
editing [1]  1805/21
editorial [1]  1731/17
educate [1]  1758/19
education [1]  1765/2
effectively [1]  1805/5
efficient [3]  1797/25 1799/20 1848/23
effort [3]  1758/21 1828/12 1828/21
efforts [2]  1758/18 1843/19
eighth [1]  1751/5
either [3]  1778/24 1843/14 1850/10
elected [3]  1723/3 1787/18 1789/1
electing [1]  1723/10
election [64]  1722/23 1723/2 1723/3
1723/5 1723/12 1723/12 1723/18
1724/16 1725/5 1730/16 1730/17
1731/23 1731/24 1735/9 1742/5
1752/18 1752/23 1753/22 1757/21
1757/22 1761/19 1761/22 1762/2
1762/4 1763/21 1764/23 1766/8 1766/9
1766/24 1769/4 1772/25 1773/13
1777/11 1777/18 1778/6 1784/3
1788/24 1789/19 1793/24 1794/6
1794/11 1794/19 1795/10 1795/16
1796/4 1796/6 1798/9 1798/17 1799/2
1817/19 1820/21 1821/22 1822/4
1822/12 1822/15 1822/17 1822/21
1822/22 1823/1 1823/10 1828/12
1828/21 1845/25 1846/16
elections [31]  1719/6 1719/7 1730/11
1735/3 1735/23 1736/3 1745/3 1754/5
1754/9 1756/12 1759/7 1760/21
1760/22 1760/24 1760/24 1761/12
1762/6 1766/7 1767/24 1768/9 1774/7
1774/22 1776/1 1782/23 1793/3
1793/22 1797/3 1797/8 1797/16
1801/20 1802/24
elector [5]  1796/10 1797/11 1828/17
1848/15 1851/9
electorate [1]  1765/12
electronic [1]  1820/6
element [2]  1810/13 1823/4
elements [5]  1767/6 1789/2 1811/14

ELIAS [1]  1714/9
eligibility [83]  1724/15 1725/4 1728/16
1728/17 1732/20 1733/7 1733/11
1734/10 1734/13 1734/15 1734/17
1734/20 1735/2 1735/11 1735/14
1735/20 1736/2 1736/21 1737/4
1737/12 1738/14 1738/22 1738/25
1739/4 1739/9 1739/17 1743/14
1744/14 1744/25 1747/16 1748/5
1778/1 1795/19 1795/25 1796/5
1797/19 1798/16 1798/21 1799/21
1799/24 1800/2 1800/7 1804/3 1812/25
1813/9 1813/14 1813/25 1814/21
1815/4 1816/9 1817/9 1817/25 1818/3
1818/6 1818/8 1819/5 1819/14 1819/23
1822/6 1822/17 1823/11 1829/6
1830/16 1830/23 1831/3 1831/7
1831/25 1832/10 1832/21 1832/25
1833/9 1839/15 1839/18 1840/7
1846/10 1846/20 1847/4 1847/8
1847/11 1848/9 1848/10 1849/21
1851/14
eligible [3]  1724/16 1725/5 1764/8
eliminate [3]  1787/10 1789/5 1823/4
else [12]  1722/7 1754/7 1762/7
1769/15 1791/5 1807/6 1810/9 1811/4
1820/25 1836/25 1838/18 1854/23
email [23]  1741/8 1790/22 1791/1
1791/6 1791/10 1791/14 1791/16
1791/18 1792/3 1799/9 1836/6 1836/7
1848/12 1848/14 1848/15 1848/16
1848/16 1849/3 1849/4 1849/8 1851/9
1851/13 1852/13
emails [1]  1849/8
embed [1]  1838/8
embedded [1]  1838/11
emergency [1]  1770/14
employee [1]  1835/3
empowering [2]  1754/18 1760/12
empowerment [3]  1761/7 1765/5
1765/5
encourage [4]  1757/18 1758/25
1769/20 1801/10
encouraged [1]  1758/9
encouragement [2]  1782/11 1782/14
encouraging [3]  1757/14 1771/8
1777/14
end [10]  1746/23 1754/12 1763/3
1780/1 1780/1 1807/12 1814/25
1814/25 1820/12 1852/19
endeavored [1]  1814/14
endeavoring [1]  1762/8
endorsement [2]  1782/11 1782/14
engage [10]  1759/17 1760/10 1762/19
1772/21 1776/8 1817/22 1825/20
1825/24 1826/2 1826/11
engaged [7]  1754/21 1759/18 1759/19
1798/10 1805/20 1825/22 1825/22
engagement [4]  1756/8 1762/7
1772/23 1772/25
engaging [2]  1771/7 1811/23
ENGELBRECHT [15]  1715/8 1748/20
1749/1 1749/18 1749/23 1750/23
1751/23 1752/11 1802/13 1810/3
1810/9 1824/25 1828/1 1841/6 1843/24
engines [1]  1763/24
enjoyed [1]  1824/9

enough [6]  1752/17 1753/8 1755/4
1762/1 1787/1 1825/15
ensure [8]  1724/16 1725/4 1746/2
1746/9 1746/20 1758/22 1775/8
1828/18
ensuring [1]  1812/16
entered [1]  1719/22
entire [3]  1815/13 1829/9 1840/2
entirely [3]  1814/9 1818/14 1838/15
entry [1]  1/5
environment [4]  1765/9 1770/21
1798/18 1823/24
epicenter [1]  1775/14
Erick [2]  1776/18 1776/22
Erick Erickson [2]  1776/18 1776/22
Erickson [2]  1776/18 1776/22
error [1]  1855/3
errors [1]  1806/21
Eshelman [4]  1846/18 1846/20
1846/23 1847/1
especially [2]  1723/18 1745/9
essentially [2]  1778/7 1778/7
establish [1]  1848/19
ET [1]  1713/7
evaluate [3]  1756/4 1773/3 1796/16
evaluated [1]  1811/8
evaluates [1]  1804/23
evaluating [1]  1757/2
evaluation [1]  1773/4
EVANS [33]  1714/15 1715/5 1715/7
1715/9 1716/21 1719/21 1722/6
1725/22 1726/11 1726/22 1728/1
1729/9 1741/17 1742/25 1747/10
1748/11 1748/19 1748/24 1770/18
1775/21 1779/10 1780/11 1780/19
1783/18 1790/19 1791/5 1791/20
1792/19 1810/8 1810/20 1841/11
1841/18 1847/20
Eve [2]  1744/11 1744/12
even [19]  1723/2 1729/20 1738/15
1754/4 1760/3 1761/14 1769/5 1773/6
1776/17 1787/14 1793/9 1806/10
1817/21 1823/12 1824/6 1834/21
1835/1 1841/14 1855/3
events [1]  1733/22
eventually [1]  1825/4
ever [47]  1735/10 1735/13 1735/16
1735/19 1736/1 1736/10 1736/12
1736/14 1736/16 1736/21 1737/1
1737/4 1737/9 1737/12 1737/20 1738/5
1754/22 1756/10 1800/14 1826/23
1830/16 1830/23 1831/2 1831/3
1831/11 1831/14 1831/17 1831/22
1831/25 1832/7 1832/10 1832/18
1832/21 1832/25 1833/6 1833/9
1833/13 1833/19 1836/2 1837/7 1837/9
1838/22 1838/24 1839/1 1839/3
1839/12 1845/14
every [18]  1719/1 1737/17 1761/14
1766/23 1774/18 1774/18 1774/19
1774/19 1781/5 1799/2 1799/19 1801/2
1801/2 1806/15 1806/16 1811/8
1818/12 1830/7
everybody [5]  1753/25 1755/4 1769/9
1782/21 1850/1
everyone [1]  1716/4
everything [21]  1718/7 1718/7 1722/7
1754/7 1760/16 1761/7 1762/7 1766/9

**E**

everything... [13]  1773/5 1781/3 1782/19 1789/25 1799/5 1805/7 1806/18 1807/22 1811/4 1811/5 1815/12 1825/4 1836/25
everywhere [1]  1761/12
evidence [1]  1841/5
exact [2]  1786/10 1819/21
exactly [3]  1720/14 1733/13 1824/7
Examination [8]  1715/4 1715/5 1715/6 1715/9 1717/7 1745/13 1747/13 1749/21
examine [1]  1815/10
examined [1]  1745/19
example [5]  1762/16 1808/10 1849/4 1853/10 1854/3
Excel [2]  1799/17 1848/22
excellent [2]  1825/12 1825/18
exception [1]  1805/21
exclude [3]  1819/8 1819/9 1819/17
excluded [2]  1790/12 1808/7
excuse [3]  1720/20 1749/8 1755/14
excused [7]  1716/9 1716/13 1716/17 1749/6 1749/7 1749/9 1749/10
execute [1]  1781/24
execution [1]  1817/15
exercise [2]  1826/12 1826/18
exhibit [9]  1790/2 1790/6 1790/10 1805/11 1827/10 1829/2 1829/8 1850/20 1850/25
Exhibit 234 [2]  1790/2 1790/6
exhibits [1]  1852/11
exist [1]  1817/23
exotic [1]  1751/1
expanded [1]  1813/18
expected [2]  1723/20 1765/11
expedited [1]  1841/9
expenses [1]  1837/1
expensive [1]  1844/18
Experian [1]  1811/10
experience [8]  1750/17 1755/5 1755/5 1763/13 1771/14 1773/11 1809/7 1826/9
experiment [1]  1760/17
expert [6]  1720/15 1720/16 1780/7 1799/2 1853/13 1854/2
explain [1]  1840/16
explained [3]  1794/12 1794/25 1837/3
explaining [3]  1816/17 1845/23 1845/23
explore [1]  1779/2
exponentially [1]  1772/22
exposed [2]  1764/17 1764/17
expression [2]  1782/6 1784/23
extensive [1]  1781/12
extent [5]  1719/19 1720/1 1727/10 1728/21 1850/6
externalities [1]  1825/5
extra [1]  1732/7
extremely [2]  1733/23 1751/2
eyes [1]  1775/13

**F**

fabric [1]  1755/7
fabulous [1]  1755/5
facial [1]  1784/23
facilitate [3]  1780/7 1829/5 1830/9

facilitated [3]  1785/6 1831/7 1831/25
facilitating [2]  1798/15 1798/20
facilitation [1]  1800/6
facilities [1]  1764/1
fact [4]  1733/19 1771/25 1787/13 1789/22
fair [5]  1713/3 1730/11 1754/9 1775/9 1842/5
fairly [2]  1751/14 1820/19
faith [2]  1828/12 1828/21
familiar [7]  1788/4 1788/7 1802/5 1804/12 1804/17 1819/4 1834/6
familiarity [1]  1809/6
familiarizing [1]  1757/22
family [4]  1717/23 1717/23 1717/24 1750/13
far [9]  1726/2 1727/7 1739/19 1773/3 1773/3 1824/10 1852/19 1853/22 1854/2
fat [1]  1844/23
father [1]  1753/18
February [1]  1837/18
federal [2]  1828/16 1835/3
feedback [4]  1816/21 1849/24 1849/25 1851/23
feel [4]  1761/17 1770/21 1798/1 1817/15
fees [1]  1834/14
fellow [1]  1800/13
felt [15]  1725/15 1734/23 1748/8 1768/4 1769/24 1771/6 1821/10 1823/5 1829/19 1829/22 1830/5 1836/22 1843/8 1852/5 1852/5
female [1]  1722/18
few [6]  1723/15 1759/11 1815/25 1819/2 1839/21 1849/8
fewest [1]  1771/18
field [3]  1750/25 1806/19 1820/8
FIGHT [1]  1713/3
figure [8]  1728/15 1752/20 1757/9 1760/7 1760/9 1769/19 1771/3 1791/12
file [19]  1732/8 1732/9 1732/10 1732/10 1758/11 1778/4 1778/5 1781/6 1783/25 1788/15 1788/19 1794/21 1799/17 1799/17 1805/12 1805/14 1806/23 1839/22 1851/8
filed [17]  1/2 1/6 1/8 1745/5 1785/22 1785/25 1786/4 1788/4 1788/17 1840/20 1841/1 1845/24 1847/4 1847/7 1847/8 1847/11 1851/11
files [6]  1724/6 1726/1 1783/9 1783/12 1799/15 1855/2
filing [5]  1779/19 1779/22 1781/10 1840/23 1845/25
filings [2]  1766/18 1841/25
filled [1]  1756/6
filter [4]  1789/3 1812/4 1812/5 1812/23
filtering [1]  1806/2
filters [2]  1805/23 1807/15
fin [1]  1763/9
fin-tech [1]  1763/9
final [1]  1848/4
financial [1]  1763/10
find [10]  1722/3 1723/6 1727/7 1754/24 1763/17 1786/10 1797/8 1806/20 1811/13 1851/3
finding [1]  1751/8
findings [2]  1789/14 1854/2

fine [4]  1748/13 1773/25 1779/13 1816/22
finest [1]  1826/10
finish [6]  1729/2 1735/24 1747/22 1813/5 1822/9
firewall [3]  1797/14 1797/16 1821/8
firms [2]  1777/8 1778/15
first [42]  1720/7 1728/24 1739/14 1744/13 1745/3 1750/6 1750/7 1750/8 1750/11 1754/22 1754/22 1755/18 1756/9 1760/6 1764/5 1764/11 1768/18 1776/14 1777/22 1777/24 1788/12 1795/10 1798/6 1801/2 1801/24 1801/25 1802/8 1804/9 1804/14 1806/1 1806/8 1809/9 1812/13 1820/18 1822/21 1829/19 1837/14 1838/2 1838/21 1839/21 1849/8
five [2]  1739/7 1741/11
five-minute [1]  1741/11
flagging [1]  1796/24
flattened [1]  1844/16
fluctuation [2]  1751/3 1751/4
focus [3]  1761/9 1844/22 1846/16
focused [1]  1846/7
fog [1]  1772/6
follow [2]  1728/1 1746/14
followed [1]  1801/13
following [3]  1/1 1781/4 1838/3
follows [5]  1717/6 1749/20 1789/9 1828/12 1828/22
foot [2]  1767/11 1794/7
forces [1]  1844/11
forcing [1]  1848/3
FORD [4]  1714/7 1715/6 1729/2 1746/17
Ford's [1]  1743/10
foregoing [1]  1857/9
forget [2]  1810/11 1810/13
forgotten [1]  1740/22
form [1]  1754/17
format [3]  1823/23 1851/6 1851/16
formats [1]  1799/16
former [3]  1837/9 1837/9 1837/10
forming [1]  1819/5
forms [3]  1820/23 1848/17 1848/22
Fort [3]  1753/2 1753/5 1788/18
Fort Benning [1]  1788/18
forth [1]  1848/20
forward [6]  1730/6 1783/10 1783/11 1787/19 1789/2 1834/13 1834/25 1835/5
foster [1]  1798/18
found [3]  1722/3 1744/22 1824/6
foundation [6]  1720/17 1754/7 1780/23 1802/15 1802/17 1802/18
foundational [1]  1754/6
founded [2]  1761/19 1763/10
founder [1]  1763/14
four [1]  1814/10
framework [1]  1757/24
Frankly [1]  1789/22
fraud [3]  1771/12 1772/5
fraudulent [1]  1772/11
Fred [4]  1846/18 1846/20 1846/23 1847/1
free [1]  1754/9
Freedom [2]  1845/6 1845/9
Freedom's [2]  1845/11 1845/15

**F**

**Friday [4]** 1717/10 1721/7 1786/8
1852/15
**friends [1]** 1723/7
**fronts [1]** 1826/10
**frustration [1]** 1782/2
**frustrations [1]** 1782/9
**Fuchs [14]** 1724/10 1724/15 1725/4
1726/6 1726/16 1726/25 1727/21
1728/10 1728/16 1729/5 1729/10
1729/13 1729/17 1781/16
**full [4]** 1/8 1761/2 1796/21 1811/8
**fullest [2]** 1782/20 1808/14
**fully [1]** 1764/6
**function [4]** 1769/8 1781/3 1805/17
1822/24
**functional [1]** 1765/6
**functionalities [1]** 1805/19
**functionality [1]** 1805/8
**functions [1]** 1801/17
**fund [1]** 1834/13
**fundamental [2]** 1721/6 1762/5
**fundraising [2]** 1762/22 1762/24
**funds [1]** 1763/2
**further [8]** 1716/7 1745/11 1747/6
1748/15 1757/4 1770/5 1788/24
1834/16
**future [1]** 1848/24

**G**

**GA [1]** 1848/15
**gained [2]** 1719/12 1764/10
**GAINESVILLE [4]** 1713/2 1716/2
1857/8 1857/10
**Gamaliel [7]** 1736/24 1737/2 1737/5
1832/3 1832/7 1832/11 1833/14
**Gamaliel Turner [1]** 1832/11
**Gasaway [2]** 1742/7 1742/10
**gave [4]** 1731/25 1784/23 1792/5
1830/12
**gears [3]** 1774/7 1800/15 1818/18
**general [18]** 1720/10 1766/21 1769/3
1774/8 1795/10 1795/15 1796/4
1808/12 1817/19 1821/22 1822/4
1822/12 1822/17 1822/21 1822/24
1822/25 1823/10 1845/25
**generally [1]** 1823/16
**generate [3]** 1751/12 1801/18 1801/23
**generated [7]** 1731/3 1742/12 1743/14
1803/3 1803/10 1811/3 1812/18
**generating [4]** 1802/22 1815/4
1819/13 1855/13
**generation [1]** 1802/20 1803/5 1804/2
**gentleman [1]** 1839/6
**geocoded [1]** 1820/8
**geofenced [2]** 1820/7 1820/8
**geographic [1]** 1761/9
**GEORGIA [64]** 1713/1 1713/24 1716/2
1717/15 1724/8 1731/24 1744/24
1767/17 1774/7 1774/9 1774/23 1775/5
1775/6 1775/14 1776/1 1776/5 1776/10
1777/3 1777/8 1777/19 1778/3 1778/18
1779/15 1780/24 1781/7 1781/7
1782/19 1793/3 1794/8 1795/13
1797/22 1800/21 1801/20 1802/8
1802/24 1804/3 1804/9 1806/20
1815/25 1817/21 1823/17 1823/22

1824/17 1825/3 1827/19 1839/23
1842/18 1842/24 1843/19 1846/2
1846/3 1846/4 1846/5 1846/8 1846/9
1847/5 1847/8 1847/12 1849/4 1849/4
1851/9 1857/4 1857/8 1857/11
**Georgia's [1]** 1817/21
**Georgians [1]** 1794/21
**Germany [3]** 1781/16 1781/25 1786/16
**Germany's [1]** 1786/8
**get [45]** 1717/12 1719/4 1720/20
1722/12 1723/11 1725/18 1731/15
1733/3 1744/22 1746/13 1749/3
1756/21 1758/12 1759/13 1759/14
1762/15 1764/6 1766/19 1769/10
1772/8 1773/19 1774/3 1777/2 1779/7
1779/8 1780/1 1780/22 1787/3 1790/20
1791/13 1792/19 1799/10 1802/4
1809/10 1809/16 1810/19 1810/20
1810/25 1812/21 1813/7 1814/5 1820/8
1835/18 1841/9 1844/20
**gets [2]** 1772/22 1854/11
**getting [13]** 1721/10 1725/13 1728/2
1730/21 1745/8 1754/3 1771/8 1771/8
1771/22 1773/12 1844/12 1853/9
1855/23
**give [17]** 1719/10 1721/20 1743/6
1752/21 1790/16 1791/21 1794/3
1794/5 1798/1 1801/14 1808/14 1821/7
1827/2 1837/17 1843/14 1849/4
1849/14
**given [8]** 1739/8 1762/16 1783/7
1806/22 1818/24 1836/8 1845/18
1847/11
**gives [3]** 1757/23 1801/10 1853/19
**giving [1]** 1849/16
**go [35]** 1720/19 1721/25 1729/20
1731/6 1732/2 1732/16 1735/24
1742/21 1749/25 1754/11 1755/3
1757/19 1758/4 1761/2 1765/15
1765/17 1779/7 1780/22 1792/22
1796/9 1796/20 1804/15 1809/7
1810/12 1822/9 1833/16 1837/13
1839/25 1841/17 1841/21 1847/22
1848/3 1848/8 1853/8 1854/18
**goal [9]** 1734/20 1734/24 1780/4
1787/2 1798/7 1808/6 1811/12 1819/17
1837/13
**goes [7]** 1722/1 1742/18 1774/18
1774/18 1804/22 1805/6 1809/19
**going [57]** 1716/5 1716/21 1721/16
1722/6 1722/15 1725/17 1725/18
1730/17 1733/3 1742/22 1743/25
1755/25 1756/1 1756/23 1757/9 1759/2
1759/24 1760/2 1764/8 1765/10 1766/7
1766/17 1766/20 1766/25 1767/1
1772/9 1775/16 1779/3 1781/8 1781/8
1786/13 1787/3 1789/18 1790/6 1796/2
1798/11 1798/25 1799/7 1805/22
1808/9 1809/21 1811/13 1811/17
1822/8 1823/22 1827/6 1827/10 1834/1
1836/10 1837/20 1842/22 1847/23
1848/13 1853/18 1853/20 1854/4
1855/24
**gold [1]** 1809/1
**gone [1]** 1732/4
**good [17]** 1716/4 1727/3 1728/15
1738/1 1745/15 1748/13 1751/9
1751/15 1780/11 1802/1 1802/2 1802/4

1825/15 1838/3 1841/11 1848/1
1852/17
**gosh [2]** 1752/2 1756/12
**got [26]** 1729/16 1729/18 1731/6
1732/13 1738/15 1741/8 1741/9
1742/22 1747/5 1749/5 1750/13 1752/2
1763/2 1763/2 1763/3 1773/20 1789/21
1791/20 1803/7 1804/9 1808/16
1811/15 1812/13 1840/9 1844/7
1850/20
**gotten [1]** 1739/1
**government [4]** 1753/18 1754/2
1760/18 1835/3
**governments [1]** 1769/15
**graduate [1]** 1750/4
**graduated [1]** 1750/1
**gratifying [2]** 1753/7 1764/21
**great [11]** 1749/16 1753/6 1756/13
1759/8 1764/17 1788/2 1807/7 1809/6
1817/21 1824/9 1835/5
**greater [6]** 1753/4 1762/16 1763/20
1773/3 1796/3 1798/18
**GREENBERG [1]** 1714/15
**GREGOR [1]** 1714/14
**grew [1]** 1749/24
**grounded [1]** 1826/7
**group [6]** 1714/9 1755/3 1755/19
1755/25 1804/15 1842/23
**groups [4]** 1738/13 1738/19 1738/21
1837/14
**grow [1]** 1749/23
**guess [13]** 1723/14 1723/14 1735/6
1742/16 1752/2 1758/7 1768/11
1786/18 1787/20 1814/10 1836/6
1837/10 1854/20
**guidance [4]** 1794/5 1797/7 1801/10
1818/13
**guide [1]** 1768/15
**guidelines [1]** 1801/13
**guys [1]** 1854/24
**Gwinnett [7]** 1717/17 1717/18 1732/1
1734/11 1734/12 1736/2 1739/18
**Gwinnett County [1]** 1732/1

**H**

**had [124]** 1716/4 1729/14 1729/16
1729/18 1730/6 1730/7 1731/9 1731/22
1732/4 1733/16 1733/17 1733/17
1734/22 1738/18 1743/22 1743/23
1744/3 1745/18 1750/14 1750/14
1750/14 1750/17 1752/21 1752/23
1753/17 1753/19 1754/8 1755/4 1755/9
1755/22 1755/25 1757/1 1764/13
1765/2 1765/2 1765/11 1765/11
1767/20 1774/25 1774/25 1775/16
1776/7 1776/10 1776/11 1778/20
1778/25 1779/20 1780/6 1780/6
1782/18 1784/14 1785/7 1785/24
1786/2 1786/3 1786/9 1786/13 1786/22
1787/12 1788/9 1788/14 1788/14
1788/21 1789/8 1789/25 1792/25
1793/22 1794/6 1794/18 1794/25
1797/23 1800/22 1805/3 1805/17
1805/18 1805/20 1806/3 1806/7
1806/18 1807/3 1807/3 1808/3 1808/13
1809/9 1817/15 1819/2 1819/20
1819/25 1820/1 1820/2 1820/18
1821/12 1822/9 1822/15 1825/22

**H**

**had... [29]**  1829/19 1829/19 1830/11
1833/25 1834/7 1834/7 1834/8 1834/15
1834/25 1834/25 1834/25 1836/8
1836/8 1837/9 1837/10 1838/16
1838/18 1839/22 1841/7 1842/1 1842/8
1843/8 1845/21 1845/21 1849/8
1849/17 1849/23 1852/1 1857/10
**hadn't [4]**  1775/2 1788/17 1805/16
1819/9
**hair [1]**  1751/6
**hall [3]**  1716/2 1749/6 1778/13
**hand [8]**  1728/14 1771/19 1771/19
1771/19 1790/6 1792/17 1827/10
1857/12
**handed [1]**  1850/25
**handle [4]**  1770/3 1782/23 1789/22
1825/11
**handled [2]**  1768/22 1850/2
**hands [1]**  1771/22
**happen [5]**  1724/11 1729/25 1734/25
1798/10 1822/9
**happenchance [1]**  1843/2
**happened [8]**  1730/5 1752/14 1754/25
1765/13 1773/6 1790/23 1844/14
1852/20
**happening [8]**  1754/2 1767/3 1767/18
1788/23 1789/12 1821/12 1836/23
1852/10
**happens [5]**  1735/1 1796/14 1797/9
1797/10 1854/13
**happy [2]**  1802/17 1835/24
**harbor [1]**  1762/14
**hard [7]**  1719/4 1743/22 1758/25
1772/5 1775/20 1781/23 1786/24
**HARDY [1]**  1714/4
**Harris [3]**  1753/3 1756/12 1757/1
**harvesting [1]**  1772/6
**has [39]**  1/6 1720/1 1720/16 1721/6
1723/12 1723/12 1723/14 1735/8
1741/9 1745/2 1753/23 1754/20
1757/11 1758/5 1762/14 1763/4
1763/19 1763/20 1764/17 1802/13
1802/15 1805/8 1806/17 1807/7
1812/17 1815/25 1820/9 1825/12
1827/24 1833/22 1834/5 1834/7 1836/2
1838/12 1839/6 1839/12 1840/9 1842/9
1844/5
**hate [1]**  1834/8
**have [176]**
**haven't [3]**  1759/20 1808/12 1853/22
**having [6]**  1717/5 1723/15 1749/19
1770/2 1808/24 1829/21
**he [105]**  1716/10 1716/12 1719/21
1719/21 1719/23 1720/1 1720/1 1720/8
1720/8 1720/11 1720/12 1720/14
1720/16 1720/17 1720/20 1720/24
1721/2 1721/3 1721/7 1721/8 1721/8
1721/11 1721/13 1721/18 1722/7
1724/20 1724/21 1724/21 1724/22
1727/14 1727/16 1728/5 1729/16
1731/14 1731/14 1733/1 1740/8 1740/8
1740/9 1740/10 1740/15 1740/21
1740/24 1741/1 1741/2 1741/3 1741/4
1741/4 1741/5 1749/11 1749/12
1749/12 1776/19 1776/20 1782/3
1782/5 1782/7 1782/10 1782/17

1784/25 1784/25 1785/19 1785/20
1785/21 1785/25 1786/9 1786/9
1786/10 1810/1 1810/19 1823/16
1824/1 1824/2 1825/22 1825/22
1829/11 1829/15 1829/19 1829/19
1829/20 1829/20 1830/1 1830/8
1830/11 1834/9 1834/9 1835/6 1835/8
1835/9 1835/16 1835/17 1835/17
1835/18 1835/19 1842/5 1847/19
1850/19 1851/20 1852/11 1852/15
1852/16 1852/17 1855/1 1855/1
1855/18
**he's [8]**  1716/13 1719/19 1721/13
1725/9 1731/14 1740/14 1779/10
1810/18
**head [3]**  1822/8 1834/4 1834/10
**headlines [1]**  1756/1
**headlong [1]**  1809/19
**heal [1]**  1844/23
**health [1]**  1765/25
**healthcare [7]**  1753/24 1754/2 1763/9
1763/17 1765/21 1809/1 1809/4
**hear [12]**  1716/12 1716/15 1725/2
1727/11 1728/25 1739/13 1739/24
1742/21 1819/25 1827/8 1840/15
1840/16
**heard [12]**  1763/6 1771/20 1774/13
1783/15 1803/22 1819/1 1819/7
1826/23 1834/7 1852/24 1853/22
1854/22
**hearing [1]**  1854/21
**hearsay [26]**  1724/18 1724/24 1728/20
1756/17 1768/5 1773/22 1773/24
1775/18 1778/24 1779/1 1782/4
1782/14 1783/16 1783/20 1784/18
1791/3 1791/7 1791/17 1791/17
1824/17 1835/7 1840/9 1840/25 1841/8
1841/15 1842/4
**heavily [1]**  1730/18
**heightened [1]**  1772/25
**held [2]**  1820/21 1857/10
**help [10]**  1758/22 1766/12 1766/17
1771/7 1780/7 1798/18 1818/2 1823/21
1824/2 1834/14
**helped [2]**  1765/9 1830/9
**helpful [5]**  1746/13 1781/25 1786/16
1792/7 1848/24
**helping [2]**  1764/13 1794/21
**her [23]**  1724/21 1724/22 1729/2
1768/3 1773/24 1777/18 1778/25
1783/18 1791/13 1802/15 1803/22
1803/23 1809/24 1824/18 1825/1
1825/3 1825/9 1835/22 1841/7 1847/16
1847/18 1853/19 1854/10
**here [18]**  1717/10 1731/15 1754/6
1754/24 1766/23 1766/24 1766/24
1767/1 1770/6 1771/21 1776/12
1780/12 1819/7 1825/11 1837/24
1844/24 1851/20 1855/24
**here's [2]**  1744/4 1766/25
**hereby [1]**  1857/8
**HEREDIA [10]**  1713/3 1737/7 1737/10
1737/13 1832/13 1832/15 1832/18
1832/22 1833/1 1833/14
**hereunto [1]**  1857/12
**Hero [4]**  1844/9 1844/9 1844/10
1844/14
**Hero's [1]**  1845/3

**Hers [1]**  1748/12
**hey [2]**  1745/16 1757/8
**high [4]**  1724/7 1750/1 1750/23 1794/2
**higher [2]**  1814/17 1820/21
**highly [3]**  1810/3 1824/12 1853/23
**Hill [4]**  1788/4 1789/14 1840/3 1840/24
**him [23]**  1716/13 1720/7 1720/15
1721/15 1721/17 1726/23 1727/15
1729/5 1729/10 1746/13 1746/15
1749/9 1782/6 1785/25 1823/18 1824/6
1824/9 1829/20 1837/13 1842/7 1842/8
1842/9 1850/9
**hiring [1]**  1761/3
**his [35]**  1719/23 1720/7 1720/11
1720/12 1720/17 1721/11 1722/6
1727/17 1727/18 1741/24 1775/1
1776/23 1782/6 1782/10 1785/8 1786/3
1824/14 1824/19 1825/1 1825/10
1828/24 1829/16 1835/5 1840/7
1840/21 1850/18 1851/12 1851/21
1852/14 1852/18 1852/18 1852/25
1854/12 1855/1 1855/3
**historic [1]**  1766/8
**history [1]**  1823/5
**hit [1]**  1822/8
**hold [13]**  1719/17 1724/17 1724/17
1726/9 1728/19 1733/25 1742/17
1746/11 1748/9 1751/15 1778/22
1826/14 1835/14
**holidays [1]**  1795/6
**Holsworth [1]**  1792/3
**home [1]**  1769/10
**honest [1]**  1786/7
**honestly [1]**  1787/21
**Honesto [1]**  1758/21
**Honor [46]**  1716/7 1716/10 1716/11
1719/15 1719/18 1719/25 1720/23
1721/5 1722/4 1726/21 1727/9 1728/20
1729/8 1733/23 1739/11 1739/24
1740/8 1740/19 1742/18 1746/18
1747/6 1748/7 1748/17 1756/16
1767/25 1773/21 1775/18 1778/23
1783/14 1784/17 1785/9 1790/3 1790/9
1792/15 1802/10 1803/11 1810/9 1810/18
1810/1 1824/13 1827/4 1840/8 1842/3
1848/2 1853/4 1855/10 1855/19
**Honor's [2]**  1720/24 1790/11
**honorable [2]**  1713/12 1838/20
**hope [5]**  1716/4 1755/5 1798/4
1836/24 1843/4
**hopes [1]**  1834/1
**hospitals [2]**  1763/25 1764/11
**host [1]**  1757/25
**hosted [1]**  1758/18
**hotline [2]**  1773/12 1846/16
**hours [1]**  1790/10
**house [2]**  1722/14 1722/19
**Houston [4]**  1750/3 1750/4 1753/5
1753/5
**how [108]**  1717/18 1718/12 1719/21
1719/22 1721/2 1723/12 1723/12
1724/5 1724/6 1725/6 1725/7 1728/23
1730/21 1733/17 1738/13 1738/24
1739/22 1740/9 1743/7 1745/6 1745/7
1751/14 1751/17 1751/17 1751/23
1754/16 1754/24 1755/13 1755/15
1756/3 1756/20 1757/25 1758/2 1759/6
1759/23 1759/24 1762/15 1762/19

**H**

**how... [70]** 1762/19 1762/24 1763/1
1763/20 1766/4 1766/12 1766/14
1766/14 1766/24 1767/4 1768/4
1768/20 1768/20 1768/21 1768/21
1769/1 1769/10 1769/20 1770/5
1773/15 1775/17 1776/4 1783/5
1787/17 1789/1 1789/17 1789/20
1791/12 1791/20 1795/4 1795/15
1797/11 1799/20 1799/20 1800/15
1800/24 1801/9 1801/12 1802/15
1803/2 1803/9 1803/14 1804/7 1808/9
1810/20 1811/3 1813/11 1814/4
1814/23 1815/7 1816/12 1816/17
1818/23 1819/12 1819/22 1823/15
1824/25 1825/11 1836/10 1839/20
1840/16 1840/20 1846/13 1847/4
1847/8 1848/10 1850/2 1850/18
1851/17 1853/6
**however [1]** 1/7
**huge [2]** 1751/10 1756/2
**HUGHES [1]** 1714/21
**huh [13]** 1739/21 1751/11 1751/22
1754/15 1760/11 1775/22 1777/21
1791/8 1793/11 1796/22 1828/19
1852/21 1854/9
**human [1]** 1751/6
**hurricane [1]** 1844/16
**husband [1]** 1722/14
**hypothetical [4]** 1728/24 1729/13
1729/19 1730/1

**I**

**I'd [1]** 1800/14
**I'll [26]** 1725/2 1726/14 1729/20 1732/3
1734/1 1736/8 1739/14 1740/1 1743/7
1743/10 1748/20 1749/2 1754/25
1758/12 1759/20 1768/3 1768/10
1772/3 1787/25 1790/18 1790/19
1792/19 1795/22 1820/17 1847/25
1854/23
**I'm [89]** 1717/23 1720/15 1721/16
1722/6 1722/15 1723/1 1723/7 1725/13
1725/23 1728/2 1729/6 1729/8 1733/3
1736/6 1736/20 1737/3 1737/11 1738/7
1739/24 1745/8 1746/7 1746/19 1747/2
1748/13 1748/22 1754/13 1756/18
1763/13 1773/25 1776/21 1776/21
1778/14 1779/3 1785/1 1785/15
1785/15 1785/17 1785/18 1786/8
1786/9 1786/13 1787/3 1787/21
1788/23 1790/6 1790/25 1791/5 1791/6
1791/9 1791/12 1791/19 1798/11
1799/10 1802/5 1802/17 1803/23
1807/6 1808/18 1809/21 1810/4
1810/11 1813/4 1814/1 1817/12
1817/13 1817/14 1817/18 1821/25
1824/18 1825/9 1827/6 1827/10
1827/25 1828/14 1832/23 1835/22
1835/24 1843/10 1844/2 1846/14
1847/20 1847/23 1848/1 1848/1
1850/17 1853/20 1854/1 1855/4
1855/24
**I've [13]** 1731/6 1739/1 1740/22 1741/8
1741/9 1742/22 1744/22 1750/8
1763/13 1808/1 1822/9 1850/20 1855/4
**ID [1]** 1755/22

**ideal [3]** 1739/1 1778/14 1843/7
**ideal [2]** 1761/4 1761/5
**identification [3]** 1755/9 1759/3
1820/24
**identifier [1]** 1806/17
**identify [3]** 1751/15 1758/10 1807/9
**identifying [1]** 1816/1
**identity [4]** 1761/16 1764/6 1764/19
1809/5
**illegal [1]** 1844/24
**illegally [1]** 1772/16
**illuminating [1]** 1776/24
**imagine [2]** 1774/16 1838/13
**imagined [1]** 1757/10
**immediate [3]** 1798/7 1817/19 1845/24
**immediately [3]** 1834/12 1843/4
1852/17
**impact [5]** 1767/4 1779/24 1779/24
1779/25 1852/14
**impacts [1]** 1767/23
**important [21]** 1722/23 1723/6
1723/13 1728/7 1730/10 1760/12
1760/20 1761/12 1761/16 1761/17
1775/8 1780/8 1781/13 1783/4 1806/6
1806/15 1807/14 1808/1 1812/10
1815/13 1816/13
**impression [2]** 1782/22 1784/10
**improperly [1]** 1835/4
**improve [2]** 1755/24 1798/5
**inaccurate [2]** 1767/21 1771/20
**inactive [10]** 1767/14 1769/23 1787/7
1787/8 1820/15 1820/16 1820/24
1821/13 1821/15 1823/9
**inactives [7]** 1808/3 1808/11 1819/8
1819/19 1819/19 1820/21 1821/6
**inadmissible [1]** 1824/15
**inasmuch [2]** 1803/7 1819/7
**INC [2]** 1713/3 1713/7
**include [11]** 1806/8 1814/7 1820/16
1821/15 1821/21 1822/2 1822/11
1822/14 1822/16 1851/21 1852/3
**included [8]** 1769/23 1769/24 1787/7
1806/8 1808/7 1811/19 1820/14
1822/18
**includes [1]** 1813/19
**including [4]** 1721/7 1731/1 1733/21
1829/21
**inclusive [1]** 1830/6
**incoming [4]** 1756/4 1756/13 1757/2
1764/14
**incompleteness [2]** 1854/6 1854/8
**inconsistencies [1]** 1804/10
**inconsistency [1]** 1853/15
**inconsistent [1]** 1851/25
**incorrect [1]** 1801/1
**incorrectly [1]** 1786/20
**increase [2]** 1774/22 1775/5
**increased [2]** 1798/8 1798/9
**incredibly [1]** 1781/12 1807/14
**indelible [1]** 1753/23
**independent [1]** 1730/25
**independents [1]** 1760/5
**index [5]** 1805/9 1808/23 1813/13
1813/23 1820/1
**indicated [2]** 1778/20 1786/9
**indicates [1]** 1826/1
**indication [1]** 1851/9
**indictment [1]** 1772/9

**indirectly [4]** 1728/21 1729/4 1729/9
1784/18
**individual [12]** 1739/19 1740/4
1740/21 1741/20 1741/23 1742/2
1742/7 1836/8 1836/22 1845/19 1850/4
1852/12
**individually [1]** 1849/11
**individuals [5]** 1738/24 1739/8
1849/11 1849/14 1849/21
**ineligibility [2]** 1778/5 1784/2
**ineligible [4]** 1800/18 1801/19 1802/23
1812/19
**inform [1]** 1824/22
**informant [2]** 1834/25 1836/24
**information [14]** 1727/17 1729/16
1729/18 1730/7 1757/5 1763/23
1763/23 1808/16 1813/23 1814/25
1815/1 1816/24 1849/2 1852/1
**informed [2]** 1765/11 1781/5
**inherent [2]** 1807/16 1812/1
**initial [2]** 1743/16 1788/9
**initially [1]** 1842/22
**initials [2]** 1855/17 1855/21
**initiative [3]** 1758/20 1759/8 1842/24
**initiatives [3]** 1754/20 1759/17
1837/20
**injuries [1]** 1844/12
**inner [1]** 1761/6
**inquired [1]** 1830/24
**inquirers [1]** 1816/9
**inquiries [35]** 1781/6 1782/23 1783/3
1783/10 1796/1 1796/5 1797/11
1799/21 1799/24 1800/2 1804/3
1812/25 1813/9 1813/14 1814/2
1814/21 1815/5 1817/9 1817/25 1818/3
1818/6 1818/9 1819/6 1819/14 1823/11
1829/6 1846/10 1846/21 1847/7 1847/8
1847/11 1848/9 1848/10 1849/21
1851/14
**inquiry [20]** 1758/16 1783/25 1795/20
1796/8 1796/13 1797/19 1798/16
1798/21 1800/7 1801/19 1802/23
1819/5 1819/24 1822/6 1822/17 1831/7
1831/25 1839/15 1839/18 1840/7
**inserting [1]** 1846/4
**inside [8]** 1761/15 1765/6 1766/14
1804/15 1805/22 1806/2 1812/10
1814/5
**insignificant [2]** 1806/24 1807/1
**instance [1]** 1820/25
**instances [1]** 1771/4
**instruct [1]** 1845/14
**instructed [1]** 1755/16
**instruction [1]** 1835/15
**integrated [1]** 1805/9
**integrity [16]** 1722/23 1723/12 1723/13
1723/16 1745/3 1757/22 1761/20
1761/22 1762/4 1764/23 1773/1
1773/13 1777/18 1798/17 1828/18
1846/16
**intelligence [1]** 1853/24
**intelligent [2]** 1810/4 1853/24
**intend [8]** 1735/20 1736/10 1736/12
1736/14 1831/11 1831/14 1831/17
1833/13
**intense [2]** 1766/10 1780/3
**interactions [2]** 1852/4 1852/7
**Intercept [1]** 1838/9

**I**

**Intercessors [2]** 1842/22 1843/11
**intercessory [2]** 1837/21 1842/23
**interest [3]** 1773/12 1774/22 1775/5
**interesting [2]** 1763/20 1805/15
**Interestingly [1]** 1819/18
**international [4]** 1806/4 1813/2 1813/8 1820/3
**Internationals [1]** 1807/24
**interpret [3]** 1728/3 1728/4 1808/11
**interpretation [2]** 1779/21 1779/22
**interpreting [1]** 1799/1
**INTERVENOR [1]** 1714/17
**intimidate [7]** 1736/14 1799/22 1800/8 1831/17 1833/13 1838/22 1839/3
**intimidated [1]** 1745/9
**intimidating [1]** 1745/4
**introduce [2]** 1815/14 1823/6
**introduced [4]** 1767/6 1768/14 1823/15 1843/1
**introduces [2]** 1815/18 1821/20
**introduction [1]** 1823/19
**invited [1]** 1837/17
**involved [17]** 1740/6 1741/21 1741/23 1742/4 1742/9 1753/17 1754/3 1762/15 1802/20 1802/22 1803/5 1803/17 1803/20 1804/2 1837/23 1839/17 1846/20
**involvement [4]** 1798/1 1800/5 1800/6 1835/5
**irrelevant [3]** 1720/4 1740/16 1824/14
**IRS [1]** 1834/5
**is [305]**
**isn't [1]** 1801/3
**issue [11]** 1720/2 1721/8 1723/13 1753/25 1761/20 1761/22 1764/24 1770/8 1824/20 1824/21 1837/24
**issues [3]** 1723/25 1758/10 1765/25
**it [419]**
**it's [87]** 1717/23 1718/16 1719/13 1722/2 1722/7 1723/2 1723/14 1726/13 1727/10 1728/24 1729/13 1729/16 1729/19 1731/8 1735/3 1738/16 1739/12 1740/16 1743/5 1744/18 1753/6 1755/1 1755/15 1756/9 1758/7 1758/17 1759/16 1760/16 1760/17 1760/20 1761/1 1761/7 1761/7 1761/12 1761/15 1761/16 1761/16 1761/16 1761/17 1763/19 1764/20 1764/20 1764/20 1765/5 1766/3 1768/1 1769/19 1771/19 1771/19 1772/10 1772/15 1774/12 1779/1 1779/8 1779/11 1788/18 1801/14 1801/25 1805/4 1805/5 1806/22 1806/25 1806/25 1807/8 1807/11 1807/11 1808/13 1808/14 1809/4 1809/12 1812/6 1813/17 1815/12 1826/21 1826/21 1826/23 1830/20 1836/21 1838/13 1838/13 1838/15 1843/12 1844/22 1849/9 1849/16 1851/7 1855/23
**its [27]** 1773/12 1798/20 1798/23 1800/16 1801/16 1812/24 1813/2 1813/9 1813/25 1814/20 1815/4 1815/10 1817/4 1817/9 1817/24 1818/3 1818/5 1818/15 1819/13 1822/6 1826/12 1826/19 1842/17 1843/15 1843/19 1846/8 1855/13

**J**

**J-O-C-E-L-Y-N [1]** 1737/25
**JACOB [1]** 1714/7
**Jacqueline [4]** 1737/7 1737/7 1737/10 1737/13
**JAKE [1]** 1714/15
**JANE [1]** 1713/4
**January [7]** 1724/1 1730/12 1741/24 1742/5 1742/10 1775/8 1795/13
**January 5th [7]** 1724/1 1730/12 1741/24 1742/5 1742/10 1775/8 1795/13
**Japan [1]** 1845/1
**JENNIFER [1]** 1714/19
**Jerry [2]** 1742/2 1742/5
**Jim [1]** 1777/24
**job [13]** 1719/10 1720/11 1721/11 1721/20 1743/20 1743/24 1750/6 1750/7 1750/7 1750/9 1750/10 1750/11 1751/7
**JOCELYN [8]** 1713/3 1737/25 1832/13 1832/15 1832/18 1832/22 1833/1 1833/14
**Joe [8]** 1850/3 1850/4 1850/6 1850/13 1850/14 1850/16 1851/2 1852/4
**Joe Martin [8]** 1850/3 1850/4 1850/6 1850/13 1850/14 1850/16 1851/2 1852/4
**Johnson [2]** 1781/17 1818/25
**joining [1]** 1717/9
**JONES [1]** 1713/12
**Jordan [4]** 1724/10 1724/15 1725/3 1781/16
**Joseph [1]** 1851/2
**JUDGE [47]** 1713/13 1716/23 1720/3 1720/5 1721/10 1724/19 1724/25 1727/19 1728/22 1729/11 1729/22 1731/14 1732/18 1733/4 1740/11 1741/7 1741/13 1741/18 1742/20 1745/11 1748/13 1748/20 1770/19 1773/25 1779/13 1780/20 1785/13 1790/17 1795/22 1802/17 1803/18 1804/5 1809/21 1824/24 1825/16 1827/11 1827/24 1835/24 1840/11 1841/1 1841/19 1844/2 1847/23 1850/20 1854/10 1854/16 1856/2
**Judge's [1]** 1810/20
**judgment [1]** 1829/16
**judicial [3]** 1841/2 1841/4 1841/15
**JUDY [1]** 1714/20
**jump [1]** 1754/4
**jumped [1]** 1750/18
**just [175]**
**JUSTICE [5]** 1714/21 1770/7 1777/17 1794/15 1794/24
**Justice Alito [1]** 1770/7

**K**

**keeled [1]** 1824/7
**keenly [1]** 1782/17 1847/23 1849/19
**keep [6]** 1756/23 1763/1 1775/20 1782/17 1847/23 1849/19
**key [3]** 1761/8 1806/9 1806/18
**keyword [1]** 1807/21
**kick [2]** 1722/21 1725/7
**kicked [3]** 1723/23 1724/3 1730/8

**itself [1]** 1732/24

**kicks [1]** 1805/4
**kids [1]** 1754/13
**kind [12]** 1723/23 1751/6 1755/5 1759/23 1764/7 1791/19 1834/1 1834/13 1841/22 1845/1 1848/24 1851/23
**kinds [4]** 1755/17 1772/7 1812/22 1834/15
**knew [16]** 1723/19 1723/22 1732/24 1734/23 1741/2 1745/7 1764/15 1766/7 1794/3 1799/15 1811/17 1816/16 1823/24 1839/23 1848/19 1850/1
**know [168]**
**knowing [5]** 1727/15 1730/16 1754/4 1769/23 1811/2
**knowledge [34]** 1719/10 1719/12 1720/13 1721/21 1738/14 1741/22 1743/14 1743/18 1745/1 1751/12 1763/15 1763/19 1792/2 1802/15 1803/22 1816/23 1819/11 1822/13 1822/14 1824/18 1824/20 1825/3 1825/9 1830/8 1830/11 1830/25 1834/19 1835/23 1839/14 1840/6 1847/15 1847/18 1850/6 1854/7
**known [1]** 1775/2
**knows [3]** 1720/18 1810/4 1848/5

**L**

**lack [3]** 1776/2 1776/2 1847/15
**lady [1]** 1842/12
**laid [4]** 1754/7 1766/23 1788/13 1802/15
**land [1]** 1821/11
**landed [1]** 1836/25
**landscape [2]** 1820/20 1821/11
**language [4]** 1827/18 1827/19 1837/3 1851/24
**large [4]** 1786/25 1800/25 1834/9 1845/19
**larger [1]** 1821/10
**largest [1]** 1753/4
**last [14]** 1723/15 1726/13 1736/8 1754/6 1759/9 1763/12 1771/21 1806/9 1827/20 1827/23 1828/9 1828/10 1828/15 1834/21
**late [3]** 1790/22 1792/3 1848/3
**later [3]** 1769/6 1788/1 1838/5
**Latino [3]** 1758/21 1758/23 1759/4
**law [13]** 1714/9 1744/24 1768/15 1777/8 1778/3 1781/5 1782/20 1784/11 1795/1 1808/11 1828/16 1828/18 1838/4
**LAWRENCE [2]** 1714/4 1714/5
**LAWRENCE-HARDY [1]** 1714/4
**laws [3]** 1726/1 1744/21 1768/8
**lawsuit [1]** 1744/9 1745/2
**lawsuits [5]** 1745/5 1745/10 1766/18 1770/15 1845/24
**lawyers [1]** 1778/16
**lay [7]** 1720/9 1780/22 1802/17 1802/18 1809/22 1853/5 1853/16
**layer [1]** 1820/23
**layers [2]** 1733/20 1817/2
**layout [1]** 1851/18
**layperson [3]** 1852/25 1854/12 1854/22
**lead [4]** 1723/25 1725/15 1725/17 1827/1

## L

**lead-up [2]** 1725/15 1725/17
**leading [17]** 1726/10 1726/10 1726/11 1726/22 1731/13 1733/24 1733/25 1739/12 1768/1 1795/7 1795/21 1817/14 1826/15 1826/20 1826/23 1827/1 1827/3
**leads [1]** 1726/22
**learn [2]** 1759/10 1805/15
**learned [12]** 1751/17 1754/6 1756/3 1756/8 1756/9 1756/25 1756/25 1757/4 1761/13 1806/11 1806/15 1835/1
**least [5]** 1769/21 1771/15 1777/7 1844/21 1850/17
**leave [5]** 1749/3 1768/10 1772/3 1807/2 1821/2
**leaves [1]** 1801/11
**leaving [1]** 1766/4
**led [9]** 1727/5 1754/3 1755/18 1762/3 1765/8 1765/13 1766/1 1766/18 1774/17
**left [7]** 1753/23 1782/18 1807/25 1808/3 1808/3 1815/2 1828/24
**legal [6]** 1779/21 1828/13 1828/22 1844/24 1847/14 1847/16
**legally [1]** 1772/11
**legislation [1]** 1757/23
**legislator [1]** 1823/17
**legislators [4]** 1723/7 1723/8 1723/11 1777/19
**legislature [1]** 1793/18
**legislatures [1]** 1766/4
**legitimately [1]** 1771/2
**length [1]** 1807/7
**lens [1]** 1823/24
**LESLIE [1]** 1714/9
**less [2]** 1758/7 1790/10
**lesson [2]** 1806/11 1806/14
**let [15]** 1729/2 1729/24 1732/2 1739/13 1740/1 1746/15 1747/22 1755/14 1758/18 1763/3 1765/18 1779/6 1809/16 1813/5 1830/20
**let's [18]** 1718/21 1719/3 1719/4 1721/12 1722/13 1729/17 1731/15 1741/11 1765/15 1779/11 1780/12 1780/22 1795/17 1808/18 1811/5 1841/17 1842/16 1843/4
**letter [3]** 1781/4 1781/22 1848/16
**letterhead [1]** 1851/18
**letters [1]** 1743/25
**level [4]** 1764/13 1767/11 1805/3 1823/6
**levels [3]** 1765/13 1766/13 1812/1
**LexisNexis [1]** 1811/10
**licensed [1]** 1811/9
**life [4]** 1717/19 1753/23 1764/21 1802/7
**light [1]** 1829/10
**lights [1]** 1763/1
**like [43]** 1718/6 1718/8 1719/5 1723/7 1724/6 1725/15 1726/1 1730/3 1732/24 1734/23 1737/21 1739/1 1739/3 1740/11 1745/7 1755/16 1758/12 1758/17 1760/3 1760/7 1765/16 1766/22 1767/6 1768/19 1779/22 1786/6 1787/9 1790/1 1791/17 1795/18 1800/11 1807/15 1814/13 1815/23

1821/10 1822/13 1825/5 1829/22 1830/5 1833/23 1836/22 1843/12 1854/3
**liken [1]** 1772/6
**limine [1]** 1809/22
**limit [3]** 1784/3 1797/11 1797/13
**limitation [1]** 1720/24
**limitations [1]** 1775/1
**limited [4]** 1726/17 1761/2 1769/7 1782/2
**limits [2]** 1782/2 1782/10
**line [9]** 1/6 1719/19 1746/7 1746/19 1747/3 1747/4 1808/25 1837/24 1855/7
**Line 22 [2]** 1746/7 1746/19
**Line 9 [1]** 1747/4
**lines [5]** 1730/22 1738/17 1739/2 1807/12 1849/19
**link [4]** 1838/12 1847/12 1847/15 1847/17
**list [117]** 1719/1 1719/2 1720/10 1721/24 1722/2 1722/3 1722/7 1722/11 1722/12 1722/21 1724/2 1727/7 1727/25 1730/20 1730/23 1730/25 1731/1 1731/1 1731/3 1731/9 1731/10 1731/11 1731/12 1731/19 1731/20 1731/21 1731/22 1731/23 1731/25 1732/7 1732/11 1732/12 1732/20 1732/25 1733/1 1733/7 1733/10 1733/10 1733/14 1733/16 1733/18 1733/20 1734/3 1734/6 1734/7 1734/9 1734/22 1735/20 1736/2 1737/17 1737/19 1737/21 1742/12 1743/14 1743/20 1744/5 1744/7 1744/8 1745/18 1745/19 1746/25 1747/16 1747/20 1748/4 1796/23 1799/13 1799/13 1800/15 1800/16 1801/18 1801/23 1802/14 1802/20 1802/22 1803/2 1803/6 1803/9 1803/16 1803/20 1804/2 1804/7 1809/23 1811/3 1812/24 1813/3 1813/9 1813/14 1813/25 1814/20 1815/4 1815/13 1816/3 1816/6 1816/10 1817/4 1817/8 1817/24 1818/3 1818/5 1818/8 1819/5 1819/23 1819/24 1820/9 1821/4 1821/21 1822/6 1822/12 1822/17 1823/11 1823/12 1831/7 1839/25 1839/25 1849/22 1849/23 1855/13
**listed [2]** 1840/22 1840/23
**Listen [1]** 1810/3
**listening [3]** 1776/17 1776/18 1776/22
**lists [11]** 1719/3 1727/25 1739/2 1743/18 1748/2 1802/16 1815/10 1816/20 1816/22 1828/17 1851/20
**litigation [1]** 1834/14
**little [16]** 1734/7 1736/4 1737/15 1749/24 1755/19 1763/22 1765/4 1771/25 1798/11 1798/12 1806/6 1808/19 1820/6 1820/11 1849/7 1855/23
**live [4]** 1722/14 1760/17 1771/23 1834/3
**lived [1]** 1717/18
**living [2]** 1717/20 1796/11
**LLC [1]** 1714/5
**LLP [2]** 1714/9 1714/15
**localize [1]** 1753/2
**logo [1]** 1846/3
**long [16]** 1717/18 1723/12 1723/12

1743/2 1743/5 1750/8 1751/23 1759/21 1764/1 1771/1 1774/25 1776/7 1795/4 1810/24 1837/22 1838/12
**long-term [1]** 1764/1
**longer [1]** 1838/7
**look [16]** 1737/25 1746/15 1755/18 1758/9 1758/18 1759/21 1779/22 1789/3 1789/4 1790/1 1808/14 1813/13 1814/5 1815/17 1815/21 1851/17
**looked [7]** 1733/15 1737/21 1759/24 1809/1 1815/8 1815/23 1820/6
**looking [14]** 1767/10 1774/1 1782/6 1784/24 1786/8 1794/8 1805/1 1813/12 1821/13 1823/21 1824/8 1826/7 1834/16 1846/5
**loops [1]** 1758/5
**loosely [1]** 1843/5
**lose [1]** 1772/20
**lot [28]** 1718/6 1718/15 1719/3 1719/4 1723/7 1738/16 1738/18 1751/1 1751/4 1753/9 1758/6 1759/3 1759/4 1770/16 1772/1 1772/2 1772/3 1773/10 1773/17 1806/21 1806/25 1808/16 1836/9 1839/7 1843/13 1848/20 1849/25 1850/19
**lots [1]** 1751/3
**low [2]** 1775/6 1776/2
**lunch [1]** 1716/4

## M

**M1 [4]** 1805/25 1805/25 1807/19 1814/7
**machines [4]** 1751/8 1751/18 1751/19 1755/15
**machining [1]** 1750/18
**mad [1]** 1813/7
**Madam [2]** 1717/12 1737/24
**made [18]** 1766/1 1766/3 1766/4 1769/15 1785/17 1786/20 1789/3 1789/5 1789/10 1789/11 1792/23 1796/13 1797/5 1798/2 1805/25 1816/20 1821/9 1823/19
**mail [12]** 1718/12 1718/13 1761/2 1767/1 1767/5 1767/12 1767/13 1769/17 1770/2 1770/3 1771/16 1772/2
**mail-in [6]** 1761/2 1767/5 1767/12 1767/13 1771/16 1772/2
**mailer [1]** 1722/19
**mailing [4]** 1717/21 1718/10 1718/16 1718/20
**mailings [1]** 1738/17
**main [2]** 1725/6 1742/16
**Mainly [1]** 1724/10
**maintained [1]** 1808/22
**maintenance [2]** 1800/22 1801/11
**major [1]** 1811/9
**make [32]** 1718/7 1723/9 1725/12 1728/3 1735/19 1736/1 1737/25 1739/18 1742/23 1752/20 1759/10 1761/22 1764/3 1764/12 1781/4 1781/13 1787/15 1797/7 1798/25 1799/6 1804/23 1805/12 1806/5 1809/14 1810/25 1811/12 1811/19 1821/9 1821/25 1822/9 1831/6 1850/1
**makes [2]** 1827/3 1835/23
**making [15]** 1720/9 1743/3 1750/24 1756/1 1760/17 1783/1 1799/11 1802/1 1805/7 1809/23 1812/24 1813/8

**M**

making... [3]  1813/14 1848/2 1855/9
male [1]  1722/19
manage [3]  1751/7 1766/14 1789/23
managed [1]  1789/24
management [2]  1793/7 1802/7
managing [1]  1751/9
manner [6]  1757/13 1757/14 1758/7
1777/13 1848/8 1848/8
manufacturing [6]  1750/14 1750/18
1750/23 1750/24 1751/24 1752/11
many [33]  1718/12 1725/7 1738/13
1738/24 1753/24 1754/23 1755/19
1755/20 1762/14 1763/12 1764/17
1766/15 1768/13 1770/11 1770/11
1770/11 1771/4 1774/24 1774/24
1775/17 1776/16 1776/16 1777/20
1788/12 1792/4 1792/4 1795/15
1797/11 1826/8 1847/4 1847/8 1847/10
1853/1
map [1]  1757/6
MARCOS [1]  1714/8
margin [2]  1774/8 1855/3
MARK [8]  1715/3 1716/23 1716/24
1717/4 1717/13 1818/19 1818/21
1820/15
married [1]  1750/13
marries [1]  1802/4
Martin [9]  1850/3 1850/4 1850/6
1850/13 1850/14 1850/16 1851/2
1851/2 1852/4
Martin's [1]  1851/11
mask [1]  1769/11
massive [1]  1767/5
match [4]  1735/4 1806/7 1806/8
1812/7
matched [1]  1806/7
materials [1]  1751/1
matter [10]  1752/17 1761/17 1763/22
1769/18 1774/1 1775/12 1785/18
1836/24 1838/16 1857/11
matters [3]  1761/18 1772/21 1774/19
may [26]  1/2 1/4 1716/3 1716/10
1720/8 1741/16 1741/17 1758/10
1778/12 1780/13 1780/19 1790/3
1790/17 1792/16 1796/25 1798/12
1798/12 1804/20 1809/22 1812/8
1827/11 1840/11 1840/18 1840/18
1840/19 1850/21
maybe [7]  1762/16 1794/4 1845/1
1849/6 1849/7 1852/9 1855/4
Mayer [2]  1852/23 1853/22
Mayer's [3]  1853/6 1854/21 1855/18
McCLAFFERTY [1]  1714/5
McQUEEN [1]  1714/8
me [50]  1716/12 1716/15 1718/8
1720/20 1722/16 1723/24 1727/5
1729/24 1732/2 1732/5 1735/24
1737/25 1738/19 1739/13 1740/12
1745/5 1745/9 1747/22 1753/16 1754/5
1755/14 1755/14 1760/3 1764/17
1765/18 1776/25 1777/15 1777/25
1780/7 1780/8 1781/13 1781/16
1781/21 1791/21 1792/17 1793/7
1796/20 1807/14 1808/18 1809/16
1810/16 1813/5 1813/7 1818/2 1827/8
1830/12 1830/20 1836/7 1845/18

mean [40]  1718/23 1723/1 1736/7
1743/1 1745/6 1753/13 1753/18 1761/4
1761/5 1761/13 1762/15 1765/19
1766/9 1769/7 1771/3 1771/20 1775/14
1778/7 1786/22 1787/1 1789/11
1799/17 1799/18 1802/2 1807/9
1815/24 1818/14 1820/5 1825/6 1830/8
1843/10 1844/17 1849/3 1849/16
1850/18 1852/9 1853/9 1853/13 1854/1
1854/4
mean -- well [1]  1852/9
Meaning [1]  1807/3
meaningful [2]  1763/4 1817/23
means [2]  1751/1 1835/3
meant [7]  1773/10 1786/19 1787/4
1828/14 1828/14 1838/1 1846/15
measures [1]  1817/6
MECHANICAL [1]  1713/20
media [5]  1735/19 1831/6 1845/3
1845/12 1845/15
Medicaid [1]  1764/12
medical [4]  1834/23 1836/3 1836/13
1836/14
meet [1]  1793/12
meeting [35]  1779/15 1780/8 1780/9
1780/24 1781/2 1781/13 1781/15
1781/19 1782/18 1782/22 1784/6
1784/9 1784/15 1784/20 1785/12
1786/16 1787/23 1789/8 1789/15
1789/25 1790/23 1791/2 1791/11
1792/10 1792/13 1792/24 1793/14
1794/23 1794/24 1795/8 1808/8
1829/12 1829/13 1830/9 1838/7
meetings [2]  1793/19 1794/10
MELLETT [1]  1714/20
memes [1]  1766/22
mention [1]  1834/22
mentioned [6]  1719/9 1808/1 1811/21
1813/22 1829/8 1831/6
mentioning [2]  1735/19 1831/6
messaging [1]  1830/13
met [1]  1828/24
metallurgy [1]  1751/14
method [1]  1728/17
methodical [1]  1789/7
methodological [1]  1818/2
methodologies [3]  1819/4 1819/11
1819/22
methodology [14]  1786/22 1799/3
1802/25 1803/7 1803/14 1803/19
1808/15 1810/14 1810/23 1815/16
1817/13 1817/15 1818/16 1819/12
Mexico [1]  1759/6
MICHAEL [1]  1714/13
MICHELLE [1]  1714/5
mid [1]  1828/25
mid-December [1]  1828/25
middle [11]  1744/3 1806/8 1826/6
1841/21 1853/10 1853/12 1853/14
1854/3 1855/15 1855/18 1855/18
might [4]  1737/18 1764/3 1824/16
1853/21
military [11]  1733/21 1805/21 1806/5
1807/15 1807/18 1807/19 1807/21
1813/24 1814/7 1814/12 1814/17
million [2]  1753/5 1806/23
mind [5]  1726/12 1768/18 1791/4

1809/8 1810/16
mine [1]  1733/15
minus [2]  1751/5 1811/15
minute [3]  1741/6 1741/11 1834/3
missed [1]  1805/16
mission [3]  1754/16 1760/13 1772/24
misspoke [1]  1752/10
mobile [3]  1771/23 1800/24 1801/3
MOCINE [1]  1714/8
MOCINE-McQUEEN [1]  1714/8
model [1]  1750/15
mom [2]  1750/14 1752/5
moment [2]  1812/6 1836/15
money [4]  1834/9 1845/19 1846/23
1847/1
monitored [1]  1769/1
Montgomery [1]  1759/14
month [1]  1759/9
months [5]  1769/3 1801/2 1812/2
1812/2 1838/5
more [32]  1723/15 1727/5 1734/7
1736/4 1737/22 1738/21 1739/4 1739/6
1739/7 1750/10 1752/25 1753/12
1754/1 1755/10 1755/24 1757/16
1759/20 1764/23 1765/11 1773/12
1774/3 1774/6 1788/1 1792/25 1793/8
1807/3 1813/21 1813/21 1813/23
1827/5 1837/3 1841/24
morning [1]  1855/25
MORRISON [1]  1714/8
most [14]  1719/13 1722/2 1722/7
1725/8 1727/6 1731/6 1731/8 1732/24
1755/4 1794/9 1817/18 1826/25
1851/10 1853/3
motion [3]  1809/21 1841/1 1841/10
motivates [1]  1775/16
motivation [4]  1798/15 1799/22
1799/25 1800/3
mouth [2]  1834/11 1834/20
move [6]  1779/11 1783/10 1783/11
1787/18 1789/1 1800/25
moved [1]  1808/24
moves [1]  1805/1
moving [1]  1800/17
Mr [10]  1715/3 1715/7 1715/9 1716/6
1716/25 1726/11 1749/8 1779/10
1791/9 1810/20
Mr. [66]  1716/5 1716/9 1716/12
1716/15 1716/21 1717/9 1717/14
1719/21 1720/11 1721/6 1721/11
1721/20 1722/6 1724/22 1725/22
1726/22 1728/1 1729/9 1741/17
1741/20 1742/25 1745/15 1746/12
1747/10 1747/15 1748/11 1748/19
1748/24 1748/24 1770/18 1775/21
1778/9 1778/20 1780/11 1780/19
1781/25 1783/18 1786/16 1790/19
1791/5 1791/20 1792/19 1810/8 1819/4
1819/5 1819/19 1819/12 1819/22
1819/23 1822/11 1822/11 1823/12
1823/12 1824/4 1824/4 1824/5 1826/9
1829/10 1839/17 1840/7 1841/11
1841/12 1841/18 1841/23 1847/20
1851/11
Mr. Bopp [2]  1778/9 1778/20
Mr. Davis [5]  1716/9 1716/15 1819/5
1819/12 1822/11
Mr. Davis' [2]  1819/23 1823/12

**M**

**Mr. Evans [26]** 1716/21 1719/21 1722/6 1725/22 1726/22 1728/1 1729/9 1741/17 1742/25 1747/10 1748/11 1748/19 1748/24 1770/18 1775/21 1780/11 1780/19 1783/18 1790/19 1791/5 1791/20 1792/19 1810/8 1841/11 1841/18 1847/20
**Mr. Germany [2]** 1781/25 1786/16
**Mr. Martin's [1]** 1851/11
**Mr. Nkwonta [1]** 1841/12
**Mr. Powell [2]** 1716/5 1716/12
**Mr. Robinson [5]** 1824/4 1824/4 1824/5 1826/9 1829/10
**Mr. Russell [2]** 1840/7 1841/23
**Mr. Russell's [1]** 1839/17
**Mr. Somerville [4]** 1720/11 1819/4 1819/12 1822/11
**Mr. Somerville's [2]** 1819/22 1823/12
**Mr. Williams [10]** 1717/9 1717/14 1721/6 1721/11 1721/20 1724/22 1741/20 1745/15 1746/12 1747/15
**Mr. Wynne [1]** 1748/24
**Ms [2]** 1715/6 1824/25
**Ms. [25]** 1724/15 1725/3 1726/6 1726/16 1726/25 1727/21 1728/10 1728/16 1729/2 1729/5 1729/10 1729/13 1729/17 1743/10 1746/17 1748/20 1749/1 1749/23 1802/13 1810/3 1810/9 1828/1 1828/3 1841/6 1843/24
**Ms. Engelbrecht [9]** 1748/20 1749/1 1749/23 1802/13 1810/3 1810/9 1828/1 1841/6 1843/24
**Ms. Ford [2]** 1729/2 1746/17
**Ms. Ford's [1]** 1743/10
**Ms. Fuchs [10]** 1726/6 1726/16 1726/25 1727/21 1728/10 1728/16 1729/5 1729/10 1729/13 1729/17
**Ms. Jordan [1]** 1725/3
**Ms. Jordan Fuchs [1]** 1724/15
**Ms. Wright [1]** 1828/3
**much [13]** 1722/17 1759/2 1759/25 1761/13 1765/4 1770/2 1770/3 1781/14 1797/6 1797/18 1800/12 1844/20 1849/16
**multivariate [1]** 1804/16
**Muscogee [8]** 1734/18 1788/16 1788/17 1789/20 1839/16 1839/18 1840/7 1840/24
**Muscogee County [8]** 1734/18 1788/16 1788/17 1789/20 1839/16 1839/18 1840/7 1840/24
**must [2]** 1801/13 1811/24
**my [91]** 1717/19 1721/3 1721/6 1721/18 1722/1 1723/8 1723/11 1723/11 1725/6 1725/25 1726/13 1727/12 1728/13 1731/7 1733/14 1734/24 1739/3 1740/20 1742/16 1743/16 1743/18 1743/18 1744/20 1745/1 1745/4 1748/10 1748/14 1750/7 1750/7 1750/8 1750/11 1750/14 1751/7 1752/5 1753/18 1753/22 1753/23 1754/3 1754/12 1756/12 1760/14 1764/21 1768/10 1773/19 1776/23 1778/3 1778/7 1778/19 1781/20 1783/6 1783/24 1787/15 1789/7 1789/13

1790/1 1792/23 1796/15 1796/19 1796/23 1797/5 1797/10 1797/13 1797/18 1801/14 1801/15 1802/7 1803/11 1808/8 1808/25 1821/3 1822/9 1822/14 1823/17 1825/9 1825/25 1826/9 1829/12 1829/13 1830/1 1830/25 1834/4 1834/10 1834/11 1834/18 1834/20 1836/24 1837/19 1837/25 1839/14 1853/16 1857/12
**myself [3]** 1751/19 1754/24 1842/11

**N**

**name [10]** 1717/11 1717/25 1737/17 1737/22 1737/23 1751/21 1778/12 1845/22 1845/23 1851/1
**name-driven [1]** 1737/23
**named [20]** 1736/18 1736/22 1737/1 1737/5 1737/9 1737/13 1738/5 1740/4 1741/20 1741/23 1742/2 1742/7 1788/8 1788/8 1788/9 1788/10 1832/22 1833/1 1839/6 1850/4
**names [12]** 1725/7 1727/8 1734/4 1778/12 1788/20 1853/10 1853/11 1853/12 1853/14 1854/4 1855/15 1855/18
**narrative [1]** 1838/11
**nation [1]** 1794/7
**national [6]** 1721/24 1765/25 1801/8 1808/21 1837/18 1842/23
**nationally [1]** 1776/8
**nationwide [1]** 1767/18
**nature [1]** 1840/4
**Navy [9]** 1837/6 1837/7 1837/10 1837/10 1837/15 1838/22 1838/24 1839/1 1839/3
**NCOA [41]** 1718/25 1719/9 1719/10 1719/12 1719/20 1720/8 1720/12 1720/13 1720/18 1721/3 1721/11 1721/21 1721/23 1723/22 1724/3 1725/7 1726/1 1727/6 1730/8 1730/20 1730/23 1731/6 1731/24 1734/9 1764/19 1769/5 1792/24 1801/15 1804/12 1804/12 1806/7 1808/20 1808/20 1808/21 1809/7 1809/13 1809/17 1809/19 1810/2 1811/13 1811/23
**NCOALink [11]** 1804/13 1805/1 1805/6 1805/23 1811/21 1811/22 1812/1 1812/3 1812/23 1813/18 1814/5
**nearly [1]** 1820/12
**necessarily [1]** 1849/18
**necessary [2]** 1751/16 1823/7
**need [19]** 1728/1 1731/16 1731/16 1732/7 1732/15 1741/6 1744/4 1753/6 1757/15 1757/15 1759/17 1759/18 1759/18 1765/17 1766/25 1767/2 1770/9 1773/6 1773/9
**needed [7]** 1732/25 1734/24 1747/8 1806/8 1829/14 1834/17 1834/17
**needing [1]** 1836/12
**needs [3]** 1773/2 1773/3 1844/6
**negative [5]** 1758/14 1784/15 1786/4 1787/23 1838/1
**negatively [2]** 1785/8 1785/19
**never [6]** 1720/16 1737/21 1757/10 1834/20 1842/8 1846/15
**new [7]** 1744/12 1760/2 1763/12 1768/14 1770/11 1770/11 1770/11

**news [1]** 1839/21
**newspaper [2]** 1841/25 1842/4
**next [12]** 1716/21 1748/19 1752/7 1762/3 1795/7 1828/20 1837/5 1839/6 1842/14 1847/22 1850/3 1852/22
**night [1]** 1744/11
**NKWONTA [3]** 1714/6 1791/9 1841/12
**no [102]** 1732/2 1734/16 1734/19 1735/12 1735/15 1735/18 1735/22 1735/25 1736/11 1736/13 1736/15 1736/17 1736/23 1736/25 1737/6 1737/8 1737/14 1738/4 1738/12 1739/1 1739/22 1740/5 1741/3 1741/22 1742/1 1742/3 1742/6 1742/8 1742/11 1745/4 1745/11 1746/24 1747/2 1747/6 1748/15 1748/17 1749/5 1750/17 1752/4 1761/10 1761/21 1762/16 1784/3 1784/3 1784/13 1797/13 1799/23 1800/1 1800/4 1800/9 1816/5 1816/8 1818/10 1820/21 1826/25 1827/2 1829/7 1830/25 1831/4 1831/9 1831/12 1831/15 1831/18 1831/20 1831/23 1832/2 1832/5 1832/8 1832/12 1832/16 1832/19 1833/2 1833/4 1833/7 1833/11 1833/15 1833/18 1833/21 1836/24 1838/25 1839/2 1839/5 1839/9 1839/19 1841/11 1842/9 1843/17 1843/22 1843/22 1845/5 1845/10 1845/13 1845/16 1846/12 1846/22 1846/25 1847/3 1851/8 1851/16 1853/10 1853/12 1854/3
**nobody [1]** 1765/10
**nomenclature [2]** 1807/21 1814/13
**non [1]** 1793/21
**non-odd [1]** 1793/21
**none [2]** 1746/4 1746/22
**nonetheless [1]** 1757/11
**nonprofit [3]** 1757/17 1762/22 1844/10
**normal [1]** 1805/13
**normalization [1]** 1812/5
**normalize [1]** 1812/13
**normalizing [1]** 1804/22
**normally [2]** 1769/8 1776/18
**NORTHERN [3]** 1713/1 1857/4 1857/7
**not [167]**
**notable [1]** 1789/3
**note [2]** 1788/15 1842/1
**noted [1]** 1788/16
**nothing [5]** 1782/12 1797/10 1838/16 1838/18 1854/2
**notice [4]** 1779/10 1841/2 1841/5 1841/15
**NOVEMBER [9]** 1713/14 1716/2 1787/12 1795/11 1808/4 1819/9 1819/20 1822/15 1857/13
**now [30]** 1716/17 1717/23 1721/10 1721/13 1722/2 1725/2 1731/16 1754/13 1758/7 1759/2 1759/14 1769/23 1774/7 1779/9 1786/5 1790/6 1791/20 1800/15 1805/4 1806/21 1811/5 1811/5 1812/17 1818/18 1833/16 1835/20 1838/12 1838/17 1846/4 1846/7
**number [24]** 1/5 1/6 1713/6 1723/24 1724/3 1724/6 1767/8 1784/3 1786/25 1806/22 1818/24 1820/10 1821/9 1823/10 1829/3 1829/9 1829/11 1829/11 1829/14 1829/14 1829/15

**N**

number... **[3]** 1839/24 1847/10 1851/20
numbers **[11]** 1723/19 1733/14
1733/15 1733/17 1756/2 1773/16
1800/25 1819/18 1819/21 1830/7
1840/4
numerous **[1]** 1739/8
nuts **[2]** 1733/14 1748/3
NVRA **[7]** 1775/1 1782/10 1801/5
1801/9 1801/10 1801/14 1801/15

**O**

oath **[6]** 1716/25 1717/1 1745/24
1749/2 1749/14 1749/15
object **[7]** 1721/18 1725/19 1725/20
1740/12 1802/12 1835/15 1854/15
objecting **[2]** 1743/5 1779/4
objection **[58]** 1719/18 1720/1 1720/22
1721/6 1724/18 1725/18 1726/9
1726/19 1726/20 1726/21 1727/9
1727/12 1728/20 1729/2 1733/23
1739/11 1739/23 1740/1 1740/12
1740/13 1740/14 1740/20 1746/11
1756/16 1767/25 1768/6 1773/21
1775/18 1778/23 1779/8 1782/4
1785/9 1791/3 1792/15 1795/21
1803/12 1809/18 1810/21 1824/13
1826/13 1826/14 1826/15 1826/20
1835/7 1840/8 1841/4 1842/2 1847/14
1847/20 1853/4 1853/16 1855/8 1855/9
1855/19
objections **[4]** 1742/23 1742/24 1743/3
1743/10
objects **[1]** 1790/9
obligation **[1]** 1771/6
observant **[1]** 1797/25
observation **[1]** 1809/24
observations **[9]** 1720/9 1796/18
1809/15 1809/23 1819/8 1852/22
1852/25 1854/12 1854/22
observed **[4]** 1720/25 1755/17 1765/24
1767/20
obtained **[1]** 1720/10
obviously **[1]** 1854/14
occurred **[1]** 1781/13
October **[2]** 1824/5 1825/25
odd **[3]** 1788/20 1793/21 1801/3
off **[5]** 1718/14 1725/17 1751/4
1752/23 1818/14
off-year **[1]** 1752/23
offer **[7]** 1720/8 1720/13 1740/9
1809/22 1836/2 1853/17 1853/23
offered **[3]** 1799/17 1836/18 1846/7
offers **[1]** 1799/18
office **[10]** 1719/1 1721/25 1724/5
1724/9 1726/17 1727/16 1790/24
1791/11 1792/11 1792/24
officer **[1]** 1763/13
official **[8]** 1/1 1/2 1/3 1/7 1713/22
1723/3 1857/16 1857/17
often **[1]** 1800/24
oh **[12]** 1722/1 1750/7 1754/25
1756/12 1756/18 1760/14 1778/12
1791/12 1793/13 1810/11 1815/15
1851/6
oil **[1]** 1750/24

okay **[41]** 1716/16 1717/10 1721/5
1721/20 1722/12 1725/14 1725/16
1727/14 1727/19 1730/2 1734/1 1736/9
1740/2 1741/7 1746/1 1747/12 1749/16
1755/13 1755/15 1756/25 1768/19
1768/19 1770/7 1776/22 1780/20
1792/20 1798/14 1803/24 1804/2
1804/5 1804/24 1805/25 1811/5
1811/16 1818/20 1828/7 1828/16
1841/17 1843/4 1848/1 1848/6
ominous **[1]** 1838/10
once **[17]** 1722/2 1734/9 1774/13
1784/21 1787/18 1787/18 1789/21
1796/13 1805/3 1805/10 1805/17
1807/3 1815/12 1816/22 1823/9
1849/24 1849/25
one **[69]** 1721/12 1722/19 1722/21
1726/9 1726/14 1726/23 1728/6
1728/12 1733/3 1736/8 1737/18 1738/1
1742/23 1743/2 1744/3 1744/5 1744/10
1744/10 1744/12 1744/13 1746/11
1750/10 1752/23 1755/10 1757/12
1759/10 1759/11 1759/20 1762/2
1762/22 1769/1 1769/1 1772/11
1772/16 1772/16 1772/18 1772/18
1777/15 1778/13 1781/20 1783/1
1790/14 1790/19 1791/23 1795/6
1795/7 1801/16 1805/21 1809/11
1814/8 1815/20 1815/25 1816/1
1820/14 1821/5 1825/8 1826/24 1827/1
1828/15 1830/9 1834/3 1836/7 1837/21
1837/24 1841/2 1843/25 1845/1 1845/1
1849/6
ones **[1]** 1850/2
online **[3]** 1809/8 1811/11 1837/22
only **[23]** 1/2 1/6 1719/13 1722/19
1724/16 1725/5 1734/12 1761/1
1772/17 1779/7 1783/17 1793/21
1798/10 1812/2 1815/15 1815/17
1819/7 1827/1 1834/19 1835/16 1841/6
1842/22 1844/15
open **[3]** 1756/3 1779/7 1779/11
opened **[1]** 1779/5
opening **[1]** 1851/19
opens **[1]** 1779/1
operate **[1]** 1797/16
operating **[1]** 1817/16
opinion **[14]** 1721/3 1727/17 1727/18
1739/3 1740/9 1766/1 1766/6 1771/14
1772/12 1777/2 1800/2 1815/15
1815/16 1853/5
opinions **[2]** 1720/17 1730/10
opportunity **[8]** 1770/22 1770/24
1776/8 1817/22 1838/20 1843/2 1844/3
1853/19
OPSEC **[1]** 1802/13
option **[5]** 1769/12 1814/8 1815/25
1816/9 1827/2
order **[6]** 1719/4 1719/22 1720/8
1721/18 1809/13 1822/24
organization **[3]** 1762/9 1800/12
1844/10
organizations **[2]** 1842/19 1842/21
orient **[1]** 1764/19
originally **[1]** 1720/19
other **[31]** 1719/7 1730/25 1740/18
1756/23 1765/21 1767/6 1767/6
1769/14 1778/9 1784/24 1793/2 1802/3

1806/19 1809/16 1811/2 1811/14
1812/18 1813/19 1817/2 1817/3 1817/5
1832/15 1835/18 1838/17 1845/1
1845/8 1850/17 1850/19 1851/23
1852/4 1852/11
our **[62]** 1719/8 1723/3 1723/6 1723/10
1730/17 1743/20 1743/24 1743/24
1751/8 1751/21 1751/21 1755/7
1755/19 1757/9 1763/25 1765/19
1766/1 1766/5 1769/21 1776/25 1777/7
1781/8 1781/9 1787/1 1788/14 1788/19
1792/23 1792/25 1800/21 1807/24
1808/4 1808/4 1808/6 1808/13 1810/13
1811/8 1811/12 1815/15 1815/16
1815/16 1819/21 1820/10 1820/18
1822/18 1822/21 1827/17 1828/12
1828/16 1828/17 1828/18 1828/21
1839/25 1839/25 1840/5 1843/12
1844/21 1847/6 1848/4 1848/23
1850/14 1851/7 1851/22
out **[66]** 1718/13 1718/23 1722/21
1723/23 1724/3 1725/7 1728/15
1729/17 1730/8 1735/9 1737/20
1738/10 1744/4 1749/6 1750/7 1750/9
1752/2 1752/20 1756/6 1757/8 1757/9
1758/21 1760/7 1760/9 1761/3 1761/25
1762/1 1766/4 1766/23 1767/12
1769/19 1770/5 1770/7 1771/3 1771/20
1772/17 1772/17 1776/25 1777/20
1781/22 1787/23 1788/13 1791/12
1794/2 1799/1 1805/21 1807/25 1808/8
1808/14 1812/17 1817/20 1817/20
1818/2 1819/1 1821/6 1823/12 1824/21
1826/3 1834/11 1834/20 1836/21
1837/24 1838/16 1843/18 1849/3
1849/6
outcome **[3]** 1775/13 1803/1 1820/13
outcomes **[1]** 1798/9
outlet **[3]** 1780/5 1817/22 1846/16
outreach **[1]** 1843/21
outside **[6]** 1748/10 1748/11 1800/17
1835/13 1850/5 1850/9
over **[17]** 1721/18 1754/6 1754/21
1754/23 1756/7 1757/7 1758/6 1759/16
1762/13 1763/20 1771/21 1788/21
1789/4 1789/18 1825/5 1843/10 1849/8
overall **[2]** 1830/8 1851/18
overrule **[1]** 1768/3
Overruled **[1]** 1724/24
overseas **[1]** 1844/13
oversee **[1]** 1823/21
overstepped **[1]** 1855/4
own **[10]** 1717/21 1730/23 1743/18
1743/18 1747/16 1844/23 1849/12
1849/15 1851/21 1855/3
owner **[1]** 1763/14
owner/founder **[1]** 1763/14

**P**

P.O **[3]** 1806/10 1806/11 1812/19
page **[8]** 1/5 1715/2 1746/2 1746/7
1746/19 1747/3 1747/4 1838/14
Page 36 **[3]** 1746/2 1746/7 1746/19
Page 37 **[1]** 1747/4
pages **[1]** 1857/9
paid **[2]** 1836/14 1836/16
PAIKOWSKY **[1]** 1714/19
pandemic **[3]** 1765/8 1765/11 1773/5

**P**

**paper [3]**  1786/24 1786/24 1848/13
**paragraph [2]**  1827/20 1827/21
**parallel [1]**  1805/3
**paraphrase [1]**  1835/16
**parents [1]**  1753/22
**part [14]**  1739/14 1755/6 1758/24
1761/22 1762/22 1764/21 1768/3
1771/9 1772/23 1791/13 1800/11
1800/13 1837/20 1846/15
**partial [1]**  1/8
**participants [1]**  1829/12
**participate [6]**  1759/1 1759/1 1776/3
1798/6 1799/7 1816/21
**participating [2]**  1759/5 1799/12
**participation [3]**  1760/21 1761/3
1798/8
**particular [4]**  1722/18 1732/11
1737/21 1761/9
**particularly [3]**  1758/24 1767/11
1814/16
**particulars [1]**  1796/25
**parties [2]**  1843/6 1843/10
**partisan [1]**  1816/4
**partnership [3]**  1843/3 1843/12
1843/19
**partnerships [1]**  1842/16
**parts [2]**  1750/24 1751/3
**party [10]**  1749/11 1749/12 1749/13
1757/19 1759/22 1759/25 1763/24
1788/8 1843/15 1843/18
**passed [2]**  1752/5 1764/11
**passes [1]**  1771/18
**passion [4]**  1753/10 1753/14 1753/14
1754/12
**passionate [1]**  1754/14
**past [2]**  1754/23 1777/18
**patient [1]**  1809/5
**patients [3]**  1763/18 1763/23 1764/9
**patterns [1]**  1815/22
**pay [1]**  1727/5
**payroll [1]**  1825/25
**PDF [1]**  1/1
**Pennsylvania [1]**  1770/6
**people [51]**  1723/10 1724/16 1725/5
1736/7 1737/18 1738/18 1739/2
1752/20 1752/25 1753/6 1755/8
1755/10 1756/23 1757/7 1757/14
1757/18 1760/1 1760/6 1760/19
1760/25 1761/6 1762/15 1762/18
1762/20 1766/11 1769/8 1769/20
1770/2 1771/1 1771/8 1775/17 1775/24
1776/14 1776/16 1786/6 1800/25
1807/3 1808/3 1815/17 1816/14
1816/20 1817/19 1819/9 1819/19
1834/13 1834/15 1834/17 1846/17
1847/4 1847/8 1847/11
**per [3]**  1737/22 1739/19 1790/11
**perceived [1]**  1836/13
**percent [3]**  1760/6 1802/1 1811/15
**perfect [2]**  1806/7 1811/17
**perform [2]**  1793/2 1801/11
**period [5]**  1/4 1758/20 1796/4 1821/12
1825/23
**permanent [1]**  1808/23
**person [20]**  1723/2 1735/8 1735/16
1735/20 1736/18 1736/21 1737/1

1737/4 1737/9 1737/10 1738/5 1739/19
1743/6 1761/5 1766/25 1807/4 1810/4
1831/6 1832/22 1833/1
**personal [43]**  1720/9 1720/13 1743/13
1760/1 1773/11 1788/11 1792/2
1796/10 1802/15 1803/2 1809/15
1809/22 1809/24 1819/11 1822/13
1822/14 1824/18 1824/20 1825/3
1825/9 1830/15 1830/22 1831/1
1831/10 1831/13 1831/16 1831/21
1831/24 1832/6 1832/9 1832/17
1832/20 1832/24 1833/5 1833/8
1833/12 1835/22 1840/6 1847/15
1847/18 1849/2 1854/7 1854/12
**personally [8]**  1720/25 1723/9 1758/12
1803/5 1803/16 1803/20 1832/21
1832/25
**personnel [1]**  1794/24
**persons [1]**  1800/17
**perspective [2]**  1765/20 1851/4
**phone [2]**  1818/24 1819/2
**photo [2]**  1755/9 1759/3
**physical [1]**  1782/6
**pick [1]**  1737/20
**picking [1]**  1768/24
**piece [3]**  1768/18 1769/2 1811/5
**pieces [1]**  1718/12
**place [4]**  1757/18 1776/5 1798/6
1809/9
**places [1]**  1767/8
**plaintiff [2]**  1790/9 1790/16
**plaintiffs [6]**  1713/5 1714/3 1721/13
1721/15 1749/7 1749/10
**plaintiffs' [6]**  1827/10 1829/2 1829/8
1843/25 1850/20 1850/25
**plan [2]**  1794/25 1845/22
**play [3]**  1762/24 1766/15 1829/21
**please [4]**  1717/11 1738/1 1803/9
1804/7
**PLLC [1]**  1714/14
**plus [7]**  1751/5 1752/4 1754/12
1789/23 1795/17 1811/15 1824/2
**PM [4]**  1713/11 1741/15 1780/17
1856/5
**podcast [1]**  1834/3
**point [32]**  1722/16 1723/4 1723/21
1738/10 1748/12 1760/1 1769/9 1772/8
1774/4 1775/15 1780/11 1790/20
1796/19 1796/23 1800/5 1804/19
1804/23 1805/18 1805/22 1806/12
1806/15 1810/23 1812/15 1812/16
1812/24 1815/13 1825/9 1825/25
1837/18 1839/10 1845/14 1847/24
**points [2]**  1758/19 1811/2
**Policy [1]**  1837/18
**political [5]**  1718/14 1718/15 1718/15
1843/15 1843/15
**politics [1]**  1753/17
**polling [1]**  1767/8
**polls [2]**  1755/3 1757/18
**popup [1]**  1809/10
**portfolio [1]**  1764/3
**portion [1]**  1/4
**position [1]**  1769/21
**positive [2]**  1752/20 1830/2
**possibilities [1]**  1763/21
**possibility [1]**  1777/1
**possible [2]**  1779/19 1808/15

**post [8]**  1719/1 1721/25 1735/19
1751/16 1827/17 1831/6 1845/14
1845/14
**post-processing [1]**  1751/16
**Postal [4]**  1804/20 1805/2 1808/22
1812/8
**Postal Service [4]**  1804/20 1805/2
1808/22 1812/8
**posted [1]**  1843/8
**postmarks [2]**  1767/17 1770/7
**potential [5]**  1778/4 1779/25 1784/1
1815/10 1848/24
**potentially [3]**  1801/18 1802/22 1823/5
**POWELL [3]**  1714/13 1716/5 1716/12
**power [1]**  1756/8
**practical [5]**  1752/16 1763/22 1769/18
1775/12 1779/22
**practically [1]**  1823/12
**Prairie [1]**  1759/9
**Prairie View A [1]**  1759/9
**Pray [1]**  1842/25
**prayer [2]**  1837/22 1842/23
**pre [1]**  1751/16
**precincts [1]**  1797/1
**precision [1]**  1750/23
**prefer [1]**  1758/16
**preference [1]**  1843/14
**preferences [1]**  1796/18
**preferred [1]**  1849/17
**preparation [1]**  1799/4
**prepared [1]**  1802/14
**preparing [1]**  1730/20
**presentation [2]**  1837/17 1837/19
**presented [3]**  1770/21 1796/17
1838/19
**presenting [1]**  1799/16
**president [5]**  1750/21 1750/22 1762/24
1842/7 1846/14
**presidential [2]**  1753/21 1766/8
**press [1]**  1757/5
**pressure [2]**  1771/7 1785/23
**presuppose [1]**  1754/9
**pretty [2]**  1744/7 1750/19
**preventing [1]**  1757/2
**previous [3]**  1764/13 1767/20 1774/6
**previously [6]**  1717/5 1721/7 1749/19
1771/12 1802/13 1825/22
**pride [1]**  1760/1
**primaries [1]**  1766/21
**primary [3]**  1759/24 1760/3 1801/16
**print [6]**  1732/6 1738/8 1743/21
1743/24 1753/23 1781/22
**printed [3]**  1738/11 1743/22 1827/17
**printer [1]**  1721/9
**printing [2]**  1717/21 1718/1
**prior [6]**  1764/22 1774/4 1790/11
1831/19 1832/3 1833/3
**private [5]**  1726/8 1727/22 1728/11
1838/7 1838/7
**privileged [1]**  1779/8
**probable [2]**  1797/6 1797/8
**probably [5]**  1718/14 1718/16 1740/17
1745/4 1827/5
**problem [6]**  1756/6 1767/22 1771/24
1772/22 1791/18 1841/19
**problems [7]**  1755/19 1755/20 1760/9
1772/2 1772/4 1772/7 1772/7
**procedural [2]**  1766/6 1787/8

**P**

**procedurally [1]** 1767/9
**procedure [1]** 1828/22
**proceed [3]** 1741/17 1780/19 1780/19
**proceeded [1]** 1784/11
**proceeding [1]** 1744/13
**proceedings [5]** 1713/11 1713/20
1845/7 1856/4 1857/9
**process [63]** 1743/5 1743/25 1745/5
1755/24 1756/25 1757/24 1760/23
1762/5 1764/10 1765/3 1765/4 1765/6
1765/12 1765/24 1766/3 1766/20
1768/14 1769/4 1771/10 1772/7
1781/10 1781/21 1783/7 1783/22
1783/24 1786/17 1788/25 1789/6
1789/9 1789/10 1789/18 1790/1 1793/8
1793/9 1796/9 1797/2 1797/24 1798/9
1799/7 1799/20 1800/13 1801/22
1802/25 1804/10 1804/16 1804/22
1805/10 1805/21 1806/2 1812/14
1812/19 1816/3 1816/6 1816/17
1819/10 1820/2 1820/3 1820/11 1821/3
1834/16 1835/1 1838/3 1849/17
**processes [4]** 1745/6 1767/9 1770/12
1817/3
**processing [2]** 1751/16 1794/13
**proclivity [1]** 1759/23
**PRODUCED [1]** 1713/21
**product [1]** 1817/12
**professional [1]** 1829/20
**professionals [1]** 1826/8
**program [6]** 1834/5 1837/11 1837/25
1838/10 1844/17 1844/19
**programs [3]** 1764/3 1764/7 1764/16
**prohibited [1]** 1/7
**project [12]** 1754/22 1755/18 1756/9
1757/12 1783/3 1801/24 1802/1
1806/12 1812/21 1819/1 1830/7 1840/5
**projects [1]** 1802/6
**proof [1]** 1772/9
**proper [8]** 1724/15 1725/4 1728/17
1764/15 1828/13 1828/22 1835/2
1854/19
**properly [1]** 1854/19
**proposal [1]** 1785/8
**propose [1]** 1854/10
**proposed [1]** 1784/12
**proposing [1]** 1782/24
**prosecution [1]** 1833/17
**proud [7]** 1755/6 1762/9 1817/8
1817/12 1817/13 1817/14 1817/18
**prove [1]** 1772/5
**provide [6]** 1719/2 1733/7 1816/20
1820/23 1833/23 1849/24
**provided [7]** 1731/1 1757/21 1796/25
1804/19 1805/2 1816/10 1821/4
**provider [5]** 1797/24 1805/4 1811/23
1811/23 1813/18
**providers [3]** 1763/24 1804/13 1811/9
**provides [2]** 1718/21 1718/21
**providing [1]** 1757/5
**provision [1]** 1776/11
**provisions [2]** 1758/11 1776/11
**public [2]** 1736/1 1767/24
**publication [1]** 1838/9
**publicized [1]** 1820/19
**publicly [2]** 1843/8 1845/23

**published [1]** 1825/25
**pulls [1]** 1763/23
**purchased [1]** 1845/21
**purpose [6]** 1793/14 1794/9 1797/19
1797/22 1797/22 1818/5
**purposes [2]** 1844/21 1845/23
**push [2]** 1767/5 1769/17
**pushes [1]** 1763/24
**pushing [1]** 1770/1
**put [10]** 1752/3 1757/6 1757/13
1768/17 1768/21 1809/8 1809/10
1809/10 1812/9 1823/23
**putting [2]** 1779/10 1849/2

**Q**

**QC [1]** 1810/14
**qualified [1]** 1720/16
**qualify [1]** 1786/5
**quality [5]** 1751/9 1751/19 1810/22
1810/24 1811/4
**quarantine [2]** 1766/13 1769/19
**question [64]** 1718/8 1721/15 1721/16
1723/23 1724/20 1725/2 1725/6 1725/9
1725/12 1725/20 1725/21 1726/4
1726/10 1728/2 1729/4 1729/9 1729/17
1729/23 1731/16 1735/7 1735/7 1735/8
1736/4 1739/13 1740/15 1740/20
1740/22 1740/23 1740/24 1741/2
1744/20 1746/5 1746/9 1746/20
1746/23 1746/25 1747/8 1768/1
1775/21 1784/19 1785/2 1787/20
1787/25 1788/1 1791/4 1791/22
1798/11 1810/1 1810/19 1816/25
1820/17 1822/9 1825/7 1826/23 1827/1
1827/8 1832/23 1835/23 1841/17
1842/14 1850/8 1850/11 1854/11
1854/18
**questionable [2]** 1723/24 1726/3
**questioned [4]** 1724/2 1724/5 1745/6
1766/2
**questioning [5]** 1723/20 1734/22
1743/3 1810/4 1853/24
**questions [15]** 1716/8 1723/15
1723/17 1730/1 1730/6 1731/13
1734/22 1738/19 1744/19 1745/11
1747/6 1747/15 1748/15 1827/1
1843/24
**quick [2]** 1741/11 1849/3
**quickly [5]** 1741/10 1756/2 1767/3
1771/5 1772/22
**quite [5]** 1736/6 1748/12 1752/14
1791/19 1838/21
**quote [1]** 1828/10
**quoted [1]** 1828/11

**R**

**race [1]** 1816/1
**races [1]** 1806/25
**racial [1]** 1816/7
**radically [1]** 1769/6
**radio [2]** 1776/19 1776/22
**Raffensperger [5]** 1774/25 1781/17
1786/3 1828/11 1829/25
**Raffensperger's [2]** 1782/2 1782/9
**raise [3]** 1763/2 1763/2 1846/7
**ran [8]** 1723/21 1724/2 1731/24
1758/20 1777/18 1805/3 1805/11
1815/13

**randomly [1]** 1811/7
**range [1]** 1752/1
**rapidly [1]** 1765/8
**re [2]** 1765/3 1835/23
**re-ask [1]** 1835/23
**reach [4]** 1758/21 1776/25 1809/5
1843/18
**reached [1]** 1819/1
**reaching [2]** 1757/8 1799/1
**reacted [3]** 1784/15 1785/8 1785/19
**read [15]** 1721/5 1724/6 1746/17
1783/19 1783/19 1784/22 1809/21
1825/2 1827/23 1828/6 1828/9 1835/9
1840/10 1841/7 1854/7
**reading [3]** 1746/7 1801/15 1840/13
**reads [1]** 1828/1
**real [6]** 1734/23 1750/7 1750/7 1750/8
1753/14 1753/25
**really [19]** 1727/3 1750/15 1750/15
1752/22 1753/15 1753/18 1753/23
1755/1 1758/25 1764/10 1766/6
1766/20 1771/4 1773/10 1774/20
1798/10 1806/23 1844/20 1850/18
**realm [1]** 1853/5
**realtime [3]** 1763/18 1764/3 1764/12
**reask [1]** 1854/18
**reason [6]** 1732/13 1733/19 1794/2
1795/19 1798/5 1817/23
**reasonable [1]** 1818/16
**reasons [6]** 1818/17 1820/17 1834/4
1839/21 1841/22 1849/20
**recall [7]** 1745/22 1746/1 1790/22
1791/1 1817/5 1817/7 1823/16
**receive [1]** 1849/25
**received [3]** 1747/1 1820/22 1830/14
**recent [2]** 1725/8 1761/1
**recess [1]** 1780/16
**recitation [1]** 1852/2
**reckless [1]** 1818/9
**recognize [4]** 1757/15 1790/7 1804/21
1827/14
**recognized [5]** 1752/24 1804/25
1812/12 1812/17 1829/13
**recognizes [2]** 1805/25 1812/8
**recognizing [2]** 1762/1 1788/12
**recollection [3]** 1792/5 1792/9 1823/17
**recommendation [1]** 1829/10
**recommended [1]** 1823/16
**record [6]** 1717/11 1758/12 1760/4
1806/16 1806/17 1814/24
**records [7]** 1756/3 1807/2 1811/7
1814/7 1814/7 1847/6 1850/14
**Recross [1]** 1748/16
**recruit [4]** 1837/7 1838/22 1838/24
1839/1
**recruited [1]** 1839/3
**redirect [4]** 1715/6 1716/6 1747/7
1747/13
**reduce [1]** 1821/15
**reference [5]** 1742/16 1812/5 1829/2
1851/8 1851/21
**referenced [1]** 1855/18
**references [1]** 1851/19
**referencing [1]** 1/5
**referred [3]** 1794/18 1794/19
**refinements [1]** 1789/3
**reflect [1]** 1760/18
**reflections [1]** 1835/17

**R**

**reflective [2]**  1754/9 1821/10
**reframe [1]**  1846/4 1846/5
**refresh [2]**  1792/5 1792/9
**regard [1]**  1818/8
**regarded [1]**  1824/12
**regarding [10]**  1735/10 1735/14
1741/24 1742/4 1742/10 1793/3
1830/16 1831/3 1831/25 1853/22
**regardless [1]**  1835/3
**register [2]**  1756/2 1759/22
**registered [3]**  1722/15 1722/16 1807/3
**registration [9]**  1756/13 1757/2
1757/25 1757/25 1784/1 1801/8
1804/19 1806/16 1828/17
**registrations [2]**  1756/4 1800/25
**registry [2]**  1800/22 1808/21
**regular [1]**  1801/11
**reimbursement [2]**  1834/22 1836/3
**reinterpreted [1]**  1823/8
**related [1]**  1811/24
**relates [2]**  1767/12 1809/3
**relationship [1]**  1842/9
**relationships [3]**  1740/10 1842/18
1843/16
**relaying [1]**  1783/15
**release [1]**  1771/7
**relevant [8]**  1740/17 1755/1 1758/6
1758/7 1789/11 1806/25 1811/2
1824/16
**reliability [3]**  1719/20 1742/19 1853/9
**reliable [2]**  1719/22 1808/23
**remember [8]**  1755/12 1770/8 1776/13
1776/17 1787/21 1787/22 1834/11
1834/22
**remembers [1]**  1791/15
**remind [1]**  1749/2
**remove [14]**  1734/4 1807/19 1807/19
1807/22 1813/2 1813/8 1813/24
1814/14 1814/18 1814/20 1814/25
1815/3 1816/21 1821/19
**removed [11]**  1806/1 1806/4 1806/4
1806/10 1806/10 1806/13 1806/14
1807/13 1807/24 1815/9 1823/7
**removing [4]**  1733/21 1807/20 1814/9
1820/3
**renew [2]**  1803/11 1853/16
**renewed [2]**  1740/1 1782/8
**renewing [2]**  1727/9 1727/12
**repeat [2]**  1785/1 1832/23
**repeated [1]**  1792/4
**repeating [2]**  1791/4 1843/23
**rephrase [6]**  1726/11 1726/14 1775/21
1795/22 1826/16 1830/20
**replace [1]**  1744/5
**replaced [1]**  1744/6
**report [1]**  1853/7
**reporter [8]**  1/3 1/6 1713/22 1717/12
1737/24 1818/3 1857/6 1857/17
**reporting [1]**  1834/15
**reports [1]**  1812/18
**represent [1]**  1723/10
**representation [8]**  1824/14 1843/3
**representative [1]**  1724/12
**representatives [4]**  1723/6 1723/11
1724/4 1733/13
**Republican [2]**  1719/6 1815/24

**reputation [8]**  1751/2 1824/10
1824/19 1825/1 1825/6 1825/10
1825/13 1825/18
**request [9]**  1742/22 1779/15 1780/24
1781/2 1796/25 1820/22 1851/12
1851/23 1853/18
**requested [1]**  1773/19
**requests [2]**  1756/4 1767/13
**require [1]**  1796/5
**required [5]**  1719/16 1722/5 1767/7
1820/23 1821/13
**requirement [4]**  1719/1 1768/23
1822/20 1822/20
**requirements [2]**  1766/7 1773/7
**requires [2]**  1762/6 1764/5
**reside [1]**  1717/14
**residence [1]**  1784/1 1814/14
**residency [2]**  1756/14 1764/6
**resolution [1]**  1764/19
**resolve [2]**  1764/6 1779/9
**resolving [1]**  1809/4
**respect [3]**  1800/12 1837/12 1855/5
**respectful [1]**  1848/2
**respond [7]**  1720/5 1725/21 1729/3
1765/24 1785/13 1824/24 1836/22
**responded [1]**  1852/15
**responders [2]**  1837/14 1838/21
**responding [1]**  1725/9
**response [2]**  1728/2 1742/21 1843/22
1849/6
**responsibility [2]**  1770/25 1803/1
**restricted [1]**  1/3
**restrictions [1]**  1754/1
**restricts [1]**  1828/16
**resulted [1]**  1843/21
**results [2]**  1720/10 1802/4
**retained [1]**  1780/6
**retire [1]**  1777/16
**retired [1]**  1777/16
**return [1]**  1792/16
**returned [2]**  1805/24 1811/14
**returns [1]**  1807/20
**reuse [1]**  1846/3
**reveal [2]**  1778/24 1785/11
**review [6]**  1737/17 1758/2 1758/3
1773/4 1799/12 1855/12
**reviewing [1]**  1767/10
**revising [1]**  1834/12
**revolve [1]**  1755/20
**right [42]**  1716/24 1721/10 1723/10
1728/4 1729/24 1731/15 1732/17
1733/5 1735/8 1739/15 1741/12
1743/19 1744/20 1745/3 1748/11
1748/16 1748/18 1748/22 1749/3
1752/6 1752/10 1753/21 1756/20
1769/18 1771/22 1771/22 1779/5
1780/12 1790/20 1791/20 1794/4
1802/18 1805/19 1818/18 1825/16
1830/6 1835/20 1839/23 1844/2
1847/19 1852/9 1855/24
**rights [3]**  1754/18 1777/17 1794/19
**rise [3]**  1741/14 1780/15 1856/3
**RMR [3]**  1713/22 1857/6 1857/16
**road [3]**  1732/4 1824/3 1826/6
**Robinson [15]**  1823/14 1823/15
1823/20 1824/4 1824/4 1824/5 1825/12
1825/20 1825/24 1826/2 1826/9
1826/11 1827/19 1829/10 1829/24

**Robinson's [2]**  1824/10 1825/18
**robust [1]**  1816/16
**role [14]**  1717/22 1718/2 1718/4
1720/7 1735/7 1750/20 1751/13
1751/23 1762/24 1763/11 1763/16
1798/20 1798/24 1850/18
**roll [3]**  1735/7 1800/22 1822/25
**rolls [25]**  1726/3 1726/7 1726/18
1727/3 1755/21 1758/10 1758/19
1759/22 1759/25 1767/21 1769/22
1771/20 1775/2 1793/22 1798/5 1801/2
1801/9 1802/8 1804/9 1804/10 1804/18
1806/20 1812/10 1813/22 1815/23
**Ron [1]**  1818/25
**room [3]**  1751/3 1751/3 1782/21
**Rosenberg [3]**  1749/24 1750/1 1750/2
**roughly [3]**  1753/5 1788/19 1795/18
**Rs [1]**  1719/4
**rules [2]**  1770/11 1773/5
**ruling [3]**  1809/20 1810/8 1841/9
**rulings [1]**  1790/11
**run [13]**  1718/3 1718/22 1718/25
1719/1 1719/3 1727/5 1731/9 1751/17
1756/12 1779/5 1815/12 1815/21
1819/18
**running [7]**  1718/4 1718/7 1730/15
1743/18 1751/2 1751/18 1762/22
**runoff [14]**  1724/1 1730/12 1741/25
1742/10 1774/18 1787/12 1795/13
1795/16 1796/5 1808/12 1822/21
1822/24 1823/2 1823/3
**runoffs [2]**  1775/5 1775/9
**runs [1]**  1805/10
**Russell [14]**  1740/4 1740/6 1740/9
1740/25 1741/21 1741/24 1839/7
1839/8 1839/10 1839/12 1839/15
1840/7 1840/20 1841/23
**Russell's [1]**  1839/17
**Ryan [2]**  1781/16 1786/8

**S**

**safe [2]**  1762/14 1762/20
**said [60]**  1720/19 1722/8 1724/2
1724/22 1724/22 1727/15 1729/13
1729/15 1729/16 1729/19 1732/24
1739/1 1740/8 1755/8 1756/12 1770/7
1776/20 1781/8 1782/5 1782/17
1784/20 1784/20 1784/22 1784/25
1785/11 1785/16 1785/20 1785/21
1785/25 1786/19 1787/22 1791/1
1791/6 1791/7 1791/10 1791/14
1791/16 1792/2 1792/10 1794/20
1803/16 1803/18 1803/19 1808/10
1811/16 1820/14 1821/2 1835/8 1835/9
1835/13 1835/16 1835/17 1835/17
1835/18 1835/19 1842/10 1852/16
1854/3 1854/11 1857/10
**sails [1]**  1844/20
**same [22]**  1722/14 1726/20 1726/21
1728/25 1733/13 1733/15 1733/16
1733/17 1743/18 1782/13 1785/9
1787/11 1792/4 1794/2 1794/20 1805/5
1807/4 1814/25 1815/1 1820/12
1820/12 1846/6
**sampling [2]**  1811/6 1811/7
**saw [6]**  1752/23 1752/24 1765/7
1767/5 1767/12 1824/1
**say [49]**  1718/21 1719/3 1719/4 1721/2

**S**

**say... [45]** 1721/3 1721/3 1722/1 1722/14 1724/21 1727/11 1729/6 1729/20 1743/4 1743/6 1744/3 1744/7 1746/6 1748/21 1755/14 1756/23 1768/4 1776/20 1779/3 1782/5 1782/17 1784/21 1784/22 1784/23 1784/25 1785/20 1785/20 1790/19 1792/13 1795/17 1803/20 1803/22 1810/17 1815/15 1815/16 1821/5 1826/6 1826/9 1834/12 1835/8 1835/13 1835/16 1842/5 1846/15 1848/21

**saying [14]** 1728/5 1729/25 1755/12 1756/1 1756/24 1757/8 1774/19 1775/17 1785/21 1785/25 1797/23 1805/25 1828/11 1834/12

**says [7]** 1716/13 1720/8 1740/16 1747/10 1775/20 1782/7 1809/10

**scale [1]** 1802/6

**Scant [1]** 1774/10

**school [3]** 1749/25 1750/1 1750/2

**SCJ [1]** 1713/6

**scope [2]** 1748/10 1748/12

**scoring [1]** 1764/15

**SCOTT [8]** 1713/3 1736/16 1736/19 1736/22 1831/19 1831/22 1832/1 1833/13

**scrub [5]** 1727/25 1744/3 1744/4 1744/8 1807/18

**SEAL [7]** 1837/10 1837/10 1837/15 1838/22 1838/24 1839/1 1839/3

**SEALs [2]** 1837/6 1837/7

**search [2]** 1730/23 1807/22

**seasons [2]** 1718/14 1718/15

**seat [2]** 1716/20 1717/1

**seated [3]** 1716/3 1741/16 1780/18

**second [9]** 1726/9 1733/4 1744/12 1746/11 1753/4 1778/14 1788/16 1791/21 1828/15

**Secondly [1]** 1838/3

**Secretaries [1]** 1770/13

**Secretary [32]** 1724/4 1724/8 1726/7 1726/17 1727/16 1728/5 1774/25 1779/15 1780/24 1782/1 1782/9 1784/6 1784/9 1784/15 1784/19 1784/22 1785/7 1785/16 1786/3 1789/15 1790/23 1791/2 1791/11 1792/10 1792/13 1795/8 1824/1 1828/10 1828/24 1829/22 1829/24 1830/10

**section [24]** 1728/18 1744/15 1744/25 1776/19 1776/24 1777/8 1777/12 1778/1 1778/19 1778/20 1781/9 1782/11 1783/22 1784/5 1784/11 1784/14 1785/7 1793/16 1793/21 1794/12 1794/21 1796/8 1817/17 1818/25

**Section 230 [21]** 1728/18 1744/15 1744/25 1776/24 1777/8 1777/12 1778/1 1778/20 1781/9 1782/11 1783/22 1784/11 1784/14 1785/7 1793/16 1793/21 1794/12 1794/21 1796/8 1817/17 1818/25

**secure [3]** 1730/11 1771/15 1775/9

**security [8]** 1733/21 1768/25 1805/9 1813/13 1813/23 1817/6 1820/1 1848/25

**see [20]** 1734/24 1754/10 1756/5

1758/16 1769/18 1772/7 1772/25 1791/15 1811/12 1815/22 1817/22 1827/21 1838/1 1838/5 1838/8 1838/19 1849/20 1852/16 1854/13 1854/13

**seeing [2]** 1723/18 1761/5

**seeking [2]** 1798/25 1818/12

**seem [1]** 1723/19

**seemed [7]** 1753/9 1754/5 1755/20 1755/24 1789/19 1805/12 1807/10

**seen [2]** 1761/1 1848/20

**select [1]** 1805/24

**selected [2]** 1811/7 1814/6

**selectively [1]** 1821/19

**selling [1]** 1750/12

**senate [7]** 1724/1 1730/12 1742/10 1775/5 1775/13 1795/13 1795/16

**senators [3]** 1793/12 1793/15 1793/20

**send [6]** 1722/19 1722/20 1722/22 1738/10 1783/11 1783/12

**sending [3]** 1767/12 1790/22 1821/4

**sends [1]** 1781/24

**sense [2]** 1769/12 1798/8

**sensitive [1]** 1826/4

**sent [17]** 1732/5 1734/3 1748/4 1771/20 1783/9 1790/25 1796/24 1799/14 1816/23 1816/23 1836/7 1848/15 1848/25 1849/5 1849/24 1849/25 1850/2

**sentence [8]** 1754/17 1827/23 1828/9 1828/10 1828/14 1828/15 1828/20 1828/23

**sentiment [1]** 1767/24

**separate [4]** 1719/25 1730/25 1770/5 1855/2

**separated [1]** 1770/10

**seriously [4]** 1732/21 1798/20 1798/22 1798/24

**serve [15]** 1753/8 1754/19 1757/15 1758/2 1759/18 1760/25 1771/9 1773/4 1775/17 1776/4 1777/1 1780/5 1837/11 1837/21 1842/25

**served [5]** 1744/9 1744/10 1745/10 1753/19 1755/4

**service [12]** 1753/14 1753/15 1753/20 1757/16 1761/8 1773/8 1804/20 1805/2 1808/22 1811/23 1812/8 1838/2

**services [4]** 1780/6 1811/24 1811/24 1846/6

**serving [2]** 1754/14 1763/15

**SESSION [1]** 1713/11

**set [8]** 1732/13 1744/20 1786/6 1805/17 1834/1 1836/12 1836/13 1857/12

**sets [2]** 1758/14 1763/15

**several [7]** 1738/15 1738/15 1738/18 1739/1 1744/2 1744/6 1790/25

**Shafer [2]** 1732/5 1843/2

**SHANNON [3]** 1713/22 1857/6 1857/16

**shared [2]** 1830/7 1849/19

**she [59]** 1724/22 1729/15 1729/19 1729/20 1730/5 1740/16 1749/14 1749/15 1768/4 1768/4 1768/4 1778/25 1782/6 1783/15 1783/17 1783/18 1783/19 1784/18 1785/15 1785/18 1789/20 1791/6 1791/7 1791/10 1791/14 1791/15 1791/16 1791/17 1803/13 1803/13 1803/14 1803/16 1803/16 1803/18 1803/19 1803/19

1803/20 1803/20 1803/22 1810/4 1825/1 1825/2 1827/25 1828/6 1835/16 1835/16 1835/18 1840/9 1840/11 1840/16 1841/7 1847/17 1850/9 1850/9 1853/8 1853/19 1853/25 1854/7 1854/11

**she'll [1]** 1813/7

**she's [8]** 1748/11 1773/23 1777/16 1782/5 1822/8 1824/22 1824/23 1854/6

**SHELLY [1]** 1714/7

**shift [4]** 1774/7 1800/15 1818/18 1842/16

**shocked [2]** 1838/5 1838/8

**shop [1]** 1751/8

**short [2]** 1754/16 1803/13

**shortage [1]** 1753/1

**shortened [1]** 1796/4

**shortly [2]** 1732/4 1845/25

**should [9]** 1730/7 1732/2 1743/4 1752/25 1773/20 1773/20 1781/10 1782/19 1790/11

**shouldn't [1]** 1787/10

**show [4]** 1755/15 1809/11 1821/1 1852/11

**showed [1]** 1798/23

**shower [1]** 1725/24

**showing [2]** 1755/10 1755/10 1852/13

**shy [1]** 1829/15

**sic [3]** 1737/7 1742/5 1775/8

**side [2]** 1763/21 1765/21

**sided [1]** 1851/7

**sides [1]** 1765/22

**sideways [1]** 1841/22

**signature [4]** 1758/4 1767/15 1767/16 1851/25

**significant [2]** 1773/16 1801/1

**significantly [2]** 1821/9 1851/10

**similar [6]** 1726/13 1748/2 1798/12 1798/12 1819/13 1819/16

**simplest [1]** 1725/22

**simply [1]** 1835/19

**since [3]** 1777/16 1800/23 1838/12

**single [4]** 1739/10 1739/17 1766/23 1799/19

**sip [1]** 1765/17

**sir [4]** 1717/2 1780/19 1790/4 1828/4

**sit [1]** 1749/5

**site [1]** 1759/11

**sitting [1]** 1754/23

**situation [3]** 1728/14 1850/5 1850/10

**six [1]** 1801/2

**size [3]** 1783/2 1783/3 1783/3

**skew [1]** 1815/24

**skill [1]** 1763/15

**skills [1]** 1751/12

**slants [1]** 1758/5

**slippery [1]** 1772/19

**slope [1]** 1772/19

**slowing [1]** 1743/5

**small [2]** 1844/17 1844/18

**Smart [1]** 1842/12

**Smarty [5]** 1805/13 1813/16 1813/17 1813/17 1813/21

**SmartyStreets [1]** 1805/4

**Smith [1]** 1778/13

**smoothly [1]** 1718/2

**so [198]** 1733/21 1735/19 1805/9

**social [10]** 1733/21 1735/19 1805/9

**social... [7]**  1813/13 1813/23 1819/25
1831/6 1845/3 1845/11 1845/15
**society [2]**  1800/24 1801/3
**software [2]**  1763/9 1763/22
**sold [2]**  1750/9 1750/11
**solve [1]**  1760/10
**some [32]**  1722/13 1725/15 1730/19
1751/17 1752/21 1754/20 1760/5
1760/5 1765/12 1766/18 1774/11
1778/12 1787/11 1788/20 1788/22
1789/3 1789/5 1789/11 1789/11
1789/13 1796/16 1801/13 1805/15
1810/23 1819/7 1825/25 1834/1
1834/13 1834/16 1838/5 1843/23
1849/5
**somebody [13]**  1719/5 1721/25 1729/6
1740/18 1741/5 1749/3 1759/23
1773/24 1775/20 1818/25 1823/24
1825/1 1841/6
**somehow [1]**  1776/18
**someone [8]**  1783/18 1794/14 1808/24
1823/21 1834/8 1834/25 1835/13
1840/12
**Somerville [7]**  1720/11 1818/18
1818/21 1818/24 1819/4 1819/12
1822/11
**Somerville's [2]**  1819/22 1823/12
**something [23]**  1719/5 1720/18
1731/15 1741/8 1743/7 1744/3 1744/4
1747/10 1752/25 1758/17 1776/17
1791/5 1795/18 1802/5 1804/21 1809/9
1810/16 1817/17 1820/25 1829/14
1839/23 1854/7 1854/23
**sometime [1]**  1800/23
**sometimes [1]**  1812/12
**somewhere [1]**  1750/5
**sooner [1]**  1795/20
**sophisticated [1]**  1801/3
**sorry [17]**  1729/7 1729/8 1739/24
1756/18 1769/24 1776/21 1776/21
1785/1 1791/5 1808/17 1810/11 1813/4
1814/1 1821/25 1828/14 1832/23
1842/3
**sort [18]**  1735/13 1752/13 1753/18
1755/2 1758/14 1760/3 1761/24
1767/11 1771/7 1772/9 1775/14 1806/1
1807/20 1830/11 1831/2 1833/20
1844/23 1852/20
**sound [3]**  1777/19 1817/13 1818/16
**sounding [1]**  1793/16
**sounds [1]**  1726/22
**sources [1]**  1804/14
**SOUTHWEST [1]**  1713/23
**space [1]**  1762/20
**speak [7]**  1724/8 1735/10 1736/7
1753/18 1830/16 1830/23 1837/14
**speaking [8]**  1724/14 1725/3 1726/6
1726/16 1726/25 1727/21 1728/10
1765/19
**speaks [1]**  1760/8
**special [1]**  1844/11
**specialist [1]**  1824/11
**specific [4]**  1783/12 1788/1 1814/9
1820/17
**specifically [5]**  1767/4 1777/8 1788/17
1789/20 1794/7

**speculation [4]**  1739/12 1740/20
1768/1 1768/3
**spend [1]**  1765/4
**spinning [1]**  1817/20
**spoke [6]**  1724/11 1777/7 1777/7
1777/11 1777/19 1777/23
**spokesperson [1]**  1837/11
**spot [1]**  1814/14
**spreadsheet [1]**  1781/23
**spring [1]**  1766/16
**spun [1]**  1844/23
**staff [3]**  1785/8 1786/3 1828/25
**staffed [1]**  1770/2
**staffing [1]**  1761/4
**stage [1]**  1814/6
**standalone [1]**  1799/9
**standard [9]**  1794/14 1799/1 1801/16
1807/21 1809/2 1820/1 1820/10
1820/21 1851/22
**standards [8]**  1761/14 1767/15
1767/16 1767/17 1786/20 1801/14
1804/12 1821/12
**stands [1]**  1780/16
**start [11]**  1730/20 1730/21 1752/15
1753/10 1761/25 1761/25 1772/20
1780/12 1821/19 1854/23 1855/25
**started [19]**  1723/15 1723/18 1723/20
1732/4 1750/13 1750/19 1752/2 1752/3
1752/8 1752/13 1752/16 1755/15
1762/1 1769/4 1776/19 1788/14 1789/6
1793/9 1816/15
**starting [3]**  1746/19 1753/13 1769/9
**starts [2]**  1804/16 1804/18
**state [51]**  1717/11 1726/7 1728/5
1730/17 1731/24 1761/14 1761/15
1761/17 1764/2 1764/13 1766/23
1769/15 1770/6 1770/13 1779/16
1779/25 1780/25 1783/12 1783/13
1784/6 1784/10 1784/15 1784/19
1784/22 1785/8 1785/16 1787/17
1789/2 1789/15 1791/2 1793/12
1793/14 1793/19 1795/8 1796/24
1800/18 1800/21 1801/11 1805/13
1806/23 1820/4 1820/9 1821/4 1824/1
1828/10 1828/24 1829/9 1829/22
1829/25 1830/10 1840/2
**state's [9]**  1724/4 1724/8 1726/17
1727/16 1790/24 1791/11 1792/11
1792/14 1815/23
**stated [2]**  1811/4 1857/11
**statement [2]**  1736/1 1774/1
**statements [2]**  1785/17 1824/21
**states [23]**  1713/1 1713/13 1713/23
1714/21 1758/10 1761/2 1761/3 1764/1
1766/13 1766/18 1767/12 1794/9
1801/10 1804/20 1805/2 1808/22
1812/8 1813/12 1815/25 1844/24
1857/3 1857/7 1857/17
**statistically [4]**  1806/22 1806/23
1806/24 1807/1
**statistics [2]**  1768/5 1768/5
**status [2]**  1820/24 1823/4
**stay [3]**  1749/12 1759/18 1824/2
**steam [1]**  1764/10
**stem [3]**  1844/12 1844/21 1844/22
**STENOGRAPHY [1]**  1713/20
**step [11]**  1748/24 1749/6 1780/13
1787/21 1799/19 1812/13 1814/8

1814/9 1814/10 1814/12 1818/12
**Stephanie [6]**  1738/3 1738/6 1833/3
1833/6 1833/10 1833/14
**Stephanie Stinetorf [1]**  1833/10
**steps [7]**  1746/2 1746/9 1746/20
1783/5 1786/17 1801/13 1814/11
**STEVE [1]**  1713/12
**stick [1]**  1721/12
**still [20]**  1716/25 1723/3 1725/23
1741/5 1749/2 1749/14 1749/15
1750/23 1752/11 1755/11 1758/7
1769/20 1773/6 1785/22 1821/10
1838/13 1838/13 1840/1 1840/19
1846/8
**Stinetorf [6]**  1738/3 1738/6 1833/3
1833/6 1833/10 1833/14
**stir [1]**  1838/21
**stock [1]**  1751/15
**stop [5]**  1744/2 1744/5 1843/4 1847/25
1855/24
**stopped [2]**  1803/13 1852/20
**stories [1]**  1765/19
**straight [1]**  1731/15
**streamline [1]**  1783/6
**strike [13]**  1734/1 1736/8 1739/14
1747/25 1785/5 1795/9 1802/21 1808/5
1825/18 1839/11 1839/16 1840/17
1851/3
**student [2]**  1759/13 1807/14
**students [2]**  1807/7 1807/17
**stuff [8]**  1718/8 1723/7 1723/9 1723/10
1733/15 1744/21 1751/6 1850/19
**styling [1]**  1851/18
**subject [5]**  1754/8 1837/16 1846/11
1846/21 1847/2
**subjective [1]**  1797/6
**submission [8]**  1785/7 1798/16
1798/21 1800/6 1829/5 1831/8 1839/17
1848/8
**submit [18]**  1734/10 1734/15 1734/17
1735/1 1744/14 1782/24 1789/9
1795/19 1796/5 1797/12 1829/5
1839/15 1840/7 1848/12 1848/18
1848/21 1849/11 1849/15
**submitted [24]**  1728/17 1734/13
1735/20 1736/2 1743/15 1745/8 1746/3
1746/10 1746/21 1784/14 1785/5
1785/6 1785/10 1797/20 1830/18
1848/11 1848/12 1848/14 1849/9
1849/21 1851/15 1852/11 1852/13
1852/14
**submitting [14]**  1734/20 1738/14
1738/21 1738/24 1739/4 1739/8 1744/1
1744/24 1784/4 1784/11 1795/25
1799/21 1799/24 1800/2
**subset [1]**  1819/19
**substance [1]**  1752/21
**successful [1]**  1750/19
**such [8]**  1753/7 1757/12 1758/8
1766/9 1766/10 1813/17 1838/19
1838/19
**suddenly [1]**  1757/7
**sued [2]**  1745/8 1789/24
**sufficient [6]**  1768/15 1781/23 1784/4
1792/24 1801/4 1802/14
**suffix [1]**  1806/9
**suggest [2]**  1808/11 1836/17
**suggested [3]**  1756/5 1814/13 1836/2

S

**suggesting [1]** 1787/22
**summer [1]** 1766/16
**Sunday [1]** 1852/16
**supervisor [2]** 1788/24 1789/19
**support [12]** 1754/18 1760/22 1763/5
1782/19 1797/22 1798/17 1798/17
1828/11 1828/21 1834/2 1834/17
1844/11
**supported [2]** 1762/21 1840/3
**supporters [1]** 1763/3
**supportive [1]** 1777/14
**supposition [1]** 1760/25
**sure [43]** 1718/7 1723/9 1725/12
1726/13 1728/3 1736/5 1736/6 1741/7
1743/9 1743/11 1746/7 1759/10
1760/17 1781/4 1781/13 1783/1 1787/3
1790/25 1792/18 1794/3 1798/25
1799/6 1799/10 1799/11 1802/1
1803/23 1804/23 1805/7 1805/12
1805/16 1808/18 1810/25 1811/12
1811/19 1813/6 1821/25 1822/9
1830/21 1841/19 1848/2 1850/1
1850/18 1855/4
**surprised [1]** 1779/3
**surveillance [1]** 1768/25
**sustain [4]** 1743/7 1743/10 1768/5
1855/8
**sustained [7]** 1733/25 1756/19
1773/23 1775/19 1775/20 1782/15
1835/9
**sustaining [2]** 1810/21 1847/20
**sweeping [1]** 1765/24
**sworn [2]** 1717/5 1749/19
**Synching [1]** 1816/18
**system [5]** 1764/15 1768/17 1770/2
1828/12 1828/22

T

**table [2]** 1754/23 1818/15
**tag [1]** 1783/13
**take [33]** 1717/1 1718/22 1723/25
1725/24 1729/17 1729/19 1730/14
1730/20 1732/20 1735/4 1741/6
1741/11 1743/20 1746/2 1746/9
1746/15 1746/20 1764/9 1765/17
1776/5 1789/23 1795/2 1795/4 1798/20
1798/23 1802/8 1807/25 1818/13
1819/18 1819/19 1821/5 1841/14
1843/7
**takeaway [8]** 1776/23 1789/8 1792/24
1793/1 1793/19 1794/10 1794/23
1829/12
**takeaways [5]** 1781/19 1781/20
1788/11 1789/13 1790/1
**taken [9]** 1741/15 1742/5 1742/9
1758/5 1780/17 1817/14 1836/21
1838/15 1844/22
**takes [1]** 1763/22
**taking [2]** 1718/23 1804/18
**Taliaferro [1]** 1850/15
**Taliaferro County [1]** 1850/15
**talk [15]** 1720/25 1735/16 1748/23
1754/8 1778/9 1793/24 1794/15
1812/19 1835/11 1835/17 1837/5
1839/6 1850/3 1852/22 1853/22
**talked [7]** 1727/16 1755/20 1778/12

**talking [11]** 1724/20 1724/22 1733/1
1776/16 1776/19 1781/10 1782/25
1791/9 1793/8 1794/5 1803/15
**Talks [1]** 1851/21
**target [1]** 1743/19
**targeting [2]** 1821/16 1823/6
**tax [1]** 1756/11
**tech [1]** 1763/9
**technicalities [2]** 1853/9 1854/11
**technology [1]** 1763/10
**TED [1]** 1713/23
**tell [14]** 1716/13 1732/3 1732/3
1740/12 1743/3 1743/4 1748/25
1759/23 1783/18 1847/25 1849/3
1853/14 1854/24 1855/22
**telling [6]** 1773/24 1773/24 1777/25
1835/24 1840/12 1841/7
**temperature [2]** 1751/3 1751/4
**ten [5]** 1739/4 1739/6 1759/9 1767/20
1839/24
**tens [1]** 1766/11
**tensions [1]** 1794/2
**tenuous [1]** 1769/25
**term [5]** 1764/1 1811/22 1821/8 1843/5
1845/18
**terms [2]** 1817/6 1835/19
**test [1]** 1762/14
**testified [8]** 1717/5 1720/1 1721/7
1749/19 1772/23 1802/13 1823/14
1834/21
**testify [7]** 1719/19 1719/21 1719/23
1782/6 1810/9 1854/5 1855/23
**testifying [3]** 1740/14 1746/1 1824/22
**testimonies [1]** 1819/16
**testimony [22]** 1716/18 1719/19
1720/4 1720/9 1720/13 1722/7 1745/17
1771/21 1779/7 1783/15 1786/8
1802/12 1809/22 1852/24 1852/25
1853/7 1853/17 1853/19 1854/1
1854/21 1855/1 1857/12
**Texas [8]** 1749/24 1755/9 1755/22
1758/25 1759/21 1759/22 1759/25
1824/25
**than [23]** 1726/2 1734/7 1735/6
1738/21 1739/4 1739/6 1739/7 1750/10
1755/10 1762/16 1769/14 1774/3
1774/6 1784/24 1790/10 1807/3 1817/2
1820/21 1827/6 1832/15 1838/17
1841/24 1845/8
**thank [35]** 1716/14 1716/18 1716/19
1717/2 1717/9 1722/9 1724/25 1727/19
1729/22 1732/18 1737/25 1741/13
1741/18 1746/16 1747/5 1749/4
1770/17 1770/19 1779/13 1780/14
1780/20 1788/2 1792/8 1795/23 1804/5
1808/17 1810/7 1825/16 1828/7
1835/21 1835/24 1850/23 1854/16
1856/1 1856/2
**that [878]**
**that's [66]** 1718/25 1725/18 1725/22
1726/10 1728/6 1728/6 1730/5 1731/9
1732/15 1740/14 1743/2 1748/13
1752/5 1752/5 1752/5 1755/13 1756/20
1756/20 1757/6 1758/14 1760/20
1763/1 1769/1 1772/18 1772/18
1772/19 1772/21 1773/23 1773/24
1773/25 1778/25 1779/13 1794/4

**the [1]** 1799/8 1801/16 1805/19
1806/17 1809/12 1809/12 1812/3
1812/10 1815/19 1816/1 1819/3
1820/11 1822/3 1823/17 1825/7
1826/7 1827/3 1830/6 1830/23 1834/12
1835/20 1837/4 1837/4 1838/15
1840/25 1843/22 1844/2 1849/9
1849/10 1850/2 1850/17 1853/14
**their [48]** 1721/25 1726/17 1727/3
1727/25 1733/14 1733/16 1733/17
1734/5 1734/7 1735/7 1743/20 1757/20
1758/9 1763/5 1764/14 1766/18 1769/4
1777/12 1778/4 1783/25 1784/1
1788/25 1789/9 1789/12 1796/17
1796/17 1796/18 1798/1 1809/22
1812/11 1812/11 1816/18 1816/23
1816/24 1819/5 1819/8 1819/12 1820/7
1820/22 1821/21 1822/12 1822/17
1834/14 1838/11 1849/2 1849/2
1849/11 1849/15
**theirs [1]** 1734/8
**them [37]** 1722/19 1722/20 1723/8
1723/20 1724/5 1740/18 1743/3 1743/4
1743/16 1744/11 1747/1 1757/2
1757/18 1760/10 1764/14 1771/8
1771/9 1776/12 1777/11 1787/17
1794/9 1799/16 1801/10 1808/14
1814/19 1816/23 1818/23 1821/7
1830/18 1848/12 1848/18 1849/11
1849/15 1849/16 1849/18 1849/24
1855/2
**themes [1]** 1792/4
**then [93]** 1718/25 1719/2 1721/18
1729/2 1735/24 1737/19 1737/19
1743/20 1745/8 1745/8 1748/24 1750/1
1751/10 1752/3 1752/24 1753/3 1754/4
1754/13 1756/11 1757/10 1759/7
1759/10 1760/10 1762/2 1763/2
1763/24 1764/2 1764/9 1765/12
1765/20 1766/22 1770/2 1770/5
1770/10 1772/9 1772/10 1772/20
1772/21 1775/3 1776/25 1777/7
1777/15 1777/16 1778/14 1779/1
1779/7 1783/9 1783/10 1787/5 1787/15
1788/24 1789/6 1795/7 1796/25 1798/3
1798/4 1804/23 1805/3 1805/4 1805/6
1805/17 1805/20 1806/3 1807/20
1808/7 1810/23 1811/16 1811/16
1811/25 1814/10 1814/14 1815/2
1815/2 1815/21 1818/15 1822/9 1824/2
1834/12 1836/14 1837/13 1837/13
1838/11 1841/22 1843/1 1843/4
1843/11 1848/17 1849/24 1852/1
1852/13 1852/15 1852/20 1853/18
**there [114]** 1716/20 1718/8 1725/13
1725/15 1730/19 1730/19 1737/20
1738/15 1739/8 1744/6 1744/18 1747/8
1749/3 1750/5 1752/17 1752/19 1753/7
1755/3 1755/8 1755/24 1755/25 1756/5
1756/6 1757/16 1757/16 1759/2 1759/3
1759/4 1759/7 1760/9 1760/22 1762/1
1765/2 1766/14 1767/8 1768/13
1768/13 1768/14 1769/4 1769/7
1770/11 1770/12 1772/1 1772/1 1772/1
1772/3 1773/3 1773/7 1773/7 1773/9
1773/9 1773/10 1774/24 1775/3
1775/25 1776/15 1779/7 1782/12
1787/7 1787/11 1788/12 1788/22

**T**

**there... [52]** 1788/22 1788/23 1796/9
1797/6 1797/11 1797/13 1799/11
1801/13 1803/13 1804/10 1805/1
1805/7 1805/13 1805/15 1806/3
1806/15 1806/20 1807/13 1807/15
1807/15 1807/23 1811/25 1814/10
1814/17 1817/2 1817/5 1820/4 1823/3
1828/9 1833/22 1834/16 1834/22
1836/9 1836/9 1838/13 1841/24
1841/25 1843/22 1845/1 1847/12
1848/20 1849/2 1849/7 1851/4 1851/8
1851/20 1852/4 1852/10 1852/13
1853/10 1853/12 1853/21
**there's [12]** 1719/2 1761/12 1765/20
1771/18 1771/25 1778/13 1806/10
1806/14 1807/6 1810/23 1810/24
1841/3
**thereby [1]** 1856/4
**therefore [1]** 1720/12
**therein [2]** 1785/18 1857/11
**thereof [1]** 1787/21
**these [11]** 1723/25 1732/6 1754/23
1760/5 1768/16 1771/21 1774/22
1775/8 1794/21 1810/10 1845/7
**they [138]** 1719/22 1720/25 1721/25
1722/15 1723/3 1724/5 1725/25 1726/2
1727/2 1727/3 1727/4 1729/19 1732/6
1733/13 1733/17 1734/6 1734/23
1735/4 1735/4 1735/4 1735/5 1735/6
1735/7 1735/7 1735/9 1737/18 1739/22
1743/3 1743/4 1743/4 1743/16 1743/17
1743/19 1744/1 1744/2 1744/6 1744/7
1744/8 1744/19 1747/22 1747/22
1748/4 1749/6 1755/12 1756/1 1756/5
1757/4 1757/5 1758/10 1758/23
1759/14 1759/24 1759/25 1760/2
1760/2 1760/3 1764/15 1766/3 1766/4
1768/17 1768/17 1771/9 1772/21
1776/10 1777/13 1778/5 1781/5
1783/11 1783/11 1783/12 1784/2
1786/19 1787/5 1787/6 1787/17 1788/9
1788/9 1788/25 1789/1 1789/1 1789/2
1789/6 1789/10 1789/11 1789/20
1789/21 1789/23 1789/24 1794/8
1797/5 1797/7 1797/7 1797/19 1798/12
1799/6 1799/6 1801/14 1804/15
1804/21 1805/23 1807/3 1807/3 1808/5
1815/23 1816/10 1816/12 1816/15
1816/21 1816/25 1819/25 1820/1
1820/2 1820/5 1820/7 1820/7 1820/8
1820/22 1820/23 1821/8 1821/9
1822/14 1834/5 1838/10 1838/11
1840/4 1845/22 1848/15 1849/6
1849/16 1849/17 1849/18 1849/23
1852/2
**they're [3]** 1785/11 1815/13 1835/20
**they've [2]** 1787/18 1787/18
**thing [21]** 1719/13 1721/12 1727/7
1731/7 1731/8 1733/13 1753/7 1754/22
1759/20 1762/3 1764/5 1769/13
1788/16 1790/19 1794/20 1796/21
1801/24 1801/25 1802/8 1805/5
1817/18
**things [51]** 1718/6 1718/24 1722/13
1724/6 1726/1 1730/22 1732/6 1735/6

1736/19 1738/20 1739/2 1739/3 1745/7
1745/9 1745/10 1753/24 1754/2
1754/25 1755/16 1755/17 1757/13
1760/7 1760/9 1764/18 1765/8 1765/13
1766/15 1767/2 1767/3 1767/19
1770/11 1770/12 1770/13 1770/14
1770/15 1771/4 1781/20 1783/2
1788/13 1805/15 1810/10 1814/13
1816/1 1816/19 1821/13 1834/15
1834/16 1836/16 1837/22 1843/8
1853/21
**think [48]** 1719/22 1719/25 1721/5
1726/19 1739/6 1739/6 1742/15
1742/18 1743/6 1743/7 1744/22
1748/14 1755/1 1758/10 1758/14
1760/7 1762/13 1762/19 1765/2 1765/7
1765/12 1769/12 1774/11 1778/23
1779/4 1780/11 1781/17 1783/17
1791/20 1806/21 1807/6 1810/18
1817/12 1819/15 1824/16 1825/12
1829/11 1835/19 1841/13 1843/23
1844/6 1845/1 1847/19 1849/6 1849/9
1854/5 1855/22 1855/23
**thinking [5]** 1754/24 1788/23 1791/5
1793/18 1844/21
**third [1]** 1763/24
**third-party [1]** 1763/24
**this [147]**
**those [49]** 1719/3 1722/21 1723/17
1724/2 1730/22 1738/17 1739/2
1743/24 1747/25 1748/2 1755/17
1755/20 1756/4 1758/19 1758/19
1759/17 1760/22 1764/9 1767/3
1767/19 1768/24 1769/1 1770/9 1778/5
1778/16 1782/14 1787/10 1787/18
1789/13 1793/19 1799/15 1806/1
1806/12 1807/12 1811/8 1812/21
1812/22 1814/14 1815/9 1816/19
1818/17 1822/18 1836/25 1842/21
1843/10 1849/25 1850/1 1852/7 1853/2
**though [11]** 1723/2 1743/8 1770/25
1805/13 1806/10 1807/2 1817/15
1817/18 1825/7 1828/16 1841/11
**thought [12]** 1745/19 1755/23 1786/10
1787/10 1787/14 1789/10 1803/22
1821/2 1824/2 1833/25 1838/4 1848/13
**thoughtful [2]** 1824/7 1826/5
**thoughts [2]** 1777/12 1793/17
**thousands [3]** 1766/11 1773/16
1773/17
**thread [1]** 1852/13
**threaten [6]** 1736/10 1799/25 1800/8
1831/11 1838/24 1839/4
**threatened [1]** 1766/6
**three [6]** 1719/6 1738/21 1769/3
1812/21 1814/10 1814/12
**through [46]** 1718/22 1718/25 1719/1
1723/22 1724/3 1726/4 1730/11
1730/23 1731/9 1731/24 1743/25
1747/3 1752/3 1752/12 1760/2 1761/7
1762/13 1763/24 1764/9 1771/19
1779/5 1779/23 1781/8 1781/9 1781/10
1782/25 1786/17 1786/22 1786/23
1788/25 1789/23 1796/20 1799/8
1801/23 1804/7 1804/15 1804/22
1804/23 1805/6 1805/22 1812/18
1818/15 1823/23 1824/6 1835/1
1851/12

**throughout [1]** 1819/15
**throughput [1]** 1751/9
**throw [1]** 1751/4
**thyself [1]** 1844/23
**ticket [1]** 1774/10
**tie [2]** 1739/9 1739/17
**ties [1]** 1755/2
**tight [3]** 1751/2 1774/17 1774/17
**tightly [1]** 1802/4
**TIM [1]** 1714/20
**time [29]** 1721/12 1729/1 1743/21
1750/8 1753/3 1753/21 1759/21 1760/7
1762/14 1764/11 1765/4 1766/10
1771/1 1780/6 1785/13 1790/20 1795/2
1809/9 1821/12 1821/19 1823/25
1825/5 1834/3 1834/19 1844/9 1844/9
1844/10 1844/14 1845/3
**timeline [2]** 1788/13 1841/24
**times [7]** 1719/2 1719/3 1719/4
1738/16 1744/6 1751/18 1839/25
**TINA [1]** 1714/8
**tiny [1]** 1755/19
**tissue [1]** 1844/12
**title [1]** 1763/12
**today [3]** 1716/18 1745/17 1792/2
**together [5]** 1750/15 1755/2 1757/14
1760/10 1855/2
**told [9]** 1728/16 1729/5 1729/10
1729/14 1755/13 1783/19 1786/9
1789/2 1825/1
**tolerance [2]** 1751/5 1751/15
**tolerances [1]** 1751/2
**too [5]** 1800/12 1805/15 1835/4 1848/3
1848/4
**took [10]** 1730/20 1731/23 1754/22
1777/3 1793/3 1795/5 1798/23 1803/1
1818/12 1855/1
**tool [1]** 1811/8
**tools [2]** 1846/6 1846/17
**top [1]** 1774/10
**total [1]** 1823/10
**totally [1]** 1848/1
**tough [2]** 1751/18 1771/3
**town [3]** 1749/24 1755/25 1807/11
**Trade [1]** 1718/1
**traffic [1]** 1849/7
**Trail [1]** 1717/15
**training [4]** 1757/21 1757/22 1760/6
1837/22
**trainings [3]** 1757/14 1758/8 1760/2
**transcript [7]** 1/1 1/5 1/7 1/8 1713/11
1713/21 1857/9
**transcripts [1]** 1/2
**transference [1]** 1783/5
**transparency [2]** 1762/7 1782/20
**TransUnion [1]** 1811/10
**traumatic [1]** 1844/11
**TRAURIG [1]** 1714/15
**treatments [1]** 1844/12
**trial [8]** 1713/11 1790/11 1831/19
1832/4 1832/15 1833/3 1839/7 1845/8
**tried [5]** 1777/19 1797/24 1799/19
1807/22 1849/19
**true [157]**
**TrueAppend [1]** 1805/10
**TrueNCOA [5]** 1804/15 1804/15 1805/8
1813/17 1813/22
**trust [5]** 1731/10 1733/16 1734/8

**T**

**trust... [2]** 1772/20 1813/7
**trusted [4]** 1719/13 1731/7 1731/8
1829/20
**trustworthy [2]** 1760/21 1762/6
**truth [2]** 1774/1 1785/18
**try [7]** 1755/1 1757/8 1760/8 1807/22
1807/25 1841/11 1842/18
**trying [28]** 1728/14 1732/6 1740/19
1743/17 1752/20 1760/7 1766/19
1767/2 1768/19 1769/19 1774/5 1781/3
1786/6 1786/10 1791/12 1791/19
1795/6 1807/6 1807/18 1807/19
1810/18 1812/7 1827/25 1835/20
1844/2 1846/4 1846/5 1846/7
**Tuesday [1]** 1795/10
**turn [2]** 1752/23 1762/18
**turned [3]** 1743/23 1756/7 1843/3
**TURNER [8]** 1713/23 1736/24 1737/2
1737/5 1832/3 1832/7 1832/11 1833/14
**twice [1]** 1774/14
**two [20]** 1719/6 1722/20 1741/6
1744/10 1748/2 1773/20 1775/5
1776/11 1777/7 1777/10 1778/14
1778/16 1814/9 1820/17 1836/6
1843/10 1848/17 1848/22 1850/17
1851/7
**two-minute [1]** 1741/6
**two-sided [1]** 1851/7
**type [1]** 1853/17
**types [1]** 1851/8
**typical [1]** 1820/24
**typically [1]** 1835/3

**U**

**ugliness [1]** 1759/4
**Uh [13]** 1739/21 1751/11 1751/22
1754/15 1760/11 1775/22 1777/21
1791/8 1793/11 1796/22 1828/19
1852/21 1854/9
**Uh-huh [13]** 1739/21 1751/11 1751/22
1754/15 1760/11 1775/22 1777/21
1791/8 1793/11 1796/22 1828/19
1852/21 1854/9
**ultimately [5]** 1751/20 1795/7 1799/14
1803/1 1840/3
**unaffiliated [1]** 1847/9
**unbroken [1]** 1799/10
**uncertain [1]** 1770/1
**uncertainty [1]** 1836/9
**unclear [2]** 1773/7 1781/21
**under [15]** 1716/25 1728/18 1744/14
1744/25 1745/24 1749/2 1749/14
1749/15 1756/14 1757/1 1797/3
1797/12 1797/16 1828/18 1833/19
**underinsured [1]** 1763/18
**underlying [2]** 1753/14 1819/17
**undermine [1]** 1766/6
**underpinnings [1]** 1768/15
**understand [12]** 1729/23 1745/17
1758/5 1759/6 1780/1 1783/4 1783/8
1810/6 1823/25 1850/8 1850/10
1850/11
**understanding [53]** 1724/14 1725/3
1725/25 1726/6 1726/16 1727/2
1728/11 1728/13 1735/1 1759/8
1766/19 1775/25 1778/1 1778/3 1778/8

1778/9 1778/19 1781/9 1781/21
1782/1 1782/9 1783/6 1783/22 1783/24
1784/7 1787/15 1789/14 1792/23
1793/16 1796/10 1796/15 1796/19
1796/23 1797/5 1797/10 1797/13
1800/21 1800/24 1801/15 1808/4
1808/5 1808/5 1808/9 1808/13 1816/18
1817/16 1820/18 1820/20 1821/3
1822/18 1822/19 1828/23 1830/1
**understandings [3]** 1726/25 1793/17
1829/13
**understood [11]** 1758/22 1779/20
1779/20 1779/23 1786/3 1789/19
1794/8 1799/6 1816/18 1820/2 1829/21
**unexpected [1]** 1767/6
**unfair [1]** 1836/17
**unfortunately [2]** 1762/23 1807/13
**uniform [4]** 1787/2 1787/4 1808/6
1815/19
**uninsured [1]** 1763/18
**unique [7]** 1719/10 1721/20 1751/12
1770/22 1770/23 1776/10 1806/17
**UNITED [13]** 1713/1 1713/13 1713/23
1714/21 1804/20 1805/2 1808/22
1812/8 1813/12 1844/24 1857/3 1857/7
1857/17
**universities [1]** 1807/9
**University [2]** 1750/3 1750/4
**unless [2]** 1825/1 1844/6
**unnecessary [1]** 1758/15
**until [3]** 1747/10 1778/6 1784/2
**unusual [5]** 1851/3 1851/5 1852/5
1852/8 1852/9
**UOCAVA [1]** 1807/25
**up [32]** 1723/19 1724/5 1725/15
1725/17 1726/1 1728/1 1735/4 1741/9
1744/19 1744/20 1749/1 1749/23
1749/24 1768/24 1770/3 1774/5
1775/20 1778/5 1779/5 1779/7 1779/12
1784/2 1786/6 1789/10 1801/25 1802/4
1808/18 1816/18 1817/14 1821/1
1834/1 1844/3
**upcoming [2]** 1752/18 1762/2
**update [2]** 1758/17 1828/16
**updated [3]** 1722/2 1734/9 1793/22
**updates [2]** 1769/5 1800/22
**updating [2]** 1734/7 1801/1
**upfront [1]** 1786/6
**uphold [1]** 1784/5
**upholding [1]** 1838/3
**upon [22]** 1720/12 1743/13 1760/25
1764/2 1771/14 1773/11 1773/17
1775/24 1778/4 1778/16 1796/10
1809/15 1819/11 1822/12 1825/4
1829/12 1840/6 1846/24 1847/1 1847/6
1852/24 1853/10
**URL [1]** 1845/21
**us [26]** 1716/10 1717/9 1728/14 1744/1
1744/2 1755/3 1757/6 1766/11 1770/6
1773/24 1779/2 1779/8 1787/4 1797/23
1799/5 1816/14 1816/15 1823/16
1824/2 1834/9 1835/21 1836/8 1848/21
1849/7 1850/15 1850/18
**USA [1]** 1714/17
**use [24]** 1719/24 1722/3 1722/5
1722/15 1727/4 1731/7 1732/25 1733/2
1754/5 1767/7 1786/18 1809/12
1811/24 1811/25 1812/21 1812/23

1821/8 1821/11 1833/22 1833/23
1834/5 1834/8 1843/13 1845/22
**used [29]** 1719/21 1756/12 1758/13
1764/19 1786/23 1802/21 1804/3
1804/14 1809/23 1811/22 1815/4
1819/12 1819/13 1819/15 1819/25
1820/9 1824/21 1833/25 1834/2
1834/19 1835/4 1836/10 1836/12
1837/3 1844/15 1851/6 1851/16 1852/8
1855/12
**using [6]** 1719/20 1778/17 1834/9
1838/11 1838/11 1843/5
**USPS [3]** 1769/4 1804/25 1805/25
**usually [1]** 1729/25
**utmost [1]** 1731/10 1826/12 1826/18
**uttered [1]** 1834/3
**UZOMA [1]** 1714/6

**V**

**Validate [6]** 1845/17 1845/18 1846/2
1846/3 1846/9 1846/9
**validation [3]** 1804/23 1805/22
1812/16
**value [4]** 1757/16 1757/16 1780/4
1796/3
**variable [1]** 1769/15
**variables [2]** 1768/14 1768/16
**variations [1]** 1811/25
**various [4]** 1764/16 1766/13 1766/13
1805/18 1805/20
**vehicle [1]** 1828/18
**vendor [5]** 1783/12 1783/13 1787/17
1789/2 1796/24 1821/5
**verification [8]** 1746/5 1746/23 1758/4
1767/15 1767/16 1812/15 1812/16
1812/24
**version [1]** 1813/19
**very [69]** 1721/3 1723/5 1726/3
1726/13 1730/17 1730/18 1730/18
1730/19 1741/9 1745/1 1750/11
1754/22 1754/22 1755/18 1756/2
1756/9 1761/13 1761/15 1764/20
1764/20 1764/21 1765/8 1765/8 1766/5
1769/24 1771/25 1772/6 1772/10
1772/10 1772/19 1772/22 1774/22
1774/25 1776/10 1780/8 1781/25
1783/4 1783/4 1783/12 1786/16 1789/7
1789/11 1789/12 1797/6 1797/18
1798/22 1801/4 1802/5 1804/11 1806/5
1806/25 1807/8 1807/12 1812/10
1815/12 1816/13 1819/16 1824/6
1824/7 1824/12 1826/4 1838/3 1838/5
1838/8 1838/18 1843/5 1843/8 1844/18
1844/18
**vet [2]** 1735/4 1735/9
**veterans [4]** 1837/14 1838/2 1838/20
1844/11
**vetted [1]** 1734/24
**via [3]** 1848/12 1848/14 1848/15
**victory [1]** 1774/8
**view [3]** 1759/9 1794/7 1808/23
**violating [1]** 1784/10
**vital [1]** 1758/24
**vocal [1]** 1774/25
**voice [5]** 1730/10 1745/2 1760/12
1761/15 1761/18
**voir [1]** 1853/19
**VOLUME [1]** 1713/11

**V**

**volunteer [2]**  1769/11 1850/15
**volunteers [13]**  1752/17 1753/1 1753/8
1755/4 1762/2 1769/10 1773/6 1780/1
1788/14 1799/5 1799/12 1816/14
1830/18
**vote [177]**
**Vote's [17]**  1745/19 1747/20 1748/4
1754/16 1760/13 1772/24 1798/15
1799/21 1799/24 1800/2 1800/5 1818/8
1819/23 1823/11 1842/16 1851/4
1851/13
**voted [14]**  1719/5 1724/16 1725/5
1731/23 1755/10 1759/24 1787/12
1808/4 1808/12 1819/9 1819/20
1822/15 1822/21 1823/3
**voter [66]**  1719/3 1720/9 1722/18
1723/22 1724/5 1726/18 1727/4
1728/15 1735/10 1735/13 1736/10
1736/12 1736/14 1736/21 1737/4
1737/12 1754/10 1755/9 1755/21
1755/22 1756/4 1756/13 1757/2
1757/25 1757/25 1758/9 1759/3
1767/21 1769/22 1771/12 1771/20
1772/5 1793/22 1796/11 1798/5
1799/22 1799/25 1800/3 1800/8 1801/2
1801/8 1801/9 1802/8 1804/9 1804/19
1806/20 1809/23 1812/10 1822/25
1828/17 1828/18 1830/16 1830/23
1831/2 1831/11 1831/14 1831/17
1832/10 1832/21 1832/25 1833/9
1833/17 1838/22 1838/24 1839/1
1839/4
**voter's [1]**  1823/5
**voters [24]**  1722/15 1722/16 1730/8
1731/22 1734/23 1756/2 1766/17
1771/23 1787/17 1801/19 1802/23
1812/11 1820/15 1820/16 1821/15
1821/21 1822/2 1822/11 1822/14
1822/16 1822/19 1823/9 1823/9
1830/18
**voters' [3]**  1731/23 1754/18 1852/1
**votes [2]**  1774/11 1774/12
**voting [10]**  1753/4 1759/12 1759/15
1760/3 1761/4 1761/5 1767/4 1767/23
1807/14 1820/6
**Voto [1]**  1758/20
**vs [1]**  1713/6
**VUID [2]**  1806/16 1815/2
**VUIDs [1]**  1807/5

**W**

**wait [5]**  1735/24 1735/24 1747/10
1752/4 1822/8
**walk [5]**  1727/1 1728/10 1775/25
1779/23 1804/7
**walking [1]**  1786/17
**want [52]**  1722/13 1722/19 1722/20
1723/8 1723/9 1728/3 1754/10 1765/3
1765/3 1774/7 1775/21 1779/4 1779/6
1779/8 1779/12 1787/6 1787/17 1789/4
1791/22 1793/7 1796/20 1796/20
1800/14 1800/15 1802/12 1803/11
1806/5 1809/11 1810/22 1810/25
1814/6 1815/17 1818/18 1821/25
1823/4 1826/3 1826/6 1826/18 1827/8
1829/15 1833/16 1837/5 1839/6

1840/19 1840/16 1845/22 1848/2
1848/8 1849/17 1850/3 1852/22
1854/19
**wanted [25]**  1723/3 1779/19 1779/23
1780/1 1780/4 1780/4 1780/5 1781/3
1789/2 1789/5 1794/3 1796/2 1798/6
1799/18 1808/14 1811/19 1821/7
1823/23 1826/11 1845/22 1848/19
1848/20 1848/21 1850/1 1852/17
**wanting [2]**  1725/23 1799/7
**wants [3]**  1731/14 1787/15 1810/19
**warranted [2]**  1801/19 1802/23
**Warren [2]**  1736/24 1832/3
**was [527]**
**wasn't [7]**  1758/13 1761/25 1770/10
1787/22 1806/12 1812/20 1823/6
**waste [1]**  1790/20
**watching [1]**  1789/12
**water [1]**  1765/17
**way [72]**  1719/7 1721/10 1723/22
1724/15 1724/4 1725/22 1726/4 1727/3
1727/4 1727/25 1728/4 1728/7 1728/11
1728/12 1728/13 1729/21 1732/24
1736/1 1736/18 1737/1 1737/9 1738/5
1740/6 1741/23 1742/9 1743/8 1743/18
1744/18 1744/22 1745/10 1747/2
1752/21 1754/25 1755/23 1767/10
1771/15 1771/25 1773/6 1776/9 1777/1
1783/17 1784/15 1784/18 1787/20
1793/21 1794/12 1796/16 1798/1
1798/25 1799/5 1810/18 1815/20
1816/4 1816/7 1817/23 1818/9 1831/22
1832/7 1832/18 1833/6 1837/4 1838/6
1838/19 1839/13 1841/6 1844/21
1846/10 1846/20 1847/12 1848/18
1849/6 1849/10
**ways [10]**  1728/6 1760/18 1764/18
1764/18 1764/19 1777/20 1812/12
1815/18 1836/6 1841/7
**we [337]**
**we'll [6]**  1719/2 1719/4 1741/12 1796/9
1799/10 1855/25
**we're [15]**  1719/16 1721/10 1722/5
1723/9 1742/22 1766/12 1769/9
1769/18 1769/22 1772/8 1787/3
1794/20 1803/15 1808/10 1843/23
**we've [13]**  1757/13 1757/21 1761/1
1771/1 1771/20 1776/11 1804/16
1809/7 1811/5 1811/16 1837/22
1848/20 1849/20
**wear [1]**  1769/11
**website [4]**  1827/17 1843/12 1845/22
1846/17
**week [5]**  1722/2 1734/9 1786/9
1834/21 1834/21
**weeks [4]**  1754/6 1771/21 1795/5
1817/14
**WELCH [3]**  1713/22 1857/6 1857/16
**well [81]**  1718/3 1718/20 1719/13
1720/1 1722/3 1723/1 1723/14
1723/18 1724/20 1725/9 1725/17
1726/13 1728/24 1729/15 1730/15
1731/6 1732/2 1732/17 1732/24 1733/3
1736/8 1739/14 1739/18 1741/4
1743/13 1743/20 1749/11 1750/8
1750/23 1752/8 1760/16 1761/24
1763/1 1763/17 1765/19 1767/5 1768/2
1768/10 1768/19 1769/14 1770/8

1772/3 1772/15 1775/12 1776/7
1778/19 1779/3 1779/6 1781/5 1786/13
1787/10 1788/12 1789/18 1797/22
1799/11 1808/17 1811/16 1811/18
1814/10 1815/17 1820/17 1823/24
1824/2 1824/18 1824/25 1825/3 1827/5
1827/25 1830/13 1836/6 1836/21
1840/11 1840/18 1841/3 1843/4 1844/5
1847/19 1851/18 1852/9 1853/8 1854/1
**went [16]**  1723/21 1730/6 1750/1
1750/2 1755/3 1759/6 1786/22 1786/23
1788/25 1801/22 1819/2 1820/4 1820/5
1834/16 1837/4 1841/22
**were [188]**
**weren't [4]**  1753/8 1755/4 1756/5
1768/15
**what [285]**
**what's [6]**  1717/25 1757/9 1788/23
1805/24 1809/24 1854/12
**whatever [5]**  1744/1 1744/4 1752/3
1788/21 1796/25
**whatsoever [2]**  1750/17 1810/5
**when [50]**  1718/8 1719/2 1721/24
1722/12 1723/1 1723/21 1733/14
1733/15 1735/1 1744/9 1745/5 1746/1
1750/4 1751/18 1752/5 1752/19
1752/24 1759/19 1760/9 1761/19
1769/21 1769/21 1780/9 1788/24
1790/16 1798/10 1799/14 1799/14
1801/12 1802/2 1805/22 1806/24
1809/7 1812/6 1812/6 1814/5 1817/19
1825/24 1828/24 1834/21 1834/22
1836/5 1836/15 1837/25 1839/21
1840/3 1840/20 1844/25 1845/2
1847/25
**where [38]**  1717/14 1725/18 1744/2
1744/6 1749/23 1749/25 1753/15
1754/4 1755/6 1756/3 1756/8 1758/25
1761/2 1762/18 1764/2 1768/20 1770/7
1776/13 1776/13 1776/13 1780/23
1804/18 1807/9 1807/12 1813/22
1814/16 1820/3 1820/5 1820/9 1820/9
1821/12 1834/13 1835/6 1836/24
1838/15 1852/2 1853/3 1855/3
**whereof [1]**  1857/12
**Whereupon [2]**  1717/3 1749/17
**whether [15]**  1716/5 1718/20 1718/20
1741/5 1748/25 1781/22 1783/10
1787/11 1796/16 1819/25 1821/8
1822/25 1823/1 1836/10 1847/16
**which [53]**  1718/22 1720/20 1728/14
1730/7 1744/10 1753/3 1753/22
1754/23 1755/18 1756/11 1758/21
1759/12 1763/25 1765/3 1767/20
1767/21 1769/17 1771/23 1776/17
1777/13 1781/25 1790/14 1798/5
1803/16 1804/16 1804/18 1805/10
1805/25 1806/22 1807/7 1808/13
1809/11 1810/14 1811/15 1813/19
1817/23 1818/16 1819/9 1820/24
1824/1 1834/1 1838/12 1839/7 1840/23
1842/23 1843/5 1844/16 1844/22
1844/23 1844/25 1851/11 1851/22
1852/2
**whichever [1]**  1719/7
**while [2]**  1744/12 1759/6
**whispering [1]**  1742/23
**whistleblower [1]**  1835/2

**W**

whistleblowers **[1]** 1834/2
white **[1]** 1815/24
who **[57]** 1723/8 1724/8 1732/8
1736/16 1736/24 1737/7 1738/3 1741/3
1741/4 1755/12 1755/16 1756/11
1760/8 1761/8 1762/15 1762/15
1766/17 1776/14 1777/10 1777/22
1778/11 1780/5 1780/7 1781/15
1786/16 1794/18 1797/23 1800/12
1808/3 1815/17 1816/14 1819/9
1819/19 1821/21 1822/4 1822/11
1822/15 1822/16 1823/9 1823/21
1827/18 1828/11 1830/18 1831/19
1832/3 1832/13 1832/15 1833/3 1834/8
1836/8 1836/8 1837/10 1838/2 1845/19
1846/18 1848/25 1849/21
whole **[7]** 1731/23 1739/25 1751/4
1753/9 1765/21 1769/13 1846/5
wholesale **[1]** 1766/5
wholly **[1]** 1777/13
whom **[1]** 1848/25
Whose **[1]** 1851/1
why **[54]** 1722/25 1727/24 1731/5
1732/23 1733/1 1741/1 1742/15
1743/13 1744/17 1752/15 1753/23
1755/18 1755/20 1760/15 1760/20
1761/11 1761/22 1762/12 1765/1
1768/12 1771/17 1772/14 1775/11
1776/5 1779/18 1781/2 1788/7 1794/1
1794/17 1795/19 1800/10 1800/20
1808/23 1809/16 1809/19 1810/2
1810/4 1817/11 1818/11 1820/16
1821/18 1822/16 1823/19 1826/2
1829/8 1829/18 1830/4 1836/20 1837/4
1841/22 1848/18 1848/18 1849/10
1849/14
widely **[2]** 1761/20 1764/23
wife **[1]** 1722/14
will **[13]** 1/3 1716/13 1717/12 1749/3
1760/19 1784/19 1800/22 1806/6
1824/2 1830/12 1853/8 1854/24 1855/8
WILLIAMS **[17]** 1715/3 1716/23
1716/24 1716/25 1717/4 1717/9
1717/13 1717/14 1721/6 1721/11
1721/20 1724/22 1741/20 1745/15
1746/12 1747/15 1749/8
willingness **[3]** 1745/2 1745/4 1818/13
wind **[1]** 1844/20
Wiping **[1]** 1767/15
wish **[3]** 1758/13 1764/22 1834/19
withdraw **[1]** 1852/17
withdrawn **[1]** 1846/1
withdrew **[1]** 1852/18
within **[9]** 1783/25 1791/17 1805/9
1807/16 1812/1 1817/16 1841/15
1849/7 1853/5
without **[7]** 1768/4 1777/25 1785/21
1785/25 1791/13 1821/1 1840/12
witness **[20]** 1715/2 1716/22 1720/24
1729/5 1729/10 1741/3 1745/12
1748/19 1778/24 1779/1 1792/16
1848/4 1853/5 1853/6 1853/16 1853/21
1853/24 1854/5 1855/7 1855/23
word **[30]** 1754/5 1758/12 1758/13
1760/14 1765/4 1786/18 1794/4
1805/19 1808/5 1809/24 1816/16

1821/19 1830/6 1853/22 1853/24
1833/25 1834/3 1834/5 1834/8 1834/10
1834/11 1834/19 1835/2 1835/2 1835/4
1836/22 1843/12 1846/4 1852/8 1852/9
worded **[1]** 1822/23
wording **[1]** 1786/10
words **[3]** 1740/18 1819/15 1835/18
work **[17]** 1755/3 1755/15 1757/8
1757/19 1760/10 1762/2 1765/6 1769/9
1802/3 1808/9 1808/25 1817/12
1829/24 1838/14 1838/20 1846/24
1847/2
worked **[12]** 1750/9 1750/15 1759/9
1759/13 1764/13 1794/18 1799/6
1824/1 1824/4 1824/5 1826/8 1829/21
worker **[1]** 1757/21
workflow **[4]** 1751/7 1779/23 1781/8
1782/25
workforce **[1]** 1769/8
working **[15]** 1732/5 1739/2 1750/8
1750/10 1751/1 1751/2 1753/2 1757/17
1758/25 1769/10 1804/13 1818/25
1824/9 1842/9 1846/8
workings **[1]** 1761/6
worried **[2]** 1771/2 1808/10
would **[126]** 1718/22 1718/22 1718/23
1718/25 1719/5 1719/8 1722/12
1722/20 1722/21 1722/22 1726/2
1726/2 1726/3 1726/3 1726/4 1726/8
1727/22 1728/13 1728/17 1729/14
1729/18 1730/11 1733/19 1740/11
1742/16 1744/2 1744/7 1744/14
1744/21 1746/12 1746/13 1746/17
1751/15 1752/3 1752/12 1755/5 1755/6
1757/10 1757/10 1758/16 1760/25
1764/23 1765/13 1770/23 1770/25
1774/12 1779/4 1779/4 1779/22
1781/22 1783/5 1783/8 1783/9 1783/11
1783/12 1783/13 1783/17 1783/18
1783/18 1783/19 1783/20 1784/10
1784/14 1785/5 1785/6 1785/15
1785/18 1785/19 1785/21 1785/25
1786/4 1786/18 1786/19 1790/1 1792/5
1792/7 1794/25 1796/15 1796/23
1797/25 1797/25 1798/4 1798/5 1798/5
1799/7 1799/9 1800/13 1802/20 1803/9
1804/3 1804/7 1808/10 1814/25 1815/4
1815/14 1816/17 1816/22 1816/24
1818/8 1821/2 1821/5 1825/1 1825/3
1826/4 1826/5 1826/5 1826/9 1830/5
1830/13 1830/13 1833/19 1833/23
1834/20 1836/22 1836/25 1838/22
1838/24 1839/1 1840/9 1841/14 1842/5
1848/24 1849/6 1849/23 1853/23
1854/10
wouldn't **[2]** 1739/22 1800/11
Wright **[1]** 1828/3
write **[2]** 1812/11 1812/11
written **[1]** 1838/9
wrong **[6]** 1786/4 1786/5 1786/11
1786/12 1786/18 1786/21
wrote **[2]** 1827/18 1827/19
WYNNE **[3]** 1714/13 1714/14 1748/24

**X**

XML **[1]** 1851/23

**Y**

y'all **[3]** 1728/25 1741/16 1780/18
yeah **[19]** 1725/25 1728/8 1729/12
1729/24 1731/18 1748/13 1756/25
1758/11 1765/18 1785/24 1786/14
1786/15 1791/24 1792/7 1808/17
1850/22 1852/9 1854/19 1855/6
year **[6]** 1752/1 1752/23 1774/6
1782/10 1793/22 1801/3
Year's **[1]** 1744/12
years **[16]** 1723/15 1751/25 1752/4
1752/12 1752/12 1753/19 1754/21
1758/20 1759/9 1759/21 1761/1
1762/13 1763/13 1764/13 1767/20
1802/5
Yep **[1]** 1813/5
yes **[165]**
you **[631]**
you are **[1]** 1812/6
you're **[20]** 1716/17 1725/18 1731/13
1736/6 1739/20 1749/12 1751/1 1751/2
1751/2 1755/6 1755/6 1756/20 1763/4
1764/8 1766/25 1767/1 1769/19 1809/9
1837/9 1841/21
you've **[11]** 1749/5 1762/9 1763/2
1763/2 1763/3 1771/12 1786/20
1791/20 1803/7 1812/12 1841/13
you-all **[3]** 1716/3 1786/9 1856/1
young **[1]** 1754/13
your **[160]**
your Honor **[39]** 1716/7 1716/10
1719/18 1719/25 1720/23 1721/5
1722/4 1727/9 1728/20 1729/8 1733/23
1739/11 1739/24 1740/8 1742/18
1747/6 1748/7 1748/17 1767/25
1773/21 1775/18 1778/23 1783/14
1784/17 1785/9 1790/3 1790/9 1792/15
1802/10 1803/11 1809/18 1810/1
1824/13 1827/4 1840/8 1842/3 1848/2
1853/4 1855/19
Your Honor's **[2]** 1720/24 1790/11
your other **[1]** 1809/16
yourself **[1]** 1757/22
YUN **[1]** 1714/19

**Z**

ZIP **[3]** 1806/4 1807/20 1814/9