IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE, | |
|---|---|
| Plaintiffs, | **Civil Action No. 2:20-cv-00302-SCJ** |
| v. | |
| TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, | |
| Defendants. | |

## PLAINTIFFS' TRIAL EXHIBIT LIST

Plaintiffs identify their trial exhibits for this lawsuit. Plaintiffs reserve the right to modify or supplement this list with reasonable notice to counsel.

| Pls' Ex. No. | Description | Offered | Accepted | Date of Admission / Denial |
|---|---|---|---|---|
| 1 | Validate the Vote 2020 document | | ✓ | 11/01 |
| 2 | True the Vote / OPSEC invoice for "Eyes on Georgia" | | ✓ | 11/2 |
| 3 | Email chain between J. Cooper, J. Martin, and J. Marsh about retracted voter challenges in Taliaferro County | | ✓ | 11/02 |
| 4 | Communications with J. Martin about withdrawn voter challenges | | ✓ | 11/02 |
| 5 | Zoom meeting invitation from C. Engelbrecht to M. Davis, D. Sommerville, G. Phillips, and others for Georgia Elector Challenger Townhall | | ✓ | 11/02 |
| 6 | Calendar invitation for meeting called "Elector Challenge Alignment" with D. Somerville, C. Engelbrecht, G. Phillips, M. Davis | | ✓ | 11/02 |

1

| Pls' Ex. No. | Description | Offered | Accepted | Date of Admission / Denial |
|---|---|---|---|---|
| 7 | Zoom meeting invitation from C. Engelbrecht to M. Davis, D. Somerville for meeting about TTV Legal Update | | ✓ | 11/02 |
| 8 | F. Watson Email about analysis of NCOA information | | ✓ | 10/27 |
| 9 | R. Germany email about M. Davis NCOA analysis | NOT OFFERED | | |
| 10 | True the Vote, Inc.'s Responses to Plaintiffs' First Interrogatories | | ✓ | 11/01 |
| 11 | Fair Fight Declaration | NOT OFFERED | | |
| 12 | Jane Doe Declaration | NOT OFFERED | | |
| 13 | Stephanie Pfeiffer Stinetorf Declaration | NOT OFFERED | | |
| 14 | Gamaliel Warren Turner, Sr. Declaration | NOT OFFERED | | |
| 15 | Ken Mayer Report | | ✓ | 10/27 |
| 16 | Vernon Burton Report | | ✓ | 10/30 |
| 17 | Elijah Cummings 2012 Letter about TTV | | ✓ | 11/2 |
| 18 | Inter press service article about voter suppression tactics likely to affect US | NOT OFFERED | | |
| 19 | PolitiFact article about alleged votes from non-citizens, quoting G. Phillips | DENIED | | 11/2 |
| 20 | CNN.com transcript of interview with G. Phillips about alleged non-citizen voters | DENIED | | 11/2 |
| 21 | Email chain with M. Williams and members of TTV about Cobb County voter challenges | | ✓ | 11/2 |
| 22 | Time for a Hero Facebook posts | | ✓ | 11/01 |
| 23 | 990EZ for Time for a Hero - 2019 Filing | | ✓ | 11/02 |
| 24 | Gateway Pundit article about True the Vote tips on election integrity | NOT OFFERED | | |
| 25 | True the Vote press release about "Validate the Vote" Initiative and Whistleblower Compensation Fund | | ✓ | 10/30 |
| 26 | True the Vote press release about Georgia ballot count | | ✓ | 11/01 |
| 27 | Verified Complaint of Brooks v. Mahoney lawsuit in S.D. Ga (Savannah) | | ✓ | 11/01 |
| 28 | Eshelman v. TTV Filing - Email from F. Eshelman about paying invoices | | ✓ | 11/01 |
| 29 | D. Sommerville Facebook post about S. Abrams tweet regarding Georgian voters | | ✓ | 11/02 |
| 30 | Eshelman v. TTV Filing - Email chain from N. Howard about call with TTV | | ✓ | 11/02 |

| Pls' Ex. No. | Description | Offered | Accepted | Date of Admission / Denial |
|---|---|---|---|---|
| 31 | Eshelman v. TTV Filing - Email chain between F. Eshelman and C. Engelbrecht about Validate the Vote | | ✓ | 11/02 |
| 32 | Email chain with Validate the Vote 2020 document attached | | ✓ | 11/01 |
| 33 | M. Davis Facebook post about voter record analysis efforts | | ✓ | 11/02 |
| 34 | D. Somerville Facebook post about voter record analysis efforts | | ✓ | 11/02 |
| 35 | True the Vote Press release about partnership with Georgia GOP regarding election integrity | | ✓ | 10/26 |
| 36 | Email chain between D. Somerville, M. Davis about partisanship breakdown of challenged voters | | ✓ | 11/02 |
| 37 | True the Vote press release about the Georgia Election Integrity Hotline | | ✓ | 10/30 |
| 38 | Letter from J. Martin about challenge of voter in Taliaferro County with handwritten annotations about retraction of challenge | | ✓ | 11/02 |
| 39 | Letter from J. Martin about challenge of voter in Taliaferro County with handwritten annotations about retraction of challenge | | ✓ | 11/02 |
| 40 | Letter from J. Martin about challenge of voter in Taliaferro County with handwritten annotations about retraction of challenge | | ✓ | 11/02 |
| 41 | M. Davis Facebook post from December 17, 2020 seeking volunteers for voter challenges | | ✓ | 11/02 |
| 42 | True the Vote press release about challenges to 364,541 voters | | ✓ | 10/26 |
| 43 | Email chain between J. Cooper, J. Martin, and C. Engelbrecht about issues with Taliaferro County voter challenges | | ✓ | 11/02 |
| 44 | Email chain between J. Cooper, J. Martin, and J. Marsh about retracted voter challenges in Taliaferro County | | ✓ | 11/02 |
| 45 | Crusade for Freedom tweets | NOT | OFFERED | |
| 46 | Defendant R. Johnson Responses to Plaintiffs' First Interrogatories | | ✓ | 11/02 |
| 47 | Defendant D. Somerville's Responses to Plaintiffs' First Interrogatories | | ✓ | 11/02 |

3

| Pls' Ex. No. | Description | Offered | Accepted | Date of Admission / Denial |
|---|---|---|---|---|
| 48 | Eshelman v. TTV Filing - Verified App. for Temp. Inj. | NOT OFFERED | | |
| 49 | Banks County Challenge List | | ✓ | 10/30 |
| 50 | Eshelman v. TTV filings | NOT OFFERED | | |
| 51 | Audio transcript of Seals in the Polls advertisement | | ✓ | 11/02 |
| 52 | Audio transcript from True the Vote Live | | ✓ | 11/02 |
| 53 | Defendant TTV Amended Responses to Plaintiffs' First Request for Admission | | ✓ | 11/02 |
| 54 | Table with challenge count by race and party | | DENIED | 11/02 |
| 55 | Defendant D. Somerville's Responses to Plaintiffs' Interrogatories (post-Court order) | | ✓ | 11/2 |
| 56 | Defendant M. Davis's Responses to Plaintiffs' Interrogatories (post-Court order) | | ✓ | 11/2 |
| 57 | Defendant M. Williams Responses to Plaintiffs' First Set of Interrogatories | | ✓ | 11/2 |
| 58 | Text message conversation between D. Somerville and M. Davis | | ✓ | 11/2 |
| 59 | NCOALink Processing Summary Report | | ✓ | 11/2 |
| 60 | Email chain between D. Somerville, M. Davis, and others about collaborating on NCOA analysis efforts | | ✓ | 11/2 |
| 61 | Lists of voters who moved out of counties and Georgia | | DENIED | 11/2 |
| 62 | Email chain from J. Cooper, M. Williams, C. Engelbrecht, G. Phillips, A. Holsworth, and others about voter challenges in Dodge County | | ✓ | 11/2 |
| 63 | Email chain from J. Cooper, M. Williams, C. Engelbrecht, G. Phillips, A. Holsworth, and others about voter challenges in Barrow County | | ✓ | 11/2 |
| 64 | TrueAppend Report | | ✓ | 11/2 |
| 65 | Email chain with M. Williams, G. Phillips about printing related to voter challenges | | ✓ | 11/2 |
| 66 | Table summarizing voter address information for various Georgia counties | | DENIED | 11/2 |
| 67 | Email chain between M. Williams, G. Phillips and others about voter challenges | | ✓ | 11/2 |
| 68 | Email conversation about voter challenges in Taliaferro County | | ✓ | 11/2 |

4

| Pls' Ex. No. | Description | Offered | Accepted | Date of Admission / Denial |
|---|---|---|---|---|
| 69 | Letter from J. Martin to superintendent of elections about voter challenges in Taliaferro County | | ✓ | 11/2 |
| 70 | Text conversation between D. Somerville and C. Engelbrecht about timeline of voter challenges based on SOS conversations | | ✓ | 11/2 |
| 71 | Voter challenge letter to Gwinnett County from M. Williams | | ✓ | 11/2 |
| 72 | Letter from R. Johnson to Jackson County about voter challenges | | ✓ | 11/2 |
| 73 | Email chain from M. Williams about volunteers for voter challenges | | ✓ | 11/01 |
| 74 | Email chain from J. Cooper, M. Williams, C. Engelbrecht, G. Phillips, A. Holsworth, and others about voter challenges in Jones County | | ✓ | 11/02 |
| 75 | Text message conversation between D. Somerville and D. Clark about Gwinnett County voter challenges and TTV strategy call | | ✓ | 11/02 |
| 76 | Email sent by D. Somerville forwarding TTV conference call information to voter challenge volunteers | | ✓ | 11/02 |
| 77 | Email chain from J. Cooper, M. Williams, C. Engelbrecht, G. Phillips, A. Holsworth, and others about voter challenges in Calhoun County | | ✓ | 11/02 |
| 78 | Article about Athens voter challenges | | ✓ | 11/02 |
| 79 | Email chain between D. Somerville, M. Davis about TTV Citizen Challenge Q&A Zoom call | | ✓ | 11/02 |
| 80 | Email chain between J. Cooper, C. Engelbrecht, G. Phillips, M. Williams about Taliaferro County challenged voters and challenge process | | ✓ | 11/01 |
| 81 | Letter from J. Martin about withdrawal of voter challenges in Taliaferro County | | ✓ | 11/02 |
| 82 | Email chain between D. Somerville and volunteer challenges about voter challenges, and related talking points | | ✓ | 11/02 |
| 83 | Atlanta Journal Constitution Article about attempts to disqualify voters for Senate runoff elections | | ✓ | 11/02 |

5

| Pls' Ex. No. | Description | Offered | Accepted | Date of Admission / Denial |
|---|---|---|---|---|
| 84 | True the Vote press release about Jackson County voter challenges |  | ✓ | 11/2 |
| 85 | Email chain between D. Somerville, M. Davis about access to voter challenge files |  | ✓ | 11/2 |
| 86 | List of voter challengers from TTV |  | DENIED | 11/2 |
| 87 | TTV's Banks County Challenge List |  | DENIED | 11/2 |
| 88 | List of Somerville and Davis Challengers |  | DENIED | 11/2 |
| 89 | Challenge list for Muscogee County from Mark Davis |  | ✓ | 11/2 |
| 90 | Excerpt of relevant pages from Pls.' Ex. 50 |  | ✓ | 11/1 |
| 91 | Excerpt from Ken Mayers report |  | ✓ | 10/27 |
| 92 | Text messages between Catherine Engelbrecht and Derek Somerville |  | ✓ | 11/01 |
| 93 | Joseph Martin 9/28/2021 Deposition Transcript |  | ✓ | 11/01 |
| 94 | Joseph Martin 9/28/2021 Deposition Designations |  | ✓ | 11/02 |
| 95 | Catherine Engelbrecht Impeachment Deposition Excerpts |  | ✓ | 11/02 |
| 96 | James Cooper 9/22/2021 Deposition Designations |  | ✓ | 11/02 |
| 97 | Mark Davis 10/4/2021 Deposition Designations |  | ✓ | 11/02 |
| 98 | Mark Davis 1/19/2022 Deposition Designations |  | ✓ | 11/02 |
| 99 | Catherine Engelbrecht 1/26/2022 Deposition Designations |  | ✓ | 11/02 |
| 100 | Amy Holsworth 1/12/2022 Deposition Designations |  | ✓ | 11/02 |
| 101 | Ron Johnson 9/29/2021 Deposition Designations |  | ✓ | 11/02 |
| 102 | Gregg Phillips 1/25/2022 Deposition Designations |  | ✓ | 11/02 |
| 103 | Derek Somerville 1/20/2022 Deposition Designations |  | ✓ | 11/02 |
| 104 | Derek Somerville 10/6/2021 Deposition Designations |  | ✓ | 11/02 |
| 105 | Mark Williams 9/23/2021 Deposition Designations |  | ✓ | 11/02 |