IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

FAIR FIGHT, INC., SCOTT BERSON, and JANE DOE,

*Plaintiffs*,

v.

TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, and JAMES COOPER,

*Defendants*.

CIVIL ACTION FILE

NO. 2:20-cv-00302-SCJ

**DEFENDANTS' EXHIBIT LIST**

Defendants True the Vote, Inc., Catherine Engelbrecht, Derek Somerville, and Mark Davis identify herein their potential trial exhibits for this lawsuit. Defendants reserve the right to modify or supplement this list with reasonable notice to counsel.

| **Defs' Ex. No.** | | **Offered** | **Accepted** | **Date of Admission/ Denial** |
|---|---|---|---|---|
| 1-14 | INTENTIONALLY LEFT BLANK | | | |
| 15 | Ken Mayer Report | | | |
| 16-24 | INTENTIONALLY LEFT BLANK | | | |
| 25 | True the Vote press release about "Validate the Vote" Initiative and Whistleblower Compensation Fund | | | |
| 26 | True the Vote press release about Georgia ballot count | | | |
| 27-28 | INTENTIONALLY LEFT BLANK | | | |
| 29 | D. Sommerville Facebook post about S. Abrams tweet regarding Georgian voters | | | |
| 30-32 | INTENTIONALLY LEFT BLANK | | | |
| 33 | M. Davis Facebook post about voter | | | |

| | | | | |
|---|---|---|---|---|
| | record analysis efforts | | | |
| 34 | D. Somerville Facebook post about voter record analysis efforts | | | |
| 35-37 | INTENTIONALLY LEFT BLANK | | | |
| 38 | Email chain between D. Somerville, M. Davis about blast email sent to solicit challenge volunteers | | ✓ | 11/03/2023 |
| 39-49 | INTENTIONALLY LEFT BLANK | | | |
| 50 | Banks County Challenge List | | | |
| 51 | USPS Change of Address Confirmation | | | |
| 52 | INTENTIONALLY LEFT BLANK | | | |
| 53 | Audio transcript of Seals in the Polls advertisement | | | |
| 54 | Audio transcript from True the Vote Live | | | |
| 55 | INTENTIONALLY LEFT BLANK | | | |
| 56 | Table with challenge count by race and party | | | |
| 57-59 | INTENTIONALLY LEFT BLANK | | | |
| 60 | 3 – CONNOR ISHAM updated Facebook profile photo | | | |
| 61 | 4 – CONNOR ISHAM Facebook photo | | | |
| 62 | 5 – CONNOR ISHAM Facebook photo | | | |
| 63 | 6 – CONNOR ISHAM Facebook photo and comments | | | |
| 64 | 7- CARFAX on HEREDIA VEHICLE | | ✓ | 11/03/2023 |
| 65 | 8 – USPS State & Local Election Mail – User's Guide | | | |
| 66 | 9 – Absentee Voter File from GA Secretary of State for Banks County (Heredia), requested for November 2020 General Election | | | |
| 67 | 10 – Absentee Voter File from GA Secretary of State for Clarke County (Isham), requested for November 2020 General Election | | | |
| 68 | 11 - Absentee Voter File from GA Secretary of State for Banks County (Heredia), requested for January 2021 Special Election run-off | | | |

| | | | | |
|---|---|---|---|---|
| 69 | 12 - Absentee Voter File from GA Secretary of State for Clarke County (Isham), requested for January 2021 Special Election run-off | | | |
| 70 | Jocelyn Heredia LinkedIn Profile page screenshot | | | |
| 71 | Jocelyn Heredia entries in Georgia Absentee Voter Database | | | |
| 72 | INTENTIONALLY LEFT BLANK | | | |
| 73 | https://sos.ga.gov/index.php/Elections/voter_registration_statistics | | | |
| 74 | EXCLUDED | | | |
| 75 | Email string | | | |
| 76 | 13 – Georgia Secretary of State, Elections Division, Voter Registration Drive Rules & Procedures, Page 4, PROCEDURES FOR COMPLETING THE REGISTRATION FORM | | | |
| 77 | 14- EMAIL SCREENSHOT from Dan Gassaway Submitting Challenge to Banks County | | | |
| 78 | 15 – CONNOR ISHAM LINKEDIN PROFILE | | | |
| 79 | 16 HEREDIA LINKEDIN PROFILE | | | |
| 80 | INTENTIONALLY LEFT BLANK | | | |
| 81 | EXCLUDED | | | |
| 82 | True the Vote Complaint Against Rep. Elijah Cummings (D-MD) and Request for Investigation by Office of Congressional Ethics ("OCE") | | | |
| 83 | Perkins Coie Letter to Kristi L. Royston, Gwinnett County Voter Registration and Elections Office | | | |
| 84 | Moved Out of State or County csv file | | | |
| 85 | True the Vote Email to Georgia County Election Boards | | | |
| 86 | Jim Bopp Opinion Letter to True the Vote | | | |
| 87 | EXCLUDED | | | |
| 88 | Letter from Jim Bopp to Governor Brian Kemp | | | |

| | | | | |
|---|---|---|---|---|
| 89 | MOTION FOR ENTRY OF PROTECTIVE ORDER AND MEMORANDUM IN SUPPORT in United States v. THE STATE OF GEORGIA and THE GEORGIA STATE ELECTION BOARD and Proposed Intervenor-Defendant. No. 1:21-cv-02575-JPB | | | |
| 90-93 | EXCLUDED | | | |
| 94-95 | INTENTIONALLY LEFT BLANK | | | |
| 96 | Transcript of Deposition of Catherine Engelbrecht, TTV 30(b)(6) | | | |
| 97 | INTENTIONALLY LEFT BLANK | | | |
| 98 | Transcript of Deposition of Gregg Phillips | | | |
| 99 | TrueAppend Doc. | | | |
| 100 | INTENTIONALLY LEFT BLANK | | | |
| 101 | Transcript of First Deposition of Derek Somerville | | | |
| 102 | INTENTIONALLY LEFT BLANK | | | |
| 103 | Transcript of Second Deposition of Derek Somerville | | | |
| 104 | INTENTIONALLY LEFT BLANK | | | |
| 105 | Transcript of First Deposition of Mark Davis | | | |
| 106 | Transcript of Second Deposition of Mark Davis | | | |
| 107 | INTENTIONALLY LEFT BLANK | | | |
| 108 | Transcript of Deposition of Mark Williams | | | |
| 109-111 | INTENTIONALLY LEFT BLANK | | | |
| 112 | Plaintiff Scott Berson's Responses to Defendants' First Set of Interrogatories | | | |
| 113 | Letter from TTV to Andra Phagan, Elections Supervisor, Banks County Board of Elections | | | |
| 114 | Transcript of Deposition of Jocelyn Heredia | | | |
| 115 | Banks County Board Minutes | | | |
| 116 | Mark Davis Facebook post on apparently | | | |

| | | | | |
|---|---|---|---|---|
| | improper absentee ballot of "Dave" | | | |
| 117 | Mark Davis Facebook post about CMRAs - Operation Boswell | | | |
| 118 | Facebook posts and comments of Mark and Derek (17 pages) | | | |
| 119 | INTENTIONALLY LEFT BLANK | | | |
| 120 | Derek Somerville Facebook post encouring individuals to document, report, and share any voting irregularities. | | | |
| 121-123 | INTENTIONALLY LEFT BLANK | | | |
| 124 | EXCLUDED | | | |
| 125-126 | INTENTIONALLY LEFT BLANK | | | |
| 127 | HEREDIA NCOA RESULT | | | |
| 128 | Heredia CASS Summary Report | | | |
| 129 | Heredia CASS Certification | | | |
| 130 | 12-16-2020 Email DS to MD.pdf | | | |
| 131 | 12-18-2020 FB Post - Detailed Process.pdf | | | |
| 132 | 12-19-2020 FB Post - Featuring Breibart Story.pdf | | | |
| 133 | 8-USPS pub632-P6_No FWD of Ballots.pdf | | | |
| 134 | Banks County Challenges.XLSX | | | |
| 135 | Breakdown of voters email.pdf | | | |
| 136 | Challenge list.pdf | | | |
| 137 | Citizen Challenge Update - 12-26-2020.pdf | | | |
| 138 | Citizen Challenges Update and Encouragement email.pdf | | | |
| 139 | Consulting BCC Software.pdf | | | |
| 140 | Cover Letter.pdf | | | |
| 141 | DeKalb County Volunteer Frustration Email.pdf | | | |
| 142 | Derek's concern about 600K mail-in ballots (IST 1728).pdf | | | |
| 143 | Derek's disappointment.pdf | | | |
| 144 | Derek's Reaction (IST 3249).pdf | | | |

| | | | | |
|---|---|---|---|---|
| 145 | Derek's reply email.pdf | | | |
| 146 | DS and MD Text Messages File.PDF | | | |
| 147 | Election Integrity Act of 2021.pdf | | | |
| 148 | ELECTOR CHALLENGE COVER LETTER.pdf | | | |
| 149 | ELECTOR CHALLENGE EMAIL INSTRUCTIONS.pdf | | | |
| 150 | ELECTOR CHALLENGE FORM.pdf | | | |
| 151 | ELECTOR CHALLENGE IN PERSON SUBMISSION INSTRUCTIONS.pdf | | | |
| 152 | Email dated 12-14-2020.pdf | | | |
| 153 | Email from DeKalb County to Volunteer forwarded to Derek Somerville.pdf | | | |
| 154 | Email from Mark to Derek - We took out COA's to PO Boxes..pdf | | | |
| 155 | Email Instructions.pdf | | | |
| 156 | Email regarding one more military scrub.pdf | | | |
| 157 | Email regarding permanent versus temporary COA.pdf | | | |
| 158 | Email regarding probable cause someone moved.pdf | | | |
| 159 | Erred on the side of the voter FB post.pdf | | | |
| 160 | Example of a FB Messenger exchange.pdf | | | |
| 161 | Ex-FBI agent Speaker Ralston stalled 1091 court cases 13wmaz.pdf | | | |
| 162 | Facebook post of UPS CMRA (IST 1522).pdf | | | |
| 163 | FB Post regarding Eact same criteria.pdf | | | |
| 164 | Form letter (other copy).pdf | | | |
| 165 | Form letter.pdf | | | |
| 166 | FW ORR #2020-1281 - Mark Davis - Jan 5th Runoff - Estimate Letter (IST 1589).pdf | | | |
| 167 | Georgia compares voter rolls with NCOA information every two years (IST 1485.0031).pdf | | | |
| 168 | Georgia lawmaker says new evidence supports ousting speaker (savannahnow.com).pdf | | | |
| 169 | Georgia residency laws.pdf | | | |
| 170 | Gilmer County email about challenges - TTV.pdf | | | |

| | | | | |
|---|---|---|---|---|
| 171 | Glynn County Article.pdf | | | |
| 172 | Glynn County.pdf | | | |
| 173 | Gwinett County Elector Challenge email.pdf | | | |
| 174 | if they basically stopped running NCOA in April 2019 (IST 1485.0032).pdf | | | |
| 175 | Instructions for filing challenges.pdf | | | |
| 176 | Legislative Counsel's Guidance - Sheri Gilligan.pdf | | | |
| 177 | Legislative Counsel's Guidance on Electronically Submitting Elector Challenges.pdf | | | |
| 178 | Legislative leave power targeted under new bill - 11alive.pdf | | | |
| 179 | Mark Davis Affidavit.pdf | | | |
| 180 | Mayer footnote 18_p33_NCOASOURCE.jpg | | | |
| 181 | Mayer footnote 18_p33_NCOASOURCE_highlighted.jpg | | | |
| 182 | McIntosh County.pdf | | | |
| 183 | Muscogee Challenge List - M-D.PDF | | | |
| 184 | MVOTER1 Processing Certification.PDF | | | |
| 185 | MVOTER2 Processing Certification.PDF | | | |
| 186 | MVOTER3 Processing Certification.PDF | | | |
| 187 | National Review text.pdf | | | |
| 188 | NCOA certifications and CASS summary report.pdf | | | |
| 189 | NCOA certifications email.pdf | | | |
| 190 | New call for State Bar to investigate Georgia Speaker David Ralston (ajc.com).pdf | | | |
| 191 | NVRA Section 8 Challenges.pdf | | | |
| 192 | Permanent v. Temporary COA screenshot.pdf | | | |
| 193 | RE Link Challenge Letter Attached (IST 1620).pdf | | | |
| 194 | RE My re-calc of the numbers email.pdf | | | |
| 195 | RE Operation Boswell Few questions potential requests email.pdf | | | |
| 196 | RE VERIFY - Invitation to collaborate email.pdf | | | |
| 197 | Reading the Poll Worker Manual Email.pdf | | | |

| | | | | |
|---|---|---|---|---|
| 198 | Somerville email to Rebeckah Bennett.pdf | | | |
| 199 | Somerville Facebook Message regarding filing NCOA and maintaining residency.pdf | | | |
| 200 | Somerville Facebook Posts.PDF | | | |
| 201 | Somerville Text Exchanges with Mark Davis p. 423.pdf | | | |
| 202 | Somerville text messages re Jordan Fuchs.pdf | | | |
| 203 | Somerville text re Jordan.pdf | | | |
| 204 | Talking Points.pdf | | | |
| 205 | Text screenshots.pdf | | | |
| 206 | USPS Change-of-Address 'Report Permanent' vs 'Temporary application'.pdf | | | |
| 207 | Volunteers needed post.pdf | | | |
| 208 | Voter analyst claims thousands of Georgians voted in the wrong county.pdf | | | |
| 209 | Working copy of challenge letter.pdf | | | |
| 210 | 88K people on the challenged list have voted.pdf | | | |
| 211 | ACLU letter warning county BOEs to reject TTV challenges.pdf | | | |
| 212 | Amy Holsworth 12-17-20 email.pdf | | | |
| 213 | Bopp letter response to Elias' letter.pdf | | | |
| 214 | Derek Somerville's response regarding the Spalding County Attorney Memo.pdf | | | |
| 215 | draft for edit - Elector Challenge.pdf | | | |
| 216 | Election Integrity should unite us email.pdf | | | |
| 217 | Elias Letter 2022.05.16 Fair Fight [Dkt. 155-5] Exhibit B.pdf | | | |
| 218 | GA Democrat Party Partnership.pdf | | | |
| 219 | Georgia Election Integrity Hotline Press Release.pdf | | | |
| 220 | Georgia NCOA Output.pdf | | | |
| 221 | Georgia Rule 183-1-14 Absentee Voting.pdf | | | |
| 222 | Letter to the Georgia County Election Boards.pdf | | | |
| 223 | Memo - Spalding County Attorney.pdf | | | |
| 224 | NAACP sends letter also assuming TTV is challenging in 159 counties.pdf | | | |

| | | | | |
|---|---|---|---|---|
| 225 | Not alleging any voter has acted improperly email.pdf | | | |
| 226 | Pamela Reardon email.pdf | | | |
| 227 | Raphael Warnock article.pdf | | | |
| 228 | Spalding County adds mass voter challenges to the meeting agenda email.pdf | | | |
| 229 | Submissions from Citizens.PDF | | | |
| 230 | Template letter.pdf | | | |
| 231 | Text messages between Catherine and Derek.pdf | | | |
| 232 | Text with Ernie Gonzales regarding NCOA.pdf | | | |
| 233 | The Aftermath .pdf | | | |
| 234 | The NCOA is sufficient, by itself, to achieve probable cause.pdf | | | |
| 235 | True the Vote offered similar assistance to the Georgia Democratic Party.pdf | | | |
| 236 | TTV Offer of Support to Challengers.pdf | | | |
| 237 | TTV Partners with Georgians Press Release.pdf | | | |
| 238 | Validate the Vote Launch TTV Press Release 11-10-2020.pdf | | | |
| 239 | Validate the Vote Proposal.pdf | | | |
| 240 | White County attorney letter to Lisa Manning 12-28-2020.pdf | | | |
| 241 | Attachment.XLSX | | | |
| 242 | D.174-20 Ex. 61 R Germany Email.pdf | | | |
| 243 | Davis Exhibit 11.pdf | | | |
| 244 | Davis Exhibit 12.pdf | | | |
| 245 | Davis Exhibit 7.pdf | | | |
| 246 | Davis Exhibit C.pdf | | | |
| 247 | Davis Exhibit F.pdf | | | |
| 248 | Davis Exhibit K.pdf | | | |
| 249 | Derek something is fishy here. (IST 1629).pdf | | | |
| 250 | Email from Mark to Derek - We took out COA's to PO Boxes..pdf | | | |
| 251 | Email regarding permanent versus temporary COA.pdf | | | |

| | | | | |
|---|---|---|---|---|
| 252 | Email to Ed Lindey.pdf | | | |
| 253 | FW ORR #2020-1128 - Mark Davis - Estimate Letter (IST 1588).pdf | | | |
| 254 | Important Question re Absentee Ballots sent to Voters with USPS Changed Addresses Email.pdf | | | |
| 255 | Other Challenge Criteria Email.pdf | | | |
| 256 | pp 423-424 Somerville Exhibit 8.pdf | | | |
| 257 | pp 430-433 Somerville Exhibit 8.pdf | | | |
| 258 | Re Citizen Challenge Update - 12-26-2020 (IST 1655).pdf | | | |
| 259 | RE Illegal Voter Banks - LOL (IST 1615).pdf | | | |
| 260 | Register To Vote _ Elections.pdf | | | |
| 261 | INTENTIONALLY LEFT BLANK | | | |
| 262 | Somerville Exhibit 12.pdf | | | |
| 263 | Somerville Exhibit 3.pdf | | | |
| 264 | Somerville Exhibit 8.pdf | | | |
| 265 | Somerville Exhibit L.pdf | | | |
| 266 | Somerville Text Exchanges with Mark Davis pp 430-434.pdf | | | |
| 267 | SOS Investigation.pdf | | | |
| 268 | Text regarding permanent COA for military and students.pdf | | | |
| 269 | Joel Natt Video - Forsyth County.mp4 | | | |
| 270 | Ex. A - Dr. Mayer Transcript - Case 118-cv-05391-SCJ 394-1.pdf | | | |
| 271 | Ex. C Dr. Mayer Expert Report - Case 217-cv-14148-ELC-DPH-GJQ.pdf | | | |
| 272 | Trial Prep - Expert Report of Kenneth R. Mayer, PhD - IST_00001438.PDF | | | |
| 273 | 156-21 - DECLARATION OF GAMALIEL WARREN TURNER, SR..pdf | | | |
| 274 | Gabaliel Turner Declaration - Ben Hill Matter.pdf | | | |
| 275 | TURNER G_Columbus GA Property Record.pdf | | | |
| 276 | TURNER_ancestry records.jpg | | | |
| 277 | TURNER_FACEBOOK[79022].jpg | | | |
| 278 | TURNER_FACEBOOK_2[79023].jpg | | | |

| | | | | |
|---|---|---|---|---|
| 279 | TURNER_LINKEDIN_10102023[79025].jpg | | | |
| 280 | TURNER_public address info_10102023.jpg | | | |
| 281 | TURNER_GAMALIEL[79024].xlsx | | | |
| 282 | TURNER_GAMALIEL[79028].xlsx | | | |
| 283 | CLARKE (11-3-20 GENERAL).csv | | | |
| 284 | CLARKE (1-5-21 RUNOFF).csv | | | |
| 285 | Accessing Voter Absentee Files_10-14-2023.pdf | | | |
| 286 | BANKS (11-3-20 GENERAL).csv | | | |
| 287 | BANKS (1-5-21 RUNOFF).csv | | | |
| 288 | TTV Challenge - 65 Counties - Voter_Race.xlsx | | | |
| 289 | INTENTIONALLY LEFT BLANK | | | |
| 290 | INACTIVE VOTER REASON BY RACE_OCT 2020 GVF.pdf | | | |
| 291 | TTV Challenge Count Race - Population_US Census_EXHIBIT.xlsx | | | |
| 292 | Atlanta Service Area Map.pdf | | | |
| 293 | Dev_SPR_EU_v26_1.pdf | | | |
| 294 | usertechinfo_v12.pdf | | | |
| 295 | EXH_DJS_12-5-2020 Dave.jpg | | | |
| 296 | moved_out_of_state_or_country.xlsx | | | |
| 297 | HEREDIA - COA APT1545.xlsx | | | |
| 298 | HEREDIA - COA APT1605.xlsx | | | |
| 299 | HEREDIA CASS - APT1605.pdf | | | |
| 300 | Heredia CASS - COA APT1545.pdf | | | |
| 301 | Heredia Certification - COA APT1545.pdf | | | |
| 302 | HEREDIA PROCESSING CERTIFICATE - APT1605.pdf | | | |
| 303 | ISHAM - COA APT1605.xlsx | | | |
| 304 | ISHAM CASS - APT1065.pdf | | | |
| 305 | ISHAM -COA APT1545.xlsx | | | |
| 306 | ISHAM2 PROCESSING CERTIFICATE - APT1605.pdf | | | |
| 307 | TTV Challenge File - By The Numbers.pdf | | | |
| 308 | Johnson Exhibit 1.pdf | | | |

| | | | | |
|---|---|---|---|---|
| 309 | DAV-SOM Banks County Elector Status as of 14AUG2023_EXHIBIT | | | |
| 310 | GA MY VOTER WEBSITE_EXHIBIT | | | |
| 311 | GA SOS ABSENTEE BALLOT ONLINE FORM | | | |
| 312 | GA SOS ABSENTEE BALLOT ONLINE FORM_2 | | | |

Respectfully submitted,

By: */s/ Jake Evans*
Jake Evans, Esq.
GA Bar No. 797018
GREENBERG TRAURIG, LLP
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
P: (678) 553-2100
F: (678) 553-2212
Jake.Evans@gtlaw.com
*Local Counsel for Defendants*

By: */s/ Michael J. Wynne*
Michael J. Wynne*
TX Bar No. 785289
mwynne@gwafirm.com
Cameron Powell*
DC Bar No. 459020
cpowell@gwafirm.com
GREGOR WYNNE ARNEY, PLLC
909 Fannin Street, Suite 3800
Houston, TX 77010
Telephone: (281) 450-7403
*Counsel for Defendants*

**Admitted Pro Hac Vice*

**CERTIFICATE OF COMPLIANCE**

I certify the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, NDGA, using font type of Times New Roman and point size of 14.

Dated: October 24, 2023

By: /s/ *Michael J. Wynne**
Michael J. Wynne
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that today I filed a copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of filing to all counsel of record.

Dated: October 24, 2023

By: /s/ *Michael J. Wynne*
Michael J. Wynne
*Counsel for Defendants*