IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

FAIR FIGHT, INC., SCOTT BERSON,
JOCELYN HEREDIA, and JANE DOE,

    Plaintiffs,

v.

TRUE THE VOTE, INC., CATHERINE
ENGELBRECHT, DEREK
SOMERVILLE, MARK DAVIS, MARK
WILLIAMS, RON JOHNSON, and
JAMES COOPER,

    Defendants.

**Civil Action No.
2:20-cv-00302-SCJ**

## PLAINTIFFS' WITNESS LIST

Plaintiffs identify herein the individual witnesses they will and/or may call for this lawsuit.

**Plaintiffs will call:**

1. Catherine Engelbrecht     11/01/2023 (for cross) 11/02/2023
2. Claire Joseph Martin      11/01/2023 (video deposition)
3. Dr. Kenneth Mayer         10/27/2023
4. Dr. Orville Burton        10/30/2023
5. Cianti Stewart-Reid (Fair Fight Designee)   10/26/2023

1

6. Jocelyn Heredia   10/30/2023

7. Scott Berson   10/26/2023

8. Stephanie Pfeiffer Stinetorf   10/27/2023 (via Zoom)

9. Gamaliel Warren Turner, Sr.   10/26/2023, 10/27/2023

10. Ryan Germany   10/27/2023

**Plaintiffs may call:**

1. Amy Holsworth   11/03/2023 (cross)

2. Gregg Phillips

3. Derek Somerville   11/02/2023 (for cross)

4. Mark Davis

5. James Cooper

6. Mark Williams   11/02/2023 (for cross)   11/03/2023

7. Ron Johnson

8. Frances Watson

9. Anita Tucker

10. Tori Silas