IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, and JANE DOE,<br><br>*Plaintiffs*,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, and JAMES COOPER,<br><br>*Defendants*. | CIVIL ACTION FILE<br><br>NO. 2:20-cv-00302-SCJ |

## DEFENDANTS' FINAL WITNESS LIST

Defendants will call those listed below to testify at trial. Defendants reserve the right to modify or supplement this list with reasonable notice to counsel.

1. Ryan Germany
2. Joel Natt
3. Stacey Abrams
4. Brad Raffensperger
5. Jordan Fuchs
6. Brian Robinson
7. Ben Harbin

8. Jocelyn Heredia

9. Connor Isham

10. Catherine Engelbrecht   11/06/2023, 11/07/2023

11. Gregg Phillips

12. Derek Somerville   11/02/2023, 11/03/2023

13. Mark Davis   11/06/2023 (via Zoom)

14. True the Vote Designee

15. Kenneth R. Mayer

16. Orville Vernon Burton

17. Amy Holsworth

18. James Cooper

19. Mark Williams   11/06/2023

20. Ron Johnson

21. Jane Doe(s)

22. Scott Berson

23. Gamaliel Warren Turner Sr.