# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, and JAMES COOPER,<br><br>　　Defendants. | CIVIL ACTION FILE<br>2:20-cv-00302-SCJ |

## CERTIFICATE OF CONSENT TO WITHDRAW JOEL J. RAMIREZ AS COUNSEL OF RECORD

COMES NOW Joel J. Ramirez, pursuant to Rule 83.1(E) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, and files this Certificate of Consent to Withdraw as counsel for Plaintiffs Fair Fight, Inc., Scott Berson, Jocelyn Heredia, and Jane Doe.

As evidenced by their signatures below, Fair Fight, Inc., Scott Berson, Jocelyn Heredia, and Jane Doe in this action consent to the requested withdrawal of counsel and have been advised of the items set forth in LR 83.1(E)(2)(b). Each Plaintiff confirmed this consent in writing to the undersigned after reviewing a draft of this Certificate of Consent. Marc E. Elias, Uzoma N. Nkwonta, Christina A. Ford, Tina

Meng Morrison, Jacob D. Shelly, and Marcos Mocine-McQueen of Elias Law Group, LLP; and Allegra J. Lawrence, Leslie J. Bryan, Maia Cogen and Michelle L. McClafferty of Lawrence & Bundy, LLC will remain counsel for Plaintiffs.

Respectfully submitted, this 29th day of December, 2023.

| | |
|---|---|
| Allegra J. Lawrence<br>Georgia Bar No. 439797<br>Leslie J. Bryan<br>Georgia Bar No. 091175<br>Maia Cogen<br>Georgia Bar No. 832438<br>Michelle L. McClafferty<br>Georgia Bar No. 161970<br>**LAWRENCE & BUNDY LLC**<br>1180 West Peachtree Street, Suite 1650<br>Atlanta, GA 30309<br>Telephone: (404) 400-3350<br>Fax: (404) 609-2504<br>allegra.lawrence-hardy@lawrencebundy.com<br>leslie.bryan@lawrencebundy.com<br>maia.cogen@lawrencebundy.com<br>michelle.mcclafferty@lawrencebundy.com | */s/ Joel J. Ramirez*<br>Joel J. Ramirez<br>jjramir21@gmail.com<br>*Withdrawing Attorney*<br><br>*/s/ Uzoma N. Nkwonta*<br>Uzoma N. Nkwonta*<br>Marc E. Elias*<br>Christina A. Ford*<br>Tina Meng Morrison*<br>Marcos Mocine-McQueen*<br>Jacob D. Shelly*<br>**ELIAS LAW GROUP LLP**<br>250 Massachusetts Ave., Suite 400<br>Washington, D.C. 20001<br>Telephone: (202) 968-4490<br>melias@elias.law<br>unkwonta@elias.law<br>cford@elias.law<br>tmengmorrison@elias.law<br>mmcqueen@elias.law<br>jshelly@elias.law<br><br> *Counsel for Plaintiffs*<br>*Admitted *pro hac vice* |

_____
Jocelyn Heredia

_____
Scott Berson

_____
Cianti Stewart-Reid
Fair Fight

_____
Jane Doe

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this date caused to be electronically filed a copy of the foregoing ***CERTIFICATE OF CONSENT TO WITHDRAW AS COUNSEL*** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record.

This 29th day of December, 2023.

/*s*/ Uzoma N. Nkwonta
Uzoma N. Nkwonta
*Counsel for Plaintiffs*