UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>Plaintiffs,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, and JAMES COOPER,<br><br>Defendants. | CIVIL ACTION FILE<br>2:20-cv-00302-SCJ |

## [PROPOSED] ORDER

Before the Court is the Certificate of Consent to Withdraw Joel J. Ramirez as Counsel of Record, filed December 29, 2023. The Clerk is DIRECTED to remove Joel J. Ramirez as counsel of record for Plaintiffs Jocelyn Heredia, Scott Berson, Jane Doe, and Fair Fight, Inc., and remove his name from all service lists in this case.

SO ORDERED this ___ day of _____, 20__.

_____
The Honorable Steve C. Jones
United States District Judge
Northern District of Georgia