# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| **FAIR FIGHT INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,** | **CIVIL ACTION FILE** |
| Plaintiffs, | No. 2:20-CV-00302-SCJ |
| v. | |
| **TRUE THE VOTE, CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, and JAMES COOPER,** | |
| Defendants. | |

## ORDER

The Court enters the following Order to perfect the record on the Parties' Motions for Judicial Notice.[1] Doc. Nos. [294]; [304]; [307]. At trial, the Court **GRANTED** all three motions for judicial notice. See Tr. 1921:2–4, 1922:3–4, 1924:1–2. The Court also took judicial notice of additional documents to complete

---

[1] All citations are to the electronic docket unless otherwise noted, and all page numbers are those imprinted by the Court's docketing software.

those contained in the Parties' motions. See, e.g., Tr. 1916:1–1917:25, 1920:5–14. Accordingly, for purposes of its forthcoming final order in this matter, the Court **GRANTS** Plaintiffs' motion for judicial notice (Doc. No. [294]) and both of Defendants' motions for judicial notice (Doc. Nos. [304]; [307]) subject to its prior oral determinations and modifications at trial.

**IT IS SO ORDERED** this __2nd__ day of January, 2024.

                                        s/ Steve C. Jones
                                        _____
                                        **HONORABLE STEVE C. JONES**
                                        **UNITED STATES DISTRICT JUDGE**