IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,<br><br>   Plaintiffs,<br><br>v.<br><br>TRUE THE VOTE, CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>   Defendants. | CIVIL ACTION FILE<br><br>NO. 2:20-CV-0302-SCJ |

## JUDGMENT

This action having come before the Court for a bench trial on Plaintiffs' claim against Defendants brought under Section 11(b) of the Voting Rights Act, the Honorable Steve C. Jones presiding, and the issues having been tried and the Court having found no violation and having rendered its verdict in favor of Defendants,

It is **ORDERED AND ADJUDGED** that **JUDGMENT** is entered in favor of **DEFENDANTS** and against Plaintiffs in accordance with this Court's Order of January 2, 2024, and

**ORDERED AND ADJUDGED** that Defendants recover the costs of this action, and the action be, and the same hereby, is **DISMISSED**.

Dated at Atlanta, Georgia this 2nd day of January, 2024.

                                        KEVIN P. WEIMER
                                        CLERK OF COURT

                                        By: _____
                                        Pamela Wright
                                        Deputy Clerk

Prepared, filed and entered
in the Clerk's Office
January 2, 2024.
Kevin P. Weimer
Clerk of Court

By: _____
    Pamela Wright
    Deputy Clerk