IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., JOCELYN HEREDIA, SCOTT BERSON, and JANE DOE,<br><br>    Plaintiffs,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, and JAMES COOPER,<br><br>    Defendants. | Civil Action No.<br>2:20-cv-00302-SCJ |

## NOTICE OF PLAINTIFFS' FEE REQUEST

On January 2, 2024, this Court granted Plaintiffs' request for an award of reasonable attorneys' fees, which the Court authorized based on the "sanctionable discovery violations" that occurred in this matter. ECF No. 333 at 16. Pursuant to the Court's instruction, Plaintiffs hereby submit this request for $19,880.00 in fees incurred in connection with Plaintiffs' Motion for Discovery Sanctions. In support of this fee request, Plaintiffs submit the Declaration of Uzoma N. Nkwonta, lead counsel in this matter, and the Declaration of Leslie J. Bryan, co-counsel and local counsel in this matter. Attached as Exhibit A to the Declaration of Uzoma N.

Nkwonta is a compilation of the billing entries incurred which supports Plaintiffs' fee request. Plaintiffs do not seek any costs incurred in litigating their Motion for Discovery Sanctions.

Respectfully submitted, this 16th day of January, 2024.

| | |
|---|---|
| Allegra J. Lawrence<br>Georgia Bar No. 439797<br>Leslie J. Bryan<br>Georgia Bar No. 091175<br>Maia Cogen<br>Georgia Bar No. 832438<br>Michelle McClafferty<br>Georgia Bar No. 161970<br>**LAWRENCE & BUNDY LLC**<br>1180 West Peachtree Street, Suite 1650<br>Atlanta, GA 30309<br>Telephone: (404) 400-3350<br>Fax: (404) 609-2504<br>allegra.lawrence-hardy@lawrencebundy.com<br>leslie.bryan@lawrencebundy.com<br>maia.cogen@lawrencebundy.com<br>michelle.mcclafferty@lawrencebundy.com | */s/ Uzoma N. Nkwonta*<br>Marc E. Elias\*<br>Uzoma N. Nkwonta\*<br>Christina A. Ford\*<br>Tina Meng Morrison\*<br>Marcos Mocine-McQueen\*<br>Jacob D. Shelly\*<br>**ELIAS LAW GROUP LLP**<br>250 Massachusetts Ave., Suite 400<br>Washington, D.C. 20001<br>Telephone: (202) 968-4490<br>melias@elias.law<br>unkwonta@elias.law<br>cford@elias.law<br>tmengmorrison@elias.law<br>mmcqueen@elias.law<br>jshelly@elias.law<br><br>*Counsel for Plaintiffs*<br>\*Admitted *pro hac vice* |

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing *Plaintiffs' Notice of Fee Request* has been prepared in accordance with the font type and margin requirements of LR 5.1, N.D. Ga, using font type of Times New Roman and a point size of 14.

Dated: January 16, 2024          *Uzoma N. Nkwonta*
                                 *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this date caused to be electronically filed a copy of the foregoing *Plaintiffs' Notice of Fee Request* with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record.

Dated: January 16, 2024          *Uzoma N. Nkwonta*
                                 *Counsel for Plaintiffs*