## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

|  |  |
|---|---|
| FAIR FIGHT, INC., JOCELYN HEREDIA, SCOTT BERSON, and JANE DOE, | |
| Plaintiffs, | Civil Action No. 2:20-cv-00302-SCJ |
| v. | |
| TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, and JAMES COOPER, | |
| Defendants. | |

## DECLARATION OF UZOMA NKWONTA IN SUPPORT OF PLAINTIFFS' FEE REQUEST FOR DEFENDANTS' SANCTIONABLE DISCOVERY VIOLATIONS

Pursuant to 28 U.S.C. § 1746, I, Uzoma Nkwonta, declare as follows:

1.     My name is Uzoma Nkwonta. I am over eighteen years of age. I have personal knowledge of the facts stated herein, and if called upon, I could and would testify competently to them.

2.     I am a Partner in the Washington, D.C. office of Elias Law Group LLP. I have practiced law for 14 years and have litigated in state and federal courts across the country. I am a member in good standing of the District of Columbia and New

York Bars, and numerous federal district and appellate courts. I am admitted before this court *pro hac vice* in the above-captioned matter.

3.  I submit this Declaration in support of Plaintiffs' request for an award of reasonable attorneys' fees, which the Court authorized based on the "sanctionable discovery violations" that occurred in this matter. ECF No. 333 at 16.

4.  In my capacity as lead counsel for Plaintiffs in this matter, I have been primarily responsible for developing and implementing litigation strategy, drafting and revising legal briefing, and supervising the work of other Firm attorneys and support staff.

5.  Having litigated numerous cases over the course of my career, I have relied upon my experience and judgment to litigate this case as cost-efficiently, yet effectively, as possible.

6.  In this matter, I have been assisted by my colleague Jacob Shelly. Mr. Shelly is Counsel at Elias Law Group LLP. Mr. Shelly has practiced law for seven years and has litigated in state and federal courts across the country. Mr. Shelly is a member in good standing of the District of Columbia and Maryland Bars, and numerous federal district and appellate courts. He is also admitted *pro hac vice* in this matter.

7.  I have also been assisted by the attorneys at Lawrence & Bundy. For the Motion for Discovery Sanctions in particular, I was assisted by Ms. Leslie J.

Bryan of Lawrence & Bundy LLC. Ms. Bryan is an experienced trial litigator and has litigated in state and federal courts across the country. Ms. Bryan is a member in good standing of the Georgia and Florida Bars and numerous federal and appellate courts.

8.      Pursuant to a written fee agreement, our client engaged our services at hourly rates for the attorneys and support staff at Elias Law Group LLP and Lawrence & Bundy LLC. The hourly rates sought below are equal to or less than the hourly rates our client paid to litigate this matter.

9.      In calculating Plaintiffs' fee request, we have applied the prevailing hourly rates within the Northern District of Georgia: $550 per hour for myself, $500 for Ms. Bryan, $400 per hour for Mr. Shelly, and $125 per hour for our support staff (Bridget Curley). The reasonableness of these rates is supported by the Declaration of Ms. Leslie Bryan, which may be found as a separate attachment to Plaintiffs' Notice.

10.     Subject to and without waiving the attorney-client privilege, work product doctrine, or any other applicable privilege, a true and correct contemporaneous summary of the work performed by Elias Law Group LLP and Lawrence & Bundy LLC for which Plaintiffs now seek a fee award is set forth in Exhibit A.

11.    Exhibit A reflects our contemporaneous billing entries for this matter, with all arguably unnecessary, duplicative, or excessive work and timekeepers removed, and with the reasonable rates described above substituted for our actual rates. I have reviewed and approved the time charges set forth in Exhibit A.

12.    The time and costs detailed in Exhibit A were reasonable and necessary in the circumstances and not duplicative.

13.    Plaintiffs do not seek attorneys' fees related to preparing this fee request or supporting documents.

14.    Plaintiffs also do not seek any costs related to the filing of the Motion for Discovery Sanctions.

15.    As shown in Exhibit A, Plaintiffs seek $19,880 in attorneys' fees for work done by Elias Law Group LLP and Lawrence & Bundy LLC in connection with the Motion for Discovery Sanctions.

16.    The total amount of attorneys' fees requested in this award is less than the total amount actually charged by counsel to litigate this discovery dispute.

17.    I believe the amount of attorneys' fees requested is fair and reasonable, and therefore support the Plaintiffs' request for a total award of $19,880 in attorneys' fees.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of January, 2024.

*Uzoma Nkwonta*

_____

Uzoma N. Nkwonta*
ELIAS LAW GROUP LLP
250 Massachusetts Ave. NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
unkwonta@elias.law

*Attorney for Plaintiffs*
*Admitted *pro hac vice*

# EXHIBIT A

| Date | Timekeeper | Description of Work Performed | Billable Hrs | Rate Sought | Fees Sought |
|---|---|---|---|---|---|
| 5/24/2023 | Jacob Shelly | Review research on discovery sanctions (0.2); | 0.20 | $400 | 80.00 |
| 6/13/2023 | Jacob Shelly | Review Phillips, Engelbrecht deposition transcripts and research sanctions for attorney misbehavior (4.2); | 4.20 | $400 | 1,680.00 |
| 6/14/2023 | Jacob Shelly | Research discovery sanctions and draft motion for adverse inferences (4.5); | 4.50 | $400 | 1,800.00 |
| 6/15/2023 | Jacob Shelly | Research and draft motion for adverse inferences (3.1); | 3.10 | $400 | 1,240.00 |
| 6/16/2023 | Jacob Shelly | Draft motion for adverse inference (0.5); | 0.50 | $400 | 200.00 |
| 6/23/2023 | Jacob Shelly | Draft motion for adverse inferences (0.7); | 0.70 | $400 | 280.00 |
| 8/2/2023 | Jacob Shelly | Draft motion for discovery sanctions (2.5); | 2.50 | $400 | 1,000.00 |
| 8/20/2023 | Uzoma Nkwonta | Review and revise motion for discovery sanctions (2.2); | 2.20 | $550 | 1,210.00 |
| 8/21/2023 | Leslie Bryan | Review and research to comment on proposed motion for sanctions and draft comments (2.6); | 2.60 | $500 | 1,300.00 |
| 8/21/2023 | Bridget Curley | Cite check brief (2.0); | 2.00 | $125 | 250.00 |
| 8/22/2023 | Jacob Shelly | Draft motion for sanctions and correspond with case team about same (2.1); | 2.10 | $400 | 840.00 |
| 8/25/2023 | Leslie Bryan | Review and research use of adverse inferences for inclusion in proposed motion for sanctions (3.2); | 3.20 | $500 | 1,600.00 |
| 8/30/2023 | Bridget Curley | Add tables of contents and authorities to brief (0.5); | 0.50 | $125 | 62.50 |
| 8/30/2023 | Jacob Shelly | Finalize and file motion for discovery sanctions (0.8); correspond with case team about motion for sanctions withdrawal and refiling, and prepare documents for filing (2.2); | 3.00 | $400 | 1,200.00 |
| 9/13/2023 | Jacob Shelly | Review defendants' response to motion for sanctions (0.3); | 0.30 | $400 | 120.00 |
| 9/14/2023 | Jacob Shelly | Draft reply in response of motions for sanctions (1.4); | 1.40 | $400 | 560.00 |
| 9/15/2023 | Jacob Shelly | Draft reply brief in support of motion for sanctions (2.3); | 2.30 | $400 | 920.00 |
| 9/21/2023 | Jacob Shelly | Draft sanctions reply brief (1.4); | 1.40 | $400 | 560.00 |
| 9/22/2023 | Jacob Shelly | Draft sanctions reply brief (1.9); | 1.90 | $400 | 760.00 |
| 9/23/2023 | Jacob Shelly | Draft sanctions reply brief (6.7); | 6.70 | $400 | 2,680.00 |
| 9/24/2023 | Jacob Shelly | Draft reply brief in support of sanctions (1.2); | 1.20 | $400 | 480.00 |
| 9/25/2023 | Uzoma Nkwonta | Review opposition to motion for sanctions and review draft reply brief (0.5); | 0.50 | $550 | 275.00 |
| 9/27/2023 | Bridget Curley | Cite check brief (1.5); | 1.50 | $125 | 187.50 |
| 9/27/2023 | Jacob Shelly | Draft and finalize reply brief in support of motion for sanctions (0.8); | 0.80 | $400 | 320.00 |
| 9/27/2023 | Uzoma Nkwonta | Review updated draft of reply in support of motion for sanctions and correspond with case team regarding same (0.5); | 0.50 | $550 | 275.00 |
| | | | | | 19,880.00 |