# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., JOCELYN HEREDIA, SCOTT BERSON, and JANE DOE,<br><br>    Plaintiffs,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, and JAMES COOPER,<br><br>    Defendants. | Civil Action No.<br>2:20-cv-00302-SCJ |

## DECLARATION OF LESLIE J. BRYAN IN SUPPORT OF PLAINTIFFS' FEE REQUEST FOR DEFENDANTS' SANCTIONABLE DISCOVERY VIOLATIONS

Pursuant to 28 U.S.C. § 1746, I, Leslie J. Bryan, declare as follows:

1. My name is Leslie J. Bryan. I am over eighteen years of age. I have personal knowledge of the facts stated herein, and if called upon, I could and would testify competently to them.

2. I submit this Declaration in support of Plaintiffs' request for an award of reasonable attorneys' fees, which the Court authorized based on the "sanctionable discovery violations" that occurred in this matter. ECF No. 333 at 16.

## I. My Background

3. I am Counsel at Lawrence & Bundy LLC, which is based in Atlanta, Georgia. I am an experienced trial litigator and have litigated in state and federal courts across the country.

4. I have practiced law with the Atlanta firm Lawrence & Bundy for more than six years. Before then, I practiced law with the Atlanta firm Doffermyre Shields Canfield & Knowles, LLP for nearly twenty years.

5. I have been a member in good standing of the State Bar of Georgia since 1986. I am also a member of the Florida Bar and authorized to practice in various federal district and appellate courts.

6. Over the course of my career, I have litigated dozens of cases. In 2022, I was named Lawyer of the Year in Atlanta for Mass Tort Litigation and Class Actions. I received the same award in 2016 for Product Liability Litigation. As relevant to this case, I also maintain a practice in political law litigation and voting rights litigation.

7. I am active in the Atlanta legal community and broader Georgia legal community. I am a member of the Lawyers Club of Atlanta, a past member of the Georgia Trial Lawyers Association, and I have served on several professional committees of the State Bar of Georgia.

## II. Opinion on Reasonableness of Fees

8. Along with Allegra Lawrence-Hardy and Michelle McClafferty of Lawrence & Bundy LLC, I served as counsel in this matter to Plaintiffs. Plaintiffs were also represented by attorneys from Elias Law Group LLP, with whom we maintained a close relationship to litigate this case.

9. I offer this Declaration to offer an opinion as to the reasonableness of the attorneys' fees that Plaintiffs seek in relation to their successful Motion for Discovery Sanctions, for which this Court has already determined Plaintiffs are entitled to reasonable attorneys' fees.

10. The Eleventh Circuit has held that a reasonable hourly fee is the prevailing market rate in the relevant legal community for similar services by lawyers of reasonably comparable skills, experience, and reputation. *See Norman v. Hous. Auth. of Montgomery*, 836 F.2d 1292, 1299 (11th Cir. 1988).

11. Based on my experience in over 30 years in private law practice, I have a high level of familiarity with the hourly rates that law firms in the Northern District of Georgia of similar skill and reputation to Plaintiffs' counsel charge clients for litigation matters, including specifically for voting rights and election law-related litigation.

12. In connection with my review of the Plaintiffs' fee request, I have reviewed a number of cases and orders in the United States District Court for the Northern District of Georgia in which the Court has made attorneys' fee awards in

recent years, including specifically for similar voting-rights related work. These cases included, for example: *Cooper v. Raffensperger*, No. 1:20-CV-01312-ELR, 2021 WL 2480113, at *4 (N.D. Ga. June 2, 2021) (in 2021, finding hourly rate of $550 for partner-level attorney was reasonable in voting rights matter); *Common Cause Georgia v. Raffensperger*, No. 1:18-CV-5102-AT, 2020 WL 12948010, at *9–10 (N.D. Ga. May 29, 2020) (in 2020, finding hourly rates of $600-700 for partner-level attorney and $400 for experienced associates was reasonable in voting rights matter).

13. I also reviewed a number of cases and orders in the United States District Court for the Northern District of Georgia in which the Court has made attorneys' fee awards in recent years, including for civil rights or constitutional law more broadly. These cases included, for example: *Goldring v. Henry*, No. 1:18-CV-01191-WMR, 2022 WL 2912027, at *2 (N.D. Ga. July 22, 2022) (in 2022, holding rates of $500 for experienced attorneys in Section 1983 case was "consistent with the customary prevailing market rate" in the Northern District of Georgia); *Williams v. City of Atlanta, Ga.*, No. 1:17-CV-1943-AT, 2018 WL 2284374, at *14-15 (N.D. Ga. Mar. 30, 2018) (in 2018, finding an hourly rate of $520 to be reasonable for a partner-level attorney in a constitutional challenge of a public-arts ordinance); *WEY, Inc. d/b/a Follies, et al. v. DeKalb County, Ga.*, No. 1:14-cv-00253-LMM, slip op.

4

at 5–6 (N.D. Ga. June 1, 2018) (in 2018, awarding an hourly rate of $500 to a partner-level attorney in civil rights case).

14. I am familiar with the work of the attorneys involved in this case from Elias Law Group LLP, including Uzoma Nkwonta and Jacob Shelly. Mr. Nkwonta and Mr. Shelly have litigated dozens of complex election law and voting rights matters. Both Mr. Nkwonta and Mr. Shelly also possess excellent credentials, having graduated from Columbia Law School and Stanford Law School respectively, and both having completed clerkships with United States District Courts or United States Circuit Courts of Appeals.

15. Plaintiffs are seeking the following hourly rates in connection with this fee award:

   a. Uzoma Nkwonta (Partner, Elias Law Group LLP): $550

   b. Leslie J. Bryan (Counsel, Lawrence & Bundy LLC): $500

   c. Jacob Shelly (Counsel, Elias Law Group LLP): $400

   d. Bridget Curley (Support Staff, Elias Law Group, LLP): $125

16. In my opinion, these rates are consistent with the rates commonly charged in the Northern District of Georgia for similar work. They are also equal to or less than the rates that were actually charged to our client in this matter, which is in itself "powerful, and perhaps the best, evidence of [the] market rate." *Dillard v. City of Greensboro*, 213 F.3d 1347, 1354-55 (11th Cir. 2000).

17. In connection with Plaintiffs' fee request, I have also reviewed the billing records and time summaries attached to the Declaration of Uzoma Nkwonta. It is my opinion that the tasks performed and the number of hours expended to perform them were necessary and reasonable.

18. The number of hours expended by counsel in preparing the Motion for Discovery Sanctions (and responding to Defendants' Opposition to the Motion) for which Plaintiffs seek a fee award are as follows:

   a. Uzoma Nkwonta: 3.2 hours

   b. Leslie Bryan: 5.8 hours

   c. Jacob Shelly: 36.8 hours

   d. Support Staff: 4.0 hours

19. In performing the lodestar calculation of the reasonable hourly rate by the hours reasonably expended, Plaintiffs seek a fee award of $19,880. In my opinion, this fee requested is reasonable in light of the prevailing market rates, experience of attorneys, and work performed.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of January, 2024.

*Leslie J. Bryan*
Leslie J. Bryan

6

Georgia Bar No. 091175
**LAWRENCE & BUNDY LLC**
1180 West Peachtree Street, Suite 1650
Atlanta, GA 30309
Telephone: (404) 400-3350
Fax: (404) 609-2504
leslie.bryan@lawrencebundy.com

*Attorney for Plaintiffs*