IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

FAIR FIGHT, INC. et al.

  Plaintiffs,

v.

CATHERINE ENGELBRECHT et al.

  Defendants.

CIVIL ACTION FILE

No. 2:20-CV-302-SCJ

## ORDER SETTING HEARING

The Court will hold a hearing on Plaintiffs' Notice of Fee Request (Doc. No. [337]) on the **26th** day of **February**, **2024** at **2:30 p.m.** (**Courtroom No. 303, Sidney O. Smith Federal Building & United States Courthouse, 121 Spring Street SE Gainesville, GA 30501**).

**IT IS SO ORDERED** this 17th day of January, 2024.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE