## EXHIBIT A

### FEES FOR SERVICE OF SUMMONS AND SUBPOENA

***See attachment 1***

| EXPENSE | DATE | PAYMENT TO | AMOUNT PAID |
|---|---|---|---|
| Service of Document Subpoenas | 09/28/23 | Randal L. George | $325.00 |
| Service of Document Subpoenas | 09/29/23 | ABC Legal Services | $154.00 |
| Service of Trial Witness Subpoena | 10/31/23 | Proof | $150.00 |
| Service of Trial Witness Subpoena | 10/22/23 | Proof | $272.83 |
| Service of Trial Witness Subpoena | 10/22/23 | Proof | $150.00 |
| Service of Trial Witness Subpoena | 10/22/23 | Proof | $270.37 |
| Service of Trial Witness Subpoena | 10/23/23 | Proof | $264.65 |
| Service of Trial Witness Subpoena | 10/23/23 | Proof | $269.79 |
| Service of Trial Witness Subpoena | 10/13/23 | Proof | $194.79 |
| Service of Trial Witness Subpoena | 10/26/23 | Proof | $268.36 |
| Service of Trial Witness Subpoena | 10/26/23 | Proof | $226.27 |
| **TOTAL** | | | **$2,546.06** |

## <u>EXHIBIT B</u>

## FEES FOR PRINTED OR ELECTRONICALLY RECORDED
## TRANSCRIPTS NECESSARILY OBTAINED FOR USE IN THE CASE

### *See attachment 2*

| EXPENSE | DATE | PAYMENT TO | AMOUNT PAID |
|---|---|---|---|
| 2/1/23 Hearing Transcript | 02/07/2023 | Realtime Focus, LLC | $121.20 |
| Pretrial Conference Transcript | 09/22/2023 | Keisha M. Crump Official Court Reporter | $93.50 |
| Trial Transcript | 11/08/2023 | Realtime Focus, LLC | $1277.10 |
| **TOTAL** | | | **$1,491.80** |

## <u>EXHIBIT C</u>

## FEES AND DISBURSEMENTS FOR PRINTING

### *See attachment 1*

| EXPENSE | DATE | PAYMENT TO | AMOUNT PAID |
|---|---|---|---|
| Printing of Plaintiffs' and Defendants' Exhibits for Trial | 10/24/2023 | CopyTech | $5,685.83 |
| **TOTAL** | | | **$5,685.83** |

**EXHIBIT D**

**FEES FOR EXEMPLIFICATION AND THE COSTS OF MAKING COPIES OF ANY MATERIALS WHERE THE COPIES ARE NECESSARILY OBTAINED FOR USE IN THE CASE**

***See attachment 3***

| EXPENSE | DATE | PAYMENT TO | AMOUNT PAID |
|---|---|---|---|
| James Cooper's Deposition Transcript | 09/27/2021 | Digital Evidence Group | $ 563.60 |
| Court Reporting for Deposition of Joe Martin | 10/5/2021 | Digital Evidence Group | $575.20 |
| Mark Davis Deposition Transcript | 10/11/2021 | Digital Evidence Group | $722.85 |
| Mark Williams Deposition Transcript | 10/11/2021 | Digital Evidence Group | $558.95 |
| Ron Johnson Deposition Transcript | 10/11/2021 | Digital Evidence Group | $424.95 |
| Derek Somerville Deposition Transcript | 10/13/2021 | Digital Evidence Group | $628.00 |
| Court Reporting for Deposition of Jocelyn Heredia | 11/5/2021 | Veritext | $1,053.00 |
| Jocelyn Heredia Deposition Transcript | 11/1/2021 | Veritext | $1,473.58 |
| Mark Davis Deposition Transcript | 2/1/2022 | Digital Evidence Group | $815.05 |
| Amy Holsworth Deposition Transcript | 1/27/2022 | Digital Evidence Group | $399.30 |

| | | | |
|---|---|---|---|
| True the Vote 30(b)(6) Deposition Transcript | 2/2/2022 | Digital Evidence Group | $2,850.19 |
| Gregg Phillips Deposition Transcript | 2/13/2022 | Digital Evidence Group | $728.45 |
| Derek Somerville Deposition Transcript | 2/3/2022 | Digital Evidence Group | $855.20 |
| **TOTAL** | | | **$11,648.32** |

# EXHIBIT E

## WITNESS FEES

### *See attachment 4*

| WITNESS | DAYS OF TESTIMONY + TRAVEL | TRANSPORTATION METHOD | MILES | TRANSPORTATION COST | TOTAL |
|---|---|---|---|---|---|
| Catherine Engelbrecht | 3 | Airplane | | 462.90 | $759.90 |
| Derek Somerville | 4 | Automobile | 754 | $505.18 | $901.18 |
| Mark Williams | 1 | Automobile | 64 | 42.88 | $82.88 |
| Amy Holsworth | 3 | Airplane | | $745.80 | $1,042.80 |
| **TOTAL** | | | | | **$2,786.76** |

# ATTACHMENT 1

 # Invoice

Pay now at abclegal.com | ABC Legal Services, LLC | 633 Yesler Way, Seattle, WA 98104 | 206-521-9000 | ar@abclegal.com | Tax ID: 91-1153514

**BILL TO:**

**Greenberg Traurig - Atlanta**
**3333 Piedmont Road NE, Ste. 2500**
**Atlanta, GA 30305**

| | |
|---|---|
| INVOICE# | 15207889.100 |
| DATE | Sep 29, 2023 |
| ACCOUNT# | 111820 |
| ATTENTION | johnsonkis@gtlaw.com |
| REFERENCE# | 217895.010100 |

**AMOUNT DUE**     **$ 154.00**

| | |
|---|---|
| CASE # | 2:20-CV-302-SCJ |
| CASE TITLE | Fair Fight, Inc. et al v. Catherine Engelbrecht et al. |
| COURT | US District Court, Georgia, Northern District, Atlanta |

## SERVICES PERFORMED

| DESCRIPTION | NOTE | AMOUNT |
|---|---|---|
| **Effect Service of Process** | | |
| Service of Process | **Subject:** USPS Office of General Counsel, Custodian of Records **Address:** 475 L'Enfant Plaza SW, Washington, DC 20260 **Result:** Served **Date Served:** 09/29/2023 **Photo:** Yes | 154.00 |
| RUSH Service | **Received:** 09/28/2023 **First Attempt:** 09/29/2023 **Service Address:** 475 L'Enfant Plaza SW, Washington, DC 20260 **Servee:** USPS Office of General Counsel, Custodian of Records | 0.00 |

| | |
|---|---|
| SUBTOTAL | $ 154.00 |
| SALES TAX | $ 0.00 |
| **AMOUNT DUE** | **$ 154.00** |

**Randal George**
4164 Indian Trace, SW
Lilburn, GA 30047

# Invoice

| | |
|---:|:---|
| **Invoice #:** | 422728 |
| **Invoice Date:** | 9/28/2023 |
| **Due Date:** | 9/28/2023 |
| **Project:** | |
| **P.O. Number:** | |

**Bill To:**
GREENBERG TRAURIG, LLP
3333 Piedmont Road, NE,
Suite 2500
Alanta, GA 30305

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Fair Fight, Inc. et al<br>v<br>Catherine Engelbrecht et al.<br> 2:20-CV-302-SCJ<br><br>   Client Matter Number:<br>_____ | | 0.00 | 0.00 |
| Served Cortland Viridianat 3424 Peachtree Road, Suite 300, Atlanta, Georgia 30326 at 3:27 PM on 9/29/2023. | | 70.00 | 70.00 |
| Expidited Service requsted. | | 30.00 | 30.00 |
| Served Marietta Toyota at 750 Cobb Pkwy SE, Marietta, GA 30060 at 1:26 PM on 9/29/2023 | | 95.00 | 95.00 |
| Expidited Service requsted. | | 30.00 | 30.00 |
| Served Live 8 West at 871 3rd St. NW, Atlanta, Georgia 30318 at 2:02 PM on 9/29/2023. | | 70.00 | 70.00 |
| Expidited Service requsted. | | 30.00 | 30.00 |
| _____ | | | 325.00 |
| Please make check payable to Randal L. George and mail it to:<br><br>Randal George<br>4164 Indian TR, SW<br>Lilburn, GA 30047<br><br>Thank You | | | |

| | |
|---:|---:|
| **Total** | $325.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $325.00 |



# Invoice #336242

October 13, 2023

Invoice Reference #: 217895.010100
Servee: Jocelyn Heredia
Servee Address: 871 3rd St. NW Apt. 1605, Atlanta, GA 30318
Job Created By: Kishma Johnson

| | |
|---|---|
| **Greenberg Traurig, LLP - Atlanta, GA**<br>3333 Piedmont Road NE<br>Suite 2500<br>Atlanta, Georgia 30305 | **Proof**<br>1800 N Gaylord St<br>Denver, CO 80206<br>Attn: AR@proofserve.com<br>720.724.8518 |

| Item | Price | Qty | Total |
|---|---|---|---|
| **Expedited Serve**<br>Attempts Made: 4<br>Successful: Yes<br>Served: October 10, 2023 | $150.00 | 1 | $150.00 |
| **Witness Fee Check**<br>Witness Fee Check | $108.90 | 1 | $108.90 |
| **Witness Fee Check Convenience Fee** | $10.89 | 1 | $10.89 |

| | |
|---|---|
| Total | **$269.79** |
| Paid | **$0.00** |
| Balance | **$269.79** |

For questions or issues, please email AR@proofserve.com.

 **Proof**

# Invoice #336244
October 13, 2023

Invoice Reference #: 217895.010100
Servee: Connor Isham
Servee Address: 871 3rd St. NW Apt. 1605, Atlanta, GA 30318
Job Created By: Kishma Johnson

**Greenberg Traurig, LLP - Atlanta, GA**
3333 Piedmont Road NE
Suite 2500
Atlanta, Georgia 30305

**Proof**
1800 N Gaylord St
Denver, CO 80206
Attn: AR@proofserve.com
720.724.8518

| Item | Price | Qty | Total |
|---|---|---|---|
| **Expedited Serve**<br>Attempts Made: 4<br>Successful: Yes<br>Served: October 10, 2023 | $150.00 | 1 | $150.00 |
| **Witness Fee Check**<br>Witness Fee Check | $108.90 | 1 | $108.90 |
| **Witness Fee Check Convenience Fee** | $10.89 | 1 | $10.89 |
| **Same Address Discount**<br>Same address as servee: Jocelyn Heredia | $-75.00 | 1 | $-75.00 |

| Total | **$194.79** |
|---|---|
| Paid | **$0.00** |
| Balance | **$194.79** |

For questions or issues, please email AR@proofserve.com.

 **Proof**

# Invoice #342224

October 22, 2023

Invoice Reference #: 217895.010100
Servee: Jordan Fuchs
Servee Address: 214 State Capitol, Atlanta, GA 30334
Job Created By: Kishma Johnson

**Greenberg Traurig, LLP - Atlanta, GA**
3333 Piedmont Road NE
Suite 2500
Atlanta, Georgia 30305

**Proof**
1800 N Gaylord St
Denver, CO 80206
Attn: AR@proofserve.com
720.724.8518

| Item | Price | Qty | Total |
|------|-------|-----|-------|
| Expedited Serve<br>Attempts Made: 1<br>Successful: No | $150.00 | 1 | $150.00 |

| | |
|---|---|
| Total | **$150.00** |
| Paid | **$0.00** |
| Balance | **$150.00** |

For questions or issues, please email AR@proofserve.com.

 Proof

# Invoice #342234

October 22, 2023

Invoice Reference #: 217895.010100
Servee: Ryan Germany
Servee Address: 675 Ponce de Leon Ave NE, Suite 7500, Atlanta, GA 30308
Job Created By: Kishma Johnson

**Greenberg Traurig, LLP - Atlanta, GA**
3333 Piedmont Road NE
Suite 2500
Atlanta, Georgia 30305

**Proof**
1800 N Gaylord St
Denver, CO 80206
Attn: AR@proofserve.com
720.724.8518

| Item | Price | Qty | Total |
|------|-------|-----|-------|
| **Expedited Serve**<br>Attempts Made: 1<br>Successful: Yes<br>Served: October 20, 2023 | $150.00 | 1 | $150.00 |
| **Witness Fee Check**<br>Witness Fee Check | $111.66 | 1 | $111.66 |
| **Witness Fee Check Convenience Fee** | $11.17 | 1 | $11.17 |

| | |
|---|---|
| Total | **$272.83** |
| Paid | **$0.00** |
| Balance | **$272.83** |

For questions or issues, please email AR@proofserve.com



# Invoice #342368

October 22, 2023

Invoice Reference #: 217895.010100
**Servee: Brian Robinson**
Servee Address: 2817 N. Thompson Road NE, Brookhaven, GA 30319
Job Created By: Kishma Johnson

**Greenberg Traurig, LLP - Atlanta, GA**
3333 Piedmont Road NE
Suite 2500
Atlanta, Georgia 30305

**Proof**
1800 N Gaylord St
Denver, CO 80206
Attn: AR@proofserve.com
720.724.8518

| Item | Price | Qty | Total |
|---|---|---|---|
| **Expedited Serve**<br>Attempts Made: 1<br>Successful: Yes<br>Served: October 19, 2023 | $150.00 | 1 | $150.00 |
| **Witness Fee Check**<br>Witness Fee Check | $109.43 | 1 | $109.43 |
| **Witness Fee Check Convenience Fee** | $10.94 | 1 | $10.94 |

| | |
|---|---|
| Total | **$270.37** |
| Paid | **$0.00** |
| Balance | **$270.37** |

For questions or issues, please email AR@proofserve.com.



# Invoice #342454

October 23, 2023

Invoice Reference #: 217895.010100
Servee: Brad Raffensperger
Servee Address: 214 State Capitol, Atlanta, GA 30334
Job Created By: Kishma Johnson

**Greenberg Traurig, LLP - Atlanta, GA**
3333 Piedmont Road NE
Suite 2500
Atlanta, Georgia 30305

**Proof**
1800 N Gaylord St
Denver, CO 80206
Attn: AR@proofserve.com
720.724.8518

| Item | Price | Qty | Total |
|---|---|---|---|
| **Witness Fee Check**<br>Witness Fee Check | $104.23 | 1 | $104.23 |
| **Witness Fee Check Convenience Fee** | $10.42 | 1 | $10.42 |
| **Expedited Serve**<br>Attempts Made: 1<br>Successful: Yes<br>Served: October 20, 2023 | $150.00 | 1 | $150.00 |

| | |
|---|---|
| Total | **$264.65** |
| Paid | **$0.00** |
| Balance | **$264.65** |

For questions or issues, please email AR@proofserve.com.



# Invoice #343637

October 26, 2023

Invoice Reference #: 217895.010100
Servee: Ben Harbin (Baker Hostetler)
Servee Address: 1170 Peachtree St NE Suite 2400, Atlanta, GA 30309
Job Created By: Kishma Johnson

**Greenberg Traurig, LLP - Atlanta, GA**
3333 Piedmont Road NE
Suite 2500
Atlanta, Georgia 30305

**Proof**
1800 N Gaylord St
Denver, CO 80206
Attn: AR@proofserve.com
720.724.8518

| Item | Price | Qty | Total |
|---|---|---|---|
| **Expedited Serve** <br> Attempts Made: 1 <br> Successful: Yes <br> Served: October 20, 2023 | $150.00 | 1 | $150.00 |
| **Witness Fee Check** <br> Witness Fee Check | $107.60 | 1 | $107.60 |
| **Witness Fee Check Convenience Fee** | $10.76 | 1 | $10.76 |

| | |
|---|---|
| Total | **$268.36** |
| Paid | **$0.00** |
| Balance | **$268.36** |

For questions or issues, please email AR@proofserve.com.



# Invoice #343742

October 26, 2023

Invoice Reference #: 217895.010100
Servee: Joel Natt
Servee Address: 1201 Sawnee Drive, Cumming, GA 30040
Job Created By: Kishma Johnson

**Greenberg Traurig, LLP - Atlanta, GA**
3333 Piedmont Road NE
Suite 2500
Atlanta, Georgia 30305

**Proof**
1800 N Gaylord St
Denver, CO 80206
Attn: AR@proofserve.com
720.724.8518

| Item | Price | Qty | Total |
|------|-------|-----|-------|
| **Expedited Serve**<br>Attempts Made: 1<br>Successful: Yes<br>Served: October 23, 2023 | $150.00 | 1 | $150.00 |
| **Witness Fee Check**<br>Witness Fee Check | $69.34 | 1 | $69.34 |
| **Witness Fee Check Convenience Fee** | $6.93 | 1 | $6.93 |

| | |
|---|---|
| Total | **$226.27** |
| Paid | **$0.00** |
| Balance | **$226.27** |

For questions or issues, please email AR@proofserve.com.

 **Proof**

# Invoice #346673

October 31, 2023

Invoice Reference #: 217895.010100
Servee: Stacey Abrams
Servee Address: 1939 Grist Stone Ct., Atlanta, GA 30307
Job Created By: Kishma Johnson

**Greenberg Traurig, LLP - Atlanta, GA**
3333 Piedmont Road NE
Suite 2500
Atlanta, Georgia 30305

**Proof**
1800 N Gaylord St
Denver, CO 80206
Attn: AR@proofserve.com
720.724.8518

| Item | Price | Qty | Total |
|------|-------|-----|-------|
| Expedited Serve<br>Attempts Made: 4<br>Successful: No | $150.00 | 1 | $150.00 |

| | |
|---|---|
| Total | **$150.00** |
| Paid | **$0.00** |
| Balance | **$150.00** |

For questions or issues, please email AR@proofserve.com.

**Copytech Solutions USA Inc.**

25 SE 2nd Ave. #1200
Miami, FL  33131
(305) 377-4606
ronc@copytechsolutions.com

# INVOICE

**BILL TO**
Greenberg Traurig
333 Avenue of the Americas
(333 SE 2nd Avenue)
Suite 4100
Miami, FL  33131

**INVOICE #** 26230
**DATE** 10/24/2023

**TERMS** Net 30

**MATTER #**
217895.010100

**CLIENT**
Julia Martin, Esq.

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | COLOR COPIES - 8.5 X 11 | | 2,360 | 0.85 | 2,006.00T |
| | BLACK & WHITE COPIES - 8.5 X 11 | | 14,771 | 0.16 | 2,363.36T |
| | INDEX TABS | | 325 | 0.60 | 195.00T |
| | CUSTOM TABS & LABELS | | 10 | 0.95 | 9.50T |
| | 3 RING BINDER 1" | | 10 | 8.75 | 87.50T |
| | 3 RING BINDER 1.5" | | 1 | 11.50 | 11.50T |
| | 3 RING BINDER 2" | | 1 | 14.00 | 14.00T |
| | 3 RING BINDER 3" | | 1 | 23.00 | 23.00T |
| | 3 RING BINDER 4" | | 2 | 32.00 | 64.00T |
| | 3 RING BINDER 5" | | 12 | 45.00 | 540.00T |

| | |
|---|---|
| SUBTOTAL | 5,313.86 |
| TAX (7%) | 371.97 |
| TOTAL | 5,685.83 |
| BALANCE DUE | **$5,685.83** |

In the event of a dispute resulting in legal action, the successful party will be entitled to its legal & attorney's fees.

# ATTACHMENT 2

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the

INVOICE 20230031

**MAKE CHECKS PAYABLE TO:**

Michael J. Wynne
Gregor Wynne Arney PLLC
4265 San Felipe
Suite 700
Houston, TX 77027
(954) 249-2875
mwynne@gwafirm.com

Keisha M Crump, RCR, RMR, RPR
Official Court Reporter
201 Henley Springs
McDonough, GA 30252
(404) 215-1352
kcsteno1@gmail.com

| | | | |
|---|---|---|---|
| __ CRIMINAL    X CIVIL | DATE ORDERED: 09-22-2023 | DATE DELIVERED: | |

In the matter of: 2:20-CV-00302-SCJ, Fair Fight, Inc., et al. v Engelbrecht, et al.

*Pretrial Conference transcript*

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | 22 | 4.25 | 93.50 | | | | | | | 93.50 |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | Subtotal | | 93.50 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |
| | | | | | | | Total Due | | | 93.50 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:
Keisha Crump

DATE:
09-29-2023

**DISTRIBUTION:**        TO PARTY (2 copies - 1 to be returned with payment)        COURT REPORTER        COURT REPORTER SUPERVISOR



**MICHAEL J WYNNE**
8724 CAVELL LANE
HOUSTON, TX 77055

6048

Date: Oct. 4, 2023

Pay to the Order of: KEISHA M. CRUMP, RCR, RMR, RPR     $ 93.50

NINETY-THREE AND 50/100 _____ Dollars

WELLS FARGO
Wells Fargo Bank N.A.
Texas
wellsfargo.com

For: CASE No. 2-20-CV-00302
INVOICE 20230031- FF v. TTV

⑈111900659⑈ 666121114⑈ 06048

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## For the Northern District of Georgia

INVOICE 20230069

**MAKE CHECKS PAYABLE TO:**

Michael J. Wynne
GREGOR WYNNE ARNEY
Two Houston Center
909 Fannin, Suite 3800
Houston, TX 77010
(832) 390-2644
mwynne@gwafirm.com

Realtime Focus, LLC
Mail to:  C/O Viola S. Zborowski
3471 Henderson Reserve
Chamblee, GA 30341
(404) 215-1479
viola_zborowski@gand.uscourts.gov
Tax ID: 45-3736967

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| _ CRIMINAL | X CIVIL | 11-08-2023 | 11-08-2023 |

In the matter of: 2:20-cv-00302-SCJ, Fair Fight, Inc., et al v True the Vote, Inc., et al

Bench Trial before the Honorable Steve C. Jones held on the following dates:
10/26/23 - Volume 1 a.m. Session - 167 pages
10/27/23 - Volume 2 a.m. Session - 153 pages
10/30/23 - Volume 3 a.m. Session - 143 pages
11/01/23 - Volume 4 a.m. Session - 139 pages
11/02/23 - Volume 5 a.m. Session - 33 pages
11/03/23 - Volume 6 a.m. Session - 151 pages
11/07/23 - Volume 8 - Full Day - 160 pages   (All Volumes Delivered Daily)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | . | | | | |
| 3-Day | | | | | | | | | | |
| Next-Day | | | | 946 | 1.35 | 1277.10 | | | | 1277.10 |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | Misc. Charges | | | | |
| | | | | | | **Subtotal** | | | | 1277.10 |
| | | | | | | Less Discount for Late Delivery | | | | |
| | | | | | | Tax (If Applicable) | | | | |
| **Date:** 10-26-2023 | | **Check:** 5853 | | | | Less Amount of Deposit | | | | 1890.00 |
| | | | | | | Total Refund | | | | |
| | | | | | | **Total Due** | | | | -612.90 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | | DATE: |
|---|---|---|
| Viola S. Zborowski, Official Court Reporter | | 11-08-2023 |

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## For the Northern District of Georgia

INVOICE 20231581

| | MAKE CHECKS PAYABLE TO: |
|---|---|
| Michael J. Wynne<br>Gregor Wynne Arney<br>4265 San Felipe Street<br>Suite 700<br>Houston, TX 77027 | Shannon R Welch, RMR, CRR<br>U.S. District Court<br>2394 United States Courthouse<br>75 Ted Turner Drive<br>Atlanta, GA 30303<br>(404) 215-1383<br>shannon_welch@gand.uscourts.gov |

| _ CRIMINAL    X CIVIL | DATE ORDERED: 10-26-2023 | DATE DELIVERED: 11-08-2023 |
|---|---|---|

In the matter of: 2:20-CV-0302, FAIR FIGHT, ET AL v TRUE THE VOTE, ET AL.

DAILY TRANSCRIPTS OF BENCH TRIAL HEARD BEFORE JUDGE JONES: 10/26/23, 120 PGS; 10/27/23, 94 PGS; 10/30/23, 139 PGS; 11/1/23, 128 PGS; 11/2/2023, 188 PGS; 11/3/23, 141 PGS; AND 11/6/23, 292 PGS.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Next-Day | | | | 1102 | 1.35 | 1487.70 | | | | 1487.70 |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | | | Subtotal | 1487.70 |
| | | | | | | | | Less Discount for Late Delivery | | |
| | | | | | | | | Tax (If Applicable) | | |
| Date: 10-26-2023 | | Check: 5852 | | | | | | Less Amount of Deposit | | 1890.00 |
| Date: 11-09-2023 | | Check: BILL PAY | | | | | | Total Refund | | 402.30 |
| | | | | | | | | Total Due | | 0.00 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: Shannon R. Welch | DATE: 11-08-2023 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

Trial Transcripts



MICHAEL J WYNNE
8724 CAVELL LANE
HOUSTON, TX. 77055

TTV/FF TRIAL

Oct. 24, 2023

Pay to the Order of
Payquese a la Orden de    Shannon Welch        $ 1,890.00

One Thousand, Eight Hundred Ninty and no/100

WELLS
FARGO

For
Para    Court Reporter

5852

37-65/1119 2224

⑆111900659⑆ 999121114114⑈ 05852

MICHAEL J WYNNE
8724 CAVELL LANE
HOUSTON, TX. 77055

TTV/FF TRIAL

Pay to the Order of
Páquese a la Orden de    Real Time Focus        $ 1,896.00

One Thousand Eight Hundred Ninty six and no/100

WELLS
FARGO

For
Para    Court Reporter

5853

37-65/1119 2224

⑆111900659⑆ 999121114114⑈ 05853

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## For the Northern District of Georgia

INVOICE 20230007

**MAKE CHECKS PAYABLE TO:**

Christina Ford
Elias Law Group LLP

(202) 968-4558
cford@elias.law

Realtime Focus, LLC
Mail to:  C/O Viola S. Zborowski
3471 Henderson Reserve
Chamblee, GA 30341
(404) 215-1479
viola_zborowski@gand.uscourts.gov
Tax ID: 45-3736967

| __ CRIMINAL | X CIVIL | DATE ORDERED: 02-07-2023 | DATE DELIVERED: 02-08-2023 |
|---|---|---|---|

In the matter of: 2:20-CV-0302-SCJ, Fair Fight, Inc., et al v True The Vote, Inc.

Transcript of hearing held on Wednesday, February 1, 2023, before the Honorable Steve C. Jones.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Next-Day | | | | 101 | 1.20 | 121.20 | | | | 121.20 |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | **Subtotal** | | | 121.20 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |

**Date:** 02-07-2023      **Check:** 00W58647L6835934  **Amount:** 121.20      **Total Due** | 0.00

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:
Viola S. Zborowski, Official Court Reporter

DATE:
02-01-2024

**DISTRIBUTION:**       TO PARTY (2 copies - 1 to be returned with payment)       COURT REPORTER       COURT REPORTER SUPERVISOR

# ATTACHMENT 3



DIGITAL
EVIDENCE
GROUP LLC

# Invoice

Digital Evidence Group
1730 M Street NW
Suite 812
Washington, DC 20036
202-494-0625

| Date | Invoice # |
|------|-----------|
| 9/27/2021 | 17488 |

Tax ID # 30-0168697

| Bill To |
|---------|
| The Bopp Law Firm<br>James Bopp<br>1 South Sixth Street<br>Terre Haute, Indiana 47807-3510 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 10/27/2021 |

| Description | Serviced | Case Caption | Deponent | Amount |
|-------------|----------|--------------|----------|--------|
| Transcript Copy - Regular | 9/22/2021 | Fair Fight. v. True the Vote | James Cooper | 506.60 |
| Exhibits Processing/Scanned | | | | 7.00 |
| Remote Video Connection | | | | 50.00 |

| | Total | $563.60 |
|---|-------|---------|
| If you have any questions or concerns please contact Digital Evidence Group at 202-494-0625 | Payments/Credits | $0.00 |
| | **Balance Due** | $563.60 |



# Invoice

Digital Evidence Group
1730 M Street NW
Suite 812
Washington, DC 20036
202-494-0625

| Date | Invoice # |
|------|-----------|
| 10/5/2021 | 17592 |

Tax ID # 30-0168697

### Bill To

The Bopp Law Firm
James Bopp
1 South Sixth Street
Terre Haute, Indiana 47807-3510

| Terms | Due Date |
|-------|----------|
| Net 30 | 11/4/2021 |

| Description | Serviced | Case Caption | Deponent | Amount |
|-------------|----------|--------------|----------|--------|
| Court Reporting - Remote - 10 Day Turnaround | 9/28/2021 | Fair Fight, v. TruetheVote | Joe Martin | 519.20 |
| Exhibits Processing/Scanned | | | | 6.00 |
| Remote Video Connection | | | | 50.00 |

| | | |
|---|---|---|
| **Total** | | $575.20 |
| **Payments/Credits** | | $0.00 |
| **Balance Due** | | $575.20 |

If you have any questions or concerns please contact Digital Evidence Group at 202-494-0625



DIGITAL
EVIDENCE
GROUP LLC

# Invoice

Digital Evidence Group
1730 M Street NW
Suite 812
Washington, DC 20036
202-494-0625

| Date | Invoice # |
|------|-----------|
| 10/11/2021 | 17664 |

Tax ID # 30-0168697

### Bill To

The Bopp Law Firm
James Bopp
1 South Sixth Street
Terre Haute, Indiana 47807-3510

| Terms | Due Date |
|-------|----------|
| Net 30 | 11/10/2021 |

| Description | Serviced | Case Caption | Deponent | Amount |
|-------------|----------|--------------|----------|--------|
| Transcript Copy - Regular | 10/4/2021 | Fair Fight v. Truethe Vote | Mark Davis | 663.75 |
| Exhibits Processing/Scanned | | | | 9.10 |
| Remote Video Connection | | | | 50.00 |

| | Total | $722.85 |
|--|-------|---------|
| If you have any questions or concerns please contact Digital Evidence Group at 202-494-0625 | Payments/Credits | $0.00 |
| | **Balance Due** | $722.85 |



**DIGITAL**
**EVIDENCE**
**GROUP** LLC

# Invoice

Digital Evidence Group
1730 M Street NW
Suite 812
Washington, DC 20036
202-494-0625

| Date | Invoice # |
|------|-----------|
| 10/11/2021 | 17626 |

Tax ID # 30-0168697

| **Bill To** |
|-------------|
| The Bopp Law Firm
James Bopp
1 South Sixth Street
Terre Haute, Indiana 47807-3510 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 11/10/2021 |

| Description | Serviced | Case Caption | Deponent | Amount |
|-------------|----------|--------------|----------|--------|
| Transcript Copy - Regular | 9/23/2021 | Fair Fight v. TruetheVote | Mark Williams | 483.75 |
| Exhibits Processing/Scanned | | | | 25.20 |
| Remote Video Connection | | | | 50.00 |

| | **Total** | $558.95 |
|--|-----------|---------|

If you have any questions or concerns please contact Digital
Evidence Group at 202-494-0625

| **Payments/Credits** | $0.00 |
|----------------------|-------|
| **Balance Due** | $558.95 |



DIGITAL
EVIDENCE
GROUP LLC

# Invoice

Digital Evidence Group
1730 M Street NW
Suite 812
Washington, DC 20036
202-494-0625

| Date | Invoice # |
|------|-----------|
| 10/11/2021 | 17612 |

Tax ID # 30-0168697

### Bill To

The Bopp Law Firm
James Bopp
1 South Sixth Street
Terre Haute, Indiana 47807-3510

| Terms | Due Date |
|-------|----------|
| Net 30 | 11/10/2021 |

| Description | Serviced | Case Caption | Deponent | Amount |
|-------------|----------|--------------|----------|--------|
| Transcript Copy - Regular | 9/29/2021 | Fair Fight v. TruetheVote | Ron Johnson | 363.75 |
| Exhibits Processing/Scanned | | | | 11.20 |
| Remote Video Connection | | | | 50.00 |

| | Total | $424.95 |
|---|-------|---------|
| If you have any questions or concerns please contact Digital Evidence Group at 202-494-0625 | Payments/Credits | $0.00 |
| | **Balance Due** | $424.95 |



# Invoice

Digital Evidence Group
1730 M Street NW
Suite 812
Washington, DC 20036
202-494-0625

| Date | Invoice # |
|------|-----------|
| 10/13/2021 | 17674 |

Tax ID # 30-0168697

| Bill To |
|---------|
| The Bopp Law Firm
James Bopp
1 South Sixth Street
Terre Haute, Indiana 47807-3510 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 11/12/2021 |

| Description | Serviced | Case Caption | Deponent | Amount |
|-------------|----------|--------------|----------|--------|
| Transcript Copy - Regular | 10/6/2021 | Fair Fight v. TruetheVote | Derek Somerville | 554.20 |
| Exhibits Processing/Scanned | | | | 23.80 |
| Remote Video Connection | | | | 50.00 |

| | Total | $628.00 |
|--|-------|---------|
| If you have any questions or concerns please contact Digital Evidence Group at 202-494-0625 | Payments/Credits | $0.00 |
| | **Balance Due** | $628.00 |

**Veritext, LLC - Southeast Region**
Tel. 770-343-9696 Email: billing-ga@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Courtney Kramer | | |
| --- | --- | --- | --- |
| | Bopp Law Firm (GA) | **Invoice #:** | **5374977** |
| | 104 Marietta Stree NW | **Invoice Date:** | **11/5/2021** |
| | Suite 100 | **Balance Due:** | **$1,053.00** |
| | Atlanta, GA, 30303 | | |

| Case: Fair Fight, Inc., Et Al. v. True The Vote, Et Al (2:20cv00302) | Proceeding Type: Depositions |
| --- | --- |

Job #: 4845630   |   Job Date: 10/15/2021   |   Delivery: Normal

| Location: | Atlanta, GA |
| --- | --- |
| Billing Atty: | Courtney Kramer |
| Scheduling Atty: | Courtney Kramer | Bopp Law Firm (GA) |

| Witness: Jocelyn Heredia | Amount |
| --- | --- |
| Video - Initial Services | $1,053.00 |

| Notes: | **Invoice Total:** | **$1,053.00** |
| --- | --- | --- |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,053.00** |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | | |
| --- | --- | --- | --- |
| Veritext | A/C Name: Veritext | **Invoice #:** | **5374977** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** | **11/5/2021** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** | **$1,053.00** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

231267

**Veritext, LLC - Southeast Region**
Tel. 770-343-9696 Email: billing-ga@veritext.com
Fed. Tax ID: 20-3132569



Bill To:  Courtney Kramer
          Bopp Law Firm (GA)
          104 Marietta Stree NW
          Suite 100
          Atlanta, GA, 30303

| | |
|---|---|
| Invoice #: | **5361377** |
| Invoice Date: | **11/1/2021** |
| Balance Due: | **$0.00** |

| Case: Fair Fight, Inc., Et Al. v. True The Vote, Et Al (2:20cv00302) | Proceeding Type: Depositions |
|---|---|

Job #: 4845630   |   Job Date: 10/15/2021   |   Delivery: Normal

Location:          Atlanta, GA

Billing Atty:      Courtney Kramer

Scheduling Atty:   Courtney Kramer | Bopp Law Firm (GA)

| Witness: Jocelyn Heredia | Amount |
|---|---|
| Original with 1 Certified Transcript | $1,451.80 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | **$1,451.80** |
| | Payment: | **($1,473.58)** |
| | Credit: | **$0.00** |
| | Interest: | **$21.78** |
| | Balance Due: | **$0.00** |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
A/C Name: Veritext
Bank Name: BMO Harris Bank
A/C #: 4353454 ABA: 071000288
Swift: HATRUS44
Pay by Credit Card: www.veritext.com

| | |
|---|---|
| Invoice #: | **5361377** |
| Invoice Date: | **11/1/2021** |
| Balance Due: | **$0.00** |

231267

B420220123



DIGITAL
EVIDENCE
GROUP LLC

# Invoice

| Digital Evidence Group |
|---|
| 1730 M Street NW |
| Suite 812 |
| Washington, DC 20036 |
| 202-494-0625 |

| Date | Invoice # |
|---|---|
| 2/1/2022 | 19537 |

Tax ID # 30-0168697

| **Bill To** |
|---|
| The Bopp Law Firm |
| James Bopp |
| 1 South Sixth Street |
| Terre Haute, Indiana 47807-3510 |

| Terms | Due Date |
|---|---|
| Net 30 | 3/3/2022 |

| Description | Serviced | Case Caption | Deponent | Amount |
|---|---|---|---|---|
| Transcript Copy - Regular | 1/19/2022 | Fair Fight v. True the Vote | Mark Davis | 727.60 |
| Exhibits Processing/Scanned | | | | 37.45 |
| Remote Video Connection | | | | 50.00 |

| | **Total** | $815.05 |
|---|---|---|
| If you have any questions or concerns please contact Digital Evidence Group at 202-494-0625 | **Payments/Credits** | $0.00 |
| | **Balance Due** | $815.05 |



DIGITAL
EVIDENCE
GROUP LLC

# Invoice

| Date | Invoice # |
|---|---|
| 1/27/2022 | 19431 |

Digital Evidence Group
1730 M Street NW
Suite 812
Washington, DC 20036
202-494-0625

Tax ID # 30-0168697

| Bill To |
|---|
| The Bopp Law Firm
James Bopp
1 South Sixth Street
Terre Haute, Indiana 47807-3510 |

| Terms | Due Date |
|---|---|
| Net 30 | 2/26/2022 |

| Description | Serviced | Case Caption | Deponent | Amount |
|---|---|---|---|---|
| Transcript Copy - Regular | 1/12/2022 | Fair Fight v. True | Amy Holsworth | 336.60 |
| Exhibits Processing/Scanned | | | | 13.30 |
| Remote Video Connection | | | | 50.00 |

| | |
|---|---|
| **Total** | $399.90 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $399.90 |

If you have any questions or concerns please contact Digital Evidence Group at 202-494-0625



# Invoice

Digital Evidence Group
1730 M Street NW
Suite 812
Washington, DC 20036
202-494-0625

| Date | Invoice # |
|------|-----------|
| 2/2/2022 | 19553 |

Tax ID # 30-0168697

| Bill To |
|---------|
| The Bopp Law Firm
James Bopp
1 South Sixth Street
Terre Haute, Indiana 47807-3510 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 3/4/2022 |

| Description | Serviced | Case Caption | Deponent | Amount |
|-------------|----------|--------------|----------|--------|
| Transcript Copy - 5 Day | 1/26/2022 | Fair Fight v. True the Vote | True the Vote | 1,873.80 |
| Rough Draft | | | | 607.25 |
| | | | | 319.14 |
| Remote Video Connection | | | | 50.00 |

| | Total | $2,850.19 |
|---|-------|-----------|

If you have any questions or concerns please contact Digital Evidence Group at 202-494-0625

| Payments/Credits | $0.00 |
|------------------|-------|
| **Balance Due** | $2,850.19 |

| Digital Evidence Group<br>1730 M Street<br>Suite 812<br>Washington DC 20036 | **Statement** |
|---|---|

| Date |
|---|
| 2/13/2022 |

The Bopp Law Firm
James Bopp
1 South Sixth Street
Terre Haute, Indiana 47807-3510

| Amount Due | Amount Enc. |
|---|---|
| $728.45 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 02/09/2022 | Fair Fight, Inc., et al. v. True the Vote-<br>INV #19624. Due 03/11/2022. Orig. Amount $728.45. Gregg Phillips | 728.45 | 728.45 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 728.45 | 0.00 | 0.00 | 0.00 | 0.00 | $728.45 |

If you have any questions please contact Digital Evidence Group at 202-232-0646.



DIGITAL
EVIDENCE
GROUP LLC

# Invoice

Digital Evidence Group
1730 M Street NW
Suite 812
Washington, DC 20036
202-494-0625

| Date | Invoice # |
|---|---|
| 2/3/2022 | 19556 |

Tax ID # 30-0168697

| **Bill To** |
|---|
| The Bopp Law Firm
James Bopp
1 South Sixth Street
Terre Haute, Indiana 47807-3510 |

| Terms | Due Date |
|---|---|
| Net 30 | 3/5/2022 |

| Description | Serviced | Case Caption | Deponent | Amount |
|---|---|---|---|---|
| Transcript Copy - Regular | 1/20/2022 | Fair Fight v. True theVote | Derek Somerville | 683.40 |
| Exhibits Processing/Scanned | | | | 121.80 |
| Remote Video Connection | | | | 50.00 |

| | **Total** | $855.20 |
|---|---|---|
| If you have any questions or concerns please contact Digital Evidence Group at 202-494-0625 | **Payments/Credits** | $0.00 |
| | **Balance Due** | $855.20 |

# ATTACHMENT 4

**From:** United Airlines <Receipts@united.com>
**Sent:** Wednesday, November 1, 2023 6:12 PM
**To:** Heather Martinez <hmartinez@gcfirm.com>
**Subject:** eTicket Itinerary and Receipt for Confirmation A9W70X



Wed, Nov 01, 2023

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# A9W70X

| Flight 1 of 1 UA1720 | Class: United Economy (U) |
|---|---|

| Thu, Nov 02, 2023 | Thu, Nov 02, 2023 |
|---|---|
| **11:55 AM** | **02:58 PM** |
| Houston, TX, US (IAH) | Atlanta, GA, US (ATL) |

## Traveler Details

HOLSWORTH/AMY
eTicket number: **0162339009785**

Seats: **IAH-ATL 32F**

## Purchase Summary

| Method of payment: | **American Express ending in 7001** |
|---|---|
| Date of purchase: | **Wed, Nov 01, 2023** |

| | |
|---|---|
| Airfare: | **333.02** |
| U.S. Transportation Tax: | **24.98** |
| U.S. Flight Segment Tax: | **4.80** |
| September 11th Security Fee: | **5.60** |
| U.S. Passenger Facility Charge: | **4.50** |

| Total Per Passenger: | **372.90 USD** |
|---|---|

| **Total:** | **372.90 USD** |
|---|---|

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Thu, Nov 02, 2023 Houston, TX, US (IAH - Intercontinental) to Atlanta, GA, US (ATL) | 35 USD | 45 USD | 50lbs(23kg) - 62in(157cm) | 50lbs(23kg) - 62in(157cm) |

## Important Information about MileagePlus Earning

• Accruals vary based on the terms and conditions of the traveler's frequent flyer program, frequent flyer status, and the selected itinerary. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program. Once travel has started, accruals will no longer display. You can always view your MileagePlus account for posted accrual.

• You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown. Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

## eTicket Reminders

• **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.

**EXCEPTION**: When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville, Kona, Las Vegas, Los Angeles, Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis, St. Thomas, U.S. Virgin

2

Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes except where noted.

• **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.

• Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.

• Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.

• The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.

• For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.

• If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.

• For the most current status of your reservation, go to our Flight Status page.

• Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.

## Data Protection Notice

Your personal data will be processed in accordance with the applicable carrier's privacy policy and if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care form

## Hazardous materials

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous materials/dangerous goods include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials. Additional information can be found on:

- united.com restricted items page
- FAA website Pack Safe page
- TSA website Prohibited Items page

## Refunds Within 24 Hours

When you book and ticket a reservation through united.com, the United mobile app, the United Customer Contact Center, at our ticket counters or city ticket offices, or if you use MileagePlus® miles to book an award ticket, we will allow you to cancel the ticketed reservation without penalty and receive a 100 percent refund of the ticket price to the original form of payment if you cancel the reservation within 24 hours of purchase and if the reservation is made one week or more prior to scheduled flight departure.

## Disinsection Notice

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

## IMPORTANT CONSUMER NOTICES

**Changes/Cancellations** - Most tickets, other than Basic Economy tickets or those for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean, may be changed to a different itinerary, or cancelled and the value of the ticket retained so that it can be applied to a new ticket, without a change fee. Such change or cancellation must be made prior to the scheduled departure time. Travelers making changes will be responsible for the fare difference if the new itinerary has a higher fare than the original ticketed itinerary. Regarding non-refundable tickets, if the new itinerary has a lower fare than the original ticketed itinerary, changes can be made without charge, but the traveler is not entitled to any residual value. United may, in its sole discretion, provide partial or full residual credit under certain circumstances. A change fee may apply for changes or cancellations made to tickets for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean. Policies concerning your ability to make reservation changes and cancellations and any fees associated with such changes can be found at Important travel notices | United Airlines.

**Notice of Baggage Liability Limitations** - For domestic travel between points within the United States (except for domestic portions of international journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,800 per ticketed customer unless a higher value is declared in advance and additional charges are paid (not applicable to wheelchairs or other assistive devices). For such travel, United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types of valuable articles. Further information may be obtained from the carrier. For international travel governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchecked baggage. For international travel governed by the Montreal Convention (including the domestic portions of the trip), maximum liability is 1,288 SDRs per passenger for baggage, whether checked or unchecked. For baggage lost, delayed, or damaged in connection with domestic travel, United requires that customers provide preliminary notice within 24 hours after arrival of the flight on which the baggage was or was to be transported and submit a written claim within 45 days of the flight. For baggage damaged or delayed in connection with most international travel (including domestic portions of international journeys), the Montreal Convention and United require customers to provide carriers written notice as follows: (a) for damaged baggage, within seven days from the date of receipt of the damaged baggage; (b) for delayed baggage, within 21 days from the date the baggage should have been returned to the customer. Please refer to Rule 28 of United's Contract of Carriage for important information relating to baggage and other limitations of liability.

**Notice of Incorporated Terms** - Transportation is subject to the terms and conditions of United's Contract of Carriage, which are incorporated herein by reference. Incorporated terms may include, but are not limited to: 1. Limits on liability for personal injury or death of the customer, and for loss, damage, or delay of goods and baggage, including high value, fragile, perishable, or otherwise excluded items. 2. Claims restrictions, including time periods within which customers must file a claim or bring an action against the carrier. 3. Rights of the carrier to change terms of the contract. 4. Rules about reconfirmation of reservations, check-in times, and refusal to carry. 5. Rights of the carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of an alternate air carrier or aircraft, and rerouting. The full text of United's Contract of Carriage is available at united.com or you may request a copy at any United ticket counter. Passengers have the right, upon request at any location where United's tickets are sold within the United States, to receive free of charge by mail or other delivery service the full text of United's Contract of Carriage.

**Notice of Certain Terms** - If you have purchased a restricted ticket, depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to, the following may apply to your travel: (1) the ticket may not be refundable but can be exchanged for a fee for another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the

payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) select tickets may not be eligible for refunds or changes even for a fee; (4) select tickets have no residual value and cannot be applied towards the purchase of future travel; or (5) travel may be restricted to specific flights and/ or times and a minimum and/or maximum stay may be required. United reserves the right to refuse carriage to any person who has acquired a ticket in violation of any United tariffs, rules, or regulations, or in violation of any applicable national, federal, state, or local law, order, regulation, or ordinance. Notwithstanding the foregoing, you are entitled to a full refund if you cancel a ticket purchased at least a week prior to departure within 24 hours of purchase.

**Notice of Boarding Times** - For Domestic flights, customers must be at the boarding gate at least 15 minutes prior to scheduled departure. For International flights, customers must be at the boarding gate at least 30 minutes prior to scheduled departure. The time limits provided by United in this Notice are minimum time requirements. Customer and baggage processing times may differ from airport to airport. Please visit united.com for information regarding airport-specific boarding times. It is the customer's responsibility to arrive at the airport with enough time to complete check-in, baggage, and security screening processes within these minimum time limits. Please be sure to check flight information monitors for the correct boarding gate and the departure time of your flight. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat and boarding pass.

**ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY** - Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage
Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

**Notice - Overbooking of Flights** - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadlines, which are available upon request from the air carrier, persons, denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. *Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*

 

Copyright © 2023 United Airlines, Inc. All Rights Reserved

**E-mail Information**
**Please do not reply to this message using the "reply" address.**
The information contained in this email is intended for the original recipient only.

View our Privacy Policy          View our Legal Notices

**From:** Expedia.com <expedia@eg.expedia.com>
**Sent:** Friday, November 3, 2023 3:03 PM
**To:** Todd Burns <tburns@gwafirm.com>
**Subject:** Expedia flight purchase confirmation - Houston, TX, United States (IAH-George Bush Intercontinental) - Fri, Nov 3 - (Itinerary # 72688842533207)

## Thank you, ! Your flight is booked.

**Itinerary #** 72688842533207

View your trip

Download to your phone

Traveler details

Amy Holsworth (ADULT)

View all ticketing details

**Atlanta (ATL) to Houston (IAH)**

**Delta 1601 10:59pm - Atlanta, GA, United States (ATL-Hartsfield-Jackson Atlanta Intl.) to Houston, TX, United States (IAH-George Bush Intercontinental)**

- Terminal S
- Airline confirmation: HRQWJ8 (Delta)

- Economy / Coach (H)
- Fri, Nov 3, 10:59pm - 12:09am +1
- 2h 10m flight duration
  Overnight arrives on Sat, Nov 4
- **Free cancellation expires 24 hours after confirmation**

Manage your itinerary

---

**Travel confidently with the Expedia app**

Manage your plans and make trip updates on the fly - wherever the journey takes your. Explore the app

---

## Price summary

**One way flight**

| | |
|---|---|
| 1 traveler | $333.02 |
| Taxes & fees | $39.88 |

---

## Total $372.90

The total price includes all mandatory taxes and fees.

Unless and otherwise specified, rates are quoted in US dollars.

View receipt

---

2

Protect your trip against unexpected cancellation, interruption, and much more.

Protect my trip

Expires 24 hours after your booking confirmation.

---

## Important Information

**Flight information**

Remember to bring your itinerary and government-issued photo ID for airport check-in and security.

E-ticket: This email can be used as an E-ticket.

**Contact the airline to confirm:**

- Specific seat assignments
- Special meals
- Frequent flyer point awards
- Special assistance requests

If the airline changes such fees in accordance with its own policies, the cost will be passed on to you.

**Additional fees**

Additional fees for your flight to Houston: The airline may charge additional fees for checked baggage or other optional services.

We understand that sometimes plans change. We do not charge a cancel or change fee. When the airline charges such fees in accordance with its own policies, the cost will be passed on to you.

**Delta flight rules and regulations**

- Please read the complete penalty rules for changes and cancellations applicable to this fare.

- Tickets are nonrefundable and nontransferable. Itinerary changes are permitted, fee may apply.
- Please read important information regarding airline liability limitations .

View all rules in full itinerary

---

# We're here to help

Contact Expedia for further guidance on your itinerary.

Itinerary: #72688842533207

Expedia customer support

Receive real-time travel alerts throughout your trip with the Expedia app.

Manage your itinerary

Data Protection Notice: Your personal data will be processed in accordance with the applicable carrier's privacy policy and, if your booking is made via a reservation system provider (GDS), with its privacy policy. These are available at https://www.iatatravelcentre.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred (applicable for interline carriage).

Download the Expedia app

Privacy statement    Customer service    View online

This email and its links may contain your personal information; please only forward to people you trust.

You are receiving this transactional email based on a recent booking, interaction with us, membership or account update on Expedia.com.

Expedia, Inc. 1111 Expedia Group Way West, Seattle WA 98119, USA.

Tue, Oct 24,

# 11:04 A

Atlanta, GA, US

NER

**35743647**

Seats: **IAH-ATL**

**XXX046 Premier 1K®**

**American Express ending**

5

**Thu, Oct 19, 2**

416

:: 31

x: 4

ty Fee: 5

Charge: 4

**462.90 U**

**462.90 U**

apply for changes in addition to any fare rules listed.

PT

fore the scheduled departure time or TICKET HAS NC

## Details

ht