# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
**201 UNITED STATES COURTHOUSE**
**121 SPRING STREET, SE**
**GAINESVILLE, GEORGIA 30501-3789**

**KEVIN P. WEIMER**
**DISTRICT COURT EXECUTIVE**
**AND CLERK OF COURT**

**DOCKETING SECTION**
**678-450-2760**

February 2, 2024

Clerk's Office
U.S. Court of Appeals
Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia    30303

       **U.S.D.C. No.: 2:20-cv-0302-SCJ**
       **U.S.C.A. No.: 00-00000-00**
       **In re:**    **Fair Fight, Inc. et al v. Engelbrecht et al**

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Notice of Appeal, Clerk's Judgment, Opinion & Order and Docket Sheet appealed enclosed.** |
| | This is not the first notice of appeal. Other notices were filed on . |
| | There is no transcript. |
| **X** | **The court reporters are Shannon R. Welch, Viola S. Zborowski, Keisha M. Crump, Geraldine Glover, David Ritchie, Jana B. Colter** |
| | There is sealed material as described below: . |
| | Other: Original record A/V Record Exhibits transmitted pursuant to request.   (See attached copy of request.) |
| **X** | **Fees HAVE been paid electronically 2/01/24. (Receipt# BGANDC-13198166)** |
| | Appellant has been   leave to proceed *in forma pauperis*. |
| | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
| | The Magistrate Judge is . |
| **X** | **The District Judge is Steve C. Jones.** |
| | This is a **DEATH PENALTY** appeal. |

                                                Sincerely,

                                                Kevin P. Weimer
                                                District Court Executive
                                                and Clerk of Court

                                  By:   /s/Shane Gazaway
                                         Deputy Clerk