IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| **FAIR FIGHT INC., SCOTT BERSON, JOCELYN HEREDIA, and JANE DOE,**<br><br>  **Plaintiffs,**<br><br>v.<br><br>**TRUE THE VOTE, CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, and JAMES COOPER,**<br><br>  **Defendants.** | **CIVIL ACTION FILE**<br><br>**No. 2:20-CV-00302-SCJ** |

## ORDER

This matter appears before the Court on Plaintiffs' Response to Defendants' Bill of Costs.[1] Doc. No. [344]. Following the Court's judgment in their favor, Defendants submitted their bill of costs on February 1, 2024. Doc. No. [339]. Plaintiffs have responded in opposition to several of Defendants' costs.

---

[1] All citations are to the electronic docket unless otherwise noted, and all page numbers are those imprinted by the Court's docketing software.

Doc. No. [344]. Plaintiffs have also filed a notice of appeal of the Court's judgment. Doc. No [340].

Federal Rule of Civil Procedure 54(d)(1) allows for costs "to the prevailing party." The filing of a notice of appeal does not itself divest the Court of jurisdiction to consider a request for fees or costs. See, e.g., Teagan v. City of McDonough, No. 1:15-CV-00607-ELR, 2018 WL 10455935, at *1 (N.D. Ga. May 9, 2018). However, "[i]f an appeal on the merits of the case is taken, the court may rule on the claim for fees, may defer its ruling on the motion, or may deny the motion without prejudice . . . ." Fed. R. Civ. P. 54(d)(1) advisory committee's note to 1993 amendment.

In its discretion, the Court defers its ruling on Plaintiffs' objections to Defendants' bill of costs until the appeal has been resolved. Defendants, however, may still file a reply to Plaintiffs' objections, if they wish to do so. The Court also makes clear that this Order shall have no effect on Plaintiffs' unrelated request for attorneys' fees (Doc. No. [337]) or the hearing scheduled on February 26, 2024 (Doc. No. [338]).

IT IS SO ORDERED this  15th  day of February, 2024.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE