# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., JOCELYN HEREDIA, SCOTT BERSON, and JANE DOE,<br><br>  Plaintiffs,<br><br>  v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, and JAMES COOPER,<br><br>  Defendants. | Civil Action No.<br>2:20-cv-00302-SCJ |

## [PROPOSED] ORDER GRANTING FEE AWARD

THIS MATTER comes before the Court on a Joint Motion to Enter Fee Award and Vacate Hearing. Having considered the Motion, it is hereby ORDERED that the Motion is GRANTED. Plaintiffs are awarded $15,000 in fees and costs associated with filing their Motion for Discovery Sanctions, to be paid within 30 days of the date of this Order. The hearing scheduled for February 26, 2024 is vacated as moot.

**IT IS SO ORDERED.**

Dated this _____ day of February, 2024.

_____
The Honorable Steve C. Jones
United States District Judge