IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., JOCELYN HEREDIA, SCOTT BERSON, and JANE DOE,<br><br>    Plaintiffs,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, and JAMES COOPER,<br><br>    Defendants. | Civil Action No.<br>2:20-cv-00302-SCJ |

**ORDER GRANTING FEE AWARD**

THIS MATTER comes before the Court on a Joint Motion to Enter Fee Award and Vacate Hearing. Having considered the Motion, it is hereby ORDERED that the Motion is GRANTED. Plaintiffs are awarded $15,000 in fees and costs associated with filing their Motion for Discovery Sanctions, to be paid within 30 days of the date of this Order. The Court furthermore vacates its prior scheduling order setting a hearing for February 26, 2024.

**IT IS SO ORDERED.**

Dated this _22nd_ day of February, 2024.

_____
The Honorable Steve C. Jones
United States District Judge