IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

FAIR FIGHT, INC., *et al.*,

Plaintiffs,

v.

TRUE THE VOTE, INC., *et al.*,

Defendants.

Case No. 2:20-cv-0302-SCJ

**CERTIFICATE OF CONSENT TO WITHDRAW JENNIFER J. YUN AS COUNSEL OF RECORD FOR THE UNITED STATES**

Pursuant to L.R. 83.1(E)(3), the United States respectfully files this Certificate of Consent to withdraw Jennifer J. Yun as counsel of record for the United States in this action. The United States consents to the requested withdrawal of counsel and has been advised of the items set forth in L.R. 83.1(E)(2)(b). Ms. Yun will leave the United States Department of Justice as of July 12, 2024, for other employment. Ms. Yun's withdrawal will not delay any proceedings. All other undersigned counsel of record will continue to represent the United States in this matter.

Date: July 11, 2024

Respectfully submitted,

RYAN K. BUCHANAN
United States Attorney
Northern District of Georgia

AILEEN BELL HUGHES
Georgia Bar No. 375505
Assistant U.S. Attorney
Office of the United States Attorney
600 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303
Phone: (404) 581-6000
Fax: (404) 581-6181

KRISTEN CLARKE
Assistant Attorney General

_/s/ Jennifer J. Yun_
TIMOTHY F. MELLETT
JUDY BAO
JENNIFER J. YUN
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.923
Washington, D.C. 20530
Phone: (800) 253-3931
Fax: (202) 307-3961

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2024, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

/s/ *Jennifer J. Yun*
JENNIFER J. YUN
Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice