IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

|  |  |
|---|---|
| FAIR FIGHT, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TRUE THE VOTE, INC., *et al.*, <br><br> Defendants. | Case No. 2:20-cv-0302-SCJ |

**[PROPOSED] ORDER**

Having considered the United States' Certificate of Consent to Withdraw Jennifer J. Yun as Counsel of Record, the Clerk is DIRECTED to remove Jennifer J. Yun as counsel of record for the United States and remove her name from all service lists in this case.

So ordered this _____ day of _____, 2024.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE